IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| GLOBAL ASSETS LLC, § | | Case No. 25-90383 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 36-5121789 § | | |
| ------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| TRICO TECHNOLOGIES CORPORATION, § | | Case No. 25-90396 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 74-2404797 § | | |
| ------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| GLOBAL LEASE ASSETS HOLDINGS, LLC, § | | Case No. 25-90384 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 38-4333659 § | | |
| ------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| FIRST BRANDS GROUP HOLDINGS, LLC, § | | Case No. 25-90397 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 85-1927700 § | | |
| ------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| FIRST BRANDS GROUP § | | Case No. 25-90398 (CML) |
| INTERMEDIATE, LLC, § | | |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 82-4069383 § | | |
| ------------------------------------------------ § | | |

| | | |
|---|---|---|
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **FIRST BRANDS GROUP, LLC,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Tax I.D. No. 46-2872032 | § | |
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **VICEROY PRIVATE CAPITAL, LLC,** | § | **Case No. 25-90400 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Tax I.D. No. 83-1628544 | § | |
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **FRAMAUTO HOLDINGS, LLC,** | § | **Case No. 25-90401 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Tax I.D. No. 83-3423482 | § | |
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **AUTOLITE OPERATIONS LLC,** | § | **Case No. 25-90402 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Tax I.D. No. 80-0697550 | § | |
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **FRAM GROUP OPERATIONS LLC,** | § | **Case No. 25-90403 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Tax I.D. No. 80-0697545 | § | |
| ------------------------------------------------- § | | |

| | | |
|---|---|---|
| ------------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| FRAM GROUP IP LLC, | § | Case No. 25-90404 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 90-0673615 | § | |
| ------------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| JASPER ACQUISITION CORP., | § | Case No. 25-90405 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 99-0478870 | § | |
| ------------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| JASPER RUBBER PRODUCTS, INC., | § | Case No. 25-90406 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 35-0856473 | § | |
| ------------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| SPECIALTY PUMPS GROUP, INC., | § | Case No. 25-90407 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 83-3019481 | § | |
| ------------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| ASC INDUSTRIES, INC., | § | Case No. 25-90408 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 34-1187793 | § | |
| ------------------------------------------------------ § | | |

| | | |
|---|---|---|
| ----------------------------------------------------------- | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **HEATHERTON HOLDINGS, LLC,** | § | **Case No. 25-90409 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Tax I.D. No. 36-4872564 | § | |
| ----------------------------------------------------------- | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **PHNX ACQUISITION CORP.,** | § | **Case No. 25-90410 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Tax I.D. No. 92-2593644 | § | |
| ----------------------------------------------------------- | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **HOPKINS ACQUISITION, INC.,** | § | **Case No. 25-90411 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Tax I.D. No. 45-2393819 | § | |
| ----------------------------------------------------------- | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **HOPKINS MANUFACTURING CORPORATION,** | § | **Case No. 25-90412 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Tax I.D. No. 48-0575295 | § | |
| ----------------------------------------------------------- | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **CARRAND COMPANIES, INC.,** | § | **Case No. 25-90413 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Tax I.D. No. 95-3793390 | § | |
| ----------------------------------------------------------- | § | |

| | | |
|---|---|---|
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| **HORIZON GLOBAL CORPORATION,** | § | Case No. 25-90414 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 47-3574483 | § | |
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| **HORIZON GLOBAL COMPANY LLC,** | § | Case No. 25-90415 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 47-3578964 | § | |
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| **HORIZON GLOBAL AMERICAS INC.,** | § | Case No. 25-90416 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 38-2935446 | § | |
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| **HORIZON INTERNATIONAL** | § | Case No. 25-90417 (CML) |
| **HOLDINGS LLC,** | § | |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 47-3593202 | § | |
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| **HORIZON EURO FINANCE LLC,** | § | Case No. 25-90418 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 47-4948744 | § | |
| ------------------------------------------------ § | | |

