## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ------------------------------------------------------------ § | | |
| In re: § | Chapter 11 | |
| § | | |
| **GLOBAL ASSETS LLC,** § | **Case No. 25-90383 (CML)** | |
| § | | |
| Debtor. § | **(Emergency Hearing Requested)** | |
| § | | |
| Tax I.D. No. 36-5121789 § | | |
| ------------------------------------------------------------ § | | |
| In re: § | Chapter 11 | |
| § | | |
| **TRICO TECHNOLOGIES CORPORATION,** § | **Case No. 25-90396 (CML)** | |
| § | | |
| Debtor. § | **(Emergency Hearing Requested)** | |
| § | | |
| Tax I.D. No. 74-2404797 § | | |
| ------------------------------------------------------------ § | | |
| In re: § | Chapter 11 | |
| § | | |
| **GLOBAL LEASE ASSETS HOLDINGS, LLC,** § | **Case No. 25-90384 (CML)** | |
| § | | |
| Debtor. § | **(Emergency Hearing Requested)** | |
| § | | |
| Tax I.D. No. 38-4333659 § | | |
| ------------------------------------------------------------ § | | |
| In re: § | Chapter 11 | |
| § | | |
| **FIRST BRANDS GROUP HOLDINGS, LLC,** § | **Case No. 25-90397 (CML)** | |
| § | | |
| Debtor. § | **(Emergency Hearing Requested)** | |
| § | | |
| Tax I.D. No. 85-1927700 § | | |
| ------------------------------------------------------------ § | | |
| In re: § | Chapter 11 | |
| § | | |
| **FIRST BRANDS GROUP** § | **Case No. 25-90398 (CML)** | |
| **INTERMEDIATE, LLC,** § | | |
| § | | |
| Debtor. § | **(Emergency Hearing Requested)** | |
| § | | |
| Tax I.D. No. 82-4069383 § | | |
| ------------------------------------------------------------ § | | |

| | | |
|---|---|---|
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| **FIRST BRANDS GROUP, LLC,** § | | **Case No. 25-90399 (CML)** |
| § | | |
| Debtor. § | | **(Emergency Hearing Requested)** |
| § | | |
| Tax I.D. No. 46-2872032 § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| **VICEROY PRIVATE CAPITAL, LLC,** § | | **Case No. 25-90400 (CML)** |
| § | | |
| Debtor. § | | **(Emergency Hearing Requested)** |
| § | | |
| Tax I.D. No. 83-1628544 § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| **FRAMAUTO HOLDINGS, LLC,** § | | **Case No. 25-90401 (CML)** |
| § | | |
| Debtor. § | | **(Emergency Hearing Requested)** |
| § | | |
| Tax I.D. No. 83-3423482 § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| **AUTOLITE OPERATIONS LLC,** § | | **Case No. 25-90402 (CML)** |
| § | | |
| Debtor. § | | **(Emergency Hearing Requested)** |
| § | | |
| Tax I.D. No. 80-0697550 § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| **FRAM GROUP OPERATIONS LLC,** § | | **Case No. 25-90403 (CML)** |
| § | | |
| Debtor. § | | **(Emergency Hearing Requested)** |
| § | | |
| Tax I.D. No. 80-0697545 § | | |
| ------------------------------------------------- § | | |

