**Exhibit D**

**Cash Management System Schematic**

