IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| FIRST BRANDS GROUP, LLC, *et al.*, | ) Case No. 25-90399 (CML) |
|  | ) |
| Debtors.[1] | ) |

**NOTICE OF APPEARANCE AND REQUEST FOR ALL DOCUMENTS**

**PLEASE TAKE NOTICE** that the undersigned hereby enter their appearance on behalf of Evolution Credit Partners and request that all notices given or required to be given in this case and any case consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith be given to and served upon the following:

| | |
|---|---|
| Jason S. Brookner<br>**GRAY REED**<br>1300 Post Oak Blvd, Suite 2000<br>Houston, Texas 77056<br>Telephone:  (713) 986-7000<br>Facsimile:  (713) 986-7100<br>Email:  jbrookner@grayreed.com | Vincent Indelicato<br>Matthew R. Koch<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, New York 10036-8299<br>Telephone:  (212) 969-3000<br>Facsimile:  (212) 969-2900<br>Email:  vindelicato@proskauer.com<br>         mkoch@proskauer.com |

-and-

Charles A. Dale
**PROSKAUER ROSE LLP**
One International Place
Boston, MA 02110-2600
Telephone:  (617) 526-9600
Email:  cdale@proskauer.com

This request encompasses all notices, copies and pleadings referred to any and all (i) sections of title 11 of the United States Code, and (ii) Rules contained in the Federal Rules of Bankruptcy Procedure, including without limitation notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

4900-3901-4508

this Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex or otherwise that effect or seek to effect the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by the District Court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter to which the creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Respectfully submitted this 29th day of September 2025.

        **GRAY REED**

By: */s/ Jason S. Brookner*
    Jason S. Brookner
    Texas Bar No. 24033684
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:  (713) 986-7000
Facsimile:  (713) 986-7100
Email:     jbrookner@grayreed.com

- and –

**PROSKAUER ROSE LLP**
    Vincent Indelicato (*pro hac vice* pending)
    Matthew R. Koch (*pro hac vice* pending)
Eleven Times Square
New York, NY 10036-8299
Telephone:  (212) 969-3000
Facsimile:  (212) 969-2900
Email:     vindelicato@proskauer.com
           mkoch@proskauer.com
- and -

    Charles A. Dale (*pro hac vice* pending)
One International Plaza
Boston, MA 02110-2600
Telephone:  (617) 526-9600
Email:     cdale@proskauer.com

*Counsel to Evolution Credit Partners*

## Certificate of Service

    The undersigned hereby certifies that on the 29th day of September 2025, he caused a true and correct copy of the foregoing document by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                      */s/ Jason S. Brookner*
                                      Jason S. Brookner