UNITED STATES BANKRUPTCY COURT SOUTHERN
DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIRST BRANDS GROUP, LLC, *et al.*, | § | Case No. 25-90399 (CML) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that Gibson, Dunn & Crutcher LLP and Howley Law PLLC hereby appear in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to the Ad Hoc Group of Lenders to First Brands Group, LLC, et al (the "Ad Hoc Group") and request, pursuant to Bankruptcy Rules 2002, 9007, and 9010 and sections 342 and 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address, telephone number and e-mail address:

**Scott J. Greenberg**
**Stephen Silverman**
**Jason Z. Goldstein**
*(Applications for Pro Hac Vice Admission Forthcoming)*

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212-351-4000
Email: sgreenberg@gibsondunn.com
Email: SSilverman@gibsondunn.com
Email: JGoldstein@gibsondunn.com

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**AnnElyse Scarlett Gains**
*(Application for Pro Hac Vice Admission Forthcoming)*

GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202-955-8500
Email: agains@gibsondunn.com

-and-

**Tom A. Howley**
**Eric Terry**
HOWLEY LAW PLLC
TC Energy Center
700 Louisiana St., Suite 4220
Houston, Texas 77002
Telephone:  713-333-9125
Email:  tom@howley-law.com
Email: eric@howley-law.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of the Ad Hoc Group's rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any other rights, claims, actions, setoffs, or recoupments to which the Ad Hoc Group is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments the Ad Hoc Group expressly reserves, or (5) to any and all defenses or

2

objections the Ad Hoc Group may have to any claims asserted against them in this action including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued.

Dated: September 30, 2025
Houston, Texas

Respectfully submitted,

/s/ Tom A. Howley
**Tom A. Howley**
Texas Bar No. 24010115
**Eric Terry**
Texas Bar No. 00794729
HOWLEY LAW PLLC
TC Energy Center
700 Louisiana St., Suite 4220
Houston, Texas 77002
Telephone: 713-333-9125
Email: tom@howley-law.com
Email: eric@howley-law.com


**Scott J. Greenberg**
New York Bar No. 4126991
**Stephen Silverman**
New York Bar No. 5410238
**Jason Z. Goldstein**
New York Bar No. 5123211
(*Applications for Pro Hac Vice Admission Forthcoming*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: 212-351-4000
Email: sgreenberg@gibsondunn.com
Email: SSilverman@gibsondunn.com
Email: JGoldstein@gibsondunn.com


-and-

**AnnElyse Scarlett Gains**
New York Bar No. 5196100
District of Columbia Bar No. 1614955
(*Application for Pro Hac Vice Admission Forthcoming*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202-955-8500
Email: agains@gibsondunn.com

*Attorneys for the Ad Hoc Group of Lenders*

## CERTIFICATE OF SERVICE

I certify that on September 30, 2025, I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in these cases.

  */s/ Tom A. Howley*
  Tom A. Howley

4