UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | ) Case No. 25-90399 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

***PLEASE TAKE NOTICE*** that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and Sections 102(1), 342 and 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq*., Blank Rome LLP hereby appears as counsel on behalf of Aequum Capital Financial II LLC ("Aequum") in the above-captioned bankruptcy cases (these "Chapter 11 Cases").  Aequum hereby requests that all notices given or required to be given in these Chapter 11 Cases and all papers served or required to be served in these Chapter 11 Cases, be given to and served upon the following:

| | |
|---|---|
| Kenneth J. Ottaviano, Esq. | Jennifer K. Malow, Esq. |
| Stephanie K. Hor-Chen, Esq. | **BLANK ROME LLP** |
| **BLANK ROME LLP** | 1201 N. Market Street, Suite 800 |
| 444 West Lake Street | Wilmington, DE 19801 |
| Suite 1650 | Telephone: (302) 425-6400 |
| Chicago, IL 60606 | Facsimile: (302) 425-6464 |
| Telephone: (312) 776-2600 | Email: Jennifer.Malow@blankrome.com |
| Facsimile: (312) 776-2601 | |
| Email: Ken.Ottaviano@blankrome.com | |
| Stephanie.Horchen@blankrome.com | |

***PLEASE TAKE FURTHER NOTICE*** that the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002, and also includes, without limitation, orders and

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

1

notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, or otherwise, which affect or seeks to affect in any way the above-captioned debtors (the "Debtors") or the property of the Debtors, or any of the rights or interests held or asserted by Aequum with respect to the Debtors or property of the Debtors.

***PLEASE TAKE FURTHER NOTICE*** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of Aequum, including without limitation, to: (a) challenge the jurisdiction of this Court to adjudicate any matter, including, without limitation, any non-core matter; (b) require that where any adversary proceeding is to be initiated against Aequum in these Chapter 11 Cases or any related case or where any proceeding is to be initiated by complaint against Aequum under applicable non-bankruptcy law, service shall be made on Aequum in accordance with applicable Bankruptcy Rules, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (c) have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Southern District of Texas (the "District Court"); (d) trial by jury in any proceeding so triable in these Chapter 11 Cases or any case, controversy, or proceeding related to these Chapter 11 Cases; (e) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (f) any other rights, claims, actions, defenses, setoffs or recoupments to which Aequum is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments Aequum expressly reserve and assert.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **BLANK ROME LLP** |
| Dated: September 30, 2025 | */s/ Jennifer K. Malow* |
|  | Jennifer K. Malow (Bar No. 3925677) |
|  | 1201 N. Market Street, Suite 800 |
|  | Wilmington, Delaware 19801 |
|  | Telephone: (302) 425-6400 |
|  | Facsimile: (302) 425-6464 |
|  | Email: Jennifer.Malow@blankrome.com |
|  | |
|  | Kenneth J. Ottaviano |
|  | Stephanie K. Hor-Chen |
|  | 444 West Lake Street, Suite 1650 |
|  | Chicago, Illinois 60606 |
|  | Telephone: (312)776-2500 |
|  | Facsimile: (312) 776-2601 |
|  | Email: Ken.Ottaviano@blankrome.com |
|  | Stephanie.HorChen@blankrome.com |
|  | |
|  | *Counsel for Aequum Capital Financial II LLC* |

**CERTIFICATE OF SERVICE**

      I certify that on September 30, 2025, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Bankruptcy Court for the Southern District of Texas, using the CM/ECF system. The ECF system will send a "Notice of Electronic Filing" to all counsel of record who have consented in writing to accept service of this document by electronic means.

                                            */s/ Jennifer K. Malow*
                                            Jennifer K. Malow