# IN THE UNITED STATES BANKRUPTCY COURT
# FOR SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-90399 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedures and section 1109(b) of the Bankruptcy Code, the undersigned hereby enter their appearance as counsel to Mayfair Enterprises, LLC, Global Technologies Partners, LLC, Global Technologies S.a.r.L, and certain affiliated directors and officers (collectively, "Mayfair") and request that copies of all pleadings, documents and notices filed, served, or to be served in the above-captioned cases be given and served upon the following attorneys:

| | |
|---|---|
| Sean T. Wilson, Esq. (TX. Bar. 24077962)<br>**JONES WALKER LLP**<br>811 Main Street, Suite 2900<br>Houston, Texas 77002<br>Tel: (713) 437-1800<br>Fax: (713) 437-1810<br>Email: swilson@joneswalker.com | M. Natasha Labovitz<br>Erica S. Weisgerber<br>Matthew J. Sorensen<br>Christopher R. Ceresa<br>**DEBEVOISE & PLIMPTON LLP**<br>66 Hudson Boulevard<br>New York, New York 10001<br>Tel: (212) 909-6000<br>Fax: (212) 909-6836<br>Email: nlabovitz@debevoise.com<br>      eweisgerber@debevoise.com<br>      mjsorensen@debevoise.com<br>      crceresa@debevoise.com |

---

[1]  A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleaveland, OH 44114.

#110018801v4

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the pleadings, documents and notices referred to in Bankruptcy Rule 2002, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints, demands, answers or replies, whether formal or informal, written or oral, transmitted or conveyed by mail, hand delivery, telephone, facsimile, email, or otherwise filed or made with regard to the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that neither this notice, any subsequent appearance, pleading, claim or participation in this case shall not be deemed or construed to constitute a waiver of any substantive or procedural right of Mayfair including, without limitation: (i) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the Southern District of Texas (the "District Court"), (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Mayfair is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.  Unless and until Mayfair expressly states otherwise, Mayfair does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

#110018801v4

Dated: Houston, Texas
        September 30, 2025

**JONES WALKER LLP**

*/s/ Sean T. Wilson*
Sean T. Wilson (Texas Bar No. 24077962)
**JONES WALKER LLP**
811 Main Street, Suite 2900
Houston, Texas 77002
Tel: (713) 437-1800
Fax: (713) 437-1810
Email: swilson@joneswalker.com

-and-

**DEBEVOISE & PLIMPTON LLP**

M. Natasha Labovitz (*pro hac vice pending*)
Erica S. Weisgerber (*pro hac vice pending*)
Matthew J. Sorensen (*pro hac vice pending*)
Christopher R. Ceresa (*pro hac vice pending*)
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, New York 10001
Tel: (212) 909-6000
Fax: (212) 909-6836
Email: nlabovitz@debevoise.com
       eweisgerber@debevoise.com
       mjsorensen@debevoise.com
       crceresa@debevoise.com

*Counsel to Mayfair Enterprises, LLC, Global Technologies Partners, LLC, Global Technologies S.a.r.L, and certain affiliated directors and officers*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the September 30, 2025, a true and correct copy of the foregoing document was served via ECF notification on all parties entitled to ECF notification in this case.

                                                */s/ Sean T. Wilson*
                                                Sean T. Wilson

#110018801v4