IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § |
| | § Chapter 11 |
| FIRST BRANDS GROUP, LLC, et al., | § |
| | § Case No. 25-90399 (CML) |
| Debtor.[1] | § |
| | § |
| | § |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that, pursuant to section 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), Loeb & Loeb LLP appears in these bankruptcy cases as counsel for and on behalf of Creditors ARC CGMARSC001, LLC and ARC CGLGNIN001, LLC ("Creditors").

**PLEASE TAKE FURTHER NOTICE** that the Creditors request that all notices given or required to be given in the above-captioned chapter 11 case (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served upon the following:

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

241876873.1
226663-10096

Bethany D. Simmons, Esq.
**Loeb & Loeb LLP**
345 Park Avenue
New York, New York 10154
Ph:  212-407-4000
Fax:  212-407-4990
Email:  *bsimmons@loeb.com*

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing, demand, order, or any other paper filed in the proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, email, telephone, facsimile transmission, telegraph, telex, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, as provided in Bankruptcy Rule 3017(a), the Creditors request that their attorneys be provided with copies of any and all disclosure statements and plans of reorganization.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of (a) the rights of the Creditors (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal, (iv) to have any claims constitutionally required to be determined by the District Court be determined therein, or (v) to have any matter heard by an arbitrator or (b) any other rights, claims, actions, defenses (including defenses to jurisdictions), setoffs, or recoupments to which the Creditors may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments they expressly reserve.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service nor any former or later appearance, pleading, claim, or suit shall constitute an authorization for the undersigned to accept service of process on behalf of the Creditors, and that such service must be done in strict compliance with the Federal Rules of Civil Procedure and the Bankruptcy Rules.

Dated: New York, NY
September 30, 2025

LOEB & LOEB LLP

By: */s/ Bethany D. Simmons*
Bethany D. Simmons (S.D. Tex. No. 3858335)
bsimmons@loeb.com
345 Park Avenue
New York, New York 10154
Telephone: 212-407-4000
Facsimile: 212-407-4990

*Attorneys for ARC CGMARSC001, LLC and ARC CGLGNIN001, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

Dated:   New York, NY
         September 30, 2025

By: /s/ Bethany D. Simmons
    Bethany D. Simmons
