IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*, § | |
| § | Case No. 25-90399 (CML) |
| § | |
| Debtors.[1] § | Joint Administration |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

Pursuant to Bankruptcy Rules 9010(b) and 2002, please take notice that the undersigned attorney is appearing as counsel for Volvo Penta of the Americas, LLC (referred to herein as the "Creditor"), creditor in the above-referenced bankruptcy case. Pursuant to Bankruptcy Rule 2002, Creditor requests that all notices given or required to be given in this bankruptcy, and all papers served or required to be served in this bankruptcy, be given to and served upon the undersigned as follows:

Susan C. Mathews
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1301 McKinney Street, Suite 3700
Houston, Texas 77010
Telephone: (713) 286-7165
Facsimile: (713) 650-9701
smathews@bakerdonelson.com

The foregoing request is to include the notices and papers referred to in the Rules specified above, and also includes, without limitation, notices of any orders, applications, complaints, proposed reorganizations, demands, hearings, motions, petitions, pleadings, or requests, and any other documents brought before this Court in the above cause.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

PLEASE TAKE FURTHER NOTICE that this appearance and request for notice is neither intended as, nor is it: (1) a consent of Creditor to the jurisdiction of the Bankruptcy Court, or (2) a waiver of (i) Creditor's rights to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) Creditor's rights to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal or (iii) any other rights, claims, counterclaims, actions, defenses, set-offs, or recoupments to which Creditor is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, counterclaims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated: September 30, 2025.

                Respectfully submitted,

                BAKER, DONELSON, BEARMAN,
                CALDWELL & BERKOWITZ, P.C.

By: */s/ Susan C. Mathews*
    Susan C. Mathews
    Texas Bar No. 05060650
    smathews@bakerdonelson.com
    1301 McKinney St., Suite 3700
    Houston, Texas 77010
    Telephone: (713) 650-9700
    Facsimile: (713) 650-9701

***Counsel for Volvo Penta of the Americas, LLC***

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 30, 2025, a true and correct copy of the foregoing was served via the Court's ECF system on those parties registered to receive ECF notices by the Court.

*/s/ Susan C. Mathews*
SUSAN C. MATHEWS

2