UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*, | § § § | Case No. 25-90399 (CML) |
| Debtors.[1] | § § | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** the undersigned counsel, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of the Bankruptcy Code, enters his appearance as counsel for Grammer Inc. and Grammer Americas LLC (together, "Grammer") in the above-captioned chapter 11 cases (the "Cases"), and respectfully requests that the name of counsel listed below be added to the mailing list maintained by the Clerk, and that all notices given or required to be given in these Cases, and all pleadings and other papers served, or required to be served, in these Cases, be given to and served upon the following:

> Matthew C. Corcoran
> JONES DAY
> 325 John H. McConnell Boulevard, Suite 600
> Columbus, Ohio  43215
> Telephone: (614) 469-3939
> Facsimile: (614) 461-4198
> E-mail:  mccorcoran@jonesday.com

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes,

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

NAI-5003685751

without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, whether transmitted or conveyed by regular mail, electronic mail, delivery service or some other means, or otherwise filed or made with regard to these Cases and proceedings therein.  Further, this request includes copies of any disclosure statements to be submitted prior to approval and any and all plans of reorganization.

**PLEASE TAKE FURTHER NOTICE THAT**, this Notice of Appearance and Request for Service of Papers shall not be deemed to be or construed as a waiver of Grammer's rights: (a) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (b) to trial by jury in any proceeding so triable in these Cases or in any case, controversy or proceeding related to these Cases; or (c) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.  This Notice of Appearance and Request for Service of Papers is likewise not a waiver of any other rights, claims, actions or setoffs to which Grammer is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses and setoffs Grammer expressly reserves.

Dated:  September 30, 2025  
Houston, Texas

Respectfully submitted,

*/s/ Matthew C. Corcoran*  
Matthew C. Corcoran (Ohio 78236)  
JONES DAY  
325 John H. McConnell Boulevard, Suite 600  
Columbus, Ohio  43215  
Telephone: (614) 469-3939  
Facsimile: (614) 461-4198  
E-mail:  mccorcoran@jonesday.com

*Attorneys For Grammer Inc. and Grammer Americas LLC*

NAI-5003685751

## CERTIFICATE OF SERVICE

     I certify that on September 30, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                              */s/ Matthew C. Corcoran*
                                              Matthew C. Corcoran