IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) ) ) Chapter 11 ) ) |
| FIRST BRANDS GROUP, LLC, *et al.*, | ) Case No. 25-90399 (CML) ) |
| Debtors.[1] | ) ) ) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that the undersigned appears as counsel to creditors Raistone Capital LLC, Raistone Purchasing LLC -Series XXXII, and Raistone Purchasing LLC-Series XXVIII and pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), hereby requests that all notices given or required to be given in this case be given and served upon:

> Richard Jacobsen (*pro hac vice admission pending*)
> New York State Bar No. 4282182
> rjacobsen@orrick.com
> Laura Metzger (*pro hac vice admission pending*)
> New York State Bar No. 4250460
> lmetzger@orrick.com
> Emanuel C. Grillo (*pro hac admission pending*)
> New York State Bar No. 2480317
> egrillo@orrick.com
> Nicholas Poli (*pro hac vice admission pending*)
> New York State Bar No. 5336409
> npoli@orrick.com
> Ari Roytenberg (*pro hac vice admission pending*)
> New York State Bar No. 5547559
> Jacob R. Herz
> S.D. Texas Federal Bar No. 3759822
> jherz@orrick.com

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

4129-3574-1468

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, New York 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

-and-

Nicholas Sabatino (*pro hac vice admission pending*)
California State Bar No. 329511
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 329-7962
Facsimile:  (916) 329-4900

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, formal or informal, and whether transmitted or conveyed by mail, hand delivery, facsimile transmission, e-mail, telephone, telegraph, telex or otherwise, which affects the above-captioned Debtors (collectively, the "Debtors") or the property of or in the possession, custody or control of the Debtors or which is otherwise filed or given with regard to the above-referenced case.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Notices and Documents is without prejudice to Raistone Capital LLC's, Raistone

Purchasing LLC -Series XXXII's, and Raistone Purchasing LLC-Series XXVIII's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the Debtors and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments are expressly reserved.

PLEASE TAKE FURTHER NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 3017(a), Raistone Capital LLC, Raistone Purchasing LLC -Series XXXII, and Raistone Purchasing LLC-Series XXVIII further request that all plans and disclosure statements filed herein by any party be duly served upon their undersigned counsel.

Dated: September 30, 2025

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Jacob R. Herz
Jacob R. Herz
S.D. Texas Federal Bar No. 3759822
jherz@orrick.com
Richard Jacobsen (*pro hac vice admission pending*)
New York Bar No. 4282182
rjacobsen@orrick.com
Laura Metzger (*pro hac vice admission pending*)
New York Bar No. 4250460
lmetzger@orrick.com
Emanuel Grillo (*pro hac vice admission pending*)
New York Bar No. 2480317
egrillo@orrick.com
Nicholas Poli (*pro hac vice admission pending*)
New York Bar No. 5336409
npoli@orrick.com
Ari Roytenberg (*pro hac vice admission pending*)
New York Bar No. 5547559
aroytenberg@orrick.com
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

Nicholas Sabatino (*pro hac vice admission pending*)
California Bar No. 329511
400 Capitol Mall, Suite 3000

3

4129-3574-1468

Sacramento, California 95814-4497
Telephone: (916) 329-7962
Facsimile: (916) 329-4900
nsabatino@orrick.com

*Counsel to Creditors Raistone Capital LLC, Raistone Purchasing LLC - Series XXXII, and Raistone Purchasing LLC-Series XXVIII*

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission on September 30, 2025, to all registered ECF users appearing in the case.

*/s/ Jacob R. Herz*
Jacob R. Herz

4

4129-3574-1468