IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al.,*<br><br>Debtors.[1] | Case No. 25-90399 (CML)<br>Chapter 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE pursuant to Rules 2002 and 9010(b) of the FEDERAL BANKRUPTCY RULES OF PROCEDURE and § 1109(b) of Title 11 of the United States Code, that Bonds Ellis Eppich Schafer Jones LLP hereby give notice of their representation of Washington Penn Plastics Co., Inc., and Uniform Color Company (collectively, "WPP") in the above styled and numbered cause, and requests that copies of all notices of meetings, hearings, motions, notices to file claims, pleadings, etc., be provided to the undersigned at the addresses below.

| **BONDS ELLIS EPPICH SCHAFER JONES LLP** | **LEECH TISHMAN FUSCALDO & LAMPL LLC** |
|---|---|
| Aaron Guerrero (Texas State Bar No. 24050698)<br>Bryan Prentice (Texas State Bar No. 24099787)<br>402 Heights Blvd.<br>Houston, Texas 77007<br>(713) 335-4838 telephone<br>(817) 405-6902 facsimile<br>aaron.guerrero@bondsellis.com<br>bryan.prentice@bondsellis.com | John M. Steiner (*pro hac vice*)<br>David W. Lampl (*pro hac vice*)<br>525 William Penn Place, 28th Floor<br>Pittsburgh, PA 15219<br>(412) 261-1600<br>jsteiner@leechtishman.com<br>dlampl@leechtishman.com |

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE                                                                                                         PAGE 1 OF 3

limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedule of assets and liabilities, statement of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery, telephone, facsimile, telegraph, telex, telefax or otherwise.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver or consent by WPP (1) to the jurisdiction of the Bankruptcy Court, (2) to trial by jury in any proceedings in this case or any case, controversy, or proceeding related to these cases, or (3) of any other rights, claims, actions, setoffs, or recoupments to which WPP is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments WPP expressly reserves.

DATED: September 30, 2025

        Respectfully submitted,

**BONDS ELLIS EPPICH SCHAFER JONES LLP**

*/s/ Aaron M. Guerrero*
Aaron M. Guerrero (Texas State Bar No. 24050698)
Bryan Prentice (Texas State Bar No. 24099787)
402 Heights Blvd.
Houston, Texas 77007
(713) 335-4990 telephone
(713) 335-4991 facsimile
aaron.guerrero@bondsellis.com
bryan.prentice@bondsellis.com

and

**LEECH TISHMAN FUSCALDO & LAMPL LLC**

John M. Steiner (*pro hac vice*)
David W. Lampl (*pro hac vice*)
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
(412) 261-1600
jsteiner@leechtishman.com
dlampl@leechtishman.com

                                      **COUNSEL FOR WASHINGTON PENN PLASTICS CO., INC., AND UNIFORM COLOR COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, a copy of the foregoing document was electronically filed with the Clerk of the Court, which will serve all parties who have appeared in this matter via the Court's CM/ECF system.

                                        */s/ Aaron M. Guerrero*
                                        Aaron M. Guerrero