IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al.*,<br><br>    Debtors. [1] | Chapter 11<br>Case No. 25-90399 (CML) |

NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that Bank of America, N.A. (the "ABL Agent"), in its capacity as administrative and collateral agent for the prepetition secured ABL lenders of the majority of the debtors and debtors-in-possession hereby appears by its counsel, Winston & Strawn LLP ("Counsel"). Counsel hereby enter their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request that the undersigned be added to the official mailing matrix and service lists in these cases. Counsel request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon ABL

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Agent through service upon Counsel at the addresses, telephone, and facsimile numbers set forth below:

Daniel J. McGuire
Gregory M. Gartland
Amila Golic
**WINSTON & STRAWN LLP**
35 West Wacker Dr.
Chicago, Illinois 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5600
Email: dmcguire@winston.com
ggartland@winston.com
agolic@winston.com

Madison K. Haueisen
**WINSTON & STRAWN LLP**
800 Capitol St., Suite 2400
Houston, TX 77002-2925
Telephone: (713) 651-2600
Facsimile: (713) 651-2700
Email: mhaueisen@winston.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of the ABL Agent, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding

so triable in these cases, or any case, controversy, or adversary proceeding related to these cases, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the ABL Agent may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 30, 2025

WINSTON & STRAWN LLP

By: /s/ Madison K. Haueisen
Daniel J. McGuire
(*pro hac vice* admission request forthcoming)
Gregory M. Gartland
(*pro hac vice* admission request forthcoming)
Amila Golic
(pro hac vice admission request forthcoming)
35 West Wacker Dr.
Chicago, Illinois 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5600
Email: dmcguire@winston.com
ggartland@winston.com
agolic@winston.com

Madison K. Haueisen
Winston & Strawn LLP
800 Capitol St., Suite 2400
Houston, TX 77002-2925
Telephone: (713) 651-2600
Facsimile: (713) 651-2700
Email: mhaueisen@winston.com


Counsel for Bank of America, N.A.
as ABL Agent

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

Dated: Houston, Texas
September 30, 2025

/s/ *Madison K. Haueisen*
Madison K. Haueisen