IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------------------------------ x
: 
In re: : Chapter 11
: 
FIRST BRANDS GROUP, L.L.C., *et al.*, : Case No. 25-90399 (CML)
: 
Debtors.[1] : (Joint Administration Requested)
: 
------------------------------------------------------------ x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that Charles S. Kelley, Sean T. Scott, Richard A. Stieglitz, Dabin Chung, Kyle J. TumSuden, and Lauren C. Blanchard, of Mayer Brown LLP enter their appearance in this matter as counsel for Katsumi Servicing, LLC, pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Sections 102(1), 342, and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and requests that copies of all notices and pleadings given or required to be given in this case, be given to and served upon:

| Charles S. Kelley | Sean T. Scott<br>Kyle J. TumSuden | Richard A. Stieglitz<br>Dabin Chung<br>Lauren C. Blanchard |
|---|---|---|
| **MAYER BROWN LLP**<br>700 Louisiana St., Suite 3400<br>Houston, TX 77002<br>Telephone: (713) 238-2634<br>ckelley@mayerbrown.com | **MAYER BROWN LLP**<br>71 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 782-0600<br>stscott@mayerbrown.com<br>ktumsuden@mayerbrown.com | **MAYER BROWN LLP**<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 506-2500<br>rstieglitz@mayerbrown.com<br>dchung@mayerbrown.com<br>lblanchard@mayerbrown.com |

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile, or otherwise filed or made with regard to the referenced cases and proceedings herein.

Dated: September 30, 2025

**MAYER BROWN LLP**
/s/ *Charles S. Kelley*
Charles S. Kelley
TX State Bar No. 11199580
700 Louisiana St., Suite 3400
Houston, TX 77002
Telephone: (713) 238-2634
Email: ckelley@mayerbrown.com

Sean T. Scott (*pro hac vice* pending)
IL Bar No. 6273516
Kyle J. TumSuden (*pro hac vice* pending)
IL Bar No. 6334289
NY Bar No. 5501754
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Email: stscott@mayerbrown.com
         ktumsuden@mayerbrown.com

Richard A. Stieglitz (*pro hac vice* pending)
NY Bar No. 4227591
Dabin Chung (*pro hac vice* pending)
NY Bar No. 5535406
Lauren C. Blanchard (*pro hac vice* pending)
NY Bar No. 6148902
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Email: rstieglitz@mayerbrown.com
         dchung@mayerbrown.com
         lblanchard@mayerbrown.com

*Counsel to Katsumi Servicing, LLC*

3

## CERTIFICATE OF SERVICE

I certify that on September 30, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which automatically sends notification of such filing to all attorneys of record.

    */s/ Charles S. Kelley*
    Charles S. Kelley