IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIRST BRANDS GROUP, LLC, *et al.*, | § | Case No. 25-90399 (CML) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | (Emergency Hearing Requested) |

## VERIFIED STATEMENT OF THE
## AD HOC GROUP PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), certain beneficial holders or the investment advisors or managers for certain beneficial holders as identified on **Exhibit A** hereto (collectively, the "Ad Hoc Group") hereby submit this verified statement (this "Verified Statement") and in support hereof state as follows:

1. On or about September 2025, the Ad Hoc Group (as comprised from time to time) was formed and retained attorneys currently affiliated with Gibson, Dunn & Crutcher LLP ("Gibson Dunn") to represent it as counsel in connection with a potential restructuring of the outstanding debt obligations of the above-captioned debtors (collectively, the "Debtors") and certain of their subsidiaries and affiliates. Later in September 2025, Gibson Dunn contacted Howley Law PLLC ("Howley") to serve as Texas co-counsel to the Ad Hoc Group.

2. As of the date of this Verified Statement, Gibson Dunn and Howley represent (as such term is defined in Bankruptcy Rule 2019(a)(2)) the Ad Hoc Group, comprised of the beneficial holders or the investment advisors or managers for certain beneficial holders that are

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

identified on **Exhibit A** hereto in their capacities as lenders, as applicable, under that certain: (i)(a) *First Lien Term Loan Agreement*, dated as of February 2, 2018 (as amended, amended and restated, supplemented, or otherwise modified prior to the date hereof, the "1L Credit Agreement"), by and among First Brands Group, LLC (f/k/a Trico Group, LLC), as Borrower, First Brands Group Intermediate LLC (f/k/a Trico Group Holdings, LLC), as Parent, Jefferies Finance LLC, as administrative agent and collateral agent, and the lenders party thereto and (b) pursuant to that certain Amendment No. 18 to 1L Credit Agreement dated as of September 25, 2025 (as amended, restated, amended and restated, supplemented, or otherwise modified prior to the date hereof, the "Bridge Amendment") under which the 2025 Incremental Term Loans (as defined in the 1L Credit Agreement) were incurred; (ii) *First Lien Term Loan Agreement*, dated as of June 16, 2025 (as amended, amended and restated, supplemented, or otherwise modified from time to time, the "Sidecar Credit Agreement"), by and among Borrower, Parent, GLAS USA LLC, as GLAS administrative agent and collateral agent, Sagard Holdings Manager (US) LLC, as Sagard administrative agent, and each lender party thereto from time to time; and (iii) *Second Lien Term Loan Agreement*, dated as of February 26, 2019 (as amended, amended and restated, supplemented, or otherwise modified prior to the date hereof, the "2L Credit Agreement," and collectively with the 1L Credit Agreement and the Sidecar Credit Agreement, the "Credit Agreements"), by and among the Borrower, Parent, Jefferies Finance LLC, as administrative agent and collateral agent, and the lenders party thereto.

3.  Gibson Dunn and Howley do not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases. Gibson Dunn and Howley do not represent the Ad Hoc Group as a "committee" (as such term is used in the Bankruptcy Code and Bankruptcy Rules) and do not undertake to represent the interests of, and are not fiduciaries for, any creditor, party in interest, or other entity that has not signed a retention agreement with Gibson Dunn. In

addition, the Ad Hoc Group does not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases.  Each member of the Ad Hoc Group does not represent the interests of, nor act as a fiduciary for, any person or entity other than itself in connection with the Debtors' chapter 11 cases.

4. Upon information and belief formed after due inquiry, Gibson Dunn and Howley do not hold any disclosable economic interests (as such term is defined in Bankruptcy Rule 2019(a)(1)) in relation to the Debtors.

5. The names and addresses of each of the members of the Ad Hoc Group, together with the nature and amount of the disclosable economic interests held by each of them in relation to the Debtors, are set forth in **Exhibit A** attached hereto.  The information set forth in **Exhibit A** is based on information provided to Gibson Dunn and Howley by the members of the Ad Hoc Group and is intended only to comply with Bankruptcy Rule 2019 and not for any other purpose.

6. The undersigned verifies that the foregoing is true and correct to the best of its knowledge.

7. Nothing contained in this Verified Statement is intended or shall be construed to constitute:  (i) a waiver or release of the rights of any of the members of the Ad Hoc Group to have any final order entered by, or other exercise of the judicial power of the United States performed by an Article III court; (ii) a waiver or release of the rights of any of the members of the Ad Hoc Group to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver or release of any rights of any of the members of the Ad Hoc Group may have to a jury trial; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in these chapter 11 cases against or otherwise involving any of the members of the Ad Hoc Group; or (vii) a waiver

or release of any other rights, claims, actions, defenses, setoffs, or recoupments to which any of the members of the Ad Hoc Group are or may be entitled to under the 1L Credit Agreement, Sidecar Credit Agreement, and/or 2L Credit Agreement, in law or in equity, applicable law or under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs, or recoupments being expressly reserved in all respects.

8. The Ad Hoc Group, through its undersigned counsel, reserves the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

| | |
|---|---|
| Dated: September 30, 2025<br>Houston, Texas | Respectfully submitted,<br><br>*/s/ Tom A. Howley*<br>Tom A. Howley (Texas Bar No. 24010115)<br>Eric Terry (Texas Bar No. 00794729)<br>HOWLEY LAW PLLC<br>700 Louisiana Street, Suite 4220<br>Houston, TX 77002<br>Telephone: 713-333-9125<br>Email: tom@howley-law.com<br>            eric@howley-law.com<br><br>Scott J. Greenberg (admitted *pro hac vice*)<br>Stephen D. Silverman (admitted *pro hac vice*)<br>Jason Z. Goldstein (admitted *pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: 212-351-4000<br>Email: sgreenberg@gibsondunn.com<br>            ssilverman@gibsondunn.com<br>            jgoldstein@gibsondunn.com<br><br>-and-<br><br>AnnElyse Scarlett Gains (admitted *pro hac vice*)<br>GIBSON, DUNN & CRUTCHER<br>1700 M Street N.W.<br>Washington, D.C. 20036-3504<br>Telephone: 202-955-8500<br>Email: agains@gibsondunn.com<br><br>*Attorneys for the Ad Hoc Group* |

**Certificate of Service**

I certify that on September 30, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Tom A. Howley*
Tom A. Howley