IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**PRELIMINARY OBJECTION AND RESERVATION OF RIGHTS OF
ONSET FINANCIAL, INC. TO DEBTORS' DIP FINANCING MOTION**

TO THE HONORABLE CHRISTOPHER M. LOPEZ, U.S. BANKRUPTCY JUDGE:

Onset Financial, Inc. ("Onset"), by and through its undersigned counsel, hereby submits this preliminary objection and reservation of rights (the "Objection") to the *Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Modifying Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* (the "DIP Motion") filed by First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") and respectfully states as follows:

**PRELIMINARY OBJECTION**

1.  Onset is a leader in the equipment leasing and financing industry and has successfully partnered with businesses throughout the United States on more than $5 billion in equipment leasing and financing transactions.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

MF-363155430
4923-2128-0110v.2

2.       The relationship between Onset and the Debtors dates back to 2017.  Beginning in 2022, Onset, the Debtors, and certain of the Debtors' non-debtor subsidiaries and affiliates (together with the Debtors, collectively, "First Brands") entered into a series of sale-leaseback transactions pursuant to which Onset purchased from First Brands, and immediately leased back, automotive equipment and inventory.  Through these arrangements, First Brands monetized the value of their inventory and equipment.  As of the Petition Date, First Brands owes Onset approximately $1.9 billion.

3.       When the dust settles, this Court will see that Onset was the single most significant provider of liquidity to the Debtors leading up to the Petition Date.  At the request of the Debtors, Onset advanced First Brands over a billion dollars during the past twelve months, including $375 million in November 2024, $200 million in January 2025, $85 million in March 2025, and $230 million in April 2025.  In each instance, the liquidity provided by Onset was intended to support First Brands' working capital needs, fund acquisitions, and help the company navigate both pending and imposed tariff regimes.  In addition, to facilitate what Onset was told at the time were the Debtors' efforts to refinance their syndicated term loans, raise capital in Europe, or sell the business, Onset refrained from exercising remedies with respect to over $860 million of defaulted obligations.

4.       Against this backdrop, Onset was surprised by the tone taken by the Debtors' Chief Restructuring Officer, Mr. Charles M. Moore, in his first-day declaration [Docket No. 22].  As an initial matter, the descriptions provided by Mr. Moore of the contractual arrangements between First Brands and Onset are both inaccurate and incomplete, and Onset will set the record straight in due course.  However, for the avoidance of doubt, Onset is the **rightful owner of the inventory and equipment** it leased to First Brands.  While Onset recognizes that certain of the transactions

may be subject to recharacterization as secured financings, Onset is fully protected with respect to such financings because it also holds a backup **duly perfected, first-priority lien on these assets**. Onset also has **substantial direct claims against foreign subsidiaries** of the Debtors. Given the seemingly hostile posture reflected in Mr. Moore's declaration, Onset fully anticipates it will be required to defend its rights, property, and collateral interests aggressively in these Chapter 11 Cases.

5.    In regard to the DIP Motion and the DIP Orders (as defined in the DIP Motion), the state of play must be preserved while Onset awaits its day in court. To that end, Onset is entitled to the following protections with respect to the inventory and equipment that it has leased or otherwise provided to the Debtors (collectively, the "Requisite Onset Protections"):

- First, for assets owned by Onset, First Brands must fairly compensate Onset for the sale of inventory and the use of equipment in these Chapter 11 Cases. If the Debtors seek to assume any Onset leases, all defaults under those leases must be cured.

- Second, for assets on which Onset holds a lien, the Debtors must provide Onset with adequate protection, including liens and claims sufficient to protect Onset's collateral interest. Onset will not agree to illusory adequate protection.

- Third, while Onset's rights are being proved, the proceeds from the sale of its inventory and the use of its equipment must be deposited into a segregated trust account to ensure that Onset is not harmed by the use of its property in these Chapter 11 Cases. Where Onset's ownership interest cannot be reasonably disputed by First Brands (*e.g.*, transactions where

3

    Onset paid third-party manufacturers directly for equipment and leased that equipment to First Brands), Onset is entitled to payment under its leases in the ordinary course as adequate protection.

- <u>Fourth</u>, Onset must receive reporting regarding the use of its assets during these Chapter 11 Cases.

- <u>Finally</u>, Onset is entitled to payment of its fees and reimbursement of all expenses (including attorneys' fees) incurred in defending its rights in these proceedings, with such amounts likewise deposited into and preserved in a segregated trust account.

6.   This Objection is preliminary in nature. Onset intends to examine closely the historical transactions between the Debtors and other First Brands entities, including the owners of First Brands, to ensure that its rights are fully vindicated. Onset expressly reserves all rights to supplement, amend, or otherwise modify this Objection in any respect, including at or prior to any hearing on the DIP Motion in these cases. Without limitation, Onset reserves all rights with respect to the DIP Motion, the entry of any orders approving the DIP Motion, and any adequate protection or other relief to which Onset may be entitled pursuant to sections 361, 362, 363, 364, 503, or any other applicable provision of the Bankruptcy Code.

## **CONCLUSION**

7.   By the DIP Motion, the Debtors seek to use Onset's assets and collateral to support their Chapter 11 Cases but have not offered anything close to the adequate protection required by the Bankruptcy Code. *See, e.g.*, 11 U.S.C. §§ 363(e), 364(d)(1)(B), 365(d)(5). The Debtors must either agree to include the Requisite Onset Protections in the DIP Orders, or the DIP Motion must be denied.

MF-363155430
4923-2128-0110v.2

Dated: September 30, 2025
       Houston, Texas

MUNSCH HARDT KOPF & HARR, PC

By: /s/ *Deborah M. Perry*
  Deborah M. Perry
  Texas Bar No. 24002755
  500 N. Akard Street, Suite 4000
  Dallas, Texas 75201-6659
  Telephone: (214) 855-7500
  Facsimile: (214) 855-7584
  E-mail: dperry@munsch.com

-and-

MORRISON & FOERSTER LLP
James Newton (*pro hac vice* pending)
Ben Butterfield (*pro hac vice* pending)
Bryan Kotliar (*pro hac vice* pending)
250 West 55th Street
New York, NY 10019
Email: jnewton@mofo.com
Email: bbutterfield@mofo.com
Email: bkotliar@mofo.com

-and-

MORRISON & FOERSTER LLP
Anthony S. Fiotto (*pro hac vice* pending)
Julia Koch (*pro hac vice* pending)
John Hancock Tower
200 Clarendon Street, Floor 21
Boston, MA 02116
Email: afiotto@mofo.com
Email: jkoch@mofo.com

-and-

MORRISON & FOERSTER LLP
Brian R. Michael (*pro hac vice* pending)
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Email: bmichael@mofo.com

*Attorneys for Onset Financial, Inc.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed on this 30th day of September, 2025, with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

/s/ *Deborah M. Perry*
Deborah M. Perry

MF-363155430
4923-2128-0110v.2