IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*, | § § | Case No. 25-90399 (CML) |
|  | § § | (Jointly Administered) |
| Debtors.[1] | § | (Emergency Hearing Requested) |

### DEBTOR'S WITNESS AND EXHIBIT LIST
### FOR EMERGENCY FIRST DAY HEARING ON OCTOBER 1, 2025

First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby file this witness and exhibit list (the "**Witness and Exhibit List**") for the emergency hearing scheduled for **October 1, 2025 at 9:00 a.m. (Prevailing Central Time)** (the "**Hearing**"):

## WITNESSES

The Debtors may call any of the following witnesses at the Hearing:

1. Tyler Cowan, Global Head of Restructuring & Liability Management, Lazard Frères & Co. LLC;

2. Charles M. Moore, Managing Director, Alvarez & Marsal North America, LLC;

3. Any witness called or listed by any other party; and

4. Any rebuttal witnesses.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**EXHIBITS**

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | First Brands Group, LLC's Organizational Chart, attached as Exhibit A to the Chapter 11 Voluntary Petition of First Brands Group, LLC (Docket No. 1) | | | | |
| 2. | Declaration of Charles M. Moore in Support of Debtors' Chapter 11 Petitions, dated September 29, 2025 (Docket No. 22) (the "**Moore Declaration**") | | | | |
| 3. | First Brands Group LLC's Simplified Organizational Chart, attached as Exhibit A to the Moore Declaration (Docket No. 22) | | | | |
| 4. | Declaration of Charles M. Moore in Support of Debtors' First Day Relief, dated September 30, 2025 (Docket No. 51) | | | | |
| 5. | Declaration of Tyler W. Cowan in Support of Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief, dated September 30, 2025 (Docket No. 55) | | | | |
| 6. | Declaration of Charles M. Moore in Support of Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Prepetition | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
|  | Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief, dated September 30, 2025 (Docket No. 62) (the "**Moore DIP Declaration**") |  |  |  |  |
| 7. | Initial DIP Budget, Attached as Exhibit A to the Moore DIP Declaration (Docket No. 62) |  |  |  |  |
| 8. | Receivable Report, Attached as Exhibit B to the Moore DIP Declaration (Docket No. 62) |  |  |  |  |
| 9. | Compliance Certificate, Attached as Exhibit C to the Moore DIP Declaration (Docket No. 62) |  |  |  |  |
| 10. | ABL Inventory Collateral Overview, Attached as Exhibit D to the Moore DIP Declaration (Docket No. 62) |  |  |  |  |
| 11. | DIP Credit Agreement, attached as Exhibit A to the Notice of Filing Senior Secured Superpriority Debtor-In-Possession Credit Agreement in Connection with Proposed Debtor-In-Possession Financing (Docket No. 128-1) |  |  |  |  |
| 12. | First Lien Term Loan Agreement (Redacted) |  |  |  |  |
| 13. | Term Intercreditor Agreement (Redacted) |  |  |  |  |
| 14. | Amendment No. 1 to the Amended and Restated Intercreditor Agreement (Redacted) |  |  |  |  |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 15. | Cash Management Schematic, attached as Exhibit D to the Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Using Existing Cash Management System and Bank Accounts, (B) Implement Ordinary Course Changes to Cash Management System, and (C) Honor Certain Related Prepetition Obligations, (II) Granting Administrative Expense Priority for Postpetition Intercompany Claims, (III) Extending Time to Comply With Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related Relief Filed by Debtor First Brands Group, LLC (Docket No. 17-4) | | | | |
| 16. | Utilities Services List, Attached as Exhibit 1 to the Utilities Order, attached as Exhibit A to the Utilities Motion (Docket No. 7-1) | | | | |
| 17. | Taxing Authorities List, Attached as Exhibit B to the Taxes Motion (Docket No. 8-2) | | | | |
| 18. | Insurance Policies, Attached as Exhibit C to the Insurance Motion (Docket No. 10-3) | | | | |
| 19. | Surety Bonds, Attached as Exhibit D to the Insurance Motion (Docket No. 10-4) | | | | |
| 20. | Letters of Credit, Attached as Exhibit E to the Insurance Motion (Docket No. 10-5) | | | | |
| 21. | Form Trade Agreement, Attached as Exhibit C to the Critical Vendor Motion (Docket No. 13-3) | | | | |
| 22. | List of Bank Accounts, Attached as Exhibit C to the Cash Management Motion (Docket No. 17-3) | | | | |
| | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | | | | |
| | Any exhibit listed by any other party | | | | |

## **RESERVATION OF RIGHTS**

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list at any time prior to the hearing.

Dated: September 30, 2025
       Houston, Texas

                                   */s/  Clifford W. Carlson*
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   gabriel.morgan@weil.com
           clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (*pro hac vice* pending)
Sunny Singh (*pro hac vice* pending)
Andriana Georgallas (*pro hac vice* pending)
Kevin Bostel (*pro hac vice* pending)
Jason H. George (*pro hac vice* pending)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   matt.barr@weil.com
           sunny.singh@weil.com
           andriana.georgallas@weil.com
           kevin.bostel@weil.com
           jason.george@weil.com

*Proposed Attorneys for Debtors
and Debtors in Possession*

6

## Certificate of Service

I hereby certify that on September 30, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                                */s/ Clifford W. Carlson*
                                                                                 Clifford W. Carlson