**<u>Exhibit A</u>**

**Organizational Chart**

