**Exhibit A**
**Organizational Chart**



**Debtors' Exhibit No. 3**
**Page 2 of 2**