# EXHIBIT A

**Project Overdrive - North America**

**DIP Cash Flow Forecast**

*$ in millions USD*

| Week Ending | Wk 1 10/3/25 | Wk 2 10/10/25 | Wk 3 10/17/25 | Wk 4 10/24/25 | Wk 5 10/31/25 | Wk 6 11/7/25 | Wk 7 11/14/25 | Wk 8 11/21/25 | Wk 9 11/28/25 | Wk 10 12/5/25 | Wk 11 12/12/25 | Wk 12 12/19/25 | Wk 13 12/26/25 | Total 13-Weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total receipts** | $13.1 | $11.9 | $12.0 | $7.6 | $14.8 | $30.3 | $28.0 | $26.3 | $28.9 | $45.7 | $49.0 | $47.1 | $47.0 | $361.5 |
| **Operating disbursements:** | | | | | | | | | | | | | | |
| Vendor Payments | ($41.3) | ($56.3) | ($56.3) | ($56.3) | ($51.3) | ($51.3) | ($46.3) | ($31.3) | ($23.8) | ($23.8) | ($23.8) | ($23.8) | ($23.8) | ($508.8) |
| Payroll - Wages & Benefits | (11.1) | (11.1) | (24.3) | (11.1) | (17.3) | (11.4) | (27.5) | (18.4) | (17.5) | (13.6) | (17.3) | (20.6) | (11.5) | (212.8) |
| Tariffs | (3.5) | (3.5) | (3.5) | (3.5) | (3.5) | (3.5) | (3.5) | (3.5) | (3.5) | (3.5) | (3.5) | (3.5) | (3.5) | (45.5) |
| Leases & Rent | (12.0) | (2.8) | (2.8) | (2.8) | – | (12.0) | (2.8) | (2.8) | (2.8) | (12.0) | (2.8) | (2.8) | (2.8) | (61.2) |
| Insurance | – | – | – | – | (15.2) | – | – | – | – | – | – | – | – | (15.2) |
| Taxes | – | (14.0) | (8.2) | – | (1.9) | – | – | – | (2.0) | – | – | – | (85.8) | (111.9) |
| Other | (5.0) | (5.0) | (5.0) | (5.0) | (5.0) | (5.0) | (5.0) | (5.0) | (5.0) | (5.0) | (5.0) | (5.0) | (5.0) | (65.0) |
| **Total operating disbursements** | ($72.9) | ($92.7) | ($100.0) | ($78.7) | ($94.1) | ($83.2) | ($85.1) | ($60.9) | ($54.5) | ($57.9) | ($52.3) | ($55.7) | ($132.4) | ($1,020.4) |
| **Net operating cash flow** | ($59.8) | ($80.8) | ($88.0) | ($71.1) | ($79.4) | ($52.9) | ($57.1) | ($34.7) | ($25.6) | ($12.2) | ($3.3) | ($8.6) | ($85.5) | ($658.9) |
| **Non-operating items:** | | | | | | | | | | | | | | |
| ABL Interest | ($1.6) | – | – | – | – | ($1.6) | – | – | – | ($1.6) | – | – | – | ($4.8) |
| DIP Interest | – | – | – | – | – | (2.8) | – | – | – | (4.9) | – | – | – | (7.7) |
| Rx costs | (25.6) | (6.8) | (8.6) | (8.8) | (8.7) | (12.9) | (8.7) | (8.9) | (8.6) | (12.3) | (8.1) | (8.3) | (8.1) | (134.3) |
| Utilities Deposit | – | (2.0) | – | – | – | – | – | – | – | – | – | – | – | (2.0) |
| Other non-operating | (9.9) | (7.7) | (7.7) | (7.7) | (9.9) | (7.7) | (7.7) | (7.7) | (9.9) | (7.7) | (7.7) | (7.7) | (7.7) | (106.6) |
| **Total non-operating items** | ($37.1) | ($16.5) | ($16.3) | ($16.5) | ($18.6) | ($25.0) | ($16.4) | ($16.6) | ($18.5) | ($26.5) | ($15.8) | ($16.0) | ($15.8) | ($255.4) |
| **Net cash flow** | ($96.9) | ($97.3) | ($104.3) | ($87.6) | ($97.9) | ($77.9) | ($73.4) | ($51.2) | ($44.1) | ($38.7) | ($19.1) | ($24.6) | ($101.2) | ($914.4) |
| Bank cash balance, beg. | $14.2 | $392.8 | $295.5 | $191.2 | $103.6 | $605.7 | $527.8 | $454.4 | $403.1 | $359.0 | $320.3 | $301.2 | $276.6 | $14.2 |
| Net cash flow | (96.9) | (97.3) | (104.3) | (87.6) | (97.9) | (77.9) | (73.4) | (51.2) | (44.1) | (38.7) | (19.1) | (24.6) | (101.2) | (914.4) |
| DIP Funding | 500.0 | – | – | – | 600.0 | – | – | – | – | – | – | – | – | 1,100.0 |
| Bridge repayment | (24.5) | – | – | – | – | – | – | – | – | – | – | – | – | (24.5) |
| **Bank cash balance, end.** | $392.8 | $295.5 | $191.2 | $103.6 | $605.7 | $527.8 | $454.4 | $403.1 | $359.0 | $320.3 | $301.2 | $276.6 | $175.4 | $175.4 |
| (-) Minimum cash need | (50.0) | (50.0) | (50.0) | (50.0) | (50.0) | (50.0) | (50.0) | (50.0) | (50.0) | (50.0) | (50.0) | (50.0) | (50.0) | (50.0) |
| **Cash surplus (shortfall)** | $342.8 | $245.5 | $141.2 | $53.6 | $555.7 | $477.8 | $404.4 | $353.1 | $309.0 | $270.3 | $251.2 | $226.6 | $125.4 | $125.4 |