Case 25-90399   Document 62   Filed in TXSB on 09/30/25   Page 13 of 19

# EXHIBIT B

**Project Overdrive**

North America 9/12/25 AR Aging - $ in USD

| Business Unit | Non-Factored AR |
|---|---:|
| ASC | $331,068 |
| Autolite | 1,474,557 |
| AVM Other | 9,096,775 |
| BPI Mexico | 6,758,045 |
| BPI US | 14,163,757 |
| Cardone | 12,971,206 |
| Carter Car AFT-NA | 1,929,895 |
| Carter DC | 1,360,632 |
| Carter LP | 1,531,854 |
| Centric | 27,333,346 |
| Champ | 6,503,736 |
| Dalton | 1,224,806 |
| Eagle Casting | 2,574,959 |
| Eagle Machining | 1,346,080 |
| FRAM Canada | 1,018,485 |
| FRAM Mexico | 8,792,225 |
| FRAM US | 2,758,457 |
| Hopkins | 6,219,996 |
| Horizon NA | 4,776,330 |
| IBI | 1,521,880 |
| Jasper Rubber | 3,662,914 |
| Qualis | 39,165 |
| StrongArm | 892,380 |
| TMD | 11,020,062 |
| TMM | 1,200,348 |
| Trico NA | 10,069,060 |
| ULTINON_CA | 272,871 |
| ULTINON_MX | 573,743 |
| ULTINON_US | 1,725,052 |
| Walbro Cast City | 426,810 |
| Walbro Grand Rapids | 165,397 |
| ZF | 4,278,062 |
| **Grand Total** | **$148,013,955** |

**Debtors' Exhibit No. 8**
**Page 2 of 2**