# EXHIBIT C

**Bank of America**

Borrowing Base Number: 8
Borrowing Base Date: 8/30/2025

## Borrowing Base Certificate

### First Brands Group — AR Section

| | Loan Number | TGR00 | TGR01 | TGR02 | TGR10 | | ASC | ATX | FRAM | AUB | CHAMP | BPI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First Brands Group | 08/30/25 | Trico - U.S. | Carter Fuel | Strongarm | Trico - U.K. | | | | | | | |
| Beginning AR Balance (AR balance from Prior BBC) | | - | | | | | | | | | | |
| Sales (+) | | - | | | | | | | | | | |
| Credit Memos (-) | | - | | | | | | | | | | |
| Adjustments (+) | | - | | | | | | | | | | |
| Adjustments (-) | | - | | | | | | | | | | |
| Net Collections - Includes Non A/R Cash (-) | | - | | | | | | | | | | |
| Discounts (-) | | - | | | | | | | | | | |
| Non A/R Cash (+) | | - | | | | | | | | | | |
| Unapplied Cash (-) | | - | | | | | | | | | | |
| Gross Accounts Receivable | | - | - | - | - | | - | - | - | - | - | - |
| Ineligible A/R | | | | | | | | | | | | |
| Factored A/R | | - | | | | | | | | | | |
| Aged > 120 Days Old | | - | | | | | | | | | | |
| Aged Credits | | - | | | | | | | | | | |
| Cross-Aged (50%) | | - | | | | | | | | | | |
| Contra | | - | | | | | | | | | | |
| Debit Memo & Chargeback | | - | | | | | | | | | | |
| Tooling / Non-Trade | | - | | | | | | | | | | |
| Concentration | | - | | | | | | | | | | |
| Bankruptcy/Credit Hold | | - | | | | | | | | | | |
| COD/CIA/Cash Terms | | - | | | | | | | | | | |
| Foreign | | - | | | | | | | | | | |
| General Rebate Accrual | | - | | | | | | | | | | |
| Specific Rebate Accrual | | - | | | | | | | | | | |
| Accrued Customer Returns | | - | | | | | | | | | | |
| Intercompany | | - | | | | | | | | | | |
| Short Payments | | - | | | | | | | | | | |
| Customer on Payment Plan | | - | | | | | | | | | | |
| Total Ineligible A/R | | - | - | - | - | - | - | - | - | - | - | - |
| Net Eligible A/R | | - | - | - | - | - | - | - | - | - | - | - |
| Advance Rate | 0% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% |
| Eligible A/R @ Adv % | | - | - | - | - | - | - | - | - | - | - | - |
| Less: Dilution Reserve | | - | | | | | | | | | | |
| Less: Sales Tax Reserve | | - | | | | | | | | | | |
| Eligible A/R @ Adv %, net of Reserves | | - | - | - | - | - | - | - | - | - | - | - |
| Sub Limit | | 80,000,000 | 80,000,000 | 80,000,000 | 5,000,000 | 80,000,000 | 80,000,000 | 80,000,000 | 80,000,000 | 80,000,000 | 80,000,000 | |
| BAML BBR Adjustment | | - | - | - | - | - | - | - | - | - | - | |
| A/R Availability | | - | - | - | - | - | - | - | - | - | - | - |
| FILO - Net Eligible A/R | | - | | | | | | | | | | |
| FILO - Advance Rate % | 5.0% | 5.0% | 5.0% | 5.0% | | 5.0% | 5.0% | 5.0% | | 5.0% | 5.0% | |
| FILO - A/R Availability | - | - | - | - | - | | - | - | - | - | - | - |

