# EXHIBIT D

# ABL Inventory Collateral Overview



| Gross Inventory by Business Unit | | | | | | |
|---|---|---|---|---|---|---|
| Business Unit | Country | Finished Goods | Raw Materials | Work-In-Process | In-Transit FG | Other (e.g. Supplies) | Total |
| **ABL Inventory incl. in Borrowing Base:** | | | | | | | |
| BPI | U.S. | $557.7 | $10.0 | – | $49.5 | – | **$617.2** |
| Champ | U.S. | 54.5 | 56.4 | – | – | – | **110.9** |
| FRAM | U.S. | 43.2 | 26.6 | 7.7 | 2.3 | – | **79.7** |
| Trico - U.S. | U.S. | 63.3 | 9.0 | 2.4 | 2.8 | – | **77.4** |
| Carter - AM | U.S. | 38.7 | – | – | – | – | **38.7** |
| Carter - OEM | U.S. | 4.4 | 32.4 | – | – | – | **36.9** |
| ASC | U.S. | 20.2 | – | – | 1.0 | – | **21.2** |
| Strongarm | U.S. | 6.5 | 11.1 | – | – | – | **17.6** |
| AUB | U.S. | 3.0 | 3.7 | – | – | – | **6.7** |
| Trico - U.K. | U.K. | 3.0 | – | – | – | – | **3.0** |
| **Total ABL Inventory incl. in BBC**[1] | | **$794.5** | **$149.2** | **$10.1** | **$55.6** | **–** | **$1,009.3** |
| **ABL Inventory excl. from Borrowing Base:** | | | | | | | |
| Cardone | U.S. | – | $63.3 | – | $2.5 | – | **$65.8** |
| Carter Carburetor | U.S. | 1.3 | 3.5 | 0.1 | – | – | **4.9** |
| Carter Aftermarket | U.S. | 0.2 | 0.3 | – | 0.0 | 0.0 | **0.6** |
| Horizon | U.S. | 50.2 | 0.9 | 0.0 | – | – | **51.1** |
| Hopkins | U.S. | 51.8 | 2.0 | 12.4 | 2.6 | – | **69.0** |
| Walbro Cass City | U.S. | 1.7 | 6.7 | 1.0 | – | 0.0 | **9.3** |
| **Total ABL Inventory excl. from BBC**[2] | | **$105.3** | **$76.6** | **$13.6** | **$5.1** | **$0.0** | **$200.7** |
| **Total ABL Inventory Collateral** | | **$899.8** | **$225.9** | **$23.6** | **$60.7** | **$0.0** | **$1,210.0** |
| (-) Inventory Subject to Potential Dispute | | (376.1) | – | – | – | – | (376.1) |
| **Net ABL Undisputed Inventory Collateral** | | **$523.7** | **$225.9** | **$23.6** | **$60.7** | **$0.0** | **$833.9** |

1) ABL Borrowing Base inventory as per 8/30/25 BBC.
2) ABL inventory excl. from borrowing base as per 8/30/25 internal inventory reports.



# ABL Collateral Forecast

**ABL gross collateral is expected to grow +$250M over the forecast period and is more than sufficient to cover ABL loan exposure, including ~$230M of borrowings & LC's and ~$369M of supply-chain finance exposure**

