<u>**Exhibit D**</u>

**Cash Management System Schematic**

