**Exhibit 1**

**Utility Services List**

| Utility Provider | Account Number(s) or Service Address | Service (s) | Utility Deposit Amount | Mailing Address | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| ACC BUSINESS | 00001227601 | Telecom | - | 400 WEST AVENUE ROCHESTER, NY 14611 UNITED STATES | $ 636.55 |
| ACME ELECTRIC | N/A | Electric | - | 792 PACIFIC ST STAMFORD, CT 06902 UNITED STATES | $ 1,433.25 |
| AMEREN ILLINOIS | N/A | Electric | - | 300 LIBERTY PEORIA, IL 61602 UNITED STATES | $ 5,336.27 |
| AMERICAN ELECTRIC POWER | 075-969-239-0-9, 076-853-019-0-0 | Electric | - | 1 RIVERSIDE PLAZA COLUMBUS, OH 43215 UNITED STATES | $ 84,148.12 |
| AMERICAN RECYCLING CENTER | 1055 1st Ave W | Waste | - | 655 WABASSEE DRIVE OWOSSO, MI 48867 UNITED STATES | $ 225.81 |
| AMERIGAS | 204203270, 200334491, 203198197, 200334468, 203173069, 201365045 | Gas | - | 460 N GULPH RD KING OF PRUSSIA, PA 19406 UNITED STATES | $ 6,255.20 |
| AQUA OHIO | 001959250 1323749 , 001959246 1323744 | Water | - | 870 THIRD STREET MASSILLON, OH 44647-4206 UNITED STATES | $ 3,665.43 |
| AT&T | 956 546 3631 182, 831-000-6544 843, 831-000-6544 863, 831-000-7902-134, 171-799-3981 001 , 419 443-1610 261 2 , 419 443-9881 578 4 , 171-801-9112 001, 8310013097008, 999-010-6069-006, 831-001-2354-401, 831-000-7450-795, 171-791-6729-667, 831-000-7450-804, 831-000-8102-913, 831-001-2900-420, 8310012296997, 831-001-1645 187, 831-000-9685 384, 831-000-9589 842, 831-001-3498 067, 287-316-500 146, 831-000-9685 384, 831-000-9589 842, 831-001-3498 067, 8310011834459, 8310008120501, 8310009656476, 8310002488743 | Internet | - | 208 S. AKARD ST. DALLAS, TX 75202 UNITED STATES | $ 23,514.63 |
| ATMOS ENERGY | 4022695083, 3069440887 | Gas | - | 1800 THREE LINCOLN CENTRE 5430 LBJ DALLAS, TX 75240 UNITED STATES | $ 966.49 |
| AVS BROADBAND AGRI-VALLEY | 20006330-3 | Internet | - | 7585 W PIGEON RD PIGEON, MI 48755 UNITED STATES | $ 787.92 |
| BAVARIAN | 01-1810622 0 | Waste | - | 12764 MCCOY FORK ROAD WALTON, KY 41094 UNITED STATES | $ 285.78 |
| BERTOLOTTI PATTERSON DISP | 610011694 | Waste | - | 231 FLAMINGO DRIVE MODESTO, CA 95358-6128 UNITED STATES | $ 2,914.34 |
| BOONE COUNTY WATER | B52-10200-02 | Water | - | 2475 BURLINGTON PIKE BURLINGTON, KY 41005 UNITED STATES | $ 390.23 |
| BOROUGH OF HANOVER | 060653-000, 060544-000, 060489-000, 060474-000, 060473-000, 060472-000, 059982-000, 045895-000, 045881-000, 007609-000, 007608-000, 007607-000, 007602-000 | Waste | Water | - | 44 FREDRICK ST. HANOVER, PA 17331 UNITED STATES | $ 4,531.68 |
| BRIGHTSPEED | 313517788 | Telecom | - | 1120 S TRYON ST. STE 700 CHARLOTTE, NC 28203-4244 UNITED STATES | $ 123.19 |
