**<u>Exhibit B</u>**

**Taxing Authorities List**

| Authority | Type | Address |
|---|---|---|
| U.S. Customs and Border Protection | Custom and Import Duties | 1300 Pennsylvania Avenue NW Washington, DC 20229 United States |
| Georgia Department of Revenue - Franchise Tax Section | Franchise, Business and Other Related Taxes | PO Box 740397 Atlanta, GA 30374-0397 United States |
| Alabama Secretary of State | Government Fees and Other Taxes | State Capitol Building - Suite S-105, 600 Dexter Avenue Montgomery, AL 36130 United States |
| California Secretary of State | Government Fees and Other Taxes | 1500 11th Street Sacramento, CA 95814 United States |
| Colorado Secretary of State | Government Fees and Other Taxes | 1700 Broadway, Suite 550 Denver, CO 80290 United States |
| Connecticut Business Services | Government Fees and Other Taxes | 165 Capitol Avenue, Suite 1000 Hartford, CT 06106 United States |

| Authority | Type | Address |
|---|---|---|
| Corporations Division of the Secretary of the Commonwealth of Massachusetts | Government Fees and Other Taxes | McCormack Building, One Ashburton Pl 17th floor<br>Boston, MA 02108<br>United States |
| Delaware Division of Corporations | Government Fees and Other Taxes | 401 Federal St #4<br>Dover, DE 19901<br>United States |
| Florida Department of State | Government Fees and Other Taxes | R.A. Gray Building, 500 S Bronough St<br>Tallahassee, FL 32399<br>United States |
| Georgia Corporations Division | Government Fees and Other Taxes | 2 M.L.K. Jr Dr SE #315w<br>Atlanta, GA 30334<br>United States |
| Hawaii Department of Commerce and Consumer Affairs Business Registration Division | Government Fees and Other Taxes | 335 Merchant Street, Rm. 201<br>Honolulu, HI 96813<br>United States |
| Idaho Secretary of State Business Services | Government Fees and Other Taxes | 450 N 4th St<br>Boise, ID 83702<br>United States |

2

| Authority | Type | Address |
|---|---|---|
| Illinois Department of Business Services | Government Fees and Other Taxes | 69 W. Washington St., Suite 1240<br>Chicago, IL 60602<br>United States |
| Indiana Secretary of State | Government Fees and Other Taxes | 200 W. Washington St., Room 201<br>Indianapolis, IN 46204<br>United States |
| Iowa Secretary of State | Government Fees and Other Taxes | 321 E. 12th Street<br>Des Moines, IA 50319<br>United States |
| Kansas Secretary of State | Government Fees and Other Taxes | 120 SW 10th Ave<br>Topeka, KS 66612<br>United States |
| Kentucky Secretary of State | Government Fees and Other Taxes | 700 Capital Ave #152<br>Frankfort, KY 40601<br>United States |
| Louisiana Secretary of State Business Division | Government Fees and Other Taxes | 8585 Archives Ave<br>Baton Rouge, LA 70809<br>United States |

**Debtors' Exhibit No. 17**
**Page 4 of 24**

| Authority | Type | Address |
|---|---|---|
| Maryland Business Express | Government Fees and Other Taxes | 60 West Street, Suite 102<br>Annapolis, MD 21401<br>United States |
| Michigan Department of Licensing and Regulatory Affairs | Government Fees and Other Taxes | Ottawa Building, 611 W. Ottawa<br>Lansing, MI 48909<br>United States |
| Minnesota Secretary of State | Government Fees and Other Taxes | 332 Minnesota Street, Suite N201<br>St. Paul, MN 55101<br>United States |
| Missouri Secretary of State | Government Fees and Other Taxes | 600 West Main Street<br>Jefferson City, MO 65101<br>United States |
| Nevada Secretary of State | Government Fees and Other Taxes | 101 North Carson Street, Suite 3<br>Carson City, NV 89701<br>United States |
| New Hampshire Secretary of State | Government Fees and Other Taxes | 107 North Main Street, Room 204<br>Concord, NH 03301-4989<br>United States |

