## Exhibit C

**Insurance Policies**

| Type of Policy Coverage | Insurance Carrier(s) | Policy Number | Policy Term |
|---|---|---|---|
| Auto Liability | Travelers | TJCAP9P530455TIL24 | 10/01/2024 - 10/01/2025 |
| Auto Liability | Allianz | USL02290424 | 10/01/2024 - 10/01/2025 |
| Aviation | AIG | AP07123451807 | 04/01/2025 - 04/01/2026 |
| Business Travel Accident | Zurich | GTU0553304 | 06/30/2024 - 06/30/2026 |
| Commercial Crime | AIG | 038348765 | 02/02/2025 - 02/02/2026 |
| Commercial Crime | AXIS | P00100050294905 | 02/02/2025 - 02/02/2026 |
| Cyber | Resilience | 7200008910003 | 08/02/2025 - 08/02/2026 |
| Directors & Officers | Berkshire | 47EMC31019006 | 02/02/2025 - 02/02/2026 |
| Directors & Officers | AXA XL | ELU20215125 | 02/02/2025 - 02/02/2026 |
| Directors & Officers | Endurance | DOX30001499505 | 02/02/2025 - 02/02/2026 |
| Directors & Officers | Markel | MKLM3MXM000752 | 02/02/2025 - 02/02/2026 |
| Directors & Officers | Berkley | BPRO8120547 | 02/02/2025 - 02/02/2026 |
| Directors & Officers | Arch | PCX100013405 | 02/02/2025 - 02/02/2026 |
| Directors & Officers | Chubb | G46865017008 | 02/02/2025 - 02/02/2026 |
| Directors & Officers | Hartford | 83PE042388425 | 02/02/2025 - 02/02/2026 |
| Directors & Officers | Everest | PC8EX00256251 | 02/02/2025 - 02/02/2026 |
| Directors & Officers | Old Republic | ORPRO13103159 | 02/02/2025 - 02/02/2026 |
| Directors & Officers | AIG | 038241357 | 02/02/2025 - 02/02/2026 |
| Directors & Officers | QBE | 100044631 | 02/02/2025 - 02/02/2026 |
| Directors & Officers | Beazley | V2A4E6250601 | 02/02/2025 - 02/02/2026 |
| Directors & Officers | Ironshore | DO6NABXY3V006 | 02/02/2025 - 02/02/2026 |

| Type of Policy Coverage | Insurance Carrier(s) | Policy Number | Policy Term |
|---|---|---|---|
| Directors & Officers | Balance Partners | MLX100098503 | 02/02/2025 - 02/02/2026 |
| Directors & Officers | Allianz | USF00003525 | 02/02/2025 - 02/02/2026 |
| Directors & Officers | Westfield | XSA466225K00 | 02/02/2025 - 02/02/2026 |
| Directors & Officers | Zurich | DOC147431903 | 02/02/2025 - 02/02/2026 |
| Directors & Officers | AXIS | P00100006807106 | 02/02/2025 - 02/02/2026 |
| Directors & Officers | Great American | DFX1491246 | 02/02/2025 - 02/02/2026 |
| Directors & Officers | Bowhead | ECL05459900 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | RLI | EPG0024056 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | Starr | 1000625358251 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | Allied World | 03147797 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | Canopius | SGC170900 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | AmTrust | EUW205355200 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | Allianz | USF05648825 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | Zurich | DOC755127700 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | ATRI | MLX100224100 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | Hudson | HE030313154 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | RSUI | LHS715558 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | Berkshire | 47EMC34293601 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | Everest | PC8EX00303251 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | Starr | 1000625372251 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | Crum & Forster | 5751082188 | 07/03/2025 - 02/02/2026 |

| Type of Policy Coverage | Insurance Carrier(s) | Policy Number | Policy Term |
|---|---|---|---|
| Directors & Officers | Ascot | MLXS251000212001 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | Scor | FA013308520251 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | Munich Re | 8JA7PX000231800 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | Orion | OII783DOX120250P | 07/03/2025 - 02/02/2026 |
| Directors & Officers | ANV | ANV163622A | 07/03/2025 - 02/02/2026 |
| Directors & Officers | Distinguished | VEL10025400 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | Vantage Risk | P04ML0000086870 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | Bowhead | ACL05257400 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | Lloyd's via RT | MR25ADC7 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | Lloyd's via RT | MR25ADC8 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | MSIG | DOA3125038 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | Sompo | ADX30092383900 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | Pantheon | PNKSDO00001225 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | Celerity | CRDO000004400 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | Tango | TSMSP1001401 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | StarStone | DNO00513228P00 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | Lexington | 06995991800 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | Intact | MMX0007880725 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | Chubb Bermuda | 40387001A | 07/03/2025 - 02/02/2026 |
| Directors & Officers | James River | P0000009396 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | Applied | BFLXDOTOH01050002322001 | 07/03/2025 - 02/02/2026 |

