## <u>Exhibit D</u>

**Surety Bonds**

| Bond Description | Obligee | Bond Number | Bonding Company | Renewal Date | Bond Amount |
|---|---|---|---|---|---|
| Canadian Custom Bonds | Canada Border Services Agency | TMS4000120/ CMS0102911 | RLI Insurance Company | 5/21/2026 | $3,629 |
| Canadian Custom Bonds | Canada Border Services Agency | TMS4000121/ CMS0102912 | RLI Insurance Company | 5/21/2026 | $570,988 |
| Canadian Custom Bonds | Canada Border Services Agency | TMS4000122/ CMS0102913 | RLI Insurance Company | 5/21/2026 | $3,629 |
| Canadian Custom Bonds | Canada Border Services Agency | TMS4000126/ CMS0102917 | RLI Insurance Company | 5/21/2026 | $12,401 |
| Canadian Custom Bonds | Canada Border Services Agency | TMS4000127/ CMS0102918 | RLI Insurance Company | 5/21/2026 | $272,153 |
| Canadian Custom Bonds | Canada Border Services Agency | TMS4000128/ CMS0102919 | RLI Insurance Company | 5/21/2026 | $36,285 |
| Canadian Custom Bonds | Canada Border Services Agency | TMS4000132/ CMS0102923 | RLI Insurance Company | 6/5/2026 | $72,570 |
| Canadian Custom Bonds | Canada Border Services Agency | TMS4000135/ CMS0102926 | RLI Insurance Company | 6/5/2026 | $184,375 |
| Utility Deposit | Consumers Gas Company | CMS0102768 | RLI Insurance Company | 10/5/2025 | $120,000 |
| Importer/Broker Customs Bond; Customs Bond No. 22C0005WW | U.S. Customs and Border Protection | CMS0347926 | RLI Insurance Company | 2/3/2026 | $50,000 |
| Instrument of International Traffic Bond;Customs Bond No. 19C0012A5 | U.S. Customs and Border Protection | CMS0224212 | Berkley Insurance Company | 8/15/2026 | $50,000 |
| Importer/Broker Customs Bond; Customs Bond No. 21C0009YW | U.S. Customs and Border Protection | CMS0342604 | RLI Insurance Company | Expires 10/07/2025 | $900,000 |
| Importer/Broker Customs Bond; Customs Bond No. 21C000C93 | U.S. Customs and Border Protection | CMS0342609 | RLI Insurance Company | Expires 10/07/2025 | $1,000,000 |
| Importer/Broker Customs Bond; Customs Bond #21C001FKC | U.S. Customs and Border Protection | CMS0345885 | RLI Insurance Company | Expires 10/07/2025 | $1,000,000 |
| Importer/Broker Customs Bond; Customs Bond #23C000A5Q | U.S. Customs and Border Protection | CMS0352727 | RLI Insurance Company | Expires 10/07/2025 | $800,000 |
| Importer/Broker Customs Bond; Customs Bond #23C000WF5 | U.S. Customs and Border Protection | CMS0352754 | RLI Insurance Company | Expires 10/07/2025 | $4,000,000 |

| Bond Description | Obligee | Bond Number | Bonding Company | Renewal Date | Bond Amount |
|---|---|---|---|---|---|
| Importer/Broker Customs Bond; Customs Bond #24C001PBA | U.S. Customs and Border Protection | CMS0358644 | RLI Insurance Company | Expires 10/07/2025 | $8,500,000 |
| Foreign Trade Zone Customs Bond; Customs Bond No. 17C001MBG | U.S. Customs and Border Protection | CMS0289119 | RLI Insurance Company | Expires 10/08/2025 | $240,000 |
| Drawback Customs Bond; Customs Bond No. 20C000Q53 | U.S. Customs and Border Protection | CMS0340045 | RLI Insurance Company | Expires 10/08/2025 | $50,000 |
| Importer/Broker Customs Bond; Customs Bond #23C001ML1 | U.S. Customs and Border Protection | CMS0355158 | RLI Insurance Company | Expires 10/08/2025 | $100,000 |
| Importer/Broker Customs Bond; Customs Bond #23C001DA1 | U.S. Customs and Border Protection | CMS0355130 | RLI Insurance Company | Expires 10/08/2025 | $300,000 |
| Importer/Broker Customs Bond; Customs Bond No. 23C001MQD | U.S. Customs and Border Protection | CMS0355159 | RLI Insurance Company | Expires 10/08/2025 | $100,000 |
| Importer/Broker Customs Bond; Customs Bond No. 24C001C9W | U.S. Customs and Border Protection | CMS0358624 | RLI Insurance Company | Expires 10/08/2025 | $300,000 |
| Importer/Broker Customs Bond; Customs Bond #25C000TRE | U.S. Customs and Border Protection | CMS0360127 | RLI Insurance Company | Expires 10/08/2025 | $200,000 |
| Importer/Broker Customs Bond; Customs Bond No. 25C000UBO | U.S. Customs and Border Protection | CMS0360130 | RLI Insurance Company | Expires 10/08/2025 | $100,000 |
| Importer/Broker Customs Bond; Customs Bond No. 25C001D92 | U.S. Customs and Border Protection | CMS0360463 | RLI Insurance Company | Expires 10/08/2025 | $1,800,000 |
| Importer/Broker Customs Bond; Customs Bond No. 25C001M1B | U.S. Customs and Border Protection | CMS0360478 | RLI Insurance Company | Expires 10/08/2025 | $700,000 |