## Exhibit E

**Letters of Credit**

| Letter of Credit No. | Bank | Applicant | Beneficiary | Expiration Date | Value | Cash Collateral |
|---|---|---|---|---|---|---|
| 68198233 | Bank of America | First Brands Group, LLC OBO Trigo Componentes, S.A. de C.V. | Banco Santander Mexico S.A. av. Vasco De Quiroga | 3/11/2025 | $15,750,000 | $0 |
| 68179732 | Bank of America | First Brands Group, LLC | Banco Santander Mexico S.A. | 3/11/2026 | $16,800,000 | $0 |
| 68179150 | Bank of America | First Brands Group, LLC | Banco Santander Brasil SA | 3/1/2028 | $12,896,450 | $0 |
| 68168783 | Bank of America | Trico Technologies Corporation | Western Surety Company | Irrevocable | $600,000 | $0 |
| 68169220 | Bank of America | FRAM Group Operations LLC | I&G Direct Real Estate 34, LP | Irrevocable | $250,000 | $0 |
| 68173678 | Bank of America | Brake Parts Inc LLC | Kitkat (IL) LLC | Irrevocable | $630,000 | $0 |
| 68179736 | Bank of America | Trico Products Corporation | Gdf Suez Mexico Comercializadora, S. de R.L. de C.V. | Irrevocable | $200,192 | $0 |
| 68184235 | Bank of America | Horizon Global Corporation | Avalon Risk Management Insurance Agency, LLC for the Benefit of the Surities it Represents | Irrevocable | $3,999,500 | $0 |
| 68184238 | Bank of America | Horizon Global Corporation | Ace American Insurance Company Ace Fire Underwriters Insurance Company, et. al | Irrevocable | $49,850 | $0 |
| 68185674 | Bank of America | First Brands Group on Behalf of Cardon Industries Inc | 15 Kings Grant Partners, LLC | Irrevocable | $3,555,358 | $0 |
| 68185778 | Bank of America | International Brake Industries, Inc. | Avalon Risk Management Insurance Agency, LLC, for the Benefit of the Sureties it Represents | Irrevocable | $100,000 | $0 |

| Letter of Credit No. | Bank | Applicant | Beneficiary | Expiration Date | Value | Cash Collateral |
|---|---|---|---|---|---|---|
| 68176533 | Bank of America | First Brands Group, LLC | Banco Santander Brasil SA | Irrevocable | $9,211,750 | $0 |
| 68186300 | Bank of America | International Brake Industries, Inc. | Avante Aeropuerto S.A. de C.V. | Irrevocable | $985,000 | $0 |
| 68143381 | Bank of America | First Brands Group Intermediate, LLC | The Travelers Indemnity Company | Irrevocable | $75,000 | $0 |
| 68203529 | Bank of America | First Brands Group, LLC | C And U Americas, LLC | Irrevocable | $1,431,981 | $0 |
| 68198337 | Bank of America | First Brands Group, LLC | Kenwal Steel Corporation | Irrevocable | $2,199,819 | $0 |
| 68203089 | Bank of America | Fram Group Operations LLC | Heraeus Precious Metals GmbH + CO. KG | Irrevocable | $5,000,000 | $0 |
| 68199231 | Bank of America | Horizon Global Americas Inc. | Productos Laminados De Monterrey, S.A. de C.V. | Irrevocable | $2,000,000 | $0 |
| 68199087 | Bank of America | Hopkins Manufacturing Corporation | Emporia Partners, LLC | Irrevocable | $701,789 | $0 |
| 68199678 | Bank of America | Trico Products Corporation | Arcelormittal Wire France | Irrevocable | $400,000 | $0 |
| 68200654 | Bank of America | Hopkins Manufacturing Corporation | Western Surety Company | Irrevocable | $1,100,000 | $0 |
| 68201717 | Bank of America | Horizon Global Americas Inc. | Avnet. Inc | Irrevocable | $250,000 | $0 |
| 68202994 | Bank of America | Brake Parts Inc LLC | Banco Actinver, S.A. de C.V. | Irrevocable | $2,000,000 | $0 |
| 68204026 | Bank of America | First Brands Group, LLC | Koninklijke Philips N.V. | Irrevocable | $1,119,405 | $0 |
| 68199303 | Bank of America | First Brands Group, LLC | Xpo Logistics Freight, Inc. | Irrevocable | $4,000,000 | $0 |
| 68204488 | Bank of America | Brake Parts Inc LLC | Bri Westpark IV QOZB. LP | Irrevocable | $1,000,000 | $0 |
| 68204448 | Bank of America | Dalton Corporation | Encova Mutual Insurance Group, Inc., et. al | Irrevocable | $215,000 | $0 |

| Letter of Credit No. | Bank | Applicant | Beneficiary | Expiration Date | Value | Cash Collateral |
|---|---|---|---|---|---|---|
| 68199535 | Bank of America | Trico Products Corporation | Entec Polymers Inc. | Irrevocable | $300,000 | $0 |
| 68199413 | Bank of America | Walbro LLC | Ineos Usa LLC DBA Ineos Olefins & Polymers USA | Irrevocable | $750,000 | $0 |
| 68199206 | Bank of America | FRAM Group Operations LLC | Voestalpine Krems GmbH | Irrevocable | $1,170,450 | $0 |
| 68200674 | Bank of America | Walbro LLC | Soarus LLC | Irrevocable | $750,000 | $0 |
| 68200622 | Bank of America | Trico Products Corporation | The Resin Enterprise, Inc. | Irrevocable | $811,837 | $0 |
| 68203526 | Bank of America | FRAM Group Operations LLC | Randall Metals Corporation | Irrevocable | $4,000,000 | $0 |
| 24OSL005396 | East West Bank | First Brands Group, LLC | The Travelers Indemnity Company | Irrevocable | $5,150,000 | $515,479 |
| 24OSL005399 | East West Bank | First Brands Group, LLC | The Travelers Indemnity Company | Irrevocable | $1,181,000 | $515,479 |
| 24OSL005400 | East West Bank | First Brands Group, LLC | National Union Fire Insurance Company of Pittsburgh, PA. et. al | Irrevocable | $245,500 | $515,479 |
| 24OSL005458 | East West Bank | First Brands Group, LLC | Great American Insurance Company | Irrevocable | $31,250 | $515,479 |
| S539724N | MUFG Bank Ltd | First Brands Group, LLC | Old Republic Insurance Company | Irrevocable | $239,955 | $515,479 |
| S539873N | MUFG Bank Ltd | First Brands Group, LLC | The Travelers Indemnity Company | Irrevocable | $1,250,000 | $515,479 |
| S539722N | MUFG Bank Ltd | First Brands Group, LLC | The Travelers Indemnity Company | Irrevocable | $5,855,000 | $515,479 |
| LC 2646 | Texas Capital Bank | Cardone Industries, Inc. | The Travelers Indemnity Company | Irrevocable | $3,250,000 | $515,479 |
| LC # Not Available | ROYAL BANK OF CANADA | First Brands Group, LLC | Raistone Purchasing LLC - Series XXXIII | Irrevocable | $1,000,000,000 | $0 |

3

**Debtors' Exhibit No. 20**
**Page 4 of 5**

| Letter of Credit No. | Bank | Applicant | Beneficiary | Expiration Date | Value | Cash Collateral |
|---|---|---|---|---|---|---|
| 10018386 | ROYAL BANK OF CANADA | First Brands Group, LLC | Raloy Lubricantes, S.A. de C.V. | Irrevocable | $5,000,000 | $5,000,000 |