<u>**Exhibit C**</u>

**List of Bank Accounts**

| Legal Entity | Financial Institution | Last Four Digits of Bank Account Number | Account Type |
|---|---|---|---|
| Airtex Products LP | Bank of America | 8856 | Collection |
| Airtex Products LP | Wells Fargo | 8904 | Collection |
| ASC Industries Inc | Bank of America | 6878 | Collection |
| ASC Industries Inc | Bank of America | 6572 | Disbursement |
| BPI EC LLC | Bank of America | 4406 | Collection |
| BPI Holdings International LLC | Bank of America | 6343 | Collection |
| Brake Parts Inc India LLC | Bank of America | 6348 | Collection |
| Brake Parts Inc LLC | Bank of America | 0974 | Disbursement |
| Brake Parts Inc LLC | Bank of America | 7312 | Collection |
| Brake Parts Inc LLC | Bank of America | 7294 | Collection |
| Brake Parts Inc LLC | Bank of America | 7827 | Disbursement |
| Brake Parts Inc LLC | Bank of America | 7299 | Disbursement |
| Brake Parts Inc LLC | Bank of America | 3205 | Collection |
| Brake Parts Inc LLC | Bank of America | 3213 | Collection |
| Cardone Industries, Inc | Bank of America | 3264 | Collection |
| Cardone Industries, Inc | Bank of America | 3269 | Disbursement |
| Cardone Industries, Inc | Bank of America | 3725 | Disbursement |
| Cardone Industries, Inc | Citizens | 6317 | Disbursement |
| Cardone Industries, Inc | Citizens | 5639 | Disbursement |
| Cardone Industries, Inc | Citizens | 5647 | Collection |
| Cardone Industries, Inc | Citizens | 5655 | Collection |
| Cardone Industries, Inc | Citizens | 6309 | Disbursement |
| Cardone Industries, Inc | Citizens | 6325 | Disbursement |

| Legal Entity | Financial Institution | Last Four Digits of Bank Account Number | Account Type |
|---|---|---|---|
| Cardone Industries, Inc | Citizens | 2329 | Disbursement |
| Cardone Industries, Inc | JP Morgan Chase | 3159 | Disbursement |
| Cardone Industries, Inc | JP Morgan Chase | 0101 | Collection |
| Cardone Industries, Inc | JP Morgan Chase | 6101 | Collection |
| Carter Carburetor Holdings, LLC | Bank of America | 3720 | Disbursement |
| Carter Carburetor Holdings, LLC | Bank of America | 3221 | Collection |
| Carter Carburetor Holdings, LLC | Bank of America | 3226 | Disbursement |
| Carter Carburetor LLC | Bank of America | 3744 | Disbursement |
| Carter Carburetor LLC | Bank of America | 3240 | Collection |
| Carter Carburetor LLC | Bank of America | 3245 | Disbursement |
| Carter Fuel Systems LLC | Bank of America | 6892 | Collection |
| Carter Fuel Systems LLC | Bank of America | 6577 | Collection |
| Carter Fuel Systems LLC | Bank of America | 7002 | Collection |
| Carter Fuel Systems LLC | Bank of America | 7021 | Disbursement |
| Carter Fuel Systems LLC | Bank of America | 6999 | Collection |
| Carter Fuel Systems LLC | Bank of America | 7007 | Disbursement |
| Champion Laboratories Inc | Bank of America | 1396 | Disbursement |
| Champion Laboratories Inc | Bank of America | 1879 | Collection |
| Champion Laboratories Inc | Bank of America | 6216 | Disbursement |
| Champion Laboratories Inc | Bank of America | 7710 | Disbursement |
| Champion Laboratories Inc | Bank of America | 6224 | Collection |

| Legal Entity | Financial Institution | Last Four Digits of Bank Account Number | Account Type |
|---|---|---|---|
| Champion Laboratories Inc | Wells Fargo | 9092 | Collection |
| Champion Laboratories Inc | Wells Fargo | 9100 | Collection |
| CWD LLC | Wells Fargo | 4362 | Collection |
| CWD LLC | Bank of America | 1476 | Disbursement |
| CWD LLC | Bank of America | 7715 | Disbursement |
| CWD LLC | Bank of America | 7901 | Collection |
| CWD LLC | Wells Fargo | 4354 | Collection |
| Dalton Corporation | CIBC | 5872 | Collection |
| Dalton Corporation | CIBC | 1110 | Concentration |
| Eagle Casting, LLC | HSBC | 5479 | Concentration |
| Eagle Machining, LLC | HSBC | 5487 | Concentration |
| First Brands Group LLC | Bank of America | 6975 | Concentration |
| First Brands Group LLC | Bank of America | 6262 | Collection |
| First Brands Group LLC | Bank of America | 6808 | Disbursement |
| First Brands Group LLC | Bank of America | 9394 | Investment |
| First Brands Group LLC | Bank of America | 2114 | Disbursement |
| First Brands Group LLC | Bank of America | 0657 | Disbursement |
| First Brands Group LLC | US Bank | 1400 | Investment |
| First Brands Group LLC | SouthState | 4957 | Investment |
| First Brands Group LLC | Bank United | 9656 | Collection |
| First Brands Group LLC | Bank United | 9161 | Investment |
| FRAM Group Operations LLC | Bank of America | 9571 | Collection |
| FRAM Group Operations LLC | Bank of America | 2869 | Disbursement |

| Legal Entity | Financial Institution | Last Four Digits of Bank Account Number | Account Type |
|---|---|---|---|
| HEATHERTON HOLDINGS LLC | Bank of America | 7106 | Collection |
| HEATHERTON HOLDINGS LLC | Bank of America | 7120 | Disbursement |
| Hopkins Manufacturing Corp | US Bank | 5565 | Collection |
| Hopkins Manufacturing Corp | US Bank | 0366 | Collection |
| Hopkins Manufacturing Corp | US Bank | 2289 | Collection |
| Hopkins Manufacturing Corp | Bank of America | 7724 | Collection |