**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | **Case No. 25-90399 (CML)** |
| | **(Jointly Administered)** |
| **Debtors.[1]**    / | **(Emergency Hearing Requested)** |

**JOINDER OF ARAB BANKING CORPORATION B.S.C.**
**IN CONSOLIDATED LIMITED OBJECTION AND RESERVATION**
**OF RIGHTS OF KATSUMI SERVICING, LLC TO DEBTORS'**
**(I) DIP MOTION AND (II) CASH MANAGEMENT MOTION**

Arab Banking Corporation B.S.C., as transferee ("***Bank ABC***") under that certain Master Receivables Transfer Agreement, dated as of February 28, 2025 (as amended, amended and restated, supplemented or otherwise modified from time to time, the "***Receivables Transfer Agreement***"), with KARS Funding, LLC, as transferor, and Katsumi Servicing, LLC, as transferor representative, joins in the *Consolidated Limited Objection and Reservation of Rights of Katsumi Servicing, LLC to Debtors' (I) DIP Motion and (II) Cash Management Motion* [Dkt. No. 118] (the "***Limited Objection***")[2] and states as follows:

**JOINDER**

1.      Pursuant to the Receivables Transfer Agreement, Bank ABC purchased for cash all right, title, and interest in certain specified Purchased Receivables (as defined in the Limited

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Limited Objection, Cash Management Motion, and DIP Motion, as the case may be.

Objection) and any related rights, collections, and proceeds with respect thereto.

2.      Bank ABC hereby joins and supports the positions set forth in the Limited Objection and reserves all rights to be heard before the Court with regard to the Limited Objection. Furthermore, Bank ABC adopts all of the arguments made in the Limited Objection and incorporates by reference the Limited Objection into this joinder.

## **RESERVATION OF RIGHTS**

3.      Bank ABC hereby reserves the right to supplement and amend this joinder at any time and to raise any other arguments with respect to the DIP Motion and/or Cash Management Motion during any final hearing on the DIP Motion and/or Cash Management Motion.

[*Remainder of page intentionally left blank*]

WHEREFORE, Bank ABC respectfully requests that this Court (i) grant interim relief on the DIP Motion and Cash Management Motion only to the extent consistent with the Limited Objection and (ii) grant such other and further relief as the Court may deem necessary and proper.

Dated: October 1, 2025
      Houston, Texas

/s/ Courtney E. Giles
Courtney E. Giles
BAKER & MCKENZIE LLP
Bank of America Tower
800 Capitol Street, Suite 2100
Houston, TX 77002
Tel: 713-427-5000
Email: courtney.giles@bakermckenzie.com

Blaire A. Cahn (*pro hac vice* pending)
BAKER & MCKENZIE LLP
452 Fifth Avenue
New York, NY 10018
Tel: 212 626 4100
Email: blaire.cahn@bakermckenzie.com

John R. Dodd (*pro hac vice* pending)
BAKER & MCKENZIE LLP
830 Brickell Plaza, Suite 3100
Miami, FL 33131
Tel: 305-789-8900
Email: john.dodd@bakermckenzie.com

*Counsel to Arab Banking Corporation B.S.C.*

**CERTIFICATE OF SERVICE**

I certify that on October 1, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which automatically sends notification of such filing to all attorneys of record.

/s/Courtney E. Giles
Courtney E. Giles