IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FIRST BRANDS GROUP, LLC, *et al.*, | ) | Case No. 25-90399 (CML) |
| | ) | |
| | ) | |
| | ) | |
| Debtors.[1] | ) | |
| | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned cases (the "Chapter 11 Cases") on behalf of UMB Bank, N.A. ("UMB Bank"), solely in its capacities as administrative agent and collateral agent under that certain Credit Agreement dated as of December 2, 2024. Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), UMB Bank requests that all notices given or required to be given and all papers served in these Chapter 11 Cases be delivered to and served upon the persons identified below at the following addresses:

*[Remainder of Page Intentionally Left Blank]*

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

| | |
|---|---|
| **ALSTON & BIRD LLP** | **ALSTON & BIRD LLP** |
| Jared M. Slade | William Hao |
| 2200 Ross Avenue, Suite 2300 | Stephen M. Blank |
| Dallas, Texas 75201 | 90 Park Avenue |
| T: (214) 922-3424 | New York, New York 11016 |
| F: (214) 922-3844 | T: (212) 210-9400 |
| E: Jared.Slade@alston.com | F: (212) 210-9444 |
| | E: William.Hao@alston.com |
| | Stephen.Blank@alston.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to above, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise, in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, nor shall be deemed, to waive UMB Bank's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; or (v) other rights, claims, actions, defenses, setoffs or recoupments to which UMB Bank may or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

| | |
|---|---|
| Dated: October 1, 2025 | Respectfully Submitted,<br><br>ALSTON & BIRD LLP<br><br>*/s/ Jared Slade*<br>Jared Slade<br>Texas Bar No. 24060618<br>2200 Ross Avenue<br>Dallas, Texas 75201<br>T: (214) 922-3424<br>F: (214) 922-3844<br>E: Jared.Slade@alston.com<br><br>-and-<br><br>William Hao (*pro hac vice* pending)<br>Stephen M. Blank (*pro hac vice* pending)<br>90 Park Avenue<br>New York, New York 10016<br>T: (212) 210-9400<br>F: (212) 210-9444<br>E: William.Hao@alston.com<br>    Stephen.Blank@alston.com<br><br>*Attorneys for UMB Bank, N.A., solely in its capacities as administrative agent and collateral agent under that certain Credit Agreement dated as of December 2, 2024.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused to be served true and correct copies of the foregoing *Notice of Appearance and Request for Service of Papers* by filing such notice with the Court's CM/ECF system.

/s/ *Jared Slade*
Jared Slade
