**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | ) Case No. 25-90399 (CML) |
| | ) |
| Debtors. | ) (Joint Administration Pending) |
| | ) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Wilmington Savings Fund Society, FSB as DIP Agent ("WSFS"), by and through its counsel, ArentFox Schiff LLP, hereby appears in the above-captioned cases pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following address, telephone and facsimile numbers, and e-mail addresses:

**ARENTFOX SCHIFF LLP**
Jeffrey R. Gleit, Esq. (*pro hac vice* pending)
Matthew R. Bentley, Esq. (*pro hac vice* pending)
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Telephone:   (212) 484-3900
Email:        Jeffrey.Gleit@afslaw.com
              Matthew.Bentley@afslaw.com

-and-

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The location of Debtor First Brands Group, LLC's principal place of business is 127 Public Square, Suite 5300, Cleveland, Ohio 44114.

AFSDOCS:303836206.1

        Eric J. Fromme, Esq. (*pro hac vice* pending)
        555 South Flower Street, 43rd Floor
        Los Angeles, CA 90071
        Telephone:  (213) 629-7400
        Email:       Eric.Fromme@afslaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders and notice of any application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of WSFS: (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) or any other rights, claims, actions, setoffs, or recoupments to which WSFS is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments WSFS expressly reserves.

Dated: October 1, 2025
       New York, New York

By:   */s/ Jeffrey R. Gleit*
Jeffery R. Gleit, Esq. (*pro hac vice* pending)
Matthew R. Bentley, Esq. (*pro hac vice* pending)
ARENTFOX SCHIFF LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Tel:    (212) 484-3900
Email:  Jeffrey.Gleit@afslaw.com
          Matthew.Bentley@afslaw.com

-and-

Eric J. Fromme, Esq. (*pro hac vice* pending)
555 South Flower Street, 43rd Floor
Los Angeles, CA 90071
Tel:    (213) 629-7400
Email:  Eric.Fromme@afslaw.com

*Attorneys for Wilmington Savings Fund Society, FSB as DIP Agent*

AFSDOCS:303836206.1       3