| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | | Main Case Number | |
|---|---|---|---|
| | Debtor | In Re: | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | |
|---|---|

| Name of party applicant seeks to appear for: | |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No _____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: | Signed: *Brian R Trumbauer* |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____    _____
                                                              United States Bankruptcy Judge