| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 25-90399 (CML) |
|---|---|---|---|
| | Debtor | In Re: | First Brands Group, LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Robert J. Diehl, Jr.<br>Bodman PLC<br>Sixth Floor at Ford Field, 1901 St. Antoine Street<br>Detroit, MI 48226<br>(313) 259-7777<br>rdiehl@bodmanlaw.com |
|---|---|

| Name of party applicant seeks to appear for: | Mitsubishi HC Capital America, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:  10/1/2025 | Signed: *Robert J Diehl Jr* |
|---|---|

| The state bar reports that the applicant's status is: Active | |
|---|---|
| Dated: | Clerk's signature: |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____                    _____
                                                                        United States Bankruptcy Judge