Electronic Appearance Sheet

Laura Metzger, Orrick, Herrington & Sutcliffe
Client(s): Raistone

Mark Freedlander, McGuireWoods LLP
Client(s): Ford Motor Co.

Frank Guadagnino, McGuireWoods LLP
Client(s): Ford Motor Co.

Jonathan Sundheimer, Barnes & Thornburg LLP
Client(s): International Motors, LLC

Dan McGuire, Winston & Strawn LLP
Client(s): Bank of America

Douglas Deutsch, Clifford Chance US LLP
Client(s): ING Belgium S.A./N.V.

Sarah  Campbell, Clifford Chance US LLP
Client(s): ING Belgium S.A./N.V.

Sabeen Ahmed, The Interface Financial Group
Client(s): Creditor

Grace Yeh, The Interface Financial Group
Client(s): creditor

M. Natasha Labovitz, Debevoise & Plimpton LLP
Client(s): Mayfair Enterprises, LLC; Global Technologies Partners, LLC; Global Technologies S.a.r.L.; and
certain affiliated directors and officers

Erica  Weisgerber, Debevoise & Plimpton LLP
Client(s): Mayfair Enterprises, LLC; Global Technologies Partners, LLC; Global Technologies S.a.r.L.; and
certain affiliated directors and officers

Matthew  Sorensen, Debevoise & Plimpton LLP
Client(s): Mayfair Enterprises, LLC; Global Technologies Partners, LLC; Global Technologies S.a.r.L.; and
certain affiliated directors and officers

Sean Wilson, Jones Walker LLP
Client(s): Mayfair Enterprises, LLC; Global Technologies Partners, LLC; Global Technologies S.a.r.L.; and
certain affiliated directors and officers

Matthew Kleissler, Weil, Gotshal & Manges LLP
Client(s): Debtors

Matthew Barr, Weil, Gotshal & Manges LLP
Client(s): Debtors

Electronic Appearance Sheet

Sunny Singh, Weil, Gotshal & Manges LLP
Client(s): Debtors

Andriana Georgallas, Weil, Gotshal & Manges LLP
Client(s): Debtors

Kevin Bostel, Weil, Gotshal & Manges LLP
Client(s): Debtors

Jason George, Weil, Gotshal & Manges LLP
Client(s): Debtors

Angeline Leggiero, Weil, Gotshal & Manges LLP
Client(s): Debtors

Blaire Cahn, Baker & McKenzie LLP
Client(s): Bank ABC

Thomas Palisi, Weil, Gotshal & Manges LLP
Client(s): Debtors

Jarred Barlow, Weil, Gotshal & Manges LLP
Client(s): Debtors

John Dodd, Baker & McKenzie LLP
Client(s): Bank ABC

Nathaniel McCabe, Weil, Gotshal & Manges LLP
Client(s): Debtors

Robert Berezin, Weil, Gotshal & Manges LLP
Client(s): Debtors

Theodore Tsekerides, Weil, Gotshal & Manges LLP
Client(s): Debtors

Christine Calabrese, Weil, Gotshal & Manges LLP
Client(s): Debtors

Loren Findlay, Weil, Gotshal & Manges LLP
Client(s): Debtors

Nicholas Church, Pro Se, None, Pro Se
Client(s): Bank ABC

Rebecca Yu, Pro Se, None, Pro Se
Client(s): Bank ABC

Electronic Appearance Sheet

Tony Berbari, Pro Se, None, Pro Se
Client(s): Bank ABC

Michael Tucker, UB Greensfelder LLP
Client(s): Sirva Worldwide, Inc.

Benjamin Keck, Keck Legal, LLC
Client(s): AGL

William Hao, Alston & Bird
Client(s): Interested Party

Stephen Blank, Alston & Bird LLP
Client(s): Interested Party

Stephanie Hor-Chen, Blank Rome LLP
Client(s): Aequum Capital Financial II LLC

Ken Ottaviano, Blank Rome LLP
Client(s): Aequum Capital Financial II LLC

Nadeem Kunwar, Pro Se, None, Pro Se
Client(s): Bank ABC

Brian Laurain, Ford Motor Co.
Client(s): Customer

Steve Faraci, Ford Motor Co.
Client(s): Customer

Morgan Regenbogen, Ford Motor Co.
Client(s): Customer

David Rood, Ford Motor Co.
Client(s): Customer

Sean Haas, CFI Partners LLC
Client(s): Interested Party

Charlotte O'Toole, Citi
Client(s): Interested party

Claudia Tobler, Selendy Gay
Client(s): Interested party

Charlotte O'Toole, Citi
Client(s): Interested party

Electronic Appearance Sheet

Doron Yitzchaki, Dickinson Wright PLLC
Client(s): TI Group Automotive Systems, LLC

