IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re: | Chapter 11 |
| | Case No. 25-90399-CML |
| First Brands Group, LLC, et al | |
| Debtors. | |

NOTICE OF ENTRY OF APPEARANCE
AND REQUEST FOR NOTICES AND SERVICE

**PLEASE TAKE NOTICE** that STORE Capital Acquisitions, LLC, STORE Master Funding IV, LLC, and STORE Master Funding XIV, LLC (collectively, the "Landlord" or "STORE"), a creditor in the above-referenced bankruptcy case, through counsel Craig Solomon Ganz, Esq., Joel F. Newell, Esq., and the law firm of Ballard Spahr LLP, appears herein and requests, pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served at the following address:

Craig Solomon Ganz, Esq.
Joel F. Newell, Esq.
BALLARD SPAHR LLP
1 E. Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595
Email: ganzc@ballardspahr.com
Email: newellj@ballardspahr.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the case, whether such notice is formal or

#4910-7927-7678 v1

informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

Landlord respectfully states that this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, consent to jurisdiction of the Bankruptcy Court over Landlord. Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of Landlord's substantive or procedural rights, including without limitation: (i) its right to have final orders entered only after *de novo* review by a District Court in non-core matters or where otherwise required by the U.S. Constitution; (ii) its right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, which Landlord expressly reserves.

Dated: October 1, 2025

Respectfully submitted,

By:  */s/ Joel F. Newell*
Craig Solomon Ganz
State Bar No. 24127203
Southern District of Texas No. 24127203
Joel F. Newell
State Bar No. 24137409
Southern District of Texas No. 3883569
BALLARD SPAHR LLP
1 E. Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Email: ganzc@ballardspahr.com
Email: newellj@ballardspahr.com
Telephone: 602.798.5400
Facsimile: 602.798.5595

*Attorneys for STORE Capital Acquisitions, LLC, STORE Master Funding IV, LLC, and STORE Master Funding XIV, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025 a true and correct copy of the foregoing *Notice of Entry of Appearance and Request for Notices and Service* was filed and served electronically via the Court's CM/ECF System upon those who are registered to receive electronic notice.

*/s/ Joel F. Newell*
Joel F. Newell