IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appear in the above-captioned chapter 11 proceeding as counsel on behalf of Volkswagen Group of America, Inc. and certain affiliates ("Volkswagen Group") and request that all notices given or required to be given in this proceeding, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone or otherwise, to be served upon:

**FROST BROWN TODD LLP**
Ronald E. Gold (Ohio Bar No. 0061351)
Erin P. Severini (Ohio Bar No. 0091487)
301 East Fourth Street
Cincinnati, Ohio 45202
Tel: (513) 651-6800
Fax: (513) 651-6981
E-mail: rgold@fbtlaw.com
eseverini@fbtlaw.com

-and-

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The location of Debtor First Brands Group, LLC's principal place of business is 127 Public Square, Suite 5300, Cleveland, Ohio 44114.

**FROST BROWN TODD LLP**
Rebecca L. Matthews (Texas Bar No. 24062776)
2101 Cedar Springs Rd.
Dallas, Texas 75201
Tel:  (214) 580.5852
Fax: (214) 545.3472
E-mail: rmatthews@fbtlaw.com

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over Volkswagen Group, specifically but not limited to (i) its right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) its right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Volkswagen Group is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Volkswagen Group expressly reserves.

*[Signature Page Follows]*

Date:   October 2, 2025                                       Respectfully submitted,

                                            **FROST BROWN TODD LLP**

By:   */s/ Ronald E. Gold*
      Ronald E. Gold (Ohio Bar No. 0061351)
      Erin P. Severini (Ohio Bar No. 0091487)
      301 East Fourth Street
      Cincinnati, Ohio 45202
      Tel: (513) 651-6800
      Fax: (513) 651-6981
      E-mail: rgold@fbtlaw.com
             eseverini@fbtlaw.com

-and-

Rebecca L. Matthews
(Texas Bar No. 24062776)
2101 Cedar Springs Rd.
Dallas, Texas 75201
Tel:  (214) 580.5852
Fax: (214) 545.3472
E-mail: rmatthews@fbtlaw.com

*Counsel for Volkswagen Group of America, Inc. and certain affiliates*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2025, a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* was sent via ECF Noticing to all parties receiving ECF Notices in this chapter 11 case.

>     */s/ Ronald E. Gold*
>     Ronald E. Gold

0105786.0791663  4923-8682-8345v3