IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> FIRST BRANDS GROUP, LLC, *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 25-90399 (CML) <br><br> (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that 673753 Ontario Limited DBA TRAFFIX ("TRAFFIX"), hereby appears by its counsel, Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch"). TRAFFIX hereby requests that the undersigned attorneys be added to the official mailing matrix and service list in these cases. TRAFFIX requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon TRAFFIX through service upon Benesch, at the addresses, emails, and/or facsimile numbers set forth below:

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

| | |
|---|---|
| Kevin M. Capuzzi, Esq.<br>**BENESCH FRIEDLANDER**<br>**COPLAN & ARONOFF LLP**<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801-6101<br>Telephone: (302) 442-7010<br>Email:  kcapuzzi@beneschlaw.com | Leah Lopez, Esq.<br>**BENESCH FRIEDLANDER**<br>**COPLAN & ARONOFF LLP**<br>1155 Avenue of the Americas, Floor 26<br>New York, NY 10036<br>Telephone: (646) 777-0054<br>Email:  llopez@beneschlaw.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive TRAFFIX's: (i) right to have a final order in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which TRAFFIX is or may be entitled to under agreements, in law, or equity all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

*[Remainder of page intentionally blank]*

Dated: October 2, 2025

Respectfully submitted,

/s/ Kevin M. Capuzzi
Kevin M. Capuzzi, Esq. (SDTX Fed. No. 3217926)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
1313 North Market Street, Suite 1201
Wilmington, DE 19801-6101
Telephone: (302) 442-7010
Email: jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com

-and-

Leah Lopez, Esq.
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
1155 Avenue of the Americas
Floor 26
New York, NY 10036
Telephone: (646) 777-0054
Email: llopez@beneschlaw.com

*Counsel to 673753 Ontario Limited DBA TRAFFIX*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2025, I caused the foregoing document to be served by electronic means via the Court's CM/ECF system to all parties registered to receive electronic notice in this case.

       */s/ Kevin M. Capuzzi*
       Kevin M. Capuzzi