UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 25-90399 (cml) |
| | § | |
| First Brands Group, LLC *et al.*,[1] | § | Chapter 11 |
| | § | |
| Debtors. | § | (Jointly Administered) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance on behalf of OmniSource, LLC ("**OmniSource**") pursuant to Section 1109(b) of Title 11 of the United States Code ("**Bankruptcy Code**") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**") and hereby submits this notice of appearance and requests notice of all hearings and conferences herein and makes demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, and 9007. All notices given or required to be given in this case shall be served upon:

Jarrod B. Martin
Texas Bar No. 24070221
Bradley Arant Boult Cummings LLP
600 Travis, Suite 5600
Houston, TX 77002
D: 713.576.0388
F: 713.576.0301
E: jbmartin@bradley.com

Please take further notice that the foregoing request includes notices and papers referred to in the Bankruptcy Rules and includes, without limitation, any plans of reorganization, notices

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**NOTICE OF APPEARANCE**   PAGE | 1

of hearings, orders, pleadings, motions, applications, complaints, demands, requests, petitions, disclosure statements, memoranda, briefs and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, or telecopier.

Dated: October 2, 2025

                                            Respectfully submitted,

                                            By: */s/ Jarrod B. Martin*
Jarrod B. Martin
Texas Bar No. 24070221
Bradley Arant Boult Cummings LLP
600 Travis, Suite 5600
Houston, TX 77002
D: 713.576.0388
F: 713.576.0301
E: jbmartin@bradley.com

***Counsel for OmniSource, LLC***

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 2, 2025, a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

                                            */s/ Jarrod B. Martin*
                                            Jarrod B. Martin