IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.* | § | CASE NO. 25-90399 (CML) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE AND SERVICE OF PLEADINGS**

**PLEASE TAKE NOTICE** that BPP Shiraz Park A LP ("**BPP Shiraz Park**"), by and through its counsel, Singer & Levick, P.C., files this, its *Notice of Appearance and Request for Notice and Service of Pleadings*.

Pursuant to Bankruptcy Rules 2002, 9007 and 9010, and Sections 102(1), 342, and 1109(b) of the BANKRUPTCY CODE, BPP Shiraz Park respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon its counsel at the address, telephone number and email address listed below.

Michelle E. Shriro, Esq.
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, Texas  75001
Phone: 972.380.5533
Fax: 972.380.5748
Email: mshriro@singerlevick.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109 (b) of the BANKRUPTCY CODE, the foregoing request includes not only the notices and papers referred to in

---

[1] A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' Claims and Noticing Agent at https://restructuring.ra.kroll.com/firstbrands -- the Debtors' service address for these Chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

the Rules specified above, but also includes, without limitation, Orders and notices of any Application, Motion, Petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Notice and Service of Pleadings* is without prejudice to: (1) BPP Shiraz Park's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the Debtor and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoff and recoupments are expressly reserved, and (2) any objection which may be made to the jurisdiction of the Court, and shall not be deemed or construed to submit BPP Shiraz Park to the jurisdiction of the Court.

**DATED:  October 3, 2025**

          Respectfully submitted,

          SINGER & LEVICK, P.C.

          By:    /s/ *Michelle E. Shriro*
                 Michelle E. Shriro
                 State Bar No. 18310900

          16200 Addison Road, Suite 140
          Addison, Texas  75001
          Phone:  972.380.5533
          Fax:  972.380.5748
          Email: mshriro@singerlevick.com

          ATTORNEYS FOR:
          BPP SHIRAZ PARK A LP

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, which includes the parties listed below, on this 3rd day of October, 2025.

| **DEBTORS:**<br>127 Public Square, Suite 5300<br>Cleveland, OH 44114<br>**VIA ECF Noticing through their attorney** | **COUNSEL FOR THE DEBTORS:**<br>Clifford W. Carlson<br>Gabriel A. Morgan<br>Weil, Gotshal & Manges LLP<br>700 Louisiana Street, Suite 3700<br>Houston, TX 77002<br>**VIA ECF Noticing**<br><br>Matthew S. Barr<br>Sunny Singh<br>Andriana Georgallas<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>**VIA ECF Noticing** |
|---|---|
|  | **US TRUSTEE:**<br>Jayson B. Ruff<br>Office of the US Trustee<br>515 Rusk Avenue, Suite 3516<br>Houston, TX 77002<br>**VIA ECF Noticing** |

                                            /s/ *Michelle E. Shriro*
                                            Michelle E. Shriro