IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*, | Case No. 25-90399 (CML) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the attorneys listed below enter their appearances (this "Notice of Appearance") as counsel to T.H.I. Group Ltd. ("THI").  Pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"), and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), THI requests that all notices given or required to be given in the chapter 11 cases (collectively, the "Chapter 11 Cases") of the above-captioned debtors (collectively, the "Debtors"), and all papers served or required to be served in the Chapter 11 Cases, be given and served upon:

*Appearances listed on next page*

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

DMS_US.373898634.1

| | |
|---|---|
| Kristen L. Perry | Patrick A. Jackson |
| Faegre Drinker Biddle & Reath LLP | Joseph N. Argentina, Jr. |
| 2323 Ross Avenue, Suite 1700 | Faegre Drinker Biddle & Reath LLP |
| Dallas, TX 75201 | 222 Delaware Avenue. Suite 1410 |
| Telephone: (469) 357-2500 | Wilmington, DE 19801 |
| Facsimile: (469) 327-0860 | Telephone: (302) 467-4200 |
| kristen.perry@faegredrinker.com | Facsimile: (302) 467-4201 |
| | patrick.jackson@faegredrinker.com |
| | joseph.argentina@faegredrinker.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request, or other pleading in the Chapter 11 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise filed with or delivered to the Bankruptcy Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the Debtors or their property or THI.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearances, pleadings, proofs of claims, claims, or suits filed in the Chapter 11 Cases shall be deemed or construed as consent by THI to the exercise by the Bankruptcy Court of the judicial power of the United States, or a waiver of any rights of THI to (i) have final orders in any noncore matters entered only after de novo review by a District Judge, (ii) trial by jury in the United States District Court in any proceeding so triable in the Chapter 11 Cases or any case, controversy, or proceeding related to the Chapter 11 Cases, (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, to which THI is or may be entitled, either in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs,

DMS_US.373898634.1

and recoupments are expressly reserved.

Dated:  October 3, 2025

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Kristen L. Perry*

| | |
|---|---|
| Kristen L. Perry | Patrick A. Jackson (*pro hac vice* pending) |
| State Bar No. 24090015 | Joseph N. Argentina, Jr. |
| 2323 Ross Avenue, Suite 1700 | (*pro hac vice* pending) |
| Dallas, TX 75201 | 222 Delaware Avenue, Suite 1410 |
| Tel: (469) 357-2500 | Wilmington, DE 19801 |
| Fax: (469) 327-0860 | Tel: (302) 467-4200 |
| kristen.perry@faegredrinker.com | Fax: (302) 467-4201 |
| | patrick.jackson@faegredrinker.com |
| | joseph.argentina@faegredrinker.com |

*Counsel to T.H.I. Group Ltd.*