UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-90399-cml |
| FIRST BRANDS GROUP, LLC, et al | § | (Consolidated) |
| | § | |
| DEBTOR | § | CHAPTER 11 |

## NOTICE OF APPEARANCE

**TO THE HONORABLE CHRISTOPHER M. LOPEZ, U.S. BANKRUPTCY JUDGE:**

Titanium American Logistics, Inc., a creditor and party at interest herein, respectfully files its Notice of Appearance and states that it will be represented by the following attorney:

MARTIN SEIDLER
Law Offices of Martin Seidler
11107 Wurzbach Road, Suite 504
San Antonio, Texas 78230
Tel: (210) 694-0300
Fax: (210) 690-9886

1.  Pursuant to Rule 2002 and 9007, of the Rules of Bankruptcy Procedure, Titanium American Logistics, Inc., by and through its attorney, hereby requests copies of notices of any actions taken, or Motions filed by any other Parties-in-Interest, including the Debtor, be sent to Titanium American Logistics, Inc., through its attorney at the address set forth above in addition to Titanium American Logistics, Inc. at 32 Simpson Road, Bolton, Ontario, Canada L7E 1G9.

2.  Further, this request includes the notices and papers referred to in the Rules specified above and also includes, without limitation, notices of any orders, required monthly operating reports, pleadings, plans, motions, applications, complaints, demands, hearings, requests for petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of other documents brought before this Court with respect to these proceedings, whether written or oral,

whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax or otherwise.

3. Counsel for Titanium American Logistics, Inc. herewith notifies the Debtor and all parties-in-interest that it intends to protect all rights to which it is entitled and requests that the Bankruptcy Clerk add the undersigned to the mailing matrix as well as Titanium American Logistics, Inc.

Dated: October 3, 2025.

Respectfully submitted,

LAW OFFICES OF MARTIN SEIDLER
11107 Wurzbach Road, Suite 504
San Antonio, Texas 78230
Tel:  (210) 694-0300
Fax:  (210) 690-9886

By: _____*/s/ Martin Seidler*_____
    MARTIN SEIDLER, #18000800
    ATTORNEY FOR CREDITOR,
    TITANIUM AMERICAN LOGISTICS, INC.

## CERTIFICATE OF SERVICE

I certify that on October 3, 2025, I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in these cases.

_____*/s/ Martin Seidler*_____
MARTIN SEIDLER