**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*, | ) ) ) | Case No. 25-90399 (CML) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned hereby appear in the above-captioned case on behalf of Advance Auto Parts, Inc. and, pursuant to rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, request that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following addresses:

| **MCGUIREWOODS LLP** | **MCGUIREWOODS LLP** |
|---|---|
| Demetra Liggins | Dion W. Hayes |
| Texas Tower | Connor W. Symons |
| 845 Texas Ave. | Gateway Plaza |
| 24th Floor | 800 East Canal Street |
| Houston, TX 77002 | Richmond, Virginia 23219 |
| Telephone: (713) 571-9191 | Telephone: (804) 775-1000 |
| Email: dliggins@mcguirewoods.com | Email: dhayes@mcguirewoods.com |
| | csymons@mcguirewoods.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing service request not only includes notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code, but also includes, without limitation, any and all schedules and statements, statements of financial affairs,

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.

operating reports, pleadings, motions, applications, complaints, demands, hearings, requests, disclosure statements, letter, objections, answering or reply papers, memoranda or briefs brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, telephone, telegraph, telex, or otherwise provided to the "<u>Bankruptcy clerk</u>," "<u>Clerk</u>," "'<u>Court</u>' or '<u>judge</u>'" as those terms are defined in Bankruptcy Rule 9001 in connection with this bankruptcy proceeding or property related thereto.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered by the United States District Court for the Southern District of Texas; (ii) the right to a jury trial in any proceeding related to this case or any case, controversy, or proceeding related to this case; (iii) the right to request the withdrawal of the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any potential objection to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this notice; (v) an election of remedy; or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, all of which are expressly reserved.

[Signature page follows]

**DATED:** October 6, 2025

Respectfully submitted,

**MCGUIREWOODS LLP**

By: */s/ Demetra Liggins*

Demetra Liggins
State Bar No. 24026844
Texas Tower
845 Texas Ave
24th Floor
Houston, TX  77002
Telephone: (713) 571-9191
Facsimile: (713) 571-9652
Email: dliggins@mcguirewoods.com

-and-

Dion W. Hayes (*pro hac vice*)
Connor W. Symons (*pro hac vice*)
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Email: dhayes@mcguirewoods.com
          csymons@mcguirewoods.com

**COUNSEL FOR ADVANCE AUTO PARTS, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 6th day of October 2025, a true and correct copy of the foregoing Notice of Appearance was served via the Court's electronic case filing system (CM/ECF) to all parties registered to receive such notice in the above-captioned case.

*/s/ Demetra Liggins*
Demetra Liggins