UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 25-90399 |
|---|---|---|---|
| Debtor | | In Re: | First Brands Group, LLC et al. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Mai Lan G. Rodgers<br>Pension Benefit Guaranty Corporation (U.S. Government Agency)<br>Office of the General Counsel<br>445 12th Street, S.W.<br>Washington, D.C. 20024<br>Telephone: (202) 229-3946<br>Email: rodgers.mailan@pbgc.gov and efile@pbgc.gov<br>VA 91024 |

| Name of party applicant seeks to appear for: | Pension Benefit Guaranty Corporation |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 10/6/2025 | Signed: | /s/ Mai Lan G. Rodgers |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature: |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____    _____
                                                                       United States Bankruptcy Judge