IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*, | § § § | Case No. 25-90399 (CML) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § | |

## NOTICE OF FILING FINAL SENIOR SECURED SUPERPRIORITY DEBTOR-IN-POSSESSION CREDIT AGREEMENT IN CONNECTION WITH DEBTOR-IN-POSSESSION FINANCING

**PLEASE TAKE NOTICE THAT**, on September 30, 2025, First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**" and together with the Debtors' non-debtor affiliates), filed the *Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* (Docket No. 49) (the "**Motion**"), with a proposed order granting the relief requested in the Motion attached thereto as Exhibit A (the "**Proposed Order**").

**PLEASE TAKE FURTHER NOTICE THAT**, on September 30, 2025, the Debtors filed an exhibit to the Proposed Order, a substantially final form of that certain *Senior Secured Superpriority Debtor-in-Possession Credit Agreement*, attached thereto as Exhibit A (the "**Initial DIP Credit Agreement**").

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**PLEASE TAKE FURTHER NOTICE THAT**, on October 1, 2025, the Court entered the *Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* (Docket No. 217) (the "**Interim Order**"), granting the relief requested in the Motion on an interim basis, as set forth therein.

**PLEASE TAKE FURTHER NOTICE THAT**, on October 2, 2025, the Debtors entered into that certain *Senior Secured Superpriority Debtor-in-Possession Credit Agreement*, attached hereto as **Exhibit A** (the "**Final DIP Credit Agreement**").

Dated: October 6, 2025
      Houston, Texas

          Respectfully submitted,

          */s/ Clifford W. Carlson*
          WEIL, GOTSHAL & MANGES LLP
          Gabriel A. Morgan (24125891)
          Clifford W. Carlson (24090024)
          700 Louisiana Street, Suite 3700
          Houston, Texas 77002
          Telephone: (713) 546-5000
          Facsimile: (713) 224-9511
          Email:   gabriel.morgan@weil.com
                      clifford.carlson@weil.com

          -and-

          WEIL, GOTSHAL & MANGES LLP
          Matthew S. Barr (admitted *pro hac vice*)
          Sunny Singh (admitted *pro hac vice*)
          Andriana Georgallas (admitted *pro hac vice*)
          Kevin Bostel (admitted *pro hac vice*)
          Jason H. George (admitted *pro hac vice*)
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007
          Email:   matt.barr@weil.com
                      sunny.singh@weil.com
                      andriana.georgallas@weil.com
                      kevin.bostel@weil.com
                      jason.george@weil.com

          *Proposed Attorneys for Debtors*
          *and Debtors in Possession*

## Certificate of Service

      I hereby certify that on October 6, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                               */s/ Clifford W. Carlson*
                                                              Clifford W. Carlson