IN THE UNITED STATES BANKRUPCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.,* | § | Case No. 25-90399 (CML) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that Robert P. Franke, Audrey L. Hornisher and Tara L. Bush of the firm of CLARK HILL PLC represent CSI Leasing, Inc. ("**CSI Leasing**") in the above-styled and numbered case. The undersigned attorneys and law firm hereby enter their appearance pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure on behalf of CSI Leasing and request copies of all notices and pleadings pursuant to Bankruptcy Rule 2002(a), (b), and (f). All such notices should be addressed to the following:

Robert P. Franke
Audrey L. Hornisher
Tara L. Bush
**CLARK HILL PLC**
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 651-4300
(214) 651-4330 (facsimile)
bfranke@clarkhill.com
ahornisher@clarkhill.com
tbush@clarkhill.com

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Page 1 of 2

K2921\1011438\284010154

application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, including, electronic mail, hand delivery, telephone, telegraph, telex or telecopier or otherwise, filed with regard to the above case and proceedings therein. CSI Leasing additionally requests that the Debtors and the Clerk of the Court place the foregoing names and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered cause.

DATED: October 7, 2025

Respectfully submitted,

*/s/ Audrey L. Hornisher*
Robert P. Franke (TX Bar No. 07371200)
Audrey L. Hornisher (TX Bar No. 24094369)
Tara L. Bush (TX Bar No. 24122050)
**CLARK HILL PLC**
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 651-4300
(214) 651-4330 (facsimile)
ahornisher@clarkhill.com
tbush@clarkhill.com

*Attorneys for CSI Leasing, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this *Notice of Appearance and Request for Service of Papers* was served via CM/ECF to all parties entitled to such notice on October 7, 2025.

*/s/ Audrey L. Hornisher*
Audrey L. Hornisher