# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | § | Case No. 25-90399 (CML) |
| | § | |
| Debtors. | § | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
## AS COUNSEL FOR MITSUBISHI HC CAPITAL AMERICA, INC.

Robert J. Diehl, Jr. of BODMAN PLC, 6th Floor at Ford Field, 1901 St. Antoine Street, Detroit, Michigan 48226 enters his appearance as counsel for Mitsubishi HC Capital America, Inc., under Federal Rule of Bankruptcy Procedure 9010, and requests that he be added to the matrix and that copies of all notices given or requested to be given in this case and all papers served in this case be given and served as follows:

>Robert J. Diehl, Jr.
>Bodman PLC
>6th Floor at Ford Field
>1901 St. Antoine Street
>Detroit, Michigan 48226
>Facsimile: (313) 393-7579
>Email: rdiehl@bodmanlaw.com

The foregoing request includes not only notices and papers identified in Bankruptcy Rule 2002, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, any plan, complaint or demand whether formal or informal, whether

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these Chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

written or oral, and whether transmitted or conveyed by hand delivery, mail, telephone, telex or otherwise.

Please add the undersigned to any limited notice matrix and any email service list.

Dated: October 8, 2025

**BODMAN PLC**

By:   /s/ Robert J. Diehl, Jr.
      Robert J. Diehl, Jr.
Michigan Bar No. P31264
Admitted *Pro Hac Vice*
Attorneys for Mitsubishi HC Capital America, Inc.
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 393-7597
rdiehl@bodmanlaw.com

-3-

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 8, 2025, a copy of this Notice of Appearance and Request for Notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

/s/ Robert J. Diehl, Jr.
Robert J. Diehl, Jr.

4923-9288-1009_1