# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| **FIRST BRANDS GROUP, LLC, et al.** | ) |
| | ) Case No. 25-90399 (CML) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Dickinson Wright PLLC hereby enters its appearance on behalf of FCA US LLC, pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), and hereby requests that all notices given or required in these cases, and all documents, and all other papers served in these cases, be given to and served upon:

**DICKINSON WRIGHT PLLC**

John R. Nelson
TX State Bar No. 00797144
Payne Keinarth
TX State Bar No. 24101412
607 W. Third Street, Suite 2500
Austin, Texas 78701
Telephone: 512-770-4200
Facsimile: (844) 670-6009
Email: jnelson@dickinsonwright.com
pkeinarth@dickinsonwright.com

and

James A. Plemmons, Esq. (pending *pro hac vice*)
500 Woodward Avenue, Suite 4000
Detroit, MI 48226

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114

Telephone: (313) 223-3106
Facsimile: (844) 670-6009
Email: jplemmons@dickinsonwright.com

and

M. Kimberly Stagg, Esq. (pending *pro hac vice*)
424 Church Street, Suite 800
Nashville, TN 37219
Telephone: (615) 244-6538
Facsimile: (844) 670-6009
Email: kstagg@dickinsonwright.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a district judge, (2) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to this case, (3) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which FCA US LLC, is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  October 8, 2025

**DICKINSON WRIGHT PLLC**
John R. Nelson
TX State Bar No. 00797144
Payne Keinarth
TX State Bar No. 24101412
607 West Third Street, Suite 2500
Austin, Texas 78701
Telephone: 512-770-4214
Facsimile: (844) 670-6009
Email: jnelson@dickinsonwright.com
　　　 pkeinarth@dickinsonwright.com

and

James A. Plemmons, Esq. (pending *pro hac vice*)
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
Telephone: (313) 223-3106
Facsimile: (844) 670-6009
Email: jplemmons@dickinsonwright.com

and

M. Kimberly Stagg, Esq. (pending *pro hac vice*)
424 Church Street, Suite 800
Nashville, TN 37219
Telephone: (615) 244-6538
Facsimile: (844) 670-6009
Email: kstagg@dickinsonwright.com

*Counsel to FCA US LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2025 before 5:00 p.m. C.T., I served a true and correct copy of this document on all registered filers for the case.

_____
John R. Nelson