UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 25-90399 (CML) |
|---|---|---|---|
| Debtor | First Brands Group, LLC et al. | In Re: | First Brands Group, LLC et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | James A. Plemmons<br>Dickinson Wright PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226<br>313-223-3500, jplemmons@dickinsonwright.com<br>MI P42892 / TN 28404-2010 |
|---|---|

| Name of party applicant seeks to appear for: | FCA US LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __X X__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | Signed: |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

**Order**          **This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                             United States Bankruptcy Judge