IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| FIRST BRANDS GROUP, LLC | § § § § | CASE NO. 25-90399 |
| Debtor(s) | § | CHAPTER 11 |

NOTICE OF APPEARANCES AND REQUESTS FOR SERVICE OF
NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned, hereby enter appearances on behalf of **UNITED STEEL, PAPER & FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL & SERVICE WORKERS INTERNATIONAL UNION (USW)**, creditor, in the above-referenced proceedings. Pursuant to 11 U.S.C. § Section 102(1), 342 and 1109(c) and Bankruptcy Rules 2002, 9007, 9008, 9010(b), 9013 and 9014 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby requests all notices given or required to be given in this case and all papers served or required to be served in this case be given and served upon the parties below, at the following address and/or by email to:

Patrick M. Flynn
Patrick M. Flynn, P.C.
1225 North Loop West, Suite 1000
Houston, TX 77008-1775
713-861-6163
713-961-5566 (fax)
pat@pmfpc.com

David R. Jury
General Counsel
USW International Union, AFL-CIO, CLC
60 Boulevard of the Allies, Room 807
Pittsburgh, PA 15222
412-562-2545
412-562-2574 (fax)
djury@usw.org

Melissa Woods
Cohen, Weiss and Simon LLP
900 Third Ave, 21st Floor
New York NY 10022
212-356-0213
646-473-8213 (fax)
mwoods@cwsny.com

Richard Seltzer
Cohen, Weiss and Simon LLP
900 Third Ave, 21st Floor
New York NY 10022
212-356-0213
646-473-8213 (fax)
Rseltzer@cwsny.com

1

Sam Hall
Cohen Weiss and Simon LLP
900 Third Ave, 21st Floor
New York NY 10022
212-356-0213
646-473-8213 (fax)
shall@cwsny.com

OF COUNSEL:
David R. Jury
General Counsel
USW International Union, AFL-CIO, CLC
60 Boulevard of the Allies, Room 807
Pittsburgh, PA 15222
412-562-2545
412-562-2574 (fax)
djury@usw.org

Melissa Woods
Cohen, Weiss and Simon LLP
900 Third Ave, 21st Floor
New York NY 10022
212-356-0213
646-473-8213 (fax)
mwoods@cwsny.com

Richard Seltzer
Cohen, Weiss and Simon LLP
900 Third Ave, 21st Floor
New York NY 10022
212-356-0213
646-473-8213 (fax)
rseltzer@cwsny.com

Sam Hall
Cohen Weiss and Simon LLP
900 Third Ave, 21st Floor
New York NY 10022
212-356-0213
646-473-8213 (fax)
shall@cwsny.com

Respectfully Submitted,

/s/Patrick M. Flynn
 Patrick M. Flynn
 Texas Bar No. 07199200
 Federal Bar No. 3687
 Patrick M. Flynn, P.C.
 1225 North Loop West, Suite 1000
 Houston, TX 77008-1775
 713-861-6163
 713-961-5566 fax
 pat@pmfpc.com
 ATTORNEY IN CHARGE FOR USW

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day October 2025, I electronically filed the foregoing document, with the clerk of court of the U.S. Bankruptcy Court, Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record, who has consented in writing to accept this Notice as service of this document by electronic means.

/s/ Patrick M. Flynn