# EXHIBIT 3

| | |
|---|---|
| From: | Singh, Sunny <sunny.singh@weil.com> |
| Sent: | Thursday, October 2, 2025 12:54 PM |
| To: | Grillo, Emanuel |
| Cc: | Barr, Matt; Palisi, Thomas; Bostel, Kevin; Carlson, Clifford; Georgallas, Andriana; Teltschik, Megan; George, Jason; Project Overdrive Rx Associates; Jacobsen, Richard; Herz, Jacob; Metzger, Laura; Roytenberg, Ari; Poli, Nicholas; Sabatino, Nicholas |
| Subject: | Re: Overdrive - Cash Management Order |

[EXTERNAL]

# 1 — We don't know

# 2 - $0

**Sunny Singh**

Weil, Gotshal & Manges LLP
212-310-8525 Direct
516-606-7843 Mobile

> On Oct 2, 2025, at 11:35 AM, Grillo, Emanuel <egrillo@orrick.com> wrote:
>
> Weil Team:
>
> Thank you for your help yesterday in respect of the orders and our client's comments. We would like to set up a call with you today to ask two questions which our clients need for informational purposes:
>
> First, do we know whether FBG actually received $1.9 billion (no matter what happened to it)? Second, would you tell us how much is in the segregated accounts in respect of the factored receivables as of today?
>
> Manny
>
> **Emanuel C Grillo**
> Partner
> **Orrick**
> **O: 212-506-3774**
> **C: 646-574-1726**
> **egrillo@orrick.com**
>
> ---
>
> **From:** Palisi, Thomas <Thomas.Palisi@weil.com>
> **Sent:** Wednesday, October 1, 2025 1:47 AM
> **To:** Jacobsen, Richard <rjacobsen@orrick.com>; Metzger, Laura <lmetzger@orrick.com>; Grillo, Emanuel <egrillo@orrick.com>; Poli, Nicholas <npoli@orrick.com>; Roytenberg, Ari <aroytenberg@orrick.com>; Herz, Jacob <jherz@orrick.com>; Sabatino, Nicholas <nsabatino@orrick.com>

1