IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*, | § § § | Case No. 25-90399 (CML) |
| Debtors.[1] | § § § | (Jointly Administered) |

## MASTER SERVICE LIST AS OF OCTOBER 7, 2025

Pursuant to the *Order Granting Complex Case Treatment* **(Docket No. 11)**, attached hereto as **Exhibit A** is the consolidated Master Service List, as of October 7, 2025, for First Brands Group, LLC and its debtor affiliates (collectively, the "**Debtors**"). A copy of the Master Service List can be accessed on the website established by the Debtors' court-approved claims, noticing, and solicitation agent, Kroll Restructuring Administration, LLC, at https://restructuring.ra.kroll.com/firstbrands.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**Exhibit A**

In re: **First Brands Group, LLC,** *et al.*
Master Service List
Case No. 25-90399 (CML)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 30 Unsecured Creditors | 1977 O'Connor | Attn: Juan Segundo, Sales Director | 360 Madison Ave | 22nd Floor | New York | NY | 10017 | | | | JSEGUNDO@RAISTONE.COM |
| Counsel to UMB Bank, N.A., solely in its capacities as administrative agent and collateral agent under that certain Credit Agreement dated as of December 2, 2024 | Alston & Bird LLP | Attn: Jared M. Slade | 2200 Ross Avenue | Suite 2300 | Dallas | TX | 75201 | | 214-922-3424 | 214-922-3844 | Jared.Slade@alston.com |
| Counsel to UMB Bank, N.A., solely in its capacities as administrative agent and collateral agent under that certain Credit Agreement dated as of December 2, 2024 | Alston & Bird LLP | Attn: William Hao, Stephen M. Blank | 90 Park Avenue | | New York | NY | 11016 | | 212-210-9400 | 212-210-9444 | William.Hao@alston.com Stephen.Blank@alston.com |
| Top 30 Unsecured Creditors | American Global Logistics | Attn: Chad Rosenberg, CEO | 1400 Hembree Rd | Ste 120 | Roswell | GA | 30076 | | | | CROSENBERG@AMERICANGLOBALLOGISTICS.COM |
| American Samoa Attorney General | American Samoa Attorney General | Attn: Gwen Tauiliili-Langkilde | American Samoa Gov'T, Exec. Ofc. Bldg Utulei | Territory Of American Samoa | Pago Pago | AS | 96799 | | 684 633-4163 | | |
| Counsel to Wilmington Savings Fund Society, FSB as DIP Agent | ArentFox Schiff LLP | Attn: Eric J. Fromme | 555 South Flower Street | 43rd Floor | Los Angeles | CA | 90071 | | 213-629-7400 | | Eric.Fromme@afslaw.com |
| Counsel to Wilmington Savings Fund Society, FSB as DIP Agent | ArentFox Schiff LLP | Attn: Jeffrey R. Gleit, Matthew R. Bentley | 1301 Avenue of the Americas | 42nd Floor | New York | NY | 10019 | | 212-484-3900 | | Jeffrey.Gleit@afslaw.com Matthew.Bentley@afslaw.com |
| Counsel to Arab Banking Corporation B.S.C. | Baker & Mckenzie LLP | Attn: Blaire A. Cahn | 452 Fifth Avenue | | New York | NY | 10018 | | 212-626-4100 | | blaire.cahn@bakermckenzie.com |
| Counsel to Arab Banking Corporation B.S.C. | Baker & Mckenzie LLP | Attn: Courtney E. Giles | Bank of America Tower | 800 Capitol Street, Suite 2100 | Houston | TX | 77002 | | 713-427-5000 | | courtney.giles@bakermckenzie.com |
| Counsel to Arab Banking Corporation B.S.C. | Baker & Mckenzie LLP | Attn: John R. Dodd | 830 Brickell Plaza | Suite 3100 | Miami | FL | 33131 | | 305-789-8900 | | john.dodd@bakermckenzie.com |
| Counsel to Volvo Penta of the Americas, LLC | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Susan C. Mathews | 1301 McKinney Street | Suite 3700 | Houston | TX | 77010 | | 713-286-7165, 713-650-9700 | 713-650-9701 | smathews@bakerdonelson.com |
| Counsel to Genuine Parts Company; Motion Industries Inc.; Motion Industries (Canada) Inc.; Motion Industries (Mexico) Inc.; GPC Asia Pacific Pty Ltd.; GPC Asia Pacific Limited; UAP, (Canada) Inc.; and Alliance Automotive Group (EU) | Barack Ferrazzano Kirschbaum & Nagelberg LLP | Attn: Nathan Q. Rugg, Alexander F. Berk | 200 W. Madison Street | Suite 3900 | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | nathan.rugg@bfkn.com alexander.berk@bfkn.com |

