**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| In Re: First Brands Group, LLC<br>Debtor | Case No.: 25−90399<br><br>Chapter: 11 |

## NOTICE OF FILING OF OFFICIAL TRANSCRIPT

An official transcript has been filed in this case and it may contain information protected under the E-Government Act of 2002, and Fed. R. Bank. P. 9037.

Transcripts will be electronically available on PACER to the public 90 days after their filing with the court. To comply with privacy requirements of Fed. R. Bank. P. 9037, the parties must ensure that certain protected information is redacted from transcripts prior to their availability on PACER.

If redaction is necessary, the parties must file a statement of redaction listing the items to be redacted, citing the transcript's docket number, the item's location by page and line, and including only the following portions of the protected information. This statement must be filed within 21 days of the transcript being filed. A suggested form for the statement of redaction is available at https://www.txs.uscourts.gov/.

- the last four digits of the social security number or taxpayer identification number;
- the year of the individual's birth;
- the minor's initials;
- the last four digits of the financial account number; and
- the city and state of the home address.

Any additional redaction requires a separate motion and Court approval.

A party may review the transcript at the Clerk's Office public terminals or purchase it by following the instruction on our website at https://www.txs.uscourts.gov/ or by calling (713) 250−5500 . A party is only responsible for reviewing the:

- opening and closing statements made on the party's behalf;
- statements of the party;
- testimony of any witness called by the party; and
- any other portion of the transcript as ordered by the court.

Redaction is your responsibility. The Clerk, court reporter, or transcriber will not review this transcript for compliance.

Nathan Ochsner
Clerk of Court

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 25-90399-cml |
| First Brands Group, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 11 |
| Date Rcvd: Oct 06, 2025 | Form ID: ntctran | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | First Brands Group, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| intp | + | Ad Hoc Group of Lenders, 700 Louisiana Street, Suite 4220, Houston, TX 77002, UNITED STATES 77002-2881 |
| cr | + | Arab Banking Corporation B.S.C., c/o Blaire A. Cahn, Baker & McKenzie LLP, 452 Fifth Avenue, New York, NY 10018-2706 |
| op | + | Kroll Restructuring Administrat Kroll Restructurin, 1 World Trade Center, 31st Floor, New York, NY 10007, UNITED STATES 10007-0090 |
| cr | + | Mitsubishi HC Capital America, Inc., c/o Brian R. Trumbauer, Bodman PLC, 6th Floor at Ford Field, 1901 St. Antoine Street Detroit, MI 48226-2336 |
| cr | + | STORE Capital Acquisitions, LLC, 1 East Washington Street, Suite 2300, Phoenix, AZ 85004, UNITED STATES 85004-2555 |
| cr | + | STORE Master Funding IV, LLC, c/o Ballard Spahr LLP, 1 East Washington Street, Suite 2300, Phoenix, AZ 85004 UNITED STATES 85004-2555 |
| cr | + | STORE Master Funding XIV, LLC, c/o Ballard Spahr LLP, 1 East Washington Street, Suite 2300, Phoenix, AZ 85004 UNITED STATES 85004-2555 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: edinburgbankruptcy@pbfcm.com | Oct 06 2025 20:09:00 | Brownsville Independent School District, c/o Hiram A. Gutierrez, P.O. Box 2916, McAllen, Tx 78502-2916 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 06 2025 20:16:34 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Oct 06 2025 20:10:00 | Tarrant County, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219, UNITED STATES 75219-3959 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | 673753 Ontario Limited DBA TRAFFIX |
| cr | | ARC CGLGNIN001, LLC |
| cr | | ARC CGMARSC001, LLC |
| intp | | Aequum Capital Financial II LLC |
| cr | | Alliance Automotive Group (EU) |
| cr | | BPP Shiraz Park A LP |
| op | | Bank of America, N.A. |
| intp | | Carnaby II and III Secured Parties |
| cr | | Evolution Credit Partners |
| cr | | GPC Asia Pacific Limited |
| cr | | GPC Asia Pacific Pty Ltd. |
| cr | | Genuine Parts Company |
| cr | | Grammer Inc. and Grammer Americas LLC |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 11 |
| Date Rcvd: Oct 06, 2025 | Form ID: ntctran | Total Noticed: 11 |

