IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-90399 |
| | § | |
| FIRST BRANDS GROUP, LLC | § | CHAPTER 11 |
| *Debtor* | § | |

NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the firm listed below hereby appears as counsel for Randall Metals Corporation pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010, hereby request that all notices, papers and pleadings in this case be mailed to or served upon the undersigned, regardless of whether the Court limits the mailing of notices:

> Kyle L. Dickson
> 2200 Space Park Drive, Suite 350
> Houston, Texas 77058
> Tel: (281) 488-0630
> Fax: (281) 488-2039.
> Email: *kdickson@murray-lobb.com*

This request encompasses all notices, copies and pleadings referred to in Federal Rules of Bankruptcy Procedure 2002 and 9007 of the Bankruptcy Rules, including, without limitation, notices of any further orders, motions, demands, complaints, petitions, pleadings, requests, applications, disclosure statements, plans and other documents brought before this Court in this case, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopy, telefax, telex or otherwise, which effect or seek to effect the captioned proceeding.

DATED: October 9, 2025

Respectfully submitted,

MURRAY | LOBB, PLLC

By: /s/Kyle Dickson
    Kyle L. Dickson
    Southern District Bar No. 13441
    State Bar No. 05841310
    2200 Space Park Drive, Suite 350
    Houston, Texas 77058
    Tel:   (281) 488-0630
    Fax:  (281) 488-2039
    Email: *kdickson@murray-lobb.com*

ATTORNEYS FOR RANDALL METALS CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service was served upon Debtor and/or Debtor's counsel, the U.S. Trustee, and on all other parties registered to receive notice via the Court's ECF notification system on October 9, 2025.

/s/Kyle Dickson
Kyle L. Dickson