IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | Case No. 25-90399 (CML) |
| Debtors. | (Jointly Administered) |

THE UNITED STATES TRUSTEE'S
NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE CHRISTOPHER M. LOPEZ,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Kevin M. Epstein, the United States Trustee for Region 7 (Southern and Western Districts of Texas), pursuant to 11 U.S.C. § 1102(a)(1), hereby appoints the following eligible creditors to the Official Committee of Unsecured Creditors in this case:

| Creditor Name and Address |
|---|
| **First-Citizens Bank & Trust Company**<br>Attn: Anthony Masci<br>11 W. 42nd St.<br>New York, NY 10036<br>212-771-9542<br>Anthony.masci@firstcitizens.com |
| **Motion Industries**<br>Attn: Anthony Bush<br>1605 Alton Road<br>Birmingham, AL 35210<br>205-957-5279<br>Anthony.bush@motion.com |

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

| |
|---|
| **Napier Park Global Capital (US) LP**<br>Attn: Shachar Minkove<br>280 Park Avenue, 3rd Floor<br>New York, NY 10017<br>212-235-0700<br>Shachar.minkove@napierparkglobal.com |
| **Pension Benefit Guaranty Corporation**<br>Attn: Cynthia Wong<br>445 12th Street SW<br>Washington, DC 20024<br>202-229-3033<br>Wong.cynthia@pbgc.gov |
| **Raistone Purchasing LLC**<br>Attn: Matthew McAlpine<br>360 Madison Avenue, 22nd Floor<br>New York, NY 10017<br>646-868-8261<br>mmcalpine@raistone.com |
| **Yusin Brake Corporation**<br>Attn: Paul Stewart<br>5 F, No. 381<br>Wufeng North Road, East District<br>Chiayi City 60045, Taiwan<br>561-697-4502<br>paul@bourneusa.com |
| **Fasanara Capital**<br>Attn: Nikita Saygakov<br>40 New Bond Street, 9th Floor<br>London, England W1S2RX<br>Nikita.Saygakov@fasanara.com |
| **Transend Logistics, LLC**<br>Attn: Jon Singer<br>1333 N Kingsbury St., SE 305<br>Chicago, IL 60642<br>312-593-5229<br>jon@transendlogistics.com |
| **T.H.I. Group (Shanghai) LTD**<br>Nancy Sun<br>10th FL, Kaikai Plaza, No 888<br>Wanhangdu Rd<br>Jingan District, Shanghai, P.R. Cina<br>200042<br>86-186-6386-1398<br>nancysun@t3ex-thi.com |

Dated: October 9, 2025

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7

By: */s/ Jayson B. Ruff*
Jayson B. Ruff
Trial Attorney
Michigan Bar No. P69893
Office of the United States Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002
(713) 718-4662
Jayson.b.ruff@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants who have requested notice on this 9th day of October 2025.

/s/Jayson B. Ruff
Jayson B. Ruff