UNITED STATES BANKRUPTCY COURT		SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 25-90399 (CML) |
|---|---|---|---|
| Debtor | | In Re: | First Brands Group, LLC, et al. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | D. Alexander Darcy<br>Darcy & Devassy PC<br>444 N. Michigan Avenue, Suite 3270<br>Chicago, IL 60611<br>312-784-2400 / adarcy@darcydevassy.com<br>Illinois (6220515) |

| Name of party applicant seeks to appear for: | Kingsbridge Holdings, LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 10/9/2025 | Signed: | /s/ D. Alexander Darcy |
|---|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

**Order**		**This lawyer is admitted *pro hac vice*.**

Dated: _____		_____
				United States Bankruptcy Judge