IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*, | § § | Case No. 25-90399 (CML) |
| Debtors. | § § § | (Jointly Administered) |

**NOTICE OF HEARING ON NOVEMBER 17, 2025 AT 1:00 P.M. (CT) ON THE MOTION OF THE RAISTONE PARTIES FOR THE APPOINTMENT OF AN EXAMINER PURSUANT TO SECTION 1104(c) OF THE BANKRUPTCY CODE**

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") has been scheduled for **November 17, 2025, at 1:00 p.m. (prevailing Central Time)** before the Honorable Christopher Lopez, United States Bankruptcy Judge, 515 Rusk Street, Courtroom 401, Houston, Texas 77002, to consider and determine the *Motion of the Raistone Parties for the Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code* [Docket No. 307] (the "Motion") filed by Raistone Capital LLC and Raistone Purchasing LLC – Series XXXII.[1]

**PLEASE TAKE FURTHER NOTICE** that any response to the Motion must be filed by **November 5, 2025**.

**PLEASE TAKE FURTHER NOTICE** that parties may attend the Hearing either in person or by an audio/video connection.

**PLEASE TAKE FURTHER NOTICE** that audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Video communication will be by use of the GoToMeeting platform. Connect via the free

---

[1] Capitalized term(s) not otherwise defined in this section shall have the same meaning(s) as set forth in the Motion.

GoToMeeting application or click the link on Judge Lopez's home page. The meeting code is "judgelopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

*[The Remainder of this Page is Intentionally Blank.]*

**PLEASE TAKE FURTHER NOTICE** that copies of the documents referenced above can be obtained through the Bankruptcy Court's electronic case filing system at https://ecf.txsb.uscourts.gov or can be obtained free of charge on the website maintained by the Debtor's noticing and claims agent at https://restructuring.ra.kroll.com/firstbrands/Home-DocketInfo.

Dated: October 9, 2025         **ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: */s/ Jacob R. Herz*
    Richard Jacobsen (admitted *pro hac vice*)
    Laura Metzger (admitted *pro hac vice*)
    Emanuel Grillo (admitted *pro hac vice*)
    Nicholas Poli (admitted *pro hac vice*)
    Ariel Roytenberg (admitted *pro hac vice)*
    Jacob R. Herz (SDTX Federal Bar No. 3759822)
    51 West 52nd Street
    New York, NY 10019-6142
    Telephone: (212) 506-5000
    Facsimile: (212) 506-5151
    Email: rjacobsen@orrick.com
        lmetzger@orrick.com
        egrillo@orrick.com
        npoli@orrick.com
        aroytenberg@orrick.com
        jherz@orrick.com

-and-

Nicholas Sabatino (admitted *pro hac vice*)
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 329-7962
Facsimile: (916) 329-4900
Email: nsabatino@orrick.com

*Counsel to the Raistone Parties*

## **CERTIFICATE OF SERVICE BY ECF**

I hereby certify that on October 9, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jacob R. Herz*
Jacob R. Herz