UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 25-90399 |
|---|---|---|---|
| Debtor | | In Re: | First Brands Group, LLC et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Benjamin R. Keck<br>KECK LEGAL, LLC<br>2801 Buford Highway NE, Suite 115<br>Atlanta, GA 30329<br>Tel. (470) 826-6020    bkeck@kecklegal.com<br>Georgia Bar No. 943504 |
|---|---|

| Name of party applicant seeks to appear for: | Terra Worldwide Logistics LLC dba American Global Logistics |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/10/2025 | Signed: /s/ Benjamin R. Keck |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                                        United States Bankruptcy Judge