IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | Case No. 25-90399 (CML) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE** that **Transend Logistics, LLC** ("**Transend**"), by their attorneys **Saul Ewing LLP**, appear in this matter pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1), 342, and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and request that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon:

> Lucian B. Murley, Esquire
> **Saul Ewing LLP**
> 1201 N. Market Street, Suite 2300
> P.O. Box 1266
> Wilmington, DE 19899
> Telephone:  302-421-6898
> Email: luke.murley@saul.com
>
> -and-
>
> Steven Malitz, Esquire
> **Saul Ewing LLP**
> 161 North Clark Street, Suite 4200
> Chicago, IL 60601
> Telephone:  312-876-7134
> Email: steven.malitz@saul.com

---

[1] A complete list of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors service address for these Chapter 11 Cases is 127 Public Square, Suite 5300, Cleveland, OH 44114. The

-and-

Maxwell M. Hanamirian, Esquire
**Saul Ewing LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Telephone: 215-972-7756
Email: maxwell.hanamirian@saul.com

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not constitute a submission by Transend to the jurisdiction or judicial authority of the Bankruptcy Court. This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Transend's substantive or procedural rights, including: (i) the right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) the right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; (iii) the right to have the reference withdrawn by the United States District Court for this district in any matter subject to mandatory or discretionary withdrawal or the right to seek abstention in favor of any state court; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Transend is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. Nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated: October 10, 2025 | **SAUL EWING LLP** |
| | */s/ Lucian B. Murley* |
| | Lucian B. Murley (DE Bar No. 4892) |
| | 1201 N. Market Street, Suite 2300 |
| | P.O. Box 1266 |
| | Wilmington, DE 19899 |
| | 302-421-6898 |
| | E-mail: luke.murley@saul.com |
| | |
| | *Attorneys for Transend Logistics, LLC* |

3