IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.* | Case No. 25-90399 (CML) |
| Debtors.[1] | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby appear in the above-captioned chapter 11 cases as proposed counsel to the Official Committee of Unsecured Creditors of First Brands Group, LLC, *et al.*, and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), request that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following addresses:

| | |
|---|---|
| Seth Van Aalten, Esq.<br>Justin R. Alberto, Esq.<br>Ian R. Phillips, Esq.<br>COLE SCHOTZ P.C.<br>901 Main Street, Suite 4120<br>Dallas, TX 75202<br>Telephone: (469) 557-9390<br>Facsimile: (469) 533-1587<br>svanaalten@coleschotz.com<br>jalberto@coleschotz.com<br>iphillips@coleschotz.com | Robert J. Stark, Esq.<br>Jeffrey L. Jonas, Esq.<br>Michael S. Winograd, Esq.<br>Bennett S. Silverberg, Esq.<br>Kenneth J. Aulet, Esq.<br>Andrew M. Carty, Esq.<br>Elizabeth C. Castano, Esq.<br>BROWN RUDNICK LLP<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br>rstark@brownrudnick.com<br>jjonas@brownrudnick.com<br>mwinograd@brownrudnick.com<br>bsilverberg@brownrudnick.com |

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

kaulet@brownrudnick.com
acarty@brownrudnick.com
ecastano@brownrudnick.com

-and-

Tristan G. Axelrod, Esq.
Matthew A. Sawyer, Esq.
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
taxelrod@brownrudnick.com
msawyer@brownrudnick.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above referenced Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, hand-delivery, telephone, facsimile transmission or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, this case or any cases, controversy or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses,

setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

| | |
|---|---|
| Dated:  October 17, 2025<br>Dallas, Texas | Respectfully submitted,<br><br>*/s/ Ian R. Phillips*<br>Ian R. Phillips<br>Texas Bar No. 24091239<br>Seth Van Aalten, Esq. (*pro hac vice* pending)<br>Justin R. Alberto, Esq. (*pro hac vice* pending)<br>**COLE SCHOTZ P.C.**<br>901 Main Street, Suite 4120<br>Dallas, TX 75202<br>Telephone: (469) 557-9390<br>Facsimile: (469) 533-1587<br>iphillips@coleschotz.com<br>svanaalten@coleschotz.com<br>jalberto@coleschotz.com<br><br>*-and-*<br><br>Robert J. Stark, Esq. (*pro hac vice* pending)<br>Jeffrey L. Jonas, Esq. (*pro hac vice* pending)<br>Michael S. Winograd, Esq. (*pro hac vice* pending)<br>Bennett S. Silverberg, Esq. (*pro hac vice* pending)<br>Kenneth J. Aulet, Esq. (*pro hac vice* pending)<br>Andrew M. Carty, Esq. (*pro hac vice* pending)<br>Elizabeth C. Castano, Esq. (*pro hac vice* pending)<br>**BROWN RUDNICK LLP**<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br>rstark@brownrudnick.com<br>jjonas@brownrudnick.com<br>mwinograd@brownrudnick.com<br>bsilverberg@brownrudnick.com<br>kaulet@brownrudnick.com<br>acarty@brownrudnick.com<br>ecastano@brownrudnick.com<br><br>Tristan G. Axelrod, Esq. (*pro hac vice* pending)<br>Matthew A. Sawyer, Esq. (*pro hac vice* pending)<br>**BROWN RUDNICK LLP**<br>One Financial Center |

Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
taxelrod@brownrudnick.com
msawyer@brownrudnick.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

4

**CERTIFICATE OF SERVICE**

I certify that on October 17, 2025, I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in these cases.

>*/s/ Ian R. Phillips*
>Ian R. Phillips