IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*, | § § | Case No. 25-90399 (CML) |
| Debtors.[1] | § § § | (Jointly Administered) |

**NOTICE OF RECLAMATION DEMAND OF
NAPIER PARK GLOBAL CAPITAL (US) LP**

**PLEASE TAKE NOTICE** that by and through its undersigned counsel, Napier Park Global Capital (US) LP ("Napier") hereby files this notice of written demand for reclamation of goods (the "Notice") pursuant to section 546(c) of title 11 of the United States Code (the "Bankruptcy Code") and section 2-702 of the Uniform Commercial Code, upon First Brands Group, LLC and their affiliated debtors (collectively, the "Debtors") and Debtors' counsel, to reclaim certain goods (the "Goods") delivered to the Debtors and subject to reclamation under the terms of the Bankruptcy Code. The Goods were sold to the Debtors in the ordinary course of business and were or may have been delivered to and received by the Debtors during the forty-five (45) day period prior to the filing of the above captioned bankruptcy proceedings while the Debtors were insolvent. Attached hereto as **Exhibit A** and incorporated herein by reference is a true and accurate copy of the form of formal reclamation demand dated October 17, 2025.

**PLEASE TAKE FURTHER NOTICE** that as part of its demand for reclamation, Napier is demanding that such Goods be segregated, identified, and not be commingled with any other goods.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

1

**PLEASE TAKE FURTHER NOTICE** that Napier reserves all rights and remedies under the Bankruptcy Code, the Uniform Commercial Code, and any other applicable law, including the right to amend and/or supplement this Notice and to maintain that Napier has title to the Goods. Nothing herein shall be deemed or constitute a waiver of, and Napier expressly reserves any and all rights, claims, remedies, interests, and defenses, whether at law or in equity, including but not limited to Napier's right to an allowed administrative expense claim under section 503(b)(9) of the Bankruptcy Code or under any other applicable federal or state law.

Dated: October 17, 2025

Respectfully Submitted,

*/s/ Rakhee V. Patel*

**SIDLEY AUSTIN LLP**
Kelly Dybala (24007626)
Rakhee V. Patel (00797213)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: kdybala@sidley.com
Email: rpatel@sidley.com

*Counsel to Napier*

**CERTIFICATE OF SERVICE**

I certify that on October 17, 2025, a copy of this document was served by electronic service on all counsel of record via the United States Bankruptcy Court for the Southern District of Texas's CM/ECF system.

/s/ Rakhee V. Patel
Rakhee V. Patel