**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*, | ) | Case No. 25-90399 (CML) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Allan B. Diamond and Christopher D. Johnson of Diamond McCarthy LLP hereby appear in this case as counsel to Aftermarket Auto Parts Alliance, Inc. ("AAPA") and file this Notice of Appearance pursuant to Fed. R. Bankr. P. 9010(b)  to request service of copies of all pleadings filed or noticed by any party pursuant to Fed. R. Bankr. P. 2002(a) and (b) and 3017(a).  Please serve all papers, pleadings, correspondence, and other documents associated with this case on the undersigned attorneys as follows:

> **DIAMOND McCARTHY LLP**
> Allan B. Diamond
> Christopher D. Johnson
> 2200 Post Oak Blvd., Suite 1000
> Houston, TX  77056-4716
> Telephone: (713) 333-5100
> Facsimile: (713) 333-5199
> Email:  adiamond@diamondmccarthy.com
>        chris.johnson@diamondmccarthy.com

PLEASES TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code set forth above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, email or otherwise.

Dated:  October 28, 2025
Houston, Texas

Respectfully submitted,

*/s/ Christopher D. Johnson*
Allan B. Diamond, Esq.
Christopher D. Johnson, Esq.
**DIAMOND MCCARTHY, LLP**
2200 Post Oak Blvd., Suite 1000
Houston, TX  77056-4716
Telephone: (713) 333-5100
Facsimile: (713) 333-5199
Email:  adiamond@diamondmccarthy.com
             chris.johnson@diamondmccarthy.com

*Counsel to Aftermarket Auto Parts Alliance, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 28, 2025, a true and correct copy of the foregoing pleading was served by email to all parties registered to receive electronic notice in this case pursuant to the Court's CM/ECF filing system.

*/s/ Christopher D. Johnson*
Christopher D. Johnson