IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| First Brands Group, LLC, *et al.*, | § § § | Case No. 25-90399 (CML) |
|  | § § | (Jointly Administered) |
| Debtors.[1] | § |  |

### AFFIDAVIT OF SERVICE

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On October 24, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**.

- Motion of Debtors for Order Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business Effective as of Petition Date [Docket No. 415] (the "*Ordinary Course Professionals Retention Motion*")

- Application of Debtors for Authority to Retain and Employ Lazard Frères & Co. LLC as Investment Banker for Debtors Effective as of Petition Date [Docket No. 416]

- Application of Debtors for Entry of an Order (I) Authorizing the Debtors to (A) Retain and Employ Alvarez & Marsal North America, LLC, (B) Designate Certain Executive Officers, and (C) Engage Additional Personnel, and (II) Granting Related Relief [Docket No. 417]

- Application of Debtors for Authority to Retain and Employ Ernst & Young LLP as Tax Advisor for Debtors Effective as of Petition Date [Docket No. 418]

On October 24, 2025, at my direction and under my supervision, employees of Kroll caused the Ordinary Course Professionals Retention Motion to be served by the method set forth on the Ordinary Course Professionals Service List attached hereto as **Exhibit B**.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

October 28, 2025                                                                                      */s/ Nelson Crespin*
                                                                                                       Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 28, 2025, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust, Ford Motor Credit Company LLC | AIS Portfolio Services, LLC | Attn: Amitkumar Sharma<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City OK 73118 | ECFNotices@aisinfo.com | Email |
| Counsel to SRE Miami LLC | Albright, Rusehr & Hardcastle | Attn: James W. Rusher<br>15 West 6th Street<br>Suite 2600<br>Tulsa OK 74119 | jwrusher@arhlaw.com | Email |
| Counsel to LBA RV-Company XVII, LP | Allen Matkins Leck Gamble Mallory & Natsis LLP | Attn: Ivan M. Gold<br>3 Embarcadero Center, 12th Floor<br>San Francisco CA 94111-4074 | igold@allenmatkins.com | Email |
| Counsel to UMB Bank, N.A., solely in its capacities as administrative agent and collateral agent under that certain Credit Agreement dated as of December 2, 2024 | Alston & Bird LLP | Attn: Jared M. Slade<br>2200 Ross Avenue, Suite 2300<br>Dallas TX 75201 | Jared.Slade@alston.com | Email |
| Counsel to UMB Bank, N.A., solely in its capacities as administrative agent and collateral agent under that certain Credit Agreement dated as of December 2, 2024 | Alston & Bird LLP | Attn: William Hao, Stephen M. Blank<br>90 Park Avenue<br>New York NY 11016 | William.Hao@alston.com<br>Stephen.Blank@alston.com | Email |
| American Samoa Attorney General | American Samoa Attorney General | Attn: Gwen Tauiliili-Langkilde<br>American Samoa Gov'T, Exec. Ofc. Bldg Utulei<br>Territory Of American Samoa<br>Pago Pago AS 96799 | | First-Class Mail |
| Counsel to Wilmington Savings Fund Society, FSB as DIP Agent | ArentFox Schiff LLP | Attn: Eric J. Fromme<br>555 South Flower Street 43rd Floor<br>Los Angeles CA 90071 | Eric.Fromme@afslaw.com | Email |
| Counsel to Wilmington Savings Fund Society, FSB as DIP Agent | ArentFox Schiff LLP | Attn: Jeffrey R. Gleit, Matthew R. Bentley<br>1301 Avenue of the Americas 42nd Floor<br>New York NY 10019 | Jeffrey.Gleit@afslaw.com<br>Matthew.Bentley@afslaw.com | Email |
| Counsel to Arab Banking Corporation B.S.C. | Baker & Mckenzie LLP | Attn: Blaire A. Cahn<br>452 Fifth Avenue<br>New York NY 10018 | blaire.cahn@bakermckenzie.com | Email |
| Counsel to Arab Banking Corporation B.S.C. | Baker & Mckenzie LLP | Attn: Courtney E. Giles<br>Bank of America Tower<br>800 Capitol Street, Suite 2100<br>Houston TX 77002 | courtney.giles@bakermckenzie.com | Email |
| Counsel to Arab Banking Corporation B.S.C. | Baker & Mckenzie LLP | Attn: John R. Dodd<br>830 Brickell Plaza Suite 3100<br>Miami FL 33131 | john.dodd@bakermckenzie.com | Email |
| Counsel to Volvo Penta of the Americas, LLC | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Susan C. Mathews<br>1301 McKinney Street, Suite 3700<br>Houston TX 77010 | smathews@bakerdonelson.com | Email |
