**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| **FIRST BRANDS GROUP, LLC**, *et al.*,[1] | : | Case No. 25-90399 (CML) |
| Debtors. | : | (Jointly Administered) |

| | | |
|---|---|---|
| **FIRST BRANDS GROUP, LLC**, *et al.*, | : | |
| Plaintiffs, | : | Adversary Pro. No. 25-___ (CML) |
| v. | : | |
| **SEALED DEFENDANTS**, | : | |
| Defendants. | : | |

**ADVERSARY COMPLAINT**

**[Plaintiff's Adversary Complaint, forthcoming motion, and related documents in the above-captioned Adversary Proceeding are filed under seal.]**

---

[1] A complete list of the debtors in these chapter 11 cases may be obtained on the website of the debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.