IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**DECLARATION OF JULIA C. KOCH
IN SUPPORT OF THE SUPPLEMENTAL OBJECTION OF
ONSET FINANCIAL, INC. TO DEBTORS' DIP FINANCING MOTION**

I, Julia C. Koch, declare under penalty of perjury as follows:

1. I am an associate at the law firm of Morrison & Foerster LLP ("Morrison & Foerster"). Morrison & Foerster is legal counsel for Onset Financial, Inc. ("Onset").

2. I submit this declaration in support of the *Supplemental Objection of Onset Financial, Inc. to Debtors' DIP Financing Motion* (the "Objection"),[2] which was filed by Onset in response to the DIP Motion.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the *Master Lease Agreement No. OFI1045321*, dated May 9, 2018, between Onset and Trico.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the *Master Progress Payment Agreement*, dated May 9, 2018, between Onset and Trico.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the *Master Lease Agreement No. OFI1445416*, dated June 28, 2022, between Onset and the Carnaby IV Debtor.

---

[1] A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these Chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Objection.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the *Master Progress Payment Agreement*, dated June 28, 2022, between Onset and the Carnaby IV Debtor.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the *Master Lease Agreement No. OFI154565*, dated October 24, 2023, between Onset and the Carnaby FA Debtor.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the *Master Progress Payment Agreement*, dated October 24, 2023, between Onset and the Carnaby FA Debtor.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the sample documentation for a Direct Transaction involving inventory.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the sample documentation for a Direct Transaction involving equipment.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the sample documentation for a Conduit Transaction involving inventory.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the sample documentation for a Conduit Transaction involving equipment.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a summary chart identifying each of the Trico Bailees that are Debtors, as well as the location of assets in their respective possession.

14. Attached hereto as **Exhibit 12** is a true and correct copy of a summary chart identifying each of the Conduit Bailees that are Debtors, as well as the location of assets in their respective possession.

15. Attached hereto as **Exhibit 13** is a true and correct copy of an email chain with the subject "First Brands | Depositions" between Robert Berezin of Weil, Gotshal & Manges LLP and Bryan Kotliar of Morrison & Foerster LLP, with others copied, dated October 21, 2025.

Pursuant to 27 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 3, 2025

_____
Julia C. Koch