IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | : | |
|---|---|---|
| In re: | : | Chapter 11 Case No. 25-90399 (CML) |
| | : | (Jointly Administered) |
| | : | |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | : | |
| | : | |
| Debtors. | : | |
| | : | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the below counsel represent Patrick James, in his individual capacity, in the above-referenced chapter 11 cases and hereby enter their appearances pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and that all notices given or required to be given in these cases or in any proceeding herein and all papers served or required to be served in these cases or in any proceeding herein be given to and served upon the following:

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Cameron M. Kelly
700 Louisiana, Suite 3900
Houston, Texas 77002
Telephone: 713-221-7000
Email: cameronkelly@quinnemanuel.com

-and-

---

[1] A complete list of the debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands (hereinafter the "**Debtors**"). Herein, "**First Brands**" or the "**Company**" refer to First Brands Group, LLC and its affiliated debtors and debtors in possession. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114. Capitalized terms not defined herein have the meanings ascribed to them in the Motions and in the Declaration Of Charles M. Moore In Support Of Debtors' Chapter 11 Petitions [ECF No. 22] (the "**Moore Decl.**").

1

Michael B. Carlinsky
James C. Tecce
Scott Hartman
Eric S. Kay
Reece Pelley
Grace Sullivan
295 Fifth Avenue
New York, New York 10016
Telephone: (212) 849-7000
Email: michaelcarlinsky@quinnemanuel.com
jamestecce@quinnemanuel.com
scotthartman@quinnemanuel.com
erickay@quinnemanuel.com
reecepelley@quinnemanuel.com
gracesullivan@quinnemanuel.com

-and-

**DEBEVOISE & PLIMPTON LLP**

M. Natasha Labovitz
Erica S. Weisgerber
Matthew J. Sorensen
Christopher R. Ceresa
66 Hudson Boulevard New York, NY 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: nlabovitz@debevoise.com
eweisgerber@debevoise.com
mjsorensen@debevoise.com
crceresa@debevoise.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, copies of any orders (including orders to show cause) and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, overnight mail or courier, hand delivery, telephone, telecopies, telegraph, telex or otherwise, that affect Mr. James.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) Mr. James's right to have final orders in non-core matters entered only after *de novo* review by the District Court, (ii) Mr. James's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) Mr. James's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Mr. James is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Mr. James expressly reserves.

Dated: November 3, 2025

Respectfully submitted,

By: /s/ Cameron M. Kelly

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Cameron Kelly (SBN 24120936)
700 Louisiana Street, Suite 3900
Houston, Texas 77002
Telephone: (713) 221-7000

-and-

Michael B. Carlinsky (*pro hac vice* forthcoming)
James C. Tecce (*pro hac vice* forthcoming)
Scott Hartman (*pro hac vice* forthcoming)
Eric S. Kay (*pro hac vice* forthcoming)
Reece Pelley (*pro hac vice* forthcoming)
Grace Sullivan (*pro hac vice* forthcoming)
295 Fifth Avenue
New York, New York 10016
Telephone: (212) 849-7000

*Counsel for Patrick James*

**CERTIFICATE OF SERVICE**

I, Cameron Kelly, certify that on November 3, 2025, I caused a true and correct copy of the foregoing document to be served by the Court's CM/ECF system on all parties entitled to notice.

                                          */s/ Cameron M. Kelly*
                                          Cameron Kelly