IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 25-90399-H4-11 |
| FIRST BRANDS GROUP, LLC, et al, | § | (Chapter 11) |
| Debtors | § | (Jointly Administered) |

**MOTION FOR RELIEF FROM THE STAY**

**THIS IS A MOTION FOR RELIEF FROM THE AUTOMATIC STAY.  IF YOU OBJECT TO THE GRANTING OF RELIEF FROM THE AUTOMATIC STAY, YOU SHOULD CONTACT THE MOVANT IMMEDIATELY TO TRY TO REACH AN AGREEMENT.  IF YOU CANNOT REACH AN AGREEMENT, YOU MUST FILE A WRITTEN RESPONSE AND SEND A COPY TO MOVANT NOT LATER THAN NOVEMBER 25, 2025 AND YOU MUST ATTEND THE HEARING.**

**THE COPY SENT TO THE MOVANT MUST BE DELIVERED BY HAND OR ELECTRONIC DELIVERY IF IT IS SENT LESS THAN 7 DAYS PRIOR TO THE HEARING.  UNLESS THE PARTIES AGREE OTHERWISE, THE HEARING MAY BE AN EVIDENTIARY HEARING AND THE COURT MAY GRANT OR DENY RELIEF FROM THE STAY BASED ON THE EVIDENCE PRESENTED AT THIS HEARING.  IF A TIMELY OBJECTION IS FILED, THE COURT WILL CONDUCT A HEARING ON THIS MOTION ON DECEMBER 2, 2025 AT 10:00 AM IN COURTROOM 401 LOCATED AT 515 RUSK AVENUE, HOUSTON, TX 77002.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW, ACAR Leasing LTD ("ACAR"), complaining of Trico Products Corporation ("Debtor") and for cause of action would respectfully show the Court as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 157 and 11 U.S.C. § 362.  This is a core proceeding.

2. ACAR is a corporation doing business in Texas.  Debtor may be served at 127 Public Square, Suite 5300, Cleveland, OH 44114. Debtor filed a petition pursuant to Chapter 11 of Title 11 on or about September 29, 2025.  An Order for Relief was subsequently entered.

3. ACAR is lessor to the above-referenced Debtor by virtue of a Closed End Motor Vehicle Lease on a 2024 Chevrolet Suburban, Vehicle Identification Number 1GNSKFKD2RR367505 ("Vehicle 1").

4. Debtor voluntarily turned in Vehicle 1 to the dealership on October 23, 2025.

5. ACAR is a lessor to the above-referenced Debtor by virtue of a Closed End Motor Vehicle Lease on a 2025 Chevrolet Suburban, Vehicle Identification Number 1GNS6FRD3SR104181 ("Vehicle 2" and with Vehicle 1 the "Leased Vehicles").

6. Vehicle 2 was voluntarily surrendered to the dealership on October 23, 2025.

7. ACAR seeks relief from the automatic stay to dispose of the Leased Vehicles per the terms of the Leases thereon.

8. ACAR does not have and Debtor is not able to offer adequate protection of ACAR's interest in the Leased Vehicles or adequate assurance of future performance under the Leases.

9. Debtor has no equity in the Leased Vehicles or the Leases and same are not necessary to an effective reorganization.

10. Cause exists to terminate the automatic stay because of Debtor's surrender of the Leased Vehicles.

11. Further cause may exist to terminate the automatic stay if the Leased Vehicles are not properly insured. ACAR does not have proof of current insurance listing ACAR as loss payee.

12. Because the Leased Vehicles described herein depreciates and may not be insured, any Order either terminating or conditioning the automatic stay should be effective immediately and there should be no stay of the Order for fourteen days after the entry of the Order.

WHEREFORE, PREMISES CONSIDERED, ACAR Financial Services, Inc. d/b/a GM Financial prays for:

1. An Order of this Court granting ACAR relief from the automatic stay imposed pursuant to 11 U.S.C. § 362 and the leases thereon and allowing ACAR to exercise its state law rights with regard to the Leased Vehicles;

2. An Order of this Court finding that any Order entered with regard to this Motion should be effective immediately upon its entry and should not be stayed for fourteen days following the entry of said Order; and

3. For such other and further relief, both general and specific, to which ACAR may show itself justly entitled.

Respectfully submitted,
/s/ Stephen G. Wilcox
Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR ACAR FINANCIAL SERVICES, INC. D/B/A GM FINANCIAL

## CERTIFICATE OF CONFERENCE

I, the undersigned, hereby certify that prior to the filing of this Motion, I did the following: On October 29, 2025 at 4:19 p.m., I emailed the Debtors' attorneys. No agreement could be reached.

/s/ Stephen G. Wilcox
Stephen G. Wilcox

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion for Relief from the Automatic Stay, or, in the Alternative, Request for Adequate Protection was served by FIRST CLASS MAIL, POSTAGE PREPAID on:

Trico Products Corporation
127 Public Square, Suite 5300
Cleveland, OH 44114

and by ELECTRONIC FILING on:

Clifford Carlson
Weil Gotshal and Manges
700 Louisiana St., Suite 3700
Houston, TX 77002

Office of the U.S. Trustee
1100 Commerce, Room 976
Dallas, TX  75242

on November 7, 2025.

/s/ Stephen G. Wilcox
Stephen G. Wilcox

## SUMMARY OF EXHIBITS

1. Closed End Motor Vehicle Lease dated November 21, 2024 on a 2024 Chevrolet Suburban, Vehicle Identification Number 1GNSKFKD2RR367505

2. Certificate of Title on a 2024 Chevrolet Suburban, Vehicle Identification Number 1GNSKFKD2RR367505

3. Closed End Motor Vehicle Lease dated November 27, 2024 on a 2025 Chevrolet Suburban, Vehicle Identification Number 1GNS6FRD3SR104181

4. Certificate of Title on a 2025 Chevrolet Suburban, Vehicle Identification Number 1GNS6FRD3SR104181

*Copies of Exhibits are available by written request to:

Kim Raudry
Wilcox Law, P.L.L.C.
P.O. Box 201849
Arlington, TX 76006
kraudry@wilcoxlaw.net

9040-01524-621585