# Exhibit C

| From: | Weisgerber, Erica |
|---|---|
| Sent: | Monday, October 20, 2025 4:39 PM |
| To: | 'Georgallas, Andriana'; 'Singh, Sunny'; Barr, Matt; 'Fliman, Ariel'; George, Jason; Findlay, Loren |
| Cc: | Slattery, Keith J.; Danielle Gilmore; 'Scott Hartman'; Labovitz, Natasha |
| Subject: | D&O insurance |

Weil team -

We connected with Ariel today about insurance-related issues.

Both Ariel and our insurance team (Keith and Danielle, copied) appear to have similar reads of the operative D&O policies, which is that the separate Side A policy will not trigger/operate on a primary basis unless the Side A insurer(s) see there was a denial or delay under the ABC policy (the "Followed Policy").

We also understand that the insurers will require that our client request indemnity from the Company in order to access the insurance.

To that end, we would like to:
- Confirm that the Debtors will agree that we may file a notice of claim for Patrick James under the Followed Policy without violating the automatic stay.
- Confirm whether the Debtors will agree to indemnify Mr. James for any legal costs incurred relating to the Special Committee's investigation and any related investigation(s) (including by regulators) relating to First Brands.

Happy to discuss live if helpful.

Thanks,

Erica

**Debevoise**
**&Plimpton**

**Erica S. Weisgerber**
Partner
eweisgerber@debevoise.com
+1 212 909 6998 (Tel)

66 Hudson Boulevard
New York, NY 10001
www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.