# Exhibit D

| | |
|---|---|
| **From:** | Hanrahan, Janine <Janine.Hanrahan@aig.com> |
| **Sent:** | Wednesday, October 29, 2025 10:10 AM |
| **To:** | Slattery, Keith J. |
| **Cc:** | Weisgerber, Erica; 'Scott Hartman'; 'mw@virabus.com'; Young, Marche |
| **Subject:** | AIG File No. 7678750107US - Mayfair Enterprises - Patrick James |

***EXTERNAL*** 

Good morning:

AIG Claims, Inc. is the authorized representative for National Union Fire Insurance Company of Pittsburgh, Pa. ("AIG"), which issued Side-A Edge Policy No. 03-824-13-57 ("Side A Policy") to Mayfair Enterprises, LLC.  AIG acknowledges receipt of the above-referenced matter.  I am the adjuster handling this file and request that you direct any future correspondence to my attention.  Terms in bold have the meaning assigned to them in the Side A Policy.

The Side A Policy is effective for the period February 2, 2025 to February 2, 2026 and has a limit of liability of $10 million, excess of $200 million in underlying insurance and any applicable retention.  Except as otherwise set forth in the Side A Policy, the Side A Policy shall provide coverage in accordance with the same terms, conditions and limitations of the **Followed Policy**, i.e., Berkshire Hathaway Specialty Insurance Company Policy No. 47-EMC-310190-06.  Accordingly, please provide us with a copy of Berkshire's coverage analysis under the **Followed Policy**.  Pending our receipt and review of the same, AIG is not able to provide its preliminary coverage assessment and, therefore, expressly reserves all of its rights under the Side A Policy, the **Followed Policy**, at law and in equity in connection with this matter.  Nothing herein shall be construed as a waiver of any rights or defenses AIG now has or hereafter may have, and AIG recognizes that the **Insureds** similarly reserve their rights.

Thank you in advance. If you have any questions or concerns regarding the contents of this email, please don't hesitate to contact me.

Best,
Janine


**Janine A. Hanrahan, Esq.**
**AIG**
Complex Claims Director, Management Liability
American International Group (AIG)
AIG Claims, Inc. (CA License Number: 2607481)

99 High Street, 24th Floor, Boston, MA 02110
+1 617-330-8515
janine.hanrahan@aig.com | www.aig.com

***What's Driving Financial Lines Claims?*** Read our latest AIG Claims Intelligence Series reports now.

1

This correspondence is sent by AIG Claims, Inc. (CA License #2607481) as the authorized claims administrator for AIG Assurance Company, AIG Property Casualty Company, AIG Specialty Insurance Company, AIU Insurance Company, American Home Assurance Company, Commerce and Industry Insurance Company, Granite State Insurance Company, Illinois National Insurance Company, The Insurance Company of the State of Pennsylvania, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., New Hampshire Insurance Company, Blackboard Insurance Company, Blackboard Specialty Insurance Company, Stratford Insurance Company, Tudor Insurance Company and Western World Insurance Company.

**From:** Slattery, Keith J. <kjslattery@debevoise.com>
**Sent:** Friday, October 24, 2025 10:27 PM
**To:** 'c-claim@AIG.com' <c-claim@AIG.com>
**Cc:** 'Marche.young@marsh.com' <Marche.young@marsh.com>; Weisgerber, Erica <eweisgerber@debevoise.com>; 'Scott Hartman' <scotthartman@quinnemanuel.com>; 'mw@virabus.com' <mw@virabus.com>
**Subject:** [EXTERNAL] Notice of Claim, Insured Mayfair Enterprises, LLC (Patrick James) Policy# 03-824-13-57

**This message is from an external sender; be cautious with links and attachments.**

Dear Claim Handler,

Attached please find a Notice of Claim with relevant attachments for Insured Mayfair Enterprises, LLC (Patrick James) under Policy# 03-824-13-57.

Keith Slattery