# Exhibit E

| | |
|---|---|
| **From:** | Scott Hartman <scotthartman@quinnemanuel.com> |
| **Sent:** | Wednesday, November 5, 2025 4:54 PM |
| **To:** | Georgallas, Andriana |
| **Cc:** | Weisgerber, Erica; Slattery, Keith J.; Danielle Gilmore; Labovitz, Natasha; Fliman, Ariel; Bascoy, Alejandro; Michael Carlinsky; James Tecce; Barr, Matt; Singh, Sunny |
| **Subject:** | RE: D&O insurance |

**\*EXTERNAL\***

Got it.  Thank you very much, Andriana.

**From:** Georgallas, Andriana <Andriana.Georgallas@weil.com>
**Sent:** Wednesday, November 5, 2025 4:52 PM
**To:** Scott Hartman <scotthartman@quinnemanuel.com>
**Cc:** eweisgerber@debevoise.com; Slattery, Keith J. <kjslattery@debevoise.com>; Danielle Gilmore <daniellegilmore@quinnemanuel.com>; Labovitz, Natasha <nlabovitz@debevoise.com>; Fliman, Ariel <Ariel.Fliman@weil.com>; Bascoy, Alejandro <Alejandro.Bascoy@weil.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; James Tecce <jamestecce@quinnemanuel.com>; Barr, Matt <Matt.Barr@weil.com>; Singh, Sunny <sunny.singh@weil.com>
**Subject:** RE: D&O insurance

**[EXTERNAL EMAIL from andriana.georgallas@weil.com]**

Scott, thanks for chatting just now. As discussed, the company does not object to you seeking a determination of coverage, but reserves rights with respect to accessing D&O proceeds / disbursements.



**Andriana Georgallas**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
andriana.georgallas@weil.com
+1 212 310 8827 Direct
+1 212 310 8007 Fax

**From:** Scott Hartman <scotthartman@quinnemanuel.com>
**Sent:** Tuesday, November 4, 2025 11:43 AM
**To:** Georgallas, Andriana <Andriana.Georgallas@weil.com>
**Cc:** eweisgerber@debevoise.com; Slattery, Keith J. <kjslattery@debevoise.com>; Danielle Gilmore <daniellegilmore@quinnemanuel.com>; Labovitz, Natasha <nlabovitz@debevoise.com>; Fliman, Ariel <Ariel.Fliman@weil.com>; Bascoy, Alejandro <Alejandro.Bascoy@weil.com>; michaelcarlinsky@quinnemanuel.com; James Tecce <jamestecce@quinnemanuel.com>

1

**Subject:** Re: D&O insurance
**Importance:** High

Adriana,

I am following up on the email exchange with Erica below.   Is it really the company's position that mere notice to the ABC insurers in order to obtain a coverage position (even if not seeking an immediate disbursement) would violate the stay?  If so, can you provide any authority for that position?

Particularly in light of the debtors' recent actions against Mr. James, this has become an urgent issue for us.

Thanks,
Scott

**Scott Hartman**
*Partner*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7083 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
scotthartman@quinnemanuel.com
www.quinnemanuel.com

> **From:** "Georgallas, Andriana" <Andriana.Georgallas@weil.com>
> **Date:** October 29, 2025 at 10:52:03 PM EDT
> **To:** "Weisgerber, Erica" <eweisgerber@debevoise.com>
> **Cc:** "Fliman, Ariel" <Ariel.Fliman@weil.com>, "Bascoy, Alejandro" <Alejandro.Bascoy@weil.com>
> **Subject: Re: D&O insurance**
>
>
> **\*EXTERNAL\***
>
> ---
>
> Erica, tried you back a couple times today. The company does not agree that Patrick can file a claim against the D&O policies without a court order granting permission to do so / seeking to lift the stay and the company reserves all rights with respect thereto. We confirm that the company will not indemnify Patrick for legal costs.
>
> We should connect tomorrow on this and the other points we were discussing.
>
> Thnx

2

On Oct 20, 2025, at 4:39 PM, Weisgerber, Erica <eweisgerber@debevoise.com> wrote:

Weil team -

We connected with Ariel today about insurance-related issues.

Both Ariel and our insurance team (Keith and Danielle, copied) appear to have similar reads of the operative D&O policies, which is that the separate Side A policy will not trigger/operate on a primary basis unless the Side A insurer(s) see there was a denial or delay under the ABC policy (the "Followed Policy").

We also understand that the insurers will require that our client request indemnity from the Company in order to access the insurance.

To that end, we would like to:
- Confirm that the Debtors will agree that we may file a notice of claim for Patrick James under the Followed Policy without violating the automatic stay.
- Confirm whether the Debtors will agree to indemnify Mr. James for any legal costs incurred relating to the Special Committee's investigation and any related investigation(s) (including by regulators) relating to First Brands.

Happy to discuss live if helpful.

Thanks,

Erica


**Debevoise & Plimpton**

**Erica S. Weisgerber**
Partner

eweisgerber@debevoise.com
+1 212 909 6998 (Tel)

66 Hudson Boulevard
New York, NY 10001
www.debevoise.com

---

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may

3

call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.

The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.