IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |   |
|---|---|---|
| In re: | : | Chapter 11 |
| FIRST BRANDS GROUP, *et al.*, | : | Case No. 25-90399 (CML) |
| Debtors.[1] | : | (Jointly Administered) |

**ORDER MODIFYING THE AUTOMATIC
STAY TO ALLOW THE USE OF PROCEEDS OF DIRECTORS
AND OFFICERS LIABILITY INSURANCE POLICIES ISSUED TO
NON-DEBTOR MAYFAIR ENTERPRISES, LLC FOR INSUREDS' DEFENSE COSTS**

Upon consideration of the motion (the "Motion")[2] of Patrick James, Edward James, Stephen Graham, and Michael Baker (collectively, the "Movants") for entry of an order ("Order") (a) authorizing, and, to the extent necessary, modifying the automatic stay to allow Berkshire Hathaway Specialty Insurance Company (the "Primary Insurer") under Policy No. 47-EMC-310190-06 issued by the Primary Insurer to non-Debtor Mayfair Enterprises, LLC (the "ABC Policy") and any other insurance carrier of a directors and officers insurance policy listed on Exhibit C to the *Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Insurance Policies, Surety Bonds, and Letters of Credit and (B) Pay All Obligations With Respect Thereto, and (II) Granting Related Relief* [Docket No. 10] (such carriers collectively and as applicable, the "Side A Insurers," the corresponding policies, collectively and as applicable, the "Side A Policies" and, such policies together with the ABC Policy, the "D&O

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Policies") to make payments, including the advancement of "Defense Costs" as that term is defined in the ABC Policy to, or on behalf of, the Movants in accordance with terms of the D&O Policies; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and the Court having determined that there is good and sufficient cause for the relief granted in this order, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Primary Insurer and the Side A Insurers are authorized to make payments, including the advancement of Defense Costs (as defined in the ABC Policy) to, or on behalf of, the Movants in accordance with terms of the D&O Policies, without further notice or relief of this Court.

2. The automatic stay set forth in section 362 of the Bankruptcy Code, to the extent applicable, is hereby modified to permit the Primary Insurer and Side A Insurers to pay and/or advance Defense Costs consistent with their obligations under the D&O Policies.

3. Nothing in this Order shall modify or alter the rights and obligations provided for under the terms and provisions of the D&O Policies.

4. The Movants, Primary Insurer, and Side A Insurers are authorized to take all actions necessary or appropriate to implement the relief granted in this Order in accordance with the Motion.

5. The Court retains jurisdiction regarding the interpretation, enforcement, and implementation of this Order.

Signed: _____, 2025

                                           UNITED STATES BANKRUPTCY JUDGE