**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | : Chapter 11 |
| | : |
| FIRST BRANDS GROUP, *et al.*, | : Case No. 25-90399 (CML) |
| | : |
| Debtors.[1] | : (Jointly Administered) |
| | : |
| | : |

**JOINDER OF MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING
AND, TO THE EXTENT NECESSARY, MODIFYING THE
AUTOMATIC STAY TO ALLOW THE USE OF PROCEEDS OF
DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICIES
ISSUED TO NON-DEBTOR MAYFAIR ENTERPRISES, LLC FOR INSUREDS'
DEFENSE COSTS OR, IN THE ALTERNATIVE, (II) CONFIRMING
THAT ADVANCEMENT OF DEFENSE COSTS AND PROVIDING
NOTICE IN ACCORDANCE WITH DIRECTORS AND OFFICERS
LIABILITY INSURANCE POLICIES DOES NOT VIOLATE THE AUTOMATIC STAY**

> **This is a motion for relief from the automatic stay.  If it is granted, the movant may act outside of the bankruptcy process.  If you do not want the stay lifted, immediately contact the moving party to settle.  If you cannot settle, you must file a response and send a copy to the moving party at least 7 days before the hearing.  If you cannot settle, you must attend the hearing.  Evidence may be offered at the hearing and the court may rule.**
>
> **Represented parties should act through their attorney.**
>
> **There will be a hearing on this matter on December 30, 2025 at 10:00 a.m. (prevailing Central Time) in Courtroom 402, 4th Floor, Bob Casey United States Courthouse, 515 Rusk Avenue, Houston, Texas 77002.**

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.   The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Shekhar Kumar and Scott Wallace, by and through their undersigned counsel, hereby submit this joinder in the *Motion for Entry of an Order (I) Authorizing and, to the Extent Necessary, Modifying the Automatic Stay To Allow the Use of Proceeds of Directors and Officers Liability Insurance Policies Issued to Non-Debtor Mayfair Enterprises, LLC for Insureds' Defenses Costs Or, in the Alternative, (II) Confirming that Advancement of Defense Costs and Providing Notice in Accordance with Directors and Officers Liability Insurance Policies Does Not Violate the Automatic Stay*, Dkt. No. 799 (the "Motion").[2]   In support of this joinder, Mr. Kumar and Mr. Wallace state as follows:

### JOINDER

1.      Mr. Kumar currently serves as the Senior Vice President of Mergers & Acquisitions at First Brands Group, LLC.

2.      Mr. Wallace currently serves as the Chief Operating Officer at First Brands Group, LLC.

3.      Like the Movants, both Mr. Kumar and Mr. Wallace are "Insured Persons" under the ABC Policy.  Like the Movants, both Mr. Kumar and Mr. Wallace have been (i) requested to sit for interviews as part of the investigation of the Debtors' appointed special committee consisting of independent directors and (ii) requested to sit for interviews and produce documents as part of an investigation by the Official Committee of Unsecured Creditors.  Both Mr. Kumar and Mr. Wallace are incurring legal costs in connection with those investigations but, as of the date of this joinder, do not have a "Claim" as defined in the ABC Policy.

---

[2]   Capitalized terms used but not defined in this joinder shall have the meanings given to them in the Motion.

4.      Unlike the Movants, however, Mr. Kumar and Mr. Wallace are presently employed by First Brands Group LLC.  In that capacity, they have continued to carry out their ordinary duties and have also been actively assisting with the Debtors' restructuring.

5.      Mr. Kumar and Mr. Wallace join the Motion because they are entitled to an advancement of Defense Costs under the AIG Side A Policy—and, if a Claim is eventually asserted against them, coverage under the ABC Policy—for the same reasons set forth in the Motion.  *See* Mot. at 5-7.

6.      Prior to filing this joinder, Mr. Kumar and Mr. Wallace conferred with Debtors regarding Mr. Kumar's and Mr. Wallace's entitlement to access insurance coverage.  Debtors did not object to Mr. Kumar and Mr. Wallace noticing the Primary Insurer to obtain a coverage position but reserved the right to object to Mr. Kumar and Mr. Wallace accessing proceeds under the D&O Policies.

