IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**NOTICE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
BANKRUPTCY RULE 2004 REQUESTS FOR PRODUCTION OF DOCUMENTS
FROM AND ORAL EXAMINATION OF NIGEL CRIGHTON**

**PLEASE TAKE NOTICE** that pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 2004-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Southern District of Texas (the "**Local Rules**"), the Official Committee of Unsecured Creditors appointed in the above-captioned Chapter 11 cases (the "**Committee**") hereby commands Nigel Crighton (the "**Recipient**") to produce the documents and information identified in the attached **Exhibit A** for inspection and copying at the offices of Brown Rudnick LLP, 7 Times Square, New York, New York 10036, counsel to the Committee,[2] no later than **Tuesday, December 23, 2025 by 5:00 p.m. (Prevailing Eastern Time)**. A true and correct copy of the Subpoena to be served is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the Recipient is commanded to appear for oral examination on **Thursday, January 8, 2026 at 9:00 a.m. (Prevailing Eastern Time)** at Brown Rudnick LLP, 7 Times Square, New York, New York 10036, or at another mutually

---

[1] A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these Chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, Ohio 44114.

[2] The Recipients are commanded to produce the documents and information identified in **Exhibit A** to Steven A. Tyrrell, c/o Tiffany Lietz, Daniel Kerns, and Natasha Ertzbischoff.

agreeable date, time, and place, as set forth in the attached **Exhibit B**.  The oral examination will be taken before an officer authorized to administer oaths, and may be taken by remote video conference, and may be recorded by videographer and/or by stenographic means.  A true and correct copy of the Subpoena to be served is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the Committee reserves its rights under title 11 of the United States Code, the Bankruptcy Rules, the Local Rules, and any applicable law regarding the subject matter of this Notice and to amend, supplement, and/or modify **Exhibit A** and **Exhibit B** attached hereto.

[*Remainder of page intentionally left blank*]

Dated: December 9, 2025
Dallas, Texas

Respectfully submitted,

*/s/ Ian R. Phillips*
Ian R. Phillips
Texas Bar No. 24091239
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Justin R. Alberto, Esq. (admitted *pro hac vice*)
**COLE SCHOTZ P.C.**
901 Main Street, Suite 4120
Dallas, TX 75202
Telephone: (469) 557-9390
Facsimile: (469) 533-1587
iphillips@coleschotz.com
svanaalten@coleschotz.com
jalberto@coleschotz.com

*-and-*

Robert J. Stark, Esq. (admitted *pro hac vice*)
Jeffrey L. Jonas, Esq. (admitted *pro hac vice*)
Bennett S. Silverberg, Esq. (admitted *pro hac vice*)
Kenneth J. Aulet, Esq. (admitted *pro hac vice*)
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
rstark@brownrudnick.com
jjonas@brownrudnick.com
bsilverberg@brownrudnick.com
kaulet@brownrudnick.com

*-and-*

Steven A. Tyrrell, Esq. (admitted *pro hac vice*)
Rachel O. Wolkinson, Esq. (admitted *pro hac vice*)
**BROWN RUDNICK LLP**
1900 N Street NW, 4th Floor
Washington, D.C. 20036
Telephone: (202) 536-1700
Facsimile: (202) 536-1701
styrrell@brownrudnick.com
rwolkinson@brownrudnick.com

*Counsel to the Official Committee of Unsecured Creditors*

**CERTIFICATE OF CONFERENCE**

On November 15, 2025, Brown Rudnick met and conferred with Jeffrey M. Levinson, counsel for Nigel Crighton, to discuss the Committee's Rule 2004 requests for production of documents and for voluntary participation in an informal interview.  During this meet and confer, Brown Rudnick attempted to determine whether and/or to what extent Mr. Crighton would agree to proceed by written agreement pursuant to Rule 2004-1(b), and whether Mr. Crighton would agree to an informal interview with the Committee.  After agreeing to give counsel for Mr. Crighton additional time to consider the Committee's requests, Brown Rudnick contacted counsel for Mr. Crighton to further confer and ascertain his position on December 1, 2025.  On December 8, 2025, after further communications between the parties, counsel for Mr. Crighton informed Brown Rudnick that Mr. Crighton declines the Committee's request to voluntarily participate in an informal interview and to comply with a Rule 2004 examination pursuant to written agreement.  For the purposes of these filings, counsel for the Recipient agreed to accept service of this Notice via email on behalf of Mr. Crighton while reserving all rights; in exchange, the Committee stipulates to allow Mr. Crighton until December 19, 2025, to file a response to this Notice.

*/s/ Steven A. Tyrrell*

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2025, a true and correct copy of the foregoing document was served by email on counsel of record for Nigel Crighton.

*/s/ Ian R. Phillips*
