IN THE UNITED STATES BANKRUPCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.,* | § § | Case No. 25-90399 (CML) |
| Debtors.[1] | § § § | (Jointly Administered) |

## RULE 2019 DISCLOSURE OF MULTIPLE REPRESENTATION

Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, Clark Hill PLC ("**Clark Hill**"), submits this Verified Rule 2019 Statement of Multiple Representation ("**Verified Statement**") to provide the following information:

1. Clark Hill represents the following parties in interest and/or creditors with respect to the above-captioned matter:

- St. Clair Technologies, Inc.
- CSI Leasing, Inc.
- Epicor Software Corporation
- Zurich American Insurance Company
- Kawasaki Motors Corp., USA

2. The entities listed above and on **Exhibit A** are each a party in interest and/or a creditor of the Debtors and the nature of each claim is described on **Exhibit A** attached hereto. Clark Hill represents each of these clients individually and they do not constitute a committee of any kind.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**RULE 2019 DISCLOSURE OF MULTIPLE REPRESENTATION**

3.	Each of the parties listed on **Exhibit A** has consented to multiple representation by Clark Hill in the above-captioned matter.

4.	Clark Hill reserves the right to amend this Verified Statement as necessary.

DATED: December 18, 2025			Respectfully submitted,

*/s/ Audrey L. Hornisher*
Robert P. Franke (TX Bar No. 07371200)
Andrew G. Edson (TX Bar No. 24076364)
Audrey L. Hornisher (TX Bar No. 24094369)
Tara L. Bush (TX Bar No. 24122050)
**CLARK HILL PLC**
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 651-4300
(214) 651-4330 (facsimile)
bfranke@clarkhill.com
aedson@clarkhill.com
ahornisher@clarkhill.com
tbush@clarkhill.com

-and-

Duane J. Brescia (TX Bar No. 24025265)
**CLARK HILL PLC**
3711 S. Mopac Expressway
Building One, Suite 500
Austin, Texas 78746
(512) 499-3600
(512) 499-3660 (facsimile)
dbrescia@clarkhill.com

*Attorneys for St. Clair Technologies, Inc., CSI Leasing, Inc., Epicor Software Corporation, Zurich American Insurance Company, and Kawasaki Motors Corp., USA*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this *Rule 2019 Disclosure of Multiple Representation* was served via CM/ECF to all parties entitled to such notice on December 18, 2025.

*/s/ Audrey L. Hornisher*
Audrey L. Hornisher

**EXHIBIT A**

| Name of Creditor / Party-in-Interest | Nature of Claim[2] | Amount of Claim[3] |
|---|---|---|
| St. Clair Technologies, Inc. | Unsecured Creditor – Trade | $626,452.48 |
| CSI Leasing, Inc. | Unsecured Creditor – Equipment Leases | Unknown |
| Epicor Software Corporation | ERP Licensor and Support Services | Unknown |
| Zurich American Insurance Company | Surety Bonds/Indemnity Agreement | Unknown |
| Kawasaki Motors Corp., USA | Unsecured Creditor – Vendor | Unknown |

---

[2] The "Nature of the Claim" description provided herein is not intended to be an exclusive list of all potential claims, and the parties listed on this Exhibit A specifically reserve the right to assert claims other than those which are described herein.

[3] The "Amount of Claim" provided herein is not intended to be an exclusive amount of the potential claim and the parties listed on this Exhibit A specifically reserve the right to assert a different amount other than that which is listed.

**RULE 2019 DISCLOSURE OF MULTIPLE REPRESENTATION**

K2921\1011438\285247915