**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | **Case No. 25-90399 (CML)** |
| | **(Jointly Administered)** |
| **Debtors.**[1] | |

**JOINDER OF ARAB BANKING CORPORATION B.S.C.**
**IN THE OBJECTION OF KATSUMI SERVICING, LLC AND ING BELGIUM S.A./N.V.**
**TO THE DEBTORS' THIRD-PARTY FACTORING PROCEDURES MOTION**

Arab Banking Corporation B.S.C., as transferee ("***Bank ABC***") under that certain Master Receivables Transfer Agreement, dated as of February 28, 2025 (as amended, amended and restated, supplemented or otherwise modified from time to time, the "***Receivables Transfer Agreement***"), with KARS Funding, LLC, as transferor ("***Transferor***"), and Katsumi Servicing, LLC, as transferor representative, joins in the *Preliminary Objection of Katsumi Servicing, LLC to Debtors' Factoring Procedures Motion* [Dkt. No. 1038] (the "***Katsumi Objection***"), and the *Objection of ING Belgium S.A./N.V. to the Motion of the Debtors for Order (I) Establishing Third-Party Factoring Procedures for (A) the Review and Reconciliation of the Debtors' Receipts, and (B) the Release of Funds to the Debtors' Estates and the Third-Party Factors; (II) Authorizing Customers to Remit Receivables without Liability; and (III) Granting Related Relief* [Dkt. No.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

1045] (the "***ING Objection,***" together with the Katsumi Objection, the "***Factors Objections***")[2] and states as follows:

## JOINDER

1.    Pursuant to the Receivables Transfer Agreement, Bank ABC purchased for cash all of Transferor's right, title, and interest in certain specified Purchased Receivables (as defined in the Receivables Transfer Agreement) and any related rights, collections, and proceeds with respect thereto.

2.    On September 24, 2025, and before the Debtors' Petition Date, Bank ABC notified certain Customers by letter sent via email (with copies of such notice by U.S. certified mail), informing such Customers that, pursuant to the terms of the Receivable Purchase Agreement, Katsumi transferred, assigned and sold to Bank ABC the identified accounts receivable.

3.    Bank ABC hereby joins and supports the positions set forth in the Factors Objections and reserves all rights to be heard before the Court with regard to the Factors Objections. Furthermore, Bank ABC adopts all of the arguments made in the Factors Objections and incorporates by reference the Factors Objections into this joinder.

## RESERVATION OF RIGHTS

4.    Bank ABC hereby reserves all, and nothing herein is a waiver of any, of its rights, claims, defenses, and remedies with respect to its Purchased Receivables including, without limitation, (i) the right to supplement and amend this joinder at any time and to raise any other additional and further arguments with respect to the Motion during any hearings on the Motion; and (ii) any and all rights, claims, defenses, or remedies with respect to any Debtor or any other entity under the Receivables Transfer Agreement, the Receivables Facility Documents, the

---

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Factors Objections.

Bankruptcy Code, or applicable non-bankruptcy law.

WHEREFORE, Bank ABC respectfully requests that this Court (i) deny the Motion, or in the alternative, modify the Procedures consistent with the Factors Objections, and (ii) grant such other and further relief as the Court may deem necessary and proper.


Dated: December 21, 2025
　　　　Houston, Texas

/s/ Courtney E. Giles
Courtney E. Giles
BAKER & MCKENZIE LLP
Bank of America Tower
800 Capitol Street, Suite 2100
Houston, TX 77002
Tel: 713-427-5000
Email: courtney.giles@bakermckenzie.com

Blaire A. Cahn (admitted *pro hac vice*)
BAKER & MCKENZIE LLP
452 Fifth Avenue
New York, NY 10018
Tel: 212-626-4100
Email: blaire.cahn@bakermckenzie.com

John R. Dodd (admitted *pro hac vice*)
BAKER & MCKENZIE LLP
830 Brickell Plaza, Suite 3100
Miami, FL 33131
Tel: 305-789-8900
Email: john.dodd@bakermckenzie.com


*Counsel to Arab Banking Corporation B.S.C.*

3

## CERTIFICATE OF SERVICE

I certify that on December 21, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which automatically sends notification of such filing to all attorneys of record.

/s/Courtney E. Giles
Courtney E. Giles

4