UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIRST BRANDS GROUP, *et al.*,[1] | § | Case No. 25-90399 (CML) |
| | § | |
| Debtors. | § | (Jointly Administered) |

# AMENDED D&O MOTION MOVANTS' WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR JANUARY 7, 2026[2]

| **Main Case No**: 25-90399 (CML) | **Name of Debtor**: First Brands Group, LLC, *et al*. |
|---|---|
| | |
| | **Judge**: Christopher Lopez |
| **Witnesses:** | **Courtroom Deputy**: Yesenia Lila |
| Any witness called or designated by any other party | **Hearing Date and Time**: January 7, 2026 at 10:00 a.m. |
| Any witness necessary to rebut the evidence or testimony of any witness offered or designated by any other party | **Party's Name**: Michael Baker, Edward James, Patrick James, Stephen Graham, Nigel Crighton, Scott Wallace, Shekhar Kumar, Laurie Stein, Nelly Luna, Peter Andrew Brumbergs, David Parker, Amanda Coxbill (collectively, the "D&O Motion Movants") |
| | **Attorneys' Names**: See signature blocks |
| | **Attorneys' Phone**: See signature blocks |
| | **Nature of Proceeding**: Motion for Entry of An Order (I) Authorizing, and, to the Extent Necessary Modifying the Automatic Stay to Allow the Use of Proceeds of Directors and Officers Liability Insurance Policies Issued to |

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https:// restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] This Exhibit List is amended to add the Docket No. 866 to the Nature of Proceedings and revise the signature block. The exhibits have not changed.

| | Non-Debtor Mayfair Enterprises, LLC for Insureds' Defense Costs or, in the Alternative (II) Confirming that Advancement of Defense Costs and Providing Notice in Accordance with Directors and Officers Liability Insurance Policies Does Not Violate the Automatic Stay (ECF No. 798); Nigel Crighton's (I) Motion for Entry of an Order Modifying the Automatic Stay to the Extent Applicable to Allow Payment, Reimbursement, and/or Advancement of Defense Costs Under Insurance Policies and (II) Joinder to Motion of Certain Former Directors Seeking Similar Relief (ECF No. 866); and the Joinders filed by certain of the D&O Movants (Docket Nos. 880, 1064, 1088, 1102, 1113, 1144) |
|---|---|

**EXHIBITS**

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| A | Berkshire Hathaway Specialty Insurance Company Primary Policy | | | | |
| B | AXA XL Excess Policy | | | | |
| C | Sompo Excess Policy | | | | |
| D | Markel Excess Policy | | | | |
| E | Berkley Excess Policy | | | | |
| F | Arch Excess Policy | | | | |
| G | Chubb Excess Policy | | | | |
| H | Hartford Excess Binder | | | | |
| I | Everest Excess Policy | | | | |
| J | Old Republic Excess Policy | | | | |
| K | Side A AIG Binder | | | | |
| L | Side A QBE Binder (Excess) | | | | |
| M | Side A Beazley Binder (Excess) | | | | |
| N | Side A Liberty Binder (Excess) | | | | |
| O | Side A ATRI Endorsement (Excess) | | | | |
| P | Side A Allianz Binder (Excess) | | | | |
| Q | Side A Westfield Endorsement (Excess) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| R | Side A Zurich Endorsement (Excess) | | | | |
| S | Side A Axis Endorsement (Excess) | | | | |
| T | Side A GAIG Policy (Excess) | | | | |
| U | Email from Erica Weisgerber to Andriana Georgallas, Sunny Singh, Matt Barr, Ariel Fliman, Jason George, and Loren Findlay on October 20, 2025, Exhibit C to *Motion for Entry of An Order (I) Authorizing, and, to the Extent Necessary Modifying the Automatic Stay to Allow the Use of Proceeds of Directors and Officers Liability Insurance Policies Issued to Non-Debtor Mayfair Enterprises, LLC for Insureds' Defense Costs or, in the Alternative (II) Confirming that Advancement of Defense Costs and Providing Notice in Accordance with Directors and Officers Liability Insurance Policies Does Not Violate the Automatic Stay* (Docket No. 798-3) | | | | |
| V | Email from Janine Hanrahan to Keith Slattery on October 29, 2025, Exhibit D to *Motion for Entry of An Order (I) Authorizing, and, to the Extent Necessary Modifying the Automatic Stay to Allow the Use of Proceeds of Directors and Officers Liability Insurance Policies Issued to Non-Debtor Mayfair Enterprises, LLC for Insureds' Defense Costs* | | | | |

