**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC et al.,** | § | **Case No. 25-90399 (CML)** |
| **Debtors.**[1] | § | **(Jointly Administered)** |

# GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (collectively, the "**Schedules**") and the Statements of Financial Affairs (collectively, the "**Statements**" and, together with the Schedules, the "**Schedules and Statements**") filed by First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") pending in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"), were prepared pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), by the Debtors' management with the assistance of the Debtors' advisors.

These *Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (collectively, the "**Global Notes**") pertain to, are incorporated by reference in, comprise an integral part of, and should be referred to and considered in connection with, any review of the Schedules and Statements. The Global Notes are in addition to the specific notes set forth below with respect to particular Schedules and Statements (the "**Specific Notes**").[2]

Although the Debtors' management and advisors have made reasonable efforts to prepare and file the Schedules and Statements as complete and accurate as possible under the circumstances based on information available at the time of preparation, subsequent information

---

1 A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

2 The fact that the Debtors have prepared a Global Note with respect to any particular Debtor's individual Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment.

or discovery may result in material changes to these Schedules and Statements and inadvertent errors, inaccuracies, or omissions may have occurred. The Debtors' investigations and reconciliations are ongoing and, as such, the results thereof may result in revision, amendment, supplementation and/or adjustment of the Schedules and Statements. The Debtors reserve all rights, but undertake no obligation, to amend or supplement the Schedules and Statements from time to time as is necessary or appropriate.

The Schedules and Statements are unaudited and subject to potential adjustment. Because the Schedules and Statements contain unaudited information and remain subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are complete and accurate, although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information. Nothing contained in the Schedules and Statements shall constitute a waiver of any right of the Debtors or an admission with respect to their chapter 11 cases (including, but not limited to, issues involving claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers), and the Debtors reserve all rights, but undertake no obligation, to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

The Debtors and their advisors do not guarantee or warrant the accuracy or completeness of the data that is provided and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein and in the Schedules and Statements. While reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist and other limitations described below impacted the Debtors' ability to do so in certain instances. The Debtors and their advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided, or to notify any third party should the information be updated, modified, revised or recategorized except as required by applicable law. In no event shall the Debtors or their advisors be liable to any third party for any direct, indirect, incidental, consequential and/or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against any Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors and/or their advisors are advised or notified of the possibility of such damages.

The Schedules and Statements have been signed by Paul Kosturos, Chief Financial Officer of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Kosturos necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. Mr. Kosturos has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and respective creditors' contact information.

The Schedules and Statements, the Global Notes, and the Specific Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performances of the Debtors.

**Description of Cases and Reporting Dates**

On September 24, 2025, Debtor Global Assets LLC and 12 of the Debtors each filed with the Court a voluntary case under chapter 11 of the Bankruptcy Code, and commencing on September 28, 2025, First Brands Group LLC and the remaining Debtors each filed with the Court a voluntary case under chapter 11 of the Bankruptcy Code (the date each Debtor commenced its chapter 11 case, the "**Petition Date**"). The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee has been appointed in the chapter 11 cases. The Debtors' chapter 11 cases are being jointly administered for procedural purposes pursuant to Rule 1015(b) of the Bankruptcy Rules and Rule 1015-1 of the Bankruptcy Local Rules for the Southern District of Texas under Case No. 25-90399 (CML). On October 9, 2025, the United States Trustee for Region 7 appointed an official committee of unsecured creditors (Docket No. 313). On January 9, 2026, the Bankruptcy Court entered an order appointing Martin De Luca, Esq. as examiner (the "**Examiner**") (Docket No. 1260). Additional information about these chapter 11 cases, court filings, and claims information is available on the Debtors' restructuring website: https://restructuring.ra.kroll.com/firstbrands.

Except as otherwise noted, the information provided in the Schedules and Statements represents the Debtors' data as of September 24, 2025 and September 28, 2025 (as applicable, the "**Reporting Dates**").

**Basis of Presentation**

For financial reporting purposes, prior to the Petition Date, the Debtors (excluding the SPV Debtors[3]) ordinarily prepared financial statements on a consolidated basis with their non-Debtor affiliates. Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that would be substantially different from financial information that would be prepared on a consolidated basis under Generally Accepted Accounting Principles ("**GAAP**"). Therefore, these Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the consolidated financial statements prepared by the Debtors and non-Debtor affiliates. Unlike the consolidated financial statements, these Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

The Debtors attempted to attribute assets and liabilities, certain required financial information, and various cash disbursements to the appropriate Debtor entity. While the Debtors' enterprise resource planning (ERP) and accounting systems are maintained at the legal entity level,

[3] For purposes of these Notes, "**SPV Debtors**" mean, collectively, Viceroy Private Capital, LLC, Eagle Casting Holdings, LLC and Carnaby Capital Holdings, LLC ("**Carnaby**") and each of Carnaby's Debtor subsidiaries.

the Debtors' accounting policies, processes, and historical practices were primarily designed to support consolidated reporting. As a result, certain allocations, reconciliations, or entity-level adjustments may not have been performed on a standalone basis, and it is possible that not all assets or liabilities have been recorded with complete accuracy at the individual legal entity level on the Schedules and Statements.

Moreover, given, among other things, the uncertainty surrounding the valuation and ownership of certain assets and the valuation and nature of certain liabilities, to the extent a Debtor shows more assets than liabilities, it is not an admission that the applicable Debtor was solvent as of the Petition Date or at any time prior to the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, it is not an admission that the applicable Debtor was insolvent at the Petition Date or any time prior to the Petition Date. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value or the fair market value of the Debtors' assets.

## General Disclosures Applicable to Schedules and Statements

1. **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, causes of action arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors' investigation efforts remain ongoing. The Debtors reserve all rights with respect to any claims and causes of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment, and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have. These Global Notes and the Schedules and Statements shall not be deemed a waiver of any such Causes of Action or in any way prejudice or impair the assertion of such Causes of Action.

2. **Recharacterization**. The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, liabilities, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, the Debtors may have improperly characterized, classified, categorized, or designated certain items. The Debtors reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured" or (iii) a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

3. **Claim Designations**. Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all rights to subsequently redesignate any claim as "contingent," "unliquidated," or "disputed" and to dispute, and to assert setoff rights, counterclaims, and defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, and classification. Listing a claim does not constitute an admission of liability or amounts due or owed, if any, in each case, by the Debtor against whom the claim is listed or by any of the other Debtors. Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

4. **Contingent Claim**. A claim that is dependent on the realization of some uncertain future event is a "contingent" claim.

5. **Disputed Claim**. A claim with respect to which the applicable Debtor and the claimant disagree as to the amount owed, whether any amount is owed, or the claim classification, is a "disputed" claim.

6. **Unliquidated Claim Amounts**. Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

7. **Undetermined Amounts**. The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

8. **Zero Dollar Amounts**. Amounts listed as zero are either $0 or unliquidated.

9. **Court Orders**. Pursuant to certain orders of the Bankruptcy Court in the Debtors' chapter 11 cases (the "**First Day Orders**"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims of employees (Docket No. 187), claims of taxing authorities (Docket No. 196), insurance-related obligations (Docket Nos. 191 and 567), obligations to critical vendors, foreign vendors, and 503(b)(9) claimants (Docket Nos. 190 and 519), and obligations owed to customers (Docket Nos. 189 and 520). Accordingly, these liabilities may have been or may be satisfied in accordance with such First Day Orders. To the extent any such liabilities have been satisfied pursuant to a First Day Order, such liabilities generally are not listed in the Schedules and Statements. Regardless of whether such claims are listed in the Schedules and Statements, to the extent such claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights, but undertake no obligation, to amend or supplement their Schedules and Statements as is necessary or appropriate.

10. **Valuation**. In many instances, current market valuations are not maintained by or readily available to the Debtors. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, net book values as of the Reporting Dates are reflected on the Schedules and Statements. Exceptions to this include operating cash, cash

equivalents, and certain other assets. Operating cash is presented as bank balances as of the Petition Date. Certain other assets, such as investments in subsidiaries and other intangible assets, are listed at undetermined amounts, as the net book values may vary materially from fair market values. Amounts ultimately realized may vary from net book value (or other value so ascribed) and such variance may be material. Accordingly, the Debtors reserve all rights, but undertake no obligation, to amend, supplement, and adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset. Given, among other things, the current market valuation of certain assets and the valuation and nature of certain liabilities, nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be an admission that any Debtor was solvent or insolvent as of the Petition Date.

11. **Allocation of Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right, but undertake no obligation, to amend the Schedules and Statements as they deem appropriate in this regard.

12. **Excluded Assets and Liabilities**. The Debtors believe that they have identified, but did not necessarily value, all material categories of assets and liabilities in the Schedules and Statements. The Debtors have excluded certain categories of assets, tax accruals, tax net operating losses, and liabilities from the Schedules and Statements, including accrued salaries, employee benefit accruals, accrued paid time off, accrued accounts payable, and deferred gains. The Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected (if any), to the extent such damage claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

13. **Confidential Information and Personally Identifiable Information**. There may be instances where certain information in the Schedules and Statements is intentionally omitted, redacted, or modified due to, among other things, concerns for the privacy of an individual or the need for the Debtors to comply with applicable law, including the European General Data Protection Regulation ("**GDPR**").[4] Any omissions or redactions in the Schedules and Statements

---

[4] Pursuant to the *Order (I) Authorizing Debtors to (A) File a Consolidated Creditor Matrix and a Consolidated List of 30 Largest Unsecured Creditors and (B) Redact Certain Personal Identification Information, (II) Approving Form and Manner of Notifying Creditors of Commencement of Chapter 11 Cases and Other Information, and (III) Granting Related Relief* (Docket No. 193), the Debtors received authority from the Bankruptcy Court to redact (i) names, addresses, email addresses, and any other personally identifiable information of individual employees, directors, managers, interest holders, contractors, creditors, and any other individuals who may be parties in interest in these chapter 11 cases, and (ii) any other information required to be redacted pursuant to applicable law, including the GDPR. Additionally, pursuant to Rule 9037-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Southern District of Texas, the Debtors are authorized to redact to remove personal identification information or other content that is not relevant to a decision by the Bankruptcy Court.

are limited only to what the Debtors believe is necessary to protect the Debtors or the applicable third party or to comply with applicable law. Upon request, the Debtors will provide interested parties with sufficient information to discern the nature of the listing.

14. **Prior Acquisitions**. The Debtors have historically grown through a series of acquisitions of stand-alone businesses over the past several years. These acquisitions spanned multiple jurisdictions and geographies and, in many cases, included the transfer of financial and operational data across differing accounting platforms and enterprise management systems. Generally, but not in all circumstances, these acquired businesses have continued to operate as separate, independent business units. As a result of this acquisition activity, the underlying financial records relating to certain assets, liabilities, executory contracts, and other supporting and historical documentation of the Debtors may be incomplete, inconsistent, fragmented, or otherwise difficult to reconcile. Variability in legacy financial reporting systems, maintenance of accounts, and accounting practices across the Debtors' business units, including among acquired entities, has contributed to these limitations. Accordingly, the Debtors reserve all rights, but undertake no obligation, to supplement and/or amend the Schedules and Statements in this regard.

15. **Inventory**. Due to the Debtors' continued review, investigation, and reconciliation of their records, and given that such investigations and reconciliations may result in material adjustments to the amounts of the Debtors' inventory, the Debtors have listed such amounts as undetermined. In addition, questions may exist as to which Debtor owns certain inventory based on prepetition transactions by and among Debtors and/or certain third parties. These transactions are subject to an ongoing investigation by the Debtors and, in certain instances, the Examiner. The listing of any inventory as being owned by a Debtor shall not be deemed an admission by the Debtors that such inventory is, in fact, owned by such Debtor. The Debtors reserve all rights, but undertake no obligation, to supplement and/or amend the Schedules and Statements in this regard.

16. **Property and Equipment**. Due to the Debtors' continued review, investigation, and reconciliation of their records, and given that such investigations and reconciliations may result in material adjustments to the amounts of the Debtors' owned property (including real property) and equipment, the Debtors have listed such amounts as undetermined. The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors. To the best of the Debtors' current knowledge, any such leases are set forth in the Schedules and Statements. Nothing in the Schedules and Statements is or should be construed as an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to same.

17. **Executory Contracts**. The Debtors have not set forth executory contracts as assets in the Schedules and Statements. The Debtors' executory contracts have been set forth in Schedule G. Although the Debtors have made reasonable efforts to attribute an executory contract to the appropriate Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses and the disparate record keeping practices across the Debtors' business units. Additionally, out of an abundance of caution, the Debtors have listed certain purchase orders on Schedule G. The inclusion of any purchase order, executory contract or unexpired lease on Schedule G does not constitute an admission or agreement that such purchase order is an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code, nor does it reflect a determination regarding the

enforceability, validity, or assumption or rejection of any such purchase order, executory contract, or agreement. Further, nothing in the Schedules and Statements is or should be construed as an admission as to the determination of the legal status of any contract or lease (including whether any contract or lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to same. The Debtors reserve all of their rights with respect to the counterparties of any and all executory contracts, including the right to amend, supplement, or otherwise modify Schedule G.

18. **Unexpired Leases**. The Debtors have not included in the Schedules and Statements the future obligations of any operating leases. Additionally, the Debtors have not included in the Schedules any right-of-use operating lease assets or liabilities related to FASB Accounting Standards Update 2016-2 because the Debtors do not possess any ownership interest in the corresponding properties and believe that the addition of these items would be cumbersome and unnecessary for understanding the value of the Debtors' estate. To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules. For certain property leases accounted for under GAAP as finance leases, the Debtors included the related leased property values as building assets in Schedule A/B, Part 9 and the related obligations as unsecured claims in Schedule E/F, Part 2. Nothing in the Schedules and Statements is or should be construed as an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to same.

19. **Onset Leases**. Prior to the Petition Date, certain of the Debtors entered into master lease agreements and related schedules with Onset Financial, Inc. ("**Onset**" and such leases, the "**Onset Leases**"). The Debtors have included the Onset Leases on Schedule G. The inclusion of the Onset Leases on Schedule G does not constitute an admission that the Onset Leases are unexpired leases within the meaning of section 365 of the Bankruptcy Code, nor does it reflect a determination of the ownership of the property subject of the Onset Leases, nor the enforceability or validity of the Onset Leases. On January 9, 2026, First Brands Group, LLC and certain Debtor affiliates commenced an adversary proceeding against Onset seeking, among other relief, to recharacterize the Onset Leases as disguised loans, rather than true leases. The Debtors reserve all of their rights with respect to the Onset Leases, including all rights to dispute, recharacterize, reallocation, and otherwise restate, as applicable, their rights and obligations in respect of the Onset Leases and to dispute the existence, scope, validity, perfection, priority, and value of any liens or security interests granted in connection with the Onset Leases as well as the nature and extent of the underlying collateral. Further, the listing of the Onset leases on Schedules D and/or Schedule F does not constitute an admission as to the secured status or priority of the Onset Leases nor does it reflect a determination of the ownership of the collateral allegedly pledged in connection with, or allegedly leased pursuant to the Onset Leases.

20. **SPV Financing Arrangements**. Prior to the Petition Date, certain of the SPV Debtors entered into financing arrangements, including inventory financing arrangements (collectively, the "**SPV Financing Arrangements**"), purportedly secured by collateral owned by the applicable SPV Debtors. The Debtors have listed these financing arrangements on Schedule D. The inclusion of the SPV Financing Arrangements on Schedule D does not constitute an admission that the obligations under such arrangements are secured, nor does it reflect a determination of the ownership of the collateral allegedly pledged in connection with the SPV

Financing Arrangements. The Debtors reserve all of their rights with respect to the SPV Financing Arrangements, including all rights to dispute the existence, scope, validity, perfection, priority, and value of any liens or security interests granted in connection with the SPV Financing Arrangements, as well as the nature and extent of the underlying collateral.

21. **Third-Party Factoring Liabilities**. Prior to the Petition Date, the Debtors entered into arrangements with certain third parties ("**Third-Party Factors**") pursuant to which the Debtors would sell accounts receivable to such third parties ("**Third-Party Factoring**"). Pursuant to the Third-Party Factoring arrangements, in most cases the Debtors would receive payment from a customer on account of a receivable sold to a Third-Party Factor and were then required to turn over such payment to the applicable Third-Party Factor. The Debtors' Third-Party Factoring is subject to ongoing review and investigation by the Debtors' advisors and the Examiner and such investigation may result in material adjustments to the amounts of the Debtors' factoring liabilities. The Debtors have listed liabilities related to their Third-Party Factoring on Schedule F but such inclusion does not constitute an admission as to the validity, status, or enforceability of any such obligation. The full asserted loan value of each Third-Party Factor is listed on Schedule F for First Brands Group, LLC. Individual Debtors with Third-Party Factoring arrangements list the amount of such liabilities as undetermined. The Debtors reserve all of their rights with respect to the Third-Party Factoring liabilities, but undertake no obligation, to amend the reported amounts of Third-Party Factoring liabilities in this regard.

22. **Contingent Assets**. The Debtors may possess contingent and unliquidated claims against non-Debtor affiliates for various financial accommodations and similar benefits they have extended from time to time, including contingent and unliquidated claims for contribution, reimbursement, and/or indemnification arising from, among other things, (i) letters of credit, (ii) notes payable and receivable, (iii) surety bonds, (iv) guarantees, (v) indemnities, and (vi) warranties. Additionally, prior to the Petition Date, a Debtor, as plaintiff, may have commenced various lawsuits in the ordinary course of its business against third parties seeking monetary damages. Refer to each Statement, Part 3 Question 7, for lawsuits commenced prior to the Petition Date in which the Debtor was a plaintiff.

23. **Intercompany Accounts**. The Debtors maintain intercompany accounts in their books and records that record transfers of cash and other intercompany transactions among the Debtors' subsidiaries and affiliates. Although efforts have been made to attribute these transactions to the correct legal entity, the Debtors reserve the right, but undertake no obligation, to modify or amend their Schedules and Statements to attribute such transactions to a different legal entity, as is necessary or appropriate.

Receivables and payables among the Debtors (each an "**Intercompany Receivable**" or "**Intercompany Payable**") are reported in the Schedules based upon the net intercompany balances as of the Petition Date. Such amounts are listed as undetermined due to the Debtors' continued review, investigation, and reconciliation of their records, and given that such investigations and reconciliations may result in material adjustments. To the extent that a Debtor owes an Intercompany Payable, it is reported on Schedule F as a liability of such Debtor. To the extent that a Debtor has an Intercompany Receivable, it is reported on Schedule B as an asset of such Debtor. It would be unduly burdensome and require significant resources for the Debtors to

allocate individual Intercompany Receivables and Intercompany Payables to specific Debtors, so such allocations are not reported in the Schedules.

For additional information regarding the Debtors' intercompany transactions and related cash management protocols, see *Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Using Existing Cash Management System and Bank Accounts, (B) Implement Ordinary Course Changes to Cash Management System, and (C) Honor Certain Related Prepetition Obligations, (II) Granting Administrative Expense Priority for Postpetition Intercompany Claims, (III) Extending Time to Comply with Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related Relief* (Docket No. 17) (the "**Cash Management Motion**").

24. **Guarantees and Other Secondary Liability Claims**. The Debtors have exercised reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, "**Guarantees**") in their secured financings, debt instruments, and other agreements. Where such Guarantees have been identified, they have been included in Schedule H for the applicable Debtor or Debtors. However, certain Guarantees embedded in the Debtors' secured financings, debt instruments, and other agreements may have been inadvertently omitted from Schedule H. Furthermore, Guarantees embedded in the Debtors' executory contracts and unexpired leases have been excluded from Schedule H. The Debtors reserve all of their rights, but undertake no obligation, to amend, supplement, and otherwise modify the Schedules to the extent that additional Guarantees are identified.

25. **Intellectual Property Rights**. The Debtors have exercised reasonable efforts to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all rights with respect to the legal status of any and all intellectual property rights. Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

26. **Mechanics' Liens**. The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, shippers', or similar liens that may attach, or have attached, to such inventories, property, and equipment.

27. **Estimates and Assumptions**. To prepare and file these Schedules and Statements, management was required to make certain estimates and assumptions that affected the reported amounts of the Debtors' assets and liabilities. The Debtors reserve all rights, but undertake no obligation, to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

28. **Fiscal Year**. The Debtors utilize an accounting schedule that does not always align with the calendar month end. The Debtors utilize a 5-4-4 accounting schedule which apportions the fiscal year into four discrete financial quarters, with each quarter comprised of thirteen weeks, consisting of a single five-week period, followed by two successive four-week periods. Furthermore, the Debtors observe a 52- to 53-week tax year, with the fiscal year concluding on the Saturday nearest to December 31.

29. **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

30. **Claims of Third-Party Related Entities**. While the Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to such parties. Therefore, to the extent the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered disputed, whether or not they are designated as such.

31. **Interest in Subsidiaries and Affiliates**. Each Debtor's Schedule A/B, Part 4, Question 15 and Statements, Part 13, Question 25 schedules its ownership interests, if any, in subsidiaries and affiliates to the best of the Debtors' knowledge. Assets such as investments in subsidiaries are listed as undetermined amounts as of the Petition Date because the book values may materially differ from market values. While reasonable efforts have been made to provide accurate and complete information, inadvertent errors and omissions may exist and the Debtors reserve all of their rights, but undertake no obligation, to revise, amend, supplement and/or adjust the Schedules and Statements accordingly.

32. **Paid Claims.** To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and will be enforceable by all parties, subject to Bankruptcy Court approval. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights, but undertake no obligation, to amend and supplement the Schedules and Statements and take other action, including filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

33. **Master Agreements**. Contracts listed in the Schedules and Statements may be master agreements that cover relationships with certain of the Debtors. Where relevant, such agreements may have been listed in the Schedules and Statements of only the Debtor(s) where the applicable liabilities are booked. The Debtors reserve all rights, but undertake no obligation, to amend the Schedules and Statements to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate. Additionally, by listing a master agreement in these Schedules and Statements, the Debtors make no representation as to the severability of such agreement and its related contracts and leases, including any subleases, and the Debtors reserve any and all rights with respect to any arguments or claims it may have in regard to the severability of such agreements.

34. **Setoffs and Recoupment**. The Debtors, from time to time, may take and be subject to setoffs with customers and vendors in the ordinary course of business. Setoffs in the ordinary course can result from various items, including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, returns, refunds, chargebacks, discounts, and negotiations and/or other disputes between the Debtors and their customers or vendors. These setoffs are consistent with the ordinary course of business in the Debtors' industry and can be particularly voluminous, unduly burdensome, and costly for the Debtors to regularly document. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, the Debtors did not independently verify these ordinary course setoffs and, therefore, certain ordinary course setoffs are or may not be included separately in the Schedules and Statements. In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not aware. The Debtors make no admission with respect to the ability of any party to effectuate any setoff or recoupment rights and reserve all rights to challenge any setoff rights and recoupments that may be asserted.

35. **Insiders**. In the circumstances where the Schedules and Statements require information regarding "insiders," the Debtors define "insiders" as (a) officers, directors, managers, and general partners, and anyone in control of a corporate debtor and their relatives; and (b) affiliates of the Debtor and insiders of such affiliates. The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact (including that the party is an insider), right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the parties listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for: (1) the purposes of determining (a) control of the Debtors, (b) the extent to which any party exercised management responsibilities or functions, (c) corporate decision-making authority over the Debtors, or (d) whether such party could successfully argue that it is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability, or (2) any other purpose. In addition, the Debtors have disclosed intercompany transfers between Debtors as transactions with insiders under the Schedules and Statements. The Debtors and their advisors relied on available corporate documents and books and records to determine "insider" status. While reasonable efforts have been made to provide accurate and complete information, inadvertent errors and omissions may exist and the Debtors reserve all of their rights, but undertake no obligation, to revise, amend, supplement and/or adjust the Schedules and Statements accordingly.

36. **Indemnification**. Certain of the Debtors' governing documents may provide for indemnification of its members, current and former officers, directors, managers, and current or former affiliates, officers, directors, managers, stockholders, partners, employees, representatives, or agents of its members, among others. Further, the Debtors may have entered into separate agreements with certain officers, directors, and managers whereby the Debtors agreed to indemnify such parties in certain circumstances according to the particular terms or conditions set forth in those agreements. The Debtors have not reached a determination as to whether certain potentially indemnified persons are eligible for indemnification under the terms of any applicable agreement. The Debtors have separately listed on Schedule G certain contracts with such covered persons, but the Debtors reserve all rights with respect thereto, including the right to assert that

any individual is not entitled to indemnification and that the agreements do not constitute executory contracts.

37. **Payments**. The financial affairs and businesses of the Debtors are complex. Prior to the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their business (the "**Cash Management System**") (as described in the Cash Management Motion). Although efforts have been made to attribute open payable amounts to the correct legal entity, the Debtors reserve the right, but undertake no obligation, to modify or amend their Schedules and Statements to attribute such payment to a different legal entity, as is necessary or appropriate. Payments made are listed by the legal entity making such payment notwithstanding that many such payments may have been made on behalf of another legal entity.

38. **Totals**. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

39. **Global Notes Control**. These Global Notes pertain to and comprise an integral part of each of the Schedules and Statements and should be referenced in connection with any review thereof. In the event that a Schedule or Statement differs from any Global Note, the Global Note shall control.

40. **"As Of" Information Date**. To the best of the Debtors' knowledge, and except as otherwise noted herein, the asset information provided herein represents the asset data of the Debtors as of the Reporting Dates. Amounts ultimately realized may vary from net book value (or the applicable value ascribed herein) and such variance may be material. Accordingly, the Debtors reserve all rights, but undertake no obligation, to amend or adjust the value of each asset set forth herein. In addition, the amounts showing for total liabilities exclude items identified as "unknown," "disputed," "contingent," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

41. **Duplication**. Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules. To the extent these disclosure would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

42. **Deferred Compensation Plan**. The Debtors maintain a non-qualified deferred compensation plan designed to provide benefits to a select group of management or highly compensated employees (the "**Deferred Compensation Plan**"). The Debtors maintain a "rabbi trust" for the purpose of paying benefits to participants of the Deferred Compensation Plan. The rabbi trust assets are currently invested in the Vanguard Federal Money Market Investor Fund (the "**Rabbi Trust Assets**") to fund the account balance liabilities associated with the Deferred Compensation Plan. However, in the event of bankruptcy, the Rabbi Trust Assets are subject to the claims of the Debtors' general creditors. The Debtors listed the Rabbi Trust Assets on Debtor First Brands Group, LLC's Schedule A/B. Claims related to the Deferred Compensation Plan have

been consolidated and reported on Debtor First Brands Group, LLC's Schedule F. The liabilities related to the Deferred Compensation Plan are listed on First Brands Group, LLC's Schedule F. With respect to all information regarding Deferred Compensation Plan presented herein, employee names and addresses have been redacted for privacy purposes. The listing of any asset or liability related to the Deferred Compensation Plan in the Schedules and Statements does not constitute any admission, conclusion, or waiver of any claim or right in any respect. The Debtors reserve all of their rights to dispute, recharacterize, reallocate, and otherwise restate, as applicable, their rights and obligations in respect of the Deferred Compensation Plan.

43. **Captive Insurance Program**. The Debtors obtain general liability and property insurance coverage from captive insurance company Securus Insurance, LLC ("**Securus**"), a non-Debtor subsidiary wholly-owned by Debtor Viceroy Private Capital, LLC (the "**Captive Insurance Program**"). The Debtors have made reasonable efforts to ascertain their rights and obligations related to the Captive Insurance Program based on a diligent review of their books and records. The Debtors have listed general liability and property claims covered under the Captive Insurance Program on the applicable Debtor's Schedule E/F. The listing of any general liability or property claim in Schedule E/F does not constitute an admission, conclusion, or waiver in any respect.

**Specific Notes Regarding Schedule A/B**

1. **Schedule A/B, Part 1, Question 3 – Checking, Savings, or Other Financial Accounts, CDs, etc**. As of the Petition Date, the Debtors' Cash Management System was composed of 191 bank accounts (excluding accounts maintained by the non-Debtor affiliates). Further details with respect to the Cash Management System are provided in the Cash Management Motion.

2. **Schedule A/B, Part 2, Questions 6–9 – Deposits and Prepayments**. Due to the Debtors' continued review, investigation, and reconciliation of their records, and given that such investigations and reconciliations may result in material adjustments to the amounts of the Debtors' deposits and prepayments, the Debtors have listed such amounts as undetermined.

3. **Schedule A/B, Part 3, Questions 10–12 – Accounts Receivable**. Due to the Debtors' continued review, investigation, and reconciliation of their records, and given that such investigations and reconciliations may result in material adjustments to the amounts of the Debtors' accounts receivables, the Debtors have listed such amounts as undetermined.

4. **Schedule A/B, Part 4, Question 15 – Investments**. Only interests in subsidiaries that are owned directly by a Debtor entity are identified in Part 4. The values of ownership interests in such subsidiaries have been listed as undetermined amounts because, due to the private nature of their ownership, the fair market value of such ownership cannot be readily determined, is dependent on numerous factors, and may differ significantly from net book value.

5. **Schedule A/B, Part 5, Questions 18–26 – Inventory, Excluding Agricultural Assets**. Due to the Debtors' continued review, investigation, and reconciliation of their records, and given that such investigations and reconciliations may result in material adjustments to the amounts of the Debtors' inventory, the Debtors have listed such amounts as undetermined.

6. **Schedule A/B, Part 7, Questions 38–45 – Office Furniture, Fixtures, and Equipment; and Collectibles**. Due to the Debtors' continued review, investigation, and reconciliation of their records, and given that such investigations and reconciliations may result in material adjustments to the amounts of the Debtors' office furniture, fixtures, equipment, and collectibles, the Debtors have listed such amounts as undetermined.

7. **Schedule A/B, Part 8, Questions 46–53 – Machinery, Equipment, and Vehicles**. Due to the Debtors' continued review, investigation, and reconciliation of their records, and given that such investigations and reconciliations may result in material adjustments to the amounts of the Debtors' machinery, equipment, and vehicles, the Debtors have listed such amounts as undetermined.

8. **Schedule A/B, Part 9, Questions 54–58 – Real Property**. Due to the Debtors' continued review, investigation, and reconciliation of their records, and given that such investigations and reconciliations may result in material adjustments to the amounts of the Debtors' real property, the Debtors have listed such amounts as undetermined.

9. **Schedule A/B, Part 10, Questions 59 - 64 – Intangibles and Intellectual Property.** Various patents, trademarks, and website domains owned and maintained by the Debtors are identified in Part 10. The Schedules do not list the value of such assets as the Debtors' advisors' understanding is that no recent appraisals have been performed. Various software licenses the Debtors use for their operations that hold minimal value are not included in the responses to Part 10.

10. **Schedule A/B, Part 11, Questions 72–78 – All Other Assets**. Due to the Debtors' continued review, investigation, and reconciliation of their records, and given that such investigations and reconciliations may result in material adjustments to the amounts of the Debtors' other assets, the Debtors have listed such amounts as undetermined. As of the Petition Date, the Debtors maintained approximately 138 insurance policies administered by multiple insurance carriers. The insurance policies provide coverage for, among other things, the Debtors' property, general liability, automobile liability, cyber liability, umbrella coverage, fiduciary liability, pollution liability, and directors' and officers' liability (including tail coverage). The Debtors more fully describe such policies in the *Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Insurance Policies, Surety Bonds, and Letters of Credit and (B) Pay All Obligations With Respect Thereto, and (II) Granting Related Relief* (Docket No. 10). Any policies owned by suppliers to which Debtor entities may have been added as an additional insured are not included in the response to Question 73.

11. **Schedule A/B, Part 11, Question 74 – Causes of Action Against Third Parties**. While the Debtors believe they were diligent in their efforts to list causes of action against third parties, it is possible that certain causes of action may have been inadvertently excluded in the Debtors' response to Schedule A/B, Part 11, Question 74. Additionally, the Debtors may hold causes of action against other parties that have not formally been commenced, and thus any such causes of action have not been included on Schedule A/B, Part 11, Question 74. The causes of action asserted in the adversary proceedings against Patrick James et al. (Adv. Pro. Case No. 25-03803) and Onset et al. (Adv. Pro. Case No. 26-03005) (and any amendments thereto) have not been included on Schedule A/B, Part 11, Question 74 of each applicable Debtor-plaintiff but are

incorporated herein by reference. The Debtors reserve all of their rights, but undertake no obligation, to amend or supplement their responses to Schedule A/B, Part 11, Question 74.

**Specific Notes Regarding Schedule D**

Except as otherwise agreed pursuant to a stipulation or agreed order or other order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor. The Debtors have listed on Schedule D certain obligations arising under debt facilities, credit agreements, and similar financing arrangements, including, without limitation, certain supply chain financing facilities, based on information available as of the Petition Date. As disclosed elsewhere in the Schedules and Statements, the collateral, liens, and assets purported to secure such facilities are currently under review by the Debtors and their advisors. This review includes an evaluation of the existence, scope, validity, perfection, priority, and value of any liens or security interests, as well as the nature and extent of the underlying collateral. As a result of this ongoing analysis, certain obligations listed on Schedule D may ultimately be determined to be partially or wholly undersecured or unsecured, notwithstanding their classification on Schedule D. All amounts listed as "debt" on Schedule D reflect the gross amounts asserted or recorded under the applicable facilities as of the Petition Date, and do not represent a determination of the allowed amount of any secured claim, the value of collateral securing such claim, or the extent to which such claim is secured or unsecured.

The claims listed on Schedule D, as well as the guarantees of those claims listed on Schedule H, arose and were incurred on various dates. To the best of the Debtors' knowledge, all claims listed on Schedule D arose, or were incurred, before the Petition Date.

The Debtors made reasonable, good faith efforts to identify all liens on Schedule D, but may have inadvertently failed to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Debtors performed Uniform Commercial Code searches or that a party may not have filed the requisite perfection documentation. Moreover, the Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights that are unknown. Therefore, the Debtors may have failed to list certain parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights on Schedule D. Further, any changes to the status of any liens or security rights since the Petition Date may not be adequately reflected in Schedule D. Therefore, the Debtors may have listed claims with secured status that have changed, or failed to list certain parties whose claims may be secured through rights of setoff, deposits or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights on Schedule D. The Debtors reserve all rights to dispute or challenge the secured nature of any creditor's claim or the characterization of the structure of any transaction or instrument related to a creditor's claim. The amounts in Schedule D reflect outstanding principal and accrued and unpaid interest as well as other fees owed to the Debtors' secured creditors as of the Petition Date.

In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is

intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Except as specifically stated herein, certain real property lessors, utility companies, and other parties which may hold security deposits or other security interests have not been listed on Schedule D.

<u>**Specific Notes Regarding Schedule E/F**</u>

1. **Schedule E/F, Part 1, Question 2 – Creditors Holding Priority Unsecured Claims**. The listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all rights to dispute the amount and/or the priority status of any claim on any basis at any time.

As noted above, the Bankruptcy Court entered a First Day Order granting authority to the Debtors to pay certain prepetition employee wage and other obligations (Docket No. 187) (the "**Employee Wage Order**"). Pursuant to the Employee Wage Order, the Bankruptcy Court granted the Debtors authority to pay or honor certain prepetition obligations for employee wages, salaries, bonuses and other compensation, reimbursable employee expenses, and employee medical and similar benefits. The Debtors have not listed on Schedule E/F any wage or wage-related obligations for which the Debtors have been granted authority to and intend to pay or have paid pursuant to the Employee Wage Order. The Debtors also have not included accrued paid time off balances as of the Petition Date in the Schedules and Statements. The Debtors will make available to their employees accrued paid time off balances as of the date of their termination of employment with the Debtors and supplement the Schedules and Statements as necessary.

Additionally, the Bankruptcy Court entered a First Day Order granting authority to the Debtors to pay certain prepetition tax obligations (Docket No. 196) (the "**Taxes Order**"). Pursuant to the Taxes Order, the Bankruptcy Court granted the Debtors authority to pay certain taxes and fees. The Debtors have not listed on Schedule E/F certain tax-related obligations for which the Debtors have been granted authority to and intend to pay or have paid pursuant to the Taxes Order.

To the best of the Debtors' knowledge, all claims listed on Part 1 arose or were incurred before the Petition Date.

2. **Schedule E/F, Part 2, Question 3 – Creditors Holding Nonpriority Unsecured Claims**. The Debtors have made reasonable efforts to list all non-priority unsecured claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records. As of the time of filing of the Schedules and Statements, the Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. While the Debtors maintain general accruals to account for these liabilities in accordance with GAAP,

these amounts are estimates and have not been included on Part 2. Accordingly, the information contained on Schedule E/F may be incomplete. The Debtors reserve their rights to, but undertake no obligation to, amend Schedules D and E/F if and as they receive such invoices.

As a result of the Debtors' consolidated operations, Part 2 for each Debtor should be reviewed in these cases for a complete understanding of the unsecured claims against the Debtors. Certain creditors listed on Part 2 may owe amounts to the Debtors and the Debtors may have valid setoff and recoupment rights with respect to any such amounts. The amounts listed on Part 2 may not reflect any such right of setoff or recoupment, and the Debtors reserve all rights to assert the same and to dispute and challenge any setoff rights or recoupment that may be asserted against the Debtors. Additionally, certain creditors may assert mechanics' liens or other similar liens against the Debtors for amounts listed on Part 2. The Debtors reserve all rights to dispute and challenge the validity, perfection, and immunity from avoidance of any lien purported to be perfected by a creditor listed on Part 2 of any Debtor. In addition, certain claims listed on Part 2 may potentially be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

To the best of the Debtors' knowledge, all claims listed on Part 2 arose or were incurred before the Petition Date.

Part 2 does not include certain balances, including deferred liabilities, accruals, or reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, such amounts are reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals primarily represent estimates of liabilities and do not represent specific claims as of the Petition Date.

Schedule E/F, Part 2 and Statements, Part 3, Question 7, contain information regarding potential and pending litigation involving the Debtors. In certain instances, the precise Debtor entity that is the named defendant in the litigation is unclear because, among other things, plaintiffs or potential plaintiffs have made generalized claims against "First Brands" as an enterprise, have incorrectly referenced the names of Debtor entities and/or their affiliates in their pleadings, and/or such plaintiffs' claims relate to legacy businesses that the Debtors have acquired prior to the Petition Date. The amounts for these potential claims are listed as "undetermined" and are marked as contingent, unliquidated, or disputed in the Schedules and Statements. To the extent that litigation involving a particular Debtor has been identified, however, such information is contained in the Schedule for that Debtor (even though the litigation may actually impact another Debtor or non-Debtor current or former affiliate of the Debtors).

Schedule E/F, Part 2 reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease. The Debtors reserve their rights, but undertake no obligation, to amend Schedule E/F to reflect such cure payments. In addition, Schedule E/F, Part 2 does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

Except in certain circumstances, the Debtors have not scheduled contingent and unliquidated liabilities related to guaranty obligations on Schedule E/F, Part 2.

Additionally, the Bankruptcy Court entered a First Day Order granting authority to the Debtors to pay certain prepetition obligations to customers (Docket Nos. 188, 520) (the "**Customer Programs Orders**"). Pursuant to the Customer Programs Orders, the Bankruptcy Court granted the Debtors authority to pay prepetition obligations to customers and continue customer programs in the ordinary course of business. The Debtors have not listed on Schedule E/F certain customer-related obligations for which the Debtors have been granted authority to and intend to pay or have paid pursuant to the Customer Programs Orders. The Debtors have also not scheduled claims related to customer warranty obligations on Schedule E/F, Part 2.

The claims of individual creditors may not reflect credits or allowances due from creditors to the applicable Debtor. The Debtors reserve all of their rights with respect to any such credits or allowances, including the right to assert objections, setoffs rights, and recoupment.

The Court has authorized the Debtors to pay, in their discretion, certain unsecured claims pursuant to the First Day Orders. Each Debtor's Schedule E/F is intended to reflect the balance as of the Petition Date, adjusted for postpetition payments made under some or all of the First Day Orders, and, to the extent an unsecured claim has been paid or may be paid, it is possible such claim is not included on Schedule E/F. Certain Debtors may pay additional claims listed on Schedule E/F during these chapter 11 cases pursuant to the First Day Orders and other orders of the Bankruptcy Court, and the Debtors reserve all of their rights to update Schedule E/F to reflect such payments or to modify the claims register to account for the satisfaction of such claims, but incur not obligation to do so.

**Specific Notes Regarding Schedule G**

While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts and unexpired leases (collectively, the "**Agreements**") on each of the Debtor's Schedule G, and while the Debtors have devoted substantial internal and external resources to identifying and providing the requested information for as many Agreements as possible and to ensuring the accuracy of Schedule G, the Debtors' collection and review of the Agreements is ongoing and inadvertent errors, omissions, or over-inclusions may have occurred. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any Agreement set forth in Schedule G and to amend or supplement Schedule G as necessary. The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each Agreement listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument or other document is listed thereon.

The Debtors may have entered into various other types of Agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements,

amendments/letter agreements, master service agreements, non-disclosure agreements, and confidentiality agreements which may not be set forth in Schedule G. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors reserve their rights, but undertake no obligation, to amend Schedule G at any time to add any omitted Agreements. Likewise, the listing of an Agreement on Schedule G does not constitute an admission that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Petition Date or is valid or enforceable. The inclusion of any contract in Schedule G also does not constitute an admission that such contract is a true lease.

The Debtors reserve all of their rights, claims, and causes of action with respect to the Agreements listed on Schedule G, including, but not limited to, the right to dispute or challenge the characterization or the structure of any transaction, or any document or instrument (including any intercreditor or intercompany agreement) related to a creditor's claim, to dispute the validity, status, or enforceability of any Agreement set forth in Schedule G, and to amend or supplement Schedule G as necessary. Further, the specific Debtor obligor to certain of the Agreements could not be specifically ascertained in every circumstance. In such cases, the Debtors used their best efforts to determine the correct Debtor's Schedule G on which to list such Agreements.

Certain of the Agreements may not have been memorialized and could be subject to dispute. Agreements that are oral in nature have not been included in Schedule G.

Certain of the Agreements listed in Schedule G were assigned to, assumed by, or otherwise transferred to certain of the Debtors in connection with, among other things, acquisitions by the Debtors. The Debtors used their best efforts to determine the correct Debtor's Schedule G on which to list such Agreements.

**Specific Notes Regarding Schedule H**

In the ordinary course of their business, the Debtors may become subject to pending or threatened litigation and claims arising out of certain ordinary course of business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because such claims are contingent, disputed, and/or unliquidated, such claims have not been set forth individually on Schedule H. However, some such claims may be listed elsewhere in the Schedules and Statements.

The inclusion of or failure to include any entity on Schedule H does not constitute a waiver or an admission that such entity is a co-debtor or co-liable with respect to any pending or threatened litigation. The Debtors reserve all rights with respect to any claims related to any pending or threatened litigation.

**Specific Notes Regarding Statements of Financial Affairs**

1. **Statements, Part 1, Question 1 – Gross revenue from business.** Due to the Debtors' continued review, investigation, and reconciliation of their records, and given that such investigations and reconciliations may result in material adjustments to the Debtors' gross revenue from business, the Debtors have listed the gross revenue from business as undetermined in response to Statements, Part 1, Question 1. The listing of such data as undetermined should not

be construed as a representation or warranty of the Debtors' current or future financial condition. The Debtors reserve all of their rights, but undertake no obligation, to amend their response to Statements, Part 1, Question 1.

2. **Statements, Part 1, Question 2 – Non-business revenue.** Due to the Debtors' continued review, investigation, and reconciliation of their records, and given that such investigations and reconciliations may result in material adjustments to the Debtors' non-business revenue, the Debtors have listed the non-business revenue as undetermined in response to Statements, Part 1, Question 2. The listing of such data as undetermined should not be construed as a representation or warranty of the Debtors' current or future financial condition. The Debtors reserve all of their rights, but undertake no obligation, to amend their response to Statements, Part 1, Question 2.

3. **Statements, Part 2, Question 3 – Certain Payments or Transfers to Creditors Within 90 Days Before Filing This Case**. The payments disclosed in response to Statements, Part 2, Question 3 do not include payments to insiders (which are included in the response to Statements, Part 2, Question 4), transfers to bankruptcy professionals (which are included in response to Statements, Part 6, Question 11), or ordinary course compensation of individuals through salaries, wages, or related allowances, which are listed, to the extent required, on Statements, Part 2, Question 4. Any amounts owed to creditors that remain outstanding will appear on the Schedules for each of the Debtors, as applicable. In certain instances, including with respect to supply chain financing arrangements, the Debtors made payments through third-party platforms that subsequently disbursed such payments to the applicable funders or financing parties. In those instances where the Debtors were unable to allocate such payments among specific funders or financing parties based on the information reasonably available, the Debtors have identified the applicable third-party platform as the payment recipient for purposes of such disclosure.

4. **Statements, Part 2, Question 4 – Payments or Other Transfers of Property Made Within 1 Year Before Filing This Case That Benefited Any Insider**. As set forth herein, in the circumstances where the Schedules and Statements require information regarding "insiders," the Debtors define "insiders" as (a) officers, managers, directors and managers, and anyone in control of a Debtor and their relatives; and (b) affiliates of the Debtor and insiders of such affiliates. The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact (including that the party is an insider), right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved. In situations where the Debtors made payments to an entity related to an insider, but such payments were not explicitly for the benefit of such insider, such transactions are disclosed on Statements, Part 2, Question 4 if they were made within 1 year before the Petition Date and Statements, Part 6, Question 13 if they were made between one to two years before the Petition Date.

5. **Statements, Part 3, Question 7 – Legal Actions**. While the Debtors believe they were diligent in their efforts to list the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the Debtors were involved in any capacity within one year before the Petition Date, it is possible that certain suits and proceedings may have been inadvertently excluded in the Debtors' response to Statements, Part 3, Question 7. Additionally, the Debtors may have causes of action against other parties that have not formally been commenced, and thus any such causes of action have not been included on Statements, Part

3, Question 7. The Debtors reserve all of their rights, but undertake no obligation, to amend or supplement their response to Statements, Part 3, Question 7.

6. **Statements, Part 6, Question 11 – Payments Related to Bankruptcy**. All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are listed on the applicable Debtor's response to Statements, Part 6, Question 11. Due to the nature of certain of the Debtors' professionals' work, distinguishing payments related to the Debtors' bankruptcy cases from payments for services unrelated to the Debtors' bankruptcy cases can be difficult and unduly burdensome to ascertain. The payments disclosed on Statements, Part 6, Question 11 may, therefore, include certain amounts related to non-bankruptcy-related services performed for the Debtors prior to the Petition Date. Additional information regarding the Debtors' retention of professional service firms is more fully described in individual retention applications and related orders.

In addition, in response to Statements, Part 6, Question 11, the Debtors have listed payments made to professionals retained by the Debtors but not payments made to advisors of their lenders or other creditors.

7. **Statements, Part 7, Question 14 – Previous Addresses**. Due to the Debtors' significant and frequent historical acquisitions, the commencement of the Debtors' occupancy of certain addresses would be difficult and unduly burdensome to determine. Accordingly, in response to Statements, Part 7, Question 14, the Debtors have listed the dates that the applicable locations were acquired in lieu of the dates when occupation was commenced.

8. **Statements, Part 13, Question 26 – Books, Records, and Financial Statements**. The Debtors provide certain parties such as banks, auditors, lenders, potential investors, vendors, and financial advisors with financial statements that may not be part of a public filing. The Debtors do not maintain detailed records tracking such disclosures.

9. **Statements, Part 13, Questions 28 and 29 – Current and Former Directors and Officers**. The Debtors and their advisors relied on available corporate documents and books and records to determine officer, director, managing member, general partner, member and controlling shareholder statuses. While reasonable efforts have been made to provide accurate and complete information, inadvertent errors and omissions may exist and the Debtors reserve all of their rights, but undertake no obligation, to revise, amend, supplement and/or adjust the responses to Statements, Part 13, Questions 28 and 29. Additionally, the start and end dates listed for individuals disclosed in response to Statements, Part 13, Question 29 refer to such individuals' start dates and end dates of employment with the Debtors, rather than their start dates and end dates for their positions with the Debtors as of the Petition Date.

**Fill in this information to identify the case:**

Debtor name First Brands Group, LLC

United States Bankruptcy Court for the: Southern District of Texas, Houston Division

Case number (If known): 25-90399 (CML)

☐ Check if this is an amended filing

# Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ Undetermined |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ 16,202,259.48* |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ 16,202,259.48* |

## Part 2: Summary of Liabilities

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* | $ 5,869,686,099.83* |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ 1,256,543.01 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | + $ 4,085,377,371.91* |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ 9,956,320,014.75* |

***Plus Undetermined Amounts**

**Fill in this information to identify the case:**

Debtor name First Brands Group, LLC

United States Bankruptcy Court for the: Southern District of Texas, Houston Division

Case number (If known) 25-90399 (CML)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2. **Cash on hand** | $ Undetermined |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | See Attached Rider | | | $ 12,422,225.35 |
| 3.2 | | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1 | None | $ 0.00 |
| 4.2 | | $ |

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. $ 12,422,225.35*

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.Go to Part 3.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1 | Deposits | $ Undetermined |
| 7.2 | | $ |

***Plus Undetermined Amounts**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | Prepayments | $ Undetermined |
| 8.2 | | $ |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. $ Undetermined

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | Undetermined | — | Undetermined | = ...... → | $ Undetermined |
| 11b. Over 90 days old: | Undetermined | — | Undetermined | = ...... → | $ Undetermined |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. $ Undetermined

## Part 4: Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14.1 | None | | $ 0.00 |
| 14.2 | | | $ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity: | % of ownership: | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 15.1 | See Attached Rider | % | | $ Undetermined |
| 15.2 | | % | | $ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 16.1 | None | | $ 0.00 |
| 16.2 | | | $ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83. $ Undetermined

***Plus Undetermined Amounts**

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| Raw Materials | N/A (MM / DD / YYYY) | $ Undetermined | N/A | $ Undetermined |
| **20. Work in progress** | | | | |
| See Attached Rider | (MM / DD / YYYY) | $ Undetermined | | $ Undetermined |
| **21. Finished goods, including goods held for resale** | | | | |
| Finished Goods | N/A (MM / DD / YYYY) | $ Undetermined | N/A | $ Undetermined |
| **22. Other inventory or supplies** | | | | |
| Other Inventory | N/A (MM / DD / YYYY) | $ Undetermined | N/A | $ Undetermined |

23. **Total of Part 5.** $ Undetermined

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value $ Undetermined Valuation method N/A Current value $ Undetermined

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops-either planted or harvested** | | | |
| | $ | | $ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

***Plus Undetermined Amounts**

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85. $ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value $ ______ Valuation method ______ Current value $ ______

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38 **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| **General Description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 39. **Office furniture** | | | |
| None | $ | | $ 0.00 |
| 40. **Office fixtures** | | | |
| Furniture and Fixtures | $ Undetermined | N/A | $ Undetermined |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See Attached Rider | $ Undetermined | | $ Undetermined |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ | | $ 0.00 |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. $ Undetermined

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

***Plus Undetermined Amounts**

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| **General Description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 Vehicles | $ Undetermined | N/A | $ Undetermined |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ | | $ 0.00 |
| 48.2 | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1 None | $ | | $ 0.00 |
| 49.2 | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| See Attached Rider | $ Undetermined | | $ Undetermined |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87. $ Undetermined

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

***Plus Undetermined Amounts**

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 See Attached Rider | | $ Undetermined | | $ Undetermined |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.** $ Undetermined

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| See Attached Rider | $ Undetermined | | $ Undetermined |
| **61. Internet domain names and websites** | | | |
| Domain Name: https://www.firstbrandsgroup.com/ | $ Undetermined | N/A | $ Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| None | $ | | $ 0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| Customer Relationships | $ Undetermined | N/A | $ Undetermined |
| **64. Other intangibles, or intellectual property** | | | |
| None | $ | | $ 0.00 |
| **65. Goodwill** | | | |
| Goodwill | $ Undetermined | N/A | $ Undetermined |

66. **Total of Part 10.** $ Undetermined

Add lines 60 through 65. Copy the total to line 89.

***Plus Undetermined Amounts**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

| Description | Total Face Amount | | Doubtful or uncollectible Amount | | Current value of debtor's interest |
|---|---|---|---|---|---|
| None | | — | | = → | $ 0.00 |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| Description | | Tax Year | Current value of debtor's interest |
|---|---|---|---|
| Income Tax Receivable | Tax Year | Unknown | $ Undetermined |
| | Tax Year | | $ |
| | Tax Year | | $ |

73. **Interests in insurance policies or annuities**
See Attached Rider — $ Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
See Attached Rider — $ Undetermined
**Nature of Claim**
**Amount Requested** $

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
None — $ 0.00
**Nature of Claim**
**Amount Requested** $

76. **Trusts, equitable or future interests in property**
Rabbi Trust: First Brands Group LLC Deferred Compensation Plan — $ 3,780,034.13

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
See Attached Rider — $ Undetermined
$

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. — $ 3,780,034.13*

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

***Plus Undetermined Amounts**

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 12,422,225.35* | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ Undetermined | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ Undetermined | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ Undetermined | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ Undetermined | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ Undetermined | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ Undetermined | |
| 88. **Real property.** *Copy line 56, Part 9.* . . → | | $Undetermined |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Undetermined | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 3,780,034.13* | |
| 91. **Total.** Add lines 80 through 90 for each column.....91a. | $ 16,202,259.48* | + 91b. $Undetermined |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92..... $ 16,202,259.48*

***Plus Undetermined Amounts**

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Bank of America | Collection | 6262 | $0.00 |
| Bank of America | Concentration | 6975 | $12,220,622.41 |
| Bank of America | Disbursement | 6808 | $0.00 |
| Bank of America | Disbursement | 2114 | $0.00 |
| Bank of America | Disbursement | 0657 | $0.00 |
| Bank of America | Investment | 9394 | $0.00 |
| Bank United | Collection | 9656 | $3,014.16 |
| Bank United | Investment | 9161 | $20,686.67 |
| SouthState | Investment | 4957 | $0.00 |
| US Bank | Investment | 1400 | $177,902.11 |
| | | **TOTAL** | **$12,422,225.35** |

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** *(Name of entity:)* | **% of Ownership** | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| APC Parent, LLC | 100% | N/A | Undetermined |
| BPI Acquisition Company, LLC | 100% | N/A | Undetermined |
| Carter Fuel Systems, LLC | 100% | N/A | Undetermined |
| FRAMAuto Holdings, LLC | 100% | N/A | Undetermined |
| Heatherton Holdings, LLC | 100% | N/A | Undetermined |
| KTRI Holdings, Inc. | 100% | N/A | Undetermined |
| NovaStar Brands Group, LLC | 100% | N/A | Undetermined |
| PHNX Acquisition Corp. | 100% | N/A | Undetermined |
| Specialty Pumps Group, Inc. | 100% | N/A | Undetermined |
| Strongarm, LLC | 100% | N/A | Undetermined |
| UCI International Holdings Parent Inc. | 100% | N/A | Undetermined |
| | | **TOTAL** | $0.00<br>+ Undetermined Amounts |

**Assets - Real and Personal Property**

**Part 5, Question 20:** Work in progress

| Work in progress | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Inventory in Transit | N/A | Undetermined | N/A | Undetermined |
| Work in Process | N/A | Undetermined | N/A | Undetermined |
| | | | **TOTAL** | $0.00<br>+ Undetermined Amounts |

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| **Office equipment, including all computer equipment and communication systems equipment and software** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| Computer Software | Undetermined | N/A | Undetermined |
| Computer Hardware | Undetermined | N/A | Undetermined |
| | | **TOTAL** | $0.00<br>+ Undetermined Amounts |

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Tooling | Undetermined | N/A | Undetermined |
| Machinery and Equipment | Undetermined | N/A | Undetermined |
| | | **TOTAL** | $0.00 + Undetermined Amounts |

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| Building | Building | Undetermined | N/A | Undetermined |
| Building Improvements | Building Improvements | Undetermined | N/A | Undetermined |
| Construction In Progress | Construction In Progress | Undetermined | N/A | Undetermined |
| Land | Land | Undetermined | N/A | Undetermined |
| Land Improvements | Land Improvements | Undetermined | N/A | Undetermined |
| Leasehold Improvements | Leasehold Improvements | Undetermined | N/A | Undetermined |
| 127 Public Square, Suite 5300 Cleveland, OH 44114 | Leased - Office | Undetermined | N/A | Undetermined |
| 46 East 66th Street New York, NY 10065 | Leased - Townhome | Undetermined | N/A | Undetermined |
| 6200 Oak Tree Blvd Independence, OH | Office | Undetermined | N/A | Undetermined |
| | | | **TOTAL** | $0.00 + Undetermined Amounts |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Application No. 10163941.7 filed 05/26/2010 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Application No. 102010000415.4 filed 02/15/2010 - Germany | Undetermined | N/A | Undetermined |
| Patent - Application No. 102012005513.7 filed 03/19/2012 - Germany | Undetermined | N/A | Undetermined |
| Patent - Application No. 1020217000758 filed 06/11/2019 - Korea, Republic of | Undetermined | N/A | Undetermined |
| Patent - Application No. 11156138.7 filed 02/28/2011 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Application No. 11250298.4 filed 03/11/2011 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Application No. 12/744854 filed 11/28/2008 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Application No. 13/046188 filed 03/11/2011 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Application No. 15/308460 filed 11/02/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Application No. 16/322247 filed 08/01/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Application No. 17/866,913 filed 07/18/2022 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Application No. 17/898,968 filed 08/30/2022 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Application No. 17/942,362 filed 09/12/2022 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Application No. 17417146 filed 12/24/2019 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Application No. 17722781 filed 04/18/2022 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Application No. 17772190 filed 11/02/2020 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Application No. 17779216 filed 11/25/2020 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Application No. 18/490,404 filed 10/19/2023 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Application No. 18083753 filed 12/19/2022 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Application No. 18083855 filed 12/19/2022 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Application No. 18097541 filed 01/17/2023 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Application No. 188786164 filed 11/16/2018 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Application No. 188819726 filed 11/16/2018 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Application No. 198200768 filed 06/11/2019 - European Patent Convention | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Application No. 2010-030403 filed 02/15/2010 - Japan | Undetermined | N/A | Undetermined |
| Patent - Application No. 20168711.8 filed 02/25/2013 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Application No. 20168784.5 filed 02/25/2013 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Application No. 2017267980 filed 05/19/2017 - Australia | Undetermined | N/A | Undetermined |
| Patent - Application No. 2017326531 filed 09/18/2017 - Australia | Undetermined | N/A | Undetermined |
| Patent - Application No. 2017326536 filed 04/10/2019 - Australia | Undetermined | N/A | Undetermined |
| Patent - Application No. 201780038183.8 filed 05/19/2017 - China (People's Republic) | Undetermined | N/A | Undetermined |
| Patent - Application No. 201780038332.0 filed 05/19/2017 - China (People's Republic) | Undetermined | N/A | Undetermined |
| Patent - Application No. 201780038348.1 filed 05/19/2017 - China (People's Republic) | Undetermined | N/A | Undetermined |
| Patent - Application No. 2018372821 filed 11/16/2018 - Australia | Undetermined | N/A | Undetermined |
| Patent - Application No. 201880064362.3 filed 10/02/2018 - China (People's Republic) | Undetermined | N/A | Undetermined |
| Patent - Application No. 201980051629.X filed 06/11/2019 - China (People's Republic) | Undetermined | N/A | Undetermined |
| Patent - Application No. 2021800713632 filed 08/20/2021 - China (People's Republic) | Undetermined | N/A | Undetermined |
| Patent - Application No. 202311312524X filed 08/30/2017 - China (People's Republic) | Undetermined | N/A | Undetermined |
| Patent - Application No. 20716427.8 filed 03/30/2020 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Application No. 218444479 filed 12/31/2021 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Application No. 218592194 filed 08/20/2021 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Application No. 22777058.3 filed 08/24/2022 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Application No. 2732711 filed 02/28/2011 - Canada | Undetermined | N/A | Undetermined |
| Patent - Application No. 3070567 filed 07/30/2018 - Canada | Undetermined | N/A | Undetermined |
| Patent - Application No. 3082275 filed 11/16/2018 - Canada | Undetermined | N/A | Undetermined |
| Patent - Application No. 3106349 filed 06/11/2019 - Canada | Undetermined | N/A | Undetermined |
| Patent - Application No. CN201580026835.7 filed 05/21/2015 - China (People's Republic) | Undetermined | N/A | Undetermined |
| Patent - Application No. MX/A/2008/008879 filed 11/01/2006 - Mexico | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Application No. MX/A/2010/001176 filed 01/29/2010 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Application No. MX/A/2010/005878 filed 11/28/2008 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Application No. MXa2020001130 filed 07/30/2018 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Application No. MXa2020005150 filed 11/16/2018 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Application No. PCTUS2022049357 filed 11/09/2022 - Patent Cooperation Treaty | Undetermined | N/A | Undetermined |
| Patent - Application No. PCTUS2023028716 filed 07/26/2023 - Patent Cooperation Treaty | Undetermined | N/A | Undetermined |
| Patent - Application No. PI0515495-2 filed 09/23/2005 - Brazil | Undetermined | N/A | Undetermined |
| Patent - Patent No. 001072839-0001 issued 01/20/2009, Application No. 0010728390001 filed 01/20/2009 - European Designs (EUIPO) and Plants (CPVO) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 001072839-0002 issued 01/20/2009, Application No. 0010728390002 filed 01/20/2009 - European Designs (EUIPO) and Plants (CPVO) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 001072847-0001 issued 01/20/2009, Application No. 0010728470001 filed 01/20/2009 - European Designs (EUIPO) and Plants (CPVO) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 001383293-0001 issued 09/13/2013, Application No. 0013832930001 filed 09/13/2013 - European Designs (EUIPO) and Plants (CPVO) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 001383293-0002 issued 09/13/2013, Application No. 0013832930002 filed 09/13/2013 - European Designs (EUIPO) and Plants (CPVO) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 001383293-0003 issued 09/13/2013, Application No. 0013832930003 filed 09/13/2013 - European Designs (EUIPO) and Plants (CPVO) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 001383293-0004 issued 09/13/2013, Application No. 0013832930004 filed 09/13/2013 - European Designs (EUIPO) and Plants (CPVO) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 002088146-001 issued 08/15/2012, Application No. 002088146 filed 08/15/2012 - European Designs (EUIPO) and Plants (CPVO) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 002088146-002 issued 08/15/2012, Application No. 002088146 filed 08/15/2012 - European Designs (EUIPO) and Plants (CPVO) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 002301093-0001 issued 09/02/2013, Application No. 0023010930001 filed 09/02/2013 - European Designs (EUIPO) and Plants (CPVO) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 002301093-0002 issued 09/02/2013, Application No. 0023010930002 filed 09/02/2013 - European Designs (EUIPO) and Plants (CPVO) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 002674887-0001 issued 04/02/2015, Application No. 002674887 filed 04/02/2015 - European Designs (EUIPO) and Plants (CPVO) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 004660306-0001 issued 01/10/2018, Application No. 0046603060001 filed 01/10/2018 - European Designs (EUIPO) and Plants (CPVO) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 004660306-0002 issued 01/10/2018, Application No. 0046603060002 filed 01/10/2018 - European Designs (EUIPO) and Plants (CPVO) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 004684272-0001 issued 01/29/2018, Application No. 0046842720001 filed 01/29/2018 - European Designs (EUIPO) and Plants (CPVO) | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. 004684272-0002 issued 01/29/2018, Application No. 0046842720002 filed 01/29/2018 - European Designs (EUIPO) and Plants (CPVO) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 005268570-0001 issued 05/15/2018, Application No. 0052685700001 filed 05/15/2018 - European Designs (EUIPO) and Plants (CPVO) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 008388607-0001 issued 01/06/2021, Application No. 0083886070001 filed 01/06/2021 - European Designs (EUIPO) and Plants (CPVO) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 008388607-0001 issued 01/06/2021, Application No. 0083886070003 filed 01/06/2021 - European Designs (EUIPO) and Plants (CPVO) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 008388607-0002 issued 01/06/2021, Application No. 0083886070002 filed 01/06/2021 - European Designs (EUIPO) and Plants (CPVO) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 008542591-0001 issued 05/18/2021, Application No. 85425910001 filed 05/18/2021 - European Designs (EUIPO) and Plants (CPVO) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 008542591-0002 issued 05/18/2021, Application No. 85425910002 filed 05/18/2021 - European Designs (EUIPO) and Plants (CPVO) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 008543144-0001 issued 05/18/2021, Application No. 0085431440001 filed 05/18/2021 - European Designs (EUIPO) and Plants (CPVO) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 008543144-0002 issued 05/18/2021, Application No. 0085431440002 filed 05/18/2021 - European Designs (EUIPO) and Plants (CPVO) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 008919641-0001 issued 03/28/2022, Application No. 0089196410001 filed 03/28/2022 - European Designs (EUIPO) and Plants (CPVO) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 008919641-0002 issued 03/28/2022, Application No. 0089196410002 filed 03/28/2022 - European Designs (EUIPO) and Plants (CPVO) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 0294034 issued 09/23/1992, Application No. 88304115.4 filed 05/06/1988 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 0299714 issued 03/04/1992, Application No. 88306348.9 filed 07/12/1988 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 0305061 issued 11/27/1991, Application No. 88307073.2 filed 08/01/1988 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 0564732 issued 03/12/1997, Application No. 92303228.8 filed 04/10/1992 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 0564732 issued 03/12/1997, Application No. 92303228.8 filed 04/10/1992 - Liechtenstein | Undetermined | N/A | Undetermined |
| Patent - Patent No. 0564732 issued 03/12/1997, Application No. 92303228.8 filed 04/10/1992 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 0740970 issued 06/07/2000, Application No. 96202318.0 filed 04/10/1992 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 0740970 issued 06/07/2000, Application No. 96202318.0 filed 04/10/1992 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 0783383 issued 12/05/2001, Application No. 95921076.6 filed 06/08/1995 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 0783383 issued 12/05/2001, Application No. 95921076.6 filed 06/08/1995 - Germany | Undetermined | N/A | Undetermined |
| Patent - Patent No. 0783383 issued 12/05/2001, Application No. 95921076.6 filed 06/08/1995 - United Kingdom | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. 10005431 issued 06/26/2018, Application No. 15260004 filed 09/08/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10040437 issued 08/07/2018, Application No. 15486781 filed 04/13/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10052924 issued 08/21/2018, Application No. 15356943 filed 11/21/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10054082 issued 08/21/2018, Application No. 15/292838 filed 10/13/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10077026 issued 09/18/2018, Application No. 14721476 filed 05/26/2015 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10106001 issued 10/23/2018, Application No. 15095820 filed 04/11/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10166951 issued 01/01/2019, Application No. 14216082 filed 03/17/2014 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10173484 issued 01/08/2019, Application No. 15358789 filed 11/22/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10183536 issued 01/22/2019, Application No. 13834043 filed 03/15/2013 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10189445 issued 01/29/2019, Application No. 14715180 filed 05/18/2015 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10207881 issued 02/19/2019, Application No. 15799102 filed 10/31/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10252756 issued 04/09/2019, Application No. 15441851 filed 02/24/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10322612 issued 06/18/2019, Application No. 13314673 filed 12/08/2011 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10322699 issued 06/18/2019, Application No. 15815068 filed 11/16/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10336146 issued 07/02/2019, Application No. 15429273 filed 02/10/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10363905 issued 07/30/2019, Application No. 15335138 filed 10/26/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10363910 issued 07/30/2019, Application No. 15834712 filed 12/07/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 103648959 issued 08/16/2019, Application No. 2011800666394 filed 12/01/2011 - China (People's Republic) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10377196 issued 08/13/2019, Application No. 15681729 filed 08/21/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10399506 issued 09/03/2019, Application No. 15596682 filed 05/16/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10406873 issued 09/10/2019, Application No. 15496073 filed 04/25/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10414223 issued 09/17/2019, Application No. 14928291 filed 10/30/2015 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10449815 issued 10/22/2019, Application No. 13650906 filed 10/12/2012 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10457252 issued 10/29/2019, Application No. 14928457 filed 10/30/2015 - United States of America | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. 10464533 issued 11/05/2019, Application No. 14928467 filed 10/30/2015 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10479153 issued 11/19/2019, Application No. 15459034 filed 03/15/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10479425 issued 11/19/2019, Application No. 15368952 filed 12/05/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10513246 issued 12/24/2019, Application No. 15600288 filed 05/19/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10543813 issued 01/28/2020, Application No. 14715144 filed 05/18/2015 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10589585 issued 03/17/2020, Application No. 15830139 filed 12/04/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10589585 issued 03/17/2020, Application No. IPR202101411 filed 08/20/2021 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10597004 issued 03/24/2020, Application No. 14827928 filed 08/17/2015 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10654327 issued 05/19/2020, Application No. 15482859 filed 04/10/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10661759 issued 05/26/2020, Application No. 15600201 filed 05/19/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10661846 issued 05/26/2020, Application No. 15456626 filed 03/13/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10662899 issued 05/26/2020, Application No. 15/768933 filed 10/19/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10682992 issued 06/16/2020, Application No. 15898750 filed 02/19/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10688977 issued 06/23/2020, Application No. 15689420 filed 08/29/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10696110 issued 06/30/2020, Application No. 15580932 filed 06/16/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10703293 issued 07/07/2020, Application No. 16314062 filed 06/30/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10717414 issued 07/21/2020, Application No. 15/600,180 filed 05/19/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10723322 issued 07/28/2020, Application No. 15/799,230 filed 10/31/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10723329 issued 07/28/2020, Application No. 14/874,918 filed 10/05/2015 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10766322 issued 09/08/2020, Application No. 15/180,548 filed 06/13/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10766462 issued 09/08/2020, Application No. 15/600,218 filed 05/19/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10792965 issued 10/06/2020, Application No. 15996799 filed 06/04/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10829092 issued 11/10/2020, Application No. 14035610 filed 09/24/2013 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10836225 issued 11/17/2020, Application No. 15691140 filed 08/30/2017 - United States of America | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. 10843513 issued 11/24/2020, Application No. 15936583 filed 03/27/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10850580 issued 12/01/2020, Application No. 16240835 filed 01/07/2019 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10870454 issued 12/22/2020, Application No. 16376586 filed 04/05/2019 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 1088979 issued 08/19/2025, Application No. 29808224 filed 09/17/2021 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10890140 issued 01/12/2021, Application No. 15/546813 filed 07/27/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10894454 issued 01/19/2021, Application No. 16105267 filed 08/20/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10920723 issued 02/16/2021, Application No. 16/309630 filed 06/15/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10946841 issued 03/16/2021, Application No. 15707267 filed 09/18/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10953713 issued 03/23/2021, Application No. 16175015 filed 10/30/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10960718 issued 03/30/2021, Application No. 16253384 filed 01/22/2019 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10967688 issued 04/06/2021, Application No. 15909236 filed 03/01/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10967689 issued 04/06/2021, Application No. 16564188 filed 09/09/2019 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10987982 issued 04/27/2021, Application No. 15909204 filed 03/01/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 10994793 issued 05/04/2021, Application No. 15594906 filed 05/15/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11,761,403 issued 09/19/2023, Application No. 17/496,184 filed 10/07/2021 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11,794,705 issued 04/02/2024, Application No. 17277079 filed 09/16/2019 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11,850,899 issued 12/26/2023, Application No. 17106722 filed 11/30/2020 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11,890,903 issued 02/06/2024, Application No. 17/394,980 filed 08/05/2021 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11,897,436 issued 02/13/2024, Application No. 17/510,214 filed 10/25/2021 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11,932,066 issued 03/19/2024, Application No. 17/063,046 filed 10/05/2020 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11,975,575 issued 05/07/2024, Application No. 16483831 filed 02/10/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11,975,576 issued 05/07/2024, Application No. 17282488 filed 09/26/2019 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11,975,773 issued 05/07/2024, Application No. 17277323 filed 09/16/2019 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11,993,111 issued 05/28/2024, Application No. 17196077 filed 03/09/2021 - United States of America | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. 11,999,331 issued 06/04/2024, Application No. 17712597 filed 04/04/2022 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11007981 issued 05/18/2021, Application No. 16254023 filed 01/22/2019 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11027583 issued 06/08/2021, Application No. 14069930 filed 11/01/2013 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11034398 issued 06/15/2021, Application No. 16685015 filed 11/15/2019 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11040705 issued 06/22/2021, Application No. 16005114 filed 06/11/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11072214 issued 07/27/2021, Application No. 16685080 filed 11/15/2019 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11084343 issued 08/10/2021, Application No. 15936549 filed 03/27/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11104189 issued 08/31/2021, Application No. 16381396 filed 04/11/2019 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11104192 issued 08/31/2021, Application No. 16334047 filed 09/27/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11124158 issued 09/21/2021, Application No. 16673543 filed 11/04/2019 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11136002 issued 10/05/2021, Application No. 16132999 filed 09/17/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11137279 issued 10/05/2021, Application No. 16/481503 filed 01/30/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11148735 issued 10/19/2021, Application No. 16518177 filed 07/22/2019 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11155241 issued 10/26/2021, Application No. 16525019 filed 07/29/2019 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11179830 issued 11/23/2021, Application No. 16334532 filed 09/21/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11180118 issued 11/23/2021, Application No. 16744575 filed 01/16/2020 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11192409 issued 12/07/2021, Application No. 16330112 filed 10/04/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 111971208 issued 05/24/2024, Application No. 2018800865173 filed 11/16/2018 - China (People's Republic) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11203303 issued 12/21/2021, Application No. 15999747 filed 02/09/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11220144 issued 01/11/2022, Application No. 16333618 filed 09/27/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11230149 issued 01/25/2022, Application No. 16323657 filed 08/02/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11233378 issued 01/25/2022, Application No. 16/766434 filed 05/22/2020 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11247641 issued 02/15/2022, Application No. 16444754 filed 06/18/2019 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11260710 issued 03/01/2022, Application No. 16331560 filed 09/08/2017 - United States of America | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. 11273796 issued 03/15/2022, Application No. 16933937 filed 07/20/2020 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11274618 issued 03/15/2022, Application No. 16/763092 filed 05/11/2020 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11292439 issued 04/05/2022, Application No. 16939418 filed 07/27/2020 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11300090 issued 04/12/2022, Application No. 16/753105 filed 10/02/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11318883 issued 05/03/2022, Application No. 17376595 filed 07/15/2021 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11319901 issued 05/03/2022, Application No. 17/001948 filed 08/25/2020 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11319902 issued 05/03/2022, Application No. 16/960402 filed 07/07/2020 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11345200 issued 05/31/2022, Application No. 16338892 filed 10/04/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11358424 issued 06/14/2022, Application No. 16658476 filed 10/21/2019 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11370255 issued 06/28/2022, Application No. 16534264 filed 08/07/2019 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11370394 issued 06/28/2022, Application No. 16049540 filed 07/30/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11390339 issued 07/19/2022, Application No. 16728542 filed 12/27/2019 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11400903 issued 08/02/2022, Application No. 14299753 filed 06/09/2014 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11433720 issued 09/06/2022, Application No. 16482762 filed 02/02/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11433857 issued 09/06/2022, Application No. 16344310 filed 11/16/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11440361 issued 09/13/2022, Application No. 17101271 filed 11/23/2020 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11440516 issued 09/13/2022, Application No. 16517852 filed 07/22/2019 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11440523 issued 09/13/2022, Application No. 16603265 filed 04/10/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11440599 issued 09/13/2022, Application No. 16615876 filed 05/23/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11447106 issued 09/20/2022, Application No. 16901086 filed 06/15/2020 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11465590 issued 10/11/2022, Application No. 16049689 filed 07/30/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11472242 issued 10/18/2022, Application No. 17197202 filed 03/10/2021 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11479068 issued 10/25/2022, Application No. 16915013 filed 06/29/2020 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11485330 issued 11/01/2022, Application No. 17672152 filed 02/15/2022 - United States of America | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. 11505019 issued 11/22/2022, Application No. 16967442 filed 02/20/2019 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11512979 issued 11/29/2022, Application No. 16763355 filed 11/22/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 1152843 issued 01/22/2003, Application No. 00901807.8 filed 02/08/2000 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 1152843 issued 01/22/2003, Application No. 00901807.8 filed 02/08/2000 - Germany | Undetermined | N/A | Undetermined |
| Patent - Patent No. 1152843 issued 01/22/2003, Application No. 00901807.8 filed 02/08/2000 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11529833 issued 12/20/2022, Application No. 16615859 filed 05/23/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11530004 issued 12/20/2022, Application No. 17257649 filed 07/03/2019 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11530005 issued 12/20/2022, Application No. 16615870 filed 05/23/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11530671 issued 12/20/2022, Application No. 17/299197 filed 12/17/2019 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11554754 issued 01/17/2023, Application No. 16722175 filed 12/20/2019 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11554820 issued 01/17/2023, Application No. 16619158 filed 06/06/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11560027 issued 01/24/2023, Application No. 17222289 filed 04/05/2021 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11560099 issued 01/24/2023, Application No. 17226792 filed 04/09/2021 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11560187 issued 01/24/2023, Application No. 16879907 filed 05/21/2020 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11565661 issued 01/31/2023, Application No. 16824844 filed 03/20/2020 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11577561 issued 02/14/2023, Application No. 16956310 filed 12/20/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 1159572 issued 05/31/2006, Application No. 00919363.2 filed 03/06/2000 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11608033 issued 03/21/2023, Application No. 17398889 filed 08/10/2021 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11610556 issued 03/21/2023, Application No. 16603262 filed 04/10/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 1161316 issued 09/13/2006, Application No. 00984731.0 filed 12/15/2000 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 1161316 issued 09/13/2006, Application No. 00984731.0 filed 12/15/2000 - Germany | Undetermined | N/A | Undetermined |
| Patent - Patent No. 1161316 issued 09/13/2006, Application No. 00984731.0 filed 12/15/2000 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11686331 issued 06/27/2023, Application No. 16069638 filed 01/31/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11712935 issued 08/01/2023, Application No. 17012659 filed 09/04/2020 - United States of America | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. 11731594 issued 08/22/2023, Application No. 17186626 filed 02/26/2021 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11738729 issued 08/29/2023, Application No. 16907773 filed 06/22/2020 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11752817 issued 09/12/2023, Application No. 17098978 filed 11/16/2020 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11752977 issued 09/12/2023, Application No. 17671475 filed 02/14/2022 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 1175566 issued 02/13/2008, Application No. 00986942.1 filed 12/20/2000 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11760312 issued 09/19/2023, Application No. 17407961 filed 08/20/2021 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11772437 issued 10/03/2023, Application No. 17149882 filed 01/15/2021 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11780408 issued 10/10/2023, Application No. 17850861 filed 06/27/2022 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11794538 issued 10/24/2023, Application No. 17222256 filed 04/05/2021 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11794705 issued 10/24/2023, Application No. 16763373 filed 11/22/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11840201 issued 12/12/2023, Application No. 17479712 filed 09/20/2021 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11858475 issued 01/02/2024, Application No. 16933933 filed 07/20/2020 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11890904 issued 02/06/2024, Application No. 17/942,223 filed 09/12/2022 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 11938766 issued 03/26/2024, Application No. 17/850,153 filed 06/27/2022 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 12,012,162 issued 06/18/2024, Application No. 17/346,561 filed 06/14/2021 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 1200211 issued 05/14/2003, Application No. 00949032.7 filed 07/26/2000 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 1200211 issued 05/14/2003, Application No. 00949032.7 filed 07/26/2000 - Germany | Undetermined | N/A | Undetermined |
| Patent - Patent No. 1200211 issued 05/14/2003, Application No. 00949032.7 filed 07/26/2000 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 12070975 issued 08/27/2024, Application No. 17/384,918 filed 07/26/2021 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 12070976 issued 08/27/2024, Application No. 18100026 filed 01/23/2023 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 12071103 issued 08/27/2024, Application No. 18100033 filed 01/23/2023 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 12079963 issued 09/03/2024, Application No. 17407890 filed 08/20/2021 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 12081203 issued 09/03/2024, Application No. 17/440,898 filed 03/23/2020 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 12084129 issued 09/10/2024, Application No. 18100020 filed 01/23/2023 - United States of America | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. 12111334 issued 10/08/2024, Application No. 16770107 filed 12/07/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 12134288 issued 11/05/2024, Application No. 17286012 filed 10/16/2019 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 12162461 issued 12/10/2024, Application No. 17411435 filed 08/25/2021 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 12172609 issued 12/24/2024, Application No. 17401189 filed 08/12/2021 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 12179527 issued 12/31/2024, Application No. 17312080 filed 12/11/2019 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 12179859 issued 12/31/2024, Application No. 17942214 filed 09/12/2022 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 12227236 issued 02/18/2025, Application No. 17306172 filed 05/03/2021 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 12304439 issued 05/20/2025, Application No. 17/947,591 filed 09/19/2022 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 12311839 issued 05/27/2025, Application No. 18269306 filed 06/23/2023 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 12325268 issued 06/10/2025, Application No. 17497145 filed 10/08/2021 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 12344199 issued 07/01/2025, Application No. 17/905410 filed 03/30/2020 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 12371112 issued 07/29/2025, Application No. 17633320 filed 08/10/2020 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 12384336 issued 08/12/2025, Application No. 17201220 filed 03/15/2021 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 12485837 issued 12/02/2025, Application No. 17745589 filed 05/16/2022 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 1309239 issued 10/27/1992, Application No. 565539 filed 04/29/1988 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 147027 issued 06/12/2013, Application No. 147027 filed 08/15/2012 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 147028 issued 06/12/2013, Application No. 147028 filed 08/15/2012 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 152707 issued 07/29/2014, Application No. 152707 filed 08/30/2013 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 153007 issued 02/13/2015, Application No. 153007 filed 09/06/2013 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 153560 issued 05/23/2014, Application No. 153560 filed 10/23/2013 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 153763 issued 06/27/2014, Application No. 153763 filed 11/06/2013 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 155468 issued 03/04/2015, Application No. 155468 filed 03/04/2014 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 157636 issued 07/29/2014, Application No. 157636 filed 07/14/2014 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 158387 issued 08/19/2015, Application No. 158387 filed 08/26/2014 - Canada | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. 160696 issued 03/04/2015, Application No. 160696 filed 03/04/2014 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 163069 issued 08/19/2015, Application No. 163069 filed 08/26/2014 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 163337 issued 08/19/2015, Application No. 163337 filed 08/26/2014 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 163446 issued 05/14/1992, Application No. 12259 filed 07/14/1988 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 163447 issued 05/14/1992, Application No. 12613 filed 08/10/1988 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 163716 issued 04/21/2016, Application No. 163716 filed 08/06/2015 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 165986 issued 11/08/2016, Application No. 165986 filed 12/16/2015 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 167717 issued 04/07/1993, Application No. 11389 filed 05/06/1988 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 167890 issued 04/21/2016, Application No. 167890 filed 08/06/2015 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 167891 issued 04/21/2016, Application No. 167891 filed 08/06/2015 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 1693098 issued 08/23/2021, Application No. 2021000379 filed 01/08/2021 - Japan | Undetermined | N/A | Undetermined |
| Patent - Patent No. 170059 issued 10/20/2017, Application No. 170059 filed 08/19/2016 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 170066 issued 11/08/2016, Application No. 170066 filed 12/16/2015 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 173932 issued 05/29/2018, Application No. 173932 filed 03/31/2017 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 174087 issued 05/29/2018, Application No. 174087 filed 04/07/2017 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 174510 issued 03/05/2018, Application No. 174510 filed 04/28/2017 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 175082 issued 02/19/2018, Application No. 175082 filed 05/26/2017 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 175083 issued 04/24/2018, Application No. 175083 filed 05/26/2017 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 175221 issued 04/27/2018, Application No. 175221 filed 06/05/2017 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 177145 issued 12/05/2018, Application No. 177145 filed 09/19/2017 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 178438 issued 12/14/2018, Application No. 178438 filed 11/30/2017 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 178893 issued 05/29/2018, Application No. 178893 filed 03/31/2017 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 178894 issued 05/29/2018, Application No. 178894 filed 04/07/2017 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 178895 issued 02/01/2019, Application No. 178895 filed 12/22/2017 - Canada | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. 178897 issued 05/07/2019, Application No. 178897 filed 12/22/2017 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 179191 issued 05/29/2018, Application No. 179191 filed 03/31/2017 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 179192 issued 05/29/2018, Application No. 179192 filed 03/31/2017 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 179193 issued 05/29/2018, Application No. 179193 filed 04/07/2017 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 179194 issued 05/29/2018, Application No. 179194 filed 04/07/2017 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 179195 issued 05/29/2018, Application No. 179195 filed 04/07/2017 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 179196 issued 03/05/2018, Application No. 179196 filed 04/28/2017 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 179197 issued 03/05/2018, Application No. 179197 filed 04/28/2017 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 179198 issued 03/05/2018, Application No. 179198 filed 04/28/2017 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 179199 issued 03/05/2018, Application No. 179199 filed 04/28/2017 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 179200 issued 02/19/2018, Application No. 179200 filed 05/26/2017 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 179201 issued 02/19/2018, Application No. 179201 filed 05/26/2017 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 1797377 issued 12/22/2010, Application No. 05784561.2 filed 09/23/2005 - Austria | Undetermined | N/A | Undetermined |
| Patent - Patent No. 1797377 issued 12/22/2010, Application No. 05784561.2 filed 09/23/2005 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 1797377 issued 12/22/2010, Application No. 05784561.2 filed 09/23/2005 - Germany | Undetermined | N/A | Undetermined |
| Patent - Patent No. 1797377 issued 12/22/2010, Application No. 05784561.2 filed 09/23/2005 - Hungary | Undetermined | N/A | Undetermined |
| Patent - Patent No. 1797377 issued 12/22/2010, Application No. 05784561.2 filed 09/23/2005 - Italy | Undetermined | N/A | Undetermined |
| Patent - Patent No. 1797377 issued 12/22/2010, Application No. 05784561.2 filed 09/23/2005 - Poland | Undetermined | N/A | Undetermined |
| Patent - Patent No. 1797377 issued 12/22/2010, Application No. 05784561.2 filed 09/23/2005 - Turkiye | Undetermined | N/A | Undetermined |
| Patent - Patent No. 179880 issued 02/19/2019, Application No. 179880 filed 02/21/2018 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 179881 issued 02/12/2019, Application No. 179881 filed 02/21/2018 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 179882 issued 02/19/2019, Application No. 179882 filed 02/21/2018 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 179883 issued 01/07/2019, Application No. 179883 filed 02/21/2018 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 179884 issued 02/12/2019, Application No. 179884 filed 02/21/2018 - Canada | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. 179885 issued 02/21/2019, Application No. 179885 filed 02/21/2018 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 179886 issued 02/19/2019, Application No. 179886 filed 02/21/2018 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 180426 issued 04/27/2018, Application No. 180426 filed 06/05/2017 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 180627 issued 01/15/1996, Application No. 9202477 filed 05/26/1992 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 182019 issued 12/05/2018, Application No. 182019 filed 06/21/2018 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 185007 issued 02/01/2019, Application No. 185007 filed 11/30/2018 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 185834 issued 02/19/2019, Application No. 185834 filed 01/23/2019 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 185939 issued 02/19/2019, Application No. 185939 filed 01/31/2019 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 185940 issued 02/19/2019, Application No. 185940 filed 01/31/2019 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 185941 issued 02/21/2019, Application No. 185941 filed 01/31/2019 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 1979108 issued 01/08/2014, Application No. 06804668.9 filed 11/01/2006 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 199283 issued 10/27/2000, Application No. 952275 filed 05/09/1995 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 200459 issued 11/24/2022, Application No. 200459 filed 01/08/2021 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 200580035127.6 issued 04/15/2009, Application No. 200580035127.6 filed 09/23/2005 - China (People's Republic) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 200680053749.6 issued 08/03/2011, Application No. 200680053749.6 filed 11/01/2006 - China (People's Republic) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 201010141661 issued 12/14/2016, Application No. 201010141661.8 filed 02/02/2010 - China (People's Republic) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2014224016 issued 05/10/2018, Application No. 2014224016 filed 03/03/2014 - Australia | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2016/01067 issued 01/29/2020, Application No. 201601067 filed 02/16/2016 - South Africa | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2016243141 issued 06/11/2020, Application No. 2016243141 filed 03/28/2016 - Australia | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2017 15 278 issued 12/04/2017, Application No. 201715278 filed 09/05/2017 - Australia | Undetermined | N/A | Undetermined |
| Patent - Patent No. 201717337 issued 01/15/2018, Application No. 201717337 filed 11/30/2017 - Australia | Undetermined | N/A | Undetermined |
| Patent - Patent No. 201717379 issued 01/03/2018, Application No. 201717379 filed 12/04/2017 - Australia | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2017203868 issued 04/04/2019, Application No. 2017203868 filed 06/08/2017 - Australia | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2017268129 issued 02/16/2023, Application No. 2017268129 filed 12/06/2018 - Australia | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. 2017321587, Application No. 2017321587 filed 03/21/2019 - Australia | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2017370920, Application No. 2017370920 filed 12/07/2017 - Australia | Undetermined | N/A | Undetermined |
| Patent - Patent No. 201780063277.0 issued 10/31/2023, Application No. 2017800632770 filed 08/30/2017 - China (People's Republic) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 201810444 issued 03/27/2018, Application No. 201810444 filed 01/29/2018 - Australia | Undetermined | N/A | Undetermined |
| Patent - Patent No. 201811853 issued 04/27/2018, Application No. 201811853 filed 03/27/2018 - Australia | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2018202829 issued 04/23/2020, Application No. 2018202829 filed 04/24/2018 - Australia | Undetermined | N/A | Undetermined |
| Patent - Patent No. 202120053 issued 02/11/2021, Application No. 202110053 filed 01/07/2021 - Australia | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2032422 issued 09/14/2011, Application No. 77546174000000004 filed 01/12/2009 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2149574 issued 01/25/2000, Application No. 2149574 filed 05/17/1995 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2213552 issued 09/19/2012, Application No. 10000992.7 filed 02/01/2010 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2232187 issued 09/16/2020, Application No. 08855568.5 filed 11/28/2008 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2285114 issued 10/29/2002, Application No. 2285114 filed 05/17/1995 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2285115 issued 12/11/2001, Application No. 2285115 filed 05/17/1995 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2292973 issued 05/22/2007, Application No. 2292973 filed 12/21/1999 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 229700 issued 05/28/2025, Application No. 229700 filed 04/16/2024 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2362861 issued 07/08/2008, Application No. 2362861 filed 02/08/2000 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2363069 issued 12/08/2009, Application No. 2363069 filed 12/15/2000 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2373998 issued 01/27/2009, Application No. 2373998 filed 07/26/2000 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2378586, Application No. 2007108803 filed 09/23/2005 - Russian Federation | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2467849 issued 02/15/2012, Application No. 1002524.5 filed 02/15/2010 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2523836 issued 06/03/2020, Application No. 14040943 filed 03/07/2014 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2523838 issued 06/03/2020, Application No. 14040992 filed 03/07/2014 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2529997 issued 06/25/2014, Application No. 12182344.7 filed 08/30/2012 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2577830 issued 02/16/2016, Application No. 2014134405 filed 08/22/2014 - Russian Federation | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. 2577981 issued 02/17/2016, Application No. 2014134406 filed 02/25/2013 - Russian Federation | Undetermined | N/A | Undetermined |
| Patent - Patent No. 260689 issued 09/22/2008, Application No. PA/A/2000/010488 filed 10/26/2000 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2636463 issued 12/21/2010, Application No. 2636463 filed 11/01/2006 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 265556 issued 04/01/2009, Application No. PA/A/2006/003105 filed 09/19/2003 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2677737 issued 01/21/2019, Application No. 2015144362 filed 03/17/2014 - Russian Federation | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2684201 issued 04/25/2017, Application No. 2684201 filed 10/30/2009 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2691477 issued 10/31/2017, Application No. 2691477 filed 02/01/2010 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2693252 issued 05/02/2017, Application No. 2693252 filed 02/16/2010 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2718148 issued 11/29/2017, Application No. 127410462 filed 06/28/2012 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2766222 issued 06/08/2022, Application No. 128396595 filed 10/12/2012 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2766222 issued 06/08/2022, Application No. 128396595 filed 10/12/2012 - France | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2766222 issued 06/08/2022, Application No. 128396595 filed 10/12/2012 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2766222 issued 06/08/2022, Application No. 6020120783400 filed 10/12/2012 - Germany | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2817183 issued 08/04/2021, Application No. 137077939 filed 02/25/2013 - Belgium | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2817183 issued 08/04/2021, Application No. 137077939 filed 02/25/2013 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2817183 issued 08/04/2021, Application No. 137077939 filed 02/25/2013 - France | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2817183 issued 08/04/2021, Application No. 137077939 filed 02/25/2013 - Germany | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2817183 issued 08/04/2021, Application No. 137077939 filed 02/25/2013 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2817184 issued 12/30/2020, Application No. 137089983 filed 02/25/2013 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2839992 issued 01/31/2018, Application No. 14002741800000001 filed 08/06/2014 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2843527 issued 11/27/2018, Application No. 2843527 filed 07/26/2012 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2843637 issued 12/11/2018, Application No. 2843637 filed 07/27/2012 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2843644 issued 03/24/2020, Application No. 2843644 filed 07/30/2012 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2852040 issued 12/13/2016, Application No. 2852040 filed 10/11/2012 - Canada | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. 2865292 issued 03/13/2018, Application No. 2865292 filed 02/25/2013 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2865295 issued 03/14/2017, Application No. 2865295 filed 08/21/2014 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2881298 issued 07/26/2022, Application No. 2881298 filed 02/06/2015 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2888120 issued 06/20/2018, Application No. 137742235 filed 08/22/2013 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2895341 issued 01/02/2019, Application No. 137601118 filed 09/10/2013 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2895341 issued 01/02/2019, Application No. 137601118 filed 09/10/2013 - France | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2895341 issued 01/02/2019, Application No. 137601118 filed 09/10/2013 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2895341 issued 01/02/2019, Application No. 6020130492212 filed 09/10/2013 - Germany | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2898928 issued 03/22/2022, Application No. 2898928 filed 07/29/2015 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2906863 issued 01/26/2021, Application No. 2906863 filed 03/17/2014 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2946979 issued 06/11/2018, Application No. 2946979 filed 10/11/2012 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 294864 issued 01/17/2012, Application No. 2007/003457 filed 09/23/2005 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 2983729 issued 01/12/2021, Application No. 2983729 filed 01/05/2018 - Canada | Undetermined | N/A | Undetermined |
| Patent - Patent No. 30-1178228-0001 issued 08/19/2022, Application No. 3020210001260M001 filed 01/11/2021 - Korea, Republic of | Undetermined | N/A | Undetermined |
| Patent - Patent No. 30-1178228-0002 issued 08/16/2022, Application No. 3020210001260M002 filed 01/11/2021 - Korea, Republic of | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3027916 issued 02/26/2020, Application No. 147449292 filed 07/25/2014 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3027916 issued 02/26/2020, Application No. 147449292 filed 07/25/2014 - France | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3027916 issued 02/26/2020, Application No. 147449292 filed 07/25/2014 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3027916 issued 02/26/2020, Application No. 6020140615244 filed 07/25/2014 - Germany | Undetermined | N/A | Undetermined |
| Patent - Patent No. 305301552 issued 08/13/2019, Application No. 2018303523433 filed 07/03/2018 - China (People's Republic) | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3107763 issued 10/07/2020, Application No. 157074121 filed 02/17/2015 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3188932 issued 04/03/2019, Application No. 157673856 filed 09/08/2015 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 332008 issued 07/29/2015, Application No. MXa2013005355 filed 05/13/2013 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 334595 issued 11/05/2015, Application No. MXa2014004430 filed 10/12/2012 - Mexico | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. 3365546 issued 12/04/2019, Application No. 16858093.4 filed 04/23/2018 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3368383 issued 08/04/2021, Application No. 16860696 filed 10/26/2016 - Belgium | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3368383 issued 08/04/2021, Application No. 16860696 filed 10/26/2016 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3368383 issued 08/04/2021, Application No. 16860696 filed 10/26/2016 - France | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3368383 issued 08/04/2021, Application No. 16860696 filed 10/26/2016 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 341242 issued 08/12/2016, Application No. MXa2014004431 filed 10/11/2012 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 342917 issued 10/18/2016, Application No. MXA2014001162 filed 01/29/2014 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 345011 issued 01/11/2017, Application No. 14001106 filed 01/27/2014 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3458287 issued 10/08/2025, Application No. 177250644 filed 05/11/2017 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3458315 issued 09/08/2021, Application No. 178002887 filed 05/19/2017 - Belgium | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3458315 issued 09/08/2021, Application No. 178002887 filed 05/19/2017 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3458315 issued 09/08/2021, Application No. 178002887 filed 05/19/2017 - France | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3458315 issued 09/08/2021, Application No. 178002887 filed 05/19/2017 - Germany | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3458315 issued 09/08/2021, Application No. 178002887 filed 05/19/2017 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 347284 issued 04/21/2017, Application No. 14001161 filed 01/29/2014 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 363383 issued 03/20/2019, Application No. MXa2017006199 filed 03/03/2019 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 364943 issued 05/14/2019, Application No. MXf2014010123 filed 02/25/2013 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3658426 issued 07/30/2018, Application No. 18838787.2 filed 07/30/2018 - Germany | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3658426 issued 10/18/2023, Application No. 18838787.2 filed 07/30/2018 - Belgium | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3658426 issued 10/18/2023, Application No. 18838787.2 filed 07/30/2018 - France | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3658426 issued 10/18/2023, Application No. 18838787.2 filed 07/30/2018 - Ireland | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3658426 issued 10/18/2023, Application No. 18838787.2 filed 07/30/2018 - Luxembourg | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3658426 issued 10/18/2023, Application No. 18838787.2 filed 07/30/2018 - Monaco | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3658426 issued 10/18/2023, Application No. 18838787.2 filed 07/30/2018 - Spain | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. 3658426 issued 10/18/2023, Application No. 18838787.2 filed 07/30/2018 - Switzerland | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3658426 issued 10/18/2023, Application No. 18838787.2 filed 07/30/2018 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3658426 issued 10/18/2023, Application No. 188387872 filed 07/30/2018 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3703962 issued 02/02/2022, Application No. 188012413 filed 10/30/2018 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3703962 issued 02/02/2022, Application No. 188012413 filed 10/30/2018 - France | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3703962 issued 02/02/2022, Application No. 188012413 filed 10/30/2018 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3703962 issued 02/02/2022, Application No. 6020180303979 filed 10/30/2018 - Germany | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3727901 issued 09/24/2025, Application No. 188920573 filed 12/20/2018 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 376897 issued 11/03/2020, Application No. MXa2014010122 filed 02/25/2013 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 37876 issued 01/09/2013, Application No. MXf2012000136 filed 01/12/2012 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 385410 issued 08/17/2021, Application No. 19011861 filed 03/17/2014 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 385411 issued 08/17/2021, Application No. 17008691 filed 06/29/2017 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 385412 issued 08/17/2021, Application No. 17008807 filed 06/29/2017 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 3929485 issued 03/16/2007, Application No. 500574/96 filed 06/08/1995 - Japan | Undetermined | N/A | Undetermined |
| Patent - Patent No. 41101 issued 02/21/2014, Application No. MXf2013000012 filed 01/07/2013 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 4126602 issued 08/14/2024, Application No. 20716426.0 filed 03/30/2020 - European Patent Convention | Undetermined | N/A | Undetermined |
| Patent - Patent No. 418565 issued 06/04/2014, Application No. 418565 filed 03/04/2014 - New Zealand | Undetermined | N/A | Undetermined |
| Patent - Patent No. 418566 issued 06/04/2014, Application No. 418566 filed 03/04/2014 - New Zealand | Undetermined | N/A | Undetermined |
| Patent - Patent No. 42202 issued 08/12/2014, Application No. MXf2012002552 filed 08/15/2012 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 42203 issued 08/15/2012, Application No. MXf2012002551 filed 08/15/2012 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 423447 issued 07/13/2017, Application No. 423447 filed 09/05/2017 - New Zealand | Undetermined | N/A | Undetermined |
| Patent - Patent No. 423917 issued 02/28/2018, Application No. 423917 filed 01/10/2018 - New Zealand | Undetermined | N/A | Undetermined |
| Patent - Patent No. 424002 issued 02/28/2018, Application No. 424002 filed 01/29/2018 - New Zealand | Undetermined | N/A | Undetermined |
| Patent - Patent No. 424003 issued 02/28/2018, Application No. 424003 filed 01/29/2018 - New Zealand | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. 424589 issued 07/13/2017, Application No. 424589 filed 06/19/2018 - New Zealand | Undetermined | N/A | Undetermined |
| Patent - Patent No. 43947 issued 05/06/2015, Application No. MXf2013003305 filed 10/24/2013 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 44680 issued 07/29/2015, Application No. MXf2013003414 filed 11/07/2013 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 4515380 issued 05/21/2010, Application No. 2005-339399 filed 06/08/1995 - Japan | Undetermined | N/A | Undetermined |
| Patent - Patent No. 4567743 issued 02/04/1986, Application No. 713750 filed 03/19/1985 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 4643096 issued 12/10/2010, Application No. 2001-513539 filed 07/26/2000 - Japan | Undetermined | N/A | Undetermined |
| Patent - Patent No. 46694 issued 04/13/2016, Application No. MXf2015001025 filed 01/07/2013 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 4704568 issued 03/18/2011, Application No. 2000-599532 filed 02/08/2000 - Japan | Undetermined | N/A | Undetermined |
| Patent - Patent No. 4746241 issued 05/20/2011, Application No. 2001-547470 filed 12/20/2000 - Japan | Undetermined | N/A | Undetermined |
| Patent - Patent No. 4759111 issued 07/26/1988, Application No. 090952 filed 08/27/1987 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 4776196 issued 10/11/1988, Application No. 074299 filed 07/14/1987 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 4846949 issued 10/21/2011, Application No. 545017/01 filed 12/15/2000 - Japan | Undetermined | N/A | Undetermined |
| Patent - Patent No. 4989482 issued 02/05/1991, Application No. 437587 filed 11/17/1989 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 5010616 issued 06/08/2012, Application No. 2008-549723 filed 11/01/2006 - Japan | Undetermined | N/A | Undetermined |
| Patent - Patent No. 50917 issued 09/29/2017, Application No. MXf2016003937 filed 12/07/2016 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 51679 issued 01/05/2018, Application No. MXf2016003959 filed 02/20/2014 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 5235836 issued 08/17/1993, Application No. 860553 filed 03/30/1992 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 5357774 issued 10/25/1994, Application No. 106728 filed 08/16/1993 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 53995 issued 11/07/2018, Application No. MXf2018000114 filed 01/11/2018 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 53996 issued 11/07/2018, Application No. MXf2017000968 filed 02/20/2014 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 5445002 issued 08/29/1995, Application No. 106751 filed 08/16/1993 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 5511404 issued 04/30/1996, Application No. 248828 filed 05/24/1994 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 55368 issued 05/22/2019, Application No. MXf2017003738 filed 11/29/2017 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 5550367 issued 05/30/2014, Application No. 2010-020153 filed 02/01/2010 - Japan | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. 5554322 issued 09/10/1996, Application No. 490071 filed 06/13/1995 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 5599484 issued 02/04/1997, Application No. 519308 filed 08/25/1995 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 5644829 issued 07/08/1997, Application No. 567721 filed 12/05/1995 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 57183 issued 11/28/2019, Application No. MXf2017004220 filed 12/20/2017 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 57184 issued 11/28/2019, Application No. MXf2017004222 filed 12/20/2017 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 5815901 issued 10/06/1998, Application No. 808934 filed 02/28/1997 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 60 2016 061 768.4 issued 08/14/2021, Application No. 16860696 filed 10/26/2016 - Germany | Undetermined | N/A | Undetermined |
| Patent - Patent No. 6067830 issued 05/30/2000, Application No. 361998 filed 07/28/1999 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 6112311 issued 01/06/2021, Application No. 6112311 filed 01/06/2021 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 6112312 issued 01/06/2021, Application No. 6112312 filed 01/06/2021 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 6112313 issued 01/06/2021, Application No. 6112313 filed 01/06/2021 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 6137546 issued 05/18/2021, Application No. 6137546 filed 05/18/2021 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 6137547 issued 05/18/2021, Application No. 6137547 filed 05/18/2021 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 6154944 issued 12/05/2000, Application No. 119519 filed 07/21/1998 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 6198758 issued 03/28/2022, Application No. 6198758 filed 03/28/2022 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 6198759 issued 03/28/2022, Application No. 6198759 filed 03/28/2022 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 6257035 issued 07/10/2001, Application No. 461189 filed 12/15/1999 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 6276258 issued 08/21/2001, Application No. 469468 filed 12/22/1999 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 6279364 issued 08/28/2001, Application No. 249764 filed 02/16/1999 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 6293524 issued 09/25/2001, Application No. 487982 filed 01/20/2000 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 6394425 issued 05/28/2002, Application No. 561466 filed 04/28/2000 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 6397449 issued 06/04/2002, Application No. 580419 filed 05/30/2000 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 6467757 issued 10/22/2002, Application No. 669579 filed 09/26/2000 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 66448 issued 03/17/2023, Application No. MX/F/2021/000067 filed 01/08/2021 - Mexico | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. 6722686 issued 04/20/2004, Application No. 10136044 filed 05/01/2002 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 6746038 issued 06/08/2004, Application No. 10459272 filed 06/11/2003 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 6769670 issued 08/03/2004, Application No. 310228 filed 12/05/2002 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 6783144 issued 08/31/2004, Application No. 10113443 filed 03/29/2002 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 6869095 issued 03/22/2005, Application No. 10687168 filed 10/16/2003 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 6871843 issued 03/29/2005, Application No. 383804 filed 03/08/2003 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 6893006 issued 05/17/2005, Application No. 10368519 filed 02/18/2003 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 6896245 issued 05/24/2005, Application No. 719519 filed 11/21/2003 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 6928996 issued 08/16/2005, Application No. 606596 filed 06/26/2003 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 6945520 issued 09/20/2005, Application No. 866918 filed 06/14/2004 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 7007931 issued 03/07/2006, Application No. 445510 filed 05/27/2003 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 7100231 issued 09/05/2006, Application No. 10900023 filed 07/27/2004 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 7114741 issued 10/03/2006, Application No. 10726149 filed 12/02/2003 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 7121573 issued 10/17/2006, Application No. 10917826 filed 08/13/2004 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 7133621 issued 08/31/2022, Application No. 2020527864 filed 07/30/2018 - Japan | Undetermined | N/A | Undetermined |
| Patent - Patent No. 7261311 issued 08/28/2007, Application No. 10920052 filed 08/17/2004 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 7325786 issued 02/05/2008, Application No. 11018852 filed 12/21/2004 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 73464 issued 06/19/2025, Application No. MX/F/2024/002907 filed 06/28/2022 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 73468 issued 06/19/2025, Application No. MX/F/2024/002906 filed 06/28/2022 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 73471 issued 06/19/2025, Application No. MX/F/2024/002908 filed 06/28/2022 - Mexico | Undetermined | N/A | Undetermined |
| Patent - Patent No. 7410184 issued 08/12/2008, Application No. 11086777 filed 03/22/2005 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 7462402 issued 12/09/2008, Application No. 11/785950 filed 04/23/2007 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 7484397 issued 02/03/2009, Application No. 11/330197 filed 01/12/2006 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 7530591 issued 05/12/2009, Application No. 11451670 filed 06/13/2006 - United States of America | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. 7556278 issued 07/07/2009, Application No. 10557510 filed 05/19/2004 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 7661694 issued 02/16/2010, Application No. 10690412 filed 10/21/2003 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 7712761 issued 05/11/2010, Application No. 11762268 filed 06/13/2007 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 7731219 issued 06/08/2010, Application No. 12148860 filed 04/23/2008 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 7798034 issued 09/21/2010, Application No. 11585022 filed 10/23/2006 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 7857377 issued 12/28/2010, Application No. 11/539766 filed 10/09/2006 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 7871098 issued 01/18/2011, Application No. 12291455 filed 11/10/2008 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 7955085 issued 06/07/2011, Application No. 12633191 filed 12/08/2009 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 7959444 issued 06/14/2011, Application No. 12381287 filed 03/10/2009 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 7967278 issued 06/28/2011, Application No. 12558252 filed 09/11/2009 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 7975383 issued 07/12/2011, Application No. 11/495470 filed 07/28/2006 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 7997608 issued 08/16/2011, Application No. 11762273 filed 06/13/2007 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8011685 issued 09/06/2011, Application No. 12384598 filed 04/07/2009 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8061730 issued 11/22/2011, Application No. 12455907 filed 06/09/2009 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8083249 issued 12/27/2011, Application No. 12150391 filed 04/28/2008 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8083250 issued 12/27/2011, Application No. 12962964 filed 12/08/2010 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8100427 issued 01/24/2012, Application No. 12416328 filed 04/01/2009 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8162388 issued 04/24/2012, Application No. 11/480618 filed 07/03/2006 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8179142 issued 05/15/2012, Application No. 12381340 filed 03/11/2009 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8181983 issued 05/22/2012, Application No. 12558176 filed 09/11/2009 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8186702 issued 05/29/2012, Application No. 11977083 filed 10/23/2007 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8215658 issued 07/10/2012, Application No. 12578978 filed 10/14/2009 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8272662 issued 09/25/2012, Application No. 12/603,755 filed 10/22/2009 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8286986 issued 10/16/2012, Application No. 12971960 filed 12/17/2010 - United States of America | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| **Patents, copyrights, trademarks, and trade secrets** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| Patent - Patent No. 8328223 issued 12/11/2012, Application No. 13272362 filed 10/13/2011 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8348241 issued 01/08/2013, Application No. 12709755 filed 02/22/2010 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8360458 issued 01/29/2013, Application No. 13541976 filed 07/05/2012 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8414009 issued 04/09/2013, Application No. 12609062 filed 10/30/2009 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8430418 issued 04/30/2013, Application No. 12580797 filed 10/16/2009 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8459615 issued 06/11/2013, Application No. 13169871 filed 06/27/2011 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8523148 issued 09/03/2013, Application No. 12218515 filed 07/16/2008 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8567485 issued 10/29/2013, Application No. 11/575930 filed 09/23/2005 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8579259 issued 11/12/2013, Application No. 12778008 filed 05/11/2010 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8602438 issued 12/10/2013, Application No. 13191009 filed 07/26/2011 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 86243 issued 10/31/2013, Application No. 86243 filed 10/31/2013 - Argentina | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8657260 issued 02/25/2014, Application No. 12778023 filed 05/11/2010 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8662567 issued 03/04/2014, Application No. 12/693914 filed 01/26/2010 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8707495 issued 04/29/2014, Application No. 13272499 filed 10/13/2011 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8720865 issued 05/13/2014, Application No. 13571557 filed 08/10/2012 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8746812 issued 06/10/2014, Application No. 11247690 filed 10/11/2005 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8783705 issued 07/22/2014, Application No. 13299424 filed 11/18/2011 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8783706 issued 07/22/2014, Application No. 13299453 filed 11/18/2011 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8789896 issued 07/29/2014, Application No. 11247010 filed 10/11/2005 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8806700 issued 08/19/2014, Application No. 13194070 filed 07/29/2011 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8814523 issued 08/26/2014, Application No. 13/029958 filed 02/17/2011 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8882132 issued 11/11/2014, Application No. 13833595 filed 03/15/2013 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8910924 issued 12/16/2014, Application No. 13494482 filed 06/12/2012 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 8914932 issued 12/23/2014, Application No. 14263447 filed 04/28/2014 - United States of America | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. 8979112 issued 03/17/2015, Application No. 13626604 filed 09/25/2012 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 90010728390001 issued 01/20/2009, Application No. 90010728390001 filed 01/20/2009 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 90010728390002 issued 01/20/2009, Application No. 90010728390002 filed 01/20/2009 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 90010728470001 issued 01/20/2009, Application No. 90010728470001 filed 01/20/2009 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 90013832930001 issued 09/13/2013, Application No. 90013832930001 filed 09/13/2013 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 90013832930002 issued 09/13/2013, Application No. 90013832930002 filed 09/13/2013 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 90013832930003 issued 09/13/2013, Application No. 90013832930003 filed 09/13/2013 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 90013832930004 issued 09/13/2013, Application No. 90013832930004 filed 09/13/2013 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 90023010930001 issued 09/02/2013, Application No. 90023010930001 filed 09/02/2013 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 90023010930002 issued 09/02/2013, Application No. 90023010930002 filed 09/02/2013 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 90046603060001 issued 01/10/2018, Application No. 90046603060001 filed 01/10/2018 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 90046603060002 issued 01/10/2018, Application No. 90046603060002 filed 01/10/2018 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 90046842720001 issued 01/29/2018, Application No. 90046842720001 filed 01/29/2018 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 90046842720002 issued 01/29/2018, Application No. 90046842720002 filed 01/29/2018 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 90052685700001 issued 05/15/2018, Application No. 90052685700001 filed 05/15/2018 - United Kingdom | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9067468 issued 06/30/2015, Application No. 13790134 filed 03/08/2013 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9073396 issued 07/07/2015, Application No. 13888155 filed 05/06/2013 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9102267 issued 08/11/2015, Application No. 13470924 filed 05/14/2012 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9108595 issued 08/18/2015, Application No. 14329423 filed 07/11/2014 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9120358 issued 09/01/2015, Application No. 14109427 filed 12/17/2013 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9120424 issued 09/01/2015, Application No. 14195424 filed 03/03/2014 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9150201 issued 10/06/2015, Application No. 12625987 filed 11/25/2009 - United States of America | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. 9174609 issued 11/03/2015, Application No. 13587389 filed 08/16/2012 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9174611 issued 11/03/2015, Application No. 13558624 filed 07/26/2012 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9199520 issued 12/01/2015, Application No. 12587179 filed 10/02/2009 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9199571 issued 12/01/2015, Application No. 13540919 filed 07/03/2012 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9206022 issued 12/08/2015, Application No. 13837725 filed 03/15/2013 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9242520 issued 01/26/2016, Application No. 13833789 filed 03/15/2013 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9248713 issued 02/02/2016, Application No. 13867472 filed 04/22/2013 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9290071 issued 03/22/2016, Application No. 14329434 filed 07/11/2014 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9302307 issued 04/05/2016, Application No. 12/703828 filed 02/11/2010 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9308789 issued 04/12/2016, Application No. 13649700 filed 10/11/2012 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9370976 issued 06/21/2016, Application No. 13666456 filed 11/01/2012 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9381893 issued 07/05/2016, Application No. 13560585 filed 07/27/2012 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9428105 issued 08/30/2016, Application No. 14840812 filed 08/31/2015 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9457768 issued 10/04/2016, Application No. 13453601 filed 04/23/2012 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9499017 issued 11/22/2016, Application No. 14919260 filed 10/21/2015 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9505380 issued 11/29/2016, Application No. 14200792 filed 03/07/2014 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9511804 issued 12/06/2016, Application No. 13834407 filed 03/15/2013 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9522583 issued 12/20/2016, Application No. 13752243 filed 01/28/2013 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9579939 issued 02/28/2017, Application No. 14616052 filed 02/06/2015 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9592863 issued 03/14/2017, Application No. 13190878 filed 07/26/2011 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9610813 issued 04/04/2017, Application No. 13660892 filed 10/25/2012 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9616720 issued 04/11/2017, Application No. 14713714 filed 05/15/2015 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9616723 issued 04/11/2017, Application No. 14523173 filed 10/24/2014 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9738125 issued 08/22/2017, Application No. 15261312 filed 09/09/2016 - United States of America | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. 9738127 issued 08/22/2017, Application No. 13800357 filed 03/13/2013 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9758089 issued 09/12/2017, Application No. 15249755 filed 08/29/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9758138 issued 09/12/2017, Application No. 14330944 filed 07/14/2014 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9758357 issued 09/12/2017, Application No. 14267197 filed 05/01/2014 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9802451 issued 10/31/2017, Application No. 15006682 filed 01/26/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9809072 issued 11/07/2017, Application No. 14014911 filed 08/30/2013 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9834050 issued 12/05/2017, Application No. 14739076 filed 06/15/2015 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9849739 issued 12/26/2017, Application No. 15099915 filed 04/15/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9889822 issued 02/13/2018, Application No. 15359271 filed 11/22/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9896067 issued 02/20/2018, Application No. 13920755 filed 06/18/2013 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9931898 issued 04/03/2018, Application No. 14504763 filed 10/02/2014 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9931993 issued 04/03/2018, Application No. 13435658 filed 03/30/2012 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9944137 issued 04/17/2018, Application No. 13392283 filed 09/21/2011 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9981513 issued 05/29/2018, Application No. 14488412 filed 09/17/2014 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. 9987891 issued 06/05/2018, Application No. 15012188 filed 02/01/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. AU 354444 issued 03/20/2014, Application No. 201410986 filed 03/04/2014 - Australia | Undetermined | N/A | Undetermined |
| Patent - Patent No. AU 354445 issued 03/20/2014, Application No. 201410987 filed 03/04/2014 - Australia | Undetermined | N/A | Undetermined |
| Patent - Patent No. BR 11 2014 020710 0 issued 12/13/2022, Application No. BR1120140207100 filed 02/25/2013 - Brazil | Undetermined | N/A | Undetermined |
| Patent - Patent No. BR 11 2015 023113 6 issued 03/22/2022, Application No. BR1120150231136 filed 03/17/2014 - Brazil | Undetermined | N/A | Undetermined |
| Patent - Patent No. BR112014020711 9 issued 12/13/2022, Application No. BR1120140207119 filed 02/25/2013 - Brazil | Undetermined | N/A | Undetermined |
| Patent - Patent No. BR302012006700-6 issued 11/14/2017, Application No. 3020120067006 filed 12/21/2012 - Brazil | Undetermined | N/A | Undetermined |
| Patent - Patent No. BR302013004585-4 issued 12/08/2015, Application No. BR3020130045854 filed 09/11/2013 - Brazil | Undetermined | N/A | Undetermined |
| Patent - Patent No. BR302013004689-3 issued 02/21/2017, Application No. 3020130046893 filed 09/13/2013 - Brazil | Undetermined | N/A | Undetermined |
| Patent - Patent No. BR302015005036-5 issued 05/16/2017, Application No. BR3020150050365 filed 11/04/2015 - Brazil | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. BR322017000335-7 issued 11/21/2017, Application No. BR3220170003357 filed 01/27/2017 - Brazil | Undetermined | N/A | Undetermined |
| Patent - Patent No. BR322017000351-9 issued 01/23/2018, Application No. BR3220170003519 filed 01/27/2017 - Brazil | Undetermined | N/A | Undetermined |
| Patent - Patent No. D1,028,840 issued 05/28/2024, Application No. 29809549 filed 09/28/2021 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D1,044,194 issued 09/24/2024, Application No. 29774845 filed 03/19/2021 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D566538 issued 04/15/2008, Application No. 29279554 filed 05/03/2007 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D568575 issued 05/06/2008, Application No. 29289345 filed 07/17/2007 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D570072 issued 05/27/2008, Application No. 29289338 filed 07/17/2007 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D585149 issued 01/20/2009, Application No. 29294349 filed 01/07/2008 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D595921 issued 07/07/2009, Application No. 29310788 filed 09/10/2008 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D595922 issued 07/07/2009, Application No. 29310360 filed 08/11/2008 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D595923 issued 07/07/2009, Application No. 29310783 filed 09/10/2008 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D596369 issued 07/14/2009, Application No. 29310829 filed 09/11/2008 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D598395 issued 08/18/2009, Application No. 29293456 filed 11/26/2007 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D603780 issued 11/10/2009, Application No. 29312759 filed 11/12/2008 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D605102 issued 12/01/2009, Application No. 29312765 filed 11/12/2008 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D611886 issued 03/16/2010, Application No. 29312766 filed 11/12/2008 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D611887 issued 03/16/2010, Application No. 29312767 filed 11/12/2008 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D613208 issued 04/06/2010, Application No. 29313947 filed 02/20/2009 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D617284 issued 06/08/2010, Application No. 29315057 filed 05/21/2009 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D620451 issued 07/27/2010, Application No. 29345943 filed 10/23/2009 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D620452 issued 07/27/2010, Application No. 29345947 filed 10/23/2009 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D620453 issued 07/27/2010, Application No. 29345948 filed 10/23/2009 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D639626 issued 06/14/2011, Application No. 29315643 filed 07/13/2009 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D642031 issued 07/26/2011, Application No. 29333278 filed 03/05/2009 - United States of America | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. D656290 issued 03/20/2012, Application No. 29361465 filed 05/11/2010 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D657931 issued 04/17/2012, Application No. 29380221 filed 12/01/2010 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D662863 issued 07/03/2012, Application No. 29380465 filed 12/06/2010 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D668187 issued 10/02/2012, Application No. 29380634 filed 12/08/2010 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D670211 issued 11/06/2012, Application No. 29366485 filed 07/26/2010 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D670212 issued 11/06/2012, Application No. 29366490 filed 07/26/2010 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D670473 issued 11/06/2012, Application No. 29414140 filed 02/24/2012 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D675395 issued 01/29/2013, Application No. 29414095 filed 02/24/2012 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D679972 issued 04/16/2013, Application No. 29394073 filed 06/13/2011 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D680051 issued 04/16/2013, Application No. 29413430 filed 02/15/2012 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D680080 issued 04/16/2013, Application No. 29397215 filed 07/13/2011 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D680471 issued 04/23/2013, Application No. 29426062 filed 06/29/2012 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D683277 issued 05/28/2013, Application No. 29429779 filed 08/16/2012 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D686953 issued 07/30/2013, Application No. 29413787 filed 02/21/2012 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D686954 issued 07/30/2013, Application No. 29429296 filed 08/09/2012 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D692818 issued 11/05/2013, Application No. 29413428 filed 02/15/2012 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D692819 issued 11/05/2013, Application No. 29429262 filed 08/08/2012 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D700486 issued 03/04/2014, Application No. 29420338 filed 05/08/2012 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D700487 issued 03/04/2014, Application No. 29440678 filed 12/26/2012 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D702525 issued 04/15/2014, Application No. 29450030 filed 03/15/2013 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D705029 issued 05/20/2014, Application No. 29404041 filed 10/14/2011 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D706200 issued 06/03/2014, Application No. 29375477 filed 09/22/2010 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D710263 issued 08/05/2014, Application No. 29416116 filed 03/19/2012 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D714194 issued 09/30/2014, Application No. 29425461 filed 06/22/2012 - United States of America | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. D719901 issued 12/23/2014, Application No. 29454490 filed 05/10/2013 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D720597 issued 01/06/2015, Application No. 29466075 filed 09/04/2013 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D721561 issued 01/27/2015, Application No. 29453548 filed 04/30/2013 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D723443 issued 03/03/2015, Application No. 29470387 filed 10/21/2013 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D723984 issued 03/10/2015, Application No. 29448486 filed 03/12/2013 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D727213 issued 04/21/2015, Application No. 29447444 filed 03/04/2013 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D730168 issued 05/26/2015, Application No. 29464998 filed 08/22/2013 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D738796 issued 09/15/2015, Application No. 29500358 filed 08/25/2014 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D742215 issued 11/03/2015, Application No. 29518546 filed 02/25/2015 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D743244 issued 11/17/2015, Application No. 29483221 filed 02/26/2014 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D749994 issued 02/23/2016, Application No. 29493458 filed 06/10/2014 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D752305 issued 03/22/2016, Application No. 29490439 filed 05/09/2014 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D753464 issued 04/12/2016, Application No. 29512355 filed 12/18/2014 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D756734 issued 05/24/2016, Application No. 29530923 filed 06/22/2015 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D756853 issued 05/24/2016, Application No. 29493463 filed 06/10/2014 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D760124 issued 06/28/2016, Application No. 29496306 filed 07/11/2014 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D765501 issued 09/06/2016, Application No. 29/525,746 filed 05/01/2015 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D770874 issued 11/08/2016, Application No. 29479590 filed 01/17/2014 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D774884 issued 12/27/2016, Application No. 29540915 filed 09/29/2015 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D777064 issued 01/24/2017, Application No. 29564793 filed 05/16/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D777079 issued 01/24/2017, Application No. 29504287 filed 10/03/2014 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D778211 issued 02/07/2017, Application No. 29536356 filed 08/17/2015 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D780070 issued 02/28/2017, Application No. 29522832 filed 04/02/2015 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D782894 issued 04/04/2017, Application No. 29490442 filed 05/09/2014 - United States of America | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. D783923 issued 04/11/2017, Application No. 29492466 filed 05/30/2014 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D784804 issued 04/25/2017, Application No. 29571419 filed 07/18/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D784863 issued 04/25/2017, Application No. 29536438 filed 08/17/2015 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D787308 issued 05/23/2017, Application No. 29504292 filed 10/03/2014 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D787312 issued 05/23/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D790796 issued 06/27/2017, Application No. 29530686 filed 06/18/2015 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D793024 issued 07/25/2017, Application No. 29549225 filed 12/21/2015 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D794516 issued 08/15/2017, Application No. 29569629 filed 06/29/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D796413 issued 09/05/2017, Application No. 29578096 filed 09/19/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D797009 issued 09/12/2017, Application No. 29555553 filed 02/23/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D797010 issued 09/12/2017, Application No. 29561770 filed 04/20/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D797012 issued 09/12/2017, Application No. 29588522 filed 12/21/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D798798 issued 10/03/2017, Application No. 29535819 filed 08/11/2015 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D801791 issued 11/07/2017, Application No. 29555134 filed 02/18/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D803042 issued 11/21/2017, Application No. 29587698 filed 12/15/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D804265 issued 12/05/2017, Application No. 29547515 filed 12/04/2015 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D807271 issued 01/09/2018, Application No. 29558724 filed 03/21/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D810530 issued 02/20/2018, Application No. 29585589 filed 11/28/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D815581 issued 04/17/2018, Application No. 29575220 filed 08/23/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D821172 issued 06/26/2018, Application No. 29586510 filed 12/05/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D821837 issued 07/03/2018, Application No. 29580310 filed 10/07/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D825833 issued 08/14/2018, Application No. 29583220 filed 11/03/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D826028 issued 08/21/2018, Application No. 29605764 filed 05/30/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D832155 issued 10/30/2018, Application No. 29608888 filed 06/27/2017 - United States of America | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. D832671 issued 11/06/2018, Application No. 29486870 filed 04/03/2014 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D838078 issued 01/08/2019, Application No. 29586490 filed 12/05/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D839527 issued 01/29/2019, Application No. 29585815 filed 11/29/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D840282 issued 02/12/2019, Application No. 29626513 filed 11/17/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D841526 issued 02/26/2019, Application No. 29593033 filed 02/06/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D844927 issued 04/02/2019, Application No. 29610155 filed 07/10/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D852114 issued 06/25/2019, Application No. 29574484 filed 08/16/2016 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D853284 issued 07/09/2019, Application No. 29612132 filed 07/28/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D855499 issued 08/06/2019, Application No. 29614527 filed 08/21/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D855501 issued 08/06/2019, Application No. 29637788 filed 02/22/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D856199 issued 08/13/2019, Application No. 29593032 filed 02/06/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D856859 issued 08/20/2019, Application No. 29614533 filed 08/21/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D857563 issued 08/27/2019, Application No. 29614531 filed 08/21/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D858368 issued 09/03/2019, Application No. 29614522 filed 08/21/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D862308 issued 10/08/2019, Application No. 29631848 filed 01/03/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D863124 issued 10/15/2019, Application No. 29593134 filed 02/06/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D864513 issued 10/22/2019, Application No. 29637438 filed 02/19/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D867109 issued 11/19/2019, Application No. 29608637 filed 06/23/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D867228 issued 11/19/2019, Application No. 29616968 filed 09/11/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D872000 issued 01/07/2020, Application No. 29608776 filed 06/26/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D876915 issued 03/03/2020, Application No. 29654423 filed 06/25/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D877587 issued 03/10/2020, Application No. 29654771 filed 06/27/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D879671 issued 03/31/2020, Application No. 29676713 filed 01/14/2019 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D883769 issued 05/12/2020, Application No. 29614539 filed 08/21/2017 - United States of America | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Patent No. D884262 issued 05/12/2020, Application No. 29610519 filed 07/13/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D894799 issued 09/01/2020, Application No. 29/665,406 filed 10/03/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D896137 issued 09/15/2020, Application No. 29/703,907 filed 08/30/2019 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D905526 issued 12/22/2020, Application No. 29661571 filed 08/29/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D909922 issued 02/09/2021, Application No. 29614524 filed 08/21/2017 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D914321 issued 03/23/2021, Application No. 29672220 filed 12/04/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D936277 issued 11/16/2021, Application No. 29730505 filed 04/06/2020 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D941713 issued 01/25/2022, Application No. 29769850 filed 02/08/2021 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D943140 issued 02/08/2022, Application No. 29656434 filed 07/12/2018 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. D984950 issued 05/02/2023, Application No. 29741113 filed 07/09/2020 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. MU7401041-7 issued 11/16/1999, Application No. MU7401041-7 filed 06/17/1994 - Brazil | Undetermined | N/A | Undetermined |
| Patent - Patent No. PI0008200-7 issued 01/02/2007, Application No. PI0008200-7 filed 12/15/2000 - Brazil | Undetermined | N/A | Undetermined |
| Patent - Patent No. PI0008234-1 issued 01/02/2007, Application No. PI0008234-1 filed 02/08/2000 - Brazil | Undetermined | N/A | Undetermined |
| Patent - Patent No. PI0012521-0 issued 10/23/2007, Application No. PI0012521-0 filed 07/26/2000 - Brazil | Undetermined | N/A | Undetermined |
| Patent - Patent No. PI9508362-6 issued 12/12/2000, Application No. PI9508362-6 filed 06/08/1995 - Brazil | Undetermined | N/A | Undetermined |
| Patent - Patent No. RE47102 issued 10/30/2018, Application No. 13397412 filed 02/15/2012 - United States of America | Undetermined | N/A | Undetermined |
| Patent - Patent No. ZL 202130298236.9 issued 02/01/2022, Application No. 2021302982369 filed 05/18/2021 - China (People's Republic) | Undetermined | N/A | Undetermined |
| Patent - Patent No. ZL201280060747.5 issued 01/19/2018, Application No. 2012800607475 filed 06/09/2014 - China (People's Republic) | Undetermined | N/A | Undetermined |
| Patent - Patent No. ZL201680008997.2 issued 04/06/2021, Application No. 201680008997.2 filed 02/03/2016 - China (People's Republic) | Undetermined | N/A | Undetermined |
| Patent - Patent No. ZL201780038063.8 issued 08/23/2022, Application No. 20178003806379999 filed 12/19/2018 - China (People's Republic) | Undetermined | N/A | Undetermined |
| Patent - Patent No. ZL201880058324.7 issued 09/12/2023, Application No. 2018800583247 filed 07/30/2018 - China (People's Republic) | Undetermined | N/A | Undetermined |
| Patent - Patent No. ZL202130009687.6 issued 09/14/2021, Application No. 202130009687.6 filed 01/08/2021 - China (People's Republic) | Undetermined | N/A | Undetermined |
| Patent - Patent No. ZL202130298235.4 issued 01/28/2022, Application No. 2021302982354 filed 05/18/2021 - China (People's Republic) | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent Pending - Application No. 112013007856.2 filed 12/03/2013 - Germany | Undetermined | N/A | Undetermined |
| Patent Pending - Application No. 20005254 filed 11/16/2018 - Mexico | Undetermined | N/A | Undetermined |
| Patent Pending - Application No. 2010-22342 filed 10/01/2010 - Japan | Undetermined | N/A | Undetermined |
| Patent Pending - Application No. 2017326530 filed 04/10/2019 - Australia | Undetermined | N/A | Undetermined |
| Patent Pending - Application No. 2018308154 filed 07/30/2018 - Australia | Undetermined | N/A | Undetermined |
| Patent Pending - Application No. 2018356033 filed 04/27/2020 - Australia | Undetermined | N/A | Undetermined |
| Patent Pending - Application No. 2018370158 filed 11/16/2018 - Australia | Undetermined | N/A | Undetermined |
| Patent Pending - Application No. 2023200078 filed 05/19/2017 - Australia | Undetermined | N/A | Undetermined |
| Patent Pending - Application No. 2023200507 filed 05/11/2017 - Australia | Undetermined | N/A | Undetermined |
| Patent Pending - Application No. 2023427972 filed 01/31/2023 - Australia | Undetermined | N/A | Undetermined |
| Patent Pending - Application No. 2023428439 filed 01/31/2023 - Australia | Undetermined | N/A | Undetermined |
| Patent Pending - Application No. 2024223447 filed 02/08/2024 - Australia | Undetermined | N/A | Undetermined |
| Patent Pending - Application No. 202515574 filed 07/22/2025 - Australia | Undetermined | N/A | Undetermined |
| Patent Pending - Application No. 202517072087 filed 07/29/2025 - India | Undetermined | N/A | Undetermined |
| Patent Pending - Application No. 2569085 filed 08/08/2025 - Paraguay | Undetermined | N/A | Undetermined |
| Patent Pending - Application No. 29/822,125 filed 01/06/2022 - United States of America | Undetermined | N/A | Undetermined |
| Patent Pending - Application No. 435782 filed 08/11/2025 - New Zealand | Undetermined | N/A | Undetermined |
| Patent Pending - Application No. 824189 filed 02/08/2024 - New Zealand | Undetermined | N/A | Undetermined |
| Patent Pending - Application No. 970321844 filed 07/14/2025 - International Design - Hague Agreement | Undetermined | N/A | Undetermined |
| Patent Pending - Application No. MX/A/2011/002751 filed 03/14/2011 - Mexico | Undetermined | N/A | Undetermined |
| Patent Pending - Application No. PI0620996-3 filed 11/01/2006 - Brazil | Undetermined | N/A | Undetermined |
| Patent Pending - Application No. PI1001390-3 filed 02/17/2010 - Brazil | Undetermined | N/A | Undetermined |
| Patent Pending - Application No. PI1002661-4 filed 03/15/2010 - Brazil | Undetermined | N/A | Undetermined |
| Patent Pending - Application No. PI1004788-3 filed 11/16/2010 - Brazil | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent Pending - Application No. PI1004955-0 filed 02/02/2010 - Brazil | Undetermined | N/A | Undetermined |
| Patent Pending - Application No. PI1103831-4 filed 08/08/2011 - Brazil | Undetermined | N/A | Undetermined |
| Trademark - Title: A HITCH ONLY WHEN YOU NEED IT, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: ACTIVATOR II, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: ACTIVATOR II, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: ACTIVATOR, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: ACTIVATOR, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: ADVENTURE SYSTEM, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: AEROVUE, Mark Type: Trademark - European Union (Community) | Undetermined | N/A | Undetermined |
| Trademark - Title: AEROVUE, Mark Type: Trademark - Int'l Registration - Madrid Agreement / Protocol | Undetermined | N/A | Undetermined |
| Trademark - Title: AEROVUE, Mark Type: Trademark - Norway | Undetermined | N/A | Undetermined |
| Trademark - Title: AEROVUE, Mark Type: Trademark - Switzerland | Undetermined | N/A | Undetermined |
| Trademark - Title: AUTOGLIDE, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: BARGMAN, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: BARGMAN, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: BOATER'S CHOICE, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: BRAKEMAN, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: BUILT FOR EXTREMES, DESIGNED FOR EVERDAY LIFE, Mark Type: Trademark - France | Undetermined | N/A | Undetermined |
| Trademark - Title: BUILT FOR EXTREMES, DESIGNED FOR EVERDAY LIFE, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: BUILT FOR EXTREMES, DESIGNED FOR EVERYDAY LIFE, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: BUILT FOR EXTREMES, DESIGNED FOR EVERYDAY LIFE, Mark Type: Trademark - France | Undetermined | N/A | Undetermined |
| Trademark - Title: BUILT TO FIT & DESIGN (RECTANGLE W/ CONCENTRIC CIRCLE) , Mark Type: Logo - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: BUILT TO FIT & DESIGN, Mark Type: Logo - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: BULL WINCH (& DESIGN), Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - Title: BULLDOG, Mark Type: Trademark - Brazil | Undetermined | N/A | Undetermined |
| Trademark - Title: BULLDOG, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: BULLDOG, Mark Type: Trademark - European Union (Community) | Undetermined | N/A | Undetermined |
| Trademark - Title: BULLDOG, Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark - Title: BULLDOG, Mark Type: Trademark - United Kingdom | Undetermined | N/A | Undetermined |
| Trademark - Title: BULLDOG, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: BX1, Mark Type: Trademark - Australia | Undetermined | N/A | Undetermined |
| Trademark - Title: BX1, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: BX1, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: CARBON FORDED, Mark Type: Trademark - Brazil | Undetermined | N/A | Undetermined |
| Trademark - Title: CARBON FORDED, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: CARBON FORGED, Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark - Title: CARTER CARBURETOR (DESIGN), Mark Type: Logo - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: CEQUENT TOWING PRODUCTS (& DESIGN), Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: CEQUENT, Mark Type: Trademark - Australia | Undetermined | N/A | Undetermined |
| Trademark - Title: CLEARLY INNOVATION, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: CLEARLY INNOVATION, Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark - Title: CLEARLY INNOVATION, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: CONVOY, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: CYCLONE, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: D (& DESIGN), Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: DRAW TITE, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: DRAW-TITE (& DESIGN), Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: DRAW-TITE (STYLIZED/DESIGN), Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| **Patents, copyrights, trademarks, and trade secrets** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| Trademark - Title: DRAW-TITE, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: DRAW-TITE, Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark - Title: DRAW-TITE, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: DRAW-TITE/TOW-PAK, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: DUAL-POWER, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: DUO-BLADE, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: DURA-GLIDE, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: DURA-GLIDE, Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark - Title: DURA-GLIDE, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: DURATHON, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: DUR-IFLEX, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: ELECTROTEK, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: EMPIRE HD, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: ENVOY, Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark - Title: EVERCLEAR, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: EVERLAST RUBBER, Mark Type: Trademark - European Union (Community) | Undetermined | N/A | Undetermined |
| Trademark - Title: EVERLAST RUBBER, Mark Type: Trademark - Int'l Registration - Madrid Agreement / Protocol | Undetermined | N/A | Undetermined |
| Trademark - Title: EVERLAST RUBBER, Mark Type: Trademark - United Kingdom | Undetermined | N/A | Undetermined |
| Trademark - Title: EZ-LOK, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: EZ-LOK, Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark - Title: EZ-LOK, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: F2, Mark Type: Trademark - European Union (Community) | Undetermined | N/A | Undetermined |
| Trademark - Title: F2, Mark Type: Trademark - United Kingdom | Undetermined | N/A | Undetermined |
| Trademark - Title: F2, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - Title: FAHRENHEIT, Mark Type: Trademark - Int'l Registration - Madrid Agreement / Protocol | Undetermined | N/A | Undetermined |
| Trademark - Title: FAHRENHEIT, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: FAS-LOCK, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: FASTLOK, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: FASTLOK, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: FAT STRAP, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: FAT STRAP, Mark Type: Trademark - China (People's Republic) | Undetermined | N/A | Undetermined |
| Trademark - Title: FAT STRAP, Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark - Title: FAT STRAP, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: FIT RIGHT, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: FORDED COUPLER (DESIGN ONLY), Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: FORECAST, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: FORECAST, Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark - Title: FORECAST, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: FRAM - Tanzania, United Republic of | Undetermined | N/A | Undetermined |
| Trademark - Title: FROG DESIGN, Mark Type: Trademark - China (People's Republic) | Undetermined | N/A | Undetermined |
| Trademark - Title: FULTON, Mark Type: Trademark - Brazil | Undetermined | N/A | Undetermined |
| Trademark - Title: FULTON, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: FULTON, Mark Type: Trademark - China (People's Republic) | Undetermined | N/A | Undetermined |
| Trademark - Title: FULTON, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: GUARDIAN (STYLIZED), Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: H (STYLIZED), Mark Type: Trademark - Australia | Undetermined | N/A | Undetermined |
| Trademark - Title: H (STYLIZED), Mark Type: Trademark - China (People's Republic) | Undetermined | N/A | Undetermined |
| Trademark - Title: H (STYLIZED), Mark Type: Trademark - European Union (Community) | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - Title: H (STYLIZED), Mark Type: Trademark - United Kingdom | Undetermined | N/A | Undetermined |
| Trademark - Title: H (STYLIZED/DESIGN), Mark Type: Service Mark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: HIDDEN HITCH (& DESIGN), Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: HIDDEN HITCH (& DESIGN), Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: HIDDEN HITCH, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: HIDDEN HITCH, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: HIGHLAND (IN CHINESE CHARACTERS), Mark Type: Trademark - China (People's Republic) | Undetermined | N/A | Undetermined |
| Trademark - Title: HIGHLAND ON THE GO, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: HIGHLAND, Mark Type: Trademark - China (People's Republic) | Undetermined | N/A | Undetermined |
| Trademark - Title: HIGHLAND, Mark Type: Trademark - European Union (Community) | Undetermined | N/A | Undetermined |
| Trademark - Title: HIGHLAND, Mark Type: Trademark - Taiwan | Undetermined | N/A | Undetermined |
| Trademark - Title: HIGHLAND, Mark Type: Trademark - United Kingdom | Undetermined | N/A | Undetermined |
| Trademark - Title: HIGHLAND, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: HITCH PRO, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: HITCHMATCH, Mark Type: Trademark - Australia | Undetermined | N/A | Undetermined |
| Trademark - Title: HITCH-PRO, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: HORIZON GLOBAL (STYLIZED), Mark Type: Trademark - Australia | Undetermined | N/A | Undetermined |
| Trademark - Title: HORIZON GLOBAL (STYLIZED), Mark Type: Trademark - European Union (Community) | Undetermined | N/A | Undetermined |
| Trademark - Title: HORIZON GLOBAL (STYLIZED), Mark Type: Trademark - United Kingdom | Undetermined | N/A | Undetermined |
| Trademark - Title: HORIZON GLOBAL (STYLIZED/DESIGN), Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: HORIZON GLOBAL, Mark Type: Trademark - China (People's Republic) | Undetermined | N/A | Undetermined |
| Trademark - Title: HOW2 ONLINE AND DESIGN, Mark Type: Trademark - United Kingdom | Undetermined | N/A | Undetermined |
| Trademark - Title: HYDROEDGE (SERIES), Mark Type: Trademark - Hong Kong | Undetermined | N/A | Undetermined |
| Trademark - Title: HYDROEDGE, Mark Type: Trademark - Brazil | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| **Patents, copyrights, trademarks, and trade secrets** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| Trademark - Title: HYDROEDGE, Mark Type: Trademark - China (People's Republic) | Undetermined | N/A | Undetermined |
| Trademark - Title: HYDROEDGE, Mark Type: Trademark - Indonesia | Undetermined | N/A | Undetermined |
| Trademark - Title: HYDROEDGE, Mark Type: Trademark - Japan | Undetermined | N/A | Undetermined |
| Trademark - Title: HYDROEDGE, Mark Type: Trademark - Korea, Republic of | Undetermined | N/A | Undetermined |
| Trademark - Title: HYDROEDGE, Mark Type: Trademark - Laos | Undetermined | N/A | Undetermined |
| Trademark - Title: HYDROEDGE, Mark Type: Trademark - Malaysia | Undetermined | N/A | Undetermined |
| Trademark - Title: HYDROEDGE, Mark Type: Trademark - Philippines | Undetermined | N/A | Undetermined |
| Trademark - Title: HYDROEDGE, Mark Type: Trademark - Singapore | Undetermined | N/A | Undetermined |
| Trademark - Title: HYDROEDGE, Mark Type: Trademark - Taiwan | Undetermined | N/A | Undetermined |
| Trademark - Title: HYDROEDGE, Mark Type: Trademark - Thailand | Undetermined | N/A | Undetermined |
| Trademark - Title: INTERLOCK, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: INVISI-HITCH, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: KWIK-SLIDE, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: LIFT-LOCK, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: M.O.V.E., Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: METAL SHIELD (& DESIGN), Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: METAL SHIELD, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: M-GUARD, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: MODULITE, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: MODULITE, Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark - Title: MODULITE, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: NANO-TECH, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: NORTH AMERICA'S FAVORITE HITCH, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: NORTH AMERICA'S FAVORITE HITCH, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - Title: NOVASTAR BRAND GROUP, Mark Type: Service Mark - New Zealand | Undetermined | N/A | Undetermined |
| Trademark - Title: NOVASTAR BRAND GROUP, Mark Type: Trademark - Australia | Undetermined | N/A | Undetermined |
| Trademark - Title: NOVASTAR BRAND GROUP, Mark Type: Trademark - European Union (Community) | Undetermined | N/A | Undetermined |
| Trademark - Title: NOVASTAR BRAND GROUP, Mark Type: Trademark - Int'l Registration - Madrid Agreement / Protocol | Undetermined | N/A | Undetermined |
| Trademark - Title: ONE WRENCH TIGHTENING SYSTEM, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: OPTIMUM LX, Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark - Title: OPTIMUM XT, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: OPTIMUM, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: OPTIMUM, Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark - Title: OPTIMUM, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: P CLEARLY INNOVATION (STYLIZED) & DESIGN, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: P CLEARLY INNOVATION (STYLIZED) & DESIGN, Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark - Title: P CLEARLY INNOVATION (STYLIZED) & DESIGN, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: P3 (& DESIGN), Mark Type: Trademark - Australia | Undetermined | N/A | Undetermined |
| Trademark - Title: P3 (& DESIGN), Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: P3 (& DESIGN), Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: P3, Mark Type: Trademark - Australia | Undetermined | N/A | Undetermined |
| Trademark - Title: P3, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: P3, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: PILOT, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: PLATYPUS, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: POD (STYLIZED), Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: POWER BLADE, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: PRIMUS (STYLIZED), Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - Title: PRO SERIES (& DESIGN), Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: PRO SERIES, Mark Type: Trademark - Brazil | Undetermined | N/A | Undetermined |
| Trademark - Title: PRO SERIES, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: PRO SERIES, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: PRODIGY ID, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: PRODIGY, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: PRO-FUSION COLOR, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: PYLON CLEARLY INNOVATION (STYLIZED), Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: PYLON CLEARLY INNOVATION (STYLIZED), Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark - Title: PYLON, Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark - Title: PYLON, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: RADIUS, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: RADIUS, Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark - Title: RAINFORCE (IN CHINESE CHARACTERS), Mark Type: Trademark - China (People's Republic) | Undetermined | N/A | Undetermined |
| Trademark - Title: RAINFORCE (IN CHINESE CHARACTERS), Mark Type: Trademark - Taiwan | Undetermined | N/A | Undetermined |
| Trademark - Title: RAINFORCE (SERIES), Mark Type: Trademark - Hong Kong | Undetermined | N/A | Undetermined |
| Trademark - Title: RAINFORCE, Mark Type: Trademark - Brazil | Undetermined | N/A | Undetermined |
| Trademark - Title: RAINFORCE, Mark Type: Trademark - China (People's Republic) | Undetermined | N/A | Undetermined |
| Trademark - Title: RAINFORCE, Mark Type: Trademark - European Union (Community) | Undetermined | N/A | Undetermined |
| Trademark - Title: RAINFORCE, Mark Type: Trademark - Indonesia | Undetermined | N/A | Undetermined |
| Trademark - Title: RAINFORCE, Mark Type: Trademark - Korea, Republic of | Undetermined | N/A | Undetermined |
| Trademark - Title: RAINFORCE, Mark Type: Trademark - Laos | Undetermined | N/A | Undetermined |
| Trademark - Title: RAINFORCE, Mark Type: Trademark - Malaysia | Undetermined | N/A | Undetermined |
| Trademark - Title: RAINFORCE, Mark Type: Trademark - Singapore | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - Title: RAINFORCE, Mark Type: Trademark - Taiwan | Undetermined | N/A | Undetermined |
| Trademark - Title: RAINFORCE, Mark Type: Trademark - Thailand | Undetermined | N/A | Undetermined |
| Trademark - Title: RAINFORCE, Mark Type: Trademark - United Kingdom | Undetermined | N/A | Undetermined |
| Trademark - Title: RAINFORCE, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: RAMPARTS, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: REESE (IN CHINESE CHARACTERS), Mark Type: Trademark - China (People's Republic) | Undetermined | N/A | Undetermined |
| Trademark - Title: REESE (STYLIZED/DESIGN), Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: REESE POWERSPORTS, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: REESE TOWPOWER (IN CHINESE CHARACTERS), Mark Type: Trademark - China (People's Republic) | Undetermined | N/A | Undetermined |
| Trademark - Title: REESE TOWPOWER, Mark Type: Trademark - China (People's Republic) | Undetermined | N/A | Undetermined |
| Trademark - Title: REESE TOWPOWER, Mark Type: Trademark - Taiwan | Undetermined | N/A | Undetermined |
| Trademark - Title: REESE, Mark Type: Trademark - Australia | Undetermined | N/A | Undetermined |
| Trademark - Title: REESE, Mark Type: Trademark - Brazil | Undetermined | N/A | Undetermined |
| Trademark - Title: REESE, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: REESE, Mark Type: Trademark - China (People's Republic) | Undetermined | N/A | Undetermined |
| Trademark - Title: REESE, Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark - Title: REESE, Mark Type: Trademark - Taiwan | Undetermined | N/A | Undetermined |
| Trademark - Title: REESE, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: REMOV-A-BALL (& DESIGN), Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: REMOV-A-BALL, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: ROLA (IN CHINESE CHARACTERS), Mark Type: Trademark - Taiwan | Undetermined | N/A | Undetermined |
| Trademark - Title: ROLA, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: ROLA, Mark Type: Trademark - China (People's Republic) | Undetermined | N/A | Undetermined |
| Trademark - Title: ROLA, Mark Type: Trademark - European Union (Community) | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - Title: ROLA, Mark Type: Trademark - Germany | Undetermined | N/A | Undetermined |
| Trademark - Title: ROLA, Mark Type: Trademark - Italy | Undetermined | N/A | Undetermined |
| Trademark - Title: ROLA, Mark Type: Trademark - Spain | Undetermined | N/A | Undetermined |
| Trademark - Title: ROLA, Mark Type: Trademark - Taiwan | Undetermined | N/A | Undetermined |
| Trademark - Title: ROLA, Mark Type: Trademark - United Kingdom | Undetermined | N/A | Undetermined |
| Trademark - Title: ROLA, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: SAFEJUMP (STYLIZED), Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: SAFEJUMP, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: SATISFACTION GUARANTEED & DESIGN, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: SCRUB-X, Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark - Title: SCRUB-X, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: SECURE-X, Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark - Title: SECURE-X, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: SHIELD OF SAFETY (& DESIGN), Mark Type: Trademark - United Kingdom | Undetermined | N/A | Undetermined |
| Trademark - Title: SHUR-SET III (STYLIZED), Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: SIGHTLINE, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: SIGHTLINE, Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark - Title: SIGHTLINE, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: SMART-FLEX, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: SPORTFRAME, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: SPORTWING, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: STEADI-FLEX, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: STEADI-FLEX, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: STEALTH (IN CHINESE CHARACTERS), Mark Type: Trademark - China (People's Republic) | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - Title: STEALTH (IN CHINESE CHARACTERS), Mark Type: Trademark - Taiwan | Undetermined | N/A | Undetermined |
| Trademark - Title: STEALTH PRO SERIES AND DESIGN, Mark Type: Service Mark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: STEALTH ULTRA, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: STEALTH ULTRA, Mark Type: Trademark - China (People's Republic) | Undetermined | N/A | Undetermined |
| Trademark - Title: STEALTH ULTRA, Mark Type: Trademark - European Union (Community) | Undetermined | N/A | Undetermined |
| Trademark - Title: STEALTH ULTRA, Mark Type: Trademark - Int'l Registration - Madrid Agreement / Protocol | Undetermined | N/A | Undetermined |
| Trademark - Title: STEALTH ULTRA, Mark Type: Trademark - Russian Federation | Undetermined | N/A | Undetermined |
| Trademark - Title: STEALTH ULTRA, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: STEALTH XT, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: STEALTH, Mark Type: Trademark - Australia | Undetermined | N/A | Undetermined |
| Trademark - Title: STEALTH, Mark Type: Trademark - Brazil | Undetermined | N/A | Undetermined |
| Trademark - Title: STEALTH, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: STEALTH, Mark Type: Trademark - European Union (Community) | Undetermined | N/A | Undetermined |
| Trademark - Title: STEALTH, Mark Type: Trademark - Taiwan | Undetermined | N/A | Undetermined |
| Trademark - Title: STEALTH, Mark Type: Trademark - United Kingdom | Undetermined | N/A | Undetermined |
| Trademark - Title: STEALTH, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: STORM LOGO, Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark - Title: STRAIT-LINE, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: STRONGARM, Mark Type: Logo - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: SUREPULL (& DESIGN), Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: SUREPULL, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: SUREPULL, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: SYMPHONY PRO SERIES, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: TEKONSHA, Mark Type: Trademark - Australia | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| **Patents, copyrights, trademarks, and trade secrets** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| Trademark - Title: TEKONSHA, Mark Type: Trademark - Brazil | Undetermined | N/A | Undetermined |
| Trademark - Title: TEKONSHA, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: TEKONSHA, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: TESTED TOUGH, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: THE GOOSE, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: TITAN, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: TI-TECH COATING, Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark - Title: T-ONE, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: T-ONE, Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark - Title: T-ONE, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: TOW-PAK, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: TOW-READY, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: TOW-READY, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: TOYLOC, Mark Type: Trademark - Brazil | Undetermined | N/A | Undetermined |
| Trademark - Title: TRICO - Philippines | Undetermined | N/A | Undetermined |
| Trademark - Title: TRUTURN 360, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: TRUTURN 360, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: ULTRA FRAME, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: VELOCITY SERIES, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: VELOCITY SERIES, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: VELOCITY, Mark Type: Trademark - European Union (Community) | Undetermined | N/A | Undetermined |
| Trademark - Title: VELOCITY, Mark Type: Trademark - Int'l Registration - Madrid Agreement / Protocol | Undetermined | N/A | Undetermined |
| Trademark - Title: VELOCITY, Mark Type: Trademark - Norway | Undetermined | N/A | Undetermined |
| Trademark - Title: VELOCITY, Mark Type: Trademark - Switzerland | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - Title: VELOCITY, Mark Type: Trademark - United Kingdom | Undetermined | N/A | Undetermined |
| Trademark - Title: VOYAGER, Mark Type: Trademark - Australia | Undetermined | N/A | Undetermined |
| Trademark - Title: VOYAGER, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: VOYAGER, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: W WEBFIT THE ONLINE SERVICE CENTRE (& DESIGN), Mark Type: Trademark - European Union (Community) | Undetermined | N/A | Undetermined |
| Trademark - Title: W WEBFIT THE ONLINE SERVICE CENTRE (& DESIGN), Mark Type: Trademark - United Kingdom | Undetermined | N/A | Undetermined |
| Trademark - Title: WEATHER SHIELD, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: WEATHER SHIELD, Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark - Title: WEATHERRESIST, Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark - Title: WEATHERTREAD, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: WEATHERWISE, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: WEATHERWISE, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: WEB-FIT (SERIES OF 2), Mark Type: Trademark - United Kingdom | Undetermined | N/A | Undetermined |
| Trademark - Title: WEBFIT, Mark Type: Trademark - European Union (Community) | Undetermined | N/A | Undetermined |
| Trademark - Title: WEBFIT, Mark Type: Trademark - United Kingdom | Undetermined | N/A | Undetermined |
| Trademark - Title: WEDGE-LATCH, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: WESBAR (STYLIZED), Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: WESBAR, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: WESTFALIA, Mark Type: Trademark - Australia | Undetermined | N/A | Undetermined |
| Trademark - Title: WESTFALIA, Mark Type: Trademark - Belarus | Undetermined | N/A | Undetermined |
| Trademark - Title: WESTFALIA, Mark Type: Trademark - Bosnia and Herzegovina | Undetermined | N/A | Undetermined |
| Trademark - Title: WESTFALIA, Mark Type: Trademark - China (People's Republic) | Undetermined | N/A | Undetermined |
| Trademark - Title: WESTFALIA, Mark Type: Trademark - Croatia | Undetermined | N/A | Undetermined |
| Trademark - Title: WESTFALIA, Mark Type: Trademark - European Union (Community) | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - Title: WESTFALIA, Mark Type: Trademark - Iceland | Undetermined | N/A | Undetermined |
| Trademark - Title: WESTFALIA, Mark Type: Trademark - Int'l Registration - Madrid Agreement / Protocol | Undetermined | N/A | Undetermined |
| Trademark - Title: WESTFALIA, Mark Type: Trademark - Korea, Republic of | Undetermined | N/A | Undetermined |
| Trademark - Title: WESTFALIA, Mark Type: Trademark - Liechtenstein | Undetermined | N/A | Undetermined |
| Trademark - Title: WESTFALIA, Mark Type: Trademark - Moldova | Undetermined | N/A | Undetermined |
| Trademark - Title: WESTFALIA, Mark Type: Trademark - Norway | Undetermined | N/A | Undetermined |
| Trademark - Title: WESTFALIA, Mark Type: Trademark - Russian Federation | Undetermined | N/A | Undetermined |
| Trademark - Title: WESTFALIA, Mark Type: Trademark - Serbia | Undetermined | N/A | Undetermined |
| Trademark - Title: WESTFALIA, Mark Type: Trademark - Turkiye | Undetermined | N/A | Undetermined |
| Trademark - Title: WESTFALIA, Mark Type: Trademark - Ukraine | Undetermined | N/A | Undetermined |
| Trademark - Title: WESTFALIA, Mark Type: Trademark - United Kingdom | Undetermined | N/A | Undetermined |
| Trademark - Title: WESTFALIA, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: WITTER (& DESIGN) II, Mark Type: Trademark - United Kingdom | Undetermined | N/A | Undetermined |
| Trademark - Title: WITTER (& DESIGN), Mark Type: Trademark - United Kingdom | Undetermined | N/A | Undetermined |
| Trademark - Title: WITTER, Mark Type: Trademark - United Kingdom | Undetermined | N/A | Undetermined |
| Trademark - Title: X-FLEX, Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark - Title: X-FLEX, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: XLT, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: XLT, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: ZCI CONTACT INTERFACE (& DESIGN), Mark Type: Trademark - Brazil | Undetermined | N/A | Undetermined |
| Trademark - Title: ZCI CONTACT INTERFACE (& DESIGN), Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark - Title: ZCI CONTACT INTERFACE (& DESIGN), Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: ZCI, Mark Type: Trademark - Brazil | Undetermined | N/A | Undetermined |
| Trademark - Title: ZCI, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - Title: ZCI, Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark - Title: ZCI, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark - Title: ZERO CONTACT INTERFACE (& DESIGN), Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark - Title: ZINC MAX, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: BUILT TO FIT , Mark Type: Word - United States of America | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: BULLDOG, Mark Type: Trademark - China (People's Republic) | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: CLEARLY INNOVATION, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: EDGE, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: EVERLAST RUBBER, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: EVERLAST RUBBER, Mark Type: Trademark - Mexico | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: EVERLAST RUBBER, Mark Type: Trademark - Switzerland | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: FRAM BUDDIE, Mark Type: Word - United States of America | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: ID, Mark Type: Trademark - United States of America | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: M-GUARD, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: NANOTECH, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: NOVASTAR BRAND GROUP, Mark Type: Service Mark - Brazil | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: NOVASTAR BRAND GROUP, Mark Type: Service Mark - Canada | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: NOVASTAR BRAND GROUP, Mark Type: Service Mark - India | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: NOVASTAR BRAND GROUP, Mark Type: Service Mark - Indonesia | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: NOVASTAR BRAND GROUP, Mark Type: Service Mark - Japan | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: NOVASTAR BRAND GROUP, Mark Type: Service Mark - Korea, Republic of | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: NOVASTAR BRAND GROUP, Mark Type: Service Mark - Mexico | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: NOVASTAR BRAND GROUP, Mark Type: Service Mark - Russian Federation | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: NOVASTAR BRAND GROUP, Mark Type: Service Mark - United Kingdom | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark Pending - Title: P CLEARLY INNOVATION (STYLIZED) & DESIGN, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: PYLON, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: SCRUB-X, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: SECURE-X, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: STEALTH ULTRA, Mark Type: Trademark - United Kingdom | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: TI-TECH COATING, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: WEATHERREPEL, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: WEATHERRESIST, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: WEATHERTREAD, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| Trademark Pending - Title: X-FLEX, Mark Type: Trademark - Canada | Undetermined | N/A | Undetermined |
| | | **TOTAL** | $0.00 + Undetermined Amounts |

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| **Interests in insurance policies or annuities** (Description) | **Policy Type** | **Policy Number** | **Current value of debtor's interest** |
|---|---|---|---|
| 0033 HIS Lloyd's, 1301 IGO Lloyd's, Convex Insurance UK, QBE UK Limited | Excess Liability | BMBDAOCC2024198 | Undetermined |
| AIG | Excess Liability | 015717599 | Undetermined |
| AIG | Employment Practices Liability / Fiduciary Liability | 038241355 | Undetermined |
| AIG | D&O | 038241357 | Undetermined |
| AIG | Commercial Crime | 038348765 | Undetermined |
| AIG | Aviation | AP07123451807 | Undetermined |
| AIG | Excess Liability | EXC30002039404 | Undetermined |
| Allianz | D&O | USF00003525 | Undetermined |
| Allianz | D&O | USF05648825 | Undetermined |
| Allianz | Auto Liability | USL02290424 | Undetermined |
| Allianz | General Liability | USL02290424 | Undetermined |
| Allianz | Foreign Employee Liability | USL02290424 | Undetermined |
| Allianz | Workers Compensation | USL02290424 | Undetermined |
| Allianz | Multinational | USL02290424 | Undetermined |
| Allianz | Property | USP00163625 | Undetermined |
| Allied World | D&O | 03147797 | Undetermined |
| AmTrust | D&O | EUW205355200 | Undetermined |
| ANV | D&O | ANV163622A | Undetermined |
| Applied | D&O | BFLXDOTOH0105000232200 1 | Undetermined |
| Arcadian (UK) | Excess Liability | B0509BOWCN2452842 | Undetermined |
| Arcadian (UK) | Excess Liability | US00107612LI24A | Undetermined |
| Arch | D&O | PCX100013405 | Undetermined |
| Argo Re Ltd. (BDA) | Excess Liability | B0509BOWCN2552458 | Undetermined |
| Ascot | D&O | MLXS251000212001 | Undetermined |

Debtor Name: First Brands Group, LLC    Case Number: 25-90399 (CML)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| **Interests in insurance policies or annuities** (Description) | **Policy Type** | **Policy Number** | **Current value of debtor's interest** |
|---|---|---|---|
| ATRI | D&O | MLX100224100 | Undetermined |
| AXA XL | Excess Liability | B0509BOWCN2552976 | Undetermined |
| AXA XL | D&O | ELU20215125 | Undetermined |
| AXA XL | Pollution | XEC0057527 | Undetermined |
| AXIS | Excess Liability | BMBDAOCC2024197 | Undetermined |
| AXIS | D&O | P00100006807106 | Undetermined |
| AXIS | Commercial Crime | P00100050294905 | Undetermined |
| AXIS | Employment Practices Liability / Fiduciary Liability | P00100050295205 | Undetermined |
| Balance Partners | D&O | MLX100098503 | Undetermined |
| Beazley | Pollution | B0509BOWCI2250632 | Undetermined |
| Beazley | Pollution | B0509BOWCI2250633 | Undetermined |
| Beazley | Pollution | B0646JZA18531 | Undetermined |
| Beazley | D&O | V2A4E6250601 | Undetermined |
| Beazley | Pollution | W24803180101 | Undetermined |
| Beazley | Pollution | W25CA5190101 | Undetermined |
| Beazley | Pollution | W2C182200101 | Undetermined |
| Beazley | Pollution | W3179E220101 | Undetermined |
| Beazley | Pollution | W3568A230101 | Undetermined |
| Berkley | D&O | BPRO8120547 | Undetermined |
| Berkshire | Property | 42XPR32287404 | Undetermined |
| Berkshire | D&O | 47EMC31019006 | Undetermined |
| Berkshire | D&O | 47EMC34293601 | Undetermined |
| Bowhead | D&O | ACL05257400 | Undetermined |
| Bowhead | D&O | ECL05459900 | Undetermined |

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| **Interests in insurance policies or annuities** (Description) | **Policy Type** | **Policy Number** | **Current value of debtor's interest** |
|---|---|---|---|
| Canopius | D&O | SGC170900 | Undetermined |
| Celerity | D&O | CRDO000004400 | Undetermined |
| Chubb | D&O | G46865017008 | Undetermined |
| Chubb | Employment Practices Liability / Fiduciary Liability | J06461360 | Undetermined |
| Chubb | Pollution | PPLG47399105001 | Undetermined |
| Chubb | Pollution | PPLG47416371001 | Undetermined |
| Chubb | Pollution | PPLG72597424001 | Undetermined |
| Chubb | Umbrella | 38395737 | Undetermined |
| Chubb | Umbrella | XEUG7254383A004 | Undetermined |
| Chubb BDA | Property | VICEROY02320P03 | Undetermined |
| Chubb Bermuda | D&O | 40387001A | Undetermined |
| CNA | Property | RMP7035092903 | Undetermined |
| Crum & Forster | D&O | 5751082188 | Undetermined |
| Distinguished | D&O | VEL10025400 | Undetermined |
| DUAL Commercial LLC | Product Recall | CMR0000037502 | Undetermined |
| Endurance | D&O | DOX30001499505 | Undetermined |
| Endurance | Excess Liability | P00100043775005 | Undetermined |
| Everest | D&O | PC8EX00256251 | Undetermined |
| Everest | D&O | PC8EX00303251 | Undetermined |
| Everest | Property | RP8CF00167251 | Undetermined |
| Fast Track | Property | B0509MPSPB2500312 | Undetermined |
| Fast Track | Property | B0509MPSPB2500458 | Undetermined |
| Fast Track | Property | B0509MPSPB2500459 | Undetermined |
| GAIC | Special Risk - 3 Year | UKA302275124 | Undetermined |

Debtor Name: First Brands Group, LLC Case Number: 25-90399 (CML)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| **Interests in insurance policies or annuities** (Description) | **Policy Type** | **Policy Number** | **Current value of debtor's interest** |
|---|---|---|---|
| Great American | D&O | DFX1491246 | Undetermined |
| Guy Carp - Fronted by Zurich | Property | PPR675268302 | Undetermined |
| Hannover Re | Property | PR0426825000 | Undetermined |
| Hartford | D&O | 83PE042388425 | Undetermined |
| Hiscox | Property | UTS257309425 | Undetermined |
| Hudson | D&O | HE030313154 | Undetermined |
| Inigo Excess Consortium IGO 9299, Multiple Underswriters at Lloyd's London, Convex Insurance, UK Limited, QBE UK Limited, Rokstone Group Ltd, Multiple Underwriters, from Fast Track | Excess Liability | B0509BOWCN2552302 | Undetermined |
| Intact | D&O | MMX0007880725 | Undetermined |
| Intact | D&O | MMX0007930725 | Undetermined |
| Ironshore | Pollution | 004427600 | Undetermined |
| Ironshore | D&O | DO6NABXY3V006 | Undetermined |
| James River | D&O | P0000009396 | Undetermined |
| Lexington | D&O | 06995991800 | Undetermined |
| Lloyd's via RT | D&O | MR25ADC7 | Undetermined |
| Lloyd's via RT | D&O | MR25ADC8 | Undetermined |
| Markel | Property | CT4851A25MZA | Undetermined |
| Markel | D&O | MKLM3MXM000752 | Undetermined |
| MSIG | D&O | DOA3125038 | Undetermined |
| Multiple Underwriters at Lloyd’s of London, Convex Insurance UK, QBE UK Limited | Excess Liability | B0509BOWCN2452841 | Undetermined |
| Munich Re | Property | 78A3XP000097502 | Undetermined |
| Munich Re | D&O | 8JA7PX000231800 | Undetermined |
| Munich Re | D&O | 8JA7PX000231900 | Undetermined |
| Old Republic | D&O | ORPRO13103159 | Undetermined |

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| **Interests in insurance policies or annuities** (Description) | **Policy Type** | **Policy Number** | **Current value of debtor's interest** |
|---|---|---|---|
| Orion | D&O | OII783DOX120250P | Undetermined |
| Pantheon | D&O | PNKSDO00001225 | Undetermined |
| Partner Re | Property | F628824 | Undetermined |
| QBE | D&O | 100044631 | Undetermined |
| Resilience | Cyber | 7200008910003 | Undetermined |
| RLI | D&O | EPG0024056 | Undetermined |
| RSUI | D&O | LHS715558 | Undetermined |
| Scor | Property | FA011243920251 | Undetermined |
| Scor | D&O | FA013308520251 | Undetermined |
| Securus Insurance,LLC | General Liability | 1GLPLOGL2024 | Undetermined |
| SECURUS Insurance,LLC - Fronted by Zurich | Property | PPR675268302 | Undetermined |
| Sompo | D&O | ADX30092383900 | Undetermined |
| Sompo | Property | ARP30078867700 | Undetermined |
| Starr | Pollution | 1000067835221 | Undetermined |
| Starr | Pollution | 1000067859221 | Undetermined |
| Starr | D&O | 1000625358251 | Undetermined |
| Starr | D&O | 1000625372251 | Undetermined |
| Starr | Property | 25SSLDOCD330061 | Undetermined |
| StarStone | D&O | DNO00513228P00 | Undetermined |
| Swiss Re | Product Recall | PRL200263705 | Undetermined |
| Tango | D&O | TSMSP1001401 | Undetermined |
| Templar | D&O | S0026XS00204900 | Undetermined |
| The Princeton Excess and Surplus Lines Insurance Company | Excess Liability | 5VA3FF000006900 | Undetermined |
| Travelers | General Liability | TC2JGLSA9P530467TIL24 | Undetermined |

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| **Interests in insurance policies or annuities** (Description) | **Policy Type** | **Policy Number** | **Current value of debtor's interest** |
|---|---|---|---|
| Travelers | Auto Liability | TJCAP9P530455TIL24 | Undetermined |
| Vantage Risk | D&O | P04ML0000086870 | Undetermined |
| Vantage Risk (BDA) | Excess Liability | B0509BOWCN2552459 | Undetermined |
| Westfield | D&O | XSA466225K00 | Undetermined |
| Zurich | D&O | DOC147431903 | Undetermined |
| Zurich | D&O | DOC755127700 | Undetermined |
| Zurich | Business Travel Accident | GTU0553304 | Undetermined |
| Zurich | Marine Cargo | OC584639603 | Undetermined |
| Zurich | Property | PPR675268302 | Undetermined |
| | | **TOTAL** | $0.00 + Undetermined Amounts |

**Assets - Real and Personal Property**

**Part 11, Question 74:** Causes of action against third parties (whether or not a lawsuit has been filed)

| Causes of action against third parties (whether or not a lawsuit has been filed) | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| Cause of Action | Pending Adversary Proceeding No. 25-03803 Against Patrick James, et al. | Undetermined | Undetermined |
| Cause of Action | Pending Adversary Proceeding No. 26-03005 Against Onset Financial, Inc., Edward James, et al. | Undetermined | Undetermined |
| | | **TOTAL** | $0.00 + Undetermined Amounts |

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| **Other property of any kind not already listed**<br>*Examples*: Season tickets, country club membership | **Current value of debtor's interest** |
|---|---|
| Other Receivables | Undetermined |
| Other Assets | Undetermined |
| Related Party Receivable from Fram de Argentina S.A.U. | Undetermined |
| Related Party Receivable from FRAM Group Operations LLC | Undetermined |
| Related Party Receivable from Cardone Industries, inc. | Undetermined |
| Related Party Receivable from FRAM Group (Canada) Inc. | Undetermined |
| Related Party Receivable from Eagle Casting, LLC | Undetermined |
| Related Party Receivable from APC Parent, LLC | Undetermined |
| Related Party Receivable from Heatherton Holdings, LLC | Undetermined |
| Related Party Receivable from Trico Products Pty. Ltd. | Undetermined |
| Related Party Receivable from Dalton Corporation, Warsaw Manufacturing Facility | Undetermined |
| Related Party Receivable from Pylon Manufacturing Corp. | Undetermined |
| Related Party Receivable from Ultinon Motion (Thailand) Co., Ltd. | Undetermined |
| Related Party Receivable from Brake Parts Inc LLC | Undetermined |
| Related Party Receivable from Jasper Rubber Products, Inc. | Undetermined |
| Related Party Receivable from Ultinon Motion Taiwan Co. Ltd. | Undetermined |
| Related Party Receivable from Talleres Mecanicos Montserrat, S.A. de C.V. | Undetermined |
| Related Party Receivable from Carter Fuel Systems, LLC | Undetermined |
| Related Party Receivable from Horizon Global Germany GmbH | Undetermined |
| Related Party Receivable from Ultinon Motion Korea Ltd. | Undetermined |
| Related Party Receivable from Qualis Automotive, L.L.C. | Undetermined |
| Pension Plan Related Assets | Undetermined |
| Employee Receivables | Undetermined |
| Related Party Receivable from Eagle Machining, LLC | Undetermined |
| Related Party Receivable from Strongarm, LLC | Undetermined |

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| **Other property of any kind not already listed**<br>*Examples*: Season tickets, country club membership | **Current value of debtor's interest** |
|---|---|
| Related Party Receivable from Ultinon Motion Honk Kong Co. Limited | Undetermined |
| Related Party Receivable from Liberty II B.V. | Undetermined |
| Related Party Receivable from NovaStar Brands Group, LLC | Undetermined |
| Related Party Receivable from Autolite Operations LLC | Undetermined |
| Related Party Receivable from Ultinon Motion Delaware LLC | Undetermined |
| Related Party Receivable from FRAM do Brasil Indústria de Filtros Ltda. | Undetermined |
| Related Party Receivable from Carter Carburetor, LLC | Undetermined |
| Related Party Receivable from BPI Acquisition Party, LLC | Undetermined |
| Related Party Receivable from Trico Products Corporation | Undetermined |
| Related Party Receivable from Cequent Nederland Holdings B.V. | Undetermined |
| Related Party Receivable from Qualitor Automotive, LLC | Undetermined |
| **TOTAL** | $0.00<br>+ Undetermined Amounts |

**Fill in this information to identify the case:**

Debtor name First Brands Group, LLC

United States Bankruptcy Court for the: Southern District of Texas, Houston Division

Case number (If known): 25-90399 (CML)

☐ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name**
1970 GROUP INC

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

Column A: $ Undetermined — Column B: $ Undetermined

**Creditor's mailing address**
100 JERICHO QUADRUPLE
SUITE 300
JERICHO, NY 11753

**Describe the lien**
Letter of Credit

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.2 Creditor's name**
AEQUUM CAPITAL FINANCIAL II, LLC

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

Column A: $ Undetermined — Column B: $ Undetermined

**Creditor's mailing address**
250 NICOLETT MALL
SUITE 800 & 900
MINNEAPOLIS, MN 55401

**Describe the lien**
UCC-1 Financing Statement File # 20242784567

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $ 5,869,686,099.83
+ Undetermined Amounts

Debtor First Brands Group, LLC — Case number (If known): 25-90399 (CML)

**Part 1: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A: Amount of Claim (Do not deduct the value of collateral.) | Column B: Value of collateral that supports this claim |
|---|---|---|
| 2.3 BANK OF AMERICA, AS ADMINISTRATIVE AGENT | $ 135,185,962.63 | $ Undetermined |
| 2.4 BANK OF AMERICA, N.A. | $ Undetermined | $ Undetermined |

**2.3 Creditor's name**

BANK OF AMERICA, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**

ATTENTION: BRIAN SCAWINSKI
L4-110-08-03
110 NORTH WACKER DRIVE
CHICAGO, IL 60606

**Creditor's email address, if known**

BRIAN.SCAWINSKI@BOFA.COM

**Date debt was incurred** 2/2/2018

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☑ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

**Describe the lien**

Borrower Under ABL Credit Agreement

**Is the creditor an insider or related party?**

- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☐ No
- ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2.4 Creditor's name**

BANK OF AMERICA, N.A.

**Creditor's mailing address**

SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Creditor's email address, if known**

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosure

**Describe the lien**

Letter of Credit for the benefit of Ace American Insurance Company
Ace Fire Underwriters Insurance Company, et. al

**Is the creditor an insider or related party?**

- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Debtor First Brands Group, LLC Case number (If known): 25-90399 (CML)
Name

**Part 1:** **Additional Page**

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.5** **Creditor's name**

BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**

SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**

Letter of Credit (#: 68143381) for the benefit of The Travelers Indemnity Company

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**2.6** **Creditor's name**

BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**

SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**

Letter of Credit (#: 68168783) for the benefit of Western Surety Company

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.7 Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**
SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**
Letter of Credit (#: 68169220) for the benefit of I&G Direct Real Estate 34, LP

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.8 Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**
SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**
Letter of Credit (#: 68173678) for the benefit of KitKat (IL) LLC

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.9** **Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**
SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**
Letter of Credit (#: 68176533) for the benefit of Banco Santander Brasil SA

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.10** **Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**
SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**
Letter of Credit (#: 68179150) for the benefit of Banco Santander Mexico S.A.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1: Additional Page**

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.11** **Creditor's name**

BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**

SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**

Letter of Credit (#: 68179732) for the benefit of Banco Santander Mexico S.A.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**2.12** **Creditor's name**

BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**

SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**

Letter of Credit (#: 68179736) for the benefit of Gdf Suez Mexico Comercializadora, S . de R.L. de C.V.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor First Brands Group, LLC Case number (If known): 25-90399 (CML)
Name

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.13 Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**
SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**
Letter of Credit (#: 68184235) for the benefit of Avalon Risk Management Insurance Agency, LLC for the Benefit of the Sureties it Represents

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.14 Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**
SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**
Letter of Credit (#: 68185674) for the benefit of 15 Kings Grant Partners, LLC

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

## Part 1: Additional Page

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.15** **Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**
SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**
Letter of Credit (#: 68185778) for the benefit of Avalon Risk Management Insurance Agency, LLC, for the Benefit of the Sureties it Represents

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.16** **Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**
SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**
Letter of Credit (#: 68186300) for the benefit of Avante Aeropuerto S.A. de C.V.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

## Part 1: Additional Page

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.17** **Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

Column A: $ Undetermined — Column B: $ Undetermined

**Creditor's mailing address**
SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**
Letter of Credit (#: 68198233) for the benefit of Banco Santander Mexico S.A.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.18** **Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

Column A: $ Undetermined — Column B: $ Undetermined

**Creditor's mailing address**
SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**
Letter of Credit (#: 68198337) for the benefit of Kenwal Steel Corporation

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.19** **Creditor's name**

BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**

SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**

Letter of Credit (#: 68199087) for the benefit of Emporia Partners , LLC

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**2.20** **Creditor's name**

BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**

SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**

Letter of Credit (#: 68199206) for the benefit of Voestalpine Krems GmbH

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.21**

**Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**
SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**
Letter of Credit (#: 68199231) for the benefit of Productos Laminados De Monterrey, S.A. de C.V.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.22**

**Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**
SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**
Letter of Credit (#: 68199303) for the benefit of Xpo Logistics Freight, Inc.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1: Additional Page**

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.23** **Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**
SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**
Letter of Credit (#: 68199413) for the benefit of Ineos USA LLC DBA Ineos Olefins & Polymers USA

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.24** **Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**
SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**
Letter of Credit (#: 68199535) for the benefit of Entec Polymers Inc.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

## Part 1: Additional Page

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.25** **Creditor's name**

BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**

SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**

Letter of Credit (#: 68199678) for the benefit of Arcelormittal Wire France

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**2.26** **Creditor's name**

BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**

SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**

Letter of Credit (#: 68200622) for the benefit of The Resin Enterprise, Inc.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1: Additional Page**

| | Column A | Column B |
|---|---|---|
| **Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.** | *Column A* **Amount of Claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**2.27** **Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**
SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**
Letter of Credit (#: 68200654) for the benefit of Western Surety Company

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.28** **Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**
SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**
Letter of Credit (#: 68200674) for the benefit of Soarus LLC

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1:** **Additional Page**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

**2.29** **Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**
SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**
Letter of Credit (#: 68201717) for the benefit of Avnet. Inc

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.30** **Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**
SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**
Letter of Credit (#: 68202994) for the benefit of Banco Actinver, S.A. de C.V.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1:** **Additional Page**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

**2.31** **Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**
SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**
Letter of Credit (#: 68203089) for the benefit of Heraeus Precious Metals GmbH + CO. KG

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.32** **Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**
SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**
Letter of Credit (#: 68203526) for the benefit of Randall Metals Corporation

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1: Additional Page**

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.33** **Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**
SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**
Letter of Credit (#: 68203529) for the benefit of C And U Americas, LLC

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.34** **Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**
SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**
Letter of Credit (#: 68204026) for the benefit of Koninklijke Philips N.V.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1: Additional Page**

| | Column A | Column B |
|---|---|---|
| **Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.** | *Column A* **Amount of Claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**2.35** **Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**
SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**
Letter of Credit (#: 68204448) for the benefit of Encova Mutual Insurance Group, Inc., et. al

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.36** **Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**
SCRANTON STANDBY
TRADE OPERATIONS PA6-580-02-30
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**
Letter of Credit (#: 68204488) for the benefit of Bri Westpark IV QOZB. LP

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

## Part 1: Additional Page

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.37** **Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ 119,453,813.00 $ Undetermined

**Creditor's mailing address**
1 FLEET WAY
SCRANTON, PA 18507

**Describe the lien**
Supply Chain Financing Liability

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.38** **Creditor's name**
BANK OF AMERICA, N.A., AS ABL ADMINISTRATIVE AGENT AND COLLATERAL AGENT

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
135 SOUTH LASALLE STREET
9TH FLOOR
CHICAGO, IL 60603

**Describe the lien**
UCC-1 Financing Statement File # 20180829396

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Part 1: Additional Page**

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.39** **Creditor's name**
CARNABY INVENTORY IV, LLC

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
3010 LBJ FREEWAY
SUITE 1200
DALLAS, TX 75234

**Describe the lien**
UCC-1 Financing Statement File # 20256769977

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.40** **Creditor's name**
EAST WEST BANK

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**
ATTN : STANDBY LETTER OF CREDIT UNIT
INTERNATIONAL OPERATIONS
135 N. LOS ROBLES AVE. , 2ND FLOOR
PASADENA, CA 91101

**Describe the lien**
Letter of Credit for the benefit of National Union Fire Insurance Company of Pittsburgh, PA. et. al

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1: Additional Page**

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

| | | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.41** **Creditor's name** EAST WEST BANK | **Describe debtor's property that is subject to a lien** See Schedule D Disclosure | $ Undetermined | $ Undetermined |

**Creditor's mailing address**

ATTN : STANDBY LETTER OF CREDIT UNIT
INTERNATIONAL OPERATIONS
135 N. LOS ROBLES AVE. , 2ND FLOOR
PASADENA, CA 91101

**Describe the lien**

Letter of Credit (#: 24OSL005396) for the benefit of The Travelers Indemnity Company

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

- ☑ No
- ☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

| | | | |
|---|---|---|---|
| **2.42** **Creditor's name** EAST WEST BANK | **Describe debtor's property that is subject to a lien** See Schedule D Disclosure | $ Undetermined | $ Undetermined |

**Creditor's mailing address**

ATTN : STANDBY LETTER OF CREDIT UNIT
INTERNATIONAL OPERATIONS
135 N. LOS ROBLES AVE. , 2ND FLOOR
PASADENA, CA 91101

**Describe the lien**

Letter of Credit (#: 24OSL005399) for the benefit of The Travelers Indemnity Company

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

- ☑ No
- ☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

## Part 1: Additional Page

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

| | | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.43** **Creditor's name**<br>EAST WEST BANK<br><br>**Creditor's mailing address**<br>ATTN : STANDBY LETTER OF CREDIT UNIT<br>INTERNATIONAL OPERATIONS<br>135 N. LOS ROBLES AVE. , 2ND FLOOR<br>PASADENA, CA 91101<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred** Undetermined<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Have you already specified the relative priority?<br>☐ No. Specify each creditor, including this creditor, and its relative priority.<br>☐ Yes. The relative priority of creditors is specified on lines | **Describe debtor's property that is subject to a lien**<br>See Schedule D Disclosure<br><br>**Describe the lien**<br>Letter of Credit (#: 24OSL005458) for the benefit of Great American Insurance Company<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $ Undetermined | $ Undetermined |
| **2.44** **Creditor's name**<br>EVOLUTION CREDIT OPPORTUNITY MASTER FUND II-B, L.P.<br><br>**Creditor's mailing address**<br>28 STATE STREET<br>23RD FLOOR<br>BOSTON, MA 02109<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred** Undetermined<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Have you already specified the relative priority?<br>☑ No. Specify each creditor, including this creditor, and its relative priority.<br>☐ Yes. The relative priority of creditors is specified on lines | **Describe debtor's property that is subject to a lien**<br>See Schedule D Disclosures<br><br>**Describe the lien**<br>UCC-1 Financing Statement File # 20232461878<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $ Undetermined | $ Undetermined |

**Part 1:** **Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.45**

**Creditor's name**
EVOLUTION CREDIT OPPORTUNITY MASTER FUND II-B, L.P.

**Creditor's mailing address**
28 STATE STREET
23RD FLOOR
BOSTON, MA 02109

**Creditor's email address, if known**

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

Column A: $ Undetermined — Column B: $ Undetermined

**Describe the lien**
UCC-1 Financing Statement File # 20237667925

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.46**

**Creditor's name**
EVOLUTION CREDIT OPPORTUNITY MASTER FUND II-B, L.P.

**Creditor's mailing address**
28 STATE STREET
23RD FLOOR
BOSTON, MA 02109

**Creditor's email address, if known**

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

Column A: $ Undetermined — Column B: $ Undetermined

**Describe the lien**
UCC-1 Financing Statement File # 20242066098

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor First Brands Group, LLC — Case number (If known): 25-90399 (CML)

**Part 1: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.47 Creditor's name**

EVOLUTION CREDIT PARTNERS TRADE FINANCE, L.P.

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

Column A: $ Undetermined — Column B: $ Undetermined

**Creditor's mailing address**

28 STATE STREET
23RD FLOOR
BOSTON, MA 02109

**Describe the lien**

UCC-1 Financing Statement File # 20232461902

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**2.48 Creditor's name**

GLAS USA LLC, AS ADMINISTRATIVE AGENT

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

Column A: $ 256,894,127.50 — Column B: $ Undetermined

**Creditor's mailing address**

3 SECOND STREET, SUITE 206
JERSEY CITY, NJ 07311

**Describe the lien**

Borrower Under Side Car Term Loan Credit Agreement

**Creditor's email address, if known**

CLIENTSERVICES.AMERICAS@GLAS.AGENCY; TMGUS@GLAS.AGENCY

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** 6/16/2025

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor First Brands Group, LLC Case number (If known): 25-90399 (CML)
Name

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of Claim** Do not deduct the value of collateral.
Column B — **Value of collateral that supports this claim**

**2.49** **Creditor's name**
GLAS USA LLC, AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
3 SECOND STREET
SUITE 206
JERSEY CITY, NJ 07311

**Describe the lien**
UCC-1 Financing Statement File # 20254341472

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.50** **Creditor's name**
HARBOR CAPITAL LEASING, INC.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
7901 SOUTHPARK PLAZA 204
LITTLETON, CO 80120

**Describe the lien**
UCC-1 Financing Statement File # 20230414580

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

## Part 1: Additional Page

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

| | | Column A Amount of Claim (Do not deduct the value of collateral.) | Column B Value of collateral that supports this claim |
|---|---|---|---|
| **2.51** **Creditor's name**<br>INGRAM MICRO FLEX PYMT SOL.<br>**Creditor's mailing address**<br>PO BOX 509<br>CEDAR RAPIDS, IA 52406<br>**Creditor's email address, if known**<br>**Date debt was incurred** Undetermined<br>**Last 4 digits of account number**<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Have you already specified the relative priority?<br>☑ No. Specify each creditor, including this creditor, and its relative priority.<br>☐ Yes. The relative priority of creditors is specified on lines | **Describe debtor's property that is subject to a lien**<br>See Schedule D Disclosures<br>**Describe the lien**<br>UCC-1 Financing Statement File # 20235227680<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $ Undetermined | $ Undetermined |
| **2.52** **Creditor's name**<br>JEFFERIES FINANCE LLC, AS COLLATERAL AGENT<br>**Creditor's mailing address**<br>520 MADISON AVE.<br>16TH FLOOR<br>NEW YORK, NY 10022<br>**Creditor's email address, if known**<br>**Date debt was incurred** Undetermined<br>**Last 4 digits of account number**<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Have you already specified the relative priority?<br>☑ No. Specify each creditor, including this creditor, and its relative priority.<br>☐ Yes. The relative priority of creditors is specified on lines | **Describe debtor's property that is subject to a lien**<br>See Schedule D Disclosures<br>**Describe the lien**<br>UCC-1 Financing Statement File # 20180829024<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $ Undetermined | $ Undetermined |

## Part 1: Additional Page

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.53** **Creditor's name**
JEFFERIES FINANCE LLC, AS COLLATERAL AGENT

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
520 MADISON AVE.
16TH FLOOR
NEW YORK, NY 10022

**Describe the lien**
UCC-1 Financing Statement File # 20191361927

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.54** **Creditor's name**
JEFFERIES FINANCE LLC, AS COLLATERAL AGENT

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
520 MADISON AVE.
16TH FLOOR
NEW YORK, NY 10022

**Describe the lien**
UCC-1 Financing Statement File # 20191364020

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1: Additional Page**

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.55** **Creditor's name**
JEFFERIES FINANCE LLC, AS COLLATERAL AGENT

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
520 MADISON AVE.
16TH FLOOR
NEW YORK, NY 10022

**Describe the lien**
UCC-1 Financing Statement File # 20205274669

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.56** **Creditor's name**
KARS FUNDING, LLC

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
850 NEW BURTON ROAD
SUITE 201
DOVER, DE 19904

**Describe the lien**
UCC-1 Financing Statement File # 20224491544

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1:** **Additional Page**

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

| | | *Column A* **Amount of Claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.57** **Creditor's name**<br>MUFG BANK, LTD.<br><br>**Creditor's mailing address**<br>NEW YORK BRANCH<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred** Undetermined<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Have you already specified the relative priority?<br>☐ No. Specify each creditor, including this creditor, and its relative priority.<br>☐ Yes. The relative priority of creditors is specified on lines | **Describe debtor's property that is subject to a lien**<br>See Schedule D Disclosure<br><br>**Describe the lien**<br>Letter of Credit (#: S539722N) for the benefit of The Travelers Indemnity Company<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $ Undetermined | $ Undetermined |
| **2.58** **Creditor's name**<br>MUFG BANK, LTD.<br><br>**Creditor's mailing address**<br>NEW YORK BRANCH<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred** Undetermined<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Have you already specified the relative priority?<br>☐ No. Specify each creditor, including this creditor, and its relative priority.<br>☐ Yes. The relative priority of creditors is specified on lines | **Describe debtor's property that is subject to a lien**<br>See Schedule D Disclosure<br><br>**Describe the lien**<br>Letter of Credit (#: S539724N) for the benefit of Old Republic Insurance Company<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $ Undetermined | $ Undetermined |

**Part 1: Additional Page**

| | Column A | Column B |
|---|---|---|
| **Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.** | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.59** **Creditor's name**
MUFG BANK, LTD.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**
NEW YORK BRANCH
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

**Describe the lien**
Letter of Credit (#: S539873N) for the benefit of The Travelers Indemnity Company

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.60** **Creditor's name**
RAISTONE PURCHASING LLC-SERIES XXXII

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined $ Undetermined

**Creditor's mailing address**
360 MADISON AVE.
FLOOR 22
NEW YORK, NY 10017

**Describe the lien**
UCC-1 Financing Statement File # 20204423283

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor: First Brands Group, LLC — Case number (If known): 25-90399 (CML)

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of Claim** Do not deduct the value of collateral.
Column B — **Value of collateral that supports this claim**

**2.61** **Creditor's name**
RAISTONE PURCHASING LLC-SERIES XXXII

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

Column A: $ Undetermined — Column B: $ Undetermined

**Creditor's mailing address**
360 MADISON AVE.
FLOOR 22
NEW YORK, NY 10017

**Describe the lien**
UCC-1 Financing Statement File # 20206570602

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.62** **Creditor's name**
ROYAL BANK OF CANADA

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

Column A: $ Undetermined — Column B: $ Undetermined

**Creditor's mailing address**
ATTN: CREDIT ADMINISTRATION
30 HUDSON STREET 28TH FLOOR
JERSEY CITY, NJ 07302-4699

**Describe the lien**
Letter of Credit (#: 10018386) for the benefit of Raloy Lubricantes, S.A. de C.V.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

## Part 1: Additional Page

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.63** **Creditor's name**
ROYAL BANK OF CANADA

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosure

$ Undetermined $ Undetermined

**Creditor's mailing address**
ATTN: CREDIT ADMINISTRATION
30 HUDSON STREET 28TH FLOOR
JERSEY CITY, NJ 07302-4699

**Describe the lien**
Letter of Credit for the benefit of Raistone Purchasing LLC - Series XXXIII

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.64** **Creditor's name**
TRUIST BANK

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ 99,993,414.47 $ Undetermined

**Creditor's mailing address**
110 SOUTH STRATFORD ROAD
3RD FLOOR
WINSTOM-SALEM, NC 27104

**Describe the lien**
Supply Chain Financing Liability

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Part 1:** **Additional Page**

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of Claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.65** **Creditor's name**
WILMINGTON SAVINGS FUND SOCIETY, FSB

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ 4,706,592,257.03 $ Undetermined

**Creditor's mailing address**
500 DELAWARE AVENUE, 11TH FLOOR
WILMINGTON, DE 19801

**Describe the lien**
Borrower Under First Lien Term Loan Agreement

**Creditor's email address, if known**
PHEALY@WSFSBANK.COM;
RGOLDSBOROUGH@WSFSBANK.COM

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 2/2/2018

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.66** **Creditor's name**
WILMINGTON SAVINGS FUND SOCIETY, FSB

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ 551,566,525.20 $ Undetermined

**Creditor's mailing address**
500 DELAWARE AVENUE, 11TH FLOOR
WILMINGTON, DE 19801

**Describe the lien**
Borrower Under Second Lien Term Loan Agreement

**Creditor's email address, if known**
PHEALY@WSFSBANK.COM;
RGOLDSBOROUGH@WSFSBANK.COM

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 2/26/2019

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| BANK OF AMERICA, N.A.<br>C/O: WINSTON & STRAWN LLP<br>ATTN: GREGORY GRANTLAND<br>300 N. LASALLE DRIVE<br>SUITE 4400<br>CHICAGO, IL 60654 | Line 2. 3 | |
| BANK OF AMERICA, N.A.<br>C/O: WINSTON & STRAWN LLP<br>ATTN: JASON BENNETT<br>300 SOUTH TRYON STREET<br>26TH FLOOR<br>CHARLOTTE, NC 28202 | Line 2. 3 | |
| GIBSON, DUNN & CRUTCHER LLP<br>200 PARK AVENUE<br>NEW YORK, NY 10166 | Line 2. 66 | |
| GIBSON, DUNN & CRUTCHER LLP<br>200 PARK AVENUE<br>NEW YORK, NY 10166 | Line 2. 66 | |
| GIBSON, DUNN & CRUTCHER LLP<br>200 PARK AVENUE<br>NEW YORK, NY 10166 | Line 2. 65 | |
| GIBSON, DUNN & CRUTCHER LLP<br>200 PARK AVENUE<br>NEW YORK, NY 10166 | Line 2. 65 | |
| GIBSON, DUNN & CRUTCHER LLP<br>200 PARK AVENUE<br>NEW YORK, NY 10166 | Line 2. 66 | |
| GIBSON, DUNN & CRUTCHER LLP<br>200 PARK AVENUE<br>NEW YORK, NY 10166 | Line 2. 65 | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |

**Fill in this information to identify the case:**

Debtor: First Brands Group, LLC

United States Bankruptcy Court for the: Southern District of Texas, Houston Division

Case number (If known): 25-90399 (CML)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | ARIZONA DEPARTMENT OF REVENUE<br>1600 WEST MONROE STREET<br>PHOENIX, AZ 85007 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 500.00 | $ Undetermined |

**Basis for the claim:** Income Tax Liability - State

**Date or dates debt was incurred**

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
☑ No
☐ Yes

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.2 | NAME ON FILE<br>ADDRESS ON FILE | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $ 317,954.98 | $ 17,150.00 |

**Basis for the claim:** Unpaid Prepetition Wages and PTO

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.3 | NAME ON FILE<br>ADDRESS ON FILE | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $ 284,188.31 | $ 17,150.00 |

**Basis for the claim:** Unpaid Prepetition Wages and PTO

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1: Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.4 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>Undetermined<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Unpaid Prepetition Wages and PTO<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 177,617.25 | $ 17,150.00 |
| 2.5 **Priority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>Undetermined<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Unpaid Prepetition Wages and PTO<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 476,282.47 | $ 17,150.00 |
| 2.6 **Priority creditor's name and mailing address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ | $ |
| 2.7 **Priority creditor's name and mailing address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ | $ |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|
| 3.1 | 127 PS FEE OWNER LLC<br>PO BOX 714592<br>CINCINNATI, OH 45271<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Accounts Payable<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,478.49 |
| 3.2 | 1977 O'CONNOR<br>360 MADISON AVE<br>22ND FLOOR<br>NEW YORK, NY 10017<br><br>**Date or dates debt was incurred** Undetermined<br>**Last 4 digits of account number** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Supply Chain Financing Liability<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 116,072,545.00 |
| 3.3 | 805980 ONTARIO LIMITED O/A GRAVENHURST PLUMBING<br>110 PROGRESS ROAD<br>GRAVENHURST, ON P1P 1X4<br>CANADA<br><br>**Date or dates debt was incurred** Undetermined<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Codefendant in Pending Litigation<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ Undetermined |
| 3.4 | ABRAMS & BAYLISS LLP<br>20 MONTCHANIN ROAD<br>STE 200<br>WILMINGTON, DE 19807<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Accounts Payable<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 128,855.67 |
| 3.5 | ACCLIME<br>27/F, BUILDING A, PHOENIX PLAZA<br>5 SHUGUANG XITI, CHAOYANG<br>BEJING, PR, 100028<br>CHINA<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Accounts Payable<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 31,623.72 |
| 3.6 | ACQUIOM AGENCY SERVICES LLC<br>ATTN: LOAN AGENCY TEAM / BETH CESARI<br>950 17TH STREET, SUITE 1400<br>DENVER, CO 80202<br><br>**Date or dates debt was incurred** 12/21/2023<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Guarantor Under UBS Horizon Facility<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 214,000,000.00 |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7 Nonpriority creditor's name and mailing address**

ADVOKATFIRMAN CEDERQUIST KB
BOX 1670
STOCKHOLM, SE-1196
SWEDEN

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 37,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.8 Nonpriority creditor's name and mailing address**

AIRD & BERLIS LLC
BROOKFIELD PLACE
181 BAY STREET
SUITE 1800
TORONTO, ON M5J 2T9
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 66,499.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.9 Nonpriority creditor's name and mailing address**

AIRTEX PRODUCTS, LP
127 PUBLIC SQUARE, SUITE 5300
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.10 Nonpriority creditor's name and mailing address**

AIRTEX PRODUCTS, S.A.
127 PUBLIC SQUARE, SUITE 5300
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.11 Nonpriority creditor's name and mailing address**

AKIN GUMP STRAUSS HAUER & FELD LLP
ROBERT S STRAUSS TOWER
2001 K STREET N.W.
WASHINGTON, DC 20006-1037

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 12,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.12 **Nonpriority creditor's name and mailing address**

ALEXANDER HOLBURN LLP
2700 - 700 WEST GEORGIA STREET
VANCOUVER, BC V7Y 1B8
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 133,192.31

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.13 **Nonpriority creditor's name and mailing address**

ALKU TECHNOLOGIES, LLC
100 BRICKSTONE SQUARE
SUITE 400
ANDOVER, MA 01810

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 15,288.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.14 **Nonpriority creditor's name and mailing address**

ALLIED GLASS SERVICES
3871 W. 150TH ST
CLEVELAND, OH 44111

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 190.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.15 **Nonpriority creditor's name and mailing address**

ALLIED UNIVERSAL SECURITY SERVICES
P.O. BOX 31001-2374
PASADENA, CA 91110-2374

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 7,675.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.16 **Nonpriority creditor's name and mailing address**

AMERICAN ARBITRATION ASSOCIATION
ATTN RAFAEL CARLOS DEL ROSAL CARMONA
120 BROADWAY
INTERNATIONAL CENTRE
21ST FLOOR
NEW YORK, NY 10271

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 99,922.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.17 Nonpriority creditor's name and mailing address**

ANDANTE MANAGEMENT LTD
52-54 WELLINGTON STREET
SUITE 126, 12TH FLOOR
SOMPTUEX CENTRAL, CENTRAL
HONG KONG,
HONG KONG

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 1,647.56

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.18 Nonpriority creditor's name and mailing address**

ANDERSON MORI & TOMOTSUNE LPC
1-1-1 OTEMACHI CHIYODA-KU
TOKYO, 100-8136
JAPAN

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 17,712.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.19 Nonpriority creditor's name and mailing address**

ANKARA PATENT
BESTEKAR SOKAK NO:10 KAVAKLIDERE
ANKARA, 06680
TURKEY

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 739.44

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.20 Nonpriority creditor's name and mailing address**

AON CONSULTING, INC.
29695 NETWORK PLACE
CHICAGO, IL 60673

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 24,115.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.21 Nonpriority creditor's name and mailing address**

APC PARENT, LLC
127 PUBLIC SQUARE, SUITE 5300
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

| Line | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| 3.22 | APEX COMPANIES, LLC<br>PO BOX 69142<br>BALTIMORE, MD 21264-9142 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Accounts Payable | $ 6,675.50 |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.23 | ARCHIVE HEALTH LLC<br>8584 WASHINGTON ST<br>UNIT 312<br>CHAGRIN FALLS, OH 44023 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Accounts Payable | $ 31,502.90 |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.24 | ARNOLD & SIEDSMA BV<br>BEZUIDENHOUTSEWEG<br>572594 AC<br>THE HAGUE,<br>NETHERLANDS | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Accounts Payable | $ 5,823.16 |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.25 | ASC INDUSTRIES, INC.<br>127 PUBLIC SQUARE, SUITE 5300<br>CLEVELAND, OH 44114 | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Related Party Payable | $ Undetermined |
| | **Date or dates debt was incurred** Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.26 | AUTOLITE OPERATIONS LLC<br>127 PUBLIC SQUARE, SUITE 5300<br>CLEVELAND, OH 44114 | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Related Party Payable | $ Undetermined |
| | **Date or dates debt was incurred** Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.27 **Nonpriority creditor's name and mailing address**
AZB & PARTNERS
PENINSULA CORPORATE PARK, GANAPATRAO KADAM MARG
LOWER PAREL, LOWER PAREL WEST
MUMBAI,
INDIA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 259,809.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.28 **Nonpriority creditor's name and mailing address**
BAKER & HOSTETLER LLP
P.O. BOX 70189
CLEVELAND, OH 44190-0189

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 1,869,997.76

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.29 **Nonpriority creditor's name and mailing address**
BAKER & MCKENZIE LLP
452 FIFTH AVENUE
NEW YORK, NY 10018

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 89,863.92

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.30 **Nonpriority creditor's name and mailing address**
BAKER MCKENZIE
452 FIFTH AVENUE
NEW YORK, NY 10018

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 24,275.18

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.31 **Nonpriority creditor's name and mailing address**
BALLARD SPAHR LLP
2000 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS, MN 55402-2274

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 40,749.22

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.32 **Nonpriority creditor's name and mailing address**
BANCO SANTANDER, S.A.
ATTN: LOUIS L'HEUREUX, MATTHEW THOMAS
PASEO DE PEREDA 9-12
39004
SANTANDER,
SPAIN

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 116,934,000.00

**Basis for the claim:** Guarantor Under Santander Ultinon Facility

**Date or dates debt was incurred** 7/30/2024

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.33 **Nonpriority creditor's name and mailing address**
BANCO SANTANDER, S.A.
ATTN: LOUIS L'HEUREUX, MATTHEW THOMAS
PASEO DE PEREDA 9-12
39004
SANTANDER,
SPAIN

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 250,000,000.00

**Basis for the claim:** Guarantor Under Santander Novares Facility

**Date or dates debt was incurred** 12/27/2024

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.34 **Nonpriority creditor's name and mailing address**
BASHAM, RINGE & CORREA ABOGADOS
TAMARINDOS WALK NO. 100 5TH FLOOR
BOSQUES DE LAS LOMAS
CUAJIMALPA DE MORELOS, 05120
MEXICO

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35,659.85

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.35 **Nonpriority creditor's name and mailing address**
BDO
PO BOX 642743
PITTSBURGH, PA 15264

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 3,504.90

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.36 **Nonpriority creditor's name and mailing address**
BENNETT JONES
1 FIRST CANADIAN PLACE
SUITE 3400
PO BOX 130
TORONTO, ON M5X 1A4
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27,708.50

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.37 **Nonpriority creditor's name and mailing address**
BERGENSTRÅHLE & PARTNERS AB
BOX 17704
STOCKHOLM,
SWEDEN

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 355.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.38 **Nonpriority creditor's name and mailing address**
BERKLEY NATIONAL INSURANCE CO.
475 STEAMBOAT ROAD
GREENWICH, CT 06830

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Codefendant in Pending Litigation Case No. CJ-2024-839

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.39 **Nonpriority creditor's name and mailing address**
BERKLEY OIL AND GAS
475 STEAMBOAT ROAD
GREENWICH, CT 06830

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Codefendant in Pending Litigation Case No. CJ-2024-839

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.40 **Nonpriority creditor's name and mailing address**
BETH HELMSTETTER EVENTS
661 N. HARPER AVENUE NO. 205
LOS ANGELES, CA 90048

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 5,970.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.41 **Nonpriority creditor's name and mailing address**
BEVERIDGE & DIAMOND
1900 N STREET
SUITE 100
WASHINGTON, DC 20036

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 66,214.78

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.42 **Nonpriority creditor's name and mailing address**

BFG CORPORATION D/B/A BYLINE FINANCIAL GROUP
C/O ASHEN LAW GROUP
217 N. JEFFERSON STREET, STE. 601
CHICAGO, IL 60661

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** Outstanding Settlement Obligations

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.43 **Nonpriority creditor's name and mailing address**

BIEHL & BIEHL, INC.
325 EAST FULLERTON AVE
CAROL STREAM, IL 60188

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 139,322.08

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.44 **Nonpriority creditor's name and mailing address**

BIRIS GORAN SPARL
47 AVIATORILOR BOULEVARD
BUCHAREST, RO 011853
ROMANIA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,974.90

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.45 **Nonpriority creditor's name and mailing address**

BIZLIBRARY
14500 SOUTH OUTER FORTY ROAD
SUITE 500
TOWN & COUNTRY, MO 63017

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19,800.01

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.46 **Nonpriority creditor's name and mailing address**

BK GROUP
ZEKERINSTRAAT 42 BT
AMSTERDAM, 1014
NETHERLANDS

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24,700.57

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.47 **Nonpriority creditor's name and mailing address**
BKE HOLDINGS LTD. OPERATING AS BIRCHWOOD KIA
35D - 3965 PORTAGE AVENUE
WINNIPEG, MB R3K 2H7
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Codefendant in Pending Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.48 **Nonpriority creditor's name and mailing address**
BLAKE, CASSELS, & GRAYDON LLP
199 BAY STREET
SUITE 4000
COMMERCE COURT WEST
TORONTO, ON M5L 1A9
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 30,490.07

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.49 **Nonpriority creditor's name and mailing address**
BOBER, MARKEY, FEDOROVICH
3421 RIDGEWOOD RD
STE 300
FAIRLAWN, OH 44333-3119

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 283,462.50

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.50 **Nonpriority creditor's name and mailing address**
BOND, SCHOENECK & KING, PLLC
ONE LINCOLN CENTER
SYRACUSE, NY 13202-1355

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 8,206.65

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.51 **Nonpriority creditor's name and mailing address**
BOWRING MARSH (BERMUDA) LIMITED
POWER HOUSE, 7 PAR-LA-VILLE ROAD
HAMILTON, HM 11
BERMUDA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 30,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.52 **Nonpriority creditor's name and mailing address**

BRANTS AND PATENTS INTELLECTUAL PROPERTY
PAULINE VAN POTTELSBERGHELAAN 24
B-9051 SINT-DENIJS-WESTREM
BRUSSELS,
BELGIUM

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 1,100.43

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.53 **Nonpriority creditor's name and mailing address**

BRIGHTSPEED BUSINESS
P.O. BOX 6102
CAROL STREAM, IL 60197-6102

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 4.86

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.54 **Nonpriority creditor's name and mailing address**

BROADRIDGE INVESTOR COMMUNICATION SOLUTIONS, INC
51 MERCEDES WAY
EDGEWOOD, NY 11717

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 9,781.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.55 **Nonpriority creditor's name and mailing address**

BULLIVANT HOUSER BAILEY PC
ONE SW COLUMBIA STREET
SUITE 800
PORTLAND, OR 97204

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 6,726.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.56 **Nonpriority creditor's name and mailing address**

CANADIAN GENERAL FILTERS LIMITED
400 MIDWEST ROAD
TORONTO, ON M1P 3A9
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Codefendant in Pending Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.57 Nonpriority creditor's name and mailing address**

CANADIAN GENERAL FILTERS LIMITED
400 MIDWEST ROAD
TORONTO, ON M1P 3A9
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Codefendant in Pending Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.58 Nonpriority creditor's name and mailing address**

CANON FINANCIAL SERVICES, INC
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0149

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 587.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.59 Nonpriority creditor's name and mailing address**

CANON SOLUTIONS AMERICA, INC
15004 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0150

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 2,075.76

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.60 Nonpriority creditor's name and mailing address**

CARCORP USA
25496 BRYDEN ROAD
BEACHWOOD, OH 44122

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 7,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.61 Nonpriority creditor's name and mailing address**

CARDONE HOLDCO LP
C/O BROOKFIELD ASSET MANAGEMENT
BROOKFIELD PLACE NEW YORK, 250 VESEY STREET, 15TH FLOOR
NEW YORK, NY 10281

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue Payout Liability

$ 7,000,000.00

**Date or dates debt was incurred** 6/30/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.62 **Nonpriority creditor's name and mailing address**

CARSON LLP
301 W JEFFERSON BLVD
SUITE 200
FORT WAYNE, IN 46802

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 10,660.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.63 **Nonpriority creditor's name and mailing address**

CARTER CARBURETOR, LLC
127 PUBLIC SQUARE, SUITE 5300
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.64 **Nonpriority creditor's name and mailing address**

CARTER FUEL SYSTEMS, LLC
127 PUBLIC SQUARE, SUITE 5300
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.65 **Nonpriority creditor's name and mailing address**

CBIZ INVESTMENT ADVISORY SERVICES, LLC
PO BOX 645547
CINCINNATI, OH 45264

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 5,430.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.66 **Nonpriority creditor's name and mailing address**

CESCON, BARRIEU, FLESCH & BARRETO SOCIEDADE DE ADVOGADOS
AVENIDA BRIGADEIRO FARIA LIMA,949 - 10º ANDAR
SÃO PAULO SP, 05426-100
BRAZIL

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 82,314.59

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.67 Nonpriority creditor's name and mailing address**

CHAMPION LABORATORIES, INC.
127 PUBLIC SQUARE, SUITE 5300
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.68 Nonpriority creditor's name and mailing address**

CHANG TSI & PARTNERS LIMITED
408-412 JAFFE ROAD
FLAT/RM 01-02 17/F WORKINGFIELD
CAUSEWAY BAY,
HONG KONG

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 706.17

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.69 Nonpriority creditor's name and mailing address**

CHECKR INC.
1 MONTGOMERY ST
SUITE 2400
SAN FRANCISCO, CA 94104

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 20,102.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.70 Nonpriority creditor's name and mailing address**

CHEDID & CO., LLC
38355 TERRELL DRIVE NORTH
RIDGEVILLE, OH 44039

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 2,225.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.71 Nonpriority creditor's name and mailing address**

CHESSBOARD CONSULTING, INC
134 E ADAMS STREET
ELMHURST, IL 60126

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 2,962.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.72 **Nonpriority creditor's name and mailing address**

CINTHIA ALVARADO
3127 W. 44TH ST
CLEVELAND, OH 44109

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.73 **Nonpriority creditor's name and mailing address**

CIRCULAR ACTION ALLIANCE
20 F ST. NW
FL 7
WASHINGTON, DC 20001

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 82,824.69

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.74 **Nonpriority creditor's name and mailing address**

CLIFFORD CHANCE US LLP
31 WEST 52ND STREET
NEW YORK, NY 10019

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 4,690,642.45

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.75 **Nonpriority creditor's name and mailing address**

COGENCY GLOBAL INC.
10 EAST 40TH STREET
10TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 6,021.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.76 **Nonpriority creditor's name and mailing address**

COMPUTER PACKAGES INC.
11 N. WASHINGTON STREET
SUITE 300
ROCKVILLE, MD 20850

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 39,037.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.77 **Nonpriority creditor's name and mailing address**
CONSILIO LLC
1828 L ST NW
WASHINGTON, DC 20036

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 1,046,737.03

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.78 **Nonpriority creditor's name and mailing address**
CORSEARCH INC.
6060 NORTH CENTRAL EXPRESSWAY
SUITE 344
DALLAS, TX 75206

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 13,847.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.79 **Nonpriority creditor's name and mailing address**
COYOTE LOGISTICS, LLC
C/O BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
ATTN: JOHN GENTILE
1313 NORTH MARKET STREET
SUITE 1201
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Pending Litigation Related to Case No. N25C-08-250 SKR CCLD

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.80 **Nonpriority creditor's name and mailing address**
CRYSTAL CLEAR RX
13809 RESEARCH BLVD
AUSTIN, TX 78750

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 6,750.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.81 **Nonpriority creditor's name and mailing address**
CSC
P.O. BOX 13397
PHILADELPHIA, PA 19101-3397

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 4,307.28

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82 Nonpriority creditor's name and mailing address**

CT CHARLTON & ASSOCIATES, INC.
C/O MILLER JOHNSON
ATTN: AMBER L. KIPFMILLER
ATTN: TODD HOLLEMAN
45 OTTAWA AVENUE, SOUTHWEST SUITE 1100
GRAND RAPIDS, MI 49503

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Pending Litigation Related to Case No. 1-24-004-4325

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.83 Nonpriority creditor's name and mailing address**

CT CORPORATION
PO BOX 4349
CAROL STREAM, IL 60197-4349

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,066.56

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.84 Nonpriority creditor's name and mailing address**

CUSTOMER NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,339.33

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.85 Nonpriority creditor's name and mailing address**

CUSTOMER NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 300,000.00

**Basis for the claim:** Incentive Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.86 Nonpriority creditor's name and mailing address**

CUSTOMER NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** Related Party Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.87 **Nonpriority creditor's name and mailing address**
CUSTOMER NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Codefendant in Pending Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.88 **Nonpriority creditor's name and mailing address**
CUSTOMER NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Codefendant in Pending Litigation Case No. 2024-04553

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.89 **Nonpriority creditor's name and mailing address**
CUSTOMER NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Codefendant in Pending Litigation Case No. 14505

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.90 **Nonpriority creditor's name and mailing address**
CUSTOMER NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Codefendant in Pending Litigation Case No. CJ-2024-839

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.91 **Nonpriority creditor's name and mailing address**
CUSTOMER NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 84,370,312.00

**Basis for the claim:** Supply Chain Financing Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.92 **Nonpriority creditor's name and mailing address**

CUSTOMER NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Pending Litigation Related to Case No. 68-CV-24-115

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.93 **Nonpriority creditor's name and mailing address**

CUSTOMER NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Pending Litigation Related to Case No. 27-CV-25-10890

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.94 **Nonpriority creditor's name and mailing address**

CUSTOMER NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Pending Litigation Related to Case No. 28309/FJT

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.95 **Nonpriority creditor's name and mailing address**

CWD, LLC
127 PUBLIC SQUARE, SUITE 5300
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.96 **Nonpriority creditor's name and mailing address**

DAHUI LAWYERS
A1 JIANGUOMENWAI AVE
SUITE 3720
CHAOYANG DISTRICT
CHINA WORLD
BEIJING, 100004
CHINA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 2,490.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.97 **Nonpriority creditor's name and mailing address**
DATASITE LLC
733 S. MARQUETTE AVE.
SUITE 600
MINNEAPOLIS, MN 55402

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 597,410.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.98 **Nonpriority creditor's name and mailing address**
DAVIS POLK & WARDWELL LLP
450 LEXINGTON AVENUE
NEW YORK, NY 10017

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 150,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.99 **Nonpriority creditor's name and mailing address**
DAY PITNEY LLP
225 ASYLUM STREET
HARTFORD, CT 06103

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 753,709.59

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.100 **Nonpriority creditor's name and mailing address**
DEHAY & ELLISTON, LLP
901 MAIN STREET
SUITE 3500
DALLAS, TX 75202

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 108,096.93

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.101 **Nonpriority creditor's name and mailing address**
DELBELLO DONNELLAN WEINGARTEN WISE & WIEDERKEHR, LLP
1 NORTH LEXINGTON AVENUE
11TH FLOOR
WHITE PLANES, NY 10601

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 165,371.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.102 **Nonpriority creditor's name and mailing address**
DEX IMAGING LLC
5109 W LEMON ST
TAMPA, FL 33609

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 331.56

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.103 **Nonpriority creditor's name and mailing address**
DLA PIPER
PO BOX 7315
SE-10390
STOCKHOLM,
SWEDEN

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 1,500.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.104 **Nonpriority creditor's name and mailing address**
DYNAMIC SUPPLY SOLUTIONS LLC
C/O HONIGMAN, LLP
ATTN: RICHARD J. BURSTEIN
39400 WOODWARD AVENUE SUITE 101
BLOOMFIELD HILLS, MI 48304-5151

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Pending Litigation Related to Case No. 25-04639-SC

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.105 **Nonpriority creditor's name and mailing address**
DYNAMIC SUPPLY SOLUTIONS LLC
C/O HONIGMAN, LLP
ATTN: RICHARD J. BURSTEIN
39400 WOODWARD AVENUE SUITE 101
BLOOMFIELD HILLS, MI 48304-5151

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Pending Litigation Related to Case No. 25-04758-SC

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.106 **Nonpriority creditor's name and mailing address**
ELP PARTNERSCHAFT
BOCKENHEIMER ANLAGE 46
FRANKFURT AM MAIN, 60322
GERMANY

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 9,778.59

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.107 **Nonpriority creditor's name and mailing address**
EMUNHOZ ADVOGADOS
ATTN: AV. PRES. JUSCELINO KUBITSCHEK
1600 - VILA NOVA CONCEIÇÃO
SAO PAULO,
BRAZIL

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 47,975.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.108 **Nonpriority creditor's name and mailing address**
ENERGIZER AUTO, INC.
C/O BERKOWITZ OLIVER LLP
ATTN: CARSON H. HINDERKS
ATTN: JOHN W. SHAW
2600 GRAND BOULEVARD, SUITE 1200
KANSAS CITY, MO 64108

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Pending Litigation Related to Case No. 01-25-0002-3163

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.109 **Nonpriority creditor's name and mailing address**
ENGTECH SOLUTIONS INC.
C/O KERR, RUSSELL AND WEBER PLC
ATTN: MICHAEL "MAX" SNEYD
500 WOODWARD AVENUE
SUITE 2500
DETROIT, MI 48226

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Pending Litigation Related to Case No. 2024-210651-CB

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.110 **Nonpriority creditor's name and mailing address**
EUCLID TRANSACTIONAL EUROPE GMBH
AMEILIA MARY-EARHART STRASSE-8
YOUCO BUSINESS CENTER
FRANKFURT AM MAIN, 60549
GERMANY

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 52,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.111 **Nonpriority creditor's name and mailing address**
EVOLUTION CREDIT PARTNERS MANAGEMENT LLC
ATTN: LISA SCHWARZBERG
28 STATE STREET
28TH FLOOR
BOSTON, MA 02109

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Accounts Receivable & Factoring Agreement Liabilities

$ 13,047,892.02

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.112 **Nonpriority creditor's name and mailing address**
EXCELION PARTNERS LLC
PO BOX 7468
APPLETON, WI 54912

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 48,687.50

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.113 **Nonpriority creditor's name and mailing address**
EXPONENT, INC.
149 COMMONWEALTH DRIVE
MENLO PARK, CA 94025

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 338,847.74

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.114 **Nonpriority creditor's name and mailing address**
FANGDA PARTNERS
288 SHI MEN YI ROAD
HKRI TAIKOO HUI
HKRI CENTRE TWO
24/F
SHANGHAI, 200041
CHINA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 1,556.08

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.115 **Nonpriority creditor's name and mailing address**
FASANARA
285 MADISON AVE
SUITE 1402
NEW YORK, NY 10017

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Supply Chain Financing Liability

$ 24,298,011.00

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.116 **Nonpriority creditor's name and mailing address**
FAUST GERBER HAINES RECHTSANWALTE NOTARE
GRUNEBERGWEG 149
FRANFURT, 60323
GERMANY

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 2,627.41

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.117 **Nonpriority creditor's name and mailing address**
FENVES ENGINEERED TECHNOLOGY PRIVATE LIMITED
127 PUBLIC SQUARE, SUITE 5300
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:** Related Party Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.118 **Nonpriority creditor's name and mailing address**
FITCH RATINGS, INC
33 WHITEHALL ST
NEW YORK, NY 10004

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 214,197.97

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.119 **Nonpriority creditor's name and mailing address**
FL STARKE INDUSTRIES, LLC
C/O CRABTREE LAW GROUP, P.A.
ATTN: ZACHARY CRABTREE
8777 SAN JOSE BLVD BLDG A STE 200
JACKSONVILLE, FL 32217-4213

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Pending Litigation Related to Case No. 2024-CA-000019

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.120 **Nonpriority creditor's name and mailing address**
FOLEY & LARDNER LLP
777 E. WISCONSIN AVENUE
MILWAUKEE, WI 53202

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 17,297.50

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.121 **Nonpriority creditor's name and mailing address**
FORVIS MAZARS, LLP
PO BOX 200870
DALLAS, TX 75320-0870

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 2,930.52

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.122 Nonpriority creditor's name and mailing address**

FOULSTON SIEFKIN LLP
1551 N. WATERFRONT PARKWAY
SUITE 100
WICHITA, KS 67206-4466

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 147,938.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.123 Nonpriority creditor's name and mailing address**

FOX ROTHSCHILD LLP
2800 KELLY ROAD
SUITE 200
WARRINGTON, PA 18976

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 722,266.02

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.124 Nonpriority creditor's name and mailing address**

FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
90 MATAWAN ROAD
POST OFFICE BOX 2001
MATAWAN, NJ 07747

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 59,785.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.125 Nonpriority creditor's name and mailing address**

FRAM GROUP HOLDINGS MEXICO, S.A. DE C.V.
127 PUBLIC SQUARE, SUITE 5300
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.126 Nonpriority creditor's name and mailing address**

FRAM GROUP IP LLC
127 PUBLIC SQUARE, SUITE 5300
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.127 **Nonpriority creditor's name and mailing address**

FRAM GROUP OPERATIONS LLC
127 PUBLIC SQUARE, SUITE 5300
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.128 **Nonpriority creditor's name and mailing address**

FRAM GROUP OPERATIONS MEXICO CITY, S.A. DE C.V.
127 PUBLIC SQUARE, SUITE 5300
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.129 **Nonpriority creditor's name and mailing address**

GALBRETH LANDSCAPE LLC D/B/A GALBRETH LANDSCAPE & SNOW REMOVAL
C/O SOPKO, NUSSBAUM, INABNIT & KACZMAREK
ATTN: BRENT E. INABNIT
210 S. MICHIGAN STREET
SOUTH BEND, IN 46601

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Pending Litigation Related to Case No. 71D06-2509-PL-000220

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.130 **Nonpriority creditor's name and mailing address**

GALICIA ABOGADOS
CAMPOS ELÍSEOS 204-PISO 27
POLANCO, POLANCO IV SECC, MIGUEL HIDALGO
CIUDAD DE MÉXICO, 11550
MEXICO

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 1,818.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.131 **Nonpriority creditor's name and mailing address**

GLEISS LUTZ
AG STATTGART PR 136 DREISCHEIBENHAUS
DUSSELDORF, D-40211
BELGIUM

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 138,338.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.132 **Nonpriority creditor's name and mailing address**
GLOBAL LOGIC INC
2535 AUGUSTINE DRIVE
5TH FLOOR
SANTA CLARA, CA 95054

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 2,750.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.133 **Nonpriority creditor's name and mailing address**
GLOBAL SAFETY NETWORK
3590 S 42ND STREET
GRAND FORKS, ND 58201

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 53,181.93

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.134 **Nonpriority creditor's name and mailing address**
GODEPO
100 EAST VERMILION STREET
SUITE 160
LAFAYETTE, LA 70501

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 592.50

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.135 **Nonpriority creditor's name and mailing address**
GORDON REES SCULLY MANSUKHANI, LLP
1111 BROADWAY
SUITE 1700
OAKLAND, CA 94607

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 176,847.58

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.136 **Nonpriority creditor's name and mailing address**
GPD STUDIO LEGALE E TRIBUTARIO
DI VILLA PATRIZI
ROMA,
ITALY

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 320,672.82

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.137 **Nonpriority creditor's name and mailing address**

GRAMMER INC.
C/O JONES DAY (PRO HAC VICE)
ATTN: KRISTIN MORRISON
NORTH POINT
901 LAKESIDE AVENUE
CLEVELAND, OH 44114-1190

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Pending Litigation Related to Case No. 2025-1100

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.138 **Nonpriority creditor's name and mailing address**

GRAMMER INC.
C/O JONES DAY (PRO HAC VICE)
ATTN: KRISTIN MORRISON
NORTH POINT
901 LAKESIDE AVENUE
CLEVELAND, OH 44114-1190

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Pending Litigation Related to Case No. N24C-12-382 PAW CCLD

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.139 **Nonpriority creditor's name and mailing address**

GRANT THORNTON LLP
27777 FRANKLIN ROAD
SUITE 800
SOUTHFIELD, MI 48034

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21,000.00

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.140 **Nonpriority creditor's name and mailing address**

GRAVENHURST PLUMBING AND ELECTRICAL COMPANY LIMITED
110 PROGRESS ROAD
GRAVENHURST, ON P1P 1X4
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Codefendant in Pending Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.141 **Nonpriority creditor's name and mailing address**

GREENBERG TRAURIG
GALLERIA SAN BABILA 4B
MILAN, 20122
ITALY

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18,933.10

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.142 **Nonpriority creditor's name and mailing address**

GRUNECKER PATENT
LEOPOLDSTR 4
FINANZAMT
MUNCHEN, 80802
GERMANY

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 505.48

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.143 **Nonpriority creditor's name and mailing address**

GRUNFELD DESIDERIO LEBOWITZ SILVERMAN & KLESTADT LLP
599 LEXINGTON AVENUE
FL 36
NEW YORK, NY 10022-7648

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 184,011.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.144 **Nonpriority creditor's name and mailing address**

GS1 US
PO BOX 78000
DEPT 781271
DETROIT, MI 48278-1271

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 3,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.145 **Nonpriority creditor's name and mailing address**

HACKER STEPHENS LLP
108 WILD BASIN ROAD SOUTH
SOUTH 250
AUSTIN, TX 78746

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 8,550.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.146 **Nonpriority creditor's name and mailing address**

HAYSTACKID LLC
PO BOX 95858
CHICAGO, IL 60694

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 2,428.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.147 **Nonpriority creditor's name and mailing address**
HEALTH PAYER CONSORTIUM, LLC
C/O MCCARTHY, LEONARD & KAEMMERER L.C.
ATTN: BRIAN MCGOVERN, ESQ.
825 MARYVILLE CENTRE DR #300
CHESTERFIELD, MO 63017

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Pending Litigation Related to Case No. 25SL-CC02052

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.148 **Nonpriority creditor's name and mailing address**
HEATING & ELECTRICAL
110 PROGRESS ROAD
GRAVENHURST, ON P1P 1X4
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Codefendant in Pending Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.149 **Nonpriority creditor's name and mailing address**
HEATING ELECTRIC
110 PROGRESS ROAD
GRAVENHURST, ON P1P 1X4
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Codefendant in Pending Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.150 **Nonpriority creditor's name and mailing address**
HEPLERBROOM, LLC
P.O. BOX 510
EDWARDSVILLE, IL 62025

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 100.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.151 **Nonpriority creditor's name and mailing address**
HERBERT SMITH FREEHILLS KRAMER (US) LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 112,104.90

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.152 Nonpriority creditor's name and mailing address**

HFS
360 MADISON AVE
22ND FLOOR
NEW YORK, NY 10017

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 233,707,424.00

**Basis for the claim:** Supply Chain Financing Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.153 Nonpriority creditor's name and mailing address**

HILL WARD & HENDERSON PA
101 E. KENNEDY BLVD
SUITE 3700
TAMPA, FL 33602-5195

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,000.00

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.154 Nonpriority creditor's name and mailing address**

HIT CONSULTING, LLC
C/O THE CAVANAUGH LAW FIRM, LLC
ATTN: BRYAN CAVANAUGH
75 WEST LOCKWOOD AVENUE, SUITE 222
SAINT LOUIS, MO 63119

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Pending Litigation Related to Case No. 25SL-AC12332

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.155 Nonpriority creditor's name and mailing address**

HLP INTEGRATION LLC
1900 K STREET NW
SUITE 725
WASHINGTON, DC 20006

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 180,609.83

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.156 Nonpriority creditor's name and mailing address**

HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
PO BOX 480
BRUNSWICK, NJ 08903

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,804.75

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.157 **Nonpriority creditor's name and mailing address**
HOPKINS MANUFACTURING CORPORATION
127 PUBLIC SQUARE, SUITE 5300
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.158 **Nonpriority creditor's name and mailing address**
HORIZON GLOBAL CORPORATION
127 PUBLIC SQUARE, SUITE 5300
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.159 **Nonpriority creditor's name and mailing address**
HORIZON GLOBAL SOURCING OPERATIONS AND INNOVATION CENTER INDIA PVT LTD
127 PUBLIC SQUARE, SUITE 5300
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.160 **Nonpriority creditor's name and mailing address**
HOVEY WILLIAMS LLP
10801 MASTIN STREET
SUITE 1000
84 CORPORATE WOODS
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 1,827.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.161 **Nonpriority creditor's name and mailing address**
ICIMS, INC
101 CRAWFORDS CORNER ROAD
SUITE 3-100
HOLMDEL, NJ 07733

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 90,393.74

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.162 **Nonpriority creditor's name and mailing address**

INTERFACE FINANCIAL GROUP
7910 WOODMONT AVENUE
SUITE 1050
BETHESDA, MD 20814

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Supply Chain Financing Liability

$ 4,760,989.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.163 **Nonpriority creditor's name and mailing address**

INTERNATIONAL EQUITY RESEARCH CORP.
854 MASSACHUSETTS AVE
SUITE 10
CAMBRIDGE, MA 02139

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 23,671.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.164 **Nonpriority creditor's name and mailing address**

INTERNATIONAL EQUITY RESEARCH CORP.
C/O WELTMAN, WEINBERG & REIS CO., L.P.A.
ATTN: SCOTT S. WELTMAN
5990 WEST CREEK RD, SUITE 200
INDEPENDENCE, OH 44131

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Pending Litigation Related to Case No. CV25122964

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.165 **Nonpriority creditor's name and mailing address**

INTUIT QUICKBOOKS
2700 COAST AVE
MOUNTAIN VIEW, CA 94043

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 421.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.166 **Nonpriority creditor's name and mailing address**

IP CONN LIMITED PARTNERSHIP
280 PARNELL ROAD
LEVEL 3
AUCKLAND, 1052
NEW ZEALAND

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 643.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.167 **Nonpriority creditor's name and mailing address**

IRON GATE
1800 CITY FARM DRIVE
BUILDING 4
SUITE B
BATON ROUGE, LA 70806

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 3,950.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.168 **Nonpriority creditor's name and mailing address**

ITOH PATENT ATTORNEY CORPORATION
MARUNOUCHI 2-1-1
CHIYODA-KU
MEIJI YASUDA SEIMEI BUILDING
16TH FLOOR
TOKYO,
JAPAN

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 60.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.169 **Nonpriority creditor's name and mailing address**

IVY AMERICAN INSTALLMENT LLC / IVY EVERGREEN FUND LP
360 MADISON AVE
22ND FLOOR
NEW YORK, NY 10017

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Supply Chain Financing Liability

$ 26,643,032.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.170 **Nonpriority creditor's name and mailing address**

JAMS, INC.
18881 VON KARMAN AVE
#350
IRVINE, CA 92612

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 12,151.65

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.171 **Nonpriority creditor's name and mailing address**

JEFFERIES FINANCIAL GROUP
ATTN: LEGAL DEPARTMENT
520 MADISON AVENUE
13TH FLOOR
NEW YORK, NY 10022

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Accounts Receivable & Factoring Agreement Liabilities

$ 714,624,562.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.172 **Nonpriority creditor's name and mailing address**
KAINOS WORKSMART INC
111 MONUMENT CIRCLE
SUITE 4300
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 313,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.173 **Nonpriority creditor's name and mailing address**
KATSUMI SERVICING, LLC
6177 LAKE WALDON DRIVE
CLARKSTON, MI 48346

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Accounts Receivable & Factoring Agreement Liabilities

$ 1,458,795,125.00

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.174 **Nonpriority creditor's name and mailing address**
KAUFF MCGUIRE & MARGOLIS LLP
950 THIRD AVENUE
14TH FLOOR
NEW YORK, NY 10022

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 300.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.175 **Nonpriority creditor's name and mailing address**
KEATING MUETHING & KLEKAMP PLL
ONE EAST FOURTH STREET
SUITE 1400
CINCINNATI, OH 45202

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 3,271.15

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.176 **Nonpriority creditor's name and mailing address**
KELLEY JASONS MCGOWAN SPINELLIS HANNA & REBER, LLP
1818 MARKET STREET
SUITE 3205
PHILADELPHIA, PA 19103

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 3,763.16

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.177 **Nonpriority creditor's name and mailing address**
KERN SEGAL & MURRAY, A LAW CORPORATION
15 SOUTHGATE AVENUE
SUITE 200
DALY CITY, CA 94015

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 136,596.60

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.178 **Nonpriority creditor's name and mailing address**
KLDISCOVERY
9023 COLUMBINE ROAD
EDEN PRAIRIE, MN 55347

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 26,948.07

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.179 **Nonpriority creditor's name and mailing address**
LEASON ELLIS LLP
ONE BARKER AVENUE
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 3,133.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.180 **Nonpriority creditor's name and mailing address**
LEE INTERNATIONAL IP & LAW
CHUNGJEONG-RO SEODAEMUN-GU
POONGSAN BULIDING 23
SEOUL, 03737
KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 587.40

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.181 **Nonpriority creditor's name and mailing address**
LEECH TISHMAN FUSCALDO & LAMPL, LLC
525 WILLIAM PENN PLACE
28TH FLOOR
PITTSBURGH, PA 15219

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 13,502.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.182 **Nonpriority creditor's name and mailing address**

LEFOSSE ADVOGADOS
151-14 º ANDAR - ITAIM BIBI
RUA IGUATEMI
SAO PAULO,
BRAZIL

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 25,301.33

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.183 **Nonpriority creditor's name and mailing address**

LEHMANBROWN LIMITED
255-257 GLOUCESTER ROAD CAUSEWAY BAY
HONG KONG,
CHINA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 10,462.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.184 **Nonpriority creditor's name and mailing address**

LIBERTY II B.V.
127 PUBLIC SQUARE, SUITE 5300
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.185 **Nonpriority creditor's name and mailing address**

LINKEDIN
1000 WEST MAUDE AVENUE
SUNNYVALE, CA 94085

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 99,341.42

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.186 **Nonpriority creditor's name and mailing address**

LJ AVIATION
125 AVIATION LN
SUITE 112
LATROBE, PA 15650

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 788,619.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.187 **Nonpriority creditor's name and mailing address**
LOGILITY, INC.
470 EAST PACES FERRY ROAD
ATLANTA, GA 30305

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 307,348.40

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.188 **Nonpriority creditor's name and mailing address**
MACHADO, MEYER, SENDACZ E OPICE
RUA JOAQUIM FLORIANO, 1052
SAO PAULO,
BRAZIL

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 22,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.189 **Nonpriority creditor's name and mailing address**
MALLETTE INC
200-1562 RUE NATIONALE TERREBONNE
QUEBEC, J6W0E2
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 53,647.55

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.190 **Nonpriority creditor's name and mailing address**
MANNING GROSS + MASSENBURG LLP
125 HIGH STREET
OLIVER STREET TOWER
6TH FLOOR
BOSTON, MA 02110

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 30,581.35

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.191 **Nonpriority creditor's name and mailing address**
MASERGY
5757 W. CENTURY BLVD
SUITE 575
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 36,090.87

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.192 **Nonpriority creditor's name and mailing address**

MATILLION LIMITED
STAMFORD NEW ROAD ALTRINCHAM
STATION HOUSE
MANCHESTER, WA14 1EP
UNITED KINGDOM

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 35,556.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.193 **Nonpriority creditor's name and mailing address**

MAXIMUS, INC.
1600 TYSONS BOULEVARD
SUITE 1400
MCLEAN, VA 22102

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 7,167.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.194 **Nonpriority creditor's name and mailing address**

MCAFEE & TAFT
211 NORTH ROBINSON
OKLAHOMA CITY, OK 73102-7103

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 4,356.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.195 **Nonpriority creditor's name and mailing address**

MCMILLAN LLP
181 BAY STREET
SUITE 4400
TORONTO, ON M5J2T3
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 488.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.196 **Nonpriority creditor's name and mailing address**

METAMETHOD, INC.
16769 BERNARDO CENTER DRIVE
SUITE K1-144
SAN DIEGO, CA 92128

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 1,950.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.197 **Nonpriority creditor's name and mailing address**
METROPOLIS TECHNOLOGIES
PO BOX 6871
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 6,077.19

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.198 **Nonpriority creditor's name and mailing address**
MICHAEL BEST & FRIEDRICH LLP
790 N WATER STREET
SUITE 2500
MILWAUKEE, WI 53202

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 2,151.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.199 **Nonpriority creditor's name and mailing address**
MILAM HOWARD NICANDRI & GILLAM P.A.
14 EAST BAY STREET
JACKSONVILLE, FL 32202

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 13,207.50

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.200 **Nonpriority creditor's name and mailing address**
MILLER CANFIELD PADDOCK & STONE, PLC
150 W JEFFERSON
SUITE 2500
DETROIT, MI 48226

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 158,554.96

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.201 **Nonpriority creditor's name and mailing address**
MOBILEN COMMUNICATIONS INC.
3422 OLD CAPITOL TRAIL
SUITE 700
WILMINGTON, DE 19808

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 800.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3.202 **Nonpriority creditor's name and mailing address**
MONGOOSE FREIGHT SOLUTIONS LLC
ZACH DWORACZYK
9649 W. WINGFOOT
HOUSTON, TX 77041

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Pending Litigation Related to Case No. 01-25-000-47360

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.203 **Nonpriority creditor's name and mailing address**
MOODY'S INVESTORS SERVICE, INC.
PO BOX 102597
ATLANTA, GA 30368-0597

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 898,750.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.204 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 2,862.50

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.205 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 40,125.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.206 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 249,086.73

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.207 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 343.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.208 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Severance

$ 184,725.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.209 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Incentive Compensation

$ 1,073,259.88

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.210 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Incentive Compensation

$ 350,000.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.211 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Incentive Compensation

$ 1,387,918.48

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|
| 3.212 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred** Undetermined<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Incentive Compensation<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 328,961.89 |
| 3.213 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred** Undetermined<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Incentive Compensation<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 5,456,827.96 |
| 3.214 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred** Undetermined<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Incentive Compensation<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 279,307.27 |
| 3.215 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred** Undetermined<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Incentive Compensation<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 9,996,654.35 |
| 3.216 | NAME ON FILE<br>ADDRESS ON FILE<br>**Date or dates debt was incurred** Undetermined<br>**Last 4 digits of account number** | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Incentive Compensation<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 400,000.00 |

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.217 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Incentive Compensation

$ 900,000.00

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.218 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Incentive Compensation

$ 1,066,800.64

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.219 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Incentive Compensation

$ 550,000.00

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.220 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Incentive Compensation

$ 4,217,202.51

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.221 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Incentive Compensation

$ 9,996,654.35

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.222 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Incentive Compensation

$ 1,025,000.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.223 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Incentive Compensation

$ 3,217,202.51

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.224 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Incentive Compensation

$ 45,000.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.225 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Incentive Compensation

$ 150,000.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.226 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Incentive Compensation

$ 1,248,259.88

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.227 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Incentive Compensation

$ 2,443,942.69

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.228 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Incentive Compensation

$ 3,887,885.27

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.229 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Incentive Compensation

$ 1,081,024.21

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.230 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Incentive Compensation

$ 388,030.18

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.231 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Incentive Compensation

$ 374,347.42

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.232 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Incentive Compensation

$ 289,133.26

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.233 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Incentive Compensation

$ 375,000.00

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.234 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Incentive Compensation

$ 902,577.08

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.235 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Workers Compensation Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.236 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Workers Compensation Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.237 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.238 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Workers Compensation Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.239 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Codefendant in Pending Litigation Case No. CJ-2024-839

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.240 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Codefendant in Pending Litigation Case No. 25ST CV 10646

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.241 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Pending Litigation Related to Case No. CJ-2024-839

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.242 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Pending Litigation Related to Case No. 14505

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.243 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Pending Asbestos Litigation Case No. 23 LA 1632

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.244 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Pending Asbestos Litigation Case No. 24 LA 0058

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.245 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Pending Asbestos Litigation Case No. 23 LA 836

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.246 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Pending Litigation Related to Case No. COSO25063408

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.247 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Pending Asbestos Litigation Case No. 24 LA 1230

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.248 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Pending Legal Matter

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.249 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Pending Litigation Related to Case No. CV-21-00000039-0000

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.250 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Pending Litigation Related to Case No. 25ST CV 10646

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.251 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Pending Asbestos Litigation Case No. 23 LA 0676

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.252 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Pending Litigation Related to Case No. CJ-2024-839

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.253 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Pending Litigation Related to Case No. 21PSCV00520

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.254 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Pending Asbestos Litigation Case No. 2025 LA 000821

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.255 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Pending Asbestos Litigation Case No. 23 LA 0093

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.256 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Pending Asbestos Litigation Case No. 23 LA 1133

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.257 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Pending Asbestos Litigation Case No. 23 LA 1677

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.258 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Pending Litigation Related to Case No. 24G-2025-0002

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.259 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Pending Asbestos Litigation Case No. 24 LA 0129

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.260 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Pending Asbestos Litigation Case No. PC-2021-01003

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.261 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Pending Litigation Related to Case No. 2024-04553

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.262 **Nonpriority creditor's name and mailing address**

NAPIER PARK LAKE CREDIT FUND LP
285 MADISON AVE
SUITE 1402
NEW YORK, NY 10017

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 47,094,365.00

**Basis for the claim:** Supply Chain Financing Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.263 **Nonpriority creditor's name and mailing address**

NAUTADUTILH BV/SRL
CHAUSSEE DE LA HULPE 120 B-1000
BRUSSELS,
BELGIUM

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77,538.38

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.264 **Nonpriority creditor's name and mailing address**

NEW PENN MOTOR EXPRESS, LLC
C/O PACHULSKI, STANG, ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES
919 NORTH MARKET ST, 17TH FLOOR
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Pending Litigation Related to Case No. 1:25-ap-51852

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.265 **Nonpriority creditor's name and mailing address**

NOMURA CREDIT OPPORTUNITIES FUND LP
360 MADISON AVE
22ND FLOOR
NEW YORK, NY 10017

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 8,930,891.00

**Basis for the claim:** Supply Chain Financing Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.266 **Nonpriority creditor's name and mailing address**

NOVARES US LLC
127 PUBLIC SQUARE, SUITE 5300
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** Related Party Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.267 **Nonpriority creditor's name and mailing address**
NOVASTAR BRANDS GROUP, LLC
127 PUBLIC SQUARE, SUITE 5300
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.268 **Nonpriority creditor's name and mailing address**
OHIO DEPARTMENT OF TAXATION
PO BOX 16678
COLUMBUS, OH 43216

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 290,365.51

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.269 **Nonpriority creditor's name and mailing address**
ORBIAN MANAGEMENT LIMITED
34-37 LIVERPOOL STREET
2ND FLOOR
LONDON, EC2M 7PP
UNITED KINGDOM

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Supply Chain Financing Liability

$ 20,033,620.15

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.270 **Nonpriority creditor's name and mailing address**
PACKAGING CORPORATION OF AMERICA
C/O SHUMAKER, LOOP & KENDRICK, LLP
ATTN: MATTHEW THOMAS KEMP
1000 JACKSON STREET
TOLEDO, OH 43604

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Pending Litigation Related to Case No. 25CV00391

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.271 **Nonpriority creditor's name and mailing address**
PANDATA GROUP, LLC
701 EAST WASHINGTON AVENUE
SUITE 202
MADISON, WI 53703

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 12,600.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.272 **Nonpriority creditor's name and mailing address**
PARKLAND CORPORATION O/A ULTRAMAR
1155 RENE-LEVESQUE BLVD. WEST
SUITE 3200
QC H3B 0C9

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Codefendant in Pending Litigation

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.273 **Nonpriority creditor's name and mailing address**
PARKLAND FUEL CORPORATION O/A ULTRAMAR
2316 FINCH AVENUE WEST
ON M9M 2C6

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Codefendant in Pending Litigation

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.274 **Nonpriority creditor's name and mailing address**
PAUL HASTINGS LLP
515 SOUTH FLOWER STREET
25TH FLOOR
LOS ANGELES, CA 90071

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,184,255.07

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.275 **Nonpriority creditor's name and mailing address**
PAYMENTFLO INC.
14400 PIERREFONDS BLVD
PIERREFONDS
QUEBEC, H9H 4R7
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 205.27

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.276 **Nonpriority creditor's name and mailing address**
PAYSCALE, INC
350 N ORLEANS ST
FL 8
DEPT. 1343
CHICAGO, IL 60654-1529

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30,200.00

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.277 **Nonpriority creditor's name and mailing address**

PEMBERTON CAPITAL ADVISORS LLP
5 HOWICK PLACE
LONDON, SW1P 1WG
UNITED KINGDOM

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 36,269,327.00

**Basis for the claim:** Supply Chain Financing Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.278 **Nonpriority creditor's name and mailing address**

PERLMAN MEDIATION
912 SOURH ANDREWS AVE
FORT LAUDERDALE, FL 33316

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,500.00

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.279 **Nonpriority creditor's name and mailing address**

PETERSON AMERICAN CORPORATION
16805 HEIMBACH ROAD
MI 49093

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Codefendant in Pending Litigation Case No. 1-24-004-4325

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.280 **Nonpriority creditor's name and mailing address**

PINHEIRO ADVOGADOS
RUA HUNGRIA, 1. 100 SP
SAO PAULO,
BRAZIL

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20,068.04

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.281 **Nonpriority creditor's name and mailing address**

PLESNER ADVOKATPARTNERSELSKAB
AMERIKA PLADS 37
DK-2100
COPENHAGEN,
DENMARK

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,727.84

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.282 Nonpriority creditor's name and mailing address**

PMA COMPANIES
380 SENTRY PKWY W
#200
BLUE BELL, PA 19422

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 11,044.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.283 Nonpriority creditor's name and mailing address**

PREDICTIVEHR, INC.
83 BLUE HILLS PKWY
MILTON, MA 02186

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 6,368.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.284 Nonpriority creditor's name and mailing address**

PRIMEREVENUE, INC.
600 PEACHTREE STREET NE
SUITE 400
ATLANTA, GA 30308

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 393,750.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.285 Nonpriority creditor's name and mailing address**

PRINCIPAL LIFE INSURANCE COMPANY
P.O. BOX 603516
CHARLOTTE, NC 28260-3516

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 3,067.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.286 Nonpriority creditor's name and mailing address**

PROFESSIONAL REPRESENTATIVES OF THE SOUTHWEST (PROS)
C/O HAMPTON & BOYCE LC
ATTN: RUSSEL PROPHET
UNITED BUILDING, 9TH FLOOR
119 WEST IRON - P.O. BOX 1247
SALINA, KS 67402-1247

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Pending Litigation Related to Case No. SA-2025-CV-000259

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.287 **Nonpriority creditor's name and mailing address**
QINGDAW CARFLEX AUTO PARTS CO., LTD.
C/O DEMIDCHIK LAW FIRM, LLC
ATTN: JAMES J. BERDELLE, ESQ.
150 S WACKER DR., STE 3000
CHICAGO, IL 60606

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Pending Litigation Related to Case No. 25-CV-12022

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.288 **Nonpriority creditor's name and mailing address**
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. FIGUEROA ST.
10TH FLOOR
LOS ANGELES, CA 90017

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,601,473.36

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.289 **Nonpriority creditor's name and mailing address**
RAISTONE CAPITAL LLC
360 MADISON AVE
22ND FLOOR
NEW YORK, NY 10017

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 4,924,496.00

**Basis for the claim:** Supply Chain Financing Liability

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.290 **Nonpriority creditor's name and mailing address**
RAISTONE CAPITAL LLC
360 MADISON AVE.
22ND FLOOR
NEW YORK, NY 10017

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 172,126,628.00

**Basis for the claim:** Accounts Receivable & Factoring Agreement Liabilities

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.291 **Nonpriority creditor's name and mailing address**
RAMBOLL AMERICAS ENGINEERING SOLUTIONS, INC.
333 W. WASHINGTON STREET
SYRACUSE, NY 13202

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63,580.22

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.292 **Nonpriority creditor's name and mailing address**
RAMBOLL US CONSULTING INC.
4245 NORTH FAIRFAX DRIVE
ARLINGTON, TX 22203

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 24,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.293 **Nonpriority creditor's name and mailing address**
REEDSMITH LLP
101 SECOND STREET
SUITE 1800
SAN FRANCISCO, CA 94105

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 318,674.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.294 **Nonpriority creditor's name and mailing address**
REGISTERED AGENT SOLUTIONS, INC
PO BOX 7410517
DEPT 5021
CHICAGO, IL 60674-0517

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 29,855.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.295 **Nonpriority creditor's name and mailing address**
REISING ETHINGTON P.C.
755 W. BIG BEAVER ROAD
SUITE 1850
TROY, MI 48084

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 8,728.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.296 **Nonpriority creditor's name and mailing address**
REVATI WELLNESS
29001 CEDAR ROAD
SUITE 655
LYNDHURST, OH 44124

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 3,421.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.297 **Nonpriority creditor's name and mailing address**

RICHARDSON PLOWDEN & ROBINSON, P.A.
1900 BARNWELL STREET
COLUMBIA, SC 29201

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 74,651.18

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.298 **Nonpriority creditor's name and mailing address**

RIDGEVIEW CENTER PROPERTIES OWNER'S ASSOCIATION, INC.
C/O LEGACY PROPERTY SERVICES, LLC
109 S MCDUFFIE ST.
ANDERSON, SC 29624

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 10,704.58

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.299 **Nonpriority creditor's name and mailing address**

ROMADS
1560 N. SANDBURG TERRACE
CHICAGO, IL 60610

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 1,423.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.300 **Nonpriority creditor's name and mailing address**

RUENGRIT POOPRASERT
NO. 13 RATIROMVILLE, SUANPAK RD.
SOI SUANPAK 23
KWANG TALINGCHAN
BANGKOK, 10170
THAILAND

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 50,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.301 **Nonpriority creditor's name and mailing address**

RXO CAPACITY SOLUTIONS, LLC
C/O BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
ATTN: JOHN GENTILE
1313 NORTH MARKET STREET, SUITE 1201
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Pending Litigation Related to Case No. N25C-08-250 SKR CCLD

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.302 **Nonpriority creditor's name and mailing address**
SABA INTELLECTUAL PROPERTY
PO BOX 11-9421
SAÏD FREIHA STREET
HAZMIEH
BEIRUT,
LEBANON

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 13,242.30

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.303 **Nonpriority creditor's name and mailing address**
SABILITY LP
12545 SILVER FOX CT
ROSWELL, GA 30075

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 2,981.25

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.304 **Nonpriority creditor's name and mailing address**
SAGE INTEGRATION HOLDINGS, LLC
4075 KARG INDUSTRIAL PARKWAY
SUITE B
KENT, OH 44240

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 219.60

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.305 **Nonpriority creditor's name and mailing address**
SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD
233 S. WACKER DRIVE
SUITE 5500
CHICAGO, IL 60606

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 43,820.67

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.306 **Nonpriority creditor's name and mailing address**
SEYFARTH SHAW LLP
233 S. WACKER DRIVE
SUITE 8000
CHICAGO, IL 60606

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 1,194,529.60

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** **Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.307 **Nonpriority creditor's name and mailing address**

SEYFERTH BLUMENTHAL & HARRIS LLC
4801 MAIN STREET
SUITE 310
KANSAS CITY, MO 64112-2546

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 191,666.70

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.308 **Nonpriority creditor's name and mailing address**

SILT TRANSPORTATION, INC.
C/O LOPEZ MOLINAR & HIRSH PLLC
ATTN: JORGE LOPEZ
310 N. MESA ST. STE. 900
EL PASO, TX 79901

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Pending Litigation Related to Case No. 2025DCV1692

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.309 **Nonpriority creditor's name and mailing address**

SINARS SLOWIKOWSKI TOMASKA LLC
55 W. MONROE STREET
SUITE 4000
CHICAGO, IL 60603

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 781,165.71

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.310 **Nonpriority creditor's name and mailing address**

SIRVA WORLDWIDE, INC.
C/O SUSAN L JOPLIN
1660 WEST 2ND STREET
SUITE 1100
CLEVELAND, OH 44113

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 409,999.00

**Basis for the claim:** Outstanding Settlement Obligations

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.311 **Nonpriority creditor's name and mailing address**

SMART & BIGGAR LP
55 METCALFE STREET
SUITE 900
OTTAWA, ON K1P 6L5
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,319.99

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.312 **Nonpriority creditor's name and mailing address**<br>SNELLMAN<br>P.O. BOX 7801<br>KUNGSTRÄDGÅRDSGATAN 20<br>STOCKHOLM,<br>SWEDEN<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Accounts Payable<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 18,690.00 |
| 3.313 **Nonpriority creditor's name and mailing address**<br>SOUTHSTATE BANK, N.A.<br>1101 1ST ST. S<br>WINTER HAVEN, FL 33880<br><br>**Date or dates debt was incurred** Undetermined<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Supply Chain Financing Liability<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 49,703,105.00 |
| 3.314 **Nonpriority creditor's name and mailing address**<br>SPENCERFANE<br>100 SOUTH FIFTH STREET<br>SUITE 2500<br>MINNEAPOLIS, MN 55402<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Accounts Payable<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,282.00 |
| 3.315 **Nonpriority creditor's name and mailing address**<br>SPROUSE LAW FIRM<br>PO BOX 92466<br>AUSTIN, TX 78709<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Accounts Payable<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,295.00 |
| 3.316 **Nonpriority creditor's name and mailing address**<br>SPRUSON & FERGUSON (HK) LIMITED<br>5001 HOPEWELL CENTRE<br>183 QUEENS ROAD<br>EAST WAN CHAI<br>HONG KONG, 887409 PR<br>CHINA<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Accounts Payable<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 4,676.00 |

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.317 Nonpriority creditor's name and mailing address**
STANDARD & POORS FINANCIAL SERVICES, LLC
2542 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 198,440.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.318 Nonpriority creditor's name and mailing address**
STANDARD PARKING CORP
8037 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 1,400.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.319 Nonpriority creditor's name and mailing address**
STANTEC CONSULTING SERVICES INC
13980 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 5,891.62

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.320 Nonpriority creditor's name and mailing address**
STOCCHE FORBES ADVOGADOS
AV. BRIGADEIRO FARIA LIMA N41009E
VILA OLIMPIA
SAO PAULO, 04538-132
BRAZIL

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 166,721.39

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.321 Nonpriority creditor's name and mailing address**
STOLL KEENON OGDEN PLLC
300 WEST VINE STREET
SUITE 2100
LEXINGTON, KY 40507

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 87,181.50

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.322 **Nonpriority creditor's name and mailing address**
SUSMAN GODFREY LLP
1000 LOUISIANA
SUITE 5100
HOUSTON, TX 77002

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 500,154.86

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.323 **Nonpriority creditor's name and mailing address**
THANATHIP & PARTNERS LEGAL COUNSELLORS LIMITED
900 PLOENCHIT ROAD
17TH FLOOR TONSON TOWER
LUMPINI, PATHUMWAN
BANGKOK, 10330
THAILAND

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 17,917.59

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.324 **Nonpriority creditor's name and mailing address**
THE ALLEN LAW GROUP PC
3031 WEST GRAND BLVD
DETROIT, MI 48202

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 187,051.33

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.325 **Nonpriority creditor's name and mailing address**
THE FEDELI GROUP
PO BOX 318003
INDEPENDENCE, OH 44131

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 125,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.326 **Nonpriority creditor's name and mailing address**
THE LINDNER LAW FIRM LLC
2077 EAST 4TH STREET
CLEVELAND, OH 44115

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 27,215.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.327 Nonpriority creditor's name and mailing address**

THE MANITOBA PUBLIC INSURANCE CORPORATION
C/O MANITOBA PUBLIC INSURANCE LEGAL DEPARTMENT
ATTN: HAYLEY B. MAIN
BOX 6300
WINNIPEG, MB R3C 4A4
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Pending Litigation Related to Case No. CI 24-01-48908

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.328 Nonpriority creditor's name and mailing address**

THE ROBERT D. STEWART COMPANY D/B/A THE STEWART COMPANY
C/O MICHAEL GELLER
ATTN: HENRY ANDRIES
STROBL PLLC
33 BLOOMFIELD HILLS PARKWAY, SUITE 125
BLOOMFIELD HILLS, MI 48304

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Pending Litigation Related to Case No. 2:23-cv-11765

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.329 Nonpriority creditor's name and mailing address**

THE VOGEL GROUP
2445 M STREET NORTHWEST
SUITE 500
WASHINGTON, DC 20037

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 90,000.00

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.330 Nonpriority creditor's name and mailing address**

THE WFC GROUP
621 SUNNYSLOPE AVE.
PETALUMA, CA 94952

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15,447.50

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.331 Nonpriority creditor's name and mailing address**

TOPBLOC LLC
600 W. CHICAGO AVE
SUITE 275
CHICAGO, IL 60654

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 151,249.20

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.332 **Nonpriority creditor's name and mailing address**
TORYS LLP
79 WELLINGTON STREET W.
30TH FLOOR
TORONTO, ON M5K 1N2
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30,630.84

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.333 **Nonpriority creditor's name and mailing address**
TRADE FINANCE COMPANY (TFC HOLDINGS, LTD.)
360 MADISON AVE
22ND FLOOR
NEW YORK, NY 10017

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 208,261,460.00

**Basis for the claim:** Supply Chain Financing Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.334 **Nonpriority creditor's name and mailing address**
TRANSIMPACT LLC
8921 CREW DRIVE
EMERALD ISLE, NC 28594

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48,960.12

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.335 **Nonpriority creditor's name and mailing address**
TRIAL GROUP NORTH
302 W. SUPERIOR STREET
SUITE 800
DULUTH, MN 55802

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,425.35

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.336 **Nonpriority creditor's name and mailing address**
TRICO BELGIUM S.A.
127 PUBLIC SQUARE, SUITE 5300
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined

**Basis for the claim:** Related Party Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.337 **Nonpriority creditor's name and mailing address**

TRICO ITALY S.R.L.
127 PUBLIC SQUARE, SUITE 5300
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.338 **Nonpriority creditor's name and mailing address**

TRICO LIMITED
127 PUBLIC SQUARE, SUITE 5300
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.339 **Nonpriority creditor's name and mailing address**

TRICO PRODUCTS CORPORATION
127 PUBLIC SQUARE, SUITE 5300
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.340 **Nonpriority creditor's name and mailing address**

TRICO WIPERS PLOIESTI S. R. L.
127 PUBLIC SQUARE, SUITE 5300
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.341 **Nonpriority creditor's name and mailing address**

TROY BEAVER REALTY, LLC
C/O HONIGMAN LLP
ATTN: BRANDON WILSON
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226-3506

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Pending Litigation Related to Case No. 2025-216904-CB

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.342 **Nonpriority creditor's name and mailing address**
TSAR & TSAI LAW FIRM
NO. 100, SONGREN RD.
11F
R.O.C.
XINYI DIST. TAIPEI, 110016
TAIWAN

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 7,157.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.343 **Nonpriority creditor's name and mailing address**
ULTINON MOTION DELAWARE LLC
127 PUBLIC SQUARE, SUITE 5300
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:** Related Party Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.344 **Nonpriority creditor's name and mailing address**
ULTINON MOTION HOLDING BV
127 PUBLIC SQUARE, SUITE 5300
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:** Related Party Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.345 **Nonpriority creditor's name and mailing address**
UNGRIA INTERNATIONAL INC.
50 TICE BLVD
SUITE 152
WOODCLIFF LAKE, NJ 07677-7658

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 1,121,603.79

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.346 **Nonpriority creditor's name and mailing address**
UNITED STATES TREASURY
INTERNAL REVENUE SERVICE
OGDEN, UT 84201

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 166,600.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.347 **Nonpriority creditor's name and mailing address**

URIA MENENDEZ ABOGADOS SLP
187 PLAZA DE RODRIGO URÍA
PRÍNCIPE DE VERGARA
MADRID, 28002
SPAIN

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11,715.96

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.348 **Nonpriority creditor's name and mailing address**

US BANK
ATTN: TERRY R NEHER
800 NICOLLET MALL
MINNEAPOLIS, MN 55402

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 149,997,183.29

**Basis for the claim:** Supply Chain Financing Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.349 **Nonpriority creditor's name and mailing address**

USA CORE SUPPLY, INC.
C/O D. BAKER LAW GROUP, P.C.
ATTN: DAVID M. BAKER, ESQ.
10 NORTH MAIN STREET
FALL RIVER, MA 02720

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21,354.00

**Basis for the claim:** Outstanding Settlement Obligations

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.350 **Nonpriority creditor's name and mailing address**

USF HOLLAND LLC
C/O PACHULSKI, STANG, ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES
919 NORTH MARKET ST, 17TH FLOOR
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Pending Litigation Related to Case No. 1:25-ap-51852

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.351 **Nonpriority creditor's name and mailing address**

USF REDDAWAY INC
C/O PACHULSKI, STANG, ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES
919 NORTH MARKET ST, 17TH FLOOR
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Pending Litigation Related to Case No. 1:25-ap-51852

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.352 **Nonpriority creditor's name and mailing address**
VAN CAMPEN LIEM
J.J. VIOTTASTRAAT 52
AMSTERDAM, 1071 JT
NETHERLANDS

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 88,576.80

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.353 **Nonpriority creditor's name and mailing address**
VARNUM LLP
PO BOX 352
GRAND RAPIDS, MI 49501-0352

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 281,411.18

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.354 **Nonpriority creditor's name and mailing address**
VEIRANO ADVOGADOS
AV. BRIGADEIRO FARIA LIMA, 3477
16TH FLOOR
SÃO PAULO, 04538-133 SP
BRAZIL

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 11,889.16

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.355 **Nonpriority creditor's name and mailing address**
VERITAS LAW LIMITED
SOUTH SATHORN RD. THUNGMAHAMEK
NO. 179 BANGKOK CITY TOWER
5TH FLOOR
SATHORN BANGKOK, 10120
THAILAND

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 5,212.50

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.356 **Nonpriority creditor's name and mailing address**
VERITEXT, LLC
290 WEST MT. PLEASANT AVE
STE 3200
LIVINGSTON, NJ 07039

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 123,606.20

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.357 **Nonpriority creditor's name and mailing address**
VINSON & ELKINS LLP
845 TEXAS AVENUE
HOUSTON, TX 77002

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 73,437.81

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.358 **Nonpriority creditor's name and mailing address**
VOLPE KOENIG
30 SOUTH 17TH STREET
18TH FLOOR
PHILADELPHIA, PA 19103

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36,760.60

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.359 **Nonpriority creditor's name and mailing address**
VORYS SATER SEYMOUR AND PEASE LLP
200 PUBLIC SQUARE
SUITE 1400
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28,798.85

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.360 **Nonpriority creditor's name and mailing address**
W.R. BERKLEY CO.
475 STEAMBOAT ROAD
CT 06830

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Codefendant in Pending Litigation Case No. CJ-2024-839

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.361 **Nonpriority creditor's name and mailing address**
WAFRA (WSS-STONE LTD.)
360 MADISON AVE
22ND FLOOR
NEW YORK, NY 10017

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 38,030,178.00

**Basis for the claim:** Supply Chain Financing Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.362 **Nonpriority creditor's name and mailing address**
WALBRO LLC
127 PUBLIC SQUARE, SUITE 5300
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.363 **Nonpriority creditor's name and mailing address**
WARDYNSKI & PARTNERS
AL. UJAZDOWSKIE 1000-478
WARSAW,
POLAND

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 25,523.30

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.364 **Nonpriority creditor's name and mailing address**
WARNER NORCROSS JUDD LLP
150 OTTAWA AVENUE, N.M
SUITE 1500
GRAND RAPIDS, MI 49503

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 124,576.85

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.365 **Nonpriority creditor's name and mailing address**
WEERAWONG, CHINNAVAT & PARTNERS LTD.
CONVENT ROAD
NO. 1 PARK SILOM TOWER
39TH FLOOR
SILOM SUB-DISTRICT
BANGRAK DISTRICT BANGKOK, 10500
THAILAND

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 48,421.28

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.366 **Nonpriority creditor's name and mailing address**
WHITLEY PENN LLP
640 TAYLOR STREET
SUITE 2200
FORT WORTH, TX 76102

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

$ 439,909.75

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.367 **Nonpriority creditor's name and mailing address**
WIGGIN & DANA LLP
PO BOX 1832
NEW HAVEN, CT 06508-1832

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 851,873.78

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.368 **Nonpriority creditor's name and mailing address**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
150 EAST 42ND ST
NEW YORK, NY 10017

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 487.50

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.369 **Nonpriority creditor's name and mailing address**
WORLDWIDE TRADE PARTNERS LLC
601 CARLSON PARKWAY
SUITE 1050
MINNEAPOLIS, MN 55305

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Accounts Payable

$ 544,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.370 **Nonpriority creditor's name and mailing address**
W-W TRAILER MANUFACTURERS, INC.
2006 N 1ST STREET
OK 73446

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Codefendant in Pending Litigation Case No. CJ-2024-839

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.371 **Nonpriority creditor's name and mailing address**
YELLOW LOGISTICS, INC.
C/O PACHULSKI, STANG, ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES
919 NORTH MARKET ST, 17TH FLOOR
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Pending Litigation Related to Case No. 1:25-ap-51852

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** **Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.372 **Nonpriority creditor's name and mailing address**

YRC ENTERPRISE SERVICES, INC.
C/O PACHULSKI, STANG, ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES
919 NORTH MARKET ST, 17TH FLOOR
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Pending Litigation Related to Case No. 1:25-ap-51852

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.373 **Nonpriority creditor's name and mailing address**

YRC INC.
C/O PACHULSKI, STANG, ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES
919 NORTH MARKET ST, 17TH FLOOR
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Undetermined

**Basis for the claim:** Pending Litigation Related to Case No. 1:25-ap-51852

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.374 **Nonpriority creditor's name and mailing address**

YUKEVICH CAVANAUGH
355 SOUTH GRAND AVE
15TH FLOOR
LOS ANGELES, CA 90071-3180

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 524,527.28

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.375 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.376 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | ACQUIOM AGENCY SERVICES LLC<br>C/O: WHITE & CASE LLP<br>75 STATE STREET<br>BOSTON, MA 02109-1814 | Line 3.6<br>☐ Not listed. Explain | |
| 4.2 | ARAB BANKING CORPORATION B.S.C.<br>140 EAST 45TH STREET<br>38TH FLOOR<br>NEW YORK, NY 10017 | Line 3.173<br>☐ Not listed. Explain | |
| 4.3 | ARAB BANKING CORPORATION B.S.C.<br>C/O: BAKER & MCKENZIE LLP<br>ATTN: COURTNEY E. GILES<br>BANK OF AMERICA TOWER<br>800 CAPITOL STREET, SUITE 2100<br>HOUSTON, TX 77002 | Line 3.173<br>☐ Not listed. Explain | |
| 4.4 | ARAB BANKING CORPORATION B.S.C.<br>C/O: BAKER & MCKENZIE LLP<br>ATTN: JOHN R. DODD<br>830 BRICKELL PLAZA<br>SUITE 3100<br>MIAMI, FL 33131 | Line 3.173<br>☐ Not listed. Explain | |
| 4.5 | BANCO SANTANDER, S.A.<br>C/O: A&O SHEARMAN LLP<br>ONE BISHOPS SQUARE<br>LONDON, E1 6AD<br>UNITED KINGDOM | Line 3.32<br>☐ Not listed. Explain | |
| 4.6 | EVOLUTION CREDIT PARTNERS MANAGEMENT LLC<br>C/O: PROSKAUER ROSE LLP<br>ATTN: CHARLES A. DALE<br>ONE INTERNATIONAL PLAZA<br>BOSTON, MA 0210 | Line 3.111<br>☐ Not listed. Explain | |
| 4.7 | EVOLUTION CREDIT PARTNERS MANAGEMENT LLC<br>C/O: PROSKAUER ROSE LLP<br>ATTN: VINCENT INDELICATO & MATTHEW KOCH<br>ELEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | Line 3.111<br>☐ Not listed. Explain | |
| 4.8 | ING BELGIUM S.A./N.V.<br>AVENUE MARNIXLAAN / AVENUE MARINIX 24<br>BRUSSELS, B-1000<br>BELGIUM | Line 3.173<br>☐ Not listed. Explain | |
| 4.9 | ING BELGIUM S.A./N.V.<br>C/O: CLIFFORD CHANCE LLP<br>ATTN: SARAH CAMPBELL<br>TWO MANHATTAN WEST<br>37TH 9TH AVE.<br>NEW YORK, NY 10001 | Line 3.173<br>☐ Not listed. Explain | |

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.10 | ING BELGIUM S.A./N.V.<br>C/O: CLIFFORD CHANCE LLP<br>ATTN: DOUGLAS DEUTSCH<br>TWO MANHATTAN WEST<br>37TH 9TH AVE.<br>NEW YORK, NY 10001 | Line 3.173<br>☐ Not listed. Explain | |
| 4.11 | JEFFERIES FINANCIAL GROUP<br>C/O: HERBERT SMITH FREEHILLS KRAMER (US) LLP<br>ATTN: ANDREW J. CITRON<br>1177 AVE. OF THE AMERICAS<br>NEW YORK, NY 10036 | Line 3.171<br>☐ Not listed. Explain | |
| 4.12 | JEFFERIES FINANCIAL GROUP<br>C/O: HERBERT SMITH FREEHILLS KRAMER (US) LLP<br>ATTN: ADAM ROGOFF<br>1177 AVE. OF THE AMERICAS<br>NEW YORK, NY 10036 | Line 3.171<br>☐ Not listed. Explain | |
| 4.13 | JEFFERIES FINANCIAL GROUP<br>C/O: HERBERT SMITH FREEHILLS KRAMER (US) LLP<br>ATTN: ANDREW POLLACK<br>1177 AVE. OF THE AMERICAS<br>NEW YORK, NY 10036 | Line 3.171<br>☐ Not listed. Explain | |
| 4.14 | KARS FUNDING, LLC<br>ATTN: KEVIN CORRIGAN<br>850 NEW BURTON ROAD<br>SUITE 201<br>DOVER, DE 19904 | Line 3.173<br>☐ Not listed. Explain | |
| 4.15 | KATSUMI SERVICING, LLC<br>C/O: MAYER BROWN LLP<br>ATTN: RICHARD A. STIEGLITZ<br>1221 AVE. OF THE AMERICAS<br>NEW YORK, NY 10020 | Line 3.173<br>☐ Not listed. Explain | |
| 4.16 | KATSUMI SERVICING, LLC<br>C/O: MAYER BROWN LLP<br>ATTN: CHARLES S. KELLEY<br>700 LOUISIANA STREET<br>SUITE 3400<br>HOUSTON, TX 77002 | Line 3.173<br>☐ Not listed. Explain | |
| 4.17 | RAISTONE CAPITAL LLC<br>C/O: ORRICK, HERRINGTON & SUTCLIFFE LLP<br>ATTN: RICHARD A. JACOBSEN<br>51 W. 52ND STREET<br>NEW YORK, NY 10019-6142 | Line 3.290<br>☐ Not listed. Explain | |
| 4.18 | RAISTONE PURCHASING LLC - SERIES XXXII<br>C/O: RAISTONE CAPITAL LLC<br>360 MADISON AVE.<br>22ND FLOOR<br>NEW YORK, NY 10017 | Line 3.290<br>☐ Not listed. Explain | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | | Total of claim amounts |
|---|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | | $ 1,256,543.01 |
| 5b. | **Total claims from Part 2** | 5b. | + | $ 4,085,377,371.91 + Undetermined Amounts |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | | $ 4,086,633,914.92 + Undetermined Amounts |

**Fill in this information to identify the case:**

Debtor name: First Brands Group, LLC

United States Bankruptcy Court for the: Southern District of Texas, Houston Division

Case number (If known): 25-90399 (CML)

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO OFFICE LEASE DATED: 07/30/2024 AND ALL RELATED DOCUMENTS | 127 PS FEE OWNER LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | BROKERAGE CARRIER AGREEMENT DATED: 08/23/2024 AND ALL RELATED DOCUMENTS | 3SIX5 LOGISTICS, LLC<br>100 E, OAKTON STREET<br>1904<br>DES PLAINES, IL 60018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | SCHEDULE C TO CONTRACT – LTL RATES AND CHARGES DATED: 06/07/2022 AND ALL RELATED DOCUMENTS | A. DUIE PYLE, INC.<br>650 WESTTOWN RD<br>WEST CHESTER, PA 19381 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 09/18/2024 AND ALL RELATED DOCUMENTS | A.N. WEBBER LOGISTICS INC.<br>2150 S. ROUTE 45/52<br>SUITE J<br>KANKAKEE, IL 60901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | TRANSPORTATION CONTRACT DATED: 04/20/2021 AND ALL RELATED DOCUMENTS | AAA COOPER TRANSPORTATION<br>1751 KINSEY RD<br>DOTHAN, AL 36303 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | APPLICATION & CONTRACT FOR DEMONSTRATION SPACE DATED: 11/01/2022 AND ALL RELATED DOCUMENTS | AAPEX<br>THE VENETIAN EXPO<br>LEVEL 1<br>LAS VEGAS, NV 89109 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | REPRESENTATIVE CONTRACT PURSUANT TO FACTORING AGREEMENT DATED: 02/16/2012 AND ALL RELATED DOCUMENTS | ABN AMRO ASSET BASED FINANCE N.V.<br>MAINZER LANDSTRAßE 1<br>NIEDERLASSUNG DEUTSCHLAND<br>FRANKFURT AM MAIN,<br>GERMANY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT AND NOVATION AGREEMENT DATED: 07/01/2024 AND ALL RELATED DOCUMENTS | ABTECH TECHNOLOGIES, INC.<br>1235 ACTIVITY DRIVE, SUITE B<br>VISTA, CA 92081 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS ASSOCIATE AGREEMENT DATED: 03/25/2024 AND ALL RELATED DOCUMENTS | ACCRETIVE GLOBAL INSURANCE SERVICES, LLC, D/B/A PART D ADVISORS<br>450 S. ORANGE AVENUE<br>4TH FLOOR<br>ORLANDO, FL 32801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT SALES AGREEMENT DATED: 05/16/2025 AND ALL RELATED DOCUMENTS | ACCUFORM MANUFACTURING, INC.<br>16228 FLIGHT PATH DR<br>BROOKSVILLE, FL 34604 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER SERVICES AGREEMENT DATED: 02/22/2024 AND ALL RELATED DOCUMENTS | ADP, INC<br>ONE ADP BOULEVARD<br>ROSELAND, NJ 07068 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | TERMS AND CONDITIONS DATED: 01/01/2006 AND ALL RELATED DOCUMENTS | ADVANCE STORES COMPANY, INCORPORATED<br>4721 HARGROVE ROAD<br>ATTN: EVP- MERCHANDISING AND STORE OPS<br>RALEIGH, NC 27604 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TERMS AND CONDITIONS DATED: 10/01/2024 AND ALL RELATED DOCUMENTS | ADVANCE STORES COMPANY, INCORPORATED<br>5008 AIRPORT ROAD<br>ROANOKE, VA 24012 |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 07/09/2024 AND ALL RELATED DOCUMENTS | AEGIS LOGISTICS GROUP LLC<br>10820-E INDEPENDENCE POINTE PARKWAY<br>MATTHEWS, NC 28105 |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALES REPRESENTATIVE AGREEMENT DATED: 01/01/2020 AND ALL RELATED DOCUMENTS | AGENCIA INTERNACIONALES<br>AV. MÁXIMO GÓMEZ #99<br>SANTO DOMINGO, DISTRITO NACIONAL, DOMINICAN REPUBLIC |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUPPLY AGREEMENT DATED: 12/15/2022 AND ALL RELATED DOCUMENTS | AHLSTROM-MUNKSJO FILTRATION LLC,<br>05 NEBO RD<br>MADISONVILLE, KY 42431 |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ADDENDUM NO. 4 TO THE PROMISSORY NOTE DATED: 01/14/2019 AND ALL RELATED DOCUMENTS | AIRTEX PRODUCTS S.A.U.<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TRANSPORTATION CONTRACT DATED: 11/12/2021 AND ALL RELATED DOCUMENTS | ALEMAN TRUCKING LLC<br>1330 N TOWER RD<br>ALAMO, TX 78516 |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 09/03/2024 AND ALL RELATED DOCUMENTS | AMERICAN SUPPLY CHAIN SOLUTIONS, LLC<br>10130 MALLARD CREEK ROAD, STE 208<br>CHARLOTTE, NC 28262 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 08/02/2024 AND ALL RELATED DOCUMENTS | AMERILUX LOGISTICS, LLC<br>1300 ENTERPRISE DRIVE<br>DE PERE, WI 54115 |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | COMMERCIAL MOVING AGREEMENT DATED: 05/26/2022 AND ALL RELATED DOCUMENTS | ANDREWS COMMERCIAL MOVING ESTIMATE |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RETIREMENT CONSULTING AGREEMENT DATED: 12/15/2021 AND ALL RELATED DOCUMENTS | AON CONSULTING, INC.<br>4 OVERLOOK POINT<br>4TH FLOOR<br>LINCOLNSHIRE, IL 60069 |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ASSIGNMENT AND ASSUMPTION OF AGREEMENT OF SALE AND PURCHASE DATED: 07/22/2015 AND ALL RELATED DOCUMENTS | AR CAPITAL, LLC<br>405 PARK AVENUE<br>15TH FLOOR<br>NEW YORK, NY 10022 |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEASE AGREEMENT DATED: 08/31/2015 AND ALL RELATED DOCUMENTS | ARC CGLGNIN001, LLC<br>ATTN: GNL ASSET MANAGEMENT C/O GLOBAL NET LEASE, INC.<br>405 PARK AVENUE<br>14TH FLOOR<br>NEW YORK, NY 10022 |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ASSIGNMENT AND ASSUMPTION OF AGREEMENT OF SALE AND PURCHASE DATED: 07/22/2015 AND ALL RELATED DOCUMENTS | ARC CGMARSC001, LLC<br>405 PARK AVENUE<br>15TH FLOOR<br>NEW YORK, NY 10022 |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUPPLY AGREEMENT – COLD HEADING QUALITY (CHQ) WIRE RODS DATED: 01/23/2025 AND ALL RELATED DOCUMENTS | ARCELORMITTAL LONG PRODUCTS CANADA (AMLPC) CANADA G.P.<br>4000 ROUTE DES ACIERIES<br>CD<br>QUEBEC, J0L 1C0<br>CANADA |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 07/08/2024 AND ALL RELATED DOCUMENTS | ARCHER CARGO LLC<br>106 STEPHEN ST<br>LEMONT, IL 60439 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED: 05/08/2025 AND ALL RELATED DOCUMENTS | ARCHIVE HEALTH, LLC<br>3000 E PIONEER PKWY<br>ARLINGTON, TX 76010 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED: 04/30/2024 AND ALL RELATED DOCUMENTS | ARCHIVE HEALTH, LLC<br>6242 GARFIELD AVE<br>CASS CITY, MI 48726 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED: 05/16/2025 AND ALL RELATED DOCUMENTS | ARCHIVE HEALTH, LLC<br>2000 AUBURN DRIVE<br>SUITE 200<br>BEACHWOOD, OH 44112 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR ONSITE HEALTH SERVICES DATED: 09/01/2023 AND ALL RELATED DOCUMENTS | ARCHIVE HEALTH, S. DE R.L. DE C.V.<br>3 Y 5<br>COLONIA FRACCIONAMIENTO INDUSTRIAL SAN NICOLÁS<br>ESTADO DE MÉXICO<br>ALCALDÍA TLALNEPANTLA DE BAZ, 54030<br>MEXICO |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 08/11/2025 AND ALL RELATED DOCUMENTS | ARMADA TRANSPORTATION DBA GEMINI EXPRESS SOLUTIONS CORP<br>184-54 149TH AVENUE<br>FIRST FLOOR<br>SPRINGFIELD GARDENS, NY 11413 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | BROKER CONTRACT ADDENDUM DATED: 07/21/2021 AND ALL RELATED DOCUMENTS | ARMSTRONG TRANSPORT GROUP, LLC<br>560687 P.O. BOX 560687<br>CHARLOTTE, NC 28256 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STAFFING AGREEMENT / PLACEMENT TERMS DATED: 04/19/2024 AND ALL RELATED DOCUMENTS | ARROW/CESG<br>2206 EGLINTON AVE E, SUITE 190,<br>SCARBOROUGH, ON M1L4S8<br>CANADA |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER PURCHASE AGREEMENT DATED: 01/01/2024 AND ALL RELATED DOCUMENTS | ASC (TIANJIN) AUTO PARTS INC<br>NO. 88 ZIDONG ROAD<br>BINHAI NEW AREA<br>HANGU<br>TIANJIN,<br>CHINA |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 03/11/2025 AND ALL RELATED DOCUMENTS | AUTOMATED LOGISTICS SYSTEMS LLC<br>3000 BLAKE ROAD<br>JACKSON, MI 49201 |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUPPLIER AGREEMENT DATED: 08/31/2022 AND ALL RELATED DOCUMENTS | AUTOMOTIVE PARTS ASSOCIATES<br>127 PUBLIC SQUARE<br>STE 5110<br>CLEVELAND, OH 44114 |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUPPLY PARTNER COMMERCIAL TERMS AND ALLOWANCE AGREEMENT DATED: 10/26/2018 AND ALL RELATED DOCUMENTS | AUTOPART INTERNATIONAL, INC.<br>192 MANSFIELD AVENUE<br>NORTON, MA 02766 |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER DATED: 02/02/2022 AND ALL RELATED DOCUMENTS | BAKER & HOSTETLER LLP<br>P.O. BOX 70189<br>CLEVELAND, OH 44190-0189 |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMBASSADOR AGREEMENT DATED: 05/13/2024 AND ALL RELATED DOCUMENTS | BALCH RACING<br>358, MORGANTOWN STREET<br>UNIONTOWN, PA 15401 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | AMBASSADOR AGREEMENT DATED: 05/13/2024 AND ALL RELATED DOCUMENTS | BALDWIN RACING<br>47 LITTLE WOODS CT<br>TAYLORSVILLE, KY 40071 |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | LEASE AGREEMENT DATED: 10/22/2021 AND ALL RELATED DOCUMENTS | BANK OF UTAH<br>50 SOUTH 200 EAST<br>SUITE 110<br>SALT LAKE CITY, UT 84111 |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | AMENDMENT NO. 1 TO LEASE AGREEMENT DATED: 10/22/2021 AND ALL RELATED DOCUMENTS | BANK OF UTAH<br>50 SOUTH 200 EAST<br>SUITE 110<br>SALT LAKE CITY, UT 84111 |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | ENGAGEMENT LETTER DATED: 08/27/2025 AND ALL RELATED DOCUMENTS | BDO USA<br>1300 EAST NINTH STREET<br>SUITE 1301<br>CLEVELAND, OH 44114 |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 08/14/2024 AND ALL RELATED DOCUMENTS | BECKER LOGISTICS, LLC<br>2198 GLADSTONE CT<br>STE D<br>LEGAL<br>GLENDALE HEIGHTS, IL 60139 |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 11/05/2024 AND ALL RELATED DOCUMENTS | BEDROCK LOGISTICS, LLC<br>2501N. HARWOOD ST.<br>SUITE 2600<br>DALLAS, TX 75201 |
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | BELRON NORTH AMERICA 2022–2024 ADDENDUM DATED: 07/31/2024 AND ALL RELATED DOCUMENTS | BELRON NORTH AMERICA |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | BELRON NORTH AMERICAN 2021-2022 ADDENDUM DATED: 05/31/2022 AND ALL RELATED DOCUMENTS | BELRON NORTH AMERICA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT DATED: 06/09/2025 AND ALL RELATED DOCUMENTS | BENNETT INTERNATIONAL GROUP, LLC<br>ATTN: GUY P YOUNG JR<br>100 INTERNATIONAL DR, 22ND FL<br>BALTIMORE, MD 21202 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 11/25/2024 AND ALL RELATED DOCUMENTS | BESTWAY INTERNATIONAL INC<br>10502 N. AMBASSADOR DRIVE<br>SUITE 120<br>KANSAS CITY, MO 64153 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AND RELEASE AGREEMENT DATED: 09/25/2024 AND ALL RELATED DOCUMENTS | BFG CORPORATION DBA BYLINE FINANCIAL GROUP<br>4400 PRIME PKWY<br>MCHENRY, IL 60050 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | REPRESENTATIVE CONTRACT PURSUANT TO PURCHASE AGREEMENT DATED: 01/23/2025 AND ALL RELATED DOCUMENTS | BJ'S WHOLESALE CLUB, INC.<br>350 CAMPUS DRIVE<br>MARLBOROUGH, MA 01752 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT SUBSCRIPTION ORDER FORM DATED: 11/05/2024 AND ALL RELATED DOCUMENTS | BLOOMBERG INDUSTRY GROUP<br>1801 S BELL STREET<br>ARLINGTON, VA 22202 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 07/24/2024 AND ALL RELATED DOCUMENTS | BMG AG, BAYERISCHE MOTOREN WERKE<br>PETUELRING 130 - BMW HAUS<br>AKTIENGESELLSCHAFT<br>REGISTERED IN MÜNCHEN - HRB 42 243<br>MÜNCHEN,<br>GERMANY |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONFIRMATION OF SERVICES WITH RESPECT TO BENEFIT PLANS DATED: 05/20/2025 AND ALL RELATED DOCUMENTS | BOBER, MARKEY, FEDOROVICH & COMPANY<br>3421 RIDGEWOOD ROAD<br>SUITE 300<br>AKRON, OH 44333-3119 |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT AGREEMENT DATED: 12/18/2024 AND ALL RELATED DOCUMENTS | BOBER, MARKEY, FEDOROVICH & COMPANY<br>600 SUPERIOR AVENUE EAST<br>SUITE 925<br>CLEVELAND, OH 44114 |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONFIRMATION OF SERVICES WITH RESPECT TO BENEFIT PLANS DATED: 01/27/2025 AND ALL RELATED DOCUMENTS | BOBER, MARKEY, FEDOROVICH & COMPANY<br>3421 RIDGEWOOD ROAD<br>SUITE 300<br>AKRON, OH 44333-3119 |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER DATED: 07/13/2023 AND ALL RELATED DOCUMENTS | BOBER, MARKEY, FEDOROVICH & COMPANY<br>3421 RIDGEWOOD ROAD<br>SUITE 300<br>600 SUPERIOR AVENUE EAST<br>SUITE 925<br>AKRON, OH 44333-3119 |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER DATED: 09/11/2024 AND ALL RELATED DOCUMENTS | BOBER, MARKEY, FEDOROVICH & COMPANY<br>600 SUPERIOR AVENUE EAST<br>SUITE 925<br>CLEVELAND, OH 44114 |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER DATED: 12/18/2024 AND ALL RELATED DOCUMENTS | BOBER, MARKEY, FEDOROVICH & COMPANY<br>600 SUPERIOR AVENUE EAST<br>SUITE 925<br>CLEVELAND, OH 44114 |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 06/10/2025 AND ALL RELATED DOCUMENTS | BOLT EXPRESS, LLC<br>7255 CROSSLEIGH COURT<br>SUITE 108<br>TOLEDO, OH 43617 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO AGREEMENT DATED: 09/16/2025 AND ALL RELATED DOCUMENTS | BOLT EXPRESS, LLC<br>7255 CROSSLEIGH COURT<br>SUITE 108<br>TOLEDO, OH 43617 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO BINDING LETTER AGREEMENT DATED: 08/12/2024 AND ALL RELATED DOCUMENTS | BOSTIK, INC.<br>11320 W. WATERTOWN PLANK ROAD<br>WAUWATOSA, WI 53226 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | BINDING LETTER AGREEMENT DATED: 01/29/2024 AND ALL RELATED DOCUMENTS | BOSTIK, INC.<br>11320 W. WATERTOWN PLANK ROAD<br>WAUWATOSA, WI 53226 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | CONTRIBUTION AGREEMENT AND ALL RELATED DOCUMENTS | BRAKE PARTS HOLDINGS, INC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | RATINGS AND REVIEWS PROGRAM AGREEMENT DATED: 05/03/2023 AND ALL RELATED DOCUMENTS | BRAND POWER INC.<br>WATERFRONT INNOVATION CENTRE<br>155 QUEENS QUAY EAST<br>TORONTO, ON M5A 0W4<br>CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | SALE SCHEDULE 18 DATED: 07/31/2025 AND ALL RELATED DOCUMENTS | BROAD STREET FINANCIAL, LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | SALE AGREEMENT DATED: 03/28/2024 AND ALL RELATED DOCUMENTS | BROAD STREET FINANCIAL, LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE SCHEDULE 15 DATED: 04/30/2025 AND ALL RELATED DOCUMENTS | BROAD STREET FINANCIAL, LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALE SCHEDULE 19 DATED: 08/31/2025 AND ALL RELATED DOCUMENTS | BROAD STREET FINANCIAL, LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE SCHEDULE 19 DATED: 08/31/2025 AND ALL RELATED DOCUMENTS | BROAD STREET FINANCIAL, LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE SCHEDULE 16 DATED: 03/31/2025 AND ALL RELATED DOCUMENTS | BROAD STREET FINANCIAL, LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE SCHEDULE 17 DATED: 06/30/2025 AND ALL RELATED DOCUMENTS | BROAD STREET FINANCIAL, LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALE SCHEDULE 17 DATED: 06/30/2025 AND ALL RELATED DOCUMENTS | BROAD STREET FINANCIAL, LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALE SCHEDULE 15 DATED: 04/30/2025 AND ALL RELATED DOCUMENTS | BROAD STREET FINANCIAL, LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE AGREEMENT DATED: 03/28/2024 AND ALL RELATED DOCUMENTS | BROAD STREET FINANCIAL, LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALE SCHEDULE 16 DATED: 05/31/2025 AND ALL RELATED DOCUMENTS | BROAD STREET FINANCIAL, LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE SCHEDULE 18. DATED: 07/31/2025 AND ALL RELATED DOCUMENTS | BROAD STREET FINANCIAL, LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GENERAL SERVICE AGREEMENT DATED: 05/16/2022 AND ALL RELATED DOCUMENTS | BUTTLES CUSTOM AG, LLC<br>455 INDUSTRIAL DRIVE<br>WAUPACA, WI 54981 |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 09/03/2024 AND ALL RELATED DOCUMENTS | C CROSS LOGISTICS, LLC<br>1 BRIDGE AVENUE<br>NORTHPORT, AL 35476 |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT NO. 2 TO MASTER PURCHASE AGREEMENT DATED: 02/13/2025 AND ALL RELATED DOCUMENTS | C&U AMERICAS, LLC<br>45901 FIVE MILE ROAD<br>ATTN: JASON STOCKER, PRESIDENT<br>PLYMOUTH, MI 48170 |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LETTER AGREEMENT DATED: 09/04/2025 AND ALL RELATED DOCUMENTS | C.A.T. GLOBAL INC.<br>11 BD DE LA CITE-DES-JEUNES<br>SUITE 204<br>VAUDREUIL-DORION, QC J7V 0N3<br>CANADA |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | TRANSPORTATION CONTRACT DATED: 07/20/2021 AND ALL RELATED DOCUMENTS | C.A.T. INC.<br>4 TRANSPORT STREET<br>COTEAU-DU-LAC, QC<br>CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | IMAGE MANAGEMENT AGREEMENT DATED: 01/27/2023 AND ALL RELATED DOCUMENTS | C.C.T. FINANCIAL<br>4577 HINCKLEY INDUSTRIAL<br>CLEVELAND, OH 44109 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | IMAGE MANAGEMENT AGREEMENT DATED: 02/07/2023 AND ALL RELATED DOCUMENTS | C.C.T. FINANCIAL<br>4577 HINCKLEY INDUSTRIAL<br>CLEVELAND, OH 44109 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AND RELEASE AGREEMENT AND ALL RELATED DOCUMENTS | C.R. DODD & ASSOCIATES<br>BERKELEY SUITE, 35 BERKELEY SQUARE<br>MAYFAIR<br>LONDON, W1J 5BF<br>UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 06/18/2025 AND ALL RELATED DOCUMENTS | CAMPBELL, INC.<br>2875 CRANE WAY<br>NORTHWOOD, OH 43619 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AMENDMENT DATED: 07/10/2025 AND ALL RELATED DOCUMENTS | CANNON COMMERCIAL, INC.<br>11400 W. OLYMPIC BLVD.<br>9TH FLOOR<br>WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP<br>LOS ANGELES, CA 90064 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SALES & SERVICES AGREEMENT DATED: 09/28/2021 AND ALL RELATED DOCUMENTS | CANON SOLUTIONS AMERICA, INC.<br>ONE CANON PARK<br>MELVILLE, NY 11747 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECURITIES PURCHASE AGREEMENT DATED: 09/29/2023 AND ALL RELATED DOCUMENTS | CARTER CARBURETOR, LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER AGREEMENT FOR ONSITE HEALTH SERVICES DATED: 04/26/2021 AND ALL RELATED DOCUMENTS | CASATI HEALTH, LLC<br>2000 AUBURN DRIVE<br>SUITE 200<br>ATTN: JACK FULLER<br>BEACHWOOD, OH 44112 |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | INVESTMENT ADVISORY AGREEMENT DATED: 10/01/2020 AND ALL RELATED DOCUMENTS | CBIZ INVESTMENT ADVISORY SERVICES, LLC<br>6050 OAK TREE BLVD.<br>#500<br>CLEVELAND, OH 44131 |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | INVESTMENT ADVISORY AGREEMENT FOR PARTICIPANT DIRECTED PLAN DATED: 11/01/2024 AND ALL RELATED DOCUMENTS | CBIZ INVESTMENT ADVISORY SERVICES, LLC<br>6050 OAK TREE BLVD.<br>#500<br>CLEVELAND, OH 44131 |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER CLIENT AGREEMENT AND ALL RELATED DOCUMENTS | CENTARIS<br>36333 MOUND ROAD<br>SUITE C<br>STERLING HEIGHTS, MI 48310 |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | APPENDIX A (TRANSPORTATION RATE SCHEDULE) DATED: 07/22/2021 AND ALL RELATED DOCUMENTS | CENTRAL FREIGHT LINES, INC.<br>5601 WEST WACO DRIVE<br>WACO, TX 76710 |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | INTERCOMPANY TERM LOAN AGREEMENT DATED: 12/22/2023 AND ALL RELATED DOCUMENTS | CEQUENT NEDERLAND HOLDINGS B.V.<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | EXHIBIT A-2 AND B-2 TO DEDICATED TRANSPORTATION SERVICE AGREEMENT DATED: 07/31/2022 AND ALL RELATED DOCUMENTS | CFI DEDICATED, INC.<br>4701 EAST 32ND STREET<br>JOPLIN, MO 64804 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | ADOPTION AND ASSUMPTION AGREEMENT – DEDICATED SERVICES DATED: 06/01/2022 AND ALL RELATED DOCUMENTS | CFI DEDICATED, INC.<br>4701 EAST 32ND STREET<br>JOPLIN, MO 64804 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 02/04/2021 AND ALL RELATED DOCUMENTS | CHAINALYTICS LLC<br>2500 CUMBERLAND PARKWAY<br>SUITE 550<br>ATLANTA, GA 30339 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 06/08/2021 AND ALL RELATED DOCUMENTS | CHARTER COMMUNICATIONS OPERATING, LLC<br>12405 POWERSCOURT DRIVE<br>ST. LOUIS, MO 63131 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE ORDER DATED: 07/25/2025 AND ALL RELATED DOCUMENTS | CHARTER COMMUNICATIONS OPERATING, LLC<br>855 INDUSTRIAL AVE<br>SANTA TERESA, NM 88008 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD AGREEMENT DATED: 09/22/2021 AND ALL RELATED DOCUMENTS | CHARTER COMMUNICATIONS OPERATING, LLC<br>12405 POWERSCOURT DRIVE<br>ST. LOUIS, MO 63131 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | TRUST AGREEMENT DATED: 09/25/2020 AND ALL RELATED DOCUMENTS | CHARTER GUARANTEE & TRUST COMPANY<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AMENDMENT AND ALL RELATED DOCUMENTS | CHASE CARDONE PROPERTIES, LLC<br>10850 WILSHIRE BLVD.<br>SUITE 1000<br>C/O CANNON COMMERCIAL, INC.<br>LOS ANGELES, CA 90024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AMENDMENT DATED: 07/10/2025 AND ALL RELATED DOCUMENTS | CHASE CARDONE PROPERTIES, LLC<br>10850 WILSHIRE BLVD.<br>SUITE 1000<br>LOS ANGELES, CA 90024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED: 01/31/2024 AND ALL RELATED DOCUMENTS | CHECKR, INC.<br>1 MONTGOMERY ST<br>SUITE 2400<br>SAN FRANCISCO, CA 94104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED: 03/23/2023 AND ALL RELATED DOCUMENTS | CHECKR, INC.<br>1 MONTGOMERY STREET<br>SUITE 2400<br>SAN FRANCISCO, CA 94104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED: 04/19/2024 AND ALL RELATED DOCUMENTS | CHECKR, INC.<br>1 MONTGOMERY STREET<br>SUITE 2400<br>SAN FRANCISCO, CA 94104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT DATED: 01/01/2024 AND ALL RELATED DOCUMENTS | CHONGQING ZONGSHEN POWER MACHINERY CO., LTD.<br>NO. 18 ZONGSHEN AVENUE<br>CHONGQING<br>BISHAN DISTRICT,<br>CHINA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | PURSUANT TO THE TRADEMARK LICENSE AGREEMENT DATED: 11/22/2023 AND ALL RELATED DOCUMENTS | CHURCH & DWIGHT CO.<br>PRINCETON SOUTH CORPORATE PARK<br>500 CHARLES EWING BLVD.<br>EWING, NJ 08628 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ADDITIONAL MEMBER SERVICE LOCATION ACCEPTANCE AGREEMENT DATED: 06/25/2025 AND ALL RELATED DOCUMENTS | CINTAS CORPORATION NO. 2<br>6800 CINTAS BLVD.<br>CINCINNATI, OH 45262-5737 |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICE LOCATION ACCEPTANCE AGREEMENT DATED: 10/10/2024 AND ALL RELATED DOCUMENTS | CINTAS CORPORATION NO. 2<br>6800 CINTAS BLVD.<br>CINCINNATI, OH 45262-5737 |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LOCATION ACCEPTANCE AGREEMENT DATED: 01/20/2025 AND ALL RELATED DOCUMENTS | CINTAS CORPORATION NO. 2<br>6800 CINTAS BLVD.<br>CINCINNATI, OH 45262-5737 |
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | REPRESENTATIVE CONTRACT PURSUANT TO SERVICE AGREEMENT DATED: 05/09/2024 AND ALL RELATED DOCUMENTS | CIRCANA, LLC<br>900 WEST SHORE ROAD<br>PORT WASHINGTON, NY 11050 |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | REPRESENTATIVE CONTRACT PURSUANT TO STATEMENT OF WORK DATED: 02/03/2025 AND ALL RELATED DOCUMENTS | CIRCANA, LLC<br>900 WEST SHORE ROAD<br>PORT WASHINGTON, NY 11050 |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM STATEMENT OF WORK DATED: 02/03/2025 AND ALL RELATED DOCUMENTS | CIRCANA, LLC<br>900 WEST SHORE ROAD<br>PORT WASHINGTON, NY 11050 |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CHARGE ACCOUNT AGREEMENT FOR SANITATION DATED: 01/27/2025 AND ALL RELATED DOCUMENTS | CITY OF MIAMI UTILITIES DEPARTMENT<br>MIAMI RIVERSIDE CENTER (MRC)<br>444 SW 2ND AVE<br>MIAMI, FL 33130 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | OFFICE WAREHOUSE SUBLEASE AGREEMENT- LEASING AGREEMENT DATED: 08/11/2025 AND ALL RELATED DOCUMENTS | CKC DATA SOLUTIONS, LLC<br>1450 N. WEST BYPASS<br>CKC DATA SOLUTIONS, LLC<br>SPRINGFIELD, MO 65803 |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONTRACTOR'S MASTER SERVICES AGREEMENT DATED: 05/10/2024 AND ALL RELATED DOCUMENTS | CLASSY LLAMA STUDIOS LLC<br>2215 W. CHESTERFIELD BOULEVARD<br>SPRINGFIELD, MO 65807 |
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED: 07/05/2024 AND ALL RELATED DOCUMENTS | CLASSY LLAMA STUDIOS LLC<br>2215 W. CHESTERFIELD BLVD<br>STE 20<br>SPRINGFIELD, MO 65807 |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | COMPLIANCE AGREEMENT DATED: 08/22/2025 AND ALL RELATED DOCUMENTS | COFO RÄUCHLE GMBH<br>RÄUCHLESTR 7<br>ATTN: MR. MICHAEL BAKER<br>DIETENHEIM,<br>GERMANY |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SETTLEMENT AGREEMENT DATED: 06/20/2025 AND ALL RELATED DOCUMENTS | COGENCY GLOBAL INC.<br>122E 42ND ST 18TH FL<br>NEW YORK, NY 10168 |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDED AND RESTATED SETTLEMENT AGREEMENT DATED: 08/01/2025 AND ALL RELATED DOCUMENTS | COGNITUS CONSULTING LLC<br>SUITE 200 16600 DALLAS PARKWAY,<br>DALLAS, TX 75248 |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER DATED: 01/24/2022 AND ALL RELATED DOCUMENTS | COHEN & COMPANY, LTD.<br>1350 EUCLID AVE., SUITE 800<br>CLEVELAND, OH 44115 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STANDARD TERMS AND CONDITIONS FOR ENGAGEMENT LETTER DATED: 10/05/2022 AND ALL RELATED DOCUMENTS | COHEN & COMPANY, LTD.<br>1350 EUCLID AVE., SUITE 800<br>CLEVELAND, OH 44115 |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | REAL ESTATE SERVICES AGREEMENT DATED: 09/03/2025 AND ALL RELATED DOCUMENTS | COLLIERS INTERNATIONAL GREATER LOS ANGELES, INC.<br>3546 CONCOURS<br>SUITE 150<br>ONTARIO, CA 91764 |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALES REPRESENTATIVE AGREEMENT DATED: 02/01/2021 AND ALL RELATED DOCUMENTS | COLVENPARTES<br>#12-28 CL. 90<br>BOGOTA D.C.<br>BOGOTA,<br>COLOMBIA |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | REPRESENTATIVE CONTRACT PURSUANT TO STATEMENT OF WORK DATED: 01/01/2025 AND ALL RELATED DOCUMENTS | CONCENTRIX CVG CORPORATION<br>39899 BALENTINE DRIVE<br>SUITE 235<br>NEWARK, CA 94560 |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ASSIGNMENT AND ASSUMPTION AGREEMENT DATED: 03/01/2021 AND ALL RELATED DOCUMENTS | CONCUR TECHNOLOGIES, INC.<br>601 108TH AVENUE NE<br>SUITE 1000<br>BELLEVUE, WA 98004 |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | REPRESENTATIVE CONTRACT PURSUANT TO SERVICES AGREEMENT DATED: 05/19/2022 AND ALL RELATED DOCUMENTS | CONCUR TECHNOLOGIES, INC.<br>601 108TH AVENUE NE<br>SUITE 1000<br>BELLEVUE, WA 98004 |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ASSIGNMENT AND ASSUMPTION AGREEMENT DATED: 06/15/2020 AND ALL RELATED DOCUMENTS | CONCUR TECHNOLOGIES, INC.<br>601 108TH AVENUE NE<br>SUITE 1000<br>BELLEVUE, WA 98004 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ASSIGNMENT AND ASSUMPTION AGREEMENT DATED: 02/25/2021 AND ALL RELATED DOCUMENTS | CONCUR TECHNOLOGIES, INC.<br>601 108TH AVENUE NE<br>SUITE 1000<br>BELLEVUE, WA 98004 |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PERFORMANCE OF RECOVERY SERVICES ADDENDUM DATED: 08/01/2022 AND ALL RELATED DOCUMENTS | CONSOCIATE, INC.<br>2828 N MONROE ST<br>DECATUR, IL 62526 |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | BUSINESS ASSOCIATE AGREEMENT DATED: 11/07/2022 AND ALL RELATED DOCUMENTS | CONSOCIATE, INC.<br>2828 N MONROE ST<br>DECATUR, IL 62526 |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RELEASE AND SETTLEMENT OF ALL CLAIMS DATED: 03/02/2022 AND ALL RELATED DOCUMENTS | CONTINENTAL INSURANCE COMPANY<br>7421 WASHINGTON BLVD<br>ELKRIDGE, MD 21075 |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 07/28/2021 AND ALL RELATED DOCUMENTS | CONVOY, INC.<br>1301 2ND AVE, SUITE 1300<br>SEATTLE, WA 98101 |
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MOTOR CARRIER TRANSPORTATION CONTRACT DATED: 07/01/2025 AND ALL RELATED DOCUMENTS | COOPER ENTERPRISES<br>20 MILL RD.<br>MINDEMOYA, ON P0P 1S0<br>CANADA |
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PAYMENT TERMS AGREEMENT DATED: 08/01/2024 AND ALL RELATED DOCUMENTS | CORRUGADOS DE BAJA CALIFORNIA, S. DE R.L. DE C.V.<br>PANAMERICANA<br>9031<br>CHIHUAHUA<br>JUAREZ, 32685<br>MEXICO |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PAYMENT AND PENALTY AGREEMENT DATED: 07/25/2024 AND ALL RELATED DOCUMENTS | CORRUGADOS DE BAJA CALIFORNIA, S. DE R.L. DE C.V./SMURFIT KAPPA NORTH AMERICA LLC<br>PANAMERICANA<br>9031<br>CHIHUAHUA<br>JUAREZ, 32685<br>MEXICO |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | BROKERAGE CARRIAGE SERVICES AGREEMENT DATED: 12/16/2024 AND ALL RELATED DOCUMENTS | COVAR TRANSPORTATION, LLC<br>DBA COVER TRANSPORT<br>1775 NORTHPOINTE PHURY<br>SUITE 210<br>LUTZ, FL 3355T |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK – DATA SECURITY, GOVERNANCE, AND THREAT PROTECTION ASSESSMENT ENGAGEMENT DATED: 05/23/2025 AND ALL RELATED DOCUMENTS | CRAYON SOFTWARE EXPERTS, LLC<br>12221 MERIT DRIVE<br>SUITE 1400<br>DALLAS, TX 75251 |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MULTI-TENANT LICENSE REALLOCATION DATED: 01/27/2025 AND ALL RELATED DOCUMENTS | CRAYON SOFTWARE EXPERTS, LLC<br>12221 MERIT DR.<br>SUITE 1400<br>DALLAS, TX 75251 |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MULTI-TENANT LICENSE REALLOCATION DATED: 09/28/2022 AND ALL RELATED DOCUMENTS | CRAYON SOFTWARE EXPERTS, LLC<br>12221 MERIT DR.<br>SUITE 1400<br>DALLAS, TX 75251 |
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER TRANSACTION SERVICES AGREEMENT DATED: 12/14/2020 AND ALL RELATED DOCUMENTS | CRESCO, LTD.<br>3 SUMMIT PARK DRIVE<br>SUITE 200<br>INDEPENDENCE, OH 44131 |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TRANSPORTATION AGREEMENT DATED: 04/20/2021 AND ALL RELATED DOCUMENTS | CSA TRANSPORTATION<br>355 HORNER AVENUE<br>ETOBICOKE, ON M8W 1Z7<br>CANADA |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | MASTER LEASE AGREEMENT DATED: 07/17/2025 AND ALL RELATED DOCUMENTS | CSI LEASING, INC.<br>620 TECHNOLOGY DRIVE<br>WELDON SPRING, MO 63304 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | MASTER LOGISTICS SERVICES AGREEMENT DATED: 10/25/2024 AND ALL RELATED DOCUMENTS | CTS GLOBAL LOGISTICS (GEORGIA) INC.<br>1137 SENOIA ROAD SUITE B<br>TYRONE, GA 30290 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER DATED: 05/05/2025 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER AGREEMENTS DATED: 11/01/2023 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | MASTER PURCHASE AGREEMENT DATED: 03/27/2023 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | MERCHANDISING VENDOR AGREEMENT DATED: 07/15/2019 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | PLAN SPONSOR SERVICES AGREEMENT DATED: 01/01/2022 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUPPLIER AGREEMENT DATED: 05/01/2023 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED: 01/01/2024 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DATA SHARING LICENSE AGREEMENT DATED: 02/01/2021 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | BOSCH PRICING CONTRACT DATED: 01/01/2021 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUMMARY OF COMMODITY-SPECIFIC, MULTI-PARTY AGREEMENT (MPA) DATED: 02/18/2025 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT DATED: 01/01/2022 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MARKETING SUPPORT AGREEMENT DATED: 06/12/2024 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | NORTH AMERICAN TERMS AND CONDITIONS OF PURCHASE DATED: 01/01/2018 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | LONG-TERM AGREEMENT DATED: 11/07/2024 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | CENTRIC BRAKES SUPPLY AGREEMENT AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO MEMO OF UNDERSTANDING DATED: 09/05/2024 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL SUPPLY AGREEMENT DATED: 10/28/2020 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AGREEMENT DATED: 06/01/2023 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | MARKETING SUPPORT AGREEMENT DATED: 01/29/2025 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 08/04/2025 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 12/21/2023 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO MEMO OF UNDERSTANDING DATED: 08/26/2024 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT DATED: 10/04/2023 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | SPECIAL TERMS AGREEMENT DATED: 11/07/2024 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AND RETAIL AGREEMENT DATED: 05/30/2024 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | TRADEMARK AGREEMENT DATED: 04/08/2024 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER MANUAL ACKNOWLEDGEMENT LETTER DATED: 12/16/2018 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | INVENTORY AND SERVICES AGREEMENT DATED: 11/01/2024 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER AGREEMENT DATED: 12/31/2017 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/01/2022 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 12/18/2024 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | SECOND ADDENDUM TO PURCHASING AGREEMENT DATED: 12/18/2023 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER AGREEMENT DATED: 05/01/2021 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | YEARLY PRICING AND SUPPLY AGREEMENT DATED: 04/28/2022 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | COLLECTIVE BARGAINING AGREEMENT DATED: 06/22/2023 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 11/23/2021 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AGREEMENT DATED: 10/04/2023 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | PRICING AGREEMENT DATED: 03/15/2022 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | CARRIER AGREEMENT DATED: 10/31/2022 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASING COMPLIANCE AGREEMENT AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | MEMBERSHIP AGREEMENT DATED: 12/14/2022 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | LINKING AGREEMENT DATED: 02/11/2021 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 01/01/2022 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE ARRANGEMENT AMENDMENT DATED: 04/27/2022 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE ARRANGEMENT AMENDMENT DATED: 04/27/2022 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | PROGRAM LETTER DATED: 03/05/2021 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 03/17/2025 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | REBATE AGREEMENT DATED: 01/01/2025 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | TRADEMARK CONSENT AGREEMENT DATED: 05/10/2024 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AGREEMENT DATED: 02/05/2025 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO SUPPLIER AGREEMENT DATED: 06/23/2025 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE ARRANGEMENT AMENDMENT DATED: 04/27/2022 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER LICENSE SERVICES AGREEMENT DATED: 10/23/2024 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT-YEAR NON-DESIGN PRICING AGREEMENT DATED: 01/01/2023 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 05/01/2022 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL TRANSACTION, RELEASE AND DISCHARGE DATED: 03/31/2025 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 03/23/2023 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest** | PROGRAM CONFIRMATION LETTER DATED: 01/17/2022 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TRADE AND ELECTRONIC DATA INTERCHANGE AGREEMENT DATED: 08/25/2010 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMBER-SUPPLIER JOINDER AGREEMENT DATED: 02/11/2021 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT DATED: 04/01/2020 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LONG-TERM AGREEMENT DATED: 01/21/2025 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GLOBAL SUPPLY AGREEMENT DATED: 01/01/2024 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | BELRON NORTH AMERICA 2022–2024 ADDENDUM DATED: 07/31/2024 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | REBATE PROGRAM AGREEMENT DATED: 01/18/2022 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MEMBERSHIP AGREEMENT DATED: 03/01/2016 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT DATED: 10/04/2021 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PROGRAM LETTER DATED: 01/19/2022 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |

Debtor First Brands Group, LLC
Name

Case number (If known): 25-90399 (CML)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | MEMO OF UNDERSTANDING DATED: 07/15/2024 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER TERMS & CONDITIONS AGREEMENT DATED: 07/01/2025 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO AUTOWARES FBO SHIPPING GUARANTEE PROGRAM DATED: 01/01/2019 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | DATA SHARING LICENSE AGREEMENT DATED: 02/01/2022 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/01/2017 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | BELRON NORTH AMERICAN 2021-2022 ADDENDUM DATED: 05/31/2022 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | REBATE PROGRAM LETTER DATED: 09/05/2025 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO CUSTOMER RELATIONSHIP AGREEMENT DATED: 07/27/2021 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | MULTI-YEAR SOURCING AGREEMENT DATED: 01/01/2024 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 09/12/2025 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/01/2022 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER QUALITY REQUIREMENT ACKNOWLEDGEMENT DATED: 12/16/2018 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | MEMBERSHIP AGREEMENT DATED: 01/01/2018 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | CARTER FUEL-AC REVISED PROPOSAL DATED: 05/24/2024 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | JOINDER AGREEMENT DATED: 06/26/2024 AND ALL RELATED DOCUMENTS | CUSTOMER NAME ON FILE<br>ADDRESS ON FILE |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK SUPPORTING FBG STRATEGIC CYBERSECURITY PROGRAM ADVISORY DATED: 04/26/2022 AND ALL RELATED DOCUMENTS | DARK WOLF SOLUTIONS<br>13454 SUNRISE VALLEY DRIVE<br>SUITE 550<br>HERNDON, VA 20171 |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK FOR CYBERSECURITY VULNERABILITY REMEDIATION ROADMAP DEVELOPMENT AND ALL RELATED DOCUMENTS | DARK WOLF SOLUTIONS, LLC<br>13454 SUNRISE VALLEY DRIVE<br>SUITE 550<br>HERNDON, VA 20171 |
| 2.233 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED: 09/24/2021 AND ALL RELATED DOCUMENTS | DARK WOLF SOLUTIONS, LLC<br>13454 SUNRISE VALLEY DRIVE<br>SUITE 550<br>HERNDON, VA 20171 |
| 2.234 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT DATED: 03/31/2022 AND ALL RELATED DOCUMENTS | DATANATIONAL<br>23382 COMMERCE DRIVE<br>FARMINGTON HILLS, MI 48335 |
| 2.235 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PROGRAMMING AND SUPPORT SERVICES AGREEMENT DATED: 11/12/2021 AND ALL RELATED DOCUMENTS | DATANATIONAL<br>23382 COMMERCE DRIVE<br>FARMINGTON HILLS, MI 48335 |
| 2.236 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PROGRAMMING AND SUPPORT SERVICES AGREEMENT DATED: 11/18/2021 AND ALL RELATED DOCUMENTS | DATANATIONAL<br>23382 COMMERCE DRIVE<br>FARMINGTON HILLS, MI 48335 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.237 | State what the contract or lease is for and the nature of the debtor's interest | HARDWARE SUPPORT AGREEMENT DATED: 01/28/2025 AND ALL RELATED DOCUMENTS | DATANATIONAL CORPORATION<br>23382 COMMERCE DRIVE<br>FARMINGTON HILLS, MI 48335 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.238 | State what the contract or lease is for and the nature of the debtor's interest | CARBONITE BACKUP APPLIANCE (7TB) PROPOSAL DATED: 04/10/2025 AND ALL RELATED DOCUMENTS | DATANATIONAL CORPORATION<br>23382 COMMERCE DRIVE<br>FARMINGTON HILLS, MI 48335 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | HARDWARE AND SOFTWARE MAINTENANCE AGREEMENT DATED: 02/28/2025 AND ALL RELATED DOCUMENTS | DATANATIONAL CORPORATION<br>23382 COMMERCE DRIVE<br>FARMINGTON HILLS, MI 48335 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | 1-YEAR SERVICE SUITE RENEWAL – HARDWARE AND SOFTWARE MAINTENANCE PROPOSAL DATED: 01/09/2025 AND ALL RELATED DOCUMENTS | DATANATIONAL CORPORATION<br>23382 COMMERCE DRIVE<br>FARMINGTON HILLS, MI 48335 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | WORK ORDER DATED: 08/01/2024 AND ALL RELATED DOCUMENTS | DATANATIONAL CORPORATION<br>23382 COMMERCE DRIVE<br>FARMINGTON HILLS, MI 48335 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | WORK ORDER DATED: 09/15/2025 AND ALL RELATED DOCUMENTS | DATANATIONAL CORPORATION<br>83382 COMMERCE DRIVE<br>FARMINGTON HILLS, MI 48335 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE CONTRACT DATED: 11/09/2022 AND ALL RELATED DOCUMENTS | DATANATIONAL CORPORATION<br>23382 COMMERCE DRIVE<br>FARMINGTON HILLS, MI 48335 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.244 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | WORK ORDER DATED: 08/20/2024 AND ALL RELATED DOCUMENTS | DATANATIONAL CORPORATION<br>23382 COMMERCE DRIVE<br>FARMINGTON HILLS, MI 48335 |
| 2.245 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | WORK ORDER DATED: 09/28/2023 AND ALL RELATED DOCUMENTS | DATANATIONAL CORPORATION<br>23382 COMMERCE DRIVE<br>FARMINGTON HILLS, MI 48335 |
| 2.246 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | WORK ORDER DATED: 09/10/2024 AND ALL RELATED DOCUMENTS | DATANATIONAL CORPORATION<br>23382 COMMERCE DRIVE<br>FARMINGTON HILLS, MI 48335 |
| 2.247 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ADMINISTRATION & MANAGEMENT ADDENDUM DATED: 04/25/2024 AND ALL RELATED DOCUMENTS | DATANATIONAL CORPORATION<br>23382 COMMERCE DRIVE<br>FARMINGTON HILLS, MI 48335 |
| 2.248 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MODIFICATION TO EVAULT REMOTE TO DISK BACKUP SOLUTION (ADDENDUM) DATED: 05/13/2024 AND ALL RELATED DOCUMENTS | DATANATIONAL CORPORATION<br>23382 COMMERCE DRIVE<br>FARMINGTON HILLS, MI 48335 |
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | WORK ORDER DATED: 05/06/2024 AND ALL RELATED DOCUMENTS | DATANATIONAL CORPORATION<br>23389 COMMERCE DRIVE<br>FARMINGTON HILLS, MI 48335 |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | WORK ORDER DATED: 10/06/2023 AND ALL RELATED DOCUMENTS | DATANATIONAL CORPORATION<br>23382 COMMERCE DRIVE<br>FARMINGTON HILLS, MI 48335 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUPPLY AGREEMENT DATED: 03/04/2024 AND ALL RELATED DOCUMENTS | DAYCO EUROPE S.R.L<br>VIA FORCHINO 5<br>BUROLO,<br>ITALY |
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TRANSPORTATION CONTRACT 2022-2023 RENEWAL ADDENDUM DATED: 05/01/2022 AND ALL RELATED DOCUMENTS | DAYLIGHT TRANSPORT, LLC<br>1501 HUGHES WAY<br>SUITE 200<br>LONG BEACH, CA 90810 |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LTL MOTOR CARRIER TRANSPORTATION CONTRACT DATED: 04/20/2021 AND ALL RELATED DOCUMENTS | DAYTON FREIGHT LINES<br>6450 POE AVENUE<br>SUITE 311<br>DAYTON, OH 45414 |
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER DATED: 01/04/2021 AND ALL RELATED DOCUMENTS | DE LA VEGA & MARTÍNEZ ROJAS, S.C.<br>GUILLERMO GONZALEZ CAMARENA 1100-7<br>COLONIA SANTA FE<br>CDMX<br>ALVARO OBREGON, 01210<br>MEXICO |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SETTLEMENT AND RELEASE AGREEMENT DATED: 10/15/2024 AND ALL RELATED DOCUMENTS | DELL FINANCIAL SERVICES<br>PO BOX 81577<br>AUSTIN, TX 78708-1577 |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENERGY MANAGEMENT SERVICES AGREEMENT DATED: 11/26/2024 AND ALL RELATED DOCUMENTS | DENALI ENERGY PARTNERS, LLC<br>539 W. COMMERCE ST<br># 254<br>DALLAS, TX 75208 |
| 2.257 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LICENSE AGREEMENT DATED: 03/21/2024 AND ALL RELATED DOCUMENTS | DESROSIERS AUTOMOTIVE CONSULTANTS INC.<br>80 FULTON WAY<br>RICHMOND HILL, ON L4B 1J5<br>CANADA |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.258 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT AGREEMENT DATED: 03/19/2025 AND ALL RELATED DOCUMENTS | DESROSIERS AUTOMOTIVE CONSULTANTS INC.<br>80 FULTON WAY<br>RICHMOND HILL, ON L4B 1J5<br>CANADA |
| 2.259 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LETTER AGREEMENT DATED: 07/11/2025 AND ALL RELATED DOCUMENTS | DHX-DEPENDABLE HAWAIIAN EXPRESS INC.<br>19201 S. SUSANA ROAD<br>RANCHO DOMINGUEZ, CA 90221 |
| 2.260 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 08/20/2021 AND ALL RELATED DOCUMENTS | DIESEL GLOBAL LOGISTICS, INC.<br>11 FOUNDERS BLVD<br>DIESEL GLOBAL LOGISTICS, INC<br>EL PASCO, TX 79906 |
| 2.261 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SETTLEMENT AGREEMENT DATED: 09/01/2025 AND ALL RELATED DOCUMENTS | DISTRIBUIDORA ONA<br>DE LOS ALAMOS E9-106 Y<br>JOAQUÍN SUMAITA<br>QUITO,<br>ECUADOR |
| 2.262 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TRANSPORTATION AGREEMENT (LTL MOTOR CARRIER) DATED: 04/20/2021 AND ALL RELATED DOCUMENTS | DOHRN TRANSFER COMPANY, LLC<br>625 3RD AVENUE<br>ROCK ISLAND, IL 61201 |
| 2.263 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSULTING AGREEMENT DATED: 12/01/2021 AND ALL RELATED DOCUMENTS | DRIVE SALES AND MARKETING<br>246 COURT AVE.<br>ATTN: PATRICK O'LEARY<br>MEMPHIS, TN 38103 |
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECOND AMENDMENT TO PROCUREMENT SERVICES AGREEMENT DATED: 01/19/2022 AND ALL RELATED DOCUMENTS | DSSI, LLC<br>9300 SHELBYVILLE RD<br>SUITE 910<br>LOUISVILLE, KY 40222 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO PROCUREMENT SERVICES AGREEMENT DATED: 10/08/2024 AND ALL RELATED DOCUMENTS | DSSI, LLC<br>9300 SHELBYVILLE RD<br>SUITE 910<br>LOUISVILLE, KY 40222 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER DATED: 09/10/2020 AND ALL RELATED DOCUMENTS | DUFF & PHELPS LLC<br>311 SOUTH WACKER DRIVE<br>SUITE 4200<br>CHICAGO, IL 60606 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | GROUP HEALTH PLAN BUSINESS ASSOCIATE AGREEMENT DATED: 08/29/2025 AND ALL RELATED DOCUMENTS | ELEVANCE HEALTH<br>220 VIRGINIA AVENUE<br>INDIANAPOLIS, IN 46204 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.268 | State what the contract or lease is for and the nature of the debtor's interest | CARRIER AGREEMENT DATED: 08/02/2024 AND ALL RELATED DOCUMENTS | ELITE EXPRESS, LLC<br>811 CENTRAL EXPY #300A<br>RICHARDSON, TX 75080 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM A TO LICENSING AGREEMENT DATED: 01/01/2024 AND ALL RELATED DOCUMENTS | ENDEAVOR BUSINESS MEDIA, LLC<br>1233 1233 JANESVILLE AVE<br>FORT ATKINSON, WI 53538 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO LICENSE AGREEMENT DATED: 01/22/2025 AND ALL RELATED DOCUMENTS | ENDEAVOR BUSINESS MEDIA, LLC<br>1233 1233 JANESVILLE AVE<br>FORT ATKINSON, WI 53538 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT DATED: 08/30/2021 AND ALL RELATED DOCUMENTS | ENGINEERED2HIRE, INC.<br>13468 HIPWORTH ROAD<br>MILTON, GA 30004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 02/05/2021 AND ALL RELATED DOCUMENTS | ENGLAND LOGISTICS, INC.<br>1325 S. 4700 W.<br>SALT LAKE CITY, UT 84104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT- STATEMENT OF WORK (SOW) DATED: 10/21/2022 AND ALL RELATED DOCUMENTS | ENNVEE TECHNOGROUP INC.<br>1733 PARK STREET<br>SUITE 220<br>NAPERVILLE, IL 60563 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.274 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK- MASTER SERVICE AGREEMENT DATED: 06/14/2021 AND ALL RELATED DOCUMENTS | ENNVEE TECHNOGROUP INC.<br>1733 PARK STREET<br>SUITE 220<br>NAPERVILLE, IL 60563 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.275 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO PRICING TERMS DATED: 08/01/2025 AND ALL RELATED DOCUMENTS | ENNVEE TECHNOGROUP INC.<br>145 TOWER DRIVE<br>SUITE 10<br>ENNVEE TECHNOGROUP, INC.<br>BURR RIDGE, IL 60527 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.276 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK- MASTER SERVICE AGREEMENT DATED: 10/21/2022 AND ALL RELATED DOCUMENTS | ENNVEE TECHNOGROUP INC.<br>1733 PARK STREET<br>SUITE 220<br>NAPERVILLE, IL 60563 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.277 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 08/09/2021 AND ALL RELATED DOCUMENTS | EPES LOGISTICS SERVICES, INC.<br>538 N REGIONAL ROAD<br>GREENSBORO, NC 27409 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.278 | State what the contract or lease is for and the nature of the debtor's interest | DUE DILIGENCE NON-RELIANCE LETTER DATED: 09/01/2022 AND ALL RELATED DOCUMENTS | ERNST & YOUNG LLP<br>777 WOODWARD AVE<br>DETROIT, MI 48226 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.279 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONTRACT 1833 SCHEDULE B DATED: 05/01/2022 AND ALL RELATED DOCUMENTS | ESTES EXPRESS LINES<br>3901 WEST BROAD STREET<br>RICHMOND, VA 23230 |
| 2.280 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TL MOTOR CARRIER TRANSPORTATION CONTRACT (ESTES EXPRESS LINES) DATED: 04/20/2021 AND ALL RELATED DOCUMENTS | ESTES EXPRESS LINES<br>3901 WEST BROAD STREET<br>RICHMOND, VA 23230 |
| 2.281 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SCHEDULE B / CONTRACT 1833 DATED: 04/14/2022 AND ALL RELATED DOCUMENTS | ESTES EXPRESS LINES<br>3901 WEST BROAD STREET<br>RICHMOND, VA 23230 |
| 2.282 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SUBSCRIPTION AGREEMENT DATED: 12/06/2021 AND ALL RELATED DOCUMENTS | FALCON.IO US, INC.<br>200 VESEY STREET 19TH FLOOR<br>NEW YORK, NY 10281 |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER DATED: 09/23/2020 AND ALL RELATED DOCUMENTS | FARRER & CO LLP<br>66 LINCOLN'S INN FIELDS<br>LONDON,<br>UNITED KINGDOM |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FAST SOLUTIONS AGREEMENT DATED: 10/01/2021 AND ALL RELATED DOCUMENTS | FAST SOLUTIONS<br>PO BOX 249<br>20631 STATE HIGHWAY 55<br>GLENWOOD, MN 56334 |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | REPRESENTATIVE CONTRACT PERTAINING TO VENDING ORDER FORM SUBJECT TO SOLUTIONS AGREEMENT DATED: 01/20/2022 AND ALL RELATED DOCUMENTS | FAST SOLUTIONS<br>PO BOX 249<br>20631 STATE HIGHWAY 55<br>GLENWOOD, MN 56334 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FAST SOLUTIONS AGREEMENT DATED: 10/18/2021 AND ALL RELATED DOCUMENTS | FAST SOLUTIONS<br>PO BOX 249<br>20631 STATE HIGHWAY 55<br>GLENWOOD, MN 56334 |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FAST SOLUTIONS AGREEMENT DATED: 05/15/2023 AND ALL RELATED DOCUMENTS | FAST SOLUTIONS<br>PO BOX 249<br>20631 STATE HIGHWAY 55<br>GLENWOOD, MN 56334 |
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TRANSPORTATION SERVICES AGREEMENT DATED: 10/20/2022 AND ALL RELATED DOCUMENTS | FEDERAL EXPRESS CORPORATION<br>P O BOX 7221<br>PASADENA, CA 91109-7321 |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TRANSPORTATION SERVICES AGREEMENT AMENDMENT DATED: 08/14/2025 AND ALL RELATED DOCUMENTS | FEDEX FREIGHT, INC.<br>PO BOX 10306<br>PALATINE, IL 60055-0306 |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED: 07/25/2022 AND ALL RELATED DOCUMENTS | FENYES ENGINEERED TECHNOLOGY PRIVATE LIMITED |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT AND PLAN OF MERGER DATED: 12/30/2022 AND ALL RELATED DOCUMENTS | FIRST BRANDS GROUP, LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALE AGREEMENT DATED: 12/02/2024 AND ALL RELATED DOCUMENTS | FIRST BRANDS GROUP, LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.293 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO PROMISSORY NOTE DATED: 08/04/2021 AND ALL RELATED DOCUMENTS | FIRST BRANDS GROUP, LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.294 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT (OF UNDERSTANDING) PROMOTIONAL ACTIVITIES DATED: 06/04/2025 AND ALL RELATED DOCUMENTS | FISH ON PRODUCTIONS INC<br>1895 CLEMENTS RD.<br>UNIT 101<br>PICKERING, ON L1W 3V5<br>CANADA |
| 2.295 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT (OF UNDERSTANDING) PROMOTIONAL ACTIVITIES DATED: 06/27/2025 AND ALL RELATED DOCUMENTS | FISH ON PRODUCTIONS INC<br>1895 CLEMENTS RD.<br>UNIT 101<br>PICKERING, ON L1W3V5<br>CANADA |
| 2.296 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENSURING AGREEMENT DATED: 01/01/2023 AND ALL RELATED DOCUMENTS | FISH ON PRODUCTIONS INC<br>1895 CLEMENTS RD.<br>UNIT 101<br>PICKERING, ON L1W3V5<br>CANADA |
| 2.297 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR BROKERAGE OF MOTOR CARRMGE SERVICES DATED: 08/21/2024 AND ALL RELATED DOCUMENTS | FITZMARK, LLC |
| 2.298 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MERGER AGREEMENT DATED: 03/28/2022 AND ALL RELATED DOCUMENTS | FORTIS ADVISORS, LLC<br>12526 HIGH BLUFF DRIVE SUITE 280<br>SAN DIEGO, CA 92130 |
| 2.299 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PROFESSIONAL SERVICES AGREEMENT DATED: 02/05/2021 AND ALL RELATED DOCUMENTS | FORTNA INC.<br>1349 W. PEACHTREE ST. NW<br>SUITE 1300<br>ATLANTA, GA 30309 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.300 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CUSTOM GROWTH PROGRAM CONTRACT DATED: 09/02/2022 AND ALL RELATED DOCUMENTS | FRAM GROUP OPERATIONS LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.301 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | 2023 CUSTOM GROWTH PROGRAM CONTRACT DATED: 09/02/2022 AND ALL RELATED DOCUMENTS | FRAM GROUP OPERATIONS LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.302 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CUSTOM GROWTH PROGRAM CONTRACT DATED: 09/16/2022 AND ALL RELATED DOCUMENTS | FRAM GROUP OPERATIONS LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.303 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO THE PROMISSORY NOTE DATED: 09/30/2024 AND ALL RELATED DOCUMENTS | FRAM GROUP OPERATIONS MEXICO CITY SA DE CV<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.304 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LETTER OF AUTHORIZATION DATED: 07/24/2025 AND ALL RELATED DOCUMENTS | FUJIAN XIAPU SANSHA HUAMEI INDUSTRIES CO., LTD.<br>CHINA, FUJIAN, NINGDE, XIAPU COUNTY<br>355103<br>CHINA |
| 2.305 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MANAGED SERVICES - STATEMENT OF WORK DATED: 11/08/2021 AND ALL RELATED DOCUMENTS | FUJITSU AMERICA, INC.<br>1250 EAST ARQUES AVE.<br>SUNNYVALE, CA 94085 |
| 2.306 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER AGREEMENT AND ALL RELATED DOCUMENTS | FUJITSU AMERICA, INC.<br>1250 EAST ARQUES AVENUE<br>SUNNYVALE, CA 94085 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER AGREEMENT DATED: 10/29/2021 AND ALL RELATED DOCUMENTS | FUJITSU AMERICA, INC.<br>1250 EAST ARQUES AVENUE<br>SUNNYVALE, CA 94085 |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED: 08/27/2021 AND ALL RELATED DOCUMENTS | FUJITSU AMERICA, INC.<br>1250 EAST ARQUES AVENUE<br>SUNNYVALE, CA 94085-3470 |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | REPRESENTATIVE CONTRACT PURSUANT TO CHANGE ORDER DATED: 11/09/2021 AND ALL RELATED DOCUMENTS | FUJITSU AMERICA, INC.<br>1250 EAST ARQUES AVE.<br>SUNNYVALE, CA 94085 |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LICENSE AGREEMENTS DATED: 02/01/2022 AND ALL RELATED DOCUMENTS | FUJITSU AMERICA, INC.<br>1250 EAST ARQUES AVE.<br>SUNNYVALE, CA 94085 |
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | REPRESENTATIVE CHANGE ORDER TO STATEMENT OF WORK DATED: 01/10/2022 AND ALL RELATED DOCUMENTS | FUJITSU AMERICA, INC.<br>1250 EAST ARQUES AVE.<br>SUNNYVALE, CA 94085 |
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SPECIAL PRODUCT AGREEMENT DATED: 04/17/2025 AND ALL RELATED DOCUMENTS | FUTURE ELECTRONICS INC.<br>237 HYMUS BLVD<br>POINTE-CLAIRE, QC<br>CANADA |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 09/25/2024 AND ALL RELATED DOCUMENTS | FUZE LOGISTICS SERVICES INC<br>8500 DECAIRE BLVD<br>SUITE 40<br>MONT-ROYAL, QC H4P 2N2<br>CANADA |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.314 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | INTELLECTUAL PROPERTY LICENSE AGREEMENT DATED: 07/12/2006 AND ALL RELATED DOCUMENTS | G.U.D. HOLDINGS (PTY) LTD<br>BIRMINGHAM ROAD<br>WILLOWTON<br>NATAL<br>PIETERMARITZBURG, 3201<br>SOUTH AFRICA |
| 2.315 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 09/25/2024 AND ALL RELATED DOCUMENTS | GALAXY FREIGHT LINE |
| 2.316 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUPPLIER AGREEMENT DATED: 05/01/2023 AND ALL RELATED DOCUMENTS | GENUINE PARTS COMPANY<br>2999 CIRCLE 75 PARKWAY<br>ATLANTA, GA 30339 |
| 2.317 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED: 04/05/2022 AND ALL RELATED DOCUMENTS | GEORGIA PACIFIC MARKETING SERVICES (GPMS)<br>P.O. BOX 1447<br>ATTN: PAUL CHELENA<br>KENNESAW, GA 30156 |
| 2.318 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 07/22/2021 AND ALL RELATED DOCUMENTS | GILTNER LOGISTICS, INC<br>834 FALLS AVE<br>STE 1220<br>TWIN FALLS, ID 83301 |
| 2.319 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE AGREEMENT DATED: 12/02/2024 AND ALL RELATED DOCUMENTS | GLOBAL ASSETS GMBH<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.320 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PARENT PURCHASE AGREEMENT DATED: 12/02/2024 AND ALL RELATED DOCUMENTS | GLOBAL ASSETS GMBH<br>1540 BROAD WAY<br>SUITE 3710<br>NEW YORK, NY 10036 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.321 | State what the contract or lease is for and the nature of the debtor's interest | SALE AGREEMENT SCHEDULE 7 DATED: 05/31/2025 AND ALL RELATED DOCUMENTS | GLOBAL ASSETS LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.322 | State what the contract or lease is for and the nature of the debtor's interest | SALE AGREEMENT SCHEDULE 8 DATED: 06/30/2025 AND ALL RELATED DOCUMENTS | GLOBAL ASSETS LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.323 | State what the contract or lease is for and the nature of the debtor's interest | SALE AGREEMENT DATED: 12/02/2024 AND ALL RELATED DOCUMENTS | GLOBAL ASSETS LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.324 | State what the contract or lease is for and the nature of the debtor's interest | SALE AGREEMENT SCHEDULE 4 DATED: 02/28/2025 AND ALL RELATED DOCUMENTS | GLOBAL ASSETS LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.325 | State what the contract or lease is for and the nature of the debtor's interest | SALE AGREEMENT SCHEDULE 5 DATED: 03/31/2025 AND ALL RELATED DOCUMENTS | GLOBAL ASSETS LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.326 | State what the contract or lease is for and the nature of the debtor's interest | SALE AGREEMENT SCHEDULE 9 DATED: 07/28/2025 AND ALL RELATED DOCUMENTS | GLOBAL ASSETS LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.327 | State what the contract or lease is for and the nature of the debtor's interest | SALE AGREEMENT SCHEDULE 10 DATED: 08/31/2025 AND ALL RELATED DOCUMENTS | GLOBAL ASSETS LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.328 | State what the contract or lease is for and the nature of the debtor's interest | SALE AGREEMENT SCHEDULE 6 DATED: 04/30/2025 AND ALL RELATED DOCUMENTS | GLOBAL ASSETS LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.329 | State what the contract or lease is for and the nature of the debtor's interest | SALE AGREEMENT SCHEDULE 3 DATED: 01/31/2024 AND ALL RELATED DOCUMENTS | GLOBAL ASSETS LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.330 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT AND RELEASE DATED: 10/29/2021 AND ALL RELATED DOCUMENTS | GO AUTOMOTIVE, INC.<br>610 NEWPORT CENTER DRIVE<br>SUITE 810<br>ATTN: THOMAS A. FASEL<br>FASEL LAW<br>NEWPORT BEACH, CA 92660 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.331 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO SETTLEMENT AGREEMENT AND RELEASE DATED: 11/12/2021 AND ALL RELATED DOCUMENTS | GO AUTOMOTIVE, INC. D/B/A BORUI BRAKE SYSTEMS N.A.<br>610 NEWPORT CENTER DRIVE<br>SUITE 810<br>FASEL LAW<br>THOMAS A. FASEL<br>NEWPORT BEACH, CA 92660 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.332 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AND RELEASE AGREEMENT DATED: 03/05/2025 AND ALL RELATED DOCUMENTS | GREAT LAKES REPRESENTATIVES, INC.<br>1111 E. TOUHY AVENUE, #155<br>DES PLAINES, IL 60018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED: 10/01/2020 AND ALL RELATED DOCUMENTS | GUIDEPOST SOLUTIONS LLC<br>415 MADISON AVENUE<br>11TH FLOOR<br>NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest | SALES REPRESENTATIVE AGREEMENT DATED: 03/01/2023 AND ALL RELATED DOCUMENTS | HAG ADVISORY<br>CALLE 146A #58B-22<br>APTO 1102<br>BOGOTA,<br>COLOMBIA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.335 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SETTLEMENT AGREEMENT DATED: 06/02/2025 AND ALL RELATED DOCUMENTS | HARBOR CAPITAL LEASING LLC<br>7901 SOUTHPARK PLAZA STE 204<br>LITTLETON, CO 80120 |
| 2.336 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | EQUIPMENT LEASE PROPOSAL DATED: 05/04/2023 AND ALL RELATED DOCUMENTS | HARBOR CAPITAL LEASING, INC.<br>7901 SOUTHPARK PLAZA<br>#204<br>LITTLETON, CO 80120 |
| 2.337 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | REPRESENTATIVE CONTRACT PURSUANT TO RESEARCH AGREEMENT DATED: 10/01/2022 AND ALL RELATED DOCUMENTS | HEARST BUSINESS PUBLISHING, INC<br>1301 W. LONG LAKE ROAD<br>SUITE 300<br>TROY, MI 48098 |
| 2.338 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | REPRESENTATIVE CONTRACT PURSUANT TO RESEARCH AGREEMENT DATED: 07/01/2022 AND ALL RELATED DOCUMENTS | HEARST BUSINESS PUBLISHING, INC<br>1301 W. LONG LAKE ROAD<br>SUITE 300<br>TROY, MI 48098 |
| 2.339 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED: 05/17/2024 AND ALL RELATED DOCUMENTS | HIT CONSULTING LLC D/B/A KEYSTONE TECHNOLOGIES<br>4835 HIGHWAY 109<br>EUREKA, MO 63025 |
| 2.340 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED: 05/17/2025 AND ALL RELATED DOCUMENTS | HIT CONSULTING LLC D/B/A KEYSTONE TECHNOLOGIES<br>4835 HIGHWAY 109<br>EUREKA, MO 63025 |
| 2.341 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | BUSINESS ASSOCIATE AGREEMENT DATED: 05/17/2024 AND ALL RELATED DOCUMENTS | HIT CONSULTING LLC D/B/A KEYSTONE TECHNOLOGIES<br>4835 HIGHWAY 109<br>ATTN: MICAL DAVIS, EVP SALES<br>EUREKA, MO 63025 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.342 | State what the contract or lease is for and the nature of the debtor's interest | DISCOVERY SERVICES AGREEMENT DATED: 03/21/2025 AND ALL RELATED DOCUMENTS | HLP INTEGRATION LLC<br>1900 K STREET, NW<br>SUITE 725<br>WASHINGTON, DC 20006 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.343 | State what the contract or lease is for and the nature of the debtor's interest | RELEASE AND SETTLEMENT AGREEMENT DATED: 01/20/2020 AND ALL RELATED DOCUMENTS | HM ENVIRONMENTAL SERVIEES, INC.<br>42826 N. WALNUT ST.<br>MT. CLEMENS, MI 48043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.344 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AND RELEASE AGREEMENT AND ALL RELATED DOCUMENTS | HOLM HICKS WHITE & ASSOCIATES LTD.<br>ATTN: JEFF HOLM<br>18 HUTCHINSON PL.<br>ST.ALBERT, AB T8N 6R3<br>CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.345 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 12/19/2024 AND ALL RELATED DOCUMENTS | HORIZON GLOBAL GERMANY GMBH<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.346 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED: 01/28/2025 AND ALL RELATED DOCUMENTS | HRIZONS LLC<br>10749 108TH AVENUE NORTH<br>HANOVER, MN 55341 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.347 | State what the contract or lease is for and the nature of the debtor's interest | NEW BUSINESS ORDER FORM DATED: 05/15/2023 AND ALL RELATED DOCUMENTS | ICIMS, INC.<br>101 CRAWFORDS CORNER ROAD<br>SUITE 3-100<br>HOLMDEL, NJ 07733 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.348 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT ORDER FORM DATED: 06/22/2023 AND ALL RELATED DOCUMENTS | ICIMS, INC.<br>101 CRAWFORDS CORNER ROAD<br>SUITE 3-100<br>HOLMDEL, NJ 07733 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.349 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | THIRD PARTY END CLIENT AGREEMENT DATED: 07/26/2021 AND ALL RELATED DOCUMENTS | IHS MARKIT<br>4TH FLOOR, ROPEMAKER PLACE 25 ROPEMAKER STREET<br>LONDON, EC2Y 9LY<br>UNITED KINGDOM |
| 2.350 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ADDENDUM A LICENSE DATED: 01/01/2023 AND ALL RELATED DOCUMENTS | IMR INC.<br>808 QUAIL RIDGE DRIVE<br>WESTMONT, IL 60559 |
| 2.351 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOFTWARE SERVICES AGREEMENT DATED: 12/22/2008 AND ALL RELATED DOCUMENTS | INFOR (US), LLC<br>3040 CHARLEVOIX DRIVE SE<br>SUITE 200<br>GRAND RAPIDS, MI 49546 |
| 2.352 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOFTWARE SUPPORT AGREEMENT DATED: 02/19/2021 AND ALL RELATED DOCUMENTS | INFOR (US), LLC<br>3040 CHARLEVOIX DRIVE SE<br>SUITE 200<br>GRAND RAPIDS, MI 49546 |
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LICENSE AGREEMENT DATED: 02/27/2004 AND ALL RELATED DOCUMENTS | INFOR (US), LLC<br>3040 CHARLEVOIX DRIVE SE<br>SUITE 200<br>GRAND RAPIDS, MI 49546 |
| 2.354 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR BROKERAGE OF MOTOR CARTAGE SERVICES DATED: 06/25/2024 AND ALL RELATED DOCUMENTS | INFUSION FREIGHT SERVICES LLC<br>19095 S HIGHWAY 125<br>FAIRLAND, OK 74343 |
| 2.355 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE DATED: 12/29/2023 AND ALL RELATED DOCUMENTS | INGHAMS REGROOVING SERVICE INC.<br>1860 N. READING ROAD<br>STEVENS, PA 17578-9311 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.356 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED: 01/17/2023 AND ALL RELATED DOCUMENTS | INSPYR SOLUTIONS, LLC<br>600 CORPORATE DRIVE<br>SUITE 500<br>FORT LAUDERDALE, FL 33334 |
| 2.357 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 01/14/2025 AND ALL RELATED DOCUMENTS | INTEGRITY EXPRESS LOGISTICS, LLC<br>4420 COOPER RD<br>CINCINNATI, OH 45242 |
| 2.358 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CLOUD SERVICES AGREEMENT FOR MANAGED HOSTING AND APPLICATION SERVICES DATED: 07/30/2018 AND ALL RELATED DOCUMENTS | INTERNATIONAL BUSINESS MACHINES CORPORATION (IBM)<br>1 NEW ORCHARD ROAD<br>ARMONK, NY 10504-1722 |
| 2.359 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | COLLECTIVE BARGAINING AGREEMENT DATED: 06/22/2023 AND ALL RELATED DOCUMENTS | INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UAW<br>1675 N UNION STREET<br>FOSTORIA, OH 44830 |
| 2.360 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 10/06/2024 AND ALL RELATED DOCUMENTS | ITF GROUP LLC<br>11990 MISSOURI BOTTOM ROAD<br>HAZELWOOD, MO 63042 |
| 2.361 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CUSTOMS BROKER LICENSE AGREEMENT DATED: 11/08/2024 AND ALL RELATED DOCUMENTS | J.M.RODGERS CO., INC.<br>1975 LINDEN BLVD<br>3RD FLOOR<br>ELMONT, NY 11003 |
| 2.362 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DRAWBACK SERVICE AGREEMENT DATED: 11/16/2024 AND ALL RELATED DOCUMENTS | J.M.RODGERS CO., INC.<br>1975 LINDEN BLVD<br>ELMONT, NY 11003 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.363 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT DATED: 06/20/2025 AND ALL RELATED DOCUMENTS | J'S HR CONSULTING LLC<br>218 E 645 N<br>LA VERKIN, UT 84745 |
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | EQUIPMENT PURCHASE CONTRACT DATED: 02/19/2025 AND ALL RELATED DOCUMENTS | JINAN ZHUOXING INTELLIGENT TECHNOLOGY CO., LTD.<br>NO. 1888 CHUNHUI ROAD<br>SUNCUN STREET<br>HIGH-TECH ZONE<br>SHANDONG PROVINCE<br>JINAN CITY,<br>CHINA |
| 2.365 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT AGREEMENT DATED: 05/05/2021 AND ALL RELATED DOCUMENTS | JOSHUA TREE GROUP, LLC<br>510 COLUMBIA AVE.<br>#252<br>FRANKLIN, TN 37065 |
| 2.366 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MOTOR CARRIER TRANSPORTATION CONTRACT DATED: 06/22/2022 AND ALL RELATED DOCUMENTS | KAFA LOGISTICS S.A. DE C.V.<br>PRINCE MOHAMMED BIN ABDULAZIZ ROAD<br>DIAMOND FAISALIYAH<br>4TH FLOOR OFFICE 13<br>PO BOX 3631/2341<br>JEDDAH,<br>SAUDI ARABIA |
| 2.367 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUBSCRIPTION SERVICE ORDER FORM DATED: 07/29/2025 AND ALL RELATED DOCUMENTS | KAINOS WORKSMART INC<br>111 MONUMENT CIRCLE<br>SUITE 4300<br>INDIANAPOLIS, IN 46204 |
| 2.368 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RECEIVABLES PURCHASE AGREEMENT DATED: 05/22/2022 AND ALL RELATED DOCUMENTS | KARS FUNDING, LLC<br>850 NEW BURTON ROAD<br>SUITE 201<br>DOVER, DE 19904 |
| 2.369 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | JOINDER AGREEMENT DATED: 03/20/2023 AND ALL RELATED DOCUMENTS | KARS FUNDING, LLC<br>850 NEW BURTON ROAD<br>SUITE 201<br>DOVER, DE 19904 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.370 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECOND AMENDMENT TO RECEIVABLES PURCHASE AGREEMENT DATED: 02/04/2024 AND ALL RELATED DOCUMENTS | KARS FUNDING, LLC<br>850 NEW BURTON ROAD<br>SUITE 201<br>DOVER, DE 19904 |
| 2.371 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT TO RECEIVABLES PURCHASE AGREEMENT DATED: 04/15/2025 AND ALL RELATED DOCUMENTS | KARS FUNDING, LLC<br>850 NEW BURTON ROAD<br>SUITE 201<br>DOVER, DE 19904 |
| 2.372 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | THIRD AMENDMENT AND JOINDER TO RECEIVABLES PURCHASE AGREEMENT DATED: 03/08/2024 AND ALL RELATED DOCUMENTS | KARS FUNDING, LLC<br>850 NEW BURTON ROAD<br>SUITE 201<br>DOVER, DE 19904 |
| 2.373 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECOND AMENDMENT TO RECEIVABLES PURCHASE AGREEMENT DATED: 02/04/2024 AND ALL RELATED DOCUMENTS | KATSUMI SERVICING, LLC<br>6177 LAKE WALDON DRIVE<br>CLARKSTON, MI 48346 |
| 2.374 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | THIRD AMENDMENT AND JOINDER TO RECEIVABLES PURCHASE AGREEMENT DATED: 03/08/2024 AND ALL RELATED DOCUMENTS | KATSUMI SERVICING, LLC<br>6177 LAKE WALDON DRIVE<br>CLARKSTON, MI 48346 |
| 2.375 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT TO RECEIVABLES PURCHASE AGREEMENT DATED: 04/15/2025 AND ALL RELATED DOCUMENTS | KATSUMI SERVICING, LLC<br>6177 LAKE WALDON DRIVE<br>CLARKSTON, MI 48346 |
| 2.376 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RECEIVABLES PURCHASE AGREEMENT DATED: 05/22/2022 AND ALL RELATED DOCUMENTS | KATSUMI SERVICING, LLC<br>6177 LAKE WALDON DRIVE<br>CLARKSTON, MI 48346 |

Debtor First Brands Group, LLC Case number (If known): 25-90399 (CML)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.377 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE DATED: 11/27/2023 AND ALL RELATED DOCUMENTS | KEYSTONE DISPLAY, INC.<br>11916 MAPLE AVENUE<br>HEBRON, IL 60034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.378 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AGREEMENT DATED: 10/04/2023 AND ALL RELATED DOCUMENTS | KN.LTEX CORPORATION |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.379 | State what the contract or lease is for and the nature of the debtor's interest | MASTER PURCHASE AGREEMENT DATED: 05/04/2023 AND ALL RELATED DOCUMENTS | KOAIR INDUSTRIAL CO<br>572 BUREUNNAM-RO<br>LTD.<br>BUREUN-MYEON<br>INCHEON<br>GANGHWA-GUN,<br>KOREA, REPUBLIC OF |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.380 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT AND AMENDMENT OF AMENDED AND RESTATED TRADEMARK LICENSE AGREEMENT DATED: 07/31/2024 AND ALL RELATED DOCUMENTS | KONINKLIJKE PHILIPS N.V.<br>REGISTERED OFFICE<br>EINDHOVEN,<br>NETHERLANDS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.381 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER AMENDMENT – CUSTOMS TARIFF REFUND ASSISTANCE DATED: 11/02/2021 AND ALL RELATED DOCUMENTS | KPMG LLP<br>8350 BROAD STREET<br>SUITE 900<br>MCLEAN, VA 22102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.382 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER – TAX CONSULTING SERVICES DATED: 06/14/2021 AND ALL RELATED DOCUMENTS | KPMG LLP<br>8350 BROAD STREET<br>SUITE 900<br>MCLEAN, VA 22102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.383 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT TO PROVIDE SERVICES DATED: 11/07/2024 AND ALL RELATED DOCUMENTS | KRUGGEL, LAWTON & COMPANY LLC<br>317 W. FRANKLIN STREET<br>ELKHART, IN 46516 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.384 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LIMITED SCOPE REPRESENTATION AGREEMENT DATED: 11/24/2021 AND ALL RELATED DOCUMENTS | KYL J. KIRBY, ATTORNEY AND COUNSELOR AT LAW, P.C.<br>1400 LIPSCOMB STREET<br>FORT WORTH, TX 76104 |
| 2.385 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CLIENT SERVICES AGREEMENT AND ALL RELATED DOCUMENTS | KYNDRYL, INC.<br>ONE VANDERBILT AVENUE<br>15TH FLOOR<br>NEW YORK, NY 10017 |
| 2.386 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT TO PRICING TERMS DATED: 07/01/2023 AND ALL RELATED DOCUMENTS | KYNDRYL, INC.<br>ONE VANDERBILT AVENUE<br>15TH FLOOR<br>KYNDRYL, INC.<br>NEW YORK, NY 10017 |
| 2.387 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT TO PRICING TERMS DATED: 01/01/2023 AND ALL RELATED DOCUMENTS | KYNDRYL, INC.<br>ONE VANDERBILT AVENUE<br>15TH FLOOR<br>KYNDRYL, INC.<br>NEW YORK, NY 10017 |
| 2.388 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK DATED: 12/31/2024 AND ALL RELATED DOCUMENTS | KYNDRYL, INC.<br>ONE VANDERBILT AVENUE<br>15TH FLOOR<br>KYNDRYL, INC.<br>NEW YORK, NY 10017 |
| 2.389 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDED AND RESTATED MASTER RECEIVABLES PURCHASE AGREEMENT DATED: 05/26/2021 AND ALL RELATED DOCUMENTS | LAM TRADE FINANCE GROUP LLC<br>520 MADISON AVENUE<br>NEW YORK, NY 10022 |
| 2.390 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT NO. 1 TO AMENDED AND RESTATED MASTER RECEIVABLES PURCHASE AGREEMENT DATED: 09/25/2020 AND ALL RELATED DOCUMENTS | LAM TRADE FINANCE GROUP LLC<br>520 MADISON AVENUE<br>NEW YORK, NY 10022 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.391 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ASSIGNMENT AND AMENDMENT OF AMENDED AND RESTATED TRADEMARK LICENSE AGREEMENT DATED: 07/31/2024 AND ALL RELATED DOCUMENTS | LAMPS HOLDING B.V.<br>BEEMDSTRAAT 42<br>EINDHOVEN,<br>NETHERLANDS |
| 2.392 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TRANSITION SERVICES AGREEMENT DATED: 07/30/2024 AND ALL RELATED DOCUMENTS | LAMPS HOLDING B.V.<br>127 PUBLIC SQUARE<br>SUITE 5110<br>CLEVELAND, OH 44114 |
| 2.393 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECURITIES PURCHASE AGREEMENT DATED: 01/26/2024 AND ALL RELATED DOCUMENTS | LCP WALBRO SPV, LP |
| 2.394 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER FOR AUDIT AND TAX SERVICES DATED: 01/14/2021 AND ALL RELATED DOCUMENTS | LEHMANBROWN<br>255-257 GLOUCESTER ROAD<br>SUITE 03<br>16TH FLOOR<br>SINO PLAZA<br>CAUSEWAY BAY,<br>HONG KONG |
| 2.395 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER FOR AUDIT AND TAX SERVICES DATED: 09/23/2021 AND ALL RELATED DOCUMENTS | LEHMANBROWN<br>255-257 GLOUCESTER ROAD<br>SUITE 03<br>16TH FLOOR<br>SINO PLAZA<br>CAUSEWAY BAY,<br>HONG KONG |
| 2.396 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER FOR AUDIT SERVICES DATED: 05/25/2023 AND ALL RELATED DOCUMENTS | LEHMANBROWN (BEIJING) CPAS<br>255-257 GLOUCESTER ROAD<br>SUITE 03<br>16TH FLOOR<br>SINO PLAZA<br>CAUSEWAY BAY,<br>HONG KONG |
| 2.397 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSULTING AGREEMENT DATED: 08/01/2021 AND ALL RELATED DOCUMENTS | LEPROHON CONSULTING SERVICES LLC<br>2836 TALIMORE COURT<br>MARIETTA, GA 30066 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.398 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSULTING AGREEMENT DATED: 09/01/2022 AND ALL RELATED DOCUMENTS | LEPROHON CONSULTING SERVICES LLC<br>2836 TALIMORE COURT<br>MARIETTA, GA 30066 |
| 2.399 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT 2 TO SCRAP PURCHASE AND MANAGEMENT AGREEMENT DATED: 05/01/2025 AND ALL RELATED DOCUMENTS | LEWIS SCRAP PROCESSORS, INC.<br>1961 WHITE INDUSTRIAL DRIVE<br>WARSAW, IN 46580 |
| 2.400 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER FOR ONGOING SERVICES DATED: 04/03/2023 AND ALL RELATED DOCUMENTS | LINKEDIN CORPORATION<br>1000 W. MAUDE AVENUE<br>SUNNYVALE, CA 94085 |
| 2.401 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER PURCHASE AGREEMENT DATED: 01/01/2024 AND ALL RELATED DOCUMENTS | LONGDA ALUMINUM (SHUNPING) CO., LTD<br>NO. 299, CHAOYANG NORTH STREET (XU)<br>XUSHUI DISTRICT<br>BAODING CITY, HEBEI PROVINCE,<br>CHINA |
| 2.402 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SETTLEMENT AGREEMENT AND MUTUAL RELEASE DATED: 04/04/2025 AND ALL RELATED DOCUMENTS | LOS ALAMITOS MEDICAL CENTER<br>3751 KATELLA AVE,<br>LOS ALAMITOS, CA 90720 |
| 2.403 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER – LEGAL COUNSEL DATED: 05/27/2022 AND ALL RELATED DOCUMENTS | LOYENS & LOEFF LUXEMBOURG S.À R.L.<br>18-20, RUE EDWARD STEICHEN<br>LUXEMBOURG, L-2540<br>LUXEMBOURG |
| 2.404 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LETTER AMENDMENT TO MASTER PURCHASE AGREEMENT DATED: 10/17/2024 AND ALL RELATED DOCUMENTS | LUEN JIN ENTERPRISE CO., LTD.<br>NO. 17-21<br>LAIGANLIAO<br>TAINAN CITY<br>JIALI DISTRICT, 722<br>TAIWAN (R.O.C.) |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.405 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED: 12/09/2024 AND ALL RELATED DOCUMENTS | LUMILEDS (TAIWAN) CO., LTD<br>127 PUBLIC SQUARE, SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.406 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED: 08/01/2024 AND ALL RELATED DOCUMENTS | LUMILEDS (THAILAND) CO., LTD<br>BEEMDSTRAAT 42-46<br>EINDHOVEN, AB 5652<br>NETHERLANDS |
| 2.407 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALE AGREEMENT SCHEDULE 10 DATED: 08/31/2025 AND ALL RELATED DOCUMENTS | LUMILEDS DELAWARE LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.408 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALE AGREEMENT SCHEDULE 7 DATED: 05/31/2025 AND ALL RELATED DOCUMENTS | LUMILEDS DELAWARE LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.409 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALE AGREEMENT SCHEDULE 5 DATED: 03/31/2025 AND ALL RELATED DOCUMENTS | LUMILEDS DELAWARE LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.410 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALE AGREEMENT SCHEDULE 4 DATED: 02/28/2025 AND ALL RELATED DOCUMENTS | LUMILEDS DELAWARE LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.411 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALE AGREEMENT SCHEDULE 6 DATED: 04/30/2025 AND ALL RELATED DOCUMENTS | LUMILEDS DELAWARE LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.412 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALE AGREEMENT SCHEDULE 8 DATED: 06/30/2025 AND ALL RELATED DOCUMENTS | LUMILEDS DELAWARE LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.413 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALE AGREEMENT SCHEDULE 9 DATED: 07/28/2025 AND ALL RELATED DOCUMENTS | LUMILEDS DELAWARE LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.414 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALE AGREEMENT SCHEDULE 3 DATED: 01/31/2024 AND ALL RELATED DOCUMENTS | LUMILEDS DELAWARE LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.415 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALE AGREEMENT DATED: 12/02/2024 AND ALL RELATED DOCUMENTS | LUMILEDS DELAWARE LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.416 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PURCHASE AGREEMENT DATED: 12/02/2024 AND ALL RELATED DOCUMENTS | LUMILEDS GERMANY GMBH<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.417 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ASSIGNMENT AND AMENDMENT OF AMENDED AND RESTATED TRADEMARK LICENSE AGREEMENT DATED: 07/31/2024 AND ALL RELATED DOCUMENTS | LUMILEDS HOLDING B.V.<br>REGISTERED OFFICE<br>AMSTERDAM,<br>NETHERLANDS |
| 2.418 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TRANSITION SERVICES AGREEMENT DATED: 07/30/2024 AND ALL RELATED DOCUMENTS | LUMILEDS HOLDING B.V.<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.419 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED: 12/09/2024 AND ALL RELATED DOCUMENTS | LUMILEDS KOREA LTD.<br>127 PUBLIC SQUARE, SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.420 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | GUARANTY AGREEMENT DATED: 01/01/2024 AND ALL RELATED DOCUMENTS | LUMILEDS, LLC<br>34119 W. 12 MILE ROAD<br>SUITE 102<br>FARMINGTON HILLS, MI 48331 |
| 2.421 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER / AGREEMENT LETTER DATED: 10/04/2022 AND ALL RELATED DOCUMENTS | LVC CAPITAL, S.A. DE C.V.<br>CAMPOS ELISEOS 116-B<br>COL. POLANCO<br>CIUDAD DE MEXICO<br>MIGUEL HIDALGO, 11560<br>MEXICO |
| 2.422 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER DATED: 03/30/2022 AND ALL RELATED DOCUMENTS | MALLETTE INC.<br>200-1562 RUE NATIONALE TERREBONNE<br>QUEBEC, J6W0E2<br>CANADA |
| 2.423 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | 2025 CONTENT CREATOR PROGRAM AGREEMENT DATED: 05/21/2025 AND ALL RELATED DOCUMENTS | MARIANNE ST-AUBIN<br>5-20 VALAIN ST<br>ALFRED, ON<br>CANADA |
| 2.424 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONTRACT AGREEMENT AMENDMENT DATED: 06/23/2025 AND ALL RELATED DOCUMENTS | MARSHALL ASSOCIATES, INC.<br>1131 W BLACKHAWK ST.<br>SUITE 2<br>CHICAGO, IL 60642 |
| 2.425 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALES REPRESENTATION AGREEMENT DATED: 09/01/2024 AND ALL RELATED DOCUMENTS | MARSHALL ASSOCIATES, INC. (MAI)<br>1131 W. BLACKHAWK ST.<br>SUITE 2<br>CHICAGO, IL 60642 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.426 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | QUARTERLY REBATE AGREEMENT DATED: 07/01/2025 AND ALL RELATED DOCUMENTS | MASKA GROUPE INC.<br>550 AV. VAUDREUIL<br>SAINT-HYACINTHE, QC<br>CANADA |
| 2.427 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MATILLION ORDER FORM DATED: 10/31/2024 AND ALL RELATED DOCUMENTS | MATILLION LIMITED<br>FLOORS 6 & 7, TWO NEW BAILEY, STANLEY STREET<br>MATILLION LIMITED<br>GREATER MANCHESTER<br>SALFORD, M3 5GS<br>UNITED KINGDOM |
| 2.428 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED: 07/01/2023 AND ALL RELATED DOCUMENTS | MAXIMUS US SERVICES, INC.<br>1600 TYSONS BOULEVARD<br>SUITE 1400<br>MCLEAN, VA 22102 |
| 2.429 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECURITY SERVICE AGREEMENT DATED: 07/01/2022 AND ALL RELATED DOCUMENTS | MERCHANTS SECURITY SERVICE<br>4766 GLENDALE-MILFORD ROAD<br>CINCINNATI, OH 45242 |
| 2.430 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED: 12/14/2021 AND ALL RELATED DOCUMENTS | METALMINER<br>PO BOX 3009<br>GARY, IN 46403 |
| 2.431 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT TO THE LICENCE AGREEMENT DATED: 12/18/2024 AND ALL RELATED DOCUMENTS | MICHELIN LIFESTYLE LIMITED<br>CAMPBELL ROAD<br>STAFFORDSHIRE<br>STOKE-ON-TRENT,<br>UNITED KINGDOM |
| 2.432 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LICENSE AGREEMENT AND ALL RELATED DOCUMENTS | MICHELIN LIFESTYLE LIMITED<br>CAMPBELL ROAD<br>STAFFS<br>STOKE-ON-TRENT,<br>UNITED KINGDOM |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.433 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | NOVATION AGREEMENT DATED: 06/12/2023 AND ALL RELATED DOCUMENTS | MICHELIN LIFESTYLE LIMITED<br>CAMPBELL ROAD<br>STAFFORDSHIRE<br>STOKE-ON-TRENT,<br>UNITED KINGDOM |
| 2.434 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT TO THE LICENCE AGREEMENT DATED: 01/17/2024 AND ALL RELATED DOCUMENTS | MICHELIN LIFESTYLE LIMITED<br>CAMPBELL ROAD<br>STAFFORDSHIRE<br>STOKE-ON-TRENT,<br>UNITED KINGDOM |
| 2.435 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | 2025 CONTENT CREATOR PROGRAM AGREEMENT DATED: 08/19/2025 AND ALL RELATED DOCUMENTS | MICHIGAN STORM CHASERS L.L.C.<br>PO BOX 419<br>EDWARDSBURG, MI 49112 |
| 2.436 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LICENSING AGREEMENT DATED: 03/31/2025 AND ALL RELATED DOCUMENTS | MICROSOFT CORPORATION<br>6880 SIERRA CENTER PARKWAY<br>MICROSOFT CORPORATION<br>DEPT. 551, VOLUME LICENSING<br>RENO, NV 89511 |
| 2.437 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LICENSING AGREEMENT DATED: 02/11/2025 AND ALL RELATED DOCUMENTS | MICROSOFT CORPORATION<br>6880 SIERRA CENTER PARKWAY<br>MICROSOFT CORPORATION<br>DEPT. 551, VOLUME LICENSING<br>RENO, NV 89511 |
| 2.438 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LICENSING AGREEMENT DATED: 08/05/2021 AND ALL RELATED DOCUMENTS | MICROSOFT CORPORATION<br>6880 SIERRA CENTER PARKWAY<br>DEPT. 551<br>VOLUME LICENSING<br>RENO, NV 89511 |
| 2.439 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LICENSING AGREEMENT DATED: 05/27/2025 AND ALL RELATED DOCUMENTS | MICROSOFT CORPORATION<br>ONE MICROSOFT WAY<br>REDMOND, WA 98052-6399 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.440 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LICENSING AGREEMENT DATED: 03/07/2022 AND ALL RELATED DOCUMENTS | MICROSOFT CORPORATION<br>6880 SIERRA CENTER PARKWAY<br>DEPT. 551<br>VOLUME LICENSING<br>RENO, NV 89511 |
| 2.441 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LICENSING AGREEMENT DATED: 06/30/2025 AND ALL RELATED DOCUMENTS | MICROSOFT CORPORATION<br>6880 SIERRA CENTER PARKWAY<br>MICROSOFT CORPORATION<br>DEPT. 551, VOLUME LICENSING<br>RENO, NV 89511 |
| 2.442 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TRADING AGREEMENT DATED: 06/13/2025 AND ALL RELATED DOCUMENTS | MIDWEST INSTITUTIONAL TRUST COMPANY<br>10700 W. RESEARCH DR., SUITE 205<br>MILWAUKEE, WI 53226 |
| 2.443 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER DATED: 07/01/2022 AND ALL RELATED DOCUMENTS | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>1515 NANJING ROAD WEST<br>30/F<br>JING'AN KERRY CENTRE<br>SHANGHAI,<br>CHINA |
| 2.444 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | OFFICE WAREHOUSE SUBLEASE AGREEMENT- LEASING AGREEMENT DATED: 08/11/2025 AND ALL RELATED DOCUMENTS | MONTCLAIR CAPITAL, LLC<br>2808 S. INGRAM MILL RD.<br>SUITE A100<br>MONTCLAIR CAPITAL, LLC<br>SPRINGFIELD, MO 65804 |
| 2.445 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT TO SERVICES AGREEMENT DATED: 06/10/2022 AND ALL RELATED DOCUMENTS | MOTIV INC.<br>5912 BALCONES DR<br>STE 200<br>AUSTIN, TX 78731 |
| 2.446 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 06/21/2024 AND ALL RELATED DOCUMENTS | MOTUS FREIGHT LLC<br>119 FAIRFIELD AVENUE SUITE 410<br>BELLEVUE, KY 41073 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.447 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT AND ASSIGNMENT OF SERICES AGREEMENT DATED: 05/15/2025 AND ALL RELATED DOCUMENTS | MVT LOGISTICS, LLC<br>4950 AVENIDA CREEL<br>ATTN: AMY NOYES<br>CHIEF OPERATING OFFICER<br>SANTA TERESA, NM 88008 |
| 2.448 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | 2024 CONTENT CREATOR PROGRAM AGREEMENT DATED: 09/22/2024 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| 2.449 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSULTING AGREEMENT DATED: 10/15/2022 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| 2.450 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | 2024 CONTENT CREATOR PROGRAM AGREEMENT DATED: 08/13/2024 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| 2.451 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | 2025 CONTENT CREATOR PROGRAM AGREEMENT DATED: 09/22/2025 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| 2.452 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | 2024 CONTENT CREATOR PROGRAM AGREEMENT DATED: 03/15/2024 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| 2.453 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PROFESSIONAL SERVICES AGREEMENT DATED: 08/01/2024 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.454 | State what the contract or lease is for and the nature of the debtor's interest | 2025 CONTENT CREATOR PROGRAM AGREEMENT DATED: 06/27/2025 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.455 | State what the contract or lease is for and the nature of the debtor's interest | 2024 CONTENT CREATOR PROGRAM AGREEMENT DATED: 02/07/2024 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.456 | State what the contract or lease is for and the nature of the debtor's interest | 2024 CONTENT CREATOR PROGRAM AGREEMENT DATED: 02/10/2024 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.457 | State what the contract or lease is for and the nature of the debtor's interest | 2024 CONTENT CREATOR PROGRAM AGREEMENT DATED: 08/29/2024 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.458 | State what the contract or lease is for and the nature of the debtor's interest | 2024 CONTENT CREATOR PROGRAM AGREEMENT DATED: 05/28/2024 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.459 | State what the contract or lease is for and the nature of the debtor's interest | SALES REPRESENTATIVE AGREEMENT DATED: 03/10/2023 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.460 | State what the contract or lease is for and the nature of the debtor's interest | 2025 CONTENT CREATOR PROGRAM AGREEMENT DATED: 02/10/2025 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.461 | State what the contract or lease is for and the nature of the debtor's interest | ATTORNEY ENGAGEMENT LETTER DATED: 07/05/2023 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.462 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT DATED: 09/14/2021 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.463 | State what the contract or lease is for and the nature of the debtor's interest | 2024 CONTENT CREATOR PROGRAM AGREEMENT DATED: 03/04/2024 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.464 | State what the contract or lease is for and the nature of the debtor's interest | 2024 CONTENT CREATOR PROGRAM AGREEMENT DATED: 10/03/2024 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.465 | State what the contract or lease is for and the nature of the debtor's interest | 2024 CONTENT CREATOR PROGRAM AGREEMENT DATED: 03/20/2024 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.466 | State what the contract or lease is for and the nature of the debtor's interest | 2024 CONTENT CREATOR PROGRAM AGREEMENT DATED: 02/28/2024 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.467 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT DATED: 10/11/2021 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.468 | State what the contract or lease is for and the nature of the debtor's interest | 2024 CONTENT CREATOR PROGRAM AGREEMENT DATED: 02/12/2024 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.469 | State what the contract or lease is for and the nature of the debtor's interest | 2024 CONTENT CREATOR PROGRAM AGREEMENT DATED: 05/30/2024 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.470 | State what the contract or lease is for and the nature of the debtor's interest | 2025 CONTENT CREATOR PROGRAM AGREEMENT DATED: 02/27/2025 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.471 | State what the contract or lease is for and the nature of the debtor's interest | 2024 CONTENT CREATOR PROGRAM AGREEMENT DATED: 02/15/2024 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.472 | State what the contract or lease is for and the nature of the debtor's interest | 2024 CONTENT CREATOR PROGRAM AGREEMENT DATED: 02/29/2024 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.473 | State what the contract or lease is for and the nature of the debtor's interest | 2025 CONTENT CREATOR PROGRAM AGREEMENT DATED: 03/04/2025 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.474 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT DATED: 01/31/2022 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.475 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT DATED: 08/31/2021 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.476 | State what the contract or lease is for and the nature of the debtor's interest | AMBASSADOR AGREEMENT DATED: 05/13/2024 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.477 | State what the contract or lease is for and the nature of the debtor's interest | 2024 CONTENT CREATOR PROGRAM AGREEMENT DATED: 01/02/2024 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.478 | State what the contract or lease is for and the nature of the debtor's interest | 2024 CONTENT CREATOR PROGRAM AGREEMENT DATED: 02/28/2024 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.479 | State what the contract or lease is for and the nature of the debtor's interest | 2024 CONTENT CREATOR PROGRAM AGREEMENT DATED: 03/21/2024 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.480 | State what the contract or lease is for and the nature of the debtor's interest | 2024 CONTENT CREATOR PROGRAM AGREEMENT DATED: 03/19/2024 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.481 | State what the contract or lease is for and the nature of the debtor's interest | 2024 CONTENT CREATOR PROGRAM AGREEMENT DATED: 06/05/2024 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.482 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | 2025 CONTENT CREATOR PROGRAM AGREEMENT DATED: 08/12/2025 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| 2.483 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSULTING AGREEMENT DATED: 10/11/2021 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| 2.484 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | 2024 CONTENT CREATOR PROGRAM AGREEMENT DATED: 07/12/2024 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| 2.485 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMBASSADOR AGREEMENT DATED: 05/13/2024 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| 2.486 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | 2025 CONTENT CREATOR PROGRAM AGREEMENT DATED: 04/01/2025 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| 2.487 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSULTING AGREEMENT DATED: 06/28/2022 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| 2.488 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | 2025 CONTENT CREATOR PROGRAM AGREEMENT DATED: 02/18/2025 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.489 | State what the contract or lease is for and the nature of the debtor's interest | 2025 CONTENT CREATOR PROGRAM AGREEMENT DATED: 02/12/2025 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.490 | State what the contract or lease is for and the nature of the debtor's interest | 2024 CONTENT CREATOR PROGRAM AGREEMENT DATED: 04/08/2024 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.491 | State what the contract or lease is for and the nature of the debtor's interest | 2024 CONTENT CREATOR PROGRAM AGREEMENT DATED: 09/05/2024 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.492 | State what the contract or lease is for and the nature of the debtor's interest | 2024 CONTENT CREATOR PROGRAM AGREEMENT DATED: 03/06/2024 AND ALL RELATED DOCUMENTS | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.493 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 06/20/2023 AND ALL RELATED DOCUMENTS | NATIONAL AUTO PARTS ASSOCIATION<br>2999 WILDWOOD PARKWAY<br>ATLANTA, GA 30339 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.494 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT- STATEMENT OF WORK DATED: 05/03/2021 AND ALL RELATED DOCUMENTS | NB VENTURES, INC. D/B/A<br>100 WALNUT AVENUE<br>SUITE 304<br>CLARK, NJ 07066 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.495 | State what the contract or lease is for and the nature of the debtor's interest | MOTOR CARRIER TRANSPORTATION CONTRACT DATED: 09/15/2025 AND ALL RELATED DOCUMENTS | NEW ELITE TRANSPORT LTD<br>4310 104 AVE NE<br>3256<br>CALGARY, AB<br>CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| No. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.496 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | EXCLUSIVE RIGHT - SUBLEASE RELEASE EXTENSION AGREEMENT DATED: 08/14/2025 AND ALL RELATED DOCUMENTS | NEWMARK SOUTHERN REGION, LLC DBA NEWMARK REAL ESTATE<br>1000 CONTINENTAL DRIVE<br>SUITE 200<br>KING OF PRUSSIA, PA 19406 |
| 2.497 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LICENSE AND SERVICE AGREEMENT DATED: 08/18/2020 AND ALL RELATED DOCUMENTS | NEXTPROCESS, LP<br>PO BOX 2785<br>ADDISON, TX 75001 |
| 2.498 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SETTLEMENT AGREEMENT DATED: 06/25/2025 AND ALL RELATED DOCUMENTS | NGS, INC.<br>39555 ORCHARD HILL PLACE, STE 465<br>NOVI, MI 48375 |
| 2.499 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED: 05/22/2023 AND ALL RELATED DOCUMENTS | NIMBL WORLDWIDE INC.<br>1401 ZUNI STREET<br>APT 202<br>DENVER, CO 80204 |
| 2.500 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED: 10/24/2023 AND ALL RELATED DOCUMENTS | NOAH FACIAL RECOGNITION PTY LTD<br>1 / 7 THE PARAPET<br>NSW<br>CASTLECRAG,<br>AUSTRALIA |
| 2.501 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER DATED: 10/18/2022 AND ALL RELATED DOCUMENTS | NORTONLIFELOCK INC.<br>60 E RIO SALADO PARKWAY, SUITE 1000<br>TEMPE, AZ 85281 |
| 2.502 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECURITIES PURCHASE AGREEMENT DATED: 01/26/2024 AND ALL RELATED DOCUMENTS | NOVA GP INVESTMENTS XIV LP<br>50 LOTHIAN ROAD<br>EDINBURGH<br>FESTIVAL SQUARE, EH3 9WJ<br>UNITED KINGDOM |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.503 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT AND ALL RELATED DOCUMENTS | NSS RPO, LLC<br>44927 GEORGE WASHINGTON BLVD., STE 265<br>ASHBURN, VA 20147 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.504 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT- PRICING OUTLINE DATED: 06/03/2025 AND ALL RELATED DOCUMENTS | NUTRIENT<br>4509 CREEDMOOR ROAD<br>SUITE 503<br>RALEIGH, NC 27612 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.505 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED: 06/03/2025 AND ALL RELATED DOCUMENTS | NUTRIENT<br>4509 CREEDMOOR ROAD<br>SUITE 503<br>RALEIGH, NC 27612 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.506 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE RENEWAL DATED: 04/04/2025 AND ALL RELATED DOCUMENTS | NUTRIENT<br>4509 CREEDMOOR ROAD<br>SUITE 503<br>RALEIGH, NC 27612 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.507 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 04/30/2021 AND ALL RELATED DOCUMENTS | NV BEKAERT SA<br>BEKAERTSTRAAT 2<br>ZWEVEGEM,<br>BELGIUM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.508 | State what the contract or lease is for and the nature of the debtor's interest | MOTOR CARRIER TRANSPORTATION CONTRACT DATED: 10/26/2022 AND ALL RELATED DOCUMENTS | OAK HARBOR FREIGHT LINES INC.<br>1339 WEST VALLEY HWY N<br>AUBURN, WA 98001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.509 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 1 TO TRANSPORTATION CONTRACT DATED: 12/13/2021 AND ALL RELATED DOCUMENTS | OAK HARBOR FREIGHT LINES INC.<br>1339 WEST VALLEY HWY N<br>AUBURN, WA 98001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.510 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SETTLEMENT AGREEMENT DATED: 06/17/2025 AND ALL RELATED DOCUMENTS | OMNI LOGISTICS, LLC<br>3200 OLYMPUS BLVD, SUITE 300<br>DALLAS, TX 75019 |
| 2.511 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT AND PLAN OF MERGER DATED: 11/23/2023 AND ALL RELATED DOCUMENTS | ONCAP INVESTMENT PARTNERS III, L.P.,<br>ATTN: STEFAN BARS 161 BAY STREET<br>SUITE 4900<br>TORONTO, ON M5J 2S1<br>CANADA |
| 2.512 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER AGREEMENT DATED: 12/28/2023 AND ALL RELATED DOCUMENTS | ONESOURCE VIRTUAL, INC.<br>9001 CYPRESS WATERS BLVD<br>DALLAS, TX 75019 |
| 2.513 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | INVENTORY AND FIXED ASSET PURCHASE AGREEMENT DATED: 06/30/2025 AND ALL RELATED DOCUMENTS | ONSET FINANCIAL, INC.<br>ATTN: DOCUMENTATION DEPARTMENT<br>274 WEST 12300 SOUTH<br>DRAPER, UT 84020 |
| 2.514 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER LEASE AGREEMENT DATED: 06/28/2022 AND ALL RELATED DOCUMENTS | ONSET FINANCIAL, INC.<br>274 WEST 12300 SOUTH<br>ATTN: DOCUMENTATION DEPARTMENT<br>ATTN: KRISTINA ALLEN EXECUTIVE VICE PRESIDENT<br>DRAPER, UT 84020 |
| 2.515 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER LEASE AGREEMENT DATED: 07/27/2022 AND ALL RELATED DOCUMENTS | ONSET FINANCIAL, INC.<br>274 WEST 12300 SOUTH<br>ATTN: KRISTINA ALLEN EXECUTIVE VICE PRESIDENT<br>ATTN: DOCUMENTATION DEPARTMENT<br>DRAPER, UT 84020 |
| 2.516 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AIRTEX TMM & LOGANSPORT MPS TOOL SOW DATED: 10/28/2021 AND ALL RELATED DOCUMENTS | OPERATIONSRX, LLC<br>15435 HOLLY TRAIL LANE<br>DAVIDSON, NC 28036 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.517 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SOW FOR BRENT BERMAN DATED: 01/21/2021 AND ALL RELATED DOCUMENTS | OPTICAT, LLC<br>9980 SOUTH 300 WEST<br>SUITE 200<br>SANDY, UT 84070 |
| 2.518 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSULTING AGREEMENT DATED: 10/25/2021 AND ALL RELATED DOCUMENTS | OSSANNA CORPORATION<br>2775 ALGONQUIN ROAD<br>SUITE 320<br>ROLLING MEADOWS, IL 60008 |
| 2.519 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | REPRESENTATIVE CONTRACT PURSUANT TO CREDIT AGREEMENT DATED: 01/13/2025 AND ALL RELATED DOCUMENTS | PAYSCALE, INC.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO, CA 94104 |
| 2.520 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM – AMENDMENT TO MASTER SUBSCRIPTION PAYSCALE DATED: 09/10/2024 AND ALL RELATED DOCUMENTS | PAYSCALE, INC.<br>1000 1ST AVENUE SOUTH<br>SUITE 500<br>SEATTLE, WA 98134 |
| 2.521 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT NO. 1 TO LEASE AGREEMENT DATED: 10/22/2021 AND ALL RELATED DOCUMENTS | PEGASUS AVIATION, LLC,<br>127 PUBLIC SQUARE<br>SUITE 5110<br>CLEVELAND, OH 44114 |
| 2.522 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEASE AGREEMENT DATED: 10/22/2021 AND ALL RELATED DOCUMENTS | PEGASUS AVIATION, LLC,<br>127 PUBLIC SQUARE<br>SUITE 5110<br>CLEVELAND, OH 44114 |
| 2.523 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | THIRD-PARTY ADMINISTRATIVE SERVICES AGREEMENT DATED: 08/26/2025 AND ALL RELATED DOCUMENTS | PERSONIFY HEALTH HOLDING COMPANY, LLC<br>75 FOUNTAIN STREET<br>SUITE 400<br>PROVIDENCE, RI 02903 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.524 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | REPRESENTATIVE CONTRACT PURSUANT TO LEASE AGREEMENT DATED: 04/13/2023 AND ALL RELATED DOCUMENTS | PHOENIX BROWNSVILLE INDUSTRIAL INVESTORS LLC<br>401 EAST KILBOURN AVENUE<br>SUITE 201<br>MILWAUKEE, WI 53202 |
| 2.525 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEASE AGREEMENT DATED: 11/22/2021 AND ALL RELATED DOCUMENTS | PHOENIX JCR BROWNSVILLE INDUSTRIAL INVESTORS LLC<br>401 EAST KILBOUM AVENUE<br>SUITE 201<br>ATTN: ACCOUNTS RECEIVABLE<br>MILWAUKEE, WI 53202 |
| 2.526 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSULTING AGREEMENT AND ALL RELATED DOCUMENTS | PKF AFFIANCE BRAZIL<br>ALAMEDA SANTOS, 2.326, 7° ANDAR<br>JARDIM PAULISTA – SÃO PAULO<br>SP<br>SAO PAULO,<br>BRAZIL |
| 2.527 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TERM OF AGREEMENT DATED: 07/01/2022 AND ALL RELATED DOCUMENTS | PLAYHOUSE SQUARE FOUNDATION<br>1501 EUCLID AVENUE<br>CLEVELAND, OH 44115 |
| 2.528 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 06/20/2024 AND ALL RELATED DOCUMENTS | POWER FREIGHT COMPANY LLC |
| 2.529 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TERMS OF THE MASTER SERVICES AGREEMENT DATED: 06/08/2021 AND ALL RELATED DOCUMENTS | PREDICTIVEHR, INC.<br>83 BLUE HILLS PARKWAY<br>MILTON, MA 02186 |
| 2.530 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ONLINE SUPPLIER AGREEMENT DATED: 01/31/2023 AND ALL RELATED DOCUMENTS | PRIMEREVENUE SYSTEM<br>600 PEACHTREE ST NE, SUITE 4400<br>ATLANTA, GA 30308 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.531 | State what the contract or lease is for and the nature of the debtor's interest | THE NONQUALIFIED DEFERRED COMPENSATION PLAN ADOPTION AGREEMENT DATED: 10/01/2021 AND ALL RELATED DOCUMENTS | PRINCIPAL LIFE INSURANCE COMPANY<br>P.O. BOX 603516<br>CHARLOTTE, NC 28260-3516 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.532 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED: 09/27/2021 AND ALL RELATED DOCUMENTS | PROJECT44, INC.<br>222 W. MERCHANDISE PLAZA<br>SUITE 1744<br>CHICAGO, IL 60654 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.533 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED: 01/06/2022 AND ALL RELATED DOCUMENTS | PROJECT44, INC.<br>222 W. MERCHANDISE PLAZA<br>SUITE 1744<br>CHICAGO, IL 60654 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.534 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED: 09/30/2021 AND ALL RELATED DOCUMENTS | PROJECT44, INC.<br>222 W. MERCHANDISE PLAZA<br>SUITE 1744<br>CHICAGO, IL 60654 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.535 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT- STATEMENT OF WORK DATED: 09/29/2021 AND ALL RELATED DOCUMENTS | PROJECT44, INC.<br>222 W. MERCHANDISE PLAZA<br>SUITE 1744<br>CHICAGO, IL 60654 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.536 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED: 09/30/2021 AND ALL RELATED DOCUMENTS | PROJECT44, LLC<br>222 W. MERCHANDISE PLAZA<br>SUITE 1744<br>CHICAGO, IL 60654 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.537 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 02/10/2021 AND ALL RELATED DOCUMENTS | PROKARMA, INC.<br>8705 SW NIMBUS AVE.<br>SUITE# 118<br>BEAVERTON, OR 97008 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.538 | **State what the contract or lease is for and the nature of the debtor's interest** | WAREHOUSE AGREEMENT DATED: 05/11/2023 AND ALL RELATED DOCUMENTS | PROTECH GROUP<br>7700 HENRI BOURASSA WEST<br>MONTREAL, QC H4S 1W3<br>CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.539 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 05212025 TO SERVICE AGREEMENT DATED: 05/21/2025 AND ALL RELATED DOCUMENTS | PROTRANS INTERNATIONAL LLC<br>8311 N PERIMETER RD<br>INDIANAPOLIS, KY 42641 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.540 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 05212025 TO SERVICE AGREEMENT DATED: 06/06/2025 AND ALL RELATED DOCUMENTS | PROTRANS INTERNATIONAL LLC<br>8311 N PERIMETER RD<br>INDIANAPOLIS, KY 42641 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.541 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT DATED: 04/28/2025 AND ALL RELATED DOCUMENTS | PSKB, INC.<br>SEYFERTH BLUMENTHAL & HARRIS LLC<br>4801 MAIN STREET<br>SUITE 310<br>KANSAS CITY, MO 64112 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.542 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE PRICING AGREEMENT-LETTER OF AUTHORIZATION DATED: 10/01/2021 AND ALL RELATED DOCUMENTS | PUROLATOR INC.<br>2727 MEADOWPINE BLVD<br>MISSISSAUGA, ON L5N0E1<br>CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.543 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 TO THE LTL MOTOR CARRIER TRANSPORTATION CONTRACT DATED: 09/08/2025 AND ALL RELATED DOCUMENTS | PUROLATOR INC.<br>2727 MEADOWPINE BLVD<br>MISSISSAUGA, ON<br>CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.544 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DATED: 02/15/2022 AND ALL RELATED DOCUMENTS | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTN: GLASS, JAMES M.<br>295 5TH AVE.<br>NEW YORK, NY 10016 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.545 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONTRACT INFORMATION: ORDER FORM DATED: 01/01/2024 AND ALL RELATED DOCUMENTS | R.L. POLK & CO.<br>26533 EVERGREEN ROAD<br>SUITE 1100<br>SOUTHFIELD, MI 48076 |
| 2.546 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONTRACT INFORMATION: ORDER FORM DATED: 09/01/2022 AND ALL RELATED DOCUMENTS | R.L. POLK & CO.<br>26533 EVERGREEN ROAD<br>SUITE 1100<br>SOUTHFIELD, MI 48076 |
| 2.547 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | VENDOR AGREEMENT- ORDER FORM DATED: 01/01/2022 AND ALL RELATED DOCUMENTS | R.L. POLK & CO.<br>26533 EVERGREEN ROAD<br>SUITE 1100<br>SOUTHFIELD, MI 48076 |
| 2.548 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 10/02/2023 AND ALL RELATED DOCUMENTS | RADIANT ROAD & RAIL INC<br>9014 HERITAGE PARKWAY<br>SUITE 300<br>WOODRIDGE, IL 60517 |
| 2.549 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SIDE LETTER TO RECEIVABLES PURCHASING AGREEMENT DATED: 08/28/2025 AND ALL RELATED DOCUMENTS | RAISTONE PURCHASING LLC-SERIES XXXII<br>360 MADISON AVENUE<br>22ND FLOOR<br>NEW YORK, NY 10017 |
| 2.550 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SIXTH AMENDED AND RESTATED RECEIVABLES PURCHASE AGREEMENT DATED: 05/14/2024 AND ALL RELATED DOCUMENTS | RAISTONE PURCHASING LLC-SERIES XXXII<br>360 MADISON AVE.<br>FLOOR 22<br>NEW YORK, NY 10017 |
| 2.551 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | JOINDER AGREEMENT DATED: 08/12/2024 AND ALL RELATED DOCUMENTS | RAISTONE PURCHASING LLC-SERIES XXXII<br>360 MADISON AVE.<br>FLOOR 22<br>NEW YORK, NY 10017 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.552 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | JOINDER AGREEMENT DATED: 06/26/2024 AND ALL RELATED DOCUMENTS | RAISTONE PURCHASING LLC-SERIES XXXII<br>360 MADISON AVE 22ND FLOOR<br>NEW YORK, NY 10017 |
| 2.553 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER PURCHASE AGREEMENT DATED: 04/01/2025 AND ALL RELATED DOCUMENTS | RANDALL METALS CORPORATION<br>10275 W. HIGGINS ROAD<br>SUITE 410<br>ROSEMONT, IL 60018 |
| 2.554 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER PURCHASE AGREEMENT DATED: 03/11/2024 AND ALL RELATED DOCUMENTS | RANDALL METALS CORPORATION<br>10275 W. HIGGINS ROAD<br>SUITE 410<br>ROSEMONT, IL 60018 |
| 2.555 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SIXTH AMENDED PURCHASE AGREEMENT DATED: 05/14/2024 AND ALL RELATED DOCUMENTS | RATSTONE PURCHASING LLC<br>360 MADISON AVENUE<br>22ND FLOOR<br>NEW YORK, NY 10017 |
| 2.556 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SCRAP PURCHASE AGREEMENT DATED: 05/20/2024 AND ALL RELATED DOCUMENTS | RELDAN MEXICO S DE RL DE CV<br>550 OLD BORDENTOWN ROAD<br>FAIRLESS HILLS, PA 19030 |
| 2.557 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SUPPLY AGREEMENT DATED: 12/04/2023 AND ALL RELATED DOCUMENTS | RENAULT S.A.S.<br>13-15 QUAI ALPHONSE LE GALLO<br>BOULOGNE-BILLANCOURT CEDEX, FRANCE |
| 2.558 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | REPRESENTATIVE CONTRACT PURSUANT TO SERVICE AGREEMENT DATED: 01/22/2024 AND ALL RELATED DOCUMENTS | RISI INC.<br>251 LITTLE FALLS DRIVE<br>CORPORATION SERVICE COMPANY<br>WILMINGTON, DE 19808 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.559 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT #1 TO COMMERCIAL SURETY GENERAL INDEMNITY AGREEMENT DATED: 11/25/2020 AND ALL RELATED DOCUMENTS | RLI INSURANCE COMPANY<br>P.O. BOX 3967<br>PEORIA, IL 61612-3967 |
| 2.560 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TRANSPORTATION CONTRACT DATED: 12/04/2022 AND ALL RELATED DOCUMENTS | RMDS A DIVISION OF GENUINE PARTS |
| 2.561 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CLIENT MASTER SERVICES AGREEMENT DATED: 02/15/2024 AND ALL RELATED DOCUMENTS | ROCKCREST TECHNOLOGY SEARCH, INC.<br>1434 SPRUCE STREET<br>SUITE 100<br>BOULDER, CO 80302 |
| 2.562 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CLIENT MASTER SERVICES AGREEMENT DATED: 11/18/2024 AND ALL RELATED DOCUMENTS | ROCKCREST TECHNOLOGY SEARCH, INC.<br>1434 SPRUCE STREET<br>SUITE 100<br>BOULDER, CO 80302 |
| 2.563 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CLIENT MASTER SERVICES AGREEMENT DATED: 05/15/2024 AND ALL RELATED DOCUMENTS | ROCKCREST TECHNOLOGY SEARCH, INC.<br>1434 SPRUCE STREET<br>SUITE 100<br>BOULDER, CO 80302 |
| 2.564 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CLIENT MASTER SERVICES AGREEMENT DATED: 10/29/2024 AND ALL RELATED DOCUMENTS | ROCKCREST TECHNOLOGY SEARCH, INC.<br>1434 SPRUCE STREET<br>SUITE 100<br>BOULDER, CO 80302 |
| 2.565 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CLIENT MASTER SERVICES AGREEMENT DATED: 12/13/2024 AND ALL RELATED DOCUMENTS | ROCKCREST TECHNOLOGY SEARCH, INC.<br>1434 SPRUCE STREET<br>SUITE 100<br>BOULDER, CO 80302 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.566 | State what the contract or lease is for and the nature of the debtor's interest | CLIENT MASTER SERVICES AGREEMENT DATED: 02/08/2024 AND ALL RELATED DOCUMENTS | ROCKCREST TECHNOLOGY SEARCH, INC.<br>1434 SPRUCE STREET<br>SUITE 100<br>BOULDER, CO 80302 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.567 | State what the contract or lease is for and the nature of the debtor's interest | CLIENT MASTER SERVICES AGREEMENT DATED: 05/02/2024 AND ALL RELATED DOCUMENTS | ROCKCREST TECHNOLOGY SEARCH, INC.<br>1434 SPRUCE STREET<br>SUITE 100<br>BOULDER, CO 80302 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.568 | State what the contract or lease is for and the nature of the debtor's interest | CLIENT MASTER SERVICES AGREEMENT DATED: 07/12/2024 AND ALL RELATED DOCUMENTS | ROCKCREST TECHNOLOGY SEARCH, INC.<br>1434 SPRUCE STREET<br>SUITE 100<br>BOULDER, CO 80302 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.569 | State what the contract or lease is for and the nature of the debtor's interest | CLIENT MASTER SERVICES AGREEMENT DATED: 04/25/2024 AND ALL RELATED DOCUMENTS | ROCKCREST TECHNOLOGY SEARCH, INC.<br>1434 SPRUCE STREET<br>SUITE 100<br>BOULDER, CO 80302 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.570 | State what the contract or lease is for and the nature of the debtor's interest | CLIENT MASTER SERVICES AGREEMENT DATED: 04/24/2024 AND ALL RELATED DOCUMENTS | ROCKCREST TECHNOLOGY SEARCH, INC. (RC)<br>1434 SPRUCE STREET<br>SUITE 100<br>BOULDER, CO 80302 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.571 | State what the contract or lease is for and the nature of the debtor's interest | CLIENT MASTER SERVICES AGREEMENT DATED: 05/30/2024 AND ALL RELATED DOCUMENTS | ROCKCREST TECHNOLOGY SEARCH, INC. (RC)<br>1434 SPRUCE STREET<br>SUITE 100<br>BOULDER, CO 80302 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.572 | State what the contract or lease is for and the nature of the debtor's interest | CLIENT MASTER SERVICES AGREEMENT DATED: 06/06/2024 AND ALL RELATED DOCUMENTS | ROCKCREST TECHNOLOGY SEARCH, INC. (RC)<br>1434 SPRUCE STREET<br>SUITE 100<br>BOULDER, CO 80302 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.573 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CLIENT MASTER SERVICES AGREEMENT DATED: 05/10/2024 AND ALL RELATED DOCUMENTS | ROCKCREST TECHNOLOGY SEARCH, INC. (RC)<br>1434 SPRUCE STREET<br>SUITE 100<br>BOULDER, CO 80302 |
| 2.574 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CLIENT MASTER SERVICES AGREEMENT DATED: 05/01/2024 AND ALL RELATED DOCUMENTS | ROCKCREST TECHNOLOGY SEARCH, INC. (RC)<br>1434 SPRUCE STREET<br>SUITE 100<br>BOULDER, CO 80302 |
| 2.575 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CLIENT MASTER SERVICES AGREEMENT DATED: 05/09/2024 AND ALL RELATED DOCUMENTS | ROCKCREST TECHNOLOGY SEARCH, INC. (RC)<br>1434 SPRUCE STREET<br>SUITE 100<br>BOULDER, CO 80302 |
| 2.576 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CLIENT MASTER SERVICES AGREEMENT DATED: 05/16/2024 AND ALL RELATED DOCUMENTS | ROCKCREST TECHNOLOGY SEARCH, INC. (RC)<br>1434 SPRUCE STREET<br>SUITE 100<br>BOULDER, CO 80302 |
| 2.577 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CLIENT MASTER SERVICES AGREEMENT DATED: 10/16/2024 AND ALL RELATED DOCUMENTS | ROCKCREST TECHNOLOGY, INC.<br>1434 SPRUCE STREET<br>SUITE 100<br>BOULDER, CO 80302 |
| 2.578 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SETTLEMENT AGREEMENT DATED: 04/28/2025 AND ALL RELATED DOCUMENTS | RS MARKETING SERVICES.COM, LLC<br>7910 N TAMIAMI TRAIL SUITE 200<br>SARASOTA, FL 34243 |
| 2.579 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 07/28/2021 AND ALL RELATED DOCUMENTS | RWI LOGISTICS LLC<br>1538 ALEXANDRA PIKE<br>ATTN: JOE WITE<br>FT THOMAS, KY 41075 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.580 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TRANSPORTATION CONTRACT DATED: 07/24/2023 AND ALL RELATED DOCUMENTS | S.T.I. TRANS, INC.<br>300 WILLARD AVE<br>ATTN: ROBERT ALEXANDER I<br>OPERATIONS MANAGER<br>ELGIN, IL 60120 |
| 2.581 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ADDENDUM TO SAIA LTL MOTOR CONTRACT DATED: 11/15/2021 AND ALL RELATED DOCUMENTS | SAIA INC.<br>11465 JOHNS CREEK PARKWAY<br>JOHNS CREEK, GA 30097 |
| 2.582 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MOTOR CARRIER AGREEMENT DATED: 05/01/2022 AND ALL RELATED DOCUMENTS | SAIA INC.<br>11465 JOHNS CREEK PARKWAY<br>JOHNS CREEK, GA 30097 |
| 2.583 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | REPRESENTATIVE CONTRACT PURSUANT TO SERVICE AGREEMENT DATED: 03/15/2024 AND ALL RELATED DOCUMENTS | SALSIFY, INC.<br>101 FEDERAL STREET<br>SUITE 2600<br>BOSTON, MA 02110 |
| 2.584 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ORDER FORM FOR SAP CLOUD SERVICES DATED: 01/01/2021 AND ALL RELATED DOCUMENTS | SAP AMERICA, INC.<br>3999 WEST CHESTER PIKE<br>NEWTOWN SQUARE, PA 19073 |
| 2.585 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR SERVICES DATED: 06/27/2022 AND ALL RELATED DOCUMENTS | SCHWARTZ ADVISORS LLC<br>2223 AVENIDA DE LA PLAYA STE 350<br>LA JOLLA, CA 92037 |
| 2.586 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSULTING SERVICES AGREEMENT DATED: 10/04/2021 AND ALL RELATED DOCUMENTS | SEARCH WIZARDS, INC.<br>15 PARADISE PLAZA<br>#261<br>SARASOTA, FL 34239 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.587 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT DATED: 08/01/2020 AND ALL RELATED DOCUMENTS | SEBOLDT CONSULTING SERVICES LLC<br>TOM SEBOLDT SERVICES LLC<br>PO BOX 22<br>SEYMOUR, MO 65746 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.588 | State what the contract or lease is for and the nature of the debtor's interest | AMENDED AND RESTATED RECEIVABLES PURCHASE AGREEMENT DATED: 09/23/2020 AND ALL RELATED DOCUMENTS | SGSF MASTER PURCHASING DE LLC<br>1105 N. MARKET STREET<br>SUITE 1300<br>WILMINGTON, DE 19801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.589 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 07/31/2025 AND ALL RELATED DOCUMENTS | SHIP TECH LLC<br>801 LUNT AVE<br>ELK GROVE VILLAGE, IL 60007 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.590 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT TERMS AND CONDITIONS DATED: 02/16/2021 AND ALL RELATED DOCUMENTS | SHURTAPE TECHNOLOGIES, LLC<br>1712 8TH STREET DRIVE SE<br>HICKORY, NC 28602 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.591 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT AND RELEASES DATED: 06/17/2025 AND ALL RELATED DOCUMENTS | SIRVA WORLDWIDE, INC.<br>C/O SUSAN L JOPLIN<br>1660 WEST 2ND STREET<br>SUITE 1100<br>CLEVELAND, OH 44113 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.592 | State what the contract or lease is for and the nature of the debtor's interest | REPRESENTATIVE CONTRACT PURSUANT TO STATEMENT OF WORK DATED: 03/06/2024 AND ALL RELATED DOCUMENTS | SITATION, LLC<br>251 800 WEST WILLIAMS ST STE<br>APEX, NC 27502 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.593 | State what the contract or lease is for and the nature of the debtor's interest | SMART SOFTWARE ORDER FORM DATED: 09/23/2024 AND ALL RELATED DOCUMENTS | SMART SOFTWARE, INC.<br>4 HILL ROAD<br>BELMONT, MA 02478 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.594 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SAAS/SUBSCRIPTION CONTRACT TERM (MONTHS): DATED: 06/27/2022 AND ALL RELATED DOCUMENTS | SMART SOFTWARE, INC.<br>4 HILL ROAD<br>BELMONT, MA 02478 |
| 2.595 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SNOWFLAKE CAPACITY ORDER FORM DATED: 06/28/2022 AND ALL RELATED DOCUMENTS | SNOWFLAKE INC.<br>106 EAST BABCOCK STREET, SUITE 3A<br>K STREET, SUITE 3A<br>BOZEMAN, MT 59715 |
| 2.596 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ADMINISTRATION AGREEMENT DATED: 08/01/2022 AND ALL RELATED DOCUMENTS | SOUTHERN SCRIPTS, LLC<br>411 BIENVILLE STREET<br>ATTN: LEANN C. BOYD, CEO<br>NATCHITOCHES, LA 71457 |
| 2.597 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SALE AND EXCHANGE AGREEMENT-SCHEDULE 1 DATED: 03/28/2024 AND ALL RELATED DOCUMENTS | STARLIGHT INVENTORY I, LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.598 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSOLIDATION SERVICES AGREEMENT DATED: 12/31/2024 AND ALL RELATED DOCUMENTS | STORE OPENING SOLUTIONS, LLC (SOS)<br>800 MIDDLE TENNESSEE BLVD.<br>MURFREESBORO, TN 37129 |
| 2.599 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONSOLIDATION SERVICES AGREEMENT DATED: 12/31/2023 AND ALL RELATED DOCUMENTS | STORE OPENING SOLUTIONS, LLC (SOS)<br>800 MIDDLE TENNESSEE BLVD.<br>MURFREESBORO, TN 37129 |
| 2.600 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LETTER AMENDMENT TO MASTER PURCHASE AGREEMENT DATED: 10/17/2024 AND ALL RELATED DOCUMENTS | STRONGARM, LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.601 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | MEMBERSHIP AGREEMENT DATED: 01/01/2018 AND ALL RELATED DOCUMENTS | STRONGARM, LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.602 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | AGREEMENT / PAYMENT ARRANGEMENT LETTER FOR OUTSTANDING INVOICES DATED: 06/16/2025 AND ALL RELATED DOCUMENTS | STUDIO LEGALE GPD<br>VIA DI VILLA PATRIZI 13<br>ROMA,<br>ITALY |
| 2.603 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | CONFIDENTIAL SETTLEMENT AGREEMENT AND MUTUAL RELEASE DATED: 12/20/2024 AND ALL RELATED DOCUMENTS | TALL SALES COMPANY, INC.<br>6714 WALKER STREET<br>ST LOUIS PARK, MN 55426 |
| 2.604 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | AMBASSADOR AGREEMENT DATED: 05/13/2024 AND ALL RELATED DOCUMENTS | TEAM INFAMOUS<br>30 BETHALTO LAKES DRIVE<br>BETHALTO, IL 62010 |
| 2.605 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | AMBASSADOR AGREEMENT DATED: 05/13/2024 AND ALL RELATED DOCUMENTS | TEAM STEELE<br>3422 BENTWOOD DRIVE<br>KODAK, TN 37764 |
| 2.606 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 08/27/2024 AND ALL RELATED DOCUMENTS | TECHYLIVE INC<br>640 BAILEY ROAD<br>217<br>TECHYLIVE INC DBA LOGISTIC GROUP OF AMERICA<br>PITTSBURG, CA 94565 |
| 2.607 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | AMBASSADOR AGREEMENT DATED: 05/13/2024 AND ALL RELATED DOCUMENTS | TEXACO CAMARO<br>4429 BRYN MAWR DR.<br>DALLAS, TX 75225 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.608 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | EXHIBIT A-1 TO DEDICATED TRANSPORTATION SERICES AGREEMENT DATED: 05/01/2022 AND ALL RELATED DOCUMENTS | TFORCE FREIGHT, INC.<br>1000 SEMMES AVENUE<br>RICHMOND, VA 23224 |
| 2.609 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DEDICATED TRANSPORTATION SERVICES AGREEMENT DATED: 05/01/2022 AND ALL RELATED DOCUMENTS | TFORCE FREIGHT, INC.<br>1000 SEMMES AVENUE<br>RICHMOND, VA 23224 |
| 2.610 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT TO THE LTL MOTOR CARRIER TRANSPORTATION CONTRACT DATED: 07/17/2025 AND ALL RELATED DOCUMENTS | TFORCE FREIGHT, INC. D/B/A TFORCE FREIGHT<br>1000 SEMMES AVENUE<br>RICHMOND, VA 23224 |
| 2.611 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SETTLEMENT AGREEMENT DATED: 04/28/2025 AND ALL RELATED DOCUMENTS | THE BLUEBIRD GROUP, LLC<br>C/O SEYFERTH BLUMENTHAL & HARRIS LLC<br>4801 MAIN STREET, SUITE 310<br>KANSAS CITY, MO 64112 |
| 2.612 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SETTLEMENT AGREEMENT DATED: 10/06/2023 AND ALL RELATED DOCUMENTS | THE MILL STEEL CO.<br>2905 LUCERNE DR SE<br>GRAND RAPIDS, MI 49546 |
| 2.613 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PERFORMANCE OF RECOVERY SERVICES ADDENDUM DATED: 08/01/2022 AND ALL RELATED DOCUMENTS | THE PHIA GROUP, LLC<br>P.O. BOX 177<br>CANTON, MA 02021 |
| 2.614 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED: 07/10/2024 AND ALL RELATED DOCUMENTS | THE SPENCER THOMAS GROUP, LLC<br>1 FALKLAND PLACE<br>PORTSMOUTH, NH 03801 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.615 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK CHANGE ORDER DATED: 07/10/2024 AND ALL RELATED DOCUMENTS | THE SPENCER THOMAS GROUP, LLC<br>1 FALKLAND PLACE<br>PORTSMOUTH, NH 03801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.616 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED: 07/08/2024 AND ALL RELATED DOCUMENTS | THE SPENCER THOMAS GROUP, LLC<br>1 FALKLAND PLACE<br>PORTSMOUTH, NH 03801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.617 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER DATED: 04/18/2022 AND ALL RELATED DOCUMENTS | THE VOGEL GROUP<br>2445 M STREET NORTHWEST<br>SUITE 500<br>WASHINGTON, DC 20037 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.618 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 07/02/2025 AND ALL RELATED DOCUMENTS | THIRD COAST LOGISTICS, LLC<br>807 S. ROCK STREET<br>SUITE 103<br>GEORGETOWN, TX 78626 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.619 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED: 01/01/2022 AND ALL RELATED DOCUMENTS | THRIFTY RETAIL SERVICES/DBA SERV-U-SUCCESS<br>4695 HELENA DR.<br>GRANDVILLE, MI 49418 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.620 | State what the contract or lease is for and the nature of the debtor's interest | MASTER PURCHASE AGREEMENT DATED: 01/01/2024 AND ALL RELATED DOCUMENTS | TIANJIN TAXING METAL DIE-CASTING CO., LTD.<br>QIAOGU VILLAGE<br>CHADIAN TOWN<br>HANGU<br>TIANJIN,<br>CHINA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.621 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO CONSIGNMENT AND AGREEMENT DATED: 01/01/2022 AND ALL RELATED DOCUMENTS | TICONA POLYMERS, INC.<br>222 W. LAS COLINAS BLVD.<br>SUITE 900N<br>IRVING, TX 75039 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.622 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | REPRESENTATIVE CONTRACT PURSUANT TO STATEMENT OF WORK DATED: 09/04/2024 AND ALL RELATED DOCUMENTS | TIMELINE, INC.<br>16750 I 27<br>CANYON, TX 79015 |
| 2.623 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDED AND RESTATED SETTLEMENT AGREEMENT DATED: 09/08/2025 AND ALL RELATED DOCUMENTS | TITAN STEEL CORPORATION<br>2201 WEST HAVEN AVENUE<br>NEW LENOX, IL 60451 |
| 2.624 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDED AND RESTATED SETTLEMENT AGREEMENT DATED: 07/30/2025 AND ALL RELATED DOCUMENTS | TITAN STEEL CORPORATION<br>2201 WEST HAVEN AVENUE<br>NEW LENOX, IL 60451 |
| 2.625 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMBASSADOR AGREEMENT DATED: 05/13/2024 AND ALL RELATED DOCUMENTS | TJ MOTORSPORTS<br>3492 FM 902<br>HOWE, TX 75459 |
| 2.626 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MEMORANDUM OF UNDERSTANDING DATED: 04/01/2024 AND ALL RELATED DOCUMENTS | TNT MARKETING<br>455 WALL ST<br>NEW YORK, NY 10005 |
| 2.627 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CURRENT-YEAR NON-DESIGN PRICING AGREEMENT DATED: 01/01/2023 AND ALL RELATED DOCUMENTS | TOLEDO MOLD & DIE INC<br>127 PUBLIC SQUARE<br>SUITE 5110<br>CLEVELAND, OH 44114 |
| 2.628 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT #2 TO CONSULTING AGREEMENT DATED: 06/30/2021 AND ALL RELATED DOCUMENTS | TOM SEBOLDT SERVICES LLC |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.629 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED: 10/25/2023 AND ALL RELATED DOCUMENTS | TOPBLOC L.L.C.<br>600 W. CHICAGO AVE.<br>SUITE 275<br>CHICAGO, IL 60654 |
| 2.630 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED: 12/13/2020 AND ALL RELATED DOCUMENTS | TOPBLOC L.L.C.<br>600 W. CHICAGO AVE.<br>SUITE 275<br>CHICAGO, IL 60654 |
| 2.631 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECURITY OPTIONS AGREEMENT DATED: 09/04/2020 AND ALL RELATED DOCUMENTS | TOSHIBA BUSINESS SOLUTIONS (TBS), A DIVISION OF TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.<br>29100 NORTHWESTERN HIGHWAY<br>SUITE 300<br>SOUTHFIELD, MI 48034 |
| 2.632 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT #1 TO AIMS MAINTENANCE CONTRACT MA DATED: 09/04/2020 AND ALL RELATED DOCUMENTS | TOSHIBA BUSINESS SOLUTIONS, A DIVISION OF TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.<br>29100 NORTHWESTERN HIGHWAY<br>SUITE 300<br>SOUTHFIELD, MI 48034 |
| 2.633 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 06/25/2024 AND ALL RELATED DOCUMENTS | TRANCO |
| 2.634 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDED AND RESTATED SETTLEMENT AGREEMENT DATED: 09/11/2025 AND ALL RELATED DOCUMENTS | TRANSEND LOGISTICS, LLC<br>1948 1948 W CARROLL AVE SUITE 200<br>CHICAGO, IL 60612 |
| 2.635 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED: 01/29/2021 AND ALL RELATED DOCUMENTS | TRANSPLACE TEXAS, LP<br>3010 GAYLORD PARKWAY<br>SUITE 200<br>ATTN: CHIEF FINANCIAL OFFICER<br>FRISCO, TX 75034 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.636 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RATE CONFIRMATION AND LOAD TENDER NOTIFICATION DATED: 02/03/2015 AND ALL RELATED DOCUMENTS | TRANSPLACE TEXAS, LP<br>3010 GAYLORD PARKWAY<br>SUITE 200<br>ATTN: CHIEF FINANCIAL OFFICER<br>FRISCO, TX 75034 |
| 2.637 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | INTERCOMPANY TERM LOAN TRANSFER AND ASSIGNMENT AGREEMENT DATED: 05/13/2024 AND ALL RELATED DOCUMENTS | TRICO BELGIUM S.A.<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.638 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | INTERCOMPANY SHORT-TERM LOAN AGREEMENT DATED: 03/12/2024 AND ALL RELATED DOCUMENTS | TRICO BELGIUM S.A.<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.639 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO PROMISSORY NOTE DATED: 08/04/2021 AND ALL RELATED DOCUMENTS | TRICO BELGIUM S.A.<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.640 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO PROMISSORY NOTE DATED: 08/04/2021 AND ALL RELATED DOCUMENTS | TRICO GROUP, LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.641 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ADDENDUM NO. 3 (THE ADDENDUM) TO THE ADVANCES PROMISSORY NOTE DATED: 02/02/2018 AND ALL RELATED DOCUMENTS | TRICO LIMITED<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.642 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECOND AMENDMENT TO THE ADVANCES PROMISSORY NOTE DATED: 04/02/2023 AND ALL RELATED DOCUMENTS | TRICO LIMITED<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.643 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED: 01/02/2022 AND ALL RELATED DOCUMENTS | TRICO LIMITED<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.644 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | FIRST AMENDMENT TO THE INTERCOMPANY TERM LOAN AGREEMENT DATED: 05/13/2024 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS PTY LTD<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.645 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SHARE SALE AGREEMENT DATED: 03/28/2024 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS PTY LTD<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.646 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED: 08/31/2022 AND ALL RELATED DOCUMENTS | TRICO WIPERS PLOIESTI S.R.L.<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.647 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PAYMENT AGREEMENT LETTER DATED: 06/13/2025 AND ALL RELATED DOCUMENTS | TUMALO CREEK TRANSPORTATION, LLC<br>6109 BLUE CIRCLE DRIVE<br>SUITE 2000<br>MINNETONKA, MN 55343 |
| 2.648 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TRANSPORTATION LOGISTICS SERVICES MANAGEMENT AGREEMENT DATED: 12/01/2022 AND ALL RELATED DOCUMENTS | UBER FREIGHT US LLC<br>3010 GAYLORD PARKWAY<br>SUITE 200<br>FRISCO, TX 75034 |
| 2.649 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT TO SERVICES AGREEMENT DATED: 03/18/2024 AND ALL RELATED DOCUMENTS | UKG INC.<br>2000 ULTIMATE WAY<br>WESTON, FL 33326 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.650 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MEMBERSHIP AGREEMENT DATED: 09/01/2021 AND ALL RELATED DOCUMENTS | ULTINON MOTION (THAILAND) CO., LTD. |
| 2.651 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STOCK PURCHASE AGREEMENT DATED: 05/15/2024 AND ALL RELATED DOCUMENTS | ULTINON MOTION HOLDING BV<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.652 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | STOCK PURCHASE AGREEMENT DATED: 05/15/2024 AND ALL RELATED DOCUMENTS | ULTINON MOTION KOREA LTD.<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.653 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT- STATEMENT OF WORK DATED: 08/15/2024 AND ALL RELATED DOCUMENTS | ULTINON MOTION TAIWAN CO. LTD.<br>7850 S. ELM PLACE<br>SUITE E<br>BROKEN ARROW, OK 74011 |
| 2.654 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CARRIER AGREEMENT AND ALL RELATED DOCUMENTS | UNITED PARCEL SERVICE, INC.<br>55 GLENLAKE PARKWAY NE<br>ATLANTA, GA 30328 |
| 2.655 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT TO CARRIER AGREEMENT DATED: 12/05/2022 AND ALL RELATED DOCUMENTS | UNITED PARCEL SERVICE, INC.<br>8330 SWEETWATER LN<br>HOUSTON, TX 77037 |
| 2.656 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CARRIER AGREEMENT DATED: 12/05/2022 AND ALL RELATED DOCUMENTS | UNITED PARCEL SERVICE, INC.<br>8330 SWEETWATER LN<br>HOUSTON, TX 77037 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.657 | State what the contract or lease is for and the nature of the debtor's interest | CARRIER AGREEMENT DATED: 10/31/2022 AND ALL RELATED DOCUMENTS | UNITED PARCEL SERVICE, INC.<br>55 GLENLAKE PARKWAY NE<br>ATLANTA, GA 30328 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.658 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO CARRIER AGREEMENT AND ALL RELATED DOCUMENTS | UNITED PARCEL SERVICE, INC.<br>55 GLENLAKE PARKWAY NE<br>ATLANTA, GA 30328 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.659 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 08/20/2025 AND ALL RELATED DOCUMENTS | USA CORE SUPPLY, INC.<br>99 BRALEY RD<br>EAST FREETOWN, MA 02717 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.660 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 09/20/2024 AND ALL RELATED DOCUMENTS | UV LOGISTICS LLC D/B/A<br>400 EAST KALISTE SALOOM ROAD<br>SUITE 3500<br>LAFAYETTE, LA 70508 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.661 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT AND ALL RELATED DOCUMENTS | UV LOGISTICS, LLC D/B/A UNITED VISION LOGISTICS<br>400 EAST KALISTE SALOOM ROAD<br>SUITE 3500<br>LAFAYETTE, LA 70508 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.662 | State what the contract or lease is for and the nature of the debtor's interest | WEB HOSTING AND DATA MANAGEMENT AGREEMENT DATED: 07/14/2023 AND ALL RELATED DOCUMENTS | VERTICAL DEVELOPMENT INC. D/B/A SHOWMETHEPARTS.COM<br>1730 PARK STREET<br>UNIT 116<br>NAPERVILLE, IL 60563 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.663 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO SERVICE AGREEMENT DATED: 09/02/2025 AND ALL RELATED DOCUMENTS | VESTIS SERVICES, LLC<br>25259 NETWORK PLACE<br>CHICAGO, IN 60673-1252 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.664 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED: 10/14/2022 AND ALL RELATED DOCUMENTS | VISION INTEGRATION TECHNOLOGIES, INC.<br>22503 GRAND RIVER AVE.<br>UNIT 19738<br>DETROIT, MI 48219 |
| 2.665 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ENGAGEMENT LETTER DATED: 11/13/2020 AND ALL RELATED DOCUMENTS | VON WOBESER Y SIERRA, S.C.<br>PASEO DE LOS TAMARINDOS 60<br>CIUDAD DE MÉXICO,<br>MEXICO |
| 2.666 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | LEGAL SERVICES AGREEMENT DATED: 10/12/2023 AND ALL RELATED DOCUMENTS | VORYS, SATER, SEYMOUR AND PEASE LLP<br>200 PUBLIC SQUARE<br>SUITE 1400<br>CLEVELAND, OH 44114 |
| 2.667 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ASSIGNMENT OF CONTRACT DATED: 09/30/2021 AND ALL RELATED DOCUMENTS | VP RACING FUELS<br>204 E. RHAPSODY DRIVE<br>SAN ANTONIO, TX 78216 |
| 2.668 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | AMENDMENT #1 TO THE MERCHANDISING LICENSE AGREEMENT DATED: 09/30/2021 AND ALL RELATED DOCUMENTS | VP RACING FUELS, INC.<br>204 E. RHAPSODY DRIVE<br>SAN ANTONIO, TX 78216 |
| 2.669 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECURITIES PURCHASE AGREEMENT DATED: 09/29/2023 AND ALL RELATED DOCUMENTS | WALBRO CO., LTD.<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| 2.670 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SECURITIES PURCHASE AGREEMENT DATED: 01/26/2024 AND ALL RELATED DOCUMENTS | WALBRO HOLDINGS LP<br>2015 W RIVER RD<br>SUITE 141<br>TUSCON, AZ 85704 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.671 State what the contract or lease is for and the nature of the debtor's interest | SECURITIES PURCHASE AGREEMENT DATED: 09/29/2023 AND ALL RELATED DOCUMENTS | WALBRO LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.672 State what the contract or lease is for and the nature of the debtor's interest | SECURITIES PURCHASE AGREEMENT DATED: 09/29/2023 AND ALL RELATED DOCUMENTS | WALBRO MIDCO LLC<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.673 State what the contract or lease is for and the nature of the debtor's interest | SECURITIES PURCHASE AGREEMENT DATED: 01/26/2024 AND ALL RELATED DOCUMENTS | WALBRO TOPCO LLC<br>2015 W RIVER RD<br>SUITE 141<br>TUSCON, AZ 85704 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.674 State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 07/19/2024 AND ALL RELATED DOCUMENTS | WAYFINDER LOGISTICS LLC<br>213 WEST INSTITUTE PLACE<br>SUITE 512<br>CHICAGO, IL 60610 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.675 State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT AND PLAN OF MERGER DATED: 11/23/2023 AND ALL RELATED DOCUMENTS | WEEKEND MERGER SUB, INC.<br>C/O FIRST BRANDS GROUP, LLC 127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, 44114 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.676 State what the contract or lease is for and the nature of the debtor's interest | SECURITIES PURCHASE AGREEMENT DATED: 09/29/2023 AND ALL RELATED DOCUMENTS | WEM NEWCO, LLC (MERGED INTO CARTER CARBURETOR LLC)<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.677 State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 12/19/2024 AND ALL RELATED DOCUMENTS | WESTFALIA-AUTOMOTIVE HOLDING GMBH<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| State the term remaining | | |
| List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.678 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 02/21/2024 AND ALL RELATED DOCUMENTS | WESTFALIA-AUTOMOTIVE HOLDING GMBH<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.679 | State what the contract or lease is for and the nature of the debtor's interest | ANNUAL CONTRACT DATED: 12/21/2023 AND ALL RELATED DOCUMENTS | WHIPPY TECHNOLOGIES, INC DBA WHIPPY<br>10520 WILSHIRE BLVD<br>SUITE 1507<br>LOS ANGELES, CA 90024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.680 | State what the contract or lease is for and the nature of the debtor's interest | REPRESENTATIVE CONTRACT PURSUANT TO SERVICE AGREEMENT DATED: 12/21/2023 AND ALL RELATED DOCUMENTS | WHIPPY TECHNOLOGIES, INC. DBA WHIPPY<br>10520 WILSHIRE BLVD<br>SUITE 1507<br>LOS ANGELES, CA 90024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.681 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTEE AGREEMENT DATED: 02/25/2025 AND ALL RELATED DOCUMENTS | WINNING IP HUSTOPECE S.R.O.<br>KRIZIKOVA 2960/72<br>KRALOVO POLE<br>BRNO,<br>CZECH REPUBLIC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.682 | State what the contract or lease is for and the nature of the debtor's interest | JOINDER AGREEMENT DATED: 06/26/2024 AND ALL RELATED DOCUMENTS | WINNING PLASTICS - LINDEN GMBH<br>127 PUBLIC SQUARE<br>SUITE 5300<br>CLEVELAND, OH 44114 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.683 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBSCRIPTION AGREEMENT DATED: 10/13/2020 AND ALL RELATED DOCUMENTS | WORKDAY, INC.<br>6110 STONERIDGE MALL ROAD<br>PLEASANTON, CA 94588 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.684 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED: 01/30/2024 AND ALL RELATED DOCUMENTS | WORKDAY, INC.<br>6110 STONERIDGE MALL ROAD<br>PLEASANTON, CA 94588 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.685 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM FOR WORKDAY DATED: 10/22/2023 AND ALL RELATED DOCUMENTS | WORKDAY, INC.<br>6110 STONERIDGE MALL ROAD<br>PLEASANTON, CA 94588 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.686 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED: 10/22/2023 AND ALL RELATED DOCUMENTS | WORKDAY, INC.<br>6110 STONERIDGE MALL ROAD<br>PLEASANTON, CA 94588 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.687 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED: 10/13/2023 AND ALL RELATED DOCUMENTS | WORKDAY, INC.<br>6110 STONERIDGE MALL ROAD<br>PLEASANTON, CA 94588 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.688 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR BROKERAGE OF MOTOR CARRIAGE SERVICES DATED: 09/10/2024 AND ALL RELATED DOCUMENTS | WORLDWIDE LOGISTICS, INC.<br>12400 MEREDITH DRIVE<br>URBANDALE, IA 50323 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.689 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER DATED: 08/26/2020 AND ALL RELATED DOCUMENTS | WTP ADVISORS<br>601 CARLSON PARKWAY<br>SUITE 1050<br>MINNEAPOLIS, MN 55305 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.690 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED: 03/04/2021 AND ALL RELATED DOCUMENTS | WTP ADVISORS<br>601 CARLSON PARKWAY<br>SUITE 1050<br>MINNEAPOLIS, MN 55305 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.691 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONSULTING SERVICES AGREEMENT DATED: 10/03/2022 AND ALL RELATED DOCUMENTS | WTP ADVISORS<br>601 CARLSON PARKWAY<br>SUITE 1050<br>MINNEAPOLIS, MN 55305 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| No. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.692 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SERVICE ORDER FORM DATED: 10/24/2022 AND ALL RELATED DOCUMENTS | X.COMMERCE, INC. D/B/A MAGENTO, INC.<br>345 PARK AVENUE<br>SAN JOSE, CA 95110-2704 |
| 2.693 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SHIPPING AGREEMENT DATED: 04/04/2025 AND ALL RELATED DOCUMENTS | XPO LOGISTICS FREIGHT CANADA INC.<br>2211 OLD EARHART ROAD<br>ANN ARBOR, MI 48105 |
| 2.694 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SHIPPING AGREEMENT DATED: 03/27/2025 AND ALL RELATED DOCUMENTS | XPO LOGISTICS FREIGHT CANADA INC.<br>2211 OLD EARHART ROAD<br>ANN ARBOR, MI 48105 |
| 2.695 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PRICING SCHEDULE TO TRANSPORTATION CONTRACT DATED: 06/03/2024 AND ALL RELATED DOCUMENTS | XPO LOGISTICS FREIGHT CANADA INC.<br>2211 OLD EARHART ROAD<br>ANN ARBOR, MI 48105 |
| 2.696 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RATE SCHEDULE AGREEMENT DATED: 05/28/2024 AND ALL RELATED DOCUMENTS | XPO LOGISTICS FREIGHT CANADA INC.<br>2211 OLD EARHART ROAD<br>ANN ARBOR, MI 48105 |
| 2.697 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | TRANSPORTATION CONTRACT DATED: 05/01/2021 AND ALL RELATED DOCUMENTS | XPO LOGISTICS FREIGHT, INC.<br>2211 OLD EARHART ROAD<br>ANN ARBOR, MI 48105 |
| 2.698 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PRICING AGREEMENT DATED: 06/03/2025 AND ALL RELATED DOCUMENTS | XPO LOGISTICS FREIGHT, INC.<br>2211 OLD EARHART ROAD<br>ANN ARBOR, MI 48105 |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.699 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SHIPPING AGREEMENT DATED: 03/27/2025 AND ALL RELATED DOCUMENTS | XPO LOGISTICS FREIGHT, INC.<br>2211 OLD EARHART ROAD<br>ANN ARBOR, MI 48105 |
| 2.700 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | SHIPPING AGREEMENT DATED: 04/04/2025 AND ALL RELATED DOCUMENTS | XPO LOGISTICS FREIGHT, INC.<br>2211 OLD EARHART ROAD<br>ANN ARBOR, MI 48105 |
| 2.701 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RATE SCHEDULE AGREEMENT DATED: 05/28/2024 AND ALL RELATED DOCUMENTS | XPO LOGISTICS FREIGHT, INC.<br>2211 OLD EARHART ROAD<br>ANN ARBOR, MI 48105 |
| 2.702 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | PRICING SCHEDULE TO TRANSPORTATION CONTRACT DATED: 06/03/2024 AND ALL RELATED DOCUMENTS | XPO LOGISTICS FREIGHT, INC.<br>2211 OLD EARHART ROAD<br>ANN ARBOR, MI 48105 |
| 2.703 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | 4TH REVISED SCHEDULE A-TRANSPORTATION AGREEMENT DATED: 03/27/2025 AND ALL RELATED DOCUMENTS | XPO LOGISTICS FREIGHT, INC.<br>2211 OLD EARHART ROAD<br>ANN ARBOR, MI 48105 |
| 2.704 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | RELEASE AND SETTLEMENT OF ALL CLAIMS DATED: 03/02/2022 AND ALL RELATED DOCUMENTS | ZNZ TRUCKING INC.<br>1350 W 53ST PL 1350<br>HIALEAH, FL 33012 |
| | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: First Brands Group, LLC

United States Bankruptcy Court for the: Southern District of Texas, Houston Division

Case number (If known): 25-90399 (CML)

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | AH Forgings Proprietary Limited | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | ACQUIOM AGENCY SERVICES LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | Airtex Industries, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | Airtex Industries, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | Airtex Industries, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | Airtex Products, LP | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | Airtex Products, LP | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.7 | Airtex Products, LP | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | APC Intermediate Holdings, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | APC Intermediate Holdings, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | APC Intermediate Holdings, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 | APC Parent, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.12 | APC Parent, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.13 | APC Parent, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.14 | ASC Industries, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.15 | ASC Industries, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.16 | ASC Industries, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.17 | Autolite Operations LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.18 | Autolite Operations LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.19 | Autolite Operations LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.20 | AVM Export, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.21 | AVM Export, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.22 | AVM Export, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.23 | BPI Acquisition Company, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.24 | BPI Acquisition Company, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.25 | BPI Acquisition Company, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.26 | BPI EC, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.27 | BPI EC, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.28 | BPI EC, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.29 | BPI Holdings International, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.30 | BPI Holdings International, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.31 | BPI Holdings International, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.32 | Brake Parts Inc China LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.33 | Brake Parts Inc China LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.34 | Brake Parts Inc China LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.35 | Brake Parts Inc India LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.36 | Brake Parts Inc India LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.37 | Brake Parts Inc India LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.38 | Brake Parts Inc LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.39 | Brake Parts Inc LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.40 | Brake Parts Inc LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.41 | Cardone Industries, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.42 | Cardone Industries, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.43 | Cardone Industries, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.44 | Carrand Companies, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.45 | Carrand Companies, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.46 | Carrand Companies, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.47 | Carter Carburetor Holdings, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.48 | Carter Carburetor Holdings, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.49 | Carter Carburetor Holdings, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.50 | Carter Carburetor, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.51 | Carter Carburetor, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.52 | Carter Carburetor, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.53 | Carter Fuel Export, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.54 | Carter Fuel Export, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.55 | Carter Fuel Export, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.56 | Carter Fuel Systems, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.57 | Carter Fuel Systems, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.58 | Carter Fuel Systems, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.59 | Cequent Nederland Holdings B.V. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | ACQUIOM AGENCY SERVICES LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.60 | Champion Laboratories, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.61 | Champion Laboratories, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.62 | Champion Laboratories, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.63 | CWD Holding, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.64 | CWD Holding, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.65 | CWD Holding, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.66 | CWD Intermediate Holdings I, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.67 | CWD Intermediate Holdings I, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.68 | CWD Intermediate Holdings I, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.69 | CWD Intermediate Holdings II, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.70 | CWD Intermediate Holdings II, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.71 | CWD Intermediate Holdings II, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.72 | CWD, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.73 | CWD, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.74 | CWD, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.75 | Dalton Corporation | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.76 | Dalton Corporation | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.77 | Dalton Corporation | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.78 | Dalton Corporation, Ashland Manufacturing Facility | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.79 | Dalton Corporation, Ashland Manufacturing Facility | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.80 | Dalton Corporation, Ashland Manufacturing Facility | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.81 | Dalton Corporation, Kendallville Manufacturing Facility | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.82 | Dalton Corporation, Kendallville Manufacturing Facility | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.83 | Dalton Corporation, Kendallville Manufacturing Facility | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.84 | Dalton Corporation, Stryker Machining Facility Co. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.85 | Dalton Corporation, Stryker Machining Facility Co. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.86 | Dalton Corporation, Stryker Machining Facility Co. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.87 | Dalton Corporation, Warsaw Manufacturing Facility | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.88 | Dalton Corporation, Warsaw Manufacturing Facility | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.89 | Dalton Corporation, Warsaw Manufacturing Facility | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.90 | Eagle Casting, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.91 | Eagle Casting, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.92 | Eagle Casting, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.93 | Eagle Machining, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.94 | Eagle Machining, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.95 | Eagle Machining, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.96 | First Brands Group Intermediate, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.97 | First Brands Group Intermediate, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.98 | First Brands Group Intermediate, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.99 | FMP Group (Australia) Pty Limited | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | ACQUIOM AGENCY SERVICES LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.100 | FMP Group Australia Holdings Pty Ltd. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | ACQUIOM AGENCY SERVICES LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.101 | FMP Group pty. Limited | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | ACQUIOM AGENCY SERVICES LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.102 | Fox Acquisition Company Pty. Ltd. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | ACQUIOM AGENCY SERVICES LLC | ☐ D<br>☑ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.103 | FRAM Group IP LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.104 | FRAM Group IP LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.105 | FRAM Group IP LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.106 | FRAM Group Operations LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.107 | FRAM Group Operations LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.108 | FRAM Group Operations LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.109 | FRAMAuto Holdings, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.110 | FRAMAuto Holdings, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.111 | FRAMAuto Holdings, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.112 | Fuel Filter Technologies, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.113 | Fuel Filter Technologies, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.114 | Fuel Filter Technologies, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.115 | Global Reman Ventures, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.116 | Global Reman Ventures, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.117 | Global Reman Ventures, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.118 | Global Technologies Partners, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANCO SANTANDER, S.A. | ☐ D<br>☑ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.119 | Global Technologies S.a.r.L. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANCO SANTANDER, S.A. | ☐ D<br>☑ E/F<br>☐ G |
| 2.120 | Heatherton Holdings, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.121 | Heatherton Holdings, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.122 | Heatherton Holdings, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.123 | Hopkins Acquisition, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.124 | Hopkins Acquisition, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.125 | Hopkins Acquisition, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.126 | Hopkins Manufacturing Corporation | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.127 | Hopkins Manufacturing Corporation | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.128 | Hopkins Manufacturing Corporation | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.129 | Horizon Euro Finance LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.130 | Horizon Euro Finance LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.131 | Horizon Euro Finance LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.132 | Horizon Global (South Africa) Proprietary Limited | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | ACQUIOM AGENCY SERVICES LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.133 | Horizon Global Americas Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.134 | Horizon Global Americas Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.135 | Horizon Global Americas Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.136 | Horizon Global Company LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.137 | Horizon Global Company LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.138 | Horizon Global Company LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.139 | Horizon Global Corporation | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.140 | Horizon Global Corporation | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.141 | Horizon Global Corporation | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.142 | Horizon Global Germany GmbH | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | ACQUIOM AGENCY SERVICES LLC | ☐ D<br>☑ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.143 | Horizon International Holdings LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.144 | Horizon International Holdings LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.145 | Horizon International Holdings LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.146 | HZ Lux Holdings S.a.r.l. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | ACQUIOM AGENCY SERVICES LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.147 | HZ Lux S.a.r.l. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | ACQUIOM AGENCY SERVICES LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.148 | IBI International Holding Company, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.149 | IBI International Holding Company, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.150 | IBI International Holding Company, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.151 | International Brake Industries, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.152 | International Brake Industries, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.153 | International Brake Industries, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.154 | Jasper Acquisition Corp. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.155 | Jasper Acquisition Corp. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.156 | Jasper Acquisition Corp. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.157 | Jasper Rubber Products, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.158 | Jasper Rubber Products, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.159 | Jasper Rubber Products, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.160 | KTRI Holdings, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.161 | KTRI Holdings, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.162 | KTRI Holdings, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.163 | KTRI Offshore Holdings, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.164 | KTRI Offshore Holdings, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.165 | KTRI Offshore Holdings, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.166 | Liberty II B.V. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANCO SANTANDER, S.A. | ☐ D<br>☑ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.167 | Longman Enterprises, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.168 | Longman Enterprises, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.169 | Longman Enterprises, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.170 | PHNX Acquisition Corp. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.171 | PHNX Acquisition Corp. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.172 | PHNX Acquisition Corp. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.173 | Premier Marketing Group, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.174 | Premier Marketing Group, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.175 | Premier Marketing Group, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.176 | Pylon Manufacturing Corp. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.177 | Pylon Manufacturing Corp. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.178 | Pylon Manufacturing Corp. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.179 | Pylon South Bend, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.180 | Pylon South Bend, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.181 | Pylon South Bend, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.182 | Qualis Automotive, L.L.C. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.183 | Qualis Automotive, L.L.C. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.184 | Qualis Automotive, L.L.C. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.185 | Qualis Enterprises, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.186 | Qualis Enterprises, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.187 | Qualis Enterprises, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.188 | Qualitor Acquisition Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.189 | Qualitor Acquisition Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.190 | Qualitor Acquisition Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.191 | Qualitor Automotive, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.192 | Qualitor Automotive, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.193 | Qualitor Automotive, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.194 | Qualitor Subsidiary H, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.195 | Qualitor Subsidiary H, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.196 | Qualitor Subsidiary H, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.197 | Qualitor Subsidiary S, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.198 | Qualitor Subsidiary S, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.199 | Qualitor Subsidiary S, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.200 | Qualitor, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.201 | Qualitor, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.202 | Qualitor, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.203 | Reman Management International LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.204 | Reman Management International LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.205 | Reman Management International LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.206 | SDC TX, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.207 | SDC TX, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.208 | SDC TX, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.209 | Smart Choice, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.210 | Smart Choice, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.211 | Smart Choice, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.212 | Societe Industrielle Des Attelages R.R. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | ACQUIOM AGENCY SERVICES LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.213 | Specialty Pumps Group, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.214 | Specialty Pumps Group, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.215 | Specialty Pumps Group, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.216 | Strongarm, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.217 | Strongarm, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.218 | Strongarm, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.219 | TAE Brakes, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.220 | TAE Brakes, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.221 | TAE Brakes, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.222 | TAE China Holdings, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.223 | TAE China Holdings, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.224 | TAE China Holdings, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.225 | Toledo Molding & Die, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.226 | Toledo Molding & Die, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.227 | Toledo Molding & Die, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.228 | Transportation Aftermarket Enterprise, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.229 | Transportation Aftermarket Enterprise, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.230 | Transportation Aftermarket Enterprise, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.231 | Trico Holding Corporation | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.232 | Trico Holding Corporation | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.233 | Trico Holding Corporation | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.234 | Trico Products Corporation | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.235 | Trico Products Corporation | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.236 | Trico Products Corporation | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.237 | Trico Products Pty Ltd | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | ACQUIOM AGENCY SERVICES LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.238 | Trico Technologies Corporation | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.239 | Trico Technologies Corporation | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.240 | Trico Technologies Corporation | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.241 | Tridonex USA LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.242 | Tridonex USA LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.243 | Tridonex USA LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.244 | UCI Acquisition Holdings (No. 4) LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.245 | UCI Acquisition Holdings (No. 4) LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.246 | UCI Acquisition Holdings (No. 4) LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.247 | UCI International Holdings Parent Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.248 | UCI International Holdings Parent Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.249 | UCI International Holdings Parent Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.250 | UCI International Holdings, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.251 | UCI International Holdings, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.252 | UCI International Holdings, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.253 | UCI International, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.254 | UCI International, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.255 | UCI International, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.256 | UCI Pennsylvania, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.257 | UCI Pennsylvania, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.258 | UCI Pennsylvania, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.259 | UCI-Airtex Holdings, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.260 | UCI-Airtex Holdings, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.261 | UCI-Airtex Holdings, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.262 | Ultinon Motion Brasil Ltda. (fka Lumiled Imlunacao Brasil Ltda) | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANCO SANTANDER, S.A. | ☐ D<br>☑ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.263 | Ultinon Motion Commercial Canada Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANCO SANTANDER, S.A. | ☐ D<br>☑ E/F<br>☐ G |
| 2.264 | Ultinon Motion Delaware LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANCO SANTANDER, S.A. | ☐ D<br>☑ E/F<br>☐ G |
| 2.265 | Ultinon Motion Germany GmbH | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANCO SANTANDER, S.A. | ☐ D<br>☑ E/F<br>☐ G |
| 2.266 | Ultinon Motion Holding B.V. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANCO SANTANDER, S.A. | ☐ D<br>☑ E/F<br>☐ G |
| 2.267 | Ultinon Motion Poland S.A. (fka Lumileds Poland S.A.) | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANCO SANTANDER, S.A. | ☐ D<br>☑ E/F<br>☐ G |
| 2.268 | Ultinon Motion Sweden AB | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANCO SANTANDER, S.A. | ☐ D<br>☑ E/F<br>☐ G |
| 2.269 | Ultinon Motion US Holdco, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANCO SANTANDER, S.A. | ☐ D<br>☑ E/F<br>☐ G |
| 2.270 | United Components, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.271 | United Components, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.272 | United Components, LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.273 | Universal Auto Filter LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.274 | Universal Auto Filter LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.275 | Universal Auto Filter LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.276 | Viper Acquisition I, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.277 | Viper Acquisition I, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.278 | Viper Acquisition I, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.279 | Viper Acquisition, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.280 | Viper Acquisition, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.281 | Viper Acquisition, Inc. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.282 | Walbro LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.283 | Walbro LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.284 | Walbro LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.285 | Walbro Midco LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.286 | Walbro Midco LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.287 | Walbro Midco LLC | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.288 | WEM US Co. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | BANK OF AMERICA, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.289 | WEM US Co. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | GLAS USA LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.290 | WEM US Co. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.291 | Westfalia-Automotive GMBH | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | ACQUIOM AGENCY SERVICES LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.292 | Witter Brasov S.R.L. | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | ACQUIOM AGENCY SERVICES LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.293 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.294 | | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor name First Brands Group, LLC

United States Bankruptcy Court for the: Southern District of Texas, Houston Division

Case number (If known) 25-90399 (CML)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended Schedule ____________________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/20/2026
MM / DD / YYYY

**X** /s/ Paul Kosturos
Signature of individual signing on behalf of debtor

Paul Kosturos
Printed name

Chief Financial Officer
Position or relationship to debtor