United States Bankruptcy Court
Southern District of Texas

**ENTERED**

January 29, 2026

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-90399 |
| FIRST BRANDS GROUP, LLC, *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

## ORDER APPROVING THE EXAMINER'S WORK PLAN
### (Relates to ECF No. 1650)

The Examiner's Work Plan at ECF No. 1650 is approved.

Signed: January 29, 2026

Christopher Lopez
United States Bankruptcy Judge