UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIRST BRANDS GROUP LLC, *et al.*, | § | CASE NO. 25-90399 (CML) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

**STIPULATION AND AGREED ORDER EXTENDING THE
DEADLINE FOR THE EXAMINER'S BANKRUPTCY RULE 2004
REQUESTS FOR PRODUCTION OF DOCUMENTS FROM
FEDERAL AVIATION ADMINISTRATION (DOCKET 1928)**

This stipulation and agreed order (the "Stipulation and Agreed Order") is entered into by and among (i) Martin De Luca, the Court-appointed Examiner (the "Examiner") in the above-captioned Chapter 11 cases (the "Chapter 11 Cases") and (ii) the Federal Aviation Administration (the "FAA" and together with the Examiner, the "Parties"). The Parties hereby stipulate and agree as follows:

WHEREAS, on January 22, 2026, the Court entered the Order Authorizing Modified Procedures for the Examiner to Conduct Bankruptcy Rule 2004 Examinations, ECF Docket No. 1657 (the "2004 Procedures Order").

---

[1] A complete list of Debtors in these chapter 11 cases may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

WHEREAS, on February 13, 2026, the Examiner filed the Notice of the Examiner's Bankruptcy Rule 2004 Requests for Production of Documents from Federal Aviation Administration, ECF Docket No. 1928 ("Rule 2004 Notice and Subpoena").

WHEREAS, the deadline for FAA to respond to the Rule 2004 Notice and Subpoena would be 5:00 p.m. on Wednesday, February 18, 2026.

WHEREAS, pursuant to the 2004 Procedures Order, the deadline for FAA to file and serve a motion seeking a protective order or to quash the Rule 2004 Notice and Subpoena in accordance with Bankruptcy Local Rule 2004-1(f) would be Friday, February 20, 2026.

WHEREAS, the Parties have agreed to enter into and jointly submit this Stipulation and Agreed Order, which agreement is set forth below.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. The deadline for FAA to respond or object to the Rule 2004 Notice and Subpoena is extended until on or before Wednesday, March 4, 2026, at 11:59 p.m.

2. The deadline for FAA to file and serve a motion seeking a protective order or to quash the Rule 2004 Notice and Subpoena in accordance with Bankruptcy Local Rule 2004-1(f) is extended until on or before Wednesday, March 4, 2026, at 11:59 p.m.

3. The undersigned represent that they are either (i) one of the Parties or (ii) authorized to execute the Stipulation and Agreed Order on behalf of the represented parties for whom they have signed.

4. The Parties agree that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation and Agreed Order, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation and Agreed Order.

**THE FOREGOING STIPULATION IS SO ORDERED.**

Dated: _____

_____
HON. CHRISTOPHER LOPEZ
United States Bankruptcy Judge

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| **FEDERAL AVIATION ADMINISTRATION** | **EXAMINER MARTIN DE LUCA** |

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

 /s/ *Paul B. Moore*
PAUL B. MOORE
Assistant United States Attorney
Texas Bar No. 24032755
Southern District of Texas Bar No. 802542

1000 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9779
Facsimile: (713) 718-3300
Email: Paul.Moore@usdoj.gov

ATTORNEYS FOR THE
UNITED STATES

  /s/ *Matthew S. Okin by permission PBM*
Matthew S. Okin
Texas Bar No. 00784695
OKIN ADAMS BARTLETT CURRY LLP
1113 Vine Street, Suite 240
Houston, Texas 77002
Telephone: (713)-228-4100
Fax: (346)-247-7158
Email: mokin@okinadams.com

*Counsel to the Examiner*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on February 18, 2026, by the Court's ECF system or other electronic means on the service list therein.

  /s/  *Paul B. Moore*
Paul B. Moore
Assistant United States Attorney