IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| First Brands Group, LLC, *et al.*, | § § § | Case No. 25-90399 (CML) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("**Kroll**"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused the following document to be served on date set forth via First-Class Mail on the list of parties attached hereto as **Exhibit A**:

- Notice of Sale Transactions, Bidding Procedures, Auction, and Sale Hearing [Docket No. 1324]

Dated: February 24, 2026

/s/ Paul Pullo
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 24, 2026, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

SRF 94624, 94709 & 94791

**<u>Exhibit A</u>**

Exhibit A

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Date of Service |
|---|---|---|---|---|---|---|---|---|
| 30817215 | AEP ENERGY INC | ATTN: LEGAL DEPARTMENT | PO BOX 340 | | ZELIENOPLE | PA | 16063-0340 | February 12, 2026 |
| 30812203 | AHB TOOLING & MACHINERY LLC | 1663 CHAMPAGNE DR N | | | SAGINAW | MI | 48604-9202 | February 9, 2026 |
| 30739754 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 19, 2026 |
| 30739843 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 9, 2026 |
| 30728050 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 12, 2026 |
| 30740722 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 9, 2026 |
| 30741157 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 9, 2026 |
| 30752831 | CONTROL DESIGN SOLUTIONS LTD | 15630 E STATE ROUTE 12 | STE 1 | | FINDLAY | OH | 45840-7771 | February 12, 2026 |
| 30728218 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 9, 2026 |
| 30742019 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 9, 2026 |
| 30753297 | ELECTRIC CONTACT SUP. CO., INC | 6090 UTLEY RD | | | AKRON | NY | 14001-0449 | February 12, 2026 |
| 30733142 | FUSION TRADE, INC. | 10 FAN PIER BLVD | STE 501 | | BOSTON | MA | 02210-2735 | February 12, 2026 |
| 30742961 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 9, 2026 |
| 30743077 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 9, 2026 |
| 30743189 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 9, 2026 |
| 30753702 | GENTHERM AUTOMOTIVE LLC | 430 PROPER MOUNTAIN RD | STE A | | GREENVILLE | SC | 29615-4248 | February 19, 2026 |
| 30733228 | GLOBAL SAFETY NETWORK | 7720 N 16TH ST | STE 450 | | PHOENIX | AZ | 85020-7400 | February 12, 2026 |
| 30726083 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 19, 2026 |
| 30719307 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 9, 2026 |
| 30733529 | ILLINOIS ENVIRONMENTAL PROTECTION AGENCY | DIVISION OF AIR POLLUTION CONTROL | 2520 W ILES AVE | | SPRINGFIELD | IL | 62704-4345 | February 12, 2026 |
| 30719763 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 9, 2026 |
| 30720069 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 9, 2026 |
| 30720072 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 9, 2026 |
| 30720141 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 12, 2026 |
| 30720188 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 9, 2026 |
| 30720454 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 9, 2026 |
| 30720465 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 9, 2026 |
| 30814957 | LOGISTYX TECHNOLOGIES, LLC | 14135 MIDWAY RD # G300 | | | ADDISON | TX | 75001-3611 | February 9, 2026 |
| 30720728 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 9, 2026 |
| 30720782 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 12, 2026 |
| 30721142 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 9, 2026 |
| 30721791 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 19, 2026 |
| 30755212 | NEWARK ELEMENT14 | 4180 HIGHLANDER PKWY | | | RICHFIELD | OH | 44286-9352 | February 12, 2026 |
| 30722368 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 9, 2026 |
| 30722572 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 12, 2026 |
| 30722589 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 9, 2026 |
| 30723493 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 12, 2026 |

Exhibit A

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Date of Service |
|---|---|---|---|---|---|---|---|---|
| 30735116 | RR DONNELLY | 227 W MONROE ST | STE 500 | | CHICAGO | IL | 60606-5050 | February 12, 2026 |
| 30724543 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 9, 2026 |
| 30725158 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 12, 2026 |
| 30725242 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 9, 2026 |
| 30726065 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 9, 2026 |
| 30726419 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 12, 2026 |
| 30757200 | WALKER INDUSTRIAL | 15 COMMERCE RD | STE 3 | | NEWTOWN | CT | 06470-1633 | February 9, 2026 |
| 30726819 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 9, 2026 |
| 30727189 | NAME ON FILE | ADDRESS ON FILE | | | | | | February 9, 2026 |
| 30811999 | XINLIDA AUTO PARTS LLC | ATTENTION: JOE MCISAAC. VP AND GENERAL MANAGER - AMERICAS | 5404 W ELM ST | STE G | MCHENRY | IL | 60050-4007 | February 9, 2026 |