**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| FIRST BRANDS GROUP, LLC *et al.*, | : | Case No. 25-90399 (CML) |
| Debtors.[1] | : | (Jointly Administered) |

# NOTICE OF FILING EXAMINER'S REPORT

**(Relates to ECF No. 1650)**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On November 19, 2025, the Court entered its *Order Directing Appointment of Examiner* [ECF No. 726] (the "**Examiner Order**").[2]

2. On December 16, 2025, the U.S. Trustee filed its *Notice of Appointment of Examiner* [ECF No. 961], indicating the appointment of Martin De Luca as Examiner, and its *Application to Approve Appointment of Examiner* [ECF No. 964].

3. On January 9, 2026, the Court granted the U.S. Trustee's application to appoint Martin De Luca as Examiner in the above-captioned cases and entered the *Order Approving the Appointment of Examiner* [ECF No. 1260].

4. On January 16, 2026, the Court entered the *Addendum to Agreed Protective Order* [ECF No. 1362] and the *Supplemental Agreed Protective Order* [ECF No. 1364] (collectively, the "**Protective Orders**"). Among other things, the Protective Orders provide that the Examiner shall not disclose Privileged Material to any party without the Debtors' express written permission,

[1] A complete list of the Debtors in the Cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for the Cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Examiner Order.

including in any report prepared by the Examiner.[3] Further, the Protective Orders require designated material in the Examiner's report that discloses Highly Confidential or Confidential Material to be filed under seal.[4]

5. The Examiner filed his proposed Work Plan [ECF No. 1650] (the "**Work Plan**") on January 21, 2026, and the Court entered its order [ECF No. 1819] approving the Work Plan on January 29, 2026.

6. In accordance with the Work Plan, the Examiner's Report, dated April 17, 2026, is attached hereto as **Exhibit A**.

7. Pursuant to the Protective Orders and in an abundance of caution, the Examiner's Report is filed under seal. If a producing person reaches agreement with the Examiner regarding the treatment of any Highly Confidential or Confidential Material contained in the Examiner's Report, or timely files an objection to its unsealing, the designated material shall remain under seal pending further order of the Court.[5]

[*Remainder of Page Intentionally Left Blank*]

---

[3] *See* ECF No. 1364, ¶ 4.

[4] *See* ECF No. 1362, ¶ 5 ("unless otherwise agreed by the producing person, all designated material included in the Examiner's report that disclose Highly Confidential or Confidential Material, shall be filed under seal in accordance with the Federal Rules, the Bankruptcy Rules, and the Local Rules, such as by redacting designated material in the report, and replacing exhibits that constitute designated material with a placeholder, and providing unredacted and complete copies of all such submissions to all Parties to this Order, to the United States Trustee, and to the Court").

[5] *See* ECF No. 1362, ¶ 5 ("the designated material shall become public seven (7) days after the filing of the Examiner's report unless the producing person files an objection with the Court to the unsealing of the designated material. If an objection is filed, the designated material shall remain under seal until such time as either the Court determines whether the designated material shall remain confidential, or the parties reach an agreement on the unsealing of the designated material").

Dated: April 17, 2026

Respectfully submitted,

/s/ *Jesse Panuccio*

BOIES SCHILLER FLEXNER LLP
Jesse Panuccio (admitted *pro hac vice*)
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
(954) 356-0011
jpanuccio@bsfllp.com

BOIES SCHILLER FLEXNER LLP
Robert D. Gordon (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
(212) 446-2300
rgordon@bsfllp.com

BOIES SCHILLER FLEXNER LLP
Benjamin Waisbren (admitted *pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
bwaisbren@bsfllp.com

*-and-*

OKIN ADAMS BARTLETT CURRY LLP
Matthew S. Okin
Texas Bar No. 00784695
Email: mokin@okinadams.com
Ryan A. O'Connor
Texas Bar No. 24098190
Email: roconnor@okinadams.com
Madeline M. Schmidt
Texas Bar No. 24130309
Email: mschmidt@okinadams.com
1113 Vine Street, Suite 240
Houston, Texas 77002
Tel: 713.228.4100
Fax: 346.247.7158

*Counsel to the Examiner*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2026, a true and correct copy of the foregoing Notice was served via the Court's CM/ECF system to all parties consenting to service through the same.

By: /s/ *Ryan A. O'Connor*
Ryan A. O'Connor

# Exhibit A

**Examiner's Report**

**(Filed Under Seal)**