**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**NOTICE OF THE PENSION BENEFIT**
**GUARANTY CORPORATION'S AGENCY DETERMINATION TO**
**TERMINATE CERTAIN PENSION PLANS SPONSORED BY CERTAIN DEBTORS**

**PLEASE TAKE NOTICE** that the Pension Benefit Guaranty Corporation ("**PBGC**") is a wholly owned United States government corporation, and an agency of the United States, that administers the defined benefit pension plan termination insurance program under Title IV of the Employee Retirement Income Security Act of 1974, *as amended* ("**ERISA**"), 29 U.S.C. §§ 1301-1461 (2018 & Supp. V 2024).

**PLEASE TAKE FURTHER NOTICE THAT** on April 30, 2026, the PBGC determined that the Cardone Industries, Inc. Union Employees' Pension Plan ("**Cardone Plan**"),[2] the Dalton Corporation, Warsaw Manufacturing Facility Pension Plan ("**Dalton Plan**"),[3] and the Retirement Plan for Bargaining Unit Employees of Fostoria and Greenville ("**FRAM Plan**")[4] must be terminated pursuant to ERISA § 4042(a)(2) and (c), 29 U.S.C.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] The Cardone Plan is sponsored by Debtor Cardone Industries, Inc.

[3] The Dalton Plan is sponsored by Debtor Dalton Corporation, Warsaw Manufacturing Facility.

[4] The FRAM Plan is sponsored by Debtor FRAM Group Operations, LLC.

§ 1342(a)(2) and (c) with a date of plan termination of April 30, 2026. PBGC issued notices of determination to the relevant Debtors.

**PLEASE TAKE FURTHER NOTICE THAT** PBGC intends to be appointed the statutory trustee of the Cardone Plan, Dalton Plan, and FRAM Plan, which includes assuming the obligation to pay participants and beneficiaries of these pension plans their promised benefits up to the statutory limit.

**PLEASE TAKE FURTHER NOTICE THAT** on April 30, 2026, the PBGC published notice in USA Today regarding the intended termination of the Cardone Plan, Dalton Plan, and FRAM Plan. *See* Exhibit A.

**PLEASE TAKE FURTHER NOTICE THAT** on April 30, 2026, the PBGC issued a press release on its website regarding the intended termination of the Cardone Plan, Dalton Plan, and FRAM Plan. *See* Exhibit B.

Date: April 30, 2026
     Washington, D.C.

Respectfully Submitted,

*/s/ Faheem A. Mahmooth*
**PENSION BENEFIT GUARANTY CORPORATION**
Jack Lund, General Counsel
Craig T. Fessenden, Deputy General Counsel
Erin C. Kim, Assistant General Counsel (*pro hac vice*)
Mai Lan G. Rodgers, Attorney (*pro hac vice*)
Faheem A. Mahmooth, Attorney (*pro hac vice*)
Office of the General Counsel
445 12th Street, SW
Washington, DC 20024
Telephone: (202) 229-3946
Email: rodgers.mailan@pbgc.gov and
    efile@pbgc.gov

*Attorneys for creditor Pension Benefit Guaranty Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2026, the *Notice of the Pension Benefit Guaranty Corporation's Agency Determination to Terminate Certain Pension Plans Sponsored by Certain Debtors* was served via the Electronic Case Filing System on all parties registered to receive notice for this case.

_/s/ Faheem A. Mahmooth___
Faheem A. Mahmooth

3