**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC**, *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**DEBTORS' WITNESS AND EXHIBIT**
**LIST FOR HORIZON SALE HEARING ON MAY 26, 2026**

First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby file this witness and exhibit list list in connection with the hearing to consider approval of the Horizon sale motion (the "**Horizon Sale Hearing**") scheduled for **May 26, 2026 at 2:00 p.m. (Central Time)**:

**WITNESSES**

The Debtors may call any of the following witnesses at the Horizon Sale Hearing:

1.      Charles M. Moore, Interim Chief Executive Officer, Debtors (fact witness);

2.      Nicholas Haughey, Managing Director, Alvarez & Marsal North America LLC (fact witness);

3.      Nathan Mooney, Managing Director, Lazard Frères & Co. LLC;

4.      Any witness called or listed by any other party; and

5.      Any rebuttal witnesses.

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

## EXHIBITS

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Declaration of Nicholas Haughey in Support of (I) Emergency Motion for Order (A) Approving Sale Transaction for Debtors' Horizon North America Business Line, (B) Approving Assumption, Assignment, and Sale of Certain Contracts and Unexpired Leases, and (C) Granting Related Relief and (II) Emergency Motion for Order (A) Approving Settlement Between Debtors and Horizon Europe and the Sale of Certain Assets in Connection Therewith, and (B) Granting Related Relief (Docket No. 2720) | | | | |
| 2. | Declaration of Nathan Mooney in Support of (I) Emergency Motion for Order (A) Approving Sale Transaction for Debtors' Horizon North America Business Line, (B) Approving Assumption, Assignment, and Sale of Certain Contracts and Unexpired Leases, and (C) Granting Related Relief and (II) Emergency Motion for Order (A) Approving Settlement Between Debtors and Horizon Europe and the Sale of Certain Assets in Connection Therewith, and (B) Granting Related Relief (Docket No. 2721) | | | | |
| 3. | Declaration of Nathan Mooney in Support of (I) Emergency Motion for Order (A) Approving Sale Transaction for Debtors' Horizon North America Business Line, (B) Approving Assumption, Assignment, and Sale of Certain Contracts and Unexpired Leases, and (C) Granting Related Relief and (II) Emergency Motion for Order (A) Approving Settlement Between Debtors and Horizon Europe and the Sale of Certain Assets in Connection Therewith, and (B) Granting Related Relief (Docket No. 2722) **[FILED UNDER SEAL]** | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 4. | Declaration of Charles M. Moore in Support of (I) Emergency Motion for Order (A) Approving Sale Transaction for Debtors' Horizon North America Business Line, (B) Approving Assumption, Assignment, and Sale of Certain Contracts and Unexpired Leases, and (C) Granting Related Relief and (II) Emergency Motion for Order (A) Approving Settlement Between Debtors and Horizon Europe and the Sale of Certain Assets in Connection Therewith, and (B) Granting Related Relief (Docket No. 2723) | | | | |
| 5. | Declaration of Charles M. Moore in Support of (I) Emergency Motion for Order (A) Approving Sale Transaction for Debtors' Horizon North America Business Line, (B) Approving Assumption, Assignment, and Sale of Certain Contracts and Unexpired Leases, and (C) Granting Related Relief and (II) Emergency Motion for Order (A) Approving Settlement Between Debtors and Horizon Europe and the Sale of Certain Assets in Connection Therewith, and (B) Granting Related Relief (Docket No. 2724) **[FILED UNDER SEAL]** | | | | |
| 6. | Notice of Cure Costs, Adequate Assurance Information, and Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale Transaction for Debtors' Horizon North America Business Line (Docket No. 2715) | | | | |
