**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | § § | Case No. 25-90399 (CML) |
| Debtors. | § § § | (Jointly Administered) |

**BANK OF AMERICA, N.A.'S WITNESS AND**
**EXHIBIT LIST FOR MAY 29, 2026 HEARING**

Bank of America, N.A., as prepetition ABL Agent (the "ABL Agent") hereby submits this witness and exhibit list for the emergency hearing to be held on **May 29, 2026, at 9:00 a.m. (Prevailing Central Time)** (the "Hearing"):

**WITNESSES**

The ABL Agent may call any of the following witnesses at the Hearing:

1.      Any witness called or listed by any other party;

2.      Any rebuttal witnesses; and

3.      Any witness necessary to authenticate a document.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these Chapter 11 Cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**EXHIBITS**

| EXHIBIT NO. | DESCRIPTION | MARK | OFFER | OBJECTION | ADMIT | DISPOSITION |
|---|---|---|---|---|---|---|
| 1. | *Final Order (I) Authorizing The Debtors To (A) Obtain Postpetition Financing, (B) Use Cash Collateral, And (C) Grant Liens And Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection To Prepetition Secured Parties; (III) Modifying The Automatic Stay; And (IV) Granting Related Relief*, Dkt. 608, No. 25-90399 (CML) (Bankr. S.D. Tex. Nov. 9, 2025). | | | | | |
| 2. | Onset Financial, Inc.'s *Answer And Counterclaim, Crossclaim, And Third-Party Complaint*, Dkt. 16, No. 26-03005 (CML) (Bankr. S.D. Tex. Feb. 19, 2026). | | | | | |
| 3. | *Order Staying Adversary Case Deadlines and Discovery*, Dkt. 78, 26-03005 (CML) (Bankr. S.D. Tex. Mar. 24, 2026). | | | | | |
| 4. | *Order*, Dkt. 127, 26-03005 (CML) (Bankr. S.D. Tex. May 22, 2026). | | | | | |
| 5. | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy cases or associated cases. | | | | | |
| 6. | Any exhibit listed by any other party. | | | | | |
| 7. | Rebuttal or impeachment exhibits as necessary. | | | | | |

2

## **RESERVATION OF RIGHTS**

The ABL Agent reserves its right to: (i) amend, supplement, or remove any witnesses and/or exhibits prior to the hearing; (ii) use additional exhibits for the purposes of rebuttal or impeachment and further supplement the foregoing witness and exhibit list as appropriate; (iii) use any exhibits presented by any other party; and (iv) ask the Court to take judicial notice of any document.

*[Signature Page to Follow]*

Date: May 27, 2026

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

By: */s/ Toby L. Gerber*
Toby L. Gerber (SBT 07813700)
Kristian W. Gluck (SBT 24038921)
Jason I. Blanchard (SBT 24130197)
Michael C. Berthiaume (SBT 24066039)
NORTON ROSE FULBRIGHT US LLP
2200 Ross Ave., Suite 3600
Dallas, TX 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
Email: toby.gerber@nortonrosefulbright.com
kristian.gluck@nortonrosefulbright.com
jason.blanchard@nortonrosefulbright.com
michael.berthiaume@nortonrosefulbright.com

*Counsel to Bank of America, N.A., as prepetition ABL Agent*

4

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2026, a true and correct copy of the foregoing document was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

*/s/ Toby L. Gerber*
Toby L. Gerber