**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, et al.,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |
| | § | |

**CARNABY SECURED LENDERS' WITNESS AND EXHIBIT LIST**
**FOR HEARING ON MAY 29, 2026**
[Relates to ECF Nos. 842, 850, 851, 1392, 1394, 1665, 2036, 2037, 2335, 2338, and 2411]

The Carnaby Secured Lenders,[2] by and through their undersigned counsel, hereby file this witness and exhibit list (the "**Witness and Exhibit List**") for the hearing scheduled for **May 29, 2026 at 10:00 a.m. (Prevailing Central Time)** (the "**Hearing**"). Due to the volume of exhibits and overlap, this list incorporates and updates the exhibit lists filed at ECF Nos. 2335, 2338, and 2411, and further incorporates portions of the exhibit lists filed at ECF Nos. 842, 850, 851, 1392, 1394, 1665, 2036, and 2037:

**WITNESSES**

The Carnaby Secured Lenders may call any of the following witnesses at the Hearing:

1. Philip J. Gund

2. Guillermo Garay Espinosa

3. Any witness called or listed by any other party;

---

[1]     A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Carnaby Secured Lenders' Objection to the Debtors' Motion for Post-Petition Financing and Certain First Day Relief* (ECF 463) (the "**DIP Objection**").

1

4. Any rebuttal witnesses.

## EXHIBITS

The Carnaby Secured Lenders may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. [ECF 2037-1] | Complaint, First Brands Group, LLC v. Onset Financial, Inc., Case no. 26-3005, ECF No. 1 | | | | |
| 2. [ECF 2036-1-ECF 2036-4] | Asset Purchase Agreement dated January 8, 2025 by and between Talleres Mecanicos Montesarat S.A. de C.V. and Trico Componentes S.A. de C.V. as Sellers and Carnaby Inventory IV, LLC as Buyer **[FILED UNDER SEAL]** | | | | |
| 3. [ECF 2036-5] | Asset Purchase Agreement dated March 4, 2025 by and between Subensambles Internacionales S. de R.L. de C.V. as Seller and Carnaby Inventory IV, LLC as Buyer **[FILED UNDER SEAL]** | | | | |
| 4. [ECF 2036-6] | Onset Lease Schedule No. 026 to Master Lease Agreement No. OFI1445416 **[FILED UNDER SEAL]** | | | | |
| 5. [ECF 2036-7] | Onset Lease Schedule No. 024 to Master Lease Agreement No. OFI1445416 **[FILED UNDER SEAL]** | | | | |
| 6. [ECF 2037-3] | Declaration of Julia C. Koch in Support of the Supplemental Objection of Onset Financial, Inc. to Debtors' DIP Financing Motion [ECF No. 497] (the "Koch Declaration") | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 7.<br><br>[ECF 2037-4] | Master Lease Agreement No. OFI1445416 (Exhibit 3 to Koch Declaration) [ECF No. 497-3] | | | | |
| 8.<br><br>[ECF 2037-5] | Summary Chart Identifying Each of the Trico Bailees (Exhibit 11 to Koch Declaration) [ECF No. 497-12] | | | | |
| 9.<br><br>[ECF 2037-6] | Summary Chart Identifying Each of the Conduit Bailees (Exhibit 12 to Koch Declaration) [ECF No. 497-13] | | | | |
| 10.<br><br>[ECF 2037-7] | Transcript of Hearing held on January 22, 2026 | | | | |
| 11.<br><br>[ECF 2037-8] | Stipulation and Agreed Order Regarding Adequate Protection among Debtors and Onset Financial, Inc. [ECF No. 732] | | | | |
| 12.<br><br>[ECF 2037-9] | Stipulation and Agreed Interim Order Regarding Adequate Protection Among Debtors and Onset Financial, Inc. [ECF No. 214] | | | | |
| 13.<br><br>[ECF 2037-10] | Preliminary Objection and Reservation of Rights of Onset Financial, Inc. to Debtors' DIP Financing Motion [ECF No. 135] | | | | |
| 14.<br><br>[ECF 2037-11] | Supplemental Objection of Onset Financial, Inc. to Debtors' DIP Financing Motion [ECF No. 470] | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 15. [ECF 2037-12] | Further Stipulation and Agreed Interim Order Regarding Adequate Protection Among Debtors and Carnaby Inventory II, LLC [ECF No. 1363] | | | | |
| 16. [ECF 2335-1] | Certified Translation of Spanish Portions of Exhibit 149- Subensambles Internacionales S.A. de C.V. Maquila Agreement | | | | |
| 17. [ECF No. 850-3] | Voluntary Petition filed by Carnaby Inventory III, LLC ("**Carnaby III**") (ECF No. 1 in case 25-90390). | | | | |
