**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | |

**STIPULATION EXTENDING OBJECTION DEADLINE**

The above-captioned debtors and debtors in possession (together, the "**Debtors**"), the Official Committee of Unsecured Creditors (the "**Creditors' Committee**"), the ad hoc group of lenders (the "**Ad Hoc Group**") (together with the Debtors, the "**Parties**") and the United States Trustee ("**U.S. Trustee**"), hereby enter into this stipulation (this "**Stipulation**") and agree as follows:

**WHEREAS**, on May 13, 2026, the U.S. Trustee filed the *United States Trustee's Motion to Convert or Dismiss Pursuant to 11 U.S.C. § 1112(b)* (Docket No. 2670) (the "**Motion to Convert**");

**WHEREAS**, the Parties' deadline to object to the Motion to Convert was June 3, 2026 (the "**Objection Deadline**"); and

**WHEREAS**, the U.S. Trustee agreed to extend the Parties' Objection Deadline to June 5, 2026 at 4:00 p.m. (Central Time).

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FirstBrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Houston, Texas
June 4, 2026

| /s/ Clifford W. Carlson | /s/ Jayson B. Ruff |
| --- | --- |
| WEIL, GOTSHAL & MANGES LLP | Jayson B. Ruff, Trial Attorney |
| Gabriel A. Morgan (24125891) | Michigan Bar No. P6989 |
| Clifford W. Carlson (24090024) | Telephone: 713-718-4662 |
| 700 Louisiana Street, Suite 3700 | Email: Jayson.B.Ruff@usdoj.gov |
| Houston, Texas 77002 | Vianey Garza, Trial Attorney |
| Telephone:  (713) 546-5000 | Tex. Bar No. 24083057/Fed. ID No. 1812278 |
| Facsimile:  (713) 224-9511 | Telephone: (713) 718-4650 |
| Email:   Gabriel.Morgan@weil.com | Email: Vianey.Garza@usdoj.gov |
|          Clifford.Carlson@weil.com | Office of the United States Trustee |
|  | 515 Rusk Street, Suite 3516 |
| -and- | Houston, Texas 77002 |

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason H. George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  matt.barr@weil.com
        sunny.singh@weil.com
        andriana.georgallas@weil.com
        kevin.bostel@weil.com
        jason.george@weil.com

**Counsel to United States Trustee**

**Attorneys for Debtors
and Debtors in Possession**

*/s/ Tom A. Howley*

Tom A. Howley (Texas Bar No. 24010115)
Eric Terry (Texas Bar No. 00794729)
HOWLEY LAW PLLC
700 Louisiana Street, Suite 4220
Houston, TX 77002
Telephone: 713-333-9125
Email: tom@howley-law.com
eric@howley-law.com

Scott J. Greenberg (admitted pro hac vice)
Stephen D. Silverman (admitted pro hac vice)
Jason Z. Goldstein (admitted pro hac vice)
Christina M. Brown (admitted pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: 212-351-4000
Email: sgreenberg@gibsondunn.com
ssilverman@gibsondunn.com
jgoldstein@gibsondunn.com
christina.brown@gibsondunn.com

-and-

AnnElyse Scarlett Gains (admitted pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street N.W.
Washington, D.C. 20036-3504
Telephone: 202-955-8500
Email:   agains@gibsondunn.com

**Counsel for the Ad Hoc Group**

*/s/ Ian R. Phillips*

Ian R. Phillips, Esq.
Texas Bar No. 24091239
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Justin R. Alberto, Esq. (admitted *pro hac vice*)
**COLE SCHOTZ P.C.**
901 Main Street, Suite 4120
Dallas, TX 75202
Tel: (469) 557-9390
Fax: (469) 533-1587
iphillips@coleschotz.com
svanaalten@coleschotz.com
jalberto@coleschotz.com

*-and-*

Robert J. Stark (admitted *pro hac vice*)
Jeffrey L. Jonas (admitted *pro hac vice*)
Michael S. Winograd (admitted *pro hac vice*)
Bennett S. Silverberg, Esq. (admitted *pro hac vice*)
Kenneth J. Aulet, Esq. (admitted *pro hac vice*)
Andrew M. Carty, Esq. (admitted *pro hac vice*)
Hayden A. Miller, Esq. (admitted *pro hac vice*)

**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
Fax: (212) 209-4801
rstark@brownrudnick.com
jjonas@brownrudnick.com
mwinograd@brownrudnick.com
bsilveberg@brownrudnick.com
kaulet@brownrudnick.com
acarty@brownrudnick.com
hmiller@brownrudnick.com

Tristan G. Axelrod, Esq. (admitted *pro hac vice*)
Matthew A. Sawyer, Esq. admitted *pro hac vice*)

**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
Fax: (617) 856-8201
taxelrod@brownrudnick.com
msawyer@brownrudnick.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

4