**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re:   First Brands Group, LLC                          Case No.: 25–90399
         Debtor

                                                         Chapter: 11

---

**NOTICE OF FILING OF OFFICIAL TRANSCRIPT**

An official transcript has been filed in this case and it may contain information protected under the E-Government Act of 2002, and Fed. R. Bank. P. 9037.

Transcripts will be electronically available on PACER to the public 90 days after their filing with the court. To comply with privacy requirements of Fed. R. Bank. P. 9037, the parties must ensure that certain protected information is redacted from transcripts prior to their availability on PACER.

If redaction is necessary, the parties must file a statement of redaction listing the items to be redacted, citing the transcript's docket number, the item's location by page and line, and including only the following portions of the protected information. This statement must be filed within 21 days of the transcript being filed. A suggested form for the statement of redaction is available at https://www.txs.uscourts.gov/.

- the last four digits of the social security number or taxpayer identification number;
- the year of the individual's birth;
- the minor's initials;
- the last four digits of the financial account number; and
- the city and state of the home address.

Any additional redaction requires a separate motion and Court approval.

A party may review the transcript at the Clerk's Office public terminals or purchase it by following the instruction on our website at https://www.txs.uscourts.gov/ or by calling (713) 250–5500 . A party is only responsible for reviewing the:

- opening and closing statements made on the party's behalf;
- statements of the party;
- testimony of any witness called by the party; and
- any other portion of the transcript as ordered by the court.

Redaction is your responsibility. The Clerk, court reporter, or transcriber will not review this transcript for compliance.

                                        Nathan Ochsner
                                        Clerk of Court

United States Bankruptcy Court

Southern District of Texas

In re:                                                                                    Case No. 25-90399-cml

First Brands Group, LLC                                                    Chapter 11

WEM US Co.

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4                                 User: ADIuser                                                Page 1 of 32

Date Rcvd: Jun 02, 2026                         Form ID: ntctran                                         Total Noticed: 203

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | First Brands Group, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | APC Intermediate Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | APC Parent, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | ASC Industries, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | AVM Export, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Airtex Industries, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Airtex Products, LP, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Autolite Operations LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | BPI Acquisition Company, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | BPI EC, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | BPI Holdings International, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Brake Parts Inc China LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Brake Parts Inc India LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Brake Parts Inc LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Broad Street Financial Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Broad Street Financial, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD Holding, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD Intermediate Holdings I, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD Intermediate Holdings II, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Cardone Industries, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Capital Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Capital, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby FA Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby FA, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Inventory Holdings II, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Inventory Holdings III, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Inventory Holdings IV, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Inventory II, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Inventory III, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Inventory IV, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carrand Companies, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Carburetor Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Carburetor, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Fuel Export, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Fuel Systems, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Champion Laboratories, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Dalton Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Dalton Corporation, Ashland Manufacturing Facility, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Dalton Corporation, Kendallville Manufacturing Fac, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Dalton Corporation, Stryker Machining Facility Co., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Dalton Corporation, Warsaw Manufacturing Facility, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Eagle Casting Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Eagle Casting, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Eagle Machining, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |

dbpos      + FRAM Group IP LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + FRAM Group Operations LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + FRAMAuto Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + First Brands Group Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + First Brands Group Intermediate, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Fuel Filter Technologies, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Global Assets GmbH, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Global Assets LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Global Lease Assets Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Global Reman Ventures, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Heatherton Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Hopkins Acquisition, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Hopkins Manufacturing Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Horizon Euro Finance LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Horizon Global Americas Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Horizon Global Company LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Horizon International Holdings LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + IBI International Holding Company, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + International Brake Industries, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Jasper Acquisition Corp., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Jasper Rubber Products, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + KTRI Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + KTRI Offshore Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Longman Enterprises, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + PHNX Acquisition Corp., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Patterson Inventory Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Patterson Inventory, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Premier Marketing Group, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Pylon Manufacturing Corp., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Pylon South Bend, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Qualis Automotive, L.L.C., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Qualis Enterprises, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Qualitor Acquisition Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Qualitor Automotive, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Qualitor Subsidiary H, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Qualitor Subsidiary S, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Qualitor, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Reman Management International LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + SDC TX, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Smart Choice, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Specialty Pumps Group, Inc, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Starlight Inventory Holdings I, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Starlight Inventory I, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Strongarm, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + TAE Brakes, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + TAE China Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Toledo Molding & Die, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Transportation Aftermarket Enterprise, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Trico Holding Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Trico Products Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Trico Technologies Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Tridonex USA LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + UCI Acquisition Holdings (No. 4) LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + UCI International Holdings Parent Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + UCI International Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + UCI International, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + UCI Pennsylvania, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + UCI-Airtex Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + United Components, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Universal Auto Filter LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Viceroy Private Capital, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Viper Acquisition I, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos      + Viper Acquisition, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219

| District/off: 0541-4 | User: ADIuser | Page 3 of 32 |
|---|---|---|
| Date Rcvd: Jun 02, 2026 | Form ID: ntctran | Total Noticed: 203 |

| | | |
|---|---|---|
| dbpos | + | WEM US Co., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Walbro LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Walbro Midco LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| aty | + | Christopher L Phillippe, Law Office of Phillippe & Associates, 847 E. Harrison St., Brownsville, TX 78520, UNITED STATES 78520-7120 |
| aty | + | Ronald K. Brown, Jr., Law Offices of Ronald K. Brown, Jr., APC, 901 Dove St, Suite 120, Newport Beach, CA 92660-3018 |
| tr | + | Ronald J. Sommers, Nathan Sommers Gibson Dillon P.C., 1400 Post Oak BLVD, Suite 300, Houston, TX 77056 UNITED STATES 77056-6656 |
| cr | + | 1600 Industrial LLC, c/o Trey A. Monsour, Fox Rothschild LLP, 2501 N. Harwood, #1800, Dallas, TX 75201 UNITED STATES 75201-1613 |
| cr | + | AIG Insurance Company of Canada, c/o Adam L. Rosen PLLC, 121 Main Street, Box 1021, Northport, NY 11768 UNITED STATES 11768-1721 |
| op | + | Adam Wesley, Boies Schiller Flexner LLP, 55 Hudson Yards, New York, NY 10001-2163 |
| trnsfee | | Anne Willsher, 13 Marilyn Place, Queanbeyan NSW 2620, AUSTRALIA |
| cr | + | Arab Banking Corporation B.S.C., c/o Blaire A. Cahn, Baker & McKenzie LLP, 452 Fifth Avenue, New York, NY 10018-2706 |
| cr | + | BBJ Ventures, LLC, c/o Graham PLLC, 4203 Montrose Blvd., Suite 550, Houston, TX 77006-5427 |
| cr | + | BRI WESTPARK IV QOZB, LP, c/o Leslie S. Barr, Esq, Windels Marx Lane & Mittendorf, LLP, 156 West 56th St, New York, NY 10019-3800 |
| cr | + | CSI Leasing, Inc., c/o Clark Hill PLC, Audrey L. Hornisher, 901 Main Street, Suite 6000, Dallas, TX 75202-3748 |
| cr | + | Carrdan Corporation, 100 Reed Drive, Temperance, MI 48182-8900 |
| cr | + | Ciara Childs, c/o J. Gerard Stranch, IV, Stranch, Jennings, & Garvey, PLLC, 223 Rosa Parks Ave., Suite 200 Nashville, TX 37203-3513 |
| cr | | City of Miami Special Utility Authority, c/o Steven W. Soule', Hall, Estill, et al., 521 East 2nd Street, Suite 1200 Tulsa, OK 74120-1855 |
| cr | + | Crown Equipment Corporation dba Crown Lift Trucks, Sebaly Shillito and Dyer, 220 E. Monument Ave., Suite 500, Dayton, OH 45402 UNITED STATES 45402-1267 |
| intp | + | David Parker, Davis & Santos, 719 S. Flores Street, San Antonio, TX 78204, UNITED STATES 78204-1350 |
| intp | + | David Parker, Davis and Santos, PLLC, 719 S. Flores Street, San Antonio, TX 78204, UNITED STATES 78204-1350 |
| trnsfee | | David Willsher, 13 Marilyn Place, Queanbeyan NSW 2620, AUSTRALIA |
| cr | + | De Lage Landen Financial Services, Inc., c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| intp | | Deva Capital Investment Company S.L.U., Avenida de Cantabria s/n, Boadilla del Monte, 28660, SPAIN |
| trnsfee | + | Durham BDR LLC, 4012 Dover Rd, Durham, NC 27707-5401 |
| cr | + | Epicor Software Corporation, c/o Clark Hill PLC, Attn: Duane J. Brescia, 3711 S. Mopac Expressway, Bldg One, Suite 500 Austin, TX 78746-8041 |
| intp | + | Flex-N-Gate LLC, Foley & Lardner LLP, 2021 McKinney Ave., Suite 1600, Dallas, TX 75201-3340 |
| cr | + | Francisco Garza, c/o J. Gerard Stranch, IV, 223 Rosa Parks Ave., Suite 200, Nashville, TX 37203-3513 |
| cr | + | Goldstar Warehousing, Ltd., 5845 Padre Island HWY, Brownsville, TX 78521-4419 |
| cr | + | Gorman Industrial Supply Co., c/o ScottHulse, P.C./James M. Feuille, 201 E. Main Drive, Suite 1100, El Paso, TX UNITED STATES 79901-1340 |
| cr | + | Guishou Saboman Technology Development Co., Ltd., Mehaffy Weber, P.C., c/o Holly C. Hamm, P.O. Box 16, Beaumont, TX 77704-0016 |
| cr | + | Guizhou Saboman Micronized Mining Co., Ltd., Mehaffy Weber, P.C., c/o Holly C. Hamm, P.O. Box 16, Beaumont, TX 77704-0016 |
| cr | + | HerbertUSA, Inc., 1480 Industrial Pkwy, Akron, OH 44310-2602 |
| cr | + | Honda Development & Manufacturing of America, LLC,, FBT Gibbons LLP, c/o Patricia K. Burgess, 150 3rd Ave S, Ste 1900 Nashville, TN 37201-2043 |
| cr | + | KITKAT (IL) LLC, c/o Sam Rubenstein, 395 9th Avenue, 58th Floor, New York, NY 10001-8611 |
| cr | + | Kawasaki Motors Corp., USA, c/o Clark Hill PLC, Attn: Audrey L. Hornisher, 901 Main Street, Suite 6000, Dallas, TX 75202-3748 |
| cr | + | Kingsbridge Holdings, LLC, Darcy & Devassy PC, 444 N. Michigan Ave, Suite 3270, Chicago, IL 60611, UNITED STATES 60611-3906 |
| op | + | Kroll Restructuring Administrat Kroll Restructurin, 1 World Trade Center, 31st Floor, New York, NY 10007, UNITED STATES 10007-0090 |
| cr | + | MAC Montacargas Corporation, co Bruce J. Ruzinsky, Jackson Walker LLP, 1401 McKinney St., Suite 1900, Houston, Tx 77010-1900 |
| cr | + | Manuel Fernandez, c/o J. Gerard Stranch, IV, Stranch, Jennings, & Garvey, PLLC, 223 Rosa Parks Ave., Suite 200 Nashville, TN 37203-3513 |
| cr | + | Manuel Leal, c/o J. Gerard Stranch, IV, Stranch, Jennings, & Garvey, PLLC, 223 Rosa Parks Ave., Suite 200 Nashville, TN 37203-3513 |
| intp | + | Marco Gaxiola, 5602 Buckeye Ct, Brownsville, TX 78526-4342 |
| cr | | Martin Titanium American Logistics, Inc., Martin Seidler, 32 Simpson Road, Bolton, Ontario, Canada, L7E 1G9 CANADA |
| cr | + | Milwood Holdings, LLC, c/o Dietz Property Group, 2075 W. Big Beaver, Troy, MI 48084-3407 |
| cr | + | Mitsubishi HC Capital America, Inc., c/o Brian R. Trumbauer, Bodman PLC, 6th Floor at Ford Field, 1901 St. Antoine Street Detroit, MI 48226-2336 |
| cr | + | NP Whitaker Ave. Industrial, LLC, 3315 N. Oak Trafficway, Kansas City, MO 64116-2775 |
| cr | + | NTT DATA Americas, Inc., Streusand, Landon, Ozburn & Lemmon, LLP, 1801 S. MoPac Expressway, Suite 320, Austin, Tx 78746, UNITED STATES 78746-9817 |
| cr | + | Napier Park Global Capital (US) LP, 280 Park Avenue, 3rd Floor, New York, NY 10017-1274 |
| cr | + | PG Maderas y Triplay S.A. de C.V., Martin & Drought, P.C., 112 East Pecan Street, 112 East Pecan Street, San Antonio, TX 78205 UNITED STATES 78205-1512 |
| intp | + | Patrick James, Quinn Emanuel Urquhart & Sullivan, LLP, 295 5th Avenue, New York, NY 10016-7103 |
| intp | + | Phoenix Brownsville Industrial Investors LLC, c/o David E. Lemke, Holland & Knight LLP, 511 Union St, Suite 2700, Nashville, TN 37219-1791 |

