IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIRST BRANDS GROUP, LLC, *et al.*, | § | Case No. 25-90399 (CML) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

**AFFIDAVIT OF SERVICE**

I, Sonia Akter, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On May 29, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Master Email Service List attached hereto as **Exhibit A**:

- Stipulation and Agreed Order Enforcing the Onset AP Order and Resolving, in Part, Onset Financial, Inc.'s Emergency Motion (1) for Relief from the Automatic Stay, and (2) to Enforce the Onset AP Order [Docket No. 2841] (the "***Stipulation and Agreed Order Enforcing Onset***")

- Stipulation and Agreed Order Resolving Onset Financial, Inc.'s Emergency Motion for Relief from the Automatic Stay and The Carnaby Secured Lenders' Lift Stay Motion [Docket No. 2842] (the "***Stipulation and Agreed Order Resolving Onset***")

- Notice of Assumption of Executory Contracts and Unexpired Leases in Connection with the Sale Transaction for Debtors' TMD Business Line [Docket No. 2843] (the "***Assumption Notice***")

- Joint Notice of Adjournment of Hearing on Crown's Motion to Compel [Docket No. 2844] (the "***Adjournment Hearing Notice***")

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

- Notice of Closing of Horizon Sale Transaction and Horizon Europe Settlement [Docket No. 2846] (the "*Closing Notice*")

- Stipulation and Agreed Order Between Debtors and Phoenix JCR Brownsville Industrial Investors LLC Further Extending Time to Assume or Reject Lease of Nonresidential Real Property [Docket No. 2855]

On May 29, 2026, at my direction and under my supervision, employees of Kroll caused the Stipulation and Agreed Order Enforcing Onset, Stipulation and Agreed Order Resolving Onset, Assumption Notice, Adjournment Hearing Notice, and Closing Notice to be served via First Class Mail on the Master Hardcopy Service List attached hereto as **Exhibit B**:

On May 29, 2026, at my direction and under my supervision, employees of Kroll caused the Assumption Notice to be served via overnight mail on the list of parties attached hereto as **Exhibit C**.

On May 29, 2026, at my direction and under my supervision, employees of Kroll caused the Adjournment Hearing Notice to be served via email on (ADRID: 30781793) Crown Equipment Corporation, c/o Sebaly Shillito + Dyer, Attn: Christopher S. Baxter, kthomas@ssdlaw.com, cbaxter@ssdlaw.com.

Dated: June 2, 2026

/s/ Sonia Akter
Sonia Akter

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 2, 2026, by Sonia Akter, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

SRF 96620

**Exhibit A**

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust, Ford Motor Credit Company LLC | AIS Portfolio Services, LLC | Attn: Amitkumar Sharma | ECFNotices@aisinfo.com |
| Counsel to SRE Miami LLC | Albright, Rusehr & Hardcastle | Attn: James W. Rusher | jwrusher@arhlaw.com |
| Counsel to LBA RV-Company XVII, LP | Allen Matkins Leck Gamble Mallory & Natsis LLP | Attn: Ivan M. Gold | igold@allenmatkins.com |
| Landlord to the Debtors | Allese Development Inc. | Attn: Jonathan D. Klepp | jdklepp12@gmail.com |
| Counsel to UMB Bank, N.A., solely in its capacities as administrative agent and collateral agent under that certain Credit Agreement dated as of December 2, 2024 | Alston & Bird LLP | Attn: Jared M. Slade | Jared.Slade@alston.com |
| Counsel to UMB Bank, N.A., solely in its capacities as administrative agent and collateral agent under that certain Credit Agreement dated as of December 2, 2024 | Alston & Bird LLP | Attn: William Hao, Stephen M. Blank | William.Hao@alston.com Stephen.Blank@alston.com |
| Counsel to Wilmington Savings Fund Society, FSB as DIP Agent | ArentFox Schiff LLP | Attn: Eric J. Fromme | Eric.Fromme@afslaw.com |
| Counsel to Wilmington Savings Fund Society, FSB as DIP Agent | ArentFox Schiff LLP | Attn: Jeffrey R. Gleit, Matthew R. Bentley | Jeffrey.Gleit@afslaw.com Matthew.Bentley@afslaw.com |
| Counsel to BFG Corporation d/b/a Byline Financial Group | Ashen Law Group | Attn: Brian Gipson | bgipson@ashenlaw.com |
| Counsel to Smurfit Westrock PLC and Affiliates | Bailey & Glasser, LLP | Attn: Jonathan Gold | jgold@baileyglasser.com |
| Counsel to William Christopher Harrod | Baker & Associates | Attn: Reese W. Baker | courtdocs@bakerassociates.net |

In re: First Brands Group, LLC, *et al.*
Case No. 25-90399 (CML)

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Arab Banking Corporation B.S.C. | Baker & Mckenzie LLP | Attn: Blaire A. Cahn | blaire.cahn@bakermckenzie.com |
| Counsel to Arab Banking Corporation B.S.C. | Baker & Mckenzie LLP | Attn: Courtney E. Giles | courtney.giles@bakermckenzie.com |
| Counsel to Arab Banking Corporation B.S.C. | Baker & Mckenzie LLP | Attn: John R. Dodd | john.dodd@bakermckenzie.com |
| Counsel to SmartestEnergy US LLC | Baker Botts L.L.P. | Attn: Scott R. Bowling | scott.bowling@bakerbotts.com |
| Counsel to SmartestEnergy US LLC | Baker Botts L.L.P. | Attn: Travis A. McRoberts, Micheline Deeik | travis.mcroberts@bakerbotts.com micheline.deeik@bakerbotts.com |
| Counsel to Volvo Penta of the Americas, LLC, AutoZone, Inc. and AutoZone Parts, Inc. | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Susan C. Mathews, Daniel J. Ferretti | smathews@bakerdonelson.com dferretti@bakerdonelson.com |
| Counsel to Lordco Parts Ltd. | Ballard Spahr LLP | Attn: Andrew J. Geppert | gepperta@ballardspahr.com |
| Counsel to STORE Capital Acquisitions, LLC, STORE Master Funding IV, LLC, and STORE Master Funding XIV, LLC | Ballard Spahr LLP | Attn: Craig Solomon Ganz, Joel F. Newell | ganzc@ballardspahr.com newellj@ballardspahr.com |
| Counsel to The Reinalt-Thomas Corporation d/b/a Discount Tire | Ballard Spahr LLP | Attn: Tobey M. Daluz, Nicholas J. Brannick | daluzt@ballardspahr.com brannickn@ballardspahr.com |
| Counsel to Genuine Parts Company; Motion Industries Inc.; Motion Industries (Canada) Inc.; Motion Industries (Mexico) Inc.; GPC Asia Pacific Pty Ltd.; GPC Asia Pacific Limited; UAP, (Canada) Inc.; and Alliance Automotive Group (EU) | Barack Ferrazzano Kirschbaum & Nagelberg LLP | Attn: Nathan Q. Rugg, Alexander F. Berk, Samuel R. Rabuck | nathan.rugg@bfkn.com alexander.berk@bfkn.com sam.rabuck@bfkn.com |
| Counsel to City of Jasper, Indiana | Barnes & Thornburg LLP | Attn:  Thomas G. Haskins, Jr. | thaskins@btlaw.com |

