**Schedule I - Amending Schedule I of**

**Docket Number  2837**

**Cumulative Claim Transfer Schedule**

| Description | Amount |
|---|---|
| Original Filed Claim Amount | $6,833,112.32 |
| Transfer Pursuant to This Filing | $105,181.46 |
| Aggregate Prior Transfers | $1,777,220.04 |
| Remaining Portion Retained by Assignor | $4,950,721.82 |