**Schedule I -Amending Schedule I of**

**Docket Number 2847**

**Cumulative Claim Transfer Schedule**

| Description | Amount |
|---|---|
| Original Filed Claim Amount | $6,833,112.32 |
| Transfer Pursuant to This Filing | $198,971.17 |
| Aggregate Prior Transfers | $1,578,248.87 |
| Remaining Portion Retained by Assignor | $5,055,903.28 |