**Schedule I –**Amending Schedule I to

Docket Number 2848

**Cumulative Claim Transfer Schedule**

| Description | Amount |
|---|---|
| Original Filed Claim Amount | $6,833,112.32 |
| Transfer Pursuant to This Filing | $805,894.74 |
| Aggregate Prior Transfers | $0.00 |
| Remaining Portion Retained by Assignor | $6,027,228.58 |