United States Courts
Southern District of Texas
FILED

*June 05, 2026*

Nathan Ochsner, Clerk of Court



**IFG North America, LLC**
7910 Woodmont Avenue, Suite 1050
Bethesda, MD  20154
Tel :  301-299-2688

Date: June 8, 2026


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:
First Brands Group, LLC,
Debtor.

Case No. 25-90399
Chapter 11

NOTICE OF CORRECTION OF CLERICAL ERROR IN EVIDENCE OF TRANSFER OF CLAIM

IFG North America, LLC, the transferor of the Partial Transfer of Claim Other Than for Security of Claim No. 3, files this Notice of Correction of Clerical Error and states as follows:

1.  On May 28, 2026, IFG North America, LLC filed the Partial Transfer of Claim Other Than for Security with related Evidence of Transfers of Claim for Docket No. 2848 for transferee The Oslo Nevada Trust.
2.  The Notice of Partial Transfer of Claim and first page of the Evidence of Transfer correctly identifies the original filed claim amount as amount $6,833,112.32 .
3.  After filing, the undersigned discovered that the Schedule I attached to the Evidence of Transfer contained a typographical error in the claim amount, identifying the claim amount as $6,833,123.32.
4.  This notice is to correct the Schedule I filed claimed amount. The error was clerical in nature only. No substantive change is being made to the transfer, the parties to the transfer, the amount of the claim, or any other information contained in the Evidence of Transfer.

Sincerely,

IFG North America, LLC