**Schedule I -** Amending Schedule I of

Docket Number 2849

**Cumulative Claim Transfer Schedule**

| Description | Amount |
|---|---|
| Original Filed Claim Amount | $6,833,112.32 |
| Transfer Pursuant to This Filing | $772,354.13 |
| Aggregate Prior Transfers | $805,894.74 |
| Remaining Portion Retained by Assignor | $5,254,874.45 |