**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

```
------------------------------------------------------------  x
                                                              :
In re:                                                        :   Chapter 11
                                                              :
FIRST BRANDS GROUP, LLC., et al.,                             :   Case No. 25-90399 (CML)
                                                              :
              Debtors.[1]                                     :   (Jointly Administered)
                                                              :
------------------------------------------------------------  x
```

**SECOND INTERIM FEE APPLICATION OF
ERNST & YOUNG LLP, AS TAX ADVISOR FOR THE DEBTORS,
FOR THE FEE PERIOD FROM JANUARY 1, 2026 THROUGH MARCH 31, 2026**

| | |
|---|---|
| **Name of Applicant:** | Ernst & Young LLP |
| **Applicant's Role in Case:** | Tax Advisor for the Debtors |
| **Docket No. of Employment Order(s):** | Docket No. 774 |
| **Interim Application ( X )    No. 2**<br>**Final Application    (   )** | Second Interim Fee Application |

| | Beginning Date | End Date |
|---|---|---|
| **Time period covered by this Application for which interim compensation has not previously been awarded:** | January 1, 2026 | March 31, 2026 |
| **Were the services provided necessary to the administration of or beneficial at the time rendered toward the completion of the case?  Yes** | | |
| **Were the services performed in a reasonable amount of time commensurate with the complexity, importance and nature of the issues addressed? Yes** | | |
| **Is the requested compensation reasonable based on the customary compensation charged by comparably skilled practitioners in other non-bankruptcy cases?  Yes** | | |
| **Do expense reimbursements represent actual and necessary expenses incurred? Yes** | | |

| |
|---|
| **Compensation Breakdown for Time Period Covered by this Application** |

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

| | |
|---|---|
| **Total professional fees requested in this Application:** | $236,028.00 |
| **Total professional hours covered by this Application:** | 282.8 |
| **Average hourly rate for professionals:** | $834.61 |
| **Total paraprofessional fees requested in this Application:** | N/A |
| **Total paraprofessional hours covered by this Application:** | N/A |
| **Average hourly rate for paraprofessionals:** | N/A |
| **Total fees requested in this Application:** | $236,028.00 |
| **Total expense reimbursements requested in this Application:** | $4,225.03[2] |
| **Total fees and expenses requested in this Application:** | $240,253.03 |
| **Total fees and expenses awarded in all prior Applications:** | $2,401,444.00 |

**IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING.  UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE ELECTRONICALLY AT HTTPS://ECF.TXSB.USCOURTS.GOV/ WITHIN TWENTY-ONE DAYS FROM THE DATE THIS APPLICATION WAS FILED. IF YOU DO NOT HAVE ELECTRONIC FILING PRIVILEGES, YOU MUST FILE A WRITTEN OBJECTION THAT IS ACTUALLY RECEIVED BY THE CLERK WITHIN TWENTY-ONE DAYS FROM THE DATE THIS APPLICATION WAS FILED. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Pursuant to §§ 327, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Compensation Procedures Order") [Docket No. 699], Ernst & Young LLP ("EY LLP"), as Tax Advisor for the Debtors, hereby files its *Second Interim Fee Application of Ernst & Young LLP, as Tax Advisor for the Debtors, for the Fee Period from January 1, 2026  through March 31, 2026* ("Interim Fee Application").

---

[2] Reflects $29.78 voluntary reduction for overage of meal allowance.

1.      By this Interim Fee Application, and pursuant to the Compensation Procedures Order, EY LLP seeks payment of (i) $236,028.00 as compensation for professional services rendered to the Debtors during the period from January 1, 2026   through March 31, 2026 (the "Interim Fee Period") and (ii) $4,225.03 as reimbursement of actual and necessary expenses incurred during the Interim Fee Period.

2.      In support of this Application, EY LLP submits the following:

a.  A Summary by Professional for the Interim Fee Period, attached hereto as **Exhibit A**.

b.  A Summary by Category for the Interim Fee Period, attached hereto as **Exhibit B**.

c.  A Detailed Record of Fees for the Interim Fee Period, attached hereto as **Exhibit C**.

d.  A Summary of Expenses for the Interim Fee Period, attached hereto as **Exhibit D**.

e.  A Detailed Record of Expenses for the Interim Fee Period, attached hereto as **Exhibit E**.

3.      Pursuant to the Compensation Procedures Order, any party objecting to this Application must do so within twenty-one (21) days after service of this Interim Fee Application. The Court, in its direction, may approve this Interim Fee Application without the need for a hearing if no objections are filed within the 21-day objection period. The Debtors shall be authorized to pay EY LLP promptly for all requested fees (including the 20% fee holdback) and expenses not paid previously upon approval of the Application.

4.      Although every effort has been made to include all fees and expenses incurred in the Interim Fee Period, some fees and expenses might not be included in this Interim Fee Application due to delays caused by accounting and processing during the Interim Fee Period.  EY LLP reserves the right to make further application to the Court for allowance of such fees and expenses not included herein.

5.      WHEREFORE, EY LLP hereby respectfully requests interim allowance of fees and expenses incurred during the Interim Fee Period in the total amount of $236,028.00 of the fees incurred for professional services rendered during the Interim Fee Period, and $4,225.03, representing actual and necessary expenses incurred during the Interim Fee Period.

Dated:  June 6, 2026

/s/ Karin Schmitz
Ernst & Young LLP