**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.[1]** | § | |

**AGENDA FOR STATUS CONFERENCE SCHEDULED FOR
JUNE 8, 2026 AT 1:00 P.M. (PREVAILING CENTRAL TIME)**

> **A STATUS CONFERENCE WILL BE CONDUCTED ON JUNE 8, 2026, AT 1:00 P.M. (PREVAILING CENTRAL TIME) IN COURTROOM 402, 4TH FLOOR, 515 RUSK AVENUE, HOUSTON, TX 77002.**
>
> **YOU MAY PARTICIPATE IN THE STATUS CONFERENCE EITHER IN PERSON OR BY AN AUDIO AND VIDEO CONNECTION.**
>
> **AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT 1-832-917-1510. ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER. JUDGE LOPEZ'S CONFERENCE ROOM NUMBER IS 590153. VIDEO COMMUNICATION WILL BE BY USE OF THE GOTOMEETING PLATFORM. CONNECT VIA THE FREE GOTOMEETING APPLICATION OR CLICK THE LINK ON JUDGE LOPEZ'S HOME PAGE. THE MEETING CODE IS "JUDGELOPEZ." CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.**
>
> **APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF THE STATUS CONFERENCE. TO MAKE YOUR APPEARANCE, CLICK THE "ELECTRONIC APPEARANCE" LINK ON JUDGE LOPEZ'S HOME PAGE. SELECT THE CASE NAME, COMPLETE THE REQUIRED FIELDS, AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE.**

First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby file this

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

agenda for the status conference scheduled for **June 8, 2026, at 1:00 p.m. (Prevailing Central Time)** before the Honorable Christopher M. Lopez.

**MATTERS GOING FORWARD:**

1. Status Conference – Debtors to provide a status update to the Court on its chapter 11 plan, disclosure statement, and related matters.

   Related Documents:

   A. United States Trustee's Motion to Convert or Dismiss Pursuant to 11 U.S.C. § 1112(b) **(Docket No. 2670)**

   B. Notice of Hearing on United States Trustee's Motion to Convert or Dismiss Pursuant to 11 U.S.C. § 1112(b) **(Docket No. 2876)**

   C. Notice of Status Conference Scheduled for June 8, 2026 at 1:00 p.m. (Prevailing Central Time) **(Docket No. 2884)**

   D. Onset Financial, Inc.'s Limited Objection to United States Trustee's Motion to Convert or Dismiss Pursuant to 11 U.S.C. § 1112(b) **(Docket No. 2885)**

   E. Stipulation Extending Objection Deadline **(Docket No. 2888)**

   F. Debtors' Objection to United States Trustee's Motion to Convert or Dismiss Pursuant to 11 U.S.C. § 1112(b) **(Docket No. 2906)**

   G. Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors **(Docket No. 2907)**

   H. Objection of the Ad Hoc Group to the United States Trustee's Motion to Convert or Dismiss Pursuant to 11 U.S.C. § 1112(b) **(Docket No. 2908)**

   I. Joinder of Official Committee of Unsecured Creditors to Debtors' Objection to United States Trustee's Motion to Convert or Dismiss Pursuant to Pursuant to 11 U.S.C. § 1112(b) **(Docket No. 2909)**

   J. Declaration of Charles M. Moore in Support of (I) the Proposed Confirmation Schedule and (II) the Debtors' Objection to United States Trustee's Motion to Convert or Dismiss Pursuant to Pursuant to 11 U.S.C. § 1112(b) **(Docket No. 2911)**

   K. Disclosure Statement for Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors **(Docket No. 2912)**

L.      Notice of Filing of Joint Chapter 11 Plan and Disclosure Statement of First Brands Group, LLC and Certain Affiliated Debtors **(Docket No. 2913)**

M.     Emergency Motion of Debtors for Entry of Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Establishing Administrative Expense Claims Consent Program Notice and Opt-In Procedures, (V) Establishing Preference Settlement Notice and Opt-In Procedures, (VI) Establishing Notice and Objection Procedures for Confirmation of Plan; and (VI) Granting Related Relief **(Docket No. 2914)**

N.      Notice of Revised Disclosure Statement Motion, Revised Disclosure Statement Order, and Related Exhibits **(Docket No. 2915)**

3

Dated: June 7, 2026
Houston, Texas

*/s/  Clifford W. Carlson*

WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   gabriel.morgan@weil.com
         clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason H. George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   matt.barr@weil.com
         sunny.singh@weil.com
         andriana.georgallas@weil.com
         kevin.bostel@weil.com
         jason.george@weil.com

*Attorneys for Debtors
and Debtors in Possession*

## Certificate of Service

I hereby certify that on June 7, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

_/s/  Clifford W. Carlson_____
Clifford W. Carlson