**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| | § | **Re: Docket Nos. 2783** |
| **Debtors.**[1] | § | |

### NOTICE OF WITHDRAWAL OF GLOBAL SETTLEMENT MOTION

**PLEASE TAKE NOTICE** that the Debtors hereby withdraw the *Motion of FBG Debtors for Entry of an Order (I) Approving Global Settlement; (II) Authorizing and Directing Sale and Transfer of Assets in Connection Therewith; (III) Converting Certain Chapter 11 Cases to Chapter 7; and (IV) Granting Related Relief* (Docket No. 2783) without prejudice.

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Dated:  June 7, 2026
          Houston, Texas

                                    /s/  Clifford W. Carlson
                                    WEIL, GOTSHAL & MANGES LLP
                                    Gabriel A. Morgan (24125891)
                                    Clifford W. Carlson (24090024)
                                    700 Louisiana Street, Suite 3700
                                    Houston, Texas 77002
                                    Telephone:  (713) 546-5000
                                    Facsimile:  (713) 224-9511
                                    Email:   gabriel.morgan@weil.com
                                             clifford.carlson@weil.com

                                    -and-

                                    WEIL, GOTSHAL & MANGES LLP
                                    Matthew S. Barr (admitted *pro hac vice*)
                                    Sunny Singh (admitted *pro hac vice*)
                                    Andriana Georgallas (admitted *pro hac vice*)
                                    Kevin Bostel (admitted *pro hac vice*)
                                    Jason H. George (admitted *pro hac vice*)
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone:  (212) 310-8000
                                    Facsimile:  (212) 310-8007
                                    Email:   matt.barr@weil.com
                                             sunny.singh@weil.com
                                             andriana.georgallas@weil.com
                                             kevin.bostel@weil.om
                                             jason.george@weil.com

                                    *Attorneys for Debtors*
                                    *and Debtors in Possession*

2

## **Certificate of Service**

I hereby certify that on June 7, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/  Clifford W. Carlson*
Clifford W. Carlson