B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

## Southern District Of Texas

In re First Brands Group, LLC, et al.,        Case No. 25-90399

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bank. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

| GS Financial Network Inc. | IFG North America, LLC trading as The Interface Financial Group |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:

> GS Financial Network Inc
> 7910 Woodmont Ave, Suite 1050
> Bethesda, MD 20814

Court Claim # (if known): 3
Amount of Claim: $6,833,112.32

(This is the total amount of
Transferor's filed claim. This
notice is for a partial transfer of
the Claim. See attached Evidence
of Partial Transfer of Claim.)
Date Claim Filed: 10/01/2025

Phone: 301-792-4527
Last Four Digits of Acct #: n/a

Phone: 3 0 1 - 2 9 9 - 2 6 8 8
Last Four Digits of Acct. #: n/a

Name and Address where transferee payments
should be sent (if different from above):

Phone: 301-792-4527
Last Four Digits of Acct #: n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:_____          Date: 05/20/2026
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and pursuant to the Partial Assignment of Claim dated as of May 20, 2026, IFG North America, LLC trading as The Interface Financial Group ("Transferor") has unconditionally and irrevocably transferred and assigned to GS Financial Network Inc. ("Transferee") its right, title, and interest in and to the portion of its Claim in the aggregate amount of $847,710.15 ("Transferred Claim"). "Claim" means Claim No. 3 on the official claims register, in the aggregate filed amount of $6,833,112.32 against First Brands Group, LLC ("Debtor") In re: First Brands Group, LLC, et al. (Case No. 25-90399), pending in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The cumulative ownership history and remaining allocation of the Claim following the transfer are reflected in Schedule I attached hereto.

Transferor hereby waives any objection to the transfer of the Transferred Claim on the books and records of the Debtor and the Bankruptcy Court, and waives any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and stipulates that an order or notation recognizing the transfer of the Transferred Claim to Transferee may be entered without further notice to Transferor. Transferor further directs that all future notices, payments, and distributions in respect of the Transferred Claim shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this Evidence of Partial Transfer of Claim is executed on May 20, 2026

IFG North America, LLC

By:_____
Name: Sabeen Ahmed
Title: Chief Operating Officer


GS Financial Network Inc.

By:_____
Name: George Shapiro
Title: President

## Schedule I

## Cumulative Claim Transfer Schedule

| Description | Amount |
|---|---|
| Original Filed Claim Amount | $6,833,112.32 |
| Transfer Pursuant to This Filing | $847,710.15 |
| Aggregate Prior Transfers | $4,539,103.40 |
| Remaining Portion Retained by Assignor | $1,446,298.77 |