**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**NOTICE OF FILING OF DEMONSTRATIVE**
**TO BE USED BY DEBTORS AT JUNE 8, 2026 STATUS CONFERENCE**

**PLEASE TAKE NOTICE** that the Court has scheduled a status conference (the "**Status Conference**") regarding certain matters in the above captioned chapter 11 cases on June 8, 2026 at 1:00 p.m. (Central Time).

**PLEASE TAKE FURTHER NOTICE** that undersigned counsel intends to present a PowerPoint demonstrative during the Status Conference, a copy of which is attached hereto as **Exhibit A**.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Dated: June 8, 2026
       Houston, Texas

                                        Respectfully submitted,

                                         /s/  Clifford W. Carlson
                                        WEIL, GOTSHAL & MANGES LLP
                                        Gabriel A. Morgan (24125891)
                                        Clifford W. Carlson (24090024)
                                        700 Louisiana Street, Suite 3700
                                        Houston, Texas 77002
                                        Telephone:  (713) 546-5000
                                        Facsimile:  (713) 224-9511
                                        Email:   gabriel.morgan@weil.com
                                                 clifford.carlson@weil.com

                                        -and-

                                        WEIL, GOTSHAL & MANGES LLP
                                        Matthew S. Barr (admitted *pro hac vice*)
                                        Sunny Singh (admitted *pro hac vice*)
                                        Andriana Georgallas (admitted *pro hac vice*)
                                        Kevin Bostel (admitted *pro hac vice*)
                                        Jason H. George (admitted *pro hac vice*)
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:  (212) 310-8007
                                        Email:   matt.barr@weil.com
                                                 sunny.singh@weil.com
                                                 andriana.georgallas@weil.com
                                                 kevin.bostel@weil.com
                                                 jason.george@weil.com

                                        *Attorneys for Debtors*
                                        *and Debtors in Possession*

2

**Certificate of Service**

I hereby certify that on June 8, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.


_/s/  Clifford W. Carlson_
Clifford W. Carlson

**<u>Exhibit A</u>**

**Demonstrative**



# June 8, 2026 Status Conference





# Plan Revisions

| Change | Description |
|---|---|
| **Joint Plan** | • Plan is proposed by all FBG Debtors, instead of a single Plan Debtor<br><br>• Global Settlement Motion has been withdrawn. All terms of the Plan Settlement are incorporated in the Plan<br><br>• Creditors of all FBG Debtors will vote on the Plan (i.e. Roll-Up Claims, First Lien Claims, Second Lien Claims, ABL Claims, General Unsecured Claims, and Subordinated Claims)<br><br>• Removal of ineligible creditor concept |
| **Litigation Trust Waterfall Adjustments** | • Class 3 Litigation Trust distributions modified to follow priorities under section 507 of Bankruptcy Code and DIP Order (including administrative expense basket) (i.e., administrative and priority claims paid before general unsecured claims)<br><br>   • Distributions to Class 3 Litigation Trust holders will be made in the following order: (i) Settled Administrative Expense Claims; (ii) other Administrative Expense Claims; (iii) Other Priority Claims; (iv) Priority Tax Claims; (v) Roll-Up Claims, First Lien Claims, Second Lien Claims, and General Unsecured Claims (pari passu); (vi) Subordinated Claims<br><br>• Reduce threshold at which administrative and priority creditors begin sharing in litigation proceeds from $400 million to $350 million |
| **Administrative Expense Claims Consent Program** | • Plan incorporates an administrative consent program where administrative creditors who agree to compromise their claims (e.g., take a 50% discount) get paid first from distributions allocable to Class 3 Litigation Trust Interests<br><br>• Administrative Consent Program to be implemented following confirmation through an opt-in structure<br><br>• Administrative creditors to be paid in full on Effective Date |
| **Effective Date** | • Plan to go effective once the Litigation Trust has sufficient assets to pay or reserve for payment in full of all allowed administrative and priority claims of the FBG Debtors |
| **Trust Establishment Date** | • Litigation Trust, DIP Collateral Trust and ABL Collateral Trust to be established upon entry of Confirmation Order |
| **Claims Reconciliation** | • Claims Ombudsman to conduct reconciliation of administrative expense, priority, and general unsecured claims<br><br>• Cost of claims reconciliation will be funded or reimbursed from recoveries otherwise distributable to holders of Class 3 Litigation Trust Interests |
| **Releases** | • Release and exculpation carve outs expanded to include gross negligence and willful misconduct (in addition to actual fraud) |
| **Plan Supplement / Timing** | • Revised confirmation timeline now provides 28 days between Plan Supplement filing and voting/objection deadline |



# Key Dates: Updated Proposed Confirmation Timeline

*Subject to the Court's approval, the Debtors seek final approval of the Disclosure Statement and confirmation of the Plan at a Combined Hearing on July 28, 2026.*

### June 2026

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 |  |  |  |  |

### July 2026

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |  |

■ Confirmation Timeline

■ Estate Claims Marketing Process Deadlines

| Date | Event | T + days |
|---|---|---|
| June 5, 2026 | Joint Plan, Disclosure Statement, and Solicitation Procedures Motion filed | -7 |
| June 12, 2026 | Hearing on UST Motion to Convert and Proposed Hearing on Conditional Disclosure Statement Motion | 0 |
| June 15, 2026 | Voting Record Date | 3 |
| June 21, 2026 | Estate Claims Marketing Process Bid Submission Deadline | 9 |
| June 21, 2026 | Qualified Bid Deadline (Debtors to Notify Bidders of Status as Qualified Bidders) | 9 |
| June 22, 2026 | Deadline to Announce Successful Bidder | 10 |
| June 22, 2026 | Plan Supplement Filing Deadline (28 days ***before*** Voting & Combined Objection Deadline) | 10 |
| July 10, 2026 | Rule 3018(a) Motion Deadline | 28 |
| July 20, 2026 | Voting Deadline; Release Opt-In Deadline; Combined Objection Deadline | 38 |
| July 27, 2026 | Deadline to File Confirmation Brief and Reply to Plan Objection(s) | 45 |
| July 28, 2026 | Combined Hearing on Plan Confirmation and Final Disclosure Statement Approval | 46 |

3