Electronic Appearance Sheet

Robert Stark, BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

Bennett Silverberg, BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

John Sparacino, McKool Smith
Client(s): Garza Plaintiff Group

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): Debtors

Christine Calabrese, Weil, Gotshal & Manges LLP
Client(s): Debtors

Rebecca Sivitz, Weil, Gotshal & Manges LLP
Client(s): Debtors

Trey Monsour, Fox Rothschild
Client(s): 1600 Industrial

Eric Wertheim, Proskauer Rose LLP
Client(s): Plaintiff Evolution Credit Opportunity Master Fund II-B, L.P.

Robert Stark, BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

Bennett Silverberg, BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

John R.  Dodd, Baker & McKenzie LLP
Client(s): Arab Banking Corporation B.S.C.

Jiawei Lin, Baker & McKenzie LLP
Client(s): Arab Banking Corporation B.S.C.

Michael Duke, Ellsberg Baker & Maruri
Client(s): Evolution

Ella Epstein, Ellsberg Baker & Maruri
Client(s): Evolution

Scott Zuber, Chiesa Shahinian & Giantomasi PC
Client(s): Berkley Regional Insurance Company

AnnElyse Gains, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group

Electronic Appearance Sheet

Robert Marsters, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group

Bryan Kotliar, Morrison Foerster
Client(s): Onset Financial, Inc.

Lisa Laukitis, Milbank LLP
Client(s): Silver Point Capital

Jason Kestecher, Milbank LLP
Client(s): Silver Point Capital

Erin Dexter, Milbank LLP
Client(s): Silver Point Capital

Sarah Campbell, Clifford Chance US LLP
Client(s): ING Belgium

Douglas  Deutsch, Clifford Chance US LLP
Client(s): ING Belgium

Emil A. Kleinhaus, Wachtell, Lipton, Rosen & Katz
Client(s): Leucadia Asset Management LLC

Michael A.  Cassel, Wachtell, Lipton, Rosen & Katz
Client(s): Leucadia Asset Management LLC

Mark Freedlander, McGuireWoods LLP
Client(s): Ford Motor Co.

Christopher Johnson, Diamond McCarthy LLP
Client(s): Automotive Parts Service Group

Allan Brilliant, Dechert LLP
Client(s): Carnaby II and III secured lenders

Jayson  Ruff, US DOJ
Client(s): US Trustee

Ian  Phillips, Cole Schotz
Client(s): UCC

Bethany Simmons, Loeb & Loeb LLP
Client(s): ARC CGMARSC001, LLC and ARC CGLGNIN001, LLC

Justin Kesselman, ArentFox Schiff
Client(s): Wilmington Savings Fund Society FSB

Electronic Appearance Sheet

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): Debtors

Sunny Singh, Weil, Gotshal & Manges LLP
Client(s): Debtors

Robert Stark, Brown Rudnick LLP
Client(s): Official Committee of Unsecured Creditors

Will Dorward, Singer & Levick, P.C.
Client(s): Link Properties

Rachel Goldman, Bracewell LLP
Client(s): Edward James