United States Courts
Southern District of Texas
F I L E D

## Memorandum

JUN 0 2 2026

Nathan Ochsner, Clerk of Court

To: Clerk of Court, United States Bankruptcy Court, Southern District of Texas

Date: May 29, 2026

Subject: Filing of Partial Transfers of Claim Other Than for Security—First Brands Group, LLC Bankruptcy (Case No. 25-90399)

Dear Clerk of Court,

We are writing to notify the Court that, regarding unsecured claim of IFG North America, LLC trading as The Interface Financial Group in the First Brands Group bankruptcy case, we are filing four (4) partial transfers of our claim, Claim No. 3, as filed on October 1, 2025 and in the amount of $6,833,112.32, to the following transferees:

1. Thread Bank in the amount of $2,656,701.90 effective May 19, 2026

2. GS Financial Network Inc. in the amount of $847,710.15 effective May 20, 2026

3. Sharon Casey in the amount of $767,811.27 effective May 21, 2026

4. Tracy Fu in the amount of $678,487.48 effective May 22, 2026

Enclosed please find two (2) completed Official Form 2100A (Transfer of Claim Other than for Security) and related evidence of partial transfer, together with the respective filing fees for each transfer. We have also included an additional copy of each transfer form for a stamped copy along with return envelopes for your convenience.

Thank you for your attention to this matter.

Sincerely,

IFG North America, LLC