United States Courts
Southern District of Texas
FILED

*June 08, 2026*

Nathan Ochsner, Clerk of Court


THE
INTERFACE
FINANCIAL
GROUP

**IFG North America, LLC**
7910 Woodmont Avenue, Suite 1050
Bethesda, MD  20154
Tel :  301-299-2688

Date: June 8, 2026

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:
First Brands Group, LLC,
Debtor.

Case No. 25-90399
Chapter 11

NOTICE OF CORRECTION OF CLERICAL ERROR IN EVIDENCE OF TRANSFER OF CLAIM

IFG North America, LLC, the transferor of the Partial Transfer of Claim Other Than for Security of Claim No. 1, files this Notice of Correction of Clerical Error and states as follows:

1. On June 2, 2026, IFG North America, LLC filed the Partial Transfer of Claim Other Than for Security with related Evidence of Transfers of Claim for Docket No. 2923 for transferee Sharon Casey.
2. After filing, the undersigned discovered that the Schedule I attached to the Evidence of Transfer contained a typographical error in the Aggregate Prior Transfers amount. The identified amount in the filing is $5,386,813.57 when the correct amount is $5,386,813.55. Because the Aggregate Prior Transfers Amount has changed, we are also correcting the Remaining Portion Retained by Assignor amount from $678,487.48 to $678,487.50.
3. This notice is to correct the Schedule I Aggregate Prior Transfers and Remaining Portion Retained by Assignor amounts. The error was clerical in nature only. No substantive change is being made to the transfer, the parties to the transfer, the amount of the claim, or any other information contained in the Evidence of Transfer.

Sincerely,

IFG North America, LLC