**Schedule I -** Amending Schedule I of

Docket Number 2923

**Cumulative Claim Transfer Schedule**

| Description | Amount |
|---|---|
| Original Filed Claim Amount | $6,833,112.32 |
| Transfer Pursuant to This Filing | $767,811.27 |
| Aggregate Prior Transfers | $5,386,813.55 |
| Remaining Portion Retained by Assignor | $678,487.50 |