United States Courts
Southern District of Texas
FILED

*June 08, 2026*

Nathan Ochsner, Clerk of Court



**IFG North America, LLC**
7910 Woodmont Avenue, Suite 1050
Bethesda, MD   20154
Tel :  301-299-2688

Date: June 8, 2026

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:
First Brands Group, LLC,
Debtor.

Case No. 25-90399
Chapter 11

NOTICE OF CORRECTION OF CLERICAL ERROR IN EVIDENCE OF TRANSFER OF CLAIM

IFG North America, LLC, the transferor of the Partial Transfer of Claim Other Than for Security of Claim No. 1, files this Notice of Correction of Clerical Error and states as follows:

1.  On June 2, 2026, IFG North America, LLC filed the Partial Transfer of Claim Other Than for Security with related Evidence of Transfers of Claim for Docket No. 2924 for transferee Tracy Fu.
2.  After filing, the undersigned discovered the Evidence of Partial Transfer of Claim contained a typographical error in the amount of the transferred claim.  Instead of a partial transferred amount of $678,487.48, the correct transferred amount should be $678,487.50, a difference of $0.02.
3.  Because of the $0.02 discrepancy in the transferred amount, the undersigned also needs to correct the Transfer Pursuant to This Filing and Aggregate Prior Transfers amounts in Schedule I to the evidence of transfer, each by $0.02. The Transfer Pursuant to This Filing amount should be $678,487.50 instead of $678,487.48.  The Aggregate Prior Transfers amount should be $6,154,624.82 instead of $6,154,624.84.
4.  This notice is to correct the transferred amount in the Evidence of Partial Transfer of Claim as well as the Transfer Pursuant to This Filing and Aggregate Prior Transfers amounts in Schedule I to the evidence of transfer. The error was clerical in nature only. No substantive change is being made to the transfer, the parties to the transfer, the amount of the claim, or any other information contained in the Evidence of Transfer.

Sincerely,

IFG North America, LLC