**EVIDENCE OF PARTIAL TRANSFER OF CLAIM -** Amending Evidence of Partial Transfer of Claim of Docket Number 2924

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and pursuant to the Partial Assignment of Claim dated as of May 22 2026, IFG North America, LLC trading as The Interface Financial Group ("Transferor") has unconditionally and irrevocably transferred and assigned to Tracy Fu ("Transferee") its right, title, and interest in and to the portion of its Claim in the aggregate amount of $678,487.50 ("Transferred Claim"). "Claim" means Claim No. 3 on the official claims register, in the aggregate filed amount of $6,833,112.32 against First Brands Group, LLC ("Debtor") In re: First Brands Group, LLC, et al. (Case No. 25-90399), pending in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The cumulative ownership history and remaining allocation of the Claim following the transfer are reflected in Schedule I attached hereto.

Transferor hereby waives any objection to the transfer of the Transferred Claim on the books and records of the Debtor and the Bankruptcy Court, and waives any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and stipulates that an order or notation recognizing the transfer of the Transferred Claim to Transferee may be entered without further notice to Transferor. Transferor further directs that all future notices, payments, and distributions in respect of the Transferred Claim shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this Evidence of Partial Transfer of Claim is executed on May 22, 2026

**IFG North America, LLC**

By:_____
Name: George Shapiro
Title: Executive Chairman

**Tracy Fu**

By:_____
Name:

**Schedule I -** Amending Schedule I of

Docket Number 2924

**Cumulative Claim Transfer Schedule**

| Description | Amount |
|---|---|
| Original Filed Claim Amount | $6,833,112.32 |
| Transfer Pursuant to This Filing | $678,487.50 |
| Aggregate Prior Transfers | $6,154,624.82 |
| Remaining Portion Retained by Assignor | $0.00 |