**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIRST BRANDS GROUP, LLC, *et al.,* | § | CAUSE NO. 25-90399 |
| | § | |
| Debtors | § | (Jointly Administered) |

**NOTICE OF APPEARANCE OF COUNSEL FOR LANDLORD**
**1995 BILLY MITCHELL BOULEVARD, INC.**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, David F. Irwin, of the law firm of Rentfro, Irwin, & Irwin, PLLC, 1650 Paredes Line Road, Suite 102, Brownsville, Texas 78521; Office number (956) 542-4329 and facsimile number (956) 542-4320; and files this his Notice of Appearance as Attorney for 1995 Billy Mitchell Boulevard, Inc., Landlord, in the above-entitled cause.

Respectfully submitted,

**RENTFRO, IRWIN, & IRWIN, PLLC**

/s/ David F. Irwin
David F. Irwin
State Bar No. 24061603
david@rentfrolawfirm.net
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521
Telephone:     956-542-4329
Fax:               956-542-4320
**ATTORNEY FOR LANDLORD**
**1995 BILLY MITCHELL BOULEVARD, INC.**

1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been forwarded to counsel of record via ECF filing on this 10th day of June 2026, as follows:

**WEIL, GOTSHAL & MANGES LLP**
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:     713-546-5000
Facsimile:     713-224-9511
Gabriel.Morgan@weil.com
Clifford.Carlson@weil.com

-and-

**WEIL, GOTSHAL & MANGES LLP**
Matthew S. Barr (admitted pro hac vice)
Sunny Singh (admitted pro hac vice)
Andriana Georgallas (admitted pro hac vice)
Kevin Bostel (admitted pro hac vice)
Jason George (admitted pro hac vice)
767 Fifth Avenue
New York, New York 10153
Telephone:     212-310-8000
Facsimile:     212-310-8007
Matt.Barr@weil.com
Sunny.Singh@weil.com
Andriana.Georgallas@weil.com
Kevin.Bostel@weil.com
Jason.George@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

/s/ David F. Irwin
David F. Irwin