**FOR THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, et al.,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.[1]** | § | |
| | § | |

**CARNABY SECURED LENDERS' WITNESS AND EXHIBIT LIST**
**FOR THE HEARING ON JUNE 12, 2026**

The Carnaby Secured Lenders,[2] by and through their undersigned counsel, hereby file this witness and exhibit list (the "**Witness and Exhibit List**") for the hearing scheduled by the Court on June 12, 2026, at 10:00 a.m. (prevailing Central Time) (the "**June 12 Hearing**").

**WITNESSES**

The Carnaby Secured Lenders may call any of the following witnesses at the June 12 Hearing:

1.  Any witness called or listed by any other party;

2.  Any witness necessary to authenticate an exhibit or establish admissibility;

3.  Any rebuttal witnesses.

---

[1]     A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Carnaby Secured Lenders' Objection to the Debtors' Motion for Post-Petition Financing and Certain First Day Relief* (ECF 463) (the "**DIP Objection**").

## EXHIBITS

The Carnaby Secured Lenders may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 2. | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | | | | |
| 3. | Any exhibit listed by any other party | | | | |

## RESERVATION OF RIGHTS

The Carnaby Secured Lenders reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this Witness and Exhibit List at any time prior to the June 12 Hearing.  The Carnaby Secured Lenders further reserve the right to ask the Court to take judicial notice of pleadings, transcripts, and/or documents filed in or in connection with the above-captioned cases.  The inclusion of witnesses and exhibits on this list does not constitute a waiver of any objection, including without limitation based on hearsay, relevance, foundation or authenticity.

2

Dated: June 10, 2026
       Houston, Texas

**PORTER HEDGES LLP**

*/s/ John F. Higgins*
John F. Higgins (TX Bar No. 09597500)
Megan Young-John (TX Bar No. 24088700)
James A. Keefe (TX Bar No. 24122842)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
Email:  jhiggins@porterhedges.com
myoung-john@porterhedges.com
jkeefe@porterhedges.com

-and-

Allan S. Brilliant (admitted *pro hac vice*)
Gary J. Mennitt (admitted *pro hac vice*)
Eric Hilmo (admitted *pro hac vice*)
**DECHERT LLP**
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Email: allan.brilliant@dechert.com
gary.mennitt@dechert.com
stephen.wolpert@dechert.com

*Counsel to the Carnaby Secured Lenders*

3

**<u>Certificate of Service</u>**

I certify that on June 10, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ John F. Higgins*
John F. Higgins