**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, [1] | ) | **Case No. 25-90399 (CML)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |

**UNITED STATES TRUSTEE'S WITNESS AND EXHIBIT LIST**
**FOR JUNE 12, 2026, HEARING**

Kevin M. Epstein, the United States Trustee for Region 7 (the "U.S. Trustee") files this Witness and Exhibit List for the hearing scheduled for June 12, 2026, at 10:00 a.m., Central Time (or as such hearing may be continued or rescheduled, the "Hearing").

**WITNESSES**

The U.S. Trustee may examine:

1.  Charles M. Moore, Debtors' Interim Chief Executive Officer;

2.  Any witnesses called or designated by any other party; and

3.  Any witness necessary to rebut testimony of a witness called or designated by any other party.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

## EXHIBITS

The U.S. Trustee may offer into evidence any one or more of the following exhibits at the Hearing:

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Final Order (I) Authorizing The Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liend and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief [ECF No. 608] | | | | |
| 2 | Supplemental Declaration of Charles M. Moore in Support of DIP Motion [ECF No. 527] | | | | |
| 3 | Disclosure Statement for Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors [ECF No. 2912] | | | | |
| 4 | Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors [ECF No. 2907] | | | | |
| 5 | Declaration of Charles M. Moore in Support of (I) The Proposed Confirmation Schedule and (II) the Debtors' Objection to United States Trustee's Motion to Convert or Dismiss Pursuant to 11 U.S.C. § 1112(b) [ECF No. 2911] | | | | |
| | All exhibits presented or designated by any other parties for the hearing | | | | |
| | All rebuttal exhibits | | | | |

[Space Intentionally Blank]

The U.S. Trustee reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the Hearing.

Dated:  June 10, 2026

Respectfully Submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

By: /s/Jayson B. Ruff
Jayson B. Ruff
Trial Attorney
Michigan Bar No. P69893
515 Rusk, Ste. 3516
Houston, TX  77002
Telephone:  (202)573-6960
Facsimile:  (713)718-4670
Jayson.b.ruff@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2026, I caused a true and correct copy of the foregoing **UNITED STATES TRUSTEE'S WITNESS AND EXHIBIT LIST FOR JUNE 12, 2026, HEARING** to be served upon all parties receiving electronic notice via ECF.

/s/ *Jayson B. Ruff*
Jayson B. Ruff