**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.[1]** | § | **(Jointly Administered)** |
| | § | |

**KATSUMI'S COMBINED (I) RESPONSE AND POSITION STATEMENT
AND (II) WITNESS AND EXHIBIT LIST FOR JUNE 12, 2026 HEARING**

Katsumi Servicing, LLC ("Katsumi"), by and through its undersigned counsel, hereby files

this combined Response and Position Statement in respect of the *United States Trustee's Motion*

*to Convert or Dismiss Pursuant to 11 U.S.C. Section 1112(b)* [Dkt. No. 2670] (the "UST Motion")[2]

and, in support hereof, respectfully states as follows:

**RESPONSE**

The UST Motion raises issues of serious concern to the Debtors' estates and all parties-in-

interest.  The concerns raised in the UST Motion are serious issues and deserve full consideration

and a fully developed record, which Katsumi understands the Court intends to consider on June

12, 2026, before it considers the Debtors' latest iteration of a disclosure statement.

Over the past weekend, the Debtors filed hundreds of pages of documents – a substantially

revised proposed plan of reorganization and a revised disclosure statement in support thereof –

and an *Emergency Motion Of Debtors For Entry Of Order (I) Scheduling Combined Hearing on*

*(A) Adequacy Of Disclosure Statement and (B) Confirmation Of Plan, (II) Conditionally*

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the UST Motion.

*Approving Disclosure Statement And Form And Manner Of Notice Of Conditional Disclosure Statement Hearing, (III) Establishing Solicitation And Voting Procedures, (IV) Establishing Administrative  Expense Claims Consent Program Notice And Opt-In Procedures, (V) Establishing Preference Settlement Notice And Opt-In Procedures, (VI) Establishing Notice And Objection Procedures For Confirmation Of Plan, And (VII) Granting Related Relief* [Dkt. No. 2914] (the "Conditional DS Motion"), which Katsumi is still reviewing.  The Debtors' current proposed procedure related to this revised plan and requested conditional consideration of the related disclosure statement, when combined with the defective initial disclosure statement proposed by the Debtors, imposes substantial administrative costs and burdens on the Debtors' estates to the detriment of all creditors.  The Debtors' decision to continue to pursue a plan for these cases warrants a fully developed record at any hearing to consider the Conditional DS Motion.

Katsumi is still evaluating both pending motions.  Given the seriousness of the issues presented and the impact each has on potential recoveries for creditors, and the fact that Katsumi may be one of the largest, and is one of the most active, creditors in these cases, Katsumi intends to participate in the hearing and examine witnesses, regardless of whether the Court only addresses the UST Motion or other matters and make potential arguments to the Court as to the outcome it believes is appropriate in regard to the path forward for these cases, whether dismissal, conversion or, if considered, further pursuit of a plan process.

**WITNESS AND EXHIBIT LIST**

Katsumi identifies in this Witness and Exhibit List, for the purposes of the hearing scheduled for **June 12, 2026, at 10:00 a.m. Central Time** (or as such hearing may be continued or rescheduled, the "Hearing"), as follows.

2

## **WITNESSES**

Katsumi may examine, and reserves the right to examine, any and all witnesses who may be called and that are listed on the witness list of any party.  In addition to such witnesses, Katsumi's examination may also include:

1. Charles M. Moore; Interim Chief Executive Officer, Debtors;

2. Christopher Moffatt; Senior Director, Alvarez & Marsal;

3. Michael Malloy; Managing Director, Alvarez & Marsal;

4. Daniel Jerneycic; co-Chief Restructuring Officer;

5. Any witnesses called or designated by any other party; and

6. Any witness necessary to rebut testimony of a witness called or designated by any other party.

## **EXHIBITS**

Katsumi may elect to offer into evidence any one or more of the following exhibits at the Hearing.

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Notice of Filing Examiner's Report (Dkt. No. 2538) | | | | |
| | All exhibits presented or designated by any other parties for the Hearing | | | | |
| | All rebuttal exhibits | | | | |

Katsumi reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the Hearing.

Katsumi reserves the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing lists of witnesses and exhibits as appropriate. Katsumi also reserves the right to rely upon and use as evidence (i) exhibits included

3

on the exhibit lists of any other party in interest, and (ii) any pleading, hearing transcript, order, or other document filed with the Court in the chapter 11 cases and/or associated adversary proceedings.

Dated: June 10, 2026                  Respectfully submitted

*/s/ Charles S. Kelley*

**MAYER BROWN LLP**
Charles S. Kelley (TX Bar No. 11199580)
700 Louisiana Street, Suite 3400
Houston, Texas 77002
Telephone: (713) 238-3000
Email: ckelley@mayerbrown.com

Sean T. Scott (admitted *pro hac vice*)
Kyle J. TumSuden (admitted *pro hac vice*)
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Email: stscott@mayerbrown.com
       ktumsuden@mayerbrown.com

Richard A. Stieglitz (admitted *pro hac vice*)
Lauren C. Blanchard (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Email: rstieglitz@mayerbrown.com
       lblanchard@mayerbrown.com

*Counsel to Katsumi Servicing, LLC*

## CERTIFICATE OF SERVICE

I certify that on June 10, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system to be served upon all parties receiving electronic notice via ECF.

*/s/ Charles S. Kelley*
Charles S. Kelley