UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | | Main Case Number | |
|---|---|---|---|
| Debtor | In Re: | | |

This lawyer, who is admitted to the State Bar of _____ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | |

Seeks to appear as the attorney for this party:   Ronald Sommers, Chapter 7 Trustee

| |
|---|
| Dated:        Signed: _____ |

COURT USE ONLY: The applicant's state bar reports their status as: _____ .

Dated:        Signed: _____
Deputy Clerk

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
United States Bankruptcy Judge