2100 B (12/15)

# United States Bankruptcy Court

Southern District of Texas
Case No. 25-90399
Chapter 11

In re: Debtor(s) (including Name and Address)

First Brands Group, LLC
127 Public Square
Suite 5300
Cleveland OH 44114

WEM US Co.
127 Public Square
Suite 5300
Cleveland OH 44114

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/02/2026.

Name and Address of Alleged Transferor(s):

Claim No. 1: Sharon Casey, 58 North St, Greenwich, CT 06830

Name and Address of Transferee:

Tracy Fu
300 East 55th Street, Apt 25A
New York, NY 10022

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/10/26

### CLERK OF THE COURT

United States Bankruptcy Court
Southern District of Texas

In re:                                                                              Case No. 25-90399-cml

First Brands Group, LLC                                              Chapter 11

WEM US Co.

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4             User: ADIuser               Page 1 of 1

Date Rcvd: Jun 08, 2026         Form ID: trc             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2026:**

**Recip ID**            **Recipient Name and Address**
13345450           +  Sharon Casey, 58 North St, Greenwich, CT 06830-4726

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2026             Signature:        /s/Gustava Winters