United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 11, 2026
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT            SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 25-90399 |
|---|---|---|---|
| Debtor | In Re: **First Brands Group LLC et. al.** | | |

This lawyer, who is admitted to the State Bar of _____ New York _____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Michael P. Duke<br>Elsberg Baker & Maruri PLLC<br>350 Fifth Avenue - 38th Floor<br>New York, NY 10118<br>212-597-2605<br>NY: 5532940 |
|---|---|

Seeks to appear as the attorney for this party:  Ronald Sommers, Chapter 7 Trustee

| | |
|---|---|
| Dated: June 10, 2026 | Signed: /s/ Michael P. Duke |

| |
|---|
| COURT USE ONLY: The applicant's state bar reports their status as: _____ . |
| Dated:          Signed: _____<br>Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Signed: June 11, 2026

_____
Christopher Lopez
United States Bankruptcy Judge