**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**LAM PARTIES' WITNESS AND**
**EXHIBIT LIST FOR HEARING SCHEDULED**
**FOR JUNE 12, 2026 AT 10:00 A.M. (PREVAILING CENTRAL TIME)**

Leucadia Asset Management LLC, acting through its Point Bonita Capital Division, LAM Trade Finance Group LLC, LAM Trade Finance Group II LLC, and LAM TFG I SPV LLC (collectively, the "***LAM Parties***") file this witness and exhibit list (the "***Witness and Exhibit List***") for the emergency hearing scheduled to begin on **June 12, 2026 at 10:00 a.m. (Prevailing Central Time)** (or as such hearing may be continued or rescheduled, the "***Emergency Hearing***"). The LAM Parties reserve the right to supplement or amend this Witness and Exhibit List at any time prior to or during the Emergency Hearing.

**WITNESSES**

The LAM Parties may call any of the following witnesses at the Emergency Hearing:

1.      Any witnesses necessary to authenticate a document;

2.      Any witnesses called or designated by any other party; and

3.      Any witnesses necessary to rebut the evidence or testimony of any witness offered or designated by any other party.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

-2-

## EXHIBITS

The LAM Parties may offer into evidence any one or more of the following exhibits at the Emergency Hearing:

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION |
|---|---|---|---|---|---|---|
|  | All exhibits presented or designated by any other parties for hearing. |  |  |  |  |  |
|  | Any rebuttal exhibits. |  |  |  |  |  |

[*Remainder of page intentionally left blank.*]

-3-

Dated:  June 11, 2026
Houston, Texas

*/s/ Paul E. Heath*
**VINSON & ELKINS LLP**
Paul E. Heath (TX 09355050)
Matthew D. Struble (TX 24102544)
845 Texas Avenue, Suite 4700
Houston, TX  77002
Tel:  713.758.2222
Email: pheath@velaw.com
        mstruble@velaw.com

**WACHTELL, LIPTON, ROSEN & KATZ**
Emil A. Kleinhaus (admitted *pro hac vice*)
Michael H. Cassel (admitted *pro hac vice*)
Angela K. Herring (admitted *pro hac vice*)
Katherine P. Waldock (admitted *pro hac vice*)
Theodore R. Furchtgott (admitted *pro hac vice*)
51 West 52nd Street
New York, NY  10019
Tel:  212.403.1000
Email: eakleinhaus@wlrk.com
        mhcassel@wlrk.com
        akherring@wlrk.com
        kpwaldock@wlrk.com
        trfurchtgott@wlrk.com

*COUNSEL TO LEUCADIA ASSET MANAGEMENT LLC, LAM TRADE FINANCE GROUP LLC, LAM TRADE FINANCE GROUP II LLC, AND LAM TFG I SPV LLC*

## **CERTIFICATE OF SERVICE**

I certify that on June 11, 2026 I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Paul E. Heath*
One of Counsel