**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.[1]** | § | |

**AGENDA OF MATTERS SET FOR HEARING**
**ON JUNE 12, 2026 AT 10:00 A.M. (PREVAILING CENTRAL TIME)**

A HEARING WILL BE CONDUCTED ON THESE MATTERS ON JUNE 12, 2026, AT 10:00 A.M. (PREVAILING CENTRAL TIME) IN COURTROOM 402, 4TH FLOOR, 515 RUSK AVENUE, HOUSTON, TX 77002.

YOU MAY PARTICIPATE IN THE HEARING EITHER IN PERSON OR BY AN AUDIO AND VIDEO CONNECTION.

AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT 1-832-917-1510. ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER. JUDGE LOPEZ'S CONFERENCE ROOM NUMBER IS 590153. VIDEO COMMUNICATION WILL BE BY USE OF THE GOTOMEETING PLATFORM. CONNECT VIA THE FREE GOTOMEETING APPLICATION OR CLICK THE LINK ON JUDGE LOPEZ'S HOME PAGE. THE MEETING CODE IS "JUDGELOPEZ." CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.

HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF BOTH ELECTRONIC AND IN-PERSON HEARINGS. TO MAKE YOUR APPEARANCE, CLICK THE "ELECTRONIC APPEARANCE" LINK ON JUDGE LOPEZ'S HOME PAGE. SELECT THE CASE NAME, COMPLETE THE REQUIRED FIELDS, AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE.

First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby file this

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Agenda of Matters Set for Hearing on **June 12, 2026 at 10:00 a.m. (Prevailing Central Time)**

before the Honorable Christopher M. Lopez.

**MATTER GOING FORWARD:**

1. **United States Trustee's Motion to Convert or Dismiss**

   a. United States Trustee's Motion to Convert or Dismiss Pursuant to 11 U.S.C. § 1112(b) **(Docket No. 2670)**

   Status:     This matter is going forward on contested basis.

   Responses Filed:

   A.   Onset Financial, Inc.'s Limited Objection to United States Trustee's Motion to Convert or Dismiss Pursuant to 11 U.S.C. § 1112(b) **(Docket No. 2885)**

   B.   Debtors' Objection to United States Trustee's Motion to Convert or Dismiss Pursuant to 11 U.S.C. § 1112(b) **(Docket No. 2906)**

   C.   Objection of the Ad Hoc Group to the United States Trustee's Motion to Convert the Debtors' Cases to Chapter 7 **(Docket No. 2908)**

   D.   Joinder of Official Committee of Unsecured Creditors to Debtors' Objection to United States Trustee's Motion to Convert or Dismiss Pursuant to 11 U.S.C. § 1112(b) **(Docket No. 2909)**

   E.   Declaration of Charles M. Moore in Support of (I) the Proposed Confirmation Schedule and (II) the Debtors' Objection to United States Trustee's Motion to Convert or Dismiss Pursuant to 11 U.S.C. § 1112(b) **(Docket No. 2911)**

   Related Documents:

   F.   Notice of Hearing on United States Trustee's Motion to Convert or Dismiss Pursuant to 11 U.S.C. § 1112(b) **(Docket No. 2876)**

   G.   Stipulation Extending Objection Deadline **(Docket No. 2888)**

   H.   Onset Financial, Inc.'s Witness and Exhibit List for Hearing on June 12, 2026 **(Docket No. 2950)**

   I.   Carnaby Secured Lenders' Witness and Exhibit List for the Hearing on June 12, 2026 **(Docket No. 2952)**

J.    United States Trustee's Witness and Exhibit List for Hearing on June 12, 2026 **(Docket No. 2953)**

K.    The Ad Hoc Group' Witness and Exhibit List for June 12, 2026 Hearing **(Docket No. 2955)**

L.    The Official Committee of Unsecured Creditors' Witness and Exhibit List for June 12, 2026 Hearing **(Docket No. 2956)**

M.    Debtors' Witness and Exhibit List for Hearing on June 12, 2026 **(Docket No. 2957)**

N.    Katsumi's Combined (I) Response and Position Statement and (II) Witness and Exhibit List for June 12, 2026 Hearing **(Docket No. 2960)**

2. **Conditional Approval of Disclosure Statement**

a.    Emergency Motion of Debtors for Entry of Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Establishing Administrative Expense Claims Consent Program Notice and Opt-In Procedures; (V) Establishing Preference Settlement Notice and Opt-In Procedures; (VI) Establishing Notice and Objection Procedures for Confirmation of Plan; and (VII) Granting Related Relief **(Docket No. 2914)**

Status:    This matter is going forward on contested basis.

Responses Filed:

A.    Katsumi's Combined (I) Response and Position Statement and (II) Witness and Exhibit List for June 12, 2026 Hearing **(Docket No. 2960)**

Related Documents:

B.    Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors **(Docket No. 2907)**

C.    Declaration of Charles M. Moore in Support of (I) the Proposed Confirmation Schedule and (II) the Debtors' Objection to United States Trustee's Motion to Convert or Dismiss Pursuant to 11 U.S.C. § 1112(b) **(Docket No. 2911)**

D.    Disclosure Statement for Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors **(Docket No. 2912)**

E.   Notice of Filing of Joint Chapter 11 Plan and Disclosure Statement of First Brands Group, LLC and Certain Affiliated Debtors **(Docket No. 2913)**

F.   Notice of Filing of Revised Disclosure Statement Motion, Revised Disclosure Statement Order, and Related Exhibits **(Docket No. 2915)**

G.   Notice of (I) Filing of (A) Chapter 11 Plan, (B) Disclosure Statement, and (C) Disclosure Statement Motion, (II) Scheduling of Conditional Disclosure Statement Hearing, and (III) Requested Voting Record Date in Connection with Solicitation and Plan Confirmation **(Docket No. 2933)**

H.   Onset Financial, Inc.'s Witness and Exhibit List for Hearing on June 12, 2026 **(Docket No. 2950)**

I.   Carnaby Secured Lenders' Witness and Exhibit List for the Hearing on June 12, 2026 **(Docket No. 2952)**

J.   United States Trustee's Witness and Exhibit List for Hearing on June 12, 2026 **(Docket No. 2953)**

K.   The Ad Hoc Group' Witness and Exhibit List for June 12, 2026 Hearing **(Docket No. 2955)**

L.   The Official Committee of Unsecured Creditors' Witness and Exhibit List for June 12, 2026 Hearing **(Docket No. 2956)**

M.   Debtors' Witness and Exhibit List for Hearing on June 12, 2026 **(Docket No. 2957)**

N.   Affidavit of Service Regarding Notice of (I) Filing of (A) Chapter 11 Plan, (B) Disclosure Statement, and (C) Disclosure Statement Motion, (II) Scheduling of Conditional Disclosure Statement Hearing, and (III) Requested Voting Record Date in Connection With Solicitation and Plan Confirmation **(Docket No. 2958)**

[*Remainder of page intentionally left blank*]

4

Dated:  June 11, 2026
       Houston, Texas

                  /s/  Clifford W. Carlson
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:    gabriel.morgan@weil.com
           clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason H. George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:    matt.barr@weil.com
           sunny.singh@weil.com
           andriana.georgallas@weil.com
           kevin.bostel@weil.com
           jason.george@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

5

## <u>Certificate of Service</u>

I hereby certify that on June 11, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Clifford W. Carlson*
Clifford W. Carlson
