UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 25-90399 (CML) |
|---|---|---|---|
| Debtor | In re: First Brands Group, LLC, *et al.* | | |

This lawyer, who is admitted to the State Bar of Florida:

| | |
|---|---|
| Name | Kyle M. Ferrier |
| Firm | Weil, Gotshal & Manges LLP |
| Street | 1395 Brickell Avenue, Suite 1200 |
| City & Zip Code | Miami, FL 33131 |
| Telephone | (305) 577-3100 |
| Email | kyle.ferrier@weil.com |
| Licensed: State & Number | Florida / 1040186 |

Seeks to appear as the attorney for this party:

| *First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession* |
|---|

| Dated: June 11, 2026 | Signed: */s/ Kyle M. Ferrier* |
|---|---|

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____ |
|---|---|
| | Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Signed: _____          _____
                                          United States Bankruptcy Judge