**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al.*,<br><br>    Debtors. [1] | Chapter 11<br>Case No. 25-90399 (CML) |

**BANK OF AMERICA, N.A.'S MOTION TO SUBSTITUTE COUNSEL**

Bank of America, N.A. ("Bank of America") files this Motion to Substitute Counsel (the "Motion") and in support thereof respectfully states as follows:

1.     Bank of America is represented in the above-captioned matter by the law firm of Winston Taylor LLP. By this Motion, Bank of America respectfully requests entry of an order approving (i) the withdrawal of Madison K. Haueisen as counsel of record for Bank of America, (ii) the substitution of Tatianna J. Witter as counsel of record for Bank of America, and (iii) the removal of Madison K. Haueisen from any applicable notice and service lists, including the Court's CM/ECF electronic notification list.

2.     Effective June 12, 2026, Madison K. Haueisen will no longer be affiliated with Winston Taylor LLP. However, Winston Taylor LLP remains as counsel of record for Bank of America through the continued appearance of Daniel J. McGuire, Scott Ahmad, and Carrie V. Hardman. Accordingly, as Bank of America continues to be represented by Winston Taylor LLP, withdrawal of Madison K. Haueisen as counsel of record will not result in delay in the above-captioned case.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

For the foregoing reasons, Bank of America respectfully requests that the Court grant the foregoing Motion to Substitute.

Dated: June 11, 2026

Respectfully submitted,

**WINSTON TAYLOR LLP**

*/s/ Tatianna J. Witter*
Tatianna J. Witter
Tex. Bar No. 24127424
S.D. Tex. Bar No. 3755867
2121 N. Pearl Street, Suite 900
Dallas, Texas 75201
Telephone: (214) 453-6440
Facsimile: (214) 453-6400
Email: tatianna.witter@winstontaylor.com

*and*

Daniel J. McGuire (admitted *pro hac vice*)
Scott Ahmad (admitted *pro hac vice*)
300 N. LaSalle, Suite 4400
Chicago, Illinois 60654
Telephone: (312) 558-5600
Email: dan.mcguire@winstontaylor.com
      scott.ahmad@winstontaylor.com

*and*

Carrie V. Hardman (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Email: carrie.hardman@winstontaylor.com

*Counsel to Bank of America, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record on June 11, 2026, via email and the Court's ECF system:

*/s/ Tatianna J. Witter*
Tatianna J. Witter