## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC,** *et al.* | § | |
| | § | **Case No. 25-90399 (CML)** |
| **Debtors**[1]**.** | § | **(Jointly Administered)** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Husch Blackwell LLP, appears as counsel for Michael Bueno ("**Bueno**"), a creditor in this matter.  Bueno requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this chapter 11 case and copies of all papers served or required to be served in this chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the following:

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**HUSCH BLACKWELL LLP**
Tara T. LeDay
111 Congress Ave., Suite 1400
Austin, TX 78701
Telephone:  512-479-1141
Facsimile: 512-479-1101
Email:  tara.leday@huschblackwell.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint, or demand, motion, petition, pleading, or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002 shall not be deemed or construed to be a waiver of any of the rights of Bueno, including, without limitation, to (i) have final orders in non-core matters entered only after de novo review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Bueno may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: June 11, 2026

**HUSCH BLACKWELL LLP**

By: */s/ Tara T. LeDay*
    Tara T. LeDay
    Texas Bar No. 24106701
    111 Congress Ave., Suite 1400
    Austin, TX 78701
    Tel:   512-479-1141
    Fax: 512-479-1101
    Email:  tara.leday@huschblackwell.com

*Counsel for Michael Bueno*

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 11, 2026, a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

*/s/ Tara T. LeDay*
Tara T. LeDay

