**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**DEBTORS' *AMENDED*[2] WITNESS AND**
**EXHIBIT LIST FOR HEARING ON JUNE 12, 2026**

First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby file this *amended* witness and exhibit list for the hearing (the "**Hearing**") scheduled for **June 12, 2026 at 10:00 a.m. (Central Time)**:

**WITNESSES**

The Debtors may call any of the following witnesses at the Hearing:

1.      Charles M. Moore, Interim Chief Executive Officer, Debtors (fact witness);

2.      Herb Baer, Director of Consulting, Kroll Restructuring Administration LLC, (fact witness);

3.      Any witness called or listed by any other party; and

4.      Any rebuttal witnesses.

---

[1]      A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]      ***Items in bold and italicized text are modifications to the Witness and Exhibit List filed on June 10, 2026 (Docket No. 2957).***

## EXHIBITS

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Final DIP Credit Agreement, attached as **Exhibit A** to the Notice of Filing Final Senior Secured Superpriority Debtor-In-Possession Credit Agreement in Connection with Debtor-In-Possession Financing (Docket No. 289-1) | | | | |
| 2. | Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief (Docket No. 608) | | | | |
| 3. | Affidavit of Service of Disclosure Statement Hearing Notice (Docket No. 2702) | | | | |
| 4. | Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors (Docket No. 2907) | | | | |
| 5. | Declaration of Charles M. Moore in Support of (I) the Proposed Confirmation Schedule and (II) the Debtors' Objection to United States Trustee's Motion to Convert or Dismiss Pursuant to 11 U.S.C. § 1112(b) ("**Moore Declaration**") (Docket No. 2911) | | | | |
| 6. | Confirmation Budget, attached as **Exhibit A** to Moore Declaration (Docket No. 2911-1) | | | | |
| 7. | Litigation Trust Waterfall, attached as **Exhibit B** to Moore Declaration (Docket No. 2911-2) | | | | |
| 8. | Disclosure Statement for Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors (Docket No. 2912) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 9. | Notice of Filing of Joint Chapter 11 Plan and Disclosure Statement of First Brands Group, LLC and Certain Affiliated Debtors (Docket No. 2913) | | | | |
| 10. | Emergency Motion of Debtors for Entry of Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan, (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing, (III) Establishing Solicitation and Voting Procedures, (IV) Establishing Administrative Expense Claims Consent Program Notice and Opt-In Procedures, (V) Establishing Preference Settlement Notice and Opt-In Procedures, (VI) Establishing Notice and Objection Procedures for Confirmation of Plan, and (VII) Granting Related Relief (Docket No. 2914) | | | | |
| 11. | Notice of Filing of Revised Disclosure Statement Motion, Revised Disclosure Statement Order, and Related Exhibits (Docket No. 2915) | | | | |
| 12. | Notice of (I) Filing of (A) Chapter 11 Plan, (B) Disclosure Statement, and (C) Disclosure Statement Motion, (II) Scheduling of Conditional Disclosure Statement Hearing, and (III) Requested Voting Record Date in Connection with Solicitation and Plan Confirmation (Docket No. 2933) | | | | |
| 13. | ***Affidavit of Service of Conditional Disclosure Statement Hearing Notice (Docket No. 2958)*** | | | | |
| 14. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 15. | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | | | | |

3

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 16. | Any exhibit listed by any other party | | | | |

### RESERVATION OF RIGHTS

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list at any time prior to the Disclosure Statement Hearing.

[*Remainder of page intentionally left blank*]

Dated: June 11, 2026
      Houston, Texas

          /s/ Clifford W. Carlson
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email:   gabriel.morgan@weil.com
         clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason H. George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:   matt.barr@weil.com
         sunny.singh@weil.com
         andriana.georgallas@weil.com
         kevin.bostel@weil.om
         jason.george@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**<u>Certificate of Service</u>**

I hereby certify that on June 11, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

<u>/s/  Clifford W. Carlson</u>
Clifford W. Carlson