IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIRST BRANDS GROUP, LLC, *et al.*, | § | Case No. 25-90399 (CML) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | Re: Docket Nos. 2981, 2982 |

**NOTICE OF FILING OF REVISED JOINT
CHAPTER 11 PLAN AND DISCLOSURE STATEMENT OF
FIRST BRANDS GROUP, LLC AND CERTAIN AFFILIATED DEBTORS**

**PLEASE TAKE NOTICE THAT**, on June 12, 2026, First Brands Group, LLC and certain affiliated Debtors (the "**FBG Debtors**") filed the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* (Docket No. 2981) (the "**Revised Joint Plan**").

**PLEASE TAKE FURTHER NOTICE THAT**, on June 12, 2026, the FBG Debtors filed the *Disclosure Statement for Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* (Docket No. 2982) (the "**Revised Joint Disclosure Statement**").

**PLEASE TAKE FURTHER NOTICE THAT** changed pages only and full redlines of the Revised Joint Plan marked against the chapter 11 plan filed at Docket No. 2907 are attached hereto as **Exhibit A** and **Exhibit B**, respectively.

**PLEASE TAKE FURTHER NOTICE THAT** changed pages only and full redlines of the Revised Joint Disclosure Statement marked against the disclosure statement filed at Docket No. 2912 are attached hereto as **Exhibit C** and **Exhibit D**, respectively.

---

[1]     A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**PLEASE TAKE FURTHER NOTICE THAT** the Revised Joint Plan and Revised Joint Disclosure Statement are supported by the Ad Hoc Group and the Creditors' Committee.

Dated: June 12, 2026
      Houston, Texas

                        */s/  Clifford W. Carlson*
                        WEIL, GOTSHAL & MANGES LLP
                        Gabriel A. Morgan (24125891)
                        Clifford W. Carlson (24090024)
                        700 Louisiana Street, Suite 3700
                        Houston, Texas 77002
                        Telephone:  (713) 546-5000
                        Facsimile:  (713) 224-9511
                        Email:   gabriel.morgan@weil.com
                                  clifford.carlson@weil.com

                        -and-

                        WEIL, GOTSHAL & MANGES LLP
                        Matthew S. Barr (admitted *pro hac vice*)
                        Sunny Singh (admitted *pro hac vice*)
                        Andriana Georgallas (admitted *pro hac vice*)
                        Kevin Bostel (admitted *pro hac vice*)
                        Jason H. George (admitted *pro hac vice*)
                        767 Fifth Avenue
                        New York, New York 10153
                        Telephone:  (212) 310-8000
                        Facsimile:  (212) 310-8007
                        Email:   matt.barr@weil.com
                                  sunny.singh@weil.com
                                  andriana.georgallas@weil.com
                                  kevin.bostel@weil.com
                                  jason.george@weil.com

                        *Attorneys for Debtors*
                        *and Debtors in Possession*

## Certificate of Service

I hereby certify that on June 12, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.


                */s/ Clifford W. Carlson*
                Clifford W. Carlson