**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC, *et al*.,** | § § § | **Case No. 25-90399 (CML)** |
| **Debtors.**[1] | § § § § | **(Jointly Administered)** **Re: Docket No. 2766** |
| | § | |

**CERTIFICATION OF COUNSEL REGARDING
ORDER APPROVING SETTLEMENT
BETWEEN GLOBAL ASSETS GMBH AND THE UMB AGENT**

Pursuant to paragraph 45 of the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the undersigned hereby certifies as follows:

1. On May 21, 2026, Global Assets Germany GmbH ("**Global Assets Germany**"), filed the *Global Assets Germany GmbH's Motion for Approval of Settlement with UMB Bank, N.A. Pursuant to Federal Rule of Bankruptcy Procedure 9019* [Docket No. 2766] (the "**Motion**"), with a proposed settlement (the "**Settlement**") and proposed order approving the relief requested in the Motion (the "**Initial Proposed Order**"), attached thereto. Objections to the Motion were required to be filed and served on or prior to June 11, 2026.

2. The undersigned counsel has reviewed the Court's docket and there are no objections or responsive pleadings to the Motion.

3. Global Assets Germany has made revisions to the Settlement (the "**Revised Settlement**"), as reflected in Exhibit 1 to the revised proposed order attached hereto as Exhibit A (the "**Revised Proposed Order**"), to resolve certain informal comments raised by the Ad Hoc

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Group and the ABL Agent prior to the objection deadline.  A redline of the Revised Proposed Order, including the Revised Settlement attached thereto, against the Initial Proposed Order and Settlement filed with the Motion, is attached hereto as Exhibit B.

4.     As all informal comments have been resolved and no objections or responsive pleadings to the Motion were filed, Global Assets Germany respectfully requests that the Court enter the Revised Proposed Order, at the earliest convivence of the Court.

Dated: June 12, 2026

**FISHEL LAW GROUP**

By:

/s/ Michael Fishel

Michael Fishel (Texas Bar No. 24082998)
602 Sawyer, Suite 400
Houston, Texas 77007
Telephone: (713) 294-0379
Email: Michael@fishellawgroup.com

and

**SIMPSON THACHER & BARTLETT LLP**

Bryce L. Friedman (admitted *pro hac vice*)
David R. Zylberberg (admitted *pro hac vice*)
Nicholas E. Baker (admitted *pro hac vice*)
Rachael L. Foust (admitted *pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Email:  bfriedman@stblaw.com
        david.zylberberg@stblaw.com
        nbaker@stblaw.com
        rachael.foust@stblaw.com

*Attorneys for the SPV Entities*

2

**<u>Certificate of Service</u>**

I certify that on June 12, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Michael Fishel*
Michael Fishel