United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 12, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **FIRST BRANDS GROUP, LLC,** *et al.,* [1] | ) | **Case No. 25-90399 (CML)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |

**ORDER DENYING MOTION TO CONVERT OR DISMISS**

(Relates to ECF No. 2670)

CAME ON for consideration the *Motion to Convert or Dismiss Case* filed by the United States Trustee in this chapter 11 case. The Motion is denied for the reasons stated on the record at the June 12, 2026 hearing.

Signed: June 12, 2026

_____

Christopher Lopez
United States Bankruptcy Judge

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FirstBrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.