United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 12, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
|  | ) |  |
| **FIRST BRANDS GROUP, LLC, *et al.*,** [1] | ) | **Case No. 25-90399 (CML)** |
|  | ) |  |
| **Debtors.** | ) | **(Jointly Administered)** |
|  | ) |  |

**ORDER DENYING MOTION TO CONVERT OR DISMISS**

(Relates to ECF No. 2670)

CAME ON for consideration the *Motion to Convert or Dismiss Case* filed by the United States Trustee in this chapter 11 case. The Motion is denied for the reasons stated on the record at the June 12, 2026 hearing.

Signed: June 12, 2026

_____
Christopher Lopez
United States Bankruptcy Judge

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FirstBrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 25-90399-cml |
| First Brands Group, LLC | Chapter 11 |
| WEM US Co. | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 11 |
| Date Rcvd: Jun 12, 2026 | Form ID: pdf001 | Total Noticed: 305 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | First Brands Group, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | APC Intermediate Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | APC Parent, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | ASC Industries, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | AVM Export, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Airtex Industries, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Airtex Products, LP, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Autolite Operations LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | BPI Acquisition Company, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | BPI EC, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | BPI Holdings International, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Brake Parts Inc China LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Brake Parts Inc India LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Brake Parts Inc LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Broad Street Financial Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Broad Street Financial, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD Holding, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD Intermediate Holdings I, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD Intermediate Holdings II, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Cardone Industries, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Capital Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Capital, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby FA Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby FA, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Inventory Holdings II, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Inventory Holdings III, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Inventory Holdings IV, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Inventory II, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Inventory III, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Inventory IV, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carrand Companies, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Carburetor Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Carburetor, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Fuel Export, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Fuel Systems, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Champion Laboratories, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Dalton Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Dalton Corporation, Ashland Manufacturing Facility, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Dalton Corporation, Kendallville Manufacturing Fac, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Dalton Corporation, Stryker Machining Facility Co., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Dalton Corporation, Warsaw Manufacturing Facility, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Eagle Casting Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos: | + | Eagle Casting, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Eagle Machining, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |

dbpos    + FRAM Group IP LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + FRAM Group Operations LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + FRAMAuto Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + First Brands Group Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + First Brands Group Intermediate, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Fuel Filter Technologies, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Global Assets GmbH, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Global Assets LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Global Lease Assets Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Global Reman Ventures, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Heatherton Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Hopkins Acquisition, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Hopkins Manufacturing Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Horizon Euro Finance LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Horizon Global Americas Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Horizon Global Company LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Horizon International Holdings LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + IBI International Holding Company, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + International Brake Industries, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Jasper Acquisition Corp., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Jasper Rubber Products, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + KTRI Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + KTRI Offshore Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Longman Enterprises, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + PHNX Acquisition Corp., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Patterson Inventory Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Patterson Inventory, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Premier Marketing Group, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Pylon Manufacturing Corp., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Pylon South Bend, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Qualis Automotive, L.L.C., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Qualis Enterprises, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Qualitor Acquisition Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Qualitor Automotive, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Qualitor Subsidiary H, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Qualitor Subsidiary S, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Qualitor, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Reman Management International LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + SDC TX, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Smart Choice, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Specialty Pumps Group, Inc, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Starlight Inventory Holdings I, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Starlight Inventory I, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Strongarm, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + TAE Brakes, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + TAE China Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Toledo Molding & Die, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Transportation Aftermarket Enterprise, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Trico Holding Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Trico Products Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Trico Technologies Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Tridonex USA LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + UCI Acquisition Holdings (No. 4) LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + UCI International Holdings Parent Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + UCI International Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + UCI International, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + UCI Pennsylvania, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + UCI-Airtex Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + United Components, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Universal Auto Filter LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Viceroy Private Capital, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Viper Acquisition I, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219
dbpos    + Viper Acquisition, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219

