**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | § § § | CASE NO. 25-90399 (cml) |
|  | § | Chapter 11 |
| FIRST BRANDS GROUP, LLC, et al. | § | |
|  | § | (Jointly Administered) |
| Debtor(s) | § | |
|  | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES, PLEADINGS AND ORDERS

**To the Honorable United States Bankruptcy Judge, the Debtor and All Parties-in-Interest:**

Comes now, Claimant, **RIO BRAVO INTERNATIONAL SERVICES, INC.**, a creditor and party in interest in the above Chapter 11 case ("Claimant"), and files this Notice of Appearance and Request for Service of Notices, Pleadings, and Orders and in support thereof would respectfully show the Court as follows:

1.      Claimant requests that they receive proper notice of hearings in this case as well as service of all notices issued and pleadings filed herein.  Accordingly, Claimant requests that all notices given and pleadings filed in this case be served upon:

> **Michael J. Shane**
> **GORDON DAVIS JOHNSON & SHANE P.C.**
> **4695 N. Mesa Street, Suite 100**
> **El Paso, Texas 79912**
> **Tel: (915) 545-1133**
> **Fax: (915) 545-4433**
> **Email: mshane@eplawyers.com**

2.      Claimant hereby requests service at the foregoing addresses of (i) all notices and papers referred to in Bankruptcy Rules 2002 and 9007, (ii) all notices of hearings and entry of orders, (iii) every order signed in this case, (iv) every pleading or report filed in this case,

{14760.2/MSHA/220733688.1}

including, without limitation schedule of assets and liabilities, statement of financial affairs, motions, applications, complaints, demands, requests, petitions, comments, answering or reply papers, memorandum briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formally or informally and without regard to the means by which they are transmitted or delivered.

**DATED** this 15th day of JUNE, 2026.

Respectfully submitted,

**GORDON DAVIS JOHNSON & SHANE P.C.**
4695 N. Mesa Street, Suite 100
El Paso, Texas 79912
Tel: (915) 545-1133
Fax: (915) 545-4433
Email: mshane@eplawyers.com

By:___*/s/ Michael J. Shane*_____
        Michael J. Shane
        State Bar No. 00795645
        *Attorneys for Claimant,*
        *RIO BRAVO INTERNATIONAL*
        *SERVICES, INC.*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was served upon all parties on the attached list via electronic means as listed on the court's ECF noticing system or by regular first class mail.

 */s/ Michael J. Shane*_____
Michael J. Shane

{14760.2/MSHA/220733688.1}

Label Matrix for local noticing
0541-4
Case 25-90399
Southern District of Texas
Houston
Mon Jun 15 14:00:17 CDT 2026

1600 Industrial LLC
c/o Trey A. Monsour
Fox Rothschild LLP
2501 N. Harwood, #1800
Dallas, TX 75201-1613

673753 Ontario Limited DBA TRAFFIX

AIG Insurance Company of Canada
c/o Adam L. Rosen PLLC
121 Main Street
Box 1021
Northport, NY 11768-1721

APC Intermediate Holdings, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

APC Parent, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

ASC Industries, Inc.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

AVM Export, Inc.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Ad Hoc Group of Lenders
700 Louisiana Street, Suite 4220
Houston, TX 77002-2881

Airtex Industries, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Airtex Products, LP
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Ally Bank Lease Trust - Assignor to Vehicle
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Arab Banking Corporation B.S.C.
c/o Blaire A. Cahn
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018-2706

AutoZone Parts, Inc.
Baker Donelson
c/o Daniel J. Ferretti
1301 McKinney, Suite 3700
Houston, TX 77010-3034

AutoZone, Inc.
Baker Donelson
c/o Daniel J. Ferretti
1301 McKinney, Suite 3700
Houston, TX 77010-3034

Autolite Operations LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

BBJ Ventures, LLC
c/o Graham PLLC
4203 Montrose Blvd.
Suite 550
Houston, TX 77006-5427

BPI Acquisition Company, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

BPI EC, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

BPI Holdings International, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

BRI WESTPARK IV QOZB, LP
c/o Leslie S. Barr, Esq
Windels Marx Lane & Mittendorf, LLP
156 West 56th St
New York, NY 10019-3800

Brake Parts Inc China LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Brake Parts Inc India LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Brake Parts Inc LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Broad Street Financial Holdings, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Broad Street Financial, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Brownsville Independent School District
c/o Hiram A. Gutierrez
P.O. Box 2916
McAllen, Tx 78502-2916

CSI Leasing, Inc.
c/o Clark Hill PLC
Audrey L. Hornisher
901 Main Street, Suite 6000
Dallas, TX 75202-3748

CWD Holding, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

CWD Intermediate Holdings I, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

CWD Intermediate Holdings II, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

