**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.¹** | § | |

**<u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>**

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On June 5, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Infor (US), LLC, (ADRID: 30814539), 244 Perimeter Center Pkwy NE, Suite 400, Atlanta, GA 30346:

- Notice of Filing of Further Revised Proposed Order (A) Approving Sale Transaction for Debtors' TMD Business Line, (B) Approving Assumption, Assignment, and Sale of Certain Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 2664]

On June 5, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on AHB Tooling & Machinery LLC, (ADRID: 31230321), 1663 Champagne Dr N, Saginaw, MI 48604-9202:

- Certificate of No Objection Regarding Motion of Debtors for an Order Further Extending Deadline by which Debtors May Remove Civil Actions [Docket No. 2677]

On June 5, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First-Class Mail on Ingram Micro Flex Pymt SOL., (ADRID: 30718575), Attn: President or General Counsel, 3351 Michelson Drive, Suite 100, Irvine, CA 92612-0697:

- Emergency Motion for Order (A) Approving Settlement Between Debtors and Horizon Europe and the Sale of Certain Assets in Connection Therewith, and (II) Granting Related Relief [Docket No. 2719]

---

¹ A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

- Declaration of Nicholas Haughey in Support of (I) Emergency Motion for Order (A) Approving Sale Transaction for Debtors' Horizon North America Business Line, (B) Approving Assumption, Assignment, and Sale of Certain Contracts and Unexpired Leases, and (C) Granting Related Relief and (II) Emergency Motion for Order (A) Approving Settlement Between Debtors and Horizon Europe and the Sale of Certain Assets in Connection Therewith, and (B) Granting Related Relief [Docket No. 2720]

- Declaration of Nathan Mooney in Support of (I) Emergency Motion for Order (A) Approving Sale Transaction for Debtors' Horizon North America Business Line, (B) Approving Assumption, Assignment, and Sale of Certain Contracts and Unexpired Leases, and (C) Granting Related Relief and (II) Emergency Motion for Order (A) Approving Settlement Between Debtors and Horizon Europe and the Sale of Certain Assets in Connection Therewith, and (B) Granting Related Relief [Docket No. 2721]

- Declaration of Charles M. Moore in Support of (I) Emergency Motion for Order (A) Approving Sale Transaction for Debtors' Horizon North America Business Line, (B) Approving Assumption, Assignment, and Sale of Certain Contracts and Unexpired Leases, and (C) Granting Related Relief and (II) Emergency Motion for Order (A) Approving Settlement Between Debtors and Horizon Europe and the Sale of Certain Assets in Connection Therewith, and (B) Granting Related Relief [Docket No. 2723]

On June 5, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Ingram Micro Flex Pymt SOL., (ADRID: 30718575), Attn: President or General Counsel, 3351 Michelson Drive, Suite 100, Irvine, CA 92612-0697:

- Notice of Hearing on (I) Sale of Horizon North America Assets and (II) Horizon Settlement Scheduled for May 26, 2026, at 2:00 p.m. (prevailing Central Time) [Docket No. 2744]

Dated: June 11, 2026

/s/ Paul Pullo
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 11, 2026, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

SRF 96748, 96749, 96750 & 96752