Electronic Appearance Sheet

Robert Stark, BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

Bennett Silverberg, BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

John Sparacino, McKool Smith
Client(s): Garza Plaintiff Group

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): Debtors

Christine Calabrese, Weil, Gotshal & Manges LLP
Client(s): Debtors

Rebecca Sivitz, Weil, Gotshal & Manges LLP
Client(s): Debtors

Trey Monsour, Fox Rothschild
Client(s): 1600 Industrial

Eric Wertheim, Proskauer Rose LLP
Client(s): Plaintiff Evolution Credit Opportunity Master Fund II-B, L.P.

Robert Stark, BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

Bennett Silverberg, BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

John R.  Dodd, Baker & McKenzie LLP
Client(s): Arab Banking Corporation B.S.C.

Jiawei Lin, Baker & McKenzie LLP
Client(s): Arab Banking Corporation B.S.C.

Michael Duke, Ellsberg Baker & Maruri
Client(s): Evolution

Ella Epstein, Ellsberg Baker & Maruri
Client(s): Evolution

Scott Zuber, Chiesa Shahinian & Giantomasi PC
Client(s): Berkley Regional Insurance Company

AnnElyse Gains, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group

Electronic Appearance Sheet

Robert Marsters, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group

Bryan Kotliar, Morrison Foerster
Client(s): Onset Financial, Inc.

Lisa Laukitis, Milbank LLP
Client(s): Silver Point Capital

Jason Kestecher, Milbank LLP
Client(s): Silver Point Capital

Erin Dexter, Milbank LLP
Client(s): Silver Point Capital

Sarah Campbell, Clifford Chance US LLP
Client(s): ING Belgium

Douglas  Deutsch, Clifford Chance US LLP
Client(s): ING Belgium

Emil A. Kleinhaus, Wachtell, Lipton, Rosen & Katz
Client(s): Leucadia Asset Management LLC

Michael A.  Cassel, Wachtell, Lipton, Rosen & Katz
Client(s): Leucadia Asset Management LLC

Mark Freedlander, McGuireWoods LLP
Client(s): Ford Motor Co.

Christopher Johnson, Diamond McCarthy LLP
Client(s): Automotive Parts Service Group

Allan Brilliant, Dechert LLP
Client(s): Carnaby II and III secured lenders

Jayson  Ruff, US DOJ
Client(s): US Trustee

Ian  Phillips, Cole Schotz
Client(s): UCC

Bethany Simmons, Loeb & Loeb LLP
Client(s): ARC CGMARSC001, LLC and ARC CGLGNIN001, LLC

Justin Kesselman, ArentFox Schiff
Client(s): Wilmington Savings Fund Society FSB

Electronic Appearance Sheet

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): Debtors

Sunny Singh, Weil, Gotshal & Manges LLP
Client(s): Debtors

Robert Stark, Brown Rudnick LLP
Client(s): Official Committee of Unsecured Creditors

Will Dorward, Singer & Levick, P.C.
Client(s): Link Properties

Rachel Goldman, Bracewell LLP
Client(s): Edward James

Robert Stark, BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

Bennett Silverberg, BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

Luke Schooler, Pro Se, None, Pro Se
Client(s): Undergraduate student wishing to spectate

Robert  Marsters, Gibson, Dunn & Crutcher LLP
Client(s): Wilmington Savings Fund Society, FSB

Michael  Duke, Elsberg Baker Maruri PLLC
Client(s): Ron Sommers (Trustee for Starlight and Patterson SPVs)

Justin Kesselman, ArentFox Schiff LLP
Client(s): Wilmington Savings Fund Society FSB

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): Debtors

Lisa Laukitis, Milbank LLP
Client(s): Silver Point Capital

Jason Kestecher, Milbank LLP
Client(s): Silver Point Capital

Erin Dexter, Milbank LLP
Client(s): Silver Point Capital

Philip  Racusin , Hendershot Cowart
Client(s): Attorney for Scotland Enterprises Inc.

Electronic Appearance Sheet

Andy Schrag, Blank Rome LLP
Client(s): Aequum Capital Financial II LLC

Will Dorsey, Blank Rome LLP
Client(s): Aequum Capital Financial II LLC

Elizabeth Feld, White & Case LLP
Client(s): Royal Bank of Canada

Claudia Tobler, Selendy Gay PLLC
Client(s): not applicable

AnnElyse Gains, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group

Robert Marsters, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group

Philip Racusin, Hendershot Cowart
Client(s): Attorney representing Scotland Enterprises Inc.

John R. Dodd, Baker & McKenzie LLP
Client(s): Arab Banking Corporation B.S.C.

Lisa Laukitis, Milbank LLP
Client(s): Silver Point Capital

Jason Kestecher, Milbank LLP
Client(s): Silver Point Capital

Erin Dexter, Milbank LLP
Client(s): Silver Point Capital

Lisa  Powell, FisherBroyles, LLP
Client(s): Longkou Haimen Machinery Co., LTD

James Keefe, Porter Hedges LLP
Client(s): Carnaby Secured Lenders

Vianey Garza, Office of the U.S. Trustee
Client(s): U.S. Trustee

Jayson Ruff, US DOJ
Client(s): US Trustee

Dan McGuire, Winston Taylor LLP
Client(s): Bank of America, as ABL Agent

Electronic Appearance Sheet

Will Dorward, Singer & Levick, P.C.
Client(s): Link Realty

Ian Phillips, Cole Schotz
Client(s): UCC

Justin Kesselman, ArentFox Schiff LLP
Client(s): Wilmington Savings Fund Society FSB

David Zylberberg, Simpson Thacher & Bartlett LLP
Client(s): Ben Duster as Independent Director to certain SPVs

Scott Saldaña, Reid Collins & Tsai LLP
Client(s): Ronald Sommers as Ch. 7 Trustee for the Patterson and Starlight SPV Debtors

Erin  Jones, Jones Murray LLP
Client(s): Ronald J. Sommers, Chapter 7 Trustee

John Higgins, Porter Hedges LLP
Client(s): Carnaby II and III Secured Parties

yiyi xue, longkou haimeng
Client(s): longkou haimeng

Eric Haitz, Bonds Ellis Eppich Schafer Jones LLP
Client(s): AVO Carbon USA, Inc.

Michael Duke, Elsberg Baker & Maruri PLLC
Client(s): Evolution Entities

Eric Hilmo, Dechert LLP
Client(s): Carnaby Secured Lenders

Matt Barr, Weil
Client(s): Debtor

Allan Brilliant, Dechert LLP
Client(s): Carnaby Secured Lenders

Alana Porrazzo, Jennings Haug Keleher McLeod Waterfall LLP
Client(s): RLI Insurance Company

Sunny Singh, Weil, Gotshal & Manges LLP
Client(s): Debtors

Robert Berezin, Weil, Gotshal & Manges LLP
Client(s): Debtors

Electronic Appearance Sheet

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): Debtors

Matthew Barr, Weil, Gotshal & Manges LLP
Client(s): Debtors

Kenneth Aulet, Brown Rudnick
Client(s): Counsel to the Official Committee of Unsecured Creditors

Kenneth Aulet, Brown Rudnick LLP
Client(s): Co-Counsel to the Official Committee of Unsecured

Creditors