**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.[1]** | § | |

**<u>AFFIDAVIT OF SERVICE</u>**

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, (the "***Confirmation Letter***") to be served via First-Class Mail on the date set forth on the list of parties attached hereto as **<u>Exhibit A</u>**.

In addition to the hard copy service detailed above, on June 5, 2026, at my direction and under my supervision, employees of Kroll caused the electronic version of the Confirmation Letter to be served via email on the list of parties attached hereto as **<u>Exhibit B</u>**.

Dated: June 12, 2026

*/s/ Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on June 12, 2026, by Thomas Evangelista, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**Exhibit A**

Exhibit A
Served via First-Class Mail as set forth below

| Docket Number | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2776 | Future Electronics Corp. Attn: Diane Svendsen 41 Main Street Bolton, MA 01740<br><br>Future Electronics Corp. Attn: Diane Svendsen 16711 Trans Canada Kirkland, QC H9H 3L1 Canada | AIG Insurance Company of Canada c/o Adam L. Rosen PLLC Attn: Adam L. Rosen 121 Main Street Box 1021 Northport, NY 11768 | June 5, 2026 |
| 2777 | Future Electronics Corp. Attn: Diane Svendsen 41 Main Street Bolton, MA 01740<br><br>Future Electronics Corp. Attn: Diane Svendsen 16711 Trans Canada Kirkland, QC H9H 3L1 Canada | AIG Insurance Company of Canada c/o Adam L. Rosen PLLC Attn: Adam L. Rosen 121 Main Street Box 1021 Northport, NY 11768 | June 5, 2026 |
| 2778 | Future Electronics Corp. Attn: Diane Svendsen 41 Main Street Bolton, MA 01740<br><br>Future Electronics Corp. Attn: Diane Svendsen 16711 Trans Canada Kirkland, QC H9H 3L1 Canada | AIG Insurance Company of Canada c/o Adam L. Rosen PLLC Attn: Adam L. Rosen 121 Main Street Box 1021 Northport, NY 11768 | June 5, 2026 |

In re: First Brands Group LLC, *et al.*
Case No. 25-90399 (CML)                    Page 1 of 1

**Exhibit B**

Exhibit B
Served via email

| Docket Number | Transferor Email | Transferee Email |
|---|---|---|
| 2776 | Email Address on File | Email Address Not Provided |
| 2777 | Email Address on File | Email Address Not Provided |
| 2778 | Email Address on File | Email Address Not Provided |

In re: First Brands Group LLC, *et al* .
Case No. 25-90399 (CML)                    Page 1 of 1