**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | **Re:  Docket Nos. 3019 & 3020** |

**NOTICE OF FILING OF (I) SOLICITATION VERSIONS OF**
**CHAPTER 11 PLAN AND DISCLOSURE STATEMENT AND (II) REDLINES**

**PLEASE TAKE NOTICE THAT**, on June 12, 2026, First Brands Group, LLC and certain affiliated Debtors (the "**FBG Debtors**") filed a revised *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* (Docket No. 2981) (the "**Revised Joint Plan**").

**PLEASE TAKE FURTHER NOTICE THAT**, on June 12, 2026, the FBG Debtors filed a revised *Disclosure Statement for Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* (Docket No. 2982) (the "**Revised Disclosure Statement**").

**PLEASE TAKE FURTHER NOTICE THAT**, on June 16, 2026, the FBG Debtors filed the solicitation version of the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* (Docket No. 3019) (the "**Solicitation Plan**").  On June 17, 2026, the FBG Debtors filed the solicitation version of the *Disclosure Statement for Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* (Docket No. 3020)

---

[1]     A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

(the "**Solicitation Disclosure Statement**").   The Solicitation Plan and Solicitation Disclosure Statement contain certain revisions to the Revised Joint Plan and Revised Disclosure Statement.

       **PLEASE TAKE FURTHER NOTICE THAT** a redline of the Solicitation Plan marked against the Revised Joint Plan is attached hereto as **Exhibit A**.

       **PLEASE TAKE FURTHER NOTICE THAT** a redline of the Solicitation Disclosure Statement marked against the Revised Disclosure Statement is attached hereto as **Exhibit B**.

Dated: June 17, 2026
   Houston, Texas

         /s/  Clifford W. Carlson
         WEIL, GOTSHAL & MANGES LLP
         Gabriel A. Morgan (24125891)
         Clifford W. Carlson (24090024)
         700 Louisiana Street, Suite 3700
         Houston, Texas 77002
         Telephone:  (713) 546-5000
         Facsimile:  (713) 224-9511
         Email:   gabriel.morgan@weil.com
             clifford.carlson@weil.com

         -and-

         WEIL, GOTSHAL & MANGES LLP
         Matthew S. Barr (admitted *pro hac vice*)
         Sunny Singh (admitted *pro hac vice*)
         Andriana Georgallas (admitted *pro hac vice*)
         Kevin Bostel (admitted *pro hac vice*)
         Jason H. George (admitted *pro hac vice*)
         767 Fifth Avenue
         New York, New York 10153
         Telephone:  (212) 310-8000
         Facsimile:  (212) 310-8007
         Email:   matt.barr@weil.com
             sunny.singh@weil.com
             andriana.georgallas@weil.com
             kevin.bostel@weil.com
             jason.george@weil.com

         *Attorneys for Debtors*
         *and Debtors in Possession*

3

## Certificate of Service

I hereby certify that on June 17, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

_/s/  Clifford W. Carlson_
Clifford W. Carlson