**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |
| | § | **Re: Docket No. 2532** |

**JOINT NOTICE OF ADJOURNMENT
OF HEARING ON CROWN'S MOTION TO COMPEL**

**PLEASE TAKE NOTICE** that, on April 24, 2026, Crown Equipment Corporation filed *Crown Equipment Corporation's Motion Seeking to Compel Assumption or Rejection of Unexpired Leases and Executory Contracts and Directing Debtors to Remit Post-Petition Lease Payments Pursuant to 11 U.S.C. §§ 365 and 503* (Docket No. 2532) (the "**Motion**") in the above-captioned chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that the Motion was scheduled to be heard on June 17, 2026 at 1:00 p.m. (Central Time).

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the relief requested in the Motion has been adjourned to **July 15, 2026 at 10:00 a.m. (Central Time)**.

**PLEASE TAKE FURTHER NOTICE** that the deadline for parties to file a response to the Motion is **July 10, 2026**.

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Dated:  June 17, 2026

*/s/  Clifford W. Carlson*
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:    gabriel.morgan@weil.com
              clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matt Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason H. George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:    matt.barr@weil.com
              sunny.singh@weil.com
              andriana.georgallas@weil.com
              kevin.bostel@weil.com
              jason.george@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

*/s/  Christopher S. Baxter*
SEBALY, SHILLITO + DYER
Christopher S. Baxter (admitted *pro hac vice*)
220 E. Monument Ave., Suite 500
Dayton, Ohio 45402
Phone: (937) 222-2500
Fax: (614) 222-6554
Email: cbaxter@ssdlaw.com

*Counsel for Crown Equipment Corporation*

**<u>Certificate of Service</u>**

I hereby certify that on June 17, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Clifford W. Carlson*
Clifford W. Carlson