UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## **Motion and Order for Admission *Pro Hac Vice***

| Division | Houston | Main Case Number | 25-90399 (CML) |
|---|---|---|---|
| Debtor | | In Re: | First Brands Group, LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Sara C. Bisantz<br>Harter Secrest & Emery LLP<br>50 Fountain Plaza, Suite 1000<br>Buffalo, New York 14202<br>(716) 853-1616; sbisantz@hselaw.com<br>NY Bar No. 6288302 |
|---|---|

| Name of party applicant seeks to appear for: | Forteq UK LTD. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/17/2026 | Signed: /s/ Sara C. Bisantz |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____

United States Bankruptcy Judge