United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 18, 2026
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 25-90399 (CML) |
|---|---|---|---|
| Debtor | | In Re: | First Brands Group, LLC, et al. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael-Anthony B. Jaoude<br>Harter Secrest & Emery LLP<br>50 Fountain Plaza, Suite 1000<br>Buffalo, New York 14202<br>(716) 853-1616; mjaoude@hselaw.com<br>NY Bar No. 5621198 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Forteq UK LTD. |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/17/2026 | Signed: /s/ Michael-Anthony B. Jaoude |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Signed: June 18, 2026

_____
Christopher Lopez
United States Bankruptcy Judge