United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 18, 2026
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 25-90399 (CML) |
|---|---|---|---|
| Debtor | | In Re: | First Brands Group, LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Sara C. Bisantz<br>Harter Secrest & Emery LLP<br>50 Fountain Plaza, Suite 1000<br>Buffalo, New York 14202<br>(716) 853-1616; sbisantz@hselaw.com<br>NY Bar No. 6288302 |
|---|---|

| Name of party applicant seeks to appear for: | Forteq UK LTD. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:   6/17/2026 | Signed:   /s/ Sara C. Bisantz |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature: |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Signed:  June 18, 2026

_____
Christopher Lopez
United States Bankruptcy Judge