United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 18, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-90399 |
| FIRST BRANDS GROUP, LLC, *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

**ORDER DENYING MOTION TO
INCREASE EXAMINATION BUDGET**
(RE: ECF No. 2571)

In November 2025, the Court entered an Order Directing the Appointment of an Examiner.[1] The Examiner Order set an Examination Budget not to "exceed $7 million, inclusive of all costs, fees, and expenses of the Examiner and any professionals or services retained by or for the Examiner." This was without prejudice to the Examiner's right to seek an increase of the Examination Budget. The DIP Budget was also modified to permit up to $7 million for the costs of the Examiner's work; provided that nothing in the Examiner Order "mandates any future modifications to the DIP Budget."

The Examiner submitted his report in April 2026.[2] In May 2026, the Examiner filed a motion seeking to increase the Examination Budget.[3] Several parties objected.[4] Increasing the Budget is not mandated under the Bankruptcy Code or the Examiner Order. After carefully considering the arguments the parties raised, the Court denies the Examiner's motion.

Signed on June 18, 2026

Christopher Lopez
United States Bankruptcy Judge

---

[1] ECF No. 726.
[2] ECF No. 2478.
[3] ECF No. 2571.
[4] ECF Nos. 3006, 3007.