**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | § | **Chapter 11** |
|  | § |  |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
|  | § |  |
|  | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | **Re: Docket Nos. 3017, 3018, 3038** |

**NOTICE OF EMERGENCY HEARING ON
DEBTORS' RETIREE COMMITTEE MOTION**

**PLEASE TAKE NOTICE THAT**, on June 16, 2026, the Debtors filed the *Motion of Debtors for Order (I) Authorizing and Directing the United States Trustee to Appoint a Committee of Retired Employees and (II) Granting Related Relief* (Docket No. 3017) (the "**Retiree Committee Motion**"), seeking, among other things, the appointment of a committee of retired employees, as contemplated under section 1114 of the Bankruptcy Code, to serve as a representative body for certain retired employees that can engage in discussions with the Debtors regarding modification and/or termination of retiree benefits, with a proposed order granting the relief requested in the Retiree Committee Motion attached thereto as Exhibit A (the "**Proposed Order**").

**PLEASE TAKE FURTHER NOTICE THAT**, on June 16, 2026, the Debtors filed the *Declaration of Nicholas Haughey in Support of Motion of Debtors for Order (I) Authorizing and Directing the United States Trustee to Appoint a Committee of Retired Employees and (II) Granting Related Relief* (Docket No. 3018).

**PLEASE TAKE FURTHER NOTICE THAT,** on June 21, 2026, the Debtors

---

[1]     A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

filed the *Notice of Filing of Revised Proposed Order (I) Authorizing and Directing the United States Trustee to Appoint a Committee of Retired Employees and (II) Granting Related Relief.* (Docket No. 3038), with a proposed order granting the relief requested in the Retiree Committee Motion attached thereto as Exhibit A (the "**Revised Proposed Order**"), with a redline of the Revised Proposed Order against the Proposed Order attached thereto as Exhibit B.

**PLEASE TAKE FURTHER NOTICE THAT**, an emergency hearing will be held on the Retiree Committee Motion before the Honorable Christopher M. Lopez on **June 25, 2026 at 11:00 a.m. (Central Time)** (the "**Emergency Hearing**").

**PLEASE TAKE FURTHER NOTICE THAT**, any responses or objections to the Retiree Committee Motion shall be filed with the Court prior to the Emergency Hearing.

**PLEASE TAKE FURTHER NOTICE THAT**, the Emergency Hearing will be conducted in Courtroom 402, 4th floor, 515 Rusk Avenue, Houston, TX 77002.  You may participate in the Emergency Hearing either in person or by an audio and video connection.  Audio communication will be by use of the Court's dial-in facility.  You may access the facility at 832-917-1510 and entering the conference code 590153.  Video communication will be by use of the Gotomeeting Platform.  Connect via the free Gotomeeting Application or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website.  The meeting code is "JudgeLopez".  Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that copies of the Retiree Committee Motion are available by visiting the website maintained by the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands/.  A PACER login and password are required to access documents on the Court's website, and these can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov.

2

Dated:  June 22, 2026
        Houston, Texas

Respectfully submitted,

   /s/  Clifford W. Carlson
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:    gabriel.morgan@weil.com
          clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Alejandro Bascoy (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   matt.barr@weil.com
         sunny.singh@weil.com
         andriana.georgallas@weil.com
         kevin.bostel@weil.com
         alejandro.bascoy@weil.com

*Attorneys for Debtors and Debtors in Possession*

## Certificate of Service

I hereby certify that on June 22, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

_/s/  Clifford W. Carlson_
Clifford W. Carlson