**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRST BRANDS GROUP, LLC, et al.[1] | Case No. 25-90399 (CML) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING ON TOTAL QUALITY LOGISTICS, LLC'S MOTION TO ALLOW ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. SECTION 503 AND COMPEL PAYMENT**

**PLEASE TAKE NOTICE THAT**, on May 12, 2026, Total Quality Logistics, LLC ("TQL") filed its *Emergency Motion to Allow Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(1)(A) and Compel Payment* (Docket No. 2644) ("Motion"), with a proposed order granting the relief requested in the Motion attached thereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE THAT**, a hearing will be held on the Motion before the Honorable Christopher M. Lopez on **July 15, 2026, at 10:00 a.m. (Central Time)**.

**PLEASE TAKE FURTHER NOTICE THAT**, the hearing will be conducted in Courtroom 402, 4th floor, 515 Rusk Avenue, Houston, Texas 77002. You may participate in the hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility by calling 832-917-1510 and then entering the conference code 590153. Video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website. The

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

1

meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting

**PLEASE TAKE FURTHER NOTICE THAT**, a copy of the Motion is available by visiting the website maintained by the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands/. A PACER login and password are required to access documents on the Court's website, and these can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov.

Dated:  June 23, 2026                                    Respectfully Submitted,


By: */s/ Yosina M. Lissebeck*
Yosina M. Lissebeck
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
yosina.lissebeck@dinsmore.com
Tel: (619) 400-0500
*Attorneys for Total Quality Logistics, LLC*

## **Certificate of Service**

I hereby certify that on June 23, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.


*/s/ Yosina M. Lissebeck*
Yosina M. Lissebeck