**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**NOTICE OF (I) FILING OF PLAN SUPPLEMENT AND LIQUIDATION**
**ANALYSIS, (II) COMBINED OBJECTION DEADLINE FOR FINAL APPROVAL**
**OF DISCLOSURE STATEMENT AND PLAN, AND (III) RELATED DEADLINES**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.      ***Conditional Approval of Disclosure Statement***.  On June 12, 2026, the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**")[2] conditionally approved the *Disclosure Statement for Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* (Docket No. 3020) (including any exhibits and schedules thereto and as may be modified, amended, or supplemented, the "**Disclosure Statement**") of First Brands Group Holdings, LLC, its direct and indirect Debtor subsidiaries, and Viceroy Private Capital, LLC (collectively, the "**FBG Debtors**"), and entered an order (Docket No. 2990) (the "**Disclosure Statement Order**") approving the Disclosure Statement and granting related relief.  The Disclosure Statement Order, among other things, authorizes the FBG Debtors to solicit votes to accept the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors*, filed on June 16, 2026 (Docket No. 3019) (including any exhibits and schedules thereto and as may be modified, amended, or supplemented, the "**Plan**"), and scheduled a hearing to consider confirmation of the Plan and final approval of the Disclosure Statement (the "**Combined Hearing**") for **July 28, 2026 at 9:00 a.m. (Central Time)**.

2.      ***Plan Supplement and Liquidation Analysis***.  On June 23, 2026, the FBG Debtors filed the *Notice of Filing of (I) Plan Supplement and (II) Liquidation Analysis* (Docket No. 3046) attaching exhibits which supplement the Plan (collectively, the "**Plan Supplement**"), as well as the Liquidation Analysis.  The Plan Supplement includes: (i) the Schedule of Retained Causes of Action; (ii) the disclosure of the identity of the Wind Down Administrator, (iii) the disclosure of the identity of the Claims Ombudsman, (iv) the Litigation Trust Agreement, including the List of Litigation Trust Assets, (v) the Litigation Trust Backstop Agreement, and (vi) a non-exhaustive Schedule of Specified Non-Released Parties, among other documents.  The Plan Supplement may be amended, modified, or supplemented on or before the Confirmation Date.

3.      ***Voting and Preference Settlement Opt-In Deadlines***.  If you received a Ballot and intend to vote on the Plan, you must execute and return your completed Ballot according to and as set forth in detail in the instructions on your Ballot so that it is actually received by the FBG Debtors' solicitation and voting agent, Kroll Restructuring Administration LLC ("**Kroll**") on or before **July 20, 2026 at 5:00 p.m. (Central Time)** (the "**Voting Deadline**").  If you received a Preference Settlement Opt-In Form and intend to opt-in to the Preference Settlement, you must you must execute and return your completed Preference Settlement Opt-In Form according to and as set forth in detail in the

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FirstBrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Disclosure Statement or the Plan (each as defined herein), as applicable.

instructions on your Preference Settlement Opt-In Form so that it is actually received by Kroll **on or before 5:00 p.m. (Central Time) on the date that is forty-five (45) days following the Confirmation Date** (the "**Preference Settlement Opt-In Deadline**").

4.　　*Objections to Confirmation*. The deadline to object or respond to confirmation of the Plan or final approval of the Disclosure Statement is **July 20, 2026 at 5:00 p.m. (Central Time)** (the "**Combined Objection Deadline**"). Objections and responses, if any, to confirmation of the Plan or final approval of the Disclosure Statement, must: (i) be in writing; (ii) conform to the Bankruptcy Rules and the Bankruptcy Local Rules, and any order of the Court; (iii) set forth the name of the objecting party and the nature and amount of Claims or Interests held or asserted by the objecting party; (iv) provide the basis for the objection and the specific grounds therefor, and, if practicable, a proposed modification to the Plan that would resolve such objection; and (v) be filed with the Bankruptcy Court (with proof of service) via ECF or by mailing to the Bankruptcy Court at United States Bankruptcy Court Clerk's Office, United States Courthouse, 515 Rusk Avenue, Courtroom 402, 4th Floor, Houston, Texas 77002, so as to be actually received no later than the Combined Objection Deadline.

5.　　*Additional Information*. Any party in interest wishing to obtain information about the solicitation procedures or copies of the Disclosure Statement, the Plan, the Plan Supplement, the Liquidation Analysis, or other solicitation materials should contact by: (a) calling (646) 290-7146 (international, toll) or (877) 631-1151 (U.S./Canada, toll free), (b) writing to First Brands Group, LLC Ballot Processing, c/o Kroll Restructuring Administration LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232 (if by first class mail, hand delivery or overnight mail), or (c) emailing FirstBrandsInfo@ra.kroll.com with "First Brands Solicitation Inquiry" in the subject line. Interested parties may also review and download the Disclosure Statement, Plan, Plan Supplement, and the Liquidation Analysis free of charge at https://restructuring.ra.kroll.com/FirstBrands. In addition, the Disclosure Statement, Plan, Plan Supplement, and the Liquidation Analysis are on file with the Bankruptcy Court and may be reviewed for a fee by accessing the Bankruptcy Court's website: https://www.txs.uscourts.gov/. Note that a PACER password and login are needed to access documents on the Bankruptcy Court's website. A PACER password can be obtained at: https://pacer.uscourts.gov/.

6.　　You may also access electronic copies of the Plan, Disclosure Statement, Plan Supplement, and any other solicitation materials via the QR Code below. You can contact Kroll using the methods explained above to request to receive a USB flash drive containing, or a hard copy of, the Plan, Disclosure Statement, Plan Supplement. Please be advised that Kroll cannot provide legal advice.



**YOU ARE ADVISED AND ENCOURAGED TO CAREFULLY REVIEW AND CONSIDER THE PLAN AND PLAN SUPPLEMENT, AS YOUR RIGHTS MIGHT BE AFFECTED.**

Dated:  June 23, 2026
         Houston, Texas

*/s/  Clifford W. Carlson*

WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   gabriel.morgan@weil.com
       clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason H. George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   matt.barr@weil.com
       sunny.singh@weil.com
       andriana.georgallas@weil.com
       kevin.bostel@weil.com
       jason.george@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

3

**<u>Certificate of Service</u>**

I hereby certify that on June 23, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

<u> /s/  Clifford W. Carlson       </u>
Clifford W. Carlson