**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | **Chapter 11** |
|  | § |  |
| **FIRST BRANDS GROUP, LLC**, *et al.*, | § | **Case No. 25-90399 (CML)** |
|  | § |  |
|  | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | **Docket Nos. 3017, 3038** |

**NOTICE OF FILING OF FURTHER
REVISED PROPOSED ORDER (I) AUTHORIZING
AND DIRECTING THE UNITED STATES TRUSTEE TO APPOINT A
COMMITTEE OF RETIRED EMPLOYEES AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE THAT**, on June 16, 2026, First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the *Emergency Motion of Debtors for Order (I) Authorizing and Directing the United States Trustee to Appoint a committee of Retired Employees and (II) Granting Related Relief* (Docket No. 3017) (the "**Motion**"),[2] with a proposed form of order granting the relief requested therein attached thereto (the "**Proposed Order**").

**PLEASE TAKE FURTHER NOTICE THAT**, on June 21, 2026, the Debtors filed the *Notice of Filing of Revised Proposed Order (I) Authorizing and Directing the United States Trustee to Appoint a Committee of Retired Employees and (II) Granting Related Relief* (Docket No. 3038), with a revised Proposed Order attached thereto (the "**Revised Proposed Order**").

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby file a further revised Proposed Order attached hereto as __Exhibit A__ (the "**Further Revised Proposed Order**"), which reflects additional informal comments received from the Office of the United States Trustee for Region 7 (the "**UST**").  The UST does not object to entry of the Further Revised Proposed Order. The relief sought in the Motion and the modifications reflected in the Further Revised Proposed Order is also supported by the Ad Hoc Group, the ABL Secured Parties, and the Creditors' Committee.

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as __Exhibit B__ is a redline of the Further Revised Proposed Order marked against the Revised Proposed Order.

*[Remainder of Page Left Intentionally Blank]*

2

Dated: June 23, 2026
      Houston, Texas

*/s/  Clifford W. Carlson*

WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   gabriel.morgan@weil.com
       clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason H. George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   matt.barr@weil.com
       sunny.singh@weil.com
       andriana.georgallas@weil.com
       kevin.bostel@weil.com
       jason.george@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**<u>Certificate of Service</u>**

I hereby certify that on June 23, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.


_/s/  Clifford W. Carlson_
Clifford W. Carlson