**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**DEBTORS' WITNESS AND EXHIBIT**
**LIST FOR HEARING ON JUNE 25, 2026**

First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby file this witness and exhibit list for the hearing (the "**Hearing**") scheduled for **June 25, 2026 at 11:00 a.m. (Central Time)**:

**WITNESSES**

The Debtors may call any of the following witnesses at the Hearing:

1.    Nicholas Haughey, Managing Director at Alvarez & Marsal North America LLC;

2.    Any witness called or listed by any other party; and

3.    Any rebuttal witnesses.

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**EXHIBITS**

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Declaration of Nicholas Haughey in Support of Emergency Motion of Debtors for Order (I) Authorizing and Directing the United States Trustee to Appoint a Committee of Retired Employees and (II) Granting Related Relief (Docket No. 3018) | | | | |
| 2. | Notice of Filing of Revised Proposed Order (I) Authorizing and Directing the United States Trustee to Appoint a Committee of Retired Employees and (II) Granting Related Relief (Docket No. 3038) | | | | |
| 3. | Notice of Filing of Further Revised Proposed Order (I) Authorizing and Directing the United States Trustee to Appoint a Committee of Retired Employees and (II) Granting Related Relief (Docket No. 3051) | | | | |
| 4. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 5. | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | | | | |
| 6. | Any exhibit listed by any other party | | | | |

## RESERVATION OF RIGHTS

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list at any time prior to the Hearing.

Dated: June 23, 2026
      Houston, Texas

         /s/  Clifford W. Carlson
        WEIL, GOTSHAL & MANGES LLP
        Gabriel A. Morgan (24125891)
        Clifford W. Carlson (24090024)
        700 Louisiana Street, Suite 3700
        Houston, Texas 77002
        Telephone:  (713) 546-5000
        Facsimile:  (713) 224-9511
        Email:   gabriel.morgan@weil.com
                clifford.carlson@weil.com

        -and-

        WEIL, GOTSHAL & MANGES LLP
        Matthew S. Barr (admitted *pro hac vice*)
        Sunny Singh (admitted *pro hac vice*)
        Andriana Georgallas (admitted *pro hac vice*)
        Kevin Bostel (admitted *pro hac vice*)
        Alejandro Bascoy (admitted *pro hac vice*)
        767 Fifth Avenue
        New York, New York 10153
        Telephone:  (212) 310-8000
        Facsimile:  (212) 310-8007
        Email:   matt.barr@weil.com
                sunny.singh@weil.com
                andriana.georgallas@weil.com
                kevin.bostel@weil.om
                alejandro.bascoy@weil.com

        *Attorneys for Debtors*
        *and Debtors in Possession*

**<u>Certificate of Service</u>**

I hereby certify that on June 23, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/  Clifford W. Carlson*
Clifford W. Carlson