**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**AGENDA OF MATTERS SET FOR HEARING**
**ON JUNE 25, 2026 AT 11:00 A.M. (PREVAILING CENTRAL TIME)**

> **A HEARING WILL BE CONDUCTED ON THESE MATTERS ON JUNE 25, 2026, AT 11:00 A.M. (PREVAILING CENTRAL TIME) IN COURTROOM 402, 4TH FLOOR, 515 RUSK AVENUE, HOUSTON, TX 77002.**
>
> **YOU MAY PARTICIPATE IN THE HEARING EITHER IN PERSON OR BY AN AUDIO AND VIDEO CONNECTION.**
>
> **AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT 1-832-917-1510. ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER. JUDGE LOPEZ'S CONFERENCE ROOM NUMBER IS 590153. VIDEO COMMUNICATION WILL BE BY USE OF THE GOTOMEETING PLATFORM. CONNECT VIA THE FREE GOTOMEETING APPLICATION OR CLICK THE LINK ON JUDGE LOPEZ'S HOME PAGE. THE MEETING CODE IS "JUDGELOPEZ." CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.**
>
> **HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF BOTH ELECTRONIC AND IN-PERSON HEARINGS. TO MAKE YOUR APPEARANCE, CLICK THE "ELECTRONIC APPEARANCE" LINK ON JUDGE LOPEZ'S HOME PAGE. SELECT THE CASE NAME, COMPLETE THE REQUIRED FIELDS, AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE.**

First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby file this

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Agenda of Matters Set for Hearing on **June 25, 2026 at 11:00 a.m. (Prevailing Central Time)**

before the Honorable Christopher M. Lopez.

**MATTER GOING FORWARD:**

1. **Debtors' Motion to Appoint a Committee of Retired Employees**

   a. Emergency Motion of Debtors for Order (I) Authorizing and Directing the United States Trustee to Appoint a Committee of Retired Employees and (II) Granting Related Relief **(Docket No. 3017)**

   Status:    This matter is going forward on an uncontested basis.

   Related Documents:

   A.   Declaration of Nicholas Haughey in Support of Emergency Motion of Debtors for Order (I) Authorizing and Directing the United States Trustee to Appoint a Committee of Retired Employees and (II) Granting Related Relief **(Docket No. 3018)**

   B.   Notice of Filing of Revised Proposed Order (I) Authorizing and Directing the United States Trustee to Appoint a Committee of Retired Employees and (II) Granting Related Relief **(Docket No. 3038)**

   C.   Notice of Emergency Hearing on Debtors' Retiree Committee Motion **(Docket No. 3044)**

   D.   Notice of Filing of Further Revised Proposed Order (I) Authorizing and Directing the United States Trustee to Appoint a Committee of Retired Employees and (II) Granting Related Relief **(Docket No. 3051)**

   E.   Debtors' Witness and Exhibit List for Hearing on June 25, 2026 **(Docket No. 3052)**

   [*Remainder of page intentionally left blank*]

2

Dated: June 23, 2026
      Houston, Texas

                         /s/ *Clifford W. Carlson*
                         WEIL, GOTSHAL & MANGES LLP
                         Gabriel A. Morgan (24125891)
                         Clifford W. Carlson (24090024)
                         700 Louisiana Street, Suite 3700
                         Houston, Texas 77002
                         Telephone:  (713) 546-5000
                         Facsimile:  (713) 224-9511
                         Email:   gabriel.morgan@weil.com
                                  clifford.carlson@weil.com

                         -and-

                         WEIL, GOTSHAL & MANGES LLP
                         Matthew S. Barr (admitted *pro hac vice*)
                         Sunny Singh (admitted *pro hac vice*)
                         Andriana Georgallas (admitted *pro hac vice*)
                         Kevin Bostel (admitted *pro hac vice*)
                         Alejandro Bascoy (admitted *pro hac vice*)
                         767 Fifth Avenue
                         New York, New York 10153
                         Telephone:  (212) 310-8000
                         Facsimile:  (212) 310-8007
                         Email:   matt.barr@weil.com
                                  sunny.singh@weil.com
                                  andriana.georgallas@weil.com
                                  kevin.bostel@weil.com
                                  alejandro.bascoy@weil.com

                         *Attorneys for Debtors*
                         *and Debtors in Possession*

## Certificate of Service

I hereby certify that on June 23, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

   */s/  Clifford W. Carlson*      

Clifford W. Carlson
