Electronic Appearance Sheet

William Dorsey, Blank Rome LLP
Client(s): Aequum Capital Financial II LLC

Robert Stark, BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

Bennett Silverberg, BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

AnnElyse Gains, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group

Melissa Woods, Cohen, Weiss and Simon LLP
Client(s): USW/UAW

Jayson Ruff, US DOJ
Client(s): US Trustee

Tristan Axelrod, BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

Tristan Axelrod, Brown Rudnick LLP
Client(s): Official Committee of Unsecured Creditors

Alejandro Bascoy, Weil, Gotshal & Manges LLP
Client(s): Debtors

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): Debtors

Robert Berezin, Weil, Gotshal & Manges LLP
Client(s): Debtors