**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.¹** | § | **(Emergency Hearing Requested)** |
| | § | |

**NOTICE OF HEARING ON SALE
OF ASSETS OF THE JASPER RUBBER BUSINESS**

On June 24, 2026, First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed with the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") *Emergency Motion for Order (A) Authorizing the Sale of Assets of the Jasper Rubber Business to Jasper Acquisition Co., LLC, and (B) Granting Related Relief* (Docket No. 3055) (the "**Motion**")[2] for the entry of an order (the "**Sale Order**") (a) authorizing the sale of the assets comprising the Debtors' "Jasper Rubber" business (collectively, and as defined and further described in the Purchase Agreement, the "**Transferred Assets**") pursuant to that certain *Asset Purchase Agreement*, dated as of June 24, 2026 (the "**Purchase Agreement**" and the sale transaction thereunder, the "**Sale Transaction**"), by and among First Brands Group Holdings, LLC and certain of its subsidiaries named therein, as Sellers (collectively, the "**Sellers**"), Jasper Acquisition Co., LLC, as Buyer (the "**Buyer**"), and Press-Seal Corporation, as Guarantor, which provides for an aggregate purchase price of $8,030,000 in cash and the assumption of certain Assumed Liabilities.

Copies of the Motion, the Purchase Agreement, and the Sale Order, as well as all exhibits thereto, and all other related documents filed with the Court, may be obtained free of charge at the website dedicated to the Debtors' chapter 11 cases maintained by their claims and noticing agent, Kroll Restructuring Administration LLC, located at https://restructuring.ra.kroll.com/firstbrands.

**Important Dates and Deadlines**

- **Sale Objection Deadline**. Written objections to the Sale Transaction (a "**Sale Objection**") must be (i) filed in accordance with the requirements set forth herein and in the Motion, (ii) filed with the Bankruptcy Court, and (iii) served on the Objection Notice Parties (as defined herein) so as to be received **on July 1, 2026, at 4:00 p.m. (prevailing Central**

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion or the Purchase Agreement (as defined herein), as applicable.

**Time) (the "Sale Objection Deadline")** (in accordance with the Procedures for Complex Cases in the Southern District of Texas).

- **Sale Motion and Hearing**.  A hearing to approve the Motion will be held before the Honorable Christopher Lopez, in the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Street., Courtroom 401, Houston, TX 77002 on **July 2, 2026, at 11:00 a.m. (prevailing Central Time)** or such other date as determined by the Bankruptcy Court.  You may participate in the hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility.  You may access the facility at 832-917-1510 and entering the conference code 590153. Video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website. The meeting code is "JudgeLopez".  Click the settings icon in the upper right corner and enter your name under the personal information setting.

