**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**NOTICE OF INTENT TO ADDUCE TESTIMONY FROM A**
**REMOTE LOCATION BY TELEPHONE AND VIDEO TECHNOLOGY**

1.      This Notice is filed pursuant to BLR 9017-1(c)(2)(B) by First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**").

2.      This Notice pertains to the following matters scheduled to be heard in this case July 2, 2026 at 11:00 a.m. (Central Time) (the "**Hearing**"):

      i.      *Emergency Motion for Order (A) Authorizing the Sale of Assets of the Jasper Rubber Business to Jasper Acquisition Co., LLC, and (B) Granting Related Relief* [Docket No. 3055].

3.      The Debtors may call the following witness to testify at the Hearing by telephone and video technology:

      i.      Daniel Jerneycic, co-Chief Restructuring Officer of the Debtors.

4.      Any party-in-interest may object to this notice within three days of filing the notice. If no party-in-interest files a timely objection, the Court will allow the identified witness to give

---

[1]      A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

testimony remotely using the Court's telephone and video technology. If the Court does not authorize the testimony to be taken remotely, the witness and any objectors must appear in person at the Hearing.

5.     This Notice may be withdrawn or amended at any point prior to the Hearing.

Dated: June 25, 2026
        New York, New York

                                          /s/  Cindi M. Giglio
                                          KATTEN MUCHIN ROSENMAN LLP
                                          Cindi M. Giglio
                                          Grace A. Thompson
                                          50 Rockefeller Plaza
                                          New York, New York 10020-1605
                                          Telephone:  (212) 940-8800
                                          Facsimile:  (212) 940-8776
                                          Email: cgiglio@katten.com
                                                    grace.thompson@katten.com

                                          *Attorneys for Debtors*
                                          *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on June 25, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Cindi M. Giglio*
Cindi M. Giglio