**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | **Re:  Docket No. 2954** |

**CERTIFICATE OF NO OBJECTION**
**REGARDING NOTICE OF ASSUMPTION OR**
**ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS**

1. On June 10, 2026, First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Notice of Assumption or Assumption and Assignment of Certain Executory Contracts* (Docket No. 2954) (the "**Assignment Notice**"),[2] with a proposed order granting the relief requested in the Assignment Notice attached thereto as Exhibit A (the "**Proposed Order**") and a list of Contracts to be assumed and assigned pursuant to the Proposed Order attached thereto as Schedule 1 (the "**List of Assigned Contracts**").  Objections to the Assignment Notice were required to be filed and served on or prior to June 24, 2026 (the "**Objection Deadline**").

2. In accordance with paragraph 44 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) the Objection Deadline has passed, (ii) the undersigned counsel is

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Assignment Notice.

unaware of any objection to the Assignment Notice, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the Assignment Notice appears thereon.

3.     Pursuant to paragraph 1(h) of the Procedures Order (Docket No. 1244), the Debtors may remove any Contract from the List of Assigned Contracts at any time before the entry of the Proposed Order, so long as it files a redline showing the changes.  Attached hereto as **Exhibit A** is a redline showing certain Contracts that have been removed from the List of Assigned Contracts.

4.     Therefore, the Debtors respectfully request entry of the Proposed Order attached hereto as **Exhibit B**.

Dated:  June 25, 2026
        Houston, Texas

*/s/  Clifford W. Carlson*

WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   gabriel.morgan@weil.com
         clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason H. George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   matt.barr@weil.com
         sunny.singh@weil.com
         andriana.georgallas@weil.com
         kevin.bostel@weil.com
         jason.george@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

3

## Certificate of Service

I hereby certify that on June 25, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/  Clifford W. Carlson

Clifford W. Carlson
