**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |
| | § | |

**NOTICE OF EFFECTIVE DATE
OF ASSUMPTION AND ASSIGNMENT OF CONTRACTS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.      On June 10, 2026, First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Notice of Assumption or Assumption and Assignment of Certain Executory Contracts* (Docket No. 2954) (the "**Assignment Notice**"),[2] with a proposed order granting the relief requested in the Assignment Notice attached thereto as Exhibit A (the "**Proposed Order**") with a list of Contracts to be assumed and assigned attached to the Proposed Order as Schedule 1 (the "**List of Assigned Contracts**").

2.      On June 26, 2026 (the "**Approval Date**"), the Bankruptcy Court entered the *Order Approving the (I) Assumption and Assignment of Executory Contracts and (II) Granting Related Relief* (Docket No. 3070) (the "**Assumption Order**") approving and authorizing the assumption and assignment of the Contracts.

3.      The Assumption Order at paragraph 1 provides that the Debtors shall file a notice informing the counterparties to the Contracts of the occurrence of the Effective Date.  Additionally, the Assumption Order at paragraph 2 provides that if the Debtors remove any Contract from the List of Assigned Contracts at any time prior to the applicable Effective Date, the Debtors shall include with the Effective Date Notice a modified List of Assigned Contracts, showing the final list of Contracts assumed and assigned and a blackline of the changes.

4.      In accordance with the Assumption Order, the Debtors hereby provide notice that the Effective Date for the assumption and assignment of the Contracts occurred on the Approval Date.

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

5.      Further, in accordance with paragraph 2 of the Assumption Order, a revised List of Assigned Contracts is attached hereto as **Exhibit A** and a blackline of the changes is attached hereto as **Exhibit B**.

Dated: June 26, 2026
      Houston, Texas

          */s/  Clifford W. Carlson*
          WEIL, GOTSHAL & MANGES LLP
          Gabriel A. Morgan (24125891)
          Clifford W. Carlson (24090024)
          700 Louisiana Street, Suite 3700
          Houston, Texas 77002
          Telephone:  (713) 546-5000
          Facsimile:  (713) 224-9511
          Email:  gabriel.morgan@weil.com
                 clifford.carlson@weil.com

          -and-

          WEIL, GOTSHAL & MANGES LLP
          Matthew S. Barr (admitted *pro hac vice*)
          Sunny Singh (admitted *pro hac vice*)
          Andriana Georgallas (admitted *pro hac vice*)
          Kevin Bostel (admitted *pro hac vice*)
          Jason H. George (admitted *pro hac vice*)
          767 Fifth Avenue
          New York, New York 10153
          Telephone:  (212) 310-8000
          Facsimile:  (212) 310-8007
          Email:  matt.barr@weil.com
                 sunny.singh@weil.com
                 andriana.georgallas@weil.com
                 kevin.bostel@weil.com
                 jason.george@weil.com

          *Attorneys for Debtors*
          *and Debtors in Possession*

3

**<u>Certificate of Service</u>**

I hereby certify that on June 26, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                               */s/ Clifford W. Carlson*
                                               Clifford W. Carlson