# United States Bankruptcy Court
## Southern District of Texas
## Houston Division

-----------------------------------------------------------x

In re: FIRST BRANDS GROUP, LLC, et al.,

                         Debtors
                                                 Chapter 11
                                                 Case No. 25-90399 (CML)

-----------------------------------------------------------x

       **PLEASE TAKE NOTICE** that National Union Fire Insurance Company of Pittsburgh, PA ("NUFIC"), and AIG Insurance Company of Canada ("AIG Canada"), creditors of the above-captioned debtors, and the assignee of the claims set forth below, have changed their addresses and request that all further notices and distributions in these cases be served upon and delivered to the following address:

       **NEW ADDRESS:**

       National Union Fire Insurance Company of Pittsburgh PA
       AIG Insurance Company of Canada
       c/o Adam L. Rosen PLLC
       834B Fort Salonga Road
       Box 1021
       Northport, New York 11768
       adam.rosen@ALRcounsel.com

The following claims are held by NUFIC and AIG Canada:

- Proof of POC Nos. 762, 763, and 765 (AIG Canada)

- POC Nos. 1387 and 1388 (NUFIC)

Dated: June 28, 2026

ADAM L. ROSEN PLLC

By: /s/ *Adam L. Rosen*

Adam L. Rosen
834B Fort Salonga Road
Box 1021
Northport, New York 11768
adam.rosen@ALRcounsel.com
Attorney for National Union Fire Insurance
 Company of Pittsburgh PA and
 AIG Insurance Company of
 Canada