# UNITED STATES BANKRUPCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **In re:** | |
| | **Chapter 11** |
| **First Brands Group, LLC, et al.** | |
| | **Case No. 25-90399 (CML)** |
| *Debtor,* | |
| | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Press-Seal Corporation, Party in Interest in the above-styled and numbered case hereby requests that notice of all matters arising in this case of which notice is sent to any creditor, party in interest, creditors' committee or a member of any creditor's committee be sent to:

Steven J. Mitby
State Bar No. 24037123
Federal Bar No. 33591
Email: smitby@mitbylaw.com
1001 McKinney Street, Suite 925
Houston, Texas 77002
Telephone: (713) 234-1446

[SIGNATURE TO FOLLOW ON NEXT PAGE]

Dated: June 29, 2026

Respectfully submitted,

MITBY PACHOLDER JOHNSON PLLC

*/s/ Steven J. Mitby*
Steven J. Mitby
State Bar No. 24037123
Federal Bar No. 33591
Email: smitby@mitbylaw.com
Michael K. Barnhart
State Bar No. 24040472
SDTX Federal Bar No. 606340
Email:mbarnhart@mitbylaw.com
1001 McKinney Street, Suite 925
Houston, Texas 77002
Telephone: (713) 234-1446

**ATTORNEYS FOR PRESS SEAL CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that, on June 29, 2026, I electronically submitted the foregoing document with the clerk of the United States District Court for the Southern District of Texas, using the electronic case management CM/ECF system of the Court which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

*/s/ Steven J. Mitby*
Steven J. Mitby

2