**UNITED STATES BANKRUPCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | |
| | **Chapter 11** |
| **First Brands Group, LLC, et al.** | |
| | **Case No. 25-90399 (CML)** |
| *Debtor,* | |
| | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Press-Seal Corporation, Party in Interest in the above-styled and numbered case hereby requests that notice of all matters arising in this case of which notice is sent to any creditor, party in interest, creditors' committee or a member of any creditor's committee be sent to:

Michael K. Barnhart
State Bar No. 24040472
Federal Bar No. 606340
1001 McKinney Street, Suite 925
Houston, Texas 77002
Telephone: (713) 234-1446

\*\*\*SIGNATURE ON NEXT PAGE\*\*\*

Dated: June 29, 2026

Respectfully submitted,

MITBY PACHOLDER JOHNSON PLLC

*/s/ Michael K. Barnhart*
Steven J. Mitby
State Bar No. 24037123
Federal Bar No. 33591
Email: smitby@mitbylaw.com
Michael K. Barnhart
State Bar No. 24040472
Federal Bar No. 606340
Email:mbarnhart@mitbylaw.com
1001 McKinney Street, Suite 925
Houston, Texas 77002
Telephone: (713) 234-1446

**ATTORNEYS FOR PRESS-SEAL
CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that, on June 29, 2026, I electronically submitted the foregoing document with the clerk of the United States Banrkuptcy Court for the Southern District of Texas, using the electronic case management CM/ECF system of the Court which will send notification of such filing to Debtor, the United States Trustee and all other parties who have requested to receive notice in this matter.

*/s/ Michael K. Barnhart*
Michael K. Barnhart

2