**From: ZHEJIANG LAIEN FILTRATION SYSTEM CO., LTD.**

No. 2599 Fazhan Road, Taihu Avenue,

Changxing District,

Huzhou, Zhejiang Province, China, 313100

**To: United States Bankruptcy Court**

Southern District of Texas

Houston Division

515 Rusk Avenue

Houston, TX 77002

United States of America

Dear Sirs,

**Re: Request for Guidance Regarding Supplier Rights in Case No. 25-90399(CML)**

We are Zhejiang Laien Filtration System Co., Ltd. ("Laien"), a supplier of goods ordered by Champion Laboratories, Inc. and FRAM GROUP OPERATIONS LLC, which are currently in bankruptcy proceedings before this Court under Case No. 25-90399 (CML).

Laien has manufactured and holds goods intended for these entities, for which a portion of the purchase price remains outstanding.

Through First Brands Group Holdings, LLC's bankruptcy counsel, Weil, Gotshal & Manges LLP, including Mr. Gabriel A. Morgan and Mr. Clifford W. Carlson, Laien previously sought clarification regarding the intended treatment of the goods. However, no substantive response has been received to date. The lack of guidance has caused uncertainty and may affect Laien's ability to take the necessary steps to protect its rights and interests.

We respectfully bring these circumstances to the Court's attention and seek procedural guidance on how Laien, as a foreign supplier and interested party, may obtain clarification regarding the treatment of the goods and the outstanding payment in the bankruptcy proceedings.

For clarity, this letter is intended solely to inform the Court and seek guidance. Laien expressly reserves all rights to take any actions it considers appropriate in relation to the goods and the outstanding payment.

Yours faithfully,

Zhejiang Laien Filtration System Co., Ltd.

United States Courts
Southern District of Texas
FILED

JUN 29 2026

Nathan Ochsner, Clerk of Court