**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | Case No. 25-90399 (CML) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION TO SECOND INTERIM FEE APPLICATION OF
M3 ADVISORY PARTNERS, LP FOR COMPENSATION FOR SERVICES
AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM JANUARY 1, 2026 THROUGH MARCH 31, 2026**

1.      On June 5, 2026, Cole Schotz P.C., efficiency and local counsel to the Official Committee of Unsecured Creditors appointed in the above-captioned chapter 11 cases (the "**Committee**") filed the *Second Interim Fee Application of M3 Advisory Partners, LP for Compensation for Services and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from January 1, 2026 Through March 31, 2026* [Docket No. 2910] (the "**Application**"), with a proposed order granting the relief requested in the Application attached thereto as **Exhibit A** (the "**Proposed Order**").

2.      Objections to the relief requested in the Application were required to be filed and served on or prior to June 26, 2026 (the "**Objection Deadline**").

3.      In accordance with paragraph 44 of the Procedures for Complex Cases in the Southern District of Texas, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) the Objection Deadline has passed, (ii) the undersigned counsel is

---

[1]     A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

unaware of any objection to the Application, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the Application appears thereon.

4.      Accordingly, the Committee respectfully requests that the Court enter the Proposed Order attached hereto as **Exhibit A**, which has not been changed from the Proposed Order submitted with the Application, at its earliest convenience.

[*Remainder of page intentionally left blank*]

Dated: June 29, 2026
Dallas, Texas

Respectfully submitted,

*/s/ Ian R. Phillips*

Ian R. Phillips
Texas Bar No. 24091239
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Justin R. Alberto, Esq. (admitted *pro hac vice*)
**COLE SCHOTZ P.C.**
901 Main Street, Suite 4120
Dallas, TX 75202
Telephone: (469) 557-9390
Facsimile: (469) 533-1587
iphillips@coleschotz.com
svanaalten@coleschotz.com
jalberto@coleschotz.com

*-and-*

Robert J. Stark, Esq. (admitted *pro hac vice*)
Jeffrey L. Jonas, Esq. (admitted *pro hac vice*)
Michael S. Winograd, Esq. (admitted *pro hac vice*)
Bennett S. Silverberg, Esq. (admitted *pro hac vice*)
Kenneth J. Aulet, Esq. (admitted *pro hac vice*)
Andrew M. Carty, Esq. (admitted *pro hac vice*)
Hayden A. Miller, Esq. (admitted *pro hac vice*)
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
rstark@brownrudnick.com
jjonas@brownrudnick.com
mwinograd@brownrudnick.com
bsilverberg@brownrudnick.com
kaulet@brownrudnick.com
acarty@brownrudnick.com
hmiller@brownrudnick.com

Tristan G. Axelrod, Esq. (admitted *pro hac vice*)
Matthew A. Sawyer, Esq. (admitted *pro hac vice*)
**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
taxelrod@brownrudnick.com
msawyer@brownrudnick.com

*Counsel to the Official Committee*
*of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2026, a true and correct copy of the foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

/s/ Ian R. Phillips

Ian R. Phillips, Esq. (TX Bar No. 24091239)