AO 435
(Rev. 10/23)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

*Please Read Instructions:*

| FOR COURT USE ONLY |
| --- |
| DUE DATE: |

| 1. NAME<br>Lorenzo Marinuzzi | 2. PHONE NUMBER<br>(212) 468 8045 | 3. DATE<br>6/30/2026 |
| --- | --- | --- |

| 4. DELIVERY ADDRESS OR EMAIL<br>ccoffey@mofo.com | 5. CITY<br>New York | 6. STATE<br>NY | 7. ZIP CODE<br>10010 |
| --- | --- | --- | --- |

| 8. CASE NUMBER<br>25 90399 | 9. JUDGE<br>Hon. Christopher M. Lopez | DATES OF PROCEEDINGS |
| --- | --- | --- |
| | | 10. FROM 6/25/2026 — 11. TO 6/25/2026 |

| 12. CASE NAME<br>First Brands Group, LLC | LOCATION OF PROCEEDINGS |
| --- | --- |
| | 13. CITY Houston — 14. STATE Texas |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
| --- | --- | --- | --- |
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | Entire Proceeding | 6/25/2026 |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
| --- | --- | --- | --- | --- | --- |
| 30-Day | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| 7-Day | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| Next-Day | [ ] | [x] | NO. OF COPIES | | |
| 2-Hour | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | |
| --- | --- | --- |
| | | 0.00 |

| 18. SIGNATURE<br>/s/ Lorenzo Marinuzzi | PROCESSED BY |
| --- | --- |

| 19. DATE<br>6/30/2026 | PHONE NUMBER |
| --- | --- |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
| --- | --- |

| | DATE | BY | | |
| --- | --- | --- | --- | --- |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY