United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 30, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | Case No. 25-90399 (CML) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING SECOND INTERIM FEE APPLICATION OF
M3 ADVISORY PARTNERS, LP FOR COMPENSATION
FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS FINANCIAL
ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM JANUARY 1, 2026 THROUGH MARCH 31, 2026**

The Court has considered the *Second Interim Fee Application of M3 Advisory Partners, LP for Compensation for Services and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from January 1, 2026 through March 31, 2026* (the "Application"), filed by M3 Advisory Partners, LP (the "Applicant"). The Court orders:

1.     The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $4,489,364.79 for the period set forth in the Application.

2.     The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on an interim basis.

3.     The Debtor, as applicable, is hereby authorized and directed to disburse the unpaid amount of compensation and expenses sought under this Application.

Signed:  June 30, 2026

_____
Christopher Lopez
United States Bankruptcy Judge