United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 30, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-90399 |
| FIRST BRANDS GROUP, LLC, *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

**ORDER SUSPENDING PROCEEDINGS ON RELEASE MOTION**
**(RE: ECF NO. 3039)**

Proceedings on the *Motion for an Order Authorizing the Release of Certain Funds from the Factored Receivables Account in Accordance with Prior Order and Stipulation With Third-Party Factors and Disbursements of Such Funds to the ABL Agent*, including the objection deadline, are suspended to a date to be determined by the Court after August 3, 2026.

Signed on June 30, 2026

Christopher Lopez
United States Bankruptcy Judge