**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | **Case No. 25-90399 (CML)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

NOTICE IS HEREBY GIVEN that Andrew Geppert hereby withdraws as attorney of record for Lordco Parts Ltd. ("**Lordco**").  Notice is hereby further given that Lordco consents to the substitution of Joel Newell as counsel for Lordco in the above-entitled matter.  All further correspondence, pleadings, faxes, and telephone communication should be directed to:

Joel F. Newell (TX Bar No. 24137409)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004
Telephone: (602) 798-5400
Facsimile: (602) 798-5595
Email: newellj@ballardspahr.com

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands/.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

#4914-1666-3225 v2

Dated: June 30, 2026

Respectfully submitted,

By:    */s/ Andrew J. Geppert*
Andrew Geppert (TX Bar No. 24097733)
gepperta@ballardspahr.com
BALLARD SPAHR LLP
601 S.W. Second Avenue Suite 2100
Portland OR 97204
Telephone: 503.778.2100
Facsimile: 503.778.2200

*Attorney for Lordco Parts Ltd.*

Dated: June 30, 2026

Respectfully submitted,

By:    */s/ Joel F. Newell*
Joel F. Newell (TX Bar No. 24137409)
newellj@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004
Telephone:  (602) 798-5400
Facsimile:  (602) 798-5595

*Attorney for Lordco Parts Ltd.*

**Certificate of Service**

I hereby certify that on June 30, 2026, a true and correct copy of the above and foregoing was filed electronically, and notice was served via the court's CM/ECF system on all parties entering an appearance and requesting such notice in this case.

/s/ Joel F. Newell
Joel F. Newell (TX Bar No. 24137409)