**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.[1]** | § | **Re: Docket No. 2916** |

**CERTIFICATE OF NO OBJECTION TO SECOND INTERIM
FEE APPLICATION OF WEIL, GOTSHAL & MANGES LLP,
ATTORNEYS FOR THE DEBTORS, FOR THE PERIOD FROM
JANUARY 1, 2026 THROUGH AND INCLUDING MARCH 31, 2026**

1.      On June 6, 2026, First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Second Interim Fee Application of Weil, Gotshal & Manges LLP, Attorneys for the Debtors, for the Period from January 1, 2026 Through and Including March 31, 2026* (Docket No. 2916) (the "**Application**"), with a proposed order granting the relief requested in the Application attached thereto as <u>Exhibit A</u> (the "**Proposed Order**").   Objections to the Application were required to be filed and served on or prior to June 29, 2026 (the "**Objection Deadline**").

2.      In accordance with paragraph 44 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) the Objection Deadline has passed, (ii) the undersigned counsel is unaware of any objection to the Application, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the Application appears thereon.

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

3.      Therefore, the Debtors respectfully request entry of the Proposed Order attached hereto as **Exhibit A**.

Dated: June 30, 2026
       Houston, Texas

                                          /s/  Clifford W. Carlson
                                          WEIL, GOTSHAL & MANGES LLP
                                          Gabriel A. Morgan (24125891)
                                          Clifford W. Carlson (24090024)
                                          700 Louisiana Street, Suite 3700
                                          Houston, Texas 77002
                                          Telephone:  (713) 546-5000
                                          Facsimile:  (713) 224-9511
                                          Email:  gabriel.morgan@weil.com
                                                  clifford.carlson@weil.com

                                          -and-

                                          WEIL, GOTSHAL & MANGES LLP
                                          Matthew S. Barr (admitted *pro hac vice*)
                                          Sunny Singh (admitted *pro hac vice*)
                                          Andriana Georgallas (admitted *pro hac vice*)
                                          Kevin Bostel (admitted *pro hac vice*)
                                          Jason H. George (admitted *pro hac vice*)
                                          767 Fifth Avenue
                                          New York, New York 10153
                                          Telephone:  (212) 310-8000
                                          Facsimile:  (212) 310-8007
                                          Email:  matt.barr@weil.com
                                                  sunny.singh@weil.com
                                                  andriana.georgallas@weil.com
                                                  kevin.bostel@weil.com
                                                  jason.george@weil.com

                                          *Attorneys for Debtors*
                                          *and Debtors in Possession*

### **Certificate of Service**

I hereby certify that on June 30, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Clifford W. Carlson*
Clifford W. Carlson