**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.[1]** | § | **Re: Docket No. 2918** |

**CERTIFICATE OF NO OBJECTION**
**TO SECOND INTERIM FEE APPLICATION OF**
**ERNST & YOUNG LLP, AS TAX ADVISOR TO THE DEBTORS,**
**FOR THE PERIOD FROM JANUARY 1, 2026 THROUGH MARCH 31, 2026**

1. On June 6, 2026, First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Second Interim Fee Application of Ernst & Young LLP, as Tax Advisor to the Debtors, for the Period from January 1, 2026 Through March 31, 2026* (Docket No. 2918) (the "**Application**"), with a proposed order granting the relief requested in the Application attached thereto (Docket No. 2918-1) (the "**Proposed Order**"). Objections to the Application were required to be filed and served on or prior to June 29, 2026 (the "**Objection Deadline**").

2. In accordance with paragraph 44 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) the Objection Deadline has passed, (ii) the undersigned counsel is unaware of any objection to the Application, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the Application appears thereon.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

3.  Therefore, the Debtors respectfully request entry of the Proposed Order attached hereto as **Exhibit A**.

Dated: July 1, 2026
       Houston, Texas

    */s/  Clifford W. Carlson*
    WEIL, GOTSHAL & MANGES LLP
    Gabriel A. Morgan (24125891)
    Clifford W. Carlson (24090024)
    700 Louisiana Street, Suite 3700
    Houston, Texas 77002
    Telephone:  (713) 546-5000
    Facsimile:  (713) 224-9511
    Email:  gabriel.morgan@weil.com
            clifford.carlson@weil.com

    -and-

    WEIL, GOTSHAL & MANGES LLP
    Matthew S. Barr (admitted *pro hac vice*)
    Sunny Singh (admitted *pro hac vice*)
    Andriana Georgallas (admitted *pro hac vice*)
    Kevin Bostel (admitted *pro hac vice*)
    Jason H. George (admitted *pro hac vice*)
    767 Fifth Avenue
    New York, New York 10153
    Telephone:  (212) 310-8000
    Facsimile:  (212) 310-8007
    Email:  matt.barr@weil.com
            sunny.singh@weil.com
            andriana.georgallas@weil.com
            kevin.bostel@weil.com
            jason.george@weil.com

    *Attorneys for Debtors*
    *and Debtors in Possession*

2

## Certificate of Service

I hereby certify that on July 1, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.


/s/  Clifford W. Carlson
Clifford W. Carlson

**<u>Exhibit A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

---------------------------------------------------------- x
                   :

In re:                    :    Chapter 11
                   :

FIRST BRANDS GROUP, LLC., *et al.*,   :    Case No. 25-90399 (CML)
                   :

     Debtors.[1]       :    (Jointly Administered)
                   :

---------------------------------------------------------- x

**ORDER GRANTING SECOND INTERIM FEE APPLICATION OF
ERNST & YOUNG LLP, AS TAX ADVISOR FOR THE DEBTORS, FOR
THE FEE PERIOD FROM JANUARY 1, 2026 THROUGH MARCH 31, 2026**

The Court has considered the *Second Interim Fee Application of Ernst & Young LLP, as Tax Advisor for the Debtors, for the Fee Period from January 1, 2026 through March 31, 2026* (the "Application"), filed by Ernst & Young LLP (the "Applicant").  The Court orders:

1.     The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $240,253.03 for the period set forth in the Application.

2.     The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Dated: _____, 2026
Houston, Texas

                                              _____
                                              CHRISTOPHER M LOPEZ
                                              UNITED STATES BANKRUPTCY JUDGE

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.