**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | ) | Case No. 25-90399 (CML) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR**
**JULY 2, 2026, AT 11:00 A.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors")

hereby file their Witness and Exhibit List for the hearing to be held on **July 2, 2026, at 11:00 a.m.**

**(prevailing Central Time)** (the "Hearing") as follows:

**WITNESSES**

The Debtors may call the following witnesses at the Hearing:

1. Daniel Jerneycic, Managing Director at Alvarez and Marsal North America, LLC;

2. Any witness listed or called by any other party;

3. Rebuttal witnesses as necessary; and

4. The Debtors reserve the right to cross examine any witness called by any other party.

---

[1] A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

## EXHIBITS

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 1. | Declaration of Daniel Jerneycic in Support of Emergency Motion for Order (A) Authorizing the Sale of Assets of the Jasper Rubber Business to Jasper Acquisition Co., LLC, and (B) Granting Related Relief [Dkt. No. 3056] | | | | | | |
| | Any document or pleading filed in the above-captioned main cases | | | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| | Any exhibit identified or offered by any other party | | | | | | |

*[Remainder of Page Intentionally Left Blank]*

2

## RESERVATION OF RIGHTS

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses

and exhibits listed above, and further reserve the right to supplement this list prior to the Hearing.

Houston, Texas
July 1, 2026

**KATTEN MUCHIN ROSENMAN LLP**

/s/ *Cindi M. Giglio*
Cindi M. Giglio
Grace A. Thompson
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8800
Email: cgiglio@katten.com
      grace.thompson@katten.com

- and -

Rachel M. Riley
2121 N. Pearl Street, Suite 1100
Dallas, Texas 75201
Telephone: (214)765-3600
Email: rachel.riley@katten.com

*Counsel for the Debtors and Debtors in Possession*

## Certificate of Service

I certify that, on July 1, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

    /s/ *Cindi M. Giglio*
    Cindi M. Giglio