United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 01, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.[1]** | § | |

**ORDER ALLOWING INTERIM
COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF ALVAREZ AND MARSAL NORTH AMERICA LLC,
AS FINANCIAL ADVISOR FOR DEBTORS, FOR THE PERIOD FROM
JANUARY 1, 2026 THROUGH AND INCLUDING MARCH 31, 2026**

The Court has considered the *Second Interim Fee Application of Alvarez and Marsal North America LLC, as Financial Advisor for the Debtors, for the Period from January 1, 2026 Through and Including March 31, 2026* (the "**Application**"), filed by Alvarez and Marsal North America, LLC ("**Applicant**"), as financial advisor to First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**").  The Court orders:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $25,714,343.53 for the period set forth in the Application.

2. The compensation and reimbursement of expenses allowed in this Order are approved on an interim basis.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

3.      The Debtors are authorized to disburse any unpaid amounts allowed pursuant to this Order.


Signed: July 01, 2026

_____
Christopher Lopez
United States Bankruptcy Judge

2