**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 25-90399 (CML) |
| FIRST BRANDS GROUP, LLC, *et al.*, | (Jointly Administered) |
| Debtors.[1] |  |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Josh Brandau of Barnes & Thornburg LLP hereby appears in the above-captioned case as counsel for Creditor Fukoku Mexicana, S.A. de C.V. ("FMX"), pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, and requests that any and all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this case, be served upon him at the following address:

> Josh Brandau (#24124297)
> BARNES & THORNBURG LLP
> 2121 N. Pearl Street, Suite 700
> Dallas, TX 75201
> Telephone: (214) 258-4185
> Facsimile: (214) 258-4199
> Email: jbrandau@btlaw.com

**PLEASE TAKE FURTHER NOTICE** that Josh Brandau respectfully requests that he be added to any service list or mailing matrix on file with the Clerk of the Bankruptcy Court.  This request for notice is intended, without limitation, to constitute such a request for service as is required by Bankruptcy Rules 2002 and 3017(a), and a request for court designated service as set forth in Bankruptcy Rules 3019, 3020(b)(1), 4001(a)(1), 6006(c), 9007, 9013, and 9019.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, Ohio 44114.

1

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance request includes, without limitation, notices and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, any plans of reorganization and disclosure statements and objections thereto, notices, orders, pleadings, motions, applications, complaints, schedules of assets and liabilities, operating reports, answering or reply papers, memoranda or briefs in support of any of the foregoing, pleadings, hearing dates, requests, demand, replies and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to the rights, remedies and claims of FMX against other entities or any objection by FMX, that may be made to the subject matter jurisdiction of the Court or the propriety of venue herein and shall not be deemed or construed to submit FMX to the jurisdiction of the Court. This Notice of Appearance shall not be deemed or construed to be a waiver by FMX (1) to have final orders in noncore matters and matters not arising in or under the Bankruptcy Code entered by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (3) of any other rights, claims, actions, defenses, setoffs, or recoupments to which FMX is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments FMX expressly reserves. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention, withdrawal, dismissal or transfer of the case or a proceeding therein.

Dated: July 1, 2026

Respectfully submitted,

*/s/ Josh Brandau*
Josh Brandau (#24124297)
BARNES & THORNBURG LLP
2121 N. Pearl Street, Suite 700
Dallas, TX 75201
Telephone: (214) 258-4185
Facsimile: (214) 258-4199
Email: jbrandau@btlaw.com

*Attorneys for Fukoku Mexicana, S.A. de C.V.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2026, a copy of the foregoing *Notice of Appearance and Request for Service of Papers* was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the Court.

*/s/ Josh Brandau*
Josh Brandau

3