United States Bankruptcy Court
Southern District of Texas

**ENTERED**
July 02, 2026
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 25-90399 (CML) |
|---|---|---|---|
| Debtor | In Re: | FIRST BRANDS GROUP, LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____California_____ :

| Name Firm Street City & Zip Code Telephone Licensed: State & Number | Edward J. McNeilly HOGAN LOVELLS CADWALADER US LLP 1999 Avenue of the Stars, Suite 1400 Los Angeles, CA 90067 (310) 785-4671 California Bar No. 314588 / Washington State 53978 |
|---|---|

Seeks to appear as the attorney for this party:

| Maplan GmbH and Machinery + PLANning Inc. | |
|---|---|
| Dated: **July 1, 2026** | Signed: /s/ Edward J. McNeilly |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____ Deputy Clerk |
|---|---|

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Signed: July 02, 2026

_____
Christopher Lopez
United States Bankruptcy Judge