United States Bankruptcy Court
Southern District of Texas

**ENTERED**
July 02, 2026
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 25-90399 (CML) |
|---|---|---|---|
| Debtor | In Re: | FIRST BRANDS GROUP, LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____California_____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | David P. Simonds<br>HOGAN LOVELLS CADWALADER US LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>(310) 785-4671<br>California Bar No. 214499 / New York Bar No. 2534147 |
|---|---|

Seeks to appear as the attorney for this party:

| Maplan GmbH and Machinery + PLANning Inc. | |
|---|---|
| Dated: **July 1, 2026** | Signed: /s/ David P. Simonds |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Signed: July 02, 2026

_____
Christopher Lopez
United States Bankruptcy Judge