**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | ) | Case No. 25-90399 (CML) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF FILING OF REVISED PROPOSED ORDER ON THE**
**EMERGENCY MOTION FOR ORDER (A) AUTHORIZING THE SALE OF ASSETS**
**OF THE JASPER RUBBER BUSINESS TO JASPER ACQUISITION CO., LLC,**
**AND (B) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE THAT**, on June 24, 2026, First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the *Emergency Motion for Order (A) Authorizing the Sale of Assets of the Jasper Rubber Business to Jasper Acquisition Co., LLC, and (B) Granting Related Relief* [Docket No. 3055] (the "**Motion**"),[2] with a proposed form of order granting the relief requested therein attached thereto (the "**Proposed Order**").

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby file a revised Proposed Order attached hereto as **Exhibit A** (the "**Revised Proposed Order**").

---

[1]  A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as **Exhibit B** is a redline of the Revised Proposed Order marked against the Proposed Order.

Houston, Texas
July 2, 2026

**KATTEN MUCHIN ROSENMAN LLP**

/s/ *Cindi M. Giglio*
Cindi M. Giglio
Grace A. Thompson
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8800
Email: cgiglio@katten.com
        grace.thompson@katten.com

- and -

Rachel M. Riley
2121 N. Pearl Street, Suite 1100
Dallas, Texas 75201
Telephone: (214)765-3600
Email: rachel.riley@katten.com

*Counsel for the Debtors and Debtors in Possession*

### Certificate of Service

I certify that, on July 2, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Cindi M. Giglio*
Cindi M. Giglio