**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | ) | Case No. 25-90399 (CML) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AMENDED AGENDA FOR MATTERS SET FOR HEARING ON**
**JULY 2, 2026 AT 11:00 A.M. (PREVAILING CENTRAL TIME)**

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON JULY 2, 2026 AT 11:00 A.M. (PREVAILING CENTRAL TIME) IN COURTROOM 402, 4TH FLOOR, 515 RUSK AVENUE, HOUSTON, TX 77002.**
>
> **YOU MAY PARTICIPATE IN THE HEARING EITHER IN PERSON OR BY AN AUDIO AND VIDEO CONNECTION.**
>
> **AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT 1-832-917-1510. ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER. JUDGE LOPEZ'S CONFERENCE ROOM NUMBER IS 590153. VIDEO COMMUNICATION WILL BE BY USE OF THE GOTOMEETING PLATFORM. CONNECT VIA THE FREE GOTOMEETING APPLICATION OR CLICK THE LINK ON JUDGE LOPEZ'S HOME PAGE. THE MEETING CODE IS "JUDGELOPEZ." CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.**
>
> **HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF BOTH ELECTRONIC AND IN-PERSON HEARINGS. TO MAKE YOUR APPEARANCE, CLICK THE "ELECTRONIC APPEARANCE" LINK ON JUDGE LOPEZ'S HOME PAGE. SELECT THE CASE NAME, COMPLETE THE REQUIRED FIELDS, AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE.**

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby file this Agenda of Matters Set for Hearing on **July 2, 2026 at 11:00 a.m. (Prevailing Central Time)** before the Honorable Christopher M. Lopez.

---

[1]     A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**MATTERS GOING FORWARD**:

1.  **Debtors' Emergency Motion to Sell Jasper Rubber Business**

    a.  Emergency Motion for Order (A) Authorizing the Sale of Assets of the Jasper Rubber Business to Jasper Acquisition Co., LLC, and (B) Granting Related Relief **[Docket No. 3055]**

        Status:    This matter is going forward on an emergency basis.

        Filed Responses:

        A.    Objection of Maplan GmbH And Machinery + Planning Inc. to Emergency Motion for Order (A) Authorizing the Sale of Assets of the Jasper Rubber Business to Jasper Acquisition Co., LLC, and (B) Granting Related Relief **[Docket No. 3112]**

        Related Documents:

        A.    Declaration of Daniel Jerneycic in Support of Emergency Motion for Order (A) Authorizing the Sale of Assets of the Jasper Rubber Business to Jasper Acquisition Co., LLC, And (B) Granting Related Relief **[Docket No. 3056]**

        B.    Debtors' Witness and Exhibit List for Hearing on July 2, 2026 **[Docket No. 3099]**

        C.    Notice of Filing of Revised Proposed Order (A) Authorizing the Sale of Assets of the Jasper Rubber Business to Jasper Acquisition Co., LLC, and (B) Granting Related Relief **[Docket No. 3116]**

[*Remainder of Pages Intentionally Left Blank*]

Houston, Texas
July 2, 2026

**KATTEN MUCHIN ROSENMAN LLP**

/s/ *Cindi M. Giglio*
Cindi M. Giglio
Grace A. Thompson
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8800
Email: cgiglio@katten.com
            grace.thompson@katten.com

- and -

Rachel M. Riley
2121 N. Pearl Street, Suite 1100
Dallas, Texas 75201
Telephone: (214)765-3600
Email: rachel.riley@katten.com

*Counsel for the Debtors and Debtors in Possession*

### Certificate of Service

I certify that, on July 2, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Cindi M. Giglio*
Cindi M. Giglio

3