Electronic Appearance Sheet

Robert Stark, BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

Bennett Silverberg, BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

Tristan Axelrod, BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

Timoth Miller, Taft Stettninius & Hollister LLP
Client(s): Press-Seal Corporation

Michael Barnhart, Mitby Pacholder Johnson, PLLC
Client(s): Press-Seal Corporation

Cindi Giglio, Katten Muchin Rosenman LLP
Client(s): Debtor

Grace Thompson, Katten Muchin Rosenman LLP
Client(s): Debtor

Rachel Riley, Katten Muchin Rosenman LLP
Client(s): Debtor

AnnElyse Gains, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group of Lenders

Tommy Scheffer, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group of Lenders

Lisa Laukitis, Milbank LLP
Client(s): Silver Point Capital

Jason Kestecher, Milbank LLP
Client(s): Silver Point Capital

Erin Dexter, Milbank LLP
Client(s): Silver Point Capital

Jayson Ruff, US DOJ
Client(s): US Trustee

Dan McGuire, Winston Taylor LLP
Client(s): Bank of America, as ABL Agent

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): Debtors

Electronic Appearance Sheet