**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.¹** | § | |

**AFFIDAVIT OF SERVICE**

I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On June 25, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via overnight mail on the list of parties attached hereto as **Exhibit A**:

- Retiree Committee Solicitation Letter

Dated: July 2, 2026

*/s/ Engels Medina*
Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 2, 2026, by Engels Medina, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

---

¹ A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

SRF 97149

## Exhibit A

**Due to the confidential nature of the Debtors' records, the parties on Exhibit A have been redacted. Those parties will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.**