United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 02, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

```
-------------------------------------------------------- x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
FIRST BRANDS GROUP, LLC., et al.,                        :   Case No. 25-90399 (CML)
                                                         :
                Debtors.¹                                :   (Jointly Administered)
                                                         :
-------------------------------------------------------- x
```

**ORDER GRANTING SECOND INTERIM FEE APPLICATION OF
ERNST & YOUNG LLP, AS TAX ADVISOR FOR THE DEBTORS, FOR
THE FEE PERIOD FROM JANUARY 1, 2026 THROUGH MARCH 31, 2026**

The Court has considered the *Second Interim Fee Application of Ernst & Young LLP, as Tax Advisor for the Debtors, for the Fee Period from January 1, 2026 through March 31, 2026* (the "Application"), filed by Ernst & Young LLP (the "Applicant").  The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $240,253.03 for the period set forth in the Application.

2. The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Signed:  July 02, 2026

_____
Christopher Lopez
United States Bankruptcy Judge

---

1   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.