**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 25-90399 (CML) |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | (Jointly Administered) |
| Debtors. | **Ref. Docket No. 2685** |

**NOTICE OF FILING OF STIPULATION AND AGREED ORDER
GRANTING LEAVE, STANDING, AND AUTHORITY TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS TO PROSECUTE CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that, on May 15, 2026, the Official Committee of Unsecured Creditors appointed in the above-captioned chapter 11 cases (the "Committee") filed the *Motion of the Official Committee of Unsecured Creditors for (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of the Debtors Estates and (II) Exclusive Settlement Authority* [Docket No. 2685] (the "Standing Motion").

**PLEASE TAKE FURTHER NOTICE** that Aequum Capital Financial II LLC ("Aequum") filed an objection to the Standing Motion on June 5, 2026 [Docket No. 2895] (the "Objection").

**PLEASE TAKE FURTHER NOTICE** that the Committee filed a reply in further support of the Standing Motion on June 12, 2026 [Docket No. 2991].

**PLEASE TAKE FURTHER NOTICE** that the Committee and the Debtors have reached an agreement regarding the Committee's prosecution, on behalf of the Debtors' estates, of certain

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

2

claims against Aequum, as set forth in the stipulation and agreed order attached hereto as **Exhibit A** (the "Stipulation and Order").

**PLEASE TAKE FURTHER NOTICE** that the Committee and the Debtors believe that the Court has the authority to enter the Stipulation and Order notwithstanding Aequum's Objection for the reasons set forth in Judge Isgur's decision in *In re Exco Resources, Inc.*, Case No. 18-30155 (Bankr. S.D. Tex. Apr. 9, 2019) [Docket No. 1799]. Accordingly, the Committee respectfully requests that the Stipulation and Order be entered at the Court's earliest convenience.

[*Remainder of page intentionally left blank*]

Dated:  July 2, 2026

Respectfully submitted,

*/s/ Ian R. Phillips*

Ian R. Phillips
Texas Bar No. 24091239
Seth Van Aalten
Justin R. Alberto
**COLE SCHOTZ P.C.**
901 Main Street, Suite 4120
Dallas, TX 75202
Tel:     (469) 557-9390
Fax:     (469) 533-1587
iphillips@coleschotz.com
svanaalten@coleschotz.com
jalberto@coleschotz.com

*-and-*

Robert J. Stark
Jeffrey L. Jonas
Michael S. Winograd
Bennett S. Silverberg
Kenneth J. Aulet
Sharon I. Dwoskin
Jasnoor Hundal
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Tel:     (212) 209-4800
Fax:     (212) 209-4801
rstark@brownrudnick.com
jjonas@brownrudnick.com
mwinograd@brownrudnick.com
bsilverberg@brownrudnick.com
kaulet@brownrudnick.com
sdwoskin@brownrudnick.com
jhundal@brownrudnick.com

Steven A. Tyrrell
**BROWN RUDNICK LLP**
1900 N Street NW, 4th Floor
Washington, DC 20036
Tel:     (202) 536-1700
Fax:     (202) 536-1701
styrrell@brownrudnick.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

3

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, certify that a true and correct copy of the foregoing instrument was served on July 2, 2026, via CM/ECF for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Ian R. Phillips*
Ian R. Phillips