**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re:<br><br>**FIRST BRANDS GROUP, LLC,** *et al.*,<br><br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-90399 (CML)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned is counsel to Maplan GmH and Machinery and PLANning Inc., acting as an interested party in the above-captioned cases, and hereby enter their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and request that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in these cases or any adversary proceeding related to these cases, be transmitted to:

David P. Simonds
**HOGAN LOVELLS CADWALADER US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4647
Facsimile: (310) 785-4601
Email: david.simonds@hlc.com

Edward J. McNeilly
**HOGAN LOVELLS CADWALADER US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4671
Facsimile: (310) 785-4601
Email: edward.mcneilly@hlc.com

Catherine E. Bratic
**HOGAN LOVELLS CADWALADER US LLP**
609 Main Street, Suite 4200
Houston, TX 77002
Telephone: (713) 632-1400
Fascimile: (713) 632-1401
Email: catherine.bratic@hlc.com

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing requests apply to and include not only the notices and papers referenced in the Federal Rules of Bankruptcy Procedure and the Bankruptcy Code, but also include, without limitation, all orders, notices and pleadings relating to any application, motion, petition, objection, pleading, request, complaint or demand, whether formal or informal, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise filed with regard to these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Maplan GmbH and Machinery and PLANning Inc. to (a) have final orders in non-core matters entered only after de novo review by a District Court Judge, (b) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (d) to contest jurisdiction or venue in this case or in any case, controversy, or proceeding related to these cases, (e) to have documents served in accordance with Rule 7004 of the Bankruptcy Rules and Rule 4 of the Federal Rule of Civil Procedure or (f) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[*Remainder of page intentionally left blank*]

Dated: July 3, 2026

Respectfully submitted,

By: */s/ Catherine E. Bratic*
Catherine E. Bratic (Texas Bar No. 24087204)
**HOGAN LOVELLS CADWALADER US LLP**
609 Main Street, Suite 4200
Houston, TX 77002
Tel.: (713) 632-1400
Fax: (713) 632-1401
catherine.bratic@hlc.com

David P. Simonds (admitted *pro hac vice*)
Edward J. McNeilly (admitted *pro hac vice*)
**HOGAN LOVELLS CADWALADER US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 785-4600
Fax: (310) 785-4601
david.simonds@hlc.com
edward.mcneilly@hlc.com

*Counsel for Maplan GmbH and Machinery and
PLANning Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 3, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

<u>*/s/ Catherine E. Bratic*</u>
Catherine E. Bratic