UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUL 02 2026

Nathan Ochsner, Clerk of Court

In re:

§Chapter 11

First Brands Group, LLC, et al.,

§Case No. 25-90399 (CML)

Debtor.

-----------------------------------------------------------

APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE
PURSUANT TO 11 U.S.C. §503(b)(1)

-----------------------------------------------------------

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Derby Fabricating Solutions LLC ("Applicant") files this Application for Payment of
Administrative Expense pursuant to 11 U.S.C. §503(b)(1), and in support respectfully states:

1. **Jurisdiction and Venue**
This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334. Venue is proper in this
district pursuant to 28 U.S.C. §1409.

2. **Background**
On September 28, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief
under Chapter 11 of the Bankruptcy Code.

3. **Post-Petition Transactions**
Following the Petition Date, Applicant continued to supply goods to the Debtor in the ordinary
course of business at the Debtor's request.

4. **Goods Provided**
Between April 2026 and May 2026, Applicant delivered goods to the Debtor with a total value of
$64,645.07 as reflected in the invoices and shipping documents attached hereto as Exhibit A.

5. **Benefit to the Estate**
The goods supplied by Applicant were accepted and used by the Debtor in the operation of its
business, thereby providing an actual and necessary benefit to the bankruptcy estate.

6. **Unpaid Amount**
Although the Debtor previously paid for certain pre-petition deliveries, it has failed to pay the
outstanding amount of $64,645.07 for the April–May 2026 deliveries, which remains due and
owing.

Pursuant to 11 U.S.C. §503(b)(1)(A), the costs of goods sold to the Debtor post-petition in the ordinary course of business constitute actual, necessary costs and expenses of preserving the estate and are entitled to administrative expense priority.

8. **Relief Requested**
Applicant requests allowance and payment of an administrative expense claim in the amount of $64,645.07.

-----------------------------------------------------------------

WHEREFORE, Applicant respectfully requests that the Court:

a. Allow an administrative expense claim in the amount of $64,645.07 pursuant to 11 U.S.C. §503(b)(1);
b. Direct payment of such amount; and
c. Grant such other and further relief to which Applicant may be justly entitled.

-----------------------------------------------------------------

Respectfully submitted,

Derby Fabricating Solutions LLC

By: _____

Name: Christina Combs
Title: Assistant Controller
Address: 4500 Produce Road Louisville, KY 40218
Phone: 502-964-9135 ext 2259
Email: ccombs@derbyfab.com

Dated: 06/23/2026

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Application was served on all required parties, including the Debtor, Debtor's counsel, and the U.S. Trustee, on this 23 day of June 2026.

_____
Christina Combs, Assistant Controller

Exhibit A

| Derby Plant | Invoice No | Bill To | Ship To | Invoice Date | Due Date | Reference No | Customer PO No | Base Balance |
|---|---|---|---|---|---|---|---|---|
| 04-Sidney | DFS0460714 | TMD BG Billing | Bowling Green | 04/22/26 | 05/23/26 | DFS0460714 | 2037584 | 4,326.26 |
| 04-Sidney | DFS0460767 | TMD BG Billing | Bowling Green | 04/29/26 | 05/30/26 | DFS0460767 | 2037547 | 1,357.96 |
| 04-Sidney | DFS0461041 | TMD BG Billing | Bowling Green | 05/06/26 | 06/06/26 | DFS0461041 | 2037584 | 17,668.69 |
| 04-Sidney | DFS0461193 | TMD BG Billing | Bowling Green | 05/13/26 | 06/13/26 | DFS0461193 | 2037547 | 7,359.44 |
| 04-Sidney | DFS0460546 | Toledo Molding & Die, INC | TMD Tennessee | 04/13/26 | 05/14/26 | DFS0460546 | 7008520 | 20,565.02 |
| 04-Sidney | DFS0461280 | Toledo Molding & Die, INC | TMD Tennessee | 04/13/26 | 05/14/26 | DFS0461280 | 7015077 | 468.00 |
| 01-Louisvl | DFS0185811 | TMD Tennessee | TMD Tennessee | 04/15/26 | 05/15/26 | DFS0185811 | 7011478 | 7,118.88 |
| 04-Sidney | DFS0461593 | TMD TIffin Billing | TMD Tiffin | 04/29/26 | 05/30/26 | DFS0461593 | 6046683 | 2,651.75 |
| 04-Sidney | DFS0461594 | TMD TIffin Billing | TMD Tiffin | 05/06/26 | 06/06/26 | DFS0461594 | 6046683 | 1,216.78 |
| 04-Sidney | DFS0461595 | TMD TIffin Billing | TMD Tiffin | 05/13/26 | 06/13/26 | DFS0461595 | 6046683 | 1,912.29 |

Total Due    64,645.07



Derby Fabricating Solutions, LLC
billing@derbyfab.com
4500 Produce Road
TAXID: 46-0855972
Louisville, KY 40218
United States
Tel 502-966-4206

# Customer Invoice
## DFS0460714

| ORDER INFO | | | SHIPPING INFO | |
|---|---|---|---|---|
| Invoice Date: | **4/22/2026** | | Ship Date: | **4/22/2026** |
| Due Date: | **5/23/2026** | | Shipper No: | **DFS0460714** |
| Terms: | **Net 30** | | Ship Via: | **Milk Run** |
| Note: | | | Tracking No: | **042226 ct** |
| | | | Freight Terms: | **Freight Charges Collect** |

| BILL TO | *TOLED* | SHIP TO | *Bowling Green* |
|---|---|---|---|
| | Toledo Molding & Die, Inc.<br>515 East Gypsy Lane<br>Bowling Green, OH 43402<br>USA | | Toledo Molding & Die, Inc.<br>515 East Gypsy Lane<br>Bowling Green, OH 43402<br>USA |

| Line | Description | PO No | Order Qty | Ship Qty | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 1 | GKA12554AC-60MM X 60MM X 15MM THICK<br>GKA12554AC | 2037979 | 16,500 | 16,500 | 0.18510/ea | 3,054.15 |
| 2 | GKA21352AB-299.7mm x 68.3mm x 3mm<br>GKA21352AB | 2037584 | 5,500 | 5,500 | 0.15660/ea | 861.30 |
| 3 | GKA24919AB-50mm x 195mm x 3mm<br>GKA24919AB | 2037899 | 2,550 | 2,550 | 0.16110/ea | 410.81 |

**Note:**

| | |
|---|---|
| Sales Amount: | **$4,326.26** |
| Freight Charge: | **$0.00** |
| Total (USD): | **$4,326.26** |

Remit Payment To:
Derby Fabricating Solutions, LLC
UMB Bank
ABA for ACH & Wire – 101000695
Acct # 9866491536
SWIFT # - UMKCUS44

The sale of goods to which this invoice applies is governed by Derby's Terms and Conditions of Sale, available at: https://derbyfab.com/invoices/

*6/19/2026 9:46 AM Page 1*

Derby Fabricating Solutions Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Tel 937-498-4054
Fax 937-498-4056

# Bill of Lading

Ship From Building: Derby Sidney

Ship To: Toledo Molding & Die, Inc.
515 East Gypsy Lane
Bowling Green, OH 43402

Bill To: Toledo Molding & Die, Inc.
515 East Gypsy Lane
Bowling Green, OH 43402

20 boxes @ 19lbs

**Bol No: 58821**



Shipper No: DFS0460714

Ship Date: 4/22/2026

Carrier: Milk Run

Trailer No:

EDI SCAC Code: AXYZ

Freight Terms: Freight Charges Collect

FOB: ORIGIN

Pallets: 1

Booking No:
Voyage:

