**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **First Brands Group, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**CERTIFICATE OF PUBLICATION**

I, Nataly Diaz, do declare and state as follows:

I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

This Certificate of Publication includes a certification verifying that *Notice of Hearing on Sale of Assets of the Jasper Rubber Business*, as conformed for publication, was published in *The Indianapolis Star,* on July 1, 2026, as described in the proof of publication attached hereto as **Exhibit A**.

Dated: July 6, 2026

/s/ *Nataly Diaz*
Nataly Diaz

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

SRF 97278

**Exhibit A**

# USA TODAY CO.


✱ **LocaliQ**

PO Box 630485 Cincinnati, OH 45263-0485

## AFFIDAVIT OF PUBLICATION

STATE OF WISCONSIN, COUNTY OF BROWN

The Indianapolis Star, a daily newspaper published in the city of Indianapolis, Marion County, State of Indiana, and personal knowledge of the facts herein state and that the notice hereto annexed was Published in said newspapers in the issue:

IND Indianapolis Star 07/01/2026

and that the fees charged are legal.
Sworn to and subscribed before on 07/01/2026

Legal Clerk

Notary, State of WI, County of Brown

5·15·27

My commission expires

| | | |
|---|---|---|
| Order No: | 12444270 | # of Copies: |
| Customer No: | 1333698 | 1 |
| PO #: | R6260001 | |

## THIS IS NOT AN INVOICE!

*Please do not use this form for payment remittance.*

NANCY HEYRMAN
Notary Public
State of Wisconsin

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: FIRST BRANDS GROUP, LLC, *et al.*, | § | Chapter 11, Case No. 25-90399 (CML) |
| Debtors.[1] | § | (Jointly Administered) (Emergency Hearing Requested) |

### NOTICE OF HEARING ON SALE OF ASSETS OF THE JASPER RUBBER BUSINESS

On June 24, 2026, First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed with the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") *Emergency Motion for Order (A) Authorizing the Sale of Assets of the Jasper Rubber Business to Jasper Acquisition Co., LLC, and (B) Granting Related Relief* (Docket No. 3055) (the "**Motion**")[2] for the entry of an order (the "**Sale Order**") (a) authorizing the sale of the assets comprising the Debtors' "Jasper Rubber" business (collectively, and as defined and further described in the Purchase Agreement, the "**Transferred Assets**") pursuant to that certain *Asset Purchase Agreement,* dated as of June 24, 2026 (the "**Purchase Agreement**" and the sale transaction thereunder, the "**Sale Transaction**"), by and among First Brands Group Holdings, LLC and certain of its subsidiaries named therein, as Sellers (collectively, the "**Sellers**"), Jasper Acquisition Co., LLC, as Buyer (the "**Buyer**"), and Press-Seal Corporation, as Guarantor, which provides for an aggregate purchase price of $8,030,000 in cash and the assumption of certain Assumed Liabilities.

Copies of the Motion, the Purchase Agreement, and the Sale Order, as well as all exhibits thereto, and all other related documents filed with the Court, may be obtained free of charge at the website dedicated to the Debtors' chapter 11 cases maintained by their claims and noticing agent, Kroll Restructuring Administration LLC, located at https://restructuring.ra.kroll.com/firstbrands.

#### Important Dates and Deadlines

- **Sale Objection Deadline.** Written objections to the Sale Transaction (a "**Sale Objection**") must be (i) filed in accordance with the requirements set forth herein and in the Motion, (ii) filed with the Bankruptcy Court, and (iii) served on the Objection Notice Parties (as defined herein) so as to be received **on July 1, 2026, at 4:00 p.m. (prevailing Central Time) (the "Sale Objection Deadline")** (in accordance with the Procedures for Complex Cases in the Southern District of Texas).

