**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

```
------------------------------------------------------- §
                                                        §    Chapter 11
                                                        §
In re                                                   §
                                                        §    Case No. 25-90399 (CML)
FIRST BRANDS GROUP, LLC, et al.,[1]                     §
                                                        §    Jointly Administered
                        Debtors.                        §
                                                        §
                                                        §
------------------------------------------------------- §
```

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
WITNESS AND EXHIBIT LIST FOR JULY 9, 2026 HEARING**

The Official Committee of Unsecured Creditors appointed in the above-captioned chapter

11 cases (the "Committee") hereby submits this witness and exhibit list for the hearing scheduled

for **July 9, 2026 at 9:00 a.m. (Prevailing Central Time)** (the "Hearing"):

**WITNESSES**

The Committee may call any of the following witnesses at the Hearing:

1.      Any witness called or listed by any other party; and

2.      Any rebuttal witnesses.

---

[1]  A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors'
claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these
Chapter 11 Cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**EXHIBITS**

| NO. | DESCRIPTION | MARK | OFFER | OBJECTION | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 1 | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | | | |
| 2 | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | | | |
| 3 | Any exhibit listed by any other party | | | | | | |

**RESERVATION OF RIGHTS**

The Committee reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to supplement this list at any time prior to the Hearing.

Dated: July 7, 2026                    Respectfully submitted,

/s/ *Ian R. Phillips*
Ian R. Phillips, Esq.
Texas Bar No. 24091239
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Justin R. Alberto, Esq. (admitted *pro hac vice*)
**COLE SCHOTZ P.C.**
901 Main Street, Suite 4120
Dallas, TX 75202
Tel: (469) 557-9390
Fax: (469) 533-1587
iphillips@coleschotz.com
svanaalten@coleschotz.com
jalberto@coleschotz.com

*-and-*

2

Robert J. Stark (admitted *pro hac vice*)
Jeffrey L. Jonas (admitted *pro hac vice*)
Michael S. Winograd (admitted *pro hac vice*)
Bennett S. Silverberg, Esq. (admitted *pro hac vice*)
Kenneth J. Aulet, Esq. (admitted *pro hac vice*)
Andrew M. Carty, Esq. (admitted *pro hac vice*)
Hayden A. Miller, Esq. (admitted *pro hac vice*)
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
Fax: (212) 209-4801
rstark@brownrudnick.com
jjonas@brownrudnick.com
mwinograd@brownrudnick.com
bsilveberg@brownrudnick.com
kaulet@brownrudnick.com
acarty@brownrudnick.com
hmiller@brownrudnick.com

Tristan G. Axelrod, Esq. (admitted *pro hac vice*)
Matthew A. Sawyer, Esq. (admitted *pro hac vice*)
**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
Fax: (617) 856-8201
taxelrod@brownrudnick.com
msawyer@brownrudnick.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

## <u>CERTIFICATE OF SERVICE</u>

I certify that I caused a copy of the foregoing document to be served via the Court's ECF system on July 7, 2026.

*/s/ Ian R. Phillips*
Ian R. Phillips