United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 07, 2026

Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 25-90399 |
|---|---|---|---|
| Debtor | | In Re: | First Brands Group, LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Annaclare M. Censoni<br>Kitch Attorneys & Counselors, PC<br>One Woodward Ave., Suite 2400<br>(313) 965-7924<br>Michigan State Bar No. P88649<br>U.S. District Court, Eastern District of MI Bar No. P88649<br>U.S. District Court, Western District of MI Bar No. P88649 |
|---|---|

| Name of party applicant seeks to appear for: | Milwood Holdings, LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __✔___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   7/6/2026 | Signed:        /s/ Annaclare Censoni |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature: |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Signed:  July 07, 2026

_____
Christopher Lopez
United States Bankruptcy Judge