**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.[1]** | § | |
| | § | **Re: Docket Nos. 2522, 2949, & 3041** |
| | § | |

**NOTICE OF ADJOURNMENT
OF HEARING ON MOTION OF DEBTORS
FOR AN ORDER FURTHER EXTENDING EXCLUSIVE
<u>PERIODS PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE</u>**

**PLEASE TAKE NOTICE** that on April, 22, 2026, First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Motion of Debtors for an Order Further Extending Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code* (Docket No. 2522) (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE THAT**, on June 9, 2026, the Debtors filed the *Notice of Hearing on Motion to Extend Exclusivity* (Docket No. 2949) setting a hearing to consider the Motion for June 24, 2026 at 1:00 p.m. (prevailing Central Time) (the "**Hearing**").

**PLEASE TAKE FURTHER NOTICE THAT**, on June 22, 2026, the Debtors filed the *Notice of Continued Exclusivity Hearing* (Docket No. 3041), continuing the Hearing to July 9, 2026 at 9:00 a.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE THAT**, that the Hearing has been adjourned to **<u>Wednesday, July 15th at 10:00 a.m. (prevailing Central Time)</u>**.

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Dated: July 7, 2026
      Houston, Texas

/s/ Clifford W. Carlson
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email:    gabriel.morgan@weil.com
        clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matt Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason H. George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:    matt.barr@weil.com
        sunny.singh@weil.com
        andriana.georgallas@weil.com
        kevin.bostel@weil.com
        jason.george@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

2

**<u>Certificate of Service</u>**

I hereby certify that on July 7, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.


<u>  /s/  Clifford W. Carlson            </u>
Clifford W. Carlson