**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | )        **Chapter 11** |
| | ) |
| **FIRST BRANDS GROUP, LLC,** *et al.*, [1] | )        **Case No. 25-90399 (CML)** |
| | ) |
| Debtors. | )        **(Jointly Administered)** |
| | ) |

**THE UNITED STATES TRUSTEE'S**
**NOTICE OF APPOINTMENT OF COMMITTEE OF RETIREES**

TO THE HONORABLE CHRISTOPHER M. LOPEZ,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Kevin M. Epstein, the United States Trustee for Region 7 (Southern and Western Districts of Texas), pursuant to 11 U.S.C. § 1114(d) and this Court's Order entered at ECF No. 3060, hereby appoints the following eligible retirees to the Official Committee of Retirees in this case:

| Retiree Name and Contact |
|---|
| **William R. Shrode**<br>94 N. IL 130<br>Parkersburg, IL 62452-2004<br>618-302-7506<br>**bill.shrode@gmail.com** |
| **John David Gaither**<br>2398 E. SR 64<br>Princeton, IN 47670<br>812-305-4176<br>**johngaither55@gmail.com** |

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**John Evans**
11191 Sugar Creek Ave.
Mount Carmel, IL 62863
812-305-4561
Jaehome51@gmail.com

**William K. Vinson**
8677 Cayman Ct.
Newburgh, IN 47630
618-919-0479
kvinson48@yahoo.com

Dated: July 9, 2026

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7

By: */s/ Jayson B. Ruff*
Jayson B. Ruff
Trial Attorney
Michigan Bar No. P69893
Office of the United States Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002
(713) 718-4662
Jayson.b.ruff@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants who have requested notice on this 9th day of July 2026.

*/s/Jayson B. Ruff*
Jayson B. Ruff