**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
|  | ) |  |
| **FIRST BRANDS GROUP, LLC,** *et al.*, [1] | ) | **Case No. 25-90399 (CML)** |
|  | ) |  |
| **Debtors.** | ) | **(Jointly Administered)** |
|  | ) |  |

**NOTICE OF ORGANIZATIONAL MEETING OF THE
OFFICIAL COMMITTEE OF RETIREES**

TO THE HONORABLE CHRISTOPHER M. LOPEZ,
UNITED STATES BANKRUPTCY JUDGE:

An organizational meeting of the Official Committee of Retirees in the above-entitled case has been scheduled via electronic/video conference call on **Thursday, July 9, 2026 at 11:00 a.m. (Houston Time)**. The members of the Official Committee of Retirees have been provided call-in instructions.

[Space Intentionally Blank]

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Dated: July 9, 2026

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7

By: */s/Jayson B. Ruff*
Jayson B. Ruff
Trial Attorney
Michigan Bar No. P69893
Office of the United States Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002
(713) 718-4662
Jayson.b.ruff@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants who have requested notice on this 8th day of July 2026.

*/s/Jayson B. Ruff*
Jayson B. Ruff