**EXHIBIT A**
**Outstanding Invoices**

| Multi-Party Agreement | | | | | | |
|---|---|---|---|---|---|---|
| **Name** | **Invoice No.** | **Document Date** | **Due Date** | **P.O.** | **Sum of Amount** | **Currency** |
| TOLEDO MOLDING AND DIE INC | 80315737 | 4/13/2026 | 5/28/2026 | 6039385 | $28,406.40 | USD |
| TOLEDO MOLDING AND DIE INC | 80318553 | 4/20/2026 | 6/4/2026 | 6039385 | $42,609.60 | USD |
| TOLEDO MOLDING AND DIE INC | 80321273 | 4/27/2026 | 6/11/2026 | 6039385 | $28,406.40 | USD |
| TOLEDO MOLDING AND DIE INC | 80323926 | 5/4/2026 | 6/18/2026 | 6039385 | $42,609.60 | USD |
| TOLEDO MOLDING AND DIE INC | 80326549 | 5/11/2026 | 6/25/2026 | 6039385 | $28,406.40 | USD |
| **Total:** | | | | | **$170,438.40** | |

| Service Agreement | | | | | | |
|---|---|---|---|---|---|---|
| **Name** | **Invoice No.** | **Document Date** | **Due Date** | **P.O.** | **Sum of Amount** | **Currency** |
| TOLEDO MOLDING AND DIE INC | 9901365233 | 04/14/2026 | 06/19/2026 | 6046382 | $79,836.00 | USD |
| TOLEDO MOLDING AND DIE INC | 9901369952 | 04/21/2026 | 06/26/2026 | 6046387 | $218,532.00 | USD |
| TOLEDO MOLDING AND DIE INC | 9901375038 | 04/28/2026 | 07/06/2026 | 6046387 | $54,664.80 | USD |
| TOLEDO MOLDING AND DIE INC | 9901379922 | 05/05/2026 | 07/10/2026 | 6046387 | $79,963.20 | USD |
| TOLEDO MOLDING AND DIE INC | 9901385055 | 05/12/2026 | 07/17/2026 | 6046387 | $42,079.20 | USD |
| **Total:** | | | | | **$475,075.20** | |

76114295



Page 1

**Invoice**

| | | | |
|---|---|---|---|
| **To be recalled** | | | Our TAX number : . |
| **REFERENCE** | **DATE** | **Client account** | **Supplier** |
| 80315737 | 13.04.2026 | 8I48USB001 | 812781034 |

**Ordered by / Ship to : 8I48USS001**

TOLEDO MOLDING AND DIE INC
1441 North Maule Road
44883 Tiffin
USA
**Unloading point** : 0
**Ship to** :  TOLEDO MOLDING AND DIE INC   1441 North Maule
Road 44883 Tiffin USA

**Mail to : 8I48USB001**

TOLEDO MOLDING AND DIE INC
1441 North Maule Road
44883 TIFFIN
USA

**Our payment address**

**Facturado por/ Billed from:**
**Valeo North America Inc.**
**150 Stephenson Hwy**
**Troy, MI 48083**
**13-3744485**

**Invoiced to : 8I48USP001**

Tax number :
TOLEDO MOLDING AND DIE INC
1441 North Maule Road
44883 Tiffin
USA

Payment date : 28.05.2026
Incoterms : FCA Laredo
Terms of payment : 45 days due net
Penalty delay at the rate of 1.5 time the legal interest
rate

**Credit transfer**

| Bank Key | Bank Account | Control key |
|---|---|---|
| 021001486 | 36339436 | |
| **IBAN** | | |

| Bank | SWIFT Code |
|---|---|
| CITIBANK N.A. | CITIUS33 |

| DESCRIPTION | QUANTITY | UNIT PRICE | NET PRICE |
|---|---|---|---|
| DELIVERY NOTE 87008537  OF 13.04.2026<br>YOUR REFERENCE 0080315737<br><br>U725 CHMSL<br>ELA23493AB          442751<br>Purch. order no. : 6039385 | 3,520PC | USD<br>8,070.00<br>PER 1,000 PC | USD<br>28,406.40 |
| Surcharge/Discount | | | 0.00 |
| Freight Cost | | | 0.00 |
| Sub total | | | 28,406.40 |
| VAT | | | 0.00 |
| Invoice amount | | | 28,406.40 |
| Gross Weight          371.960 KG<br>Net weight          352 KG<br>Handling units nr      2 | | | |

Shipments of goods subject to IEEPA or 2025 Section 232 tariffs payable by seller are made
under protest with a full reservation of rights and no admission or acceptance of
responsibility for payment of such tariffs.

