**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| **FIRST BRANDS GROUP, LLC,** *et al.,* | ) |
|  | ) Case No. 25-90399 (CML) |
| Debtors.[3] | ) |
|  | ) (Jointly Administered) |
|  | ) |

**ORDER GRANTING VALEO NORTH AMERICA, INC.'S
AND VALEO SISTEMAS ELECTRICOS, S.A. DE C.V.'S APPLICATION FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

CAME FOR CONSIDERATION the Application for Allowance and Payment of Administrative Expense Claim (the "Application") filed by Valeo North America, Inc. ("Valeo NA") and Valeo Sistemas Electricos, S.A. de C.V. (together with Valeo NA, "Valeo"). The Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334 and the Application presents a core proceeding pursuant to 28 U.S.C. § 157(b). The Court, having considered same and any response(s) thereto, and having found that notice of the Application was proper and adequate under the circumstances, is of the opinion that the Application should be granted. It is therefore ORDERED THAT:

1. Valeo NA is granted an Allowed Administrative Claim (as defined in the Plan) in the amount of $645,513.60.

2. The Debtors are authorized and directed to pay Valeo NA the amount of $645,513.60 within seven (7) days of entry of this Order.

---

[3] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

76114295

3.      Any and all of Valeo's rights of setoff and recoupment, if any, including any and all rights to setoff, recoup, or otherwise deduct amounts against the Administrative Expense Claim, and any and all of the Debtors' defenses thereto, are expressly preserved. All rights, remedies, and claims that Valeo has or may have against TNJ Ohio, LLC, an affiliate of JVIS USA, the buyer of the Debtors' TMD business line, for recovery of the amounts owed to Valeo pursuant to the Outstanding Invoices are expressly preserved; provided that nothing herein shall entitle Valeo to a duplicative recovery on account of the Outstanding Invoices.

4.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____

_____
HON. CHRISTOPHER LOPEZ
UNITED STATES BANKRUPTCY JUDGE

2

76114295