# <u>EXHIBIT A</u>

# PURCHASE ORDER

**TRICO®**

PRINT DATE:  12/11/25

| PO NUMBER | RELEASE | PAGE |
|---|---|---|
| 618920 | 000 | 1 |

☐ CHANGE NOTICE  ☐ MATERIAL SAFETY DATA SHEET

☐ CONFIRMING PO DO NOT DUPLICATE  ☐ CERTIFICATION REQUIRED

FEDERAL EMPLOYER'S ID NO 74-2404797
TRICO PRODUCTS TAX ID NO 16-0665680

**INVOICE TO**

Trico Products Corp.
1995 Billy Mitchell Blvd.
Brownsville, TX 78521
or acct.payable@trico-group.com

**VENDOR**

21369
FUKOKU MEXICANA SA DE CV
AV MIGUEL HIDALGO #102, M
ARABIS ABASOLO INDUSTRIAL
PARK
ABASOLO          GT 36970

**SHIP TO**

55
MEXICO OFFSITE WHSE.
AV. PROL UNIONES 150A
CP 87316
H. MATAMORO, TAM.
MEXICO

| DATE | TERMS | REQUISITION | ATTENTION |
|---|---|---|---|
| 12/11/25 | NET 30 | | |

| SHIP VIA | F.O.B. | FREIGHT TERMS | PHONE |
|---|---|---|---|
| | | | |

| LINE | PART NUMBER | DESCRIPTION | QUANTITY | DUE DATE | UNIT PRICE | TAX |
|---|---|---|---|---|---|---|

```
**********************************************************
* Please send invoice to trico@nextprocess.com          *
* All related documents in 1 pdf file                   *
* Also send a copy to the user disclosed on ATTENTION    *
**********************************************************
```

*THE DATES CALLED OUT ON THIS P/O ARE THE "ON DOCK" AT TRICO
DATES AND NOT THE SHIP DATES. *SUPPLIER IS REQUIRED TO
DELIVER 100% ON TIME. IT IS THE SUPPLIERS RESPONSIBILITY TO
NOTIFY TRICO PURCHASING IF DUE DATES CANNOT BE MET.
PRODUCT MUST BE PPAP APPROVED AND CONFORM TO REQUIREMENTS.
*TRICO PURCHASE ORDER TERMS & CONDITIONS AND SUPPLIER MANUAL
POLICES WILL APPLY*  FOUND ON TSN (TRICO SUPPLIER NETWORK).
***IN THE EVENT OF COMMERCIAL ISSUES, SUPPLIER SHALL NOT
SUSPEND SHIPMENT OF PRODUCT TO TRICO.***
ACCEPTANCE OF MATERIAL IS SUBJECT TO VERIFICATION THROUGH
INCOMING INSPECTION REGARDLESS OF RECEIPT DATE
*ACCEPTANCE OF THIS DOCUMENT INDICATES AGREEMENT TO MEET
TRICO'S LATEST PRODUCT SPECIFICATIONS OR PRINTS.
*PLEASE SUBMIT MSDS WITH EVERY SHIPMENT WHEN APPLICABLE.
REVISIONS TO MSDS'S ARE TO BE SENT TO THE PURCHASING BUYER,
THE ENVIRONMENTAL HEALTH AND SAFETY DEPT, & FACILITIES MGR.
ALL PURCHASED PRODUCTS OR MATERIALS USED IN PRODUCT
SHALL CONFORM TO APPLICABLE STATUTORY AND REGULATORY
REQUIREMENTS AT SUPPLIER, CUSTOMER, AND OE CUSTOMER LOCATION
*ALL PRODUCTS MUST BE SUITABLY PACKED FOR OCEAN TRANSPORT
(OR GROUND TRANSPORT AS APPLICABLE) IN EXPENDABLE PACKAGING
TO COMPLY WITH GOVERNMENTAL STANDARDS (BUYERS COUNTRY). IT

**Instructions to Suppliers:**

1. Include purchase order number and vendor account number on all invoices, packing slips, and shipping container(s).   Each shipping container must also display Trico part number and quantity contained within the container.

2. Supplier warrants that all chemical substances used in manufacture of this order are EPA listed in accordance with Public Law #94-469 (Toxic Substance Control Act).

3. The Terms and Conditions applicable to this Purchase Order are located at http://supplier.tricoproducts.com, as amended from time to time, and apply to this Purchase Order and all related releases, issued by Trico or its agents, in any format including, without limitation, EDI, Supply Web and e-mail spreadsheets. Shipments against this Purchase Order shall constitute acceptance of Trico's Terms and Conditions and Trico Supplier Manual.

**MAQUILADORA EXEMPTION CERTIFICATE #38200405728**

By _____
AUTHORIZED SIGNATURE

| BUYER NAME |
|---|
| CARMEN TORRES |

| BUYER PHONE/FAX |
|---|
| PHONE#:8681230625 ( ) - |

# TRICO®

## PURCHASE ORDER

PRINT DATE:  12/11/25

| PO NUMBER | RELEASE | PAGE |
|---|---|---|
| 618920 | 000 | 2 |

☐ CHANGE NOTICE    ☐ MATERIAL SAFETY DATA SHEET

☐ CONFIRMING PO DO NOT DUPLICATE    ☐ CERTIFICATION REQUIRED

FEDERAL EMPLOYER'S ID NO 74-2404797
TRICO PRODUCTS TAX ID NO 16-0665680

**INVOICE TO**
Trico Products Corp.
1995 Billy Mitchell Blvd.
Brownsville, TX 78521
or acct.payable@trico-group.com

**VENDOR**
21369
FUKOKU MEXICANA SA DE CV
AV MIGUEL HIDALGO #102, M
ARABIS ABASOLO INDUSTRIAL
PARK
ABASOLO          GT 36970

**SHIP TO**
55
MEXICO OFFSITE WHSE.
AV. PROL UNIONES 150A
CP 87316
H. MATAMORO, TAM.
MEXICO

| DATE | TERMS | | REQUISITION | ATTENTION |
|---|---|---|---|---|
| 12/11/25 | NET 30 | | | |
| SHIP VIA | F.O.B. | | FREIGHT TERMS | PHONE |
| | | | | |

| LINE | PART NUMBER | DESCRIPTION | QUANTITY | DUE DATE | UNIT PRICE | TAX |
|---|---|---|---|---|---|---|
| | | IS THE SUPPLIERS RESPONSIBILITY TO GUARANTEE THEIR PRODUCT WILL ARRIVE FOR STORAGE AND USE AT TRICO PRODUCTS IN GOOD CONDITION. PACKAGING SPECIFICATION GUIDELINES ARE AVAILABLE. ANY DISCREPANCIES OR ISSUES WITH PACKAGING WILL BE HANDLED AS QUALITY FAILURES AND ARE SUBJECT TO THE NORMAL PROCESS OF DISPOSITION AND CORRECTIVE ACTION REQUEST. **RUBBER MOLDED ELEMENT SUPPLIERS: TRICO WILL NOT ACCEPT PRODUCT SHIPPED 90 DAYS AFTER MOLDING DATE.  ALL PALLETS TO HAVE "USE BEFORE DATE LABELS". Compliance to Solid Wood Packaging Materials (SWPM) Regulations:  The International Plant Protection Convention(IPPC) and International Standards for Phytosanitary Measures no. 15 (ISPM's #15) guidelines protect against insect infestation in packaging materials. Raw materials such as pallets, crates, packing block, drums cases, load boards, pallet collars and skids will have to be treated and marked under an official program develop by the National Plant Protection Organization (NPPO) in the country of export. All costs associated with meeting ISPM-15 regulation are the responsibility of the supplier. Trico Products will not be responsible for any additional costs and/or shipment delays due to non-compliance or infested materials refused at entry. TRICO REQUIRES A COMPLETED NAFTA CERTIFICATE OF ORIGIN FOR ALL MATERIAL SUPPLIED BY YOUR COMPANY. ** | | | | |

**Instructions to Suppliers:**

1. Include purchase order number and vendor account number on all invoices, packing slips, and shipping container(s).   Each shipping container must also display Trico part number and quantity contained within the container.

