# EXHIBIT B


# FUKOKU
## MEXICANA

**Emisor:**

**FUKOKU MEXICANA**

**RFC:** FME140516C92

**Régimen Fiscal:** 601 - General de Ley Personas Morales

| | |
|---|---|
| **Tipo de Comprobante:** | I - Ingreso |
| **Serie:** | FMX |
| **Folio:** | 250774 |
| **Fecha:** | 16/Dic/2025   14:58:41 |
| **Lugar de expedición (C.P.)** | 36985 |

**Receptor:**

**Cliente:** Trico Products Corp.

**RFC:** XEXX010101000          **Tax ID:** 160665680

**Domicilio:** Billy Mitchell Blvd. 1995

**Colonia:**

**CP:** 78521          **Ciudad:** Brownsville

**Estado:** Texas          **Pais:** Estados Unidos (los)

| | |
|---|---|
| **Método de Pago:** | PPD - Pago en parcialidades o |
| **Forma de Pago:** | 99 - Por definir |
| **Moneda:** | USD - Dolar americano |
| **Uso CFDI:** | S01 - Sin efectos fiscales |
| **Tipo de Cambio:** | 18.054300 |
| **Días de crédito:** | 60 |

| Cantidad | Unidad | Clave Unidad SAT | Clave Prod/Servicio | Descripción | Valor unitario | Descuento | Impuestos | Importe |
|---|---|---|---|---|---|---|---|---|
| 33400.00 | PZ | H87 - Pieza | 31141502 - Molduras por inyección de caucho | 94612-28RD Rubber elem silicone 702mm PO: 618920<br>No. de Pedimento: 251636455004510<br>Aduana: Manzanillo<br>Fecha de Pedimento: 12/10/2025<br>No. de Pedimento: 251636455004735<br>Aduana: Manzanillo<br>Fecha de Pedimento: 02/11/2025<br>No. de Pedimento: 251636455004869<br>Aduana: Manzanillo<br>Fecha de Pedimento: 27/10/2025<br>No. de Pedimento: 251636455004871<br>Aduana: Manzanillo<br>Fecha de Pedimento: 02/11/2025<br>ESTE PRECIO UNITARIO ES EXWORKS DE FUKOKU MEXICANA | 3.52800 | $0.00 | IVA, - Importe: 0.00 | $117,835.20 |

**Sello digital del CFDI**

pCuXxp0zEoS8yaPUbUABdTRWcFoUoGDE7tTZSO6ulCGMSGbggUcayM2isbRHKzdT2JgFFogPBjLbE2bBxYFtR/x0ZOpiLIA71nkv9+pe3uDVyyteSqcn8cCdTKu8y7L4H6yEM3/8qynY3w
h/BzwyfZpdCHIag3dg9/3XTBmCymBU0qWmfLN2JxlGBmqJs8kSNBa0FiR2pD0Xa7LtaMgLQfLll3paMWr5uLp2eI3+eOHoN7/aX8xtumSCd8LWc4MinVJHSZFExljhkizNdfLjLR9GfG64
hQWsNimVmdPdO8Vtp8s/xfbQPa5zUbYt8ot53gQrNJWpDn31RkrBwfFYkA==

**Total con letra:**
ciento diecisiete mil ochocientos treinta y cinco dólares 20/100 USD

**Subtotal:** $117,835.20
**Descuentos:** $0.00
**Impuestos Trasladados:** $0.00
**Retención ISR:** $0.00
**Retención IVA**: $0.00
**Total: $117,835.20**

**Tipo Relación:**
-



| Observaciones |
|---|
| |

| Detalle del complemento de Leyendas Fiscales |
|---|

**Ley, resolución o disposición fiscal:** LEY ADUANERA, LEY DEL IVA, LEY DE COMERCIO EXTERIOR Y REGLAMENTO GENERAL DE LA LEY DE COMERCIO EXTERIOR

**Número de artículo o regla:** OPERACIÓN AL AMPARO DE LAS REGLAS 4.3.19, 5.2.6, 5.2.7 Y 5.2.8 DE LAS REGLAS GENERALES DE COMERCIO EXTERIOR VIGENTE Y LA REGLA 1.6.2 DE LA RMF VIGENTE

