# <u>EXHIBIT A</u>

# TRICO®

## PURCHASE ORDER

PRINT DATE:    1/27/26

| PO NUMBER | RELEASE | PAGE |
|---|---|---|
| 212852 | 000 | 1 |

☐ CHANGE NOTICE                 ☐ MATERIAL SAFETY DATA SHEET

☐ CONFIRMING PO DO NOT DUPLICATE    ☐ CERTIFICATION REQUIRED

FEDERAL EMPLOYER'S ID NO 74-2404797
TRICO PRODUCTS TAX ID NO 16-0665680

**INVOICE TO**
Trico Products Corp.
1995 Billy Mitchell Blvd.
Brownsville, TX 78521
or acct.payable@trico-group.com

**VENDOR**
21004
SIAM FUKOKU CO.,LTD
157 MOO 16,THEPARAK ROAD

SAMUTPRAKAM
THAILAND          UK 10570

**SHIP TO**
70
TRICO PRODUCTS CORP
C/O RIO BRAVO
12035 ROJAS DR. SUITE F

EL PASO          TX 79936

| DATE | TERMS | | REQUISITION | ATTENTION |
|---|---|---|---|---|
| 1/27/26 | NET 30 | | | |

| SHIP VIA | F.O.B. | | FREIGHT TERMS | PHONE |
|---|---|---|---|---|
| | | | | |

| LINE | PART NUMBER | DESCRIPTION | QUANTITY | DUE DATE | UNIT PRICE | TAX |
|---|---|---|---|---|---|---|

```
***************************************************************
* Please send invoice to trico@nextprocess.com               *
* All related documents in 1 pdf file                        *
* Also send a copy to the user disclosed on ATTENTION        *
***************************************************************
```

*THE DATES CALLED OUT ON THIS P/O ARE THE "ON DOCK" AT TRICO DATES AND NOT THE SHIP DATES. *SUPPLIER IS REQUIRED TO DELIVER 100% ON TIME. IT IS THE SUPPLIERS RESPONSIBILITY TO NOTIFY TRICO PURCHASING IF DUE DATES CANNOT BE MET. PRODUCT MUST BE PPAP APPROVED AND CONFORM TO REQUIREMENTS. *TRICO PURCHASE ORDER TERMS & CONDITIONS AND SUPPLIER MANUAL POLICES WILL APPLY*  FOUND ON TSN (TRICO SUPPLIER NETWORK).

***IN THE EVENT OF COMMERCIAL ISSUES, SUPPLIER SHALL NOT SUSPEND SHIPMENT OF PRODUCT TO TRICO.***
ACCEPTANCE OF MATERIAL IS SUBJECT TO VERIFICATION THROUGH INCOMING INSPECTION REGARDLESS OF RECEIPT DATE
*ACCEPTANCE OF THIS DOCUMENT INDICATES AGREEMENT TO MEET TRICO'S LATEST PRODUCT SPECIFICATIONS OR PRINTS.
*PLEASE SUBMIT MSDS WITH EVERY SHIPMENT WHEN APPLICABLE. REVISIONS TO MSDS'S ARE TO BE SENT TO THE PURCHASING BUYER, THE ENVIRONMENTAL HEALTH AND SAFETY DEPT, & FACILITIES MGR. ALL PURCHASED PRODUCTS OR MATERIALS USED IN PRODUCT SHALL CONFORM TO APPLICABLE STATUTORY AND REGULATORY REQUIREMENTS AT SUPPLIER, CUSTOMER, AND OE CUSTOMER LOCATION *ALL PRODUCTS MUST BE SUITABLY PACKED FOR OCEAN TRANSPORT (OR GROUND TRANSPORT AS APPLICABLE) IN EXPENDABLE PACKAGING

**Instructions to Suppliers:**

1. Include purchase order number and vendor account number on all invoices, packing slips, and shipping container(s).  Each shipping container must also display Trico part number and quantity contained within the container.

2. Supplier warrants that all chemical substances used in manufacture of this order are EPA listed in accordance with Public Law #94-469 (Toxic Substance Control Act).

