# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al.*,<br><br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**[PROPOSED] ORDER GRANTING SIAM FUKOKU CO., LTD.'S APPLICATION FOR**
**ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

This matter is before the Court on *Siam Fukoku Co., Ltd.'s Application for Allowance and Payment of Administrative Expense Claim* (the "Application")[2] filed by Siam Fukoku Co., Ltd. ("SFC"). This Court: (i) having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §§ 157(b); (ii) venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) notice of this Application having been adequate and appropriate under the circumstances; (iv) having reviewed the Application; and (v) having determined that the legal and factual basis set forth in the Application establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is GRANTED as set forth herein.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, Ohio 44114.

[2] All capitalized, undefined terms herein shall have the meanings ascribed to such terms in the Application.

1

2.      SFC is hereby allowed an administrative expense claim pursuant to 11 U.S.C. §§ 503(b)(1) and 507(a)(2) in the total amount of $28,419.53.

3.      The Debtors are hereby authorized and directed to promptly pay to SFC the total amount of $28,419.53.

4.      Nothing contained in this Order shall affect any other claims that SFC holds or may hold against the Debtors in these chapter 11 cases.

5.      Notwithstanding anything to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

6.      This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.


Signed: _____, 2026        _____
                                                                       United States Bankruptcy Judge