**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FIRST BRANDS GROUP, LLC, | ) | Case No. 25-90399 (CML) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS**

**PLEASE TAKE NOTICE** that Haynes and Boone, LLP ("Haynes and Boone") appear as counsel for the Orbian Corporation and Orbian Financial Services XXVI LLC ("Orbian"), in the above-captioned Chapter 11 cases pursuant to Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in these cases, be transmitted to:

> HAYNES AND BOONE, LLP
> J. Frasher Murphy
> David Staab
> 2801 North Harwood Street, Suite 2300
> Dallas, TX 75201
> Telephone: 214-651-5246
> Email: frasher.murphy@haynesboone.com
> Email: david.staab@haynesboone.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail,

1

courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise filed with regard to the above case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Orbian to (a) have final orders in non-core matters entered only after de novo review by a District Court judge, (b) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

*[Remainder of page intentionally blank]*

Dated: July 10, 2026

Respectfully submitted,


By: */s/ J. Frasher Murphy*
J. Frasher Murphy
Texas Bar No. 24013214
David Staab
Texas Bar No. 24093194
**HAYNES AND BOONE, LLP**
2801 North Harwood Street, Suite 2300
Dallas, Texas 75201
Telephone.: (214) 651-5246
Facsimile: (214) 200-0629
Email: frasher.murphy@haynesboone.com
Email: david.staab@haynesboone.com


**COUNSEL FOR ORBIAN
CORPORATION AND ORBIAN
FINANCIAL SERVICES XXVI LLC**

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on July 10, 2026.

*/s/ J. Frasher Murphy*
J. Frasher Murphy