Jeff Janson
408 Coburn Lane
Franklin, TN  37069
714.783.6008

July 7,2026

Judge Christopher M. Lopez
Courtroom 402
515 Rusk Street
Houston, TX  77002

Victoria: 312 S. Main Street
Victoria, TX 77901

Dear Judge Lopez,

I hope this letter finds you well.
Thank you for reading this letter.  I pray that you continue.

First, I want to pray for you and your family.  You have a very large task in front of you with the First Brands issue.  Many people/families are relying on your abilities at this point to help them with their futures.  It is a tragedy what has happened to this once great company and the thousands of people that have been negatively impacted by this crime.
My prayers are for you receive strength, hear clearly, for continued wisdom , discernment, and to maintain your courage during this time.   I know our Lord will guide you.

My name is Jeff Janson and I am reaching out to you with my services.  I have been in the Automotive Aftermarket for over 30 years.  I have worked for and consulted for many of the First Brands properties….and if I have not worked directly with them, I have worked for competitive companies that manufacture similar products….in all their product categories.

You could say that First Brands has been a major role in my career.  For example:
- Back in 1995 when the First Brands Company was based in Connecticut.  The company owned many brands including Hefty Trash Bags, Prestone Antifreeze and STP – to name a few.  At this time I was employed by Valvoline Oil selling against them.  During this time Prestone had a "Leverage Buy Out' and their management staff purchased Prestone from First Brands.  One year into the Prestone leverage buyout - I would receive a call from Prestone and would join them.  Great, Great, Great years.  About 5 years into my start with Prestone , Prestone was sold to Allied Signal /Honeywell.  At this time Alleid/Honeywell also

INTERNAL USE ONLY

owned Autolite, Fram, Bendix (First Brand Brands).  We would then combine Prestone, Autolite, Fram, and Bendix and I would mange all of these brands.
- As the years passed, the First Brands Company was to be sold and purchased by Mr. James.  Then the dismantling started.  Those of us in the industry knew this would end badly because it didn't make any sense in what they were doing.  They dismantled the company making it a "One Stop Shop" and fired all the rep agencies and staff.  Having watched other companies over the years try to do this we all expected it would end badly.  None of us realized the corruption happening behind the scenes, but when all this had materialized no one was surprised.
- I also have had experience with product lines that sell against all the Hopkins lines, so when I mention that I have in-depth experience with these First Brand's properties I state this with a boldness and confidence – but humbly. Everyday I face these product lines.

Since September I (we) have followed the First Brands issue and have tried to pursue many of these properties.  Properties like Strong Arm and Hopkins.  Unfortunately, sparse information gathered has made it impossible to make a sound business offer.  I know you feel this frustration.

Still involved in this industry today, I cannot tell you how this has hurt so many people and continues to weaken your Manufacturers, Retail Chains & Distributor networks.  If you walk into Walmart, Oreilly, Auto Zone, AAP, etc.- Over 50% of the set is /was supplied by First Brands.  These holes in the set, caused by "Out of Stock" translate into Millions & Millions of dollars lost quarterly.  Not to mention the huge dollars lost by the OEs globally.

Although competitive manufacturers have picked up business due to the First Brands tragedy, they cannot fully supply all that is needed.  Since tooling, machine costs and additional labor are needed for additional capacity – they must monitor providing additional products.   Many have found that these additional volumes can place them out of business.  The ROI is not there verse the risk of jeopardizing their current profits.  My point is that these products are still needed and all these great current manufactures cannot meet this huge hole.  The need to fill these holes on the shelves can/is creating another large issue – the possibility of current manufacturers hurting themselves.

Sir, I grew up in this industry.  It has a huge place in my heart, and I hate to sit back and watch it continue to disintegrate and disintegrate is what is happening.  This tragedy effects all areas – Manufacturers, Retail Chains, Distributors, C-Store, Grocery, Wholesale Clubs, Hardware, Farm & Fleet, OE, Truck Stops, etc.  The ripple effect it has on the economy is massive.  Something must be done; thus, my attempt to contact your office.

I understand the two DIPS that went out.  It was a lot to try to get a handle around and you needed time to figure out what was truly happening.  Knowing each of these First Brands companies intimately I knew the Revenue Dollars posted didn't make any sense

INTERNAL USE ONLY

and that something was wrong.  I wish I had written earlier but I thought my partners and I could purchase a company and try to help rebuild.  To be positive in my beloved industry.

I now ask you to look upon my services.  To invest in industry people that have the experience and vision to help rebuild.  I am asking you to meet me.  To see my character and knowledge and most importantly my love of the industry and My God – Jesus Christ that will lead us in the rebuilding of this needed company.  Allow me to create a task force of great people (I already have them picked) and also get back all the "Rep Agencies" that once made this company great (I know them all), and rebuild.

Allow me the time to visit you and discuss the future with you.  Together we can do something great and not allow this to become the Enron of the Automotive Industry.

God Bless you sir.  Prayers to you and your family.

Best regards,


Jeff Janson
Cell 714.783.6008
jeff@tpgplastics .com
jjanson2171@yahoo.com

INTERNAL USE ONLY