**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>**FIRST BRANDS GROUP, LLC, _et al.,_**[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION TO ALLOW ADMINISTRATIVE**
**EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A)**

The Court, having considered the Motion to Allow Administrative Expense Claim ("Motion")

and the docket as a whole, having found that notice of the Motion and opportunity for a hearing on

the Motion were appropriate under the circumstances and no other notice need be provided, and good

cause appearing therefor, HEREBY ORDERS THAT:

1.      The Motion is granted.

2.      APSG is allowed an administrative expense claim against Debtor Autolite Operations

LLC under sections 503(a), 503(b)(1)(A), and 507(a)(2) of the Bankruptcy Code in the

amount of the post-petition obligations owed to AAPA under the Agreement.

3.      This Court shall retain jurisdiction over the matters arising from or related to the

interpretation, implementation, or enforcement of this Order.

Dated: _____, 2026
Houston, Texas

_____
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.