**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**AFFIDAVIT OF SERVICE**

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, (the "***Confirmation Letter***") to be served via First-Class Mail on the date set forth on the list of parties attached hereto as **Exhibit A**.

In addition to the hard copy service detailed above, on June 12, 2026, at my direction and under my supervision, employees of Kroll caused the electronic version of the Confirmation Letter to be served via email on the list of parties attached hereto as **Exhibit B**.

Dated: July 10, 2026

*/s/ Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 10, 2026, by Thomas Evangelista, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**Exhibit A**

Exhibit A
Served via First-Class Mail as set forth below

| Docket Number | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2837 | IFG North America, LLC trading as The Interface Financial Group Attn: George Shapiro 7910 Woodmont Avenue, Suite 1050 Bethesda, MD 20814 | David Willsher & Anne Willsher ATF Willsher Family Superannuation Fund Attn: David Willsher 13 Marilyn Place Queanbeyan, NSW 2620 Australia | June 12, 2026 |
| 2847 | IFG North America, LLC trading as The Interface Financial Group Attn: George Shapiro 7910 Woodmont Avenue, Suite 1050 Bethesda, MD 20814 | RMO MSF PTY LTD ATF Muirhead Family Superannuation Fund Attn: Rodney Muirhead 14-16 Brucedale Crescent Park Orchards, VIC 3114 Australia | June 12, 2026 |
| 2848 | IFG North America, LLC trading as The Interface Financial Group Attn: George Shapiro 7910 Woodmont Avenue, Suite 1050 Bethesda, MD 20814 | The Oslo Nevada Trust, Barry D. Rudolph Attn: Barry D. Rudolph 4012 Dover Road Durham, NC 27707 | June 12, 2026 |

Exhibit A
Served via First-Class Mail as set forth below

| Docket Number | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2849 | IFG North America, LLC trading as The Interface Financial Group Attn: George Shapiro 7910 Woodmont Avenue, Suite 1050 Bethesda, MD 20814 | Durham BDR LLC Attn: Barry Rudolph 4012 Dover Road Durham, NC 27707 | June 12, 2026 |
| 2921 | IFG North America, LLC trading as The Interface Financial Group Attn: George Shapiro 7910 Woodmont Avenue, Suite 1050 Bethesda, MD 20814 | Thread Bank Attn: Michael T. Farrell 210 East Main Street Rogersville, TN 37857 | June 12, 2026 |
| 2922 | IFG North America, LLC trading as The Interface Financial Group Attn: George Shapiro 7910 Woodmont Avenue, Suite 1050 Bethesda, MD 20814 | GS Financial Network Inc. Attn: George Shapiro 7910 Woodmont Ave, Suite 1050 Bethesda, MD 20814 | June 12, 2026 |

Exhibit A
Served via First-Class Mail as set forth below

| Docket Number | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2923 | IFG North America, LLC trading as The Interface Financial Group Attn: George Shapiro 7910 Woodmont Avenue, Suite 1050 Bethesda, MD 20814 | Sharon Casey Attn: General Counsel 58 North Street Greenwich, CT 06830 | June 12, 2026 |
| 2924 | IFG North America, LLC trading as The Interface Financial Group Attn: George Shapiro 7910 Woodmont Avenue, Suite 1050 Bethesda, MD 20814 | Tracy Fu Attn: General Counsel 300 E 55th Street Apt 25A New York, NY 10022 | June 12, 2026 |

**Exhibit B**

Exhibit B
Served via email

| Docket Number | Transferor Email | Transferee Email |
|---|---|---|
| 2837 | Email Address on File | Email Address Not Provided |
| 2847 | Email Address on File | Email Address Not Provided |
| 2848 | Email Address on File | Email Address Not Provided |
| 2849 | Email Address on File | Email Address Not Provided |
| 2921 | Email Address on File | Email Address Not Provided |
| 2922 | Email Address on File | Email Address Not Provided |
| 2923 | Email Address on File | Email Address Not Provided |
| 2924 | Email Address on File | Email Address Not Provided |