**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **FIRST BRANDS GROUP, LLC, *et al.*,**[1] | Case No. 25-90399 (CML) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING MOTION TO ALLOW ADMINISTRATIVE**
**EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A)**

The Court, having considered the Motion to Allow Administrative Expense Claim ("Motion") and the docket as a whole, having found that notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided, and good cause appearing therefor, HEREBY ORDERS THAT:

1. The Motion is granted.

2. APSG is allowed an administrative expense claim against Debtor Hopkins Manufacturing Corporation under sections 503(a), 503(b)(1)(A), and 507(a)(2) of the Bankruptcy Code in the amount of the post-petition obligations owed to AAPA under the Agreement.

3. This Court shall retain jurisdiction over the matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Dated: _____, 2026
Houston, Texas

_____
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.