**Exhibit B**

**Kirschner CV**



# Marc S. Kirschner

**Kirschner Consulting Company**
**1120 Park Avenue, 18A**
**New York, NY 10128**
**Email: mskirschner@kirschnerconsulting.com**
**Cell phone: (917) 459 6964**

*Marc S. Kirschner is a restructuring professional with decades of experience in the distressed space, including as a bankruptcy lawyer, general counsel of registered investment advisors, debt investor, trustee, and fiduciary. His areas of expertise include fiduciary and independent monitor services, litigation oversight and support, valuation matters, solvency/fraudulent conveyance issues, financial restructurings and investment fund governance.*

| | |
|---|---|
| **SELECTED EXPERIENCE:** | Kirschner Consulting Company, 2006 to 2014; April 2023 to Present |

*Founder*

– Served as Chapter 11 Trustee of Refco Capital Markets and litigation or liquidation trustee in several major matters, including Tribune, Le Natures, Superior National and Yellowstone Mountain Club. Serving as Liquidation Trustee for Mercon Coffee Liquidating Trust.

– Worked with major alterative investment funds

Teneo (formerly Goldin Associates), 2015 to Present

*Senior Managing Director through April 2023 and Currently Senior Advisor*

– Restructuring advisory, litigation support and fiduciary service engagements, including matters involving valuation, solvency and fraudulent conveyance issues

– Acted as Court-appointed Plan Administrator for Refco Capital Markets, Litigation Trustee of Refco Litigation Trust and Private Action Trust, Trustee for Millennium Health Corporate Claim and Lender Claim Trusts, Trustee for Nine West Litigation Trust, Trustee for Highland Capital Litigation Trust, Litigation Trustee for Alpha Latam Management, financial advisor to Receiver of Platinum Partners and financial advisor to UCC for Alex Jones Chapter 11 case

Resurgence Asset Management, LLC, 2001 to 2005

*Managing Director, Chief Operating Officer, and General Counsel of 3 SEC-Registered Investment Advisers*

– Participated in evaluating and implementing significant distressed-debt investments, including Washington Group International, Sterling Chemicals. Inc., World Wide Direct (SmarTalk Teleservices), PhyAmerica Physicians Group and Spiegel Creditors Trust

– Served as chief legal officer, chief compliance officer and chief operations officer of management company with $1.5 billion peak assets under management

Jones Day LLP, 1987 to 2001

*Partner and Head of the New York Restructuring Group*

– Led New York restructuring group of firm's international bankruptcy practice and coordinated New York's business practice group

– Specialized in complex bankruptcy litigation, commercial and financing matters representing financial institutions, bondholders, debtors, and trustees, including Drexel Burnham Lambert Group (counsel to bank committee), Coleco Industries (counsel to unsecured creditors committee), Woodward & Lothrop Holdings (counsel to bondholders committee), Hillsborough Holdings (Walter Industries) (counsel to unsecured creditors committee), ICO Global Communications (counsel to Hughes Space & Satellite Company), Physicians Resource Group (counsel to bondholders), Resorts International (counsel to bondholders), New York Daily News (counsel to debtor), Shea & Gould Law Firm (counsel to debtor)

**PRIOR EXPERT TESTIMONY AND REPORTS:**

– Testified numerous times in support of contested settlements, restructurings and plans of reorganization in In Re Refco, Inc., In Re Le Natures, Inc., and In Re Yellowstone Mountain Club

– Primary fact witness on behalf of Resurgence Asset Management, LLC in contested takeover of PhyAmerica Physicians Group

– Testified as expert witness on bankruptcy law matters on behalf of Resurgence Asset Management LLC in In Re World Wide Direct (SmarTalk Teleservices)

– Testified for ResCap Liquidating Trust at deposition as rebuttal expert witness about the nature, scope and determination of allowed claims under bankruptcy law (one point was cited with approval in a footnote to a Memorandum Opinion on Summary Judgment).

– Testified at deposition as CRO to the Zahar Companies defending the validity and appropriateness of the Debtors' bankruptcy filings.

**PUBLISHED WORKS:**

– "How to Level the Playing Field in Favor of Creditor Interests: A criticism of In re: Eletson and its Failure to Appoint a Chapter 11 Trustee, Co-authored with Gordon Z. Novod.

– "A Market Based Theory to Demonstrate Lack of Reasonably Equivalent Value for Abusive Debt Exchange Offers, Co-authored with Manish Kumar, Kanai Hanohano, James H. Miller and Andrew Page, Norton Annual Survey of Bankruptcy Law (2022).

– In Pari Delicto Doctrine in Lawsuits Against Third Parties After Failed Leverage Buyouts, 23 Norton Journal of Law and Practice 212 (2014).

