**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.[1]** | § | **Re: Docket No. 3045** |

**CERTIFICATE OF NO OBJECTION TO SECOND
INTERIM FEE APPLICATION OF LAZARD FRÈRES & CO. LLC,
AS INVESTMENT BANKER FOR THE DEBTORS, FOR THE PERIOD
FROM JANUARY 1, 2026 THROUGH AND INCLUDING MARCH 31, 2026**

1. On June 22, 2026, First Brands Group LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Second Interim Fee Application of Lazard Frères & Co. LLC, as Investment Banker for the Debtors, for the Period from January 1, 2026 Through and Including March 31, 2026* (Docket No. 3045) (the "**Application**"), with a proposed order granting the relief requested in the Application attached thereto as <u>Exhibit A</u> (the "**Proposed Order**"). Objections to the Application were required to be filed and served on or prior to July 13, 2026 (the "**Objection Deadline**").

2. In accordance with paragraph 44 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) the Objection Deadline has passed, (ii) the undersigned counsel is unaware of any objection to the Application, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the Application appears thereon.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

3.     Therefore, the Debtors respectfully request entry of the Proposed Order attached hereto as **Exhibit A**.

Dated: July 14, 2026
        Houston, Texas

                                        /s/  Clifford W. Carlson
                                        WEIL, GOTSHAL & MANGES LLP
                                        Gabriel A. Morgan (24125891)
                                        Clifford W. Carlson (24090024)
                                        700 Louisiana Street, Suite 3700
                                        Houston, Texas 77002
                                        Telephone:  (713) 546-5000
                                        Facsimile:  (713) 224-9511
                                        Email:  gabriel.morgan@weil.com
                                                clifford.carlson@weil.com

                                        -and-

                                        WEIL, GOTSHAL & MANGES LLP
                                        Matthew S. Barr (admitted *pro hac vice*)
                                        Sunny Singh (admitted *pro hac vice*)
                                        Andriana Georgallas (admitted *pro hac vice*)
                                        Kevin Bostel (admitted *pro hac vice*)
                                        Jason H. George (admitted *pro hac vice*)
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:  (212) 310-8007
                                        Email:  matt.barr@weil.com
                                                sunny.singh@weil.com
                                                andriana.georgallas@weil.com
                                                kevin.bostel@weil.com
                                                jason.george@weil.com

                                        *Attorneys for Debtors*
                                        *and Debtors in Possession*

## Certificate of Service

I hereby certify that on July 14, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/  Clifford W. Carlson*
Clifford W. Carlson