**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**ORDER ALLOWING INTERIM**
**COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES OF LAZARD FRÈRES & CO. LLC,**
**AS INVESTMENT BANKER FOR THE DEBTORS, FOR THE PERIOD FROM**
**JANUARY 1, 2026 THROUGH AND INCLUDING MARCH 31, 2026**

The Court has considered the *Second Interim Application of Lazard Frères & Co. LLC, as Investment Banker for the Debtors, for the Period from January 1, 2026 Through and Including March 31, 2026* (the "**Application**"), filed by Lazard Frères & Co. LLC ("**Applicant**"), as investment banker to First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"). The Court orders:

1.      Applicant is allowed compensation and reimbursement of expenses in the amount of $10,970,412.83 for the period set forth in the Application.

2.      The compensation and reimbursement of expenses allowed in this Order are approved on an interim basis.

---

[1]      A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

2

3.　　The Debtors are authorized to disburse any unpaid amounts allowed pursuant to this Order.

Dated: _____, 2026
　　　　Houston, Texas

_____
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE

2