**<u>Exhibit A</u>**

**Proposal**

**Proposed Terms for Modification of Retiree Benefits**
**Necessary to Permit Confirmation of the Proposed Joint Chapter 11 Plan of First Brands**
**Group, LLC and Certain Affiliated Debtors (Updated as of 7/14/2026)**

First Brands Group, LLC and certain affiliated debtors (collectively, the "**Debtors**"), propose that the medical, dental, vision and prescription drug coverage, as well as life insurance benefits and health care spending accounts, provided to eligible retired employees of certain of the Debtors (and their spouses and eligible dependents), including under the First Brands Group, LLC Health and Welfare Employee Plan and the Dalton Corporation, Warsaw Manufacturing Facility Pension Plan (the "**Pension Plan**") (collectively, the "**Retiree Benefit Arrangements**") be modified, as follows:

1. **Retiree Benefits**: Certain of the Debtors provide various combinations of retiree health (including medical, prescription drug, dental and vision coverage) benefits (the "**Retiree Health Benefits**"), retiree health care spending account benefits (the "**401(h) Accounts**") and retiree life insurance benefits (the "**Retiree Life Benefits**" and, collectively with the Retiree Health Benefits and the 401(h) Accounts, the "**Retiree Benefits**") to certain current retired employees and their spouses and/or eligible dependents (collectively, the "**Retirees**").

2. **Effective Date of Termination**: The Retiree Health Benefits and Retiree Life Benefits, in each case, provided under the Retiree Benefit Arrangements shall be terminated effective July 31, 2026 (the "**Termination Date**") and the 401(h) Accounts provided under the Retiree Benefit Arrangements and the trust established in connection therewith shall be terminated effective August 31, 2026.

3. **Authorized Representatives**.

   a. The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("**UAW**") have agreed to represent the Retirees who were covered under collective bargaining agreements with FRAM Group Operations, LLC (with respect to the Greenville, Ohio plant and the Fostoria, Ohio plant), as well as Retirees who were covered under collective bargaining agreements with ASC Industries, Inc. and Airtex Products, LP.

   b. The United Steelworkers ("**USW**") have agreed to represent Retirees who were covered under collective bargaining agreements with Carter Fuel System, Logansport as well as Retirees who were covered under collective bargaining agreements with Dalton Corporation, Warsaw Manufacturing Facility (Warsaw, Indiana).

   c. William R. Shrode, John David Gaither, John Evans and William K. Vinson have been appointed to represent the Retirees who are not represented by the UAW or the USW by the United States Trustee for Region 7 pursuant to 11 U.S.C. Section 1114(d) and the United States Bankruptcy Court for the Southern District of Texas,

Houston Division pursuant to the Order entered at ECF No. 3060 (such individuals, the "**Non-Union Retiree Committee**").

The USW, UAW and the Non-Union Retiree Committee are referred to collectively as the "**Authorized Representatives**".

4. **Proposed Modification of Retiree Benefits**: The Debtors propose to modify the Retiree Benefits as follows:

   a. **Retiree Health Benefits**. The Debtors will maintain the Retiree Health Benefits in respect of the applicable covered Retirees through and including July 31, 2026. The Debtors will terminate such Retiree Health Benefits and the corresponding Retiree Benefit Arrangements effective as of 11:59pm ET on July 31, 2026. Retirees receiving Retiree Health Benefits must submit any claims incurred on or prior to July 31, 2026 for processing to the applicable claims administrator no later than October 31, 2026, and any such claims submitted on or after November 1, 2026 will not be considered for payment. Retirees will continue to be responsible to remit contributions for Retiree Health Benefits coverage to the extent applicable through and including July 31, 2026.

   b. **401(h) Accounts**. The Debtors will maintain the 401(h) Accounts and the trust established in connection therewith in respect of the applicable covered Retirees through and including August 31, 2026. The Debtors will terminate such 401(h) Accounts and the corresponding Retiree Benefit Arrangements and the trust in connection therewith effective as of 11:59pm ET on August 31, 2026. Retirees with 401(h) Accounts must submit any claims to Teachers Insurance and Annuity Association of America ("**TIAA**") by no later than August 21, 2026, and any claims submitted on or after August 22, 2026 will not be considered for payment. Any amounts in the forfeiture/suspense account (less any amounts needed for Trustee fees and expenses or any other permitted amounts) will be allocated pro-rata among participants with a 401(h) Account who are eligible to receive benefits under the 401(h) Accounts. Applicable covered Retirees will receive a lump sum cash payment, unless Debtors reach a resolution with PBGC and/or TIAA allowing for the continuation of the 401(h) Accounts.

   c. **Retiree Life Benefits**. The Debtors will maintain the Retiree Life Benefits in respect of the applicable covered Retirees through and including July 31, 2026. The Debtors will terminate such Retiree Life Benefits and the corresponding Retiree Benefit Arrangements effective as of 11:59pm ET on July 31, 2026.

   d. Retirees shall have an allowed general unsecured claim equal to the estimated present value of any unpaid Retiree Life Benefits (which shall be determined based on reasonable assumptions to be mutually agreed upon in good faith by the Debtors and the Authorized Representatives).

5. **<u>Releases</u>**.  Retirees and their representatives and each of their successors and assigns shall release the Debtors and their representatives and each of their successors and assigns in full and final satisfaction of the claims of Retirees on account of the Retiree Benefits.

6. **<u>Support for Plan</u>**.  The Authorized Representatives shall support and not object to confirmation of the Debtors' chapter 11 plan, which is currently scheduled to be heard on July 28, 2026.

7. **<u>Availability to Meet and Confer</u>**. The Debtors are available to meet with each Authorized Representative to discuss and confer in good faith with respect to this proposal or any other related relevant matter. To that end, the Debtors desire to have a meeting with the USW tomorrow, July 14, 2026, to discuss the 401(h) Accounts in light of PBGC's position regarding the inability to trustee or administer them notwithstanding that PBGC took over the Pension Plan, effective April 30, 2026. Please contact us to schedule a meeting date and time.