**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.[1]** | § | |
| | § | |

**ORDER DENYING MOTION FOR RELIEF**
**FROM AUTOMATIC STAY FILED BY MICHAEL BUENO**

Upon *Michael Bueno's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1)* (Docket No. 3079) (the "**Motion**"), dated June 29, 2026, filed by Michael Bueno ("**Movant**") in the above-captioned chapter 11 cases of First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), requesting relief from the automatic stay in effect in these cases under section 362(a) of title 11 of the United States Code (the "**Bankruptcy Code**") to prosecute the State Court Action, as more fully set forth in the Motion; and upon the objection of the Debtors dated July 14, 2026 (Docket No._) (the "**Objection**");[2] and the Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334(b), consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b), and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the record of any

---

[1]  A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]  Capitalized terms used but not defined herein shall have the meanings assigned to them in the Objection.

hearing held by the Court on the Motion; and after due deliberation and for the reasons stated by the Court:

**IT IS HEREBY ORDERD THAT:**

1. The Motion for relief from the automatic stay is denied.

Dated: _____, 2026
        Houston, Texas

_____
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE