IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIRST BRANDS GROUP, LLC, *et al.*, | § | Case No. 25-90399 (CML) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

## AFFIDAVIT OF SERVICE

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On July 7, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Notice of Adjournment of Hearing on Motion of Debtors for an Order Further Extending Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code [Docket No. 3140]

Dated: July 9, 2026

/s/ Nelson Crespin
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 9, 2026, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

SRF 97384

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust, Ford Motor Credit Company LLC | AIS Portfolio Services, LLC | Attn: Amitkumar Sharma<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City OK 73118 | ECFNotices@aisinfo.com | Email |
| Counsel to SRE Miami LLC | Albright, Rusehr & Hardcastle | Attn: James W. Rusher<br>15 West 6th Street<br>Suite 2600<br>Tulsa OK 74119 | jwrusher@arhlaw.com | Email |
| Counsel to LBA RV-Company XVII, LP | Allen Matkins Leck Gamble Mallory & Natsis LLP | Attn: Ivan M. Gold<br>3 Embarcadero Center, 12th Floor<br>San Francisco CA 94111-4074 | igold@allenmatkins.com | Email |
| Landlord to the Debtors | Allese Development Inc. | Attn: Jonathan D. Klepp<br>232 N. Milwaukee St.<br>Waterford WI 53185 | jdklepp12@gmail.com | Email |
| Counsel to UMB Bank, N.A., solely in its capacities as administrative agent and collateral agent under that certain Credit Agreement dated as of December 2, 2024 | Alston & Bird LLP | Attn: Jared M. Slade<br>2200 Ross Avenue, Suite 2300<br>Dallas TX 75201 | Jared.Slade@alston.com | Email |
| Counsel to UMB Bank, N.A., solely in its capacities as administrative agent and collateral agent under that certain Credit Agreement dated as of December 2, 2024 | Alston & Bird LLP | Attn: William Hao, Stephen M. Blank<br>90 Park Avenue<br>New York NY 11016 | William.Hao@alston.com<br>Stephen.Blank@alston.com | Email |
| American Samoa Attorney General | American Samoa Attorney General | Attn: Gwen Tauiliili-Langkilde<br>American Samoa Gov'T, Exec. Ofc. Bldg Utulei<br>Territory Of American Samoa<br>Pago Pago AS 96799 | | First-Class Mail |
| Counsel to Wilmington Savings Fund Society, FSB as DIP Agent | ArentFox Schiff LLP | Attn: Eric J. Fromme<br>555 South Flower Street 43rd Floor<br>Los Angeles CA 90071 | Eric.Fromme@afslaw.com | Email |
| Counsel to Wilmington Savings Fund Society, FSB as DIP Agent | ArentFox Schiff LLP | Attn: Jeffrey R. Gleit, Matthew R. Bentley<br>1301 Avenue of the Americas 42nd Floor<br>New York NY 10019 | Jeffrey.Gleit@afslaw.com<br>Matthew.Bentley@afslaw.com | Email |
| Counsel to BFG Corporation d/b/a Byline Financial Group | Ashen Law Group | Attn: Brian Gipson<br>217 N. Jefferson St.<br>Suite 601<br>Chicago IL 60661 | bgipson@ashenlaw.com | Email |
| Counsel to Smurfit Westrock PLC and Affiliates | Bailey & Glasser, LLP | Attn: Jonathan Gold<br>1055 Thomas Jefferson Street NW<br>Suite 540<br>Washington DC 20007 | jgold@baileyglasser.com | Email |

In re: First Brands Group, LLC, *et al.*
Case No. 25-90399 (CML)

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to William Christopher Harrod | Baker & Associates | Attn: Reese W. Baker<br>950 Echo Lane, Ste 300<br>Houston TX 77024 | courtdocs@bakerassociates.net | Email |
| Counsel to Arab Banking Corporation B.S.C. | Baker & Mckenzie LLP | Attn: Blaire A. Cahn<br>452 Fifth Avenue<br>New York NY 10018 | blaire.cahn@bakermckenzie.com | Email |
| Counsel to Arab Banking Corporation B.S.C. | Baker & Mckenzie LLP | Attn: Courtney E. Giles<br>Bank of America Tower<br>800 Capitol Street, Suite 2100<br>Houston TX 77002 | courtney.giles@bakermckenzie.com | Email |
| Counsel to Arab Banking Corporation B.S.C. | Baker & Mckenzie LLP | Attn: John R. Dodd<br>830 Brickell Plaza Suite 3100<br>Miami FL 33131 | john.dodd@bakermckenzie.com | Email |
| Counsel to SmartestEnergy US LLC | Baker Botts L.L.P. | Attn: Scott R. Bowling<br>30 Rockefeller Plaza<br>New York NY 10112-4498 | scott.bowling@bakerbotts.com | Email |
| Counsel to SmartestEnergy US LLC | Baker Botts L.L.P. | Attn: Travis A. McRoberts, Micheline Deeik<br>2001 Ross Avenue<br>Suite 900<br>Dallas TX 75201-2980 | travis.mcroberts@bakerbotts.com<br>micheline.deeik@bakerbotts.com | Email |
| Counsel to Volvo Penta of the Americas, LLC, AutoZone, Inc. and AutoZone Parts, Inc. | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Susan C. Mathews, Daniel J. Ferretti<br>1301 McKinney Street, Suite 3700<br>Houston TX 77010 | smathews@bakerdonelson.com<br>dferretti@bakerdonelson.com | Email |
| Counsel to STORE Capital Acquisitions, LLC, STORE Master Funding IV, LLC, and STORE Master Funding XIV, LLC | Ballard Spahr LLP | Attn: Craig Solomon Ganz, Joel F. Newell<br>1 E. Washington Street Suite 2300<br>Phoenix AZ 85004-2555 | ganzc@ballardspahr.com<br>newellj@ballardspahr.com | Email |
| Counsel to Lordco Parts Ltd. | Ballard Spahr LLP | Attn: Joel F. Newell<br>1 East Washington Street<br>Suite 2300<br>Phoenix AZ 85004 | newellj@ballardspahr.com | Email |
| Counsel to The Reinalt-Thomas Corporation d/b/a Discount Tire | Ballard Spahr LLP | Attn: Tobey M. Daluz, Nicholas J. Brannick<br>919 N. Market Street, 11th Floor<br>Wilmington DE 19801-3034 | daluzt@ballardspahr.com<br>brannickn@ballardspahr.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Genuine Parts Company; Motion Industries Inc.; Motion Industries (Canada) Inc.; Motion Industries (Mexico) Inc.; GPC Asia Pacific Pty Ltd.; GPC Asia Pacific Limited; UAP, (Canada) Inc.; and Alliance Automotive Group (EU) | Barack Ferrazzano Kirschbaum & Nagelberg LLP | Attn: Nathan Q. Rugg, Alexander F. Berk, Samuel R.  Rabuck 200 W. Madison Street, Suite 3900 Chicago IL 60606 | nathan.rugg@bfkn.com alexander.berk@bfkn.com sam.rabuck@bfkn.com | Email |
| Counsel to City of Jasper, Indiana; Siam Fukoku Co., Ltd.; Fukoku Mexicana, S.A. de C.V. | Barnes & Thornburg LLP | Attn:  Thomas G. Haskins, Jr., Josh Brandau 2121 N. Pearl Street Suite 700 Dallas TX 75201 | thaskins@btlaw.com jbrandau@btlaw.com | Email |
| Counsel to City of Jasper, Indiana | Barnes & Thornburg LLP | Attn: Jonathan D. Sundheimer 11 S. Meridian St. Indianapolis IN 46204 | jsundheimer@btlaw.com | Email |
| Counsel to AMEX TRS Co., Inc. | Becket & Lee LLP | Attn: Christopher Cramer PO Box 3001 Malvern PA 19355-0701 | | First-Class Mail |
| Counsel to 673753 Ontario Limited DBA TRAFFIX | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi 1313 North Market Street Suite 1201 Wilmington DE 19801-6101 | kcapuzzi@beneschlaw.com jhoover@beneschlaw.com | Email |
| Counsel to 673753 Ontario Limited DBA TRAFFIX | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Leah Lopez 1155 Avenue of the Americas Floor 26 New York NY 10036 | llopez@beneschlaw.com | Email |
