**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.[1]** | § | **(Emergency Hearing Requested)** |
| | § | |

**NOTICE OF HEARING ON SALE
OF CERTAIN EQUITY INTERESTS AND RELATED ASSETS**

On July 15, 2026, First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed with the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") *Emergency Motion for Order (A) Approving Sale Transaction for Certain of the Debtors' Equity Interests and Related Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests and (B) Granting Related Relief* (Docket No. [●]) (the "**Motion**")[2] for the entry of an order (the "**Sale Order**") (a) authorizing the sale of certain of the Debtors' right, title and interest in and to the issued and outstanding equity interests of non-Debtors  Walbro Co., Ltd. and Walbro Fuel Systems and Technology (Thailand) Co., Ltd.  and certain related assets, including the rights to certain related intercompany debt (collectively, the "**Transferred Interests**") pursuant to that certain *Purchase Agreement* (the "**Purchase Agreement**" and the sale transaction thereunder, the "**Sale Transaction**") dated as of July 15, 2026 by and between Husqvarna Business Support AB (the "**Buyer**"), and First Brands Group Holdings, LLC, Carter Carburetor Holdings, LLC, and WEM US Co. (collectively, the "**Sellers**") for an aggregate purchase price of $12 million in cash, and (b) granting related relief.

Copies of the Motion, the Purchase Agreement, and the Sale Order, as well as all exhibits thereto, and all other related documents filed with the Court, may be obtained free of charge at the website dedicated to the Debtors' chapter 11 cases maintained by their claims and noticing agent, Kroll Restructuring Administration LLC, located at https://restructuring.ra.kroll.com/firstbrands.

---

[1]     A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion or the Purchase Agreement (as defined herein), as applicable.

**Important Dates and Deadlines**

- **Sale Objection Deadline**. Written objections to the Sale Transaction (a "**Sale Objection**") must be (i) filed in accordance with the requirements set forth herein and in the Motion, (ii) filed with the Bankruptcy Court, and (iii) served on the Objection Notice Parties (as defined herein) so as to be received **on [●], 2026, at 4:00 p.m. (prevailing Central Time) (the "Sale Objection Deadline")** (in accordance with the Procedures for Complex Cases in the Southern District of Texas).

- **Sale Motion and Hearing**. A hearing to approve the Motion will be held before the Honorable Christopher Lopez, in the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Street., Courtroom 401, Houston, TX 77002 on **[●], 2026, at [●] [a.m./p.m.] (prevailing Central Time)** or such other date as determined by the Bankruptcy Court. You may participate in the hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510 and entering the conference code 590153. Video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

## Filing Objections

Written Sale Objections, if any, must (i) comply with the Bankruptcy Code, Bankruptcy Rules, and Bankruptcy Local Rules, (ii) state, with specificity, the legal and factual basis thereof, and, (iii) filed with the Bankruptcy Court by **[●], 2026, at 4:00 p.m. (prevailing Central Time)** (in accordance with the Procedures for Complex Cases in the Southern District of Texas) and served on the following parties: (a) First Brands Group, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114 (Attn: Chuck Moore (cmoore@alvarezandmarsal.com)); (b) counsel for the Debtors, Weil, Gotshal & Manges LLP, 700 Louisiana Street, Suite 3700, Houston, TX 77002 (Attn: Gabriel A. Morgan, Esq. (gabriel.morgan@weil.com) and Clifford W. Carlson, Esq. (clifford.carlson@weil.com)) and 767 Fifth Avenue, New York, NY 10153 (Attn: Matthew S. Barr, Esq. (matt.barr@weil.com), Sunny Singh, Esq. (sunny.singh@weil.com), Kevin Bostel, Esq. (kevin.bostel@weil.com), Andriana Georgallas, Esq. (andriana.georgallas@weil.com), Gavin Westerman, Esq. (gavin.westerman@weil.com), and Mariel E. Cruz, Esq. (mariel.cruz@weil.com)) and Katten Muchin Rosenman LLP, 50 Rockefeller Plaza, New York, NY 10020 (Attn: Cindi M. Giglio (cgiglio@katten.com) and Grace A. Thompson (grace.thompson@katten.com)); (c) counsel to the Ad Hoc Group, Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166 (Attn: Scott Greenberg, Esq. (SGreenberg@gibsondunn.com), AnnElyse Scarlett Gains, Esq. (AGains@gibsondunn.com) Christina Brown, Esq. (CBrown@gibsondunn.com), and Tommy Scheffer, Esq. (TScheffer@gibsondunn.com)); (d) counsel to the Creditors' Committee, Brown Rudnick LLP, 7 Times Square, New York, NY 10036, (Attn: Robert Stark, Esq. (RStark@brownrudnick.com), Bennett Silverberg, Esq. (BSilverberg@brownrudnick.com), and Tristan Axelrod, Esq. (TAxelrod@brownrudnick.com)); (e) the United States Trustee for the Southern District of Texas,

515 Rusk Street, Suite 3516, Houston, TX 77002 (Attn: Jayson Ruff, Esq.); (f) co-counsel to Silver Point Capital, L.P. and Onset Financial, Inc., Morrison & Foerster LLP, 250 West 55th Street New York, NY 10019 (Attn: James Newton, Esq. (jnewton@mofo.com) and Ben Butterfield, Esq. (bbutterfield@mofo.com)); (g) co-counsel to Silver Point Capital, L.P. and Onset Financial, Inc., Milbank LLP, 55 Hudson Yards, New York, NY 10001 (Attn: Dennis Dunne, Esq. (ddunne@milbank.com), Lisa Laukitis, Esq. (llaukitis@milbank.com), and Andrew Leblanc, Esq. (aleblanc@milbank.com)); (h) counsel to Bank of America, N.A., Norton Rose Fulbright US LLP, 2200 Ross Ave., Suite 3600 Dallas, TX 75201 (Attn: Toby Gerber, Esq. (toby.gerber@nortonrosefulbright.com) and Kristian Gluck, Esq. (kristian.gluck@nortonrosefulbright.com)) and Winston & Strawn, LLP, 35 West Wacker Drive Chicago, IL 60601 (Attn: Gregory Gartland Esq. (ggartland@winston.com) and Daniel J. McGuire, Esq. (dmcguire@winston.com)); (i) counsel to Buyer, 3900 Key Center, 127 Public Square, Cleveland, OH 44114 (Attn: Sean Gordon (sean.gordon@thompsonhine.com) and David Watson (david.watson@thompsonhine.com)) (collectively, the "**Objection Notice Parties**").

**THE FAILURE OF ANY PERSON OR ENTITY TO FILE AND SERVE AN OBJECTION IN ACCORDANCE WITH THE FOREGOING REQUIREMENTS OR THE REQUIREMENTS CONTAINED IN THE MOTION BY THE APPLICABLE SALE OBJECTION DEADLINE SHALL FOREVER BAR SUCH PERSON OR ENTITY FROM ASSERTING ANY OBJECTION TO THE MOTION, ANY ORDER APPROVING THE SALE TRANSACTION OR THE DEBTORS' CONSUMMATION OF THE SALE TRANSACTION.**

Dated: [●], 2026
    Houston, Texas

        */s/  [DRAFT]*
        KATTEN MUCHIN ROSENMAN LLP
        Cindi M. Giglio
        Grace A. Thompson
        50 Rockefeller Plaza
        New York, New York 10020-1605
        Telephone:  (212) 940-8800
        Facsimile:  (212) 940-8776
        Email: cgiglio@katten.com
              grace.thompson@katten.com


        *Attorneys for Debtors*
        *and Debtors in Possession*