**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*, | § | Case No. 25-90399 (CML) |
| Debtors.[1] | § | (Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES**

PLEASE TAKE NOTICE that Motorcar Parts of America, Inc. ("Motorcar") appears in this bankruptcy case and request notice of all hearings and conferences and makes a demand for service of all papers filed in this chapter 11 case, including all papers and notices pursuant to the Bankruptcy Code.  All notices given or required to be given in this case shall be given to and served upon the undersigned counsel at the following address and by email:

Jonathan R. Doolittle
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center 22nd Floor
San Francisco, CA 94111-5998
Tel: 415-983-1243
jonathan.doolittle@pillsburylaw.com

L. James Dickinson
Pillsbury Winthrop Shaw Pittman LLP
609 Main Street, Suite 200
Houston, Texas 77002
Tel: 713-276-7600
james.dickinson@pillsburylaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, the schedules, statement of financial affairs, any letter, ballot, plan, disclosure statement, any application, motion, complaint, objection, claim, demand, hearing, petition, pleading or request, discovery request, deposition notice, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone,

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

110538049.v1

telegraph, telex, or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court, or judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to this bankruptcy case and any proceeding related thereto.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed to be a waiver of the rights of Motorcar (i) to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) to trial by jury in any proceedings so triable in this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, setoffs, or recoupments to which Motorcar is or may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 16, 2026

**Pillsbury Winthrop Shaw Pittman LLP**

By: _/s/ L. James Dickinson_
Jonathan R. Doolittle
CA Bar No. 290638
Four Embarcadero Center, 22d Floor
San Francisco, CA 94111-5998
Telephone: 415-983-1243
jonathan.doolittle@pillsburylaw.com

- and -

L. James Dickinson
TX Bar No. 24105805
609 Main Street, Suite 2000
Houston, Texas 77002
Telephone: 713-276-7600
james.dickinson@pillsburylaw.com

***Counsel for Motorcar Parts of America, Inc.***

2

110538049.v1

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on July 16, 2026, a true and correct copy of this document was served via the Court's CM/ECF system on all counsel of record who are deemed to have consented to electronic service.

*/s/ L. James Dickinson*
L. James Dickinson

110538049.v1