**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § § | **Case No. 25-90399 (CML)** |
| **Debtors.**[*] | § § | **(Jointly Administered)** |
| | § § | **Re: Dkt. No. ____** |

**PROPOSED ORDER GRANTING LAM PARTIES'**
**EMERGENCY MOTION TO COMPEL PRODUCTION OF**
**DOCUMENTS AND INTERROGATORY RESPONSES FROM DEBTORS**

Upon consideration of the *Emergency Motion to Compel Production of Documents and Interrogatory Responses from Debtors* (the "**Motion**")[7] filed by the LAM Parties; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that notice of the Motion was appropriate under the circumstances and that no other notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion and at any proceedings before the Court with respect to the Motion establish just cause for the relief granted herein, IT IS HEREBY ORDERED THAT:

1.      The relief sought in the Motion is granted.

2.      The Debtors are compelled to produce documents responsive to the LAM Parties' discovery requests, including in particular (a) communications with the Ad Hoc Group or its

---

[*] A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these Chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[7] Capitalized terms used but not otherwise defined shall have the meanings set forth in the Motion.

representatives, and (b) documents and communications relating to the Special Committee's investigation, or provide a compliant privilege log identifying documents the Debtors are withholding from production.  The parties will meet and confer on the timing of production, which shall take place as soon as reasonably possible.

3.      In accordance with Federal Rule of Civil Procedure 33, the Debtors are compelled to respond to the *LAM Parties' First Set of Interrogatories in Connection with Plan Confirmation*, dated June 24, 2026.

4.      The Debtors and the LAM Parties will meet and confer, which shall take place as soon as reasonably possible, regarding an agreed form of order scheduling applicable remaining deadlines for confirmation of the Plan.

5.      Notwithstanding any stay that may be imposed by the Bankruptcy Rules or otherwise, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

6.      The LAM Parties and their professionals are authorized to take all actions necessary to effectuate the relief granted in this Order.

7.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: July ___, 2026
Houston, Texas

_____
**THE HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE**

2