**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re<br><br>FIRST BRANDS GROUP, LLC *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**ONSET FINANCIAL, INC.'S WITNESS AND EXHIBIT LIST
FOR HEARING ON JULY 20, 2026**

Onset Financial, Inc. ("Onset"), by and through its undersigned counsel, hereby files this witness and exhibit list in connection with the hearing to begin on July 20, 2026, at 9:00 a.m. (prevailing Central Time) (the "Hearing") before the Honorable Judge Christopher M. Lopez, United States Bankruptcy Judge, Courtroom 402, 515 Rusk Street, Houston, Texas 77002.

Onset reserves the right to amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing, to call any witness on any other party's witness list (regardless of whether that party removes that witness from its list), to call any witness necessary to authenticate documents (to the extent necessary), and to call any witness to provide rebuttal or impeachment testimony (as appropriate). Onset further reserves the right to ask the Court to take judicial notice of pleadings, transcripts, and/or documents filed in or in connection with the above-captioned cases, to offer rebuttal exhibits, and to modify, supplement, or amend this Witness and Exhibit List at any time prior to or during the Hearing. Onset reserves the right to use any exhibits presented by any other party and to introduce exhibits previously admitted. Designation of any

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands/. The Debtors' service address for these chapter 11 cases (the "Chapter 11 Cases") is 127 Public Square, Suite 5300, Cleveland, OH 44114.

exhibit below does not waive any objections Onset may have to any exhibit listed on any party's exhibit list or introduced at the Hearing.

## WITNESSES

1.  Nicholas Haughey, Managing Director at Alvarez & Marsal North America LLC;

2.  Matthew Uhrin, Director at Alvarez & Marsal North America LLC;

3.  Any witness listed or called by any other party;

4.  Any witness necessary to authenticate a document;

5.  Any witness necessary to rebut the testimony of any witnesses called or designated by any other party.

## EXHIBITS

| NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Motion of Debtors for an Order Extending Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code [Dkt. No. 1674] | | | | |
| 2. | Declaration of Charles M. Moore in Support of Emergency Motion of Debtors for Order (I) Approving Funding Arrangement with Certain OEM Customers; (II) Modifying the Automatic Stay; and (III) Granting Related Relief [Dkt. No. 1764] | | | | |
| 3. | Motion of Debtors for an Order Further Extending Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code [Dkt. No. 2522] | | | | |

2

| NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 4. | Onset Financial, Inc.'s Opposition to Motion of Debtors for an Order Further Extending Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code [Dkt. No. 2714] | | | | |
| 5. | Debtors' Reply in Support of Disclosure Statement Motion [Dkt. No. 2741] | | | | |
| 6. | Declaration of Charles M. Moore in Support of (I) the Proposed Confirmation Schedule and (II) the Debtors' Objection to United States Trustee's Motion to Convert or Dismiss Pursuant to 11 U.S.C. § 1112(b) [Dkt. No. 2911] | | | | |
| 7. | Transcript of Hearing on June 12, 2026 [Dkt. No. 3016] | | | | |
| 8. | Declaration of Nicholas Haughey in Support of Emergency Motion of Debtors for Order (I) Authorizing and Directing the United States Trustee to Appoint a Committee of Retired Employees and (II) Granting Related Relief [Dkt. No. 3018] | | | | |
| 9. | Chapter 11 Plan of Premier Marketing Group, LLC [Dkt. No. 2544] | | | | |
| 10. | Disclosure Statement for Chapter 11 Plan of Premier Marketing Group, LLC [Dkt. No. 2545] | | | | |
| 11. | Chapter 11 Plan of Premier Marketing Group, LLC [Dkt. No. 2678] | | | | |
| 12. | Notice of Filing Revised Chapter 11 Plan [Dkt. No. 2680] | | | | |
| 13. | Disclosure Statement for Chapter 11 Plan of Premier Marketing Group, LLC [Dkt. No. 2692] | | | | |

| NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 14. | Notice of Filing of Revised Disclosure Statement for Chapter 11 Plan of Premier Marketing Group, LLC [Dkt. No. 2694] | | | | |
| 15. | Chapter 11 Plan of Premier Marketing Group, LLC [Dkt. No. 2733] | | | | |
| 16. | Disclosure Statement for Chapter 11 Plan of Premier Marketing Group, LLC [Dkt. No. 2738] | | | | |
| 17. | Notice of Filing of Further Revised Chapter 11 Plan and Disclosure Statement of Premier Marketing Group, LLC [Dkt. No. 2740] | | | | |
| 18. | Chapter 11 Plan of Premier Marketing Group, LLC [Dkt. No. 2784] | | | | |
| 19. | Disclosure Statement of Chapter 11 Plan of Premier Marketing Group, LLC [Dkt. No. 2786] | | | | |
| 20. | Notice of Filing of Further Revised Chapter 11 Plan and Disclosure Statement of Premier Marketing Group, LLC [Dkt. No. 2788] | | | | |
| 21. | Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors [Dkt. No. 2907] | | | | |
| 22. | Disclosure Statement for Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors [Dkt. No. 2912] | | | | |
| 23. | Notice of Filing of Joint Chapter 11 Plan and Disclosure Statement of First Brands Group, LLC and Certain Affiliated Debtors [Dkt. No. 2913] | | | | |
| 24. | Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors [Dkt. No. 2981] | | | | |

| NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 25. | Disclosure Statement for Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors [Dkt. No. 2982] | | | | |
| 26. | Notice of Filing of Revised Joint Chapter 11 Plan and Disclosure Statement of First Brands Group, LLC and Certain Affiliated Debtors [Dkt. No. 2983] | | | | |
| 27. | Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors [Dkt. No. 3019] | | | | |
| 28. | Disclosure Statement for Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors [Dkt. No. 3020] | | | | |
| 29. | Notice of Filing of (I) Solicitation Versions of Chapter 11 Plan and Disclosure Statement and (II) Redlines [Dkt. No. 3021] | | | | |
| 30. | Complaint, *First Brands Group, LLC, et al. v. Patrick James, et al.,* No. 25-03803 (CML) (Bankr. S.D. Tex. Nov. 3, 2025) [Dkt. No. 17] | | | | |
| 31. | Complaint, *First Brands Group, LLC, et al. v. Onset Financial, Inc., et al.*, No. 25-90399 (CML) (Bankr. S.D. Tex. Jan. 9, 2026) [Dkt. No. 1255] | | | | |
| 32. | Onset's Notice of Deposition of the Debtors Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, dated June 22, 2026 | | | | |
| 33. | Notice of Deposition of Nicholas Haughey, dated June 22, 2026 | | | | |
| 34. | Onset's First Interrogatories in Connection with the Second Exclusivity Motion | | | | |
| 35. | Onset's First Requests to the Debtors for the Production of Documents in Connection with the Second Exclusivity Motion | | | | |

| NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 36. | Debtors' Responses and Objections to Onset Financial, Inc.'s First Set of Interrogatories in Connection with the Second Exclusivity Motion | | | | |
| 37. | Debtors' Amended and Supplemental Responses and Objections to Onset Financial, Inc.'s First Set of Interrogatories in Connection with the Second Exclusivity Motion | | | | |
| 38. | Debtors' Responses and Objections to Onset Financial, Inc.'s First Set of Requests for Production of Documents in Connection with the Second Exclusivity Motion | | | | |
| 39. | Estimated Collateral Maintenance, Asset Preservation, and Allocation of Estate Costs Incurred Related to Asserted Carnaby Inventory IV, LLC and Asserted Carnaby FA, LLC Collateral [**FILED UNDER SEAL**] | | | | |
| 40. | Email correspondence regarding "First Brands – Onset's Discovery Requests" between counsel for the Debtors and counsel for Onset from June 2, 2026 to June 20, 2026 | | | | |
| 41. | Transcript of Deposition of Nicholas Haughey on July 17, 2026 [**TO BE FILED**] | | | | |
| 42. | Email correspondence regarding "First Brands – Onset's Discovery Requests" between counsel for the Debtors and counsel for Onset from June 5, 2026 to June 29, 2026 | | | | |
| 43. | Onset's Notice of Deposition of the Debtors Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, dated June 12, 2026 | | | | |
| 44. | Transcript of Hearing on May 26, 2026 | | | | |
| 45. | Order Extending Exclusive Periods [Dkt. No. 1939] | | | | |

| NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 46. | Email correspondence regarding "FBG Exclusivity" between counsel for the Debtors and counsel for Onset from May 8, 2026 to May 15, 2026. | | | | |
| 47. | Notice of Deposition of Nicholas Haughey, dated July 13, 2026 | | | | |
| 48. | Onset's Notice of Deposition of the Debtors Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, dated July 13, 2026 | | | | |
| 49. | Declaration of Nicholas Haughey in Support of Emergency Motion of Debtors for Order (I) Authorizing Debtors to Modify Retiree Benefits and (II) Granting Related Relief [Dkt No. 3195] | | | | |
| | Any pleading or other document filed with the Court on the docket of the above-captioned Chapter 11 Cases | | | | |
| | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | | | | |
| | Any exhibit listed by any other party | | | | |

Dated:  July 16, 2026
      Houston, Texas

**MUNSCH HARDT KOPF & HARR, PC**

*/s/ Deborah M. Perry*
Deborah M. Perry
Texas Bar No. 24002755
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile:  (214) 855-7584
Email: dperry@munsch.com

-and-

**MORRISON & FOERSTER LLP**
Carrie H. Cohen (admitted *pro hac vice*)
James Newton (admitted *pro hac vice*)
Ben Butterfield (admitted *pro hac vice*)
Bryan Kotliar (admitted *pro hac vice*)
250 West 55th Street
New York, NY 10019
Email: ccohen@mofo.com
Email: jnewton@mofo.com
Email: bbutterfield@mofo.com
Email: bkotliar@mofo.com

-and-

**MORRISON & FOERSTER LLP**
Anthony S. Fiotto (admitted *pro hac vice*)
Julia C. Koch (admitted *pro hac vice*)
200 Clarendon Street
Boston, MA 02116
Email: afiotto@mofo.com
Email: jkoch@mofo.com

-and-

**MORRISON & FOERSTER LLP**
Brian R. Michael (admitted *pro hac vice*)
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Email: bmichael@mofo.com

-and-

**MILBANK LLP**
Dennis F. Dunne (*pro hac vice* granted)
Lisa Laukitis (*pro hac vice* granted
Jason Kestecher (*pro hac vice* granted)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530 5858
Facsimile:  (212) 530-5219
Email: ddunne@milbank.com
Email: llaukitis@milbank.com
Email: jkestecher@milbank.com

-and-

**MILBANK LLP**
Andrew M. Leblanc (*pro hac vice* granted)
Erin E. Dexter (*pro hac vice* granted)
1101 New York Avenue NW,
Washington, DC 20005
Telephone: (202) 835-7500
Facsimile:  (202) 263-7586
Email: aleblanc@milbank.com
Email: edexter@milbank.com

*Attorneys for Onset Financial, Inc.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed on this 16th day of July 2026, with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

/s/ *Deborah M. Perry*
Deborah M. Perry