**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | **Re:  Docket No. 3094** |

**CERTIFICATE OF NO OBJECTION**
**REGARDING SEVENTH NOTICE OF REJECTION OF CERTAIN UNEXPIRED**
**LEASES AND ABANDONMENT OF PROPERTY IN CONNECTION THEREWITH**

1.	On June 30, 2026, First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Seventh Notice of Rejection of Certain Unexpired Leases and Abandonment of Property in Connection Therewith* (Docket No. 3094) (the "**Rejection Notice**"), with a proposed order granting the relief requested in the Rejection Notice attached thereto as Exhibit A (the "**Proposed Order**").  Objections to the Rejection Notice were required to be filed and served on or prior to July 14, 2026 (the "**Objection Deadline**").

2.	In accordance with paragraph 44 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) the Objection Deadline has passed, (ii) the undersigned counsel is unaware of any objection to the Rejection Notice, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the Rejection Notice appears thereon.

---

[1]	A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

3.      Therefore, the Debtors respectfully request entry of the Proposed Order attached hereto as **Exhibit A**.


Dated:  July 16, 2026
          Houston, Texas

                                        /s/  Clifford W. Carlson
                                        WEIL, GOTSHAL & MANGES LLP
                                        Gabriel A. Morgan (24125891)
                                        Clifford W. Carlson (24090024)
                                        700 Louisiana Street, Suite 3700
                                        Houston, Texas 77002
                                        Telephone:  (713) 546-5000
                                        Facsimile:  (713) 224-9511
                                        Email:   gabriel.morgan@weil.com
                                                    clifford.carlson@weil.com

                                        -and-

                                        WEIL, GOTSHAL & MANGES LLP
                                        Matthew S. Barr (admitted *pro hac vice*)
                                        Sunny Singh (admitted *pro hac vice*)
                                        Andriana Georgallas (admitted *pro hac vice*)
                                        Kevin Bostel (admitted *pro hac vice*)
                                        Jason H. George (admitted *pro hac vice*)
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:  (212) 310-8007
                                        Email:   matt.barr@weil.com
                                                    sunny.singh@weil.com
                                                    andriana.georgallas@weil.com
                                                    kevin.bostel@weil.com
                                                    jason.george@weil.com

                                        *Attorneys for Debtors*
                                        *and Debtors in Possession*

2

**<u>Certificate of Service</u>**

I hereby certify that on July 16, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

_/s/  Clifford W. Carlson_
Clifford W. Carlson