**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| FIRST BRANDS GROUP, LLC, *et al*., | § | Case No. 25-90399 (CML) |
| | § | |
| Debtors.[1] | § | Jointly Administered |
| | § | |

**REQUEST FOR STATUS CONFERENCE
REGARDING EMERGENCY MOTION OF EVOLUTION
CREDIT PARTNERS TO COMPEL SEGREGATION AND
TURNOVER OF POST-PETITION ACCOUNTS RECEIVABLE COLLECTED**

Evolution Credit Opportunity Master Fund II-B, L.P. (the "Evolution Inventory Lender" and, together with its affiliated lending entities, Evolution Credit Partners Trade Finance Master, L.P., Evolution Credit Opportunity Master Fund III-B, LP, and certain other Evolution affiliated funds, collectively, "Evolution"), hereby respectfully request the following:

1.      On July 8, 2026, Evolution filed the *Emergency Motion of Evolution Credit Partners to Compel Segregation and Turnover of Post-Petition Accounts Receivable Collected* [Docket No. 3144] (the "Motion").

2.      Evolution filed the Motion on an emergency basis and respectfully requested consideration on or before July 15, 2026.  On July 15, 2026, responses to the Motion were filed by the ad hoc group of term loan lenders [Docket No. 3208] and the Bank of America, N.A. as agent for the ABL Secured Parties [Docket No. 3209].  A hearing has not been set on the Motion.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

4903-4845-9709

Accordingly, Evolution now respectfully requests that the Court set a status conference to address scheduling a hearing for the Motion and the responses submitted.

Respectfully submitted this 16th day of July 2026.

**GRAY REED**

By: */s/ Jason S. Brookner*
    Jason S. Brookner
    Texas Bar No. 24033684
    Emily F. Shanks
    Texas Bar No. 24110350
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:  (713) 986-7000
Facsimile:  (713) 986-7100
Email:      jbrookner@grayreed.com
           eshanks@grayreed.com

- and -

**PROSKAUER ROSE LLP**
    Vincent Indelicato (admitted *pro hac vice*)
    Matthew R. Koch (admitted *pro hac vice*)
Eleven Times Square
New York, NY 10036-8299
Telephone:  (212) 969-3000
Facsimile:  (212) 969-2900
Email:      vindelicato@proskauer.com
           mkoch@proskauer.com

- and -

    Charles A. Dale (admitted *pro hac vice*)
One International Plaza
Boston, MA 02110-2600
Telephone:  (617) 526-9600
Email:      cdale@proskauer.com

- and -

    Jordan E. Sazant (admitted *pro hac vice*)
70 W Madison St, Suite 3800
Chicago, IL 60602
Email:      jsazant@proskauer.com

*Counsel to the Evolution Inventory Lender*

2

3

### <u>Certificate of Service</u>

I certify that on July 16, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jason S. Brookner*
Jason S. Brookner