United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 16, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, _et al._,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**STIPULATION AUTHORIZING DEEMED FILING OF CLAIMS BY LAM TFG
AND ALLOWING CLAIMS OF LAM TFG SOLELY FOR VOTING PURPOSES**

This Stipulation (this "**Stipulation**") is entered into by and among First Brands Group Holdings, LLC, its direct and indirect Debtor subsidiaries, and Viceroy Private Capital, LLC (as more specifically identified on **Exhibits A** and **B** hereto, collectively, the "**FBG Debtors**"), and LAM Trade Finance Group LLC ("**LAM TFG**") and LAM TFG I SPV LLC ("**LAM SPV**" and, together with the FBG Debtors, the "**Parties**").[2]  The Parties hereby stipulate as follows:

**RECITALS**

A.    In September 2025, First Brands Group, LLC and its debtor affiliates (collectively, the "**Debtors**") commenced voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**").

B.    As of this filing, no deadline or bar date for the filing of Proofs of Claim against the FBG Debtors has been established in the Chapter 11 Cases.

C.    On January 20, 2026, the FBG Debtors identified on **Exhibit A**, scheduled a

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]    Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to them in the Further Revised Joint Plan (as such term is defined below).

disputed, contingent, liability of $714,624,562.00 related to a master receivable purchase agreement ("**MRPA**") between the Parties. *See, e.g., Schedule of Assets and Liabilities of First Brands Group, LLC* (Docket No. 1411).

D.      On May 18, 2026, LAM TFG filed Proofs of Claim against: First Brands Group, LLC (Claim 2294), CWD, LLC (Claim 2310), Trico Products Corporation (Claim 2295), Carter Fuel Systems, LLC (Claim 2298), ASC Industries, Inc. (Claim 2299), FRAM Group Operations LLC (Claim 2304), Brake Parts Inc LLC (Claim 2302), Champion Laboratories, Inc. (Claim 2305), Qualis Automotive, L.L.C. (Claim 2308), and Pylon Manufacturing Corp. (Claim 2307) (collectively, the "**LAM POCs**"), each in the amount of $884,870,278.23 relating to asserted obligations under the MRPA.

E.      On May 18, 2026, LAM SPV filed Proofs of Claim against: First Brands Group, LLC (Claim 2291), CWD, LLC (Claim 2293), Trico Products Corporation (Claim 2296), Carter Fuel Systems, LLC (Claim 2297), ASC Industries, Inc. (Claim 2300), FRAM Group Operations LLC (Claim 2301), Brake Parts Inc LLC (Claim 2303), Champion Laboratories, Inc. (Claim 2306), Qualis Automotive, L.L.C. (Claim 2309), and Pylon Manufacturing Corp. (Claim 2311) (collectively, the "**LAM SPV POCs**"), each in the amount of $884,870,278.23 relating to asserted obligations under the MRPA.

F.      On June 5, 2026, the FBG Debtors filed the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* (Docket No. 2907) (the "**Joint Plan**") and the *Disclosure Statement for Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* (Docket No. 2912) (the "**Disclosure Statement**").

G.      On June 6, 2026, the FBG Debtors filed an emergency motion seeking conditional approval of the Disclosure Statement (Docket No. 2914) (the "**Disclosure Statement Motion**"),

which requested, among other things, that a hearing to consider conditional approval of the Disclosure Statement take place on June 12, 2026 (the "**Disclosure Statement Hearing**").

H.      On June 12, 2026, the FBG Debtors filed the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* (Docket No. 2981) (the "**Revised Joint Plan**") and the *Disclosure Statement for Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* (Docket No. 2982) (the "**Revised Disclosure Statement**").

I.      On June 12, 2026, the Bankruptcy Court entered an order conditionally approving the Revised Disclosure Statement (Docket No. 2990) (the "**Disclosure Statement Order**"), which attached procedures for solicitation and voting as Exhibit 2 thereto (the "**Solicitation and Voting Procedures**").

J.      On June 16, 2026, and June 17, 2026, respectively, the FBG Debtors filed the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* (Docket No. 3019) (as may be amended, supplemented, or otherwise modified from time to time, the "**Further Revised Joint Plan**") and the *Disclosure Statement for Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* (Docket No. 3020) (as may be amended, supplemented, or otherwise modified from time to time, the "**Further Revised Disclosure Statement**").

