UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 25 90399 |
|---|---|---|---|
| | Debtor | In Re: First Brands Group, LLC and WEM US Co. | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Allison E. Yager<br>Katten Muchin Rosenman LLP<br>525 West Monroe Street<br>Chicago, IL 60661<br>312-902-5519; Email: allison.yager@katten.com<br>IL - 6317643 |
|---|---|

| Name of party applicant seeks to appear for: | First Brands Group, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✔__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/16/2026 | Signed: /s/ Allison E. Yager |
|---|---|

The state bar reports that the applicant's status is:

Dated: | Clerk's signature:

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____

United States Bankruptcy Judge