# EXHIBIT 2

| From: | Chesky, Allie |
|---|---|
| To: | Lorente Sorolla, Juan; O"Brien, Elliott; Dunne, Dennis; Blazek, Hannah; Leblanc, Andrew; Laukitis, Lisa; Dexter, Erin; Kestecher, Jason |
| Cc: | Carlson, Clifford; Berezin, Robert; Singh, Sunny; Bostel, Kevin; Calabrese, Christine; Aquila, Elaina; Ferrier, Kyle; Bascoy, Alejandro; Jones, Taylor; Findlay, Loren; Winograd, Joshua; Nicholson, Tansy; Michael, Brian R.; Cohen, Carrie H.; Kotliar, Bryan; Fiotto, Anthony S.; Butterfield, Benjamin W.; Koch, Julia; Newton, James A.; MoFo_FBG; #First Brands_SPC; #FirstBrandsLit; dperry@munsch.com |
| Subject: | RE: First Brands - Onset"s Discovery Requests |
| Date: | Monday, July 13, 2026 2:07:37 PM |
| Attachments: | 2026.07.13 - Notice to Nicholas Haughey.pdf |
| | 2026.07.13 - Rule 30b6 Notice re Debtors Mtn to Extend Exclus.pdf |

Counsel,

Please find attached a re-set 30(b)(6) deposition notice and a re-set deposition notice for Nicholas Haughey in his personal capacity, both for July 17, 2026 at 1 p.m. ET.

Thank you.

Allie Chesky | Milbank | Associate
Pronouns: she/her/hers
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7553
achesky@milbank.com | milbank.com

---

**From:** Chesky, Allie
**Sent:** Tuesday, July 7, 2026 9:24 AM
**To:** Lorente Sorolla, Juan <Juan.LorenteSorolla@weil.com>; O'Brien, Elliott <eobrien@milbank.com>; Dunne, Dennis <DDunne@milbank.com>; Blazek, Hannah <hblazek@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Laukitis, Lisa <llaukitis@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Kestecher, Jason <jkestecher@milbank.com>
**Cc:** Carlson, Clifford <Clifford.Carlson@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Singh, Sunny <sunny.singh@weil.com>; Bostel, Kevin <Kevin.Bostel@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Aquila, Elaina <Elaina.Aquila@weil.com>; Ferrier, Kyle <Kyle.Ferrier@weil.com>; Bascoy, Alejandro <Alejandro.Bascoy@weil.com>; Jones, Taylor <Taylor.Jones@weil.com>; Findlay, Loren <Loren.Findlay@weil.com>; Winograd, Joshua <Joshua.Winograd@weil.com>; Nicholson, Tansy <Tansy.Nicholson@weil.com>; Michael, Brian R. <BMichael@mofo.com>; Cohen, Carrie H. <CCohen@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Butterfield, Benjamin W. <BButterfield@mofo.com>; Koch, Julia <JKoch@mofo.com>; Newton, James A. <JNewton@mofo.com>; MoFo_FBG <MoFo_FBG@mofo.com>; #First Brands_SPC <FirstBrands_SPC@milbank.com>; #FirstBrandsLit <FirstBrandsLit@milbank.com>; dperry@munsch.com
**Subject:** RE: First Brands - Onset's Discovery Requests

Counsel,

Please find attached a re-set 30(b)(6) deposition notice and a re-set deposition notice for Nicholas Haughey in his personal capacity, both for July 13, 2026 at 3 p.m. ET.

Thank you.

Allie Chesky | Milbank | Associate
Pronouns: she/her/hers
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7553
achesky@milbank.com | milbank.com

---

**From:** Chesky, Allie
**Sent:** Monday, June 22, 2026 2:27 PM
**To:** Lorente Sorolla, Juan <Juan.LorenteSorolla@weil.com>; O'Brien, Elliott <eobrien@milbank.com>; Dunne, Dennis <DDunne@milbank.com>; Blazek, Hannah <hblazek@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Laukitis, Lisa <llaukitis@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Kestecher, Jason <jkestecher@milbank.com>
**Cc:** Carlson, Clifford <Clifford.Carlson@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Singh, Sunny <sunny.singh@weil.com>; Bostel, Kevin <Kevin.Bostel@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Aquila, Elaina <Elaina.Aquila@weil.com>; Ferrier, Kyle <Kyle.Ferrier@weil.com>; Bascoy, Alejandro <Alejandro.Bascoy@weil.com>; Jones, Taylor <Taylor.Jones@weil.com>; Findlay, Loren <Loren.Findlay@weil.com>; Winograd, Joshua <Joshua.Winograd@weil.com>; Nicholson, Tansy <Tansy.Nicholson@weil.com>; Michael, Brian R. <BMichael@mofo.com>; Cohen, Carrie H. <CCohen@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Butterfield, Benjamin W. <BButterfield@mofo.com>; Koch, Julia <JKoch@mofo.com>; Newton, James A. <JNewton@mofo.com>; MoFo_FBG <MoFo_FBG@mofo.com>; #First Brands_SPC <FirstBrands_SPC@milbank.com>; #FirstBrandsLit <FirstBrandsLit@milbank.com>; dperry@munsch.com
**Subject:** RE: First Brands - Onset's Discovery Requests

Counsel,

Please find attached a re-set 30(b)(6) deposition notice and a re-set deposition notice for Nicholas Haughey in his personal capacity, both for July 7, 2026 at 2 p.m. ET.

