# EXHIBIT 5

| **From:** | Patel, Keya |
|---|---|
| **To:** | O"Brien, Elliott; Calabrese, Christine; Dunne, Dennis; Blazek, Hannah; Leblanc, Andrew; Laukitis, Lisa; Dexter, Erin; Kestecher, Jason; Michael, Brian R.; Cohen, Carrie H.; Kotliar, Bryan; Fiotto, Anthony S.; Butterfield, Benjamin W.; Koch, Julia; Newton, James A.; MoFo_FBG; #First Brands_SPC; #FirstBrandsLit; dperry@munsch.com; Smith, Garrick; Valentine, Heather; Ramos, Katherine |
| **Cc:** | Tsekerides, Theodore; Berezin, Robert; Aquila, Elaina; Project Overdrive Lit Associates; Jewett, Laura (LJ); Ting, Lara; Rhine, Fredrick |
| **Subject:** | [EXT] RE: In re: First Brands Group, LLC, et. al — Debtors' Production in Response to Onset's First Set of Requests for Production |
| **Date:** | Monday, July 13, 2026 11:33:20 AM |

Hi Elliot,

The Debtors' prior productions were in connection with the below matters:

- DIP Financing Motion (Dkt. 49)
- Factoring Procedures Motion (Dkt. 807)
- *Evolution Credit Opportunity Master Fund II-B, L.P. et al v. First Brands Group, LLC et al* (Adv. Pro. No. 25-03800)
- *Bank of America, N.A. et al v. Aequum Capital Financial II LLC et al* (Adv. Pro. No. 26-03091)
- Rule 2004 Requests

Best,
Keya

---

**From:** O'Brien, Elliott <eobrien@milbank.com>
**Sent:** Sunday, July 12, 2026 12:13 PM
**To:** Calabrese, Christine <Christine.Calabrese@weil.com>; Patel, Keya <Keya.Patel@weil.com>; Dunne, Dennis <DDunne@milbank.com>; Blazek, Hannah <hblazek@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Laukitis, Lisa <llaukitis@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Kestecher, Jason <jkestecher@milbank.com>; Michael, Brian R. <BMichael@mofo.com>; Cohen, Carrie H. <CCohen@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Butterfield, Benjamin W. <BButterfield@mofo.com>; Koch, Julia <JKoch@mofo.com>; Newton, James A. <JNewton@mofo.com>; MoFo_FBG <MoFo_FBG@mofo.com>; #First Brands_SPC <FirstBrands_SPC@milbank.com>; #FirstBrandsLit <FirstBrandsLit@milbank.com>; dperry@munsch.com; Smith, Garrick <gsmith@munsch.com>; Valentine, Heather <hvalentine@munsch.com>; Ramos, Katherine <kramos@munsch.com>
**Cc:** Tsekerides, Theodore <theodore.tsekerides@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Aquila, Elaina <Elaina.Aquila@weil.com>; Project Overdrive Lit Associates <Project.Overdrive.Lit.Associates@weil.com>; Jewett, Laura (LJ) <Laura.Jewett@weil.com>; Ting, Lara <Lara.Ting@weil.com>; Rhine, Fredrick <Fredrick.Rhine@weil.com>
**Subject:** RE: In re: First Brands Group, LLC, et. al — Debtors' Production in Response to Onset's First Set of Requests for Production

Hi Christine,

We are available to meet tomorrow at 3:30pm ET; could you distribute a meeting link?

As to the Debtors' prior productions, could you identify the relevant contested matter or adversary proceeding for each production?

Thank you,

Elliott O'Brien | Milbank | Associate
Pronouns: he/him/his
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7588
eobrien@milbank.com | milbank.com

---

**From:** Calabrese, Christine <Christine.Calabrese@weil.com>
**Sent:** Sunday, July 12, 2026 9:08 AM
**To:** O'Brien, Elliott <eobrien@milbank.com>; Patel, Keya <Keya.Patel@weil.com>; Dunne, Dennis <DDunne@milbank.com>; Blazek, Hannah <hblazek@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Laukitis, Lisa <llaukitis@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Kestecher, Jason <jkestecher@milbank.com>; Michael, Brian R. <BMichael@mofo.com>; Cohen, Carrie H. <CCohen@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Butterfield, Benjamin W. <BButterfield@mofo.com>; Koch, Julia <JKoch@mofo.com>; Newton, James A. <JNewton@mofo.com>; MoFo_FBG <MoFo_FBG@mofo.com>; #First Brands_SPC <FirstBrands_SPC@milbank.com>; #FirstBrandsLit <FirstBrandsLit@milbank.com>; dperry@munsch.com; Smith, Garrick <gsmith@munsch.com>; Valentine, Heather <hvalentine@munsch.com>; Ramos, Katherine <kramos@munsch.com>
**Cc:** Tsekerides, Theodore <theodore.tsekerides@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Aquila, Elaina <Elaina.Aquila@weil.com>; Project Overdrive Lit Associates <Project.Overdrive.Lit.Associates@weil.com>; Jewett, Laura (LJ) <Laura.Jewett@weil.com>; Ting, Lara <Lara.Ting@weil.com>; Rhine, Fredrick <Fredrick.Rhine@weil.com>
**Subject:** [EXT] RE: In re: First Brands Group, LLC, et. al — Debtors' Production in Response to Onset's First Set of Requests for Production

