# EXHIBIT 6

| | |
|---|---|
| **From:** | O"Brien, Elliott |
| **To:** | Calabrese, Christine; Patel, Keya; Dunne, Dennis; Blazek, Hannah; Leblanc, Andrew; Laukitis, Lisa; Dexter, Erin; Kestecher, Jason; Michael, Brian R.; Cohen, Carrie H.; Kotliar, Bryan; Fiotto, Anthony S.; Butterfield, Benjamin W.; Koch, Julia; Newton, James A.; MoFo_FBG; #First Brands_SPC; #FirstBrandsLit; dperry@munsch.com; Smith, Garrick; Valentine, Heather; Ramos, Katherine |
| **Cc:** | Tsekerides, Theodore; Berezin, Robert; Rhine, Fredrick; Aquila, Elaina; Ward, Jon; Project Overdrive Lit Associates; Jewett, Laura (LJ); Carlson, Clifford; Singh, Sunny; Bostel, Kevin |
| **Subject:** | RE: In re: First Brands Group, LLC, et. al — Debtors' Third Production in Response to Onset's First Set of Requests for Production |
| **Date:** | Thursday, July 16, 2026 5:53:00 PM |

Hi Christine,

Thank you for the update.  We have many concerns.  First, nearly four weeks have elapsed since Onset served its document requests on June 17—and considerably longer since Onset served substantially identical requests in connection with the prior plan and settlement motion on June 2.  Yet the Debtors' productions remain incomplete mere days before the plan objection deadline.  Please confirm when we can expect productions to conclude.

Second, we remain concerned about the lack of transparency concerning privilege invocations and the custodians and search parameters used to identify documents responsive to Onset's requests.  Please identify: (1) the custodians selected for this discovery process; (2) whether any search terms or parameters beyond domain searches were applied, and if so, what they were; and (3) whether the Debtors have reviewed and intend to produce any documents and communications from May 20, 2026 forward.

Third, it appears the Debtors are treating all communications with the DIP Lenders, ABL Lenders, and the UCC as presumptively privileged during certain periods and have simply declined to review documents during those windows rather than conducting any privilege review at all.  Please confirm whether that is accurate.  Please also confirm that the Debtors have refused to search for non-privileged materials responsive to Requests 7 and 8, to which your responses state the Debtors "are not aware of any non-privileged Documents responsive."  Please also confirm when we can expect to receive the privilege log and please confirm it will include detailed reasoning for your privilege assertions.

Fourth, the productions to date remain conspicuously light on communications.  Production 5, for example, appears to consist of over 12,000 account-statement-type documents—not the substantive communications our requests seek.  Please confirm if additional communications are forthcoming.  Moreover, our requests encompass communications with third parties beyond the DIP Lenders, ABL Lenders, and the UCC.  Your email suggests third parties would not have been fully captured from the Debtors' search parameters.  Please confirm whether such communications will be produced—and

if not, on what basis.

Lastly, thank you for providing information on the confirmation witnesses and depositions; please keep us apprised of any changes to the deposition schedule.  We can confirm that we will not be seeking to depose Mr. Cowan and that you can respond via email to our Rule 30(b)(6) notice concerning the Plan.

Best,

Elliott O'Brien | Milbank | Associate
Pronouns: he/him/his
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7588
eobrien@milbank.com | milbank.com

---

**From:** Calabrese, Christine <Christine.Calabrese@weil.com>
**Sent:** Thursday, July 16, 2026 11:46 AM
**To:** O'Brien, Elliott <eobrien@milbank.com>; Patel, Keya <Keya.Patel@weil.com>; Dunne, Dennis <DDunne@milbank.com>; Blazek, Hannah <hblazek@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Laukitis, Lisa <llaukitis@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Kestecher, Jason <jkestecher@milbank.com>; Michael, Brian R. <BMichael@mofo.com>; Cohen, Carrie H. <CCohen@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Butterfield, Benjamin W. <BButterfield@mofo.com>; Koch, Julia <JKoch@mofo.com>; Newton, James A. <JNewton@mofo.com>; MoFo_FBG <MoFo_FBG@mofo.com>; #First Brands_SPC <FirstBrands_SPC@milbank.com>; #FirstBrandsLit <FirstBrandsLit@milbank.com>; dperry@munsch.com; Smith, Garrick <gsmith@munsch.com>; Valentine, Heather <hvalentine@munsch.com>; Ramos, Katherine <kramos@munsch.com>
**Cc:** Tsekerides, Theodore <theodore.tsekerides@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Rhine, Fredrick <Fredrick.Rhine@weil.com>; Aquila, Elaina <Elaina.Aquila@weil.com>; Ward, Jon <Jon.Ward@weil.com>; Project Overdrive Lit Associates <Project.Overdrive.Lit.Associates@weil.com>; Jewett, Laura (LJ) <Laura.Jewett@weil.com>; Carlson, Clifford <Clifford.Carlson@weil.com>; Singh, Sunny <sunny.singh@weil.com>; Bostel, Kevin <Kevin.Bostel@weil.com>
**Subject:** [EXT] RE: In re: First Brands Group, LLC, et. al — Debtors' Third Production in Response to Onset's First Set of Requests for Production

