**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC, *et al.*** | § | |
| | § | **Case No. 25-90399 (CML)** |
| **Debtors**[1]. | § | **(Jointly Administered)** |

---

**MICHAEL BUENO'S WITNESS AND EXHIBIT LIST FOR HEARING ON**
**MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. § 362(d)(1)**
**FOR JULY 21, 2026 AT 10:00 A.M.**
*(Related to ECF No. 3079)*

---

Michael Bueno ("Movant"), by and through his undersigned counsel, hereby files his witness and exhibit list (the "Witness and Exhibit List") for the hearing scheduled for July 21, 2026, at 10:00 a.m. (CST) (the "Hearing"), on *Michael Bueno's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1)* (Docket No. 3079) ("Motion").

## WITNESSES

Movant designates the following individual(s) who may be called as a witness at the Hearing (exclusive of those that may be used for impeachment purposes):

1. Michael Bueno

2. Any witness called or listed by any other party.

3. Any rebuttal witnesses as needed.

---

[1] A complete list of the debtors (the "**Debtors**" and each a "**Debtor**") in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

HB: 4931-7157-8302.1

## EXHIBITS

TLL SPV may offer into evidence any one of more or the following exhibits:

| Exhibit No. | Description | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|
| 1 | *Michael Bueno v. Tara Porter, RMER Enterprises, Inc., d/b/a Automotive Specialists, and Cardone Industries Inc.*, Case No. 2025CV030137 in the District Court, County of Adams, Colorado, | | | | |
| 2 | *Michael Bueno's Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1)* | | | | |
| | Any exhibit designated by any other party. | | | | |
| | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 13 case. | | | | |
| | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party. | | | | |

Movant reserves the right to amend or supplement the Witness and Exhibit List at any time prior to the Hearing.

Dated: July 17, 2026                    Respectfully Submitted,

**HUSCH BLACKWELL LLP**

*/s/ Tara LeDay*
Tara LeDay (SBN 24106701)
Tara.leday@huschblackwell.com
Jennifer Pollan (SBN 24150828)
Jennifer.pollan@huschblackwell.com
HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 479-9758
(512) 479-1101 *facsimile*

*Attorneys for Michael Bueno*

HB: 4931-7157-8302.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2026, a true and correct copy of the *foregoing document* was served via this Court's ECF notification system to all parties registered to receive notification, which includes Debtors' counsel and the United States Trustee for the Southern District of Texas.

*/s/ Tara LeDay*
Tara LeDay

HB: 4931-7157-8302.1