**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.,* | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.**[*] | § | **(Jointly Administered)** |
| | § | |
| | § | **Re: Dkt. Nos. 3210, 3211, 3223,** |
| | § | **& 3224** |
| | § | |

**NOTICE OF JULY 20, 2026 HEARING REGARDING**
**LAM PARTIES' AND KATSUMI SERVICING, LLC'S EMERGENCY MOTIONS**

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the Southern District of Texas (the "**Court**") has scheduled a hearing for **July 20, 2026 at 10:00 a.m. Central Time** (the "**Hearing**") before the Honorable Christopher M. Lopez, United States Bankruptcy Judge for the Southern District of Texas, Houston Division and that the following motions filed by the LAM Parties[1] and Katsumi Servicing, LLC and related pleadings will be heard at the Hearing:

1.    *LAM Parties' Emergency Motion to Compel Production of Documents and Interrogatory Responses From Debtors* [Docket No. 3210] (the "**LAM Motion**");

2.    *Emergency Motion of Katsumi Servicing, LLC to Compel Debtors to Produce Complete Responses and Documents in Response to Discovery Served Upon the Debtors, Including Katsumi Servicing, LLC's First Set of Interrogatories and First Request for Production of Documents and Other Issues* [Docket No. 3211] (the "**Katsumi Motion**");

3.    *Notice of Joinder and Statement in Support of LAM Parties' and Katsumi Servicing, LLC's Motions to Compel Production of Documents and Interrogatory Responses from Debtors* [Docket No. 3223]; and

4.    *Evolution's Joinder to LAM Parties', Katsumi's Emergency Motion to Compel Production of Documents and Interrogatory Responses* [Docket No. 3224].

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted electronically with counsel appearing remotely through the two electronic conference systems—one audio

---

[*]  A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these Chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[1] The "**LAM Parties**" include Leucadia Asset Management LLC, acting through its Point Bonita Capital Division, LAM Trade Finance Group LLC, and LAM TFG I SPV LLC.

system and one video system—authorized by the Court.  If you want to both see the documents and exhibits as presented to the Court and hear the proceeding you should be (i) dialed in through the audio system, and (ii) logged into the Court's video via GoToMeeting.  Audio communication will be by use of the Court's dial-in facility.  You may access the facility at 832-917-1510 and enter the conference code 590153.  Video communication will be by use of the GoToMeeting Platform.  Connect via the free GoToMeeting Application or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website.  The meeting code is "JudgeLopez".  Click the settings icon in the upper right corner and enter your name under the personal information setting.  Hearing appearances should be made electronically and in advance of the Hearing by visiting Judge Lopez's home page at https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-christopher-m-lopez.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion, the Katsumi Motion, and all documents filed may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein, and can also be downloaded free of charge from the Debtors' case website at https://restructuring.ra.kroll.com/firstbrands.

Dated:  July 17, 2026
Houston, Texas

*/s/ Paul E. Heath*

**VINSON & ELKINS LLP**                                                          **WACHTELL, LIPTON, ROSEN & KATZ**
Paul E. Heath (TX 09355050)                                              Emil A. Kleinhaus (admitted *pro hac vice*)
Matthew D. Struble (TX 24102544)                                  Michael H. Cassel (admitted *pro hac vice*)
845 Texas Avenue, Suite 4700                                          Angela K. Herring (admitted *pro hac vice*)
Houston, TX  77002                                                            51 West 52nd Street
Tel.:  713.758.2222                                                            New York, NY  10019
Email: pheath@velaw.com                                                Tel.:  212.403.1000
        mstruble@velaw.com                                              Email: eakleinhaus@wlrk.com
                                                                                          mhcassel@wlrk.com
                                                                                          akherring@wlrk.com

                                                                                  **COUNSEL TO THE LAM PARTIES**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on July 17, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

 */s/ Paul E. Heath*
One of Counsel