**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, _et al._,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | **Re: Docket No. 2522** |

**CERTIFICATION OF COUNSEL REGARDING**
**ORDER APPROVING MOTION OF DEBTORS FOR**
**ENTRY OF AN ORDER FURTHER EXTENDING EXCLUSIVE**
**PERIODS PURSUANT TO SECTION 1121(D) OF THE BANKRUPTCY CODE**

Pursuant to paragraph 45 of the _Procedures for Complex Chapter 11 Cases in the Southern District of Texas_, the undersigned hereby certifies as follows:

1.      On April 22, 2026, First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the _Motion of Debtors for an Order Further Extending Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code_ (Docket No. 2522) (the "**Motion**"),[2] with a proposed order granting the relief requested in the Motion annexed thereto as Exhibit A (the "**Proposed Order**").  Objections to the relief requested in the Motion were required to be filed and served on or prior to May 13, 2026 (the "**Objection Deadline**").

2.      On May 19, 2026, Onset Financial, Inc. ("**Onset**") filed _Onset Financial, Inc.'s Opposition to Motion of Debtors for an Order Further Extending Exclusive Periods_

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

*Pursuant to Section 1121(d) of the Bankruptcy Code* (Docket No. 2714) (the "**Onset Objection**").

In the Onset Objection, Onset only objects to an extension of the Exclusive Periods for the Carnaby

Debtors (as defined in the Onset Objection).

3.      The undersigned counsel has reviewed the Court's docket and no other

objection or responsive pleading to the Motion appears thereon.

4.      The Debtors have resolved the Onset Objection by revising the Proposed

Order to exclude the Carnaby Debtors from the relief granted.   The revised proposed order

incorporating that change is attached hereto as **Exhibit A** (the "**Revised Proposed Order**").

A redline of the Revised Proposed Order marked against the Proposed Order is attached hereto as

**Exhibit B**.

5.      Accordingly, the Debtors respectfully request that the Court enter the

Revised Proposed Order.

Dated:  July 17, 2026
       Houston, Texas

_/s/  Clifford W. Carlson_

WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:  gabriel.morgan@weil.com
       clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted _pro hac vice_)
Sunny Singh (admitted _pro hac vice_)
Andriana Georgallas (admitted _pro hac vice_)
Kevin Bostel (admitted _pro hac vice_)
Jason H. George (admitted _pro hac vice_)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  matt.barr@weil.com
       sunny.singh@weil.com
       andriana.georgallas@weil.com
       kevin.bostel@weil.com
       jason.george@weil.com

_Attorneys for Debtors_
_and Debtors in Possession_

3

**Certificate of Service**

I hereby certify that on July 17, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Clifford W. Carlson*
Clifford W. Carlson