**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**ORDER FURTHER EXTENDING EXCLUSIVE PERIODS**

Upon the motion, dated April 22, 2026 (the "**Motion**"),[2] of First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), for entry of an order, pursuant to section 1121(d) of the Bankruptcy Code, further extending the Exclusive Filing Period and Exclusive Solicitation Period by 90 days, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and upon any hearing held on the Motion; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their respective estates and creditors; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. Pursuant to section 1121(d) of the Bankruptcy Code, except as to the Carnaby Debtors,[3] the Exclusive Filing Period is further extended through and including July 21, 2026.

2. Pursuant to section 1121(d) of the Bankruptcy Code, except as to the Carnaby Debtors, the Exclusive Solicitation Period is further extended through and including September 21, 2026.

3. The Exclusive Periods with respect to the Carnaby Debtors are hereby terminated.

4. Except as to the Carnaby Debtors, the extensions of the Exclusive Periods granted herein are without prejudice to the Debtors' rights to seek from this Court further extensions of time pursuant to section 1121(d) of the Bankruptcy Code.

5. Proper, timely, adequate and sufficient notice of the Motion has been provided in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Bankruptcy Local Rules, and no other or further notice of the Motion or entry of this Order shall be required.

6. The Debtors are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

---

[3]   "**Carnaby Debtors**" means, collectively, (i) Carnaby Inventory IV, LLC; (ii) Carnaby Inventory Holdings IV, LLC; (iii) Carnaby Capital Holdings, LLC; (iv) Carnaby Capital, LLC; (v) Carnaby FA, LLC; (vi) Carnaby FA Holdings, LLC; and (vii) Eagle Casting Holdings, LLC.

7.   This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2026
      Houston, Texas

 

_____
CHRISTOPHER LOPEZ
UNITED STATES BANKRUPTCY JUDGE