**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*, | ) |
| | ) Case No. 25-90399 (CML) |
| Debtors.[1] | ) |
| | ) Jointly Administered |
| | ) |

**EVOLUTION'S WITNESS AND EXHIBIT LIST FOR THE EMERGENCY
HEARING SCHEDULED ON JULY 20, 2026, AT 10:00 A.M. (CENTRAL TIME)**

Evolution Credit Partners ("Evolution")[2] files this Witness and Exhibit List for the hearing

scheduled on July 20, 2026, at 10:00 a.m. (prevailing Central Time).

**Witnesses**

1.    Any witness called or listed by any other party in interest; and

2.    Impeachment witnesses, as necessary.

**Exhibits**

| Ex No. | Description |
|---|---|
| 1. | Debtors' Responses and Objections to Evolution's First Set of Requests for Production of Documents (Docket 3224, Exhibit 1) |
| 2. | July 16, 2026 email from C. Calabrese (Docket 3224, Exhibit 2) |
| | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases |
| | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party |

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] "Evolution" shall mean, collectively, Evolution Credit Opportunity Master Fund II-B, L.P., Evolution Credit Partners Trade Finance Master L.P. (as successor in interest to Evolution Credit Partners Trade Finance L.P.), Evolution Credit Opportunity Master Fund III-B, LP, and certain other Evolution affiliated funds.

4896-3515-2318

| Ex No. | Description |
|---|---|
|  | Any exhibit listed by any other party |

## Reservation of Rights

Evolution reserves the right to use and/or present demonstratives for any purpose. Evolution also reserves the right to use exhibits, demonstratives, and testimony not listed here for impeachment purposes at the hearing.

Evolution further reserves the right to supplement or otherwise amend this Witness and Exhibit List prior to the hearing.

Respectfully submitted this 17th day of July 2026.

**GRAY REED**

By: */s/ Jason S. Brookner*
    Jason S. Brookner
    Texas Bar No. 24033684
    Emily F. Shanks
    Texas Bar No. 24110350
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:   (713) 986-7000
Facsimile:   (713) 986-7100
Email:      jbrookner@grayreed.com
           eshanks@grayreed.com

- and -

**ELSBERG BAKER & MARURI PLLC**

    Michael Duke (admitted *pro hac vice*)
    David Elsberg (admitted *pro hac vice*)
    Vivek Tata (admitted *pro hac vice*)
    Garrett Gerber (admitted *pro hac vice*)
    Andrew Parks (admitted *pro hac vice*)
    Ella Epstein (admitted *pro hac vice*)
350 Fifth Avenue, 38th Floor
New York, NY 10018
Telephone: (212) 597-2600
Email:    delsberg@elsberglaw.com
        mduke@elsberglaw.com
        vtata@elsberglaw.com
        ggerber@elsberglaw.com
        aparks@elsberglaw.com
        eepstein@elsberglaw.com

2

4896-3515-2318

-and-

**PROSKAUER ROSE LLP**
    Vincent Indelicato (admitted *pro hac vice*)
    Matthew R. Koch (admitted *pro hac vice*)
Eleven Times Square
New York, NY 10036-8299
Telephone: (212) 969-3000
Email:    vindelicato@proskauer.com
        mkoch@proskauer.com

- and -

Charles A. Dale (admitted *pro hac vice*)
One International Plaza
Boston, MA 02110-2600
Telephone: (617) 526-9600
Email:    cdale@proskauer.com

*Counsel to Evolution*

### Certificate of Service

    I certify that on July 17, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

        */s/ Jason S. Brookner*
        Jason S. Brookner

3

4896-3515-2318