# Exhibit 2

| | |
|---|---|
| **From:** | Calabrese, Christine |
| **To:** | Michael Duke; Patel, Keya; Ella Epstein; David Elsberg; Vivek Tata; Garrett Gerber; Andrew Parks; #Evolution; Fox, Rachel L. |
| **Cc:** | Tsekerides, Theodore; Berezin, Robert; Rhine, Fredrick; Aquila, Elaina; Ward, Jon; Project Overdrive Lit Associates; Jewett, Laura (LJ) |
| **Subject:** | RE: In re: First Brands Group, LLC, et. al — Debtors' Third Production in Response to Evolution's First Set of Requests for Production |
| **Date:** | Thursday, July 16, 2026 1:56:45 PM |

**External Sender** - From: ("Calabrese, Christine" <Christine.Calabrese@weil.com>)

Learn More

This message came from outside your organization.

Hi Michael – for the March 27-May 20 period, we are not asserting privilege between the Debtors and the UCC, AHG, and ABL regarding Plan negotiations.  We are, however, continuing to assert privilege with the UCC and the AHG on communications concerning the merits of the Estate Claims and related investigations.  As mentioned in my email, with respect to Estate Claims and related investigations, the Debtors and the UCC shared a common interest from the UCC's inception and the Debtors and the AHG shared a common interest from September 27, 2025, the date an agreement on the DIP was reached in principle.

**Christine A. Calabrese**

Weil, Gotshal & Manges LLP
+ 1 212 310-8083 Direct
+1 202 213-7892 Mobile

---

**From:** Michael Duke <mduke@elsberglaw.com>
**Sent:** Thursday, July 16, 2026 10:57 AM
**To:** Calabrese, Christine <Christine.Calabrese@weil.com>; Patel, Keya <Keya.Patel@weil.com>; Ella Epstein <eepstein@elsberglaw.com>; David Elsberg <delsberg@elsberglaw.com>; Vivek Tata <vtata@elsberglaw.com>; Garrett Gerber <ggerber@elsberglaw.com>; Andrew Parks <aparks@elsberglaw.com>; #Evolution <001114-000001@elsberglaw.com>; Fox, Rachel L. <rfox@proskauer.com>
**Cc:** Tsekerides, Theodore <theodore.tsekerides@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Rhine, Fredrick <Fredrick.Rhine@weil.com>; Aquila, Elaina <Elaina.Aquila@weil.com>; Ward, Jon <Jon.Ward@weil.com>; Project Overdrive Lit Associates <Project.Overdrive.Lit.Associates@weil.com>; Jewett, Laura (LJ) <Laura.Jewett@weil.com>
**Subject:** RE: In re: First Brands Group, LLC, et. al — Debtors' Third Production in Response to Evolution's First Set of Requests for Production

1

Hi Christine—are you asserting mediation privilege and the common interest doctrine from March 27 through May 20?  You say that you are producing "responsive non-privileged communications" from that period, but I do not know what you are treating as privileged because previously you were saying every document during that period was privileged.  Thanks

Michael Duke

Partner [Bio]

_____

ELSBERG BAKER & MARURI PLLC [Web]
212.597.2605 (o)
901.870.6975 (m)

---

**From:** Calabrese, Christine <Christine.Calabrese@weil.com>
**Sent:** Thursday, July 16, 2026 1:33 AM
**To:** Patel, Keya <Keya.Patel@weil.com>; Ella Epstein <eepstein@elsberglaw.com>; David Elsberg <delsberg@elsberglaw.com>; Michael Duke <mduke@elsberglaw.com>; Vivek Tata <vtata@elsberglaw.com>; Garrett Gerber <ggerber@elsberglaw.com>; Andrew Parks <aparks@elsberglaw.com>; #Evolution <001114-000001@elsberglaw.com>; Fox, Rachel L. <rfox@proskauer.com>
**Cc:** Tsekerides, Theodore <theodore.tsekerides@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Rhine, Fredrick <Fredrick.Rhine@weil.com>; Aquila, Elaina <Elaina.Aquila@weil.com>; Ward, Jon <Jon.Ward@weil.com>; Project Overdrive Lit Associates <Project.Overdrive.Lit.Associates@weil.com>; Jewett, Laura (LJ) <Laura.Jewett@weil.com>
**Subject:** RE: In re: First Brands Group, LLC, et. al — Debtors' Third Production in Response to Evolution's First Set of Requests for Production

Ella – further to Keya's email, we wanted to confirm that the Debtors will also be producing responsive non-privileged communications between the Debtors and the AHG, UCC, and/or ABL for the period March 27, 2026 (the close of formal mediation) to May 20, 2026 (the date the Debtors announced an agreement in principle with the AHG, UCC, and ABL on the record) regarding Plan negotiations.  The Debtors continue to assert the mediation/common interest privilege with the AHG, UCC, and ABL from May 20 to present.  For the avoidance of doubt, this does not change the Debtors' position with respect to Estate Claims and related investigations: the Debtors and the UCC shared a common interest from the UCC's inception and the Debtors and the AHG shared a common interest from September 27, 2025, the date an agreement on the DIP was reached in principle.  We anticipate making this production later in the day tomorrow.

