**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC**, *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.[1]** | § | **(Jointly Administered)** |
| | § | |

### KATSUMI SERVICING, LLC'S WITNESS AND EXHIBIT LIST
### FOR JULY 20, 2026 HEARING

Katsumi Servicing, LLC along with certain related parties (collectively, "Katsumi") files this Witness and Exhibit List for the hearing scheduled for **July 20, 2026, at 10:00 a.m. Central Time** (or as such hearing may be continued or rescheduled, the "Hearing").

### WITNESSES

Katsumi reserves the right to examine any witness who has been listed on the witness list of any party.  Katsumi may call any of the following witnesses at the Hearing:

1. Any witnesses necessary to authenticate a document;

2. Any witness called or designated by any other party; and

3. Any witnesses necessary to rebut the evidence or testimony of any witnesses offered or designated by any other party.

### EXHIBITS

Katsumi may elect offer into evidence any one or more of the following exhibits at the Hearing.

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Katsumi's First Request for Production from First Brands in | | | | |

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

| | | | | | |
|---|---|---|---|---|---|
| | Connection with the Plan and Disclosure Statement[2] | | | | |
| 2. | Katsumi's First Set of Interrogatories from First Brands in Connection with the Plan and Disclosure Statement[3] | | | | |
| 3. | Debtor's Responses and Objections to Katsumi's First Request for Production[4] | | | | |
| 4. | Debtor's Responses and Objections to Katsumi's First Set of Interrogatories[5] | | | | |
| 5. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |
| 6. | Any exhibit listed by any other party | | | | |
| 7. | All rebuttal exhibits | | | | |

[*remainder of page intentionally left blank*]

---

[2] Previously filed, together with Katsumi's First Set of Interrogatories from First Brands, as Exhibit 1 of the Katsumi's Emergency Motion to Compel [Docket No. 3211] (the "Emergency Motion").

[3] Previously filed, together with Katsumi's First Request for Production, as Exhibit 1 of Emergency Motion.

[4] Previously filed, together with Debtor's Responses and Objections to Katsumi's First Set of Interrogatories, as Exhibit 2 of the Emergency Motion.

[5] Previously filed, together with Debtor's Responses and Objections to Katsumi's First Request for Production, as Exhibit 2 of the Emergency Motion.

Dated: July 17, 2026

Respectfully submitted

*/s/ Charles S. Kelley*

**MAYER BROWN LLP**
Charles S. Kelley (TX Bar No. 11199580)
700 Louisiana Street, Suite 3400
Houston, Texas 77002
Telephone: (713) 238-3000
Email: ckelley@mayerbrown.com

Sean T. Scott (admitted *pro hac vice*)
Kyle J. TumSuden (admitted *pro hac vice*)
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Email: stscott@mayerbrown.com
ktumsuden@mayerbrown.com

Richard A. Stieglitz (admitted *pro hac vice*)
Lauren C. Blanchard (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Email: rstieglitz@mayerbrown.com
lblanchard@mayerbrown.com

*Counsel to Katsumi Servicing, LLC*

## CERTIFICATE OF SERVICE

I certify that on July 17, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system to be served upon all parties receiving electronic notice via ECF.

*/s/ Charles S. Kelley*
Charles S. Kelley