*Invoices for 5925 suite "C" - Utilities + forklifts —*

**LOERA CUSTOMS BROKERAGE, INC.** — *Pass Through from Loera to Carter—*
P.O. BOX 6370
BROWNSVILLE, TX 78523-6370
Ph.: 9568319000          Email: no-reply@loeracbi.com

**STATEMENT**

From Date: 01/01/2015 To Date: 04/16/2026                                     04/16/2026 04:35:52 PM

Customer:   001095  CARTER FUEL SYSTEMS
Address:    6700 PAREDES LINE RD.
City:       BROWNSVILLE TX 78521

Contact:   ALEJANDRA.ESPINOZA@CARTERFUELSYSTEMS.COM
Phone:     9565442722
Email:

| Invoice | Reference | Inv. Date | Balance | 0-30 | 31 - 60 | 61-90 | 91-120 | +120 |
|---|---|---|---|---|---|---|---|---|
| 662693 | WAREHOUSE — | 03/31/2025 | 8,400.00 | | | | | 8,400.00 |
| 663475 | UTILITIES — | 04/03/2025 | 6,893.21 | | | | | 6,893.21 |
| 664665 | UTILTIES | 04/23/2025 | 8,456.45 | | | | | 8,456.45 |
| 664658 | WAREHOUSE | 04/30/2025 | 8,400.00 | | | | | 8,400.00 |
| 666630 | WHSE SPACE APRIL 2025 | 05/21/2025 | 14,192.64 | | | | | 14,192.64 |
| 666579 | UTILITIES | 05/21/2025 | 7,909.56 | | | | | 7,909.56 |
| 666640 | WHSE SPACE MARCH 2025 | 05/21/2025 | 14,192.64 | | | | | 14,192.64 |
| 666596 | WAREHOUSE | 05/31/2025 | 8,400.00 | | | | | 8,400.00 |
| 667292 | WHSE SPACE MAY 2025 | 06/04/2025 | 14,192.64 | | | | | 14,192.64 |
| 668335 | UTILITIES | 06/20/2025 | 8,760.18 | | | | | 8,760.18 |
| 668344 | WAREHOUSE | 06/30/2025 | 8,400.00 | | | | | 8,400.00 |
| 670157 | WAREHOUSE | 07/25/2025 | 8,400.00 | | | | | 8,400.00 |
| 670158 | UTILITIES | 07/25/2025 | 8,952.72 | | | | | 8,952.72 |
| 670155 | WAREHOUSE | 07/25/2025 | 8,400.00 | | | | | 8,400.00 |
| 670159 | WHSE SPACE JUNE 2025 | 07/25/2025 | 14,192.64 | | | | | 14,192.64 |
| 670605 | WHSE SPACE JULY 2025 | 07/31/2025 | 14,192.64 | | | | | 14,192.64 |
| 669880 | WAREHOUSE | 08/20/2025 | 8,400.00 | | | | | 8,400.00 |
| 673595 | OFFICE | 08/31/2025 | 7,992.54 | | | | | 7,992.54 |
| 673596 | OFFICE | 09/16/2025 | 8,642.65 | | | | | 8,642.65 |
| 673826 | WHSE SPACE AUG 2025 | 09/30/2025 | 14,192.64 | | | | | 14,192.64 |
| 673321 | WHSE | 10/01/2025 | 8,400.00 | | | | | 8,400.00 |
| 674013 | WHSE SPACE SEP 2025 | 10/03/2025 | 14,192.64 | | | | | 14,192.64 |
| 675831 | FORKLIFT RENTAL NOVEMBER 2025 | 11/01/2025 | 8,400.00 | | | | | 8,400.00 |
| 676215 | WHSE SPACE OCTOBER 2025 | 11/13/2025 | 14,192.64 | | | | | 14,192.64 |
| 676844 | UTLITIES FROM 9/9/25 TO 10/7/2 | 11/20/2025 | 7,441.39 | | | | | 7,441.39 |
| 676845 | UTLITIES FROM 10/8/25 - 11/6/2 | 11/21/2025 | 7,354.85 | | | | | 7,354.85 |
| 676846 | WAREHOUSE | 11/21/2025 | 8,400.00 | | | | | 8,400.00 |
| 678033 | WHSE SPACE NOVEMBER 2025 | 12/10/2025 | 14,192.64 | | | | | 14,192.64 |
| 678057 | UTILITIES FROM 11/7/25 TO 12/8 | 12/17/2025 | 6,978.48 | | | | 6,978.48 | |
| 678705 | FORKLIFT RENTAL JAN 2026 | 12/22/2025 | 8,400.00 | | | | 8,400.00 | |
| 678706 | WHSE SPACE DEC 2025 | 12/31/2025 | 14,192.64 | | | | 14,192.64 | |
| 679019 | FORKLIFT RENTAL JAN 2026 | 01/01/2026 | 8,400.00 | | | | 8,400.00 | |
| 679968 | UTILITIES FROM 12/9/25 TO 1/9 | 01/26/2026 | 7,267.13 | | | 7,267.13 | | |
| 679731 | FORKLIFT RENTAL  FEBRUARY 2026 | 02/01/2026 | 8,400.00 | | | 8,400.00 | | |
| 680584 | WHSE SPACE JANUARY 2026 | 02/05/2026 | 14,192.64 | | | 14,192.64 | | |
| 681169 | UTILITIES FROM 1/10/26 TO 2/6/ | 02/16/2026 | 6,499.18 | | 6,499.18 | | | |
| 681597 | FORKLIFT RENTAL MARCH 2026 | 03/01/2026 | 8,400.00 | | 8,400.00 | | | |
| 682431 | WHSE SPACE FEB 2026 | 03/09/2026 | 14,192.64 | | 14,192.64 | | | |
| 682454 | UTILITES FROM 2/7/26 TO 3/9/26 | 03/09/2026 | 5,432.70 | | 5,432.70 | | | |
| 683138 | FORKLIFT RENTAL APRIL 2026 | 04/01/2026 | 8,400.00 | 8,400.00 | | | | |
| 684331 | WHSE SPACE MARCH 2026 | 04/09/2026 | 14,192.64 | 14,192.64 | | | | |
| | | **TOTALS:** | 409,085.36 | 22,592.64 | 34,524.52 | 29,859.77 | 37,971.12 | 284,137.31 |

**Last Payment**

| Receipt | Date | Amount |
|---|---|---|
| 225904296939 | 08/13/2025 | 28,385.28 |

*Before  9/25/25  $ 187,370.⁵¹*
*After   9/25/25  $ 221,714.85*