**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC**, *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**DEBTORS' WITNESS AND EXHIBIT**
**LIST FOR HEARING ON JULY 20, 2026**

First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby file this witness and exhibit list for the hearing (the "**Hearing**") scheduled for **July 20, 2026 at 10:00 a.m. (Central Time)**:

**WITNESSES**

The Debtors may call any of the following witnesses at the Hearing:

1.      Any witness called or listed by any other party;

2.      Any rebuttal witnesses; and

3.      The Debtors reserve the right to cross examine any witness called by any other party.

---

[1]      A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

## EXHIBITS

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Agreed Mediation Order Appointing Judge Marvin Isgur as Mediator (Docket No. 1822) | | | | |
| 2. | Notice of Extension of Mediation Period (Docket No. 1974) | | | | |
| 3. | Second Agreed Mediation Order Appointing Judge Marvin Isgur as Mediator (Docket No. 2005) | | | | |
| 4. | Third Agreed Mediation Order Appointing Judge Marvin Isgur as Mediator (Docket No. 2186) | | | | |
| 5. | Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan, (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing, (III) Establishing Solicitation and Voting Procedures, (IV) Establishing Administrative Expense Claims Consent Program Notice and Opt-In Procedures, (V) Establishing Preference Settlement Notice and Opt-In Procedures, (VI) Establishing Notice and Objection Procedures for Confirmation of Plan, and (VII) Granting Related Relief (Docket No. 2990) | | | | |
| 6. | May 20, 2026 Hearing Transcript, In re First Brands Group, LLC, et al., Case No. 25-90399 (S.D. Tex.) (Docket No. 2789) | | | | |
| 7. | November 30, 2018 Hearing Transcript, In re EXCO Resources, Inc. et al., Case No. 18-30155 (S.D. Tex.) (Docket No. 1413) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 8. | July 14, 2025 Hearing Transcript, In re Steward Health Care System, LLC, Case No. 24-90213 (S.D. Tex.) (Docket No. 5723) | | | | |
| 9. | July 15, 2025 Hearing Transcript, In re Steward Health Care System, LLC, Case No. 24-90213 (S.D. Tex.) (Docket No. 5746) | | | | |
| 10. | LAM Parties' First Request for Production of Documents | | | | |
| 11. | LAM Parties' First Set of Interrogatories in Connection With Plan Confirmation | | | | |
| 12. | Onset's First Requests to the Debtors for the Production of Documents in Connection With the Plan | | | | |
| 13. | Katsumi Servicing, LLC's First Set of Interrogatories to First Brands in Connection with the Plan and Disclosure Statement | | | | |
| 14. | Katsumi Servicing, LLC's First Request for Production of Documents from First Brands in Connection with the Plan and Disclosure Statement | | | | |
| 15. | Evolution's First Set of Requests for the Production of Documents to FBG Debtors | | | | |
| 16. | Debtors' Responses and Objections to LAM Parties' First Request for Production of Documents | | | | |
| 17. | Debtors' Responses and Objections to LAM Parties' First Set of Interrogatories in Connection with Plan Confirmation | | | | |
| 18. | Debtors' Responses and Objections to Katsumi Servicing, LLC's First Set of Interrogatories to First Brands in Connection with the Plan and Disclosure Statement | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 19. | Debtors' Responses and Objections to Katsumi Servicing, LLC's First Request for Production of Documents | | | | |
| 20. | Debtors' Responses and Objections to Onset's First Requests for Production of Documents in Connection with Plan | | | | |
| 21. | Debtors' Responses and Objections to Evolution's First Set of Requests for Production of Documents | | | | |
| 22. | Emails Between Counsel for the Debtors, LAM Parties, and Katsumi (July 1, 2026 – July 12, 2026) | | | | |
| 23. | Emails Between Counsel for the Debtors, LAM Parties, and Katsumi (July 13, 2026 – July 16, 2026) | | | | |
| 24. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 25. | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | | | | |
| 26. | Any exhibit listed by any other party | | | | |

## **RESERVATION OF RIGHTS**

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list at any time prior to the Hearing.

4

Dated: July 19, 2026
      Houston, Texas

        /s/  Clifford W. Carlson

WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:    gabriel.morgan@weil.com
        clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason H. George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:    matt.barr@weil.com
        sunny.singh@weil.com
        andriana.georgallas@weil.com
        kevin.bostel@weil.om
        jason.george@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**<u>Certificate of Service</u>**

I hereby certify that on July 19, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/  Clifford W. Carlson*
Clifford W. Carlson