**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § § § | **Case No. 25-90399 (CML)** |
| | § § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**NOTICE OF EXTENSION OF MEDIATION PERIOD**

**PLEASE TAKE NOTICE THAT**, on January 28, 2026, the Court entered the *Agreed Mediation Order Appointing Judge Marvin Isgur as Mediator* (Docket No. 1822) (the "**Mediation Order**").[2]

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to paragraph 2 of the Mediation Order, the Mediation shall terminate on the earlier of (a) the date on which the Mediator determines that the Mediation has terminated (and advises the Parties of such determination); (b) February 13, 2026 (unless such date is extended with consent of the Parties and the Mediator); (c) the date any Party files a Challenge (as defined in the Final DIP Order); (d) the date any Party files a motion to convert the chapter 11 case of any Debtor to chapter 7; and (e) the date any chapter 11 case of a Debtor converts to chapter 7 (the term of the Mediation, the "**Mediation Period**").

**PLEASE TAKE FURTHER NOTICE THAT**, following an initial extension of the Mediation Period through and including February 20, 2026, the Parties and the Mediator have agreed to further extend the Mediation Period through and including February 27, 2026.

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]   Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Mediation Order.

**DEBTORS' EXHIBIT NO. 2**
**Page 1 of 3**

Dated: February 20, 2026
      Houston, Texas

         */s/  Clifford W. Carlson*
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   gabriel.morgan@weil.com
        clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason H. George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   matt.barr@weil.com
        sunny.singh@weil.com
        andriana.georgallas@weil.com
        kevin.bostel@weil.com
        jason.george@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

2

## <u>Certificate of Service</u>

I hereby certify that on February 20, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.


*/s/ Clifford W. Carlson*
Clifford W. Carlson

**DEBTORS' EXHIBIT NO. 2**
**Page 3 of 3**