**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC,** *et al.,* | § § § | **Case No. 25-90399 (CML)** |
|  | § | **(Jointly Administered)** |
| **Debtors.**[1] | § § | |

**AGENDA OF MATTERS SET FOR HEARING**
**ON JULY 20, 2026 AT 10:00 A.M. (PREVAILING CENTRAL TIME)**

A HEARING WILL BE CONDUCTED ON THESE MATTERS ON JULY 20, 2026, AT 10:00 A.M. (PREVAILING CENTRAL TIME) IN COURTROOM 402, 4TH FLOOR, 515 RUSK AVENUE, HOUSTON, TX 77002.

YOU MAY PARTICIPATE IN THE HEARING EITHER IN PERSON OR BY AN AUDIO AND VIDEO CONNECTION.

AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT 1-832-917-1510. ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER. JUDGE LOPEZ'S CONFERENCE ROOM NUMBER IS 590153. VIDEO COMMUNICATION WILL BE BY USE OF THE GOTOMEETING PLATFORM. CONNECT VIA THE FREE GOTOMEETING APPLICATION OR CLICK THE LINK ON JUDGE LOPEZ'S HOME PAGE. THE MEETING CODE IS "JUDGELOPEZ." CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.

HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF BOTH ELECTRONIC AND IN-PERSON HEARINGS. TO MAKE YOUR APPEARANCE, CLICK THE "ELECTRONIC APPEARANCE" LINK ON JUDGE LOPEZ'S HOME PAGE. SELECT THE CASE NAME, COMPLETE THE REQUIRED FIELDS, AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE.

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby file this Agenda of Matters Set for Hearing on **July 20, 2026 at 10:00 a.m. (Prevailing Central Time)** before the Honorable Christopher M. Lopez.

**RESOLVED MATTER:**

1.  **Debtors' Exclusivity Motion**

    a.  Motion of Debtors for an Order Further Extending Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code **(Docket No. 2522)**

    Status:  The Debtors respectfully request that the Court enter the Agreed Order filed at Docket No. 3229.  The Agreed Order fully resolves Onset's objection to the Exclusivity Motion.

    Responses Filed:

    A.  Onset Financial, Inc.'s Opposition to Motion of Debtors for an Order Further Extending Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code **(Docket No. 2714)**

    Related Documents:

    B.  Notice of Hearing on Motion to Extend Exclusivity **(Docket No. 2949)**

    C.  Notice of Continued Exclusivity Hearing **(Docket No. 3041)**

    D.  Notice of Adjournment of Hearing on Motion of Debtors for an Order Further Extending Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code **(Docket No. 3140)**

    E.  Notice of Adjournment of Hearing on Motion of Debtors for an Order Further Extending Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code **(Docket No. 3162)**

    F.  Onset Financial, Inc.'s Witness and Exhibit List for Hearing on July 20, 2026 **(Docket No. 3213)**

    G.  SEALED Onset Financial, Inc.'s Witness and Exhibit List for Hearing on July 20, 2026 **(Docket No. 3215)**

    H.  Certification of Counsel Regarding Order Approving Motion of Debtors for Entry of an Order Further Extending Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code **(Docket No. 3229)**

**CONTESTED MATTERS GOING FORWARD:**

**2. LAM Parties' Motion to Compel**

a. LAM Parties' Emergency Motion to Compel Production of Documents and Interrogatory Responses from Debtors **(Docket No. 3210)**

Status:   This matter is going forward on a contested basis.

Responses Filed:

A. Onset Financial, Inc.'s Joinder and Statement in Support of LAM Parties' and Katsumi Servicing, LLC's Motions to Compel Production of Documents and Interrogatory Responses from Debtors **(Docket No. 3223)**

B. Evolution's Joinder to LAM Parties', Katsumi's Emergency Motions to Compel Production of Documents and Interrogatory Responses **(Docket No. 3224)**

C. Debtors' Omnibus Objection to the Emergency Motions to Compel filed by the LAM Parties (Dkt. 3210) and Katsumi (Dkt. 3211) and the Joinders filed by Onset (Dkt. 3223) and Evolution (Dkt. 3224) **(Docket No. 3235)**

Related Documents:

D. Onset Financial, Inc.'s Witness and Exhibit List for Hearing on July 20, 2026 **(Docket No. 3213)**

E. SEALED Onset Financial, Inc.'s Witness and Exhibit List for Hearing on July 20, 2026 **(Docket No. 3215)**

F. Notice of July 20, 2026 Hearing Regarding LAM Parties' and Katsumi Servicing, LLC's Emergency Motion **(Docket No. 3227)**

G. LAM Parties' Witness and Exhibit List for July 20, 2026 at 10:00 a.m. (Central Time) **(Docket No. 3231)**

H. Evolution's Witness and Exhibit List for the Emergency Hearing Scheduled on July 20, 2026 at 10:00 a.m. (Central Time) **(Docket No. 3234)**

