# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

## LAM PARTIES' AMENDED WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR JULY 20, 2026 AT 10:00 A.M. (CENTRAL TIME)

Leucadia Asset Management LLC, acting through its Point Bonita Capital Division, LAM Trade Finance Group LLC, and LAM TFG I SPV LLC (collectively, the "LAM Parties") file this amended witness and exhibit list (the "**Amended Witness and Exhibit List**") for the hearing scheduled to begin on **July 20, 2026 at 10:00 a.m. (Central Time)** (or as such hearing may be continued or rescheduled, the "**Emergency Hearing**"). The LAM Parties reserve the right to further supplement or amend this Amended Witness and Exhibit List at any time prior to or during the Emergency Hearing.

## WITNESSES

The LAM Parties may call any of the following witnesses at the Emergency Hearing:

1. Any witnesses necessary to authenticate a document;

2. Any witnesses called or designated by any other party; and

3. Any witnesses necessary to rebut the evidence or testimony of any witness offered or designated by any other party.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

4920-3110-3934

## EXHIBITS

The LAM Parties may offer into evidence any one or more of the following exhibits at the Emergency Hearing:

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION |
|---|---|---|---|---|---|---|
| 1. | LAM Parties' First Set of Requests for Production in Connection with Plan Confirmation[2] | | | | | |
| 2. | LAM Parties' First Set of Interrogatories in Connection with Plan Confirmation[3] | | | | | |
| 3. | Debtors' Responses and Objections to the Requests for Production[4] | | | | | |
| 4. | July 9, 2026 email from C. Calabrese[5] | | | | | |
| 5. | July 12, 2026 email from C. Calabrese[6] | | | | | |
| 6. | Debtors' Responses and Objections to Interrogatories[7] | | | | | |
| 7. | July 16, 2026 email from C. Calabrese[8] | | | | | |
| 8. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | | |
| 9. | Any exhibit listed by any other party | | | | | |
| 10. | Any pleading or other document filed on the docket of these chapter 11 cases | | | | | |

---

[2]   Previously filed as Exhibit B of the LAM Parties' Emergency Motion Emergency Motion to Compel Production of Documents and Interrogatory Responses From Debtors [Docket No. 3210] (the "**Emergency Motion**").

[3]   Previously filed as Exhibit C of the Emergency Motion.

[4]   Previously filed as Exhibit D of the Emergency Motion.

[5]   Previously filed as Exhibit E of the Emergency Motion.

[6]   Previously filed as Exhibit F of the Emergency Motion.

[7]   Previously filed as Exhibit G of the Emergency Motion.

[8]   Previously filed as Exhibit A of the *Reply in Support of LAM Parties' Emergency Motion Emergency Motion to Compel Production of Documents and Interrogatory Responses* [Docket No. 3210].

4920-3110-3934

Dated:  July 19, 2026
Houston, Texas

*/s/ Paul E. Heath*

**VINSON & ELKINS LLP**

Paul E. Heath (TX 09355050)
Matthew D. Struble (TX 24102544)
845 Texas Avenue, Suite 4700
Houston, TX  77002
Tel:  713.758.2222
Email: pheath@velaw.com
      mstruble@velaw.com

**WACHTELL, LIPTON, ROSEN & KATZ**

Emil A. Kleinhaus (admitted *pro hac vice*)
Angela K. Herring (admitted *pro hac vice*)
Michael H. Cassel (admitted *pro hac vice*)
51 West 52nd Street
New York, NY  10019
Tel:  212.403.1332
Email: eakleinhaus@wlrk.com
      akherring@wlrk.com
      mhcassel@wlrk.com

***COUNSEL TO THE LAM PARTIES***

3

4920-3110-3934

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 19, 2026 I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

_/s/ Paul E. Heath_
One of Counsel

4920-3110-3934