**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTIRCT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| FIRST BRANDS GROUP, LLC., *et al.* | § | |
| | § | Case No. 25-90399 (CML) |
| Debtors[1]. | § | |
| | § | (Jointly Administered) |
| | § | |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Husqvarna

Business Support AB ("Husqvarna"), a party-in-interest herein, and pursuant to 11 U.S.C. §§ 342

and 1109(b) and Fed. R. Bankr. P. 2002, 9007 and 9010, hereby requests that all notices given or

required to be given in this case, and all papers served or required to be served in this case, be

served upon Husqvarna by and through:

Sean A. Gordon
**THOMPSON HINE LLP**
Two Alliance Center
3560 Lenox Road
Suite 1600
Atlanta, Georgia 30326
(404) 541-2900
(404) 541-2905 (fax)
sean.gordon@thompsonhine.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the

foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, electronically, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, this Notice of Appearance and Request for service of Papers shall not be deemed or construed as Husqvarna's (a) waiver of the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court; (b) waiver of the right to trial by jury in any proceeding so eligible in this case or in any other case, controversy, or proceeding related to this case; (c) waiver of the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) waiver of the right to contest jurisdiction or appropriate venue to this proceeding or any related proceeding; or (e) waiver of any other rights or claims, actions, defenses, setoffs, or recoupments which Husqvarna has or may hereafter obtain, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Husqvarna expressly reserves. This Notice of Appearance and Request for Service of Papers is not, and shall not be construed to be, a consent by Husqvarna pursuant to 28 U.S.C. § 157(c)(2).

**PLEASE TAKE FURTHER NOTICE** the undersigned requests inclusion on any official service list for any and all proceedings in this case.

3

Dated: July 20, 2026

Respectfully submitted,

*/s/* Sean A. Gordon
Sean A. Gordon
Texas Bar No. 24048504
**THOMPSON HINE LLP**
Two Alliance Center
3560 Lenox Road NE, Suite 1600
Atlanta, Georgia 30326-4266
Telephone: 404-541-2900
Fax:  404-541-2905
Sean.Gordon@thompsonhine.com


*Counsel for Husqvarna Business Support AB*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2026, a true and correct copy of the foregoing *Notice of Appearance and Request for service of Papers* was served via the Court's CM/ECF system to all parties consenting to service through the same.

*/s/* Sean A. Gordon
Sean A. Gordon