| | |
|---|---|
| **From:** | Calabrese, Christine <Christine.Calabrese@weil.com> |
| **Sent:** | Thursday, July 16, 2026 12:12 AM |
| **To:** | Kelley, Charles S. (Mayer Brown LLP); Herring, Angela K.; Cassel, Michael H.; Waldock, Katherine P.; Heath, Paul E. (Vinson & Elkins LLP); Struble, Matthew D. (Vinson & Elkins LLP); Kleinhaus, Emil A. |
| **Cc:** | Tsekerides, Theodore; Berezin, Robert; Barr, Matt; Singh, Sunny (Weil, Gotshal & Manges LLP); Carlson, Clifford; Patel, Keya; Lane, Jack; Project Overdrive Lit Associates; George, Jason; Ferrier, Kyle; Findlay, Loren; Rhine, Fredrick |
| **Subject:** | RE: First Brands | Discovery Requests (LAM/Katsumi) |

**\*\*External Email-Use Caution\*\***

Counsel,

Further to our call on Monday, with respect to the mediation privilege, the Debtors can agree that <u>for the period March 27, 2026 (the close of formal mediation) to May 20, 2026 (</u>the date the Debtors announced an agreement in principle with the AHG, UCC, and ABL on the record), neither the mediation privilege nor the common interest privilege apply with respect to Plan negotiations.  The Debtors continue to assert the mediation/common interest privilege with the AHG, UCC, and ABL from May 20 to present.  For the avoidance of doubt, this does not change the Debtors' position with respect to Estate Claims and related investigations: the Debtors and the UCC shared a common interest from the UCC's inception and the Debtors and the AHG shared a common interest from September 27, 2025, the date an agreement on the DIP was reached in principle.

Best,
Christine


**Christine A. Calabrese**

Weil, Gotshal & Manges LLP
+ 1 212 310-8083 Direct
+1 202 213-7892 Mobile

---

**From:** Calabrese, Christine
**Sent:** Monday, July 13, 2026 4:12 PM
**To:** 'Kelley, Charles S.' <CKelley@mayerbrown.com>; Herring, Angela K. <AKHerring@wlrk.com>; Cassel, Michael H. <MHCassel@wlrk.com>; 'Waldock, Katherine P.' <KPWaldock@wlrk.com>; Heath, Paul E. (Vinson & Elkins LLP) <pheath@velaw.com>; Struble, Matthew D. (Vinson & Elkins LLP) <mstruble@velaw.com>; Kleinhaus, Emil A. <EAKleinhaus@WLRK.com>
**Cc:** Tsekerides, Theodore <theodore.tsekerides@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Barr, Matt <Matt.Barr@weil.com>; Singh, Sunny <sunny.singh@weil.com>; Carlson, Clifford <Clifford.Carlson@weil.com>; Patel, Keya <Keya.Patel@weil.com>; Lane, Jack <Jack.Lane@weil.com>; Project Overdrive Lit Associates <Project.Overdrive.Lit.Associates@weil.com>; George, Jason <Jason.George@weil.com>; Ferrier, Kyle <Kyle.Ferrier@weil.com>; Findlay, Loren <Loren.Findlay@weil.com>; Rhine, Fredrick <Fredrick.Rhine@weil.com>
**Subject:** First Brands | Discovery Requests (LAM/Katsumi)

Counsel,

Further to our call earlier today, we wanted to provide clarifying details regarding the Debtors' productions of prior document productions, responsive to LAM RFP No. 3 and Katsumi RFP No. 16.  At a high level (as further detailed below): the Debtors' provided (1) certain productions via both FTP and hard drive as certain productions were originally made via hard drive due to size and therefore not available via FTP, (2) a hard drive containing all productions *minus* productions to the UCC in connection with the DIP hearing, and (3) a production via CloudShare yesterday containing productions to the UCC in connection with the DIP hearing.

The Debtors' prior productions were in connection with the following matters: (1) DIP Financing Motion (Dkt. 49), (2) Factoring Procedures Motion (Dkt. 807), (3) *Evolution Credit Opportunity Master Fund II-B, L.P. et al v. First Brands Group, LLC et al* (Adv. Pro. No. 25-03800), (4) *Bank of America, N.A. et al v. Aequum Capital Financial II LLC et al* (Adv. Pro. No. 26-03091), and (5) Rule 2004 Requests.

