| | |
|---|---|
| **From:** | Carlson, Clifford [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0E1A819A20304CB2A7908E2F803F3FCC-CARLSONC] |
| **Sent:** | 4/21/2026 12:40:13 PM |
| **To:** | AnnElyse Scarlett Gains [AGains@gibsondunn.com] |
| **CC:** | Christina M. Brown [christina.brown@gibsondunn.com]; Ferrier, Kyle [Kyle.Ferrier@weil.com]; Nicholson, Tansy [Tansy.Nicholson@weil.com] |
| **Subject:** | Re: Proposed Thursday Meeting |

Yes we will set up a zoom so folks can attend virtually and no issue with your clients attending.

FYI it looks like the meeting will be Monday afternoon now. Will confirm soon.

On Apr 21, 2026, at 7:32 AM, Gains, AnnElyse Scarlett <AGains@gibsondunn.com> wrote:

Cliff – can we plan to have a few GDC/HCG members attend virtually? Is this open to our clients as well if Anchorage or Oaktree want to attend? If our UCC meeting on Wednesday doesn't happen, they may want to hear the investigation update with Jerry versus waiting for that meeting to get rescheduled.

Thanks,

**AnnElyse Scarlett Gains**
Partner

T: +1 202.955.8606 | M: +1 847.774.2359
AGains@gibsondunn.com

GIBSON DUNN
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-4504

---

**From:** Carlson, Clifford <Clifford.Carlson@weil.com>
**Sent:** Monday, April 20, 2026 7:24 PM
**To:** Gerard Uzzi <guzzi@uzzilall.com>; Moore, Chuck <cmoore@alvarezandmarsal.com>; Gains, AnnElyse Scarlett <AGains@gibsondunn.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Malhotra, Gaurav <gmalhotra@alvarezandmarsal.com>
**Cc:** Brown, Christina M. <christina.brown@gibsondunn.com>; klall@uzzilall.com; Matthew Feldman <mfeldman@uzzilall.com>; Malloy, Michael <mmalloy@alvarezandmarsal.com>; Palen, Kerri <k.palen@alvarezandmarsal.com>; Zhu, Keyu <kzhu@alvarezandmarsal.com>; Joosten, Zachary <zjoosten@alvarezandmarsal.com>; Ulyanenko, Andrey <aulyanenko@alvarezandmarsal.com>; Su, Warren <wsu@alvarezandmarsal.com>; Singh, Sunny <sunny.singh@weil.com>; Georgallas, Andriana <Andriana.Georgallas@weil.com>; Cohan, Teddy <Teddy.Cohan@weil.com>; Tsekerides, Theodore <theodore.tsekerides@weil.com>; Christine.Calabrese@weil.com; tyler.cowan@lazard.com; nathan.mooney@lazard.com; sean.mccauley@lazard.com; Barr, Matt <Matt.Barr@weil.com>; Ferrier, Kyle <Kyle.Ferrier@weil.com>; George, Jason <Jason.George@weil.com>; Berezin, Robert <robert.berezin@weil.com>
**Subject:** FBG: Proposed Thursday Meeting

CONFIDENTIAL

FBG_CH1_00184869

Jerry and team, are you available for a meeting on Thursday afternoon at Weil's office? I will propose a 130 pm et start time but happy to move that time if it doesn't work. We will also set up a zoom for those that want to join virtually.

Thanks,
Cliff



Clifford Carlson

Weil, Gotshal & Manges LLP
700 Louisiana Street, Suite 3700
Houston, TX 77002-2755
clifford.carlson@weil.com
+1 713 546 5248 Direct
+1 708 308 1971 Mobile
+1 713 224 9511 Fax

---

**From:** Gerard Uzzi <guzzi@uzzilall.com>
**Sent:** Sunday, April 19, 2026 8:57 AM
**To:** Moore, Chuck <cmoore@alvarezandmarsal.com>; Gains, AnnElyse Scarlett <AGains@gibsondunn.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Malhotra, Gaurav <gmalhotra@alvarezandmarsal.com>
**Cc:** Brown, Christina M. <christina.brown@gibsondunn.com>; klall@uzzilall.com; Matthew Feldman <mfeldman@uzzilall.com>; Malloy, Michael <mmalloy@alvarezandmarsal.com>; Palen, Kerri <k.palen@alvarezandmarsal.com>; Zhu, Keyu <kzhu@alvarezandmarsal.com>; Joosten, Zachary <zjoosten@alvarezandmarsal.com>; Ulyanenko, Andrey <aulyanenko@alvarezandmarsal.com>; Su, Warren <wsu@alvarezandmarsal.com>; Singh, Sunny <sunny.singh@weil.com>; Georgallas, Andriana <Andriana.Georgallas@weil.com>; Carlson, Clifford <Clifford.Carlson@weil.com>; Cohan, Teddy <Teddy.Cohan@weil.com>; Tsekerides, Theodore <theodore.tsekerides@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; tyler.cowan@lazard.com; nathan.mooney@lazard.com; Sean.mccauley@lazard.com
**Subject:** Re: A&M Point Of Contact

