UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---------------------------------------------------------------------x
: 
In re: : Chapter 11
:
FIRST BRANDS GROUP, LLC, *et al.*, : Case No.: 25-90399 (CML)
:
Debtors.[1] : (Jointly Administered)
:
---------------------------------------------------------------------x

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF UAW AND USW TO
CONFIRMATION OF CHAPTER 11 PLAN**

The United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied

Industrial and Service Workers International Union ("**USW**") and the International Union,

United Automobile, Aerospace and Agricultural Implement Workers of America ("**UAW**")

(collectively, the "Unions"), respectfully submit this Limited Objection and Reservation of

Rights to the confirmation of the Joint Chapter 11 Plan of First Brands Group, LLC and Certain

Affiliated Debtors (the "**Plan**") [Docket No. 2907] and state as follows:

**BACKGROUND**

1. The Unions are parties to collective bargaining agreements ("CBAs") with

First Brands Group, LLC and certain affiliated debtors (collectively, the "Debtors"). As of the

petition date in this case, the CBAs covered at least 1,540 active employees at nine facilities.

2. In addition to establishing the terms of conditions of employment for

active employees, the CBAs require the Debtors to provide various combinations of retiree

health (including medical, prescription drug, dental and vision coverage) benefits (the "Retiree

Health Benefits") and retiree life insurance benefits (the "Retiree Life Benefits" and, collectively

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

with the Retiree Health Benefits, the "Retiree Benefits") to at least 300 retired employees represented by the Unions and their spouses and/or eligible dependents (the "Union Retirees").

3. The CBAs were in effect as of the petition date and remain in effect today. [*See* Docket No. 16, at 4 (Debtors' wage motion); Docket No. 187 (wage order)].

4. On July 14, 2026, the Debtors filed the Emergency Motion of Debtors for Order (I) Authorizing Debtors to Modify Retiree Benefits and (II) Granting Related Relief [Docket No. 3194], seeking to modify or terminate the collectively bargained Retiree Benefits afforded to hundreds of former First Brands employees.

5. The Unions are the collective bargaining agents and authorized representatives of the Union Retirees under 11 U.S.C. § 1114.

6. Pursuant to Section 1114, the Unions and the Debtors have begun negotiating, and are continuing to negotiate, the terms of the Retiree Benefits.

7. Section 1129(a)(13) of the Bankruptcy Code requires any Chapter 11 plan to "provide[] for the continuation after its effective date of payment of all retiree benefits . . . at the level established pursuant to [Section 1114] at any time prior to confirmation of the plan, for the duration of the period the debtor has obligated itself to provide such benefits." 11 U.S.C. § 1129(a)(13).

## RESERVATION OF RIGHTS

8. Until such time as there is a negotiated resolution or Court order determining the treatment of the Retiree Benefits under the Plan, the Unions reserve all rights to object to the Plan under 11 U.S.C. §§ 1114 and § 1129(a)(13) and any other applicable legal or contractual rights.

## CONCLUSION

9. The Unions seek relief consistent with this Limited Objection and Reservation of Rights.

Dated:  July 20, 2026

/s/ *Melissa S. Woods*
Melissa S. Woods
Samuel Hull
Cohen, Weiss and Simon LLP
909 Third Ave, 12th Floor
New York, NY 10022
(212) 563-4100 / (646) 473-8230 Fax
mwoods@cwsny.com
shull@cwsny.com

*Counsel for the Unions*

4

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 20th day of July 2026, I electronically filed the foregoing document with the clerk of court of the U.S. Bankruptcy Court, Southern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record, who have consented in writing to accept this Notice as service of this document by electronic means.

 */s/ Melissa S. Woods*
Melissa S. Woods
Cohen, Weiss and Simon LLP
909 Third Ave, 12th Floor
New York, NY 10022
(212) 563-4100 / (646) 473-8230 Fax
mwoods@cwsny.com

*Counsel for the Unions*

4