IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al.*,<br><br>     Debtors. | Chapter 11<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

## NOTICE OF INTENT TO ADDUCE TESTIMONY FROM A REMOTE LOCATION BY TELEPHONE AND VIDEO TECHNOLOGY

1. This Notice is filed pursuant to BLR 9017-1(c)(2)(B) by Creditor PrimeRevenue, Inc. ("PrimeRevenue").

2. This matter pertains to the matters scheduled for hearing in this case on July 28, 2026, at 9:00 a.m. CDT, including without limitation, the Combined Hearing to consider confirmation of the Plan and final approval of the Disclosure Statement [Doc. 3004], and the Limited Objection of PrimeRevenue, Inc. to Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors [Doc. 3249].

3. PrimeRevenue intends to call a corporate representative of PrimeRevenue, most likely David Quillian, to testify at the Combined Hearing by telephone and video technology.

4. PrimeRevenue will employ appropriate safeguards to ensure that the witness will be giving testimony independently and with no assistance or coaching by others.

5. Good cause exists because PrimeRevenue and Mr. Quillian are located in Atlanta, Georgia, and PrimeRevenue asserts only a limited, specific objection to the FBG Debtors' designation of PrimeRevenue in the Plan and Plan Supplement as a "Supply Chain Financer," rather than a "Trade Creditor."

**6. Any party-in-interest may object to this notice within 3 days of its filing on the Court's docket. If no party-in-interest files a timely objection, the Court will allow the**

1

301225422v1

**identified witnesses to give testimony remotely using the Court's telephone and video technology. If the Court does not authorize the testimony to be taken remotely, the Court will schedule a date for the witness's testimony to be given live in open court. Both the witness(es) and the objector must appear in person at the scheduled date.**

7.      This Notice may be withdrawn at any time prior to the scheduled hearing or trial.

This 20th day of July, 2026.

**TAFT STETTINIUS & HOLLISTER LLP**

*/s/ Brian J. Levy*

Brian J. Levy
Georgia Bar No. 302518
blevy@taftlaw.com
3343 Peachtree Road NE
Suite 1600
Atlanta, Georgia 30326
Telephone: (404) 233-7000

COUNSEL FOR PRIMEREVENUE, INC.
*Pro Hac Vice Application Pending*

301225422v1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this day I electronically filed the foregoing NOTICE OF INTENT TO ADDUCE TESTIMONY FROM A REMOTE LOCATION BY TELEPHONE AND VIDEO TECHNOLOGY with the Clerk of Court using the CM/ECF system which will automatically send an email notification of such filing to the attorneys of record.

This 20th day of July, 2026.

**TAFT STETTINIUS & HOLLISTER LLP**

*/s/ Brian J. Levy*

Brian J. Levy
Georgia Bar No. 302518
blevy@taftlaw.com
3343 Peachtree Road NE
Suite 1600
Atlanta, Georgia 30326
Telephone: (404) 233-7000

COUNSEL FOR PRIMEREVENUE, INC.
*Pro Hac Vice Application Pending*

301225422v1