Electronic Appearance Sheet

Robert Stark, BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

Bennett Silverberg, BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

Tristan Axelrod, BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

Timoth Miller, Taft Stettninius & Hollister LLP
Client(s): Press-Seal Corporation

Michael Barnhart, Mitby Pacholder Johnson, PLLC
Client(s): Press-Seal Corporation

Cindi Giglio, Katten Muchin Rosenman LLP
Client(s): Debtor

Grace Thompson, Katten Muchin Rosenman LLP
Client(s): Debtor

Rachel Riley, Katten Muchin Rosenman LLP
Client(s): Debtor

AnnElyse Gains, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group of Lenders

Tommy Scheffer, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group of Lenders

Lisa Laukitis, Milbank LLP
Client(s): Silver Point Capital

Jason Kestecher, Milbank LLP
Client(s): Silver Point Capital

Erin Dexter, Milbank LLP
Client(s): Silver Point Capital

Jayson Ruff, US DOJ
Client(s): US Trustee

Dan McGuire, Winston Taylor LLP
Client(s): Bank of America, as ABL Agent

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): Debtors

Electronic Appearance Sheet

Edward McNeilly, Hogan Lovells Cadwalader US LLP
Client(s): Maplan GmbH and Machinery + PLANning Inc.

AnnElyse Gains, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group

Mai Lan Rodgers, Pension Benefit Guaranty Corporation, Office of the General Counsel
Client(s): Pension Benefit Guaranty Corporation

John R. Dodd, Baker & McKenzie LLP
Client(s): Arab Banking Corporation B.S.C.

Robert Stark, BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

Bennett Silverberg, BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

Grace Sullivan, QUINN EMANUEL  URQUHART & SULLIVAN, LLP
Client(s): Patrick James and Related Entities

AnnElyse Gains, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group

Robert Marsters, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group

Kenneth Aulet , BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

Hayden Hayden , BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

Sarah Campbell, Clifford Chance US LLP
Client(s): ING Belgium

Douglas Deutsch, Clifford Chance US LLP
Client(s): ING Belgium

Scott Saldaña, Reid Collins & Tsai LLP
Client(s): Special Litigation Counsel for Plaintiffs Patterson Inventory, LLC, Patterson Inventory Holdings, LLC, Starlight Inventory I, LLC, and Starlight Inventory Holdings I, LLC

Michael Winograd, Brown Rudnick LLP
Client(s): Official Committee of Unsecured Creditors

John Higgins, Porter Hedges LLP
Client(s): Carnaby Secured Lenders

Electronic Appearance Sheet

Megan Young-John, Porter Hedges LLP
Client(s): Carnaby Secured Lenders

Mark Sherrill, Chamberlain, Hrdlicka, White, Williams & Aughtry
Client(s): Official Committee of Non-Union Retirees

Jordan Sazant, Proskauer Rose LLP
Client(s): Evolution Credit Parties

Thad Wilson, King & Spalding LLP
Client(s): Michael Baker

Michael Duke, Elsberg
Client(s): Evolution

Christopher Johnson, Diamond McCarthy
Client(s): Automotive Parts Service Group

Dan McGuire, Winston Taylor LLP
Client(s): Bank of America, as ABL Agent

Nicholas Baker, Simpson Thacher & Bartlett
Client(s): Independent Subcommittee of SPV Debtors

Lisa Powell, FisherBroyles, LLP
Client(s): Longkou Haimen Machinery, LTD

James Tecce, Quinn Emanuel
Client(s): Patrick James / Related Entities

Emil Kleinhaus, Wachtell Liptzon Rosen and Katz
Client(s): Leucadia Asset Management LLC

Michelle Shriro, Singer & Levick, PC
Client(s): BPP Cannonball Park, LP

Michael Cassel, Wachtell Lipton Rosen & Katz
Client(s): Leucadia Asset Management LLC

Theodore Tsekerides, Weil, Gotshal & Manges LLP
Client(s): Debtors

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): Debtors

Angela  Herring, Wachtell Lipton Rosen & Katz
Client(s): Leucadia Asset Management LLC

Electronic Appearance Sheet

Nili Moghaddam, Weil, Gotshal & Manges LLP
Client(s): Debtors

Allan  Brilliant, Dechert LLP
Client(s): Carnaby II and III Secured Lenders

Justin Kesselman, ArentFox Schiff LLP
Client(s): Wilmington Savings Fund Society FSB

Erica Weisgerber, Debevoise & Plimpton LLP
Client(s): Patrick James & Related Entities

Erin Jones, Jones Murray LLP
Client(s): Ronald J. Sommers, Chapter 7 Trustee

Grace Sullivan, Quinn Emanuel Urquhart & Sullivan
Client(s): Patrick James and the Related Entities

Jordan  Sazant, Proskauer
Client(s): Evolution

Christine Calabrese, Weil, Gotshal & Manges LLP
Client(s): Debtors

Matt Barr, Weil Gotshal
Client(s): Debtors

Matthew Barr, Weil, Gotshal & Manges LLP
Client(s): Debtors

Vianey Garza, Office of the U.S. Trustee
Client(s): U.S. Trustee

Michael Winograd, Brown Rudnick LLP
Client(s): Official Committee of Unsecured Creditors

Lisa Laukitis, Milbank LLP
Client(s): Onset Financial, Inc. and Silver Point Capital, L.P

Jason Kestecher, Milbank LLP
Client(s):  Onset Financial, Inc. and Silver Point Capital, L.P

Erin Dexter, Milbank LLP
Client(s):  Onset Financial, Inc. and Silver Point Capital, L.P.