**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**NOTICE OF WITHDRAWAL OF IA MECHANICAL INC.'S LIMITED**
**OBJECTION TO SALE OF CERTAIN DALTON ASSETS AND REQUEST THAT**
**MECHANIC'S LIEN ATTACH TO SALE PROCEEDS**

IA Mechanical Inc. ("IA Mechanical"), a secured creditor of Debtor Dalton Corporation, by and through its undersigned counsel, hereby withdraws IA Mechanical Inc.'s *Objection to Notice Regarding Proposed Order in Furtherance of the Wind Down Order Regarding Sale of Certain Assets of Dalton Corporation, Warsaw Manufacturing Facility Inc., Dalton Foundries, Inc., and Stryker Machining Facility Co. to MiddleGround Capital (Docket No. 3128).* [Docket No. 3184] (the "Limited Objection").

IA Mechanical filed the Limited Objection in connection with the *Notice Regarding Proposed Order in Furtherance of the Wind Down Order Regarding Sale of Certain Assets of Dalton Corporation, Warsaw Manufacturing Facility Inc., Dalton Foundries, Inc., and Stryker Machining Facility Co. to MiddleGround Capital* [Docket No. 3128] and the proposed sale of, among other assets, the real property and improvements located at 1900 E. Jefferson Street, Warsaw, Indiana 46580.

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Following the filing of the Limited Objection, IA Mechanical and the Debtors reached an agreement resolving the issues raised therein, which agreement has been incorporated into the proposed Order in Furtherance of the Wind Down Order Regarding Sale of Certain Assets of Dalton Corporation; Dalton Corporation, Warsaw Manufacturing Facility Inc.; and Dalton Corporation, Stryker Machining Facility Co. to MiddleGround Capital (the "Sale Order").

Among other things, the agreed Sale Order provides that:

1. IA Mechanical shall have a lien on the escrowed proceeds of the Sale arising from its asserted prepetition mechanic's lien against the real property and improvements located at 1900 E. Jefferson Street, Warsaw, Indiana, including the lien recorded in the Office of the Recorder of Kosciusko County, Indiana as Instrument No. 2025071587, as corrected by Instrument No. 2025120808;

2. IA Mechanical's lien against the escrowed proceeds shall have the same validity, priority, extent, force, and effect, if any, that the asserted mechanic's lien had against the real property immediately before the effective date of the Sale, subject to all rights, claims, objections, defenses, and challenges of IA Mechanical and the Debtors;

3. At closing, $502,750.71 of the Sale proceeds shall be deposited into the SPV-DIP Wind Down Account and held in escrow pending entry of a final order of the Bankruptcy Court determining the allowance, amount, validity, extent, priority, and enforceability of the claim asserted by IA Mechanical in Proof of Claim No. 1760; and

4. The agreement to escrow the asserted amount of IA Mechanical's claim shall not constitute an admission, determination, waiver, release, compromise, settlement, or

finding regarding the validity, enforceability, priority, perfection, amount, or extent of IA Mechanical's claim or lien, and shall not have any preclusive or evidentiary effect except in connection with enforcement of the Sale Order.

In light of the foregoing agreement and the inclusion of the agreed protections in the Sale Order, the Limited Objection has been resolved and is hereby withdrawn. The withdrawal of the Limited Objection shall not be deemed to constitute:

a. an agreement, admission, or adjudication regarding the allowance or amount of Proof of Claim No. 1760;

b. an agreement, admission, or adjudication regarding the validity, perfection, priority, extent, or enforceability of IA Mechanical's asserted mechanic's lien;

c. a waiver of IA Mechanical's asserted secured status or its rights against the escrowed Sale proceeds;

d. a waiver of IA Mechanical's right to seek allowance and payment of Proof of Claim No. 1760;

e. a waiver of IA Mechanical's right to respond to or contest any objection, challenge, or defense asserted against Proof of Claim No. 1760 or its mechanic's lien;

f. consent to the release or distribution of the escrowed proceeds except in accordance with the Sale Order, further order of the Court, or written agreement of the applicable parties; or

g. a waiver of any other claim, right, remedy, defense, or argument available to IA Mechanical under the Bankruptcy Code, applicable nonbankruptcy law, the Plan, the Confirmation Order, the Sale Order, or any other applicable order of the Court.

IA Mechanical expressly reserves all rights concerning the allowance, amount, validity, priority, treatment, payment, and satisfaction of Proof of Claim No. 1760 and its asserted mechanic's lien, including any asserted entitlement to interest, attorneys' fees, costs, or other amounts recoverable under applicable law.

Dated: July 20, 2026

Respectfully submitted,

By: */s/ Elias M. Yazbeck*
Elias M. Yazbeck
Texas Bar No. 24132103
4119 Montrose Boulevard, Suite 470
Houston, Texas 77006
Telephone: (281) 755-7320
Email: elias@yazbecklaw.com

COUNSEL FOR IA MECHANICAL INC.

## CERTIFICATE OF SERVICE

I certify that on July 20, 2026, a true and correct copy of the foregoing Notice of Withdrawal was served through the Court's CM/ECF system upon all parties registered to receive electronic notice and by electronic mail upon the applicable notice parties identified in the Notice Regarding Proposed Order in Furtherance of the Wind Down Order Regarding Sale of Certain Assets of Dalton Corporation, Warsaw Manufacturing Facility Inc., Dalton Foundries, Inc., and Stryker Machining Facility Co. to MiddleGround Capital [Docket No. 3128].

*/s/ Elias M. Yazbeck*
Elias M. Yazbeck