**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**AMENDED CERTIFICATE OF COUNSEL FOR THE NOTICE REGARDING
PROPOSED ORDER IN FURTHERANCE OF THE WIND DOWN
ORDER REGARDING SALE OF CERTAIN ASSETS OF DALTON
CORPORATION; DALTON CORPORATION, WARSAW
MANUFACTURING FACILITY INC.; AND DALTON CORPORATION,
STRYKER MACHINING FACILITY CO. TO MIDDLEGROUND CAPITAL**

The undersigned hereby certifies that:

1.　　On April 16, 2026, the United States Bankruptcy Court for the Southern District of Texas (the "**Court**") entered the *Order Pursuant to Section 363 of the Bankruptcy Code (I) Approving and Authorizing the Debtors to Enter Into and Perform Under the Consulting Agreement; (II) Authorizing the Sale of Wind Down Assets Free and Clear of All Liens, Claims, and Encumbrances; and (III) Granting Related Relief* (Docket No. 2454) (the "**Wind Down Order**").[2]  Pursuant to the Wind Down Order, the Debtors and the Consultant are authorized to, among other things, sell, abandon, or monetize the Wind Down Assets, subject to the terms of the Wind Down Order.

---

[1]　　A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]　　Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Wind Down Order.

2.     In accordance with the Wind Down Order, on June 19, 2026, the Debtors served a Wind Down Sale Notice regarding the sale of certain Wind Down Assets of the Debtors to MiddleGround Capital pursuant to the Wind Down Order (the "**Dalton Sale**") by email on the Wind Down Sale Notice Parties comprising: the U.S. Trustee, the Ad Hoc Group, the Creditors' Committee, the known creditors with an Asserted Interest, and the Landlord for the applicable Location with respect to the Transferred Assets.  The Notice Period expired, and no Wind Down Sale Notice Party objected. Further, the Debtors obtained the consent of all parties with an Overlapping Collateral Interest in the Net Proceeds or Gross Proceeds, as applicable, of the Wind Down Assets to be sold.

3.     On July 2, 2026, the Debtors filed the *Notice Regarding Proposed Order in Furtherance of the Wind Down Order Regarding Sale of Certain Assets of Dalton Corporation, Warsaw Manufacturing Facility Inc., Dalton Foundries, Inc., and Stryker Machining Facility Co. to MiddleGround Capital* [Docket No. 3128] (the "**Notice of Proposed Order**").  The Notice of Proposed Order was served on the Master Service List and other parties with interests in the Dalton Sale. *See* Affidavit of Service [Docket No. 3141].

4.     Objections to the Dalton Sale and proposed order were due by July 9, 2026 at 4:00 p.m. (prevailing Central Time).

5.     On July 13, 2026, IA Mechanical Inc. ("**IA Mechanical**") filed *IA Mechanical Inc.'s Limited Objection to Sale of Certain Dalton Assets and Request That Mechanic's Lien Attach to Sale Proceeds* [Docket No. 3184] (the "**IA Mechanical Objection**").  After working cooperatively, the Debtors and IA Mechanical resolved the IA Mechanical Objection, which resolution is reflected in the revised proposed order attached hereto as **Exhibit 1**.  On July 20, 2026, IA Mechanical withdrew the IA Mechanical Objection.  *See* Docket No. 3257.  IA

Mechanical's counsel has signed this Certificate of Counsel, confirming the representations made in this paragraph.

6.  The Debtors also received informal comments from their insurance providers, which are reflected in the Proposed Order.  As of the date hereof, the Debtors have received no other formal or informal objections to the Dalton Sale or proposed order.  Attached hereto as **Exhibit 2** is a redline of the proposed order filed on July 2, 2026 against the Proposed Order.

7.  Accordingly, the Debtors respectfully request entry of the Proposed Order attached hereto at the Court's earliest convenience.

Dated:   July 20, 2026
      New York, NY

*/s/ Cindi M. Giglio*
**KATTEN MUCHIN ROSENMAN LLP**
Cindi M. Giglio
Grace A. Thompson
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8700
Email:  cgiglio@katten.com
       grace.thompson@katten.com

*Attorneys for Debtors and Debtors in Possession*

Counsel certification as to paragraph 5:

*/s/ Elias M. Yazbeck*
**THE LAW OFFICE OF ELIAS M. YAZBECK, PLLC**
Elias M. Yazbeck, Texas State Bar No. 24132103
Jacqueline Q. Chiba, Texas Bar No. 24116899
4119 Montrose Blvd, Suite 470
Houston, TX 77006
Telephone: (713) 259-3316
Email:  jackie@yazbecklaw.com
     elias@yazbecklaw.com

*Attorneys for IA Mechanical*

**<u>Certificate of Service</u>**

I hereby certify that on July 20, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Cindi M. Giglio*

Cindi M. Giglio
