**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** [1] | ) | **Case No. 25-90399 (CML)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |

**ORDER (I) DENYING APPROVAL OF DISCLOSURE STATEMENT AND**
**CONFIRMATION OF PLAN AND (II) CONVERTING CASES**

CAME ON for consideration the *Disclosure Statement* [ECF No. 3020] (the "**Disclosure Statement**") and (ii) the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* [ECF No. 3019] (the "**Plan**") and the objections filed thereto.  Due notice and opportunity for hearing having been given to all parties, and it having been shown to the satisfaction of the Court the Disclosure Statement and Plan should be denied and that cause exists under 11 U.S.C. §1112(b) to convert the cases, it is hereby

**ORDERED** that

1. Approval of the Disclosure Statement and confirmation of the Plan are DENIED.

2. These Chapter 11 Cases are CONVERTED to cases under chapter 7.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FirstBrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.