**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| | § | |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | § | Case No. 25-90399 (CML) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2026, I caused a copy of the *Limited Objection of LBA RV-Company XVII, LP To Confirmation of Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* to be filed electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in these Chapter 11 Cases.

*/s/ Gabi Capone_____*
Gabi Capone

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.