**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | ) |
| | ) Case No. 25-90399 (CML) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

**UMB BANK, N.A.'S JOINDER TO AEQUUM CAPITAL FINANCIAL II LLC'S
(I) OBJECTION TO CONFIRMATION OF THE DEBTORS' REVISED JOINT
CHAPTER 11 PLAN AND (II) RESERVATION OF SETOFF AND RELATED RIGHTS**

UMB Bank, N.A., in its capacity as administrative agent ("Administrative Agent") for the lenders (the "Lenders", and together with Administrative Agent, the "UMB Parties") under a revolving credit facility to Global Assets LLC ("Global Assets US") and Global Assets GmbH ("Global Assets Germany," and together with Global Assets US, the "Global Assets SPVs"), by and through its undersigned counsel, hereby files this joinder (the "Joinder") to *Aequum Capital Financial II LLC's (I) Objection to Confirmation of the Debtors' Revised Joint Chapter 11 Plan and (II) Reservation of Setoff and Related Rights* [Docket No. 3263] (the "Objection").[2]

**JOINDER**

The UMB Parties join in the Objection filed by Aequum Capital Financial II LLC because the Plan similarly impairs the rights, claims, defenses, and interests of the UMB Parties, and therefore respectfully request that the Court sustain the Objection and deny confirmation unless the Plan is modified to cure the deficiencies identified therein.

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

**CONCLUSION**

**WHEREFORE**, the UMB Parties respectfully request that the Court (a) condition confirmation of the Plan upon incorporation of the revisions and clarifications requested in the Objection and (b) grant such other and further relief as the Court deems just and proper.

Dated: July 20, 2026

Respectfully submitted,

**ALSTON & BIRD LLP**

*/s/ Jared M. Slade*
Jared M. Slade (TX Bar No. 24060618)
2200 Ross Avenue
Dallas, TX 75201
T: (214) 922-3424
E: Jared.Slade@alston.com

*-and-*

Stephen M. Blank (admitted *pro hac vice*)
90 Park Avenue
New York, New York 10016
T: (212) 210-9400
E: Stephen.Blank@alston.com

*-and-*

Jacob Johnson (admitted *pro hac vice*)
Christopher A. Riley (admitted *pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309
T: (404) 881-7000
E: Jacob.Johnson@alston.com
   Chris.Riley@alston.com

*Counsel for UMB Bank, N.A.*

2

**CERTIFICATE OF SERVICE**

I certify that on July 20, 2026, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Bankruptcy Court for the Southern District of Texas, using the CM/ECF system. The ECF system will send a "Notice of Electronic Filing" to all counsel of record who have consented in writing to accept service of this document by electronic means.

/s/ Jared M. Slade
Jared M. Slade