| | | |
|---|---|---|
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| STRONGARM, LLC, | § | Case No. 25-90419 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 20-5109574 | § | |
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| PREMIER MARKETING GROUP, LLC, | § | Case No. 25-90420 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 45-5278587 | § | |
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| AVM EXPORT, INC., | § | Case No. 25-90421 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 46-2326920 | § | |
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| CARTER FUEL SYSTEMS, LLC, | § | Case No. 25-90422 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 46-2883328 | § | |
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| CARTER FUEL EXPORT, INC., | § | Case No. 25-90423 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 46-3738996 | § | |
| ------------------------------------------------- § | | |

| | | |
|---|---|---|
| ------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| CARTER CARBURETOR HOLDINGS, LLC, § | | Case No. 25-90424 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 93-3404522 § | | |
| ------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| WALBRO MIDCO LLC, § | | Case No. 25-90425 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 87-1869178 § | | |
| ------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| WEM US CO., § | | Case No. 25-90427 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 46-0685219 § | | |
| ------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| WALBRO LLC, § | | Case No. 25-90430 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 38-2968944 § | | |
| ------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| CARTER CARBURETOR, LLC, § | | Case No. 25-90432 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 93-3405092 § | | |
| ------------------------------------------------ § | | |

| | | |
|---|---|---|
| ------------------------------------------------ § | | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **KTRI HOLDINGS, INC.,** | § | **Case No. 25-90436 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Tax I.D. No. 26-0332927 | § | |
| ------------------------------------------------ § | | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **VIPER ACQUISITION, INC.,** | § | **Case No. 25-90437 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Tax I.D. No. 47-2130904 | § | |
| ------------------------------------------------ § | | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **QUALITOR ACQUISITION INC.,** | § | **Case No. 25-90441 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Tax I.D. No. 47-2068430 | § | |
| ------------------------------------------------ § | | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **QUALITOR, INC.,** | § | **Case No. 25-90443 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Tax I.D. No. 38-3464466 | § | |
| ------------------------------------------------ § | | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **TRANSPORTATION AFTERMARKET ENTERPRISE, LLC,** | § | **Case No. 25-90447 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Tax I.D. No. 38-3460567 | § | |
| ------------------------------------------------ § | | |

| | | |
|---|---|---|
| ------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| TAE CHINA HOLDINGS, INC., § | | Case No. 25-90450 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 46-3684362 § | | |
| ------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| QUALITOR SUBSIDIARY H, INC., § | | Case No. 25-90453 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 34-1503649 § | | |
| ------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| QUALITOR SUBSIDIARY S, INC., § | | Case No. 25-90455 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 38-2011233 § | | |
| ------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| LONGMAN ENTERPRISES, INC., § | | Case No. 25-90459 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 59-1586186 § | | |
| ------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| PYLON MANUFACTURING CORP., § | | Case No. 25-90461 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 59-1548344 § | | |
| ------------------------------------------------ § | | |

| | | |
|---|---|---|
| ------------------------------------------------ § | | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **PYLON SOUTH BEND, INC.,** | § | **Case No. 25-90467 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| **Tax I.D. No. 87-2197606** | § | |
| ------------------------------------------------ § | | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **KTRI OFFSHORE HOLDINGS, LLC,** | § | **Case No. 25-90470 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| **Tax I.D. No. N/A** | § | |
| ------------------------------------------------ § | | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **TRICO PRODUCTS CORPORATION,** | § | **Case No. 25-90472 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| **Tax I.D. No. 16-0665680** | § | |
| ------------------------------------------------ § | | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **TRICO HOLDING CORPORATION,** | § | **Case No. 25-90476 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| **Tax I.D. No. 16-1271407** | § | |
| ------------------------------------------------ § | | |

| | | |
|---|---|---|
| ----------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| DALTON CORPORATION, § | | Case No. 25-90481 (CML) |
| KENDALLVILLE MANUFACTURING § | | |
| FACILITY, § | | |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 35-2054777 § | | |
| ----------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| DALTON CORPORATION, WARSAW § | | Case No. 25-90482 (CML) |
| MANUFACTURING FACILITY, § | | |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 35-2054775 § | | |
| ----------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| DALTON CORPORATION, STRYKER § | | Case No. 25-90428 (CML) |
| MACHINING FACILITY CO., § | | |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 34-1873080 § | | |
| ----------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| DALTON CORPORATION, ASHLAND § | | Case No. 25-90433 (CML) |
| MANUFACTURING FACILITY, § | | |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 34-1873079 § | | |
| ----------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| VIPER ACQUISITION I, INC., § | | Case No. 25-90438 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 92-1424222 § | | |
| ----------------------------------------------------------- § | | |