2

| | | |
|---|---|---|
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| **FRAM GROUP IP LLC,** § | | Case No. 25-90404 (CML) |
| § | | |
| Debtor. § | | **(Emergency Hearing Requested)** |
| § | | |
| Tax I.D. No. 90-0673615 § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| **JASPER ACQUISITION CORP.,** § | | Case No. 25-90405 (CML) |
| § | | |
| Debtor. § | | **(Emergency Hearing Requested)** |
| § | | |
| Tax I.D. No. 99-0478870 § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| **JASPER RUBBER PRODUCTS, INC.,** § | | Case No. 25-90406 (CML) |
| § | | |
| Debtor. § | | **(Emergency Hearing Requested)** |
| § | | |
| Tax I.D. No. 35-0856473 § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| **SPECIALTY PUMPS GROUP, INC.,** § | | Case No. 25-90407 (CML) |
| § | | |
| Debtor. § | | **(Emergency Hearing Requested)** |
| § | | |
| Tax I.D. No. 83-3019481 § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| **ASC INDUSTRIES, INC.,** § | | Case No. 25-90408 (CML) |
| § | | |
| Debtor. § | | **(Emergency Hearing Requested)** |
| § | | |
| Tax I.D. No. 34-1187793 § | | |
| ------------------------------------------------- § | | |

3

| | | |
|---|---|---|
| ---------------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| HEATHERTON HOLDINGS, LLC, | § | Case No. 25-90409 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 36-4872564 | § | |
| ---------------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| PHNX ACQUISITION CORP., | § | Case No. 25-90410 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 92-2593644 | § | |
| ---------------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| HOPKINS ACQUISITION, INC., | § | Case No. 25-90411 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 45-2393819 | § | |
| ---------------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| HOPKINS MANUFACTURING CORPORATION, | § | Case No. 25-90412 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 48-0575295 | § | |
| ---------------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| CARRAND COMPANIES, INC., | § | Case No. 25-90413 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 95-3793390 | § | |
| ---------------------------------------------------------------- § | | |

| | | |
|---|---|---|
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| HORIZON GLOBAL CORPORATION, § | | Case No. 25-90414 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 47-3574483 § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| HORIZON GLOBAL COMPANY LLC, § | | Case No. 25-90415 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 47-3578964 § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| HORIZON GLOBAL AMERICAS INC., § | | Case No. 25-90416 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 38-2935446 § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| HORIZON INTERNATIONAL § | | Case No. 25-90417 (CML) |
| HOLDINGS LLC, § | | |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 47-3593202 § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| HORIZON EURO FINANCE LLC, § | | Case No. 25-90418 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 47-4948744 § | | |
| ------------------------------------------------- § | | |

| | | |
|---|---|---|
| ------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| STRONGARM, LLC, § | | Case No. 25-90419 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 20-5109574 § | | |
| ------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| PREMIER MARKETING GROUP, LLC, § | | Case No. 25-90420 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 45-5278587 § | | |
| ------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| AVM EXPORT, INC., § | | Case No. 25-90421 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 46-2326920 § | | |
| ------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| CARTER FUEL SYSTEMS, LLC, § | | Case No. 25-90422 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 46-2883328 § | | |
| ------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| CARTER FUEL EXPORT, INC., § | | Case No. 25-90423 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 46-3738996 § | | |
| ------------------------------------------------ § | | |

| | | |
|---|---|---|
| ------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| CARTER CARBURETOR HOLDINGS, LLC, § | | Case No. 25-90424 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 93-3404522 § | | |
| ------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| WALBRO MIDCO LLC, § | | Case No. 25-90425 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 87-1869178 § | | |
| ------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| WEM US CO., § | | Case No. 25-90427 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 46-0685219 § | | |
| ------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| WALBRO LLC, § | | Case No. 25-90430 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 38-2968944 § | | |
| ------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| CARTER CARBURETOR, LLC, § | | Case No. 25-90432 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 93-3405092 § | | |
| ------------------------------------------------------- § | | |