### Inventory Section

| | Loan Number | TGR05 | TRG06 | TGR07 | TGR08 | TGR09 | TGR0A | TGR0B | TGR0C | TGR0D | TGR0E | TGR15 | ASC | ASC | ASC | ASC | ASC | FRAM | FRAM | FRAM | FRAM | AUB | AUB | BPI | BPI | Champ | Champ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First Brands Group | 08/30/25 | Trico - U.S. FG | Trico - U.S. WIP | Trico - U.S. RM | Trico - U.S. I/T | Carter - OEM FG | Carter - OEM RM | Carter - AM FG | Carter - AM I/T | Strongarm FG | Strongarm RM | Trico - U.K. FG | | I/T RM | WIP | FG | I/T FG | FG | WIP | RM | I/T | FG | RM | FG - U.S. Inv | FG - I/T | FG - U.S. Inv | RM - U.S. Inv |
| Prior Gross Inventory Balance | 985,239,034 | 67,587,504 | 2,481,887 | 9,814,772 | 2,181,660 | 6,000,338 | 30,563,351 | 40,512,115 | - | 6,621,256 | 11,013,008 | 2,963,076 | - | - | - | 27,217,253 | 931,200 | 44,635,867 | 7,620,022 | 28,190,120 | 2,327,355 | 2,979,289 | 4,288,022 | 538,335,428 | 28,461,226 | 74,599,341 | 63,277,716 |
| Increase/Decrease | (2,649,313) | (4,283,678) | (75,233) | (861,871) | 602,054 | (1,587,324) | 1,876,177 | (1,788,461) | - | (110,852) | 116,480 | (6,402) | - | - | - | (6,984,079) | 20,590 | (1,436,853) | 38,228 | (1,638,609) | - | (11,239) | (560,020) | 19,334,293 | 21,051,075 | (20,086,317) | (6,860,339) |
| Gross Inventory | 1,009,348,378 | 63,303,826 | 2,406,654 | 8,952,901 | 2,783,714 | 4,413,013 | 32,439,528 | 38,723,654 | - | 6,510,404 | 11,129,489 | 2,956,674 | - | - | - | 20,233,174 | 951,790 | 43,199,014 | 7,658,250 | 26,551,511 | 2,327,355 | 2,968,050 | 3,728,002 | 557,669,721 | 49,512,301 | 54,513,024 | 56,417,377 |
| Ineligible Inventory | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Foreign | - | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Outside Processors / Offsite Locations | 6,222,207 | 3,834,004 | 146,857 | 235,912 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 2,005,398 | 36 |
| Quality Control | 6,495,009 | 326,950 | 586,947 | 1,852,272 | - | - | - | - | - | - | - | - | - | - | - | - | - | 365,607 | - | 195,722 | - | - | - | 2,280,675 | - | 269,401 | 617,435 |
| Consigned Locations | 4,626 | - | - | - | - | - | - | - | - | - | - | 4,626 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Unexplained Variance in Reconciliation | - | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Inventory Adjustments | 457,037 | 457,037 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Slow Moving / Obsolete Reserves | 31,408,054 | 1,462,189 | - | - | - | 663,371 | - | 2,284,619 | - | 558,573 | - | 329,047 | - | - | - | 1,198,650 | - | 1,845,563 | 716 | 351,372 | - | 301,906 | - | 18,416,924 | - | 2,148,962 | 1,846,163 |
| Packaging / Supplies / Displays | 24,271,431 | - | - | 889,003 | - | - | - | - | - | - | 762,068 | - | - | - | - | - | - | - | - | 4,555,856 | - | - | - | 4,132,101 | - | - | 13,892,402 |
| Shrinkage Reserve | - | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ineligible in-transit inventory | 5,575,159 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0 | 0 | - | 5,575,159 | - | - |
| Other | - | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Ineligible Inventory | 74,433,523 | 6,080,180 | 733,804 | 2,977,187 | - | 663,371 | - | 2,284,619 | - | 558,573 | 762,068 | 333,673 | - | - | - | 1,198,650 | - | 2,211,170 | 716 | 5,142,950 | - | 301,906 | - | 24,828,700 | 5,575,159 | 4,423,761 | 16,356,036 |
| Net Eligible Inventory | 934,914,855 | 57,223,646 | 1,672,850 | 5,975,714 | 2,783,714 | 3,749,642 | 32,439,528 | 36,439,035 | - | 5,951,831 | 10,367,421 | 2,623,001 | - | - | - | 19,034,524 | 951,790 | 40,987,845 | 7,657,534 | 21,408,560 | 2,327,355 | 2,666,144 | 3,728,002 | 532,840,021 | 43,937,142 | 50,089,263 | 40,061,341 |
| Appraised NOLV | | 51.4% | 6.3% | 19.8% | 19.8% | 43.8% | 34.9% | 33.1% | 33.1% | 16.4% | 8.8% | 34.3% | 40.0% | 40.0% | 40.0% | 40.0% | 35.7% | 56.9% | 5.8% | 11.4% | 56.9% | 36.4% | 14.8% | 33.3% | 24.8% | 35.3% | 18.0% |
| NOLV @ 85% | | 43.7% | 5.4% | 16.8% | 16.8% | 37.2% | 29.7% | 28.1% | 28.1% | 13.9% | 7.5% | 29.2% | 34.0% | 34.0% | 34.0% | 34.0% | 30.3% | 48.4% | 4.9% | 9.7% | 48.4% | 30.9% | 12.6% | 28.3% | 21.1% | 30.0% | 15.3% |
| Eligible Inventory @ Adv % (NOLV) | 265,809,538 | 25,001,011 | 89,581 | 1,005,713 | 468,499 | 1,395,992 | 9,623,186 | 10,252,122 | - | 829,685 | 775,483 | 764,736 | - | - | - | 6,471,738 | 288,821 | 19,823,771 | 377,516 | 2,074,489 | 1,125,625 | 824,905 | 468,983 | 150,820,368 | 9,261,950 | 15,029,283 | 6,129,385 |
| Less: Rents and Fees on Leased Inv. Locations | 7,001,480 | 509,315 | - | - | - | - | - | 1,096,619 | - | 261,175 | - | 72,000 | - | - | - | 306,608 | - | 1,202,625 | - | - | - | 160,782 | - | 2,974,261 | - | 418,196 | - |
| Less: Enterprise Reserve Act | - | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Less: Accrued Duties and Tariffs | - | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Less: Other (Accrued Royalties & Freight Reserve) | 328,912 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 328,912 | - | - | - | - | - | - | - | - | - |
| Eligible Inventory @ Adv Rates | 258,479,146 | 24,491,696 | 89,581 | 1,005,713 | 468,499 | 1,395,992 | 9,623,186 | 9,155,604 | - | 568,510 | 775,483 | 692,736 | - | - | - | 6,165,130 | 288,821 | 18,292,234 | 377,516 | 2,074,489 | 1,125,625 | 664,123 | 468,983 | 147,846,107 | 9,261,950 | 14,611,087 | 6,129,385 |
| Individual Sublimit | | 218,000,000 | 218,000,000 | 218,000,000 | 5,000,000 | 218,000,000 | 218,000,000 | 218,000,000 | 5,000,000 | 218,000,000 | 218,000,000 | 5,000,000 | 218,000,000 | 5,000,000 | 218,000,000 | 218,000,000 | 5,000,000 | 218,000,000 | 218,000,000 | 218,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | 218,000,000 | 218,000,000 | 218,000,000 | 218,000,000 |
| BAML BBR Adjustment | 33,305 | | | | | | | | | | | | | | | | | | | | | | | | | 33,305 | |
| Inventory Availability | 258,512,451 | 24,491,696 | 89,581 | 1,005,713 | 468,499 | 1,395,992 | 9,623,186 | 9,155,604 | - | 568,510 | 775,483 | 692,736 | - | - | - | 6,165,130 | 288,821 | 18,292,234 | 377,516 | 2,074,489 | 1,125,625 | 664,123 | 502,288 | 147,846,107 | 9,261,950 | 14,611,087 | 6,129,385 |
| FILO - Net Eligible Inventory | - | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FILO - Advance Rate % | | 5.1% | 0.6% | 2.0% | 2.0% | 4.4% | 3.5% | 3.3% | 3.3% | 1.6% | 0.9% | | 4.0% | 4.0% | 4.0% | 4.0% | 3.6% | 5.7% | 0.6% | 1.1% | 5.7% | | 3.3% | 2.5% | 3.5% | 1.8% | |
| FILO - Inventory Availability | - | - | - | - | - | - | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