| BROWNSVILLE GMS | 294610 and 291875 | Waste | - | 2965 E 13TH ST. BROWNSVILLE, TX 78521 UNITED STATES | $ 4,817.73 |
| BUCKEYE TELESYSTEM | 4800187 | Internet | - | 2700 OREGON ROAD NORTHWOOD, OH 43619 UNITED STATES | $ 6,288.07 |
| CENTURYLINK BUSINESS | 83198068 | Internet | - | 100 CENTURYLINK DRIVE MONROE, LA 71203 UNITED STATES | $ 6,144.19 |
| CHINA TELECOM | N/A | Telecom | - | 31 JINRONG STREET XICHENG DISTRICT BEJING, 100033 CHINA | $ 99.52 |
| CITY OF ALBION | N/A | Water | - | 27 W ELM ST ALBION, IL 62806 UNITED STATES | $ 3,154.81 |
| CITY OF BAD AXE | 0105-08730-01-1 | Water | - | 300 E HURON AVENUE BAD AXE, MI 48413 UNITED STATES | $ 262.04 |
| CITY OF BG MUNICIPAL UTILITIES | 1361-001, 11003020-001, 11003059-001 | Electric | Water | - | 305 N MAIN ST BOWLING GREEN, OH 43402 UNITED STATES | $ 119,605.53 |
| CITY OF EDGERTON KANSAS | 03-1770-01 | Waste | Water | - | 404 E NELSON ST EDGERTON, KS 66021 UNITED STATES | $ 649.96 |
| CITY OF EMPORIA | 9011, 370091 (15261), 13536310220, 13535310210, 13534310200 | Water | - | 111 E 6TH AVE EMPORIA, KS 66801 UNITED STATES | $ 1,906.03 |
| CITY OF FAIRFIELD | N/A | Waste | Water | - | 109 NE 2ND ST FAIRFIELD, IL 62837 UNITED STATES | $ 2,761.39 |
| CITY OF GRAND RAPIDS-WATER | WS2080983, WS2042212, WS2042213, WS2080985 | Water | - | 300 MONROE AVE NW. STE 220 GRAND RAPIDS, MI 49503-2296 UNITED STATES | $ 1,377.72 |
| CITY OF JASPER | 11-70-1420001, 930-0750-000, 930-0751-000, 930-0770-000, 930-0800-000, 930-0830-000, 930-0860-000, 930-08200-000, 540-0760-002 | Electric | Gas | Waste | - | JASPER MUNICIPAL UTILITIES 595 CHURCH STREET JASPER, IN 47546 UNITED STATES | $ 79,679.97 |
| CITY OF TIFFIN SEWER REVENUE DEPT | 17054-001 | Water | - | 53 E MARKET ST. TIFFIN, OH 44883 UNITED STATES | $ 4,943.65 |
| CITY OF WARSAW WASTEWATER | 604084000, 900000003, 604085000, 800000003 | Waste | Water | - | PAYMENT OFFICE 2056 N 150 W WARSAW, IN 46580 UNITED STATES | $ 10,465.29 |
| CLEAN HARBORS ENVIRONMENTAL | FR16913 | Waste | - | 42 LONGWATER DRIVE NORWELL, MA 02061 UNITED STATES | $ 14,851.92 |
| COLUMBIA GAS OF OHIO | 12236568 001 000 8, 11352036 066 000 1, 11352036 007 000 0, 21428899 006 000 1 | Gas | - | 290 W NATIONWIDE BLVD COLUMBUS, OH 43215 UNITED STATES | $ 18,814.29 |
| COMCAST | 434926-33, 434926-21, 434926-20, 434926-12, 434926-1, MC003393_1 / 434926, MC003393 / 434926, MC003393_2 / 434926, MC004388, 434926-2, 434926-19, 434926-18, 708762353, 8529112730151930, 43496, 708689978 | Internet | - | 1701 JOHN F. KENNEDY BOULEVARD PHILADELPHIA, PA 19103 UNITED STATES | $ 80,778.87 |
| COMMONWEALTH EDISON | 52460612229878600000 | Electric | - | 440 SOUTH LASALLE STREET SUITE 3300 CHICAGO, IL 60605 UNITED STATES | $ 20,218.70 |