4

| Authority | Type | Address |
|---|---|---|
| North Carolina Secretary of State | Government Fees and Other Taxes | 2 S Salisbury St<br>Raleigh, NC 27601<br>United States |
| North Dakota Secretary of State | Government Fees and Other Taxes | 600 E. Boulevard Ave., Dept 108<br>Bismarck, ND 58505<br>United States |
| Oklahoma Secretary of State | Government Fees and Other Taxes | 2300 North Lincoln Blvd<br>Oklahoma City, OK 73105<br>United States |
| Rhode Island Secretary of State | Government Fees and Other Taxes | 148 West River Street<br>Providence, RI 02904<br>United States |
| South Dakota Secretary of State | Government Fees and Other Taxes | 500 East Capitol Avenue, Ste 204Pierre,<br>SD 57501-5070United States |
| Tennessee Secretary of State | Government Fees and Other Taxes | 312 Rosa L. Parks Avenue, 3rd Floor<br>Nashville, TN 37243-1102<br>United States |

**Debtors' Exhibit No. 17**
**Page 6 of 24**

| Authority | Type | Address |
|---|---|---|
| Utah Division of Corporations | Government Fees and Other Taxes | 160 E Broadway<br>Salt Lake City, UT 84111<br>United States |
| Virginia State Corporations Commission | Government Fees and Other Taxes | 1300 East Main Street, 1st Floor<br>Richmond, VA 23219<br>United States |
| Washington Secretary of State | Government Fees and Other Taxes | 416 Sid Snyder Ave SW<br>Olympia, WA 98501<br>United States |
| West Virginia Secretary of State | Government Fees and Other Taxes | 1543 Fairmont Avenue, Suite 205<br>Fairmont, WV 26554<br>United States |
| Wisconsin Department of Financial Institutions | Government Fees and Other Taxes | 4822 Madison Yards Way<br>Madison, WI 53705<br>United States |
| Boone County Administration Building - Income Tax Section | Income Taxes | PO Box 388<br>Burlington, KY 41005<br>United States |

**Debtors' Exhibit No. 17**
**Page 7 of 24**

| Authority | Type | Address |
|---|---|---|
| CCA - Division of Taxation | Income Taxes | 205 W St Clair Ave<br>Cleveland, OH 44113<br>United States |
| City of Green, OH - Income Tax Division | Income Taxes | 1755 Town Park Blvd.<br>Green, OH 44685<br>United States |
| City of Independence, OH | Income Taxes | 6800 Brecksville Rd<br>Independence, OH 44131<br>United States |
| City of Philadelphia, PA Department of Revenue | Income Taxes | Municipal Services Building, 1401 John F. Kennedy Blvd.<br>Philadelphia, PA  19102<br>United States |
| City of Toledo, OH | Income Taxes | One Government Center, 640 Jackson Street<br>Toledo, OH 43604<br>United States |
| Colorado Department of Revenue | Income Taxes | P.O. Box 17087<br>Denver, CO 80217-0087<br>United States |

7

| Authority | Type | Address |
|---|---|---|
| Connecticut Department of Revenue | Income Taxes | 450 Columbus Blvd., Suite 1<br>Hartford, CT 06103<br>United States |
| Florida Department of Revenue - Income Tax Section | Income Taxes | P. O. Box 6668<br>Tallahassee, FL 32314-6668<br>United States |
| Fostoria, OH Department of Finance | Income Taxes | 213 South Main Street<br>Fostoria, OH 44830<br>United States |
| Georgia Department of Revenue - Income Tax Section | Income Taxes | 2595 Century Parkway, NE<br>Atlanta, GA 30345-3173<br>United States |
| Greenville, OH - Income Tax Division | Income Taxes | 100 Public Square, Room 240<br>Greenville, OH  45331<br>United States |
| Illinois Department of Revenue - Income Tax Section | Income Taxes | PO Box 19048<br>Springfield, IL 62794-9048<br>United States |

8

| Authority | Type | Address |
|---|---|---|
| Indiana Department of Revenue | Income Taxes | P.O. Box 7206<br>Indianapolis, IN 46204<br>United States |
| Internal Revenue Service | Income Taxes | 1111 Constitution Avenue Northwest<br>Washington, DC 20224<br>United States |
| Iowa Department of Revenue - Income Tax Section | Income Taxes | PO Box 10466<br>Des Moines, IA 50306-0466<br>United States |
| Kansas Department of Revenue - Income Tax Section | Income Taxes | PO Box 750260<br>Topeka, KS 66699-0260<br>United States |
| Louisiana Department of Revenue | Income Taxes | PO Box 201<br>Baton Rouge, LA 70821-0201<br>United States |
| Massachusetts Department of Revenue - Income Tax Section | Income Taxes | 200 Arlington Street<br>Chelsea, MA 02150<br>United States |