| Type of Policy Coverage | Insurance Carrier(s) | Policy Number | Policy Term |
|---|---|---|---|
| Directors & Officers | Munich Re | 8JA7PX000231900 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | Templar | S0026XS00204900 | 07/03/2025 - 02/02/2026 |
| Directors & Officers | Intact | MMX0007930725 | 07/03/2025 - 02/02/2026 |
| Employment Practices Liability | Chubb | J06461360 | 02/02/2025 - 02/02/2026 |
| Employment Practices Liability | AIG | 038241355 | 02/02/2025 - 02/02/2026 |
| Employment Practices Liability | AXIS | P00100050295205 | 02/02/2025 - 02/02/2026 |
| Environmental | ACE | PPLG47399105001 | 03/31/2023 - 03/31/2026 |
| Environmental | Chubb | PPLG47416371001 | 07/20/2023 - 07/20/2026 |
| Excess Liability | AIG | 015717599 | 10/14/2024 - 10/01/2025 |
| Excess Liability | Endurance | EXC30002039404 | 10/14/2024 - 10/01/2025 |
| Excess Liability | AXIS | P00100043775005 | 10/14/2024 - 10/01/2025 |
| Excess Liability | Vantage Risk (BDA) | BMBDAOCC2024198 | 10/14/2024 - 10/01/2025 |
| Excess Liability | Multiple Underwriters at Lloyd's of London<br>Convex Insurance UK<br>QBE UK Limited | B0509BOWCN2452841 | 10/14/2024 - 10/01/2025 |
| Excess Liability | Argo Re Ltd. (BDA) | BMBDAOCC2024197 | 10/14/2024 - 10/01/2025 |
| Excess Liability | Arcadian (UK) | B0509BOWCN2452842 | 10/14/2024 - 10/01/2025 |
| Excess Liability | AXA XL | US00107612LI24A | 10/14/2024 - 10/01/2025 |
| Excess Liability | Munich Re<br>Emerald UK | B0509BOWCN2552301 | 07/01/2025 - 10/01/2025 |
| Excess Liability | Munich Re<br>Emerald UK | 5VA3FF000006900 | 07/01/2025 - 10/01/2025 |
| Excess Liability | Inigo Excess Consortium IGO 9299<br>Multiple Underwriters at Lloyd's London<br>Convex Insurance, UK Limited | B0509BOWCN2552302 | 07/01/2025 - 10/01/2025 |

| Type of Policy Coverage | Insurance Carrier(s) | Policy Number | Policy Term |
|---|---|---|---|
| | Arcadian Risk Capital UK Ltd (Multiple underwriters from Lloyd's London and SiriusPoint International Insurance Corporation) QBE UK Limited Rokstone Group Ltd Multiple Underwriters from Fast Track | | |
| Excess Liability | Zurich Travelers | SFX695659200 | 07/01/2025 - 10/01/2025 |
| Excess Liability | Zurich Travelers | ZUP16R1489725NF | 07/01/2025 - 10/01/2025 |
| Excess Liability | The Princeton Excess and Surplus Lines Insurance Company | 5VA3FF000006900 | 07/01/2025 - 10/01/2025 |
| Excess Liability | Underwriters at Lloyd's of London | B0509BOWCN2552301 | 07/01/2025 - 10/01/2025 |
| Excess Liability | The Marine Insurance Company Ltd | B0509BOWCN2552301 | 07/01/2025 - 10/01/2025 |
| General Liability | Travelers | TC2JGLSA9P530467TIL24 | 10/01/2024 - 10/01/2025 |
| General Liability | Allianz | USL02290424 | 10/01/2024 - 10/01/2025 |
| General Liability | Allianz | VARIOUS | 10/01/2024 - 10/01/2025 |
| General Liability (Captive) | Securus Insurance, LLC | 1GLPLOGL2024 | 10/01/2024 - 10/01/2025 |
| Local Policies - EL/WC | Allianz | VARIOUS | 10/01/2024 - 10/01/2025 |
| Marine Cargo | Zurich | OC584639603 | 02/01/2025 - 02/01/2026 |
| Master Policy - Foreign Voluntary Workers' Comp. | Allianz | USL02290424 | 10/01/2024 - 10/01/2025 |
| Multinational | Allianz | USL02290423 | 10/01/2024 - 10/01/2025 |
| Pollution | Beazley | W24803180101 | 09/12/2018 - 09/12/2028 |
| Pollution | Beazley | W2C182200101 | 07/31/2020 - 07/31/2026 |
| Pollution | Ironshore | 004427600 | 07/31/2020 - 07/31/2026 |
| Pollution | AXA XL | XEC0057527 | 07/31/2020 - 07/31/2026 |