M. Kimberly Stagg, Dickinson Wright PLLC
Client(s): FCA US LLC

Charles Kelley, Mayer Brown LLP
Client(s): Katsumi Servicing, LLC

Sean Scott, Mayer Brown LLP
Client(s): Katsumi Servicing, LLC

Richard Stieglitz, Mayer Brown LLP
Client(s): Katsumi Servicing, LLC

Chad Dale, Proskauer Rose
Client(s): Evolution Credit Partners

Vincent Indelicato, Proskauer Rose
Client(s): Evolution Credit Partners

Matthew Corcoran, Jones Day
Client(s): Grammer Inc. and Grammer Americas LLC

Daniel Reynolds, Jones Day
Client(s): Grammer Inc. and Grammer Americas LLC

Justin Cousino, Represented by Jones Day
Client(s): Grammer Inc. and Grammer Americas LLC

Kenneth Kozack, Pro Se, None, Pro Se
Client(s): Interested Party

Kyle TumSuden, Mayer Brown LLP
Client(s): Katsumi Servicing, LLC

Emerson Schneeman, Lincoln International
Client(s): Potential UCC Advisor

K T, Pro Se, None, Pro Se
Client(s): none

Benjamin Butterfield, Morrison Foerster
Client(s): Onsite Financial, Inc.

Emanuel Grillo, Orrick, Herrington & Sutcliffe LLP

Electronic Appearance Sheet

Client(s): Raistone Capital, LLC; Raistone Purchasing LLC-Series XXXII, Raistone Purchasing LLC-Series XXVIII

Sedjwick  Joseph, Pro Se, None, Pro Se
Client(s): Bank ABC

Atif Baig, Pro Se, None, Pro Se
Client(s): Bank ABC

David Cole, Pro Se, None, Pro Se
Client(s): Bank ABC

Daniel Fiorillo, Otterbourg P.C.
Client(s): Monitoring pending finalizing representation of interested party

Michael  Rich, Otterbourg P.C.
Client(s): Monitoring pending finalizing representation of interested party

Benjamin Butterfield, Morrison Foerster
Client(s): Onset Financial, Inc.

Adam Rogoff, Herbert Smith Freehills Kramer
Client(s): Leucadia Asset Management LLC, LAM TFG, LAM TFG II, and LAM TFG I SPV

Bryan Kotliar, Morrison Foerster
Client(s): Onset Financial, Inc.

James Newton, Morrision Foerster
Client(s): Onset Financial, Inc.

Brian Michael, Morrison Foerster
Client(s): Onset Financial, Inc.

Anthony Fiotto, Morrison Foerster
Client(s): Onset Financial, Inc.

Julia Koch, Morrison Foerster
Client(s): Onset Financial, Inc.

Deborah Perry, Munsch Hardt Kopf & Harr
Client(s): Onset Financial, Inc.

Andrew Citron, Herbert, Smith, Freehills Kramer (US)
Client(s): Leucadia Asset Management LLC, LAM TFG, LAM TFG II, and LAM TFG I SPV

Andrew Pollack, Herbert Smith Freehills Kramer (US)
Client(s): Leucadia Asset Management LLC, LAM TFG, LAM TFG II, and LAM TFG I SPV

Electronic Appearance Sheet

Scott Balber, Herbert Smith Freehills Kramer (US)
Client(s): Leucadia Asset Management LLC, LAM TFG, LAM TFG II, and LAM TFG I SPV

Scott J.  Greenberg, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group of Lenders

AnnElyse Scarlett Gains, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group of Lenders

Stephen  Silverman, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group of Lenders

Jason Z.  Goldstein, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group of Lenders

Claudia Tobler, Selendy Gay
Client(s): Interested Party

Tom Howley, Howley Law PLLC
Client(s): Ad Hoc Group of Lenders

Christina Thompson, Connolly Gallagher LLP
Client(s): LKQ Corporation

Ronald Buck, Siemens Financial
Client(s): creditor

Michelle Shriro, Singer & Levick PC
Client(s): Link Logistics Real Estate LLC

Vincent Spencer, Siemens Financial Services, Inc
Client(s): Creditor

Philip Marrone, Siemens Financial Services, Inc.
Client(s): Creditor

John Higgins, Porter Hedges LLP
Client(s): Carnaby II and III Secured Parties

Eric Terry, Howley Law PLLC
Client(s): Local Counsel for Ad Hoc Group

Joe Kuzmicz, Pro Se, None, Pro Se
Client(s): American Metal and Plastics Inc.