**In re: First Brands Group, LLC, *et al.***
Master Service List
Case No. 25-90399 (CML)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Aequm Capital Financial II LLC | Blank Rome LLP | Attn: Jennifer K. Malow | 1201 N. Market Street | Suite 800 | Wilmington | DE | 19801 | | 302-425-6400 | 302-425-6464 | Jennifer.Malow@blankrome.com |
| Counsel to Aequm Capital Financial II LLC | Blank Rome LLP | Attn: Kenneth J. Ottaviano, Stephanie K. Hor-Chen | 444 West Lake Street | Suite 1650 | Chicago | IL | 60606 | | 312-776-2600 | 312-776-2601 | Ken.Ottaviano@blankrome.com Stephanie.Horchen@blankrome.com |
| Counsel to Washington Penn Plastics Co., Inc., and Uniform Color Company | Bounds Ellis Eppich Schafer Jones LLP | Attn: Aaron Guerrero, Bryan Prentice | 402 Heights Blvd. | | Houston | TX | 77007 | | 713-335-4838 | 817-405-6902 | aaron.guerrero@bondsellis.com bryan.prentice@bondsellis.com |
| Top 30 Unsecured Creditors | Cardone Holdco LP | Attn: Rachel Arnett, VP | Brookfield Place New York | 250 Vesey Street, 15th Floor | New York | NY | 10281 | | | | RACHEL.ARNETT@BROOKFIELD.COM |
| Counsel to ING Belgium S.A./N.V. | Clifford Chance US LLP | Attn: Douglas E. Deutsch, Sarah N. Campbell | Two Manhattan West | 375 9th Avenue | New York | NY | 10001-1696 | | 212-878-8378 | 212-878-3427 | douglas.deutsch@cliffordchance.com sarah.campbell@cliffordchance.com |
| Commonwealth of Puerto Rico | Commonwealth of Puerto Rico | Attn Bankruptcy Dept | Apartado 9020192 | | San Juan | PR | 00902-0192 | | 787-721-2900 | 787-729-2059 | |
| Counsel to Mayfair Enterprises, LLC, Global Technologies Partners, LLC, Global Technologies S.a.r.L, and certain affiliated directors and officers | Debevoise & Plimpton LLP | Attn: M. Natasha Labovitz, Erica S. Weisgerber, Matthew J. Sorensen, Christopher R. Ceresa | 66 Hudson Boulevard | | New York | NY | 10001 | | 212-909-6000 | 212-909-6836 | nlabovitz@debevoise.com eweisgerber@debevoise.com mjsorensen@debevoise.com crceresa@debevoise.com |
| Counsel to the Carnaby II and III Secured Parties | Dechert LLP | Attn: Allan S. Brilliant, Stephen M. Wolpert | 1095 Avenue of the Americas | | New York | NY | 10036 | | 212-698-3500 | | allan.brilliant@dechert.com stephen.wolpert@dechert.com |
| Top 30 Unsecured Creditors | DSSI LLC | Attn: Suja Katarya, CEO | 9300 Shelbyville Rd | Suite 910 | Louisville | KY | 40222 | | | | SUJA.KATARYA@PROCUREMENTADVISORS.COM |
| Top 30 Unsecured Creditors | Evolution Credit Partners | Attn: Krum Dukin, Managing Director | 28 State Street 28th Floor | | Boston | MA | 02109 | | | | KDUKIN@EVOLUTIONCREDITPARTNERS.COM |
| Top 30 Unsecured Creditors | Fasanara | Attn: John Pfisterer, Global Head of Revenue Strategy | 285 Madison Ave | Suite 1402 | New York | NY | 10017 | | | | JPFISTERER@LIQUIDX.COM |
| Top 30 Unsecured Creditors | Fedex Trade Networks | Attn: Patrick Moebel, President | 3650 Hacks Cross Rd | | Memphis | TN | 38103 | | | | PATRICK.MOEBEL@FEDEX.COM |
| Debtor | First Brands Group, LLC | Attn: President or General Counsel | 127 Public Square | Suite 5300 | Cleveland | OH | 44114 | | | | |
| Top 30 Unsecured Creditors | Future Electronics Corp. | Attn: Geoff Annesi, Corporate VP | 237 Hymus Boulevard | | Pointe Claire | QC | H9R 5C7 | Canada | | | GEOFFREY.ANNESI@FUTUREELECTRONICS.COM |
| Counsel to Ad Hoc Group of Lenders | Gibson, Dunn & Crutcher LLP | Attn: AnnElyse Scarlett Gains | 1050 Connecticut Avenue, N.W. | | Washington | DC | 20036-5306 | | 202-955-8500 | | agains@gibsondunn.com |
| Counsel to Ad Hoc Group of Lenders | Gibson, Dunn & Crutcher LLP | Attn: Scott Greenberg, AnnElyse Gains, Stephen Silverman, Jason Z. Goldstein | 200 Park Avenue | | New York | NY | 10166-0193 | | 212-351-4000 | | sgreenberg@gibsondunn.com agains@gibsondunn.com SSilverman@gibsondunn.com JGoldstein@gibsondunn.com |