| | |
|---|---|
| cr | ING Belgium S.A./N.V. |
| cr | Katsumi Servicing, LLC |
| intp | LAM TFG |
| intp | LAM TFG I SPV |
| intp | LAM TFG II |
| intp | Leucadia Asset Management LLC |
| cr | Martin Titanium American Logistics, Inc., Martin Seidler, 32 Simpson Road, Bolton, Ontario, Canada, L7E 1G9, CANADA |
| cr | Mayfair Enterprises, LLC |
| cr | Motion Industries (Canada) Inc. |
| cr | Motion Industries (Mexico) Inc. |
| cr | Motion Industries, Inc. |
| cr | OmniSource, LLC |
| cr | Onset Financial, Inc. |
| cr | Raistone Capital LLC |
| cr | Raistone Purchasing LLC -Series XXXII |
| cr | Raistone Purchasing LLC-Series XXVIII |
| cr | T.H.I. Group Ltd. |
| cr | UAP (Canada) Inc. |
| cr | UMB Bank, N.A. |
| cr | Volkswagen Group of America, Inc. and certain affi |
| cr | Volvo Penta of the Americas, LLC |
| cr | Washington Penn Plastics Co. Inc. |
| cr | Wilmington Savings Fund Society, FSB |
| cr | XL Parts, LLC |

TOTAL: 37 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Oct 08, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Matthew Guerrero | on behalf of Creditor Washington Penn Plastics Co. Inc. aaron.guerrero@bondsellis.com  margeaux.gorman@bondsellis.com |
| Adam C Rogoff | on behalf of Interested Party Leucadia Asset Management LLC arogoff@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com |
| Adam C Rogoff | on behalf of Interested Party LAM TFG II arogoff@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com |
| Adam C Rogoff | on behalf of Interested Party LAM TFG I SPV arogoff@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com |
| Adam C Rogoff | on behalf of Interested Party LAM TFG arogoff@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com |
| Alexander F Berk | on behalf of Creditor UAP (Canada) Inc. alexander.berk@bfkn.com  courtnotification@mayerbrown.com |

| | |
|---|---|
| Alexander F Berk | on behalf of Creditor Alliance Automotive Group (EU) alexander.berk@bfkn.com courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor Motion Industries Inc. alexander.berk@bfkn.com, courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor Genuine Parts Company alexander.berk@bfkn.com courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor Motion Industries (Canada) Inc. alexander.berk@bfkn.com courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor Motion Industries (Mexico) Inc. alexander.berk@bfkn.com courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor GPC Asia Pacific Limited alexander.berk@bfkn.com courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor GPC Asia Pacific Pty Ltd. alexander.berk@bfkn.com courtnotification@mayerbrown.com |
| Ariel Roytenberg | on behalf of Creditor Raistone Capital LLC aroytenberg@orrick.com |
| Ariel Roytenberg | on behalf of Creditor Raistone Purchasing LLC-Series XXVIII aroytenberg@orrick.com |
| Ariel Roytenberg | on behalf of Creditor Raistone Purchasing LLC -Series XXXII aroytenberg@orrick.com |
| Bethany Simmons | on behalf of Creditor ARC CGLGNIN001 LLC bsimmons@loeb.com |
| Bethany Simmons | on behalf of Creditor ARC CGMARSC001 LLC bsimmons@loeb.com |
| Blaire Cahn | on behalf of Creditor Arab Banking Corporation B.S.C. blaire.cahn@bakermckenzie.com |
| Brian Trumbauer | on behalf of Creditor Mitsubishi HC Capital America Inc. btrumbauer@bodmanlaw.com |
| Charles Stephen Kelley | on behalf of Creditor Katsumi Servicing LLC ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com;6843309420@filings.docketbird.com |
| Clifford William Carlson | on behalf of Debtor Autolite Operations LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Fuel Filter Technologies Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Hopkins Acquisition Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor International Brake Industries Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Viceroy Private Capital LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Brake Parts Inc India LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Trico Holding Corporation clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Broad Street Financial LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor TAE China Holdings Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | |

Case 25-90399   Document 309   Filed in TXSB on 10/08/25   Page 5 of 12

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 4 of 11 |
| Date Rcvd: Oct 06, 2025 | Form ID: ntctran | Total Noticed: 11 |