| Counsel to STORE Capital Acquisitions, LLC, STORE Master Funding IV, LLC, and STORE Master Funding XIV, LLC | Ballard Spahr LLP | Attn: Craig Solomon Ganz, Joel F. Newell<br>1 E. Washington Street Suite 2300<br>Phoenix AZ 85004-2555 | ganzc@ballardspahr.com<br>newellj@ballardspahr.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Genuine Parts Company; Motion Industries Inc.; Motion Industries (Canada) Inc.; Motion Industries (Mexico) Inc.; GPC Asia Pacific Pty Ltd.; GPC Asia Pacific Limited; UAP, (Canada) Inc.; and Alliance Automotive Group (EU) | Barack Ferrazzano Kirschbaum & Nagelberg LLP | Attn: Nathan Q. Rugg, Alexander F. Berk<br>200 W. Madison Street, Suite 3900<br>Chicago IL 60606 | nathan.rugg@bfkn.com<br>alexander.berk@bfkn.com | Email |
| Counsel to City of Jasper, Indiana | Barnes & Thornburg LLP | Attn: Thomas G. Haskins, Jr.<br>2121 N. Pearl Street<br>Suite 700<br>Dallas TX 75201 | thaskins@btlaw.com | Email |
| Counsel to City of Jasper, Indiana | Barnes & Thornburg LLP | Attn: Jonathan D. Sundheimer<br>11 S. Meridian St.<br>Indianapolis IN 46204 | jsundheimer@btlaw.com | Email |
| Counsel to 673753 Ontario Limited DBA TRAFFIX | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi<br>1313 North Market Street Suite 1201<br>Wilmington DE 19801-6101 | kcapuzzi@beneschlaw.com<br>jhoover@beneschlaw.com | Email |
| Counsel to 673753 Ontario Limited DBA TRAFFIX | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Leah Lopez<br>1155 Avenue of the Americas Floor 26<br>New York NY 10036 | llopez@beneschlaw.com | Email |
| Counsel to Aequum Capital Financial II LLC | Blank Rome LLP | Attn: Jennifer K. Malow<br>1201 N. Market Street, Suite 800<br>Wilmington DE 19801 | Jennifer.Malow@blankrome.com | Email |
| Counsel to Aequum Capital Financial II LLC | Blank Rome LLP | Attn: Kenneth J. Ottaviano, Stephanie K. Hor-Chen<br>444 West Lake Street Suite 1650<br>Chicago IL 60606 | Ken.Ottaviano@blankrome.com<br>Stephanie.Horchen@blankrome.com | Email |
| Counsel to Mitsubishi HC Capital America, Inc. | Bodman PLC | Attn: Brian R. Trumbauer, Robert J. Diehl, Jr.<br>1901 St. Antoine Street<br>6th Floor at Ford Field<br>Detroit MI 48226 | btrumbauer@bodmanlaw.com<br>rdiehl@bodmanlaw.com | Email |
| Counsel to AVO Carbon USA, Inc. | Bonds Ellis Eppich Schafer Jones LLP | Attn: Eric T. Haitz<br>420 Throckmorton Street<br>Suite 1000<br>Fort Worth TX 76102 | erichaitz@bondsellis.com | Email |
| Counsel to Washington Penn Plastics Co., Inc., and Uniform Color Company | Bounds Ellis Eppich Schafer Jones LLP | Attn: Aaron Guerrero, Bryan Prentice<br>402 Heights Blvd.<br>Houston TX 77007 | aaron.guerrero@bondsellis.com<br>bryan.prentice@bondsellis.com | Email |
| Counsel to XL Parts, LLC, OmniSource, LLC | Bradley Arant Boult Cummings LLP | Attn: Jarrod B. Martin<br>600 Travis Suite 5600<br>Houston TX 77002 | jbmartin@bradley.com | Email |
| Counsel to XL Parts, LLC | Bradley Arant Boult Cummings LLP | Attn: Raneen Abdelghani<br>1445 Ross Avenue Suite 3600<br>Dallas TX 75202 | rabdelghani@bradley.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Official Committee of Unsecured Creditors of First Brands Group, LLC | Brown Rudnick LLP | Attn: Robert J. Stark, Jeffrey L. Jonas, Michael S. Winograd, Bennett S. Silverberg, Kenneth J. Aulet, Andrew M. Carty, Elizabeth C. Castano<br>7 Times Square<br>New York NY 10036 | rstark@brownrudnick.com<br>jjonas@brownrudnick.com<br>mwinograd@brownrudnick.com<br>bsilverberg@brownrudnick.com<br>kaulet@brownrudnick.com<br>acarty@brownrudnick.com<br>ecastano@brownrudnick.com | Email |
| Counsel to Official Committee of Unsecured Creditors of First Brands Group, LLC | Brown Rudnick LLP | Attn: Tristan G. Axelrod, Matthew A. Sawyer<br>One Financial Center<br>Boston MA 02111 | taxelrod@brownrudnick.com<br>msawyer@brownrudnick.com | Email |
| Counsel to First Guaranty Bank | Cavazos Hendricks Poirot, P.C. | Attn: Steven T. Holmes<br>900 Jackson Street<br>Suite 570, Founders Square<br>Dallas TX 75202 | sholmes@chfirm.com | Email |
| Counsel to CSI Leasing, Inc. | Clark Hill PLC | Attn: Robert P. Franke, Audrey L. Hornisher, Tara L. Bush<br>901 Main Street Suite 6000<br>Dallas TX 75202 | bfranke@clarkhill.com<br>ahornisher@clarkhill.com<br>tbush@clarkhill.com | Email |
| Counsel to ING Belgium S.A./N.V. | Clifford Chance US LLP | Attn: Douglas E. Deutsch, Sarah N. Campbell<br>Two Manhattan West<br>375 9th Avenue<br>New York NY 10001-1696 | douglas.deutsch@cliffordchance.com<br>sarah.campbell@cliffordchance.com | Email |
| Counsel to United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers International Union | Cohen, Weiss and Simon LLP | Attn: Melissa Woods, Richard Seltzer, Sam Hall<br>900 Third Ave 21st Floor<br>New York NY 10022 | mwoods@cwsny.com<br>Rseltzer@cwsny.com<br>shall@cwsny.com | Email |