7.      Debtors have declined to indemnify Mr. Kumar and Mr. Wallace, which triggers the Side A advancement and, if a Claim is brought against them, triggers coverage under the ABC Policy.  Receiving advancements and filing claims under the policies does not violate the automatic stay because, as stated in the Motion (Mot. at 8-10), the AIG Side A Policy covers only directors and officers, not the Debtors, and the Debtors' potential claims under Side B and Side C of the ABC Policy are hypothetical and speculative.  *See In re SVB Fin. Grp.*, 650 B.R. 790, 800 (Bankr. S.D.N.Y. 2023); *In re Downey Fin. Corp.,* 428 B.R. 595, 607 (Bankr. D. Del. 2010).

8.      Alternatively, and again for the same reasons outlined in the Motion, there is clear "cause" under 11 U.S.C. § 362(d)(1) to lift the automatic stay.  *See* Mot. at 10-12.  Mr. Kumar and Mr. Wallace need counsel to participate in the special committee investigation and the UCC investigation.  Failure to lift the stay would "significantly injure" Mr. Kumar and Mr. Wallace,

"whose defense costs are covered by" the policies.  *In re MF Glob. Holdings, Ltd.*, 469 B.R. 177, 193 (Bankr. S.D.N.Y. 2012).  It would also impair their ability to participate in the investigations, which in turn would prejudice the investigations themselves.  Courts in this District and nationwide have recognized that such considerations justify § 362(d)(1) relief.  *See, e.g., In re Core Sci., Inc.*, No. 22-br-90341 (DRJ) (Bankr. S.D. Tex. May 18, 2023) (Dkt. No. 900); *In re MF Glob. Holdings*, 469 B.R. at 193; *see also* Mot. at 11-12.

## RESERVATION OF RIGHTS

9.      Mr. Kumar and Mr. Wallace join the motion only insofar as it requests relief from the Court.  They do not join any factual assertions or defenses advanced by the Movants.

10.     Mr. Kumar and Mr. Wallace reserve all rights, including positions regarding investigative facts, the conduct of other Insured Persons, and any future claims the Debtors' may assert.  They reserve the right to supplement and amend this joinder at any time, and they reserve the right to raise arguments with respect to the Motion or their joinder during any hearing on either filing.

## NOTICE

11.     Notice of this joinder will be served on any party entitled to notice pursuant to Bankruptcy Rule 2002 and on any other party entitled to notice pursuant to Bankruptcy Local Rule 9013-1(d).

## CONCLUSION

**WHEREFORE**, Shekhar Kumar and Scott Wallace respectfully request that the Court enter the Proposed Order (Dkt. 799-6) as to Mr. Kumar and Mr. Wallace or, alternatively, an order granting the relief requested in the Motion as to Mr. Kumar and Mr. Wallace, and such other and further relief as may be just and proper.

4

Dated:   December 8, 2025
         New York, New York

Respectfully submitted,

*/s/ Jennifer Schubert*

**MOLOLAMKEN LLP**
Jennifer Schubert (admitted *pro hac vice*)
Pratik Raj Gosh (*pro hac vice* pending)
Ryan Baldwin (*pro hac vice* pending)
430 Park Avenue
New York, New York 10022
Telephone: (212)-607-8160

Megan Cunniff Church (*pro hac vice* pending)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312)-450-6700

*Attorneys for Shekhar Kumar and Scott Wallace*

**CERTIFICATE OF CONFERENCE**

I hereby certify, pursuant to Local Rule 4001-1(a)(1), that I conferred with counsel for the

Debtors on or around December 3, 2025.  Counsel has not consented to the requested relief.

*/s/ Megan Cunniff Church*
Megan Cunniff Church

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 8, 2025, a true and correct copy of the

foregoing document was served by the Electronic Case Filing System for the United States

Bankruptcy Court for the Southern District of Texas on those parties registered to receive

electronic notices.

*/s/ Jennifer Schubert*
Jennifer Schubert