3

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
|  | or, in the Alternative (II) Confirming that Advancement of Defense Costs and Providing Notice in Accordance with Directors and Officers Liability Insurance Policies Does Not Violate the Automatic Stay (Docket No. 798-4) |  |  |  |  |
| W | Email thread between Scott Hartman, Erica Weisgerber, and Andriana Georgallas ending November 5, 2025, Exhibit E to *Motion for Entry of An Order (I) Authorizing, and, to the Extent Necessary Modifying the Automatic Stay to Allow the Use of Proceeds of Directors and Officers Liability Insurance Policies Issued to Non-Debtor Mayfair Enterprises, LLC for Insureds' Defense Costs or, in the Alternative (II) Confirming that Advancement of Defense Costs and Providing Notice in Accordance with Directors and Officers Liability Insurance Policies Does Not Violate the Automatic Stay* (Docket No. 798-5) |  |  |  |  |
| X | Rebuttal exhibits (if any) |  |  |  |  |
| Y | Any other pleading filed by a party in this case |  |  |  |  |
| Z | Any exhibit identified or offered by any other party |  |  |  |  |
| AA | Any document or pleading filed in the above-captioned cases or in *First Brands Group, et al. v. Patrick* |  |  |  |  |

5

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| | *James, et al.*, Adv. Proc. No. 25-3803 (CML) | | | | |

The D&O Motion Movants reserve the right to supplement or amend this Witness and Exhibit List at any time before the Hearing.

Dated: January 5, 2026

Respectfully Submitted:

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ *Cameron Kelly*
Cameron Kelly (SBN: 24120936)
700 Louisiana, Suite 3900
Houston, Texas 77002
Telephone: 713-221-7000
Email: cameronkelly@quinnemanuel.com

-and-

Michael B. Carlinsky (admitted *pro hac vice*)
James C. Tecce (admitted *pro hac vice*)
Scott Hartman (admitted *pro hac vice*)
Eric S. Kay (admitted *pro hac vice*)
Reece Pelley (admitted *pro hac vice*)
Grace Sullivan (admitted *pro hac vice*)
295 Fifth Avenue
New York, New York 10016
Telephone: 212-849-7000

-and-

**DEBEVOISE & PLIMPTON LLP**

By: /s/ *Erica S. Weisgerber*
Erica S. Weisgerber (admitted *pro hac vice*)
Matthew J. Sorensen (admitted *pro hac vice*)
66 Hudson Boulevard
New York, New York 10001
Telephone: 212-909-6000
Email: eweisgerber@debevoise.com
Email: mjsorensen@debevoise.com

*Attorneys for Patrick James*

| | |
|---|---|
| **KOBRE & KIM LLP** | **BRACEWELL LLP** |
| By: */s/ Daniel J. Saval* | By: */s/ David A. Shargel* |
| Danielle L. Rose (admitted *pro hac vice*) | David A. Shargel (admitted *pro hac vice*) |
| Daniel J. Saval | Mark E. Dendinger (admitted *pro hac vice*) |
| 800 Third Avenue | 31 West 52nd Street |
| New York, New York 10022 | New York, New York 10019 |
| Telephone: 212-488-1200 | Telephone: 212-408-6100 |
| Email: danielle.rose@kobrekim.com | Email: david.shargel@bracewell.com |
| Email: daniel.saval@kobrekim.com | Email: mark.dendinger@bracewell.com |
| | |
| -and- | *Attorneys for Edward James* |
| | |
| Adriana Riviere-Badell | |
| 201 S. Biscayne Blvd., Suite 1900 | |
| Miami, Florida 33131 | |
| Telephone: 305-967-6100 | |
| Email: adriana.riviere-badell@kobrekim.com | |
| | |
| *Attorneys for Stephen Graham* | |

| | |
|---|---|
| **MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC** | **LEVINSON LLP** |

By: */s/ Robert J. Anello*
Robert J. Anello (*pro hac vice*)
Telemachus P. Kasulis (*pro hac vice*)
565 Fifth Avenue
New York, New York 10017
Telephone: 212-856-9600
Email: ranello@maglaw.com
Email: tkasulis@maglaw.com

*Attorneys for Michael Baker*

By: */s/ Jeffrey M. Levinson*
Jeffrey M. Levinson (admitted *pro hac vice*)
3601 Green Road, Suite 200
Beachwood, Ohio 44122
Telephone: (216) 514-4935
Email: jml@jml-legal.com