| 7. | Cure Schedule (Schedule 1 to Cure Notice) (Docket No. 2715) | | | | |
| 8. | Adequate Assurance Letter (Schedule 2 to Cure Notice) | | | | |
| 9. | Notice of Hearing on (I) Sale of Horizon North America Assets and (II) Horizon Settlement (Docket No. 2744) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 10. | Stock and Asset Purchase Agreement, dated as of May 19, 2026 (Exhibit A to Proposed Sale Order) (Docket No. 2711-1) | | | | |
| 11. | Disclosure Schedules to Stock and Asset Purchase Agreement **[FILED UNDER SEAL]** | | | | |
| 12. | Value Allocation Schedule (Exhibit B to Proposed Sale Order) (Docket No. 2711-1) | | | | |
| 13. | Emergency Motion for Order (A) Approving Sale Transaction for Debtors' Horizon North America Business Line, (B) Approving Assumption, Assignment, and Sale of Certain Contracts and Unexpired Leases, and (C) Granting Related Relief (Docket No. 2713) **[FILED UNDER SEAL]** | | | | |
| 14. | Settlement and Sale Agreement, dated as of May 19, 2026 (Exhibit 1 to Settlement Order) (Docket No. 2719-1) | | | | |
| 15. | Organizational Chart (Exhibit B to Settlement Motion) (Docket No. 2719-2) | | | | |
| 16. | Notice of Sale Transactions, Bidding Procedures, Auction, and Sale Hearing (Docket No. 1324) | | | | |
| 17. | Certificate of Publication (Docket No. 1645) | | | | |
| 18. | Affidavit of Service of Notice of Sale Transactions, Bidding Procedures, Auction, and Sale Hearing (Docket No. 1718) | | | | |
| 19. | Affidavit of Service of Notice of Sale Transactions, Bidding Procedures, Auction, and Sale Hearing (Docket No. 1911) | | | | |
| 20. | Affidavit of Service of Notice of Sale Transactions, Bidding Procedures, Auction, and Sale Hearing (Docket No. 1995) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 21. | Affidavit of Service of Notice of Sale Transactions, Bidding Procedures, Auction, and Sale Hearing (Docket No. 2048) | | | | |
| 22. | Affidavit of Service of Notice of Sale Transactions, Bidding Procedures, Auction, and Sale Hearing (Docket No. 2076) | | | | |
| 23. | Affidavit of Service of Notice of Sale Transactions, Bidding Procedures, Auction, and Sale Hearing (Docket No. 2201) | | | | |
| 24. | Affidavit of Service of Notice of Sale Transactions, Bidding Procedures, Auction, and Sale Hearing (Docket No. 2222) | | | | |
| 25. | Affidavit of Service of Notice of Sale Transactions, Bidding Procedures, Auction, and Sale Hearing (Docket No. 2267) | | | | |
| 26. | Affidavit of Service of Horizon Sale Motion, Horizon Sale and Settlement Motion, and Cure Notice (Docket No. 2767) | | | | |
| 27. | Affidavit of Service of Notice of Hearing on (I) Sale of Horizon North America Assets and (II) Horizon Settlement (Docket No. 2768) | | | | |
| 28. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 29. | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | | | | |
| 30. | Any exhibit listed by any other party | | | | |

5

## RESERVATION OF RIGHTS

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list at any time prior to the Hearing.

Dated: May 22, 2026
　　　　Houston, Texas

_/s/  Clifford W. Carlson_
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:    gabriel.morgan@weil.com
　　　　　clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted _pro hac vice_)
Sunny Singh (admitted _pro hac vice_)
Andriana Georgallas (admitted _pro hac vice_)
Kevin Bostel (admitted _pro hac vice_)
Jason H. George (admitted _pro hac vice_)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:    matt.barr@weil.com
　　　　　sunny.singh@weil.com
　　　　　andriana.georgallas@weil.com
　　　　　kevin.bostel@weil.om
　　　　　jason.george@weil.com

_Attorneys for Debtors_
_and Debtors in Possession_

6

**<u>Certificate of Service</u>**

I hereby certify that on May 22, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.


*/s/ Clifford W. Carlson*
Clifford W. Carlson