| 18. [ECF No. 850-4] | Declaration of Charles M. Moore in Support of Debtors' Chapter 11 Petitions, dated September 29, 2025 (ECF No. 22) (the "**First Day Declaration**"). | | | | |
| 19. [ECF No. 850-8] | Stipulation and Agreed Interim Order Regarding Adequate Protection Among Debtors and Carnaby II and Carnaby III (the "**Interim Stipulation**"), entered by the Court on October 2, 2025 [ECF No. 230] | | | | |
| 20. [ECF No. 850-10] | The Carnaby III Credit Agreement, attached as <u>Exhibit B</u> to the DIP Objection. | | | | |
| 21. [ECF No. 850-13] | The Carnaby III LLC Agreement, attached as <u>Exhibit E</u> to the DIP Objection. | | | | |
| 22. [ECF No. 850-15] | The Carnaby III Extension Agreement, attached as <u>Exhibit G</u> to the DIP Objection. | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 23.<br>[ECF No. 850-16] | Declaration of Charles M. Moore in Support of Debtors' First Day Relief, dated September 30, 2025 (ECF No. 51) | | | | |
| 24.<br>[ECF No. 850-20] | Pledge and Security Agreement for Carnaby III, dated as of July 6, 2022. | | | | |
| 25.<br>[ECF No. 850-23] | Floating Lien Pledge Agreement for Carnaby III, dated as of July 6, 2022 (excluding exhibits). | | | | |
| 26.<br>[ECF No. 850-24] | UCC-1 Filings for Carnaby II, Carnaby III, Carnaby Inventory Holdings II, LLC ("**Carnaby Holdings II**"), and Carnaby Inventory Holdings III, LLC ("**Carnaby Holdings III**"), dated as of September 23, 2025 | | | | |
| 27.<br>[ECF No. 850-25] | Lien Search Summary by Wolters Kluwer for Carnaby II, Carnaby III, Carnaby Holdings II, Carnaby Holdings III, and other entities, dated September 24, 2025. | | | | |
| 28.<br>[ECF No. 842-2] | Carnaby III Borrowing Base, dated as October 3, 2025 (excluding Matamoros and Subensambles Inventory) **[FILED UNDER SEAL]** | | | | |
| 29.<br>[ECF No. 842-56] | Carnaby III Sale Agreement, dated July 6, 2022 (Trico Technologies) | | | | |
| 30.<br>[ECF No. 842-355] | Carnaby III Sale Agreement, dated July 6, 2022 (Trico Products) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 31. [ECF No. 842-59] | Carnaby III Purchase Agreement, dated July 6, 2022 (Trico Technologies) | | | | |
| 32. [ECF No. 842-61] | Carnaby III Purchase Agreement, dated July 6, 2022 (Trico Products) | | | | |
| 33. [ECF No. 842-63] | Carnaby III Manufacturing Agreement, dated July 6, 2022 (Subensambles) | | | | |
| 34. [ECF No. 842-64] | Carnaby III Manufacturing Agreement, dated July 6, 2022 (Trico Technologies) | | | | |
| 35. [ECF No. 842-11] | Non-Contravention Opinion for Carnaby III, dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 36. [ECF No. 842-42] | Carnaby III Pledge and Security Agreement, dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 37. [ECF No. 842-43] | Carnaby III, Referred Provisions of the General Law of Negotiable Instruments and Credit Transactions, **[FILED UNDER SEAL]** | | | | |
| 38. [ECF No. 842-44] | Carnaby III, Cross-Collateralization Agreement, dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 39. [ECF No. 842-48] | Carnaby III Promissory Note, dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 40. [ECF No. 842-49] | Carnaby III Promissory Note, dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 41. [ECF No. 842-50] | Carnaby III Promissory Note, dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 42. [ECF No. 842-51] | Carnaby III Promissory Note, dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 43. [ECF No. 842-52] | Carnaby III Promissory Note, dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 44. [ECF No. 842-53] | Carnaby III Promissory Note, dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 45. [ECF No. 842-54] | Carnaby III Promissory Note, dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 46. [ECF No. 842-55] | Carnaby III Asset Purchase Agreement (Trico Products), dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 47. [ECF Nos. 842-56] | Carnaby III Asset Purchase Agreement (Trico Technologies), dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 48. [ECF No. 842-59] | Carnaby III Asset Purchase Agreement (Trico Products), dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 49. [ECF No. 842-60] | Carnaby III Unified Registry of Moveable Collateral Property, dated August 7, 2022 **[FILED UNDER SEAL]** | | | | |