| | | |
|---|---|---|
| cr | + | Planters Bank, David F. Waguespack, Carver Darden, 1100 Poydras Street, Suite 3100, New Orleans, LA 70163 UNITED STATES 70163-1102 |
| cr | + | Pyramid Warehousing, Ltd., 5845 Padre Island HWY, Brownsville, TX 78521-4419 |
| cr | | Qindao Carflex Auto Parts Co., Ltd., 10 Dazhonger Road, Jimo District, Qingdao, Shandong 266200, CHINA |
| trnsfee | | RMO MSF PTY LTD, ATF Muirhead Family Superannuation Fund, 14-16 Brucedale Crescent, Park Orchards VIC 3114, AUSTRALIA |
| cr | + | SRE Miami, LLC, 2570 Bradford Lane, Brookfield, WI 53045-1701 |
| cr | + | STORE Capital Acquisitions, LLC, 1 East Washington Street, Suite 2300, Phoenix, AZ 85004, UNITED STATES 85004-2555 |
| cr | + | STORE Master Funding IV, LLC, c/o Ballard Spahr LLP, 1 East Washington Street, Suite 2300, Phoenix, AZ 85004 UNITED STATES 85004-2555 |
| cr | + | STORE Master Funding XIV, LLC, c/o Ballard Spahr LLP, 1 East Washington Street, Suite 2300, Phoenix, AZ 85004 UNITED STATES 85004-2555 |
| cr | + | Scotland Enterprises, Inc., Scotland Enterprises, Inc. (Attn: Pres.), 5526 Scotland Rd., Bentonia, MS 39040-9310 |
| cr | + | SmartestEnergy US LLC, 110 West Fayette Street, Suite 400, Syracuse, NY 13202-1198 |
| cr | + | SorTech LLC, c/o Ramiro Tovar, 1900 Sebastian St., Mission, TX 78572-8386 |
| cr | + | St. Clair Technologies, Inc., c/o Clark Hill PLC, Attn: Robert P. Franke, 901 Main Street, Suite 6000, Dallas, TX 75202-3748 |
| cr | + | Stag Industrial Holdings, LLC, One Federal Street, 23rd Floor, Boston, MA 02110-2031 |
| cr | + | Steven R Bodeman, 5629 Colver Road, Talent, OR 97540-6746 |
| trnsfee | + | The Oslo Nevada Trust, Barry D Rudolph, 4012 Dover Rd, Durham, NC 27707-5401 |
| cr | + | Tim Johnson, c/o J. Gerard Stranch, IV, Stranch, Jennings, & Garvey, PLLC, 223 Rosa Parks Ave., Suite 200 Nashville, TN 37203-3513 |
| cr | + | Total Quality Logistics, LLC, c/o Dinsmore & Shohl LLP, 655 W. Broadway, Suite 800, San Diego, CA 92101, UNITED STATES 92101-8482 |
| cr | + | Valeo North America, Inc., co Victoria Argeroplos, Jackson Walker LLP, 1401 McKinney St., Suite 1900, Houston, TX 77010-1900 |
| cr | + | Valeo Sistemas Electricos, S.A. de C.V., co Victoria Argeroplos, Jackson Walker LLP, 1401 McKinney St., Suite 1900, Houston, TX 77010-1900 |
| cr | + | Zurich American Insurance Company, c/o Clark Hill PLC, Attn: Duane J. Brescia, 3711 S. Mopac Expressway, Bldg One, Suite 500 Austin, TX 78746-8041 |

TOTAL: 178

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | + | Email/Text: tom@howley-law.com | Jun 02 2026 20:32:00 | Ad Hoc Group of Lenders, 700 Louisiana Street, Suite 4220, Houston, TX 77002, UNITED STATES 77002-2881 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 02 2026 20:38:59 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: dferretti@bakerdonelson.com | Jun 02 2026 20:32:00 | AutoZone Parts, Inc., Baker Donelson, c/o Daniel J. Ferretti, 1301 McKinney, Suite 3700, Houston, TX 77010, UNITED STATES 77010-3034 |
| cr | + | Email/Text: dferretti@bakerdonelson.com | Jun 02 2026 20:32:00 | AutoZone, Inc., Baker Donelson, c/o Daniel J. Ferretti, 1301 McKinney, Suite 3700, Houston, TX 77010, UNITED STATES 77010-3034 |
| cr | + | Email/Text: edinburgbankruptcy@pbfcm.com | Jun 02 2026 20:32:00 | Brownsville Independent School District, c/o Hiram A. Gutierrez, P.O. Box 2916, McAllen, Tx 78502-2916 |
| cr | + | Email/Text: comedbankruptcygroup@exeloncorp.com | Jun 02 2026 20:33:00 | Commonwealth Edison Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | ^ | MEBN | Jun 02 2026 20:59:36 | Constellation NewEnergy Gas Division, LLC, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | ^ | MEBN | Jun 02 2026 20:59:36 | Constellation NewEnergy, Inc., c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + | Email/Text: bankruptcy-notification.ena@engie.com | Jun 02 2026 20:32:00 | ENGIE Resources LLC, 1360 Post Oak Blvd., Suite 400, Houston, TX 77056-3030 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 02 2026 20:38:41 | Ford Motor Credit Company LLC, c/o AIS |

| | | | |
|---|---|---|---|
| | | | Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: russj4478@aol.com | Jun 02 2026 20:32:00 | Indiana Michigan Power Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + Email/Text: susan.triggs@insight.com | Jun 02 2026 20:32:00 | Insight Direct USA, Inc., 2701 East Insight Way, Chandler, AZ 85286, UNITED STATES 85286-1947 |
| op | ^ MEBN | Jun 02 2026 20:59:27 | Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007, UNITED STATES 10007-0090 |
| cr | + Email/Text: russj4478@aol.com | Jun 02 2026 20:32:00 | Metropolitan Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + Email/Text: russj4478@aol.com | Jun 02 2026 20:32:00 | Ohio Power Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + Email/Text: schristianson@buchalter.com | Jun 02 2026 20:31:00 | Oracle America, Inc., Buchalter PC, c/o Shawn M. Christianson, 425 Market St., Suite 2900, San Francisco, Ca 94105-2491 |
| cr | + Email/Text: bncctnotifications@pbgc.gov | Jun 02 2026 20:31:00 | Pension Benefit Guaranty Corporation, Office of the General Counsel, 445 12th Street, SW, Washington, DC 20024-2101 |
| cr | + Email/Text: AGBankRevenue@ag.tn.gov | Jun 02 2026 20:31:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| cr | + Email/Text: bankruptcy@bbandt.com | Jun 02 2026 20:32:00 | TRUIST BANK, 214 North Tryon Street, Suite 3, Charlotte, NC 28202-1023 |
| cr | + Email/Text: dallas.bankruptcy@LGBS.com | Jun 02 2026 20:33:00 | Tarrant County, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219, UNITED STATES 75219-3959 |
| cr | + Email/Text: bankruptcy@firstenergycorp.com | Jun 02 2026 20:33:00 | Toledo Edison Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + Email/Text: BankruptcyECFMail@mccalla.com | Jun 02 2026 20:31:00 | Toyota Industries Commercial Finance, Inc, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| intp | + Email/Text: usatxs.bankruptcy@usdoj.gov | Jun 02 2026 20:31:00 | United States Of America, United States Attorney's Office, 1000 Louisiana Street, Suite 2300, Houston, TX 77002, UNITED STATES OF AMERICA 77002-5010 |
| cr | Email/Text: pat@pmfpc.com | Jun 02 2026 20:33:00 | United Steel, Paper & Forestry, Rubber, Manufactur, c/o Patrick M. Flynn P.C., 1225 North Loop West, Suite 1000, Houston, TX 77008-1775 |
| cr | + Email/Text: ecffilings@padfieldstout.com | Jun 02 2026 20:32:00 | Whirlpool Corporation, c/o Padfield & Stout, LLP, 100 Throckmorton Street, Suite 700, Fort Worth, TX 76102-2837 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | 1970 Group, Inc. |

District/off: 0541-4

Date Rcvd: Jun 02, 2026

User: ADIuser

Form ID: ntctran

Page 6 of 32

Total Noticed: 203

| | |
|---|---|
| cr | 673753 Ontario Limited DBA TRAFFIX |
| intp | A.N Webber Logistics, Inc. |
| cr | ACAR Leasing Ltd |
| cr | ARC CGLGNIN001, LLC |
| cr | ARC CGMARSC001, LLC |
| cr | AVO Carbon USA, Inc. |
| intp | AXIS Insurance Company |
| intp | Adam S Wesley |
| cr | Advance Auto Parts, Inc. |
| intp | Aequum Capital Financial II LLC |
| cr | Aftermarket Auto Parts Alliance, Inc. |
| cr | Alliance Automotive Group (EU) |
| intp | Allianz Global Risks US Insurance Company |
| intp | Amanda Coxbill |
| cr | Amazon Advertising LLC |
| cr | Automotive Auto Parts Distributors, Inc. |
| aud | BDO USA, P.C. |
| cr | BFG Corporation d/b/a Byline Financial Group |
| cr | BPP Cannonball Park A LP fka BPP Shiraz Park A LP |
| cr | BPP Shiraz Park A LP |
| cr | BPREP 1805 S. Wilmington LLC |
| intp | Banco Actinver, Sociedad Annima, Institucin de Ban |
| cr | Bank of America, N.A. |
| op | Bank of America, N.A. |
| intp | CMX North America Inc. |
| cr | Cameron County |
| intp | Carnaby II and III Secured Parties |
| cr | Central States, Southeast and Southwest Areas Pens |
| cr | City Of McAllen |
| cr | Comcast Cable Communications Management, LLC |
| cr | Daniel Villalta |
| cr | Diana J Holt |
| intp | Edward James |
| cr | Evolution Credit Partners |
| cr | Export Development Canada |
| intp | FCA US LLC |
| cr | FactoFrance |
| intp | Fair American Insurance and Reinsurance Company |
| cr | Federated Auto Parts Distributors, Inc. |
| cr | First Guaranty Bank |
| cr | Ford Motor Company |
| cr | GPC Asia Pacific Limited |
| cr | GPC Asia Pacific Pty Ltd. |
| cr | Genuine Parts Company |
| cr | Grammer Inc. and Grammer Americas LLC |
| intp | Hannah Aiello |
| cr | Harley-Davidson Motor Company, Inc. |
| cr | Hidalgo County |
| intp | Hilco Valuation Services, LLC, Dba Hilco Global an |
| cr | IA Mechanical Inc. |
| trnsfor | IFG North America LLC |
| cr | ING Belgium S.A./N.V. |
| cr | IPVIII 185th Street, LLC fka ELHC VIII, LLC |
| cr | IPXXII 193 Street, LLC fka ELHC XXII, LLC |
| cr | Industrial Realty Group LLC |
| cr | International Union, United Automobile, Aerospace |
| intp | Ironshore Indemnity, Inc. |
| intp | Jefferies Financial Group Inc. |
| cr | Katsumi Servicing, LLC |
| cr | Keystone Automotive Operations, Inc. |
| intp | LAM TFG |
| intp | LAM TFG I SPV |
| intp | LAM TFG II |