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to City of Jasper, Indiana | Barnes & Thornburg LLP | Attn: Jonathan D. Sundheimer | jsundheimer@btlaw.com |
| Counsel to 673753 Ontario Limited DBA TRAFFIX | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi | kcapuzzi@beneschlaw.com<br>jhoover@beneschlaw.com |
| Counsel to 673753 Ontario Limited DBA TRAFFIX | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Leah Lopez | llopez@beneschlaw.com |
| Counsel to Export Development Canada | Blakeley LC | Attn: Scott E. Blakeley | SEB@BlakeleyLC.com |
| Counsel to Aequum Capital Financial II LLC | Blank Rome LLP | Attn: Jennifer K. Malow | Jennifer.Malow@blankrome.com |
| Counsel to Aequum Capital Financial II LLC | Blank Rome LLP | Attn: Kenneth J. Ottaviano, Stephanie K. Hor-Chen, William J. Dorsey, Andrew Schrag | Ken.Ottaviano@blankrome.com<br>Stephanie.Horchen@blankrome.com<br>William.Dorsey@blankrome.com<br>Andy.Schrag@blankrome.com |
| Counsel to Mitsubishi HC Capital America, Inc. | Bodman PLC | Attn: Brian R. Trumbauer, Robert J. Diehl, Jr. | btrumbauer@bodmanlaw.com<br>rdiehl@bodmanlaw.com |
| Counsel to Martin De Luca | Boies Schiller Flexner LLP | Attn: Jesse Panuccio, Geoffrey J. Derrick, Blake C. Goebel | jpanuccio@bsfllp.com<br>gderrick@bsfllp.com<br>bgoebel@bsfllp.com |
| Counsel to Martin De Luca | Boies Schiller Flexner LLP | Attn: Robert D. Gordon, Benjamin Waisbren | rgordon@bsfllp.com<br>bwaisbren@bsfllp.com |
| Counsel to Martin De Luca | Boies Schiller Flexner LLP | Attn: Rossana Baeza | rbaeza@bsfllp.com |

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to AVO Carbon USA, Inc. | Bonds Ellis Eppich Schafer Jones LLP | Attn: Eric T. Haitz | erichaitz@bondsellis.com |
| Counsel to Washington Penn Plastics Co., Inc., and Uniform Color Company | Bonds Ellis Eppich Schafer Jones LLP | Attn: Aaron Guerrero, Bryan Prentice | aaron.guerrero@bondsellis.com<br>bryan.prentice@bondsellis.com |
| Counsel to Mr. Edward James | Bracewell LLP | Attn: Jason Cohen | jason.cohen@bracewell.com |
| Counsel to Mr. Edward James | Bracewell LLP | Attn: Mark Wulfe | mark.wulfe@bracewell.com |
| Counsel to KitKat (IL) LLC | Bradley Arant Boult Cummings LLP | Attn: Asiya Khan | akhan@bradley.com |
| Counsel to XL Parts, LLC, OmniSource, LLC | Bradley Arant Boult Cummings LLP | Attn: Jarrod B. Martin | jbmartin@bradley.com |
| Counsel to XL Parts, LLC | Bradley Arant Boult Cummings LLP | Attn: Raneen Abdelghani | rabdelghani@bradley.com |
| Counsel to Official Committee of Unsecured Creditors of First Brands Group, LLC | Brown Rudnick LLP | Attn: Robert J. Stark, Jeffrey L. Jonas, Michael S. Winograd, Bennett S. Silverberg, Kenneth J. Aulet, Andrew M. Carty, Elizabeth C. Castano | rstark@brownrudnick.com<br>jjonas@brownrudnick.com<br>mwinograd@brownrudnick.com<br>bsilverberg@brownrudnick.com<br>kaulet@brownrudnick.com<br>acarty@brownrudnick.com<br>ecastano@brownrudnick.com |
| Counsel to Official Committee of Unsecured Creditors of First Brands Group, LLC | Brown Rudnick LLP | Attn: Tristan G. Axelrod, Matthew A. Sawyer | taxelrod@brownrudnick.com<br>msawyer@brownrudnick.com |

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Counsel to Planters Bank | Carver, Darden, Koretzky, Tessier Finn, Blossman & Areaux, L.L.C | Attn: David F. Waguespack | waguespack@carverdarden.com |
| Counsel to First Guaranty Bank | Cavazos Hendricks Poirot, P.C. | Attn: Steven T. Holmes | sholmes@chfirm.com |
| Counsel to Zurich American Insurance Company, and Epicor Software Corporation | Clark Hill PLC | Attn: Duane J. Brescia | dbrescia@clarkhill.com |
| Counsel to CSI Leasing, Inc. & Kawasaki Motors Corp., U.S.A. | Clark Hill PLC | Attn: Robert P. Franke, Audrey L. Hornisher, Tara L. Bush | bfranke@clarkhill.com ahornisher@clarkhill.com tbush@clarkhill.com |
| Counsel to ING Belgium S.A./N.V. | Clifford Chance US LLP | Attn: Douglas E. Deutsch, Sarah N. Campbell | douglas.deutsch@cliffordchance.com sarah.campbell@cliffordchance.com |
| Counsel to United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers International Union | Cohen, Weiss and Simon LLP | Attn: Melissa Woods, Richard Seltzer, Sam Hall | mwoods@cwsny.com Rseltzer@cwsny.com shall@cwsny.com |
| Counsel to International Union, United Automobile, Aerospace and Agricultural Implement Workers of America | Cohen, Weiss and Simon LLP | Attn: Richard M. Seltzer, Melissa S. Woods, Samuel Hull | rseltzer@cwsny.com mwoods@cwsny.com shull@cwsny.com |
| Counsel to Official Committee of Unsecured Creditors of First Brands Group, LLC | Cole Schotz P.C. | Attn: Seth Van Aalten, Justin R. Alberto, Ian R. Phillips, Justin Alberto | svanaalten@coleschotz.com jalberto@coleschotz.com iphillips@coleschotz.com jalberto@coleschotz.com |

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to David Parker | Davis & Santos, PLLC | Attn: H. Jay Hulings, Sarah Santos, Jason M. Davis | jhulings@dslawpc.com ssantos@dslapw.com jdavis@dslawpc.com |
| Counsel to Mayfair Enterprises, LLC, Global Technologies Partners, LLC, Global Technologies S.a.r.L, and certain affiliated directors and officers, and Patrick James | Debevoise & Plimpton LLP | Attn: M. Natasha Labovitz, Erica S. Weisgerber, Matthew J. Sorensen, Christopher R. Ceresa | nlabovitz@debevoise.com eweisgerber@debevoise.com mjsorensen@debevoise.com crceresa@debevoise.com |
| Counsel to the Carnaby II and III Secured Parties | Dechert LLP | Attn: Allan S. Brilliant, Stephen M. Wolpert | allan.brilliant@dechert.com stephen.wolpert@dechert.com |
| Counsel to BDO USA, P.C. | Dechert LLP | Attn: Nicole Figueroa, Jordan Kazlow | Nicole.Figueroa@dechert.com Jordan.Kazlow@dechert.com |
| Counsel to Qingdao Carflex Auto Parts Co. Ltd | Demidchik Law Firm, PLLC | Attn: James J. Berdelle | james@dcklawfirm.com |
| Counsel to FactoFrance | Dentons US LLP | Attn: Casey W. Doherty, Jr. | casey.doherty@dentons.com |
| Counsel to FactoFrance | Dentons US LLP | Attn: Robert E. Richards | robert.richards@dentons.com |
| Counsel to Aftermarket Auto Parts Alliance, Inc. | Diamond McCarthy LLP | Attn: Allan B. Diamond, Christopher D. Johnson | adiamond@diamondmccarthy.com chris.johnson@diamondmccarthy.com |
| Counsel to FCA US LLC | Dickinson Wright PLLC | Attn: James A. Plemmons | jplemmons@dickinsonwright.com |
| Counsel to FCA US LLC | Dickinson Wright PLLC | Attn: John R. Nelson, Payne Keinarth | jnelson@dickinsonwright.com pkeinarth@dickinsonwright.com |
| Counsel to FCA US LLC | Dickinson Wright PLLC | Attn: M. Kimberly Stagg | kstagg@dickinsonwright.com |