| | | |
|---|---|---|
| dbpos | + | WEM US Co., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Walbro LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Walbro Midco LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| aty | + | Christopher L Phillippe, Law Office of Phillippe & Associates, 847 E. Harrison St., Brownsville, TX 78520, UNITED STATES 78520-7120 |
| aty | + | Ronald K. Brown, Jr., Law Offices of Ronald K. Brown, Jr., APC, 901 Dove St, Suite 120, Newport Beach, CA 92660-3018 |
| tr | + | Ronald J. Sommers, Nathan Sommers Gibson Dillon P.C., 1400 Post Oak BLVD, Suite 300, Houston, TX 77056 UNITED STATES 77056-6656 |
| cr | + | 1600 Industrial LLC, c/o Trey A. Monsour, Fox Rothschild LLP, 2501 N. Harwood, #1800, Dallas, TX 75201 UNITED STATES 75201-1613 |
| cr | + | AIG Insurance Company of Canada, c/o Adam L. Rosen PLLC, 121 Main Street, Box 1021, Northport, NY 11768 UNITED STATES 11768-1721 |
| op | + | Adam Wesley, Boies Schiller Flexner LLP, 55 Hudson Yards, New York, NY 10001-2163 |
| trnsfee | | Anne Willsher, 13 Marilyn Place, Queanbeyan NSW 2620, AUSTRALIA |
| cr | + | Arab Banking Corporation B.S.C., c/o Blaire A. Cahn, Baker & McKenzie LLP, 452 Fifth Avenue, New York, NY 10018-2706 |
| cr | + | BBJ Ventures, LLC, c/o Graham PLLC, 4203 Montrose Blvd., Suite 550, Houston, TX 77006-5427 |
| cr | + | BRI WESTPARK IV QOZB, LP, c/o Leslie S. Barr, Esq, Windels Marx Lane & Mittendorf, LLP, 156 West 56th St, New York, NY 10019-3800 |
| cr | + | CSI Leasing, Inc., c/o Clark Hill PLC, Audrey L. Hornisher, 901 Main Street, Suite 6000, Dallas, TX 75202-3748 |
| cr | + | Carrdan Corporation, 100 Reed Drive, Temperance, MI 48182-8900 |
| cr | + | Ciara Childs, c/o J. Gerard Stranch, IV, Stranch, Jennings, & Garvey, PLLC, 223 Rosa Parks Ave., Suite 200 Nashville, TX 37203-3513 |
| cr | | City of Miami Special Utility Authority, c/o Steven W. Soule', Hall, Estill, et al., 521 East 2nd Street, Suite 1200 Tulsa, OK 74120-1855 |
| cr | + | Crown Equipment Corporation dba Crown Lift Trucks, Sebaly Shillito and Dyer, 220 E. Monument Ave., Suite 500, Dayton, OH 45402 UNITED STATES 45402-1267 |
| intp | + | David Parker, Davis & Santos, 719 S. Flores Street, San Antonio, TX 78204, UNITED STATES 78204-1350 |
| intp | + | David Parker, Davis and Santos, PLLC, 719 S. Flores Street, San Antonio, TX 78204, UNITED STATES 78204-1350 |
| trnsfee | | David Willsher, 13 Marilyn Place, Queanbeyan NSW 2620, AUSTRALIA |
| cr | + | De Lage Landen Financial Services, Inc., c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| intp | | Deva Capital Investment Company S.L.U., Avenida de Cantabria s/n, Boadilla del Monte, 28660, SPAIN |
| cr | + | Epicor Software Corporation, c/o Clark Hill PLC, Attn: Duane J. Brescia, 3711 S. Mopac Expressway, Bldg One, Suite 500 Austin, TX 78746-8041 |
| intp | + | Flex-N-Gate LLC, Foley & Lardner LLP, 2021 McKinney Ave., Suite 1600, Dallas, TX 75201-3340 |
| cr | + | Francisco Garza, c/o J. Gerard Stranch, IV, 223 Rosa Parks Ave., Suite 200, Nashville, TX 37203-3513 |
| cr | + | Goldstar Warehousing, Ltd., 5845 Padre Island HWY, Brownsville, TX 78521-4419 |
| cr | + | Gorman Industrial Supply Co., c/o ScottHulse, P.C./James M. Feuille, 201 E. Main Drive, Suite 1100, El Paso, TX UNITED STATES 79901-1340 |
| cr | + | Guishou Saboman Technology Development Co., Ltd., Mehaffy Weber, P.C., c/o Holly C. Hamm, P.O. Box 16, Beaumont, TX 77704-0016 |
| cr | + | Guizhou Saboman Micronized Mining Co., Ltd., Mehaffy Weber, P.C., c/o Holly C. Hamm, P.O. Box 16, Beaumont, TX 77704-0016 |
| cr | + | HerbertUSA, Inc., 1480 Industrial Pkwy, Akron, OH 44310-2602 |
| cr | + | Honda Development & Manufacturing of America, LLC,, FBT Gibbons LLP, c/o Patricia K. Burgess, 150 3rd Ave S, Ste 1900 Nashville, TN 37201-2043 |
| cr | + | KITKAT (IL) LLC, c/o Sam Rubenstein, 395 9th Avenue, 58th Floor, New York, NY 10001-8611 |
| cr | + | Kawasaki Motors Corp., USA, c/o Clark Hill PLC, Attn: Audrey L. Hornisher, 901 Main Street, Suite 6000, Dallas, TX 75202-3748 |
| cr | + | Kingsbridge Holdings, LLC, Darcy & Devassy PC, 444 N. Michigan Ave, Suite 3270, Chicago, IL 60611, UNITED STATES 60611-3906 |
| op | + | Kroll Restructuring Administrat Kroll Restructurin, 1 World Trade Center, 31st Floor, New York, NY 10007, UNITED STATES 10007-0090 |
| cr | + | MAC Montacargas Corporation, co Bruce J. Ruzinsky, Jackson Walker LLP, 1401 McKinney St., Suite 1900, Houston, Tx 77010-1900 |
| cr | + | Manuel Fernandez, c/o J. Gerard Stranch, IV, Stranch, Jennings, & Garvey, PLLC, 223 Rosa Parks Ave., Suite 200 Nashville, TN 37203-3513 |
| cr | + | Manuel Leal, c/o J. Gerard Stranch, IV, Stranch, Jennings, & Garvey, PLLC, 223 Rosa Parks Ave., Suite 200 Nashville, TN 37203-3513 |
| intp | + | Marco Gaxiola, 5602 Buckeye Ct, Brownsville, TX 78526-4342 |
| cr | | Martin Titanium American Logistics, Inc., Martin Seidler, 32 Simpson Road, Bolton, Ontario, Canada, L7E 1G9 CANADA |
| cr | + | Milwood Holdings, LLC, c/o Dietz Property Group, 2075 W. Big Beaver, Troy, MI 48084-3407 |
| cr | + | Mitsubishi HC Capital America, Inc., c/o Brian R. Trumbauer, Bodman PLC, 6th Floor at Ford Field, 1901 St. Antoine Street Detroit, MI 48226-2336 |
| cr | + | NP Whitaker Ave. Industrial, LLC, 3315 N. Oak Trafficway, Kansas City, MO 64116-2775 |
| cr | + | NTT DATA Americas, Inc., Streusand, Landon, Ozburn & Lemmon, LLP, 1801 S. MoPac Expressway, Suite 320, Austin, Tx 78746, UNITED STATES 78746-9817 |
| cr | + | Napier Park Global Capital (US) LP, 280 Park Avenue, 3rd Floor, New York, NY 10017-1274 |
| cr | + | PG Maderas y Triplay S.A. de C.V., Martin & Drought, P.C., 112 East Pecan Street, 112 East Pecan Street, San Antonio, TX 78205 UNITED STATES 78205-1512 |
| intp | + | Patrick James, Quinn Emanuel Urquhart & Sullivan, LLP, 295 5th Avenue, New York, NY 10016-7103 |
| intp | + | Phoenix Brownsville Industrial Investors LLC, c/o David E. Lemke, Holland & Knight LLP, 511 Union St, Suite 2700, Nashville, TN 37219-1791 |
| cr | + | Planters Bank, David F. Waguespack, Carver Darden, 1100 Poydras Street, Suite 3100, New Orleans, LA 70163 UNITED STATES |