CWD, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Cardone Industries, Inc.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Carnaby Capital Holdings, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Carnaby Capital, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Carnaby FA Holdings, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Carnaby FA, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Carnaby Inventory Holdings II, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Carnaby Inventory Holdings III, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Carnaby Inventory Holdings IV, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Carnaby Inventory II, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Carnaby Inventory III, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Carnaby Inventory IV, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Carrand Companies, Inc.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Carrdan Corporation
100 Reed Drive
Temperance, MI 48182-8900

Carter Carburetor Holdings, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Carter Carburetor, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Carter Fuel Export, Inc.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Carter Fuel Systems, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Champion Laboratories, Inc.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

City of Miami Special Utility Authority
c/o Steven W. Soule'
Hall, Estill, et al.
521 East 2nd Street
Suite 1200
Tulsa, OK 74120-1855

Commonwealth Edison Company
c/o Law Firm of Russell R. Johnson III,
2258 Wheatlands Drive
Manakin-Sabot, VA 23103 United States 23103-2168

Constellation NewEnergy  Gas Division, LLC
c/o Law Firm of Russell R. Johnson III,
2258 Wheatlands Drive
Manakin-Sabot, VA 23103 United States 23103-2168

Constellation NewEnergy, Inc.
c/o Law Firm of Russell R. Johnson III,
2258 Wheatlands Drive
Manakin-Sabot, VA 23103 United States 23103-2

Crown Equipment Corporation dba Crown Lift T
Sebaly Shillito and Dyer
220 E. Monument Ave.
Suite 500
Dayton, OH 45402-1267

Dalton Corporation
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Dalton Corporation, Ashland Manufacturing Fa
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Dalton Corporation, Kendallville Manufacturi
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Dalton Corporation, Stryker Machining Facili
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Dalton Corporation, Warsaw Manufacturing Fac
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

De Lage Landen Financial Services, Inc.
c/o Stark & Stark, PC
100 American Metro Blvd.
Hamilton, NJ 08619-2319

Deva Capital Investment Company S.L.U.
Avenida de Cantabria s/n
Boadilla del Monte28660 Spain

Durham BDR LLC
4012 Dover Rd
Durham, NC 27707-5401

ENGIE Resources LLC
1360 Post Oak Blvd.
Suite 400
Houston, TX 77056-3030

Eagle Casting Holdings, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Eagle Casting, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Eagle Machining, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Epicor Software Corporation
c/o Clark Hill PLC
Attn: Duane J. Brescia
3711 S. Mopac Expressway
Bldg One, Suite 500
Austin, TX 78746-8041

Export Development Canada

FRAM Group IP LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

FRAM Group Operations LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

FRAMAuto Holdings, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

First Brands Group Holdings, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

First Brands Group Intermediate, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

First Brands Group, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Flex-N-Gate LLC
Foley & Lardner LLP
2021 McKinney Ave., Suite 1600
Dallas, TX 75201-3340

Ford Motor Credit Company LLC, c/o AIS Portf
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Fuel Filter Technologies, Inc.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

GPC Asia Pacific Limited

GPC Asia Pacific Pty Ltd.

GS Financial Network
7910 Woodmont Ave
Ste 1050
Bethesda, MD 20814-3069

Global Assets GmbH
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Global Assets LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Global Lease Assets Holdings, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Global Reman Ventures, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Goldstar Warehousing, Ltd.
5845 Padre Island HWY
Brownsville, TX 78521-4419

Gorman Industrial Supply Co.
c/o ScottHulse, P.C./James M. Feuille
201 E. Main Drive
Suite 1100
El Paso, TX  United States 79901-1340

Guishou Saboman Technology Development Co.,
Mehaffy Weber, P.C.
c/o Holly C. Hamm
P.O. Box 16
Beaumont, TX 77704-0016

Guizhou Saboman Micronized Mining Co., Ltd.
Mehaffy Weber, P.C.
c/o Holly C. Hamm
P.O. Box 16
Beaumont, TX 77704-0016

Heatherton Holdings, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

HerbertUSA, Inc.
1480 Industrial Pkwy
Akron, OH 44310-2602

Honda Development & Manufacturing of America
FBT Gibbons LLP
c/o Patricia K. Burgess
150 3rd Ave S
Ste 1900
Nashville, TN 37201-2043

Hopkins Acquisition, Inc.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Hopkins Manufacturing Corporation
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Horizon Euro Finance LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Horizon Global Americas Inc.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Horizon Global Company LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Horizon International Holdings LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

IBI International Holding Company, Inc.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

ING Belgium S.A./N.V.