## Filing Objections

Written Sale Objections, if any, must (i) comply with the Bankruptcy Code, Bankruptcy Rules, and Bankruptcy Local Rules, (ii) state, with specificity, the legal and factual basis thereof, and, (iii) be filed with the Bankruptcy Court by **July 1, 2026, at 4:00 p.m. (prevailing Central Time)** (in accordance with the Procedures for Complex Cases in the Southern District of Texas) and served via email on the following parties:  (a) First Brands Group, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114 (Attn: Chuck Moore (cmoore@alvarezandmarsal.com)); (b) counsel for the Debtors, Weil, Gotshal & Manges LLP, 700 Louisiana Street, Suite 3700, Houston, TX 77002 (Attn: Gabriel A. Morgan, Esq. (gabriel.morgan@weil.com) and Clifford W. Carlson, Esq. (clifford.carlson@weil.com)) and 767 Fifth Avenue, New York, NY 10153 (Attn: Matthew S. Barr, Esq. (matt.barr@weil.com), Sunny Singh, Esq. (sunny.singh@weil.com), Kevin Bostel, Esq. (kevin.bostel@weil.com), Andriana Georgallas, Esq. (andriana.georgallas@weil.com), Gavin Westerman, Esq. (gavin.westerman@weil.com), and Mariel E. Cruz, Esq. (mariel.cruz@weil.com)) and Katten Muchin Rosenman LLP, 50 Rockefeller Plaza, New York, NY 10020 (Attn: Cindi M. Giglio (cgiglio@katten.com) and Grace A. Thompson (grace.thompson@katten.com)); (c) counsel to the Ad Hoc Group, Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166 (Attn: Scott Greenberg, Esq. (SGreenberg@gibsondunn.com), AnnElyse Scarlett Gains, Esq. (AGains@gibsondunn.com) Christina Brown, Esq. (CBrown@gibsondunn.com), and Tommy Scheffer, Esq. (TScheffer@gibsondunn.com)); (d) counsel to the Creditors' Committee, Brown Rudnick LLP, 7 Times Square, New York, NY 10036, (Attn: Robert Stark, Esq. (RStark@brownrudnick.com), Bennett Silverberg, Esq. (BSilverberg@brownrudnick.com), and Tristan Axelrod, Esq. (TAxelrod@brownrudnick.com)); (e) the United States Trustee for the Southern District of Texas, 515 Rusk Street, Suite 3516, Houston, TX 77002 (Attn: Jayson Ruff, Esq.); (f) co-counsel to Silver Point Capital, L.P. and Onset Financial, Inc., Morrison & Foerster LLP, 250 West 55th Street New York, NY 10019 (Attn: James Newton, Esq. (jnewton@mofo.com) and Ben Butterfield, Esq. (bbutterfield@mofo.com)); (g) co-counsel to Silver Point Capital, L.P. and Onset Financial, Inc., Milbank LLP, 55 Hudson Yards, New York, NY 10001 (Attn: Dennis Dunne, Esq. (ddunne@milbank.com), Lisa Laukitis, Esq. (llaukitis@milbank.com), and Andrew Leblanc, Esq. (aleblanc@milbank.com)); (h) counsel to Bank of America, N.A., Norton Rose Fulbright US LLP, 2200 Ross Ave., Suite 3600 Dallas, TX 75201 (Attn: Toby Gerber, Esq.

2

(toby.gerber@nortonrosefulbright.com) and Kristian Gluck, Esq. (kristian.gluck@nortonrosefulbright.com)) and Winston & Strawn, LLP, 35 West Wacker Drive Chicago, IL 60601 (Attn: Gregory Gartland Esq. (ggartland@winston.com) and Daniel J. McGuire, Esq. (dmcguire@winston.com)); and (i) counsel to Buyer, Taft Stettinius & Hollister LLP, 301 East Fourth Street, Suite 2800, Cincinnati, OH 45202-4257 (Attn: W. Timothy Miller (miller@taftlaw.com)) (collectively, the "**Objection Notice Parties**").

**THE FAILURE OF ANY PERSON OR ENTITY TO FILE AND SERVE AN OBJECTION IN ACCORDANCE WITH THE FOREGOING REQUIREMENTS OR THE REQUIREMENTS CONTAINED IN THE MOTION BY THE APPLICABLE SALE OBJECTION DEADLINE SHALL FOREVER BAR SUCH PERSON OR ENTITY FROM ASSERTING ANY OBJECTION TO THE MOTION, ANY ORDER APPROVING THE SALE TRANSACTION OR THE DEBTORS' CONSUMMATION OF THE SALE TRANSACTION.**

Dated: June 25, 2026
      New York, New York

           /s/  Cindi M. Giglio
          KATTEN MUCHIN ROSENMAN LLP
          Cindi M. Giglio
          Grace A. Thompson
          50 Rockefeller Plaza
          New York, New York 10020-1605
          Telephone:  (212) 940-8800
          Facsimile:  (212) 940-8776
          Email: cgiglio@katten.com
                    grace.thompson@katten.com

          *Attorneys for Debtors*
          *and Debtors in Possession*

**<u>Certificate of Service</u>**

I hereby certify that on June 25, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/  Cindi M. Giglio*                    
Cindi M. Giglio