AES #:
Vessel:

Seal No:

| Total Items: | | 0 | |
|---|---|---|---|
| Net Weight | | Gross Weight | |
| 0 lbs | | 440 lbs | |
| 0 kg | | 200 kg | |

First Due Date: 4/27/2026

Plex 4/22/2026 1:09 PM / claylordfs

1 of 1



Derby Fabricating Solutions, LCC - Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Phone (937) 498-4054
Fax (937) 498-4056

# Packing List

**Ship From**
Derby Fabricating Solutions Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Phone:  937-498-4054

**Ship To**
515 East Gypsy Lane
Bowling Green, OH 43402
USA
Phone:  419-354-6050 ext 244

**Bill To**
Toledo Molding & Die, Inc.
515 East Gypsy Lane
Bowling Green, OH 43402
USA

Packing List No

## DFS0460714

Ship Date:  4/22/2026
Bol No:  DFS0460714
Carrier:  Milk Run
Freight Terms:   Freight Charges Collect
FOB:  ORIGIN
Invoice Number:

| Order Details | Description of Goods | Container Details | Shipped Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|---|
| PO: 2037979 | Customer Part No:  GKA12554AC<br>Part Name:  60MM X 60MM X 15MM THICK | 12<br>CO29X16X14 | 16,500 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 2037584 | Customer Part No:  GKA21352AB<br>Part Name:  299.7mm x 68.3mm x 3mm | 5   CO29X16X14 | 5,500 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 2037899 | Customer Part No:  GKA24919AB<br>Part Name:  50mm x 195mm x 3mm | 3<br>CO15.75X13.75X<br>10 | 2,550 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |

| Totals: | | Containers<br>20 | Quantity<br>24,550 Ea | Net Weight<br>0 lbs<br>(0 kg) | Gross Weight<br>0 lbs<br>(0 kg) |
|---|---|---|---|---|---|

Shipper Signature     Ship Date     Driver Signature

Plex 4/22/2026 1:08 PM / ctaylordfs          Original

1 of 1



Derby Fabricating Solutions, LLC
billing@derbyfab.com
4500 Produce Road
TAXID: 46-0855972
Louisville, KY 40218
United States
Tel 502-966-4206

# Customer Invoice
# DFS0460767

| ORDER INFO | | SHIPPING INFO | |
|---|---|---|---|
| Invoice Date: | **4/29/2026** | Ship Date: | **4/29/2026** |
| Due Date: | **5/30/2026** | Shipper No: | **DFS0460767** |
| Terms: | **Net 30** | Ship Via: | **Milk Run** |
| Note: | | Tracking No: | **042926 ct** |
| | | Freight Terms: | **Freight Charges Collect** |

| BILL TO | *TOLED* | SHIP TO | *Bowling Green* |
|---|---|---|---|
| | Toledo Molding & Die, Inc.<br>515 East Gypsy Lane<br>Bowling Green, OH 43402<br>USA | | Toledo Molding & Die, Inc.<br>515 East Gypsy Lane<br>Bowling Green, OH 43402<br>USA |

| Line | Description | PO No | Order Qty | Ship Qty | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 1 | GKA22890AB-75.4mm x 116.8mm x 10mm<br>GKA22890AB | 2037547 | 7,200 | 7,200 | 0.14760/ea | 1,062.72 |
| 2 | GKB15913AB-32.4MM X 37.41MM X 10MM THICK<br>GKB15913AB | 2041179 | 3,230 | 3,230 | 0.03840/ea | 124.03 |
| 3 | GKA15913AB-8MM X 310MM X 8MM THICK<br>GKA15913AB | 2038267 | 3,900 | 3,900 | 0.04390/ea | 171.21 |

**Note:**

| | | |
|---|---|---|
| | Sales Amount: | **$1,357.96** |
| | Freight Charge: | **$0.00** |
| | Total (USD): | **$1,357.96** |

Remit Payment To:
Derby Fabricating Solutions, LLC
UMB Bank
ABA for ACH & Wire – 101000695
Acct # 9866491536
SWIFT # - UMKCUS44

The sale of goods to which this invoice applies is governed by Derby's Terms and Conditions of Sale, available at: https://derbyfab.com/invoices/

*6/19/2026 9:46 AM Page 1*


Derby Fabricating Solutions Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Tel 937-498-4054
Fax 937-498-4056

# Bill of Lading

Ship From Building: Derby Sidney

Ship To: Toledo Molding & Die, Inc.
515 East Gypsy Lane
Bowling Green, OH 43402

Bill To: Toledo Molding & Die, Inc.
515 East Gypsy Lane
Bowling Green, OH 43402

48/45/48

**Bol No:** **58872**



Shipper No: DFS0460767

Ship Date: 4/29/2026

Carrier: Milk Run

Trailer No:

EDI SCAC Code: AXYZ

Freight Terms: Freight Charges Collect

FOB: ORIGIN

Pallets: 1

| Booking No: | AES #: | Seal No: |
|---|---|---|
| Voyage: | Vessel: | |

| Total Items: | | 0 | |
|---|---|---|---|
| Net Weight | | Gross Weight | |
| 0 lbs | | 163 lbs | |
| 0 kg | | 74 kg | |

First Due Date: 5/4/2026

Plex 4/29/2026 10:22 AM / ctaylordfs

Nuoh Hoy e

4/29/26   #181

1 of 1



Derby Fabricating Solutions, LCC - Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Phone (937) 498-4054
Fax (937) 498-4056

# Packing List

**Ship From**
Derby Fabricating Solutions Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Phone:  937-498-4054

**Ship To**
515 East Gypsy Lane
Bowling Green, OH 43402
USA
Phone:  419-354-6050 ext 244

**Bill To**
Toledo Molding & Die, Inc.
515 East Gypsy Lane
Bowling Green, OH 43402
USA

Packing List No

## DFS0460767



Ship Date:  4/29/2026
Bol No:  DFS0460767
Carrier:  Milk Run
Freight Terms:  Freight Charges Collect
FOB:  ORIGIN
Invoice Number:

| Order Details | Description of Goods | Container Details | Shipped Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|---|
| PO: 2037547 | Customer Part No: GKA22890AB<br>Part Name: 75.4mm x 116.8mm x 10mm | 9   CO29X16X14 | 7,200 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 2041179 | Customer Part No: GKB15913AB<br>Part Name: 32.4MM X 37.41MM X 10MM THICK | 1   Box | 3,230 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 2038267 | Customer Part No: GKA15913AB<br>Part Name: 8MM X 310MM X 8MM THICK | 2   CO16X15X14 | 3,900 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| Totals: | | Containers<br>12 | Quantity<br>14,330 Ea | Net Weight<br>0 lbs<br>(0 kg) | Gross Weight<br>0 lbs<br>(0 kg) |

Shipper Signature                    Ship Date                    Driver Signature

*Plex 4/29/2026 10:22 AM / ctaylordfs*                    Original

*1 of 1*



Derby Fabricating Solutions, LLC
billing@derbyfab.com
4500 Produce Road
TAXID: 46-0855972
Louisville, KY 40218
United States
Tel 502-966-4206