- **Sale Motion and Hearing.** A hearing to approve the Motion will be held before the Honorable Christopher Lopez, in the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Street., Courtroom 401, Houston, TX 77002 on **July 2, 2026, at 11:00 a.m. (prevailing Central Time)** or such other date as determined by the Bankruptcy Court. You may participate in the hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510 and entering the conference code 590153. Video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

#### Filing Objections

Written Sale Objections, if any, must (i) comply with the Bankruptcy Code, Bankruptcy Rules, and Bankruptcy Local Rules, (ii) state, with specificity, the legal and factual basis thereof, and, (iii) be filed with the Bankruptcy Court by **July 1, 2026, at 4:00 p.m. (prevailing Central Time)** (in accordance with the Procedures for Complex Cases in the Southern District of Texas) and served via email on the following parties: (a) First Brands Group, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114 (Attn: Chuck Moore (cmoore@alvarezandmarsal.com)); (b) counsel for the Debtors, Weil, Gotshal & Manges LLP, 700 Louisiana Street, Suite 3700, Houston, TX 77002 (Attn: Gabriel A. Morgan, Esq. (gabriel.morgan@weil.com) and Clifford W. Carlson, Esq. (clifford.carlson@weil.com)) and 767 Fifth Avenue, New York, NY 10153 (Attn: Matthew S. Barr, Esq. (matt.barr@weil.com), Sunny Singh, Esq. (sunny.singh@weil.com), Kevin Bostel, Esq. (kevin.bostel@weil.com), Andriana Georgallas, Esq. (andriana.georgallas@weil.com), Gavin Westerman, Esq. (gavin.westerman@weil.com), and Mariel E. Cruz, Esq. (mariel.cruz@weil.com)) and Katten Muchin Rosenman LLP, 50 Rockefeller Plaza, New York, NY 10020 (Attn: Cindi M. Giglio (cgiglio@katten.com) and Grace A. Thompson (grace.thompson@katten.com)); (c) counsel to the Ad Hoc Group, Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166 (Attn: Scott Greenberg, Esq. (SGreenberg@gibsondunn.com), AnnElyse Scarlett Gains, Esq. (AGains@gibsondunn.com) Christina Brown, Esq. (CBrown@gibsondunn.com), and Tommy Scheffer, Esq. (TScheffer@gibsondunn.com)); (d) counsel to the Creditors' Committee, Brown Rudnick LLP, 7 Times Square, New York, NY 10036, (Attn: Robert Stark, Esq. (RStark@brownrudnick.com), Bennett Silverberg, Esq. (BSilverberg@brownrudnick.com), and Tristan Axelrod, Esq. (TAxelrod@brownrudnick.com)); (e) the United States Trustee for the Southern District of Texas, 515 Rusk Street, Suite 3516, Houston, TX 77002 (Attn: Jayson Ruff, Esq.); (f) co-counsel to Silver Point Capital, L.P. and Onset Financial, Inc., Morrison & Foerster LLP, 250 West 55th Street New York, NY 10019 (Attn: James Newton, Esq. (jnewton@mofo.com) and Ben Butterfield, Esq. (bbutterfield@mofo.com)); (g) co-counsel to Silver Point Capital, L.P. and Onset Financial, Inc., Milbank LLP, 55 Hudson Yards, New York, NY 10001 (Attn: Dennis Dunne, Esq. (ddunne@milbank.com), Lisa Laukitis, Esq. (llaukitis@milbank.com), and Andrew Leblanc, Esq. (aleblanc@milbank.com)); (h) counsel to Bank of America, N.A., Norton Rose Fulbright US LLP, 2200 Ross Ave., Suite 3600 Dallas, TX 75201 (Attn: Toby Gerber, Esq. (toby.gerber@nortonrosefulbright.com) and Kristian Gluck, Esq. (kristian.gluck@nortonrosefulbright.com)) and Winston & Strawn, LLP, 35 West Wacker Drive Chicago, IL 60601 (Attn: Gregory Gartland Esq. (ggartland@winston.com) and Daniel J. McGuire, Esq. (dmcguire@winston.com)); and (i) counsel to Buyer, Taft Stettinius & Hollister LLP, 301 East Fourth Street, Suite 2800, Cincinnati, OH 45202-4257 (Attn: W. Timothy Miller (miller@taftlaw.com)) (collectively, the "**Objection Notice Parties**").