IMMEX Valeo Sistemas Eléctricos, S.A. de C.V. 4696-2006 –   Material retornado a Valeo North America Inc.
For US customers: The HS7 form is not required

Page 2

| To be recalled | | Our TAX number : . | |
|---|---|---|---|
| **REFERENCE** | **DATE** | **Client account** | **Supplier** |
| 80315737 | 13.04.2026 | 8I48USB001 | 812781034 |

| DESCRIPTION | QUANTITY | UNIT PRICE | NET PRICE |
|---|---|---|---|
| TRL# 17   DOCK# 23 | | | |
| The general conditions of sale are printed on the back of this document. The ownership of the products remains with valeo until the total price has been paid by the buyer. The reservation of title clause is printed on the backside of this document. | | | |

| | **NET TO PAY** USD | ************28,406.40 |
|---|---|---|

IMMEX Valeo Sistemas Eléctricos, S.A. de C.V. 4696-2006 -   Material retornado a Valeo North America Inc.

For US customers: The HS7 form is not required



Page 1

**Invoice**

| To be recalled | | | |
|---|---|---|---|
| **REFERENCE** | **DATE** | **Client account** | **Supplier** |
| 80318553 | 20.04.2026 | 8I48USB001 | 812781034 |

Our TAX number : .

**Ordered by / Ship to : 8I48USS001**

TOLEDO MOLDING AND DIE INC
1441 North Maule Road
44883 Tiffin
USA
**Unloading point** : 0
**Ship to** :  TOLEDO MOLDING AND DIE INC  1441 North Maule
Road 44883 Tiffin USA

**Mail to : 8I48USB001**

TOLEDO MOLDING AND DIE INC
1441 North Maule Road
44883 TIFFIN
USA

**Our payment address**

**Facturado por/ Billed from:**
**Valeo North America Inc.**
**150 Stephenson Hwy**
**Troy, MI 48083**
**13-3744485**

**Invoiced to : 8I48USP001**

Tax number :
TOLEDO MOLDING AND DIE INC
1441 North Maule Road
44883 Tiffin
USA

Payment date : 04.06.2026
Incoterms : FCA Laredo
Terms of payment : 45 days due net
Penalty delay at the rate of 1.5 time the legal interest
rate

**Credit transfer**

| Bank Key | Bank Account | Control key |
|---|---|---|
| 021001486 | 36339436 | |

**IBAN**

| Bank | SWIFT Code |
|---|---|
| CITIBANK N.A. | CITIUS33 |

| DESCRIPTION | QUANTITY | UNIT PRICE | NET PRICE |
|---|---|---|---|
| DELIVERY NOTE 87017635  OF 20.04.2026 YOUR REFERENCE 0080318553 | | USD | USD |
| U725 CHMSL ELA23493AB          442751 Purch. order no. : 6039385 | 5,280PC | 8,070.00 PER 1,000 PC | 42,609.60 |
| Surcharge/Discount | | | 0.00 |
| Freight Cost | | | 0.00 |
| Sub total | | | 42,609.60 |
| VAT | | | 0.00 |
| Invoice amount | | | 42,609.60 |
| Gross Weight          557.940 KG | | | |
| Net weight          528 KG | | | |
| Handling units nr       3 | | | |

Shipments of goods subject to IEEPA or 2025 Section 232 tariffs payable by seller are made
under protest with a full reservation of rights and no admission or acceptance of
responsibility for payment of such tariffs.

IMMEX Valeo Sistemas Eléctricos, S.A. de C.V. 4696-2006 -   Material retornado a Valeo North America Inc.
For US customers: The HS7 form is not required

| To be recalled | | Our TAX number : . | |
|---|---|---|---|
| **REFERENCE** | **DATE** | **Client account** | **Supplier** |
| 80318553 | 20.04.2026 | 8I48USB001 | 812781034 |

| DESCRIPTION | QUANTITY | UNIT PRICE | NET PRICE |
|---|---|---|---|
| TRL# 05    DOCK# 23 | | | |

The general conditions of sale are printed on the back
of this document.
The ownership of the products remains with valeo until
the total price has been paid by the buyer. The reservation
of title clause is printed on the backside of this document.

| | | |
|---|---|---|
| **NET TO PAY** USD | | ************42,609.60 |

IMMEX Valeo Sistemas Eléctricos, S.A. de C.V. 4696-2006 -   Material retornado a Valeo North America Inc.