2. Supplier warrants that all chemical substances used in manufacture of this order are EPA listed in accordance with Public Law #94-469 (Toxic Substance Control Act).

3. The Terms and Conditions applicable to this Purchase Order are located at http://supplier.tricoproducts.com, as amended from time to time, and apply to this Purchase Order and all related releases, issued by Trico or its agents, in any format including, without limitation, EDI, Supply Web and e-mail spreadsheets. Shipments against this Purchase Order shall constitute acceptance of Trico's Terms and Conditions and Trico Supplier Manual.

**MAQUILADORA EXEMPTION CERTIFICATE #38200405728**

By _____
AUTHORIZED SIGNATURE

| BUYER NAME |
|---|
| CARMEN TORRES |

| BUYER PHONE/FAX |
|---|
| PHONE#:8681230625 ( ) - |



# PURCHASE ORDER

PRINT DATE: 12/11/25

| PO NUMBER | RELEASE | PAGE |
|-----------|---------|------|
| 618920 | 000 | 3 |

☐ CHANGE NOTICE  ☐ MATERIAL SAFETY DATA SHEET

☐ CONFIRMING PO DO NOT DUPLICATE  ☐ CERTIFICATION REQUIRED

FEDERAL EMPLOYER'S ID NO 74-2404797
TRICO PRODUCTS TAX ID NO 16-0665680

**INVOICE TO**
Trico Products Corp.
1995 Billy Mitchell Blvd.
Brownsville, TX 78521
or acct.payable@trico-group.com

**VENDOR**
21369
FUKOKU MEXICANA SA DE CV
AV MIGUEL HIDALGO #102, M
ARABIS ABASOLO INDUSTRIAL
PARK
ABASOLO          GT 36970

**SHIP TO**
55
MEXICO OFFSITE WHSE.
AV. PROL UNIONES 150A
CP 87316
H. MATAMORO, TAM.
MEXICO

| DATE | TERMS | REQUISITION | ATTENTION |
|------|-------|-------------|-----------|
| 12/11/25 | NET 30 | | |
| SHIP VIA | F.O.B. | FREIGHT TERMS | PHONE |
| | | | |

| LINE | PART NUMBER | DESCRIPTION | QUANTITY | DUE DATE | UNIT PRICE | TAX |
|------|-------------|-------------|----------|----------|------------|-----|
| | | ** | | | | |
| | | THIS PURCHASE ORDER IS A BLANKET PO FOR THE PRODUCTS AND TERM INDICATED HEREIN. FROM TIME TO TIME, TRICO MAY ISSUE FIRM RELEASES, OR OTHERWISE UPDATE THIS PURCHASE ORDER, IDENTIFYING SPECIFIC ORDER VOLUMES, PRICING AND DELIVERY SCHEDULES. | | | | |
| | | RECEIVING HOURS: MON-FRI FROM 7:00AM TO 3:00 PM NON PALLET AND PALLET INBOUND FREIGHT ON FLAT BEDS MUST BE FORKLIFT SIDE UNLOAD OR CRANE. FREIGHT ON PALLET CLOSED VAN FORKLIFT REAR UNLOAD. A CERTIFICATE OF ANALYSIS AND PACKING SLIP SHOULD BE LOCATED ON OUTSIDE OF CARTON/PALLET. | | | | |
| | | INBOUND TRANSPORTATION ROUTING INSTRUCTIONS: E-MAIL TO: Transplace Support - TRICO@transplace.com In an emergency, please contact Javier Ramirez 956 544-2722, Ext 4215  (mobile - 956 641-8326) | | | | |
| 10 | 94612-18RD REV: WORKING | RUBBER ELEM.SILICONE 452mm-buy | 234000EA | 12/11/25 | 1.3965 | |
| 20 | 94612-22RD REV: WORKING | RUBBER ELEM.SILICONE 552mm-buy | 144400EA | 12/11/25 | 1.4385 | |
| 30 | 94612-28RD REV: WORKING | RUBBER ELEM.SILICONE 702mm-buy | 78000EA | 12/11/25 | 1.7640 | |

**Instructions to Suppliers:**

1. Include purchase order number and vendor account number on all invoices, packing slips, and shipping container(s).   Each shipping container must also display Trico part number and quantity contained within the container.

2. Supplier warrants that all chemical substances used in manufacture of this order are EPA listed in accordance with Public Law #94-469 (Toxic Substance Control Act).

3. The Terms and Conditions applicable to this Purchase Order are located at http://supplier.tricoproducts.com, as amended from time to time, and apply to this Purchase Order and all related releases, issued by Trico or its agents, in any format including, without limitation, EDI, Supply Web and e-mail spreadsheets. Shipments against this Purchase Order shall constitute acceptance of Trico's Terms and Conditions and Trico Supplier Manual.

**MAQUILADORA EXEMPTION CERTIFICATE #38200405728**

By _____
AUTHORIZED SIGNATURE

| BUYER NAME |
|------------|
| CARMEN TORRES |

| BUYER PHONE/FAX |
|-----------------|
| PHONE#:8681230625 (    ) - |

# Purchase order

FUKOKU MEXICANA, S.A. DE C.V.
AV. MIGUEL HIDALGO No. 102
PARQUE INDUSTRIAL MARABIS ABASOLO
C.P. 36985 ABASOLO, GUANAJUATO.
MÉXICO
RFC: FME140516C92
CTC:  KENJI NOBUSUE
PHONE:  +52-429 106 1100
k_nobosue@fukoku-rubber.co.jp

| PO Number | | FMX-FG-250918_SF |
|---|---|---|
| Issued date | | 24-Sep-2025 |
| Person in charge | | KENJI NOBUSUE |

Vender:

| |
|---|
| SIAM FUKOKU CO.,LTD<br>999/6 MOO 1 NAKLANG, SUNGNOEN<br>NAKHONRATCHASIMA 30380. THAILAND<br>TAX ID 0115538009156<br>CTC: MS.WIRATCHADAPHON WARATCHANIWES<br>PHONE: 66(0) 44 000 870 EXT. 2205<br>suparat@siamfukoku.co.th |