**Leyenda fiscal:** TRANSFERENCIA DE MERCANCIAS ENTRE FUKOKU MEXICANA S.A. DE C.V. CON REGISTRO RFC: FME140516C92 Y TRICO PRODUCTO OCRR CON REGISTRO IMMEX 2044-2023. EMPRESA QUE RECIBE: TRICO COMPONENTS, S.A. DE C.V. AVE MICHIGAN NO.EXT 200 FRACCIONAMIENTO INDUSTRIAL DEL NORTE CP:87316 MATAMOROS, TAMAULIPAS, MÉXICO. RFC: TCO860306RX3.

### Este documento es una representación impresa de un CFDI

**Serie del Certificado del emisor:** 00001000000518994144
**Folio Fiscal:** 25CB2E96-ECFB-4FED-96BC-8E8A290602FE
**No. de serie del Certificado del SAT:** 00001000000709182898
**Fecha y hora de certificación:** 2025-12-16T14:58:47

| Sello del SAT |
|---|

ObK+nrCKvRCjxU1dtZip5hocrXqQtYkZCKKh8T7NRFbwg06DLQhJid4PV0Fd8zhYgkHZnfPKrQ8UJ+PjcrHu2rgqhGrBXSi2BnvY4AN9yhVmPxX5AP4qw+P1epe1UDd7c5inJCHkpG5jPC0odGNQT554RX3UZQWGNw1hYR+/biWGtw2gvlbliSCFi+ppT/hb2UnI6W5Gr8Km35xbobGKCMLyXfte/qkSyOMwlMQ6Z8IhhMbeayJwqF3rbgEFQvoCBoTm79FYjhyiZDzo9TIYegUdxhzlY1+MH94ytKhb57gtNs/eWucBQq6jGg1cZxi5SIvu0CoO9nG1Lq6h6AXeIw==

| Cadena original del complemento del certificación digital del SAT |
|---|

||1.1|25CB2E96-ECFB-4FED-96BC-8E8A290602FE|2025-12-16T14:58:47|MAS0810247C0|pCuXxp0zEoS8yaPUbUABdTRWcFoUoGDE7tTZSO6ulCGMSGbggUcayM2isbRHKzdT2JgFFogPBjLbE2bBxYFtR/x0ZOpiLIA71nkv9+pe3uDVyyteSqcn8cCdTKu8y7L4H6yEM3/8qynY3wh/BzwyfZpdCHIag3dg9/3XTBmCymBU0qWmfLN2JxlGBmqJs8kSNBa0FiR2pD0Xa7LtaMgLQfLlI3paMWr5uLp2eI3+eOHoN7/aX8xtumSCd8LWc4MinVJHSZFExljhkizNdfLjLR9GfG64hQWsNimVmdPdO8Vtp8s/xfbQPa5zUbYt8ot53gQrNJWpDn31RkrBwfFYkA==|00001000000 709182

**Versión del comprobante:**    4.0

Hoja    2



**Emisor:**
**FUKOKU MEXICANA**
**RFC:** FME140516C92
**Régimen Fiscal:** 601 - General de Ley Personas Morales

| | |
|---|---|
| **Tipo de Comprobante:** | I - Ingreso |
| **Serie:** | FMX |
| **Folio:** | 250763 |
| **Fecha:** | 15/Dic/2025   12:35:29 |
| **Lugar de expedición (C.P.)** | 36985 |