3. The Terms and Conditions applicable to this Purchase Order are located at http://supplier.tricoproducts.com, as amended from time to time, and apply to this Purchase Order and all related releases, issued by Trico or its agents, in any format including, without limitation, EDI, Supply Web or e-mail spreadsheets. Shipments against this Purchase Order shall constitute acceptance of Trico's Terms and Conditions and Trico Supplier Manual.

**MAQUILADORA EXEMPTION CERTIFICATE #32056036141**

By _[signature]_
AUTHORIZED SIGNATURE

| BUYER NAME |
|---|
| CRISTINA MALINCHI |

| BUYER PHONE/FAX |
|---|
| PHONE#:+40 714266307  (   )   - |



# PURCHASE ORDER

PRINT DATE: 1/27/26

| PO NUMBER | RELEASE | PAGE |
|-----------|---------|------|
| 212852 | 000 | 2 |

☐ CHANGE NOTICE    ☐ MATERIAL SAFETY DATA SHEET

☐ CONFIRMING PO DO NOT DUPLICATE    ☐ CERTIFICATION REQUIRED

**INVOICE TO**

Trico Products Corp.
1995 Billy Mitchell Blvd.
Brownsville, TX 78521
or acct.payable@trico-group.com

FEDERAL EMPLOYER'S ID NO 74-2404797
TRICO PRODUCTS TAX ID NO 16-0665680

**VENDOR**

21004
SIAM FUKOKU CO.,LTD
157 MOO 16,THEPARAK ROAD

SAMUTPRAKAM
THAILAND          UK 10570

**SHIP TO**

70
TRICO PRODUCTS CORP
C/O RIO BRAVO
12035 ROJAS DR. SUITE F

EL PASO          TX 79936

| DATE | TERMS | | REQUISITION | ATTENTION |
|------|-------|--|-------------|-----------|
| 1/27/26 | NET 30 | | | |

| SHIP VIA | F.O.B. | | FREIGHT TERMS | PHONE |
|----------|--------|--|---------------|-------|
| | | | | |

| LINE | PART NUMBER | DESCRIPTION | QUANTITY | DUE DATE | UNIT PRICE | TAX |
|------|-------------|-------------|----------|----------|------------|-----|
| | | TO COMPLY WITH GOVERNMENTAL STANDARDS (BUYERS COUNTRY). IT IS THE SUPPLIERS RESPONSIBILITY TO GUARANTEE THEIR PRODUCT WILL ARRIVE FOR STORAGE AND USE AT TRICO PRODUCTS IN GOOD CONDITION. PACKAGING SPECIFICATION GUIDELINES ARE AVAILABLE. ANY DISCREPANCIES OR ISSUES WITH PACKAGING WILL BE HANDLED AS QUALITY FAILURES AND ARE SUBJECT TO THE NORMAL PROCESS OF DISPOSITION AND CORRECTIVE ACTION REQUEST. **RUBBER MOLDED ELEMENT SUPPLIERS: TRICO WILL NOT ACCEPT PRODUCT SHIPPED 90 DAYS AFTER MOLDING DATE.  ALL PALLETS TO HAVE "USE BEFORE DATE LABELS". Compliance to Solid Wood Packaging Materials (SWPM) Regulations:  The International Plant Protection Convention(IPPC) and International Standards for Phytosanitary Measures no. 15 (ISPM's #15) guidelines protect against insect infestation in packaging materials. Raw materials such as pallets, crates, packing block, drums cases, load boards, pallet collars and skids will have to be treated and marked under an official program develop by the National Plant Protection Organization (NPPO) in the country of export. All costs associated with meeting ISPM-15 regulation are the responsibility of the supplier. Trico Products will not be responsible for any additional costs and/or shipment delays due to non-compliance or infested materials refused at entry. TRICO REQUIRES A COMPLETED NAFTA CERTIFICATE OF ORIGIN FOR ALL MATERIAL SUPPLIED BY YOUR COMPANY. | | | | |

**Instructions to Suppliers:**

1. Include purchase order number and vendor account number on all invoices, packing slips, and shipping container(s).   Each shipping container must also display Trico part number and quantity contained within the container.

2. Supplier warrants that all chemical substances used in manufacture of this order are EPA listed in accordance with Public Law #94-469 (Toxic Substance Control Act).