– "Cross-border rescues and asset recovery," Tolleys Insolvency Law and Practice, Vol 10, p. 42 (1994), Co-authored with Christopher Morris.

– Tossing the Coin Under Section 1113: Heads or Tails, the Union Wins, 23 Seton Hall Law Review 1516 (1993). Co-authored by L. Gottesman, W. Goldsmith, D. Jenab and J. Swardenski.

– "The Case in Favor of United States Chapter 11 Reorganization: Debunking The Myths and Mischaracterizations," International Company and

2

Commercial Law Review, October 1993, Co-authored with Michele N. Coleman.

– Prepackaged Bankruptcy Plans: The Deleveraging Tools of the '90s in the Wake of OID and Tax Concerns, 21 Seton Hall Law Review 643 (1991). Co-authored by D. Kusnetz, L. Solarsh and C. Gartarz.

– Appointment of Chapter 7 Trustee (Chapter 25), Duties of Chapter 7 Trustee (Chapter 26), Employment of Professional Persons (Chapter 27), Compensation (Chapter 28) and Removal of Trustee (Chapter 29), Matthew Bender's Collier Bankruptcy Practice Guide (1990).

– An Introduction to Legal and Practical Considerations in the Restructuring of Troubled Leveraged Buyouts, 45 The Business Lawyer, 333 (1989). Co-authored by R. Cieri, D. Heiman, W. Henze, II, C. Jenks, S. Riley and P. Sullivan.

– Timbers - A Shift in Strategy for the Undersecured Creditor, Vol 1, p. 22, The Banking Law Review (1988). Co-authored by C. Tzerman.

**SPEAKING ENGAGEMENTS:**

– Chair, The Morning After: Coping with the Consequences of a Failed LBO/Leveraged Recap Transactions, American Bankruptcy Institute 20th Annual Northeast Bankruptcy Conference, Newport, Rhode Island, July 12-14, 2013.

– Panel Moderator, Strategies & Tactics to Create Value in Bankruptcy Cases, Wharton Alumni Special Situations and Distressed Investing Symposium, November 2010.

– The Refco Litigation War, 2008 William J. O'Neill Great Lakes Regional Bankruptcy Institute.

– Guest Lecturer, Cornell Johnson School of Business, Investing in Distressed Corporations (2002 and 2003).

– Conference: Who Pays When the System Fails, March 1997.

– 1997 William J. O'Neill Regional Bankruptcy Institute, Panel on Law Firm Bankruptcies, Cleveland, Ohio.

– Chair, INSOL March 1997 Conference, Debt Trading in the International Markets, New Orleans Louisiana.

– Norton Corporate Counsel Bankruptcy Law Institute, New York City, November 18, 1993.

– The New Deal: Succeeding with Distressed Securities, Arthur Andersen Corporate Recovery Services Annual Conference, October 12, 1993.

– Third Annual Bankruptcy Battleground, American Bankruptcy Institute, New York City, February 24, 1993.

– The Bankruptcy Battleground II, American Bankruptcy Institute, New York City, April 29, 1992.

– New Exchange Offer Techniques for Issuers and Bondholders, Institute for International Research, New York City, June 12-13, 1991, Panel "Reallocating Equity to Bondholders and Their Struggle to Influence Corporate Governance".

|  | – | Preparing for and Surviving Disaster: Restructuring Distressed Bonds, 11th Annual Bond Conference, Fixed Income Society of Analysts, New York City, February 27-28, 1991. |
|  | – | The Bankruptcy Battleground, American Bankruptcy Institute and Council of Institutional Investors, New York City, February 13, 1991. |
| **BOARD MEMBERSHIPS:** | – | Washington Mutual Bank Liquidating Trust and Board Designee, Special Litigation Committee, March 2012 to 2018 |
|  | – | Spectrum Brands Holdings Inc., Audit Committee, Governance Committee, Special Committee to Handle Corporate Acquisition Matters, 2010 to 2013 |
|  | – | ION Media Networks, Inc., Special Board of Trustees Pending Emergence from Chapter 11, Sep. 2009 to Dec. 2009 |
|  | – | First Equity Card Corporation, Independent Director during Out-of-Court Restructuring, 2009 to 2010 |
| **EDUCATION:** | – | J.D., cum laude, University of Michigan, Ann Arbor, MI |
|  | – | A.B. with distinction in economics, Dartmouth College, Hanover, NH |
| **MEMBERSHIPS AND DESIGNATIONS:** | – | American College of Bankruptcy |
|  | – | American Bankruptcy Institute |
|  | – | INSOL International |
|  |  | New York State Bar Association |

4