| Counsel to Export Development Canada | Blakeley LC | Attn: Scott E. Blakeley 530 Technology Drive First Floor Irvine CA 92618 | SEB@BlakeleyLC.com | Email |
| Counsel to Aequum Capital Financial II LLC | Blank Rome LLP | Attn: Jennifer K. Malow 1201 N. Market Street, Suite 800 Wilmington DE 19801 | Jennifer.Malow@blankrome.com | Email |
| Counsel to Aequum Capital Financial II LLC | Blank Rome LLP | Attn: Kenneth J. Ottaviano, Stephanie K. Hor-Chen, William J. Dorsey, Andrew Schrag 444 West Lake Street Suite 1650 Chicago IL 60606 | Ken.Ottaviano@blankrome.com Stephanie.Horchen@blankrome.com William.Dorsey@blankrome.com Andy.Schrag@blankrome.com | Email |
| Counsel to Mitsubishi HC Capital America, Inc. | Bodman PLC | Attn: Brian R. Trumbauer, Robert J. Diehl, Jr. 1901 St. Antoine Street 6th Floor at Ford Field Detroit MI 48226 | btrumbauer@bodmanlaw.com rdiehl@bodmanlaw.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Martin De Luca | Boies Schiller Flexner LLP | Attn: Jesse Panuccio, Geoffrey J. Derrick, Blake C. Goebel<br>1401 New York Ave, NW<br>Washington DC 20005 | jpanuccio@bsfllp.com<br>gderrick@bsfllp.com<br>bgoebel@bsfllp.com | Email |
| Counsel to Martin De Luca | Boies Schiller Flexner LLP | Attn: Robert D. Gordon, Benjamin Waisbren<br>55 Hudson Yards<br>New York NY 10001 | rgordon@bsfllp.com<br>bwaisbren@bsfllp.com | Email |
| Counsel to Martin De Luca | Boies Schiller Flexner LLP | Attn: Rossana Baeza<br>100 SE Second Street<br>Suite 2800<br>Miami FL 33131 | rbaeza@bsfllp.com | Email |
| Counsel to AVO Carbon USA, Inc. | Bonds Ellis Eppich Schafer Jones LLP | Attn: Eric T. Haitz<br>420 Throckmorton Street<br>Suite 1000<br>Fort Worth TX 76102 | erichaitz@bondsellis.com | Email |
| Counsel to Washington Penn Plastics Co., Inc., and Uniform Color Company | Bounds Ellis Eppich Schafer Jones LLP | Attn: Aaron Guerrero, Bryan Prentice<br>402 Heights Blvd.<br>Houston TX 77007 | aaron.guerrero@bondsellis.com<br>bryan.prentice@bondsellis.com | Email |
| Counsel to Mr. Edward James | Bracewell LLP | Attn: Jason Cohen<br>711 Louisiana Street<br>Suite 2300<br>Houston TX 77002 | jason.cohen@bracewell.com | Email |
| Counsel to Mr. Edward James | Bracewell LLP | Attn: Mark Wulfe<br>31 W. 52nd Street<br>Ste 1900<br>New York NY 10019 | mark.wulfe@bracewell.com | Email |
| Counsel to KitKat (IL) LLC | Bradley Arant Boult Cummings LLP | Attn: Asiya Khan<br>600 Travis<br>Suite 5600<br>Houston TX 77002 | akhan@bradley.com | Email |
| Counsel to XL Parts, LLC, OmniSource, LLC | Bradley Arant Boult Cummings LLP | Attn: Jarrod B. Martin<br>600 Travis Suite 5600<br>Houston TX 77002 | jbmartin@bradley.com | Email |
| Counsel to XL Parts, LLC | Bradley Arant Boult Cummings LLP | Attn: Raneen Abdelghani<br>1445 Ross Avenue Suite 3600<br>Dallas TX 75202 | rabdelghani@bradley.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Official Committee of Unsecured Creditors of First Brands Group, LLC | Brown Rudnick LLP | Attn: Robert J. Stark, Jeffrey L. Jonas, Michael S. Winograd, Bennett S. Silverberg, Kenneth J. Aulet, Andrew M. Carty, Elizabeth C. Castano<br>7 Times Square<br>New York NY 10036 | rstark@brownrudnick.com<br>jjonas@brownrudnick.com<br>mwinograd@brownrudnick.com<br>bsilverberg@brownrudnick.com<br>kaulet@brownrudnick.com<br>acarty@brownrudnick.com<br>ecastano@brownrudnick.com | Email |
| Counsel to Official Committee of Unsecured Creditors of First Brands Group, LLC | Brown Rudnick LLP | Attn: Tristan G. Axelrod, Matthew A. Sawyer<br>One Financial Center<br>Boston MA 02111 | taxelrod@brownrudnick.com<br>msawyer@brownrudnick.com | Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson<br>425 Market Street<br>Suite 2900<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Counsel to Planters Bank | Carver, Darden, Koretzky, Tessier Finn, Blossman & Areaux, L.L.C | Attn: David F. Waguespack<br>1100 Poydras Street<br>Suite 3100<br>New Orleans LA 70163 | waguespack@carverdarden.com | Email |
| Counsel to First Guaranty Bank | Cavazos Hendricks Poirot, P.C. | Attn: Steven T. Holmes<br>900 Jackson Street<br>Suite 570, Founders Square<br>Dallas TX 75202 | sholmes@chfirm.com | Email |
| Counsel to Zurich American Insurance Company, and Epicor Software Corporation | Clark Hill PLC | Attn: Duane J. Brescia<br>3711 S. Mopac Expressway<br>Building One, Suite 500<br>Austin TX 78746 | dbrescia@clarkhill.com | Email |
| Counsel to CSI Leasing, Inc. & Kawasaki Motors Corp., U.S.A. | Clark Hill PLC | Attn: Robert P. Franke, Audrey L. Hornisher, Tara L. Bush<br>901 Main Street Suite 6000<br>Dallas TX 75202 | bfranke@clarkhill.com<br>ahornisher@clarkhill.com<br>tbush@clarkhill.com | Email |
| Counsel to ING Belgium S.A./N.V. | Clifford Chance US LLP | Attn: Douglas E. Deutsch, Sarah N. Campbell<br>Two Manhattan West<br>375 9th Avenue<br>New York NY 10001-1696 | douglas.deutsch@cliffordchance.com<br>sarah.campbell@cliffordchance.com | Email |
| Counsel to United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers International Union | Cohen, Weiss and Simon LLP | Attn: Melissa Woods, Richard Seltzer, Sam Hall<br>900 Third Ave 21st Floor<br>New York NY 10022 | mwoods@cwsny.com<br>Rseltzer@cwsny.com<br>shall@cwsny.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to International Union, United Automobile, Aerospace and Agricultural Implement Workers of America | Cohen, Weiss and Simon LLP | Attn: Richard M. Seltzer, Melissa S. Woods, Samuel Hull 909 Third Avenue 12th Floor New York NY 10022 | rseltzer@cwsny.com mwoods@cwsny.com shull@cwsny.com | Email |
| Counsel to Official Committee of Unsecured Creditors of First Brands Group, LLC | Cole Schotz P.C. | Attn: Seth Van Aalten, Justin R. Alberto, Ian R. Phillips, Justin Alberto 901 Main Street Suite 4120 Dallas TX 75202 | svanaalten@coleschotz.com jalberto@coleschotz.com iphillips@coleschotz.com jalberto@coleschotz.com | Email |
| Commonwealth of Puerto Rico | Commonwealth of Puerto Rico | Attn: Bankruptcy Dept Apartado 9020192 San Juan PR 00902-0192 | | First-Class Mail |
| Counsel to David Parker | Davis & Santos, PLLC | Attn: H. Jay Hulings, Sarah Santos, Jason M. Davis 719 S. Flores Street San Antonio TX 78204 | jhulings@dslawpc.com ssantos@dslapw.com jdavis@dslawpc.com | Email |
| Counsel to Mayfair Enterprises, LLC, Global Technologies Partners, LLC, Global Technologies S.a.r.L, and certain affiliated directors and officers, and Patrick James | Debevoise & Plimpton LLP | Attn: M. Natasha Labovitz, Erica S. Weisgerber, Matthew J. Sorensen, Christopher R. Ceresa 66 Hudson Boulevard New York NY 10001 | nlabovitz@debevoise.com eweisgerber@debevoise.com mjsorensen@debevoise.com crceresa@debevoise.com | Email |