K.      Under the Solicitation and Voting Procedures if the amount set forth on a submitted Proof of Claim filed against the FBG Debtors is wholly unliquidated, contingent, and/or disputed (as determined on the face of the Claim or based on reasonable review by the FBG Debtors and/or the Voting Agent), then the Claim shall be temporarily Allowed for voting purposes in the amount of $1.00.  Solicitation and Voting Procedures § D.  The FBG Debtors determined that the amounts set forth in the LAM POCs and LAM SPV POCs were wholly unliquidated, contingent, and/or

3

disputed on the face of the LAM POCs.  Accordingly, the Voting Agent mailed LAM TFG and LAM SPV $1 Ballots on account of the LAM POCs and LAM SPV POCs.

L. The Solicitation and Voting Procedures also state that "[i]f the Debtors and the holder of a Claim in a Voting Class reach an agreement regarding the amount of a Claim for voting purposes, the Voting Agent will tabulate the Claim in accordance with such agreement." Solicitation and Voting Procedures § G.

**IT IS HEREBY STIPULATED AND ORDERED THAT**

1. The Parties hereby agree that solely for purposes of voting to accept or reject the Further Revised Joint Plan, LAM TFG shall have (i) an allowed General Unsecured Claim in the amount of $714,624,562.00 as against each of the FBG Debtors specified on **Exhibit A** attached hereto, and (ii) an allowed General Unsecured Claim in the amount of $1.00 as against each of the FBG Debtors specified on **Exhibit B** hereto, in each case, without the need to file any further or additional Proof(s) of Claim in any of the Chapter 11 Cases of the FBG Debtors, which shall be treated as a joint Claim with that of LAM SPV.  LAM TFG and LAM SPV shall not have any other allowed claims for voting purposes.

2. The Parties further agree that, for purposes of voting to accept or reject the Further Revised Joint Plan, LAM TFG shall be entitled to cast one Ballot to vote the Claims set forth in Paragraph 1 of this Stipulation for its vote as to each and every FBG Debtor on **Exhibits A** and **B** attached hereto (the "**Aggregate Ballot**") as a joint ballot on behalf of itself and LAM SPV.  The Ballots previously mailed to LAM TFG on account of the LAM POCs and LAM SPV on account of the LAM SPV POCs are hereby deemed null and void and will not be accepted or tabulated by the Voting Agent.  The Aggregate Ballot shall be the sole Ballot accepted on behalf of the LAM POCs and LAM SPV POCs.  For the avoidance of doubt, the Aggregate Ballot shall be treated and tabulated as a single ballot, and the Claims set forth in Paragraph 1 shall be counted only once in

4

the applicable amounts, and against the applicable FBG Debtor for both LAM TFG and LAM SPV.

3.      For the avoidance of doubt, nothing in this Stipulation and Agreed Order shall limit or otherwise prejudice the FBG Debtors' rights to object to, contest, subordinate, reclassify, or otherwise challenge any of the Claims asserted by LAM TFG or LAM SPV, including, without limitation, those Claims asserted in the LAM POCs or LAM SPV POCs, for any and all purposes other than voting, including, without limitation, with respect to the ultimate allowance, amount, priority, classification, secured or unsecured status, and treatment of such Claims. The FBG Debtors expressly reserve all rights, claims, defenses, arguments, and causes of action with respect to the Claims.

4.      Except for the agreements and stipulations expressly set forth herein, nothing in this Stipulation shall constitute or be deemed to constitute a waiver, limitation, or impairment of the Parties' respective rights or defenses concerning the Claims asserted in the LAM POCs and LAM SPV POCs, all of which are expressly preserved and reserved.

5.      Except to the extent expressly set forth herein, nothing contained in this Stipulation shall be construed as limiting any of the Parties' rights, remedies, and interests under the Bankruptcy Code or applicable law.

6.      This Stipulation is without prejudice to any party's right to seek further relief from the Bankruptcy Court.

7.      This Stipulation shall not be modified, altered, amended, or vacated without the written consent of each of the Parties or by further order of the Bankruptcy Court.

8.      The Bankruptcy Court shall retain exclusive jurisdiction to hear any matters or

5

disputes arising from or relating to this Stipulation.