Thank you.

Allie Chesky | Milbank | Associate
Pronouns: she/her/hers
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7553
achesky@milbank.com | milbank.com

**From:** Lorente Sorolla, Juan <Juan.LorenteSorolla@weil.com>
**Sent:** Monday, June 22, 2026 1:51 PM
**To:** Chesky, Allie <achesky@milbank.com>; O'Brien, Elliott <eobrien@milbank.com>; Dunne, Dennis <DDunne@milbank.com>; Blazek, Hannah <hblazek@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Laukitis, Lisa <llaukitis@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Kestecher, Jason <jkestecher@milbank.com>
**Cc:** Carlson, Clifford <Clifford.Carlson@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Singh, Sunny <sunny.singh@weil.com>; Bostel, Kevin <Kevin.Bostel@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Aquila, Elaina <Elaina.Aquila@weil.com>; Ferrier, Kyle <Kyle.Ferrier@weil.com>; Bascoy, Alejandro <Alejandro.Bascoy@weil.com>; Jones, Taylor <Taylor.Jones@weil.com>; Findlay, Loren <Loren.Findlay@weil.com>; Winograd, Joshua <Joshua.Winograd@weil.com>; Nicholson, Tansy <Tansy.Nicholson@weil.com>; Michael, Brian R. <BMichael@mofo.com>; Cohen, Carrie H. <CCohen@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Butterfield, Benjamin W. <BButterfield@mofo.com>; Koch, Julia <JKoch@mofo.com>; Newton, James A. <JNewton@mofo.com>; MoFo_FBG <MoFo_FBG@mofo.com>; #First Brands_SPC <FirstBrands_SPC@milbank.com>; #FirstBrandsLit <FirstBrandsLit@milbank.com>; dperry@munsch.com
**Subject:** [EXT] RE: First Brands - Onset's Discovery Requests

Counsel,

Further to the Debtors' Amended and Supplemental Responses and Objections to Onset's First Set of Interrogatories, served June 20, the Debtors are producing the summary of the Carnaby Debtors' estimated administrative expense claims that the Debtors identified, pursuant to Federal Rule of Civil Procedure 33(d), in their responses to Interrogatory Nos. 1 and 5.  This is the Debtors' fourteenth production to Onset.

The document is available for download via the CloudShare link that you will receive in a separate email.  The Bates range for the production and the password to access the zip file are below:

- Production:  FBGH014
- Bates range:  FBGH00109753 - FBGH00109754
- Password:  0WRBO9hW8zW1JkBuV864UxiD

The production is designated Highly Confidential under the Protective Order [ECF No. 408].

Best regards,

Juan

**Juan Lorente Sorolla**
**Weil, Gotshal & Manges LLP**
Office: +1 650 802 3009
Cell: +1 917 745 2905

---

**From:** Lorente Sorolla, Juan
**Sent:** Saturday, June 20, 2026 4:40 PM
**To:** 'Chesky, Allie' <achesky@milbank.com>; O'Brien, Elliott <eobrien@milbank.com>; Dunne, Dennis <DDunne@milbank.com>; Blazek, Hannah <hblazek@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Laukitis, Lisa <llaukitis@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Kestecher, Jason <jkestecher@milbank.com>
**Cc:** Carlson, Clifford <Clifford.Carlson@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Singh, Sunny <sunny.singh@weil.com>; Bostel, Kevin <Kevin.Bostel@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Aquila, Elaina <Elaina.Aquila@weil.com>; Ferrier, Kyle <Kyle.Ferrier@weil.com>; Bascoy, Alejandro <Alejandro.Bascoy@weil.com>; Jones, Taylor <Taylor.Jones@weil.com>; Findlay, Loren <Loren.Findlay@weil.com>; Winograd, Joshua <Joshua.Winograd@weil.com>; Nicholson, Tansy <Tansy.Nicholson@weil.com>; Michael, Brian R. <BMichael@mofo.com>; Cohen, Carrie H. <CCohen@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Butterfield, Benjamin W. <BButterfield@mofo.com>; Koch, Julia <JKoch@mofo.com>; Newton, James A. <JNewton@mofo.com>; MoFo_FBG <MoFo_FBG@mofo.com>; #First Brands_SPC <FirstBrands_SPC@milbank.com>; #FirstBrandsLit <FirstBrandsLit@milbank.com>; dperry@munsch.com
**Subject:** RE: First Brands - Onset's Discovery Requests

Counsel,

On behalf of the Debtors, Weil, Gotshal & Manges LLP hereby provides, pursuant to the governing Protective Order [ECF No. 408], Debtors' Amended and Supplemental Responses and Objections to Onset Financial, Inc.'s First Set of Interrogatories in Connection with the Second Exclusivity Motion (attached).