Hi Elliott,

We are actively preparing additional documents for production (including communications), which we intend to make over the next few days on a rolling basis.  We are available to confer tomorrow at 3:30pm ET if that works on your end.

Additionally, Onset's request for production No. 14 requests "All Documents and Communications produced, provided, or made available to any Person in response to any

requests for the production of documents or similar discovery requests relating, in whole or in part, to the Plan Settlement, Plan, or Disclosure Statement." Other parties have issued discovery requests seeking copies of all documents the Debtors have produced to any party in connection with the chapter 11 cases or any adversary proceeding. Please let us know if you would also like to receive the Debtors' prior production volumes, noting the size is over ~2000 GB of data.

Thank you,
Christine

**Christine A. Calabrese**

Weil, Gotshal & Manges LLP
+ 1 212 310-8083 Direct
+1 202 213-7892 Mobile

---

**From:** O'Brien, Elliott <eobrien@milbank.com>
**Sent:** Friday, July 10, 2026 6:08 PM
**To:** Patel, Keya <Keya.Patel@weil.com>; Dunne, Dennis <DDunne@milbank.com>; Blazek, Hannah <hblazek@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Laukitis, Lisa <llaukitis@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Kestecher, Jason <jkestecher@milbank.com>; Michael, Brian R. <BMichael@mofo.com>; Cohen, Carrie H. <CCohen@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Butterfield, Benjamin W. <BButterfield@mofo.com>; Koch, Julia <JKoch@mofo.com>; Newton, James A. <JNewton@mofo.com>; MoFo_FBG <MoFo_FBG@mofo.com>; #First Brands_SPC <FirstBrands_SPC@milbank.com>; #FirstBrandsLit <FirstBrandsLit@milbank.com>; dperry@munsch.com; Smith, Garrick <gsmith@munsch.com>; Valentine, Heather <hvalentine@munsch.com>; Ramos, Katherine <kramos@munsch.com>
**Cc:** Tsekerides, Theodore <theodore.tsekerides@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Aquila, Elaina <Elaina.Aquila@weil.com>; Project Overdrive Lit Associates <Project.Overdrive.Lit.Associates@weil.com>; Jewett, Laura (LJ) <Laura.Jewett@weil.com>; Ting, Lara <Lara.Ting@weil.com>
**Subject:** RE: In re: First Brands Group, LLC, et. al — Debtors' Production in Response to Onset's First Set of Requests for Production

Counsel,

Following up on the below.  Given the looming plan objection deadline, can we schedule a meet and confer at your earliest convenience to discuss outstanding productions?

Best,

Elliott O'Brien | Milbank | Associate
Pronouns: he/him/his
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7588
eobrien@milbank.com | milbank.com

---

**From:** O'Brien, Elliott
**Sent:** Thursday, July 9, 2026 5:01 PM
**To:** Patel, Keya <Keya.Patel@weil.com>; Dunne, Dennis <DDunne@milbank.com>; Blazek, Hannah <hblazek@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Laukitis, Lisa <llaukitis@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Kestecher, Jason <jkestecher@milbank.com>; Michael, Brian R. <BMichael@mofo.com>; Cohen, Carrie H. <CCohen@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Butterfield, Benjamin W. <BButterfield@mofo.com>; Koch, Julia <JKoch@mofo.com>; Newton, James A. <JNewton@mofo.com>; MoFo_FBG <MoFo_FBG@mofo.com>; #First Brands_SPC <FirstBrands_SPC@milbank.com>; #FirstBrandsLit <FirstBrandsLit@milbank.com>; dperry@munsch.com; Smith, Garrick <gsmith@munsch.com>; Valentine, Heather <hvalentine@munsch.com>; Ramos, Katherine <kramos@munsch.com>
**Cc:** Tsekerides, Theodore <theodore.tsekerides@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Aquila, Elaina <Elaina.Aquila@weil.com>; Project Overdrive Lit Associates <Project.Overdrive.Lit.Associates@weil.com>; Jewett, Laura (LJ) <Laura.Jewett@weil.com>; Ting, Lara <Lara.Ting@weil.com>
**Subject:** RE: In re: First Brands Group, LLC, et. al — Debtors' Production in Response to Onset's First Set of Requests for Production