Elliott,

The Debtors made two additional productions this morning and anticipate making another production later today.  The production volume FBG_CH1_004 contains Mr. Kirschner's materials.  Regarding the other topics addressed in your email:

- ***Communications / Search Parameters***.  The Debtors have produced responsive non-

privileged communications between the Debtors and the UCC, AHG, and ABL for two periods and are finalizing communications across a third period for production: (i) September 1, 2025-September 28, 2025 (prepetition period), (ii) January 1, 2026-January 28, 2026 (the period before formal mediation), and (iii) March 27, 2026 (the close of formal discovery) - May 20, 2026 (the date the Debtors announced an agreement in principle with the AHG, UCC, and ABL).  For these periods, the Debtors have used domain searches to capture all communications between (i) the Debtors and their advisors and the UCC, AHG, and/or ABL and their advisors and (ii) have otherwise reviewed for responsiveness.

- ***Categorical Privilege Log***.  The Debtors are preparing a categorical privilege log.

- ***Confirmation Hearing Witnesses***.  The Debtors anticipate calling Mr. Moore, Mr. Kirschner, and Alex Orchowski (from Kroll) at the confirmation hearing, in addition to reserving all rights to call additional witnesses, including rebuttal witnesses.

- ***Onset's Rule 30(b)(6) Notice***.  Would Onset agree to the Debtors responding to Onset's Rule 30(b)(6) notice by email in lieu of formal responses and objections?  Please let us know and we'll revert via email, reserving all rights.

- ***Regarding Depositions***.  Mr. Moore's deposition will take place on July 23.  Mr. Kirschner's deposition will take place on July 24.  Both depositions will take place at Weil's offices in New York.  Regarding the noticed deposition of Mr. Cowan, we can confirm that Mr. Cowan was not involved in litigation trust financing.  Mr. Moore will cover that topic. Under the circumstances, we do not believe that Mr. Cowan's deposition is appropriate or necessary and we ask that you withdraw the notice.

Best,
Christine


**Christine A. Calabrese**

Weil, Gotshal & Manges LLP
+ 1 212 310-8083 Direct
+1 202 213-7892 Mobile

---

**From:** O'Brien, Elliott <eobrien@milbank.com>
**Sent:** Wednesday, July 15, 2026 5:05 PM

**To:** Patel, Keya <Keya.Patel@weil.com>; Dunne, Dennis <DDunne@milbank.com>; Blazek, Hannah <hblazek@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Laukitis, Lisa <llaukitis@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Kestecher, Jason <jkestecher@milbank.com>; Michael, Brian R. <BMichael@mofo.com>; Cohen, Carrie H. <CCohen@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Butterfield, Benjamin W. <BButterfield@mofo.com>; Koch, Julia <JKoch@mofo.com>; Newton, James A. <JNewton@mofo.com>; MoFo_FBG <MoFo_FBG@mofo.com>; #First Brands_SPC <FirstBrands_SPC@milbank.com>; #FirstBrandsLit <FirstBrandsLit@milbank.com>; dperry@munsch.com; Smith, Garrick <gsmith@munsch.com>; Valentine, Heather <hvalentine@munsch.com>; Ramos, Katherine <kramos@munsch.com>
**Cc:** Tsekerides, Theodore <theodore.tsekerides@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Rhine, Fredrick <Fredrick.Rhine@weil.com>; Aquila, Elaina <Elaina.Aquila@weil.com>; Ward, Jon <Jon.Ward@weil.com>; Project Overdrive Lit Associates <Project.Overdrive.Lit.Associates@weil.com>; Jewett, Laura (LJ) <Laura.Jewett@weil.com>
**Subject:** RE: In re: First Brands Group, LLC, et. al — Debtors' Third Production in Response to Onset's First Set of Requests for Production

Counsel,

We have received and are reviewing your most recent production from early this morning. Are you planning to make any further productions in response to our requests?

We are also following up concerning a few issues discussed during our meet and confer this past Monday, July 13, which remain outstanding despite our understanding that this information would be provided today, at the latest.  First, when can we expect to receive (i) the search parameters applied in response to our discovery requests, including the various positions you are taking regarding your numerous privilege assertions, and (ii) a categorical privilege log concerning your productions in response to our requests?  Second, can you confirm that the Debtors plan to offer the testimony of only Charles Moore and Marc Kirschner at the confirmation hearing scheduled for July 28, and do not plan to offer any other witnesses in support of the plan?  Relatedly, please identify the witness(es) the Debtors plan to offer in connection with Onset's Rule 30(b)(6) notice served on July 10 concerning the plan.  We are glad to meet and confer regarding scheduling depositions of Mr. Moore, Mr. Kirschner, and any other witnesses the Debtors intend to call at the confirmation hearing or identify as witnesses responsive to Onset's Rule 30(b)(6) notice.