Best,
Christine

**Christine A. Calabrese**

2

Weil, Gotshal & Manges LLP

+ 1 212 310-8083 Direct

+1 202 213-7892 Mobile

---

**From:** Patel, Keya <Keya.Patel@weil.com>
**Sent:** Wednesday, July 15, 2026 11:57 PM
**To:** Ella Epstein <eepstein@elsberglaw.com>; David Elsberg <delsberg@elsberglaw.com>; Michael Duke <mduke@elsberglaw.com>; Vivek Tata <vtata@elsberglaw.com>; Garrett Gerber <ggerber@elsberglaw.com>; Andrew Parks <aparks@elsberglaw.com>; #Evolution <001114-000001@elsberglaw.com>; Fox, Rachel L. <rfox@proskauer.com>
**Cc:** Tsekerides, Theodore <theodore.tsekerides@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Rhine, Fredrick <Fredrick.Rhine@weil.com>; Aquila, Elaina <Elaina.Aquila@weil.com>; Ward, Jon <Jon.Ward@weil.com>; Project Overdrive Lit Associates <Project.Overdrive.Lit.Associates@weil.com>; Jewett, Laura (LJ) <Laura.Jewett@weil.com>
**Subject:** RE: In re: First Brands Group, LLC, et. al — Debtors' Third Production in Response to Evolution's First Set of Requests for Production

Hi Ella,

This production volume contains documents relating to:

- Lien Searches (including bringdown searches and IP searches)
- Minutes of Meetings of the Special Committee of the Board of Managers of FBG
- Pre-mediation email communications with the UCC and/or the Ad Hoc Group and/or the ABL (January 1, 2026 through January 28, 2026)
- Surcharge Demand Letters
- As-filed Final DIP Order
- Cash Tracing Analysis
- Common Interest Agreement between Debtors, the UCC, and the Ad Hoc Group

The Debtors are working to produce the documents relied upon in Mr. Moore's declaration tomorrow.

Best,
Keya

---

**From:** Ella Epstein <eepstein@elsberglaw.com>
**Sent:** Wednesday, July 15, 2026 10:35 AM
**To:** Patel, Keya <Keya.Patel@weil.com>; David Elsberg <delsberg@elsberglaw.com>; Michael Duke <mduke@elsberglaw.com>; Vivek Tata <vtata@elsberglaw.com>; Garrett Gerber <ggerber@elsberglaw.com>; Andrew Parks <aparks@elsberglaw.com>; #Evolution <001114-000001@elsberglaw.com>; Fox, Rachel L. <rfox@proskauer.com>
**Cc:** Tsekerides, Theodore <theodore.tsekerides@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Rhine,

3

Fredrick <Fredrick.Rhine@weil.com>; Aquila, Elaina <Elaina.Aquila@weil.com>; Ward, Jon <Jon.Ward@weil.com>; Project Overdrive Lit Associates <Project.Overdrive.Lit.Associates@weil.com>; Jewett, Laura (LJ) <Laura.Jewett@weil.com>
**Subject:** RE: In re: First Brands Group, LLC, et. al — Debtors' Third Production in Response to Evolution's First Set of Requests for Production

Keya,

Can you please identify the contents of this production? Does it contain all the documents relied upon in the drafting of Mr. Moore's most recent declaration (Docket No. 3188)? Thank you.

Best,
Ella

Ella Epstein
Associate [Bio]

_____

ELSBERG BAKER & MARURI PLLC [Web]
212.597.2611 (o)
347.472.2272 (m)
(she/her/hers)

---

**From:** Patel, Keya <Keya.Patel@weil.com>
**Sent:** Wednesday, July 15, 2026 2:53 AM
**To:** Ella Epstein <eepstein@elsberglaw.com>; David Elsberg <delsberg@elsberglaw.com>; Michael Duke <mduke@elsberglaw.com>; Vivek Tata <vtata@elsberglaw.com>; Garrett Gerber <ggerber@elsberglaw.com>; Andrew Parks <aparks@elsberglaw.com>; #Evolution <001114-000001@elsberglaw.com>; Fox, Rachel L. <rfox@proskauer.com>
**Cc:** Tsekerides, Theodore <theodore.tsekerides@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Rhine, Fredrick <Fredrick.Rhine@weil.com>; Aquila, Elaina <Elaina.Aquila@weil.com>; Ward, Jon <Jon.Ward@weil.com>; Project Overdrive Lit Associates <Project.Overdrive.Lit.Associates@weil.com>; Jewett, Laura (LJ) <Laura.Jewett@weil.com>
**Subject:** In re: First Brands Group, LLC, et. al — Debtors' Third Production in Response to Evolution's First Set of Requests for Production

**In re: First Brands Group, LLC, et. al — Debtors' Third Production in Response to Evolution's First Set of Requests for Production**

Counsel,

You will soon receive a CloudShare link to the Debtors' production volume. The information below lists the Bates range for the productions and the passwords to access the zip files:

      Production: FBG_CH1_003

Bates Range: FBG_CH1_00063364 - FBG_CH1_00089753
Password: ph#y20LwRodri0=i

The Debtors make this production subject to the governing Protective Order [ECF No. 408] entered in *In re First Brands Group, LLC, et al*. (Case No. 25-90399 (CML)) and the *Debtors' Responses and Objections to Evolution's First Set of Requests for Production of Documents*, dated July 7, 2026. To the extent that any privileged information is inadvertently produced, such production should not constitute a waiver of such applicable privilege. The Debtors reserve all rights.

Please contact us should you have any questions or issues accessing the documents.

Sincerely,
Keya Patel



**Keya Patel**
Associate
She/her/hers

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Keya.Patel@weil.com
+1 212 310 8408 Direct
+1 212 310 8007 Fax

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent

responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.