I. Katsumi Servicing, LLC's Witness and Exhibit List for July 20, 2026 Hearing **(Docket No. 3236)**

J. Debtors' Witness and Exhibit List for July 20, 2026 Hearing **(Docket No. 3239)**

K.   Reply in Support of LAM Parties' Emergency Motion to Compel Production of Documents and Interrogatory Responses **(Docket No. 3241)**

3. **Katsumi Servicing, LLC's Motion to Compel**

a.   Emergency Motion of Katsumi Servicing, LLC to Compel Debtors to Produce Complete Responses and Documents in Response to Discovery Served Upon the Debtors, Including Katsumi Servicing, LLC's First Set of Interrogatories and First Request for Production of Documents and Other Issues **(Docket No. 3211)**

Status:   This matter is going forward on a contested basis.

Responses Filed:

A.   Onset Financial, Inc.'s Joinder and Statement in Support of LAM Parties' and Katsumi Servicing, LLC's Motions to Compel Production of Documents and Interrogatory Responses from Debtors **(Docket No. 3223)**

B.   Evolution's Joinder to LAM Parties', Katsumi's Emergency Motions to Compel Production of Documents and Interrogatory Responses **(Docket No. 3224)**

C.   Debtors' Omnibus Objection to the Emergency Motions to Compel filed by the LAM Parties (Dkt. 3210) and Katsumi (Dkt. 3211) and the Joinders filed by Onset (Dkt. 3223) and Evolution (Dkt. 3224) **(Docket No. 3225)**

Related Documents

D.   Onset Financial, Inc.'s Witness and Exhibit List for Hearing on July 20, 2026 **(Docket No. 3213)**

E.   SEALED Onset Financial, Inc.'s Witness and Exhibit List for Hearing on July 20, 2026 **(Docket No. 3215)**

F.   Notice of July 20, 2026 Hearing Regarding LAM Parties' and Katsumi Servicing, LLC's Emergency Motion **(Docket No. 3227)**

G.   LAM Parties' Witness and Exhibit List for July 20, 2026 at 10:00 a.m. (Central Time) **(Docket No. 3231)**

H.   Evolution's Witness and Exhibit List for the Emergency Hearing Scheduled on July 20, 2026 at 10:00 a.m. (Central Time) **(Docket No. 3234)**

I.      Katsumi Servicing, LLC's Witness and Exhibit List for July 20, 2026 Hearing **(Docket No. 3236)**

J.      Debtors' Witness and Exhibit List for July 20, 2026 Hearing **(Docket No. 3239)**

**STATUS CONFERENCE:**

4. **Status Conference Regarding Criminal Case (Adv. Pro. No. 25-03803)**

Responses Filed:

A.      United States of America's Status Report Regarding Parallel Criminal Case and Discovery Stay **(Adv. Pro. Docket No. 200)**

B.      Second Statement of Defendant Michael Baker Regarding Scheduling Issues **(Adv. Pro. Docket No. 201)**

C.      Patrick James and the Related Entities' Status Update submitted Pursuant to Order Dated April 17, 2026 **(Adv. Pro. Docket No. 202)**

D.      Status Update Regarding the Patrick James Criminal Case **(Adv. Pro. Docket No. 203)**

E.      Supplement to Patrick James and Related Entities' Status Update Submitted Pursuant to Order dated April 17, 2026 **(Adv. Pro. Docket No. 206)**

Related Documents:

F.      Renewed Motion of Patrick James and Related Entities to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) Debtors' Amended Complaint for Failure to State a Claim, or, Alternatively, Pursuant to Fed. R. Civ. P. 12(b) for A More Definite Statement Deadlines **(Adv. Pro. Docket No. 155)**

G.      Stephen Graham's Motion to Dismiss Debtors' Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) or, Alternatively, for a More Definite Statement Pursuant to Fed. R. Civ (P. 12(e) Deadlines **(Adv. Pro. Docket No. 170)**

H.      Defendant Michael Baker's Motion to Withdraw the Reference Pursuant to 28 U.S.C. § 157(d) **(Adv. Pro. Docket No. 172)**

I.      Defendant Michael Baker's Motion to Dismiss Plaintiffs' Amended Complaint Deadlines **(Adv. Pro. Docket No. 173)**

5

J.  Peter Andrew Brumbergs's Motion to Dismiss Debtors' Amended Complaint Deadlines **(Adv. Pro. Docket No. 174)**

K.  Order Granting Case Deadline Clarification **(Adv. Pro. Docket No. 195)**

[*Remainder of page intentionally left blank*]

Dated: July 19, 2026
        Houston, Texas

 /s/  Clifford W. Carlson
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   gabriel.morgan@weil.com
         clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason H. George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   matt.barr@weil.com
         sunny.singh@weil.com
         andriana.georgallas@weil.com
         kevin.bostel@weil.com
         jason.george@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

7

**<u>Certificate of Service</u>**

I hereby certify that on July 19, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

 _/s/  Clifford W. Carlson_
Clifford W. Carlson