**The following production volumes were provided via both hard drive and KLD FTP**:
- FBG_ABL_001; FBG_ABL_002; FBG_ABL_003; FBG_ABL_004; FBG_ABL_005; FBG_AEQ_001; FBG_AEQ_002; FBG_AEQ_002_Overlay; FBG_AEQ_003; FBG_AEQ_004; FBG_AEQ_005; FBG_AEQ_006; FBG_AEQ_007; FBG_AEQ_008; FBG_AEQ_009; FBG_AEQ_010; FBG_AEQ_011; FBG_BOA_001; FBG_BOA_002; FBG_BOA_003; FBG_BOA_004; FBG_BOA_005; FBG_BOA_006; FBG_BOA_007; FBG_BOA_008; FBG_BOA_009; FBG_BOA_010; FBG_BOA_011; FBG_CarVal_001; FBG_CarVal_002; FBG_CarVal_003; FBG_CarVal_004; FBG_CarVal_005; FBG_CarVal_006; FBG_CarVal_007; FBG_CarVal_008; FBG_CarVal_009; FBG_CarVal_010; FBG_CarVal_011; FBG_CarVal_012; FBG_CarVal_013; FBG_CarVal_014; FBG_CarVal_015; FBG_CarVal_016; FBG_CarVal_017; FBG_CarVal_018; FBG_DIP_001; FBG_EVL_001; FBG_EVL_002; FBG_EVL_003; FBG_EVL_004; FBG_EVL_005; FBG_EVL_006; FBG_EVL_007; FBG_EVL_008; FBG_EVL_009; FBG_EVL_AP_001; FBG_EVL_AP_002; FBG_EVL_AP_003; FBG_EVL_AP_004; FBG_EVL_AP_005; FBG_ING_001; FBG_KAT_001; FBG_KAT_002; FBG_KAT_003; FBG_ULT_001; FBG_UMB_001; FBG_UMB_002; FBGH001; FBGH002; FBGH003; FBGH004; FBGH005; FBGH006; FBGH006_Overlay; FBGH007; FBGH008; FBGH009; FBGH010; FBGH011; FBGH012; FBGH013; FBGH014

**The following production volumes were provided via hard drive only**:
- FBG_ARAB-BANKING_001; FBG_ARAB-BANKING_002; FBG_ARAB-BANKING_003; FBG_ARAB-BANKING_004; FBG_ARAB-BANKING_005; FBG_ARAB-BANKING_006; FBG_ARAB-BANKING_007; FBG_ARAB-BANKING_008; FBG_ARAB-BANKING_009; FBG_ARAB-BANKING_010; FBG_ARAB-BANKING_011; FBG_ARAB-BANKING_012; FBG_ARAB-BANKING_013; FBG_ARAB-BANKING_014; FBG_ARAB-BANKING_015; FBG_EVOLUTION_001; FBG_EVOLUTION_002; FBG_EVOLUTION_003; FBG_EVOLUTION_004; FBG_EVOLUTION_005; FBG_EVOLUTION_006; FBG_EVOLUTION_007; FBG_EVOLUTION_008; FBG_EVOLUTION_009; FBG_EVOLUTION_010; FBG_EVOLUTION_011; FBG_EVOLUTION_012; FBG_EVOLUTION_013; FBG_EVOLUTION_014; FBG_EVOLUTION_015; FBG_ING-BELGIUM_001; FBG_ING-BELGIUM_002; FBG_ING-BELGIUM_003; FBG_ING-BELGIUM_004; FBG_ING-BELGIUM_005; FBG_ING-BELGIUM_006; FBG_ING-BELGIUM_007; FBG_ING-BELGIUM_008; FBG_ING-BELGIUM_009; FBG_ING-BELGIUM_010; FBG_ING-BELGIUM_011; FBG_ING-BELGIUM_012; FBG_ING-BELGIUM_013; FBG_ING-BELGIUM_014; FBG_ING-BELGIUM_015; FBG_ING-BELGIUM_016; FBG_KATSUMI_001; FBG_KATSUMI_002; FBG_KATSUMI_003; FBG_KATSUMI_004; FBG_KATSUMI_005; FBG_KATSUMI_006; FBG_KATSUMI_007; FBG_KATSUMI_008; FBG_KATSUMI_009; FBG_KATSUMI_010; FBG_KATSUMI_011; FBG_KATSUMI_012; FBG_KATSUMI_013; FBG_KATSUMI_014; FBG_KATSUMI_015; FBG_KATSUMI_016; FBG_KATSUMI_017; FBG_KATSUMI_018; FBG_KATSUMI_019; FBG_KATSUMI_020; FBG_KATSUMI_021; FBG_LAM_001; FBG_LAM_002; FBG_LAM_003; FBG_LAM_004; FBG_LAM_005; FBG_LAM_006; FBG_LAM_007; FBG_LAM_008;

FBG_LAM_009; FBG_LAM_010; FBG_LAM_011; FBG_LAM_012; FBG_LAM_013; FBG_LAM_014; FBG_LAM_015; FBG_LAM_016; FBG_LAM_017; FBG_LAM_018; FBG_LAM_019; FBG_LAM_020; FBG_LAM_021; FBG_LAM_022; FBG_LAM_023; FBG_Raistone_001; FBG_Raistone_002; FBG_Raistone_003; FBG_Raistone_004; FBG_Raistone_005; FBG_Raistone_006; FBG_Raistone_007; FBG_Raistone_008; FBG_Raistone_009; FBG_Raistone_010; FBG_Raistone_011; FBG_Raistone_012; FBG_Raistone_013; FBG_Raistone_014; FBG_Raistone_015; FBG_Raistone_016; FBG_Raistone_017; FBG_Raistone_018; FBG_Raistone_019

**The following production volumes were provided via Weil Cloudshare only:**

- FBG_UCC_001; FBG_UCC_002; FBG_UCC_003; FBG_UCC_004; FBG_UCC_005; FBG_UCC_006; FBG_UCC_007; FBG_UCC_008

Please let us know if you have any questions.

Best,
Christine



**Christine A. Calabrese**
Counsel
Pronouns: She/her/hers

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
christine.calabrese@weil.com
+1 212 310 8083 Direct
+1 202 213 7892 Mobile

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.