Nice to meet you as well. We appreciate your assistance. Thanks!

Gerard Uzzi
Managing Partner
Uzzi & Lall
115 Broadway 5th Floor
New York, NY 10006
**Phone:** (732) 675-9503
**Email:** guzzi@uzzilall.com

---

**From:** Moore, Chuck <cmoore@alvarezandmarsal.com>
**Sent:** Sunday, April 19, 2026 7:33:29 AM
**To:** Gains, AnnElyse Scarlett <AGains@gibsondunn.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Malhotra, Gaurav <gmalhotra@alvarezandmarsal.com>
**Cc:** Brown, Christina M. <christina.brown@gibsondunn.com>; Gerard Uzzi <guzzi@uzzilall.com>; Keshav Lall

CONFIDENTIAL

<klall@uzzilall.com>; Matthew Feldman <mfeldman@uzzilall.com>; Malloy, Michael
<mmalloy@alvarezandmarsal.com>; Palen, Kerri <k.palen@alvarezandmarsal.com>; Zhu, Keyu
<kzhu@alvarezandmarsal.com>; Joosten, Zachary <zjoosten@alvarezandmarsal.com>; Ulyanenko, Andrey
<aulyanenko@alvarezandmarsal.com>; Su, Warren <wsu@alvarezandmarsal.com>; Sunny Singh
<sunny.singh@weil.com>; Andriana Georgallas <andriana.georgallas@weil.com>; Carlson, Clifford
<clifford.carlson@weil.com>; Cohan Teddy <teddy.cohan@weil.com>; Tsekerides, Theodore
<theodore.tsekerides@weil.com>; Calabrese, Christine <christine.calabrese@weil.com>; Tyler Cowan
<tyler.cowan@lazard.com>; Nathan Mooney <nathan.mooney@lazard.com>; McCauley, Sean
<sean.mccauley@lazard.com>
**Subject:** Re: A&M Point Of Contact

Thanks, AnnElyse.

Gerry, it's nice to meet you and Keshav, good to make contact again.  Please let us know when you'd like to
speak.  I suggest a brief introductory call and then we should schedule a longer call where we can review our
findings.  Those are with our Special Committee right now, so we should schedule for sometime after we have
addressed any comments or questions they have.

I've added the key people from A&M on this, along with a few people from Weil and Lazard that should
participate.

Thanks,
Chuck


**Charles M. Moore**
Managing Director
Alvarez & Marsal North America, LLC
755 W. Big Beaver Road, Suite 650
Troy, MI 48084
Direct: + 1 248 936 0814
Mobile: + 1 248 303 0277
cmoore@alvarezandmarsal.com
AlvarezandMarsal.com

Follow and connect with A&M:
Linkedin | Twitter | Facebook

---

**From:** Gains, AnnElyse Scarlett <AGains@gibsondunn.com>
**Sent:** Sunday, April 19, 2026 8:21:33 AM
**To:** Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>;
Project_Overdrive_AM_REST <Project_Overdrive_AM_REST@alvarezandmarsal.com>
**Cc:** Brown, Christina M. <christina.brown@gibsondunn.com>; Gerard Uzzi <guzzi@uzzilall.com>; Keshav Lall
<klall@uzzilall.com>; Matthew Feldman <mfeldman@uzzilall.com>
**Subject:** A&M Point Of Contact

⚠ **[EXTERNAL EMAIL]: Use Caution**

Chuck, Dan, and A&M team – introducing you here with the Uzzi & Lall team so you can coordinate on information
sharing for the Litigation Trust.

Thanks,

CONFIDENTIAL

**AnnElyse Scarlett Gains**
Partner

T: +1 202.955.8606 | M: +1 847.774.2359
AGains@gibsondunn.com

GIBSON DUNN
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-4504

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

FBG_CH1_00184872