11

--------------------------------------------------------- §
In re:                                                    §          Chapter 11
                                                          §
TAE BRAKES, LLC,                                          §          Case No. 25-90446 (CML)
                                                          §
                           Debtor.                        §          (Emergency Hearing Requested)
                                                          §
Tax I.D. No. 86-1290698                                   §
--------------------------------------------------------- §
In re:                                                    §          Chapter 11
                                                          §
INTERNATIONAL BRAKE                                       §          Case No. 25-90451 (CML)
INDUSTRIES, INC.,                                         §
                                                          §
                           Debtor.                        §          (Emergency Hearing Requested)
                                                          §
Tax I.D. No. 34-1600789                                   §
--------------------------------------------------------- §
In re:                                                    §          Chapter 11
                                                          §
IBI INTERNATIONAL HOLDING                                 §          Case No. 25-90457 (CML)
COMPANY, INC.,                                            §
                                                          §
                           Debtor.                        §          (Emergency Hearing Requested)
                                                          §
Tax I.D. No. 84-1896714                                   §
--------------------------------------------------------- §
In re:                                                    §          Chapter 11
                                                          §
QUALITOR AUTOMOTIVE, LLC,                                 §          Case No. 25-90463 (CML)
                                                          §
                           Debtor.                        §          (Emergency Hearing Requested)
                                                          §
Tax I.D. No. 27-4496580                                   §
--------------------------------------------------------- §
In re:                                                    §          Chapter 11
                                                          §
BPI ACQUISITION COMPANY, LLC,                             §          Case No. 25-90471 (CML)
                                                          §
                           Debtor.                        §          (Emergency Hearing Requested)
                                                          §
Tax I.D. No. 61-1704823                                   §
--------------------------------------------------------- §

| | | |
|---|---|---|
| ---------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **BRAKE PARTS INC LLC,** | § | Case No. 25-90477 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 06-1248287 | § | |
| ---------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **BPI EC, LLC,** | § | Case No. 25-90480 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 84-2220895 | § | |
| ---------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **BRAKE PARTS INC INDIA LLC,** | § | Case No. 25-90484 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 02-0809047 | § | |
| ---------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **BPI HOLDINGS INTERNATIONAL, LLC,** | § | Case No. 25-90486 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 46-1423731 | § | |
| ---------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **BRAKE PARTS INC CHINA LLC,** | § | Case No. 25-90488 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 35-2349441 | § | |
| ---------------------------------------------------- § | | |

------------------------------------------------ §

| | |
|---|---|
| In re: § | Chapter 11 |
| § | |
| **EAGLE MACHINING, LLC,** § | Case No. 25-90489 (CML) |
| § | |
| Debtor. § | (Emergency Hearing Requested) |
| § | |
| Tax I.D. No. 87-2985879 § | |

------------------------------------------------ §

| | |
|---|---|
| In re: § | Chapter 11 |
| § | |
| **EAGLE CASTING HOLDINGS, LLC,** § | Case No. 25-90490 (CML) |
| § | |
| Debtor. § | (Emergency Hearing Requested) |
| § | |
| Tax I.D. No. 93-1944852 § | |

------------------------------------------------ §

| | |
|---|---|
| In re: § | Chapter 11 |
| § | |
| **EAGLE CASTING, LLC,** § | Case No. 25-90491 (CML) |
| § | |
| Debtor. § | (Emergency Hearing Requested) |
| § | |
| Tax I.D. No. 92-1818804 § | |

------------------------------------------------ §

| | |
|---|---|
| In re: § | Chapter 11 |
| § | |
| **DALTON CORPORATION,** § | Case No. 25-90492 (CML) |
| § | |
| Debtor. § | (Emergency Hearing Requested) |
| § | |
| Tax I.D. No. 35-0259770 § | |