| | | |
|---|---|---|
| ------------------------------------------------ § | | |
| **In re:** § | | **Chapter 11** |
| § | | |
| **KTRI HOLDINGS, INC.,** § | | **Case No. 25-90436 (CML)** |
| § | | |
| **Debtor.** § | | **(Emergency Hearing Requested)** |
| § | | |
| **Tax I.D. No. 26-0332927** § | | |
| ------------------------------------------------ § | | |
| **In re:** § | | **Chapter 11** |
| § | | |
| **VIPER ACQUISITION, INC.,** § | | **Case No. 25-90437 (CML)** |
| § | | |
| **Debtor.** § | | **(Emergency Hearing Requested)** |
| § | | |
| **Tax I.D. No. 47-2130904** § | | |
| ------------------------------------------------ § | | |
| **In re:** § | | **Chapter 11** |
| § | | |
| **QUALITOR ACQUISITION INC.,** § | | **Case No. 25-90441 (CML)** |
| § | | |
| **Debtor.** § | | **(Emergency Hearing Requested)** |
| § | | |
| **Tax I.D. No. 47-2068430** § | | |
| ------------------------------------------------ § | | |
| **In re:** § | | **Chapter 11** |
| § | | |
| **QUALITOR, INC.,** § | | **Case No. 25-90443 (CML)** |
| § | | |
| **Debtor.** § | | **(Emergency Hearing Requested)** |
| § | | |
| **Tax I.D. No. 38-3464466** § | | |
| ------------------------------------------------ § | | |
| **In re:** § | | **Chapter 11** |
| § | | |
| **TRANSPORTATION AFTERMARKET** § | | **Case No. 25-90447 (CML)** |
| **ENTERPRISE, LLC,** § | | |
| § | | |
| **Debtor.** § | | **(Emergency Hearing Requested)** |
| § | | |
| **Tax I.D. No. 38-3460567** § | | |
| ------------------------------------------------ § | | |

| | | |
|---|---|---|
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| TAE CHINA HOLDINGS, INC., § | | Case No. 25-90450 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 46-3684362 § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| QUALITOR SUBSIDIARY H, INC., § | | Case No. 25-90453 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 34-1503649 § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| QUALITOR SUBSIDIARY S, INC., § | | Case No. 25-90455 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 38-2011233 § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| LONGMAN ENTERPRISES, INC., § | | Case No. 25-90459 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 59-1586186 § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| PYLON MANUFACTURING CORP., § | | Case No. 25-90461 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 59-1548344 § | | |
| ------------------------------------------------- § | | |

| | | |
|---|---|---|
| ---------------------------------------------------------------- § | | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **PYLON SOUTH BEND, INC.,** | § | **Case No. 25-90467 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| **Tax I.D. No. 87-2197606** | § | |
| ---------------------------------------------------------------- § | | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **KTRI OFFSHORE HOLDINGS, LLC,** | § | **Case No. 25-90470 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| **Tax I.D. No. N/A** | § | |
| ---------------------------------------------------------------- § | | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **TRICO PRODUCTS CORPORATION,** | § | **Case No. 25-90472 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| **Tax I.D. No. 16-0665680** | § | |
| ---------------------------------------------------------------- § | | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **TRICO HOLDING CORPORATION,** | § | **Case No. 25-90476 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| **Tax I.D. No. 16-1271407** | § | |
| ---------------------------------------------------------------- § | | |

```
-----------------------------------------------------  §
In re:                                                 §      Chapter 11
                                                       §
DALTON CORPORATION,                                    §      Case No. 25-90481 (CML)
KENDALLVILLE MANUFACTURING                             §
FACILITY,                                              §
                                                       §
                  Debtor.                              §      (Emergency Hearing Requested)
                                                       §
Tax I.D. No. 35-2054777                                §
-----------------------------------------------------  §
In re:                                                 §      Chapter 11
                                                       §
DALTON CORPORATION, WARSAW                             §      Case No. 25-90482 (CML)
MANUFACTURING FACILITY,                                §
                                                       §
                  Debtor.                              §      (Emergency Hearing Requested)
                                                       §
Tax I.D. No. 35-2054775                                §
-----------------------------------------------------  §
In re:                                                 §      Chapter 11
                                                       §
DALTON CORPORATION, STRYKER                            §      Case No. 25-90428 (CML)
MACHINING FACILITY CO.,                                §
                                                       §
                  Debtor.                              §      (Emergency Hearing Requested)
                                                       §
Tax I.D. No. 34-1873080                                §
-----------------------------------------------------  §
In re:                                                 §      Chapter 11
                                                       §
DALTON CORPORATION, ASHLAND                            §      Case No. 25-90433 (CML)
MANUFACTURING FACILITY,                                §
                                                       §
                  Debtor.                              §      (Emergency Hearing Requested)
                                                       §
Tax I.D. No. 34-1873079                                §
-----------------------------------------------------  §
In re:                                                 §      Chapter 11
                                                       §
VIPER ACQUISITION I, INC.,                             §      Case No. 25-90438 (CML)
                                                       §
                  Debtor.                              §      (Emergency Hearing Requested)
                                                       §
Tax I.D. No. 92-1424222                                §
-----------------------------------------------------  §
```