### Reserves and Availability

| | |
|---|---|
| Past Due A/P | - |
| Other | - |
| Total Reserves | - |
| Gross Availability | 258,512,451 |
| Line Amount | 250,000,000 |
| ADJUSTED GROSS AVAILABILITY | 250,000,000 |
| Suppressed Availability | 8,512,451 |
| Revolving Loan Balance | 131,322,928 |
| Letters of Credit | 93,409,474 |
| Availability Block | - |
| Loan Exposures | 224,732,402 |
| **NET AVAILABILITY / (SHORTFALL)** | **25,267,598** |

The undersigned represents and warrants that:
(A) The information provided above and in the accompanying supporting documentation is true, complete and correct, and complies fully with the conditions, terms and covenants of the credit agreement dated February 26, 2019, as amended to the date (the "Agreement") between the undersigned and Bank of America (the "Bank").
(B) Since the date of the last financial statement or certification furnished to the Bank:
 (a) There has been no material adverse change in the financial condition or operations of the undersigned; and
 (b) There is no event which is, or with notice or lapse of time or both would be, a default under the Agreement

First Brands Group

By: _____  Date: 9/19/2025
Stephen Graham - CFO

If this document is being transmitted electronically, the Borrower acknowledges that by entering the name of its duly authorized officer on the Certificate, that officer has reviewed the Certificate and affirmed the representations, warranties and certifications referenced above.