| CONSTELLATION NEWENERGY | 1021707, BG-321444 LDC, BG-310752, BG-10579, BG-1500,BG-1501, BG-10662,BG-1495, BG-315528 | Gas | - | 119 MORTON ST NEW YORK, NY 10014 UNITED STATES | $ 181,550.53 |
| CONSUMERS ENERGY | 1030 1026 7716, 1030 1026 7716, 1030 3724 9804 | Gas | - | 821 HASTINGS ST SOUTH OF PARSONS TRAVERSE CITY, MI 49686 UNITED STATES | $ 2,564.51 |
| CONSUMERS GAS | N/A | Gas | - | 1 ENERGY PLAZA JACKSON, MI 49201 UNITED STATES | $ 23,363.12 |
| DAYTON POWER AND LIGHT CO | 0000279000 | Electric | - | 1065 WOODMAN DRIVE DAYTON, OH 45432 UNITED STATES | $ 62,766.53 |
| DEPT OF PUBLIC UTILITIES – TOLDEO, OH | N/A | Water | - | 420 MADISON AVE #100 TOLEDO, OH 43604 UNITED STATES | $ 328.59 |
| DOMINION ENERGY | 910082714690 | Electric | - | 120 POINT STREET RICHMOND, VA 23219 UNITED STATES | $ 696.31 |
| DTE ENERGY | 920055900822, 920017849877, 920052847851, 910039956487 | Electric | - | 1189 WCB DETROIT, MI 48226-1221 UNITED STATES | $ 48,969.71 |
| DUKE ENERGY | 910119219178, 910119219128, 910032657015, 5210078660787, 9101 1921 9128 | Electric | Gas | $ 164,223 | 525 S. TRYON STREET CHARLOTTE, NC 28202-1803 UNITED STATES | $ - |
| EMTERRA ENVIRONMENTAL | 3524 | Waste | - | 567 MICHIGAN DRIVE UNIT 100 OAKVILLE, ON L6L 0G4 CANADA | $ 670.74 |
| ENGIE | 08076657440002469088, 08076657440002285809 | Electric | - | 1360 POST OAK BLVD STE 400 HOUSTON, TX 77056 UNITED STATES | $ 67,509.26 |

| Utility Provider | Account Number(s) or Service Address | Service (s) | Utility Deposit Amount | Mailing Address | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| EVERGY | 447357550, 8402027607, 5020206898, 4796783183, 3792797153 | Electric | - | 1200 MAIN STREET KANSAS CITY, MO 64105 UNITED STATES | $ 23,116.13 |
| FAYETTEVILLE PUBLIC UTILITIES | 9008654801 | Electric \| Gas \| Water | - | 408 W. COLLEGE STREET FAYETTEVILLE, TN 37334 UNITED STATES | $ 84,552.69 |
| FERRELL GAS | 97165940, 84881652, 236507272, 233847915 | Gas \| Internet | - | 7500 COLLEGE BLVD #1000 OVERLAND PARK, KS 66210 UNITED STATES | $ 5,343.50 |
| FREEPOINT ENERGY SOLUTIONS | 3726-6772 | Electric | - | 3050 POST OAK BOULEVARD SUITE 1330 HOUSTON, TX 77056 UNITED STATES | $ 19,715.75 |
| FRONTIER | 574-722-7110-120514-5 | Internet | - | 5050 KINGSLEY DRIVE CINCINNATI, OH 45227-1115 UNITED STATES | $ 2,661.91 |
| FULLNET ADVANCED COMMUNICATION | 0045-8124823242 | Internet | - | 335 US HIGHWAY 231 JASPER, IN 47546 UNITED STATES | $ 483.56 |
| GARRATT CALLAHAN | 5442722, 3423476 | Water | - | 50 INGOLD ROAD BURLINGAME, CA 94010 UNITED STATES | $ 3,670.98 |