9

| Authority | Type | Address |
|---|---|---|
| Maumee Income Tax Commissioner | Income Taxes | 400 Conant St # B<br>Maumee, OH 43537<br>United States |
| Minnesota Department of Revenue - Income Tax Section | Income Taxes | Mail Station 1250, 600 N Robert St<br>Paul, MN 55145-1250<br>United States |
| Missouri Department of Revenue - Taxation Division | Income Taxes | Harry S Truman State Office Building, 301 West High St.Jefferson City, MO 65101United States |
| Montana Department of Revenue | Income Taxes | 125 N Roberts St<br>Helena, MT 59601<br>United States |
| New Hampshire Department of Revenue Administration | Income Taxes | 109 Pleasant Street<br>Concord, NH 03301<br>United States |
| New Mexico Department of Taxation and Revenue | Income Taxes | 1200 South St. Francis Drive<br>Santa Fe, NM 87505<br>United States |

10

| Authority | Type | Address |
|---|---|---|
| NYC Department of Finance | Income Taxes | Manhattan Business Center, 66 John Street, 2nd Floor<br>New York, NY 10038<br>United States |
| Ohio Central Collections Agency Municipal Income Tax | Income Taxes | 205 W. St Clair Ave.<br>Cleveland, OH 44113<br>United States |
| Ohio Department of Taxation | Income Taxes | Attn: Business Tax Division, PO Box 2678<br>Columbus, OH 43216-2678<br>United States |
| Ohio Regional Income Tax Agency | Income Taxes | 10107 Brecksville Road<br>Brecksville, OH 44141<br>United States |
| Oregon Department of Revenue | Income Taxes | 955 Center Street NE<br>Salem, OR 97301-2555<br>United States |
| South Carolina Department of Revenue | Income Taxes | 300 A Outlet Pointe Blvd<br>Columbia, SC 29210<br>United States |

11

| Authority | Type | Address |
|---|---|---|
| Stryker, OH Income Tax Department | Income Taxes | 200 N Defiance St<br>Stryker, OH 43557<br>United States |
| Utah State Tax Commission | Income Taxes | 210 North 1950 West<br>Salt Lake City, UT 84134-3310<br>United States |
| Wisconsin Department of Revenue | Income Taxes | PO Box 8949<br>Madison, WI 53708-8949<br>United States |
| Alabama Department of Revenue | Income Taxes \| Franchise, Business and Other Related Taxes | Corporate Tax Section, P. O. Box 327437<br>Montgomery, AL 36132-7437<br>United States |
| California Franchise Tax Board | Income Taxes \| Franchise, Business and Other Related Taxes | PO Box 942857<br>Sacramento, CA 94240-0040<br>United States |
| Kentucky Department of Revenue - Excise Tax Section | Income Taxes \| Franchise, Business and Other Related Taxes | Station 62, PO Box 1303<br>Frankfort, KY 40602-1303<br>United States |

12

| Authority | Type | Address |
|---|---|---|
| Nebraska Department of Revenue | Income Taxes \| Franchise, Business and Other Related Taxes | Nebraska State Office Building, 301 Centennial Mall S Lincoln, NE 68508 United States |
| NJ Division of Taxation | Income Taxes \| Government Fees and Other Taxes \| Franchise, Business and Other Related Taxes | 3 John Fitch Way, 5th Floor, PO Box 245 Trenton, NJ 08695-0245 United States |
| Benton County Tax Collector Office | Property Taxes | 215 East Central Avenue Bentonville, AR 72712 United States |
| Boone County Administration Building - Property Tax Section | Property Taxes | 2950 Washington St Burlington, KY 41005 United States |
| Bradford County Tax Collector | Property Taxes | 945 N Temple Ave, Ste B Starke, FL 32091 United States |
| Cameron County Tax Office | Property Taxes | 835 E. Levee St., 1st floor Brownsville, TX 78520 United States |

13

| Authority | Type | Address |
|---|---|---|
| Cass County Treasurer's Office | Property Taxes | 200 Court Park, Room 104<br>Logansport, IN 46947<br>United States |
| Darke County Auditor Office | Property Taxes | 504 S Broadway, Courthouse 1st Floor<br>Greenville, OH 45331<br>United States |
| Dubois County Tax Assessor Office | Property Taxes | 1 Courthouse Square<br>Jasper, IN 47546<br>United States |
| Edwards County, IL Chief County Assessment Officers | Property Taxes | Edwards County Courthouse, 50 E. Main St. Suite 2<br>Albion, IL 62806<br>United States |
| Gibson County Auditor | Property Taxes | Gibson County Treasurer's Office Courthouse, 101 N Main Street<br>Princeton, IN 47670<br>United States |
| Kosciusko County Tax Collector Office | Property Taxes | 100 West Center Street<br>Warsaw, IN 46580<br>United States |