5

| Type of Policy Coverage | Insurance Carrier(s) | Policy Number | Policy Term |
|---|---|---|---|
| Pollution | Beazley | W3179E220101 | 02/10/2022 - 02/10/2028 |
| Pollution | Beazley | B0509BOWCI2250632 | 02/26/2022 - 02/26/2028 |
| Pollution | Beazley | B0509BOWCI2250633 | 03/01/2022 - 03/01/2028 |
| Pollution | Starr | 1000067835221 | 08/04/2022 - 02/01/2026 |
| Pollution | Chubb | PPLG72597424001 | 09/26/2022 - 02/01/2026 |
| Pollution | Starr | 1000067859221 | 10/11/2022 - 02/01/2026 |
| Pollution | Chubb | PPLG47399105001 | 03/31/2023 - 03/31/2026 |
| Pollution | Chubb | PPLG47416371001 | 07/20/2023 - 07/20/2026 |
| Pollution | Beazley | W3568A230101 | 07/20/2023 - 07/20/2026 |
| Pollution | Beazley | W25CA5190101 | 01/01/2025 - 01/01/2028 |
| Pollution | Beazley | B0646JZA18531 | 01/01/2025 - 01/01/2028 |
| Product Recall | Swiss Re | PRL200263705 | 06/30/2025 - 06/30/2026 |
| Product Recall | DUAL Commercial LLC | CMR0000037502 | 06/30/2025 - 06/30/2026 |
| Property | Allianz | USP00163625 | 02/01/2025 - 02/01/2026 |
| Property | Starr | 25SSLDOCD330061 | 02/01/2025 - 02/01/2026 |
| Property | Sompo | ARP30078867700 | 02/01/2025 - 02/01/2026 |
| Property | Scor | FA011243920251 | 02/01/2025 - 02/01/2026 |
| Property | Zurich | PPR675268302 | 02/01/2025 - 02/01/2026 |
| Property | CNA | RMP7035092903 | 02/01/2025 - 02/01/2026 |
| Property | Berkshire | 42XPR32287404 | 02/01/2025 - 02/01/2026 |
| Property | Everest | RP8CF00167251 | 02/01/2025 - 02/01/2026 |

| Type of Policy Coverage | Insurance Carrier(s) | Policy Number | Policy Term |
| --- | --- | --- | --- |
| Property | Munich Re | 78A3XP000097502 | 02/01/2025 - 02/01/2026 |
| Property | Fast Track | B0509MPSPB2500312 | 02/01/2025 - 02/01/2026 |
| Property | Fast Track | B0509MPSPB2500458 | 02/01/2025 - 02/01/2026 |
| Property | Fast Track | B0509MPSPB2500459 | 02/01/2025 - 02/01/2026 |
| Property | Partner Re | F628824 | 02/01/2025 - 02/01/2026 |
| Property | Hannover Re | PR0426825000 | 02/01/2025 - 02/01/2026 |
| Property | Chubb BDA | VICEROY02320P03 | 02/01/2025 - 02/01/2026 |
| Property | Guy Carp - Fronted by Zurich | PPR675268302 | 02/01/2025 - 02/01/2026 |
| Property | SECURUS Insurance, LLC - Fronted by Zurich | PPR675268302 | 02/01/2025 - 02/01/2026 |
| Property | Hiscox | UTS257309425 | 02/01/2025 - 02/01/2026 |
| Property | Markel | CT4851A25MZA | 02/01/2025 - 02/01/2026 |
| Special Risk - 3 Year | GAIC | UKA302275124 | 02/02/2024 - 02/02/2027 |
| Umbrella | Chubb | XEUG7254383A004 | 10/14/2024 - 10/01/2025 |
| Workers' Compensation | Travelers | UB8T5439542451R | 10/01/2024 - 10/01/2025 |
| Workers' Compensation | Travelers | UB8T54670A2451K | 10/01/2024 - 10/01/2025 |
| Workers' Compensation | PinnaclePoint | WCP7008349 | 05/17/2025 - 05/17/2026 |
| Workers' Compensation | Argonaut | ARGWC929228815344 | 05/17/2025 - 05/17/2026 |