Bethany Simmons, Loeb & Loeb LLP
Client(s): ARC CGMARSC001, LLC and ARC CGLGNIN001, LLC

Electronic Appearance Sheet

Joe Montana, Pro Se, None, Pro Se
Client(s): Viewer

Matt McAlpoine, Pro Se, None, Pro Se
Client(s): Raistone

martin seidler, Law offices of Martin Seidler
Client(s): Titanium American Logistics, Inc

Joel  Newell, Ballard Spahr, LLP
Client(s): STORE Master Funding XIV, LLC and STORE Capital Acquisitions, LLC

Patricia Burgess, Frost Brown Todd LLP
Client(s): Toyota Motor North America, Inc.

JaKayla DaBera, Kane Russell Coleman Logan PC
Client(s): Observer

John Steiner, Leech Tishman
Client(s): Washington Penn Plastics Co., Inc., Audia Elastomers and Uniform Color Company

Aaron Guerrero, Bonds Ellis Eppich Schafer Jones LLP
Client(s): Washington Penn Plastics Co. Inc., Audia Elastomers and Uniform Color Company

Glenn DeWeese, None
Client(s): Vendor

Joe Montana, Pro Se, None, Pro Se
Client(s): Viewer

Marvin Fentress, Pro Se, None, Pro Se
Client(s): Ivy Asset Group

Erica Weisgerber, Debevoise & Plimpton LLP
Client(s): Global Technologies Partners, LLC; Global Technologies S.a.r.L., Mayfair Enterprises, LLC, and certain directors and officers thereof

Susan Mathews, Baker Donelson
Client(s): Volvo Penta of the Americas, LLC

Casey Doherty, Dentons US LLP
Client(s): FactoFrance S.A.

Tristan Dresbach, Pro Se, None, Pro Se
Client(s): NA

Courtney  Giles, Baker McKenzie
Client(s): Arab Banking Corporation B.S.C.

Electronic Appearance Sheet

William Jentsch, Siemens Financial Services, Inc.
Client(s): None

Vincent Spencer, Siemens Finacial Services, Inc
Client(s): Creditor

Danielle Nyberg, Pro Se, None, Pro Se
Client(s): TForce Freight LTD. - Supplier of Service

Stephen Curran, HD Shipping Solutions
Client(s): Creditor

Matthew Kleissler, Weil, Gotshal & Manges LLP
Client(s): Debtors

Matthew Barr, Weil, Gotshal & Manges LLP
Client(s): Debtors

Sunny Singh, Weil, Gotshal & Manges LLP
Client(s): Debtors

Andriana Georgallas, Weil, Gotshal & Manges LLP
Client(s): Debtors

Kevin Bostel, Weil, Gotshal & Manges LLP
Client(s): Debtors

Jason George, Weil, Gotshal & Manges LLP
Client(s): Weil, Gotshal & Manges LLP

Jason George, Weil, Gotshal & Manges LLP
Client(s): Debtors

Angeline Leggiero, Weil, Gotshal & Manges LLP
Client(s): Debtors

Thomas Palisi, Weil, Gotshal & Manges LLP
Client(s): Debtors

Jarred Barlow, Weil, Gotshal & Manges LLP
Client(s): Debtors

Nathaniel McCabe, Weil, Gotshal & Manges LLP
Client(s): Debtors

Robert Berezin, Weil, Gotshal & Manges LLP
Client(s): Debtors

Electronic Appearance Sheet

Matthew Sorensen, Debevoise & Plimpton LLP
Client(s): Global Technologies Partners, LLC, Global Technologies S.a.r.L., Mayfair Enterprises, LLC, and certain directors and officers of those entities

Daniel McGuire, Winston & Strawn LLP
Client(s): Bank of America

Ha Nguyen, US TRUSTEE
Client(s): US TRUSTEE

M. Natasha Labovitz, Debevoise & Plimpton LLP
Client(s): Global Technologies Partners, LLC, Global Technologies S.a.r.L, Mayfair Enterprises, LLC

Gregory Gartland, Winston & Strawn LLP
Client(s): Bank of America

Theodore Tsekerides, Weil, Gotshal & Manges LLP
Client(s): Debtors

Christine Calabrese, Weil, Gotshal & Manges LLP
Client(s): Debtors

Eric Werwie, Merced Capital
Client(s): First Lien Lender

Philip Marrone, Siemens Financial Services, Inc.
Client(s): Creditor

Allan Brilliant, Dechert LLP
Client(s): Carnaby II and III Secured Parties

Scott Freundlich, SWIB
Client(s): Creditor

Erica Weisgerber, Debevoise & Plimpton LLP
Client(s): Global Technologies Partners, LLC; Global Technologies S.a.r.L., Mayfair Enterprises, LLC, and certain directors and officers thereof

Allan Brilliant, Dechert LLP
Client(s): CarVal funds as lenders to Carnaby Inventory II and III

William Dorward, Singer & Levick, PC
Client(s): Link Logistics