In re: First Brands Group, LLC, *et al.*
Master Service List
Case No. 25-90399 (CML)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Ad Hoc Group | Glenn Agre Bergman & Fuentes LLP | Attn: Andrew K. Glenn | 1185 Avenue of the Americas | 22nd Floor | New York | NY | 10036 | | 212-970-1601 | | aglenn@glennagre.com |
| Counsel to Evolution Credit Partners | Gray Reed | Attn: Jason S. Brookner | 1300 Post Oak Blvd, Suite 2000 | | Houston | TX | 77056 | | 713-986-7000 | 713-986-7100 | jbrookner@grayreed.com |
| Guam Attorney General | Guam Attorney General | Attn: Douglas B Moylan | Bank Of Hawaii Bldg, 134 W. Soledad Ave | 4th Floor, Suite 412 | Hagatna | GU | 96910 | | | | dbmoylan@oagguam.org |
| Counsel to Leucadia Asset Management LLC, LAM TFG, LAM TFG II, and LAM TFG I SPV | Herbert Smith Freehills Kramer (US) LLP | Attn: Scott S. Balber, Adam C. Rogoff, Michael P. Jones, Andrew J. Citron | 1177 Avenue of the Americas | | New York | NY | 10036 | | 212-715-9100 | | Scott.Balber@hsfkramer.com<br>Adam.Rogoff@hsfkramer.com<br>Michael.Jones@hsfkramer.com<br>Andrew.Citron@hsfkramer.com |
| Top 30 Unsecured Creditors | HFS | Attn: Juan Segundo, Sales Director | 360 Madison Ave | 22nd Floor | New York | NY | 10017 | | | | JSEGUNDO@RAISTONE.COM |
| Counsel to Ad Hoc Group of Lenders | Howley Law PLLC | Attn: Tom A. Howley, Eric Terry | TC Energy Center | 700 Louisiana St., Suite 4220 | Houston | TX | 77002 | | 713-333-9125 | | tom@howley-law.com<br>eric@howley-law.com |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | 1111 Constitution Ave NW | | Washington | DC | 20224 | | 800-973-0424 | 855-235-6787 | |
| Top 30 Unsecured Creditors | Internal Revenue Service | Attn: Centralized Insolvency Operation | 1111 Pennsylvania Ave NW | | Washington | DC | 20004-2541 | | | 855-235-6787 | |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| Top 30 Unsecured Creditors | Ivy | Attn: Juan Segundo, Sales Director | 360 Madison Ave | 22nd Floor | New York | NY | 10017 | | | | JSEGUNDO@RAISTONE.COM |
| Counsel for Grammer Inc. and Grammer Americas LLC | Jones Day | Attn: Matthew C. Corcoran | 325 John H. McConnell Boulevard | Suite 600 | Columbus | OH | 43215 | | 614-469-3939 | 614-461-4198 | mccorcoran@jonesday.com |
| Counsel to Mayfair Enterprises, LLC, Global Technologies Partners, LLC, Global Technologies S.a.r.L, and certain affiliated directors and officers | Jones Walker LLP | Attn: Sean T. Wilson | 811 Main Street, Suite 2900 | | Houston | TX | 77002 | | 713-437-1800 | 713-437-1810 | swilson@joneswalker.com |
| Top 30 Unsecured Creditors | Katsumi Global, LLC | Attn: Tim King, CEO | 6177 Lake Waldon Dr. | | Clarkston | MI | 48346 | | | | TKING@JAMITSUICAPITAL.COM |
| Counsel to Washington Penn Plastics Co., Inc., and Uniform Color Company | Leech Tishman Fuscaldo & Lampl LLC | Attn: John M. Steiner, David W. Lampl | 525 William Penn Place | 28th Floor | Pittsburgh | PA | 15219 | | 412-261-1600 | | jsteiner@leechtishman.com<br>dlampl@leechtishman.com |
| Top 30 Unsecured Creditors | Leucadia Asset Management - Trade Finance Group Jefferies | Attn: John Nesci, Senior VP | 520 Madison Avenue | | New York | NY | 10022 | | | | JNESCI@JEFFERIES.COM |
| Counsel to Tarrant County | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | 3500 Maple Avenue | Suite 800 | Dallas | TX | 75219 | | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@lgbs.com |

In re: First Brands Group, LLC, *et al.*
Master Service List
Case No. 25-90399 (CML)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to ARC CGMARSC001, LLC and ARC CGLGNIN001, LLC | Loeb & Loeb LLP | Attn: Bethany D. Simmons | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | bsimmons@loeb.com |
| Counsel to Katsumi Servicing, LLC | Mayer Brown LLP | Attn: Charles S. Kelly | 700 Louisiana St | Suite 3400 | Houston | TX | 77002 | | 713-238-2634 | | ckelley@mayerbrown.com |