Clifford William Carlson
    on behalf of Debtor BPI Acquisition Company  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Carter Fuel Systems  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Horizon Global Corporation clifford.carlson@weil.com
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor United Components  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Dalton Corporation  Stryker Machining Facility Co. clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Specialty Pumps Group  Inc clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Airtex Products  LP clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Carnaby Capital  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor FRAM Group IP LLC clifford.carlson@weil.com
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor APC Parent  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Tridonex USA LLC clifford.carlson@weil.com
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Horizon Euro Finance LLC clifford.carlson@weil.com
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor FRAMAuto Holdings  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Trico Products Corporation clifford.carlson@weil.com
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Carrand Companies  Inc. clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Heatherton Holdings  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor UCI International Holdings Parent Inc. clifford.carlson@weil.com
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor UCI Acquisition Holdings (No. 4) LLC clifford.carlson@weil.com
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Carnaby Capital Holdings  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor First Brands Group Holdings  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Dalton Corporation clifford.carlson@weil.com
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 5 of 11 |
| Date Rcvd: Oct 06, 2025 | Form ID: ntctran | Total Noticed: 11 |

Clifford William Carlson
    on behalf of Debtor Strongarm  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Qualis Enterprises  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor First Brands Group  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Eagle Casting Holdings  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Carnaby Inventory III  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Carnaby FA Holdings  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Starlight Inventory I  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Broad Street Financial Holdings  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Carnaby Inventory Holdings IV  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Horizon International Holdings LLC clifford.carlson@weil.com
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor First Brands Group Intermediate  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor IBI International Holding Company  Inc. clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor CWD Holding  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Carter Fuel Export  Inc. clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Patterson Inventory Holdings  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Reman Management International LLC clifford.carlson@weil.com
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor CWD Intermediate Holdings II  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Eagle Machining  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Hopkins Manufacturing Corporation clifford.carlson@weil.com
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Trico Technologies Corporation clifford.carlson@weil.com
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor UCI Pennsylvania  Inc. clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

District/off: 0541-4 | User: ADIuser | Page 6 of 11
Date Rcvd: Oct 06, 2025 | Form ID: ntctran | Total Noticed: 11

| | |
|---|---|
| Clifford William Carlson | on behalf of Debtor Viper Acquisition I Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Carter Carburetor LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Airtex Industries LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Pylon Manufacturing Corp. clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Walbro LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor WEM US Co. clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Pylon South Bend Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Toledo Molding & Die LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Carnaby Inventory Holdings III LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Global Lease Assets Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor SDC TX LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Carnaby Inventory II LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Carnaby FA LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Jasper Rubber Products Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Qualitor Subsidiary H Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Global Assets GmbH clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Jasper Acquisition Corp. clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Brake Parts Inc China LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Qualitor Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor UCI International LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Carnaby Inventory IV LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |

| | |
|---|---|
| Clifford William Carlson | on behalf of Debtor Champion Laboratories  Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Global Assets LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Premier Marketing Group  LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Qualitor Subsidiary S  Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Qualitor Acquisition Inc. clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Viper Acquisition  Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor AVM Export  Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Dalton Corporation  Warsaw Manufacturing Facility clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor ASC Industries  Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor BPI EC  LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor KTRI Holdings  Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Horizon Global Americas Inc. clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor CWD Intermediate Holdings I  LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Qualis Automotive  L.L.C. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Brake Parts Inc LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Smart Choice  LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Eagle Casting  LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Horizon Global Company LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor UCI International Holdings  Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Qualitor Automotive  LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Cardone Industries  Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 8 of 11 |
| Date Rcvd: Oct 06, 2025 | Form ID: ntctran | Total Noticed: 11 |

Clifford William Carlson
    on behalf of Debtor Universal Auto Filter LLC clifford.carlson@weil.com
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor FRAM Group Operations LLC clifford.carlson@weil.com
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Dalton Corporation  Ashland Manufacturing Facility clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Patterson Inventory  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Longman Enterprises  Inc. clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor TAE Brakes  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Starlight Inventory Holdings I  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Global Reman Ventures  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor BPI Holdings International  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Carnaby Inventory Holdings II  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor UCI-Airtex Holdings  Inc. clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor PHNX Acquisition Corp. clifford.carlson@weil.com
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Walbro Midco LLC clifford.carlson@weil.com
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor KTRI Offshore Holdings  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Dalton Corporation  Kendallville Manufacturing Facility clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor CWD  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Transportation Aftermarket Enterprise  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor Carter Carburetor Holdings  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
    on behalf of Debtor APC Intermediate Holdings  LLC clifford.carlson@weil.com,
    clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Courtney E. Giles
    on behalf of Creditor Arab Banking Corporation B.S.C. courtney.giles@bakermckenzie.com  jessica.harris@bakermckenzie.com