| Counsel to Official Committee of Unsecured Creditors of First Brands Group, LLC | Cole Schotz P.C. | Attn: Seth Van Aalten, Justin R. Alberto, Ian R. Phillips<br>901 Main Street<br>Suite 4120<br>Dallas TX 75202 | svanaalten@coleschotz.com<br>jalberto@coleschotz.com<br>iphillips@coleschotz.com | Email |
| Commonwealth of Puerto Rico | Commonwealth of Puerto Rico | Attn: Bankruptcy Dept<br>Apartado 9020192<br>San Juan PR 00902-0192 | | First-Class Mail |
| Counsel to Mayfair Enterprises, LLC, Global Technologies Partners, LLC, Global Technologies S.a.r.L, and certain affiliated directors and officers | Debevoise & Plimpton LLP | Attn: M. Natasha Labovitz, Erica S. Weisgerber, Matthew J. Sorensen, Christopher R. Ceresa<br>66 Hudson Boulevard<br>New York NY 10001 | nlabovitz@debevoise.com<br>eweisgerber@debevoise.com<br>mjsorensen@debevoise.com<br>crceresa@debevoise.com | Email |
| Counsel to the Carnaby II and III Secured Parties | Dechert LLP | Attn: Allan S. Brilliant, Stephen M. Wolpert<br>1095 Avenue of the Americas<br>New York NY 10036 | allan.brilliant@dechert.com<br>stephen.wolpert@dechert.com | Email |
| Counsel to FactoFrance | Dentons US LLP | Attn: Casey W. Doherty, Jr.<br>1300 Post Oak Blvd. Suite 650<br>Houston TX 77056 | casey.doherty@dentons.com | Email |
| Counsel to FactoFrance | Dentons US LLP | Attn: Robert E. Richards<br>233 S. Wacker Drive Suite 5900<br>Chicago IL 60606-6404 | robert.richards@dentons.com | Email |
| Counsel to FCA US LLC | Dickinson Wright PLLC | Attn: James A. Plemmons<br>500 Woodward Avenue Suite 4000<br>Detroit MI 48226 | jplemmons@dickinsonwright.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to FCA US LLC | Dickinson Wright PLLC | Attn: John R. Nelson, Payne Keinarth<br>607 W. Third Street Suite 2500<br>Austin TX 78701 | jnelson@dickinsonwright.com<br>pkeinarth@dickinsonwright.com | Email |
| Counsel to FCA US LLC | Dickinson Wright PLLC | Attn: M. Kimberly Stagg<br>424 Church Street Suite 800<br>Nashville TN 37219 | kstagg@dickinsonwright.com | Email |
| Counsel to T.H.I. Group Ltd. | Faegre Drinker Biddle & Reath LLP | Attn: Kristen L. Perry<br>2323 Ross Avenue Suite 1700<br>Dallas TX 75201 | kristen.perry@faegredrinker.com | Email |
| Counsel to T.H.I. Group Ltd. | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson, Joseph N. Argentina, Jr.<br>222 Delaware Avenue Suite 1410<br>Wilmington DE 19801 | patrick.jackson@faegredrinker.com<br>joseph.argentina@faegredrinker.com | Email |
| Counsel to Volkswagen Group of America, Inc. and certain affiliates | Frost Brown Todd LLP | Attn: Rebecca L. Matthews<br>2101 Cedar Springs Rd.<br>Dallas TX 75201 | rmatthews@fbtlaw.com | Email |
| Counsel to Volkswagen Group of America, Inc. and certain affiliates | Frost Brown Todd LLP | Attn: Ronald E. Gold, Erin P. Severini<br>301 East Fourth Street<br>Cincinnati OH 45202 | rgold@fbtlaw.com<br>eseverini@fbtlaw.com | Email |
| Counsel to Ad Hoc Group of Lenders | Gibson, Dunn & Crutcher LLP | Attn: AnnElyse Scarlett Gains<br>1050 Connecticut Avenue, N.W.<br>Washington DC 20036-5306 | agains@gibsondunn.com | Email |
| Counsel to Ad Hoc Group of Lenders | Gibson, Dunn & Crutcher LLP | Attn: Scott Greenberg, AnnElyse Gains, Stephen Silverman, Jason Z. Goldstein<br>200 Park Avenue<br>New York NY 10166-0193 | sgreenberg@gibsondunn.com<br>agains@gibsondunn.com<br>SSilverman@gibsondunn.com<br>JGoldstein@gibsondunn.com | Email |
| Counsel to Ad Hoc Group | Glenn Agre Bergman & Fuentes LLP | Attn: Andrew K. Glenn<br>1185 Avenue of the Americas 22nd Floor<br>New York NY 10036 | aglenn@glennagre.com | Email |
| Counsel to Evolution Credit Partners | Gray Reed | Attn: Jason S. Brookner<br>1300 Post Oak Blvd, Suite 2000<br>Houston TX 77056 | jbrookner@grayreed.com | Email |
| Guam Attorney General | Guam Attorney General | Attn: Douglas B Moylan<br>Bank Of Hawaii Bldg, 134 W. Soledad Ave<br>4th Floor, Suite 412<br>Hagatna GU 96910 | dbmoylan@oagguam.org | Email |
| Counsel to Ad Hoc Group of Lenders | Howley Law PLLC | Attn: Tom A. Howley, Eric Terry<br>TC Energy Center 700 Louisiana St., Suite 4220<br>Houston TX 77002 | tom@howley-law.com<br>eric@howley-law.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>1111 Constitution Ave NW<br>Washington DC 20224 | | First-Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First-Class Mail |
| Counsel for Grammer Inc. and Grammer Americas LLC | Jones Day | Attn: Matthew C. Corcoran<br>325 John H. McConnell Boulevard Suite 600<br>Columbus OH 43215 | mccorcoran@jonesday.com | Email |