-and-

**FLANNERY | GEORGALIS, LLC**

Christos N. Georgalis (admitted *pro hac vice*)
Paul M. Flannery (admitted *pro hac vice*)
1621 Euclid Avenue, Floor 20
Cleveland, Ohio 44115
Telephone: (216) 466-0169
Email: chris@flannerygeorgalis.com
paul@flannerygeorgalis.com

*Attorneys for Nigel Crighton*

**MOLOLAMKEN LLP**

By: */s/ Jennifer Schubert*
Jennifer Schubert (*pro hac vice*)
Pratik K. Raj Gosh (*pro hac vice*)
Ryan Baldwin (*pro hac vice*)
430 Park Avenue
New York, New York 10017
Telephone: 212-607-8160
Email: jschubert@mololamken.com
Email: prajghosh@mololamken.com
Email: rbaldwin@mololamken.com

-and-

Megan Cunniff Church (*pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: 312-450-6700
Email: mchurch@mololamken.com

*Attorneys for Scott Wallace and Shekhar Kumar*

**ZUCKERMAN SPAEDER LLP**

By: */s/ Margarita K. O'Donnell*
Margarita K. O'Donnell (admitted *pro hac vice*)
Aitan D. Goelman (admitted *pro hac vice*)
Ross M. Slaughter (admitted *pro hac vice*)
2100 L Street, NW, Suite 400
Washington, DC 20037
Telephone: 202-778-1800
Email: agoelman@zuckerman.com
Email: modonnell@zuckerman.com
Email: rslaughter@zuckerman.com

*Attorneys for Laurie Stein*

8

| | |
|---|---|
| **CHIESA SHAHINIAN & GIANTOMASI, P.C.** | **HECKER FINK LLP** |
| By: /s/ *Sam Della Fera, Jr.* | By: /s/ *David Gopstein* |
| Sam Della Fera, Jr. (admitted *pro hac vice*) | Sean Hecker (admitted *pro hac vice*) |
| Matthew E. Beck (admitted *pro hac vice*) | David Gopstein (admitted *pro hac vice*) |
| 105 Eisenhower Parkway | Nicole Ng (admitted *pro hac vice*) |
| Roseland, New Jersey 07068 | 350 Fifth Avenue, 63rd Floor |
| Telephone: 973 530-2076 | New York, New York 10118 |
| Email: sdellafera@csglaw.com | Telephone: 212-763-0883 |
| Email: mbeck@csglaw.com | Email: shecker@heckerfink.com |
| | Email: dgopstein@heckerfink.com |
| *Attorneys for Nelly Luna* | Email: nng@heckerfink.com |
| | *Attorneys for Peter Andrew Brumbergs* |

| | |
|---|---|
| **DAVIS & SANTOS, PLLC** | **GOODWIN PROCTER LLP** |

By: */s/ H. Jay Hulings*  
Jason M. Davis  
Texas State Bar No. 0079359  
E-mail: jdavis@dslawpc.com  
Sarah Santos, Of Counsel  
Texas State Bar No. 24040955  
H. Jay Hulings, Of Counsel  
Texas State Bar No. 24104573  
E-mail: jhulings@dslawpc.com  
719 S. Flores Street  
San Antonio, Texas 78204  
Tel: (210) 853-5882  
Fax: (210) 200-8395  

-and-

**MARTINEZ & TIJERINA P.L.L.C**

Benigno (Trey) Martinez  
Texas State Bar No. 00797011  
trey@mbmtlawfirm.com  
Tomas F. Tijerina, Of Counsel  
Texas State Bar No. 24070746  
ttijerina@mbmtlawfirm.com  
1201 E. Van Buren  
Brownsville, Texas 78520  
Ph. (956) 550-4868  
Fax (956) 621-0135  

*Attorneys for David Parker*

By: */s/ William J. Harrington*  
William J. Harrington (admitted *pro hac vice*)  
The New York Times Building  
620 Eighth Avenue  
New York, New York 10018  
Telephone: (212) 813-8800  
E-mail: wharrington@goodwinlaw.com  

*Attorney for Amanda Coxbill,*  
*Director of Finance of First Brands Group*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 5, 2026, I served a true and correct copy of the foregoing document via the Court's EM/ECF electronic system to all parties consenting to service through the same.

                                                */s/ Cameron Kelly*
                                                Cameron Kelly