| 50. [ECF No. 842-61] | Carnaby III Asset Purchase Agreement (Trico Technologies), dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 51. [ECF No. 842-62] | The Irrevocable Special Power Granted by Carnaby Inventory III in favor of GLAS Trust Company LLC **[FILED UNDER SEAL]** | | | | |
| 52. [ECF No. 842-63] | Carnaby III Manufacturing Agreement, dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 53. [ECF No. 842-64] | Carnaby III Manufacturing Agreement, dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 54. [ECF No. 842-66] | Letter to CarVal Investors, L.P. from Carnaby Inventory III Re: Brakes Facility Credit Agreement, dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 55. [ECF No. 842-67] | Notary Public Holder Document **[FILED UNDER SEAL]** | | | | |
| 56. [ECF No. 842-68] | Letter to CarVal Investors, L.P. from Carnaby Inventory III Re: Wipers Facility Credit Agreement, dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 57. [ECF No. 842-69] | Carnaby Inventory III Borrowing Base Chart, dated December 28, 2024 **[FILED UNDER SEAL]** | | | | |
| 58. [ECF No. 842-70] | Carnaby Inventory III Borrowing Base Chart, dated December 28, 2024 **[FILED UNDER SEAL]** | | | | |
| 59. [ECF No. 842-71] | Carnaby Inventory III Solvency Certificate (Glas Trust), dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 60. [ECF No. 842-72] | Carnaby Inventory III Holdings Certificate (Glas Trust), dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 61. [ECF No. 842-73] | Carnaby III Closing Certificate, dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 62. [ECF No. 842-74] | Carnaby III Omnibus Secretary's Certificate, dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 63. [ECF No. 842-75] | Carnaby III Omnibus Secretary's Certificate, dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 64. [ECF No. 842-76] | Paul Hastings letter Re: Carnaby Inventory III Credit Agreement, dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 65. [ECF No. 842-77] | Paul Hastings letter Re: Lending Facility for Carnaby Inventory III, LLC, (*True Sale Opinion*) dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 66. [ECF No. 842-78] | Paul Hastings letter Re: Lending Facility for Carnaby Inventory III, LLC, (*Substantive Nonconsolidation Opinion*), dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 67. [ECF No. 842-79] | Carnaby III Deposit Account Control Agreement, dated August 5, 2022 **[FILED UNDER SEAL]** | | | | |
| 68. [ECF No. 842-80] | Carnaby III Amendment Agreement, dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 69. [ECF No. 842-81] | Outside of Protocol Act, Notarial Document, dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 70. [ECF No. 842-82] | Carnaby Inventory III Borrowing Base Chart, dated June 22, 2022 **[FILED UNDER SEAL]** | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 71. [ECF No. 842-84] | Carnaby III Borrowing Notice, dated July 1, 2022 (GLAS Trust) **[FILED UNDER SEAL]** | | | | |
| 72. [ECF No. 842-85] | Carnaby III Floating Lien Pledge Agreement, dated July 6, 2022 (Glas Trust) **[FILED UNDER SEAL]** | | | | |
| 73. [ECF No. 842-86] | Gonzalez Calvillo letter to Glas Trust Company Re: Credit Agreement, dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 74. [ECF No. 842-87] | Outside of Protocol Act, Notarial Document, dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 75. [ECF No. 842-94] | Carnaby Inventory III Borrowing Base Chart, dated August 2, 2025 **[FILED UNDER SEAL]** | | | | |
| 76. [ECF No. 842-95] | Carnaby Inventory III Borrowing Base Chart Excel Spreadsheet, dated August 2, 2025 **[FILED UNDER SEAL]** | | | | |
| 77. [ECF No. 842-98] | Carnaby Inventory III Borrowing Base Chart, dated August 31, 2025 **[FILED UNDER SEAL]** | | | | |
| 78. [ECF No. 842-102] | Outside of Protocol Act, Notarial Document, dated July 6, 2022 **[FILED UNDER SEAL] Part 1 of 2** | | | | |