| | |
|---|---|
| cr | LBA RV-Company XVII, LP |
| intp | Laurie Stein |
| intp | Leucadia Asset Management LLC |
| cr | Longkou Haimeng Machinery Co., Ltd. |
| cr | Lordco Parts Ltd. |
| cr | MacAllister Machinery Company, Inc. |
| cr | Maria Tapia |
| ex | Martin De Luca |
| cr | Masergy Communications, Inc. |
| cr | Mayfair Enterprises, LLC |
| intp | Michael Baker |
| intp | Michael Baker |
| intp | Michael Baker |
| cr | Motion Industries (Canada) Inc. |
| cr | Motion Industries (Mexico) Inc. |
| cr | Motion Industries, Inc. |
| intp | National Union Fire Insurance Co. of Pittsburgh, P |
| intp | Nelly Luna |
| wit | NextProcess, LP |
| intp | Nigel Crighton |
| intp | Nissan North America, Inc. |
| cr | OEC Group |
| crcm | Official Committee of Unsecured Creditors |
| cr | OmniSource, LLC |
| cr | Onset Financial, Inc. |
| intp | Overdrive Acquisition, LLC, /, /, /, / |
| intp | PGI Northstar LLC |
| intp | Peter Andrew Brumbergs |
| intp | Polaris Industries Inc. |
| intp | Premium Guard Incorporated |
| intp | QBE Insurance Corporation |
| cr | RLI Insurance Company |
| cr | RWI Logistics LLC |
| cr | Raistone Capital LLC |
| cr | Raistone Factoring Parties |
| cr | Raistone Purchasing LLC -Series XXXII |
| cr | Raistone Purchasing LLC-Series XXVIII |
| cr | Randall Metals Corporation |
| cr | Rebuilders Automotive Supply Co. |
| cr | Royal Bank of Canada |
| intp | Ryder Integrated Logistics, Inc. |
| cr | SMURFIT WESTROCK PLC and affiliates |
| intp | SPV Debtors |
| intp | Scott Wallace |
| intp | Shekhar Kumar |
| cr | Silver Point Capital, L.P. |
| cr | Southern Machinery Repair, Inc. |
| intp | Stephen Graham |
| cr | T.H.I. Group Ltd. |
| cr | Terra Worldwide Logistics LLC dba American Global |
| cr | Texas Comptroller of Public Accounts, Revenue Acco |
| cr | The City of Jasper, Indiana |
| intp | The NOCO Company |
| cr | The Pronto Network Cooperative, Inc. |
| intp | The Reinalt-Thomas Corporation d/b/a Discount Tire |
| cr | Toyota Industries Commercial Finance, Inc. |
| cr | Toyota Industries Commercial Finance, Inc. |
| cr | Transend Logistics, LLC |
| cr | TriMas Corporation |
| cr | U.S. BANK NATIONAL ASSOCIATION |
| cr | UAP (Canada) Inc. |
| cr | UMB Bank, N.A. |
| cr | Uni-Select, Inc. |

| | | |
|---|---|---|
| cr | | Volkswagen Group of America, Inc. and certain affi |
| cr | | Volvo Penta of the Americas, LLC |
| cr | | Washington Penn Plastics Co. Inc. |
| intp | | Westfield Select Insurance Company |
| cr | | William Christopher Harrod |
| cr | | Wilmington Savings Fund Society, FSB |
| cr | | XL Parts, LLC |
| intp | | Zurich American Insurance Company |
| dbpos | *+ | Horizon Global Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |

TOTAL: 135 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2026 at the address(es) listed below:**

**Name** **Email Address**

Aaron Matthew Guerrero
on behalf of Creditor Washington Penn Plastics Co. Inc. aaron.guerrero@bondsellis.com  margeaux.gorman@bondsellis.com

Adam C Rogoff
on behalf of Interested Party LAM TFG II arogoff@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Adam C Rogoff
on behalf of Interested Party LAM TFG I SPV arogoff@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Adam C Rogoff
on behalf of Interested Party LAM TFG arogoff@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Adam C Rogoff
on behalf of Interested Party Leucadia Asset Management LLC arogoff@kramerlevin.com
corporate-reorg-1449@ecf.pacerpro.com

Aitan D. Goelman
on behalf of Interested Party Laurie Stein agoelman@zuckerman.com

Alana L Porrazzo
on behalf of Creditor RLI Insurance Company alp@jkwlawyers.com

Alexander F Berk
on behalf of Creditor Alliance Automotive Group (EU) alexander.berk@bfkn.com  courtnotification@mayerbrown.com

Alexander F Berk
on behalf of Creditor Motion Industries (Mexico) Inc. alexander.berk@bfkn.com  courtnotification@mayerbrown.com

Alexander F Berk
on behalf of Creditor GPC Asia Pacific Pty Ltd. alexander.berk@bfkn.com  courtnotification@mayerbrown.com

Alexander F Berk
on behalf of Creditor Genuine Parts Company alexander.berk@bfkn.com  courtnotification@mayerbrown.com

Alexander F Berk
on behalf of Creditor Motion Industries (Canada) Inc. alexander.berk@bfkn.com  courtnotification@mayerbrown.com

Alexander F Berk
on behalf of Creditor UAP (Canada) Inc. alexander.berk@bfkn.com  courtnotification@mayerbrown.com

Alexander F Berk

on behalf of Creditor GPC Asia Pacific Limited alexander.berk@bfkn.com  courtnotification@mayerbrown.com

Alexander F Berk

on behalf of Creditor Motion Industries  Inc. alexander.berk@bfkn.com, courtnotification@mayerbrown.com

Alexandra P. Kolod

on behalf of Defendant GLAS USA LLC apkolod@mosessinger.com

Alexandra P. Kolod

on behalf of Plaintiff GLAS USA LLC apkolod@mosessinger.com

Allen M. DeBard

on behalf of Creditor SMURFIT WESTROCK PLC and affiliates adebard@langleybanack.com
cjohnston@langleybanack.com;sfoushee@langleybanack.com

Amanda Marie Noonan

on behalf of Interested Party Aequum Capital Financial II LLC amanda.noonan@blankrome.com

Andrew Schrag

on behalf of Defendant Aequum Capital Financial II LLC andy.schrag@blankrome.com

Andrew J Geppert

on behalf of Creditor Lordco Parts Ltd. GeppertA@ballardspahr.com  gepperta@ballardspahr.com

Andrew Michael Parks

on behalf of Creditor Evolution Credit Partners aparks@elsberglaw.com

Anna Rotman

on behalf of Interested Party 1970 Group  Inc. anna.rotman@kirkland.com,
rkwasteniet@kirkland.com;jaimie.fedell@kirkland.com;brad.weiland@kirkland.com;john.luze@kirkland.com;kevin.mcclelland@
kirkland.com

Antonio Villeda

on behalf of Creditor SorTech LLC avilleda@mybusinesslawyer.com
VilledaFiled@hotmail.com;villedalawgroup@ecf.courtdrive.com;ehury@mybusinesslawyer.com;mfsantos@mybusinesslawyer.co
m;mtalbot@mybusinesslawyer.com

Antonio Villeda

on behalf of Creditor SorTech  LLC avilleda@mybusinesslawyer.com,
VilledaFiled@hotmail.com;villedalawgroup@ecf.courtdrive.com;ehury@mybusinesslawyer.com;mfsantos@mybusinesslawyer.co
m;mtalbot@mybusinesslawyer.com

Ariel Roytenberg

on behalf of Creditor Raistone Purchasing LLC -Series XXXII aroytenberg@orrick.com

Ariel Roytenberg

on behalf of Creditor Raistone Purchasing LLC-Series XXVIII aroytenberg@orrick.com

Ariel Roytenberg

on behalf of Creditor Raistone Capital LLC aroytenberg@orrick.com

Asiya Khan

on behalf of Creditor KITKAT (IL) LLC akhan@bradley.com  akhan@ecf.courtdrive.com,asiya-khan-4339@ecf.pacerpro.com

Audrey Lorene Hornisher

on behalf of Creditor Epicor Software Corporation audrey.hornisher@clarkhillstrasburger.com
mina.alvarez@clarkhillstrasburger.com

Audrey Lorene Hornisher

on behalf of Creditor St. Clair Technologies  Inc. audrey.hornisher@clarkhillstrasburger.com,
mina.alvarez@clarkhillstrasburger.com

Audrey Lorene Hornisher

on behalf of Creditor CSI Leasing  Inc. audrey.hornisher@clarkhillstrasburger.com, mina.alvarez@clarkhillstrasburger.com

Audrey Lorene Hornisher

on behalf of Creditor Zurich American Insurance Company audrey.hornisher@clarkhillstrasburger.com
mina.alvarez@clarkhillstrasburger.com

Audrey Lorene Hornisher

on behalf of Creditor Kawasaki Motors Corp.  USA audrey.hornisher@clarkhillstrasburger.com,
mina.alvarez@clarkhillstrasburger.com

Benjamin R. Keck

on behalf of Creditor Terra Worldwide Logistics LLC dba American Global Logistics bkeck@kecklegal.com

Bethany Simmons

on behalf of Creditor ARC CGLGNIN001  LLC bsimmons@loeb.com

Bethany Simmons

on behalf of Creditor ARC CGMARSC001  LLC bsimmons@loeb.com

Blaire Cahn

on behalf of Creditor Arab Banking Corporation B.S.C. blaire.cahn@bakermckenzie.com  lori.seavey@bakermckenzie.com

Brad R. Berliner

on behalf of Creditor Central States  Southeast and Southwest Areas Pension Fund bberliner@centralstatesfunds.org

Brendan Collins

on behalf of Creditor Terra Worldwide Logistics LLC dba American Global Logistics bcollins@gkglaw.com

Brian Trumbauer

on behalf of Creditor Mitsubishi HC Capital America  Inc. btrumbauer@bodmanlaw.com

Brian Christopher Kalas

on behalf of Creditor White Tool & Die LLC bck@liebenthal-levine.com

Brian Scott Jones

on behalf of Creditor Stag Industrial Holdings  LLC b.jones@boselaw.com, cosman@boselaw.com

Bruce J Ruzinsky

on behalf of Creditor MAC Montacargas Corporation bruzinsky@jw.com
msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Bryce Friedman

on behalf of Defendant Broad Street Financial Holdings  LLC bfriedman@stblaw.com

Bryce Friedman

on behalf of Interested Party SPV Debtors bfriedman@stblaw.com

Bryce Friedman

on behalf of Defendant Broad Street Financial  LLC bfriedman@stblaw.com

Cameron Michael Kelly

on behalf of Interested Party Patrick James cameronkelly@quinnemanuel.com

Cameron Michael Kelly

on behalf of Defendant The Patrick James Trust cameronkelly@quinnemanuel.com

Cameron Michael Kelly

on behalf of Defendant Bond Street Asset Management LLC cameronkelly@quinnemanuel.com

Cameron Michael Kelly

on behalf of Defendant Ignite Acquisition Holdings LLC cameronkelly@quinnemanuel.com

Cameron Michael Kelly

on behalf of Defendant Alester Technologies LLC cameronkelly@quinnemanuel.com

Cameron Michael Kelly

on behalf of Defendant Patrick James cameronkelly@quinnemanuel.com

Cameron Michael Kelly

on behalf of Defendant Battery Park Holding LLC cameronkelly@quinnemanuel.com

Cameron Michael Kelly

on behalf of Defendant Pegasus Aviation  LLC cameronkelly@quinnemanuel.com

Cameron Michael Kelly

on behalf of Defendant Albion Realty  LLC cameronkelly@quinnemanuel.com

Cameron Michael Kelly

on behalf of Defendant Larchmont LLC cameronkelly@quinnemanuel.com

Carina M. Kraatz

on behalf of Creditor Milwood Holdings  LLC carina.kraatz@kitch.com

Carrie V. Hardman

on behalf of Defendant Bank of America  N.A. chardman@winston.com,
dcunsolo@winston.com;carrie-hardman-4684@ecf.pacerpro.com