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Harley-Davidson Motor Company, Inc. | Dykema Gossett PLLC | Attn: Sheryl L. Toby | stoby@dykema.com |
| Counsel to Harley-Davidson Motor Company, Inc. | Dykema Gossett PLLC | Attn: William J. Hotze | whotze@dykema.com |
| Counsel to T.H.I. Group Ltd. & U.S. Bank National Association | Faegre Drinker Biddle & Reath LLP | Attn: Kristen L. Perry, Alex Harrell | kristen.perry@faegredrinker.com alex.harrell@faegredrinker.com |
| Counsel to U.S. Bank National Association | Faegre Drinker Biddle & Reath LLP | Attn: Michael R. Stewart | michael.stewart@faegredrinker.com |
| Counsel to T.H.I. Group Ltd. | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson, Joseph N. Argentina, Jr. | patrick.jackson@faegredrinker.com joseph.argentina@faegredrinker.com |
| Counsel to Honda Development & Manufacturing of America, LLC | FBT Gibbons LLP | Attn: A.J. Webb | awebb@fbtgibbons.com |
| Counsel to Honda Development & Manufacturing of America, LLC | FBT Gibbons LLP | Attn: Patricia K. Burgess, Heather P. McMutry | hmcmutry@fbtgibbons.com pburgess@fbtgibbons.com |
| Counsel to Volkswagen Group of America, Inc. and certain affiliates, and Rebuilders Automotive Supply Co. | FBT Gibbons LLP | Attn: Rebecca L. Matthews, Joy Kleisinger | rmatthews@fbtlaw.com rmatthews@fbtgibbons.com jkleisinger@fbtgibbons.com |
| Debtor | First Brands Group, LLC | Attn: Charles M. Moore, Interim Chief Executive Officer | cmoore@alvarezandmarsal.com |
| Counsel to the SPV Debtors | Fishel Law Group | Attn: Michael Fishel | michael@FishelLawGroup.com |

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Longkou Haimeng Machinery Co., LTD. | FisherBroyles, LLP | Attn: Lisa A. Powell | lisa.powell@fisherbroyles.com |
| Counsel to Nigel Crighton | Flannery & Georgalis, LLC | Attn: Paul M. Flannery, Christos N. Georgalis | paul@flannerygeorgalis.com chris@flannerygeorgalis.com |
| Counsel to Flex-N-Gate LLC | Foley & Lardner LLP | Attn: Holland N. O'Neil | honeil@foley.com |
| Counsel to Flex-N-Gate LLC | Foley & Lardner LLP | Attn: Jake W. Gordon | jake.gordon@foley.com |
| Counsel to 1600 Industrial LLC | Fox Rothschild LLP | Attn: Trey A. Monsour | tmonsour@foxrothschild.com |
| Counsel to Volkswagen Group of America, Inc. and certain affiliates | Frost Brown Todd LLP | Attn: Ronald E. Gold, Erin P. Severini | rgold@fbtlaw.com eseverini@fbtlaw.com |
| Counsel to BBJ Ventures, LLC | Genevieve Graham Law, PLLC  dba Graham PLLC | Attn: Genevieve M. Graham | ggraham@graham-pllc.com |
| Counsel to Ad Hoc Group of Lenders | Gibson, Dunn & Crutcher LLP | Attn: AnnElyse Scarlett Gains | agains@gibsondunn.com |

In re: First Brands Group, LLC, *et al.*
Case No. 25-90399 (CML)

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Ad Hoc Group of Lenders | Gibson, Dunn & Crutcher LLP | Attn: Scott Greenberg, AnnElyse Gains, Stephen Silverman, Jason Z. Goldstein, Christina Brown, Jonathan Dunworth, Josh Berland, Jordan Lancaster Estes, Christopher Michael Joralemon | sgreenberg@gibsondunn.com agains@gibsondunn.com SSilverman@gibsondunn.com JGoldstein@gibsondunn.com christina.brown@gibsondunn.com JDunworth@gibsondunn.com JBerland@gibsondunn.com jestes@gibsondunn.com cjoralemon@gibsondunn.com |
| Counsel to Ad Hoc Group | Glenn Agre Bergman & Fuentes LLP | Attn: Andrew K. Glenn | aglenn@glennagre.com |
| Counsel to Evolution Credit Partners | Gray Reed | Attn: Jason S. Brookner | jbrookner@grayreed.com |
| Guam Attorney General | Guam Attorney General | Attn: Douglas B Moylan | dbmoylan@oagguam.org |
| Counsel to City of Miami Special Utility Authority | Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. | Attn: Steven W. Soule | ssoule@hallestill.com |
| Counsel to Scotland Enterprises, Inc. | Hendershot Cowart P.C. | Attn: Philip D. Racusin | pracusin@hchlawyers.com eservice@hchlawyers.com |
| Counsel to Phoenix Brownsville Industrial Investors LLC | Holland & Knight LLP | Attn: David E. Lemke | david.lemke@hklaw.com |
| Counsel to Phoenix Brownsville Industrial Investors LLC | Holland & Knight LLP | Attn: Morgan L. Allred | morgan.allred@hklaw.com |

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Ad Hoc Group of Lenders | Howley Law PLLC | Attn: Tom A. Howley, Eric Terry | tom@howley-law.com<br>eric@howley-law.com |
| Counsel to Valeo North America, Inc. and Valeo Sistemas Electricos, S.A. de C.V. | Jackson Walker LLP | Attn: Zachary McKay, Victoria Argeroplos, Emily Meraia | zmckay@jw.com<br>vargeroplos@jw.com<br>emeraia@jw.com |
| Counsel to Grammer Inc. and Grammer Americas LLC | Jones Day | Attn: Matthew C. Corcoran | mccorcoran@jonesday.com |
| Counsel to Ronald J. Sommers, chapter 7 trustee | Jones Murray LLP | Attn: Erin E. Jones | erin@jonesmurray.com |
| Counsel to Mayfair Enterprises, LLC, Global Technologies Partners, LLC, Global Technologies S.a.r.L, and certain affiliated directors and officers | Jones Walker LLP | Attn: Sean T. Wilson | swilson@joneswalker.com |
| Counsel to Ryder Integrated Logistics, Inc. | Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Philip A. Weintraub | KDWBankruptcyDepartment@kelleydrye.com<br>pweintraub@kelleydrye.com |
| Counsel to LBA RV-Company XVII, LP | Kelley Drye & Warren LLP | Attn: Robert L. LeHane | KDWBankruptcyDepartment@kelleydrye.com<br>rlehane@kelleydrye.com |
| Counsel to PGI Northstar LLC and Premium Guard Incorporated | King & Spalding LLP | Attn: Britney K. Baker, W. Austin Jowers | bbaker@kslaw.com<br>ajowers@kslaw.com |
| Counsel to PGI Northstar LLC and Premium Guard Incorporated | King & Spalding LLP | Attn: Jordan W. Leu | jleu@kslaw.com |

In re: First Brands Group, LLC, *et al.*
Case No. 25-90399 (CML)