| | | |
|---|---|---|
| | | 70163-1102 |
| cr | + | Pyramid Warehousing, Ltd., 5845 Padre Island HWY, Brownsville, TX 78521-4419 |
| cr | | Qindao Carflex Auto Parts Co., Ltd., 10 Dazhonger Road, Jimo District, Qingdao, Shandong 266200, CHINA |
| cr | + | SRE Miami, LLC, 2570 Bradford Lane, Brookfield, WI 53045-1701 |
| cr | + | STORE Capital Acquisitions, LLC, 1 East Washington Street, Suite 2300, Phoenix, AZ 85004, UNITED STATES 85004-2555 |
| cr | + | STORE Master Funding IV, LLC, c/o Ballard Spahr LLP, 1 East Washington Street, Suite 2300, Phoenix, AZ 85004 UNITED STATES 85004-2555 |
| cr | + | STORE Master Funding XIV, LLC, c/o Ballard Spahr LLP, 1 East Washington Street, Suite 2300, Phoenix, AZ 85004 UNITED STATES 85004-2555 |
| cr | + | Scotland Enterprises, Inc., Scotland Enterprises, Inc. (Attn: Pres.), 5526 Scotland Rd., Bentonia, MS 39040-9310 |
| cr | + | SmartestEnergy US LLC, 110 West Fayette Street, Suite 400, Syracuse, NY 13202-1198 |
| cr | + | SorTech LLC, c/o Ramiro Tovar, 1900 Sebastian St., Mission, TX 78572-8386 |
| cr | + | St. Clair Technologies, Inc., c/o Clark Hill PLC, Attn: Robert P. Franke, 901 Main Street, Suite 6000, Dallas, TX 75202-3748 |
| cr | + | Staci Corp. d/b/a Vexos, Inc. c/o Nicola G. Suglia, Four Greentree Centre, 601 Route 73 North, Suite 305, Marlton, NJ 08053 UNITED STATES 08053-3475 |
| cr | + | Stag Industrial Holdings, LLC, One Federal Street, 23rd Floor, Boston, MA 02110-2031 |
| cr | + | Steven R Bodeman, 5629 Colver Road, Talent, OR 97540-6746 |
| cr | + | Tim Johnson, c/o J. Gerard Stranch, IV, Stranch, Jennings, & Garvey, PLLC, 223 Rosa Parks Ave., Suite 200 Nashville, TN 37203-3513 |
| cr | + | Total Quality Logistics, LLC, c/o Dinsmore & Shohl LLP, 655 W. Broadway, Suite 800, San Diego, CA 92101, UNITED STATES 92101-8482 |
| trnsfee | + | Tracy Fu, 300 E 55th Street, Apt 25A, New York, NY 10022-4391 |
| cr | + | Valeo North America, Inc., co Victoria Argeroplos, Jackson Walker LLP, 1401 McKinney St., Suite 1900, Houston, TX 77010-1900 |
| cr | + | Valeo Sistemas Electricos, S.A. de C.V., co Victoria Argeroplos, Jackson Walker LLP, 1401 McKinney St., Suite 1900, Houston, TX 77010-1900 |
| cr | + | Zurich American Insurance Company, c/o Clark Hill PLC, Attn: Duane J. Brescia, 3711 S. Mopac Expressway, Bldg One, Suite 500 Austin, TX 78746-8041 |
| 13281156 | + | 15 Kings Grant Partners, LLC, c/o Trey A. Monsour, Fox Rothschild LLP, 2501 N. Harwood, #1800, Dallas, TX 75201-1613 |
| 13120333 | + | ACAR Leasing LTD, c/o Wilcox Law, PLLC, P.O. Box 201849, Arlington, TX 76006-4727 |
| 13330476 | + | AIG Insurance Company of Canada, c/o Adam L. Rosen PLLC, 121 Main Street, Box 1021, Northport, NY 11768-1721 |
| 13344618 | + | Allied Fire Protection, LLC, c/o Peckar & Abramson, P.C., 1717 West Loop South, Suite 1400, Houston, TX 77027-3072 |
| 13202799 | + | Alvin Prater, c/o Patrick F. O'Leary, 3000 Windsor Court, Suite A, Elkhart, IN 46514-5555 |
| 13255774 | + | Amy Meade Transport LLC d/b/a A.M. Transport, c/o David J. Claus, 27 Court St, Tiffin, OH 44883-2302 |
| 13096368 | | ArcBest, Inc, Daniel Lott, 3801 Greenwood Rd, Ft. Smith, AR 72901 |
| 13108603 | + | BFG Corporation d/b/a Byline Financial Group, c/o Ashen Law Group, 217 N. Jefferson Street, Ste. 601, Chicago, IL 60661-1114 |