Indiana Michigan Power Company
c/o Law Firm of Russell R. Johnson III,
2258 Wheatlands Drive
Manakin-Sabot, VA 23103 United States 23103-2168

Insight Direct USA, Inc.
2701 East Insight Way
Chandler, AZ 85286-1947

International Brake Industries, Inc.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Jasper Acquisition Corp.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Jasper Rubber Products, Inc.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

KITKAT (IL) LLC
c/o Sam Rubenstein
395 9th Avenue
58th Floor
New York, NY 10001-8611

KTRI Holdings, Inc.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

KTRI Offshore Holdings, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Kawasaki Motors Corp., USA
c/o Clark Hill PLC
Attn: Audrey L. Hornisher
901 Main Street, Suite 6000
Dallas, TX 75202-3748

Kingsbridge Holdings, LLC
Darcy & Devassy PC
444 N. Michigan Ave, Suite 3270
Chicago, IL 60611-3906

Kroll Restructuring Administration LLC
1 World Trade Center
31st Floor
New York, NY 10007-0090

Longman Enterprises, Inc.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

MAC Montacargas Corporation
co Bruce J. Ruzinsky
Jackson Walker LLP
1401 McKinney St., Suite 1900
Houston, Tx 77010-1900

Metropolitan Company
c/o Law Firm of Russell R. Johnson III,
2258 Wheatlands Drive
Manakin-Sabot, VA 23103 United States 23103-2

Milwood Holdings, LLC
c/o Dietz Property Group
2075 W. Big Beaver
Troy, MI 48084-3407

Mitsubishi HC Capital America, Inc.
c/o Brian R. Trumbauer
Bodman PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226-2336

Motion Industries (Canada) Inc.

Motion Industries (Mexico) Inc.

NP Whitaker Ave. Industrial, LLC
3315 N. Oak Trafficway
Kansas City, MO 64116-2775

NTT DATA Americas, Inc.
Streusand, Landon, Ozburn & Lemmon, LLP
1801 S. MoPac Expressway, Suite 320
Austin, Tx 78746-9817

Napier Park Global Capital (US) LP
280 Park Avenue
3rd Floor
New York, NY 10017-1274

Ohio Power Company
c/o Law Firm of Russell R. Johnson III,
2258 Wheatlands Drive
Manakin-Sabot, VA 23103 United States 23103-2168

Oracle America, Inc.
Buchalter PC
c/o Shawn M. Christianson
425 Market St., Suite 2900
San Francisco, Ca 94105-2491

PG Maderas y Triplay S.A. de C.V.
c/o Michael G. Colvard
Martin & Drought, P.C.
112 East Pecan Street
112 East Pecan Street
San Antonio, TX 78205-8902

PHNX Acquisition Corp.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Patterson Inventory Holdings, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Patterson Inventory, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Pension Benefit Guaranty Corporation
Office of the General Counsel
445 12th Street, SW
Washington, DC 20024-2101

Phoenix Brownsville Industrial Investors LLC
c/o David E. Lemke
Holland & Knight LLP
511 Union St, Suite 2700
Nashville, TN 37219-1791

Planters Bank
David F. Waguespack, Carver Darden
1100 Poydras Street
Suite 3100
New Orleans, LA 70163-1102

Premier Marketing Group, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Pylon Manufacturing Corp.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Pylon South Bend, Inc.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Pyramid Warehousing, Ltd.
5845 Padre Island HWY
Brownsville, TX 78521-4419

Qindao Carflex Auto Parts Co., Ltd.
10 Dazhonger Road
Jimo District, Qingdao
Shandong 266200 China

Qualis Automotive, L.L.C.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Qualis Enterprises, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Qualitor Acquisition Inc.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Qualitor Automotive, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Qualitor Subsidiary H, Inc.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Qualitor Subsidiary S, Inc.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Qualitor, Inc.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

RMO MSF PTY LTD
ATF Muirhead Family Superannuation Fund
14-16 Brucedale Crescent
Park Orchards VIC 3114 Australia

Reman Management International LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Royal Bank of Canada

SDC TX, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

SRE Miami, LLC
2570 Bradford Lane
Brookfield, WI 53045-1701

STORE Capital Acquisitions, LLC
1 East Washington Street
Suite 2300
Phoenix, AZ 85004-2555

STORE Master Funding IV, LLC
c/o Ballard Spahr LLP
1 East Washington Street
Suite 2300
Phoenix, AZ 85004-2555

STORE Master Funding XIV, LLC
c/o Ballard Spahr LLP
1 East Washington Street
Suite 2300
Phoenix, AZ 85004-2555

Scotland Enterprises, Inc.
Scotland Enterprises, Inc. (Attn: Pres.)
5526 Scotland Rd.
Bentonia, MS 39040-9310

Smart Choice, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

SmartestEnergy US LLC
110 West Fayette Street
Suite 400
Syracuse, NY 13202-1198

SorTech LLC
c/o Ramiro Tovar
1900 Sebastian St.
Mission, TX 78572-8386

Specialty Pumps Group, Inc
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

St. Clair Technologies, Inc.
c/o Clark Hill PLC
Attn: Robert P. Franke
901 Main Street, Suite 6000
Dallas, TX 75202-3748

Staci Corp. d/b/a Vexos, Inc. c/o Nicola G.
Fleischer, Suglia, Dopke & Domowitch, PC
Four Greentree Centre
601 Route 73 North
Suite 305
Marlton, NJ 08053-3475

Stag Industrial Holdings, LLC
One Federal Street
23rd Floor
Boston, MA 02110-2031

Starlight Inventory Holdings I, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Starlight Inventory I, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Strongarm, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