# Customer Invoice
# DFS0461041

| ORDER INFO | | SHIPPING INFO | |
|---|---|---|---|
| Invoice Date: | **5/6/2026** | Ship Date: | **5/6/2026** |
| Due Date: | **6/6/2026** | Shipper No: | **DFS0461041** |
| Terms: | **Net 30** | Ship Via: | **Milk Run** |
| Note: | | Tracking No: | **050626 ct** |
| | | Freight Terms: | **Freight Charges Collect** |

| BILL TO | *TOLED* | SHIP TO | *Bowling Green* |
|---|---|---|---|
| | Toledo Molding & Die, Inc.<br>515 East Gypsy Lane<br>Bowling Green, OH 43402<br>USA | | Toledo Molding & Die, Inc.<br>515 East Gypsy Lane<br>Bowling Green, OH 43402<br>USA |

| Line | Description | PO No | Order Qty | Ship Qty | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 1 | GKB21038AB-76.62mm x 127mm x 4mm<br>GKB21038AB | 2037999 | 1,600 | 1,600 | 0.79000/ea | 1,264.00 |
| 2 | GKA12554AC-60MM X 60MM X 15MM THICK<br>GKA12554AC | 2037979 | 16,500 | 16,500 | 0.18510/ea | 3,054.15 |
| 3 | GKA21343AC-84.2mm x 182.2mm x 3mm<br>GKA21343AC | 2037959 | 20,880 | 20,880 | 0.10900/ea | 2,275.92 |
| 4 | GKA22891AB-75.4mm x 116.8mm x 10mm<br>GKA22891AB | 2037744 | 11,200 | 11,200 | 0.14390/ea | 1,611.68 |
| 5 | GKB15919AB-85MM X 115MM X 5MM<br>GKB15919AB | 2038067 | 3,600 | 3,600 | 0.08990/ea | 323.64 |
| 6 | GKB21343AC-222.7mm x 90.1mm x 3mm<br>GKB21343AC | 2037772 | 27,840 | 27,840 | 0.14180/ea | 3,947.71 |
| 7 | GKA21352AB-299.7mm x 68.3mm x 3mm<br>GKA21352AB | 2037584 | 12,100 | 12,100 | 0.15660/ea | 1,894.86 |
| 8 | GKB21352AB-173mm x 143.3mm x 3mm<br>Parts going to Mergon<br>GKB21352AB | 2037723 | 8,560 | 8,560 | 0.23490/ea | 2,010.74 |
| 9 | GKC21352AB-197.2mm x 152.1mm x 3mm<br>Part moving to Mergon<br>GKC21352AB | 2037585 | 2,328 | 2,328 | 0.26280/ea | 611.80 |
| 10 | GKD21352AB-118mm x 60mm x 3mm<br>GKD21352AB | 2037586 | 14,850 | 14,850 | 0.04540/ea | 674.19 |

**Note:**

| | |
|---|---|
| Sales Amount: | **$17,668.69** |
| Freight Charge: | **$0.00** |
| Total (USD): | **$17,668.69** |

Remit Payment To:
Derby Fabricating Solutions, LLC
UMB Bank
ABA for ACH & Wire – 101000695
Acct # 9866491536
SWIFT # - UMKCUS44

The sale of goods to which this invoice applies is governed by Derby's Terms and Conditions of Sale, available at: https://derbyfab.com/invoices/

 Derby Fabricating Solutions Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Tel 937-498-4054
Fax 937-498-4056

# Bill of Lading

| Ship From Building: Derby Sidney | |
|---|---|
| Ship To: Toledo Molding & Die, Inc.<br>515 East Gypsy Lane<br>Bowling Green, OH 43402 | |
| Bill To: Toledo Molding & Die, Inc.<br>515 East Gypsy Lane<br>Bowling Green, OH 43402 | |

48/45/90
Estimated

**Bol No: 59144**



Shipper No: DFS0461041

Ship Date: 5/6/2026

Carrier: Milk Run

Trailer No:

EDI SCAC Code: AXYZ

Freight Terms: Freight Charges Collect

FOB: ORIGIN

Pallets: 5

| Booking No: | AES #: | Seal No: |
|---|---|---|
| Voyage: | Vessel: | |

| Total Items: | | 0 | |
|---|---|---|---|
| Net Weight | | Gross Weight | |
| 0 lbs | | 1,858 lbs | |
| 0 kg | | 843 kg | |

5/6/26

First Due Date: 5/11/2026

*Plex 5/6/2026 3:11 PM / ctaylordfs*

1 of 1



Derby Fabricating Solutions, LCC - Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Phone (937) 498-4054
Fax (937) 498-4056

# Packing List

**Ship From**
Derby Fabricating Solutions Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Phone:   937-498-4054

**Ship To**
515 East Gypsy Lane
Bowling Green, OH 43402
USA
Phone:   419-354-6050 ext 244

**Bill To**
Toledo Molding & Die, Inc.
515 East Gypsy Lane
Bowling Green, OH 43402
USA

Packing List No

## DFS0461041



Ship Date:   5/6/2026
Bol No:   DFS0461041
Carrier:   Milk Run
Freight Terms:   Freight Charges Collect
FOB:   ORIGIN
Invoice Number:

| Order Details | Description of Goods | Container Details | Shipped Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|---|
| PO: 2037999 | Customer Part No:  GKB21038AB<br>Part Name:  76.62mm x 127mm x 4mm | 2   CO29X16X14 | 1,600 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 2037979 | Customer Part No:  GKA12554AC<br>Part Name:  60MM X 60MM X 15MM THICK | 12<br>CO29X16X14 | 16,500 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 2037959 | Customer Part No:  GKA21343AC<br>Part Name:  84.2mm x 182.2mm x 3mm | 12<br>CO20X17X20 | 20,880 Ea | 0 lbs<br>(0 kg) | 28 lbs<br>(13 kg) |
| PO: 2037744 | Customer Part No:  GKA22891AB<br>Part Name:  75.4mm x 116.8mm x 10mm | 14<br>CO29X16X14 | 11,200 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 2038067 | Customer Part No:  GKB15919AB<br>Part Name:  85MM X 115MM X 5MM | 2   CO20X17X20 | 3,600 Ea | 0 lbs<br>(0 kg) | 5 lbs<br>(2 kg) |
| PO: 2037772 | Customer Part No:  GKB21343AC<br>Part Name:  222.7mm x 90.1mm x 3mm | 16<br>CO20X17X20 | 27,840 Ea | 0 lbs<br>(0 kg) | 38 lbs<br>(17 kg) |
| PO: 2037584 | Customer Part No:  GKA21352AB<br>Part Name:  299.7mm x 68.3mm x 3mm | 11<br>CO29X16X14 | 12,100 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 2037723 | Customer Part No:  GKB21352AB<br>Part Name:  173mm x 143.3mm x 3mm Parts going to Mergon | 10<br>CO29X16X14 | 8,560 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 2037585 | Customer Part No:  GKC21352AB<br>Part Name:  197.2mm x 152.1mm x 3mm Part moving to Mergon | 4   CQ29X16X14 | 2,328 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 2037586 | Customer Part No:  GKD21352AB<br>Part Name:  118mm x 60mm x 3mm | 6   CO30X22X5 | 14,850 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |

| Totals: | | Containers<br>89 | Quantity<br>119,458 Ea | Net Weight<br>0 lbs<br>(0 kg) | Gross Weight<br>71 lbs<br>(32 kg) |
|---|---|---|---|---|---|



Derby Fabricating Solutions, LCC - Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Phone (937) 498-4054
Fax (937) 498-4056

# Packing List

Ship From
Derby Fabricating Solutions Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Phone:   937-498-4054

Packing List No

## DFS0461041



Shipper Signature                    Ship Date           Driver Signature

*Plex 5/6/2026 3:11 PM / ctaylordfs*                 Original

2 of 2



Derby Fabricating Solutions, LLC
billing@derbyfab.com
4500 Produce Road
TAXID: 46-0855972
Louisville, KY 40218
United States
Tel 502-966-4206