**THE FAILURE OF ANY PERSON OR ENTITY TO FILE AND SERVE AN OBJECTION IN ACCORDANCE WITH THE FOREGOING REQUIREMENTS OR THE REQUIREMENTS CONTAINED IN THE MOTION BY THE APPLICABLE SALE OBJECTION DEADLINE SHALL FOREVER BAR SUCH PERSON OR ENTITY FROM ASSERTING ANY OBJECTION TO THE MOTION, ANY ORDER APPROVING THE SALE TRANSACTION OR THE DEBTORS' CONSUMMATION OF THE SALE TRANSACTION.**

Dated: June 25, 2026, New York, New York, */s/ Cindi M. Giglio*, KATTEN MUCHIN ROSENMAN LLP, Cindi M. Giglio, Grace A. Thompson, 50 Rockefeller Plaza, New York, New York 10020-1605, Telephone: (212) 940-8800, Facsimile: (212) 940-8776, Email: cgiglio@katten.com, grace.thompson@katten.com , *Attorneys for Debtors and Debtors in Possession*

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion or the Purchase Agreement (as defined herein), as applicable.

# Mankind cannot hasten God to act



**Billy Graham**
Columnist

*From the writings of the Rev. Billy Graham*

**Q:** In my sincere pleas to God in prayer, what can I do when He doesn't respond or even seem to hear me? The silence doesn't bring comfort, it brings despair. – *S.G.*

**A:** When we wrestle with the silence of God, be reminded first of all that God has spoken in days gone by, and has continued to speak. He has always given us a clear message in the created world around us: "Since the creation of the world His invisible attributes are clearly seen, being understood by the things that are made, even His eternal power" (Romans 1:20, NKJV).

The living God has also spoken through the Bible. In its pages He has revealed Himself, including His character, His attributes, and His glory. He's also spoken through Jesus. No one has seen God at any time. God has spoken so perfectly through His Son that Jesus could say, "He who has seen Me has seen the Father" (John 14:9, NKJV).

There was a silence of God between the Old and the New Testaments – 400 years. So strange was this silence that the Jewish people attempted to substitute something that would fill the gap. But man cannot hasten God to act. When this time ended, God spoke again in a wonderfully awesome way, in a place called Bethlehem. An angel of the Lord announced the birth of Jesus, the Savior. The silence was shattered when a multitude of the heavenly host praised God, saying, "Glory to God in the highest, and on earth peace, goodwill toward men!" (Luke 2:14, NKJV). No wonder we sing at Christmas the lyrics of "Silent Night."

When God seems silent, turn to the pages of Scripture and read His words. When God seems silent, open your heart and pour forth your petitions, asking Him to strengthen your faith, for He knows what is best for His own.

## TODAY'S BIRTHDAYS



**Harry**

Actor **Leslie Caron** turns 95. Actor **Genevieve Bujold**, 84. Singer **Deborah Harry** (Blondie), 81. Actor **Trevor Eve**, 75. Singer **Victor Willis** (Village People), 75. Actor **Dan Aykroyd**, 74. Actor **Alan Ruck**, 70. Actor **Pamela Anderson**, 59. Actor **Henry Simmons**, 56. Rapper **Missy Elliott**, 55. Actor **Julianne Nicholson**, 55. Singer-songwriter **Sufjan Stevens**, 51. Actor **Liv Tyler**, 49. Actor **Hilarie Burton**, 44. Actor **Lea Seydoux**, 41. Actor-singer **Chloe Bailey**, 28. Singer **Tate McRae**, 23. Actor **Storm Reid**, 23.