For US customers: The HS7 form is not required



Page 1

**Invoice**

|  | To be recalled |  |  |
|---|---|---|---|
|  | **REFERENCE** | **DATE** | **Client account** | **Supplier** |

Our TAX number : .

| **REFERENCE** | **DATE** | **Client account** | **Supplier** |
|---|---|---|---|
| 80321273 | 27.04.2026 | 8I48USB001 | 812781034 |

**Ordered by / Ship to : 8I48USS001**

TOLEDO MOLDING AND DIE INC
1441 North Maule Road
44883 Tiffin
USA
**Unloading point** : 0
**Ship to** :   TOLEDO MOLDING AND DIE INC   1441 North Maule Road 44883 Tiffin USA

**Mail to : 8I48USB001**

TOLEDO MOLDING AND DIE INC
1441 North Maule Road
44883 TIFFIN
USA

**Our payment address**

**Facturado por/ Billed from:**
**Valeo North America Inc.**
**150 Stephenson Hwy**
**Troy, MI 48083**
**13-3744485**

**Invoiced to : 8I48USP001**

Tax number :
TOLEDO MOLDING AND DIE INC
1441 North Maule Road
44883 Tiffin
USA

Payment date : 11.06.2026
Incoterms : FCA Laredo
Terms of payment : 45 days due net
Penalty delay at the rate of 1.5 time the legal interest rate

**Credit transfer**

| **Bank Key** | **Bank Account** | **Control key** |
|---|---|---|
| 021001486 | 36339436 |  |
| **IBAN** |  |  |

| **Bank** | **SWIFT Code** |
|---|---|
| CITIBANK N.A. | CITIUS33 |

| **DESCRIPTION** | **QUANTITY** | **UNIT PRICE** | **NET PRICE** |
|---|---|---|---|
| DELIVERY NOTE 87025099  OF 27.04.2026<br>YOUR REFERENCE 0080321273 |  | USD | USD |
| U725 CHMSL<br>ELA23493AB          442751<br>Purch. order no. : 6039385 | 3,520PC | 8,070.00<br>PER 1,000 PC | 28,406.40 |
| Surcharge/Discount |  |  | 0.00 |
| Freight Cost |  |  | 0.00 |
| Sub total |  |  | 28,406.40 |
| VAT |  |  | 0.00 |
| Invoice amount |  |  | 28,406.40 |
| Gross Weight          371.960 KG<br>Net weight          352 KG<br>Handling units nr       2 |  |  |  |

Shipments of goods subject to IEEPA or 2025 Section 232 tariffs payable by seller are made under protest with a full reservation of rights and no admission or acceptance of responsibility for payment of such tariffs.

IMMEX Valeo Sistemas Eléctricos, S.A. de C.V. 4696-2006 -   Material retornado a Valeo North America Inc.
For US customers: The HS7 form is not required

| To be recalled | | Our TAX number : . | |
|---|---|---|---|
| **REFERENCE** | **DATE** | **Client account** | **Supplier** |
| 80321273 | 27.04.2026 | 8I48USB001 | 812781034 |

| DESCRIPTION | QUANTITY | UNIT PRICE | NET PRICE |
|---|---|---|---|
| TRL# 103   RAMP# A | | | |

The general conditions of sale are printed on the back
of this document.
The ownership of the products remains with valeo until
the total price has been paid by the buyer. The reservation
of title clause is printed on the backside of this document.

| | **NET TO PAY** USD | ************28,406.40 |
|---|---|---|

IMMEX Valeo Sistemas Eléctricos, S.A. de C.V. 4696-2006 -   Material retornado a Valeo North America Inc.

For US customers: The HS7 form is not required



Page 1

## Invoice

| | To be recalled | | Our TAX number : . | |
|---|---|---|---|---|
| **REFERENCE** | **DATE** | **Client account** | | **Supplier** |
| 80323926 | 04.05.2026 | 8I48USB001 | | 812781034 |

**Ordered by / Ship to : 8I48USS001**

TOLEDO MOLDING AND DIE INC
1441 North Maule Road
44883 Tiffin
USA
**Unloading point** : 0
**Ship to** :  TOLEDO MOLDING AND DIE INC  1441 North Maule Road 44883 Tiffin USA

**Mail to : 8I48USB001**

TOLEDO MOLDING AND DIE INC
1441 North Maule Road
44883 TIFFIN
USA

**Our payment address**

**Facturado por/ Billed from:**
**Valeo North America Inc.**
**150 Stephenson Hwy**
**Troy, MI 48083**
**13-3744485**

**Invoiced to : 8I48USP001**

Tax number :
TOLEDO MOLDING AND DIE INC
1441 North Maule Road
44883 Tiffin
USA

Payment date : 18.06.2026
Incoterms : FCA Laredo
Terms of payment : 45 days due net
Penalty delay at the rate of 1.5 time the legal interest rate