Ship to:

| |
|---|
| FUKOKU MEXICANA, S.A. de C.V.<br>AV. MIGUEL HIDALGO No. 102<br>PARQUE INDUSTRIAL MARABIS ABASOLO<br>C.P. 36985 ABASOLO, GUANAJUATO. MÉXICO<br>CTC: LAURA DURAN<br>PHONE: +52 429 106 1100 EXT. 161<br>a_duran@fukoku-rubber.com.mx |

| Shipping Method | Payment Terms | Attention to | ETD SIAM 2 | Page |
|---|---|---|---|---|
| By Sea Freight | FOB | | 16-Oct-2025 | 1 of 1 |

| L/N Item Number | Description | | U/M | Ordered | | Unit Price | Ext.Price |
|---|---|---|---|---|---|---|---|
| Shipping Method | Reference Number | Due date FMX | | | | | (USD) |
| 94612-18RD | 94612-18RD | 5-Dec-25 | Each | 150,000 | PCS | USD 0.8475 | 127,125.00 |
| 94612-22RD | 94612-22RD | 5-Dec-25 | Each | 140,000 | PCS | USD 0.9111 | 127,554.00 |
| 94612-28RD | 94612-28RD | 5-Dec-25 | Each | 126,000 | PCS | USD 1.1040 | 139,104.00 |

PAYMENT :   120DAYS AFTER DATE OF SHIPMENT/Currency:USD
REMARKS :   At time of shipment please send the following documentation:
Comercial value invoice including TAX ID/SDS/Packing List/Insurance bill
CC:v_ayala@fukoku-rubber.com.mx, a_contreras@fukoku-rubber.com.mx, a_ramirez@fukoku-rubber.com.mx,
a_duran@fukoku-rubber.com.mx;

We would appreciate your kind attention upon this purchase order and hoping return this sheet back with filling your authorized signature as acknowledgement within 5 working days after receiving this purchase order sheet.

| | |
|---|---|
| Subtotal | USD 393,783.00 |
| Trade Discount | |
| Freight | |
| Miscellaneous | |
| Tax(16%) | |
| Order Total | USD 393,783.00 |

Authorized Signature(Kenji Nobusue)

# TRICO®

# PURCHASE ORDER

PRINT DATE: 12/11/25

| PO NUMBER | RELEASE | PAGE |
|-----------|---------|------|
| 618921 | 000 | 1 |

☐ CHANGE NOTICE  ☐ MATERIAL SAFETY DATA SHEET

☐ CONFIRMING PO DO NOT DUPLICATE  ☐ CERTIFICATION REQUIRED

FEDERAL EMPLOYER'S ID NO 74-2404797
TRICO PRODUCTS TAX ID NO 16-0665680

**INVOICE TO**
Trico Products Corp.
1995 Billy Mitchell Blvd.
Brownsville, TX 78521
or acct.payable@trico-group.com

**VENDOR**
21369
FUKOKU MEXICANA SA DE CV
AV MIGUEL HIDALGO #102, M
ARABIS ABASOLO INDUSTRIAL
PARK
ABASOLO          GT 36970

**SHIP TO**
54
MEXICO-SATELLITE-PLT 5
TRICO TECHNOLOGIES

1995 BILLY MITCHELL BLVD
BROWNSVILLE        TX 78521

| DATE | TERMS | | REQUISITION | ATTENTION |
|------|-------|--|-------------|-----------|
| 12/11/25 | NET 30 | | | |

| SHIP VIA | F.O.B. | | FREIGHT TERMS | PHONE |
|----------|--------|--|---------------|-------|
| | | | | (956)5442722X459 |

| LINE | PART NUMBER | DESCRIPTION | QUANTITY | DUE DATE | UNIT PRICE | TAX |
|------|-------------|-------------|----------|----------|------------|-----|

```
*********************************************************
* Please send invoice to trico@nextprocess.com         *
* All related documents in 1 pdf file                  *
* Also send a copy to the user disclosed on ATTENTION  *
*********************************************************
```

*THE DATES CALLED OUT ON THIS P/O ARE THE "ON DOCK" AT TRICO
DATES AND NOT THE SHIP DATES. *SUPPLIER IS REQUIRED TO
DELIVER 100% ON TIME. IT IS THE SUPPLIERS RESPONSIBILITY TO
NOTIFY TRICO PURCHASING IF DUE DATES CANNOT BE MET.
PRODUCT MUST BE PPAP APPROVED AND CONFORM TO REQUIREMENTS.
*TRICO PURCHASE ORDER TERMS & CONDITIONS AND SUPPLIER MANUAL
POLICES WILL APPLY*  FOUND ON TSN (TRICO SUPPLIER NETWORK).
***IN THE EVENT OF COMMERCIAL ISSUES, SUPPLIER SHALL NOT
SUSPEND SHIPMENT OF PRODUCT TO TRICO.***
ACCEPTANCE OF MATERIAL IS SUBJECT TO VERIFICATION THROUGH
INCOMING INSPECTION REGARDLESS OF RECEIPT DATE
*ACCEPTANCE OF THIS DOCUMENT INDICATES AGREEMENT TO MEET
TRICO'S LATEST PRODUCT SPECIFICATIONS OR PRINTS.
*PLEASE SUBMIT MSDS WITH EVERY SHIPMENT WHEN APPLICABLE.
REVISIONS TO MSDS'S ARE TO BE SENT TO THE PURCHASING BUYER,
THE ENVIRONMENTAL HEALTH AND SAFETY DEPT, & FACILITIES MGR.
ALL PURCHASED PRODUCTS OR MATERIALS USED IN PRODUCT
SHALL CONFORM TO APPLICABLE STATUTORY AND REGULATORY
REQUIREMENTS AT SUPPLIER, CUSTOMER, AND OE CUSTOMER LOCATION
*ALL PRODUCTS MUST BE SUITABLY PACKED FOR OCEAN TRANSPORT
(OR GROUND TRANSPORT AS APPLICABLE) IN EXPENDABLE PACKAGING
TO COMPLY WITH GOVERNMENTAL STANDARDS (BUYERS COUNTRY). IT

**Instructions to Suppliers:**

1. Include purchase order number and vendor account number on all invoices, packing slips, and shipping container(s). Each shipping container must also display Trico part number and quantity contained within the container.

2. Supplier warrants that all chemical substances used in manufacture of this order are EPA listed in accordance with Public Law #94-469 (Toxic Substance Control Act).

3. The Terms and Conditions applicable to this Purchase Order are located at http://supplier.tricoproducts.com, as amended from time to time, and apply to this Purchase Order and all related releases, issued by Trico or its agents, in any format including, without limitation, EDI, Supply Web or e-mail spreadsheets. Shipments against this Purchase Order shall constitute acceptance of Trico's Terms and Conditions and Trico Supplier Manual.