**Receptor:**
**Cliente:** Trico Products Corp.
**RFC:** XEXX010101000          **Tax ID:** 160665680
**Domicilio:** Billy Mitchell Blvd. 1995
**Colonia:**
**CP:** 78521          **Ciudad:** Brownsville
**Estado:** Texas          **Pais:** Estados Unidos (los)

| | |
|---|---|
| **Método de Pago:** | PPD - Pago en parcialidades o |
| **Forma de Pago:** | 99 - Por definir |
| **Moneda:** | USD - Dolar americano |
| **Uso CFDI:** | S01 - Sin efectos fiscales |
| **Tipo de Cambio:** | 18.208500 |
| **Días de crédito:** | 60 |

| Cantidad | Unidad | Clave Unidad SAT | Clave Prod/Servicio | Descripción | Valor unitario | Descuento | Impuestos | Importe |
|---|---|---|---|---|---|---|---|---|
| 117000.00 | PZ | H87 - Pieza | 31141502 - Molduras por inyección de caucho | 94612-18RD Rubber elem silicone 452mm PO: 618920 No. de Pedimento: 251636455004183 Aduana: Manzanillo Fecha de Pedimento: 14/09/2025 No. de Pedimento: 251636455004436 Aduana: Manzanillo Fecha de Pedimento: 06/10/2025 No. de Pedimento: 251636455004510 Aduana: Manzanillo Fecha de Pedimento: 12/10/2025 No. de Pedimento: 251636455004735 Aduana: Manzanillo Fecha de Pedimento: 02/11/2025 No. de Pedimento: 251636455004869 Aduana: Manzanillo Fecha de Pedimento: 27/10/2025 No. de Pedimento: 251636455004871 Aduana: Manzanillo Fecha de Pedimento: 02/11/2025 ESTE PRECIO UNITARIO ES EXWORKS DE FUKOKU MEXICANA | 2.79300 | $0.00 | IVA, - Importe: 0.00 | $326,781.00 |
| 72200.00 | PZ | H87 - Pieza | 31141502 - Molduras por inyección de caucho | 94612-22RD Rubber elem silicone 552mm PO: 618920 No. de Pedimento: 251636455004183 Aduana: Manzanillo Fecha de Pedimento: 14/09/2025 No. de Pedimento: 251636455004436 Aduana: Manzanillo Fecha de Pedimento: 06/10/2025 No. de Pedimento: 251636455004510 Aduana: Manzanillo Fecha de Pedimento: 12/10/2025 No. de Pedimento: 251636455004735 Aduana: Manzanillo Fecha de Pedimento: 02/11/2025 No. de Pedimento: 251636455004869 Aduana: Manzanillo Fecha de Pedimento: 27/10/2025 No. de Pedimento: 251636455004871 Aduana: Manzanillo Fecha de Pedimento: 02/11/2025 ESTE PRECIO UNITARIO ES EXWORKS DE FUKOKU MEXICANA | 2.87700 | $0.00 | IVA, - Importe: 0.00 | $207,719.40 |

| Cantidad | Unidad | Clave Unid | Clave Prod/Ser | Descripción | Valor unitar | Descuento | Impuestos | Importe |
|---|---|---|---|---|---|---|---|---|
| 5600.00 | PZ | H87 - Pieza | 31141502 - Molduras por inyección de caucho | 94612-28RD Rubber elem silicone 702mm PO: 618920 No. de Pedimento: 251636455004436 Aduana: Manzanillo Fecha de Pedimento: 06/10/2025 No. de Pedimento: 251636455004510 Aduana: Manzanillo Fecha de Pedimento: 12/10/2025 ESTE PRECIO UNITARIO ES EXWORKS DE FUKOKU MEXICANA | 3.52800 | $0.00 | IVA, - Importe: 0.00 | $19,756.80 |

**Total con letra:**

quinientos cincuenta y cuatro mil doscientos cincuenta y siete dólares 20/100 USD

**Subtotal:** $554,257.20

**Descuentos:** $0.00

**Impuestos Trasladados:** $0.00

**Retención ISR:** $0.00

**Retención IVA**: $0.00

**Total: $554,257.20**

**Tipo Relación:**

-

| Observaciones |
|---|
| |

| Detalle del complemento de Leyendas Fiscales |
|---|

**Ley, resolución o disposición fiscal:** LEY ADUANERA, LEY DEL IVA, LEY DE COMERCIO EXTERIOR Y REGLAMENTO GENERAL DE LA LEY DE COMERCIO EXTERIOR