3. The Terms and Conditions applicable to this Purchase Order are located at http://supplier.tricoproducts.com, as amended from time to time, and apply to this Purchase Order and all related releases, issued by Trico or its agents, in any format including, without limitation, EDI, Supply Web or e-mail spreadsheets. Shipments against this Purchase Order shall constitute acceptance of Trico's Terms and Conditions and Trico Supplier Manual.

**MAQUILADORA EXEMPTION CERTIFICATE #32056036141**

By _____
AUTHORIZED SIGNATURE

| BUYER NAME |
|------------|
| CRISTINA MALINCHI |

| BUYER PHONE/FAX |
|-----------------|
| PHONE#:+40 714266307 ( ) - |

# PURCHASE ORDER

**PRINT DATE:** 1/27/26

| | |
|---|---|
| PO NUMBER | 212852 |
| RELEASE | 000 |
| PAGE | 3 |

☐ CHANGE NOTICE  ☐ MATERIAL SAFETY DATA SHEET

☐ CONFIRMING PO DO NOT DUPLICATE  ☐ CERTIFICATION REQUIRED

FEDERAL EMPLOYER'S ID NO 74-2404797
TRICO PRODUCTS TAX ID NO 16-0665680

**INVOICE TO**
Trico Products Corp.
1995 Billy Mitchell Blvd.
Brownsville, TX 78521
or acct.payable@trico-group.com

**VENDOR**
21004
SIAM FUKOKU CO.,LTD
157 MOO 16,THEPARAK ROAD

SAMUTPRAKAM
THAILAND          UK 10570

**SHIP TO**
70
TRICO PRODUCTS CORP
C/O RIO BRAVO
12035 ROJAS DR. SUITE F

EL PASO          TX 79936

| DATE | TERMS | REQUISITION | ATTENTION |
|---|---|---|---|
| 1/27/26 | NET 30 | | |

| SHIP VIA | F.O.B. | FREIGHT TERMS | PHONE |
|---|---|---|---|
| | | | |

| LINE | PART NUMBER | DESCRIPTION | QUANTITY | DUE DATE | UNIT PRICE | TAX |
|---|---|---|---|---|---|---|
| | | RECEIVING HOURS: MON-FRI FROM 7:00AM TO 3:00 PM  S MUST BE NON PALLET AND PALLET INBOUND FREIGHT ON FLAT BEDS MUST BE FORKLIFT SIDE UNLOAD OR CRANE. FREIGHT ON PALLET CLOSED VAN FORKLIFT REAR UNLOAD. A CERTIFICATE OF ANALYSIS AND PACKING SLIP SHOULD BE LOCATED ON OUTSIDE OF CARTON/PALLET. INBOUND TRANSPORTATION ROUTING INSTRUCTIONS: E-MAIL TO: Transplace Support - TRICO@transplace.com In an emergency, please contact Javier Ramirez 956 544-2722, Ext 4215  (mobile - 956 641-8326) | | | | |
| 10 | EL12386275E REV: | ELEM.FUKOKU627MM.DR.VW326 | 36000EA | 3/03/26 | .7059 | |

**Instructions to Suppliers:**

1. Include purchase order number and vendor account number on all invoices, packing slips, and shipping container(s).  Each shipping container must also display Trico part number and quantity contained within the container.

2. Supplier warrants that all chemical substances used in manufacture of this order are EPA listed in accordance with Public Law #94-469 (Toxic Substance Control Act).

3. The Terms and Conditions applicable to this Purchase Order are located at http://supplier.tricoproducts.com, as amended from time to time, and apply to this Purchase Order and all related releases, issued by Trico or its agents, in any format including, without limitation, EDI, Supply Web and e-mail spreadsheets. Shipments against this Purchase Order shall constitute acceptance of Trico's Terms and Conditions and Trico Supplier Manual.

**MAQUILADORA EXEMPTION CERTIFICATE #32056036141**

By _____
AUTHORIZED SIGNATURE

| BUYER NAME |
|---|
| CRISTINA MALINCHI |

| BUYER PHONE/FAX |
|---|
| PHONE#:+40 714266307 ( ) - |