| Counsel to the Carnaby II and III Secured Parties | Dechert LLP | Attn: Allan S. Brilliant, Stephen M. Wolpert 1095 Avenue of the Americas New York NY 10036 | allan.brilliant@dechert.com stephen.wolpert@dechert.com | Email |
| Counsel to BDO USA, P.C. | Dechert LLP | Attn: Nicole Figueroa, Jordan Kazlow 106 E. 6th Street #900-119 Austin TX 78701 | Nicole.Figueroa@dechert.com Jordan.Kazlow@dechert.com | Email |
| Counsel to Qingdao Carflex Auto Parts Co. Ltd | Demidchik Law Firm, PLLC | Attn: James J. Berdelle 3224 Bob O Link Court Plano TX 75093 | james@dcklawfirm.com | Email |
| Counsel to FactoFrance | Dentons US LLP | Attn: Casey W. Doherty, Jr. 1300 Post Oak Blvd. Suite 650 Houston TX 77056 | casey.doherty@dentons.com | Email |
| Counsel to FactoFrance | Dentons US LLP | Attn: Robert E. Richards 233 S. Wacker Drive Suite 5900 Chicago IL 60606-6404 | robert.richards@dentons.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Aftermarket Auto Parts Alliance, Inc. | Diamond McCarthy LLP | Attn: Allan B. Diamond, Christopher D. Johnson<br>2200 Post Oak Blvd.<br>Suite 1000<br>Houston TX 77056-4716 | adiamond@diamondmccarthy.com<br>chris.johnson@diamondmccarthy.com | Email |
| Counsel to FCA US LLC | Dickinson Wright PLLC | Attn: James A. Plemmons<br>500 Woodward Avenue Suite 4000<br>Detroit MI 48226 | jplemmons@dickinsonwright.com | Email |
| Counsel to FCA US LLC | Dickinson Wright PLLC | Attn: John R. Nelson, Payne Keinarth<br>607 W. Third Street Suite 2500<br>Austin TX 78701 | jnelson@dickinsonwright.com<br>pkeinarth@dickinsonwright.com | Email |
| Counsel to FCA US LLC | Dickinson Wright PLLC | Attn: M. Kimberly Stagg<br>424 Church Street Suite 800<br>Nashville TN 37219 | kstagg@dickinsonwright.com | Email |
| Counsel to Harley-Davidson Motor Company, Inc. | Dykema Gossett PLLC | Attn: Sheryl L. Toby<br>39577 Woodward Avenue<br>Suite 300<br>Bloomfield Hills MI 48304 | stoby@dykema.com | Email |
| Counsel to Harley-Davidson Motor Company, Inc. | Dykema Gossett PLLC | Attn: William J. Hotze<br>5 Houston Center<br>1401 McKinney Street, Suite 1625<br>Houston TX 77010 | whotze@dykema.com | Email |
| Counsel to T.H.I. Group Ltd. & U.S. Bank National Association | Faegre Drinker Biddle & Reath LLP | Attn: Kristen L. Perry, Alex Harrell<br>2323 Ross Avenue Suite 1700<br>Dallas TX 75201 | kristen.perry@faegredrinker.com<br>alex.harrell@faegredrinker.com | Email |
| Counsel to U.S. Bank National Association | Faegre Drinker Biddle & Reath LLP | Attn: Michael R. Stewart<br>2200 Wells Fargo Center<br>90 S. 7th Street<br>Minneapolis MN 55402 | michael.stewart@faegredrinker.com | Email |
| Counsel to T.H.I. Group Ltd. | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson, Joseph N. Argentina, Jr.<br>222 Delaware Avenue Suite 1410<br>Wilmington DE 19801 | patrick.jackson@faegredrinker.com<br>joseph.argentina@faegredrinker.com | Email |
| Counsel to Honda Development & Manufacturing of America, LLC | FBT Gibbons LLP | Attn: A.J. Webb<br>301 East Fourth Street<br>Cincinnati OH 45202 | awebb@fbtgibbons.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Honda Development & Manufacturing of America, LLC | FBT Gibbons LLP | Attn: Patricia K. Burgess, Heather P. McMutry<br>150 3rd Avenue South<br>Suite 1900<br>Nashville TN 37201 | hmcmutry@fbtgibbons.com<br>pburgess@fbtgibbons.com | Email |
| Counsel to Volkswagen Group of America, Inc. and certain affiliates, and Rebuilders Automotive Supply Co. | FBT Gibbons LLP | Attn: Rebecca L. Matthews, Joy Kleisinger<br>2101 Cedar Springs Rd.<br>Dallas TX 75201 | rmatthews@fbtlaw.com<br>rmatthews@fbtgibbons.com<br>jkleisinger@fbtgibbons.com | Email |
| Debtor | First Brands Group, LLC | Attn: Charles M. Moore, Interim Chief Executive Officer<br>127 Public Square Suite 5300<br>Cleveland OH 44114 | cmoore@alvarezandmarsal.com | Email |
| Counsel to the SPV Debtors | Fishel Law Group | Attn: Michael Fishel<br>602 Sawyer, Suite 400<br>Houston TX 77007 | michael@FishelLawGroup.com | Email |
| Counsel to Longkou Haimeng Machinery Co., LTD. | FisherBroyles, LLP | Attn: Lisa A. Powell<br>2925 Richmond Ave<br>Suite 1200<br>Houston TX 77098 | lisa.powell@fisherbroyles.com | Email |
| Counsel to Nigel Crighton | Flannery & Georgalis, LLC | Attn: Paul M. Flannery, Christos N. Georgalis<br>1621 Euclid Avenue<br>Floor 20<br>Cleveland OH 44115 | paul@flannerygeorgalis.com<br>chris@flannerygeorgalis.com | Email |
| Counsel to Staci Corp. d/b/a Vexos, Inc. | Fleischer, Suglia, Dopke & Domowitch, P.C. | Attn: Nicola G. Suglia<br>Four Greentree Centre<br>601 Route 73 North, Suite 305<br>Marlton NJ 08053 | nsuglia@fleischerlaw.com | Email |
| Counsel to Flex-N-Gate LLC | Foley & Lardner LLP | Attn: Holland N. O'Neil<br>2021 McKinney Avenue<br>Suite 1600<br>Dallas TX 75201 | honeil@foley.com | Email |
| Counsel to Flex-N-Gate LLC | Foley & Lardner LLP | Attn: Jake W. Gordon<br>500 Woodward Avenue<br>Ste. 2700<br>Detroit MI 48226 | jake.gordon@foley.com | Email |
| Counsel to 1600 Industrial LLC | Fox Rothschild LLP | Attn: Trey A. Monsour<br>2501 N. Harwood Street<br>Suite 1800<br>Dallas TX 75201 | tmonsour@foxrothschild.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Volkswagen Group of America, Inc. and certain affiliates | Frost Brown Todd LLP | Attn: Ronald E. Gold, Erin P. Severini<br>301 East Fourth Street<br>Cincinnati OH 45202 | rgold@fbtlaw.com<br>eseverini@fbtlaw.com | Email |
| Counsel to BBJ Ventures, LLC | Genevieve Graham Law, PLLC  dba Graham PLLC | Attn: Genevieve M. Graham<br>4203 Montrose Blvd.<br>Suite 550<br>Houston TX 77006 | ggraham@graham-pllc.com | Email |
| Counsel to Ad Hoc Group of Lenders | Gibson, Dunn & Crutcher LLP | Attn: AnnElyse Scarlett Gains<br>1050 Connecticut Avenue, N.W.<br>Washington DC 20036-5306 | agains@gibsondunn.com | Email |
| Counsel to Ad Hoc Group of Lenders | Gibson, Dunn & Crutcher LLP | Attn: Scott Greenberg, AnnElyse Gains, Stephen Silverman, Jason Z. Goldstein, Christina Brown, Jonathan Dunworth, Josh Berland, Jordan Lancaster Estes, Christopher Michael Joralemon<br>200 Park Avenue<br>New York NY 10166-0193 | sgreenberg@gibsondunn.com<br>agains@gibsondunn.com<br>SSilverman@gibsondunn.com<br>JGoldstein@gibsondunn.com<br>christina.brown@gibsondunn.com<br>JDunworth@gibsondunn.com<br>JBerland@gibsondunn.com<br>jestes@gibsondunn.com<br>cjoralemon@gibsondunn.com | Email |
| Counsel to Ad Hoc Group | Glenn Agre Bergman & Fuentes LLP | Attn: Andrew K. Glenn<br>1185 Avenue of the Americas 22nd Floor<br>New York NY 10036 | aglenn@glennagre.com | Email |
| Counsel to Rio Bravo International Services, Inc. | Gordon Davis Johnson & Shane P.C. | Attn: Michael J. Shane<br>4695 N. Mesa Street<br>Suite 100<br>El Paso TX 79912 | mshane@eplawyers.com | Email |
| Counsel to Evolution Credit Partners | Gray Reed | Attn: Jason S. Brookner<br>1300 Post Oak Blvd, Suite 2000<br>Houston TX 77056 | jbrookner@grayreed.com | Email |