**IT IS SO ORDERED**.

Signed:  July 16, 2026

Christopher Lopez
United States Bankruptcy Judge

**STIPULATED AND AGREED TO BY**:

Dated: July 15, 2026

 /s/  Clifford W. Carlson
**WEIL, GOTSHAL & MANGES LLP**
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Email: Gabriel.Morgan@weil.com
        Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason H. George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  matt.barr@weil.com
        sunny.singh@weil.com
        andriana.georgallas@weil.com
        kevin.bostel@weil.com
        jason.george@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

 /s/  Michael H. Cassel
**WACHTELL, LIPTON, ROSEN & KATZ**

Emil A. Kleinhaus (admitted *pro hac vice*)
Michael H. Cassel (admitted *pro hac vice*)
Angela K. Herring (admitted *pro hac vice*)
51 West 52nd Street (admitted *pro hac vice*)
New York, NY 10019
Tel.: 212.403.1000700
Email: eakleinhaus@wlrk.com
        mhcassel@wlrk.com
        akherring@wlrk.com

*Counsel to LAM Parties*

**Exhibit A**

| No. | Debtor Name | Case Number |
|---|---|---|
| 1. | First Brands Group, LLC | 25-90399 (CML) |
| 2. | ASC Industries, Inc. | 25-90408 (CML) |
| 3. | Brake Parts Inc LLC | 25-90477 (CML) |
| 4. | Carter Fuel Systems, LLC | 25-90422 (CML) |
| 5. | Champion Laboratories, Inc. | 25-90445 (CML) |
| 6. | FRAM Group Operations LLC | 25-90403 (CML) |
| 7. | Trico Products Corporation | 25-90472 (CML) |
| 8. | CWD, LLC | 25-90465 (CML) |
| 9. | Pylon Manufacturing Corp. | 25-90461 (CML) |
| 10. | Qualis Automotive, L.L.C. | 25-90463 (CML) |

## **Exhibit B**

| No. | Debtor Name | Case Number |
|---|---|---|
| 1. | Trico Technologies Corporation | 25-90396 (CML) |
| 2. | First Brands Group Holdings, LLC | 25-90397 (CML) |
| 3. | First Brands Group Intermediate, LLC | 25-90398 (CML) |
| 4. | Viceroy Private Capital, LLC | 25-90400 (CML) |
| 5. | FRAMAuto Holdings, LLC | 25-90401 (CML) |
| 6. | FRAM Group IP LLC | 25-90404 (CML) |
| 7. | Jasper Acquisition Corp. | 25-90405 (CML) |
| 8. | Jasper Rubber Products, Inc. | 25-90406 (CML) |
| 9. | Specialty Pumps Group, Inc. | 25-90407 (CML) |
| 10. | Heatherton Holdings, LLC | 25-90409 (CML) |
| 11. | PHNX Acquisition Corp. | 25-90410 (CML) |
| 12. | Premier Marketing Group, LLC | 25-90420 (CML) |
| 13. | AVM Export, Inc. | 25-90421 (CML) |
| 14. | Carter Fuel Export, Inc. | 25-90423 (CML) |
| 15. | UCI Acquisition Holdings (No. 4) LLC | 25-90426 (CML) |
| 16. | Dalton Corporation, Stryker Machining Facility Co. | 25-90428 (CML) |
| 17. | UCI-Airtex Holdings, Inc. | 25-90431 (CML) |
| 18. | Dalton Corporation, Ashland Manufacturing Facility | 25-90433 (CML) |
| 19. | Airtex Industries, LLC | 25-90434 (CML) |
| 20. | KTRI Holdings, Inc. | 25-90436 (CML) |
| 21. | Viper Acquisition, Inc. | 25-90437 (CML) |
| 22. | Viper Acquisition I, Inc. | 25-90438 (CML) |
| 23. | Airtex Products, LP | 25-90440 (CML) |
| 24. | Qualitor Acquisition Inc. | 25-90441 (CML) |
| 25. | UCI Pennsylvania, Inc. | 25-90442 (CML) |
| 26. | Qualitor, Inc. | 25-90443 (CML) |
| 27. | TAE Brakes, LLC | 25-90446 (CML) |
| 28. | Transportation Aftermarket Enterprise, LLC | 25-90447 (CML) |
| 29. | APC Parent, LLC | 25-90448 (CML) |
| 30. | Universal Auto Filter LLC | 25-90449 (CML) |
| 31. | TAE China Holdings, Inc. | 25-90450 (CML) |
| 32. | International Brake Industries, Inc. | 25-90451 (CML) |
| 33. | APC Intermediate Holdings, LLC | 25-90452 (CML) |
| 34. | Qualitor Subsidiary H, Inc. | 25-90453 (CML) |
| 35. | CWD Intermediate Holdings I, LLC | 25-90454 (CML) |
| 36. | Qualitor Subsidiary S, Inc. | 25-90455 (CML) |
| 37. | Fuel Filter Technologies, Inc. | 25-90456 (CML) |
| 38. | IBI International Holding Company, Inc. | 25-90457 (CML) |
| 39. | CWD Intermediate Holdings II, LLC | 25-90458 (CML) |
| 40. | Longman Enterprises, Inc. | 25-90459 (CML) |
| 41. | CWD Holding, LLC | 25-90462 (CML) |
| 42. | Qualitor Automotive, LLC | 25-90463 (CML) |
| 43. | Pylon South Bend, Inc. | 25-90467 (CML) |
| 44. | Qualis Enterprises, LLC | 25-90469 (CML) |
| 45. | KTRI Offshore Holdings, LLC | 25-90470 (CML) |
| 46. | BPI Acquisition Company, LLC | 25-90471 (CML) |
| 47. | Trico Holding Corporation | 25-90476 (CML) |
| 48. | Toledo Molding & Die, LLC | 25-90478 (CML) |
| 49. | UCI International Holdings Parent Inc. | 25-90479 (CML) |
| 50. | BPI EC, LLC | 25-90480 (CML) |