The Debtors are also providing, with this email, the summary referenced in the Debtors' responses to Interrogatory Nos. 1 and 5. The Debtors will produce that summary formally, at which time it will be identified by Bates number. The summary is designated HIGHLY CONFIDENTIAL under the Protective Order.

The summary reflects the Debtors' own information. Other than that summary, to the extent these Interrogatories seek Mediation Information as defined in the Court's mediation orders [ECF Nos. 1822 and 2186], the Debtors withhold such information as strictly

confidential and not discoverable under those orders and Rule 408, and without waiver of any applicable privilege.

The Debtors expressly reserve all rights, including to supplement pursuant to Federal Rule of Civil Procedure 26 as their analysis is finalized.

Please let us know if you have any questions.

Sincerely,
Juan

**Juan Lorente Sorolla**
**Weil, Gotshal & Manges LLP**
Office: +1 650 802 3009
Cell: +1 917 745 2905

---

**From:** Chesky, Allie <achesky@milbank.com>
**Sent:** Friday, June 19, 2026 12:27 PM
**To:** Aquila, Elaina <Elaina.Aquila@weil.com>; O'Brien, Elliott <eobrien@milbank.com>; Carlson, Clifford <Clifford.Carlson@weil.com>; Lorente Sorolla, Juan <Juan.LorenteSorolla@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Singh, Sunny <sunny.singh@weil.com>; Bostel, Kevin <Kevin.Bostel@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Ferrier, Kyle <Kyle.Ferrier@weil.com>; Bascoy, Alejandro <Alejandro.Bascoy@weil.com>; Jones, Taylor <Taylor.Jones@weil.com>; Findlay, Loren <Loren.Findlay@weil.com>; Winograd, Joshua <Joshua.Winograd@weil.com>; Nicholson, Tansy <Tansy.Nicholson@weil.com>
**Cc:** Dunne, Dennis <DDunne@milbank.com>; Blazek, Hannah <hblazek@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Laukitis, Lisa <llaukitis@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Kestecher, Jason <jkestecher@milbank.com>; Michael, Brian R. <BMichael@mofo.com>; Cohen, Carrie H. <CCohen@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Butterfield, Benjamin W. <BButterfield@mofo.com>; Koch, Julia <JKoch@mofo.com>; Newton, James A. <JNewton@mofo.com>; MoFo_FBG <MoFo_FBG@mofo.com>; #First Brands_SPC <FirstBrands_SPC@milbank.com>; #FirstBrandsLit <FirstBrandsLit@milbank.com>; dperry@munsch.com
**Subject:** RE: First Brands - Onset's Discovery Requests

Elaina,

Please find attached a revised 30(b)(6) notice setting the time at 2pm ET on Monday.  As previewed, a notice of deposition of Mr. Haughey in his individual capacity for the same date and time is also attached.

Regarding Onset's document requests: can you confirm whether the Debtors' productions in response to Onset Financial, Inc.'s First Set of Requests for Production of Documents in Connection with the Second Exclusivity Motion are complete?  In particular, please confirm (1) whether the Debtors intend to produce documents in response to Request No. 5, (2) whether the Debtors are withholding documents responsive to Request No. 5, and (3) if so, please provide the basis for withholding those documents.

Thank you.

Allie Chesky | Milbank | Associate
Pronouns: she/her/hers
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7553
achesky@milbank.com | milbank.com

---

**From:** Aquila, Elaina <Elaina.Aquila@weil.com>
**Sent:** Wednesday, June 17, 2026 5:21 PM
**To:** O'Brien, Elliott <eobrien@milbank.com>; Carlson, Clifford <Clifford.Carlson@weil.com>; Lorente Sorolla, Juan <Juan.LorenteSorolla@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Singh, Sunny <sunny.singh@weil.com>; Bostel, Kevin <Kevin.Bostel@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Ferrier, Kyle <Kyle.Ferrier@weil.com>; Bascoy, Alejandro <Alejandro.Bascoy@weil.com>; Jones, Taylor <Taylor.Jones@weil.com>; Findlay, Loren <Loren.Findlay@weil.com>; Winograd, Joshua <Joshua.Winograd@weil.com>; Nicholson, Tansy <Tansy.Nicholson@weil.com>
**Cc:** Dunne, Dennis <DDunne@milbank.com>; Blazek, Hannah <hblazek@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Laukitis, Lisa <llaukitis@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Kestecher, Jason <jkestecher@milbank.com>; Michael, Brian R. <BMichael@mofo.com>; Cohen, Carrie H. <CCohen@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Butterfield, Benjamin W. <BButterfield@mofo.com>; Koch, Julia <JKoch@mofo.com>; Newton, James A. <JNewton@mofo.com>; MoFo_FBG <MoFo_FBG@mofo.com>; #First Brands_SPC <FirstBrands_SPC@milbank.com>; #FirstBrandsLit <FirstBrandsLit@milbank.com>; dperry@munsch.com
**Subject:** [EXT] RE: First Brands - Onset's Discovery Requests

Elliott,

The Debtors are working expeditiously to finish the analysis going into the document we promised last week. Further, we are preparing R&Os to the subsequently served interrogatories, which we aim to provide by 5 PM ET tomorrow.