Counsel,

We are writing to confirm receipt of the Debtors' first document production yesterday, July 8, in response to Onset's First Requests for Production of Documents in Connection with the Plan dated June 17, 2026 (the "Requests").  Having scanned through the production, it appears to consist of 812 documents that are largely PDFs, publicly available documents, deposition exhibits, and unintelligible XML files.  Notably, the production does not appear to contain any email communications responsive to our Requests—which sought, among other things, communications concerning the disposition of assets, the credit bid transactions and marketing process, recoveries of claims, administrative expense claims, plan negotiations, the litigation trust (including the waterfall, assets, and trust agreement), release and exculpation designations, and chapter 7 conversion analyses.  We also do not see any drafts of the plan, term sheets, or similar negotiation documents or communications.

Given that the plan objection deadline is July 20, 2026, we would appreciate prompt confirmation as to whether additional productions—including communications responsive

to our Requests—are forthcoming, and if so, when we can expect to receive them.  As you may recall, we flagged at our June 10 meet-and-confer that plan-related requests would be forthcoming and would be similar to the requests we served on June 2 in connection with the Debtors' Global Settlement Motion.  We then served our Requests promptly after conditional approval of the disclosure statement, requesting that productions be completed by July 6, 2026.

We are concerned with the content and timing of the production to date.  We are happy to meet and confer at your earliest convenience to discuss the scope and timing of any further productions.

Best,

Elliott O'Brien | Milbank | Associate
Pronouns: he/him/his
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7588
eobrien@milbank.com | milbank.com

---

**From:** Patel, Keya <Keya.Patel@weil.com>
**Sent:** Wednesday, July 8, 2026 12:07 PM
**To:** O'Brien, Elliott <eobrien@milbank.com>; Dunne, Dennis <DDunne@milbank.com>; Blazek, Hannah <hblazek@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Laukitis, Lisa <llaukitis@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Kestecher, Jason <jkestecher@milbank.com>; Michael, Brian R. <BMichael@mofo.com>; Cohen, Carrie H. <CCohen@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Butterfield, Benjamin W. <BButterfield@mofo.com>; Koch, Julia <JKoch@mofo.com>; Newton, James A. <JNewton@mofo.com>; MoFo_FBG <MoFo_FBG@mofo.com>; #First Brands_SPC <FirstBrands_SPC@milbank.com>; #FirstBrandsLit <FirstBrandsLit@milbank.com>; dperry@munsch.com; Smith, Garrick <gsmith@munsch.com>; Valentine, Heather <hvalentine@munsch.com>; Ramos, Katherine <kramos@munsch.com>
**Cc:** Tsekerides, Theodore <theodore.tsekerides@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Aquila, Elaina <Elaina.Aquila@weil.com>; Project Overdrive Lit Associates <Project.Overdrive.Lit.Associates@weil.com>; Jewett, Laura (LJ) <Laura.Jewett@weil.com>; Ting, Lara <Lara.Ting@weil.com>
**Subject:** [EXT] In re: First Brands Group, LLC, et. al — Debtors' Production in Response to Onset's First Set of Requests for Production

**In re: First Brands Group, LLC, et. al — Debtors' Production in Response to Onset's First Set of Requests for Production**

Counsel,

You will soon receive a CloudShare link to the Debtors' first production volume. The information

below lists the Bates range for the productions and the passwords to access the zip files:

       Production: FBG_CH1_001
       Bates Range: FBG_CH1_00000001 - FBG_CH1_00044099
       Password:  _RuphE_*t6aSpl?E

The Debtors make this production subject to the governing Protective Order [ECF No. 408] entered in *In re First Brands Group, LLC, et al.* (Case No. 25-90399 (CML)) and the *Debtors' Responses and Objections to Onset's First Requests for Production of Documents in Connection with Plan*, dated July 6, 2026. To the extent that any privileged information is inadvertently produced, such production should not constitute a waiver of such applicable privilege. The Debtors reserve all rights.

Please contact us should you have any questions or issues accessing the documents.

Sincerely,
Keya Patel



**Keya Patel**
Associate
She/her/hers

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Keya.Patel@weil.com
+1 212 310 8408 Direct
+1 212 310 8007 Fax

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.
===================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.
===================================== This e-mail message may contain

legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you. ====================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor. ====================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.