Finally, Exhibit B to Marc Kirschner's Declaration lists "Materials Considered."  If these documents have not yet been produced, please make these available to us immediately.  If the documents listed have already been produced to Onset, please identify those documents by their Bates numbers.

Sincerely,

Elliott O'Brien | Milbank | Associate
Pronouns: he/him/his
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7588
eobrien@milbank.com | milbank.com

---

**From:** O'Brien, Elliott
**Sent:** Monday, July 13, 2026 8:44 PM
**To:** Patel, Keya <Keya.Patel@weil.com>; Dunne, Dennis <DDunne@milbank.com>; Blazek, Hannah <hblazek@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Laukitis, Lisa <llaukitis@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Kestecher, Jason <jkestecher@milbank.com>; Michael, Brian R. <BMichael@mofo.com>; Cohen, Carrie H. <CCohen@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Butterfield, Benjamin W. <BButterfield@mofo.com>; Koch, Julia <JKoch@mofo.com>; Newton, James A. <JNewton@mofo.com>; MoFo_FBG <MoFo_FBG@mofo.com>; #First Brands_SPC <FirstBrands_SPC@milbank.com>; #FirstBrandsLit <FirstBrandsLit@milbank.com>; dperry@munsch.com; Smith, Garrick <gsmith@munsch.com>; Valentine, Heather <hvalentine@munsch.com>; Ramos, Katherine <kramos@munsch.com>
**Cc:** Tsekerides, Theodore <theodore.tsekerides@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Rhine, Fredrick <Fredrick.Rhine@weil.com>; Aquila, Elaina <Elaina.Aquila@weil.com>; Ward, Jon <Jon.Ward@weil.com>; Project Overdrive Lit Associates <Project.Overdrive.Lit.Associates@weil.com>; Jewett, Laura (LJ) <Laura.Jewett@weil.com>
**Subject:** RE: In re: First Brands Group, LLC, et. al — Debtors' Third Production in Response to Onset's First Set of Requests for Production

Understood, thank you.

Elliott O'Brien | Milbank | Associate
Pronouns: he/him/his
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7588
eobrien@milbank.com | milbank.com

---

**From:** Patel, Keya <Keya.Patel@weil.com>
**Sent:** Monday, July 13, 2026 8:39 PM
**To:** O'Brien, Elliott <eobrien@milbank.com>; Dunne, Dennis <DDunne@milbank.com>; Blazek, Hannah <hblazek@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Laukitis, Lisa <llaukitis@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Kestecher, Jason <jkestecher@milbank.com>; Michael, Brian R. <BMichael@mofo.com>; Cohen, Carrie H. <CCohen@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Butterfield, Benjamin W. <BButterfield@mofo.com>; Koch, Julia <JKoch@mofo.com>; Newton, James A. <JNewton@mofo.com>; MoFo_FBG

<MoFo_FBG@mofo.com>; #First Brands_SPC <FirstBrands_SPC@milbank.com>; #FirstBrandsLit <FirstBrandsLit@milbank.com>; dperry@munsch.com; Smith, Garrick <gsmith@munsch.com>; Valentine, Heather <hvalentine@munsch.com>; Ramos, Katherine <kramos@munsch.com>
**Cc:** Tsekerides, Theodore <theodore.tsekerides@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Rhine, Fredrick <Fredrick.Rhine@weil.com>; Aquila, Elaina <Elaina.Aquila@weil.com>; Ward, Jon <Jon.Ward@weil.com>; Project Overdrive Lit Associates <Project.Overdrive.Lit.Associates@weil.com>; Jewett, Laura (LJ) <Laura.Jewett@weil.com>
**Subject:** [EXT] RE: In re: First Brands Group, LLC, et. al — Debtors' Third Production in Response to Onset's First Set of Requests for Production

Hi Elliott,

The hard drive contains all prior productions except for the Debtors' prior productions to the UCC in connection with the hearing regarding DIP financing, which were sent earlier via Weil CloudShare (volumes FBG_UCC_001, FBG_UCC_002, FBG_UCC_003, FBG_UCC_004, FBG_UCC_005, FBG_UCC_006, FBG_UCC_007, and FBG_UCC_008).

We will ship the hard drive to provided address.