------------------------------------------------ §

| | |
|---|---|
| In re: § | Chapter 11 |
| § | |
| **CARDONE INDUSTRIES, INC.,** § | Case No. 25-90493 (CML) |
| § | |
| Debtor. § | (Emergency Hearing Requested) |
| § | |
| Tax I.D. No. 23-3000982 § | |

------------------------------------------------ §

| | | |
|---|---|---|
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| SDC TX, LLC, | § | Case No. 25-90494 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 82-3997497 | § | |
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| REMAN MANAGEMENT | § | Case No. 25-90429 (CML) |
| INTERNATIONAL LLC, | § | |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 27-0835555 | § | |
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| SMART CHOICE, LLC, | § | Case No. 25-90435 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 37-1626074 | § | |
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| TRIDONEX USA LLC, | § | Case No. 25-90439 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. N/A | § | |
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| GLOBAL REMAN VENTURES, LLC, | § | Case No. 25-90444 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. N/A | § | |
| ------------------------------------------------ § | | |

| | | |
|---|---|---|
| ----------------------------------------------------------- | § | |
| In re: | § | Chapter 11 |
| | § | |
| APC PARENT, LLC, | § | Case No. 25-90448 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 85-1502077 | § | |
| ----------------------------------------------------------- | § | |
| In re: | § | Chapter 11 |
| | § | |
| APC INTERMEDIATE HOLDINGS, LLC, | § | Case No. 25-90452 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 85-1503595 | § | |
| ----------------------------------------------------------- | § | |
| In re: | § | Chapter 11 |
| | § | |
| CWD INTERMEDIATE HOLDINGS I, LLC, | § | Case No. 25-90454 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 85-1515293 | § | |
| ----------------------------------------------------------- | § | |
| In re: | § | Chapter 11 |
| | § | |
| CWD INTERMEDIATE HOLDINGS II, LLC, | § | Case No. 25-90458 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 26-2177285 | § | |
| ----------------------------------------------------------- | § | |
| In re: | § | Chapter 11 |
| | § | |
| CWD HOLDING, LLC | § | Case No. 25-90462 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 26-2177381 | § | |
| ----------------------------------------------------------- | § | |

| | | |
|---|---|---|
| ------------------------------------------------------ § | | |
| **In re:** § | | **Chapter 11** |
| § | | |
| **CWD, LLC,** § | | **Case No. 25-90465 (CML)** |
| § | | |
| Debtor. § | | **(Emergency Hearing Requested)** |
| § | | |
| **Tax I.D. No. 91-2015832** § | | |
| ------------------------------------------------------ § | | |
| **In re:** § | | **Chapter 11** |
| § | | |
| **QUALIS ENTERPRISES, LLC,** § | | **Case No. 25-90469 (CML)** |
| § | | |
| Debtor. § | | **(Emergency Hearing Requested)** |
| § | | |
| **Tax I.D. No. 84-1646610** § | | |
| ------------------------------------------------------ § | | |
| **In re:** § | | **Chapter 11** |
| § | | |
| **QUALIS AUTOMOTIVE, L.L.C.,** § | | **Case No. 25-90474 (CML)** |
| § | | |
| Debtor. § | | **(Emergency Hearing Requested)** |
| § | | |
| **Tax I.D. No. 36-4287291** § | | |
| ------------------------------------------------------ § | | |
| **In re:** § | | **Chapter 11** |
| § | | |
| **TOLEDO MOLDING & DIE, LLC,** § | | **Case No. 25-90478 (CML)** |
| § | | |
| Debtor. § | | **(Emergency Hearing Requested)** |
| § | | |
| **Tax I.D. No. 34-1612053** § | | |
| ------------------------------------------------------ § | | |
| **In re:** § | | **Chapter 11** |
| § | | |
| **UCI INTERNATIONAL HOLDINGS PARENT INC.,** § | | **Case No. 25-90479 (CML)** |
| § | | |
| Debtor. § | | **(Emergency Hearing Requested)** |
| § | | |
| **Tax I.D. No. 85-2048640** § | | |
| ------------------------------------------------------ § | | |