| | | |
|---|---|---|
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| TAE BRAKES, LLC, § | | Case No. 25-90446 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 86-1290698 § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| INTERNATIONAL BRAKE § | | Case No. 25-90451 (CML) |
| INDUSTRIES, INC., § | | |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 34-1600789 § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| IBI INTERNATIONAL HOLDING § | | Case No. 25-90457 (CML) |
| COMPANY, INC., § | | |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 84-1896714 § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| QUALITOR AUTOMOTIVE, LLC, § | | Case No. 25-90463 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 27-4496580 § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| BPI ACQUISITION COMPANY, LLC, § | | Case No. 25-90471 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 61-1704823 § | | |
| ------------------------------------------------- § | | |

----------------------------------------------------------- §
In re:                                                      §        Chapter 11
                                                            §
BRAKE PARTS INC LLC,                                        §        Case No. 25-90477 (CML)
                                                            §
                                 Debtor.                    §        (Emergency Hearing Requested)
                                                            §
Tax I.D. No. 06-1248287                                     §
----------------------------------------------------------- §
In re:                                                      §        Chapter 11
                                                            §
BPI EC, LLC,                                                §        Case No. 25-90480 (CML)
                                                            §
                                 Debtor.                    §        (Emergency Hearing Requested)
                                                            §
Tax I.D. No. 84-2220895                                     §
----------------------------------------------------------- §
In re:                                                      §        Chapter 11
                                                            §
BRAKE PARTS INC INDIA LLC,                                  §        Case No. 25-90484 (CML)
                                                            §
                                 Debtor.                    §        (Emergency Hearing Requested)
                                                            §
Tax I.D. No. 02-0809047                                     §
----------------------------------------------------------- §
In re:                                                      §        Chapter 11
                                                            §
BPI HOLDINGS INTERNATIONAL, LLC,                            §        Case No. 25-90486 (CML)
                                                            §
                                 Debtor.                    §        (Emergency Hearing Requested)
                                                            §
Tax I.D. No. 46-1423731                                     §
----------------------------------------------------------- §
In re:                                                      §        Chapter 11
                                                            §
BRAKE PARTS INC CHINA LLC,                                  §        Case No. 25-90488 (CML)
                                                            §
                                 Debtor.                    §        (Emergency Hearing Requested)
                                                            §
Tax I.D. No. 35-2349441                                     §
----------------------------------------------------------- §

| | | |
|---|---|---|
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| EAGLE MACHINING, LLC, | § | Case No. 25-90489 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 87-2985879 | § | |
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| EAGLE CASTING HOLDINGS, LLC, | § | Case No. 25-90490 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 93-1944852 | § | |
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| EAGLE CASTING, LLC, | § | Case No. 25-90491 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 92-1818804 | § | |
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| DALTON CORPORATION, | § | Case No. 25-90492 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 35-0259770 | § | |
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| CARDONE INDUSTRIES, INC., | § | Case No. 25-90493 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 23-3000982 | § | |
| ------------------------------------------------ § | | |