| GATEWAY RECYCLING | 1441 Maule RD | Waste | - | 4223 EAST 49TH STREET CLEVELAND, OH 44125 UNITED STATES | $ 113.01 |
| GEXPRO | N/A | Electric | - | 400 TECHNOLOGY COURT SE STE R SMYRNA, GA 30082-5237 UNITED STATES | $ 984.68 |
| GFL ENVIRONMENTAL | L0544161, UY-1485 | Waste \| Water | - | 100 NEW PARK PLACE SUITE 500 VAUGHAN, ON L4K 0H9 CANADA | $ 18,163.78 |
| GRAND STRAND WATER & SEWER | 6035803-00 | Water | - | 510 SUPPLY RD MARION, SC 29571 UNITED STATES | $ 2,983.04 |
| GREENVILLE WATERWORKS | 205.0199100.1 | Water | - | 122 WEST MAIN ST GREENVILLE, OH 45331 UNITED STATES | $ 3,444.94 |
| HARLINGEN WATERWORKS SYS | 3478671 | Water | - | 134 E VAN BUREN AVE HARLINGEN, TX 78550 UNITED STATES | $ 922.78 |
| HERITAGE CRYSTAL CLEAN | 443101, 335778, 384328, 363880 | Water | - | 2000 W ATT CENTER DR SUITE EAST C300 HOFFMAN ESTATES, IL 60192 UNITED STATES | $ 14,352.17 |
| HIMCO WASTE AWAY SERVICES | 231346 | Waste | - | 707 N WILDWOOD AVE ELKHART, IN 46514-1877 UNITED STATES | $ 272.27 |
| HOLLAND ELECTRIC | 25-0609 | Electric | - | 751 FREDERICK STREET HANOVER, PA 17331 UNITED STATES | $ 344.38 |
| INDIANA AMERICAN WATER | 1010-210006810286 | Water | - | 2423 MIDDLE ROAD JEFFERSONVILLE, IN 47130 UNITED STATES | $ 50,149.79 |
| INDIANA MICHIGAN POWER | 045-117-757-2-0, 041-417-757-5-1 | Electric | - | 110 EAST WAYNE STREET FORT WAYNE, IN 46801 UNITED STATES | $ 4,440.03 |
| INDUSTRIAL WATER SERVICES | N/A | Water | - | 4500 TURF RD EL PASO, TX 79938 UNITED STATES | $ 2,359.43 |
| INTERSTATE GAS SUPPLY | 910119219178Z110163602 | Gas | - | 6100 EMERALD PARKWAY DUBLIN, OH 43016 UNITED STATES | $ 3,830.80 |
| INTRADO | N/A | Telecom | - | 11650 MIRACLE HILLS DR OMAHA, NE 68154 UNITED STATES | $ 906.29 |
| IP MATRIX S.A. DE C.V. | N/A | Telecom | - | CAMPOS ELISEOS 9050 JUAREZ CHIHUAHUA 32470 MEXICO | $ 1,774.21 |
| JOHNSON COUNTY RWD | 2345-H | Water | - | 534 W MAIN ST GARDNER, KS 66030 UNITED STATES | $ 774.22 |
| JORDAN WASTE | 03-1963 5 | Waste | - | 123 METAL ST. MARION, SC 29571 UNITED STATES | $ 480.75 |
| KANSAS GAS | 512597285 2033392 00, 510608625 1169850 91, 510608625 2036081 82, 510469399 1547217 27 | Gas | - | 7421 WEST 129TH STREET 100 OVERLAND PARK, KS 66213 UNITED STATES | $ 3,979.41 |
| KOSCIUSKO REMC | 36285003 | Electric | - | 370 S 250 E WARSAW, IN 46582 UNITED STATES | $ 97.24 |
| LEVEL 3 COMMUNICATIONS | 5-MMDGGXDY | Internet | - | 1025 ELDORADO BLVD BROOMFIELD, CO 80021 UNITED STATES | $ 9,894.97 |
| LOGANSPORT MUNICIPAL | 407-125-00, 407-124-00, 407-121-00, 121-244-00 | Electric | - | 601 EAST BROADWAY LOGANSPORT, IN 46947 UNITED STATES | $ 14,686.31 |
| LUMEN | N/A | Internet | - | 100 CENTURYLINK DRIVE MONROE, LA 71203 UNITED STATES | $ 2,656.77 |