14

| Authority | Type | Address |
|---|---|---|
| Los Angeles County Treasurer and Tax Collector | Property Taxes | Kenneth Hahn Hall of Administration, 500 W Temple StreetLos Angeles, CA 90012United States |
| Marion County Tax Collector Office | Property Taxes | 2523 E. Hwy 76, Room 105 P.O. Box 389 Marion, SC 29571 United States |
| McHenry County Tax Assessor Office | Property Taxes | 2200 North Seminary Avenue Woodstock, IL 60098 United States |
| Rochester Hills Treasurer Office | Property Taxes | 1000 Rochester Hills Dr. Rochester Hills, MI 48309 United States |
| Schuylkill County Tax Claim Bureau | Property Taxes | 401 North 2nd Street Pottsville, PA 17901 United States |
| Shelby Township Treasurer's Office | Property Taxes | 52700 Van Dyke Ave. Shelby Township, MI 48316 United States |

**Debtors' Exhibit No. 17**
**Page 16 of 24**

| Authority | Type | Address |
|-----------|------|---------|
| St. Joseph County Treasurer | Property Taxes | 227 W Jefferson Blvd, Ste 1316<br>South Bend, IN 46601<br>United States |
| Stanislaus County Tax Collector Office | Property Taxes | 1010 10th Street, Suite 2500<br>Modesto, CA 95354<br>United States |
| Wayne County Treasurer and Collector | Property Taxes | Wayne County Courthouse, 301 E Main Street, Suite 201<br>Fairfield, IL 62837<br>United States |
| Arkansas Excise Tax Authority | Sales and Use Taxes | Ledbetter Building, 1816 W 7th St, Rm 2420<br>Little Rock, AR 72201<br>United States |
| Ascension Parish Sales and Use Tax Authority | Sales and Use Taxes | 2117 E Hwy 30<br>Gonzalez, LA 70737<br>United States |
| California Department of Tax and Fee Administration | Sales and Use Taxes | 3737 Main Street, Suite 1000<br>Riverside, CA 92501-3395<br>United States |

16

| Authority | Type | Address |
|---|---|---|
| Canada Revenue Agency | Sales and Use Taxes | 550 Sussex Drive<br>Ottawa, Ontario K1N 1K4<br>Canada |
| Connecticut State Department of Revenue Services | Sales and Use Taxes | 10 Middle St<br>Bridgeport, CT 06604<br>United States |
| Florida Department of Revenue - Sales and Use Tax Section | Sales and Use Taxes | 4030 Esplanade Way<br>Tallahassee, FL 32399<br>United States |
| Georgia Department of Revenue | Sales and Use Taxes | Trinity-Washington Building<br>Atlanta, GA 30334<br>United States |
| Hawaii Excise Tax Authority | Sales and Use Taxes | 830 Punchbowl Street<br>Honolulu, HI 96813-5094<br>United States |
| Idaho State Tax Commission | Sales and Use Taxes | 11321 W Chinden Blvd<br>Boise, ID 83714<br>United States |

| Authority | Type | Address |
|---|---|---|
| Indiana Revenue Department | Sales and Use Taxes | 7230 Engle Rd Ste 314<br>Fort Wayne, IN 46804<br>United States |
| Iowa Department of Revenue - Sales and Use Tax Section | Sales and Use Taxes | Hoover State Office Building - 1st Floor, 1305 E. Walnut St<br>Des Moines, IA 50319<br>United States |
| Kansas Department of Revenue - Sales and Use Tax Section | Sales and Use Taxes | 915 SW Harrison Saint Ste EDI<br>Topeka, KS 66612<br>United States |
| Kentucky Department of Revenue | Sales and Use Taxes | Station 67, PO Box 181<br>Frankfort, KY 40602-0181<br>United States |
| Massachusetts Department of Revenue - Sales and Use Tax Section | Sales and Use Taxes | 100 Cambridge Street<br>Boston, MA 02114<br>United States |
| Minnesota Department of Revenue - Sales and Use Tax Section | Sales and Use Taxes | 600 Robert St N<br>St. Paul, MN 55146<br>United States |