| Counsel to Katsumi Servicing, LLC | Mayer Brown LLP | Attn: Richard A. Stieglitz, Dabin Chung, Lauren C. Blanchard | 1221 Avenue of the Americas | | New York | NY | 10020 | | 212-506-2500 | | rstieglitz@mayerbrown.com dchung@mayerbrown.com lblanchard@mayerbrown.com |
| Counsel to Katsumi Servicing, LLC | Mayer Brown LLP | Attn: Sean T. Scott, Kyle J. TumSuden | 71 South Wacker Drive | | Chicago | IL | 60606 | | 312-782-0600 | | stscott@mayerbrown.com ktumsuden@mayerbrown.com |
| Top 30 Unsecured Creditors | Napier | Attn: John Pfisterer, Global Head of Revenue Strategy | 285 Madison Ave | Suite 1402 | New York | NY | 10017 | | | | JPFISTERER@LIQUIDX.COM |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry | 1850 M St., NW 12th Floor | | Washington | DC | 20036 | | 202-326-6025 | 202-331-1427 | kcordry@naag.org |
| Top 30 Unsecured Creditors | Nomura | Attn: Juan Segundo, Sales Director | 360 Madison Ave | 22nd Floor | New York | NY | 10017 | | | | JSEGUNDO@RAISTONE.COM |
| Northern Mariana Islands Attorney General | Northern Mariana Islands Attorney General | Attn: Edward E. Manibusan | Caller Box 10007 | | Saipan | MP | 96950 | | 670-237-7500 | 670-664-2349 | |
| United States Trustee Southern District of Texas | Office of the United States Trustee | Attn: Jayson B. Ruff | 515 Rusk Street, Suite 3516 | | Houston | TX | 77002 | | 713-718-4650 | 713-718-4670 | jayson.b.ruff@usdoj.gov |
| Top 30 Unsecured Creditors | Orbian Management Limited | Attn: Delvina Kolic, Director | 34-37 Liverpool Street | 2nd Floor | London | | EC2M 7PP | United Kingdom | | | DELVINA.KOLIC@ORBIAN.COM |
| Counsel to creditors Raistone Capital LLC, Raistone Purchasing LLC -Series XXXII, and Raistone Purchasing LLCC-Series XXVIII | Orrick, Herrington & Sutcliffe LLP | Attn: Nicholas Sabatino | 400 Capitol Mall | Suite 3000 | Sacramento | CA | 95814-4497 | | 916-329-7962 | 916-329-4900 | |
| Counsel to creditors Raistone Capital LLC, Raistone Purchasing LLC -Series XXXII, and Raistone Purchasing LLCC-Series XXVIII | Orrick, Herrington & Sutcliffe LLP | Attn: Richard Jacobsen, Laura Metzger, Emanuel C. Grillo, Nicholas Poli, Ari Roytenberg, Jacob R. Herz | 51 West 52nd Street | | New York | NY | 10019-6142 | | 212-506-5000 | 212-506-5151 | rjacobsen@orrick.com lmetzger@orrick.com egrillo@orrick.com npoli@orrick.com jherz@orrick.com |
| Top 30 Unsecured Creditors | Pemberton Capital Advisors LLP | Attn: Joe Boscia, Executive Director | 5 Howick Place | | London | | SW1P 1WG | United Kingdom | | | JOE.BOSCIA@PEMBERTONAM.COM |
| Counsel to the Carnaby II and III Secured Parties | Porter Hedges LLP | Attn: John F. Higgins, Megan Young-John, James A. Keefe | 1000 Main Street | 36th Floor | Houston | TX | 77002 | | 713-226-6000 | 713-226-6248 | jhiggins@porterhedges.com myoung-john@porterhedges.com jkeefe@porterhedges.com |

In re: First Brands Group, LLC, *et al.*
Master Service List
Case No. 25-90399 (CML)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Evolution Credit Partners | Proskaur Rose LLP | Attn: Charles A. Dale | One International Place | | Boston | MA | 02110-2600 | | 617-526-9600 | | cdale@proskauer.com |
| Counsel to Evolution Credit Partners | Proskaur Rose LLP | Attn: Vincent Indelicato, Matthew R. Koch | Eleven Times Square | | New York | NY | 10036-8299 | | 212-969-3000 | 212-969-2900 | vindelicato@proskauer.com mkoch@proskauer.com |
| Puerto Rico Attorney General | Puerto Rico Attorney General | Attn: Bankruptcy Department | Torre Chardón, Suite 1201 | 350 Carlos Chardón Street | San Juan | PR | 00918 | | 787 766-5656 | 787 771-4043 | |
| Top 30 Unsecured Creditors | Raistone | Attn: Juan Segundo, Sales Director | 360 Madison Ave | 22nd Floor | New York | NY | 10017 | | | | JSEGUNDO@RAISTONE.COM |
| Top 30 Unsecured Creditors | Randall Metals Corporation | Attn: Larry Leffingwell, Chairman | 10275 W Higgins Road | Suite 410 | Rosemont | IL | 60018 | | | | LLEFFINGWELL@RANDALLMETALS.COM |