Deborah Michelle Perry
    on behalf of Creditor Onset Financial  Inc. dperry@munsch.com, CourtMail@munsch.com

Hiram A Gutierrez

Case 25-90399   Document 309   Filed in TXSB on 10/08/25   Page 10 of 12

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 9 of 11 |
| Date Rcvd: Oct 06, 2025 | Form ID: ntctran | Total Noticed: 11 |

| | |
|---|---|
| | on behalf of Creditor Brownsville Independent School District edinburgbankruptcy@pbfcm.com hidalgolegal@ecf.courtdrive.com |
| Iain L Kennedy | |
| | on behalf of Creditor ING Belgium S.A./N.V. ikennedy@nathansommers.com dthompson@nathansommers.com;clemons@nathansommers.com;pbuenano@nathansommers.com;aorr@nathansommers.com;jpoe@nathansommers.com |
| Jacob Rhine Herz | |
| | on behalf of Creditor Raistone Purchasing LLC-Series XXVIII jherz@orrick.com |
| Jacob Rhine Herz | |
| | on behalf of Creditor Raistone Purchasing LLC -Series XXXII jherz@orrick.com |
| Jacob Rhine Herz | |
| | on behalf of Creditor Raistone Capital LLC jherz@orrick.com |
| Jarrod B. Martin | |
| | on behalf of Creditor OmniSource  LLC jbmartin@bradley.com, atty_jmartin@bluestylus.com;vherrera@bradley.com;rabdelghani@bradley.com;aplayer@bradley.com;akhan@bradley.com;jbmartin@ecf.courtdrive.com |
| Jarrod B. Martin | |
| | on behalf of Creditor XL Parts  LLC jbmartin@bradley.com, atty_jmartin@bluestylus.com;vherrera@bradley.com;rabdelghani@bradley.com;aplayer@bradley.com;akhan@bradley.com;jbmartin@ecf.courtdrive.com |
| Jason S Brookner | |
| | on behalf of Creditor Evolution Credit Partners jbrookner@grayreed.com  lwebb@grayreed.com |
| Jayson B. Ruff | |
| | on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov |
| Jeffrey Richard Gleit | |
| | on behalf of Creditor Wilmington Savings Fund Society  FSB jeffrey.gleit@afslaw.com, nkoslof@sandw.com,aweiss@sandw.com,tkethro@sandw.com |
| Jennifer K. Malow | |
| | on behalf of Interested Party Aequum Capital Financial II LLC jennifer.malow@blankrome.com |
| Joel Frederic Newell | |
| | on behalf of Creditor STORE Master Funding IV  LLC newellj@ballardspahr.com, PHXLitLAAs@ballardspahr.com,Phoenixdocketingbkr@ballardpahr.com |
| Joel Frederic Newell | |
| | on behalf of Creditor STORE Master Funding XIV  LLC newellj@ballardspahr.com, PHXLitLAAs@ballardspahr.com,Phoenixdocketingbkr@ballardpahr.com |
| Joel Frederic Newell | |
| | on behalf of Creditor STORE Capital Acquisitions  LLC newellj@ballardspahr.com, PHXLitLAAs@ballardspahr.com,Phoenixdocketingbkr@ballardpahr.com |
| John F Higgins, IV | |
| | on behalf of Interested Party Carnaby II and III Secured Parties jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John Kendrick Turner | |
| | on behalf of Creditor Tarrant County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com |
| John R. Dodd, II | |
| | on behalf of Creditor Arab Banking Corporation B.S.C. john.dodd@bakermckenzie.com |
| Kevin M. Capuzzi | |
| | on behalf of Creditor 673753 Ontario Limited DBA TRAFFIX kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kristen L Perry | |
| | on behalf of Creditor T.H.I. Group Ltd. kristen.perry@faegredrinker.com kelly.olson@faegredrinker.com;danette.dykema@faegredrinker.com;cathy.greer@faegredrinker.com |
| Laura D Metzger | |
| | on behalf of Creditor Raistone Purchasing LLC -Series XXXII lmetzger@orrick.com  mperrigino@orrick.com |
| Laura D Metzger | |
| | on behalf of Creditor Raistone Purchasing LLC-Series XXVIII lmetzger@orrick.com  mperrigino@orrick.com |
| Laura D Metzger | |
| | on behalf of Creditor Raistone Capital LLC lmetzger@orrick.com  mperrigino@orrick.com |
| Lorenzo Marinuzzi | |
| | on behalf of Creditor Onset Financial  Inc. lmarinuzzi@mofo.com |
| Madison Kaylene Haueisen | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 10 of 11 |
| Date Rcvd: Oct 06, 2025 | Form ID: ntctran | Total Noticed: 11 |