In re: First Brands Group, LLC, et al.
Case No. 25-90399 (CML)

Page 4 of 12

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Mayfair Enterprises, LLC, Global Technologies Partners, LLC, Global Technologies S.a.r.L, and certain affiliated directors and officers | Jones Walker LLP | Attn: Sean T. Wilson<br>811 Main Street, Suite 2900<br>Houston TX 77002 | swilson@joneswalker.com | Email |
| Counsel to LBA RV-Company XVII, LP | Kelley Drye & Warren LLP | Attn: Robert L. LeHane<br>3 World Trade Center<br>175 Greenwich Street<br>New York NY 10007 | KDWBankruptcyDepartment@kelleydrye.com<br>rlehane@kelleydrye.com | Email |
| Counsel to Binational Industrial Services, LLC | Law Offices of Phillipe & Associates | Attn: Christopher L. Phillippe<br>847 E. Harrison St.<br>Brownsville TX 78520 | clphillippe@cameroncountylawyer.com | Email |
| Counsel to BPREP 1805 S. Wilmington LLC | Law Offices of Ronald K. Brown, Jr., APC | Attn: Ronald K. Brown, Jr.<br>901 Dove Street Suite 120<br>Newport Beach CA 92660 | ron@rkbrownlaw.com | Email |
| Counsel to Washington Penn Plastics Co., Inc., and Uniform Color Company | Leech Tishman Fuscaldo & Lampl LLC | Attn: John M. Steiner, David W. Lampl<br>525 William Penn Place 28th Floor<br>Pittsburgh PA 15219 | jsteiner@leechtishman.com<br>dlampl@leechtishman.com | Email |
| Counsel to Tarrant County | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner<br>3500 Maple Avenue Suite 800<br>Dallas TX 75219 | dallas.bankruptcy@lgbs.com | Email |
| Counsel to ARC CGMARSC001, LLC and ARC CGLGNIN001, LLC | Loeb & Loeb LLP | Attn: Bethany D. Simmons<br>345 Park Avenue<br>New York NY 10154 | bsimmons@loeb.com | Email |
| Counsel to Katsumi Servicing, LLC | Mayer Brown LLP | Attn: Charles S. Kelly<br>700 Louisiana St Suite 3400<br>Houston TX 77002 | ckelley@mayerbrown.com | Email |
| Counsel to Katsumi Servicing, LLC | Mayer Brown LLP | Attn: Richard A. Stieglitz, Dabin Chung, Lauren C. Blanchard<br>1221 Avenue of the Americas<br>New York NY 10020 | rstieglitz@mayerbrown.com<br>dchung@mayerbrown.com<br>lblanchard@mayerbrown.com | Email |
| Counsel to Katsumi Servicing, LLC | Mayer Brown LLP | Attn: Sean T. Scott, Kyle J. TumSuden<br>71 South Wacker Drive<br>Chicago IL 60606 | stscott@mayerbrown.com<br>ktumsuden@mayerbrown.com | Email |
| Counsel to BDO USA, P.C. | McDermott Will & Schulte LLP | Attn: Charles R. Gibbs, Michael Wombacher<br>2801 North Harwood Street<br>Suite 2600<br>Dallas TX 75201 | crgibbs@mwe.com<br>mwombacher@mwe.com | Email |
| Counsel to BDO USA, P.C. | McDermott Will & Schulte LLP | Attn: Kristin Going<br>One Vanderbilt Avenue<br>New York NY 10017-3852 | kgoing@mwe.com | Email |
| Counsel to Advance Auto Parts, Inc. | McGuire Woods LLP | Attn: Demetra Liggins<br>Texas Tower, 845 Texas Ave. 24th Floor<br>Houston TX 77002 | dliggins@mcguirewoods.com | Email |
| Counsel to Advance Auto Parts, Inc. | McGuire Woods LLP | Attn: Dion W. Hayes, Connor W. Symons<br>Gateway Plaza<br>800 East Canal Street<br>Richmond VA 23219 | dhayes@mcguirewoods.com<br>csymons@mcguirewoods.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Randall Metals Corporation | Murray \| Lobb, PLLC | Attn: Kyle L. Dickson<br>2200 Space Park Drive Suite 350<br>Houston TX 77058 | kdickson@murray-lobb.com | Email |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry<br>1850 M St., NW 12th Floor<br>Washington DC 20036 | | First-Class Mail |
| Northern Mariana Islands Attorney General | Northern Mariana Islands Attorney General | Attn: Edward E. Manibusan<br>Caller Box 10007<br>Saipan MP 96950 | | First-Class Mail |
| Counsel to TriMas Corporation | Norton Rose Fulbright US LLP | Attn: Robert Hirsh, John Conover<br>1301 Avenue of the Americas<br>New York NY 10019-6022 | robert.hirsh@nortonrosefulbright.com<br>john.conover@nortonrosefulbright.com | Email |
| United States Trustee Southern District of Texas | Office of the United States Trustee | Attn: Jayson B. Ruff<br>515 Rusk Street, Suite 3516<br>Houston TX 77002 | jayson.b.ruff@usdoj.gov | Email |
| Counsel to creditors Raistone Capital LLC, Raistone Purchasing LLC -Series XXXII, and Raistone Purchasing LLCC-Series XXVIII | Orrick, Herrington & Sutcliffe LLP | Attn: Nicholas Sabatino<br>400 Capitol Mall Suite 3000<br>Sacramento CA 95814-4497 | nsabatino@orrick.com | Email |
| Counsel to creditors Raistone Capital LLC, Raistone Purchasing LLC -Series XXXII, and Raistone Purchasing LLCC-Series XXVIII | Orrick, Herrington & Sutcliffe LLP | Attn: Richard Jacobsen, Laura Metzger, Emanuel C. Grillo, Nicholas Poli, Ari Roytenberg, Jacob R. Herz<br>51 West 52nd Street<br>New York NY 10019-6142 | rjacobsen@orrick.com<br>lmetzger@orrick.com<br>egrillo@orrick.com<br>npoli@orrick.com<br>jherz@orrick.com | Email |
| Counsel to United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers International Union | Patrick M. Flynn, P.C. | Attn: Patrick M. Flynn<br>1225 North Loop West Suite 1000<br>Houston TX 77008-1775 | pat@pmfpc.com | Email |
| Counsel to Brownsville Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Hiram Gutierrez<br>P.O. Box 2916<br>McAllen TX 78502 | edinburgbankruptcy@pbfcm.com | Email |