11

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 79.<br><br>[ECF No. 842-103] | Outside of Protocol Act, Notarial Document, dated July 6, 2022 **[FILED UNDER SEAL] Part 2 of 2** | | | | |
| 80.<br><br>[ECF No. 842-104] | Notarial Document, dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 81.<br><br>[ECF Nos. 1644 & 1646] | Corrected Amened Declaration of Philip J. Gund In Support of (I) Carnaby Secured Lenders' Request for Adequate Protection and (II) Emergency Motion of the Carnaby Secured Lenders for Relief from the Automatic Stay for Cause Including Lack of Adequate Protection | | | | |
| 82.<br><br>[ECF No. 851-33] | BPI Brake Manufacturing Juarez S.A. de C.V. Maquila Agreement **[FILED UNDER SEAL]** | | | | |
| 83.<br><br>[ECF No. 1392-3] | Proof Of Claim Filed By GLAS Trust Company LLC, As Administrative Agent To The Carnaby III Secured Lenders Against Carnaby Inventory III, LLC | | | | |
| 84.<br><br>[ECF No. 1665-1] | Proof Of Claim Filed By GLAS Trust Company LLC, As Administrative Agent To The Carnaby III Secured Lenders Against Carnaby Inventory II, LLC | | | | |
| 85.<br><br>[ECF 1392-4] | Proof Of Claim Filed By GLAS Trust Company LLC, As Administrative Agent To The Carnaby II Secured Lenders Against Carnaby Inventory II, LLC | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 86. [ECF 1392-5] | Proof Of Claim Filed By GLAS Trust Company LLC, As Administrative Agent To The Carnaby II Secured Lenders Against Carnaby Inventory III, LLC | | | | |
| 87. [ECF No. 851-55] | Trico Componentes S.A. de C.V. Maquila Agreement **[FILED UNDER SEAL]** | | | | |
| 88. [ECF No. 851-122] | Carnaby Inventory III, LLC December 2023 Financials **[FILED UNDER SEAL]** | | | | |
| 89. [ECF No. 851-123] | July 2025 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 90. [ECF No. 851-124] | July 2025 Carnaby Inventory III Borrowing Base Excel **[FILED UNDER SEAL]** | | | | |
| 91. [ECF No. 851-125] | June 2025 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 92. [ECF No. 851-126] | June 2025 Carnaby Inventory III Borrowing Base Excel **[FILED UNDER SEAL]** | | | | |
| 93. [ECF No. 851-127] | May 2025 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 94. [ECF No. 851-128] | May 2025 Carnaby Inventory III Borrowing Base Excel **[FILED UNDER SEAL]** | | | | |
| 95. [ECF No. 851-129] | April 2025 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 96. [ECF No. 851-130] | April 2025 Carnaby Inventory III Borrowing Base Excel **[FILED UNDER SEAL]** | | | | |
| 97. [ECF No. 851-131] | March 2025 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 98. [ECF No. 851-132] | March 2025 Carnaby Inventory III Borrowing Base Excel **[FILED UNDER SEAL]** | | | | |
| 99. [ECF No. 851-133] | February 2025 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 100. [ECF No. 851-134] | February 2025 Carnaby Inventory III Borrowing Base Excel **[FILED UNDER SEAL]** | | | | |
| 101. [ECF No. 851-135] | January 2025 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 102. [ECF No. 851-136] | January 2025 Carnaby Inventory III Borrowing Base Excel **[FILED UNDER SEAL]** | | | | |
| 103. [ECF No. 851-137] | December 2024 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 104. [ECF No. 851-138] | December 2024 Carnaby Inventory III Borrowing Base Excel **[FILED UNDER SEAL]** | | | | |
| 105. [ECF No. 851-139] | November 2024 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 106. [ECF No. 851-140] | November 2024 Carnaby Inventory III Borrowing Base Excel **[FILED UNDER SEAL]** | | | | |