Carrie V. Hardman

on behalf of Creditor Bank of America  N.A. chardman@winston.com,
dcunsolo@winston.com;carrie-hardman-4684@ecf.pacerpro.com

Casey William Doherty, Jr

on behalf of Creditor FactoFrance casey.doherty@dentons.com  Docket.General.Lit.Dal@dentons.com

Charles Lester Kennon, III

on behalf of Debtor In Possession First Brands Group Holdings  LLC Charles.Kennon@mccalla.com,
mccallaecf@ecf.courtdrive.com

Charles Lester Kennon, III

on behalf of Creditor Toyota Industries Commercial Finance  Inc. Charles.Kennon@mccalla.com, mccallaecf@ecf.courtdrive.com

Charles Michael Rubio

District/off: 0541-4                          User: ADIuser                          Page 11 of 32

Date Rcvd: Jun 02, 2026                       Form ID: ntctran                       Total Noticed: 203

on behalf of Interested Party Overdrive Acquisition  LLC crubio@parkinsrubio.com, 7485062420@filings.docketbird.com

Charles R Gibbs

on behalf of Auditor BDO USA  P.C. Crgibbs@mcdermottlaw.com,
dnorthrop@mwe.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com

Charles Randall Woolley, II

on behalf of Creditor Kingsbridge Holdings  LLC rwoolley@darcydevassy.com

Charles Stephen Kelley

on behalf of Creditor Katsumi Servicing  LLC ckelley@mayerbrown.com,
sswihart@mayerbrown.com;houstondocket@mayerbrown.com;6843309420@filings.docketbird.com

Christian Paul Jensen

on behalf of Interested Party Deva Capital Investment Company S.L.U. jensenc@sullcrom.com

Christopher Donald Johnson

on behalf of Creditor Aftermarket Auto Parts Alliance  Inc. chris.johnson@diamondmccarthy.com,
christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

Christopher Donald Johnson

on behalf of Creditor Federated Auto Parts Distributors  Inc. chris.johnson@diamondmccarthy.com,
christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

Christopher Donald Johnson

on behalf of Creditor Automotive Auto Parts Distributors  Inc. chris.johnson@diamondmccarthy.com,
christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

Christopher Donald Johnson

on behalf of Creditor The Pronto Network Cooperative  Inc. chris.johnson@diamondmccarthy.com,
christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

Christopher Lee Phillippe

on behalf of Attorney Christopher L Phillippe clphillippe@cameroncountylawyer.com
zlgarza@cameroncountylawyer.com;bankruptcy@cameroncountylawyer.com;LawOfficesofPhillippeAssociates@jubileebk.net

Christopher Michael Joralemon

on behalf of Defendant GLAS USA LLC cjoralemon@gibsondunn.com
christopher-m-joralemon-1292@ecf.pacerpro.com,pacer-tx@gibsondunn.com,pacer-ny@gibsondunn.com

Christopher Michael Joralemon

on behalf of Defendant Wilmington Savings Fund Society  FSB cjoralemon@gibsondunn.com,
christopher-m-joralemon-1292@ecf.pacerpro.com,pacer-tx@gibsondunn.com,pacer-ny@gibsondunn.com

Christopher Michael Joralemon

on behalf of Plaintiff GLAS USA LLC cjoralemon@gibsondunn.com
christopher-m-joralemon-1292@ecf.pacerpro.com,pacer-tx@gibsondunn.com,pacer-ny@gibsondunn.com

Christopher Michael Joralemon

on behalf of Plaintiff Wilmington Savings Fund Society  FSB cjoralemon@gibsondunn.com,
christopher-m-joralemon-1292@ecf.pacerpro.com,pacer-tx@gibsondunn.com,pacer-ny@gibsondunn.com

Christopher S. Baxter

on behalf of Creditor Crown Equipment Corporation dba Crown Lift Trucks dba Crown Credit Company cbaxter@ssdlaw.com
khemm@ssdlaw.com

Christopher V Arisco

on behalf of Creditor Whirlpool Corporation carisco@padfieldstout.com

Christos Nicholas Georgalis

on behalf of Interested Party Nigel Crighton chris@flannerygeorgalis.com  mgable@flannerygeorgalis.com

Clifford William Carlson

on behalf of Debtor Qualis Automotive  L.L.C. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Eagle Casting  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor FRAM Group Operations LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Dalton Corporation  Ashland Manufacturing Facility clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Longman Enterprises  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor TAE Brakes  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Starlight Inventory Holdings I  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Global Reman Ventures  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor PHNX Acquisition Corp. clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Walbro Midco LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Defendant Broad Street Financial Holdings  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Fuel Filter Technologies  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Defendant First Brands Group  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor International Brake Industries  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Viceroy Private Capital  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Brake Parts Inc India LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Trico Holding Corporation clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Carter Fuel Systems  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor United Components  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Specialty Pumps Group  Inc clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Tridonex USA LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor FRAMAuto Holdings  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Carnaby Capital Holdings  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor First Brands Group Holdings  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Carnaby Inventory III  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Starlight Inventory I  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Carnaby FA Holdings  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Broad Street Financial Holdings  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor CWD Intermediate Holdings II  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Hopkins Manufacturing Corporation clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Pylon Manufacturing Corp. clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Carnaby Inventory Holdings III  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Global Lease Assets Holdings  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Carnaby FA  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Defendant Broad Street Financial  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor UCI International  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Qualitor Subsidiary S  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Horizon Global Americas Inc. clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor UCI International Holdings  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Qualitor Automotive  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor CWD  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Carter Carburetor Holdings  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Autolite Operations LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Horizon Global Corporation clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Strongarm  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Carnaby Inventory Holdings IV  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor First Brands Group Intermediate  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Carter Fuel Export  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor UCI Pennsylvania  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Carter Carburetor  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Walbro LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor WEM US Co. clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Jasper Rubber Products  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Jasper Acquisition Corp. clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Brake Parts Inc China LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Carnaby Inventory IV  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Global Assets LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Champion Laboratories  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Premier Marketing Group  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Qualitor Acquisition Inc. clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor ASC Industries  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor KTRI Holdings  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Brake Parts Inc LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Smart Choice  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Cardone Industries  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor In Possession IBI International Holding Company  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Patterson Inventory  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor UCI-Airtex Holdings  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

District/off: 0541-4                          User: ADIuser                          Page 15 of 32
Date Rcvd: Jun 02, 2026                       Form ID: ntctran                       Total Noticed: 203

Clifford William Carlson
on behalf of Debtor KTRI Offshore Holdings  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Dalton Corporation  Kendallville Manufacturing Facility clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor APC Intermediate Holdings  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor TAE China Holdings  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Dalton Corporation  Stryker Machining Facility Co. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Airtex Products  LP clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby Capital  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor FRAM Group IP LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Heatherton Holdings  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor UCI Acquisition Holdings (No. 4) LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Dalton Corporation clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Qualis Enterprises  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Eagle Casting Holdings  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Horizon International Holdings LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor IBI International Holding Company  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Patterson Inventory Holdings  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor CWD Holding  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Eagle Machining  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Trico Technologies Corporation clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Airtex Industries  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor SDC TX  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Global Assets GmbH clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Qualitor  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Defendant Cardone Industries  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor AVM Export  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Dalton Corporation  Warsaw Manufacturing Facility clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor BPI EC  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor CWD Intermediate Holdings I  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Horizon Global Company LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Universal Auto Filter LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor BPI Holdings International  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby Inventory Holdings II  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Transportation Aftermarket Enterprise  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Hopkins Acquisition  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Broad Street Financial  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Defendant First Brands Group LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor BPI Acquisition Company  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor APC Parent  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Horizon Euro Finance LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Trico Products Corporation clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carrand Companies  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor UCI International Holdings Parent Inc. clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor First Brands Group  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Reman Management International LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Viper Acquisition I  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor In Possession Carnaby FA Holdings  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Pylon South Bend  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Toledo Molding & Die  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby Inventory II  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Plaintiff First Brands Group  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Qualitor Subsidiary H  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Viper Acquisition  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Courtney E. Giles
on behalf of Creditor Arab Banking Corporation B.S.C. courtney.giles@bakermckenzie.com  jessica.harris@bakermckenzie.com

Daniel Alexander Harrell
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION alex.harrell@faegredrinker.com  kelly.olson@faegredrinker.com

Daniel J Ferretti
on behalf of Creditor AutoZone Parts  Inc. dferretti@bakerdonelson.com, joboyle@bakerdonelson.com

Daniel J Ferretti
on behalf of Creditor AutoZone  Inc. dferretti@bakerdonelson.com, joboyle@bakerdonelson.com

Daniel J McGuire
on behalf of Other Prof. Bank of America  N.A. dmcguire@winston.com

Daniel J Saval
on behalf of Defendant Stephen Graham Daniel.saval@kobrekim.com

Daniel J Saval
on behalf of Interested Party Stephen Graham Daniel.saval@kobrekim.com

Daniela Mondragon
on behalf of Interested Party Westfield Select Insurance Company mondragon@wcbglaw.com

Daniela Mondragon
on behalf of Interested Party Zurich American Insurance Company mondragon@wcbglaw.com

Daniela Mondragon
on behalf of Interested Party Allianz Global Risks US Insurance Company mondragon@wcbglaw.com

Daniela Mondragon
on behalf of Interested Party QBE Insurance Corporation mondragon@wcbglaw.com

Daniela Mondragon
on behalf of Interested Party Fair American Insurance and Reinsurance Company mondragon@wcbglaw.com

Daniela Mondragon
on behalf of Interested Party Ironshore Indemnity  Inc. mondragon@wcbglaw.com

Daniela Mondragon
on behalf of Interested Party AXIS Insurance Company mondragon@wcbglaw.com

Danielle Rose

District/off: 0541-4
Date Rcvd: Jun 02, 2026

User: ADIuser
Form ID: ntctran

Page 18 of 32
Total Noticed: 203

on behalf of Interested Party Stephen Graham danielle.rose@kobrekim.com

David Elsberg

on behalf of Creditor Evolution Credit Partners delsberg@elsberglaw.com
Paralegals@selendygay.com,Edockets@selendygay.com,mco@selendygay.com,autodocket365@alncorp.com;david-elsberg-9556
@ecf.pacerpro.com,autodocket@edocketspreview.com,autodocket@alncorp.net

David Alexander Darcy

on behalf of Creditor Kingsbridge Holdings  LLC adarcy@darcydevassy.com, smccarthy@darcydevassy.com

David Alexander Shargel

on behalf of Interested Party Edward James david.shargel@bracewell.com

David Benjamin Thomas

on behalf of Creditor Evolution Credit Partners bthomas@reidcollins.com  jwingerter@reidcollins.com

David Benjamin Thomas

on behalf of Trustee Ronald J Sommers bthomas@reidcollins.com  jwingerter@reidcollins.com

David Edward Lemke

on behalf of Interested Party Phoenix Brownsville Industrial Investors LLC david.lemke@hklaw.com
cathy.thomas@hklaw.com;annmarie.jezisek@hklaw.com

David F Waguespack

on behalf of Creditor Planters Bank waguespack@carverdarden.com  nkelly@carverdarden.com

David Norwich Gopstein

on behalf of Interested Party Peter Andrew Brumbergs dgopstein@heckerfink.com

David Norwich Gopstein

on behalf of Defendant Peter Andrew Brumbergs dgopstein@heckerfink.com

Deborah Michelle Perry

on behalf of Creditor Onset Financial  Inc. dperry@munsch.com, CourtMail@munsch.com