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Stephen Graham | Kobre & Kim LLP | Attn: Adriana Riviere-Badell | adriana.riviere-badell@kobrekim.com |
| Counsel to Stephen Graham | Kobre & Kim LLP | Attn: Danielle L. Rose, Daniel J. Saval | danielle.rose@kobrekim.com<br>daniel.saval@kobrekim.com |
| Counsel to Smurfit Westrock PLC and Affiliates | Langley & Banack Inc. | Attn: Allen M. DeBard | adebard@langleybanack.com |
| Counsel for Goldstar Warehousing, Ltd.<br>and Pyramid Warehousing, Ltd., Landlords | Law Offices of John Wallis Harris | Attn: John W. Harris | jwharris@johnwharrislaw.com |
| Counsel to Binational Industrial Services, LLC | Law Offices of Phillipe & Associates | Attn: Christopher L. Phillippe | clphillippe@cameroncountylawyer.com |
| Counsel to BPREP 1805 S. Wilmington LLC | Law Offices of Ronald K. Brown, Jr., APC | Attn: Ronald K. Brown, Jr. | ron@rkbrownlaw.com |
| Counsel to Washington Penn Plastics Co., Inc., and Uniform Color Company | Leech Tishman Fuscaldo & Lampl LLC | Attn: John M. Steiner, David W. Lampl | jsteiner@leechtishman.com<br>dlampl@leechtishman.com |
| Counsel to Nigel Crighton | Levinson, LLP | Attn: Jeffrey M. Levinson | jml@jml-legal.com |
| Counsel to Cameron County, City of McAllen, Hidalgo County | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | austin.bankruptcy@lgbs.com |
| Counsel to Tarrant County | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Counsel to ARC CGMARSC001, LLC and ARC CGLGNIN001, LLC | Loeb & Loeb LLP | Attn: Bethany D. Simmons | bsimmons@loeb.com |

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to ACAR Leasing LTD d/b/a GM Financial Leasing | Lorenzo Nunez | Attn: Lorenzo Nunez | LeaseSvcBnkrpcy@gmfinancial.com |
| Counsel to PG Maderas y Triplay S.A. de C.V. | Martin & Drought, P.C. | Attn: Michael G. Colvard | mcolvard@mdtlaw.com |
| Counsel to David Parker | Martinez & Tijerina P.L.L.C | Attn: Benigno (Trey) Martinez, Tomas F. Tijerina | trey@mbmtlawfirm.com<br>ttijerina@mbmtlawfirm.com |
| Counsel to Katsumi Servicing, LLC | Mayer Brown LLP | Attn: Charles S. Kelly | ckelley@mayerbrown.com |
| Counsel to Katsumi Servicing, LLC | Mayer Brown LLP | Attn: Richard A. Stieglitz, Dabin Chung, Lauren C. Blanchard | rstieglitz@mayerbrown.com<br>dchung@mayerbrown.com<br>lblanchard@mayerbrown.com |
| Counsel to Katsumi Servicing, LLC | Mayer Brown LLP | Attn: Sean T. Scott, Kyle J. TumSuden | stscott@mayerbrown.com<br>ktumsuden@mayerbrown.com |
| Counsel to Toyota Industries Commercial Finance Inc. | McCalla Raymer Leibert Pierce, LLP | Attn: Toni Townsend | Toni.Townsend@mccalla.com |
| Counsel to Advance Auto Parts, Inc. | McGuire Woods LLP | Attn: Demetra Liggins | dliggins@mcguirewoods.com |
| Counsel to Advance Auto Parts, Inc. | McGuire Woods LLP | Attn: Dion W. Hayes, Connor W. Symons | dhayes@mcguirewoods.com<br>csymons@mcguirewoods.com |
| Counsel to Onset Financial, Inc. and Silver Point Capital, L.P. | Millbank LLP | Attn: Andrew Leblanc, Esq., Erin Dexter, Esq. | aleblanc@milbank.com<br>edexter@milbank.com |
| Counsel to Onset Financial, Inc. and Silver Point Capital, L.P. | Millbank LLP | Attn: Dennis Dunne, Esq., Lisa Laukitis, Esq., Jason Kestecher, Esq. | ddunne@milbank.com<br>llaukitis@milbank.com<br>jkestecher@milbank.com |

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Truist Bank | Moore & Van Allen, PLLC | Attn: Reginald Sainvil, Hillary B. Crabtree, Stephen E. Gruendel, Matthew K. Taylor | reginaldsainvil@mvalaw.com hillarycrabtree@mvalaw.com stevegruendel@mvalaw.com matthewtaylor@mvalaw.com |
| Counsel to Onset Financial, Inc. and Silver Point Capital, L.P. | Morrison & Foerster LLP | Attn: Anthony S. Fiotto, Julia Koch | afiotto@mofo.com jkoch@mofo.com |
| Counsel to Onset Financial, Inc. and Silver Point Capital, L.P. | Morrison & Foerster LLP | Attn: Brian R. Michael | bmichael@mofo.com |
| Counsel to Onset Financial, Inc. and Silver Point Capital, L.P. | Morrison & Foerster LLP | Attn: James Newton, Benjamin Butterfield Bryan Kotliar | jnewton@mofo.com bbutterfield@mofo.com bkotliar@mofo.com |
| Counsel to Onset Financial, Inc. and Silver Point Capital, L.P. | Munsch Hardt Kopf & Harr, PC | Attn: Deborah Perry | dperry@munsch.com |
| Counsel to Randall Metals Corporation | Murray \| Lobb, PLLC | Attn: Kyle L. Dickson | kdickson@murray-lobb.com |
| Counsel to Rebuilders Automotive Supply Co. | Nixon Peabody LLP | Attn: Christopher M. Desiderio | cdesiderio@nixonpeabody.com |
| Counsel to TriMas Corporation | Norton Rose Fulbright US LLP | Attn: Robert Hirsh, John Conover | robert.hirsh@nortonrosefulbright.com john.conover@nortonrosefulbright.com |
| Counsel to Bank of America, N.A. | Norton Rose Fulbright US LLP | Attn: Toby L. Gerber, Kristian W. Gluck, Beau Cox, Michael Berthiaume, Rachel Cardwell, Jason Blanchard | toby.gerber@nortonrosefulbright.com kristian.gluck@nortonrosefulbright.com beau.cox@nortonrosefulbright.com michael.berthiaume@nortonrosefulbright.com rachel.cardwell@nortonrosefulbright.com jason.blanchard@nortonrosefulbright.com |
| United States Trustee Southern District of Texas | Office of the United States Trustee | Attn: Jayson B. Ruff | jayson.b.ruff@usdoj.gov |

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Martin De Luca | Okin Adams Bartlett Curry LLP | Attn: Matthew S. Okin, Ryan A. O'Connor, Madeline M. Schmidt | mokin@okinadams.com<br>roconnor@okinadams.com<br>mschmidt@okinadams.com |
| Counsel to Carrdan Corporation | Okin Adams Bartlett Curry LLP | Attn: Timothy L. Wentworth | twentworth@okinadams.com |
| Counsel to creditors Raistone Capital LLC, Raistone Purchasing LLC -Series XXXII, and Raistone Purchasing LLCC-Series XXVIII | Orrick, Herrington & Sutcliffe LLP | Attn: Nicholas Sabatino | nsabatino@orrick.com |
| Counsel to creditors Raistone Capital LLC, Raistone Purchasing LLC -Series XXXII, and Raistone Purchasing LLCC-Series XXVIII | Orrick, Herrington & Sutcliffe LLP | Attn: Richard Jacobsen, Laura Metzger, Emanuel C. Grillo, Nicholas Poli, Ari Roytenberg, Jacob R. Herz, Harry Murphy | rjacobsen@orrick.com<br>lmetzger@orrick.com<br>egrillo@orrick.com<br>npoli@orrick.com<br>jherz@orrick.com<br>hmurphy@orrick.com |
| Counsel to Whirlpool Corporation | Padfield & Stout, L.L.P. | Attn: Christopher V. Arisco, Mark W. Stout | carisco@padfieldstout.com<br>mstout@padfieldstout.com |
| Counsel to De Lage Landen Financial Services, Inc. | Padfield & Stout, L.L.P. | Attn: Jessica N. Alt, Matthew D. Giadrosich | jalt@padfieldstout.com<br>mdg@padfieldstout.com |
| Counsel to United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers International Union | Patrick M. Flynn, P.C. | Attn: Patrick M. Flynn | pat@pmfpc.com |
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Faheem A. Mahmooth, Mai Lan G. Rodgers, Erin C. Kim | Mahmooth.Faheem@pgbc.gov<br>efile@pbgc.gov<br>rodgers.mailan@pgbc.gov<br>kim.erin@pgbc.gov |
| Counsel to Brownsville Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Hiram Gutierrez | edinburgbankruptcy@pbfcm.com |