| 13212500 | + | BOBCAT OF WARSAW, INC., 3568 SOUTH STATE ROAD 15, WARSAW, IN 46580-5815 |
| 13105149 | + | Binational Industrial Services, LLC, 7342 Villa Pancho Dr., Brownsville, TX 78521-6214 |
| 13140402 | + | CDW / Attn: Manny Velazquez, 200 N. Milwaukee Ave, Vernon Hills, IL 60061-1577 |
| 13146649 | + | CDW, LLC, Attn: Vida Krug, 200 N. Milwaukee Ave, Vernon Hills, IL 60061-1577 |
| 13155546 | + | Carruth-Doggett, Inc. d/b/a, Toyota Lift of Houston, 7110 North Freeway, Houston, TX 77076-1309 |
| 13139012 | + | Carruth-Doggett, Inc. d/b/a, Toyota Lift of South Texas, 7110 North Freeway, Houston, TX 77076-1309 |
| 13331682 | + | City of Miami, Oklahoma, c/o Steven W. Soule', 521 East 2nd Street, Suite 1200, Tulsa, OK 74120-1855 |
| 13344778 | + | Compass Logistics LLC, 115 55th Street, 4th FL, Clarendon Hills, IL 60514-1593 |
| 13174532 | + | Complete Drives, Inc, c/o Beers Mallers, LLP, 110 W. Berry Street, Suite 1100, Fort Wayne, IN 46802-2368 |
| 13104743 | + | Cooley Enterprise, Inc., dba Carpet Warehouse, 650 Woodlawn Drive, Jasper IN 47546-9313 |
| 13324759 | + | Coyote Logistics, LLC, c/o Michael R. Herz, Fox Rothschild LLP, 49 Market Street, Morristown, NJ 07960-5122 |
| 13219659 | + | Creditors Adjustment Bureau,, assignee of Blackline Systems, Inc., c/o Law Office of Kenneth J. Freed, 4340 Fulton Ave., Third Floor, Sherman Oaks CA 91423-3925 |
| 13193498 | + | DARKE COUNTY TREASURER, DARKE COUNTY COURTHOUSE, ATTN: JOSHUA KUNKEL, 504 S. BROADWAY ST., GREENVILLE, OH 45331-1990 |
| 13136551 | + | DanHil de Mexico S. de RL de CV, c/o Blake Rasner, Haley & Olson, P.C., 100 N. Ritchie Road, Suite 200, Waco, Texas 76712-8517 |
| 13224975 | + | Daniel Villalta c/o Romero Law, APC, 251 S. Lake Avenue, Suite 930, Pasadena, CA 91101-4873 |
| 13336161 | | David Willsher and Anne Willsher, ATF Willsher Family Superannuation Fund, 13 Marilyn Place, Queanbeyan NSW 2620, Australia |
| 13337155 | + | Durham BDR LLC, 4012 Dover Rd, Durham, NC 27707-5401 |
| 13104675 | + | Elkhart County Gravel, 19242 US Hwy 6, New Paris IN 46553-9763 |
| 13138713 | + | Euler Hermes Agent for B&G International, Products, Inc., 100 International Drive 22nd Floor, Baltimore, MD 21202-4783 |
| 13140357 | + | Euler Hermes Agent for Hongkong and Shanghai, Banking Corporation Limited, 100 International Drive 22nd Floor, Baltimore, MD 21202-4783 |
| 13138710 | + | Euler Hermes Agent for KW Plastics, 100 International Drive 22nd Floor, Baltimore, MD 21202-4783 |
| 13141058 | + | Euler Hermes Agent for Spray Products Corporation, 100 International Drive 22nd Floor, Baltimore, MD 21202-4783 |
| 13132954 | + | Euler Hermes agent for BENNETT INTERNATIONAL GROUP, c/o ATTN: Guy P Young Jr, 100 International dr 22nd fl, Baltimore MD 21202-4783 |
| 13139739 | + | Euler Hermes agent for Louis Padnos Iron & Metal, Company, 100 International Drive 22nd Floor, Baltimore, MD 21202-4783 |
| 13265931 | + | FANUC America Corp, Jack Petroskey, 3900 W Hamlin Rd, Rochester Hills MI 48309-3253 |
| 13113938 | + | Ferrellgas, One Liberty Plaza MD 40, Liberty MO 64068-2971 |
| 13106003 | + | Fox Rothschild LLP, 2001 Market Street, Suite 1700, Philadelphia, PA 19103-7045 |