TAE Brakes, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

TAE China Holdings, Inc.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-4015

TRUIST BANK
214 North Tryon Street
Suite 3
Charlotte, NC 28202-1023

Tarrant County
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

The Oslo Nevada Trust
Barry D Rudolph
4012 Dover Rd
Durham, NC 27707-5401

Toledo Edison Company
c/o Law Firm of Russell R. Johnson III,
2258 Wheatlands Drive
Manakin-Sabot, VA 23103 United States 23103-2

Toledo Molding & Die, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Total Quality Logistics, LLC
c/o Dinsmore & Shohl LLP
655 W. Broadway, Suite 800
San Diego, CA 92101-8482

Toyota Industries Commercial Finance, Inc
c/o McCalla Raymer Leibert Pierce, LLP
Bankruptcy Department
1544 Old Alabama Rd
Roswell, GA 30076-2102

Transportation Aftermarket Enterprise, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Trico Holding Corporation
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Trico Products Corporation
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Trico Technologies Corporation
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Tridonex USA LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

UAP (Canada) Inc.

UCI Acquisition Holdings (No. 4) LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

UCI International Holdings Parent Inc.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

UCI International Holdings, Inc.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

UCI International, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

UCI Pennsylvania, Inc.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

UCI-Airtex Holdings, Inc.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

United Components, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

United States Of America
United States Attorney's Office
1000 Louisiana Street
Suite 2300
Houston, TX 77002-5010

United Steel, Paper & Forestry, Rubber, Manu
c/o Patrick M. Flynn P.C.
1225 North Loop West
Suite 1000
Houston, TX 77008-1775

Universal Auto Filter LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Valeo North America, Inc.
co Victoria Argeroplos
Jackson Walker LLP
1401 McKinney St., Suite 1900
Houston, TX 77010-1900

Valeo Sistemas Electricos, S.A. de C.V.
co Victoria Argeroplos
Jackson Walker LLP
1401 McKinney St., Suite 1900
Houston, TX 77010-1900

Viceroy Private Capital, LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Viper Acquisition I, Inc.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Viper Acquisition, Inc.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

WEM US Co.
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Walbro LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Walbro Midco LLC
127 Public Square
Suite 5300
Cleveland, OH 44114-1219

Whirlpool Corporation
c/o Padfield & Stout, LLP
100 Throckmorton Street, Suite 700
Fort Worth, TX 76102-2837

Zurich American Insurance Company
c/o Clark Hill PLC
Attn: Duane J. Brescia
3711 S. Mopac Expressway
Bldg One, Suite 500
Austin, TX 78746-8041

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

15 Kings Grant Partners, LLC
c/o Trey A. Monsour
Fox Rothschild LLP
2501 N. Harwood, #1800
Dallas, TX 75201-1613

ACAR Leasing LTD
c/o Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006-4727

ARIZONA DEPARTMENT OF REVENUE
Office of the Arizona Attorney General
c/o Tax, Bankruptcy and Collection Sct
2005 N Central Ave, Suite 100
Phoenix   AZ 85004-1546

Allied Fire Protection, LLC
c/o Peckar & Abramson, P.C.
1717 West Loop South, Suite 1400
Houston, TX 77027-3072

Alvin Prater
c/o Patrick F. O'Leary
3000 Windsor Court, Suite A
Elkhart, IN 46514-5555

Amy Meade Transport LLC d/b/a A.M. Transport
c/o David J. Claus
27 Court St
Tiffin, OH 44883-2302

ArcBest, Inc
Daniel Lott
3801 Greenwood Rd
Ft. Smith, AR 72901

BFG Corporation d/b/a Byline Financial Group
c/o Ashen Law Group
217 N. Jefferson Street, Ste. 601
Chicago, IL 60661-1114

BOBCAT OF WARSAW, INC.
3568 SOUTH STATE ROAD 15
WARSAW, IN 46580-5815

Binational Industrial Services, LLC
7342 Villa Pancho Dr.
Brownsville, TX 78521-6214

Briggs Equipment
c/o Jonathan Neil & Associates
P.O. Box 7000
Tarzana, CA 91357-7000

CDW / Attn: Manny Velazquez
200 N. Milwaukee Ave
Vernon Hills, IL 60061-1577

CDW, LLC
Attn: Vida Krug
200 N. Milwaukee Ave
Vernon Hills, IL 60061-1577

Cameron County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

Canon Financial Services, Inc.
158 Gaither Drive, Suite 200
Mount Laurel, NJ 08054-1716

Carruth-Doggett, Inc. d/b/a
Toyota Lift of Houston
7110 North Freeway
Houston, TX 77076-1309

Carruth-Doggett, Inc. d/b/a
Toyota Lift of South Texas
7110 North Freeway
Houston, TX 77076-1309

Cellco Partnership d/b/a Verizon Wireless
c/o William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

City of McAllen
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

City of Miami, Oklahoma
c/o Steven W. Soule'
521 East 2nd Street, Suite 1200
Tulsa, OK 74120-1855