# Customer Invoice
## DFS0461193

| ORDER INFO | | SHIPPING INFO | |
|---|---|---|---|
| Invoice Date: | **5/13/2026** | Ship Date: | **5/13/2026** |
| Due Date: | **6/13/2026** | Shipper No: | **DFS0461193** |
| Terms: | **Net 30** | Ship Via: | **Milk Run** |
| Note: | | Tracking No: | **5-13-26 lf** |
| | | Freight Terms: | **Freight Charges Collect** |

| BILL TO | *TOLED* | SHIP TO | *Bowling Green* |
|---|---|---|---|
| | Toledo Molding & Die, Inc.<br>515 East Gypsy Lane<br>Bowling Green, OH 43402<br>USA | | Toledo Molding & Die, Inc.<br>515 East Gypsy Lane<br>Bowling Green, OH 43402<br>USA |

| Line | Description | PO No | Order Qty | Ship Qty | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 1 | GKA24918AB-10mm x 220mm x 5mm<br>GKA24918AB | 2037954 | 4,000 | 4,000 | 0.06960/ea | 278.40 |
| 2 | GKB24918AB-48mm x 98mm x 10mm<br>GKB24918AB | 2037745 | 4,032 | 4,032 | 0.12400/ea | 499.97 |
| 3 | GKA12554AC-60MM X 60MM X 15MM THICK<br>GKA12554AC | 2037979 | 17,875 | 17,875 | 0.18510/ea | 3,308.66 |
| 4 | GKA16596AC-10MM X 1075MM X 10MM<br>GKA16596AC | 2037953 | 1,407 | 1,407 | 0.17390/ea | 244.68 |
| 5 | GKA22890AB-75.4mm x 116.8mm x 10mm<br>GKA22890AB | 2037547 | 7,200 | 7,200 | 0.14760/ea | 1,062.72 |
| 6 | GKA22891AB-75.4mm x 116.8mm x 10mm<br>GKA22891AB | 2037744 | 4,000 | 4,000 | 0.14390/ea | 575.60 |
| 7 | GKA24919AB-50mm x 195mm x 3mm<br>GKA24919AB | 2037899 | 4,250 | 4,250 | 0.16110/ea | 684.68 |
| 8 | GKB16596AC-20MM X 20MM X 9MM THICK<br>GKB16596AC | 2037998 | 1,595 | 1,595 | 0.04560/ea | 72.73 |
| 9 | GKB21038AB-76.62mm x 127mm x 4mm<br>GKB21038AB | 2037999 | 800 | 800 | 0.79000/ea | 632.00 |

**Note:**

| | |
|---|---|
| Sales Amount: | **$7,359.44** |
| Freight Charge: | **$0.00** |
| Total (USD): | **$7,359.44** |

Remit Payment To:
Derby Fabricating Solutions, LLC
UMB Bank
ABA for ACH & Wire – 101000695
Acct # 9866491536
SWIFT # - UMKCUS44

The sale of goods to which this invoice applies is governed by Derby's Terms and Conditions of Sale, available at: https://derbyfab.com/invoices/

*6/19/2026 9:48 AM Page 1*

Derby Fabricating Solutions Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Tel 937-498-4054
Fax 937-498-4056

# Bill of Lading

Ship From Building: Derby Sidney

Ship To: Toledo Molding & Die, Inc.
515 East Gypsy Lane
Bowling Green, OH 43402

Bill To: Toledo Molding & Die, Inc.
515 East Gypsy Lane
Bowling Green, OH 43402

48/45/78

**Bol No: 59290**

Shipper No: DFS0461193

Ship Date: 5/13/2026

Carrier: Milk Run

Trailer No:

EDI SCAC Code: AXYZ

Freight Terms: Freight Charges Collect

FOB: ORIGIN

Pallets: 2

| Booking No: | AES #: | Seal No: |
| --- | --- | --- |
| Voyage: | Vessel: | |

| Total Items: | | 0 | |
| --- | --- | --- | --- |
| Net Weight | | Gross Weight | |
| 0 lbs | | 639 lbs | |
| 0 kg | | 290 kg | |

First Due Date: 5/18/2026



Plex 5/13/2026 2:33 PM / claylordfs

1 of 1

Derby Fabricating Solutions, LCC - Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Phone (937) 498-4054
Fax (937) 498-4056

# Packing List

**Ship From**
Derby Fabricating Solutions Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Phone:   937-498-4054

Packing List No

## DFS0461193



Ship Date:   5/13/2026
BoI No:   DFS0461193
Carrier:   Milk Run
Freight Terms:   Freight Charges Collect
FOB:   ORIGIN
Invoice Number:

**Ship To**
515 East Gypsy Lane
Bowling Green, OH 43402
USA
Phone:   419-354-6050 ext 244

**Bill To**
Toledo Molding & Die, Inc.
515 East Gypsy Lane
Bowling Green, OH 43402
USA

| Order Details | Description of Goods | Container Details | Shipped Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|---|
| PO: 2037954 | Customer Part No:  GKA24918AB<br>Part Name:  10mm x 220mm x 5mm | 1   CO26X9X12 | 4,000 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 2037745 | Customer Part No:  GKB24918AB<br>Part Name:  48mm x 98mm x 10mm | 4   CO29X16X14 | 4,032 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 2037979 | Customer Part No:  GKA12554AC<br>Part Name:  60MM X 60MM X 15MM THICK | 13<br>CO29X16X14 | 17,875 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 2037953 | Customer Part No:  GKA16596AC<br>Part Name:  10MM X 1075MM X 10MM | 1   CO44X14X20 | 1,407 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 2037547 | Customer Part No:  GKA22890AB<br>Part Name:  75.4mm x 116.8mm x 10mm | 9   CO29X16X14 | 7,200 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 2037744 | Customer Part No:  GKA22891AB<br>Part Name:  75.4mm x 116.8mm x 10mm | 5   CO29X16X14 | 4,000 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 2037899 | Customer Part No:  GKA24919AB<br>Part Name:  50mm x 195mm x 3mm | 5<br>CO15.75X13.75X<br>10 | 4,250 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 2037998 | Customer Part No:  GKB16596AC<br>Part Name:  20MM X 20MM X 9MM THICK | 1   CO9X9X9 | 1,595 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 2037999 | Customer Part No:  GKB21038AB<br>Part Name:  76.62mm x 127mm x 4mm | 1   CO29X16X14 | 800 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |

| Totals: | | Containers<br>40 | Quantity<br>45,159 Ea | Net Weight<br>0 lbs<br>(0 kg) | Gross Weight<br>0 lbs<br>(0 kg) |
|---|---|---|---|---|---|



Derby Fabricating Solutions, LCC - Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Phone (937) 498-4054
Fax (937) 498-4056

# Packing List

Ship From
Derby Fabricating Solutions Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Phone:   937-498-4054

Packing List No

## DFS0461193



Shipper Signature

Ship Date

Driver Signature

Plex 5/13/2026 2:33 PM / ctaylord/s

Original

2 of 2



Derby Fabricating Solutions, LLC
billing@derbyfab.com
4500 Produce Road
TAXID: 46-0855972
Louisville, KY 40218
United States
Tel 502-966-4206