*– USA TODAY Network*

IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

In re: FIRST BRANDS GROUP, LLC, *et al.*,   §   Chapter 11, Case No. 25-90399 (CML)
Debtors.[1]   §   (Jointly Administered)  (Emergency Hearing Requested)

**NOTICE OF HEARING ON SALE OF ASSETS OF THE JASPER RUBBER BUSINESS**

On June 24, 2026, First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed with the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") *Emergency Motion for Order (A) Authorizing the Sale of Assets of the Jasper Rubber Business to Jasper Acquisition Co., LLC and (B) Granting Related Relief* (Docket No. 3055) (the "**Motion**")[2] for the entry of an order (the "**Sale Order**") (a) authorizing the sale of the assets comprising the Debtors' "Jasper Rubber" business (collectively, and as defined and further described in the Purchase Agreement, the "**Transferred Assets**") pursuant to that certain *Asset Purchase Agreement*, dated as of June 24, 2026 (the "**Purchase Agreement**" and the sale transaction thereunder, the "**Sale Transaction**"), by and among First Brands Group Holdings, LLC and certain of its subsidiaries named therein, as Sellers (collectively, the "**Sellers**"), Jasper Acquisition Co., LLC, as Buyer (the "**Buyer**"), and Press-Seal Corporation, as Guarantor, which provides for an aggregate purchase price of $8,030,000 in cash and the assumption of certain Assumed Liabilities.

Copies of the Motion, the Purchase Agreement, and the Sale Order, as well as all exhibits thereto, and all other related documents filed with the Court, may be obtained free of charge at the website dedicated to the Debtors' chapter 11 cases maintained by their claims and noticing agent, Kroll Restructuring Administration LLC, located at https://restructuring.ra.kroll.com/firstbrands.

**Important Dates and Deadlines**

•   **Sale Objection Deadline.** Written objections to the Sale Transaction (a "**Sale Objection**") must be (i) filed in accordance with the requirements set forth herein and in the Motion, (ii) filed with the Bankruptcy Court, and (iii) served on the Objection Notice Parties (as defined herein) so as to be received **on July 1, 2026, at 4:00 p.m. (prevailing Central Time) (the "Sale Objection Deadline")** (in accordance with the Procedures for Complex Cases in the Southern District of Texas).

•   **Sale Motion and Hearing.** A hearing to approve the Motion will be held before the Honorable Christopher Lopez, in the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Street, Courtroom 401, Houston, TX 77002 **on July 2, 2026, at 11:00 a.m. (prevailing Central Time)** or such other date as determined by the Bankruptcy Court. You may participate in the hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510 and entering the conference code 590153. Video communication will be by use of the GoTomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