**Credit transfer**

| | Bank Key | Bank Account | Control key |
|---|---|---|---|
| | 021001486 | 36339436 | |
| **IBAN** | | | |

| Bank | SWIFT Code |
|---|---|
| CITIBANK N.A. | CITIUS33 |

| DESCRIPTION | QUANTITY | UNIT PRICE | NET PRICE |
|---|---|---|---|
| DELIVERY NOTE 87035950  OF 04.05.2026 YOUR REFERENCE 0080323926 | | USD | USD |
| U725 CHMSL ELA23493AB          442751 Purch. order no. : 6039385 | 5,280PC | 8,070.00 PER 1,000 PC | 42,609.60 |
| Surcharge/Discount | | | 0.00 |
| Freight Cost | | | 0.00 |
| Sub total | | | 42,609.60 |
| VAT | | | 0.00 |
| Invoice amount | | | 42,609.60 |
| Gross Weight          557.940 KG | | | |
| Net weight            528 KG | | | |
| Handling units nr     3 | | | |

Shipments of goods subject to IEEPA or 2025 Section 232 tariffs payable by seller are made under protest with a full reservation of rights and no admission or acceptance of responsibility for payment of such tariffs.

IMMEX Valeo Sistemas Eléctricos, S.A. de C.V. 4696-2006 -   Material retornado a Valeo North America Inc.
For US customers: The HS7 form is not required

| To be recalled | | Our TAX number : . | |
|---|---|---|---|
| **REFERENCE** | **DATE** | **Client account** | **Supplier** |
| 80323926 | 04.05.2026 | 8I48USB001 | 812781034 |

| DESCRIPTION | QUANTITY | UNIT PRICE | NET PRICE |
|---|---|---|---|
| TRL# 01   RAMP# A | | | |

The general conditions of sale are printed on the back
of this document.
The ownership of the products remains with valeo until
the total price has been paid by the buyer. The reservation
of title clause is printed on the backside of this document.

| | **NET TO PAY** USD | ***********42,609.60 |
|---|---|---|

IMMEX Valeo Sistemas Eléctricos, S.A. de C.V. 4696-2006 -   Material retornado a Valeo North America Inc.

For US customers: The HS7 form is not required



Page 1

## Invoice

| | | | |
|---|---|---|---|
| **To be recalled** | | Our TAX number : . | |
| **REFERENCE** | **DATE** | **Client account** | **Supplier** |
| 80326549 | 11.05.2026 | 8I48USB001 | 812781034 |

**Ordered by / Ship to : 8I48USS001**

TOLEDO MOLDING AND DIE INC
1441 North Maule Road
44883 Tiffin
USA
**Unloading point** : 0
**Ship to** :  TOLEDO MOLDING AND DIE INC  1441 North Maule
Road 44883 Tiffin USA

**Mail to : 8I48USB001**

TOLEDO MOLDING AND DIE INC
1441 North Maule Road
44883 TIFFIN
USA

**Our payment address**

**Facturado por/ Billed from:**
**Valeo North America Inc.**
**150 Stephenson Hwy**
**Troy, MI 48083**
**13-3744485**

**Invoiced to : 8I48USP001**

Tax number :
TOLEDO MOLDING AND DIE INC
1441 North Maule Road
44883 Tiffin
USA

Payment date : 25.06.2026
Incoterms : FCA Laredo
Terms of payment : 45 days due net
Penalty delay at the rate of 1.5 time the legal interest
rate

**Credit transfer**

| Bank Key | Bank Account | Control key |
|---|---|---|
| 021001486 | 36339436 | |
| **IBAN** | | |

| Bank | SWIFT Code |
|---|---|
| CITIBANK N.A. | CITIUS33 |

| DESCRIPTION | QUANTITY | UNIT PRICE | NET PRICE |
|---|---|---|---|
| DELIVERY NOTE 87045493  OF 11.05.2026<br>YOUR REFERENCE 0080326549 | | USD | USD |
| U725 CHMSL<br>ELA23493AB          442751<br>Purch. order no. : 6039385 | 3,520PC | 8,070.00<br>PER 1,000 PC | 28,406.40 |
| Surcharge/Discount | | | 0.00 |
| Freight Cost | | | 0.00 |
| Sub total | | | 28,406.40 |
| VAT % | | | 0.00 |
| Invoice amount | | | 28,406.40 |
| Gross Weight          371.960 KG | | | |
| Net weight          352 KG | | | |
| Handling units nr       2 | | | |

Shipments of goods subject to IEEPA or 2025 Section 232 tariffs payable by seller are made
under protest with a full reservation of rights and no admission or acceptance of
responsibility for payment of such tariffs.

IMMEX Valeo Sistemas Eléctricos, S.A. de C.V. 4696-2006 -   Material retornado a Valeo North America Inc.