**MAQUILADORA EXEMPTION CERTIFICATE #38200405728**

By _____
AUTHORIZED SIGNATURE

| BUYER NAME |
|------------|
| CARMEN TORRES |

| BUYER PHONE/FAX |
|-----------------|
| PHONE#:956544-0342,2364 |
| FAX#:  (956)544-0409 |

# TRICO®

## PURCHASE ORDER

PRINT DATE:  12/11/25

| | PO NUMBER | RELEASE | PAGE |
|---|---|---|---|
| | 618921 | 000 | 2 |

☐ CHANGE NOTICE    ☐ MATERIAL SAFETY DATA SHEET

☐ CONFIRMING PO DO NOT DUPLICATE    ☐ CERTIFICATION REQUIRED

FEDERAL EMPLOYER'S ID NO 74-2404797
TRICO PRODUCTS TAX ID NO 16-0665680

**INVOICE TO**

Trico Products Corp.
1995 Billy Mitchell Blvd.
Brownsville, TX 78521
or acct.payable@trico-group.com

**VENDOR**

21369
FUKOKU MEXICANA SA DE CV
AV MIGUEL HIDALGO #102, M
ARABIS ABASOLO INDUSTRIAL
PARK
ABASOLO          GT 36970

**SHIP TO**

54
MEXICO-SATELLITE-PLT 5
TRICO TECHNOLOGIES

1995 BILLY MITCHELL BLVD
BROWNSVILLE      TX 78521

| DATE | TERMS | REQUISITION | ATTENTION |
|---|---|---|---|
| 12/11/25 | NET 30 | | |

| SHIP VIA | F.O.B. | FREIGHT TERMS | PHONE |
|---|---|---|---|
| | | | (956)5442722X459 |

| LINE | PART NUMBER | DESCRIPTION | QUANTITY | DUE DATE | UNIT PRICE | TAX |
|---|---|---|---|---|---|---|
| | | IS THE SUPPLIERS RESPONSIBILITY TO GUARANTEE THEIR PRODUCT WILL ARRIVE FOR STORAGE AND USE AT TRICO PRODUCTS IN GOOD CONDITION. PACKAGING SPECIFICATION GUIDELINES ARE AVAILABLE. ANY DISCREPANCIES OR ISSUES WITH PACKAGING WILL BE HANDLED AS QUALITY FAILURES AND ARE SUBJECT TO THE NORMAL PROCESS OF DISPOSITION AND CORRECTIVE ACTION REQUEST. **RUBBER MOLDED ELEMENT SUPPLIERS: TRICO WILL NOT ACCEPT PRODUCT SHIPPED 90 DAYS AFTER MOLDING DATE.  ALL PALLETS TO HAVE "USE BEFORE DATE LABELS". Compliance to Solid Wood Packaging Materials (SWPM) Regulations:  The International Plant Protection Convention(IPPC) and International Standards for Phytosanitary Measures no. 15 (ISPM's #15) guidelines protect against insect infestation in packaging materials. Raw materials such as pallets, crates, packing block, drums cases, load boards, pallet collars and skids will have to be treated and marked under an official program develop by the National Plant Protection Organization (NPPO) in the country of export. All costs associated with meeting ISPM-15 regulation are the responsibility of the supplier. Trico Products will not be responsible for any additional costs and/or shipment delays due to non-compliance or infested materials refused at entry. TRICO REQUIRES A COMPLETED NAFTA CERTIFICATE OF ORIGIN FOR ALL MATERIAL SUPPLIED BY YOUR COMPANY. ** | | | | |

**Instructions to Suppliers:**

1. Include purchase order number and vendor account number on all invoices, packing slips, and shipping container(s).   Each shipping container must also display Trico part number and quantity contained within the container.

2. Supplier warrants that all chemical substances used in manufacture of this order are EPA listed in accordance with Public Law #94-469 (Toxic Substance Control Act).

3. The Terms and Conditions applicable to this Purchase Order are located at http://supplier.tricoproducts.com, as amended from time to time, and apply to this Purchase Order and all related releases, issued by Trico or its agents, in any format including, without limitation, EDI, Supply Web and e-mail spreadsheets. Shipments against this Purchase Order shall constitute acceptance of Trico's Terms and Conditions and Trico Supplier Manual.

**MAQUILADORA EXEMPTION CERTIFICATE #38200405728**

By _____
AUTHORIZED SIGNATURE

| BUYER NAME |
|---|
| CARMEN TORRES |

| BUYER PHONE/FAX |
|---|
| PHONE#:956544-0342,2364 |
| FAX#:  (956)544-0409 |

# PURCHASE ORDER

PRINT DATE: 12/11/25

| PO NUMBER | RELEASE | PAGE |
|---|---|---|
| 618921 | 000 | 3 |

☐ CHANGE NOTICE     ☐ MATERIAL SAFETY DATA SHEET

☐ CONFIRMING PO DO NOT DUPLICATE     ☐ CERTIFICATION REQUIRED

FEDERAL EMPLOYER'S ID NO 74-2404797
TRICO PRODUCTS TAX ID NO 16-0665680

**INVOICE TO**
Trico Products Corp.
1995 Billy Mitchell Blvd.
Brownsville, TX 78521
or acct.payable@trico-group.com

**VENDOR**
21369
FUKOKU MEXICANA SA DE CV
AV MIGUEL HIDALGO #102, M
ARABIS ABASOLO INDUSTRIAL
PARK
ABASOLO        GT 36970

**SHIP TO**
54
MEXICO-SATELLITE-PLT 5
TRICO TECHNOLOGIES

1995 BILLY MITCHELL BLVD
BROWNSVILLE        TX 78521

| DATE | TERMS | REQUISITION | ATTENTION |
|---|---|---|---|
| 12/11/25 | NET 30 | | |

| SHIP VIA | F.O.B. | FREIGHT TERMS | PHONE |
|---|---|---|---|
| | | | (956)5442722X459 |

| LINE | PART NUMBER | DESCRIPTION | QUANTITY | DUE DATE | UNIT PRICE | TAX |
|---|---|---|---|---|---|---|
| | | ** THIS PURCHASE ORDER IS A BLANKET PO FOR THE PRODUCTS AND TERM INDICATED HEREIN. FROM TIME TO TIME, TRICO MAY ISSUE FIRM RELEASES, OR OTHERWISE UPDATE THIS PURCHASE ORDER, IDENTIFYING SPECIFIC ORDER VOLUMES, PRICING AND DELIVERY SCHEDULES. | | | | |
| | | RECEIVING HOURS: MON-FRI FROM 7:00AM TO 3:00 PM NON PALLET AND PALLET INBOUND FREIGHT ON FLAT BEDS MUST BE FORKLIFT SIDE UNLOAD OR CRANE. FREIGHT ON PALLET CLOSED VAN FORKLIFT REAR UNLOAD. A CERTIFICATE OF ANALYSIS AND PACKING SLIP SHOULD BE LOCATED ON OUTSIDE OF CARTON/PALLET. | | | | |
| | | INBOUND TRANSPORTATION ROUTING INSTRUCTIONS: E-MAIL TO: Transplace Support - TRICO@transplace.com In an emergency, please contact Javier Ramirez 956 544-2722, Ext 4215  (mobile - 956 641-8326) | | | | |
| 10 | 94612-22RD REV: WORKING | RUBBER ELEM.SILICONE 552mm-buy | 88320EA | 1/15/26 | 1.4385 | |
| 20 | 94612-28RD REV: WORKING | RUBBER ELEM.SILICONE 702mm-buy | 79488EA | 1/15/26 | 1.7640 | |

**Instructions to Suppliers:**

1. Include purchase order number and vendor account number on all invoices, packing slips, and shipping container(s).  Each shipping container must also display Trico part number and quantity contained within the container.

2. Supplier warrants that all chemical substances used in manufacture of this order are EPA listed in accordance with Public Law #94-469 (Toxic Substance Control Act).

3. The Terms and Conditions applicable to this Purchase Order are located at http://supplier.tricoproducts.com, as amended from time to time, and apply to this Purchase Order and all related releases, issued by Trico or its agents, in any format including, without limitation, EDI, Supply Web and e-mail spreadsheets. Shipments against this Purchase Order shall constitute acceptance of Trico's Terms and Conditions and Trico Supplier Manual.