**Número de artículo o regla:** OPERACIÓN AL AMPARO DE LAS REGLAS 4.3.19, 5.2.6, 5.2.7 Y 5.2.8 DE LAS REGLAS GENERALES DE COMERCIO EXTERIOR VIGENTES Y 36 LEY ADUANERA LAS MERCANCIAS LAS RECIBE Y SALEN DE EL MISMO

**Leyenda fiscal:** TRANSFERENCIA DE MERCANCIAS ENTRE FUKOKU MEXICANA S.A. DE C.V. CON REGISTRO RFC: FME140516C92 Y TRICO EMPRESA QUE RECIBE: TRICO COMPONENTS, S.A. DE C.V. AVE MICHIGAN NO.EXT 200 FRACCIONAMIENTO INDUSTRIAL DEL NORTE CP:87316 MATAMOROS, TAMAULIPAS, MÉXICO. RFC: TCO860306RX3.

### Este documento es una representación impresa de un CFDI



| | |
|---|---|
| **Serie del Certificado del emisor:** | 00001000000518994144 |
| **Folio Fiscal:** | F1B69BBD-73E3-4F58-971E-E86161A8E552 |
| **No. de serie del Certificado del SAT:** | 00001000000709182898 |
| **Fecha y hora de certificación:** | 2025-12-15T12:35:35 |

| Sello digital del CFDI |
|---|

qbCS7j5/X6ymJ+pj/l5pTdRNXaWFQCbKjBZTI86k1oQnC/4ihtDuhFxnWkv+f44IOfQ21BC//TZZL4/WIe1FSeT2mEPAzDO8F8vMgxUfJQPhOq8HnjSIMZ/V4y+7ltNqBg8D3hcW6bYwKD wR02dc4xyxiQuB7Y3ngvcD5yheTQMBmMFNU6R/8l1JM7skNZWfteyTUnNURcl5xaRac8NSSQyI2UuwiE4BPn1bzGSzMkFSYm0wcGYX3xacTGi5UnrKRDtP8f/ulGbNp+zrkFn6iI0d6Mw2 OewI6e3BYc9paNqTougGHndzLjf97pczPShQ0KAyXbTKlWoFQGoBpruBoA==

| Sello del SAT |
|---|

AR1cWN9kxujq/c/mnXpPqnATuLiJA4Vw/EZwy6/1uEi9ZrDO9T4WlH8HjgeKIA/U3lb6N/kYRjgwW8bS0o4lPqDf53OWpFyfgBSP0wP0DfQ+BUcKK/V9f3toIjVzXAQvyeUPfoIZ1xF2l+j1I K19tbTi27TnKXs4nXt43QUZMwi1ilsCEeGQSoGFHK85Z0yqTi+XMr3LLSlVdykQZ0dq65JBNmr67HKSj22AFFjQxhLJDwEiF064fxUmXDTNU9eehK7z5jLoI6dzn4clzX7vWZLuou18EH+W30 CqQg+64yIZDnpWBvShapl/qbzHsc3253V//+xnTSn0XlTTRyVN7yA==

| Cadena original del complemento del certificación digital del SAT |
|---|

||1.1|F1B69BBD-73E3-4F58-971E-E86161A8E552|2025-12-15T12:35:35|MAS0810247C0|qbCS7j5/X6ymJ+pj/l5pTdRNXaWFQCbKjBZTI86k1oQnC/4ihtDuhFxnWkv+f44IOfQ2 1BC//TZZL4/WIe1FSeT2mEPAzDO8F8vMgxUfJQPhOq8HnjSIMZ/V4y+7ltNqBg8D3hcW6bYwKDwR02dc4xyxiQuB7Y3ngvcD5yheTQMBmMFNU6R/8l1JM7skNZWfteyTUnNURcl5xaRac8NS SQyI2UuwiE4BPn1bzGSzMkFSYm0wcGYX3xacTGi5UnrKRDtP8f/ulGbNp+zrkFn6iI0d6Mw2OewI6e3BYc9paNqTougGHndzLjf97pczPShQ0KAyXbTKlWoFQGoBpruBoA==|00001000000 709182898||

**Versión del comprobante:**    4.0

Hoja    2