| Guam Attorney General | Guam Attorney General | Attn: Douglas B Moylan<br>Bank Of Hawaii Bldg, 134 W. Soledad Ave<br>4th Floor, Suite 412<br>Hagatna GU 96910 | dbmoylan@oagguam.org | Email |
| Counsel to City of Miami Special Utility Authority | Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. | Attn: Steven W. Soule<br>521 East 2nd Street<br>Suite 1200<br>Tulsa OK 74120-1855 | ssoule@hallestill.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Scotland Enterprises, Inc. | Hendershot Cowart P.C. | Attn: Philip D. Racusin<br>1800 Bering Drive<br>Suite 600<br>Houston TX 77057 | pracusin@hchlawyers.com<br>eservice@hchlawyers.com | Email |
| Counsel to Maplan GmbH and Machinery and PLANning Inc. | Hogan Lovells Cadwalader US LLP | Attn: Catherine E. Bratic<br>609 Main Street<br>Suite 4200<br>Houston TX 77002 | catherine.bratic@hlc.com | Email |
| Counsel to Maplan GmbH and Machinery and PLANning Inc. | Hogan Lovells Cadwalader US LLP | Attn: David P. Simonds, Edward J. McNeilly<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles CA 90067 | david.simonds@hlc.com<br>edward.mcneilly@hlc.com | Email |
| Counsel to Phoenix Brownsville Industrial Investors LLC | Holland & Knight LLP | Attn: David E. Lemke<br>511 Union Street<br>Suite 2700<br>Nashville TN 37219 | david.lemke@hklaw.com | Email |
| Counsel to Phoenix Brownsville Industrial Investors LLC | Holland & Knight LLP | Attn: Morgan L. Allred<br>1901 Sixth Avenue North<br>Suite 1400<br>Birmingham AL 35203 | morgan.allred@hklaw.com | Email |
| Counsel to Ad Hoc Group of Lenders | Howley Law PLLC | Attn: Tom A. Howley, Eric Terry<br>TC Energy Center 700 Louisiana St.<br>Suite 4220<br>Houston TX 77002 | tom@howley-law.com<br>eric@howley-law.com | Email |
| Counsel to Michael Bueno | Husch Blackwell LLP | Attn: Tara T. LeDay, Jennifer Pollan<br>111 Congress Ave.<br>Suite 1400<br>Austin TX 78701 | tara.leday@huschblackwell.com<br>jennifer.pollan@huschblackwell.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>1111 Constitution Ave NW<br>Washington DC 20224 | | First-Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First-Class Mail |
| Counsel to Valeo North America, Inc. and Valeo Sistemas Electricos, S.A. de C.V. | Jackson Walker LLP | Attn: Zachary McKay, Victoria Argeroplos, Emily Meraia<br>1401 McKinney<br>Suite 1900<br>Houston TX 77010 | zmckay@jw.com<br>vargeroplos@jw.com<br>emeraia@jw.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Grammer Inc. and Grammer Americas LLC | Jones Day | Attn: Matthew C. Corcoran<br>325 John H. McConnell Boulevard Suite 600<br>Columbus OH 43215 | mccorcoran@jonesday.com | Email |
| Counsel to Ronald J. Sommers, chapter 7 trustee | Jones Murray LLP | Attn: Erin E. Jones<br>602 Sawyer St.<br>Suite 400<br>Houston TX 77007 | erin@jonesmurray.com | Email |
| Counsel to Mayfair Enterprises, LLC, Global Technologies Partners, LLC, Global Technologies S.a.r.L, and certain affiliated directors and officers | Jones Walker LLP | Attn: Sean T. Wilson<br>811 Main Street, Suite 2900<br>Houston TX 77002 | swilson@joneswalker.com | Email |
| Counsel to Ryder Integrated Logistics, Inc. | Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Philip A. Weintraub<br>3 World Trade Center<br>175 Greenwich Street<br>New York NY 10007 | KDWBankruptcyDepartment@kelleydrye.com<br>pweintraub@kelleydrye.com | Email |
| Counsel to LBA RV-Company XVII, LP | Kelley Drye & Warren LLP | Attn: Robert L. LeHane<br>3 World Trade Center<br>175 Greenwich Street<br>New York NY 10007 | KDWBankruptcyDepartment@kelleydrye.com<br>rlehane@kelleydrye.com | Email |
| Counsel to PGI Northstar LLC and Premium Guard Incorporated | King & Spalding LLP | Attn: Britney K. Baker, W. Austin Jowers<br>1180 Peachtree Street, NE<br>Suite 1600<br>Atlanta GA 30309-3521 | bbaker@kslaw.com<br>ajowers@kslaw.com | Email |
| Counsel to PGI Northstar LLC and Premium Guard Incorporated | King & Spalding LLP | Attn: Jordan W. Leu<br>2601 Olive St.<br>Suite 2300<br>Dallas TX 75201 | jleu@kslaw.com | Email |
| Counsel to Stephen Graham | Kobre & Kim LLP | Attn: Adriana Riviere-Badell<br>201 S. Biscayne Blvd.<br>Suite 1900<br>Miami FL 33131 | adriana.riviere-badell@kobrekim.com | Email |
| Counsel to Stephen Graham | Kobre & Kim LLP | Attn: Danielle L. Rose, Daniel J. Saval<br>800 Third Avenue<br>New York NY 10022 | danielle.rose@kobrekim.com<br>daniel.saval@kobrekim.com | Email |
| Counsel to Smurfit Westrock PLC and Affiliates | Langley & Banack Inc. | Attn: Allen M. DeBard<br>Trinity Plaza II, Suite 700<br>745 East Mulberry<br>San Antonio TX 78212-3166 | adebard@langleybanack.com | Email |

In re: First Brands Group, LLC, *et al.*
Case No. 25-90399 (CML)

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Goldstar Warehousing, Ltd. and Pyramid Warehousing, Ltd., Landlords | Law Offices of John Wallis Harris | Attn: John W. Harris<br>514 Thelma Drive<br>San Antonio TX 78212-2455 | jwharris@johnwharrislaw.com | Email |
| Counsel to Titanium American Logistics, Inc. | Law Offices of Martin Seidler | Attn: Martin Seidler<br>11107 Wurzbach Road Suite 504<br>San Antonio TX 78230 | | First-Class Mail |
| Counsel to Binational Industrial Services, LLC | Law Offices of Phillipe & Associates | Attn: Christopher L. Phillippe<br>847 E. Harrison St.<br>Brownsville TX 78520 | clphillippe@cameroncountylawyer.com | Email |
| Counsel to BPREP 1805 S. Wilmington LLC | Law Offices of Ronald K. Brown, Jr., APC | Attn: Ronald K. Brown, Jr.<br>901 Dove Street Suite 120<br>Newport Beach CA 92660 | ron@rkbrownlaw.com | Email |
| Counsel to Washington Penn Plastics Co., Inc., and Uniform Color Company | Leech Tishman Fuscaldo & Lampl LLC | Attn: John M. Steiner, David W. Lampl<br>525 William Penn Place 28th Floor<br>Pittsburgh PA 15219 | jsteiner@leechtishman.com<br>dlampl@leechtishman.com | Email |
| Counsel to Nigel Crighton | Levinson, LLP | Attn: Jeffrey M. Levinson<br>3601 Green Road<br>Suite 200<br>Beachwood OH 44122 | jml@jml-legal.com | Email |
| Counsel to Cameron County, City of McAllen, Hidalgo County | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders<br>PO Box 17428<br>Austin TX 78760-7428 | austin.bankruptcy@lgbs.com | Email |
| Counsel to Tarrant County | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner<br>3500 Maple Avenue Suite 800<br>Dallas TX 75219 | dallas.bankruptcy@lgbs.com | Email |
| Counsel to ARC CGMARSC001, LLC and ARC CGLGNIN001, LLC | Loeb & Loeb LLP | Attn: Bethany D. Simmons<br>345 Park Avenue<br>New York NY 10154 | bsimmons@loeb.com | Email |
| Counsel to ACAR Leasing LTD d/b/a GM Financial Leasing | Lorenzo Nunez | Attn: Lorenzo Nunez<br>PO Box 183853<br>Arlington TX 76096 | LeaseSvcBnkrpcy@gmfinancial.com | First-Class Mail and Email |