2

| No. | Debtor Name | Case Number |
|---|---|---|
| 51. | Dalton Corporation, Kendallville Manufacturing Facility | 25-90481 (CML) |
| 52. | Dalton Corporation, Warsaw Manufacturing Facility | 25-90482 (CML) |
| 53. | UCI International Holdings, Inc. | 25-90483 (CML) |
| 54. | Brake Parts Inc India LLC | 25-90484 (CML) |
| 55. | UCI International, LLC | 25-90485 (CML) |
| 56. | BPI Holdings International, LLC | 25-90486 (CML) |
| 57. | United Components, LLC | 25-90487 (CML) |
| 58. | Brake Parts Inc China LLC | 25-90488 (CML) |
| 59. | Eagle Machining, LLC | 25-90489 (CML) |
| 60. | Eagle Casting, LLC | 25-90491 (CML) |
| 61. | Dalton Corporation | 25-90492 (CML) |
| 62. | Autolite Operations LLC | 25-90402 (CML) |
| 63. | Strongarm, LLC | 25-90419 (CML) |
| 64. | Horizon Global Corporation | 25-90414 (CML) |
| 65. | Horizon Global Company LLC | 25-90415 (CML) |
| 66. | Horizon Global Americas Inc. | 25-90416 (CML) |
| 67. | Horizon International Holdings LLC | 25-90417 (CML) |
| 68. | Horizon Euro Finance LLC | 25-90418 (CML) |
| 69. | Cardone Industries, Inc. | 25-90493 (CML) |
| 70. | Carrand Companies, Inc. | 25-90413 (CML) |
| 71. | Carter Carburetor Holdings, LLC | 25-90424 (CML) |
| 72. | Carter Carburetor, LLC | 25-90432 (CML) |
| 73. | Global Reman Ventures, LLC | 25-90444 (CML) |
| 74. | Hopkins Acquisition, Inc. | 25-90411 (CML) |
| 75. | Hopkins Manufacturing Corporation | 25-90412 (CML) |
| 76. | Reman Management International LLC | 25-90429 (CML) |
| 77. | SDC TX, LLC | 25-90494 (CML) |
| 78. | Smart Choice, LLC | 25-90435 (CML) |
| 79. | Tridonex USA LLC | 25-90439 (CML) |
| 80. | Walbro LLC | 25-90430 (CML) |
| 81. | Walbro Midco LLC | 25-90425 (CML) |
| 82. | WEM US Co. | 25-90427 (CML) |