The Debtors 30(b)(6) witness will be Nicholas Haughey.

We will respond with further information as soon as we can.

Best,
Elaina

Elaina Aquila | Weil
Tel:  +1 212 310 8814
Cell: +1 646 469 2168

---

**From:** O'Brien, Elliott <eobrien@milbank.com>
**Sent:** Wednesday, June 17, 2026 5:03 PM
**To:** Carlson, Clifford <Clifford.Carlson@weil.com>; Aquila, Elaina <Elaina.Aquila@weil.com>; Lorente Sorolla, Juan <Juan.LorenteSorolla@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Singh, Sunny <sunny.singh@weil.com>; Bostel, Kevin <Kevin.Bostel@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Ferrier, Kyle <Kyle.Ferrier@weil.com>; Bascoy, Alejandro <Alejandro.Bascoy@weil.com>; Jones, Taylor <Taylor.Jones@weil.com>; Findlay, Loren <Loren.Findlay@weil.com>; Winograd, Joshua <Joshua.Winograd@weil.com>; Nicholson, Tansy <Tansy.Nicholson@weil.com>
**Cc:** Dunne, Dennis <DDunne@milbank.com>; Blazek, Hannah <hblazek@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Laukitis, Lisa <llaukitis@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Kestecher, Jason <jkestecher@milbank.com>; Michael, Brian R. <BMichael@mofo.com>; Cohen, Carrie H. <CCohen@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Butterfield, Benjamin W. <BButterfield@mofo.com>; Koch, Julia <JKoch@mofo.com>; Newton, James A. <JNewton@mofo.com>; MoFo_FBG <MoFo_FBG@mofo.com>; #First Brands_SPC <FirstBrands_SPC@milbank.com>; #FirstBrandsLit <FirstBrandsLit@milbank.com>; dperry@munsch.com
**Subject:** RE: First Brands - Onset's Discovery Requests

Counsel,

We still have not received any updates from you following our meet and confer last Wednesday regarding our document requests related to the Second Exclusivity Motion. We have not received the surcharge-related document you indicated would be forthcoming during the meet and confer, nor have we received any follow-up regarding any other responsive documents you may have.  Please let us know the status of these items as soon as possible given the hearing one week from today.

Further, we again request that you let us know who you intend to designate as the Debtors' Rule 30(b)(6) representative for the deposition noticed for Monday at 10am ET. Additionally, please identify any witness you intend to call at the June 24 hearing on the Second Exclusivity Motion and provide us with any documents you intend to offer in

evidence at the hearing.

Finally, we assume you intend to respond to the interrogatories sent to you on June 12 in connection with the Second Exclusivity Motion by the noticed deadline, June 18 at 5pm ET, and we look forward to receiving those responses.

Best,

Elliott O'Brien | Milbank | Associate
Pronouns: he/him/his
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7588
eobrien@milbank.com | milbank.com

---

**From:** O'Brien, Elliott
**Sent:** Tuesday, June 16, 2026 2:03 PM
**To:** Aquila, Elaina <Elaina.Aquila@weil.com>; Lorente Sorolla, Juan <Juan.LorenteSorolla@weil.com>
**Cc:** Berezin, Robert <robert.berezin@weil.com>; Singh, Sunny <sunny.singh@weil.com>; Bostel, Kevin <Kevin.Bostel@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Ferrier, Kyle <Kyle.Ferrier@weil.com>; Bascoy, Alejandro <Alejandro.Bascoy@weil.com>; Jones, Taylor <Taylor.Jones@weil.com>; Findlay, Loren <Loren.Findlay@weil.com>; Winograd, Joshua <Joshua.Winograd@weil.com>; Nicholson, Tansy <Tansy.Nicholson@weil.com>; Dunne, Dennis <DDunne@milbank.com>; Blazek, Hannah <hblazek@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Laukitis, Lisa <llaukitis@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Kestecher, Jason <jkestecher@milbank.com>; Michael, Brian R. <BMichael@mofo.com>; Cohen, Carrie H. <CCohen@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Butterfield, Benjamin W. <BButterfield@mofo.com>; Koch, Julia <JKoch@mofo.com>; Newton, James A. <JNewton@mofo.com>; MoFo_FBG <MoFo_FBG@mofo.com>; #First Brands_SPC <FirstBrands_SPC@milbank.com>; #FirstBrandsLit <FirstBrandsLit@milbank.com>; dperry@munsch.com
**Subject:** RE: First Brands - Onset's Discovery Requests

Counsel,

We have not received any updates from you following our meet and confer last Wednesday regarding our document requests related to the Second Exclusivity Motion.  We would appreciate an update from you on the status of the one further document you indicated would be forthcoming as well as on your follow-up regarding what other responsive documents you may have.