Best,
Keya

---

**From:** O'Brien, Elliott <eobrien@milbank.com>
**Sent:** Monday, July 13, 2026 8:24 PM
**To:** Patel, Keya <Keya.Patel@weil.com>; Dunne, Dennis <DDunne@milbank.com>; Blazek, Hannah <hblazek@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Laukitis, Lisa <llaukitis@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Kestecher, Jason <jkestecher@milbank.com>; Michael, Brian R. <BMichael@mofo.com>; Cohen, Carrie H. <CCohen@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Butterfield, Benjamin W. <BButterfield@mofo.com>; Koch, Julia <JKoch@mofo.com>; Newton, James A. <JNewton@mofo.com>; MoFo_FBG <MoFo_FBG@mofo.com>; #First Brands_SPC <FirstBrands_SPC@milbank.com>; #FirstBrandsLit <FirstBrandsLit@milbank.com>; dperry@munsch.com; Smith, Garrick <gsmith@munsch.com>; Valentine, Heather <hvalentine@munsch.com>; Ramos, Katherine <kramos@munsch.com>
**Cc:** Tsekerides, Theodore <theodore.tsekerides@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Rhine, Fredrick <Fredrick.Rhine@weil.com>; Aquila, Elaina <Elaina.Aquila@weil.com>; Ward, Jon <Jon.Ward@weil.com>; Project Overdrive Lit Associates <Project.Overdrive.Lit.Associates@weil.com>; Jewett, Laura (LJ) <Laura.Jewett@weil.com>
**Subject:** RE: In re: First Brands Group, LLC, et. al — Debtors' Third Production in Response to Onset's First Set of Requests for Production

Thanks, Keya.  To confirm, will the hard drive include all 201 of the production volumes listed in the spreadsheet (i.e., all prior productions)?

Please ship the hard drive to the below address:

Milbank LLP
Attn: Sachin Chandani / Bill Ma / Thomas Lin
55 Hudson Yards
New York, NY 10001

Best,

Elliott O'Brien | Milbank | Associate
Pronouns: he/him/his
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7588
eobrien@milbank.com | milbank.com

---

**From:** Patel, Keya <Keya.Patel@weil.com>
**Sent:** Monday, July 13, 2026 6:46 PM
**To:** O'Brien, Elliott <eobrien@milbank.com>; Dunne, Dennis <DDunne@milbank.com>; Blazek, Hannah <hblazek@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Laukitis, Lisa <llaukitis@milbank.com>; Dexter, Erin <EDexter@milbank.com>; Kestecher, Jason <jkestecher@milbank.com>; Michael, Brian R. <BMichael@mofo.com>; Cohen, Carrie H. <CCohen@mofo.com>; Kotliar, Bryan <BKotliar@mofo.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Butterfield, Benjamin W. <BButterfield@mofo.com>; Koch, Julia <JKoch@mofo.com>; Newton, James A. <JNewton@mofo.com>; MoFo_FBG <MoFo_FBG@mofo.com>; #First Brands_SPC <FirstBrands_SPC@milbank.com>; #FirstBrandsLit <FirstBrandsLit@milbank.com>; dperry@munsch.com; Smith, Garrick <gsmith@munsch.com>; Valentine, Heather <hvalentine@munsch.com>; Ramos, Katherine <kramos@munsch.com>
**Cc:** Tsekerides, Theodore <theodore.tsekerides@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Rhine, Fredrick <Fredrick.Rhine@weil.com>; Aquila, Elaina <Elaina.Aquila@weil.com>; Ward, Jon <Jon.Ward@weil.com>; Project Overdrive Lit Associates <Project.Overdrive.Lit.Associates@weil.com>; Jewett, Laura (LJ) <Laura.Jewett@weil.com>
**Subject:** [EXT] In re: First Brands Group, LLC, et. al — Debtors' Third Production in Response to Onset's First Set of Requests for Production

**In re: First Brands Group, LLC, et. al — Debtors' Third Production in Response to Onset's First Set of Requests for Production**

Counsel,

You will soon receive the Debtors' third production volume via KLD FTP and Weil CloudShare, which contains the Debtors' prior productions. The production volume names and passwords can be found in the attached excel file. An additional production of these volumes is forthcoming and due to size will be shipped to you via hard drive. Please provide us with your preferred shipping address.

The Debtors make this production subject to the governing Protective Order [ECF No. 408] entered in *In re First Brands Group, LLC, et al.* (Case No. 25-90399 (CML)) and the *Debtors' Responses and Objections to Onset's First Requests for Production of Documents in Connection with Plan*, dated July 6, 2026. To the extent that any privileged information is inadvertently produced, such production should not constitute a waiver of such applicable privilege. The Debtors reserve all rights.

Please contact us should you have any questions or issues accessing the documents.

Sincerely,

Keya Patel



**Keya Patel**
Associate
She/her/hers

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Keya.Patel@weil.com
+1 212 310 8408 Direct
+1 212 310 8007 Fax

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you. ====================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters

addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.

===================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

===================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.

===================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.