| | | |
|---|---|---|
| ---------------------------------------------------------- § | | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **UCI INTERNATIONAL HOLDINGS, INC.,** | § | **Case No. 25-90483 (CML)** |
| | § | |
| **Debtor.** | § | **(Emergency Hearing Requested)** |
| | § | |
| **Tax I.D. No. 80-0665732** | § | |
| ---------------------------------------------------------- § | | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **UCI INTERNATIONAL, LLC,** | § | **Case No. 25-90485 (CML)** |
| | § | |
| **Debtor.** | § | **(Emergency Hearing Requested)** |
| | § | |
| **Tax I.D. No. 16-1760186** | § | |
| ---------------------------------------------------------- § | | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **UNITED COMPONENTS, LLC,** | § | **Case No. 25-90487 (CML)** |
| | § | |
| **Debtor.** | § | **(Emergency Hearing Requested)** |
| | § | |
| **Tax I.D. No. 04-3759857** | § | |
| ---------------------------------------------------------- § | | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **UCI ACQUISITION HOLDINGS (NO. 4) LLC,** | § | **Case No. 25-90426 (CML)** |
| | § | |
| **Debtor.** | § | **(Emergency Hearing Requested)** |
| | § | |
| **Tax I.D. No. 47-3748447** | § | |
| ---------------------------------------------------------- § | | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **UCI-AIRTEX HOLDINGS, INC.,** | § | **Case No. 25-90431 (CML)** |
| | § | |
| **Debtor.** | § | **(Emergency Hearing Requested)** |
| | § | |
| **Tax I.D. No. 86-1065425** | § | |
| ---------------------------------------------------------- § | | |

| | | |
|---|---|---|
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| **AIRTEX INDUSTRIES, LLC,** | § | Case No. 25-90434 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 56-2490830 | § | |
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| **AIRTEX PRODUCTS, LP,** | § | Case No. 25-90440 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 20-1970933 | § | |
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| **UCI PENNSYLVANIA, INC.,** | § | Case No. 25-90442 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 23-2051527 | § | |
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| **CHAMPION LABORATORIES, INC.,** | § | Case No. 25-90445 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 37-0995645 | § | |
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| **UNIVERSAL AUTO FILTER LLC,** | § | Case No. 25-90449 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 38-4127928 | § | |
| ------------------------------------------------ § | | |

| | | |
|---|---|---|
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| FUEL FILTER TECHNOLOGIES, INC., § | | Case No. 25-90456 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 36-3850890 § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| CARNABY CAPITAL HOLDINGS, LLC, § | | Case No. 25-90385 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 85-1142384 § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| CARNABY CAPITAL, LLC, § | | Case No. 25-90460 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 85-1148725 § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| CARNABY INVENTORY § | | Case No. 25-90389 (CML) |
| HOLDINGS II, LLC, § | | |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 88-0529704 § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| CARNABY INVENTORY § | | Case No. 25-90391 (CML) |
| HOLDINGS III, LLC, § | | |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 88-0555850 § | | |
| ------------------------------------------------- § | | |

| | | |
|---|---|---|
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| CARNABY INVENTORY II, LLC, | § | Case No. 25-90388 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 88-0589845 | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| CARNABY INVENTORY III, LLC, | § | Case No. 25-90390 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 88-0615839 | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| CARNABY INVENTORY HOLDINGS IV, LLC, | § | Case No. 25-90464 (CML) |
| | § | |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 88-2934600 | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| CARNABY INVENTORY IV, LLC, | § | Case No. 25-90466 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 88-2934373 | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| CARNABY FA HOLDINGS, LLC, | § | Case No. 25-90468 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 93-3538148 | § | |
| ---------------------------------------------------------- § | | |

| | | |
|---|---|---|
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| CARNABY FA, LLC, | § | Case No. 25-90473 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 93-3546017 | § | |
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| PATTERSON INVENTORY HOLDINGS, LLC, | § | Case No. 25-90393 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 93-3750079 | § | |
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| PATTERSON INVENTORY, LLC, | § | Case No. 25-90392 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 93-3762872 | § | |
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| STARLIGHT INVENTORY HOLDINGS I, LLC, | § | Case No. 25-90395 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 99-1166472 | § | |
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| STARLIGHT INVENTORY I, LLC, | § | Case No. 25-90394 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 99-1166698 | § | |
| ------------------------------------------------- § | | |