| | | |
|---|---|---|
| ------------------------------------------------ § | | |
| **In re:** § | | **Chapter 11** |
| § | | |
| **SDC TX, LLC,** § | | **Case No. 25-90494 (CML)** |
| § | | |
| **Debtor.** § | | **(Emergency Hearing Requested)** |
| § | | |
| **Tax I.D. No. 82-3997497** § | | |
| ------------------------------------------------ § | | |
| **In re:** § | | **Chapter 11** |
| § | | |
| **REMAN MANAGEMENT** § | | **Case No. 25-90429 (CML)** |
| **INTERNATIONAL LLC,** § | | |
| § | | |
| **Debtor.** § | | **(Emergency Hearing Requested)** |
| § | | |
| **Tax I.D. No. 27-0835555** § | | |
| ------------------------------------------------ § | | |
| **In re:** § | | **Chapter 11** |
| § | | |
| **SMART CHOICE, LLC,** § | | **Case No. 25-90435 (CML)** |
| § | | |
| **Debtor.** § | | **(Emergency Hearing Requested)** |
| § | | |
| **Tax I.D. No. 37-1626074** § | | |
| ------------------------------------------------ § | | |
| **In re:** § | | **Chapter 11** |
| § | | |
| **TRIDONEX USA LLC,** § | | **Case No. 25-90439 (CML)** |
| § | | |
| **Debtor.** § | | **(Emergency Hearing Requested)** |
| § | | |
| **Tax I.D. No. N/A** § | | |
| ------------------------------------------------ § | | |
| **In re:** § | | **Chapter 11** |
| § | | |
| **GLOBAL REMAN VENTURES, LLC,** § | | **Case No. 25-90444 (CML)** |
| § | | |
| **Debtor.** § | | **(Emergency Hearing Requested)** |
| § | | |
| **Tax I.D. No. N/A** § | | |
| ------------------------------------------------ § | | |

15

| | | |
|---|---|---|
| ------------------------------------------------- § | | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **APC PARENT, LLC,** | § | **Case No. 25-90448 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| **Tax I.D. No. 85-1502077** | § | |
| ------------------------------------------------- § | | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **APC INTERMEDIATE HOLDINGS, LLC,** | § | **Case No. 25-90452 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| **Tax I.D. No. 85-1503595** | § | |
| ------------------------------------------------- § | | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **CWD INTERMEDIATE HOLDINGS I, LLC,** | § | **Case No. 25-90454 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| **Tax I.D. No. 85-1515293** | § | |
| ------------------------------------------------- § | | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **CWD INTERMEDIATE HOLDINGS II, LLC,** | § | **Case No. 25-90458 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| **Tax I.D. No. 26-2177285** | § | |
| ------------------------------------------------- § | | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **CWD HOLDING, LLC** | § | **Case No. 25-90462 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| **Tax I.D. No. 26-2177381** | § | |
| ------------------------------------------------- § | | |

| | | |
|---|---|---|
| ------------------------------------------------ § | | |
| **In re:** § | | **Chapter 11** |
| § | | |
| **CWD, LLC,** § | | **Case No. 25-90465 (CML)** |
| § | | |
| **Debtor.** § | | **(Emergency Hearing Requested)** |
| § | | |
| **Tax I.D. No. 91-2015832** § | | |
| ------------------------------------------------ § | | |
| **In re:** § | | **Chapter 11** |
| § | | |
| **QUALIS ENTERPRISES, LLC,** § | | **Case No. 25-90469 (CML)** |
| § | | |
| **Debtor.** § | | **(Emergency Hearing Requested)** |
| § | | |
| **Tax I.D. No. 84-1646610** § | | |
| ------------------------------------------------ § | | |
| **In re:** § | | **Chapter 11** |
| § | | |
| **QUALIS AUTOMOTIVE, L.L.C.,** § | | **Case No. 25-90474 (CML)** |
| § | | |
| **Debtor.** § | | **(Emergency Hearing Requested)** |
| § | | |
| **Tax I.D. No. 36-4287291** § | | |
| ------------------------------------------------ § | | |
| **In re:** § | | **Chapter 11** |
| § | | |
| **TOLEDO MOLDING & DIE, LLC**, § | | **Case No. 25-90478 (CML)** |
| § | | |
| **Debtor.** § | | **(Emergency Hearing Requested)** |
| § | | |
| **Tax I.D. No. 34-1612053** § | | |
| ------------------------------------------------ § | | |
| **In re:** § | | **Chapter 11** |
| § | | |
| **UCI INTERNATIONAL HOLDINGS PARENT INC.,** § | | **Case No. 25-90479 (CML)** |
| § | | |
| **Debtor.** § | | **(Emergency Hearing Requested)** |
| § | | |
| **Tax I.D. No. 85-2048640** § | | |
| ------------------------------------------------ § | | |