| MARCO RURAL WATER CO | 09012 | Water | - | 1935 SENATOR GASQUE RD MARION, SC 29571 UNITED STATES | $ 1,561.05 |
| MET-ED | 100 155 291 014, 100 155 291 006 | Electric | - | 341 WHITE POND DRIVE AKRON, OH 44320 UNITED STATES | $ 9,589.99 |
| METROPOLITAN TELECOMMUNICATIONS | 47912 HALYARD DR STE 100 | Telecom | - | 55 WATER STREET 32ND FLOOR NEW YORK, NY 10041 UNITED STATES | $ 758.92 |
| MIAMI PUBLIC UTILITIES | 01-705 | Waste | - | 129 5TH AVE. NW MIAMI, OK 74354 UNITED STATES | $ 207.69 |
| MIAMI VALLEY LIGHTING | 40000450 | Electric | - | 1065 WOODMAN DRIVE DAYTON, OH 45432 UNITED STATES | $ 1,015.68 |
| MID-ATLANTIC COOPERATIVE | 2432503 | Gas | - | 230 LINCOLN WAY EAST NEW OXFORD, PA 17350 UNITED STATES | $ 14,482.75 |
| NIPSCO | 113-545-009-9, 574-375-003-9, 530-835-000-8, 917-835-001-0, 579-535-002-4, 337-045-006-3, 304-835-004-8, 141-935-003-4, 134-835-008-0, 127-835-001-6, 121-735-002-3, 723-735-002-5, 583-835-007-7, 907-476-005-1, 747-376-007-5, 562-268-004-9 | Electric \| Gas | - | 801 E. 86TH AVENUE MERRILLVILLE, IN 46410 UNITED STATES | $ 146,669.65 |
| OHIO GAS | 185305, 114549 | Gas | - | 715 E. WILSON STREET BRYAN, OH 43506 UNITED STATES | $ 2,956.52 |
| OKLAHOMA NATURAL GAS | 213021427 1857757 91, 213027917 1857578 45 | Gas | - | 100 E. PINE ST. TULSA, OK 74103 UNITED STATES | $ 181.65 |
| OOMA | R232-0030109 | Internet | - | 525 ALMANOR AVENUE SUITE 200 SUNNYVALE, CA 94085 UNITED STATES | $ 1,891.60 |
| PHILADELPHIA GAS WORKS | 4125010937 | Gas | - | 800 W MONTGOMERY AVE PHILADELPHIA, PA 19122 UNITED STATES | $ 10,272.19 |
| POTEMPA RECYCLING GROUP | N/A | Waste | - | 301 S RAND ROAD WAUCONDA, IL 60084 UNITED STATES | $ 255.00 |
| PPL ELECTRIC UTILITIES | 28834-60037 | Electric | - | 2 N 9TH ST ALLENTOWN, PA 18101 UNITED STATES | $ 10,102.55 |
| PUBLIC UTILITIES BOARD | 238356, 647933 | Electric \| Waste \| Water | - | 1425 ROBINHOOD DR. BROWNSVILLE, TX 78523-3270 UNITED STATES | $ 78,177.38 |
| REDFISH RECYCLING | 66934301, 1090, 1106 and 2328 | Waste | - | 5250 COFFEE PORT RD BROWNSVILLE, TX 78521 UNITED STATES | $ 4,963.62 |
| REPUBLIC | 3-0388-0004430, 3-0388-0020230, 3-0841-0032221, 3-0259-0012816, 3-0259-0021817, 3-0611-0084358, 3-0324-0075628, 3-0863-0776419 | Waste | - | 18500 NORTH ALLIED WAY PHOENIX, AZ 85054 UNITED STATES | $ 42,780.68 |
| RUMPKE | 900333014 | Waste | - | 3990 GENERATION DR CINCINNATI, OH 45251 UNITED STATES | $ 5,641.55 |
| SAN GABRIEL VALLEY WATER | 10019199-128366, 10019199-128490, 10019199-128724, 10019199-127895, 10019199-128367, 10019199-128709, 10019199-128491, 10019199-128741 , 10019199-127742 | Water | - | 13923 E. LIVE OAK AVENUE BALDWIN PARK, CA 91706 UNITED STATES | $ 1,292.76 |