18

| Authority | Type | Address |
|-----------|------|---------|
| Mississippi Department of Revenue | Sales and Use Taxes | P. O. Box 960<br>Jackson, MS 39205<br>United States |
| Missouri Department of Revenue | Sales and Use Taxes | 301 West High St, Room 102<br>Jefferson City, MO 65101<br>United States |
| Nebraska Department of Revenue - Sales and Use Tax Section | Sales and Use Taxes | PO Box 94818<br>Lincoln, NE 68509-4818<br>United States |
| Nevada Department of Taxation | Sales and Use Taxes | 555 E Washington Ave, Ste 1300<br>Las Vegas, NV 89101<br>United States |
| New Jersey Division of Taxation - Sales and Use Section | Sales and Use Taxes | PO Box 1281Trenton, NJ 08695-0281United States |
| North Dakota Sales and Use Tax Authority | Sales and Use Taxes | 600 E. Boulevard Ave, Dept. 127<br>Bismarck, ND 58505-0599<br>United States |

19

| Authority | Type | Address |
|---|---|---|
| Ohio Department of Taxation - Sales and Use Tax Section | Sales and Use Taxes | P.O. Box 530<br>Columbus, OH 43216-0530<br>United States |
| Oregon Department of Revenue - Sales and use Tax Section | Sales and Use Taxes | 955 Center St NE<br>Salem, OR 97301-2555<br>United States |
| South Carolina Revenue and Fiscal Affairs Office | Sales and Use Taxes | 1000 Assembly Street, Rembert Dennis Building, Suite 421<br>Columbia, SC 29201<br>United States |
| South Dakota Department of Revenue | Sales and Use Taxes | 445 E Capitol Avenue<br>Pierre, SD 57501<br>United States |
| State of Hawaii Department of Taxation | Sales and Use Taxes | Princess Ruth Keelikolani Building, 830 Punchbowl Street,<br>Honolulu, HI 96813-5094<br>United States |
| Utah State Tax Commission - Sales and Use Tax Section | Sales and Use Taxes | 2540 S Washington Blvd<br>Ogden, UT 84401<br>United States |

**Debtors' Exhibit No. 17**
**Page 21 of 24**

| Authority | Type | Address |
|---|---|---|
| Washington Excise Tax Authority | Sales and Use Taxes | 3315 S 23rd St<br>Tacoma, WA 98405<br>United States |
| West Virginia State Tax Apartment | Sales and Use Taxes | 1124 Smith Street<br>Charleston, WV 25301<br>United States |
| Wisconsin Department of Revenue - Sales and Use Tax Section | Sales and Use Taxes | 2135 Rimrock Road 53713<br>Madison, WI 03713<br>United States |
| Illinois Department of Revenue | Sales and Use Taxes \| Franchise, Business and Other Related Taxes | 200 S Wyman St<br>Rockford, IL 61101-1229<br>United States |
| Arizona Department of Revenue | Sales and Use Taxes \| Income Taxes | 1600 West Monroe Street<br>Phoenix, AZ 85007<br>United States |
| Maine Revenue Services | Sales and Use Taxes \| Income Taxes | PO Box 9107<br>Augusta, ME 04332-9107<br>United States |

21

| Authority | Type | Address |
|---|---|---|
| Maryland Revenue Administration Division | Sales and Use Taxes \| Income Taxes | P.O. Box 549<br>Annapolis, MD 21411-0001<br>United States |
| Michigan Department of Treasury | Sales and Use Taxes \| Income Taxes | 430 W. Allegan Street<br>Lansing, MI 48933<br>United States |
| North Carolina Department of Revenue | Sales and Use Taxes \| Income Taxes | PO Box 25000<br>Raleigh, NC  27640-0640<br>United States |
| Oklahoma Tax Commission | Sales and Use Taxes \| Income Taxes | 2501 N Lincoln Blvd<br>Oklahoma City, OK  73194<br>United States |
| PA Department of Revenue | Sales and Use Taxes \| Income Taxes | 1131 Strawberry Square<br>Harrisburg, PA 17128<br>United States |
| Texas Comptroller of Public Accounts | Sales and Use Taxes \| Income Taxes | 111 East 17th Street<br>Austin, TX 78774<br>United States |

22

| Authority | Type | Address |
|---|---|---|
| Tennessee Department of Revenue | Sales and Use Taxes \| Income Taxes \| Franchise, Business and Other Related Taxes | 500 Deaderick Street<br>Nashville, TN 37242<br>United States |
| New York State Department of Taxation and Finance | Sales and Use Taxes \| Income Taxes \| Government Fees and Other Taxes \| Franchise, Business and Other Related Taxes | Bankruptcy Section, PO Box 5300<br>Albany, NY 12205-0300<br>United States |

23