| Top 30 Unsecured Creditors | Rebuilders Auto Supply | Attn: Jesse Whiteside, CEO | 1650 Flat River Road | | Coventry | RI | 02816 | | | | JWHITESIDE@CORESUPPLY.COM |
| Top 30 Unsecured Creditors | Resortes Y Productos Metalicos | Attn: Cory Harrison, Operations Manager | 21200 Telegrpaph Rd | | Southfield | MI | 48033 | | | | CORY.HARRISON@PSPRING.COM |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | 100 F ST NE | | Washington | DC | 20549 | | 202-942-8088 | | secbankruptcy@sec.gov nyrobankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Fort Worth Office | Attn: David Woodcock Regional Director | Burnett Plaza | 801 Cherry St., Ste. 1900 Unit 18 | Fort Worth | TX | 76102 | | 817-978-3821 | | |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Antonia Apps, Regional Director | 100 Pearl St. | Suite 20-100 | New York | NY | 10004-2616 | | 212-336-1100 | | bankruptcynoticeschr@sec.gov |
| Top 30 Unsecured Creditors | Shin Yuh Cherng Industrial Co., Ltd | Attn: Mandy | No.13, Gongye 5th Road | Annan Dist. | Tainan City | | 70955 | Taiwan | | | MANDY@SYCIND.COM |
| Top 30 Unsecured Creditors | Smurfit Kappa | Attn: Laurent Sellier, CEO | 900 S Pine Island Road | Suite 600 | Plantation | FL | 33324 | | | | LAURENT.SELLIER@SMURFITKAPPA.COM |
| Top 30 Unsecured Creditors | Southstate Bank, N.A. | Attn: John Seeds, Senior VP | 1101 1st St. S | | Winter Haven | FL | 33880 | | | | JOHN.SEEDS@SOUTHSTATEBANK.COM |
| Attorney General of the Virgin Islands | St Croix Attorney General | Attn: Bankruptcy Department | 213 Estate La Reine | Kingshill | St Croix | VI | 00850 | | 340 773-0295 | | info@usvidoj.com |
| Attorney General of the Virgin Islands | St Thomas Attorney General | Attn: Bankruptcy Department | 3438 Krondprindsens Gade | Gers Building, 2Nd Floor | St Thomas | VI | 00802 | | 340 774-5666 | | info@usvidoj.com |
| State of Alabama Attorney General | State of Alabama Attorney General | Attn Bankruptcy Dept | P.O. Box 300152 | | Montgomery | AL | 36130-0152 | | 334-242-7300 | 334-242-2433 | |
| State of Alaska Attorney General | State of Alaska Attorney General | Attn Bankruptcy Dept | P.O. Box 110300 | | Juneau | AK | 99811-0300 | | 907-465-2133 | 907-465-2075 | attorney.general@alaska.gov |

In re: First Brands Group, LLC, *et al.*
Master Service List
Case No. 25-90399 (CML)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| State of Arizona Attorney General | State of Arizona Attorney General | Attn Bankruptcy Dept | 2005 N Central Ave | | Phoenix | AZ | 85004-2926 | | 602 542-5025 | 602 542-4085 | aginfo@azag.gov |
| State of Arkansas Attorney General | State of Arkansas Attorney General | Attn Bankruptcy Dept | 323 Center St. | Suite 200 | Little Rock | AR | 72201-2610 | | 501-682-2007; 800-482-8982 | 501-682-8084 | |
| State of California Attorney General | State of California Attorney General | Attn Bankruptcy Dept | P.O. Box 944255 | | Sacramento | CA | 94244-2550 | | 916-445-9555 | 916-323-5341 | bankruptcy@coag.gov |
| State of Colorado Attorney General | State of Colorado Attorney General | Attn Bankruptcy Dept | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 | | 720-508-6000 | 720-508-6030 | |
| State of Connecticut Attorney General | State of Connecticut Attorney General | Attn Bankruptcy Dept | 165 Capitol Avenue | | Hartford | CT | 06106 | | 860-808-5318 | 860-808-5387 | attorney.general@ct.gov Denise.mondell@ct.gov |
| State of Delaware Attorney General | State of Delaware Attorney General | Attn Bankruptcy Dept | Carvel State Office Bldg. | 820 N. French St. | Wilmington | DE | 19801 | | 302-577-8338 | 302-577-6630 | Attorney.General@state.DE.US |
| State of Florida Attorney General | State of Florida Attorney General | Attn Bankruptcy Dept | The Capitol, PL 01 | | Tallahassee | FL | 32399-1050 | | 850-414-3300 | 850-488-4872 | |