| | |
|---|---|
| | on behalf of Other Prof. Bank of America N.A. mhaueisen@winston.com, ecf_houston@winston.com;madison-haueisen-8672@ecf.pacerpro.com |
| Martin Seidler | on behalf of Creditor Martin Titanium American Logistics Inc. marty@seidlerlaw.com, ecf@seidlerlaw.com;LAWOFFICESOFMARTINSEIDLER@jubileebk.net |
| Matthew C. Corcoran | on behalf of Creditor Grammer Inc. and Grammer Americas LLC mccorcoran@jonesday.com |
| Michelle E Shriro | on behalf of Creditor BPP Shiraz Park A LP mshriro@singerlevick.com scotton@singerlevick.com;tguillory@singerlevick.com |
| Nathan Q. Rugg | on behalf of Creditor UAP (Canada) Inc. nathan.rugg@bfkn.com james.tucker@bfkn.com |
| Nathan Q. Rugg | on behalf of Creditor Motion Industries Inc. nathan.rugg@bfkn.com, james.tucker@bfkn.com |
| Nathan Q. Rugg | on behalf of Creditor Motion Industries (Canada) Inc. nathan.rugg@bfkn.com james.tucker@bfkn.com |
| Nathan Q. Rugg | on behalf of Creditor GPC Asia Pacific Limited nathan.rugg@bfkn.com james.tucker@bfkn.com |
| Nathan Q. Rugg | on behalf of Creditor Alliance Automotive Group (EU) nathan.rugg@bfkn.com james.tucker@bfkn.com |
| Nathan Q. Rugg | on behalf of Creditor Motion Industries (Mexico) Inc. nathan.rugg@bfkn.com james.tucker@bfkn.com |
| Nathan Q. Rugg | on behalf of Creditor Genuine Parts Company nathan.rugg@bfkn.com james.tucker@bfkn.com |
| Nathan Q. Rugg | on behalf of Creditor GPC Asia Pacific Pty Ltd. nathan.rugg@bfkn.com james.tucker@bfkn.com |
| Nicholas Poli | on behalf of Creditor Raistone Purchasing LLC-Series XXVIII npoli@orrick.com nymao@orrick.com |
| Nicholas Poli | on behalf of Creditor Raistone Purchasing LLC -Series XXXII npoli@orrick.com nymao@orrick.com |
| Nicholas Poli | on behalf of Creditor Raistone Capital LLC npoli@orrick.com nymao@orrick.com |
| Nicholas Sabatino | on behalf of Creditor Raistone Purchasing LLC -Series XXXII nsabatino@orrick.com |
| Nicholas Sabatino | on behalf of Creditor Raistone Capital LLC nsabatino@orrick.com |
| Nicholas Sabatino | on behalf of Creditor Raistone Purchasing LLC-Series XXVIII nsabatino@orrick.com |
| Raneen Ibrahim Abdelghani | on behalf of Creditor XL Parts LLC rabdelghani@bradley.com, vherrera@bradley.com;aplayer@bradley.com |
| Richard Jacobsen | on behalf of Creditor Raistone Capital LLC rjacobsen@orrick.com |
| Richard Jacobsen | on behalf of Creditor Raistone Purchasing LLC-Series XXVIII rjacobsen@orrick.com |
| Richard Jacobsen | on behalf of Creditor Raistone Purchasing LLC -Series XXXII rjacobsen@orrick.com |
| Robert Diehl | on behalf of Creditor Mitsubishi HC Capital America Inc. rdiehl@bodmanlaw.com |
| Ronald E Gold | on behalf of Creditor Volkswagen Group of America Inc. and certain affiliates rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com |
| Sean Thomas Wilson | on behalf of Creditor Mayfair Enterprises LLC sean--wilson-7631@ecf.pacerpro.com |
| Susan C Mathews | on behalf of Creditor Volvo Penta of the Americas LLC smathews@bakerdonelson.com, bellender@bakerdonelson.com |
| Thomas A Howley | on behalf of Interested Party Ad Hoc Group of Lenders tom@howley-law.com roland@howley-law.com;eric@howley-law.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 11 of 11 |
| Date Rcvd: Oct 06, 2025 | Form ID: ntctran | Total Noticed: 11 |

US Trustee

USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 186