| Counsel to the Carnaby II and III Secured Parties | Porter Hedges LLP | Attn: John F. Higgins, Megan Young-John, James A. Keefe<br>1000 Main Street 36th Floor<br>Houston TX 77002 | jhiggins@porterhedges.com<br>myoung-john@porterhedges.com<br>jkeefe@porterhedges.com | Email |
| Counsel to Evolution Credit Partners | Proskaur Rose LLP | Attn: Charles A. Dale<br>One International Place<br>Boston MA 02110-2600 | cdale@proskauer.com | Email |
| Counsel to Evolution Credit Partners | Proskaur Rose LLP | Attn: Vincent Indelicato, Matthew R. Koch<br>Eleven Times Square<br>New York NY 10036-8299 | vindelicato@proskauer.com<br>mkoch@proskauer.com | Email |
| Puerto Rico Attorney General | Puerto Rico Attorney General | Attn: Bankruptcy Department<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan PR 00918 | | First-Class Mail |
| Counsel to Industrial Realty Group LLC | Royston, Rayzor, Vickery & Williams, LLP | Attn: Kevin P. Walters, Blake E. Bachtel<br>1415 Louisiana Street Suite 4200<br>Houston TX 77002-7380 | kevin.walters@roystonlaw.com<br>blake.bachtel@roystonlaw.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Transend Logistics, LLC | Saul Ewing LLP | Attn: Lucian B. Murley<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington DE 19899 | luke.murley@saul.com | Email |
| Counsel to Transend Logistics, LLC | Saul Ewing LLP | Attn: Maxwell M. Hanamirian<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia PA 19102-2186 | maxwell.hanamirian@saul.com | Email |
| Counsel to Transend Logistics, LLC | Saul Ewing LLP | Attn: Steven Malitz<br>161 North Clark Street, Suite 4200<br>Chicago IL 60601 | steven.malitz@saul.com | Email |
| Counsel to Gorman Industrial Supply Co. | Scotthulse PC | Attn: James M. Feuille<br>One San Jacinto Plaza<br>201 E. Main, 11th Floor, P.O. Box 99123<br>El Paso TX 79999-9123 | | First-Class Mail |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F ST NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Fort Worth Office | Attn: David Woodcock Regional Director<br>Burnett Plaza<br>801 Cherry St., Ste. 1900 Unit 18<br>Fort Worth TX 76102 | | First-Class Mail |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Antonia Apps, Regional Director<br>100 Pearl St. Suite 20-100<br>New York NY 10004-2616 | bankruptcynoticeschr@sec.gov | Email |
| Counsel to BPP Shiraz Park A LP | Singer & Levick, P.C. | Attn: Michelle E. Shriro, Esq.<br>16200 Addison Road Suite 140<br>Addison TX 75001 | mshriro@singerlevick.com | Email |
| Attorney General of the Virgin Islands | St Croix Attorney General | Attn: Bankruptcy Department<br>213 Estate La Reine<br>Kingshill<br>St Croix VI 00850 | info@usvidoj.com | Email |
| Attorney General of the Virgin Islands | St Thomas Attorney General | Attn: Bankruptcy Department<br>3438 Krondprindsens Gade<br>Gers Building, 2nd Floor<br>St Thomas VI 00802 | info@usvidoj.com | Email |
| Counsel to De Lage Landen Financial Services, Inc. | Stark & Stark, P.C. | Attn: Joseph H. Lemkin<br>P.O. Box 5315<br>Princeton NJ 08543 | jlemkin@stark-stark.com | Email |
| State of Alabama Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 300152<br>Montgomery AL 36130-0152 | | First-Class Mail |
| State of Alaska Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 110300<br>Juneau AK 99811-0300 | attorney.general@alaska.gov | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State of Arizona Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Dept<br>2005 N Central Ave<br>Phoenix AZ 85004-2926 | aginfo@azag.gov | Email |
| State of Arkansas Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Dept<br>323 Center St. Suite 200<br>Little Rock AR 72201-2610 | | First-Class Mail |
| State of California Attorney General | State of California Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | bankruptcy@coag.gov | Email |
| State of Colorado Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Dept<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver CO 80203 | | First-Class Mail |
| State of Connecticut Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Dept<br>165 Capitol Avenue<br>Hartford CT 06106 | attorney.general@ct.gov<br>Denise.mondell@ct.gov | Email |
| State of Delaware Attorney General | State of Delaware Attorney General | Attn: Bankruptcy Dept<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington DE 19801 | Attorney.General@state.DE.US | Email |
| State of Florida Attorney General | State of Florida Attorney General | Attn: Bankruptcy Dept<br>The Capitol, PL 01<br>Tallahassee FL 32399-1050 | | First-Class Mail |
| State of Georgia Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Dept<br>40 Capital Square, SW<br>Atlanta GA 30334-1300 | | First-Class Mail |
| State of Hawaii Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Dept<br>425 Queen St.<br>Honolulu HI 96813 | hawaiiag@hawaii.gov | Email |
| State of Idaho Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Dept<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise ID 83720-1000 | | First-Class Mail |
| State of Illinois Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Dept<br>100 West Randolph Street<br>Chicago IL 60601 | webmaster@atg.state.il.us | Email |