| 107. [ECF No. 851-142] | October 2024 Carnaby Inventory III Borrowing Base Excel **[FILED UNDER SEAL]** | | | | |
| 108. [ECF No. 851-143] | September 2024 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 109. [ECF No. 851-144] | September 2024 Carnaby Inventory III Borrowing Base Excel **[FILED UNDER SEAL]** | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 110. [ECF No. 851-145] | August 2024 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 111. [ECF No. 851-146] | August 2024 Carnaby Inventory III Borrowing Base Excel **[FILED UNDER SEAL]** | | | | |
| 112. [ECF No. 851-147] | July 2024 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 113. [ECF No. 851-148] | July 2024 Carnaby Inventory III Borrowing Base Excel **[FILED UNDER SEAL]** | | | | |
| 114. [ECF No. 851-149] | June 2024 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 115. [ECF No. 851-150] | June 2024 Carnaby Inventory III Borrowing Base Excel **[FILED UNDER SEAL]** | | | | |
| 116. [ECF No. 851-151] | May 2024 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 117. [ECF No. 851-152] | May 2024 Carnaby Inventory III Borrowing Base Excel **[FILED UNDER SEAL]** | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 118. [ECF No. 851-153] | April 2024 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 119. [ECF No. 851-154] | April 2024 Carnaby Inventory III Borrowing Base Excel **[FILED UNDER SEAL]** | | | | |
| 120. [ECF No. 851-155] | March 2024 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 121. [ECF No. 851-156] | March 2024 Carnaby Inventory III Borrowing Base Excel **[FILED UNDER SEAL]** | | | | |
| 122. [ECF No. 851-157 | February 2024 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 123. [ECF No. 851-158] | February 2024 Carnaby Inventory III Borrowing Base Excel **[FILED UNDER SEAL]** | | | | |
| 124. [ECF No. 851-159] | January 2024 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 125. [ECF No. 851-160] | January 2024 Carnaby Inventory III Borrowing Base Excel **[FILED UNDER SEAL]** | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 126. [ECF No. 851-161] | December 2023 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 127. [ECF No. 851-162] | November 2023 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 128. [ECF No. 851-163] | October 2023 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 129. [ECF No. 851-164] | September 2023 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 130. [ECF No. 851-165] | August 2023 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 131. [ECF No. 851-166] | July 2023 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 132. [ECF No. 851-167] | June 2023 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 133. [ECF No. 851-168] | May 2023 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 134. [ECF No. 851-169–851-170] | March 2023 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 135. [ECF No. 851-171] | February 2023 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 136. [ECF No. 851-172] | January 2023 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 137. [ECF No. 851-173] | November 2022 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 138. [ECF No. 851-174] | October 2022 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 139. [ECF No. 851-175] | September 2022 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 140. [ECF No. 851-176] | August 2022 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 141. [ECF No. 851-177] | July 2022 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 142. [ECF No. 851-178] | June 2022 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 143. [ECF No. 851-179] | Carnaby III Compliance Certificate, dated May 22, 2023 **[FILED UNDER SEAL]** | | | | |