Deborah Michelle Perry

on behalf of Intervenor Onset Financial  Inc. dperry@munsch.com, CourtMail@munsch.com

Deborah Michelle Perry

on behalf of 3rd Party Plaintiff Onset Financial  Inc. dperry@munsch.com, CourtMail@munsch.com

Deborah Michelle Perry

on behalf of Defendant Nielsen Investments dperry@munsch.com  CourtMail@munsch.com

Deborah Michelle Perry

on behalf of Interested Party Silver Point Capital  L.P. dperry@munsch.com, CourtMail@munsch.com

Deborah Michelle Perry

on behalf of Defendant Justin Nielsen dperry@munsch.com  CourtMail@munsch.com

Deborah Michelle Perry

on behalf of Creditor Silver Point Capital  L.P. dperry@munsch.com, CourtMail@munsch.com

Deborah Michelle Perry

on behalf of Defendant Onset Financial  Inc. dperry@munsch.com, CourtMail@munsch.com

Demetra Liggins

on behalf of Creditor Advance Auto Parts  Inc. dliggins@mcguirewoods.com, nsims@mcguirewoods.com

Demetra Liggins

on behalf of Defendant Advance Auto Parts  Inc. dliggins@mcguirewoods.com, nsims@mcguirewoods.com

Diane Wade Sanders

on behalf of Creditor City Of McAllen austin.bankruptcy@publicans.com

Diane Wade Sanders

on behalf of Creditor Cameron County austin.bankruptcy@publicans.com

Diane Wade Sanders

on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com

Diego Mateo Carlson

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION diego.carlson@faegredrinker.com

Duane J Brescia

on behalf of Creditor Epicor Software Corporation dbrescia@clarkhill.com  kwebster@clarkhill.com,efarrar@clarkhill.com

Duane J Brescia

on behalf of Creditor Zurich American Insurance Company dbrescia@clarkhill.com
kwebster@clarkhill.com,efarrar@clarkhill.com

Elias Marwan Yazbeck

on behalf of Creditor IA Mechanical Inc. elias@yazbecklaw.com

sheema@yazbecklaw.com,jaila@yazbecklaw.com,TheLawOfficeofEliasMYazbeck@jubileebk.net,ricardo@yazbecklaw.com,mei
@yazbecklaw.com,rafic@yazbecklaw.com,admin@yazbecklaw.com

Elisha Graff

on behalf of Defendant Broad Street Financial Holdings  LLC egraff@stblaw.com

Elisha Graff

on behalf of Defendant Broad Street Financial  LLC egraff@stblaw.com

Elizabeth Feld

on behalf of Creditor Royal Bank of Canada efeld@whitecase.com

Ella Epstein

on behalf of Creditor Evolution Credit Partners eepstein@elsberglaw.com

Eloy Antonio Peral

on behalf of Creditor BRI WESTPARK IV QOZB  LP eperal@windelsmarx.com

Emily Meraia

on behalf of Creditor Valeo North America  Inc. emeraia@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

on behalf of Creditor Valeo Sistemas Electricos  S.A. de C.V. emeraia@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Shanks

on behalf of Plaintiff Evolution Credit Opportunity Master Fund III-B  LP eshanks@grayreed.com, vsalazar@grayreed.com

Emily Shanks

on behalf of Plaintiff Evolution Credit Partners Trade Finance Master L.P. eshanks@grayreed.com  vsalazar@grayreed.com

Emily Shanks

on behalf of Plaintiff Evolution Credit Opportunity Master Fund II-B  LP eshanks@grayreed.com, vsalazar@grayreed.com

Eric R Wilson

on behalf of Interested Party Ryder Integrated Logistics  Inc.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Eric Thomas Haitz

on behalf of Creditor AVO Carbon USA  Inc. eric.haitz@bondsellis.com, linda.gordon@bondsellis.com

Erin C. Kim

on behalf of Creditor Pension Benefit Guaranty Corporation kim.erin@pbgc.gov  efile@pbgc.gov

Erin Elizabeth Jones

on behalf of Trustee Ronald J. Sommers erin@jonesmurray.com  8597346420@filings.docketbird.com

Erin Elizabeth Jones

on behalf of Trustee Ronald J Sommers erin@jonesmurray.com  8597346420@filings.docketbird.com

Faheem Mahmooth

on behalf of Creditor Pension Benefit Guaranty Corporation mahmooth.faheem@pbgc.gov

Gabriel Adam Morgan

on behalf of Plaintiff First Brands Group  LLC gabriel.morgan@weil.com,
gabriel-morgan-3879@ecf.pacerpro.com;rene.olvera@weil.com;chris.jalomo@weil.com;Matthew.Kleissler@weil.com

Gabrielle Pilgrim

on behalf of Creditor Central States  Southeast and Southwest Areas Pension Fund gpilgrim@centralstatesfunds.org

Garrett Gerber

on behalf of Creditor Evolution Credit Partners ggerber@elsberglaw.com

Genevieve Marie Graham

on behalf of Creditor BBJ Ventures  LLC ggraham@graham-pllc.com, ggraham@ecf.courtdrive.com

Gregory Getty Hesse

on behalf of Interested Party A.N Webber Logistics  Inc. ghesse@huntonak.com, tcanada@hunton.com

Griselda Cabrera

on behalf of Interested Party SPV Debtors griselda.cabrera@stblaw.com

Harry Frederick Murphy

on behalf of Creditor Raistone Capital LLC hmurphy@orrick.com

Harry Frederick Murphy

on behalf of Creditor Raistone Purchasing LLC-Series XXVIII hmurphy@orrick.com

Harry Frederick Murphy

on behalf of Creditor Raistone Purchasing LLC -Series XXXII hmurphy@orrick.com

Harry Jay Hulings

on behalf of Interested Party David Parker jhulings@dslawpc.com

Heather Pieper McMutry

on behalf of Creditor Honda Development & Manufacturing of America  LLC, for itself and on behalf of certain North American subsidiaries and affiliates hmcmutry@fbtlaw.com

Hiram A Gutierrez

on behalf of Creditor Brownsville Independent School District edinburgbankruptcy@pbfcm.com hidalgolegal@ecf.courtdrive.com

Holland Neff O'Neil

on behalf of Interested Party Flex-N-Gate LLC honeil@foley.com jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com

Iain L Kennedy

on behalf of Creditor ING Belgium S.A./N.V. ikennedy@nathansommers.com dthompson@nathansommers.com;clemons@nathansommers.com;pbuenano@nathansommers.com;aorr@nathansommers.com;jpoe@nathansommers.com

Ian Ross Phillips

on behalf of Creditor Committee Official Committee of Unsecured Creditors iphillips@coleschotz.com pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Isaac Raisner

on behalf of Plaintiff Brittany Johnson isr@raisnerroupinian.com

Isaac Raisner

on behalf of Plaintiff Maria Tapia isr@raisnerroupinian.com

Isaac Raisner

on behalf of Plaintiff Giancarlo Hernandez isr@raisnerroupinian.com

Isaac Raisner

on behalf of Plaintiff Chad Compton isr@raisnerroupinian.com

Isaac Raisner

on behalf of Plaintiff Kyle Bennett isr@raisnerroupinian.com

Jack A. Raisner

on behalf of Plaintiff Maria Tapia jar@raisnerroupinian.com  rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner

on behalf of Plaintiff Kyle Bennett jar@raisnerroupinian.com  rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner

on behalf of Plaintiff Chad Compton jar@raisnerroupinian.com  rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner

on behalf of Creditor Maria Tapia jar@raisnerroupinian.com  rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner

on behalf of Plaintiff Brittany Johnson jar@raisnerroupinian.com  rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner

on behalf of Plaintiff Giancarlo Hernandez jar@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jacob Rhine Herz

on behalf of Creditor Raistone Purchasing LLC-Series XXVIII jherz@orrick.com  casestream@ecf.courtdrive.com

Jacob Rhine Herz

on behalf of Creditor Raistone Factoring Parties jherz@orrick.com  casestream@ecf.courtdrive.com

Jacob Rhine Herz

on behalf of Creditor Raistone Capital LLC jherz@orrick.com  casestream@ecf.courtdrive.com

Jacob Rhine Herz

on behalf of Creditor Raistone Purchasing LLC -Series XXXII jherz@orrick.com  casestream@ecf.courtdrive.com

Jacqueline Chiba

on behalf of Creditor IA Mechanical Inc. jackie@yazbecklaw.com  8234279420@filings.docketbird.com

Jake Gordon

on behalf of Interested Party Flex-N-Gate LLC jake.gordon@foley.com

James A Plemmons

on behalf of Interested Party FCA US LLC jplemmons@dickinsonwright.com  wrees@dickinsonwright.com

James Joseph Berdelle

on behalf of Creditor Qindao Carflex Auto Parts Co.  Ltd. berdellejames@gmail.com

James M Feuille

on behalf of Creditor Gorman Industrial Supply Co. jfeu@scotthulse.com  ggra@scotthulse.com

District/off: 0541-4

Date Rcvd: Jun 02, 2026

User: ADIuser

Form ID: ntctran

Page 21 of 32

Total Noticed: 203

James Thomas Young

on behalf of Creditor MacAllister Machinery Company  Inc. jyoung@rubin-levin.net

James Wiley Rusher

on behalf of Creditor SRE Miami  LLC jwrusher@arhlaw.com

Jamie Kirk

on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-jkirk@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov

Jared M Slade

on behalf of Creditor UMB Bank  N.A. jared.slade@alston.com, Leah.McNeill@alston.com;Jacob.Johnson@alston.com;melanie.mizrahie@alston.com;brian.laine@alston.com

Jared M Slade

on behalf of Intervenor UMB Bank  N.A. jared.slade@alston.com, Leah.McNeill@alston.com;Jacob.Johnson@alston.com;melanie.mizrahie@alston.com;brian.laine@alston.com

Jarrod B. Martin

on behalf of Creditor XL Parts  LLC jbmartin@bradley.com, atty_jmartin@bluestylus.com;rabdelghani@bradley.com;akhan@bradley.com;jbmartin@ecf.courtdrive.com;mdsmith@bradley.com;ggattis@bradley.com;jfalcon@bradley.com

Jarrod B. Martin

on behalf of Creditor OmniSource  LLC jbmartin@bradley.com, atty_jmartin@bluestylus.com;rabdelghani@bradley.com;akhan@bradley.com;jbmartin@ecf.courtdrive.com;mdsmith@bradley.com;ggattis@bradley.com;jfalcon@bradley.com

Jason Blanchard

on behalf of Plaintiff Bank of America  N.A. jason.blanchard@nortonrosefulbright.com

Jason Gary Cohen

on behalf of Interested Party Edward James jason.cohen@bracewell.com  mary.kearney@bracewell.com

Jason S Brookner

on behalf of Plaintiff Evolution Credit Opportunity Master Fund II-B  LP jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner

on behalf of Creditor Evolution Credit Partners jbrookner@grayreed.com  lwebb@grayreed.com

Jason S Brookner

on behalf of Plaintiff Evolution Credit Partners Trade Finance Master L.P. jbrookner@grayreed.com  lwebb@grayreed.com

Jason S Brookner

on behalf of Plaintiff Evolution Credit Opportunity Master Fund II-B  L.P. jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner

on behalf of Plaintiff Evolution Credit Opportunity Master Fund III-B  LP jbrookner@grayreed.com, lwebb@grayreed.com

Jayson B. Ruff

on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jeffrey M Galen

on behalf of Creditor Insight Direct USA  Inc. jeffrey.galen@galendavislaw.com

Jeffrey M Levinson

on behalf of Interested Party Nigel Crighton jml@jml-legal.com

Jeffrey Richard Gleit

on behalf of Plaintiff Wilmington Savings Fund Society  FSB jeffrey.gleit@afslaw.com, nkoslof@sandw.com,aweiss@sandw.com,tkethro@sandw.com