In re: First Brands Group, LLC, *et al.*
Case No. 25-90399 (CML)

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Brownsville Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Melissa E. Valdez | mvaldez@pbfcm.com |
| Counsel to the Carnaby II and III Secured Parties | Porter Hedges LLP | Attn: John F. Higgins, Megan Young-John, James A. Keefe | jhiggins@porterhedges.com<br>myoung-john@porterhedges.com<br>jkeefe@porterhedges.com |
| Counsel to Evolution Credit Partners | Proskaur Rose LLP | Attn: Charles A. Dale | cdale@proskauer.com |
| Counsel to Evolution Credit Partners | Proskaur Rose LLP | Attn: Vincent Indelicato, Matthew R. Koch | vindelicato@proskauer.com<br>mkoch@proskauer.com |
| Counsel to Patrick James | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Cameron M. Kelly | cameronkelly@quinnemanuel.com |
| Counsel to Patrick James | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Michael B. Carlinsky, James C. Tecce, Scott Hartman, Eric S. Kay, Reece Pelley, Grace Sullivan, William A. Burck | michaelcarlinsky@quinnemanuel.com<br>jamestecce@quinnemanuel.com<br>scotthartman@quinnemanuel.com<br>erickay@quinnemanuel.com<br>reecepelley@quinnemanuel.com<br>gracesullivan@quinnemanuel.com<br>williamburck@quinnemanuel.com |
| Counsel to Ronald J. Sommers, chapter 7 trustee | Reid Collins & Tsai LLP | Attn: D. Benjamin Thomas | bthomas@reidcollins.com |
| Counsel to Ronald J. Sommers, chapter 7 trustee | Reid Collins & Tsai LLP | Attn: Scott D. Saldaña, Lisa S. Tsai, Samuel W. Hillard | ssaldana@reidcollins.com<br>ltsai@reidcollins.com<br>shilliard@reidcollins.com |
| Counsel to Industrial Realty Group LLC | Royston, Rayzor, Vickery & Williams, LLP | Attn: Kevin P. Walters, Blake E. Bachtel | kevin.walters@roystonlaw.com<br>blake.bachtel@roystonlaw.com |

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Transend Logistics, LLC | Saul Ewing LLP | Attn: Lucian B. Murley | luke.murley@saul.com |
| Counsel to Transend Logistics, LLC | Saul Ewing LLP | Attn: Maxwell M. Hanamirian | maxwell.hanamirian@saul.com |
| Counsel to Transend Logistics, LLC | Saul Ewing LLP | Attn: Steven Malitz | steven.malitz@saul.com |
| Counsel to Crown Equipment Corporation dba Crown Lift Trucks dba Crown Credit Company | Sebaly Shillito + Dyer, LPA | Attn: Christopher S. Baxter | Cbaxter@ssdlaw.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | secbankruptcy@sec.gov nyrobankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Antonia Apps, Alan Maza | bankruptcynoticeschr@sec.gov MazaA@sec.gov |
| Counsel to the SPV Debtors | Simpson Thacher & Bartlett LLP | Attn: Elisha D. Graff, Nicholas Baker, Bryce L. Friedman, David R. Zylberberg, Rachael L. Foust, Griselda Cabrera, Sean Lee | egraff@stblaw.com nbaker@stblaw.com david.zylberberg@stblaw.com bfriedman@stblaw.com rachael.foust@stblaw.com griselda.cabrera@stblaw.com sean.lee@stblaw.com |
| Counsel to BPP Cannonball Park A LP | Singer & Levick, P.C. | Attn: Michelle E. Shriro, Esq. | mshriro@singerlevick.com |
| Attorney General of the Virgin Islands | St Croix Attorney General | Attn: Bankruptcy Department | info@usvidoj.com |

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Attorney General of the Virgin Islands | St Thomas Attorney General | Attn: Bankruptcy Department | info@usvidoj.com |
| Counsel to De Lage Landen Financial Services, Inc. | Stark & Stark, P.C. | Attn: Joseph H. Lemkin | jlemkin@stark-stark.com |
| State of Alaska Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Dept | attorney.general@alaska.gov |
| State of Arizona Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Dept | aginfo@azag.gov |
| State of California Attorney General | State of California Attorney General | Attn: Bankruptcy Dept | bankruptcy@coag.gov |
| State of Connecticut Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Dept | attorney.general@ct.gov<br>Denise.mondell@ct.gov |
| State of Delaware Attorney General | State of Delaware Attorney General | Attn: Bankruptcy Dept | Attorney.General@state.DE.US |
| State of Hawaii Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Dept | hawaiiag@hawaii.gov |
| State of Illinois Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Dept | webmaster@atg.state.il.us |
| State of Indiana Attorney General | State of Indiana Attorney General | Attn: Bankruptcy Dept | info@atg.in.gov |
| State of Iowa Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Dept | webteam@ag.iowa.gov |

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| State of Louisiana Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Dept | ConsumerInfo@ag.state.la.us |
| State of Maryland Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Dept | oag@oag.state.md.us |
| State of Michigan Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Dept | miag@michigan.gov |
| State of Missouri Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Dept | attorney.general@ago.mo.gov |
| State of Montana Attorney General | State of Montana Attorney General | Attn: Bankruptcy Dept | contactdoj@mt.gov |
| State of Nebraska Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Dept | ago.info.help@nebraska.gov |
| State of Nevada Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Dept | AgInfo@ag.nv.gov |
| State of New Hampshire Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Dept | attorneygeneral@doj.nh.gov |
| State of New Jersey Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Dept | askconsumeraffairs@lps.state.nj.us |
| State of North Dakota Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Dept | ndag@nd.gov |

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| State of Oregon Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Dept | consumer.hotline@doj.state.or.us |
| State of South Dakota Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Dept | consumerhelp@state.sd.us |
| State of Texas Attorney General | State of Texas Attorney General | Attn: Bankruptcy Dept | public.information@oag.state.tx.us |
| State of Utah Attorney General | State of Utah Attorney General | Attn: Bankruptcy Dept | uag@utah.gov |
| State of West Virginia Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Dept | consumer@wvago.gov |
| Counsel to Truist Bank | Storey Law PLLC | Attn: Matthew Storey | matt@storeylawpllc.com |
| Counsel to FRANCISCO GARZA, MANUEL LEAL, CIARA CHILDS, TIM JOHNSON, and MANUEL FERNANDEZ and the Proposed Class | Stranch, Jennings, & Garvey, PLLC | Attn: J. Gerard Stranch, Mariah England | gstranch@stranchlaw.com mengland@stranchlaw.com |
| Counsel to NTT DATA Americas, Inc. | Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Counsel to Comptroller of Public Accounts, Revenue Accounting Division | Texas Attorney General's Office | Attn: Jamie Kirk | jamie.kirk@oag.texas.gov |
| Counsel for ENGIE Resources LLC | The Lane Law Firm, PLLC | Attn: Matthew W. Bourda | matt.bourda@lanelaw.com |