| 13118018 | + | Frankart Electric, L.L.C, c/o Frankart Electric, PO Box 627, Fostoria OH 44830-0627 |
| 13330477 | + | Future Electronics Corp., 41 Main Street, Bolton, MA 01740-1134, Attn: Diane Svendsen |
| 13345446 | + | GS Financial Network, 7910 Woodmont Avenue Ste 1050, Bethesda, MD 20814-3069 |
| 13107548 | + | Gates Washer & Manufacturing LLC, 5211 N. Otto Avenue, Chicago, IL 60656-1082 |
| 13090642 | + | IFG North America, LLC, c/o The Interface Financial Group, 7910 Woodmont Avenue, Suite 1050, Bethesda, MD 20814-3069 |
| 13179516 | + | Kroy LLC, dba Buckeye Business Products, 3830 Kelley Avenue, Cleveland OH 44114-4534 |
| 13177756 | + | MH Equipment Co, Karin Daly, 8901 N. Industrial Rd, Peoria, IL 61615-1509 |
| 13155168 | + | Macomb County Treasurer's Office,, c/o Attn: Lawrence Rocca, Treasurer, Macomb County Treasurer, One South Main St., 2nd Floor, Mount Clemens MI 48043-2352 |
| 13100926 | + | Merchants Security Systems Inc, 4766 Glendale Milford Rd, Cincinnati, OH 45242-3850 |
| 13178529 | + | Metalex, 700 Liberty Drive, Libertyville, IL 60048-2343 |
| 13117868 | + | Mid-Atlantic Cooperative, c/o Aero Energy, 230 Lincoln Way East, New Oxford, PA 17350-1213 |
| 13105348 | + | Mongoose Freight Solutions, LLC, c/o T.Josh Judd, Andrews Myers, P.C., 1885 Saint James Place, 15th Floor, Houston, Texas 77056-4175 |
| 13293246 | + | National Union Fire Insurance Co. of Pittsburgh PA, c/o Adam L. Rosen PLLC, 121 Main Street, Box 1021, Northport, NY 11768-1721 |
| 13198152 | + | NextProcess, LP, 14241 N. Dallas Pkwy, Ste 800, Dallas, TX 75254-2919 |
| 13126577 | + | Old Dominion Freight Line Inc., Rusty Frazier, Asset Recovery Analyst, 500 Old Dominion Way, Thomasville, NC 27360-8923 |
| 13104466 | | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 13143607 | + | Principal Life Insurance Company, 711 High St., Des Moines, IA 50392-0001 |
| 13108547 | | QINGDAO CARFLEX AUTO PARTS CO., LTD., 10 Dazhonger Road, Jimo District,, Qingdao, Shandong 266200, China |
| 13136453 | + | Quality Parts Supply, c/o Blake Rasner, Haley & Olson, P.C., 100 N. Ritchie Road, Suite 200, Waco, Texas 76712-8517 |
| 13118091 | + | RLI, c/o Jennings Haug Keleher McLeod Waterfa, 2800 N. Central Ave. Suite 1800, Phoenix, AZ 85004-1049 |
| 13337089 | | RMO MSF PTY LTD, ATF Muirhead Family Superannuation Fund, 14-16 Brucedale Crescent, Park Orchards VIC 3114 Australia |
| 13324768 | + | RXO Capacity Solutions, LLC, c/o Michael R. Herz, Fox Rothschild LLP, 49 Market Street, Morristown, NJ 07960-5122 |
| 13201724 | + | Robert Half Inc, c/o Robert Half Recovery Dept, 3001 Bishop Dr Suite 130, San Ramon, CA 94583-5005 |
| 13220214 | + | SILT Transportation, Inc, c/o Jorge Lopez M., Esq., 310 N. Mesa St., Suite 900, El Paso, TX 79901-1341 |
| 13295857 | + | SPANOS PRZETAK, A PROFESSIONAL LAW CORPORATION, 555 12TH STREET, SUITE 2060, OAKLAND, CA 94607-3695 |
| 13197905 | + | SRE Miami, LLC, c/o James W. Rusher, Albright, Rusher & Hardcastle, 15 West 6th Street, Suite 2600, Tulsa, OK 74119-5434 |
| 13117865 | + | Satterlee Plumbing, Heating and Air Conditioning C, c/o Peter C. Edwards, 320 W. 4th Street, Joplin, MO 64801-2594 |
| 13106129 | + | Schaedler Yesco Distribution, Inc, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 13345450 | + | Sharon Casey, 58 North St, Greenwich, CT 06830-4726 |
| 13177768 | + | Star Shine Pro Cleaning, LLC, 34 Coleman Street, SE, Grand Rapids, MI 49548-7716 |
| 13109623 | + | TRISTATE FORKLIFT TIRE, 2727 FREEMAN STREET, FORT WAYNE, IN 46802-4424 |
| 13151253 | + | Texas Gas Service, P.O. Box 219913, Kansas City, MO 64121-9913 |
| 13337154 | + | The Oslo Nevada Trust, Barry D Rudolph, 4012 Dover Rd, Durham, NC 27707-5401 |
| 13345433 | + | Thread Bank, 201 East Main St, Rogersville, TN 37857-3311 |
| 13116566 | + | Toledo Molding & D/E, c/o Scheer, Green and Burke, Co. L.P.A., P.O. Box 13335, Toledo, OH 43613-0335 |
| 13345515 | + | Tracy Fu, 300 East 55th Street, Apt 25A, New York, NY 10022-4391 |
| 13106127 | + | Varland Plating Co., 3231 Fredonia Ave., Cincinnati, OH 45229-3309 |
| 13098452 | + | W.W. Grainger, Inc., 401 S. Wright Rd., Janesville, WI 53546-8729 |
| 13127080 | + | bonnie Stover, 8825 Wiloray, Shelby Township, MI 48317-1672 |