Compass Logistics LLC
115 55th Street, 4th FL
Clarendon Hills, IL 60514-1593

Complete Drives, Inc
c/o Beers Mallers, LLP
110 W. Berry Street, Suite 1100
Fort Wayne, IN 46802-2368

Cooley Enterprise, Inc.
dba Carpet Warehouse
650 Woodlawn Drive
Jasper IN 47546-9313

Coyote Logistics, LLC
c/o Michael R. Herz
Fox Rothschild LLP
49 Market Street
Morristown, NJ 07960-5122

Creditors Adjustment Bureau,
assignee of Blackline Systems, Inc.
c/o Law Office of Kenneth J. Freed
4340 Fulton Ave., Third Floor
Sherman Oaks CA 91423-3925

DARKE COUNTY TREASURER
DARKE COUNTY COURTHOUSE
ATTN:  JOSHUA KUNKEL
504 S. BROADWAY ST.
GREENVILLE, OH 45331-1990

DanHil de Mexico S. de RL de CV
c/o Blake Rasner
Haley & Olson, P.C.
100 N. Ritchie Road, Suite 200
Waco, Texas 76712-8517

Daniel Villalta c/o Romero Law, APC
251 S. Lake Avenue, Suite 930
Pasadena, CA 91101-4873

David Willsher and Anne Willsher
ATF Willsher Family Superannuation Fund
13 Marilyn Place
Queanbeyan NSW 2620, Australia

Elkhart County Gravel
19242 US Hwy 6
New Paris IN 46553-9763

Euler Hermes Agent for B&G International
Products, Inc.
100 International Drive 22nd Floor
Baltimore, MD 21202-4783

Euler Hermes Agent for Hongkong and Shanghai
Banking Corporation Limited
100 International Drive 22nd Floor
Baltimore, MD 21202-4783

Euler Hermes Agent for KW Plastics
100 International Drive 22nd Floor
Baltimore, MD 21202-4783

Euler Hermes Agent for Spray Products Corpor
100 International Drive 22nd Floor
Baltimore, MD 21202-4783

Euler Hermes Agent for Traffic Tech Inc
c/o Guy P Young Jr
100 International Dr
Baltimore, MD 21202-4673

(p)EULER HERMES DBA ALLIANZ TRADE
100 INTERNATIONAL DR 22ND
BALTIMORE MD 21202-4783

Euler Hermes agent for BENNETT INTERNATIONAL
c/o ATTN: Guy P Young Jr
100 International dr 22nd fl
Baltimore MD 21202-4783

Euler Hermes agent for Louis Padnos Iron & M
Company
100 International Drive 22nd Floor
Baltimore, MD 21202-4783

Euler Hermes agent for Meiborg Bros Inc.
c/o Guy P Young Jr
100 International dr
22nd fl
Baltimore, MD 21202-4783

FANUC America Corp
Jack Petroskey
3900 W Hamlin Rd
Rochester Hills MI 48309-3253

Ferrellgas
One Liberty Plaza MD 40
Liberty MO 64068-2971

Fox Rothschild LLP
2001 Market Street, Suite 1700
Philadelphia, PA 19103-7045

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Frankart Electric, L.L.C
c/o Frankart Electric
PO Box 627
Fostoria OH 44830-0627

Future Electronics Corp.
41 Main Street
Bolton, MA 01740-1134
Attn: Diane Svendsen

Gates Washer & Manufacturing LLC
5211 N. Otto Avenue
Chicago, IL 60656-1082

HA-International, LLC
630 Oakmont Lane
Westmont, IL 60559-5548
Attn: Bonna B. McMahan

Hidalgo County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

IFG North America, LLC
c/o The Interface Financial Group
7910 Woodmont Avenue, Suite 1050
Bethesda, MD 20814-3069

ITU AbsorbTech, Inc.
c/o Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
Milwaukee, Wisconsin 53212-1077

(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

Indiana American Water
c/o American Water
PO Box 2798
Camden NJ 08101-2700

(p)INDIANA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY
100 N SENATE AVE
INDIANAPOLIS IN 46204-2253

Integrity Express Logistics, LLC
c/o Weltman, Weinberg & Reis Co., LPA
5990 West Creek Rd, Suite 200
Independence, OH 44131-2191

Kansas Gas Service
PO Box 3535
Topeka, KS 66601-3535

Kroy LLC
dba Buckeye Business Products
3830 Kelley Avenue
Cleveland OH 44114-4534

MH Equipment Co
Karin Daly
8901 N. Industrial Rd
Peoria, IL 61615-1509

Macomb County Treasurer's Office,
c/o Attn: Lawrence Rocca, Treasurer
Macomb County Treasurer
One South Main St., 2nd Floor
Mount Clemens MI 48043-2352

Merchants Security Systems Inc
4766 Glendale Milford Rd
Cincinnati, OH 45242-3850

Metalex
700 Liberty Drive
Libertyville, IL 60048-2343

Mid-Atlantic Cooperative
c/o Aero Energy
230 Lincoln Way East
New Oxford, PA 17350-1213