# Customer Invoice
## DFS0460546

| ORDER INFO | | SHIPPING INFO | |
|---|---|---|---|
| Invoice Date: | **4/13/2026** | Ship Date: | **4/13/2026** |
| Due Date: | **5/14/2026** | Shipper No: | **DFS0460546** |
| Terms: | **Net 30** | Ship Via: | **Milk Run** |
| Note: | | Tracking No: | **041326 ct** |
| | | Freight Terms: | **Freight Charges Collect** |

| BILL TO | *TOLED* | SHIP TO | *TMD Tennessee* |
|---|---|---|---|
| | TMD Tennessee<br>11 East Park Drive<br>Fayetteville, TN 37334 | | Toledo Molding & Die, Inc.<br>Toledo Mold & Die Fayetteville<br>11 East Park Drive<br>Fayetteville, TN 37334<br>USA |

| Line | Description | PO No | Order Qty | Ship Qty | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 1 | GKA21343AC-84.2mm x 182.2mm x 3mm<br>GKA21343AC | 7008660 | 6,960 | 6,960 | 0.10900/ea | 758.64 |
| 2 | GKA21352AB-299.7mm x 68.3mm x 3mm<br>GKA21352AB | 7008661 | 5,500 | 5,500 | 0.15660/ea | 861.30 |
| 3 | GKA22379AB-10mm x 360mm x 10mm<br>GKA22379AB | 7008662 | 11,025 | 11,025 | 0.05910/ea | 651.58 |
| 4 | GKB21343AC-222.7mm x 90.1mm x 3mm<br>GKB21343AC | 7008520 | 6,960 | 6,960 | 0.14180/ea | 986.93 |
| 5 | GKB21352AB-173mm x 143.3mm x 3mm<br>Parts going to Mergon<br>GKB21352AB | 7008663 | 4,280 | 4,280 | 0.23490/ea | 1,005.37 |
| 6 | GKB22379AB-10mm x 286mm x 10mm<br>GKB22379AB | 7008664 | 24,000 | 24,000 | 0.04710/ea | 1,130.40 |
| 7 | GKC21352AB-197.2mm x 152.1mm x 3mm<br>Part moving to Mergon<br>GKC21352AB | 7008665 | 18,624 | 18,624 | 0.26280/ea | 4,894.39 |
| 8 | GKD21352AB-118mm x 60mm x 3mm<br>GKD21352AB | 7011784 | 7,425 | 7,425 | 0.04540/ea | 337.10 |
| 9 | GKD22311AC-175.96mm x 90.69mm x 16mm<br>GKD22311AC | 7011785 | 722 | 722 | 0.74699/ea | 539.33 |
| 10 | GKE22310AC-212.79mm x 142.82mm x 16mm<br>GKE22310AC | 7011788 | 3,024 | 3,024 | 0.26190/ea | 791.99 |
| 11 | GKE22311AC-407.6mm x 204.75mm x 16mm<br>GKE22311AC | 7011789 | 10,500 | 10,500 | 0.17530/ea | 1,840.65 |
| 12 | GKF22310AC-144.257mm x 180.96mm x 16mm<br>GKF22310AC | 7011826 | 3,524 | 3,524 | 0.17950/ea | 632.56 |
| 13 | GKF22311AC-340.61mm x 443.75mm x 16mm<br>GKF22311AC | 7012570 | 2,000 | 2,000 | 1.13890/ea | 2,277.80 |
| 14 | GKA22315AC-318.14mm x 500.9mm x 16mm<br>Parts going to Mergon<br>GKA22315AC | 7011782 | 1,000 | 1,000 | 0.82250/ea | 822.50 |
| 15 | GKD22312AC-303.88mm x 87.64mm x 16mm<br>Parts going to Mergon<br>GKD22312AC | 7011786 | 3,015 | 3,015 | 0.19510/ea | 588.23 |
| 16 | GKC22311AC-133.45mm x 176.8mm x 16mm<br>GKC22311AC | 7011783 | 1,512 | 1,512 | 0.18810/ea | 284.41 |
| 17 | GKD22314AC-125.62mm x 185.4mm x 16mm<br>GKD22314AC | 7011787 | 2,504 | 2,504 | 0.20920/ea | 523.84 |
| 18 | GKA25910AA-133 MM x 200 MM x 3 MM<br>GKA25910AA | 7010913 | 4,200 | 4,200 | 0.39000/ea | 1,638.00 |

**Note:**

| | |
|---|---|
| Sales Amount: | **$20,565.02** |
| Freight Charge: | **$0.00** |
| Total (USD): | **$20,565.02** |

*6/19/2026 9:48 AM Page 1*

Derby Fabricating Solutions Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Tel 937-498-4054
Fax 937-498-4056

# Bill of Lading

Ship From Building: Derby Sidney

Ship To: Toledo Molding & Die, Inc.
Toledo Mold & Die
Fayetteville
11 East Park Drive
Fayetteville, TN 37334

Bill To: TMD Tennessee
11 East Park Drive
Fayetteville, TN 37334

48/45/90

**Bol No: 58656**

Shipper No: DFS0460546

Ship Date: 4/13/2026

Carrier: Milk Run

Trailer No:

EDI SCAC Code: AXYZ

Freight Terms: Freight Charges Collect

FOB:

Pallets: 9

| Booking No: | AES #: | Seal No: |
|---|---|---|
| Voyage: | Vessel: | |

Total Items: | | 0

| Net Weight | Gross Weight |
|---|---|
| 0 lbs | 2,574 lbs |
| 0 kg | 1,168 kg |

First Due Date: 4/16/2026



Derby Fabricating Solutions, LCC - Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Phone (937) 498-4054
Fax (937) 498-4056

# Packing List

**Ship From**
Derby Fabricating Solutions Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Phone:  937-498-4054

**Ship To**
Toledo Mold & Die Fayetteville
11 East Park Drive
Fayetteville, TN 37334
USA

**Bill To**
TMD Tennessee
11 East Park Drive
Fayetteville, TN 37334

Packing List No

## DFS0460546



Ship Date:  4/13/2026
Bol No:  DFS0460546
Carrier:  Milk Run
Freight Terms:  Freight Charges Collect
FOB:
Invoice Number:

| Order Details | Description of Goods | Container Details | Shipped Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|---|
| PO: 7008660 | Customer Part No:  GKA21343AC<br>Part Name:  84.2mm x 182.2mm x 3mm | 4   CO20X17X20 | 6,960 Ea | 0 lbs<br>(0 kg) | 9 lbs<br>(4 kg) |
| PO: 7008661 | Customer Part No:  GKA21352AB<br>Part Name:  299.7mm x 68.3mm x 3mm | 5   CO29X16X14 | 5,500 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 7008662 | Customer Part No:  GKA22379AB<br>Part Name:  10mm x 360mm x 10mm | 5   CO29X16X14 | 11,025 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 7008520 | Customer Part No:  GKB21343AC<br>Part Name:  222.7mm x 90.1mm x 3mm | 4   CO20X17X20 | 6,960 Ea | 0 lbs<br>(0 kg) | 9 lbs<br>(4 kg) |
| PO: 7008663 | Customer Part No:  GKB21352AB<br>Part Name:  173mm x 143.3mm x 3mm | 5   CO29X16X14 | 4,280 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 7008664 | Customer Part No:  GKB22379AB<br>Part Name:  10mm x 286mm x 10mm | 8   CO29X16X14 | 24,000 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 7008665 | Customer Part No:  GKC21352AB<br>Part Name:  197.2mm x 152.1mm x 3mm | 32<br>CO29X16X14 | 18,624 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 7011784 | Customer Part No:  GKD21352AB<br>Part Name:  118mm x 60mm x 3mm | 3   CO30X22X5 | 7,425 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 7011785 | Customer Part No:  GKD22311AC<br>Part Name:  175.96mm x 90.69mm x 16mm | 2<br>CO13X11.5X12 | 722 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 7011788 | Customer Part No:  GKE22310AC<br>Part Name:  212.79mm x 142.82mm x 16mm | 3<br>CO24X19.5X21.5 | 3,024 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 7011789 | Customer Part No:  GKE22311AC<br>Part Name:  407.6mm x 204.75mm x 16mm | 14<br>CO35X24X24 | 10,500 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 7011826 | Customer Part No:  GKF22310AC<br>Part Name:  144.257mm x 180.96mm x 16mm | 7   CO24X12X12 | 3,524 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 7012570 | Customer Part No:  GKF22311AC<br>Part Name:  340.61mm x 443.75mm x 16mm | 4   CO48X40X22 | 2,000 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 7011782 | Customer Part No:  GKA22315AC | 2   CO35X24X24 | 1,000 Ea | 0 lbs | 0 lbs |