**Filing Objections**

Written Sale Objections, if any, must (i) comply with the Bankruptcy Code, the Bankruptcy Rules, and Bankruptcy Local Rules, (ii) state, with specificity, the legal and factual basis thereof, and, (iii) be filed with the Bankruptcy Court by **July 1, 2026, at 4:00 p.m. (prevailing Central Time)** (in accordance with the Procedures for Complex Cases in the Southern District of Texas) and served via email on the following parties: (a) First Brands Group, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114 (Attn: Chuck Moore (cmoore@alvarezandmarsal.com)); (b) counsel for the Debtors, Weil, Gotshal & Manges LLP, 700 Louisiana Street, Suite 3700, Houston, TX 77002 (Attn: Gabriel A. Morgan, Esq. (gabriel.morgan@weil.com) and Clifford W. Carlson, Esq. (clifford.carlson@weil.com)) and 767 Fifth Avenue, New York, NY 10153 (Attn: Matthew S. Barr, Esq. (matt.barr@weil.com), Sunny Singh, Esq. (sunny.singh@weil.com), Kevin Bostel, Esq. (kevin.bostel@weil.com), Andriana Georgallas, Esq. (andriana.georgallas@weil.com), Gavin Westerman, Esq. (gavin.westerman@weil.com), and Mariel E. Cruz, Esq. (mariel.cruz@weil.com)) and Katten Muchin Rosenman LLP, 50 Rockefeller Plaza, New York, NY 10020 (Attn: Cindi M. Giglio (cgiglio@katten.com) and Grace A. Thompson (grace.thompson@katten.com)); (c) counsel to the Ad Hoc Group, Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166 (Attn: Scott Greenberg, Esq. (SGreenberg@gibsondunn.com), AnnElyse Scarlett Gains, Esq. (AGains@gibsondunn.com) Christina Brown, Esq. (CBrown@gibsondunn.com), and Tommy Scheffer, Esq. (TScheffer@gibsondunn.com)); (d) counsel to the Creditors' Committee, Brown Rudnick LLP, 7 Times Square, New York, NY 10036, (Attn: Robert Stark, Esq. (RStark@brownrudnick.com), Bennett Silverberg, Esq. (BSilverberg@brownrudnick.com), and Tristan Axelrod, Esq. (TAxelrod@brownrudnick.com)); (e) the United States Trustee for the Southern District of Texas, 515 Rusk Street, Suite 3516, Houston, TX 77002 (Attn: Jayson Ruff, Esq.); (f) co-counsel to Silver Point Capital, L.P. and Onset Financial, Inc., Morrison & Foerster LLP, 250 West 55th Street New York, NY 10019 (Attn: James Newton, Esq. (jnewton@mofo.com) and Ben Butterfield, Esq. (bbutterfield@mofo.com)); (g) co-counsel to Silver Point Capital, L.P. and Onset Financial, Inc., Milbank LLP, 55 Hudson Yards, New York, NY 10001 (Attn: Dennis Dunne, Esq. (ddunne@milbank.com), Lisa Laukitis, Esq. (llaukitis@milbank.com), and Jordan Weber, Esq. (jeblanco@milbank.com)); (h) counsel to Bank of America, N.A., Norton Rose Fulbright US LLP, 2200 Ross Ave., Suite 3600 Dallas, TX 75201 (Attn: Toby Gerber, Esq. (toby.gerber@nortonrosefulbright.com) and Kristian Gluck, Esq. (kristian.gluck@nortonrosefulbright.com)) and Winston & Strawn, LLP, 35 West Wacker Drive Chicago, IL 60601 (Attn: Gregory Gartland Esq. (ggartland@winston.com) and Daniel J. McGuire, Esq. (dmcguire@winston.com)); and (i) counsel to Buyer, Taft Stettinius & Hollister LLP, 301 East Fourth Street, Suite 2800, Cincinnati, OH 45202-4257 (Attn: W. Timothy Miller (miller@taftlaw.com)) (collectively, the "**Objection Notice Parties**").

**THE FAILURE OF ANY PERSON OR ENTITY TO FILE AND SERVE AN OBJECTION IN ACCORDANCE WITH THE FOREGOING REQUIREMENTS OR THE REQUIREMENTS CONTAINED IN THE MOTION BY THE APPLICABLE SALE OBJECTION DEADLINE SHALL FOREVER BAR SUCH PERSON OR ENTITY FROM ASSERTING ANY OBJECTION TO THE MOTION, ANY ORDER APPROVING THE SALE TRANSACTION OR THE DEBTORS' CONSUMMATION OF THE SALE TRANSACTION.**

Dated: June 25, 2026, New York, New York    /s/ Cindi M. Giglio          KATTEN MUCHIN ROSENMAN LLP, Cindi M. Giglio, Grace A. Thompson, 50 Rockefeller Plaza, New York, New York 10020-1605, Telephone: (212) 940-8800, Facsimile: (212) 940-8776, Email: cgiglio@katten.com, grace.thompson@katten.com , *Attorneys for Debtors and Debtors in Possession*

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion or the Purchase Agreement (as defined herein), as applicable.

# Downtown Indy fireworks display is back for July 4

**Heather Bushman**
Indianapolis Star
USA TODAY NETWORK

Fireworks are a go for Independence Day in downtown Indianapolis.

The city's July 4 festivities will once again conclude with a fireworks display, Downtown Indy Alliance announced in a news release. The colorful show will help Indy ring in America's 250th anniversary, along with an evening festival at American Legion Mall.

The fireworks will be launched from the 500 North Meridian office building at 500 N. Meridian St., just south of the Scottish Rite Cathedral, at 10:15 p.m. American Legion Mall at 700 N. Pennsylvania St. and the grounds of the Indiana War Memorial at 55 E. Michigan St. will serve as the prime viewing spots, and patrons are encouraged to bring lawn chairs and blankets.