For US customers: The HS7 form is not required

| To be recalled | | Our TAX number : . | |
|---|---|---|---|
| **REFERENCE** | **DATE** | **Client account** | **Supplier** |
| 80326549 | 11.05.2026 | 8I48USB001 | 812781034 |

| DESCRIPTION | QUANTITY | UNIT PRICE | NET PRICE |
|---|---|---|---|
| TRL# 1401  DOCK# A<br><br><br>The general conditions of sale are printed on the back<br>of this document.<br>The ownership of the products remains with valeo until<br>the total price has been paid by the buyer. The reservation<br>of title clause is printed on the backside of this document. | | | |

| | | |
|---|---|---|
| **NET TO PAY** USD | | ************28,406.40 |

IMMEX Valeo Sistemas Eléctricos, S.A. de C.V. 4696-2006 -   Material retornado a Valeo North America Inc.

For US customers: The HS7 form is not required

**Valeo North America, Inc.**
DBA: Valeo Switches & Detection Systems, Inc.
150 Stephenson Highway. Troy MI 48083 – USA
Phone: 248-619-8300
Fed. Tax ID No.: 13-3744485

Page 1 / 2

## Invoice

| Reference | | | | |
|---|---|---|---|---|
| **INVOICE** | **ASN/SID** | **DATE** | **Client account** | **Supplier** |
| 9901365233 | 87004398 | 04/14/26 | 8I48USB001 | 005818380 |

**Sold to : 8I48USS001**

TOLEDO MOLDING AND DIE INC
1441 North Maule Road Tiffin Plant
Tiffin OH 44883, USA
**Unloading point :**
**Ship to : 8I48TMD0AA**
TOLEDO MOLDING AND DIE INC
1441 North Maule Road Tiffin Plant
Tiffin OH 44883, USA

**Mail to : 8I48USB001**

TOLEDO MOLDING AND DIE INC
1441 North Maule Road
Tiffin OH  44883

**Invoiced to : 8I48USP001**

TOLEDO MOLDING AND DIE INC
1441 North Maule Road
Tiffin OH  44883
Tax number :

**Our payment address**

**Valeo Switches & Detection Sys, Inc.**
 **P.O. Box 2557**
 **Carol Stream, IL. 60132-2557**

Payment date : 06/19/26
Incoterms : EXW Ex Works                EX-WORKS
Terms of payment : 60 days due net
Penalty delay at the rate of 1.5 time the legal interest
rate

| Credit transfer | | |
|---|---|---|
| **ABA Number** 021000089 | **Bank Account** 40778626 | **Control key** |
| **IBAN** | | |
| **Bank** CITIBANK N A | | **SWIFT Code** CITIUS33XXX |

| DESCRIPTION | QUANTITY | UNIT PRICE | NET PRICE |
|---|---|---|---|
| DELIVERY NOTE 87004398  OF 04/13/26 | | USD | USD |
| JL J9 CHRYSLER CAM AASY 68452959AD ELC20774AH          E326495CTMDA40DEV YOUR REFERENCE Purch. order no. : 6046382 | 2,160PC | 34,960.00 PER 1,000 PC | 75,513.60 |
| | | USD | USD |
| Cam Assy SW 180E00 04672916AD CHRYSLER ELA25648AD          E747790CGRAMA40DEV YOUR REFERENCE Purch. order no. : 3206978 | 120PC | 36,020.00 PER 1,000 PC | 4,322.40 |
| Invoice amount | | | 79,836.00 |
| Gross Weight           68.389 KG | | | |
| Net weight             56.935 KG | | | |
| Handling units nr       2 | | | |

Valeo North America, Inc.
DBA: Valeo Switches & Detection Systems, Inc.
150 Stephenson Highway. Troy MI 48083 – USA
Phone: 248-619-8300
Fed. Tax ID No.: 13-3744485

Page 2 / 2

**Invoice**

| | Reference | | | | |
|---|---|---|---|---|---|
| **INVOICE** | **ASN/SID** | **DATE** | **Client account** | **Supplier** | |
| 9901365233 | 87004398 | 04/14/26 | 8I48USB001 | 005818380 | |

| DESCRIPTION | QUANTITY | UNIT PRICE | NET PRICE |
|---|---|---|---|
| No. of boxes          19 | | | |
| Shipments of goods subject to IEEPA or 2025 Section 232 tariffs payable by seller are made under protest with a full reservation of rights and no admission or acceptance of responsibility for payment of such tariffs. | | | |

| | | | |
|---|---|---|---|
| | **NET TO PAY** USD | | ************79,836.00 |

**Valeo North America, Inc.**
DBA: Valeo Switches & Detection Systems, Inc.
150 Stephenson Highway. Troy MI 48083 – USA
Phone: 248-619-8300
Fed. Tax ID No.: 13-3744485