**MAQUILADORA EXEMPTION CERTIFICATE #38200405728**

By _(signature)_
AUTHORIZED SIGNATURE

| BUYER NAME |
|---|
| CARMEN TORRES |

| BUYER PHONE/FAX |
|---|
| PHONE#:956544-0342,2364 FAX#:  (956)544-0409 |

# TRICO®

## PURCHASE ORDER

PRINT DATE: 8/14/25

| PO NUMBER | RELEASE | PAGE |
|---|---|---|
| 616085 | 000 | 1 |

☐ CHANGE NOTICE  ☐ MATERIAL SAFETY DATA SHEET

☐ CONFIRMING PO DO NOT DUPLICATE  ☐ CERTIFICATION REQUIRED

FEDERAL EMPLOYER'S ID NO 74-2404797
TRICO PRODUCTS TAX ID NO 16-0665680

**INVOICE TO**
Trico Products Corp.
1995 Billy Mitchell Blvd.
Brownsville, TX 78521
or acct.payable@trico-group.com

**VENDOR**
21369
FUKOKU MEXICANA SA DE CV
AV MIGUEL HIDALGO #102, M
ARABIS ABASOLO INDUSTRIAL
PARK
ABASOLO          GT 36970

**SHIP TO**
54
MEXICO-SATELLITE-PLT 5
TRICO TECHNOLOGIES

1995 BILLY MITCHELL BLVD
BROWNSVILLE      TX 78521

| DATE | TERMS | REQUISITION | ATTENTION |
|---|---|---|---|
| 8/14/25 | NET 60 | | |

| SHIP VIA | F.O.B. | FREIGHT TERMS | PHONE |
|---|---|---|---|
| | | | (956)5442722X459 |

| LINE | PART NUMBER | DESCRIPTION | QUANTITY | DUE DATE | UNIT PRICE | TAX |
|---|---|---|---|---|---|---|

```
*********************************************************
* Please send invoice to trico@nextprocess.com         *
* All related documents in 1 pdf file                  *
* Also send a copy to the user disclosed on ATTENTION   *
*********************************************************
```

*THE DATES CALLED OUT ON THIS P/O ARE THE "ON DOCK" AT TRICO
DATES AND NOT THE SHIP DATES. *SUPPLIER IS REQUIRED TO
DELIVER 100% ON TIME. IT IS THE SUPPLIERS RESPONSIBILITY TO
NOTIFY TRICO PURCHASING IF DUE DATES CANNOT BE MET.
PRODUCT MUST BE PPAP APPROVED AND CONFORM TO REQUIREMENTS.
*TRICO PURCHASE ORDER TERMS & CONDITIONS AND SUPPLIER MANUAL
POLICES WILL APPLY*  FOUND ON TSN (TRICO SUPPLIER NETWORK).
***IN THE EVENT OF COMMERCIAL ISSUES, SUPPLIER SHALL NOT
SUSPEND SHIPMENT OF PRODUCT TO TRICO.***
ACCEPTANCE OF MATERIAL IS SUBJECT TO VERIFICATION THROUGH
INCOMING INSPECTION REGARDLESS OF RECEIPT DATE
*ACCEPTANCE OF THIS DOCUMENT INDICATES AGREEMENT TO MEET
TRICO'S LATEST PRODUCT SPECIFICATIONS OR PRINTS.
*PLEASE SUBMIT MSDS WITH EVERY SHIPMENT WHEN APPLICABLE.
REVISIONS TO MSDS'S ARE TO BE SENT TO THE PURCHASING BUYER,
THE ENVIRONMENTAL HEALTH AND SAFETY DEPT, & FACILITIES MGR.
ALL PURCHASED PRODUCTS OR MATERIALS USED IN PRODUCT
SHALL CONFORM TO APPLICABLE STATUTORY AND REGULATORY
REQUIREMENTS AT SUPPLIER, CUSTOMER, AND OE CUSTOMER LOCATION
*ALL PRODUCTS MUST BE SUITABLY PACKED FOR OCEAN TRANSPORT
(OR GROUND TRANSPORT AS APPLICABLE) IN EXPENDABLE PACKAGING
TO COMPLY WITH GOVERNMENTAL STANDARDS (BUYERS COUNTRY). IT

**Instructions to Suppliers:**

1. Include purchase order number and vendor account number on all invoices, packing slips, and shipping container(s). Each shipping container must also display Trico part number and quantity contained within the container.

2. Supplier warrants that all chemical substances used in manufacture of this order are EPA listed in accordance with Public Law #94-469 (Toxic Substance Control Act).

3. The Terms and Conditions applicable to this Purchase Order are located at http://supplier.tricoproducts.com, as amended from time to time, and apply to this Purchase Order and all related releases, issued by Trico or its agents, in any format including, without limitation, EDI, Supply Web or e-mail spreadsheets. Shipments against this Purchase Order shall constitute acceptance of Trico's Terms and Conditions and Trico Supplier Manual.

**MAQUILADORA EXEMPTION CERTIFICATE #38200405728**

By _____
AUTHORIZED SIGNATURE

| BUYER NAME |
|---|
| MARIA R CAMPOS |

| BUYER PHONE/FAX |
|---|
| PHONE#:956-544-0342 |
| FAX#:  (956)544-0409 |

# TRICO®

## PURCHASE ORDER

PRINT DATE:    8/14/25

| PO NUMBER | RELEASE | PAGE |
|-----------|---------|------|
| 616085 | 000 | 2 |

☐ CHANGE NOTICE          ☐ MATERIAL SAFETY DATA SHEET

☐ CONFIRMING PO DO NOT DUPLICATE          ☐ CERTIFICATION REQUIRED

**INVOICE TO**

Trico Products Corp.
1995 Billy Mitchell Blvd.
Brownsville, TX 78521
or acct.payable@trico-group.com