| Counsel to PG Maderas y Triplay S.A. de C.V. | Martin & Drought, P.C. | Attn: Michael G. Colvard<br>Weston Centre<br>112 East Pecan Street, Suite 1616<br>San Antonio TX 78205 | mcolvard@mdtlaw.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to David Parker | Martinez & Tijerina P.L.L.C | Attn: Benigno (Trey) Martinez, Tomas F. Tijerina<br>1201 E. Van Buren<br>Brownsville TX 78520 | trey@mbmtlawfirm.com<br>ttijerina@mbmtlawfirm.com | Email |
| Counsel to Katsumi Servicing, LLC | Mayer Brown LLP | Attn: Charles S. Kelly<br>700 Louisiana St Suite 3400<br>Houston TX 77002 | ckelley@mayerbrown.com | Email |
| Counsel to Katsumi Servicing, LLC | Mayer Brown LLP | Attn: Richard A. Stieglitz, Dabin Chung, Lauren C. Blanchard<br>1221 Avenue of the Americas<br>New York NY 10020 | rstieglitz@mayerbrown.com<br>dchung@mayerbrown.com<br>lblanchard@mayerbrown.com | Email |
| Counsel to Katsumi Servicing, LLC | Mayer Brown LLP | Attn: Sean T. Scott, Kyle J. TumSuden<br>71 South Wacker Drive<br>Chicago IL 60606 | stscott@mayerbrown.com<br>ktumsuden@mayerbrown.com | Email |
| Counsel to Toyota Industries Commercial Finance Inc. | McCalla Raymer Leibert Pierce, LLP | Attn: Toni Townsend<br>Bankruptcy Department<br>1544 Old Alabama Rd<br>Roswell GA 30076 | Toni.Townsend@mccalla.com | Email |
| Counsel to Advance Auto Parts, Inc. | McGuire Woods LLP | Attn: Demetra Liggins<br>Texas Tower, 845 Texas Ave. 24th Floor<br>Houston TX 77002 | dliggins@mcguirewoods.com | Email |
| Counsel to Advance Auto Parts, Inc. | McGuire Woods LLP | Attn: Dion W. Hayes, Connor W. Symons<br>Gateway Plaza<br>800 East Canal Street<br>Richmond VA 23219 | dhayes@mcguirewoods.com<br>csymons@mcguirewoods.com | Email |
| Counsel to Onset Financial, Inc. and Silver Point Capital, L.P. | Millbank LLP | Attn: Andrew Leblanc, Esq., Erin Dexter, Esq.<br>1101 New York Avenue, NW<br>Washington DC 20005 | aleblanc@milbank.com<br>edexter@milbank.com | Email |
| Counsel to Onset Financial, Inc. and Silver Point Capital, L.P. | Millbank LLP | Attn: Dennis Dunne, Esq., Lisa Laukitis, Esq., Jason Kestecher, Esq.<br>55 Hudson Yards<br>New York NY 10001-2163 | ddunne@milbank.com<br>llaukitis@milbank.com<br>jkestecher@milbank.com | Email |
| Counsel to Press Seal Corporation | Mitby Pacholder Johnson PLLC | Attn: Steven J. Mitby & Michael K. Barnhart<br>1001 McKinney Street<br>Suite 925<br>Houston TX 77002 | smitby@mitbylaw.com<br>mbarnhart@mitbylaw.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Truist Bank | Moore & Van Allen, PLLC | Attn: Reginald Sainvil, Hillary B. Crabtree, Stephen E. Gruendel, Matthew K. Taylor<br>100 N. Tryon Street<br>Suite 4700<br>Charlotte NC 21218 | reginaldsainvil@mvalaw.com<br>hillarycrabtree@mvalaw.com<br>stevegruendel@mvalaw.com<br>matthewtaylor@mvalaw.com | Email |
| Counsel to Onset Financial, Inc. and Silver Point Capital, L.P. | Morrison & Foerster LLP | Attn: Anthony S. Fiotto, Julia Koch<br>200 Clarendon Street<br>Floor 21<br>Boston MA 02116 | afiotto@mofo.com<br>jkoch@mofo.com | Email |
| Counsel to Onset Financial, Inc. and Silver Point Capital, L.P. | Morrison & Foerster LLP | Attn: Brian R. Michael<br>707 Wilshire Boulevard<br>Los Angeles CA 90017-3543 | bmichael@mofo.com | Email |
| Counsel to Onset Financial, Inc. and Silver Point Capital, L.P. | Morrison & Foerster LLP | Attn: James Newton, Benjamin Butterfield Bryan Kotliar<br>250 West 55th Street<br>New York NY 10019 | jnewton@mofo.com<br>bbutterfield@mofo.com<br>bkotliar@mofo.com | Email |
| Counsel to Onset Financial, Inc. and Silver Point Capital, L.P. | Munsch Hardt Kopf & Harr, PC | Attn: Deborah Perry<br>500 N. Akard Street<br>Suite 4000<br>Dallas TX 75201-6659 | dperry@munsch.com | Email |
| Counsel to Randall Metals Corporation | Murray \| Lobb, PLLC | Attn: Kyle L. Dickson<br>2200 Space Park Drive Suite 350<br>Houston TX 77058 | kdickson@murray-lobb.com | Email |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry<br>1850 M St., NW 12th Floor<br>Washington DC 20036 | | First-Class Mail |
| Counsel to Rebuilders Automotive Supply Co. | Nixon Peabody LLP | Attn: Christopher M. Desiderio<br>55 W 46th Street<br>New York NY 10036 | cdesiderio@nixonpeabody.com | Email |
| Northern Mariana Islands Attorney General | Northern Mariana Islands Attorney General | Attn: Edward E. Manibusan<br>Caller Box 10007<br>Saipan MP 96950 | | First-Class Mail |
| Counsel to TriMas Corporation | Norton Rose Fulbright US LLP | Attn: Robert Hirsh, John Conover<br>1301 Avenue of the Americas<br>New York NY 10019-6022 | robert.hirsh@nortonrosefulbright.com<br>john.conover@nortonrosefulbright.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Bank of America, N.A. | Norton Rose Fulbright US LLP | Attn: Toby L. Gerber, Kristian W. Gluck, Beau Cox, Michael Berthiaume, Rachel Cardwell, Jason Blanchard<br>2200 Ross Ave<br>Suite 3600<br>Dallas TX 75201 | toby.gerber@nortonrosefulbright.com<br>kristian.gluck@nortonrosefulbright.com<br>beau.cox@nortonrosefulbright.com<br>michael.berthiaume@nortonrosefulbright.com<br>rachel.cardwell@nortonrosefulbright.com<br>jason.blanchard@nortonrosefulbright.com | Email |
| United States Trustee Southern District of Texas | Office of the United States Trustee | Attn: Jayson B. Ruff<br>515 Rusk Street, Suite 3516<br>Houston TX 77002 | jayson.b.ruff@usdoj.gov | Email |
| Counsel to Martin De Luca | Okin Adams Bartlett Curry LLP | Attn: Matthew S. Okin, Ryan A. O'Connor, Madeline M. Schmidt<br>1113 Vine Street<br>Suite 240<br>Houston TX 77002 | mokin@okinadams.com<br>roconnor@okinadams.com<br>mschmidt@okinadams.com | Email |
| Counsel to Carrdan Corporation | Okin Adams Bartlett Curry LLP | Attn: Timothy L. Wentworth<br>1113 Vine Street<br>Suite 240<br>Houston TX 77002 | twentworth@okinadams.com | Email |
| Counsel to creditors Raistone Capital LLC, Raistone Purchasing LLC -Series XXXII, and Raistone Purchasing LLCC-Series XXVIII | Orrick, Herrington & Sutcliffe LLP | Attn: Nicholas Sabatino<br>400 Capitol Mall Suite 3000<br>Sacramento CA 95814-4497 | nsabatino@orrick.com | Email |
| Counsel to creditors Raistone Capital LLC, Raistone Purchasing LLC -Series XXXII, and Raistone Purchasing LLCC-Series XXVIII | Orrick, Herrington & Sutcliffe LLP | Attn: Richard Jacobsen, Laura Metzger, Emanuel C. Grillo, Nicholas Poli, Ari Roytenberg, Jacob R. Herz, Harry Murphy<br>51 West 52nd Street<br>New York NY 10019-6142 | rjacobsen@orrick.com<br>lmetzger@orrick.com<br>egrillo@orrick.com<br>npoli@orrick.com<br>jherz@orrick.com<br>hmurphy@orrick.com | Email |
| Counsel to Whirlpool Corporation | Padfield & Stout, L.L.P. | Attn: Christopher V. Arisco, Mark W. Stout<br>100 Throckmorton Street<br>Suite 700<br>Fort Worth TX 76102 | carisco@padfieldstout.com<br>mstout@padfieldstout.com | Email |
| Counsel to De Lage Landen Financial Services, Inc. | Padfield & Stout, L.L.P. | Attn: Jessica N. Alt, Matthew D. Giadrosich<br>100 Throckmorton Street<br>Suite 700<br>Fort Worth TX 76102 | jalt@padfieldstout.com<br>mdg@padfieldstout.com | Email |