We are available to meet and confer further to the extent helpful regarding our interrogatories and deposition notice.  Please let us know who the Debtors intend to

designate as their 30(b)(6) representative.  We will provide links for Monday's virtual deposition later this week.

Best,

Elliott O'Brien | Milbank | Associate
Pronouns: he/him/his
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7588
eobrien@milbank.com | milbank.com

---

**From:** O'Brien, Elliott
**Sent:** Friday, June 12, 2026 9:56 PM
**To:** Aquila, Elaina <Elaina.Aquila@weil.com>; Lorente Sorolla, Juan <Juan.LorenteSorolla@weil.com>; Blazek, Hannah <hblazek@milbank.com>; Dunne, Dennis <DDunne@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Laukitis, Lisa <llaukitis@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Kestecher, Jason <jkestecher@milbank.com>; Michael, Brian R. <BMichael@mofo.com>; Cohen, Carrie H. <CCohen@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Butterfield, Benjamin W. <BButterfield@mofo.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Koch, Julia <JKoch@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Koch, Julia <JKoch@mofo.com>; Newton, James A. <JNewton@mofo.com>; MoFo_FBG <MoFo_FBG@mofo.com>; #First Brands_SPC <FirstBrands_SPC@milbank.com>; #FirstBrandsLit <FirstBrandsLit@milbank.com>; dperry@munsch.com
**Cc:** Berezin, Robert <robert.berezin@weil.com>; Singh, Sunny <sunny.singh@weil.com>; Bostel, Kevin <Kevin.Bostel@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Ferrier, Kyle <Kyle.Ferrier@weil.com>; Bascoy, Alejandro <Alejandro.Bascoy@weil.com>; Jones, Taylor <Taylor.Jones@weil.com>; Findlay, Loren <Loren.Findlay@weil.com>; Winograd, Joshua <Joshua.Winograd@weil.com>; Nicholson, Tansy <Tansy.Nicholson@weil.com>
**Subject:** RE: First Brands - Onset's Discovery Requests

Counsel,

As previewed during our meet-and-confer on June 10, attached please find (i) Onset's 30(b)(6) deposition notice, noticing a remote deposition on June 22, and (ii) Onset's First Interrogatories In Connection With The Second Exclusivity Motion, requesting responses by June 18 at 5pm ET.

We appreciate your prompt attention to these and are happy to discuss.

Best,

Elliott O'Brien | Milbank | Associate

Pronouns: he/him/his
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7588
eobrien@milbank.com | milbank.com

---

**From:** O'Brien, Elliott
**Sent:** Thursday, June 11, 2026 4:39 PM
**To:** Aquila, Elaina <Elaina.Aquila@weil.com>; Lorente Sorolla, Juan <Juan.LorenteSorolla@weil.com>; Blazek, Hannah <hblazek@milbank.com>; Dunne, Dennis <DDunne@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Laukitis, Lisa <llaukitis@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Kestecher, Jason <jkestecher@milbank.com>; Michael, Brian R. <BMichael@mofo.com>; Cohen, Carrie H. <CCohen@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Butterfield, Benjamin W. <BButterfield@mofo.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Koch, Julia <JKoch@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Koch, Julia <JKoch@mofo.com>; Newton, James A. <JNewton@mofo.com>; MoFo_FBG <MoFo_FBG@mofo.com>; #First Brands_SPC <FirstBrands_SPC@milbank.com>; #FirstBrandsLit <FirstBrandsLit@milbank.com>; dperry@munsch.com
**Cc:** Berezin, Robert <robert.berezin@weil.com>; Singh, Sunny <sunny.singh@weil.com>; Bostel, Kevin <Kevin.Bostel@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Ferrier, Kyle <Kyle.Ferrier@weil.com>; Bascoy, Alejandro <Alejandro.Bascoy@weil.com>; Jones, Taylor <Taylor.Jones@weil.com>; Findlay, Loren <Loren.Findlay@weil.com>; Winograd, Joshua <Joshua.Winograd@weil.com>; Nicholson, Tansy <Tansy.Nicholson@weil.com>
**Subject:** RE: First Brands - Onset's Discovery Requests

Elaina,

Following up on yesterday's call, please let us know if you have any further updates or information regarding our document requests.