| | | |
|---|---|---|
| ---------------------------------------------------------- § | | |
| In re: § | Chapter 11 | |
| § | | |
| **BROAD STREET FINANCIAL** § | Case No. 25-90386 (CML) | |
| **HOLDINGS, LLC,** § | | |
| § | | |
| Debtor. § | (Emergency Hearing Requested) | |
| § | | |
| Tax I.D. No. 99-1698138 § | | |
| ---------------------------------------------------------- § | | |
| In re: § | Chapter 11 | |
| § | | |
| **BROAD STREET FINANCIAL, LLC,** § | Case No. 25-90387 (CML) | |
| § | | |
| Debtor. § | (Emergency Hearing Requested) | |
| § | | |
| Tax I.D. No. 99-1718479 § | | |
| ---------------------------------------------------------- § | | |
| In re: § | Chapter 11 | |
| § | | |
| **GLOBAL ASSETS GMBH,** § | Case No. 25-90475 (CML) | |
| § | | |
| Debtor. § | (Emergency Hearing Requested) | |
| § | | |
| Tax I.D. No. N/A § | | |
| ---------------------------------------------------------- § | | |

## EMERGENCY MOTION OF DEBTORS FOR
## ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

> **EMERGENCY RELIEF HAS BEEN REQUESTED. RELIEF IS REQUESTED NOT LATER THAN 9:00 A.M. (PREVAILING CENTRAL TIME) ON OCTOBER 1, 2025.**
>
> **IF YOU OBJECT TO THE RELIEF REQUESTED OR YOU BELIEVE THAT EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU MUST APPEAR AT THE HEARING IF ONE IS SET, OR FILE A WRITTEN RESPONSE PRIOR TO THE DATE THAT RELIEF IS REQUESTED IN THE PRECEDING PARAGRAPH. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**
>
> **THE DEBTORS HAVE REQUESTED THAT A HEARING BE CONDUCTED ON THIS MATTER ON OCTOBER 1, 2025, AT 9:00 A.M. (PREVAILING CENTRAL TIME).**
>
> **PARTICIPATION AT THE HEARING WILL ONLY BE PERMITTED BY AN AUDIO AND VIDEO CONNECTION.**
>
> **AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT 1-832-917-1510. ONCE**

> CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM
> NUMBER.  JUDGE LOPEZ'S CONFERENCE ROOM NUMBER IS 590153.  VIDEO
> COMMUNICATION WILL BE BY USE OF THE GOTOMEETING PLATFORM.
> CONNECT VIA THE FREE GOTOMEETING APPLICATION OR CLICK THE LINK
> ON JUDGE LOPEZ'S HOME PAGE.  THE MEETING CODE IS "JUDGELOPEZ."
> CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR
> NAME UNDER THE PERSONAL INFORMATION SETTING.
>
> HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF
> BOTH ELECTRONIC AND IN-PERSON HEARINGS.   TO MAKE YOUR
> APPEARANCE, CLICK THE "ELECTRONIC APPEARANCE" LINK ON JUDGE
> LOPEZ'S HOME PAGE.  SELECT THE CASE NAME, COMPLETE THE REQUIRED
> FIELDS AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE.

First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully represent as follows:[1]

### Relief Requested

1.      By this motion (the "**Motion**"), pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1015-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Local Rules**"), the Debtors request entry of an order directing consolidation and joint administration of their chapter 11 cases for procedural purposes only.

2.      A proposed form of order granting the relief requested herein is annexed hereto as **Exhibit A** (the "**Proposed Order**").

### Background

3.      On September 24, 2025, Global Assets LLC and 12 of the Debtors in the above-captioned chapter 11 cases each filed with the Court a voluntary case under chapter 11 of the title 11 of the United States Code (the "**Bankruptcy Code**").  Commencing on September 28,

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the First Day Declaration.

2025 (the "**Petition Date**"), First Brands Group, LLC and the remaining Debtors each filed with the Court a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee, examiner, or statutory committee has been appointed in these chapter 11 cases.