| | | |
|---|---|---|
| ------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| UCI INTERNATIONAL HOLDINGS, INC., § | | Case No. 25-90483 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 80-0665732 § | | |
| ------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| UCI INTERNATIONAL, LLC, § | | Case No. 25-90485 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 16-1760186 § | | |
| ------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| UNITED COMPONENTS, LLC, § | | Case No. 25-90487 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 04-3759857 § | | |
| ------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| UCI ACQUISITION HOLDINGS (NO. 4) LLC, § | | Case No. 25-90426 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 47-3748447 § | | |
| ------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| UCI-AIRTEX HOLDINGS, INC., § | | Case No. 25-90431 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 86-1065425 § | | |
| ------------------------------------------------ § | | |

| | | |
|---|---|---|
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **AIRTEX INDUSTRIES, LLC,** | § | Case No. 25-90434 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 56-2490830 | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **AIRTEX PRODUCTS, LP,** | § | Case No. 25-90440 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 20-1970933 | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **UCI PENNSYLVANIA, INC.,** | § | Case No. 25-90442 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 23-2051527 | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **CHAMPION LABORATORIES, INC.,** | § | Case No. 25-90445 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 37-0995645 | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **UNIVERSAL AUTO FILTER LLC,** | § | Case No. 25-90449 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 38-4127928 | § | |
| ---------------------------------------------------------- § | | |

| | | |
|---|---|---|
| ------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **FUEL FILTER TECHNOLOGIES, INC.,** | § | Case No. 25-90456 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 36-3850890 | § | |
| ------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **CARNABY CAPITAL HOLDINGS, LLC,** | § | Case No. 25-90385 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 85-1142384 | § | |
| ------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **CARNABY CAPITAL, LLC,** | § | Case No. 25-90460 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 85-1148725 | § | |
| ------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **CARNABY INVENTORY HOLDINGS II, LLC,** | § | Case No. 25-90389 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 88-0529704 | § | |
| ------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **CARNABY INVENTORY HOLDINGS III, LLC,** | § | Case No. 25-90391 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. 88-0555850 | § | |
| ------------------------------------------- § | | |

| | | |
|---|---|---|
| ------------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| CARNABY INVENTORY II, LLC, § | | Case No. 25-90388 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 88-0589845 § | | |
| ------------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| CARNABY INVENTORY III, LLC, § | | Case No. 25-90390 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 88-0615839 § | | |
| ------------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| CARNABY INVENTORY HOLDINGS IV, LLC, § | | Case No. 25-90464 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 88-2934600 § | | |
| ------------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| CARNABY INVENTORY IV, LLC, § | | Case No. 25-90466 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 88-2934373 § | | |
| ------------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| CARNABY FA HOLDINGS, LLC, § | | Case No. 25-90468 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 93-3538148 § | | |
| ------------------------------------------------------ § | | |