| SANITATION DISTRICT NO 1 | 9252102000-003, 9252102000-004 | Water | - | 1045 EATON DR FORT WRIGHT, KY 41017 UNITED STATES | $ 1,513.90 |
| SEMCO ENERGY SERVICES | 228918500 | Gas | - | 1411 THIRD STREET SUITE A PORT HURON, MI 48060 UNITED STATES | $ 168.93 |
| SKYSPAN WIRELESS | 8160481260046170 | Internet | - | 1600 SWIFT AVE STE 203 KANSAS CITY, MO 64116-3838 UNITED STATES | $ 206.25 |
| SMARTES ENERGY US HOLDING INC | 8065744972270010000 | Electric | - | 110 WEST FAYETTE STREET SUITE 400 SYRACUSE, NY 13202 UNITED STATES | $ 22,627.07 |

| Utility Provider | Account Number(s) or Service Address | Service (s) | Utility Deposit Amount | Mailing Address | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| SOUTH BEND WATER WORKS | 14-2200.300, 14-1850.300 | Water | - | 125 WEST COLFAX AVENUE SOUTH BEND, IN 46601 UNITED STATES | $ 1,088.34 |
| SOUTHERN CALIF EDISON | 700281931958 | Electric | - | 2244 WALNUT GROVE AVE ROSEMEAD, CA 91770 UNITED STATES | $ 12,117.97 |
| SOUTHERN INDIANA PROPANE | 1055 1st Ave W | Gas | - | 2060 S LUBE WAY JASPER, IN 47546-9524 UNITED STATES | $ 81.06 |
| SPARKLIGHT | 116214123 (8160481260046173) | Internet | - | 210 E. EARLL DRIVE PHOENIX, AZ 85012 UNITED STATES | $ 176.27 |
| SPECTRUM | 92696701, 114422001, 5519401 | Internet | - | 4145 FALKENBURG RD RIVERVIEW, FL 33578-8652 UNITED STATES | $ 7,457.89 |
| SPRINT | 928348648 | Internet | - | 6360 SPRINT PARKWAY OVERLAND PARK, KS 66211 UNITED STATES | $ 36,199.68 |
| SUBURBAN NATURAL GAS COMPANY | 105-0801-01 | Gas | - | 211 EAST FRONT STREET CYGNET, OH 43413 UNITED STATES | $ 5,906.01 |
| SUBURBAN PROPANE | 7800-011403 | Gas | - | 240 NJ-10 PLAZA 1 WHIPPANY, NJ 07981 UNITED STATES | $ 1,078.86 |
| SYMMETRY GAS BILL | 7491 | Electric | - | 9811 KATY FWY SUITE 1400 HOUSTON, TX 77024 UNITED STATES | $ 1,440.56 |
| TEXAS GAS SERVICE | 910594431 1021707 73 | Gas | - | 1301 S MOPAC EXPRESSWAY SUITE 400 AUSTIN, TX 78746 UNITED STATES | $ 1,740.76 |
| THOMPSON BROS SUPPLIES | 169375 | Gas | - | 2319 W 8TH ST COFFEYVILLE, KS 67337 UNITED STATES | $ 3,555.38 |
| THUMB CELLULAR | 30205364 | Internet | - | 7585 W. PIGEON ROAD PIGEON, MI 48755 UNITED STATES | $ 156.14 |
| TOLEDO EDISON | 110 018 121 837, 110-069-032-768 | Electric | - | FIRSTENERGY 341 WHITE POND DRIVE AKRON, OH 44320 UNITED STATES | $ 2,122.54 |
| TPX COMMUNICATIONS | 166787 | Internet | - | 303 COLORADO ST. SUITE 2075 AUSTIN, TX 78701 UNITED STATES | $ 664.26 |
| TURLOCK IRRIGATION DISTRICT | 8105500000 | Water | - | 333 EAST CANAL DRIVE TURLOCK, CA 95380 UNITED STATES | $ 9,247.14 |