| State of Georgia Attorney General | State of Georgia Attorney General | Attn Bankruptcy Dept | 40 Capital Square, SW | | Atlanta | GA | 30334-1300 | | 404-656-3300 | 404-657-8733 | |
| State of Hawaii Attorney General | State of Hawaii Attorney General | Attn Bankruptcy Dept | 425 Queen St. | | Honolulu | HI | 96813 | | 808-586-1500 | 808-586-1239 | hawaiiag@hawaii.gov |
| State of Idaho Attorney General | State of Idaho Attorney General | Attn Bankruptcy Dept | 700 W. Jefferson Street | P.O. Box 83720 | Boise | ID | 83720-1000 | | 208-334-2400 | 208-854-8071 | |
| State of Illinois Attorney General | State of Illinois Attorney General | Attn Bankruptcy Dept | 100 West Randolph Street | | Chicago | IL | 60601 | | 312-814-3000 | | webmaster@atg.state.il.us |
| State of Indiana Attorney General | State of Indiana Attorney General | Attn Bankruptcy Dept | Indiana Government Center South | 302 W. Washington St., 5th Floor | Indianapolis | IN | 46204 | | 317-232-6201 | 317-232-7979 | info@atg.in.gov |
| State of Iowa Attorney General | State of Iowa Attorney General | Attn Bankruptcy Dept | 1305 E. Walnut Street | | Des Moines | IA | 50319 | | 515-281-5164 | 515-281-4209 | webteam@ag.iowa.gov |
| State of Kansas Attorney General | State of Kansas Attorney General | Attn Bankruptcy Dept | 120 SW 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 | | 785-296-2215; 888-428-8436 | 785 296-6296 | |
| State of Kentucky Attorney General | State of Kentucky Attorney General | Attn Bankruptcy Dept | 700 Capitol Avenue, Suite 118 | | Frankfort | KY | 40601 | | 502 696-5300 | 502-564-2894 | |
| State of Louisiana Attorney General | State of Louisiana Attorney General | Attn Bankruptcy Dept | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 | | 225-326-6000 | 225-326-6499 | ConsumerInfo@ag.state.la.us |
| State of Maine Attorney General | State of Maine Attorney General | Attn Bankruptcy Dept | 6 State House Station | | Augusta | ME | 04333-0000 | | 207-626-8800 | | |
| State of Maryland Attorney General | State of Maryland Attorney General | Attn Bankruptcy Dept | 200 St. Paul Place | | Baltimore | MD | 21202-2202 | | 410-576-6300 | | oag@oag.state.md.us |

In re: First Brands Group, LLC, *et al.*
Master Service List
Case No. 25-90399 (CML)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| State of Massachusetts Attorney General | State of Massachusetts Attorney General | Attn Bankruptcy Dept | One Ashburton Place | | Boston | MA | 02108-1698 | | 617-727-2200 | | |
| State of Michigan Attorney General | State of Michigan Attorney General | Attn Bankruptcy Dept | G. Mennen Williams Building, 7th Floor | 525 W. Ottawa St. P.O. Box 30212 | Lansing | MI | 48909-0212 | | 517-373-1110 | 517 373-3042 | miag@michigan.gov |
| State of Minnesota Attorney General | State of Minnesota Attorney General | Attn Bankruptcy Dept | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 | | 651-296-3353; 800-657-3787 | | |
| State of Mississippi Attorney General | State of Mississippi Attorney General | Attn Bankruptcy Dept | Walter Sillers Building | 550 High Street, Suite 1200 P.O. Box 220 | Jackson | MS | 39201 | | 601-359-3680 | | |
| State of Missouri Attorney General | State of Missouri Attorney General | Attn Bankruptcy Dept | Supreme Court Building | 207 W. High St. | Jefferson City | MO | 65102 | | 573-751-3321 | 573-751-0774 | attorney.general@ago.mo.gov |
| State of Montana Attorney General | State of Montana Attorney General | Attn Bankruptcy Dept | 215 N Sanders, Third Floor | PO Box 201401 | Helena | MT | 59620-1401 | | 406-444-2026 | 406 444-3549 | contactdoj@mt.gov |
| State of Nebraska Attorney General | State of Nebraska Attorney General | Attn Bankruptcy Dept | 2115 State Capitol | 2nd Fl, Rm 2115 | Lincoln | NE | 68509-8920 | | 402 471-2683 | 402 471-3297 | ago.info.help@nebraska.gov |