| State of Indiana Attorney General | State of Indiana Attorney General | Attn: Bankruptcy Dept<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis IN 46204 | info@atg.in.gov | Email |
| State of Iowa Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Dept<br>1305 E. Walnut Street<br>Des Moines IA 50319 | webteam@ag.iowa.gov | Email |
| State of Kansas Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Dept<br>120 SW 10th Ave., 2nd Floor<br>Topeka KS 66612-1597 | | First-Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State of Kentucky Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Dept<br>700 Capitol Avenue, Suite 118<br>Frankfort KY 40601 | | First-Class Mail |
| State of Louisiana Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095 | ConsumerInfo@ag.state.la.us | Email |
| State of Maine Attorney General | State of Maine Attorney General | Attn: Bankruptcy Dept<br>6 State House Station<br>Augusta ME 04333-0000 | | First-Class Mail |
| State of Maryland Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Dept<br>200 St. Paul Place<br>Baltimore MD 21202-2202 | oag@oag.state.md.us | Email |
| State of Massachusetts Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Dept<br>One Ashburton Place<br>Boston MA 02108-1698 | | First-Class Mail |
| State of Michigan Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Dept<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St. P.O. Box 30212<br>Lansing MI 48909-0212 | miag@michigan.gov | Email |
| State of Minnesota Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Dept<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul MN 55101-2131 | | First-Class Mail |
| State of Mississippi Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Dept<br>Walter Sillers Building<br>550 High Street, Suite 1200 P.O. Box 220<br>Jackson MS 39201 | | First-Class Mail |
| State of Missouri Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Dept<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102 | attorney.general@ago.mo.gov | Email |
| State of Montana Attorney General | State of Montana Attorney General | Attn: Bankruptcy Dept<br>215 N Sanders, Third Floor<br>PO Box 201401<br>Helena MT 59620-1401 | contactdoj@mt.gov | Email |
| State of Nebraska Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Dept<br>2115 State Capitol<br>2nd Fl, Rm 2115<br>Lincoln NE 68509-8920 | ago.info.help@nebraska.gov | Email |
| State of Nevada Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Dept<br>100 North Carson Street<br>Carson City NV 89701 | AgInfo@ag.nv.gov | Email |
| State of New Hampshire Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Dept<br>33 Capitol St.<br>Concord NH 03301-0000 | attorneygeneral@doj.nh.gov | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State of New Jersey Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Dept<br>RJ Hughes Justice Complex<br>25 Market Street P.O. Box 080<br>Trenton NJ 08625-0080 | askconsumeraffairs@lps.state.nj.us | Email |
| State of New Mexico Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Dept<br>P.O. Drawer 1508<br>Santa Fe NM 87504-1508 | | First-Class Mail |
| State of New York Attorney General | State of New York Attorney General | Attn: Bankruptcy Dept<br>The Capitol<br>Albany NY 12224-0341 | | First-Class Mail |
| State of North Carolina Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Dept<br>9001 Mail Service Center<br>Raleigh NC 27699-9001 | | First-Class Mail |
| State of North Dakota Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Dept<br>State Capitol<br>600 E Boulevard Ave Dept 125<br>Bismarck ND 58505-0040 | ndag@nd.gov | Email |
| State of Ohio Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Dept<br>30 E. Broad St., 14th Floor<br>Columbus OH 43215 | | First-Class Mail |
| State of Oklahoma Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Dept<br>313 NE 21st Street<br>Oklahoma City OK 73105 | | First-Class Mail |
| State of Oregon Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Dept<br>1162 Court Street NE<br>Salem OR 97301 | consumer.hotline@doj.state.or.us | Email |
| State of Pennsylvania Attorney General | State of Pennsylvania Attorney General | Attn: Bankruptcy Dept<br>Strawberry Square<br>16th Floor<br>Harrisburg PA 17120 | | First-Class Mail |
| State of Rhode Island Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Dept<br>150 South Main Street<br>Providence RI 02903-0000 | | First-Class Mail |
| State of South Carolina Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 11549<br>Columbia SC 29211-1549 | | First-Class Mail |
| State of South Dakota Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Dept<br>1302 East Highway 14<br>Suite 1<br>Pierre SD 57501-8501 | consumerhelp@state.sd.us | Email |
| State of Tennessee Attorney General | State of Tennessee Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 20207<br>Nashville TN 37202-0207 | | First-Class Mail |
| State of Texas Attorney General | State of Texas Attorney General | Attn: Bankruptcy Dept<br>Capitol Station<br>PO Box 12548<br>Austin TX 78711-2548 | public.information@oag.state.tx.us | Email |