| 144. [ECF No. 851-180] | Carnaby III Compliance Certificate, dated August 15, 2024 **[FILED UNDER SEAL]** | | | | |
| 145. [ECF No. 851-181] | Carnaby III Compliance Certificate, dated March 31, 2024 **[FILED UNDER SEAL]** | | | | |
| 146. [ECF No. 851-182] | Carnaby III Compliance Certificate, dated October 13, 2024 **[FILED UNDER SEAL]** | | | | |
| 147. [ECF No. 851-183] | Carnaby III Compliance Certificate, dated January 15, 2024 **[FILED UNDER SEAL]** | | | | |
| 148. [ECF No. 851-184] | Outside of Protocol Act, Notarial Document, dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 149. [ECF No. 851-188] | Expert Report and Declaration of Jesus Sanchez Ugarte **[FILED UNDER SEAL]** | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 150. [ECF 1394-18 & ECF 1392-19] | Floating Lien Pledge Agreement for Carnaby III, dated as of May 31, 2022 (including exhibits) **[FILED UNDER SEAL]** | | | | |
| 151. [ECF 1394-29] | Carnaby Inventory III, LLC KeyBank Statements **[FILED UNDER SEAL]** | | | | |
| 152. [ECF 1394-22] | Certified Translation of Spanish portions of Exhibit 150 Floating Lien Pledge Agreement for Carnaby III, dated as of May 31, 2022 **[FILED UNDER SEAL]** | | | | |
| 153. [ECF 1394-25] | Certified Translation of Exhibit 49 - Carnaby III Unified Registry of Moveable Collateral Property, dated August 7, 2022 **[FILED UNDER SEAL]** | | | | |
| 154. [ECF 1394-27] | Certified Translation of Exhibit 51 - The Irrevocable Special Power Granted by Carnaby Inventory III in favor of GLAS Trust Company LLC **[FILED UNDER SEAL]** | | | | |
| 155. [ECF 1392-8] | Certification of Translations | | | | |
| 156. [ECF 2335-2] | Stipulation of Facts in Connection with Onset's Emergency Stay Relief Motion [ECF No. 2266] | | | | |
| 157. [ECF 2338-1] | Email from E. James dated January 8, 2025, ONSET_00051482 **[Filed Under Seal]** | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 158. [ECF 2338-2] | Email from S. Kumar dated January 8, 2025 ONSET_00051485 **[Filed Under Seal]** | | | | |
| 159. [ECF 2338-3] | Email from K. Allen dated January 8, 2025 ONSET_00052766 **[Filed Under Seal]** | | | | |
| 160. [ECF 2338-4] | Email from S. Kumar dated January 10, 2025 ONSET_00053740 **[Filed Under Seal]** | | | | |
| 161. [ECF 2338-5] | Email from E. James dated January 15, 2025 ONSET_00055921 **[Filed Under Seal]** | | | | |
| 162. [ECF 2338-6] | Email from E. James dated January 16, 2025, ONSET_00175811 **[Filed Under Seal]** | | | | |
| 163. [ECF 2338-7] | Email from S. Kumar dated March 6, 2025 ONSET_00046229 **[Filed Under Seal]** | | | | |
| 164. [ECF 2338-8] | Email from E. James dated March 10, 2025 **[Filed Under Seal]** | | | | |
| 165. [ECF 2338-9] | Email from S. Kumar dated May 29, 2025, ONSET_00037709 **[Filed Under Seal]** | | | | |
| 166. [ECF 2338-10] | Inspection Report of Michigan 200, Parque Industrial del Norte, 87316 Heroica Matamoros, Mexico dated January 30, 2025 **[Filed Under Seal]** | | | | |
| 167. [ECF 2338-11] | Inspection Report of Av. Hermanos Escobar 7151, Omega, CP 32410, Cd. Juarez, Chihuahua, Mexico dated April 8, 2025 **[Filed Under Seal]** | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 168. [ECF 2338-12] | UCC Statement filed against Trico Componentes S.A. de C.V. (Onset_00183009) **[Filed Under Seal]** | | | | |
| 169. [ECF 2338-13] | UCC Statement filed against Subensambles Internacionales , S. de R.L.de C.V. (Onset_00183007) **[Filed Under Seal]** | | | | |