Jeffrey Richard Gleit

on behalf of Creditor Wilmington Savings Fund Society  FSB jeffrey.gleit@afslaw.com, nkoslof@sandw.com,aweiss@sandw.com,tkethro@sandw.com

Jennifer Schubert

on behalf of Interested Party Scott Wallace jschubert@mololamken.com

Jennifer Schubert

on behalf of Interested Party Shekhar Kumar jschubert@mololamken.com

Jennifer K. Malow

on behalf of Intervenor Aequum Capital Financial II LLC Courtmail@blankrome.com

Jennifer K. Malow

on behalf of Defendant Aequum Capital Financial II LLC Courtmail@blankrome.com

Jennifer K. Malow

on behalf of Interested Party Aequum Capital Financial II LLC Courtmail@blankrome.com

Jessica Nicole Alt

on behalf of Creditor De Lage Landen Financial Services  Inc. jalt@padfieldstout.com

Jiangang Ou

on behalf of Creditor Longkou Haimeng Machinery Co. Ltd. James.Ou@FisherBroyles.com

Joel Frederic Newell

on behalf of Creditor STORE Master Funding XIV LLC newellj@ballardspahr.com,
phxlsateam@ballardspahr.com,Phoenixdocketingbkr@ballardpahr.com;carolod@ballardspahr.com

Joel Frederic Newell

on behalf of Creditor STORE Master Funding IV LLC newellj@ballardspahr.com,
phxlsateam@ballardspahr.com,Phoenixdocketingbkr@ballardpahr.com;carolod@ballardspahr.com

Joel Frederic Newell

on behalf of Creditor STORE Capital Acquisitions LLC newellj@ballardspahr.com,
phxlsateam@ballardspahr.com,Phoenixdocketingbkr@ballardpahr.com;carolod@ballardspahr.com

John David Cornwell

on behalf of Defendant Holt Investments 201 LLC jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant Jonathan Gardner jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant Dale P. Holt jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant Scott Miller jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant Todd Pedersen jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant JA Gardner Holdings jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant Asilia Credit Investments LLC jcornwell@munsch.com,
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant Seddie LLC jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant Yuma III LLC jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant Coral Dunes LLC jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant Joshua Tree Holdings LLC jcornwell@munsch.com,
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John F Higgins, IV

on behalf of Interested Party Carnaby II and III Secured Parties jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John Hammel Strauss

on behalf of Trustee Ronald J Sommers jhstrauss@reidcollins.com

John James Sparacino

on behalf of Creditor Tim Johnson jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino

on behalf of Creditor Manuel Fernandez jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino

on behalf of Plaintiff Francisco Garza jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino

on behalf of Creditor Francisco Garza jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino

District/off: 0541-4                    User: ADIuser                              Page 23 of 32
Date Rcvd: Jun 02, 2026               Form ID: ntctran                        Total Noticed: 203

on behalf of Creditor Ciara Childs jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino

on behalf of Creditor Manuel Leal jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John Kendrick Turner

on behalf of Creditor Tarrant County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John R. Dodd, II

on behalf of Creditor Arab Banking Corporation B.S.C. john.dodd@bakermckenzie.com

John Robert Nelson

on behalf of Interested Party FCA US LLC jnelson@dickinsonwright.com  rgarza@dickinsonwright.com

John Wallis Harris

on behalf of Creditor Goldstar Warehousing  Ltd. jwharris@johnwharrislaw.com, jwharris@johnwharrislaw.com

John Wallis Harris

on behalf of Creditor Pyramid Warehousing  Ltd. jwharris@johnwharrislaw.com, jwharris@johnwharrislaw.com

Jordan Alexandra Kazlow

on behalf of Auditor BDO USA  P.C. jordan.kazlow@dechert.com

Jordan Lancaster Estes

on behalf of Plaintiff GLAS USA LLC jestes@gibsondunn.com  jordan-estes-5323@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Jordan Lancaster Estes

on behalf of Plaintiff Wilmington Savings Fund Society  FSB jestes@gibsondunn.com,
jordan-estes-5323@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Jordan Lancaster Estes

on behalf of Defendant GLAS USA LLC jestes@gibsondunn.com
jordan-estes-5323@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Jordan Lancaster Estes

on behalf of Defendant Wilmington Savings Fund Society  FSB jestes@gibsondunn.com,
jordan-estes-5323@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Jordan W. Leu

on behalf of Interested Party Premium Guard Incorporated jleu@kslaw.com  omoses@kslaw.com

Jordan W. Leu

on behalf of Defendant Michael Baker jleu@kslaw.com  omoses@kslaw.com

Jordan W. Leu

on behalf of Interested Party PGI Northstar LLC jleu@kslaw.com  omoses@kslaw.com

Joseph D. Sibley, IV

on behalf of Witness NextProcess  LP sibley@camarasibley.com

Joseph Howard Lemkin

on behalf of Creditor De Lage Landen Financial Services  Inc. jlemkin@stark-stark.com

Justin A. Kesselman

on behalf of Creditor Wilmington Savings Fund Society  FSB justin.kesselman@afslaw.com, edocket@afslaw.com

Justin A. Kesselman

on behalf of Plaintiff Wilmington Savings Fund Society  FSB justin.kesselman@afslaw.com, edocket@afslaw.com

Justin M. Ellis

on behalf of 3rd Pty Defendant Shekhar Kumar jellis@mololamken.com

Kenneth J. Ottaviano

on behalf of Defendant Aequum Capital Financial II LLC ken.ottaviano@blankrome.com

Kevin M. Capuzzi

on behalf of Creditor 673753 Ontario Limited DBA TRAFFIX kcapuzzi@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin Patrick Walters

on behalf of Creditor Industrial Realty Group LLC kevin.walters@roystonlaw.com  sylvia.cooper@roystonlaw.com

Kristen L Perry

on behalf of Creditor T.H.I. Group Ltd. kristen.perry@faegredrinker.com
kelly.olson@faegredrinker.com;danette.dykema@faegredrinker.com;cathy.greer@faegredrinker.com

Kristian W. Gluck

on behalf of Other Prof. Bank of America  N.A. kristian.gluck@nortonrosefulbright.com

Kristian W. Gluck

on behalf of Creditor Bank of America  N.A. kristian.gluck@nortonrosefulbright.com

Kristian W. Gluck

on behalf of Plaintiff Bank of America  N.A. kristian.gluck@nortonrosefulbright.com

Kyle L Dickson

on behalf of Creditor Randall Metals Corporation kdickson@murray-lobb.com  mgarcia@murray-lobb.com

Laura D Metzger

on behalf of Creditor Raistone Capital LLC lmetzger@orrick.com  casestream@ecf.courtdrive.com

Laura D Metzger

on behalf of Creditor Raistone Purchasing LLC -Series XXXII lmetzger@orrick.com  casestream@ecf.courtdrive.com

Laura D Metzger

on behalf of Creditor Raistone Purchasing LLC-Series XXVIII lmetzger@orrick.com  casestream@ecf.courtdrive.com

Lauren Dorsett

on behalf of Creditor Amazon Advertising LLC laurendorsett@dwt.com

Leslie S Barr

on behalf of Creditor BRI WESTPARK IV QOZB  LP lbarr@windelsmarx.com

Lisa Ann Powell

on behalf of Creditor Southern Machinery Repair  Inc. Lisa.Powell@fisherbroyles.com

Lisa Ann Powell

on behalf of Creditor Longkou Haimeng Machinery Co.  Ltd. Lisa.Powell@fisherbroyles.com

Lisa Sheaufeng Tsai

on behalf of Trustee Ronald J Sommers ltsai@reidcollins.com  mmyers@rctlegal.com,jwingerter@reidcollins.com

Lorenzo Marinuzzi

on behalf of Creditor Onset Financial  Inc. lmarinuzzi@mofo.com

Lucian Borders Murley

on behalf of Creditor Transend Logistics  LLC luke.murley@akerman.com, robyn.warren@saul.com

Madeline Mason Schmidt

on behalf of Examiner Martin De Luca mschmidt@okinadams.com  nhollon@okinadams.com

Madison Kaylene Haueisen

on behalf of Defendant Bank of America  N.A. mhaueisen@winston.com,
ecf_houston@winston.com;madison-haueisen-8672@ecf.pacerpro.com

Madison Kaylene Haueisen

on behalf of Creditor Bank of America  N.A. mhaueisen@winston.com,
ecf_houston@winston.com;madison-haueisen-8672@ecf.pacerpro.com

Madison Kaylene Haueisen

on behalf of Other Prof. Bank of America  N.A. mhaueisen@winston.com,
ecf_houston@winston.com;madison-haueisen-8672@ecf.pacerpro.com

Madison Kaylene Haueisen

on behalf of Interested Party BANK OF AMERICA  N.A. mhaueisen@winston.com,
ecf_houston@winston.com;madison-haueisen-8672@ecf.pacerpro.com

Mai Lan G. Rodgers

on behalf of Creditor Pension Benefit Guaranty Corporation rodgers.mailan@pbgc.gov  efile@pbgc.gov

Margaret A. Vesper

on behalf of Creditor Comcast Cable Communications Management  LLC vesperm@ballardspahr.com

Margaret A. Vesper

on behalf of Creditor Masergy Communications  Inc. vesperm@ballardspahr.com

Margarita K. O'Donnell

on behalf of Interested Party Laurie Stein modonnell@zuckerman.com

Maria J. Cho

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION maria.cho@faegredrinker.com

Marie Kimberly Stagg

on behalf of Interested Party FCA US LLC kstagg@dickinsonwright.com

Mark D Sherrill

on behalf of Interested Party The NOCO Company mark.sherrill@chamberlainlaw.com

Mark E. Dendinger

on behalf of Defendant JCMC Investment Group LLC mark.dendinger@bracewell.com  mary.kearney@bracewell.com

Mark E. Dendinger

on behalf of Interested Party Edward James mark.dendinger@bracewell.com  mary.kearney@bracewell.com

Mark E. Dendinger

District/off: 0541-4

Date Rcvd: Jun 02, 2026

User: ADIuser

Form ID: ntctran

Page 25 of 32

Total Noticed: 203

on behalf of Defendant Optimus Private Capital LLC mark.dendinger@bracewell.com  mary.kearney@bracewell.com

Mark Elliott Freedlander

on behalf of Creditor Ford Motor Company mfreedlander@mcguirewoods.com

Mark Robert Wulfe

on behalf of Interested Party Edward James mark.wulfe@bracewell.com  mary.kearney@bracewell.com

Mark Robert Wulfe

on behalf of Defendant Optimus Private Capital LLC mark.wulfe@bracewell.com  mary.kearney@bracewell.com

Mark Robert Wulfe

on behalf of Defendant Edward James mark.wulfe@bracewell.com  mary.kearney@bracewell.com

Mark Robert Wulfe

on behalf of Defendant JCMC Investment Group LLC mark.wulfe@bracewell.com  mary.kearney@bracewell.com

Martin Seidler

on behalf of Creditor Martin Titanium American Logistics  Inc. marty@seidlerlaw.com,
ecf@seidlerlaw.com;LAWOFFICESOFMARTINSEIDLER@jubileebk.net

Matthew C. Corcoran

on behalf of Creditor Grammer Inc. and Grammer Americas LLC mccorcoran@jonesday.com

Matthew David Storey

on behalf of Creditor TRUIST BANK matt@storeylawpllc.com

Matthew David Struble

on behalf of Interested Party Jefferies Financial Group Inc. mstruble@velaw.com

Matthew Dennis Giadrosich

on behalf of Creditor De Lage Landen Financial Services  Inc. mdg@padfieldstout.com

Matthew E. Beck

on behalf of Interested Party Nelly Luna mbeck@csglaw.com

Matthew Scott Okin

on behalf of Examiner Martin De Luca mokin@okinadams.com  nhollon@okinadams.com

Matthew W. Bourda

on behalf of Creditor ENGIE Resources LLC matt.bourda@lanelaw.com  thelanelawfirm@jubileebk.net