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to IA Mechanical Inc. | The Law Office of Elias M. Yazbeck, PLLC | Attn: Elias M. Yazbeck, Jacqueline Q. Chiba | elias@yazbecklaw.com<br>jackie@yazbecklaw.com |
| Counsel to The United States | The United States | Attn: Paul B. Moore | paul.moore@usdoj.gov |
| Counsel to Tennessee Attorney General's Office | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | steve.butler@ag.tn.gov |
| Counsel to the United States of America | U.S. Department of Justice | Attn: Seth B. Shapiro | seth.shapiro@usdoj.gov |
| Counsel to the United States of America | U.S. Department of Justice | Attn: Seth B. Shapiro | seth.shapiro@usdoj.gov |
| U.S. Attorney for the Southern District of Texas | United States Attorney for the Southern District of Texas | Attn: Civil Process Clerk | usatxs.atty@usdoj.gov |
| Counsel to United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers International Union | USW International Union, AFLCIO, CLC | Attn: David R. Jury | djury@usw.org |
| Counsel to SorTech LLC | Villeda Law Group | Attn: Antonio Villeda, Mark Talbot | avilleda@mybusinesslawyer.com<br>mtalbot@mybusinesslawyer.com |
| Counsel to Leucadia Asset Management LLC, LAM TFG, LAM TFG II, LAM TFG I SPV, and Jefferies Financial Group Inc. | Vinson & Elkins LLP | Attn: Paul E. Heath, Matthew D. Struble | pheath@velaw.com<br>mstruble@velaw.com |

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Leucadia Asset Management LLC, LAM TFG, LAM TFG II, LAM TFG I SPV, and Jefferies Financial Group Inc. | Wachtell, Lipton, Rosen & Katz | Attn: William D. Savitt, Joshua A. Feltman, Emil A. Kleinhaus, Angela K. Herring, Michael H. Cassel, Mitchell S. Levy | wdsavitt@wlrk.com jafeltman@wlrk.com eakleinhaus@wlrk.com akherring@wlrk.com mhcassel@wlrk.com mslevy@wlrk.com |
| Washington DC Attorney General | Washington DC Attorney General | Attn: Bankruptcy Dept | oag@dc.gov |
| Counsel to the Debtor and Debtor in Possession | Weil, Gotshal & Manges LLP | Attn: Gabriel A. Morgan, Clifford W. Carlson | gabriel.morgan@weil.com clifford.carlson@weil.com |
| Counsel to the Debtor and Debtor in Possession | Weil, Gotshal & Manges LLP | Attn: Matthew S. Barr, Sunny Singh, Andriana Georgallas, Jason H. George, Kevin Bostel | matt.barr@weil.com sunny.singh@weil.com andriana.georgallas@weil.com kevin.bostel@weil.com jason.george@weil.com |
| Counsel to Toyota Industries Commercial Finance Inc. | Weltman, Weinberg and Reis Co., L.P.A | Attn: Scott D. Fink | BnkEcf-TX@weltman.com |
| Counsel to ACAR Leasing Ltd | Wilcox Law, PLLC | Attn: Stephen G. Wilcox | swilcox@wilcoxlaw.net |
| Counsel to Bank of America, N.A. as ABL Agent | Winston & Strawn LLP | Attn: Daniel J. McGuire, Gregory M. Gartland | dmcguire@winston.com ggartland@winston.com |
| Counsel to Bank of America, N.A. as ABL Agent | Winston & Strawn LLP | Attn: Madison K. Haueisen | mhaueisen@winston.com |
| Counsel to QBE Insurance Corporation, Ironshore Indemnity, Inc., Fair American Insurance and Reinsurance Company, Allianz Global Risks US Insurance Company, Westfield Select Insurance Company, AXIS Insurance Company, and Zurich American Insurance Company | Wright Close Barger & Guzman LLP | Attn: Howard L. Close, Ronnie Flack, Daniela Mondragón | close@wcbglaw.com flack@wcbglaw.com mondragon@wcbglaw.com |

**Exhibit B**

Exhibit B
Master Hardcopy Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| American Samoa Attorney General | American Samoa Attorney General | Attn: Gwen Tauiliili-Langkilde<br>American Samoa Gov'T, Exec. Ofc. Bldg Utulei<br>Territory Of American Samoa<br>Pago Pago AS 96799 |
| Counsel to AMEX TRS Co., Inc. | Becket & Lee LLP | Attn: Christopher Cramer<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Commonwealth of Puerto Rico | Commonwealth of Puerto Rico | Attn: Bankruptcy Dept<br>Apartado 9020192<br>San Juan PR 00902-0192 |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>1111 Constitution Ave NW<br>Washington DC 20224 |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 |
| Counsel to Titanium American Logistics, Inc. | Law Offices of Martin Seidler | Attn: Martin Seidler<br>11107 Wurzbach Road Suite 504<br>San Antonio TX 78230 |
| Counsel to ACAR Leasing LTD d/b/a GM Financial Leasing | Lorenzo Nunez | Attn: Lorenzo Nunez<br>PO Box 183853<br>Arlington TX 76096 |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry<br>1850 M St., NW 12th Floor<br>Washington DC 20036 |
| Northern Mariana Islands Attorney General | Northern Mariana Islands Attorney General | Attn: Edward E. Manibusan<br>Caller Box 10007<br>Saipan MP 96950 |
| Counsel to OEC Group | Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A. Steinberg<br>50 Tice Boulevard<br>Suite 380<br>Woodcliff Lake NJ 07677 |

In re: First Brands Group, LLC, *et al.*
Case No. 25-90399 (CML)

Exhibit B
Master Hardcopy Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Puerto Rico Attorney General | Puerto Rico Attorney General | Attn: Bankruptcy Department<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan PR 00918 |
| Counsel to Gorman Industrial Supply Co. | Scotthulse PC | Attn: James M. Feuille<br>One San Jacinto Plaza<br>201 E. Main, 11th Floor, P.O. Box 99123<br>El Paso TX 79999-9123 |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Fort Worth Office | Attn: David Woodcock Regional Director<br>Burnett Plaza<br>801 Cherry St., Ste. 1900 Unit 18<br>Fort Worth TX 76102 |
| State of Alabama Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 300152<br>Montgomery AL 36130-0152 |
| State of Arkansas Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Dept<br>323 Center St. Suite 200<br>Little Rock AR 72201-2610 |
| State of Colorado Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Dept<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver CO 80203 |
| State of Florida Attorney General | State of Florida Attorney General | Attn: Bankruptcy Dept<br>The Capitol, PL 01<br>Tallahassee FL 32399-1050 |
| State of Georgia Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Dept<br>40 Capital Square, SW<br>Atlanta GA 30334-1300 |
| State of Idaho Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Dept<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise ID 83720-1000 |

Exhibit B
Master Hardcopy Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| State of Kansas Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Dept<br>120 SW 10th Ave., 2nd Floor<br>Topeka KS 66612-1597 |
| State of Kentucky Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Dept<br>700 Capitol Avenue, Suite 118<br>Frankfort KY 40601 |
| State of Maine Attorney General | State of Maine Attorney General | Attn: Bankruptcy Dept<br>6 State House Station<br>Augusta ME 04333-0000 |
| State of Massachusetts Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Dept<br>One Ashburton Place<br>Boston MA 02108-1698 |
| State of Minnesota Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Dept<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul MN 55101-2131 |
| State of Mississippi Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Dept<br>Walter Sillers Building<br>550 High Street, Suite 1200 P.O. Box 220<br>Jackson MS 39201 |
| State of New Mexico Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Dept<br>P.O. Drawer 1508<br>Santa Fe NM 87504-1508 |
| State of New York Attorney General | State of New York Attorney General | Attn: Bankruptcy Dept<br>The Capitol<br>Albany NY 12224-0341 |
| State of North Carolina Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Dept<br>9001 Mail Service Center<br>Raleigh NC 27699-9001 |
| State of Ohio Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Dept<br>30 E. Broad St., 14th Floor<br>Columbus OH 43215 |

In re: First Brands Group, LLC, *et al.*
Case No. 25-90399 (CML)