TOTAL: 251

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | + | Email/Text: tom@howley-law.com | Jun 12 2026 20:18:00 | Ad Hoc Group of Lenders, 700 Louisiana Street, Suite 4220, Houston, TX 77002, UNITED STATES 77002-2881 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 12 2026 20:17:17 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: dferretti@bakerdonelson.com | Jun 12 2026 20:18:00 | AutoZone Parts, Inc., Baker Donelson, c/o Daniel J. Ferretti, 1301 McKinney, Suite 3700, Houston, TX 77010, UNITED STATES 77010-3034 |
| cr | + | Email/Text: dferretti@bakerdonelson.com | Jun 12 2026 20:18:00 | AutoZone, Inc., Baker Donelson, c/o Daniel J. Ferretti, 1301 McKinney, Suite 3700, Houston, TX 77010, UNITED STATES 77010-3034 |
| cr | + | Email/Text: edinburgbankruptcy@pbfcm.com | Jun 12 2026 20:18:00 | Brownsville Independent School District, c/o Hiram A. Gutierrez, P.O. Box 2916, McAllen, Tx 78502-2916 |

| | | | | |
|---|---|---|---|---|
| cr | + | Email/Text: comedbankruptcygroup@exeloncorp.com | Jun 12 2026 20:19:00 | Commonwealth Edison Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | ^ | MEBN | Jun 12 2026 20:14:47 | Constellation NewEnergy Gas Division, LLC, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | ^ | MEBN | Jun 12 2026 20:14:49 | Constellation NewEnergy, Inc., c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + | Email/Text: bankruptcy-notification.ena@engie.com | Jun 12 2026 20:18:00 | ENGIE Resources LLC, 1360 Post Oak Blvd., Suite 400, Houston, TX 77056-3030 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 12 2026 20:17:23 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: russj4478@aol.com | Jun 12 2026 20:19:00 | Indiana Michigan Power Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + | Email/Text: susan.triggs@insight.com | Jun 12 2026 20:19:00 | Insight Direct USA, Inc., 2701 East Insight Way, Chandler, AZ 85286, UNITED STATES 85286-1947 |
| op | ^ | MEBN | Jun 12 2026 20:14:18 | Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007, UNITED STATES 10007-0090 |
| cr | + | Email/Text: russj4478@aol.com | Jun 12 2026 20:19:00 | Metropolitan Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + | Email/Text: russj4478@aol.com | Jun 12 2026 20:19:00 | Ohio Power Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + | Email/Text: schristianson@buchalter.com | Jun 12 2026 20:18:00 | Oracle America, Inc., Buchalter PC, c/o Shawn M. Christianson, 425 Market St., Suite 2900, San Francisco, Ca 94105-2491 |
| cr | + | Email/Text: bncctnotifications@pbgc.gov | Jun 12 2026 20:17:00 | Pension Benefit Guaranty Corporation, Office of the General Counsel, 445 12th Street, SW, Washington, DC 20024-2101 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Jun 12 2026 20:18:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Jun 12 2026 20:18:00 | TRUIST BANK, 214 North Tryon Street, Suite 3, Charlotte, NC 28202-1023 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Jun 12 2026 20:19:00 | Tarrant County, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219, UNITED STATES 75219-3959 |
| cr | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 12 2026 20:19:00 | Toledo Edison Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Jun 12 2026 20:18:00 | Toyota Industries Commercial Finance, Inc, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| intp | + | Email/Text: usatxs.bankruptcy@usdoj.gov | Jun 12 2026 20:18:00 | United States Of America, United States Attorney's Office, 1000 Louisiana Street, Suite 2300, Houston, TX 77002, UNITED STATES OF |

AMERICA 77002-5010

cr          Email/Text: pat@pmfpc.com

Jun 12 2026 20:19:00    United Steel, Paper & Forestry, Rubber, Manufactur, c/o Patrick M. Flynn P.C., 1225 North Loop West, Suite 1000, Houston, TX 77008-1775

cr          + Email/Text: ecffilings@padfieldstout.com

Jun 12 2026 20:18:00    Whirlpool Corporation, c/o Padfield & Stout, LLP, 100 Throckmorton Street, Suite 700, Fort Worth, TX 76102-2837

13116054       Email/Text: AEPBankruptcy@aep.com

Jun 12 2026 20:18:00    Ohio Power Company dba AEP Ohio, Jason Reid, 1 Riverside Plaza 13th Floor, Columbus, Ohio 43215

13120934       + Email/Text: bankruptcynotices@azdor.gov

Jun 12 2026 20:17:00    ARIZONA DEPARTMENT OF REVENUE, Office of the Arizona Attorney General, c/o Tax, Bankruptcy and Collection Sct, 2005 N Central Ave, Suite 100, Phoenix AZ 85004-1546

13151941       + Email/Text: srivera@jnacollect.com

Jun 12 2026 20:18:00    Briggs Equipment, c/o Jonathan Neil & Associates, P.O. Box 7000, Tarzana, CA 91357-7000

13110553       + Email/Text: Austin.Bankruptcy@lgbs.com

Jun 12 2026 20:18:00    Cameron County, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428

13116345       ^ MEBN

Jun 12 2026 20:14:53    Canon Financial Services, Inc., 158 Gaither Drive, Suite 200, Mount Laurel, NJ 08054-1716

13153778       + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com

Jun 12 2026 20:17:00    Cellco Partnership d/b/a Verizon Wireless, c/o William M Vermette, 22001 Loudoun County PKWY, Ashburn, VA 20147-6122

13110555       + Email/Text: Austin.Bankruptcy@lgbs.com

Jun 12 2026 20:18:00    City of McAllen, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428

13151887       Email/Text: insolvency@allianz-trade.com

Jun 12 2026 20:18:00    Euler Hermes agent for, LAUFER GROUP INTERNATIONAL LTD., c/o Guy P. Young, Jr., 100 International Dr. 22nd Fl, Baltimore, MD 21202

13170847       + Email/Text: Insolvency@amer.allianz-trade.com

Jun 12 2026 20:18:00    Euler Hermes Agent for Traffic Tech Inc, c/o Guy P Young Jr, 100 International Dr, Baltimore, MD 21202-4673

13170846       + Email/Text: insolvency@allianz-trade.com

Jun 12 2026 20:18:00    Euler Hermes agent for Meiborg Bros Inc., c/o Guy P Young Jr, 100 International dr, 22nd fl, Baltimore, MD 21202-4783

13200333       Email/Text: BKBNCNotices@ftb.ca.gov

Jun 12 2026 20:19:00    Franchise Tax Board, Bankruptcy Section MS A340, PO Box 2952, Sacramento, CA 95812-2952

13293247       + Email/Text: bonna.mcmahan@ha-international.com

Jun 12 2026 20:17:00    HA-International, LLC, 630 Oakmont Lane, Westmont, IL 60559-5548, Attn: Bonna B. McMahan

13110554       + Email/Text: Austin.Bankruptcy@lgbs.com

Jun 12 2026 20:18:00    Hidalgo County, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428

13214402       Email/Text: rev.bankruptcy@illinois.gov

Jun 12 2026 20:19:00    Illinois Department of Revenue, Bankruptcy Section, PO Box 19035, Springfield, Illinois 62794-9035

13096512       Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV

Jun 12 2026 20:19:00    Indiana Department of Revenue, Bankruptcy Section, 100 N. Senate Ave N240, Indianapolis IN 46204