Mongoose Freight Solutions, LLC
c/o T.Josh Judd
Andrews Myers, P.C.
1885 Saint James Place, 15th Floor
Houston, Texas 77056-4175

National Union Fire Insurance Co. of Pittsbu
c/o Adam L. Rosen PLLC
121 Main Street
 Box 1021
Northport, NY 11768-1721

NextProcess, LP
14241 N. Dallas Pkwy, Ste 800
Dallas, TX 75254-2919

(p)OHIO BUREAU OF WORKERS' COMPENSATION
PO BOX 15567
COLUMBUS OH 43215-0567

(p)AMERICAN ELECTRIC POWER
ATTN JASON E REID
1 RIVERSIDE PLAZA 13TH FLOOR
COLUMBUS OH 43215-2373

Old Dominion Freight Line Inc.
Rusty Frazier, Asset Recovery Analyst
500 Old Dominion Way
Thomasville, NC 27360-8923

Oracle America, Inc.
c/o Shawn M. Christianson, Esq.
Buchalter PC
425 Market St., Suite 2900
San Francisco, CA 94105-2491

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Principal Life Insurance Company
711 High St.
Des Moines, IA 50392-0001

QINGDAO CARFLEX AUTO PARTS CO., LTD.
10 Dazhonger Road, Jimo District,
Qingdao, Shandong 266200, China

Quality Parts Supply
c/o Blake Rasner
Haley & Olson, P.C.
100 N. Ritchie Road, Suite 200
Waco, Texas 76712-8517

RLI
c/o Jennings Haug Keleher McLeod Waterfa
2800 N. Central Ave. Suite 1800
Phoenix, AZ 85004-1049

RXO Capacity Solutions, LLC
c/o Michael R. Herz
Fox Rothschild LLP
49 Market Street
Morristown, NJ 07960-5122

Robert Half Inc
c/o Robert Half Recovery Dept
3001 Bishop Dr Suite 130
San Ramon, CA 94583-5005

S.I.D.E.E.
c/o Rene Gonzalez
73 Shadowbrook Ln.
Brownsville, TX 78521-1648

SILT Transportation, Inc
c/o Jorge Lopez M., Esq.
310 N. Mesa St., Suite 900
El Paso, TX 79901-1341

SPANOS PRZETAK, A PROFESSIONAL LAW CORPORATI
555 12TH STREET, SUITE 2060
OAKLAND, CA 94607-3695

SRE Miami, LLC
c/o James W. Rusher
Albright, Rusher & Hardcastle
15 West 6th Street, Suite 2600
Tulsa, OK 74119-5434

Satterlee Plumbing, Heating and Air Conditio
c/o Peter C. Edwards
320 W. 4th Street
Joplin, MO 64801-2594

Schaedler Yesco Distribution, Inc
5000 Louise Drive
Mechanicsburg, PA 17055-4899

Sharon Casey
58 North St
Greenwich, CT 06830-4726

Star Shine Pro Cleaning, LLC
34 Coleman Street, SE
Grand Rapids, MI 49548-7716

(p)STATE OF ALABAMA DEPARTMENT OF REVENUE
P O BOX 320001
MONTGOMERY AL 36132-0001

(p)STATE OF NEW JERSEY DIVISION OF TAXATION
ATTN BANKRUPTCY UNIT
PO BOX 245
TRENTON NJ 08695-0245

TN Dept of Labor - Bureau of Unemployment In
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-4015

TOYOTA INDUSTRIES COMMERCIAL FINANCE
INC.
c/o Weltman, Weinberg & Reis CO LPA
5990 West Creek Rd. Ste 200
Independence, OH 44131-2191

TRISTATE FORKLIFT TIRE
2727 FREEMAN STREET
FORT WAYNE, IN 46802-4424

(p)RENTOKIL NA
ATTN BANKRUPTCY TEAM
1125 BERKSHIRE BLVD
SUITE 150
READING PA 19610-1218

Texas Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin, TX 78711-2548

Texas Gas Service
P.O. Box 219913
Kansas City, MO 64121-9913

Thread Bank
201 East Main St
Rogersville, TN 37857-3311

Toledo Edison
5001 NASA Blvd
Fairmont WV 26554-8248

Toledo Molding & D/E
c/o Scheer, Green and Burke, Co. L.P.A.
P.O. Box 13335
Toledo, OH 43613-0335

Tracy Fu
300 East 55th Street, Apt 25A
New York, NY 10022-4391

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

Varland Plating Co.
3231 Fredonia Ave.
Cincinnati, OH 45229-3309

W.W. Grainger, Inc.
401 S. Wright Rd.
Janesville, WI 53546-8729

William Christopher Harrod
c/o Baker & Associates
950 Echo Ln, Suite 300
Houston, TX 77024-2824

bonnie Stover
8825 Wiloray
Shelby Township, MI 48317-1672

Adam Wesley
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001-2163

Anne Willsher
13 Marilyn Place
Queanbeyan NSW 2620 Australia

Charles Lester Kennon III
McCalla Raymer Leibert Pierce
1635 Village Center Circle
Ste 130
Las Vegas, NV 89134-6375