Derby Fabricating Solutions, LCC - Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Phone (937) 498-4054
Fax (937) 498-4056

# Packing List

Ship From
Derby Fabricating Solutions Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Phone:  937-498-4054

Packing List No

## DFS0460546



| Order Details | Description of Goods | Container Details | Shipped Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|---|
| | Part Name:  318.14mm x 500.9mm x 16mm | | | (0 kg) | (0 kg) |
| PO: 7011786 | Customer Part No:  GKD22312AC<br>Part Name:  303.88mm x 87.64mm x 16mm | 3   CO24X22X14 | 3,015 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 7011783 | Customer Part No:  GKC22311AC<br>Part Name:  133.45mm x 176.8mm x 16mm | 1   CO24X22X14 | 1,512 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 7011787 | Customer Part No:  GKD22314AC<br>Part Name:  125.62mm x 185.4mm x 16mm | 5<br>CO24X19.5X21.5 | 2,504 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 7010913 | Customer Part No:  GKA25910AA<br>Part Name:  133 MM x 200 MM x 3 MM | 7   CO29X16X14 | 4,200 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |

| Totals: | | Containers | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|---|
| | | 114 | 116,775 Ea | 0 lbs<br>(0 kg) | 19 lbs<br>(9 kg) |

Shipper Signature                    Ship Date                    Driver Signature

*Plex 4/13/2026 4:16 PM / ctaylordfs*          Original                    *2 of 2*



Derby Fabricating Solutions, LLC
billing@derbyfab.com
4500 Produce Road
TAXID: 46-0855972
Louisville, KY 40218
United States
Tel 502-966-4206

# Customer Invoice
# DFS0461280

| ORDER INFO | | SHIPPING INFO | |
|---|---|---|---|
| Invoice Date: | **4/13/2026** | Ship Date: | **4/13/2026** |
| Due Date: | **5/14/2026** | Shipper No: | **DFS0461280** |
| Terms: | **Net 30** | Ship Via: | **Milk Run** |
| Note: | | Tracking No: | **041326 ct** |
| | | Freight Terms: | **Freight Charges Collect** |

| BILL TO | *TOLED* | SHIP TO | *TMD Tennessee* |
|---|---|---|---|
| | TMD Tennessee<br>11 East Park Drive<br>Fayetteville, TN 37334 | | Toledo Molding & Die, Inc.<br>Toledo Mold & Die Fayetteville<br>11 East Park Drive<br>Fayetteville, TN 37334<br>USA |

| Line | Description | PO No | Order Qty | Ship Qty | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 1 | GKA25910AA-133 MM x 200 MM x 3 MM<br>GKA25910AA | 7015077 | 1,200 | 1,200 | 0.39000/ea | 468.00 |

**Note:**

| | |
|---|---|
| Sales Amount: | **$468.00** |
| Freight Charge: | **$0.00** |
| Total (USD): | **$468.00** |

Remit Payment To:
Derby Fabricating Solutions, LLC
UMB Bank
ABA for ACH & Wire – 101000695
Acct # 9866491536
SWIFT # - UMKCUS44

The sale of goods to which this invoice applies is governed by Derby's Terms and Conditions of Sale, available at: https://derbyfab.com/invoices/

*6/19/2026 9:49 AM Page 1*

 Derby Fabricating Solutions Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Tel 937-498-4054
Fax 937-498-4056

# Bill of Lading

| Ship From Building: Derby Sidney | |
|---|---|

Ship To: Toledo Molding & Die, Inc.
Toledo Mold & Die
Fayetteville
11 East Park Drive
Fayetteville, TN 37334

Bill To: TMD Tennessee
11 East Park Drive
Fayetteville, TN 37334

**Bol No: 59371**



Shipper No: DFS0461280

Ship Date: 4/13/2026

Carrier: Milk Run

Trailer No: 5255

EDI SCAC Code: AXYZ

Freight Terms: Freight Charges Collect

FOB:

Pallets: 1

| Booking No: | AES #: | Seal No: |
|---|---|---|
| Voyage: | Vessel: | |

| Total Items: | 0 | |
|---|---|---|
| Net Weight | | Gross Weight |
| 0 lbs | | 80 lbs |
| 0 kg | | 36 kg |

First Due Date: 4/16/2026



Derby Fabricating Solutions, LCC - Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Phone (937) 498-4054
Fax (937) 498-4056

# Packing List

**Ship From**
Derby Fabricating Solutions Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Phone:  937-498-4054

**Packing List No**

## DFS0461280

Ship Date:  4/13/2026
Bol No:  DFS0461280
Carrier:  Milk Run
Freight Terms:  Freight Charges Collect
FOB:
Invoice Number:

**Ship To**
Toledo Mold & Die Fayetteville
11 East Park Drive
Fayetteville, TN 37334
USA

**Bill To**
TMD Tennessee
11 East Park Drive
Fayetteville, TN 37334

| Order Details | Description of Goods | Container Details | Shipped Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|---|
| PO: 7015077 | Customer Part No: GKA25910AA<br>Part Name: 133 MM x 200 MM x 3 MM | 2  CO29X16X14 | 1,200 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |

| Totals: | | Containers | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|---|
| | | 2 | 1,200 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |

Shipper Signature          Ship Date          Driver Signature

*Plex 4/13/2026 4:28 PM / ctaylordfs*          Original          1 of 1



Derby Fabricating Solutions, LLC
billing@derbyfab.com
4500 Produce Road
TAXID: 46-0855972
Louisville, KY 40218
Tel 502-964-9135

# Customer Invoice
# DFS0185811

| ORDER INFO | | SHIPPING INFO | |
|---|---|---|---|
| Invoice Date: | **4/15/2026** | Ship Date: | **4/15/2026** |
| Due Date: | **5/15/2026** | Shipper No: | **DFS0185811** |
| Terms: | **Net 30** | Ship Via: | **Vendor Truck** |
| Note: | | Tracking No: | **82350** |
| | | Freight Terms: | **Freight Charges Collect** |

| BILL TO | *TOLED* | SHIP TO | *TMD Tennessee* |
|---|---|---|---|
| | Toledo Molding & Die, Inc.<br>11 East Park Drive<br>Fayetteville, TN 37334<br>USA | | Toledo Molding & Die, Inc.<br>11 East Park Drive<br>Fayetteville, TN 37334<br>USA |

Remit Payment To:
Derby Fabricating Solutions, LLC
UMB Bank
ABA for ACH & Wire – 101000695
Acct # 9866491536
SWIFT # - UMKCUS44

The sale of goods to which this invoice applies is governed by Derby's Terms and Conditions of Sale, available at: https://derbyfab.com/invoices/

6/19/2026 9:50 AM Page 2

## Christina Combs

**From:** William B. Vancleave <William_B_Vancleave@ryder.com>
**Sent:** Tuesday, April 14, 2026 1:53 PM
**To:** Kayla Taylor
**Subject:** Re: TMD Fayetteville - 4/14

Continental Expedited are on their way in to grab this.