The 20-minute fireworks display will cap off Downtown Indy Alliance's fourth annual Fourth Fest event, which starts at 6 p.m. July 4 and will feature live music, food trucks and more. The downtown celebration is in partnership with Indiana 250: the state's official effort to recognize the country's semiquincentennial.

*Contact IndyStar Pop Culture Reporter Heather Bushman at hbushman@indystar.com. Follow her on X @hmb_1013.*

## THIS DATE IN HISTORY

Today is July 1. On this date in:

**1847:** The first general-issue postage stamps were released by the U.S. Post Office. They went on sale in New York City and were a 5-cent stamp featuring Benjamin Franklin and a 10-cent stamp honoring George Washington.

**1863:** The Battle of Gettysburg began as Union forces led by Maj. Gen. George Meade fought against Confederate Gen. Robert E. Lee and the invading Army of Northern Virginia at Gettysburg, Pennsylvania. Known as a turning point for the American Civil War, the battle lasted three days and was the bloodiest of the war.

**1916:** In one of the bloodiest and most devastating days of war in history, the first day of the Battle of Somme began. Allied forces launched an offensive against German-occupied territory near the Somme River in France in an effort to hasten the end of World War I. Both sides suffered massive losses, with Britain alone enduring 57,470 casualties, including 19,240 killed.

**1934:** Acclaimed director and producer Sydney Pollack was born in Lafayette, Indiana. With a career spanning over 40 years in television and film, Pollack was perhaps best known for "Out of Africa" and "Tootsie," winning an Academy Award for Best Director for the former.

**1961:** Diana, Princess of Wales, formerly Lady Diana Frances Spencer, was born in Sandringham, England.

**1963:** The Zone Improvement Plan Code was implemented by the U.S. Postal Service. More commonly known as the ZIP Code, it was created to help speed the processing and delivery of mail.

**1979:** Sony debuted the Walkman, the first personal stereo cassette player, for sale in Japan.

**1984:** The Motion Picture Association of America introduced the PG-13 rating, which acted as a middle ground between its PG and R ratings. The first film to be given the rating was "Red Dawn."

**2004:** Marlon Brando, one of the most celebrated method actors, died at age 80 from respiratory and congestive heart failure.

**2024:** In Trump v. United States, the Supreme Court ruled that the president is immune from criminal prosecution for many actions taken while in office. "The President is not above the law," Chief Justice John Roberts wrote. "But under our system of separated powers, the President may not be prosecuted for exercising his core constitutional powers, and he is entitled to at least presumptive immunity from prosecution for his official acts."

*– USA TODAY Network*

## PRAYER

Thank you, O God, for good people who quietly do their best every day. Bless them – and us as we join their ranks. Amen.

## CORRECTIONS

IndyStar corrects its mistakes. If you spot something you believe is an error, call (317) 444-6000.

# Man arrested in two assaults, one fatal, caught on video

**Ryan Murphy**
Indianapolis Star
USA TODAY NETWORK

Police arrested a 29-year-old man after surveillance footage connected him to two brutal assaults in downtown Indianapolis. Shortly after the man's arrest, one person died from his injuries. The other remains in critical condition, according to the Indiana State Police.

On June 19, paramedics took a man in critical condition to a local hospital. Initially, it appeared that he was suffering from a medical issue, but doctors contacted police after they found injuries that suggested he'd been attacked. The man was not publicly identified at time of publication.

Indiana State Capitol Police recovered video that showed somebody assaulted the man just before 2 a.m. on June 19 in the first block of N. Senate Avenue, near the Indiana Government Center.

Investigators were working to identify the perpetrator when another attack happened. On June 26, at about 2:10 a.m., surveillance footage captured another assault in the same location. The attacker appeared to be the same suspect seen in the June 19 video, and state investigators shared his image with the Indianapolis Metropolitan Police Department.

Later that day, he was recognized when he asked to borrow an off-duty officer's phone, according to court documents. An IMPD officer responded and detained the man on North New Jersey Street. He was wearing the same clothing seen on video in both attacks, and investigators wrote that there appeared to be blood on his socks.