Page 1 / 2

**Invoice**

| Reference | | | | |
|---|---|---|---|---|
| **INVOICE** | **ASN/SID** | **DATE** | **Client account** | **Supplier** |
| 9901369952 | 87014289 | 04/21/26 | 8I48USB001 | 005818380 |

**Sold to : 8I48USS001**

TOLEDO MOLDING AND DIE INC
1441 North Maule Road Tiffin Plant
Tiffin OH 44883, USA
**Unloading point :**
**Ship to : 8I48TMD0AA**
TOLEDO MOLDING AND DIE INC
1441 North Maule Road Tiffin Plant
Tiffin OH 44883, USA

**Mail to : 8I48USB001**

TOLEDO MOLDING AND DIE INC
1441 North Maule Road
Tiffin OH  44883

**Invoiced to : 8I48USP001**

TOLEDO MOLDING AND DIE INC
1441 North Maule Road
Tiffin OH  44883
Tax number :

**Our payment address**

Valeo Switches & Detection Sys, Inc.
 P.O. Box 2557
 Carol Stream, IL. 60132-2557

Payment date : 06/26/26
Incoterms : EXW Ex Works                    EX-WORKS
Terms of payment : 60 days due net
Penalty delay at the rate of 1.5 time the legal interest rate

| Credit transfer | | |
|---|---|---|
| **ABA Number** 021000089 | **Bank Account** 40778626 | **Control key** |
| **IBAN** | | |
| **Bank** CITIBANK N A | | **SWIFT Code** CITIUS33XXX |

| DESCRIPTION | QUANTITY | UNIT PRICE | NET PRICE |
|---|---|---|---|
| DELIVERY NOTE 87014289  OF 04/20/26 | | USD | USD |
| Cam Assy SW 180E00 04672916AD CHRYSLER ELA25648AD          E747790CGRAMA40DEV YOUR REFERENCE Purch. order no. : 3206978 | 360PC | 36,020.00 PER 1,000 PC | 12,967.20 |
| | | USD | USD |
| JL J9 CHRYSLER CAM AASY 68452959AD ELC20774AH          E326495CTMDA40DEV YOUR REFERENCE Purch. order no. : 6046382 | 5,880PC | 34,960.00 PER 1,000 PC | 205,564.80 |
| Invoice amount | | | 218,532.00 |

Gross Weight          183.475 KG
Net weight          155.836 KG
Handling units nr          3

**Valeo North America, Inc.**
**DBA: Valeo Switches & Detection Systems, Inc.**
**150 Stephenson Highway. Troy MI 48083 – USA**
**Phone: 248-619-8300**
**Fed. Tax ID No.: 13-3744485**

Page 2 / 2

**Invoice**

| | Reference | | | | |
|---|---|---|---|---|---|
| | **INVOICE** | **ASN/SID** | **DATE** | **Client account** | **Supplier** |
| | 9901369952 | 87014289 | 04/21/26 | 8I48USB001 | 005818380 |

| DESCRIPTION | QUANTITY | UNIT PRICE | NET PRICE |
|---|---|---|---|
| No. of boxes          52 | | | |
| Shipments of goods subject to IEEPA or 2025 Section 232 tariffs payable by seller are made under protest with a full reservation of rights and no admission or acceptance of responsibility for payment of such tariffs. | | | |

| | | | |
|---|---|---|---|
| | **NET TO PAY** USD | | ***********218,532.00 |

**Valeo North America, Inc.**
DBA: Valeo Switches & Detection Systems, Inc.
150 Stephenson Highway. Troy MI 48083 – USA
Phone: 248-619-8300
Fed. Tax ID No.: 13-3744485

Page 1 / 2

# Invoice

| | Reference | | | | |
|---|---|---|---|---|---|
| **INVOICE** | **ASN/SID** | **DATE** | **Client account** | **Supplier** | |
| 9901375038 | 87024475 | 04/28/26 | 8I48USB001 | 005818380 | |

**Sold to : 8I48USS001**

TOLEDO MOLDING AND DIE INC
1441 North Maule Road Tiffin Plant
Tiffin OH 44883, USA
**Unloading point :**
**Ship to : 8I48TMD0AA**
TOLEDO MOLDING AND DIE INC
1441 North Maule Road Tiffin Plant
Tiffin OH 44883, USA

**Mail to : 8I48USB001**

TOLEDO MOLDING AND DIE INC
1441 North Maule Road
Tiffin OH 44883

**Invoiced to : 8I48USP001**

TOLEDO MOLDING AND DIE INC
1441 North Maule Road
Tiffin OH 44883
Tax number :