FEDERAL EMPLOYER'S ID NO 74-2404797
TRICO PRODUCTS TAX ID NO 16-0665680

**VENDOR**

  21369
FUKOKU MEXICANA SA DE CV
AV MIGUEL HIDALGO #102, M
ARABIS ABASOLO INDUSTRIAL
PARK
ABASOLO          GT 36970

**SHIP TO**

54
MEXICO-SATELLITE-PLT 5
TRICO TECHNOLOGIES

1995 BILLY MITCHELL BLVD
BROWNSVILLE       TX 78521

| DATE | TERMS | REQUISITION | ATTENTION |
|------|-------|-------------|-----------|
| 8/14/25 | NET 60 | | |

| SHIP VIA | F.O.B. | FREIGHT TERMS | PHONE |
|----------|--------|---------------|-------|
| | | | (956)5442722X459 |

| LINE | PART NUMBER | DESCRIPTION | QUANTITY | DUE DATE | UNIT PRICE | TAX |
|------|-------------|-------------|----------|----------|------------|-----|
| | | IS THE SUPPLIERS RESPONSIBILITY TO GUARANTEE THEIR PRODUCT WILL ARRIVE FOR STORAGE AND USE AT TRICO PRODUCTS IN GOOD CONDITION. PACKAGING SPECIFICATION GUIDELINES ARE AVAILABLE. ANY DISCREPANCIES OR ISSUES WITH PACKAGING WILL BE HANDLED AS QUALITY FAILURES AND ARE SUBJECT TO THE NORMAL PROCESS OF DISPOSITION AND CORRECTIVE ACTION REQUEST. **RUBBER MOLDED ELEMENT SUPPLIERS: TRICO WILL NOT ACCEPT PRODUCT SHIPPED 90 DAYS AFTER MOLDING DATE.  ALL PALLETS TO HAVE "USE BEFORE DATE LABELS". Compliance to Solid Wood Packaging Materials (SWPM) Regulations:  The International Plant Protection Convention(IPPC) and International Standards for Phytosanitary Measures no. 15 (ISPM's #15) guidelines protect against insect infestation in packaging materials. Raw materials such as pallets, crates, packing block, drums cases, load boards, pallet collars and skids will have to be treated and marked under an official program develop by the National Plant Protection Organization (NPPO) in the country of export. All costs associated with meeting ISPM-15 regulation are the responsibility of the supplier. Trico Products will not be responsible for any additional costs and/or shipment delays due to non-compliance or infested materials refused at entry. TRICO REQUIRES A COMPLETED NAFTA CERTIFICATE OF ORIGIN FOR ALL MATERIAL SUPPLIED BY YOUR COMPANY. ** | | | | |

**Instructions to Suppliers:**

1. Include purchase order number and vendor account number on all invoices, packing slips, and shipping container(s).  Each shipping container must also display Trico part number and quantity contained within the container.

2. Supplier warrants that all chemical substances used in manufacture of this order are EPA listed in accordance with Public Law #94-469 (Toxic Substance Control Act).

3. The Terms and Conditions applicable to this Purchase Order are located at http://supplier.tricoproducts.com, as amended from time to time, and apply to this Purchase Order and all related releases, issued by Trico or its agents, in any format including, without limitation, EDI, Supply Web and e-mail spreadsheets. Shipments against this Purchase Order shall constitute acceptance of Trico's Terms and Conditions and Trico Supplier Manual.

**MAQUILADORA EXEMPTION CERTIFICATE #38200405728**

By_____
AUTHORIZED SIGNATURE

| BUYER NAME |
|------------|
| MARIA R CAMPOS |

| BUYER PHONE/FAX |
|-----------------|
| PHONE#:956-544-0342 |
| FAX#:  (956)544-0409 |

# TRICO®

## PURCHASE ORDER

PRINT DATE:     8/14/25

| PO NUMBER | RELEASE | PAGE |
|---|---|---|
| 616085 | 000 | 3 |

☐ CHANGE NOTICE
☐ MATERIAL SAFETY DATA SHEET
☐ CONFIRMING PO DO NOT DUPLICATE
☐ CERTIFICATION REQUIRED

FEDERAL EMPLOYER'S ID NO 74-2404797
TRICO PRODUCTS TAX ID NO 16-0665680

**INVOICE TO**

Trico Products Corp.
1995 Billy Mitchell Blvd.
Brownsville, TX 78521
or acct.payable@trico-group.com

**VENDOR**

21369
FUKOKU MEXICANA SA DE CV
AV MIGUEL HIDALGO #102, M
ARABIS ABASOLO INDUSTRIAL
PARK
ABASOLO            GT 36970

**SHIP TO**

54
MEXICO-SATELLITE-PLT 5
TRICO TECHNOLOGIES

1995 BILLY MITCHELL BLVD
BROWNSVILLE        TX 78521

| DATE | TERMS | REQUISITION | ATTENTION |
|---|---|---|---|
| 8/14/25 | NET 60 | | |

| SHIP VIA | F.O.B. | FREIGHT TERMS | PHONE |
|---|---|---|---|
| | | | (956)5442722X459 |

| LINE | PART NUMBER | DESCRIPTION | QUANTITY | DUE DATE | UNIT PRICE | TAX |
|---|---|---|---|---|---|---|
| | | ** | | | | |
| | | THIS PURCHASE ORDER IS A BLANKET PO FOR THE PRODUCTS AND TERM INDICATED HEREIN. FROM TIME TO TIME, TRICO MAY ISSUE FIRM RELEASES, OR OTHERWISE UPDATE THIS PURCHASE ORDER, IDENTIFYING SPECIFIC ORDER VOLUMES, PRICING AND DELIVERY SCHEDULES. | | | | |
| | | RECEIVING HOURS: MON-FRI FROM 7:00AM TO 3:00 PM NON PALLET AND PALLET INBOUND FREIGHT ON FLAT BEDS MUST BE FORKLIFT SIDE UNLOAD OR CRANE. FREIGHT ON PALLET CLOSED VAN FORKLIFT REAR UNLOAD. A CERTIFICATE OF ANALYSIS AND PACKING SLIP SHOULD BE LOCATED ON OUTSIDE OF CARTON/PALLET. | | | | |
| | | INBOUND TRANSPORTATION ROUTING INSTRUCTIONS: E-MAIL TO: Transplace Support - TRICO@transplace.com In an emergency, please contact Javier Ramirez 956 544-2722, Ext 4215  (mobile - 956 641-8326) | | | | |
| 10 | 94612-18RD REV: WORKING | RUBBER ELEM.SILICONE 452mm-buy | 63000EA | 11/03/25 | 2.5300 | |
| 20 | 94612-18RD REV: WORKING | RUBBER ELEM.SILICONE 452mm-buy | 63000EA | 12/02/25 | 2.5300 | |
| 30 | 94612-18RD REV: WORKING | RUBBER ELEM.SILICONE 452mm-buy | 63000EA | 1/05/26 | 2.5300 | |

**Instructions to Suppliers:**

1. Include purchase order number and vendor account number on all invoices, packing slips, and shipping container(s).   Each shipping container must also display Trico part number and quantity contained within the container.

2. Supplier warrants that all chemical substances used in manufacture of this order are EPA listed in accordance with Public Law #94-469 (Toxic Substance Control Act).

3. The Terms and Conditions applicable to this Purchase Order are located at http://supplier.tricoproducts.com, as amended from time to time, and apply to this Purchase Order and all related releases, issued by Trico or its agents, in any format including, without limitation, EDI, Supply Web and e-mail spreadsheets. Shipments against this Purchase Order shall constitute acceptance of Trico's Terms and Conditions and Trico Supplier Manual.

**MAQUILADORA EXEMPTION CERTIFICATE #38200405728**

By _____
AUTHORIZED SIGNATURE

| BUYER NAME |
|---|
| MARIA R CAMPOS |

| BUYER PHONE/FAX |
|---|
| PHONE#:956-544-0342 FAX#:  (956)544-0409 |

# PURCHASE ORDER

**TRICO** ®

PRINT DATE: 8/14/25

| PO NUMBER | RELEASE | PAGE |
|-----------|---------|------|
| 616086 | 000 | 1 |

☐ CHANGE NOTICE
☐ MATERIAL SAFETY DATA SHEET
☐ CONFIRMING PO DO NOT DUPLICATE
☐ CERTIFICATION REQUIRED

FEDERAL EMPLOYER'S ID NO 74-2404797
TRICO PRODUCTS TAX ID NO 16-0665680

**INVOICE TO**
Trico Products Corp.
1995 Billy Mitchell Blvd.
Brownsville, TX 78521
or acct.payable@trico-group.com

**VENDOR**
21369
FUKOKU MEXICANA SA DE CV
AV MIGUEL HIDALGO #102, M
ARABIS ABASOLO INDUSTRIAL
PARK
ABASOLO          GT 36970