| Counsel to United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers International Union | Patrick M. Flynn, P.C. | Attn: Patrick M. Flynn<br>1225 North Loop West Suite 1000<br>Houston TX 77008-1775 | pat@pmfpc.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Faheem A. Mahmooth, Mai Lan G. Rodgers, Erin C. Kim<br>445 12th Street, S.W.<br>Washington DC 20024 | Mahmooth.Faheem@pgbc.gov<br>efile@pbgc.gov<br>rodgers.mailan@pgbc.gov<br>kim.erin@pgbc.gov | Email |
| Counsel to Brownsville Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Hiram Gutierrez<br>P.O. Box 2916<br>McAllen TX 78502 | edinburgbankruptcy@pbfcm.com | Email |
| Counsel to Brownsville Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | mvaldez@pbfcm.com | Email |
| Counsel to the Carnaby II and III Secured Parties | Porter Hedges LLP | Attn: John F. Higgins, Megan Young-John, James A. Keefe<br>1000 Main Street 36th Floor<br>Houston TX 77002 | jhiggins@porterhedges.com<br>myoung-john@porterhedges.com<br>jkeefe@porterhedges.com | Email |
| Counsel to OEC Group | Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A. Steinberg<br>50 Tice Boulevard<br>Suite 380<br>Woodcliff Lake NJ 07677 | | First-Class Mail |
| Counsel to Evolution Credit Partners | Proskaur Rose LLP | Attn: Charles A. Dale<br>One International Place<br>Boston MA 02110-2600 | cdale@proskauer.com | Email |
| Counsel to Evolution Credit Partners | Proskaur Rose LLP | Attn: Vincent Indelicato, Matthew R. Koch<br>Eleven Times Square<br>New York NY 10036-8299 | vindelicato@proskauer.com<br>mkoch@proskauer.com | Email |
| Puerto Rico Attorney General | Puerto Rico Attorney General | Attn: Bankruptcy Department<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan PR 00918 | | First-Class Mail |
| Counsel to Patrick James | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Cameron M. Kelly<br>700 Louisiana, Suite 3900<br>Houston TX 77002 | cameronkelly@quinnemanuel.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Patrick James | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Michael B. Carlinsky, James C. Tecce, Scott Hartman, Eric S. Kay, Reece Pelley, Grace Sullivan, William A. Burck 295 Fifth Avenue, 9th Floor New York NY 10016 | michaelcarlinsky@quinnemanuel.com jamestecce@quinnemanuel.com scotthartman@quinnemanuel.com erickay@quinnemanuel.com reecepelley@quinnemanuel.com gracesullivan@quinnemanuel.com williamburck@quinnemanuel.com | Email |
| Counsel to Ronald J. Sommers, chapter 7 trustee | Reid Collins & Tsai LLP | Attn: D. Benjamin Thomas 1445 Ross Avenue Suite 2900 Dallas TX 75202 | bthomas@reidcollins.com | Email |
| Counsel to Ronald J. Sommers, chapter 7 trustee | Reid Collins & Tsai LLP | Attn: Scott D. Saldaña, Lisa S. Tsai, Samuel W. Hillard 1301 S. Capital of Texas Hwy Ste. C300 Austin TX 78746 | ssaldana@reidcollins.com ltsai@reidcollins.com shilliard@reidcollins.com | Email |
| Counsel to Landlord 1995 Billy Mitchell Boulevard, Inc. | Rentfro, Irwin, & Irwin, PLLC | Attn: David F. Irwin 1650 Paredes Line Road Suite 102 Brownsville TX 78521 | david@rentfrolawfirm.net | Email |
| Counsel to Industrial Realty Group LLC | Royston, Rayzor, Vickery & Williams, LLP | Attn: Kevin P. Walters, Blake E. Bachtel 1415 Louisiana Street Suite 4200 Houston TX 77002-7380 | kevin.walters@roystonlaw.com blake.bachtel@roystonlaw.com | Email |
| Counsel to Transend Logistics, LLC | Saul Ewing LLP | Attn: Lucian B. Murley 1201 N. Market Street, Suite 2300 P.O. Box 1266 Wilmington DE 19899 | luke.murley@saul.com | Email |
| Counsel to Transend Logistics, LLC | Saul Ewing LLP | Attn: Maxwell M. Hanamirian Centre Square West 1500 Market Street, 38th Floor Philadelphia PA 19102-2186 | maxwell.hanamirian@saul.com | Email |
| Counsel to Transend Logistics, LLC | Saul Ewing LLP | Attn: Steven Malitz 161 North Clark Street, Suite 4200 Chicago IL 60601 | steven.malitz@saul.com | Email |
| Counsel to Gorman Industrial Supply Co. | Scotthulse PC | Attn: James M. Feuille One San Jacinto Plaza 201 E. Main, 11th Floor, P.O. Box 99123 El Paso TX 79999-9123 | | First-Class Mail |

In re: First Brands Group, LLC, *et al.*
Case No. 25-90399 (CML)

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Crown Equipment Corporation dba Crown Lift Trucks dba Crown Credit Company | Sebaly Shillito + Dyer, LPA | Attn: Christopher S. Baxter<br>220 East Monument Avenue<br>Suite 500<br>Dayton OH 45402 | Cbaxter@ssdlaw.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F ST NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Fort Worth Office | Attn: David Woodcock Regional Director<br>Burnett Plaza<br>801 Cherry St., Ste. 1900 Unit 18<br>Fort Worth TX 76102 | | First-Class Mail |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Antonia Apps, Alan Maza<br>100 Pearl St. Suite 20-100<br>New York NY 10004-2616 | bankruptcynoticeschr@sec.gov<br>MazaA@sec.gov | Email |
| Counsel to the SPV Debtors | Simpson Thacher & Bartlett LLP | Attn: Elisha D. Graff, Nicholas Baker, Bryce L. Friedman, David R. Zylberberg, Rachael L. Foust, Griselda Cabrera, Sean Lee<br>425 Lexington Avenue<br>New York NY 10017 | egraff@stblaw.com<br>nbaker@stblaw.com<br>david.zylberberg@stblaw.com<br>bfriedman@stblaw.com<br>rachael.foust@stblaw.com<br>griselda.cabrera@stblaw.com<br>sean.lee@stblaw.com | Email |
| Counsel to BPP Cannonball Park A LP | Singer & Levick, P.C. | Attn: Michelle E. Shriro, Esq.<br>16200 Addison Road Suite 140<br>Addison TX 75001 | mshriro@singerlevick.com | Email |
| Attorney General of the Virgin Islands | St Croix Attorney General | Attn: Bankruptcy Department<br>213 Estate La Reine<br>Kingshill<br>St Croix VI 00850 | info@usvidoj.com | Email |
| Attorney General of the Virgin Islands | St Thomas Attorney General | Attn: Bankruptcy Department<br>3438 Krondprindsens Gade<br>Gers Building, 2nd Floor<br>St Thomas VI 00802 | info@usvidoj.com | Email |
| Counsel to De Lage Landen Financial Services, Inc. | Stark & Stark, P.C. | Attn: Joseph H. Lemkin<br>P.O. Box 5315<br>Princeton NJ 08543 | jlemkin@stark-stark.com | Email |
| State of Alabama Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 300152<br>Montgomery AL 36130-0152 | | First-Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State of Alaska Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 110300<br>Juneau AK 99811-0300 | attorney.general@alaska.gov | Email |
| State of Arizona Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Dept<br>2005 N Central Ave<br>Phoenix AZ 85004-2926 | aginfo@azag.gov | Email |
| State of Arkansas Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Dept<br>323 Center St. Suite 200<br>Little Rock AR 72201-2610 | | First-Class Mail |
| State of California Attorney General | State of California Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | bankruptcy@coag.gov | Email |