Best,

Elliott O'Brien | Milbank | Associate
Pronouns: he/him/his
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7588
eobrien@milbank.com | milbank.com

---

**From:** O'Brien, Elliott <eobrien@milbank.com>
**Sent:** Tuesday, June 9, 2026 2:02 PM
**To:** Aquila, Elaina <Elaina.Aquila@weil.com>; Lorente Sorolla, Juan <Juan.LorenteSorolla@weil.com>; Blazek, Hannah <hblazek@milbank.com>; Dunne, Dennis <DDunne@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Laukitis, Lisa <llaukitis@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Kestecher, Jason <jkestecher@milbank.com>; Michael, Brian R. <BMichael@mofo.com>; Cohen, Carrie H.

<CCohen@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Butterfield, Benjamin W. <BButterfield@mofo.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Koch, Julia <JKoch@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Koch, Julia <JKoch@mofo.com>; Newton, James A. <JNewton@mofo.com>; MoFo_FBG <MoFo_FBG@mofo.com>; #First Brands_SPC <FirstBrands_SPC@milbank.com>; #FirstBrandsLit <FirstBrandsLit@milbank.com>; dperry@munsch.com
**Cc:** Berezin, Robert <robert.berezin@weil.com>; Singh, Sunny <sunny.singh@weil.com>; Bostel, Kevin <Kevin.Bostel@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Ferrier, Kyle <Kyle.Ferrier@weil.com>; Bascoy, Alejandro <Alejandro.Bascoy@weil.com>; Jones, Taylor <Taylor.Jones@weil.com>; Findlay, Loren <Loren.Findlay@weil.com>; Winograd, Joshua <Joshua.Winograd@weil.com>; Nicholson, Tansy <Tansy.Nicholson@weil.com>
**Subject:** RE: First Brands - Onset's Discovery Requests

Elaina,

Tomorrow at 4pm ET works on our end; would appreciate if you could distribute an invitation to myself, Lisa Laukitis, Erin Dexter, Jason Kestecher, and Hannah Blazek from our team.

Best,

Elliott O'Brien | Milbank | Associate
Pronouns: he/him/his
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7588
eobrien@milbank.com | milbank.com

---

**From:** Aquila, Elaina <Elaina.Aquila@weil.com>
**Sent:** Tuesday, June 9, 2026 1:34 PM
**To:** O'Brien, Elliott <eobrien@milbank.com>; Lorente Sorolla, Juan <Juan.LorenteSorolla@weil.com>; Blazek, Hannah <hblazek@milbank.com>; Dunne, Dennis <DDunne@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Laukitis, Lisa <llaukitis@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Kestecher, Jason <jkestecher@milbank.com>; Michael, Brian R. <BMichael@mofo.com>; Cohen, Carrie H. <CCohen@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Butterfield, Benjamin W. <BButterfield@mofo.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Koch, Julia <JKoch@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Koch, Julia <JKoch@mofo.com>; Newton, James A. <JNewton@mofo.com>; MoFo_FBG <MoFo_FBG@mofo.com>; #First Brands_SPC <FirstBrands_SPC@milbank.com>; #FirstBrandsLit <FirstBrandsLit@milbank.com>; dperry@munsch.com
**Cc:** Berezin, Robert <robert.berezin@weil.com>; Singh, Sunny <sunny.singh@weil.com>; Bostel, Kevin <Kevin.Bostel@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Ferrier, Kyle <Kyle.Ferrier@weil.com>; Bascoy, Alejandro <Alejandro.Bascoy@weil.com>; Jones, Taylor

<Taylor.Jones@weil.com>; Findlay, Loren <Loren.Findlay@weil.com>; Winograd, Joshua <Joshua.Winograd@weil.com>; Nicholson, Tansy <Tansy.Nicholson@weil.com>
**Subject:** [EXT] RE: First Brands - Onset's Discovery Requests

Elliott, we are available tomorrow between 4 and 6:30 PM ET or Thursday between 3–3:30 or 4–6 PM ET.

Elaina Aquila | Weil
Tel: +1 212 310 8814
Cell: +1 646 469 2168

---

**From:** O'Brien, Elliott <eobrien@milbank.com>
**Sent:** Tuesday, June 9, 2026 12:01 PM
**To:** Lorente Sorolla, Juan <Juan.LorenteSorolla@weil.com>; Blazek, Hannah <hblazek@milbank.com>; Dunne, Dennis <DDunne@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Laukitis, Lisa <llaukitis@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Kestecher, Jason <jkestecher@milbank.com>; Michael, Brian R. <BMichael@mofo.com>; Cohen, Carrie H. <CCohen@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Butterfield, Benjamin W. <BButterfield@mofo.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Koch, Julia <JKoch@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Koch, Julia <JKoch@mofo.com>; Newton, James A. <JNewton@mofo.com>; MoFo_FBG <MoFo_FBG@mofo.com>; #First Brands_SPC <FirstBrands_SPC@milbank.com>; #FirstBrandsLit <FirstBrandsLit@milbank.com>; dperry@munsch.com
**Cc:** Berezin, Robert <robert.berezin@weil.com>; Singh, Sunny <sunny.singh@weil.com>; Bostel, Kevin <Kevin.Bostel@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Aquila, Elaina <Elaina.Aquila@weil.com>; Ferrier, Kyle <Kyle.Ferrier@weil.com>; Bascoy, Alejandro <Alejandro.Bascoy@weil.com>; Jones, Taylor <Taylor.Jones@weil.com>; Findlay, Loren <Loren.Findlay@weil.com>; Winograd, Joshua <Joshua.Winograd@weil.com>; Nicholson, Tansy <Tansy.Nicholson@weil.com>
**Subject:** RE: First Brands - Onset's Discovery Requests