4.    Additional information regarding the Debtors' business and capital structure and the circumstances leading to the commencement of these chapter 11 cases is set forth in the *Declaration of Charles M. Moore in Support of Debtors' Chapter 11 Petitions and First Day Relief* (the "**First Day Declaration**"), filed contemporaneously herewith and incorporated herein by reference.

## Jurisdiction and Venue

5.    The Court has jurisdiction and authority to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested Should be Granted

6.    Bankruptcy Rule 1015(b) provides, in relevant part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates."  Fed. R. Bankr. P. 1015(b).  Under section 101(2) of the Bankruptcy Code, the term "affiliate" means:

> (A) [an] entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor, other than an entity that holds such securities—
>
> > (i)   in a fiduciary or agency capacity without sole discretionary power to vote such securities; or

(ii)  solely to secure a debt, if such entity has not in
fact exercised such power to vote;

(B) [a] corporation 20 percent or more of whose outstanding voting
securities are directly or indirectly owned, controlled, or held with
power to vote, by the debtor, or by an entity that directly or indirectly
owns, controls, or holds with power to vote, 20 percent or more of
the outstanding voting securities of the debtor, other than an entity
that holds such securities—

(i)  in a fiduciary or agency capacity without sole
discretionary power to vote such securities; or

(ii) solely to secure a debt, if such entity has not in
fact exercised such power to vote . . . .

11 U.S.C. § 101(2).   In addition, Bankruptcy Local Rule 1015-1 provides for the joint

administration of related chapter 11 cases.  The Debtors are all "affiliates" as that term is defined

in section 101(2) of the Bankruptcy Code because the Debtors are under common ownership and

control by an entity that holds, directly or indirectly, at least 20% of the outstanding voting interests

in each Debtor.   Accordingly, this Court is authorized to jointly administer these cases for

procedural purposes.

7.      Joint administration of these cases will save the Debtors and their estates

substantial time and expense because it will remove the need to prepare, replicate, file, and serve

duplicative notices, applications, and orders.  Further, joint administration will relieve the Court

of entering duplicative orders and maintaining duplicative files and dockets.  The United States

Trustee for the Southern District of Texas and other parties in interest will similarly benefit from

joint administration of these chapter 11 cases, sparing them the time and effort of reviewing

duplicative pleadings and papers.

8.      Joint administration will not adversely affect creditors' rights because this

Motion requests only the administrative consolidation of the estates for procedural purposes and

does not seek substantive consolidation. As such, each creditor will continue to hold its claim against a particular Debtor's estate after this Motion is approved.

9.       The Debtors respectfully request that these cases be administered under the following consolidated caption:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

10.      The Debtors also request that the following notation be entered on the docket in each Debtor's chapter 11 case (other than the chapter 11 case of First Brands Group, LLC) to reflect the joint administration of these cases:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of First Brands Group, LLC, *et al.* The docket in Case No. 25- 90399 (CML) should be consulted for all matters affecting this case.

11.      For the foregoing reasons, the relief requested is necessary, appropriate, and in the best interests of the Debtors, their estates, and all other parties in interest in these chapter 11 cases, and should be granted in all respects.

## **Notice**

12.     Notice of this Motion will be served on any party entitled to notice pursuant to Bankruptcy Rule 2002 and any other party entitled to notice pursuant to Bankruptcy Local Rule 9013-1(d).

## **No Previous Request**

13.     No previous request for the relief sought herein has been made by the Debtors to this or any other court.

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated:  September 29, 2025
         Houston, Texas

/s/  Clifford W. Carlson
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:  gabe.morgan@weil.com
         clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (*pro hac vice* pending)
Sunny Singh (*pro hac vice* pending)
Andriana Georgallas (*pro hac vice* pending)
Kevin Bostel (*pro hac vice* pending)
Jason H. George (*pro hac vice* pending)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  matt.barr@weil.com
         sunny.singh@weil.com
         andriana.georgallas@weil.com
         kevin.bostel@weil.com
         jason.george@weil.com

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

### **Certificate of Service**

I hereby certify that on September 29, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.


          */s/ Clifford W. Carlson*
          Clifford W. Carlson