| | | |
|---|---|---|
| ------------------------------------------------ § | | |
| **In re:** § | **Chapter 11** | |
| § | | |
| **CARNABY FA, LLC,** § | **Case No. 25-90473 (CML)** | |
| § | | |
| Debtor. § | **(Emergency Hearing Requested)** | |
| § | | |
| **Tax I.D. No. 93-3546017** § | | |
| ------------------------------------------------ § | | |
| **In re:** § | **Chapter 11** | |
| § | | |
| **PATTERSON INVENTORY** § | **Case No. 25-90393 (CML)** | |
| **HOLDINGS, LLC,** § | | |
| § | | |
| Debtor. § | **(Emergency Hearing Requested)** | |
| § | | |
| **Tax I.D. No. 93-3750079** § | | |
| ------------------------------------------------ § | | |
| **In re:** § | **Chapter 11** | |
| § | | |
| **PATTERSON INVENTORY, LLC,** § | **Case No. 25-90392 (CML)** | |
| § | | |
| Debtor. § | **(Emergency Hearing Requested)** | |
| § | | |
| **Tax I.D. No. 93-3762872** § | | |
| ------------------------------------------------ § | | |
| **In re:** § | **Chapter 11** | |
| § | | |
| **STARLIGHT INVENTORY** § | **Case No. 25-90395 (CML)** | |
| **HOLDINGS I, LLC,** § | | |
| § | | |
| Debtor. § | **(Emergency Hearing Requested)** | |
| § | | |
| **Tax I.D. No. 99-1166472** § | | |
| ------------------------------------------------ § | | |
| **In re:** § | **Chapter 11** | |
| § | | |
| **STARLIGHT INVENTORY I, LLC,** § | **Case No. 25-90394 (CML)** | |
| § | | |
| Debtor. § | **(Emergency Hearing Requested)** | |
| § | | |
| **Tax I.D. No. 99-1166698** § | | |
| ------------------------------------------------ § | | |

| | | |
|---|---|---|
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| **BROAD STREET FINANCIAL** § | | Case No. 25-90386 (CML) |
| **HOLDINGS, LLC,** § | | |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 99-1698138 § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| **BROAD STREET FINANCIAL, LLC,** § | | Case No. 25-90387 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. 99-1718479 § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| **GLOBAL ASSETS GMBH,** § | | Case No. 25-90475 (CML) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Tax I.D. No. N/A § | | |
| ------------------------------------------------- § | | |

## ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion, dated September 29, 2025 (the "**Motion**"),[1] of First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), for entry of an order, pursuant to Bankruptcy Rule 1015(b) and Bankruptcy Local Rule 1015-1, directing joint administration of their chapter 11 cases, all as more fully set forth in the Motion; and this Court having jurisdiction and authority to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334(b); and consideration of the Motion and the requested relief being a core proceeding pursuant

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and upon consideration of the First Day Declaration; and upon any hearing held on the Motion; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their respective estates and creditors; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

## IT IS HEREBY ORDERED THAT

1.      The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 25-90399 (CML).

2.      The following checked items are ordered:

     ☒   One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

     ☒   Parties may request joint hearings on matters pending in any of the jointly administered cases.

     ☒   Other: See below.

3.      Nothing in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of the above-captioned cases, the Debtors, or the Debtors' estates.

4.      The caption of the jointly administered cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIRST BRANDS GROUP, LLC, *et al.*, | § | Case No. 25-90399 (CML) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

5.      A docket entry shall be made in each of the above-captioned cases (other than in the chapter 11 case of First Brands Group, LLC) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of First Brands Group, LLC, *et al.*  The docket in Case No. 25-90399 (CML) should be consulted for all matters affecting this case.

6.      The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7.      A separate claims register shall be maintained for each Debtor.

8.      The Debtors are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

9.      This Court retains exclusive jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2025
        Houston, Texas

                                    _____
                                    CHRISTOPHER LOPEZ
                                    UNITED STATES BANKRUPTCY JUDGE