| TXU ENERGY RETAIL | 100070903602 | Electric | - | 1601 BRYAN STREET SUITE 34-068 DALLAS, TX 75201 UNITED STATES | $ 305.72 |
| UGI ENERGY SERVICES | G6695129 | Electric | Gas | - | 835 KNITTING MILLS WAY WYOMISSING, PA 19610 UNITED STATES | $ 11,365.33 |
| UGI UTILITIES | 411001517126 | Gas | - | 1 UGI DR DENVER, PA 17517 UNITED STATES | $ 6,061.89 |
| VALICOR ENVIRONMENTAL SERVICES | TOLMOL1441, EAGMAC705 | Waste | Water | - | 1045 REED ROAD MONROE, OH 45050 UNITED STATES | $ 5,666.65 |
| VALLEY VISTA SERVICES | VV-455911 2, VV-455913 8, VV-455915 3, VV-455919 5 | Waste | - | 17445 RAILROAD ST CITY OF INDUSTRY, CA 91748 UNITED STATES | $ 1,096.86 |
| VALUNET FIBER | 8160120000000000 | Internet | - | 2914 WEST HIGHWAY 50 SUITE A EMPORIA, KS 66801 UNITED STATES | $ 503.75 |
| VECTREN ENERGY DELIVERY | 12825441-4 | Gas | - | 1111 LOUISIANA STREET HOUSTON, TX 77002 UNITED STATES | $ 6,873.09 |
| VERIZON | 281040310-00001 , 781042223-00001, 287214319-00001, 4503520930001 | Internet | - | 1 VERIZON WAY BASKING RIDGE, NJ 07920 UNITED STATES | $ 11,192.46 |
| VILLAGE OF CAREY UTILITIES | 03083-001 | Electric | - | 127 N VANCE ST. CAREY, OH 43316 UNITED STATES | $ 2,032.71 |
| VILLAGE OF CASS CITY | 692000-00, 691000-00, 685003-00 | Water | - | 6575 MAIN ST CASS CITY, MI 48726 UNITED STATES | $ 4,542.34 |
| WABASH COMMUNICATIONS | N/A | Telecom | - | 210 SOUTH CHURCH STREET LOUISVILLE, IL 62858 UNITED STATES | $ 1,168.56 |
| WABASH VALLEY SERVICE | N/A | Gas | - | 909 NORTH COURT STREET GRAYVILLE, IL 62844 UNITED STATES | $ 3,697.78 |
| WASTE MANAGEMENT | 14-11023-42373, 3-26954-12373, 20-44254-43001,28-47741-43008, 1-09509-13003, 26-32560-23006, 1-05174-63004 | Waste | - | 550 CENTER AVE. CAROL STREAM, IN 60188 UNITED STATES | $ 8,001.42 |
| WASTE REPURPOSING | 4845 Pearl East Cir Ste 118 | Waste | - | 4845 PEARL EAST CIR, STE 118 BOULDER, CO 80301 UNITED STATES | $ 325.00 |
| WATER REVENUE BUREAU | 001-489-05400-R01 | Water | - | 1401 JOHN F KENNEDY BLVD PHILADELPHIA, PA 19102 UNITED STATES | $ 3,118.91 |
| WAYNE-WHITE COUNTIES ELECTRIC COOPERATIV | N/A | Electric | - | 1501 W MAIN ST FAIRFIELD, IL 62837 UNITED STATES | $ 16,814.37 |
| WM CORPORATE SERVICES | 21-31775-83007 | Waste | - | 800 CAPITOL STREET SUITE 3000 HOUSTON, TX 77002 UNITED STATES | $ 709.38 |
| WOODRIVER ENERGY | 510608625-2036081 (#13428), 510608625-1169850 (#13427) | Gas | - | 633 17TH ST SUITE 1410 DENVER, CO 80202-3660 UNITED STATES | $ 2,159.86 |
| YELLOW DUMPSTER | 5141 36TH ST SE | Waste | - | 1505 STEELE ST SW GRAND RAPIDS, MI 49507 UNITED STATES | $ 42.50 |
| ZAYO GROUP | 31157 | Internet | - | 1821 30TH ST STE A BOULDER, CO 80301 UNITED STATES | $ 1,579.14 |

**Debtors' Exhibit No. 16**
**Page 4 of 4**