| State of Nevada Attorney General | State of Nevada Attorney General | Attn Bankruptcy Dept | 100 North Carson Street | | Carson City | NV | 89701 | | 775 684-1100 | 775 684-1108 | AgInfo@ag.nv.gov |
| State of New Hampshire Attorney General | State of New Hampshire Attorney General | Attn Bankruptcy Dept | 33 Capitol St. | | Concord | NH | 03301-0000 | | 603 271-3658 | 603-271-2110 | attorneygeneral@doj.nh.gov |
| State of New Jersey Attorney General | State of New Jersey Attorney General | Attn Bankruptcy Dept | RJ Hughes Justice Complex | 25 Market Street P.O. Box 080 | Trenton | NJ | 08625-0080 | | 609-292-4925 | 609-292-3508 | askconsumeraffairs@lps.state.nj.us |
| State of New Mexico Attorney General | State of New Mexico Attorney General | Attn Bankruptcy Dept | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 | | 505 827-6000 | 505 827-5826 | |
| State of New York Attorney General | State of New York Attorney General | Attn Bankruptcy Dept | The Capitol | | Albany | NY | 12224-0341 | | 518 776-2000 | 866-413-1069 | |
| State of North Carolina Attorney General | State of North Carolina Attorney General | Attn Bankruptcy Dept | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 | | 919 716-6400 | 919 716-6750 | |
| State of North Dakota Attorney General | State of North Dakota Attorney General | Attn Bankruptcy Dept | State Capitol | 600 E Boulevard Ave Dept 125 | Bismarck | ND | 58505-0040 | | 701-328-2210 | 701-328-2226 | ndag@nd.gov |
| State of Ohio Attorney General | State of Ohio Attorney General | Attn Bankruptcy Dept | 30 E. Broad St., 14th Floor | | Columbus | OH | 43215 | | 800-282-0515 | | |
| State of Oklahoma Attorney General | State of Oklahoma Attorney General | Attn Bankruptcy Dept | 313 NE 21st Street | | Oklahoma City | OK | 73105 | | 405-521-3921 | 405 521-6246 | |
| State of Oregon Attorney General | State of Oregon Attorney General | Attn Bankruptcy Dept | 1162 Court Street NE | | Salem | OR | 97301 | | 503 378-4400 | 503 378-4017 | consumer.hotline@doj.state.or.us |
| State of Pennsylvania Attorney General | State of Pennsylvania Attorney General | Attn Bankruptcy Dept | Strawberry Square | 16th Floor | Harrisburg | PA | 17120 | | 717-787-3391 | 717-787-8242 | |

In re: First Brands Group, LLC, *et al.*
Master Service List
Case No. 25-90399 (CML)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| State of Rhode Island Attorney General | State of Rhode Island Attorney General | Attn Bankruptcy Dept | 150 South Main Street | | Providence | RI | 02903-0000 | | 401-274-4400 | | |
| State of South Carolina Attorney General | State of South Carolina Attorney General | Attn Bankruptcy Dept | P.O. Box 11549 | | Columbia | SC | 29211-1549 | | 803-734-3970 | | |
| State of South Dakota Attorney General | State of South Dakota Attorney General | Attn Bankruptcy Dept | 1302 East Highway 14 | Suite 1 | Pierre | SD | 57501-8501 | | 605-773-3215 | 605-773-4106 | consumerhelp@state.sd.us |
| State of Tennessee Attorney General | State of Tennessee Attorney General | Attn Bankruptcy Dept | P.O. Box 20207 | | Nashville | TN | 37202-0207 | | 615 741-3491 | 615 741-3334 | |
| State of Texas Attorney General | State of Texas Attorney General | Attn Bankruptcy Dept | Capitol Station | PO Box 12548 | Austin | TX | 78711-2548 | | 512-475-4868 | 512-475-2994 | public.information@oag.state.tx.us |
| State of Utah Attorney General | State of Utah Attorney General | Attn Bankruptcy Dept | PO Box 142320 | | Salt Lake City | UT | 84114-2320 | | 801 538-9600 | 801 538-1121 | uag@utah.gov |
| State of Vermont Attorney General | State of Vermont Attorney General | Attn Bankruptcy Dept | 109 State St. | | Montpelier | VT | 05609-1001 | | 802 828-3171 | 802-304-1014 | |
| State of Virginia Attorney General | State of Virginia Attorney General | Attn Bankruptcy Dept | General Financial Recovery Section | Post Office Box 610 | Richmond | VA | 23218-0610 | | 804-786-2071 | 804-225-4378 | |