In re: First Brands Group, LLC, et al.
Case No. 25-90399 (CML)

Page 10 of 12

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State of Utah Attorney General | State of Utah Attorney General | Attn: Bankruptcy Dept<br>PO Box 142320<br>Salt Lake City UT 84114-2320 | uag@utah.gov | Email |
| State of Vermont Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Dept<br>109 State St.<br>Montpelier VT 05609-1001 | | First-Class Mail |
| State of Virginia Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Dept<br>General Financial Recovery Section<br>Post Office Box 610<br>Richmond VA 23218-0610 | | First-Class Mail |
| State of Washington Attorney General | State of Washington Attorney General | Attn: Bankruptcy Dept<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia WA 98504-0100 | | First-Class Mail |
| State of West Virginia Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Dept<br>State Capitol Bldg 1 Room E 26<br>Charleston WV 25305 | consumer@wvago.gov | Email |
| State of Wisconsin Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Dept<br>Wisconsin Department of Justice<br>State Capitol, Room 114 East P. O. Box 7857<br>Madison WI 53707-7857 | | First-Class Mail |
| State of Wyoming Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Dept<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne WY 82002 | | First-Class Mail |
| Counsel to Comptroller of Public Accounts, Revenue Accounting Division | Texas Attorney General's Office | Attn: Jamie Kirk<br>12221 Merit Drive<br>Suite 825<br>Dallas TX 75251 | jamie.kirk@oag.texas.gov | Email |
| Counsel to Tennessee Attorney General's Office | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division<br>Attn: Stephen R. Butler<br>PO Box 20207<br>Nashville TN 37202-0207 | steve.butler@ag.tn.gov | Email |
| U.S. Attorney for the Southern District of Texas | United States Attorney for the Southern District of Texas | Attn: Civil Process Clerk<br>1000 Louisiana St., Ste. 2300<br>Houston TX 77002 | usatxs.atty@usdoj.gov | Email |
| United States of America Attorney General | United States of America Attorney General | Attn: Bankruptcy Dept<br>US Dept of Justice<br>950 Pennsylvania Ave NW<br>Washington DC 20530-0001 | | First-Class Mail |
| Counsel to United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers International Union | USW International Union, AFLCIO, CLC | Attn: David R. Jury<br>60 Boulevard of the Allies Room 807<br>Pittsburgh PA 15222 | djury@usw.org | Email |
| Counsel to SorTech LLC | Villeda Law Group | Attn: Antonio Villeda, Mark Talbot<br>6316 North 10th Street<br>Bldg. B<br>McAllen TX 78504 | avilleda@mybusinesslawyer.com<br>mtalbot@mybusinesslawyer.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Leucadia Asset Management LLC, LAM TFG, LAM TFG II, and LAM TFG I SPV | Vinson & Elkins LLP | Attn: Paul E. Heath, Matthew D. Struble<br>845 Texas Avenue, Suite 4700<br>Houston TX 77002 | pheath@velaw.com<br>mstruble@velaw.com | Email |
| Counsel to Leucadia Asset Management LLC, LAM TFG, LAM TFG II, and LAM TFG I SPV | Wachtell, Lipton, Rosen & Katz | Attn: William D. Savitt, Joshua A. Feltman, Emil A. Kleinhaus, Michael H. Cassel, Mitchell S. Levy<br>51 W. 52nd Street<br>New York NY 10019 | wdsavitt@wlrk.com<br>jafeltman@wlrk.com<br>eakleinhaus@wlrk.com<br>mhcassel@wlrk.com<br>mslevy@wlrk.com | Email |
| Washington DC Attorney General | Washington DC Attorney General | Attn: Bankruptcy Dept<br>441 4th Street, NW<br>Washington DC 20001 | oag@dc.gov | Email |
| Counsel to the Debtor and Debtor in Possession | Weil, Gotshal & Manges LLP | Attn: Gabriel A. Morgan, Clifford W. Carlson<br>700 Louisiana Street, Suite 3700<br>Houston TX 77002 | gabriel.morgan@weil.com<br>clifford.carlson@weil.com | Email |
| Counsel to the Debtor and Debtor in Possession | Weil, Gotshal & Manges LLP | Attn: Matthew S. Barr, Sunny Singh, Andriana Georgallas, Jason H. George, Kevin Bostel<br>767 Fifth Avenue<br>New York NY 10153 | matt.barr@weil.com<br>sunny.singh@weil.com<br>andriana.georgallas@weil.com<br>kevin.bostel@weil.com<br>jason.george@weil.com | Email |
| Counsel to Bank of America, N.A. as ABL Agent | Winston & Strawn LLP | Attn: Daniel J. McGuire, Gregory M. Gartland, Amila Golic<br>35 West Wacker Dr.<br>Chicago IL 60601-9703 | dmcguire@winston.com<br>ggartland@winston.com<br>agolic@winston.com | Email |
| Counsel to Bank of America, N.A. as ABL Agent | Winston & Strawn LLP | Attn: Madison K. Haueisen<br>800 Capitol St. Suite 2400<br>Houston TX 77002-2925 | mhaueisen@winston.com | Email |