| 170. [ECF 2338-14] | Trico Perpetual Inventory Report by Location dated January 23, 2026 **[Filed Under Seal in Native Format]** | | | | |
| 171. | **\*INTENTIONALLY OMITTED\*** | | | | |
| 172. [ECF 2335-4] | Order (I) Approving Funding Arrangement With Certain OEM Customers; (II) Modifying the Automatic Stay; and (III) Granting Related Relief [ECF 1848] | | | | |
| 173. [ECF 2335-5] | Expert Report and Declaration of Guillermo Garay Espinosa [ECF No. 2301-1] | | | | |
| 174. [ECF 2335-6] | Answer and Counterclaim, Cross-Claim, and Third-Party Complaint, First Brands Group, LLC v. Onset Financial, Inc., Case no. 26-3005, ECF No. 16 | | | | |
| 175. [ECF No. 850-9] | The Carnaby II Credit Agreement | | | | |
| 176. [ECF No. 850-19] | Pledge and Security Agreement for Carnaby II dated as of May 31, 2022 | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 177. [ECF No. 851-64] | June 2025 Carnaby II Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 178. [ECF No. 851-65] | June 2025 Carnaby II Borrowing Base Excel **[FILED UNDER SEAL]** | | | | |
| 179. [ECF 1394-18 & ECF 1392-19] | Floating Lien Pledge Agreement for Carnaby III, dated as of May 31, 2022 (including exhibits) **[FILED UNDER SEAL]** | | | | |
| 180. [ECF 1665-2] | Floating Lien Pledge Agreement for Carnaby II, dated as of May 31, 2022 (including exhibits) **[FILED UNDER SEAL]** | | | | |
| 181. [ECF 1392-23] | Stipulation Between the Debtors and the Carnaby Secured Lenders Concerning Inventory Valuation [ECF No. 1388] | | | | |
| 182. [ECF 2335-7] | January 22, 2026 Hearing Transcript [ECF 1715] | | | | |
| 183. [ECF 2335-8] | Proposed Agreed Order (I) Granting Carnaby Secured Lenders' Motion For Relief from the Automatic Stay, and (II) Withdrawing Without Prejudice the Carnaby Secured Lenders' Motion to Dismiss [ECF No. 2029-2] | | | | |
| 184. [ECF 2335-9] | Rebuttal Expert Report and Declaration of Guillermo Garay Espinosa | | | | |
| 185. [ECF 2411-1] | Stipulation of Additional Facts in Connection With Onset's Emergency Stay Relief Motion [ECF No. 2366] | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 186. | **April 8, 2026 Deposition of Miguel Angel Martinez Ochoa** | | | | |
| 187. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 188. | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | | | | |
| 189. | Any exhibit listed by any other party | | | | |

## <u>RESERVATION OF RIGHTS</u>

The Carnaby Secured Lenders reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this Witness and Exhibit List at any time prior to the Hearing.  The inclusion of witnesses and exhibits on this list does not constitute a waiver of any objection, including without limitation based on hearsay, relevance, foundation or authenticity.

*[Remainder of page intentionally left blank]*

25

Dated: May 27, 2026
       Houston, Texas

**PORTER HEDGES LLP**

*/s/ John F. Higgins*
John F. Higgins (TX Bar No. 09597500)
Megan Young-John (TX Bar No. 24088700)
James A. Keefe (TX Bar No. 24122842)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
Email:  jhiggins@porterhedges.com
myoung-john@porterhedges.com
jkeefe@porterhedges.com

-and-

Allan S. Brilliant (pro hac vice admitted)
Stephen M. Wolpert (pro hac vice admitted)
**DECHERT LLP**
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Email: allan.brilliant@dechert.com
      stephen.wolpert@dechert.com

***Counsel to the Carnaby Secured Lenders***

## Certificate of Service

I certify that on May 27, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ John F. Higgins*
John F. Higgins