Megan Young-John

on behalf of Interested Party Carnaby II and III Secured Parties myoung-john@porterhedges.com
eliana-garfias-8561@ecf.pacerpro.com

Megan Cunniff Church

on behalf of Interested Party Scott Wallace mchurch@mololamken.com

Megan Cunniff Church

on behalf of Interested Party Shekhar Kumar mchurch@mololamken.com

Melissa E Valdez

on behalf of Creditor Brownsville Independent School District mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa S. Woods

on behalf of Creditor United Steel  Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers Int'l
Union mwoods@cwsny.com, ecf@cwsny.com

Melissa S. Woods

on behalf of Plaintiff International Union  United Automobile, Aerospace and Agricultural Implement Workers of America
(UAW) mwoods@cwsny.com, ecf@cwsny.com

Melissa S. Woods

on behalf of Creditor International Union  United Automobile, Aerospace and Agricultural Implement Workers of America
(UAW) mwoods@cwsny.com, ecf@cwsny.com

Michael Berthiaume

on behalf of Other Prof. Bank of America  N.A. michael.berthiaume@nortonrosefulbright.com

Michael Berthiaume

on behalf of Plaintiff Bank of America  N.A. michael.berthiaume@nortonrosefulbright.com

Michael Berthiaume

on behalf of Creditor Bank of America  N.A. michael.berthiaume@nortonrosefulbright.com

Michael Duke

on behalf of Plaintiff Evolution Credit Opportunity Master Fund II-B  LP mduke@elsberglaw.com

Michael Duke

on behalf of Creditor Evolution Credit Partners mduke@elsberglaw.com

Michael Duke
                    on behalf of Plaintiff Evolution Credit Partners Trade Finance Master L.P. mduke@elsberglaw.com

Michael Duke
                    on behalf of Plaintiff Evolution Credit Opportunity Master Fund III-B  LP mduke@elsberglaw.com

Michael Fishel
                    on behalf of Interested Party SPV Debtors michael@FishelLawGroup.com  michael-fishel-2874@ecf.pacerpro.com

Michael Fishel
                    on behalf of Defendant Broad Street Financial  LLC michael@FishelLawGroup.com, michael-fishel-2874@ecf.pacerpro.com

Michael Fishel
                    on behalf of Defendant Broad Street Financial Holdings  LLC michael@FishelLawGroup.com,
                    michael-fishel-2874@ecf.pacerpro.com

Michael G Colvard
                    on behalf of Creditor PG Maderas y Triplay S.A. de C.V. mcolvard@mdtlaw.com
                    amartinez@mdtlaw.com,jarellano@mdtlaw.com,lbuford@mdtlaw.com

Michael Kevin Riordan
                    on behalf of Creditor XL Parts  LLC mriordan@bradley.com,
                    mike-riordan-8644@ecf.pacerpro.com;vherrera@bradley.com;ggattis@bradley.com;akhan@bradley.com

Michael Mario Tamburini
                    on behalf of Creditor IPVIII 185th Street  LLC fka ELHC VIII, LLC mtamburini@levycraig.com

Michael Mario Tamburini
                    on behalf of Creditor IPXXII 193 Street  LLC fka ELHC XXII, LLC mtamburini@levycraig.com

Michael Mario Tamburini
                    on behalf of Creditor NP Whitaker Ave. Industrial  LLC mtamburini@levycraig.com

Michael R. Stewart
                    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION michael.stewart@faegredrinker.com

Michelle E Shriro
                    on behalf of Creditor BPP Shiraz Park A LP mshriro@singerlevick.com  scotton@singerlevick.com;tguillory@singerlevick.com

Michelle E Shriro
                    on behalf of Creditor BPP Cannonball Park A LP fka BPP Shiraz Park A LP mshriro@singerlevick.com
                    scotton@singerlevick.com;tguillory@singerlevick.com

Morgan L. Allred
                    on behalf of Interested Party Phoenix Brownsville Industrial Investors LLC morgan.allred@hklaw.com

Nathan Q. Rugg
                    on behalf of Creditor Motion Industries (Canada) Inc. nathan.rugg@bfkn.com  james.tucker@bfkn.com

Nathan Q. Rugg
                    on behalf of Creditor GPC Asia Pacific Limited nathan.rugg@bfkn.com  james.tucker@bfkn.com

Nathan Q. Rugg
                    on behalf of Creditor GPC Asia Pacific Pty Ltd. nathan.rugg@bfkn.com  james.tucker@bfkn.com

Nathan Q. Rugg
                    on behalf of Creditor UAP (Canada) Inc. nathan.rugg@bfkn.com  james.tucker@bfkn.com

Nathan Q. Rugg
                    on behalf of Creditor Genuine Parts Company nathan.rugg@bfkn.com  james.tucker@bfkn.com

Nathan Q. Rugg
                    on behalf of Creditor Motion Industries (Mexico) Inc. nathan.rugg@bfkn.com  james.tucker@bfkn.com

Nathan Q. Rugg
                    on behalf of Creditor Motion Industries  Inc. nathan.rugg@bfkn.com, james.tucker@bfkn.com

Nathan Q. Rugg
                    on behalf of Creditor Alliance Automotive Group (EU) nathan.rugg@bfkn.com  james.tucker@bfkn.com

Nicholas Poli
                    on behalf of Creditor Raistone Purchasing LLC-Series XXVIII npoli@orrick.com  nymao@orrick.com

Nicholas Poli
                    on behalf of Creditor Raistone Purchasing LLC -Series XXXII npoli@orrick.com  nymao@orrick.com

Nicholas Poli
                    on behalf of Creditor Raistone Capital LLC npoli@orrick.com  nymao@orrick.com

Nicholas Edmund Baker
                    on behalf of Defendant Broad Street Financial  LLC nbaker@stblaw.com

Nicholas Edmund Baker

on behalf of Defendant Broad Street Financial Holdings LLC nbaker@stblaw.com

Nicholas J. Sabatino

on behalf of Creditor Raistone Purchasing LLC -Series XXXII nsabatino@orrick.com

Nicholas J. Sabatino

on behalf of Creditor Raistone Capital LLC nsabatino@orrick.com

Nicholas J. Sabatino

on behalf of Creditor Raistone Purchasing LLC-Series XXVIII nsabatino@orrick.com

Nicholas Jaison Brannick

on behalf of Interested Party The Reinalt-Thomas Corporation d/b/a Discount Tire brannickn@ballardspahr.com

Nicole Yun Lin Ng

on behalf of Interested Party Peter Andrew Brumbergs nng@heckerfink.com

Patrick Michael Flynn

on behalf of Creditor United Steel Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers Int'l Union pat@pmfpc.com, sandra@pmfpc.com

Paul B Moore

on behalf of Intervenor United States Of America paul.moore@usdoj.gov nicole.robbins@usdoj.gov;caseview.ecf@usdoj.gov;usatxs.bankruptcy-ecf@usdoj.gov

Paul B Moore

on behalf of Interested Party United States Of America paul.moore@usdoj.gov nicole.robbins@usdoj.gov;caseview.ecf@usdoj.gov;usatxs.bankruptcy-ecf@usdoj.gov

Paul E Heath

on behalf of Interested Party Leucadia Asset Management LLC pheath@velaw.com

Paul E Heath

on behalf of Interested Party Jefferies Financial Group Inc. pheath@velaw.com

Paul Martin Flannery

on behalf of Interested Party Nigel Crighton paul@flannerygeorgalis.com mgable@flannerygeorgalis.com

Payne Campbell Keinarth

on behalf of Interested Party FCA US LLC pkeinarth@dickinson-wright.com hkott@dickinson-wright.com

Peter Menz

on behalf of Interested Party Michael Baker pmenz@maglaw.com

Philip David Racusin

on behalf of Creditor Scotland Enterprises Inc. PRacusin@hchlawyers.com, pr01010@recap.email

Philip M. Guffy

on behalf of Creditor Keystone Automotive Operations Inc. pguffy@huntonak.com

Philip M. Guffy

on behalf of Creditor Uni-Select Inc. pguffy@huntonak.com

Pratik Kumar Raj Ghosh

on behalf of Interested Party Shekhar Kumar prajghosh@mololamken.com

Pratik Kumar Raj Ghosh

on behalf of Interested Party Scott Wallace prajghosh@mololamken.com

Rachel B. Goldman

on behalf of Defendant JCMC Investment Group LLC rachel.goldman@bracewell.com mary.kearney@bracewell.com

Rachel B. Goldman

on behalf of Interested Party Edward James rachel.goldman@bracewell.com mary.kearney@bracewell.com

Rachel B. Goldman

on behalf of Defendant Optimus Private Capital LLC rachel.goldman@bracewell.com mary.kearney@bracewell.com

Rachel B. Goldman

on behalf of Defendant Edward James rachel.goldman@bracewell.com mary.kearney@bracewell.com

Rakhee V Patel

on behalf of Creditor Napier Park Global Capital (US) LP rpatel@sidley.com dgalindo@winstead.com

Randall F Scherck

on behalf of Interested Party CMX North America Inc. rscherck@ubglaw.com aschmidt@ubglaw.com

Raneen Ibrahim Abdelghani

on behalf of Creditor XL Parts LLC rabdelghani@bradley.com, vherrera@bradley.com;aplayer@bradley.com

Rebecca Foxwell

on behalf of Interested Party Edward James rebecca.foxwell@bracewell.com

Rebecca Lynn Matthews

on behalf of Creditor Rebuilders Automotive Supply Co. rmatthews@fbtlaw.com becky-matthews-7833@ecf.pacerpro.com

Reese W Baker

on behalf of Creditor William Christopher Harrod courtdocs@bakerassociates.net
i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@g
mail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net

Rene S. Roupinian

on behalf of Plaintiff Giancarlo Hernandez rsr@raisnerroupinian.com
rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Rene S. Roupinian

on behalf of Plaintiff Chad Compton rsr@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Rene S. Roupinian

on behalf of Plaintiff Maria Tapia rsr@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Rene S. Roupinian

on behalf of Plaintiff Brittany Johnson rsr@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Rene S. Roupinian

on behalf of Plaintiff Kyle Bennett rsr@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Richard Jacobsen

on behalf of Creditor Raistone Purchasing LLC -Series XXXII rjacobsen@orrick.com casestream@ecf.courtdrive.com

Richard Jacobsen

on behalf of Creditor Raistone Capital LLC rjacobsen@orrick.com casestream@ecf.courtdrive.com

Richard Jacobsen

on behalf of Creditor Raistone Purchasing LLC-Series XXVIII rjacobsen@orrick.com casestream@ecf.courtdrive.com

Richard Allan Graham

on behalf of Creditor Royal Bank of Canada rgraham@whitecase.com mco@whitecase.com

Richard Mark Seltzer

on behalf of Creditor International Union  United Automobile, Aerospace and Agricultural Implement Workers of America
(UAW) rseltzer@cwsny.com

Richard Mark Seltzer

on behalf of Creditor United Steel  Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers Int'l
Union rseltzer@cwsny.com

Rick Aaron Steinberg

on behalf of Creditor OEC Group rsteinberg@pricemeese.com

Robert McNamara

on behalf of Creditor HerbertUSA  Inc. rmcnamara@aghattorneys.com

Robert J. Diehl, Jr.

on behalf of Creditor Mitsubishi HC Capital America  Inc. rdiehl@bodmanlaw.com

Robert James Anello

on behalf of Interested Party Michael Baker ranello@maglaw.com

Robert L LeHane

on behalf of Creditor LBA RV-Company XVII  LP kdwbankruptcydepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert M Hirsh

on behalf of Creditor TriMas Corporation robert.hirsh@nortonrosefulbright.com calendaring-nortonrose-9955@ecf.pacerpro.com

Ronald E Gold

on behalf of Creditor Volkswagen Group of America  Inc. and certain affiliates rgold@fbtlaw.com,
awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com