Exhibit B
Master Hardcopy Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| State of Oklahoma Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Dept<br>313 NE 21st Street<br>Oklahoma City OK 73105 |
| State of Pennsylvania Attorney General | State of Pennsylvania Attorney General | Attn: Bankruptcy Dept<br>Strawberry Square<br>16th Floor<br>Harrisburg PA 17120 |
| State of Rhode Island Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Dept<br>150 South Main Street<br>Providence RI 02903-0000 |
| State of South Carolina Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 11549<br>Columbia SC 29211-1549 |
| State of Tennessee Attorney General | State of Tennessee Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 20207<br>Nashville TN 37202-0207 |
| State of Vermont Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Dept<br>109 State St.<br>Montpelier VT 05609-1001 |
| State of Virginia Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Dept<br>General Financial Recovery Section<br>Post Office Box 610<br>Richmond VA 23218-0610 |
| State of Washington Attorney General | State of Washington Attorney General | Attn: Bankruptcy Dept<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia WA 98504-0100 |
| State of Wisconsin Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Dept<br>Wisconsin Department of Justice<br>State Capitol, Room 114 East P. O. Box 7857<br>Madison WI 53707-7857 |

In re: First Brands Group, LLC, *et al.*
Case No. 25-90399 (CML)

Exhibit B
Master Hardcopy Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| State of Wyoming Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Dept<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne WY 82002 |
| United States of America Attorney General | United States of America Attorney General | Attn: Bankruptcy Dept<br>US Dept of Justice<br>950 Pennsylvania Ave NW<br>Washington DC 20530-0001 |

**Exhibit C**

Exhibit C

| Address ID | Name | Address 1 | Address 2 | Address 3 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|
| 30817071 | 401 WALL STREET, LLC | 265 SIXTH AVENUE | P.O. BOX 129 | | TIFFIN | OH | 44883 | |
| 30812068 | ABC GROUP SALGA ASSOCIATES | 161A SNIDERCROFT ROAD | | | CONCORD | ON | L4K 2J8 | CANADA |
| 30812177 | ADVANCED COMPOSITES | ATTN ACCOUNTS RECEIVABLE | 464 MCNALLY DIRVE | | NASHVILLE | TN | 37211 | |
| 30731636 | AKWEL CADILLAC USA, INC. | 603 7TH ST. | | | CADILLAC | MI | 49601 | |
| 30817278 | ALPINE ELECTRONICS OF AMERICA, INC. | P.O. BOX 504167 | | | ST.LOUIS | MO | 63150 | |
| 30817325 | AMERICAN METAL & PLASTICS INC. | 450 32ND STREET SW | | | GRAND RAPIDS | MI | 49648 | |
| 30731741 | AMERICAN SEAL & GASKET, INC. | 1350 LAKE CRESCENT DRIVE | | | BLOOMFIELD HILLS | MI | 48302 | |
| 30812323 | AML SYSTEMS | ZAC DE L'EPINETTE DE L'EPINETTE | | | HIRSON | | 02500 | FRANCE |
| 30812403 | ARGENT AUTOMOTIVE SYSTEMS INC | 41016 CONCEPT DRIVE | | | PLYMOUTH TOWNSHIP | MI | 48170 | |
| 30812404 | ARGENT TAPE & LABEL, INC. | P.O. BOX 701008 | | | PLYMOUTH | MI | 48170 | |
| 30812410 | ARMADA RUBBER MFG COMPANY | 24586 ARMADA RIDGE ROAD | P O BOX 579 | | ARMADA | MI | 48005 | |
| 30812469 | AUDIA ELASTOMERS | 450 RACETRACK ROAD | PO BOX 236 | | WASHINGTON | PA | 15301 | |
| 30732056 | BLOW MOLDED SOLUTIONS LLC | 225 COMMERCE LANE | | | MAYODAN | NC | 27027 | |
| 30817755 | BRADFORD COMPANY | 13500 QUINCY STREET | | | HOLLAND | MI | 49422-1199 | |
| 30718397 | BUCKEYE TELESYSTEM | 2700 OREGON ROAD | | | NORTHWOOD | OH | 43619 | |
| 30817945 | CARRDAN CORPORATION | 300 REED DRIVE | | | TEMPERANCE | MI | 48182 | |
| 30817944 | CARRDAN CORPORATION | 300 REED DRIVE | ATTN: J. MALCZEWSKI | | TEMPERANCE | MI | 48182 | |
| 30732265 | CEBI USA, INC | 15101 CENTURY DRIVE | SUITE 501 | | DEARBORN | MI | 48120 | |
| 30812976 | CELANESE POLYMERS HOLDINGS, INC | F/K/A DUPONT POLYMERS PRODUCTS, LLC | 28588 NETWORK PLACE | | CHICAGO | IL | 60673 | |
| 30818185 | CONTINENTAL AUTOMOTIVE GMBH | P.O. BOX 10 09 43 | | | REGENSBURG | | D-93009 | GERMANY |
| 30818199 | COOPER STANDARD AUTOMOTIVE | 40300 TRADITIONS DRIVE | | | NORTHVILLE | MI | 48168 | |
| 30818230 | CREATIVE FOAM CORPORATION | P O BOX 674392 | | | DETROIT | MI | 48267 | |
| 31228381 | CYPRIUM LLC | 248 CALVARY LANE | | | NAPLES | ID | 83864 | |
| 30752955 | DATANATIONAL CORP | 23382 COMMERCE DR | | | FARMINGTON HILLS | MI | 48335 | |
| 31228373 | DECOFINMEX S.A. DE C.V. | 46600 PORT STREET | | | PLYMOUTH | MI | 48170 | |
| 30813364 | DERBY FABRICATING SOLUTIONS | 4500 PRODUCE ROAD | ATTN: JASON KELLAMS, PRESIDENT & CEO | | LOUISVILLE | KY | 40218 | |
| 30732696 | DIVERSIFIED GRAPHICS, INC | 241 HERITAGE DRIVE | PO BOX 821 | | TIFFIN | OH | 44883 | |
| 30813450 | DOUG BROWN PACKAGING PRODUCTS | 1850 LARCHWOOD DRIVE | | | TROY | MI | 48083 | |
| 30813459 | DRS INDUSTRIAL, LLC | 1067 HAMILTON DRIVE | | | HOLLAND | OH | 43528 | |
| 30813492 | EFC INTERNATIONAL | 9777 REAVIS RD | | | ST. LOUIS | MO | 63123 | |
| 30813514 | EMHART FASTENING TEKNOLOGIES | P.O. BOX 360101 | | | PITTSBURGH | PA | 15251 | |
| 30813517 | EMHART TEKNOLOGIES | 4195 COLLECTIONS CENTER DRIVE | | | CHICAGO | IL | 60693 | |
| 30818610 | ENTEC POLYMERS LLC | 1900 SUMMIT TOWER BLVD | SUITE 900 | ATTN: LORAL HAHN | ORLANDO | FL | 32810 | |
| 30813571 | EXCO AUTOMOTIVE SOLUTIONS L.P. | DBA POLYTECH | DEPARTMENT NO. 77072 | P.O. BOX 77000 | DETROIT | MI | 48277 | |
| 30856006 | FLAMBEAU INC | 801 LYNN AVENUE | | | BARABOO | WI | 53913 | |
| 30840364 | FORMERRA LLC | 1250 WINDHAM PARKWAY | | | ROMEOVILLE | IL | 60446 | |
| 30814278 | GRANT INDUSTRIES, INC. | 125 MAIN AVENUE | | | ELMWOOD PARK | NJ | 07407 | |
| 30814289 | GROTE INDUSTRIES LLC | 2600 LANIER DRIVE | | | MADISON | IN | 47250 | |
| 30828781 | Infor (US), LLC | NW 7418 | PO Box 1450 | | Minneapolis | MN | 55485-7418 | |
| 31228383 | INTEGRITY TOOL AND MOLD DE MEXICO S DE RL DE CV | PROLONGACIÓN CIRCUITO, EL MARQUÉS SUR # 51, PARQUE INDUSTRIAL | | | SANTIAGO DE QUERÉTARO, QRO | | 76246 | MEXICO |
| 30814552 | INTELIGENTE TECHNOLOGIES, LLC | 17199 N. LAUREL PARK DRIVE | SUITE 321 | | LIVONIA | MI | 48152 | |
| 30820358 | INTELIGENTE TECHNOLOGIES, LLC | 37819 SCHOOLCRAFT ROAD | | | LIVONA | MI | 48150 | |
| 30814655 | ITW CIP | 850 STEAM PLANT ROAD | ATTN: SANDY EVERETT | | GALLATIN | TN | 37066 | |
| 30819719 | ITW DELTAR FASTENERS | P O BOX 75258 | | | CHICAGO | IL | 60675 | |
| 30843841 | Customer Name on File | Address on File | | | | | | |
| 30819780 | JOHNSON ELECTRIC NORTH AMERICA, INC | 47660 HALYARD DR | | | PLYMOUTH | MI | 48170 | |
| 30819896 | KW PLASTICS | PO BOX 707 | ATTN: MEGAN BLAIR | ATTN: MEGAN BLAIR | TROY | AL | 36081 | |
| 30819897 | KW PLASTICS | PO BOX 707 | ATTN: MEGAN BLAIR | | TROY | AL | 36081 | |
| 30814869 | LEGGERA THIXO TECHNOLOGIES LLC | 87 NORTHPOINTE DRIVE | | | LAKE ORION | MI | 48359 | |
| 30814878 | LEON INTERIORS INC. | PO BOX 847452 | | | BOSTON | MA | 02284 | |
| 30810054 | Name on File | Address on File | | | | | | |
| 30843795 | MAGNA ELECTRONICS LLC | 10410 HOLLY RD | | | HOLLY | MI | 48442 | |
| 30815040 | MATCOR AUTOMOTIVE (BROWN) | PO BOX 503 | 401 S. STEELE STREET | | IONIA | MI | 48846 | |
| 30815054 | MAVERICK LABEL LLC | PO BOX 450 | | | OTTAWA | OH | 45875 | |
| 30754956 | MICO INDUSTRIES, INC | 1425 BURLINGAME AVE. SW | | | WYOMING | MI | 49509 | |
| 30734289 | MIDWEST MOLDING INC. | 8245 ESTATES PARKWAY | | | PLAIN CITY | OH | 43064 | |
| 30734443 | NETTELHOFF COLECTORES MEXICO | AV. DE LAS FUENTES #26 | | | QUERETARO | | 76246 | MEXICO |