13131953       + Email/Text: kmksc@kmksc.com

Jun 12 2026 20:18:00    ITU AbsorbTech, Inc., c/o Kohner, Mann & Kailas, S.C., 4650 North Port Washington Road, Milwaukee, Wisconsin 53212-1077

13118050       + Email/Text: csc.bankruptcy@amwater.com

Jun 12 2026 20:19:00    Indiana American Water, c/o American Water, PO Box 2798, Camden NJ 08101-2700

13176664       + Email/Text: BKRMailOps@weltman.com

| | | | | |
|---|---|---|---|---|
| | | | Jun 12 2026 20:19:00 | Integrity Express Logistics, LLC, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, Independence, OH 44131-2191 |
| 13141931 | + | Email/Text: KGSBankruptcy@onegas.com | Jun 12 2026 20:19:00 | Kansas Gas Service, PO Box 3535, Topeka, KS 66601-3535 |
| 13166419 | | Email/Text: bwclegalbankruptcy@bwc.ohio.gov | Jun 12 2026 20:18:00 | Ohio Bureau of Workers' Compensation, PO Box 15567, Columbus, OH 43215 |
| 13108550 | + | Email/Text: schristianson@buchalter.com | Jun 12 2026 20:18:00 | Oracle America, Inc., c/o Shawn M. Christianson, Esq., Buchalter PC, 425 Market St., Suite 2900, San Francisco, CA 94105-2491 |
| 13218425 | | Email/Text: bankruptcyteam@rentokil.com | Jun 12 2026 20:18:00 | Terminix, Attn: Bankruptcy Team, 1125 Berkshire Blvd., Ste 150, Reading, PA 19610 |
| 13117853 | | Email/Text: bankruptcy@revenue.alabama.gov | Jun 12 2026 20:19:00 | State of Alabama, Department of Revenue, c/o Legal Division, PO BOX 320001, Montgomery AL 36132-0001 |
| 13175173 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 12 2026 20:18:00 | State of New Jersey, c/o Division of Taxation Bankruptcy Unit, PO Box 245, Trenton NJ 08695 |
| 13103642 | + | Email/Text: AGBankAGO@ag.tn.gov | Jun 12 2026 20:18:00 | TN Dept of Labor - Bureau of Unemployment Insuranc, c/o TN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |
| 13118655 | + | Email/Text: BKRMailOps@weltman.com | Jun 12 2026 20:19:00 | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC., c/o Weltman, Weinberg & Reis CO LPA, 5990 West Creek Rd. Ste 200, Independence, OH 44131-2191 |
| 13147887 | ^ | MEBN | Jun 12 2026 20:13:25 | Texas Comptroller of Public Accounts, C/O Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin, TX 78711-2548 |
| 13337154 | + | Email/Text: brudolph@tigbeach.com | Jun 12 2026 20:19:00 | The Oslo Nevada Trust, Barry D Rudolph, 4012 Dover Rd, Durham, NC 27707-5401 |
| 13087869 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 12 2026 20:19:00 | Toledo Edison, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 13167502 | + | Email/Text: courtdocs@bakerassociates.net | Jun 12 2026 20:18:00 | William Christopher Harrod, c/o Baker & Associates, 950 Echo Ln, Suite 300, Houston, TX 77024-2824 |

TOTAL: 55

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | 1970 Group, Inc. |
| cr | | 1995 Billy Mitchell Boulevard, Inc. |
| cr | | 673753 Ontario Limited DBA TRAFFIX |
| intp | | A.N Webber Logistics, Inc. |
| cr | | ACAR Leasing Ltd |
| cr | | ARC CGLGNIN001, LLC |
| cr | | ARC CGMARSC001, LLC |
| cr | | AVO Carbon USA, Inc. |
| intp | | AXIS Insurance Company |
| intp | | Adam S Wesley |
| cr | | Advance Auto Parts, Inc. |
| intp | | Aequum Capital Financial II LLC |
| cr | | Aftermarket Auto Parts Alliance, Inc. |
| cr | | Alliance Automotive Group (EU) |
| intp | | Allianz Global Risks US Insurance Company |
| intp | | Amanda Coxbill |

District/off: 0541-4

Date Rcvd: Jun 12, 2026

User: ADIuser

Form ID: pdf001

Page 9 of 11

Total Noticed: 305

| | |
|---|---|
| cr | Amazon Advertising LLC |
| cr | Automotive Auto Parts Distributors, Inc. |
| aud | BDO USA, P.C. |
| cr | BFG Corporation d/b/a Byline Financial Group |
| cr | BPP Cannonball Park A LP fka BPP Shiraz Park A LP |
| cr | BPP Shiraz Park A LP |
| cr | BPREP 1805 S. Wilmington LLC |
| intp | Banco Actinver, Sociedad Annima, Institucin de Ban |
| cr | Bank of America, N.A. |
| op | Bank of America, N.A. |
| intp | CMX North America Inc. |
| cr | Cameron County |
| intp | Carnaby II and III Secured Parties |
| cr | Central States, Southeast and Southwest Areas Pens |
| cr | City Of McAllen |
| cr | Comcast Cable Communications Management, LLC |
| cr | Daniel Villalta |
| cr | Diana J Holt |
| intp | Edward James |
| cr | Evolution Credit Partners |
| cr | Export Development Canada |
| intp | FCA US LLC |
| cr | FactoFrance |
| intp | Fair American Insurance and Reinsurance Company |
| cr | Federated Auto Parts Distributors, Inc. |
| cr | First Guaranty Bank |
| cr | Ford Motor Company |
| cr | GPC Asia Pacific Limited |
| cr | GPC Asia Pacific Pty Ltd. |
| cr | Genuine Parts Company |
| cr | Grammer Inc. and Grammer Americas LLC |
| intp | Hannah Aiello |
| cr | Harley-Davidson Motor Company, Inc. |
| cr | Hidalgo County |
| intp | Hilco Valuation Services, LLC, Dba Hilco Global an |
| cr | IA Mechanical Inc. |
| trnsfor | IFG North America LLC |
| cr | ING Belgium S.A./N.V. |
| cr | IPVIII 185th Street, LLC fka ELHC VIII, LLC |
| cr | IPXXII 193 Street, LLC fka ELHC XXII, LLC |
| cr | Industrial Realty Group LLC |
| cr | International Union, United Automobile, Aerospace |
| intp | Ironshore Indemnity, Inc. |
| intp | Jefferies Financial Group Inc. |
| cr | Katsumi Servicing, LLC |
| cr | Keystone Automotive Operations, Inc. |
| intp | LAM TFG |
| intp | LAM TFG I SPV |
| intp | LAM TFG II |
| cr | LBA RV-Company XVII, LP |
| intp | Laurie Stein |
| intp | Leucadia Asset Management LLC |
| cr | Longkou Haimeng Machinery Co., Ltd. |
| cr | Lordco Parts Ltd. |
| cr | MacAllister Machinery Company, Inc. |
| cr | Maria Tapia |
| ex | Martin De Luca |
| cr | Masergy Communications, Inc. |
| cr | Mayfair Enterprises, LLC |
| intp | Michael Baker |
| intp | Michael Baker |
| intp | Michael Baker |
| cr | Michael Bueno |