Christopher L Phillippe
Law Office of Phillippe & Associates
847 E. Harrison St.
Brownsville, TX 78520-7120

Ciara Childs
c/o J. Gerard Stranch, IV
Stranch, Jennings, & Garvey, PLLC
223 Rosa Parks Ave.
Suite 200
Nashville, TX 37203-3513

Clifford William Carlson
Weil Gotshal and Manges
700 Louisiana Street
Suite 3700
Houston, TX 77002-2784

David Parker
Davis & Santos
719 S. Flores Street
San Antonio, TX 78204-1350

David Parker
Davis and Santos, PLLC
719 S. Flores Street
San Antonio, TX 78204-1350

David Willsher
13 Marilyn Place
Queanbeyan NSW 2620 Australia

Francisco Garza
c/o J. Gerard Stranch, IV
223 Rosa Parks Ave.
Suite 200
Nashville, TX 37203-3513

Kroll Restructuring Administrat Kroll Restru
1 World Trade Center
31st Floor
New York, NY 10007-0090

Manuel Fernandez
c/o J. Gerard Stranch, IV
Stranch, Jennings, & Garvey, PLLC
223 Rosa Parks Ave.
Suite 200
Nashville, TN 37203-3513

Manuel Leal
c/o J. Gerard Stranch, IV
Stranch, Jennings, & Garvey, PLLC
223 Rosa Parks Ave.
Suite 200
Nashville, TN 37203-3513

Marco Gaxiola
5602 Buckeye Ct
Brownsville, TX 78526-4342

Martin Titanium American Logistics, Inc.
Martin Seidler
32 Simpson Road
Bolton
Ontario, CanadaL7E 1G9 Canada

Patrick James
Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue
New York, NY 10016-7103

Ronald J Sommers
Ronald Sommers, Trustee
1400 Post Oak Blvd., Suite 300
Houston, TX 77056-6656

Ronald J. Sommers
Nathan Sommers Gibson Dillon P.C.
1400 Post Oak BLVD
Suite 300
Houston, TX 77056-6656

Steven R Bodeman
5629 Colver Road
Talent, OR 97540-6746

Tim Johnson
c/o J. Gerard Stranch, IV
Stranch, Jennings, & Garvey, PLLC
223 Rosa Parks Ave.
Suite 200
Nashville, TN 37203-3513

Tracy Fu
300 E 55th Street
Apt 25A
New York, NY 10022-4391

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Euler Hermes agent for
LAUFER GROUP INTERNATIONAL LTD.
c/o Guy P. Young, Jr.
100 International Dr. 22nd Fl
Baltimore, MD 21202

Illinois Department of Revenue
Bankruptcy Section
PO Box 19035
Springfield, Illinois 62794-9035

Indiana Department of Revenue
Bankruptcy Section
100 N. Senate Ave N240
Indianapolis IN 46204

Ohio Bureau of Workers' Compensation
PO Box 15567
Columbus, OH 43215

Ohio Power Company dba AEP Ohio
Jason Reid
1 Riverside Plaza 13th Floor
Columbus, Ohio 43215

State of Alabama, Department of Revenue
c/o Legal Division
PO BOX 320001
Montgomery AL 36132-0001

State of New Jersey
c/o Division of Taxation Bankruptcy Unit
PO Box 245
Trenton NJ 08695

Terminix
Attn: Bankruptcy Team
1125 Berkshire Blvd., Ste 150
Reading, PA 19610

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)1970 Group, Inc.

(u)1995 Billy Mitchell Boulevard, Inc.

(u)A.N Webber Logistics, Inc.

(u)ACAR Leasing Ltd

(u)ARC CGLGNIN001, LLC

(u)ARC CGMARSC001, LLC

(u)AVO Carbon USA, Inc.

(u)AXIS Insurance Company

(u)Advance Auto Parts, Inc.

(u)Aequum Capital Financial II LLC

(u)Aftermarket Auto Parts Alliance, Inc.

(u)Alliance Automotive Group (EU)

(u)Allianz Global Risks US Insurance Company

(u)Amazon Advertising LLC

(u)Automotive Auto Parts Distributors, Inc.

(u)BDO USA, P.C.

(u)BFG Corporation d/b/a Byline Financial Gro

(u)BPP Cannonball Park A LP fka BPP Shiraz Pa

(u)BPP Shiraz Park A LP

(u)BPREP 1805 S. Wilmington LLC

(u)Banco Actinver, Sociedad Annima, Instituci

(u)Bank of America, N.A.

(u)CMX North America Inc.