**From:** William B. Vancleave <William_B_Vancleave@ryder.com>
**Sent:** Tuesday, April 14, 2026 12:35:21 PM
**To:** Kayla Taylor <ktaylor@derbyfab.com>
**Subject:** Re: TMD Fayetteville - 4/14

Request received. Will try to get someone in today or early tomorrow to grab this. Carrier info to follow.

**From:** Kayla Taylor <ktaylor@derbyfab.com>
**Sent:** Tuesday, April 14, 2026 12:33:17 PM
**To:** William B. Vancleave <William_B_Vancleave@ryder.com>; Michael J. King <michael_j_king@ryder.com>
**Subject:** TMD Fayetteville - 4/14

RYDER CAUTION: This email originated from outside of the organization and may have malicious content. Be cautious when clicking on links or opening attachments.

Hello,
   We have the below ready for PU.

1 skd@73"
1 skd@69"
1 skd@71"
1 skd@70"
893lbs total

Thank you,

Shipping Information:
Monday - Thursday, 7am - 4pm

**Kayla Taylor**
**Customer Service Lead**
Derby Fabricating Solutions
4500 Produce Road
Louisville, KY 40218
T: 502-966-4206 ext. 2234

1



Derby Fabricating Solutions, LLC
billing@derbyfab.com
4500 Produce Road
TAXID: 46-0855972
Louisville, KY 40218
United States
Tel 502-966-4206

# Customer Invoice
## DFS0461593

| ORDER INFO | | SHIPPING INFO | |
|---|---|---|---|
| Invoice Date: | **4/29/2026** | Ship Date: | **4/29/2026** |
| Due Date: | **5/30/2026** | Shipper No: | **DFS0461593** |
| Terms: | **Net 30** | Ship Via: | **Milk Run** |
| Note: | | Tracking No: | **042926 ct** |
| | | Freight Terms: | **Freight Charges Collect** |

| BILL TO | *TOLED* | SHIP TO | *TMD Tiffin* |
|---|---|---|---|
| | Toledo Molding & Die, Inc.<br>1441 North Maule Road<br>Tiffin, OH 44883<br>USA | | Toledo Molding & Die, Inc.<br>1441 North Maule Road<br>Tiffin, OH 44883<br>USA |

| Line | Description | PO No | Order Qty | Ship Qty | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 1 | GKA22379AB-10mm x 360mm x 10mm<br>GKA22379AB | 6046683 | 6,615 | 6,615 | 0.05910/ea | 390.95 |
| 2 | GKB22379AB-10mm x 286mm x 10mm<br>GKB22379AB | 6046684 | 48,000 | 48,000 | 0.04710/ea | 2,260.80 |

| | |
|---|---|
| Sales Amount: | **$2,651.75** |
| Freight Charge: | **$0.00** |
| Total (USD): | **$2,651.75** |

Note:

Remit Payment To:
Derby Fabricating Solutions, LLC
UMB Bank
ABA for ACH & Wire – 101000695
Acct # 9866491536
SWIFT # - UMKCUS44

The sale of goods to which this invoice applies is governed by Derby's Terms and Conditions of Sale, available at: https://derbyfab.com/invoices/

*6/19/2026 9:50 AM Page 1*

Derby Fabricating Solutions Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Tel 937-498-4054
Fax 937-498-4056

# Bill of Lading

Ship From Building: Derby Sidney

Ship To: Toledo Molding & Die, Inc.
1441 North Maule Road
Tiffin, OH 44883

Bill To: Toledo Molding & Die, Inc.
1441 North Maule Road
Tiffin, OH 44883

48/45/80

**Bol No: 59681**

Shipper No: DFS0461593

Ship Date: 4/29/2026

Carrier: Milk Run

Trailer No:

EDI SCAC Code: AXYZ

Freight Terms: Freight Charges Collect

FOB:

Pallets: 1

Booking No:
Voyage:

AES #:
Vessel:

Seal No:

Total Items: 0

| Net Weight | Gross Weight |
|---|---|
| 0 lbs | 277 lbs |
| 0 kg | 126 kg |

First Due Date: 5/4/2026

Plex 4/29/2026 10:24 AM / claylordfs

4/29/26  #181

1 of 1



Derby Fabricating Solutions, LCC - Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Phone (937) 498-4054
Fax (937) 498-4056

# Packing List

**Ship From**
Derby Fabricating Solutions Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Phone:  937-498-4054

**Ship To**
1441 North Maule Road
Tiffin, OH 44883
USA

**Bill To**
Toledo Molding & Die, Inc.
1441 North Maule Road
Tiffin, OH 44883
USA

**Packing List No**

## DFS0461593

Ship Date:  4/29/2026

Bol No:  DFS0461593

Carrier:  Milk Run

Freight Terms:  Freight Charges Collect

FOB:

Invoice Number:

| Order Details | Description of Goods | Container Details | Shipped Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|---|
| PO: 6046683 | Customer Part No:  GKA22379AB<br>Part Name: 10mm x 360mm x 10mm | 3   CO29X16X14 | 6,615 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 6046684 | Customer Part No:  GKB22379AB<br>Part Name: 10mm x 286mm x 10mm | 16<br>CO29X16X14 | 48,000 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| Totals: | | Containers<br>19 | Quantity<br>54,615 Ea | Net Weight<br>0 lbs<br>(0 kg) | Gross Weight<br>0 lbs<br>(0 kg) |

Shipper Signature          Ship Date          Driver Signature

*Plex 4/29/2026 10:24 AM / ctaylordfs*          Original          *1 of 1*



Derby Fabricating Solutions, LLC
billing@derbyfab.com
4500 Produce Road
TAXID: 46-0855972
Louisville, KY 40218
United States
Tel 502-966-4206

# Customer Invoice
## DFS0461594

| ORDER INFO | | SHIPPING INFO | |
|---|---|---|---|
| Invoice Date: | **5/6/2026** | Ship Date: | **5/6/2026** |
| Due Date: | **6/6/2026** | Shipper No: | **DFS0461594** |
| Terms: | **Net 30** | Ship Via: | **Milk Run** |
| Note: | | Tracking No: | **050626 ct** |
| | | Freight Terms: | **Freight Charges Collect** |

| BILL TO | *TOLED* | SHIP TO | *TMD Tiffin* |
|---|---|---|---|
| | Toledo Molding & Die, Inc.<br>1441 North Maule Road<br>Tiffin, OH 44883<br>USA | | Toledo Molding & Die, Inc.<br>1441 North Maule Road<br>Tiffin, OH 44883<br>USA |

| Line | Description | PO No | Order Qty | Ship Qty | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 1 | GKA22379AB-10mm x 360mm x 10mm<br>GKA22379AB | 6046683 | 11,025 | 11,025 | 0.05910/ea | 651.58 |
| 2 | GKB22379AB-10mm x 286mm x 10mm<br>GKB22379AB | 6046684 | 12,000 | 12,000 | 0.04710/ea | 565.20 |

**Note:**

|  |  |
|---|---|
| Sales Amount: | **$1,216.78** |
| Freight Charge: | **$0.00** |
| Total (USD): | **$1,216.78** |

Remit Payment To:
Derby Fabricating Solutions, LLC
UMB Bank
ABA for ACH & Wire – 101000695
Acct # 9866491536
SWIFT # - UMKCUS44