In an interview, the suspect initially said that he'd found one of the men already beaten and had tried to check on him. He later said he attacked the man "out of frustration," an investigator wrote in the probable cause affidavit.

The alleged attacker became homeless several months ago. He "indicated there was a level of emptiness and frustration because many of the homeless people he encountered would ask him for help, but he would not receive any help in return," detectives wrote.

The accused attacker stomped on both men at least 15 times, according to a probable cause affidavit. Both were laying down or sleeping when the assaults began.

The man said that he "did not intend to murder them" and that the beatings were "too extreme."

He was booked on two preliminary counts of attempted murder. IndyStar is not naming the man accused because he was not formally charged him at time of publication.

On June 28, the man who'd been attacked on June 19 died. The Marion County Prosecutor's Office will review amending charges, according to ISP.

*Ryan Murphy is the communities reporter for IndyStar. She can be reached at rhmurphy@indystar.com.*

## PEOPLE IN THE NEWS

**Hollywood director sentenced to prison for $11M Netflix scheme**



**Rinsch**

Hollywood filmmaker Carl Rinsch will be serving prison time for a multi-million dollar scheme against Netflix.

New York judge Jed S. Rakoff sentenced Rinsch to 30 months behind bars followed by three years of supervised release on June 29, United States Attorney Jay Clayton announced in a press release. The "47 Ronin" director was also ordered to pay $11 million in forfeiture and $700 in mandatory special assessments.

This comes six months after a jury found Rinsch guilty of misusing funds in connection with the production of an unfinished Netflix series.

Between 2018 and 2019, Netflix paid Rinsch $44 million for a sci-fi series called "White Horse." In March 2020, Netflix gave Rinsch $11 million after he demanded additional funds, according to the U.S. Attorney's Office. While the money was intended to complete the remaining episodes of the show, Clayton said "Rinsch made risky bets on highly speculative stock options and cryptocurrency," ultimately losing more than half of the $11 million within two months of receiving it.

"White Horse" was never finished, and Rinsch was arrested in March 2025. In December, he was convicted on seven counts, including wire fraud, money laundering and engaging in monetary transactions in property derived from specified unlawful activity.

*USA TODAY Network*

---

## IndyStar.
PART OF THE USA TODAY NETWORK

**Full access print and digital subscriptions**
Subscribe and save today by visiting indystar.com/subscribe. The TV book can be added to select print subscriptions for an additional monthly charge. Contact Customer Service for additional details. Meet the newsroom. Share your stories. Visit The Indianapolis Star at connect.indystar.com.

**Corrections and clarifications**
Our goal is to promptly correct errors. Email us at accuracy@indystar.com to report a mistake or call 317-444-6000. Describe the error, where you saw it, the date, page number, or the URL.

**Customer service**
To view important information online related to your subscription, visit aboutyoursubscription.indystar.com. You can also manage your subscription at account.indystar.com. Contact The Indianapolis Star for questions or report issues at 1-888-357-7827.

**Operating hours are:**
● Monday-Friday: 8:00 a.m. - 5:00 p.m.
● Saturday: 7:00 a.m. - 11:00 a.m. with limited support for Digital
● Sunday: 7:00 a.m. - 11:00 a.m.

**Contact us**
Customer Service ................................................................ 1-888-357-7827
Advertising ...................................................... Andrew Insley | 317-444-7270
Obituaries ...................................................................... indystar.com/obituaries
Classifieds ................................................................ classifieds.indystar.com

**Postal information**
The Indianapolis Star, USPS# 262-680, is published daily excluding Independence Day (observed), Labor Day, Thanksgiving (observed), Christmas Day (observed) and New Year's Day (observed) by Gannett Media Corp., 36 S. Pennsylvania St., Suite 500, Indianapolis, Indiana 46204. Periodicals postage paid at Indianapolis, IN and additional mailing offices. **Postmaster:** Send all UAA to CFS. (See DMM 507.1.5.2); **NON-POSTAL ONE AND MILITARY FACILITIES:** Please send address corrections to Customer Service, 401 W Main St #600 Louisville KY 40202.

## USA TODAY CO.