**Our payment address**

**Valeo Switches & Detection Sys, Inc.**
**P.O. Box 2557**
**Carol Stream, IL. 60132-2557**

Payment date : 07/03/26
Incoterms : EXW Ex Works          EX-WORKS
Terms of payment : 60 days due net
Penalty delay at the rate of 1.5 time the legal interest
rate

| Credit transfer | | |
|---|---|---|
| **ABA Number** 021000089 | **Bank Account** 40778626 | **Control key** |
| **IBAN** | | |
| **Bank** CITIBANK N A | | **SWIFT Code** CITIUS33XXX |

| DESCRIPTION | QUANTITY | UNIT PRICE | NET PRICE |
|---|---|---|---|
| DELIVERY NOTE 87024475  OF 04/27/26 | | USD | USD |
| Cam Assy SW 180E00 04672916AD CHRYSLER ELA25648AD          E747790CGRAMA40DEV YOUR REFERENCE Purch. order no. : 3206978 | 120PC | 36,020.00 PER 1,000 PC | 4,322.40 |
| | | USD | USD |
| JL J9 CHRYSLER CAM AASY 68452959AD ELC20774AH          E326495CTMDA40DEV YOUR REFERENCE Purch. order no. : 6046382 | 1,440PC | 34,960.00 PER 1,000 PC | 50,342.40 |
| Invoice amount | | | 54,664.80 |

Gross Weight          47.757 KG
Net weight          38.973 KG
Handling units nr          2

**Valeo North America, Inc.**
**DBA: Valeo Switches & Detection Systems, Inc.**
**150 Stephenson Highway. Troy MI 48083 – USA**
**Phone: 248-619-8300**
**Fed. Tax ID No.: 13-3744485**

Page 2 / 2

**Invoice**

| Reference | | | | |
|---|---|---|---|---|
| **INVOICE** | **ASN/SID** | **DATE** | **Client account** | **Supplier** |
| 9901375038 | 87024475 | 04/28/26 | 8I48USB001 | 005818380 |

| DESCRIPTION | QUANTITY | UNIT PRICE | NET PRICE |
|---|---|---|---|
| No. of boxes            13 | | | |
| Shipments of goods subject to IEEPA or 2025 Section 232 tariffs payable by seller are made under protest with a full reservation of rights and no admission or acceptance of responsibility for payment of such tariffs. | | | |
| **NET TO PAY** USD | | | ***********54,664.80 |

**Valeo North America, Inc.**
DBA: Valeo Switches & Detection Systems, Inc.
150 Stephenson Highway. Troy MI 48083 – USA
Phone: 248-619-8300
Fed. Tax ID No.: 13-3744485

Page 1 / 2

**Invoice**

| Reference | | | | |
|---|---|---|---|---|
| **INVOICE** | **ASN/SID** | **DATE** | **Client account** | **Supplier** |
| 9901379922 | 87032848 | 05/05/26 | 8I48USB001 | 005818380 |

**Sold to : 8I48USS001**

TOLEDO MOLDING AND DIE INC
1441 North Maule Road Tiffin Plant
Tiffin OH 44883, USA
**Unloading point :**
**Ship to : 8I48TMD0AA**
TOLEDO MOLDING AND DIE INC
1441 North Maule Road Tiffin Plant
Tiffin OH 44883, USA

**Mail to : 8I48USB001**

TOLEDO MOLDING AND DIE INC
1441 North Maule Road
Tiffin OH  44883

**Our payment address**

**Valeo Switches & Detection Sys, Inc.**
 **P.O. Box 2557**
 **Carol Stream, IL. 60132-2557**

**Invoiced to : 8I48USP001**

TOLEDO MOLDING AND DIE INC
1441 North Maule Road
Tiffin OH  44883
Tax number :

Payment date : 07/10/26
Incoterms : FCA Free Carrier              FCA
Terms of payment : 60 days due net
Penalty delay at the rate of 1.5 time the legal interest
rate

| Credit transfer | | |
|---|---|---|
| **ABA Number** | **Bank Account** | **Control key** |
| 021000089 | 40778626 | |
| **IBAN** | | |
| **Bank** | | **SWIFT Code** |
| CITIBANK N A | | CITIUS33XXX |

| DESCRIPTION | QUANTITY | UNIT PRICE | NET PRICE |
|---|---|---|---|
| DELIVERY NOTE 87032848  OF 05/04/26 | | USD | USD |
| Cam Assy SW 180E00 04672916AD CHRYSLER ELA25648AD         E747790CGRAMA40DEV YOUR REFERENCE Purch. order no. : 3206978 | 240PC | 36,020.00 PER 1,000 PC | 8,644.80 |
| | | USD | USD |
| JL J9 CHRYSLER CAM AASY 68452959AD ELC20774AH         E326495CTMDA40DEV YOUR REFERENCE Purch. order no. : 6046382 | 2,040PC | 34,960.00 PER 1,000 PC | 71,318.40 |
| Invoice amount | | | 79,963.20 |