**SHIP TO**
54
MEXICO-SATELLITE-PLT 5
TRICO TECHNOLOGIES

1995 BILLY MITCHELL BLVD
BROWNSVILLE      TX 78521

| DATE | TERMS | REQUISITION | ATTENTION |
|------|-------|-------------|-----------|
| 8/14/25 | NET 60 | | |

| SHIP VIA | F.O.B. | FREIGHT TERMS | PHONE |
|----------|--------|---------------|-------|
| | | | (956)5442722X459 |

| LINE | PART NUMBER | DESCRIPTION | QUANTITY | DUE DATE | UNIT PRICE | TAX |
|------|-------------|-------------|----------|----------|------------|-----|
| 30 | | ************************************************** | | | | |
| 30 | | * Please send invoice to trico@nextprocess.com        * | | | | |
| 30 | | * All related documents in 1 pdf file                 * | | | | |
| 30 | | * Also send a copy to the user disclosed on ATTENTION  * | | | | |
| 30 | | ************************************************** | | | | |
| 30 | | *THE DATES CALLED OUT ON THIS P/O ARE THE "ON DOCK" AT TRICO | | | | |
| 30 | | DATES AND NOT THE SHIP DATES. *SUPPLIER IS REQUIRED TO | | | | |
| 30 | | DELIVER 100% ON TIME. IT IS THE SUPPLIERS RESPONSIBILITY TO | | | | |
| 30 | | NOTIFY TRICO PURCHASING IF DUE DATES CANNOT BE MET. | | | | |
| 30 | | PRODUCT MUST BE PPAP APPROVED AND CONFORM TO REQUIREMENTS. | | | | |
| 30 | | *TRICO PURCHASE ORDER TERMS & CONDITIONS AND SUPPLIER MANUAL | | | | |
| 30 | | POLICES WILL APPLY*  FOUND ON TSN (TRICO SUPPLIER NETWORK). | | | | |
| 30 | | ***IN THE EVENT OF COMMERCIAL ISSUES, SUPPLIER SHALL NOT | | | | |
| 30 | | SUSPEND SHIPMENT OF PRODUCT TO TRICO.*** | | | | |
| 30 | | ACCEPTANCE OF MATERIAL IS SUBJECT TO VERIFICATION THROUGH | | | | |
| 30 | | INCOMING INSPECTION REGARDLESS OF RECEIPT DATE | | | | |
| 30 | | *ACCEPTANCE OF THIS DOCUMENT INDICATES AGREEMENT TO MEET | | | | |
| 30 | | TRICO'S LATEST PRODUCT SPECIFICATIONS OR PRINTS. | | | | |
| 30 | | *PLEASE SUBMIT MSDS WITH EVERY SHIPMENT WHEN APPLICABLE. | | | | |
| 30 | | REVISIONS TO MSDS'S ARE TO BE SENT TO THE PURCHASING BUYER, | | | | |
| 30 | | THE ENVIRONMENTAL HEALTH AND SAFETY DEPT, & FACILITIES MGR. | | | | |
| 30 | | ALL PURCHASED PRODUCTS OR MATERIALS USED IN PRODUCT | | | | |
| 30 | | SHALL CONFORM TO APPLICABLE STATUTORY AND REGULATORY | | | | |
| 30 | | REQUIREMENTS AT SUPPLIER, CUSTOMER, AND OE CUSTOMER LOCATION | | | | |
| 30 | | *ALL PRODUCTS MUST BE SUITABLY PACKED FOR OCEAN TRANSPORT | | | | |
| 30 | | (OR GROUND TRANSPORT AS APPLICABLE) IN EXPENDABLE PACKAGING | | | | |
| 30 | | TO COMPLY WITH GOVERNMENTAL STANDARDS (BUYERS COUNTRY). IT | | | | |

**Instructions to Suppliers:**

1. Include purchase order number and vendor account number on all invoices, packing slips, and shipping container(s). Each shipping container must also display Trico part number and quantity contained within the container.

2. Supplier warrants that all chemical substances used in manufacture of this order are EPA listed in accordance with Public Law #94-469 (Toxic Substance Control Act).

3. The Terms and Conditions applicable to this Purchase Order are located at http://supplier.tricoproducts.com, as amended from time to time, and apply to this Purchase Order and all related releases, issued by Trico or its agents, in any format including, without limitation, EDI, Supply Web or e-mail spreadsheets. Shipments against this Purchase Order shall constitute acceptance of Trico's Terms and Conditions and Trico Supplier Manual.

**MAQUILADORA EXEMPTION CERTIFICATE #38200405728**

By _____
AUTHORIZED SIGNATURE

| BUYER NAME |
|------------|
| MARIA R CAMPOS |

| BUYER PHONE/FAX |
|-----------------|
| PHONE#:956-544-0342 |
| FAX#:  (956)544-0409 |

# TRICO®

## PURCHASE ORDER

PRINT DATE: 8/14/25

| PO NUMBER | RELEASE | PAGE |
|---|---|---|
| 616086 | 000 | 2 |

☐ CHANGE NOTICE     ☐ MATERIAL SAFETY DATA SHEET

☐ CONFIRMING PO DO NOT DUPLICATE     ☐ CERTIFICATION REQUIRED

FEDERAL EMPLOYER'S ID NO 74-2404797
TRICO PRODUCTS TAX ID NO 16-0665680

**INVOICE TO**

Trico Products Corp.
1995 Billy Mitchell Blvd.
Brownsville, TX 78521
or acct.payable@trico-group.com