| State of Colorado Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Dept<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver CO 80203 | | First-Class Mail |
| State of Connecticut Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Dept<br>165 Capitol Avenue<br>Hartford CT 06106 | attorney.general@ct.gov<br>Denise.mondell@ct.gov | Email |
| State of Delaware Attorney General | State of Delaware Attorney General | Attn: Bankruptcy Dept<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington DE 19801 | Attorney.General@state.DE.US | Email |
| State of Florida Attorney General | State of Florida Attorney General | Attn: Bankruptcy Dept<br>The Capitol, PL 01<br>Tallahassee FL 32399-1050 | | First-Class Mail |
| State of Georgia Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Dept<br>40 Capital Square, SW<br>Atlanta GA 30334-1300 | | First-Class Mail |
| State of Hawaii Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Dept<br>425 Queen St.<br>Honolulu HI 96813 | hawaiiag@hawaii.gov | Email |
| State of Idaho Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Dept<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise ID 83720-1000 | | First-Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State of Illinois Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Dept<br>100 West Randolph Street<br>Chicago IL 60601 | webmaster@atg.state.il.us | Email |
| State of Indiana Attorney General | State of Indiana Attorney General | Attn: Bankruptcy Dept<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis IN 46204 | info@atg.in.gov | Email |
| State of Iowa Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Dept<br>1305 E. Walnut Street<br>Des Moines IA 50319 | webteam@ag.iowa.gov | Email |
| State of Kansas Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Dept<br>120 SW 10th Ave., 2nd Floor<br>Topeka KS 66612-1597 | | First-Class Mail |
| State of Kentucky Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Dept<br>700 Capitol Avenue, Suite 118<br>Frankfort KY 40601 | | First-Class Mail |
| State of Louisiana Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095 | ConsumerInfo@ag.state.la.us | Email |
| State of Maine Attorney General | State of Maine Attorney General | Attn: Bankruptcy Dept<br>6 State House Station<br>Augusta ME 04333-0000 | | First-Class Mail |
| State of Maryland Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Dept<br>200 St. Paul Place<br>Baltimore MD 21202-2202 | oag@oag.state.md.us | Email |
| State of Massachusetts Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Dept<br>One Ashburton Place<br>Boston MA 02108-1698 | | First-Class Mail |
| State of Michigan Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Dept<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St. P.O. Box 30212<br>Lansing MI 48909-0212 | miag@michigan.gov | Email |
| State of Minnesota Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Dept<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul MN 55101-2131 | | First-Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State of Mississippi Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Dept<br>Walter Sillers Building<br>550 High Street, Suite 1200 P.O. Box 220<br>Jackson MS 39201 | | First-Class Mail |
| State of Missouri Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Dept<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102 | attorney.general@ago.mo.gov | Email |
| State of Montana Attorney General | State of Montana Attorney General | Attn: Bankruptcy Dept<br>215 N Sanders, Third Floor<br>PO Box 201401<br>Helena MT 59620-1401 | contactdoj@mt.gov | Email |
| State of Nebraska Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Dept<br>2115 State Capitol<br>2nd Fl, Rm 2115<br>Lincoln NE 68509-8920 | ago.info.help@nebraska.gov | Email |
| State of Nevada Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Dept<br>100 North Carson Street<br>Carson City NV 89701 | AgInfo@ag.nv.gov | Email |
| State of New Hampshire Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Dept<br>33 Capitol St.<br>Concord NH 03301-0000 | attorneygeneral@doj.nh.gov | Email |
| State of New Jersey Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Dept<br>RJ Hughes Justice Complex<br>25 Market Street P.O. Box 080<br>Trenton NJ 08625-0080 | askconsumeraffairs@lps.state.nj.us | Email |
| State of New Mexico Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Dept<br>P.O. Drawer 1508<br>Santa Fe NM 87504-1508 | | First-Class Mail |
| State of New York Attorney General | State of New York Attorney General | Attn: Bankruptcy Dept<br>The Capitol<br>Albany NY 12224-0341 | | First-Class Mail |
| State of North Carolina Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Dept<br>9001 Mail Service Center<br>Raleigh NC 27699-9001 | | First-Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State of North Dakota Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Dept<br>State Capitol<br>600 E Boulevard Ave Dept 125<br>Bismarck ND 58505-0040 | ndag@nd.gov | Email |
| State of Ohio Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Dept<br>30 E. Broad St., 14th Floor<br>Columbus OH 43215 | | First-Class Mail |
| State of Oklahoma Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Dept<br>313 NE 21st Street<br>Oklahoma City OK 73105 | | First-Class Mail |
| State of Oregon Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Dept<br>1162 Court Street NE<br>Salem OR 97301 | consumer.hotline@doj.state.or.us | Email |
| State of Pennsylvania Attorney General | State of Pennsylvania Attorney General | Attn: Bankruptcy Dept<br>Strawberry Square<br>16th Floor<br>Harrisburg PA 17120 | | First-Class Mail |
| State of Rhode Island Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Dept<br>150 South Main Street<br>Providence RI 02903-0000 | | First-Class Mail |
| State of South Carolina Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 11549<br>Columbia SC 29211-1549 | | First-Class Mail |
| State of South Dakota Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Dept<br>1302 East Highway 14<br>Suite 1<br>Pierre SD 57501-8501 | consumerhelp@state.sd.us | Email |
| State of Tennessee Attorney General | State of Tennessee Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 20207<br>Nashville TN 37202-0207 | | First-Class Mail |
| State of Texas Attorney General | State of Texas Attorney General | Attn: Bankruptcy Dept<br>Capitol Station<br>PO Box 12548<br>Austin TX 78711-2548 | public.information@oag.state.tx.us | Email |
| State of Utah Attorney General | State of Utah Attorney General | Attn: Bankruptcy Dept<br>PO Box 142320<br>Salt Lake City UT 84114-2320 | uag@utah.gov | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State of Vermont Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Dept<br>109 State St.<br>Montpelier VT 05609-1001 | | First-Class Mail |