Counsel,

We would like to meet and confer regarding your production, as well as your responses and objections to Onset's requests.  Please let us know your availability to meet today after 3pm ET or tomorrow after 9:30am ET.

Sincerely,

Elliott O'Brien | Milbank | Associate
Pronouns: he/him/his
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7588

eobrien@milbank.com | milbank.com

**From:** Lorente Sorolla, Juan <Juan.LorenteSorolla@weil.com>
**Sent:** Monday, June 8, 2026 4:01 PM
**To:** Blazek, Hannah <hblazek@milbank.com>; Dunne, Dennis <DDunne@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Laukitis, Lisa <llaukitis@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Kestecher, Jason <jkestecher@milbank.com>; Michael, Brian R. <BMichael@mofo.com>; Cohen, Carrie H. <CCohen@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Butterfield, Benjamin W. <BButterfield@mofo.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Koch, Julia <JKoch@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Koch, Julia <JKoch@mofo.com>; Newton, James A. <JNewton@mofo.com>; MoFo_FBG <MoFo_FBG@mofo.com>; #First Brands_SPC <FirstBrands_SPC@milbank.com>; #FirstBrandsLit <FirstBrandsLit@milbank.com>; dperry@munsch.com
**Cc:** Berezin, Robert <robert.berezin@weil.com>; Singh, Sunny <sunny.singh@weil.com>; Bostel, Kevin <Kevin.Bostel@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Aquila, Elaina <Elaina.Aquila@weil.com>; Ferrier, Kyle <Kyle.Ferrier@weil.com>; Bascoy, Alejandro <Alejandro.Bascoy@weil.com>; Jones, Taylor <Taylor.Jones@weil.com>; Findlay, Loren <Loren.Findlay@weil.com>; Winograd, Joshua <Joshua.Winograd@weil.com>; Nicholson, Tansy <Tansy.Nicholson@weil.com>
**Subject:** [EXT] RE: First Brands - Onset's Discovery Requests

Counsel,

On behalf of Debtors, Weil, Gotshal & Manges LLP hereby provides (i) Debtors' Responses and Objections to Onset Financial, Inc.'s First Set of Requests for Production (attached) and (ii) Debtors' corresponding production of documents.

All documents produced are provided pursuant to the governing Protective Order [ECF No. 408], entered in *In re First Brands Group, LLC, et al.* (Case No. 25-90399 (CML)). Debtors expressly reserve any and all rights to assert objections on any appropriate grounds. Any production of privileged or otherwise protected information is inadvertent and does not constitute a waiver of such protections.

All documents are available for download via the Cloudshare link that you will soon receive in a separate email. The information below lists the Bates range for the production and the password to access the zip file:

- Production: FBGH013
- Bates Range: FBGH00109155 – FBGH00109752
- Password: _A6ReSw?Su!piqi*Ed

To the extent necessary, Debtors will supplement this document production pursuant to

Federal Rule of Civil Procedure 26.

Please do not hesitate to contact us should you have any questions or issues accessing the documents.

Sincerely,

Juan

**Juan Lorente Sorolla**
**Weil, Gotshal & Manges LLP**
Office: +1 650 802 3009
Cell: +1 917 745 2905

---

**From:** Aquila, Elaina <Elaina.Aquila@weil.com>
**Sent:** Friday, June 5, 2026 12:02 PM
**To:** Blazek, Hannah <hblazek@milbank.com>; Ferrier, Kyle <Kyle.Ferrier@weil.com>; Carlson, Clifford <Clifford.Carlson@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Singh, Sunny <sunny.singh@weil.com>; Bostel, Kevin <Kevin.Bostel@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Bascoy, Alejandro <Alejandro.Bascoy@weil.com>; Jones, Taylor <Taylor.Jones@weil.com>; Findlay, Loren <Loren.Findlay@weil.com>; Winograd, Joshua <Joshua.Winograd@weil.com>; Nicholson, Tansy <Tansy.Nicholson@weil.com>; Lorente Sorolla, Juan <Juan.LorenteSorolla@weil.com>
**Cc:** Dunne, Dennis <DDunne@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Laukitis, Lisa <llaukitis@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Kestecher, Jason <jkestecher@milbank.com>; Michael, Brian R. <BMichael@mofo.com>; Cohen, Carrie H. <CCohen@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Butterfield, Benjamin W. <BButterfield@mofo.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Koch, Julia <JKoch@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Koch, Julia <JKoch@mofo.com>; Newton, James A. <JNewton@mofo.com>; MoFo_FBG <MoFo_FBG@mofo.com>; #First Brands_SPC <FirstBrands_SPC@milbank.com>; #FirstBrandsLit <FirstBrandsLit@milbank.com>; dperry@munsch.com
**Subject:** RE: First Brands - Onset's Discovery Requests

The Debtors will be withdrawing the Global Settlement Motion.  We are working on providing formal responses, and related documents, to your other request.