| State of Washington Attorney General | State of Washington Attorney General | Attn Bankruptcy Dept | 1125 Washington St. SE | P.O. Box 40100 | Olympia | WA | 98504-0100 | | 360-753-6200 | | |
| State of West Virginia Attorney General | State of West Virginia Attorney General | Attn Bankruptcy Dept | State Capitol Bldg 1 Room E 26 | | Charleston | WV | 25305 | | 304 558-2021 | 304-558-0140 | consumer@wvago.gov |
| State of Wisconsin Attorney General | State of Wisconsin Attorney General | Attn Bankruptcy Dept | Wisconsin Department of Justice | State Capitol, Room 114 East P. O. Box 7857 | Madison | WI | 53707-7857 | | 608 266-1221 | 608-267-2223 | |
| State of Wyoming Attorney General | State of Wyoming Attorney General | Attn Bankruptcy Dept | 123 Capitol Building | 200 W. 24th Street | Cheyenne | WY | 82002 | | 307-777-7841 | 307 777-6869 | |
| Top 30 Unsecured Creditors | The Cit Group | Attn: Michael Helms | 201 S Tryon St. | Suite 600 | Charlotte | NC | 28202 | | | | MICHAEL.HELMS@FIRSTCITIZENS.COM |
| Top 30 Unsecured Creditors | THI Group Shanghai | Attn: Ricky He, Senior Manager | 10F, Kaikai Plaza, No 888 | Wanhangdu Road, Jinan District | Shanghai | | 200042 | China | | | RICKYHE@T3EX-THI.COM |
| Top 30 Unsecured Creditors | Trade Finance Company | Attn: Juan Segundo, Sales Director | 360 Madison Ave | 22nd Floor | New York | NY | 10017 | | | | JSEGUNDO@RAISTONE.COM |
| U.S. Attorney for the Southern District of Texas | United States Attorney for the Southern District of Texas | Attn: Civil Process Clerk | 1000 Louisiana St., Ste. 2300 | | Houston | TX | 77002 | | 361-888-3111 | 713-718-3300 | usatxs.atty@usdoj.gov |
| United States of America Attorney General | United States of America Attorney General | Attn Bankruptcy Dept | US Dept of Justice | 950 Pennsylvania Ave NW | Washington | DC | 20530-0001 | | | | |
| Top 30 Unsecured Creditors | Veritiv Operating | Attn: Sal Abbate, President | 1000 Abernathy Rd. NE Bldg. 400 | Ste. 1700 | Atlanta | GA | 30328 | | | | SAL.ABBATE@VERITIVCORP.COM |

**In re: First Brands Group, LLC, *et al.***
Master Service List
Case No. 25-90399 (CML)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 30 Unsecured Creditors | Wafra (WSS) | Attn: Juan Segundo, Sales Director | 360 Madison Ave | 22nd Floor | New York | NY | 10017 | | | | JSEGUNDO@RAISTONE.COM |
| Washington DC Attorney General | Washington DC Attorney General | Attn Bankruptcy Dept | 441 4th Street, NW | | Washington | DC | 20001 | | 202 727-3400 | 202 347-8922 | oag@dc.gov |
| Counsel to the Debtor and Debtor in Possession | Weil, Gotshal & Manges LLP | Attn: Gabriel A. Morgan, Clifford W. Carlson | 700 Louisiana Street, Suite 3700 | | Houston | TX | 77002 | | 713-546-5000 | 713-224-9511 | gabriel.morgan@weil.com clifford.carlson@weil.com |
| Counsel to the Debtor and Debtor in Possession | Weil, Gotshal & Manges LLP | Attn: Matthew S. Barr, Sunny Singh, Andriana Georgallas, Kevin Bostel, Jason H. George | 767 Fifth Avenue | | New York | NY | 10153 | | 212-310-8000 | 212-310-8007 | matt.barr@weil.com sunny.singh@weil.com andriana.georgallas@weil.com jason.george@weil.com |
| Counsel to Bank of America, N.A. as ABL Agent | Winston & Strawn LLP | Attn: Daniel J. McGuire, Gregory M. Gartland, Amila Golic | 35 West Wacker Dr. | | Chicago | IL | 60601-9703 | | 312-558-5600 | 312-558-5600 | dmcguire@winston.com ggartland@winston.com agolic@winston.com |
| Counsel to Bank of America, N.A. as ABL Agent | Winston & Strawn LLP | Attn: Madison K. Haueisen | 800 Capitol St. | Suite 2400 | Houston | TX | 77002-2925 | | 713-651-2600 | 713-651-2700 | mhaueisen@winston.com |
| Top 30 Unsecured Creditors | Yusin Brake Corporation | Attn: Paul Stewart, VP | 5F, No. 381 | Wufeng N. Rd, East Dist. | Chiayi City | | 600 | Taiwan | | | PAUL@BOURNEUSA.COM |