**Exhibit B**

Exhibit B
Ordinary Course Professional Service List
Served as set forth below

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 30731612 | AIRD & BERLIS LLP | BROOKFIELD PLACE | SUITE 1800181 | BAY STREET | TORONTO | ON | M5J 2T9 | CANADA | ACCOUNTING@AIRDBERLIS.COM | First-Class Mail and Email |
| 30731941 | BAKER & HOSTETLER LLP | P.O. BOX 70189 | | | CLEVELAND | OH | 44190-0189 | | BAKERLOCKBOX@BAKERLAW.COM | First-Class Mail and Email |
| OCP_002 | Ballard Spahr LLP | Attn: Nelson, Charles | 2000 IDS Center, 80 South 8th Street | | MINNEAPOLIS | MN | 55402-2100 | | | First-Class Mail |
| 30732020 | BEVERIDGE & DIAMOND | 1900 N STREET | SUITE 100 | | WASHINGTON | DC | 20036 | | COLLECTDEPT@BDLAW.COM | First-Class Mail and Email |
| 30752357 | BOBER MARKEY FEDOROVICH | 3421 RIDGEWOOD ROAD | SUITE 300 | | AKRON | OH | 44333 | | | First-Class Mail |
| OCP_001 | Day Pitney LLP | Attn: Chaclas, George N. / Garens | Alex P. One Federal Street, 29th Floor | | BOSTON | MA | 02110 | | | First-Class Mail |
| OCP_003 | Dehay & Elliston LLP | 400 E. Pratt Street, Suite 510 | | | BALTIMORE | MD | 21202 | | | First-Class Mail |
| 30753000 | DELOITTE & TOUCHE LLP | 2200 ROSS AVE #1600 | | | DALLAS | TX | 75201 | | | First-Class Mail |
| 30718960 | FOLEY & LARDNER LLP | ATTN: AIELLO, MARK A. | 500 WOODWARD AVENUE, SUITE 2700 | | DETROIT | MI | 48226 | | MAIELLO@FOLEY.COM | First-Class Mail and Email |
| 30718961 | FOX ROTHSCHILD LLP | ATTN: HARRIS, JESSE M. | TWO COMMERCE SQUARE | 2001 MARKET STREET, SUITE 1700 | PHILADELPHIA | PA | 19103 | | JESSEHARRIS@FOXROTHSCHILD.COM | First-Class Mail and Email |
| OCP_004 | Fragomen, Del Rey, Bernsen & Loewy, LLP | 90 Matawan Road, 4th Floor | | | MATAWAN | NJ | 07747 | | | First-Class Mail |
| OCP_009 | Frilot LLC | 1100 Poydras Street, Suite 3700 | | | NEW ORLEANS | LA | 70163 | | | First-Class Mail |
| OCP_010 | Gordon Rees Scully Mansukhani, LLP | 1 Battery Park Plaza, 28th Floor | | | NEW YORK | NY | 10004 | | | First-Class Mail |
| 30733330 | HACKER STEPHENS LLP | 108 WILD BASIN ROAD SOUTH | SOUTH 250 | | AUSTIN | TX | 78746 | | CONTACT@HACKERSTEPHENS.COM | First-Class Mail and Email |
| OCP_011 | Hoagland, Longo, Moran, Dunst & Doukas, LLP | 40 Paterson Street | | | NEW BRUNSWICK | NJ | 08903 | | | First-Class Mail |
| OCP_012 | Kelley Jasons McGowan Spinellis Hanna & Reber LLP | 1818 Market Street, Suite 3205 | | | PHILADELPHIA | PA | 19103 | | | First-Class Mail |
| 30733893 | KYL J. KIRBY, ATTORNEY AND COUNSELOR AT LAW, P.C. | 1400 LIPSCOMB STREET | | | FORT WORTH | TX | 76104 | | | First-Class Mail |
| OCP_005 | Leech Tischman | 525 William Penn Pl | | | PITTSBURGH | PA | 15219 | | | First-Class Mail |
| OCP_006 | Mallette Inc. | 200-1562 Rue Nationale | | | TERREBONNE | QC | J6W 0E2 | CANADA | | First-Class Mail |
| 30734194 | MCMILLAN LLP | 181 BAY STREET | SUITE 4400 | | TORONTO | ON | M5J2T3 | CANADA | FINANCE@MCMILLAN.CA | First-Class Mail and Email |
| OCP_013 | MG+M The Law Firm | 701 Brickell Avenue, Suite 2000 | | | MIAMI | FL | 33131 | | | First-Class Mail |
| 30734246 | MICHAEL BEST & FRIEDRICH LLP | 790 N WATER STREET | SUITE 2500 | | MILWAUKEE | WI | 53202 | | ACCOUNTING@MICHAELBEST.COM | First-Class Mail and Email |
| 30755066 | MOORE DOEREN MAYHEW, P.C. | 305 W. BIG BEAVER ROAD | | | TROY | MI | 48084 | | | First-Class Mail |
| 30755842 | REED SMITH LLP | 2672 PAYSPHERE CIRCLE | | | CHICAGO | IL | 60674 | | | First-Class Mail |
| OCP_014 | Richardson Plowden & Robinson, P.A. | 235 Magrath Darby Blvd., Suite 100 | | | MOUNT PLEASANT | SC | 29464 | | | First-Class Mail |
| 30756007 | RYAN TAX COMPLIANCE SERVICES, LLC | THREE GALLERIA TOWER | 13155 NOEL ROAD | SUITE 100 | DALLAS | TX | 75240 | | | First-Class Mail |
| OCP_007 | Segal GCSE LLP | 10 York Mills Road, Suite 700 | | | TORONTO | ON | M2P 2G4 | CANADA | | First-Class Mail |
| OCP_015 | Segal McCambridge Singer & Mahoney Ltd | 2 Granite Ave, Suite 260 | | | MILTON | MA | 02186 | | | First-Class Mail |
| 30735260 | SEYFARTH SHAW LLP | 233 S. WACKER DRIVE | SUITE 8000 | | CHICAGO | IL | 60606 | | WIREPAYMENTS@SEYFARTH.COM | First-Class Mail and Email |
| OCP_016 | Sinars Slowikowski Tomaska LLC | 6 Cardinal Way, Suite 900 | | | ST. LOUIS | MO | 63102 | | | First-Class Mail |
| OCP_017 | Spilman Thomas & Battle, PLLC | 300 Kanawha Boulevard | | | EAST CHARLESTON | WV | 25301 | | | First-Class Mail |
| 30735420 | SPROUSE LAW FIRM | PO BOX 92466 | | | AUSTIN | TX | 78709 | | MSPROUSE@SPROUSEPLLC.COM | First-Class Mail and Email |
| 30735503 | STOLL KEENON OGDEN PLLC | 300 WEST VINE STREET | SUITE 2100 | | LEXINGTON | KY | 40507 | | PAYMENTS@SKOFIRM.COM | First-Class Mail and Email |
| 30735887 | UNGRIA INTERNATIONAL INC. | 50 TICE BLVD | SUITE 152 | | WOODCLIFF LAKE | NJ | 07677-7658 | | PATENTEAM@UNGRIAUSA.COM | First-Class Mail and Email |
| OCP_008 | Vanzetta & Associati | Via A. Manzoni, 38 | | | MILAN | | 20121 | ITALY | | First-Class Mail |
| 30735963 | VARNUM LLP | PO BOX 352 | | | GRAND RAPIDS | MI | 49501-0352 | | ACCOUNTSRECEIVABLE@VARNUMLAW.COM | First-Class Mail and Email |
| 30736017 | VINSON & ELKINS LLP - IOLTA | 845 TEXAS AVENUE | | | HOUSTON | TX | 77002 | | | First-Class Mail |
| 30719034 | WIGGIN & DANA LLP | ATTN: CASSIDY, KATE | 437 MADISON AVENUE | | NEW YORK | NY | 10022 | | KCASSIDY@WIGGIN.COM | First-Class Mail and Email |
| OCP_018 | Wilson Elser Moskowitz Edelman & Dicker | 805 SW Broadway, Suite 2460 | | | PORTLAND | OR | 97205 | | | First-Class Mail |
| 30757354 | WTP ADVISORS | 601 CARLSON PARKWAY | SUITE 1050 | | MINNEAPOLIS | MN | 55305 | | | First-Class Mail |
| OCP_019 | Yukevich \| Cavanaugh | 355 South Grand Ave, 15th Floor | | | LOS ANGELES | CA | 90071 | | | First-Class Mail |