Ronald J Sommers

on behalf of Trustee Ronald J Sommers efile@nathansommers.com
RS@trustesolutions.com,RS@trustesolutions.net,psalazar@nathansommers.com

Ronald J Sommers

efile@nathansommers.com RS@trustesolutions.com,RS@trustesolutions.net,psalazar@nathansommers.com

Ronald J Sommers

on behalf of Trustee Ronald J. Sommers efile@nathansommers.com
RS@trustesolutions.com,RS@trustesolutions.net,psalazar@nathansommers.com

Ross McNeill Slaughter

on behalf of Interested Party Laurie Stein rslaughter@zuckerman.com

Ryan Anthony O'Connor

on behalf of Examiner Martin De Luca roconnor@okinadams.com nhollon@okinadams.com

Ryan Michael Baldwin
on behalf of Interested Party Shekhar Kumar rbaldwin@mololamken.com

Ryan Michael Baldwin
on behalf of Interested Party Scott Wallace rbaldwin@mololamken.com

Sabrina L Streusand
on behalf of Creditor NTT DATA Americas  Inc. streusand@slollp.com, apina@slollp.com

Sam Della Fera, Jr.
on behalf of Interested Party Nelly Luna sdellafera@csglaw.com

Samuel Eric de Freitas Hull
on behalf of Creditor International Union  United Automobile, Aerospace and Agricultural Implement Workers of America
(UAW) shull@cwsny.com

Samuel Eric de Freitas Hull
on behalf of Plaintiff International Union  United Automobile, Aerospace and Agricultural Implement Workers of America
(UAW) shull@cwsny.com

Samuel Eric de Freitas Hull
on behalf of Creditor United Steel  Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers Int'l
Union shull@cwsny.com

Samuel Joseph Strauss
on behalf of Plaintiff Francisco Garza sam@straussborrelli.com

Samuel R. Rabuck
on behalf of Creditor Motion Industries (Mexico) Inc. sam.rabuck@bfkn.com

Samuel R. Rabuck
on behalf of Creditor GPC Asia Pacific Pty Ltd. sam.rabuck@bfkn.com

Samuel R. Rabuck
on behalf of Creditor Motion Industries  Inc. sam.rabuck@bfkn.com

Samuel R. Rabuck
on behalf of Creditor Motion Industries (Canada) Inc. sam.rabuck@bfkn.com

Samuel R. Rabuck
on behalf of Creditor GPC Asia Pacific Limited sam.rabuck@bfkn.com

Samuel R. Rabuck
on behalf of Creditor Alliance Automotive Group (EU) sam.rabuck@bfkn.com

Samuel R. Rabuck
on behalf of Creditor Genuine Parts Company sam.rabuck@bfkn.com

Sara Maria Simms
on behalf of Creditor Daniel Villalta sms@romerolaw.com

Sarah Patricia Santos
on behalf of Interested Party David Parker ssantos@dslawpc.com  mmartinez@dslawpc.com

Sarah S. Mattingly
on behalf of Creditor RWI Logistics LLC sarah.mattingly@dinsmore.com
jamie.herald@dinsmore.com;brooke.hudson@dinsmore.com

Scott Saldana
on behalf of Trustee Ronald J Sommers ssaldana@reidcollins.com

Scott D Fink
on behalf of Creditor Toyota Industries Commercial Finance  Inc. Bronationalecf@weltman.com

Scott D Fink
on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. Bronationalecf@weltman.com

Scott E Blakeley
on behalf of Creditor Export Development Canada seb@blakeleylc.com  aridgway@blakeleylc.com

Scott F Gautier
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION scott.gautier@faegredrinker.com
san.mitchell@faegredrinker.com,docketgeneral@faegredrinker.com

Scott J Greenberg
on behalf of Plaintiff GLAS USA LLC sgreenberg@gibsondunn.com
JGoldstein@gibsondunn.com;MSunday@gibsondunn.com;HTheis@gibsondunn.com;EArom@gibsondunn.com;clwilson@gibson
dunn.com;ssu@gibsondunn.com;scott-j-greenberg-6049@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Scott J Greenberg
on behalf of Defendant Wilmington Savings Fund Society  FSB sgreenberg@gibsondunn.com,
JGoldstein@gibsondunn.com;MSunday@gibsondunn.com;HTheis@gibsondunn.com;EArom@gibsondunn.com;clwilson@gibson
dunn.com;ssu@gibsondunn.com;scott-j-greenberg-6049@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Scott J Greenberg

on behalf of Plaintiff Wilmington Savings Fund Society FSB sgreenberg@gibsondunn.com, JGoldstein@gibsondunn.com;MSunday@gibsondunn.com;HTheis@gibsondunn.com;EArom@gibsondunn.com;clwilson@gibsondunn.com;ssu@gibsondunn.com;scott-j-greenberg-6049@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Scott J Greenberg

on behalf of Defendant GLAS USA LLC sgreenberg@gibsondunn.com JGoldstein@gibsondunn.com;MSunday@gibsondunn.com;HTheis@gibsondunn.com;EArom@gibsondunn.com;clwilson@gibsondunn.com;ssu@gibsondunn.com;scott-j-greenberg-6049@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Scott M. Ahmad

on behalf of Defendant Bank of America N.A. scott.ahmad@winstontaylor.com, scott-ahmad-9923@ecf.pacerpro.com

Sean Hecker

on behalf of Interested Party Peter Andrew Brumbergs shecker@heckerfink.com

Sean Thomas Wilson

on behalf of Creditor Mayfair Enterprises LLC swilson@shannonleellp.com, swilson@shannonleellp.com

Seth Brandon Shapiro

on behalf of Intervenor United States Of America seth.shapiro@usdoj.gov

Seth Brandon Shapiro

on behalf of Interested Party United States Of America seth.shapiro@usdoj.gov

Shawn M Christianson

on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Stephen Wilcox

on behalf of Creditor ACAR Leasing Ltd swilcox@basselwilcox.com kraudry@wilcoxlaw.net;krw77@sbcglobal.net

Stephen Mark Blank

on behalf of Creditor UMB Bank N.A. stephen.blank@alston.com, brian.laine@alston.com

Stephen R. Butler

on behalf of Creditor TN Dept of Revenue agbanktexas@ag.tn.gov

Steven J. Reisman

on behalf of Interested Party Hilco Valuation Services LLC, Dba Hilco Global and its designated affiliates and subsidiaries sreisman@katten.com, nyc.bknotices@kattenlaw.com

Steven T Holmes

on behalf of Creditor First Guaranty Bank sholmes@chfirm.com chps.ecfnotices@ecf.courtdrive.com

Steven W Soule

on behalf of Creditor City of Miami Special Utility Authority ssoule@hallestill.com smccormick@hallestill.com

Susan C Mathews

on behalf of Creditor Volvo Penta of the Americas LLC smathews@bakerdonelson.com, bellender@bakerdonelson.com

Telemachus P. Kasulis

on behalf of Interested Party Michael Baker tkasulis@maglaw.com

Thomas A Howley

on behalf of Plaintiff GLAS USA LLC tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas A Howley

on behalf of Interested Party Ad Hoc Group tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas A Howley

on behalf of Interested Party Ad Hoc Group of Lenders tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas A Howley

on behalf of Plaintiff Wilmington Savings Fund Society FSB tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley

on behalf of Defendant Wilmington Savings Fund Society FSB tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley

on behalf of Defendant GLAS USA LLC tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas A Howley

on behalf of 3rd Pty Defendant GLAS USA LLC tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas A Howley

on behalf of 3rd Pty Defendant WILMINGTON SAVINGS FUND SOCIETY FSB tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas G. Haskins

on behalf of Creditor The City of Jasper Indiana thaskins@btlaw.com, khgreaven@btlaw.com

Timothy L. Wentworth

on behalf of Creditor Carrdan Corporation twentworth@okinadams.com  nhollon@okinadams.com

Toby L Gerber

on behalf of Other Prof. Bank of America  N.A. toby.gerber@nortonrosefulbright.com

Toby L Gerber

on behalf of Plaintiff Bank of America  N.A. toby.gerber@nortonrosefulbright.com

Toni Lanette Townsend

on behalf of Creditor Toyota Industries Commercial Finance  Inc. toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

Toni Lanette Townsend

on behalf of Creditor Toyota Industries Commercial Finance  Inc toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

Toni Lanette Townsend

on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. toni.townsend@mccalla.com mccallaecf@ecf.courtdrive.com

Travis A. McRoberts

on behalf of Creditor SmartestEnergy US LLC travis.mcroberts@bakerbotts.com sarah.conley@squirepb.com;travis-a-mcroberts-1747@ecf.pacerpro.com

Trey A Monsour

on behalf of Creditor 1600 Industrial LLC tmonsour@foxrothschild.com rsolomon@foxrothschild.com;msteen@foxrothschild.com;dandreacchi@foxrothschild.com;TX.DKT@foxrothschild.com

Tyler G Doyle

on behalf of Interested Party National Union Fire Insurance Co. of Pittsburgh  Pa. tgdoyle@bakerlaw.com, mvanhorn@bakerlaw.com,jhuitt@bakerlaw.com

US Trustee

USTPRegion07.HU.ECF@USDOJ.GOV

Vianey Garza

on behalf of U.S. Trustee US Trustee vianey.garza@usdoj.gov

Victoria Nicole Argeroplos

on behalf of Creditor Valeo North America  Inc. vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Victoria Nicole Argeroplos

on behalf of Creditor Valeo Sistemas Electricos  S.A. de C.V. vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Victoria Nicole Argeroplos

on behalf of Creditor MAC Montacargas Corporation vargeroplos@jw.com msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Vivek Vijay Tata

on behalf of Creditor Evolution Credit Partners vtata@elsberglaw.com

Walter J Cicack

on behalf of Plaintiff Kyle Bennett wcicack@hcgllp.com  mallen@hcgllp.com

Walter J Cicack

on behalf of Plaintiff Maria Tapia wcicack@hcgllp.com  mallen@hcgllp.com

Walter J Cicack

on behalf of Plaintiff Chad Compton wcicack@hcgllp.com  mallen@hcgllp.com

Walter J Cicack

on behalf of Plaintiff Giancarlo Hernandez wcicack@hcgllp.com  mallen@hcgllp.com

Walter J Cicack

on behalf of Plaintiff Brittany Johnson wcicack@hcgllp.com  mallen@hcgllp.com

Weldon Leslie Moore, III

on behalf of Creditor Constellation NewEnergy  Inc. wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Toledo Edison Company wmoore@csmlaw.net  prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Metropolitan Company wmoore@csmlaw.net  prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Indiana Michigan Power Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Commonwealth Edison Company wmoore@csmlaw.net

District/off: 0541-4                          User: ADIuser                                    Page 32 of 32
Date Rcvd: Jun 02, 2026                       Form ID: ntctran                                 Total Noticed: 203

                prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

                on behalf of Creditor Constellation NewEnergy Gas Division  LLC wmoore@csmlaw.net,
                prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

                on behalf of Creditor Ohio Power Company wmoore@csmlaw.net  prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Wendi Alper-Pressman

                on behalf of Creditor NP Whitaker Ave. Industrial  LLC walperpressman@atllp.com, blabrier@atllp.com

William James Hotze

                on behalf of Creditor Harley-Davidson Motor Company  Inc. whotze@dykema.com

William Jay Dorsey

                on behalf of Defendant Aequum Capital Financial II LLC william.dorsey@blankrome.com

William Jay Dorsey

                on behalf of Interested Party Aequum Capital Financial II LLC william.dorsey@blankrome.com

William Joseph Harrington

                on behalf of Interested Party Amanda Coxbill wharrington@goodwinlaw.com

William T Reid, IV

                on behalf of Trustee Ronald J Sommers wreid@reidcollins.com

Yosina Mariette Lissebeck

                on behalf of Creditor Total Quality Logistics  LLC yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com


TOTAL: 578