In re: First Brands Group, LLC, *et al.*
Case No. 25-90399 (CML)

Exhibit C

| Address ID | Name | Address 1 | Address 2 | Address 3 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|
| 30839435 | NIFCO AMERICA | P.O. BOX 633989 | | | CINCINNATI | OH | 45263 | |
| 30843822 | OHIO BUSINESS MACHINES LLC | 1140 CORPORATE DRIVE | | | HOLLAND | OH | 43528 | |
| 30755399 | ORBIS CORPORATION | 1055 CORPORATE CENTER DRIVE | | | OCONOMOWOC | WI | 53066 | |
| 30844383 | Packaging Corporation of America | Attn: Vince Carrera | 1 North Field Court | | Lake Forest | IL | 60045 | |
| 30815716 | PLASTOMER CORPORATION | DEPT #15601 | P O BOX 67000 | | DETROIT | MI | 48267 | |
| 30815714 | PLASTOMER CORPORATION | 37819 SCHOOLCRAFT ROAD | | | LIVONA | MI | 48150 | |
| 30839451 | POWER & SIGNAL GROUP | 6675 PARKLAND BLVD | | | CLEVELAND | OH | 44139 | |
| 30815771 | PROGRESSIVE FINISHING, INC. | 50800 EAST RUSSELL SCHMIDT BLVD. | | | CHESTERFIELD | MI | 48038 | |
| 30829989 | Quality Tool Company | 577 Mel Simon Drive | | | Toledo | OH | 43612 | |
| 30815894 | REUTTER FG S. DE R.L. DE C.V. | AV HERMENEGILDO GALENA #8, INT. #3 | PARQUE INDUSTRIAL CUAUTLA | | CD AYALA, MORELOS | | 62715 | MEXICO |
| 30815979 | S&A INDUSTRIES CORP. | 571 KENNEDY ROAD | | | AKRON | OH | 44305 | |
| 30788735 | SEMBLEX CORPORATION | ATTN: GINA SERRITELLA | 900 N CHURCH ROAD | | ELMHURST | IL | 60126 | |
| 30756282 | SOUTHCO INC | P.O. BOX 0116 | 210 N. BRINTON LAKE RD. | | CONCORDVILLE | PA | 19331-0116 | |
| 30816177 | ST CLAIR TECHNOLOGIES | 1600 LA QUINTA ROAD WH 4-B | | | NOGALES | AZ | 85621 | |
| 31218464 | STANDEX ELECTRONICS INC | P O BOX 93913 | | | CHICAGO | IL | 60673 | |
| 30820002 | STORE MASTER FUNDING XIV, LLC | 8377 E. HARTFORD DRIVE | SUITE 100 | | SCOTTSDALE | AZ | 85255 | |
| 30756556 | SUMMIT POLYMERS, INC. | 6715 S. SPRINKLE ROAD | | | PORTAGE | MI | 49002 | |
| 30811419 | TEKNOR APEX/THERMOPLASTIC | ELASTOMERS DIVISION | P.O. BOX 405197 | | ATLANTA | GA | 30384 | |
| 30811425 | TERMAX CORPORATION | 1155 ROSE ROAD | | | LAKE ZURICH | IL | 60047 | |
| 30811699 | UNIFORM COLOR COMPANY | 942 BROOKS AVE | | | HOLLAND | MI | 49423-5337 | |
| 30816754 | US FARATHANE CORPORATION | 4872 LAPEER ROAD | | | LAKE ORION | MI | 48359 | |
| 30819948 | VALEO MEXICO CO., LTD. | DBA VALEO SWITCHES & DETECTION SYS. | CARRETERA MATAMOROS MAZATLAN KM 99 | A P A P 513 | RIO BRAVO, TAMAULIPAS | | 74797 | MEXICO |
| 30788124 | VALEO NORTH AMERICA, INC | 150 STEPHENSON HIGHWAY | | | TROY | MI | 48083 | |
| 30816765 | VALTEC, LLC | 565 S. CEDAR ST. | | | IMLAY CITY | MI | 48444 | |
| 30736011 | VIKING PRODUCTS, INC. | P.O. BOX 77000 | DEPARTMENT 771355 | | DETROIT | MI | 48277 | |
| 30811807 | VITESCO TECHNOLOGIES USA, LLC | 2700 AIRPORT ROAD | SUITE 200 | ATTN: FLORIAN JESSENSKY | SANTA TERESA | NM | 88008 | |
| 30856163 | WASHINGTON PENN PLASTICS | 2080 NORTH MAIN STREET | | | WASHINGTON | PA | 15301 | |
| 30811925 | WESTAFLEX TUBOS FLEXIVEIS LTDA | RODOVIA DO XISTO BR 476 KM 41 6283, | SERRINHA | | CONTENDA, PARANA | | 83.730-000 | BRAZIL |
| 30811962 | WIX/M&H FILTRATION TECHNOLOGY | 4800 CORPORATION DRIVE | | | FAYETTEVILLE | NC | 28306 | |
| 30816964 | WOORY AMERICA INC | 404 KELLAM RD | | | DUBLIN | GA | 31021 | |
| 30812011 | YANFENG INTERNATIONAL AUTOMOTIVE TECHNOLOGY US I LLC | 12775 OAKLAND PARK BLVD | | | HIGHLAND PARK | MI | 48203 | |