| | | |
|---|---|---|
| cr | | Motion Industries (Canada) Inc. |
| cr | | Motion Industries (Mexico) Inc. |
| cr | | Motion Industries, Inc. |
| intp | | National Union Fire Insurance Co. of Pittsburgh, P |
| intp | | Nelly Luna |
| wit | | NextProcess, LP |
| intp | | Nigel Crighton |
| intp | | Nissan North America, Inc. |
| cr | | OEC Group |
| crcm | | Official Committee of Unsecured Creditors |
| cr | | OmniSource, LLC |
| cr | | Onset Financial, Inc. |
| intp | | Overdrive Acquisition, LLC, /, /, /, / |
| intp | | PGI Northstar LLC |
| intp | | Peter Andrew Brumbergs |
| intp | | Polaris Industries Inc. |
| intp | | Premium Guard Incorporated |
| intp | | QBE Insurance Corporation |
| cr | | RLI Insurance Company |
| cr | | RWI Logistics LLC |
| cr | | Raistone Capital LLC |
| cr | | Raistone Factoring Parties |
| cr | | Raistone Purchasing LLC -Series XXXII |
| cr | | Raistone Purchasing LLC-Series XXVIII |
| cr | | Randall Metals Corporation |
| cr | | Rebuilders Automotive Supply Co. |
| cr | | Royal Bank of Canada |
| intp | | Ryder Integrated Logistics, Inc. |
| cr | | SMURFIT WESTROCK PLC and affiliates |
| intp | | SPV Debtors |
| intp | | Scott Wallace |
| intp | | Shekhar Kumar |
| cr | | Silver Point Capital, L.P. |
| cr | | Southern Machinery Repair, Inc. |
| intp | | Stephen Graham |
| cr | | T.H.I. Group Ltd. |
| cr | | Terra Worldwide Logistics LLC dba American Global |
| cr | | Texas Comptroller of Public Accounts, Revenue Acco |
| cr | | The City of Jasper, Indiana |
| intp | | The NOCO Company |
| cr | | The Pronto Network Cooperative, Inc. |
| intp | | The Reinalt-Thomas Corporation d/b/a Discount Tire |
| cr | | Toyota Industries Commercial Finance, Inc. |
| cr | | Toyota Industries Commercial Finance, Inc. |
| cr | | Transend Logistics, LLC |
| cr | | TriMas Corporation |
| cr | | U.S. BANK NATIONAL ASSOCIATION |
| cr | | UAP (Canada) Inc. |
| cr | | UMB Bank, N.A. |
| cr | | Uni-Select, Inc. |
| cr | | Volkswagen Group of America, Inc. and certain affi |
| cr | | Volvo Penta of the Americas, LLC |
| cr | | Washington Penn Plastics Co. Inc. |
| intp | | Westfield Select Insurance Company |
| cr | | William Christopher Harrod |
| cr | | Wilmington Savings Fund Society, FSB |
| cr | | XL Parts, LLC |
| intp | | Zurich American Insurance Company |
| dbpos | *+ | Horizon Global Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| trnsfee | *+ | Durham BDR LLC, 4012 Dover Rd, Durham, NC 27707-5401 |
| trnsfee | *+ | GS Financial Network, 7910 Woodmont Ave, Ste 1050, Bethesda, MD 20814-3069 |
| trnsfee | * | RMO MSF PTY LTD, ATF Muirhead Family Superannuation Fund, 14-16 Brucedale Crescent, Park Orchards VIC 3114, AUSTRALIA |

| | | |
|---|---|---|
| trnsfee | *+ | Sharon Casey, 58 North Street, Greenwich, CT 06830-4726 |
| trnsfee | *+ | The Oslo Nevada Trust, Barry D Rudolph, 4012 Dover Rd, Durham, NC 27707-5401 |
| 13155550 | *+ | Carruth-Doggett, Inc. d/b/a, Toyota Lift of South Texas, 7110 North Freeway, Houston, TX 77076-1309 |
| 13155552 | *+ | Carruth-Doggett, Inc. d/b/a, Toyota Lift of South Texas, 7110 North Freeway, Houston, TX 77076-1309 |
| 13219660 | *+ | Creditors Adjustment Bureau,, assignee of Blackline Systems, Inc., c/o Law Office of Kenneth J. Freed, 4340 Fulton Ave., Third Floor, Sherman Oaks CA 91423-3925 |

TOTAL: 137 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2026                         Signature:         /s/Gustava Winters