(u)Cameron County

| | | |
|---|---|---|
| (u)Carnaby II and III Secured Parties | (u)Central States, Southeast and Southwest Ar | (u)City Of McAllen |
| (u)Comcast Cable Communications Management, L | (u)Evolution Credit Partners | (u)FCA US LLC |
| (u)FactoFrance | (u)Fair American Insurance and Reinsurance Co | (u)Federated Auto Parts Distributors, Inc. |
| (u)First Guaranty Bank | (u)Ford Motor Company | (u)Genuine Parts Company |
| (u)Grammer Inc. and Grammer Americas LLC | (u)Harley-Davidson Motor Company, Inc. | (u)Hidalgo County |
| (u)Hilco Valuation Services, LLC, Dba Hilco G | (d)Horizon Global Corporation<br>127 Public Square<br>Suite 5300<br>Cleveland, OH 44114-1219 | (u)IA Mechanical Inc. |
| (u)IFG North America LLC | (u)IPVIII 185th Street, LLC fka ELHC VIII, LL | (u)IPXXII 193 Street, LLC fka ELHC XXII, LLC |
| (u)Industrial Realty Group LLC | (u)International Union, United Automobile, Ae | (u)Ironshore Indemnity, Inc. |
| (u)Jefferies Financial Group Inc. | (u)Katsumi Servicing, LLC | (u)Keystone Automotive Operations, Inc. |
| (u)LAM TFG | (u)LAM TFG I SPV | (u)LAM TFG II |

| | | |
|---|---|---|
| (u)LBA RV-Company XVII, LP | (u)Leucadia Asset Management LLC | (u)Longkou Haimeng Machinery Co., Ltd. |
| (u)Lordco Parts Ltd. | (u)MacAllister Machinery Company, Inc. | (u)Masergy Communications, Inc. |
| (u)Mayfair Enterprises, LLC | (u)Motion Industries, Inc. | (u)National Union Fire Insurance Co. of Pitts |
| (u)NextProcess, LP | (u)Nissan North America, Inc. | (u)OEC Group |
| (u)Official Committee of Unsecured Creditors | (u)OmniSource, LLC | (u)Onset Financial, Inc. |
| (u)Overdrive Acquisition, LLC \ \\ \ | (u)PGI Northstar LLC | (u)Polaris Industries Inc. |
| (u)Premium Guard Incorporated | (u)QBE Insurance Corporation | (u)RLI Insurance Company |
| (u)RWI Logistics LLC | (u)Raistone Capital LLC | (u)Raistone Factoring Parties |
| (u)Raistone Purchasing LLC -Series XXXII | (u)Raistone Purchasing LLC-Series XXVIII | (u)Randall Metals Corporation |
| (u)Rebuilders Automotive Supply Co. | (u)Ryder Integrated Logistics, Inc. | (u)SMURFIT WESTROCK PLC and affiliates |

(u)SPV Debtors

(u)Silver Point Capital, L.P.

(u)Southern Machinery Repair, Inc.

(u)T.H.I. Group Ltd.

(u)Terra Worldwide Logistics LLC dba  America

(u)Texas Comptroller of Public Accounts, Reve

(u)The City of Jasper, Indiana

(u)The NOCO Company

(u)The Pronto Network Cooperative, Inc.

(u)The Reinalt-Thomas Corporation d/b/a Disco

(u)Toyota Industries Commercial Finance, Inc.

(u)Transend Logistics, LLC

(u)TriMas Corporation

(u)U.S. BANK NATIONAL ASSOCIATION

(u)UMB Bank, N.A.

(u)Uni-Select, Inc.

(u)Volkswagen Group of America, Inc. and cert

(u)Volvo Penta of the Americas, LLC

(u)Washington Penn Plastics Co. Inc.

(u)Westfield Select Insurance Company

(u)Wilmington Savings Fund Society, FSB

(u)XL Parts, LLC

(u)Zurich American Insurance Company

(d)AIG Insurance Company of Canada
c/o Adam L. Rosen PLLC
121 Main Street
Box 1021
Northport, NY 11768-1721

(d)Durham BDR LLC
4012 Dover Rd
Durham, NC 27707-5401

(d)GS Financial Network
7910 Woodmont Avenue Ste 1050
Bethesda, MD 20814-3069

(d)RMO MSF PTY LTD
ATF Muirhead Family Superannuation Fund
14-16 Brucedale Crescent
Park Orchards VIC 3114 Australia

(d)The Oslo Nevada Trust
Barry D Rudolph
4012 Dover Rd
Durham, NC 27707-5401

(u)Adam S Wesley

(u)Amanda Coxbill

(u)Daniel Villalta

(u)Diana J Holt

(u)Edward James

(u)Hannah Aiello

(u)Laurie Stein

(u)Maria Tapia

(u)Martin De Luca

(u)Michael Baker

(u)Michael Bueno

(u)Nelly Luna

(u)Nigel Crighton

(u)Peter Andrew Brumbergs

(u)Scott Wallace

(d)Sharon Casey
58 North Street
Greenwich, CT 06830-4726

(u)Shekhar Kumar

(u)Stephen Graham

(u)William Christopher Harrod

End of Label Matrix
Mailable recipients    318
Bypassed recipients    131
Total                  449