The sale of goods to which this invoice applies is governed by Derby's Terms and Conditions of Sale, available at: https://derbyfab.com/invoices/

*6/19/2026 9:51 AM Page 1*

DERBY

**Derby Fabricating Solutions Sidney**
570 Lester Avenue
Sidney, OH 45365
USA
Tel 937-498-4054
Fax 937-498-4056

# Bill of Lading

| | |
|---|---|
| Ship From Building: Derby Sidney | **Bol No:** 59682 |
| Ship To: Toledo Molding & Die, Inc.<br>1441 North Maule Road<br>Tiffin, OH 44883 | |
| Bill To: Toledo Molding & Die, Inc.<br>1441 North Maule Road<br>Tiffin, OH 44883 | Shipper No: DFS0461594 |
| 48/45/48 | Ship Date: 5/6/2026 |
| | Carrier: Milk Run |
| | Trailer No: |
| | EDI SCAC Code: AXYZ |
| | Freight Terms: Freight Charges Collect |
| | FOB: |
| | Pallets: 1 |

| Booking No: | AES #: | Seal No: |
|---|---|---|
| Voyage: | Vessel: | |

| Total Items: | 0 |
|---|---|

| Net Weight | Gross Weight |
|---|---|
| **0 lbs** | **145 lbs** |
| **0 kg** | **66 kg** |

5/6/26

First Due Date: 5/11/2026

*Plex 5/6/2026 2:26 PM / ctaylordfs*                                                                          1 of 1



Derby Fabricating Solutions, LCC - Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Phone (937) 498-4054
Fax (937) 498-4056

# Packing List

**Ship From**
Derby Fabricating Solutions Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Phone:  937-498-4054

**Ship To**
1441 North Maule Road
Tiffin, OH 44883
USA

**Bill To**
Toledo Molding & Die, Inc.
1441 North Maule Road
Tiffin, OH 44883
USA

Packing List No

## DFS0461594

Ship Date:  5/6/2026
Bol No:   DFS0461594
Carrier:  Milk Run
Freight Terms:  Freight Charges Collect
FOB:
Invoice Number:

| Order Details | Description of Goods | Container Details | Shipped Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|---|
| PO: 6046683 | Customer Part No: GKA22379AB<br>Part Name: 10mm x 360mm x 10mm | 5   CO29X16X14 | 11,025 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 6046684 | Customer Part No: GKB22379AB<br>Part Name: 10mm x 286mm x 10mm | 4   CO29X16X14 | 12,000 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| Totals: | | Containers<br>9 | Quantity<br>23,025 Ea | Net Weight<br>0 lbs<br>(0 kg) | Gross Weight<br>0 lbs<br>(0 kg) |

Shipper Signature            Ship Date            Driver Signature

*Plex 5/6/2026 2:26 PM / ctaylordfs*            Copy #2            *1 of 1*



Derby Fabricating Solutions, LLC
billing@derbyfab.com
4500 Produce Road
TAXID: 46-0855972
Louisville, KY 40218
United States
Tel 502-966-4206

# Customer Invoice
## DFS0461595

| ORDER INFO | | SHIPPING INFO | |
|---|---|---|---|
| Invoice Date: | **5/13/2026** | Ship Date: | **5/13/2026** |
| Due Date: | **6/13/2026** | Shipper No: | **DFS0461595** |
| Terms: | **Net 30** | Ship Via: | **Milk Run** |
| Note: | | Tracking No: | **5-13-26 lf** |
| | | Freight Terms: | **Freight Charges Collect** |

| BILL TO | *TOLED* | SHIP TO | *TMD Tiffin* |
|---|---|---|---|
| | Toledo Molding & Die, Inc.<br>1441 North Maule Road<br>Tiffin, OH 44883<br>USA | | Toledo Molding & Die, Inc.<br>1441 North Maule Road<br>Tiffin, OH 44883<br>USA |

| Line | Description | PO No | Order Qty | Ship Qty | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 1 | GKA22379AB-10mm x 360mm x 10mm<br>GKA22379AB | 6046683 | 13,230 | 13,230 | 0.05910/ea | 781.89 |
| 2 | GKB22379AB-10mm x 286mm x 10mm<br>GKB22379AB | 6046684 | 24,000 | 24,000 | 0.04710/ea | 1,130.40 |

**Note:**

| | |
|---|---|
| Sales Amount: | **$1,912.29** |
| Freight Charge: | **$0.00** |
| Total (USD): | **$1,912.29** |

Remit Payment To:
Derby Fabricating Solutions, LLC
UMB Bank
ABA for ACH & Wire – 101000695
Acct # 9866491536
SWIFT # - UMKCUS44

The sale of goods to which this invoice applies is governed by Derby's Terms and Conditions of Sale, available at: https://derbyfab.com/invoices/

*6/19/2026 9:51 AM Page 1*

**DERBY**

Derby Fabricating Solutions Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Tel 937-498-4054
Fax 937-498-4056

# Bill of Lading

| | |
|---|---|
| Ship From Building: Derby Sidney | **Bol No: 59683** |
| Ship To: Toledo Molding & Die, Inc.<br>1441 North Maule Road<br>Tiffin, OH 44883 | Shipper No: DFS0461595 |
| Bill To: Toledo Molding & Die, Inc.<br>1441 North Maule Road<br>Tiffin, OH 44883 | Ship Date: 5/13/2026 |
| 48/45/63 | Carrier: Milk Run |
| | Trailer No: |
| | EDI SCAC Code: AXYZ |
| | Freight Terms: Freight Charges Collect |
| | FOB: |
| | Pallets: 1 |

| Booking No: | AES #: | Seal No: |
|---|---|---|
| Voyage: | Vessel: | |

| Total Items: | 0 |
|---|---|

| Net Weight | Gross Weight |
|---|---|
| 0 lbs | 200 lbs |
| 0 kg | 91 kg |

Derby corp

ALEKSANDOR S.

First Due Date: 5/18/2026

*Plex 5/13/2026 1:10 PM / claylordfs*

1 of 1



Derby Fabricating Solutions, LCC - Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Phone (937) 498-4054
Fax (937) 498-4056

# Packing List

**Ship From**
Derby Fabricating Solutions Sidney
570 Lester Avenue
Sidney, OH 45365
USA
Phone:  937-498-4054

**Ship To**
1441 North Maule Road
Tiffin, OH 44883
USA

**Bill To**
Toledo Molding & Die, Inc.
1441 North Maule Road
Tiffin, OH 44883
USA

Packing List No

## DFS0461595

Ship Date:  5/13/2026
Bol No:  DFS0461595
Carrier:  Milk Run
Freight Terms:  Freight Charges Collect
FOB:
Invoice Number:

| Order Details | Description of Goods | Container Details | Shipped Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|---|
| PO: 6046683 | Customer Part No: GKA22379AB<br>Part Name: 10mm x 360mm x 10mm | 6   CO29X16X14 | 13,230 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| PO: 6046684 | Customer Part No: GKB22379AB<br>Part Name: 10mm x 286mm x 10mm | 8   CO29X16X14 | 24,000 Ea | 0 lbs<br>(0 kg) | 0 lbs<br>(0 kg) |
| Totals: | | Containers<br>14 | Quantity<br>37,230 Ea | Net Weight<br>0 lbs<br>(0 kg) | Gross Weight<br>0 lbs<br>(0 kg) |

Shipper Signature                    Ship Date                    Driver Signature

*Plex 5/13/2026 1:10 PM / ctaylordfs*                    Original                    *1 of 1*