Gross Weight            68.444 KG
Net weight             56.989 KG
Handling units nr        2

Valeo North America, Inc.
DBA: Valeo Switches & Detection Systems, Inc.
150 Stephenson Highway. Troy MI 48083 – USA
Phone: 248-619-8300
Fed. Tax ID No.: 13-3744485

Page 2 / 2

**Invoice**

| | Reference | | | | |
|---|---|---|---|---|---|
| **INVOICE** | **ASN/SID** | **DATE** | **Client account** | **Supplier** | |
| 9901379922 | 87032848 | 05/05/26 | 8I48USB001 | 005818380 | |

| DESCRIPTION | QUANTITY | UNIT PRICE | NET PRICE |
|---|---|---|---|
| No. of boxes          19 | | | |
| Shipments of goods subject to IEEPA or 2025 Section 232 tariffs payable by seller are made under protest with a full reservation of rights and no admission or acceptance of responsibility for payment of such tariffs. | | | |

**NET TO PAY** USD ************79,963.20

**Valeo North America, Inc.**
DBA: Valeo Switches & Detection Systems, Inc.
150 Stephenson Highway. Troy MI 48083 – USA
Phone: 248-619-8300
Fed. Tax ID No.: 13-3744485

Page 1 / 2

**REPEAT**
**Invoice**

| Reference | | | | |
|---|---|---|---|---|
| **INVOICE** | **ASN/SID** | **DATE** | **Client account** | **Supplier** |
| 9901385055 | 87041324 | 05/12/26 | 8I48USB001 | 005818380 |

**Sold to : 8I48USS001**

TOLEDO MOLDING AND DIE INC
1441 North Maule Road Tiffin Plant
Tiffin OH 44883, USA
**Unloading point :**
**Ship to : 8I48TMD0AA**
TOLEDO MOLDING AND DIE INC
1441 North Maule Road Tiffin Plant
Tiffin OH 44883, USA

**Mail to : 8I48USB001**

TOLEDO MOLDING AND DIE INC
1441 North Maule Road
Tiffin OH  44883

**Invoiced to : 8I48USP001**

TOLEDO MOLDING AND DIE INC
1441 North Maule Road
Tiffin OH  44883
Tax number :

**Our payment address**

**Valeo Switches & Detection Sys, Inc.**
 **P.O. Box 2557**
 **Carol Stream, IL. 60132-2557**

Payment date : 07/17/26
Incoterms : FCA Free Carrier          FCA
Terms of payment : 60 days due net
Penalty delay at the rate of 1.5 time the legal interest rate

| Credit transfer | | |
|---|---|---|
| **ABA Number** 021000089 | **Bank Account** 40778626 | **Control key** |
| **IBAN** | | |
| **Bank** CITIBANK N A | | **SWIFT Code** CITIUS33XXX |

| DESCRIPTION | QUANTITY | UNIT PRICE | NET PRICE |
|---|---|---|---|
| DELIVERY NOTE 87041324  OF 05/11/26 | | USD | USD |
| Cam Assy SW 180E00 04672916AD CHRYSLER ELA25648AD          E747790CGRAMA40DEV YOUR REFERENCE Purch. order no. : 6046387 | 120PC | 36,020.00 PER 1,000 PC | 4,322.40 |
| | | USD | USD |
| JL J9 CHRYSLER CAM AASY 68452959AD ELC20774AH          E326495CTMDA40DEV YOUR REFERENCE Purch. order no. : 6046382 | 1,080PC | 34,960.00 PER 1,000 PC | 37,756.80 |
| Invoice amount | | | 42,079.20 |
| Gross Weight          37.441 KG Net weight          29.992 KG Handling units nr        2 | | | |

**Valeo North America, Inc.**
**DBA: Valeo Switches & Detection Systems, Inc.**
**150 Stephenson Highway. Troy MI 48083 – USA**
**Phone: 248-619-8300**
**Fed. Tax ID No.: 13-3744485**

Page 2 / 2

**REPEAT**
**PRINTOUT**

**Invoice**

| | Reference | | | | |
|---|---|---|---|---|---|
| **INVOICE** | **ASN/SID** | **DATE** | **Client account** | **Supplier** |
| 9901385055 | 87041324 | 05/12/26 | 8I48USB001 | 005818380 |

| DESCRIPTION | QUANTITY | UNIT PRICE | NET PRICE |
|---|---|---|---|
| No. of boxes            10 | | | |

Shipments of goods subject to IEEPA or 2025 Section 232 tariffs payable by seller are made under protest with a full reservation of rights and no admission or acceptance of responsibility for payment of such tariffs.

| | | | |
|---|---|---|---|
| | **NET TO PAY** USD | | ***********42,079.20 |