**VENDOR**

21369
FUKOKU MEXICANA SA DE CV
AV MIGUEL HIDALGO #102, M
ARABIS ABASOLO INDUSTRIAL
PARK
ABASOLO          GT 36970

**SHIP TO**

54
MEXICO-SATELLITE-PLT 5
TRICO TECHNOLOGIES

1995 BILLY MITCHELL BLVD
BROWNSVILLE          TX 78521

| DATE | TERMS | REQUISITION | ATTENTION |
|---|---|---|---|
| 8/14/25 | NET 60 | | |

| SHIP VIA | F.O.B. | FREIGHT TERMS | PHONE |
|---|---|---|---|
| | | | (956)5442722X459 |

| LINE | PART NUMBER | DESCRIPTION | QUANTITY | DUE DATE | UNIT PRICE | TAX |
|---|---|---|---|---|---|---|
| 30 | | IS THE SUPPLIERS RESPONSIBILITY TO GUARANTEE THEIR PRODUCT | | | | |
| 30 | | WILL ARRIVE FOR STORAGE AND USE AT TRICO PRODUCTS IN GOOD | | | | |
| 30 | | CONDITION. PACKAGING SPECIFICATION GUIDELINES ARE AVAILABLE. | | | | |
| 30 | | ANY DISCREPANCIES OR ISSUES WITH PACKAGING WILL BE HANDLED | | | | |
| 30 | | AS QUALITY FAILURES AND ARE SUBJECT TO THE NORMAL PROCESS | | | | |
| 30 | | OF DISPOSITION AND CORRECTIVE ACTION REQUEST. | | | | |
| 30 | | **RUBBER MOLDED ELEMENT SUPPLIERS: | | | | |
| 30 | | TRICO WILL NOT ACCEPT PRODUCT SHIPPED 90 DAYS AFTER | | | | |
| 30 | | MOLDING DATE.  ALL PALLETS TO HAVE "USE BEFORE DATE | | | | |
| 30 | | LABELS". | | | | |
| 30 | | Compliance to Solid Wood Packaging Materials (SWPM) | | | | |
| 30 | | Regulations:  The International Plant Protection | | | | |
| 30 | | Convention(IPPC) and International Standards for | | | | |
| 30 | | Phytosanitary Measures no. 15 (ISPM's #15) guidelines | | | | |
| 30 | | protect against insect infestation in packaging materials. | | | | |
| 30 | | Raw materials such as pallets, crates, packing block, drums | | | | |
| 30 | | cases, load boards, pallet collars and skids will have to be | | | | |
| 30 | | treated and marked under an official program develop by the | | | | |
| 30 | | National Plant Protection Organization (NPPO) in the country | | | | |
| 30 | | of export. All costs associated with meeting ISPM-15 | | | | |
| 30 | | regulation are the responsibility of the supplier. Trico | | | | |
| 30 | | Products will not be responsible for any additional costs | | | | |
| 30 | | and/or shipment delays due to non-compliance or infested | | | | |
| 30 | | materials refused at entry. | | | | |
| 30 | | TRICO REQUIRES A COMPLETED NAFTA CERTIFICATE OF ORIGIN FOR | | | | |
| 30 | | ALL MATERIAL SUPPLIED BY YOUR COMPANY. | | | | |
| 30 | | ** | | | | |

**Instructions to Suppliers:**

1. Include purchase order number and vendor account number on all invoices, packing slips, and shipping container(s). Each shipping container must also display Trico part number and quantity contained within the container.

2. Supplier warrants that all chemical substances used in manufacture of this order are EPA listed in accordance with Public Law #94-469 (Toxic Substance Control Act).

3. The Terms and Conditions applicable to this Purchase Order are located at http://supplier.tricoproducts.com, as amended from time to time, and apply to this Purchase Order and all related releases, issued by Trico or its agents, in any format including, without limitation, EDI, Supply Web and e-mail spreadsheets. Shipments against this Purchase Order shall constitute acceptance of Trico's Terms and Conditions and Trico Supplier Manual.

**MAQUILADORA EXEMPTION CERTIFICATE #38200405728**

By _____
AUTHORIZED SIGNATURE

| BUYER NAME |
|---|
| MARIA R CAMPOS |

| BUYER PHONE/FAX |
|---|
| PHONE#:956-544-0342 |
| FAX#:  (956)544-0409 |

# TRICO®

## PURCHASE ORDER

PRINT DATE: 8/14/25

| PO NUMBER | RELEASE | PAGE |
|---|---|---|
| 616086 | 000 | 3 |

☐ CHANGE NOTICE      ☐ MATERIAL SAFETY DATA SHEET

☐ CONFIRMING PO DO NOT DUPLICATE      ☐ CERTIFICATION REQUIRED

FEDERAL EMPLOYER'S ID NO 74-2404797
TRICO PRODUCTS TAX ID NO 16-0665680

**INVOICE TO**

Trico Products Corp.
1995 Billy Mitchell Blvd.
Brownsville, TX 78521
or acct.payable@trico-group.com

**VENDOR**

21369
FUKOKU MEXICANA SA DE CV
AV MIGUEL HIDALGO #102, M
ARABIS ABASOLO INDUSTRIAL
PARK
ABASOLO      GT 36970

**SHIP TO**

54
MEXICO-SATELLITE-PLT 5
TRICO TECHNOLOGIES

1995 BILLY MITCHELL BLVD
BROWNSVILLE      TX 78521

| DATE | TERMS | REQUISITION | ATTENTION |
|---|---|---|---|
| 8/14/25 | NET 60 | | |

| SHIP VIA | F.O.B. | FREIGHT TERMS | PHONE |
|---|---|---|---|
| | | | (956)5442722X459 |

| LINE | PART NUMBER | DESCRIPTION | QUANTITY | DUE DATE | UNIT PRICE | TAX |
|---|---|---|---|---|---|---|
| 30 | | ** | | | | |
| 30 | | THIS PURCHASE ORDER IS A BLANKET PO FOR THE PRODUCTS AND | | | | |
| 30 | | TERM INDICATED HEREIN. FROM TIME TO TIME, TRICO MAY ISSUE | | | | |
| 30 | | FIRM RELEASES, OR OTHERWISE UPDATE THIS PURCHASE ORDER, | | | | |
| 30 | | IDENTIFYING SPECIFIC ORDER VOLUMES, PRICING AND | | | | |
| 30 | | DELIVERY SCHEDULES. | | | | |
| 30 | | | | | | |
| 30 | | RECEIVING HOURS: MON-FRI FROM 7:00AM TO 3:00 PM | | | | |
| 30 | | NON PALLET AND PALLET INBOUND FREIGHT ON FLAT BEDS MUST BE | | | | |
| 30 | | FORKLIFT SIDE UNLOAD OR CRANE. FREIGHT ON PALLET CLOSED | | | | |
| 30 | | VAN FORKLIFT REAR UNLOAD. | | | | |
| 30 | | A CERTIFICATE OF ANALYSIS AND PACKING SLIP SHOULD BE | | | | |
| 30 | | LOCATED ON OUTSIDE OF CARTON/PALLET. | | | | |
| 30 | | | | | | |
| 30 | | INBOUND TRANSPORTATION ROUTING INSTRUCTIONS: E-MAIL TO: | | | | |
| 30 | | Transplace Support - TRICO@transplace.com | | | | |
| 30 | | In an emergency, please contact Javier Ramirez | | | | |
| 30 | | 956 544-2722, Ext 4215 (mobile - 956 641-8326) | | | | |
| 10 | 94612-22RD REV: WORKING | RUBBER ELEM.SILICONE 552mm-buy | 70000EA | 11/03/25 | 2.6600 | |
| 20 | 94612-22RD REV: WORKING | RUBBER ELEM.SILICONE 552mm-buy | 70000EA | 12/01/25 | 2.6600 | |
| 30 | 94612-22RD REV: WORKING | RUBBER ELEM.SILICONE 552mm-buy | 70000EA | 1/05/26 | 2.6600 | |

**Instructions to Suppliers:**

1. Include purchase order number and vendor account number on all invoices, packing slips, and shipping container(s). Each shipping container must also display Trico part number and quantity contained within the container.

2. Supplier warrants that all chemical substances used in manufacture of this order are EPA listed in accordance with Public Law #94-469 (Toxic Substance Control Act).

3. The Terms and Conditions applicable to this Purchase Order are located at http://supplier.tricoproducts.com, as amended from time to time, and apply to this Purchase Order and all related releases, issued by Trico or its agents, in any format including, without limitation, EDI, Supply Web and e-mail spreadsheets. Shipments against this Purchase Order shall constitute acceptance of Trico's Terms and Conditions and Trico Supplier Manual.

**MAQUILADORA EXEMPTION CERTIFICATE #38200405728**

By_____
AUTHORIZED SIGNATURE

| BUYER NAME |
|---|
| MARIA R CAMPOS |

| BUYER PHONE/FAX |
|---|
| PHONE#:956-544-0342 |
| FAX#: (956)544-0409 |