| State of Virginia Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Dept<br>General Financial Recovery Section<br>Post Office Box 610<br>Richmond VA 23218-0610 | | First-Class Mail |
| State of Washington Attorney General | State of Washington Attorney General | Attn: Bankruptcy Dept<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia WA 98504-0100 | | First-Class Mail |
| State of West Virginia Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Dept<br>State Capitol Bldg 1 Room E 26<br>Charleston WV 25305 | consumer@wvago.gov | Email |
| State of Wisconsin Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Dept<br>Wisconsin Department of Justice<br>State Capitol, Room 114 East P. O. Box 7857<br>Madison WI 53707-7857 | | First-Class Mail |
| State of Wyoming Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Dept<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne WY 82002 | | First-Class Mail |
| Counsel to Truist Bank | Storey Law PLLC | Attn: Matthew Storey<br>1425 N Durham Rd<br>Houston TX 77008 | matt@storeylawpllc.com | Email |
| Counsel to FRANCISCO GARZA, MANUEL LEAL, CIARA CHILDS, TIM JOHNSON, and MANUEL FERNANDEZ and the Proposed Class | Stranch, Jennings, & Garvey, PLLC | Attn: J. Gerard Stranch, Mariah England<br>223 Rosa Parks Ave.<br>Suite 200<br>Nashville TN 37203 | gstranch@stranchlaw.com<br>mengland@stranchlaw.com | Email |
| Counsel to NTT DATA Americas, Inc. | Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand<br>1801 S. MoPac Expressway, Suite 320<br>Austin TX 78746 | streusand@slollp.com | Email |
| Counsel to Comptroller of Public Accounts, Revenue Accounting Division | Texas Attorney General's Office | Attn: Jamie Kirk<br>12221 Merit Drive<br>Suite 825<br>Dallas TX 75251 | jamie.kirk@oag.texas.gov | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for ENGIE Resources LLC | The Lane Law Firm, PLLC | Attn: Matthew W. Bourda<br>6200 Savoy Drive<br>Suite 1150<br>Houston TX 77036 | matt.bourda@lanelaw.com | Email |
| Counsel to IA Mechanical Inc. | The Law Office of Elias M. Yazbeck, PLLC | Attn: Elias M. Yazbeck, Jacqueline Q. Chiba<br>4119 Montrose Blvd.<br>Suite 470<br>Houston TX 77006 | elias@yazbecklaw.com<br>jackie@yazbecklaw.com | Email |
| Counsel to The United States | The United States | Attn: Paul B. Moore<br>1000 Louisiana<br>Suite 2300<br>Houston TX 77002 | paul.moore@usdoj.gov | Email |
| Counsel to Tennessee Attorney General's Office | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division<br>Attn: Stephen R. Butler<br>PO Box 20207<br>Nashville TN 37202-0207 | steve.butler@ag.tn.gov | Email |
| Counsel to the United States of America | U.S. Department of Justice | Attn: Seth B. Shapiro<br>Civil Division, Commercial Litigation Branch<br>P.O. Box 875, Ben Franklin Station<br>Washington DC 20044-0875 | seth.shapiro@usdoj.gov | Email |
| Counsel to the United States of America | U.S. Department of Justice | Attn: Seth B. Shapiro<br>Civil Division, Commercial Litigation Branch<br>1100 L Street, NW  7th Floor – Room 7114<br>Washington DC 20005 | seth.shapiro@usdoj.gov | Email |
| U.S. Attorney for the Southern District of Texas | United States Attorney for the Southern District of Texas | Attn: Civil Process Clerk<br>1000 Louisiana St., Ste. 2300<br>Houston TX 77002 | usatxs.atty@usdoj.gov | Email |
| United States of America Attorney General | United States of America Attorney General | Attn: Bankruptcy Dept<br>US Dept of Justice<br>950 Pennsylvania Ave NW<br>Washington DC 20530-0001 | | First-Class Mail |
| Counsel to United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers International Union | USW International Union, AFLCIO, CLC | Attn: David R. Jury<br>60 Boulevard of the Allies Room 807<br>Pittsburgh PA 15222 | djury@usw.org | Email |
| Counsel to SorTech LLC | Villeda Law Group | Attn: Antonio Villeda, Mark Talbot<br>6316 North 10th Street<br>Bldg. B<br>McAllen TX 78504 | avilleda@mybusinesslawyer.com<br>mtalbot@mybusinesslawyer.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Leucadia Asset Management LLC, LAM TFG, LAM TFG II, LAM TFG I SPV, and Jefferies Financial Group Inc. | Vinson & Elkins LLP | Attn: Paul E. Heath, Matthew D. Struble<br>845 Texas Avenue, Suite 4700<br>Houston TX 77002 | pheath@velaw.com<br>mstruble@velaw.com | Email |
| Counsel to Leucadia Asset Management LLC, LAM TFG, LAM TFG II, LAM TFG I SPV, and Jefferies Financial Group Inc. | Wachtell, Lipton, Rosen & Katz | Attn: William D. Savitt, Joshua A. Feltman, Emil A. Kleinhaus, Angela K. Herring, Michael H. Cassel, Mitchell S. Levy<br>51 W. 52nd Street<br>New York NY 10019 | wdsavitt@wlrk.com<br>jafeltman@wlrk.com<br>eakleinhaus@wlrk.com<br>akherring@wlrk.com<br>mhcassel@wlrk.com<br>mslevy@wlrk.com | Email |
| Washington DC Attorney General | Washington DC Attorney General | Attn: Bankruptcy Dept<br>441 4th Street, NW<br>Washington DC 20001 | oag@dc.gov | Email |
| Counsel to the Debtor and Debtor in Possession | Weil, Gotshal & Manges LLP | Attn: Gabriel A. Morgan, Clifford W. Carlson<br>700 Louisiana Street, Suite 3700<br>Houston TX 77002 | gabriel.morgan@weil.com<br>clifford.carlson@weil.com | Email |
| Counsel to the Debtor and Debtor in Possession | Weil, Gotshal & Manges LLP | Attn: Matthew S. Barr, Sunny Singh, Andriana Georgallas, Jason H. George, Kevin Bostel<br>767 Fifth Avenue<br>New York NY 10153 | matt.barr@weil.com<br>sunny.singh@weil.com<br>andriana.georgallas@weil.com<br>kevin.bostel@weil.com<br>jason.george@weil.com | Email |
| Counsel to Toyota Industries Commercial Finance Inc. | Weltman, Weinberg and Reis Co., L.P.A | Attn: Scott D. Fink<br>5990 West Creek Rd.<br>Ste 200<br>Independence OH 44131 | BnkEcf-TX@weltman.com | Email |
| Counsel to ACAR Leasing Ltd | Wilcox Law, PLLC | Attn: Stephen G. Wilcox<br>P.O. Box 201849<br>Arlington TX 76006 | swilcox@wilcoxlaw.net | Email |
| Counsel to Bank of America, N.A. as ABL Agent | Winston & Strawn LLP | Attn: Daniel J. McGuire, Gregory M. Gartland<br>300 N. LaSalle, Suite 4400<br>Chicago IL 60654 | dmcguire@winston.com<br>ggartland@winston.com | Email |
| Counsel to Bank of America, N.A. as ABL Agent | Winston & Strawn LLP | Attn: Madison K. Haueisen<br>800 Capitol St. Suite 2400<br>Houston TX 77002-2925 | mhaueisen@winston.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to QBE Insurance Corporation, Ironshore Indemnity, Inc., Fair American Insurance and Reinsurance Company, Allianz Global Risks US Insurance Company, Westfield Select Insurance Company, AXIS Insurance Company, and Zurich American Insurance Company | Wright Close Barger & Guzman LLP | Attn: Howard L. Close, Ronnie Flack, Daniela Mondragón<br>One Riverway<br>Suite 2200<br>Houston TX 77056 | close@wcbglaw.com<br>flack@wcbglaw.com<br>mondragon@wcbglaw.com | Email |