The Debtors reserve all rights.

Elaina Aquila | Weil
Tel:  +1 212 310 8814

Cell: +1 646 469 2168

---

**From:** Blazek, Hannah <hblazek@milbank.com>
**Sent:** Friday, June 5, 2026 2:19 PM
**To:** Ferrier, Kyle <Kyle.Ferrier@weil.com>; Carlson, Clifford <Clifford.Carlson@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Singh, Sunny <sunny.singh@weil.com>; Bostel, Kevin <Kevin.Bostel@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Bascoy, Alejandro <Alejandro.Bascoy@weil.com>; Aquila, Elaina <Elaina.Aquila@weil.com>; Jones, Taylor <Taylor.Jones@weil.com>; Findlay, Loren <Loren.Findlay@weil.com>; Winograd, Joshua <Joshua.Winograd@weil.com>; Nicholson, Tansy <Tansy.Nicholson@weil.com>
**Cc:** Dunne, Dennis <DDunne@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Laukitis, Lisa <llaukitis@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Kestecher, Jason <jkestecher@milbank.com>; Michael, Brian R. <BMichael@mofo.com>; Cohen, Carrie H. <CCohen@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Butterfield, Benjamin W. <BButterfield@mofo.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Koch, Julia <JKoch@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Koch, Julia <JKoch@mofo.com>; Newton, James A. <JNewton@mofo.com>; MoFo_FBG <MoFo_FBG@mofo.com>; #First Brands_SPC <FirstBrands_SPC@milbank.com>; #FirstBrandsLit <FirstBrandsLit@milbank.com>; dperry@munsch.com
**Subject:** RE: First Brands - Onset's Discovery Requests

Counsel,

We write to follow up regarding the Requests we served on Tuesday morning.  Given the upcoming deadline to respond to the Global Settlement Motion, we would appreciate an update on the status of the Debtors' document productions.

We remain available to discuss.

Kind regards,

Hannah

Hannah Blazek | Milbank | Associate
Pronouns: she/her/hers
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7504
HBlazek@milbank.com | milbank.com

---

**From:** Blazek, Hannah
**Sent:** Tuesday, June 2, 2026 10:18 AM
**To:** Ferrier, Kyle <Kyle.Ferrier@weil.com>; Carlson, Clifford <Clifford.Carlson@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Singh, Sunny <sunny.singh@weil.com>; Bostel, Kevin <Kevin.Bostel@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Bascoy, Alejandro

<Alejandro.Bascoy@weil.com>; Aquila, Elaina <Elaina.Aquila@weil.com>; Jones, Taylor <Taylor.Jones@weil.com>; Findlay, Loren <Loren.Findlay@weil.com>; Winograd, Joshua <Joshua.Winograd@weil.com>; Nicholson, Tansy <Tansy.Nicholson@weil.com>
**Cc:** Dunne, Dennis <DDunne@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Laukitis, Lisa <llaukitis@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Kestecher, Jason <jkestecher@milbank.com>; Michael, Brian R. <BMichael@mofo.com>; Cohen, Carrie H. <CCohen@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Butterfield, Benjamin W. <BButterfield@mofo.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Koch, Julia <JKoch@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Koch, Julia <JKoch@mofo.com>; Newton, James A. <JNewton@mofo.com>; MoFo_FBG <MoFo_FBG@mofo.com>; #First Brands_SPC <FirstBrands_SPC@milbank.com>; #FirstBrandsLit <FirstBrandsLit@milbank.com>; Perry, Deborah <dperry@munsch.com>
**Subject:** First Brands - Onset's Discovery Requests

Counsel,

Attached please find (i) Onset's First Requests to the Debtors for the Production of Documents in Connection with the Global Settlement Motion, and (ii) Onset's First Requests to the Debtors for the Production of Documents in Connection with the Second Exclusivity Motion (together, the "Requests").  The Requests require that document production commence on an immediate and rolling basis, to be concluded no later than June 9, 2026, at 5:00 PM ET.

We appreciate your prompt attention to these Requests and are happy to discuss.

Kind regards,

Hannah

Hannah Blazek | Milbank | Associate
Pronouns: she/her/hers
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7504
HBlazek@milbank.com | milbank.com


====================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor. ====================================== This e-mail message may contain

legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you. ===================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor. ===================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you. ===================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor. ===================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or

the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

===================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.

===================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.