**Exhibit 1**

TRICGR TL B 1L USD Corp | Actions ▾ | Sharing ▾ | Settings ▾ | Page 1/12 ⬚ Security Description: Loan

🔲 Notes    95) Buy    96) Sell

25) Tranche    26) Deal    27) Issuer Description

| Pages | | Tranche Description | | Identifiers | | |
|---|---|---|---|---|---|---|
| 11) General Info | | Name | First Brands | ID Number | BL3572759 | |
| 12) Additional Info | | Borrower | First Brands Group LLC | FIGI | BBG00ZLHYZD2 | |
| 13) Involved Parties | | Industry | Automotive (BCLASS) | CUSIP | 31935HAD9 | |
| 14) Covenants | | Purpose | Refinance | Summary Criteria | | |
| 15) Ratings | | Status | In Bankruptcy | Leveraged | | Yes |
| 16) Amortization | | | | Covenant Lite | | Yes |
| 17) Amendments | | Type | TERM B    Rank  1L Gtd Sr. Secd | Call Protection | | Yes |
| 18) Pricing & Fees | | | | | | |
| 19) Electronic Filing | | Agent | Jefferies & Co | | | |
| 20) Contracts | | Sponsors | | Ratings | Tranche Issuer | |
| 21) Change History | | Idx + Margin  TSFR3M + 26.16 bps + 500 bps | | Moody's | WR | |
| 22) Coupons | | Index Floor  100 bps    Issue Price    99.000 | | S&P | NR    NR | |
| | | | | Fitch | WD    WD | |

**Quick Links**

| | | | Tranche Description | | Dates | | |
|---|---|---|---|---|---|---|---|
| 32) CN | News | Size | USD | 2,083,000,000 | on | 06/16/2025 | |
| 33) QMGR Quotes | Outstanding | USD | 1,999,175,390 | on | 06/30/2025 | Announced | 03/10/2021 |
| 34) COMB Compare | | | | | | Signed | 03/30/2021 |
| 35) MA  M&A | | | | | | Effective | 03/30/2021 |
| 36) HDS  Holdings | | | | | | Maturity | 03/30/2027 |

66) Send Tranche

---

BL357275@BVAL Corp | Export | Settings | Page 1/1 ⬚ Historical Price Table

FIRST BRANDS GROUP LLC

| | | High | 97.500 on | 07/02/25 |
|---|---|---|---|---|
| Range | 06/25/2025 - 07/03/2025 | Low | 94.625 on | 06/25/25 |
| Fields | Last Price    Bid Price | Average | 95.527 | 95.179 |
| View | Price Table | Net Chg | 2.688 | 2.84% |

Period: Daily    Currency: USD    Source: BVAL

| Date | Last Price | Bid Price | Date | Last Price | Bid Price | Date | Last Price | Bid Price |
|---|---|---|---|---|---|---|---|---|
| Fr 07/04/25 | | | | | | | | |
| Th 07/03/25 | 97.313 | 97.000 | | | | | | |
| We 07/02/25 H | 97.500 | 97.125 | | | | | | |
| Tu 07/01/25 | 94.813 | 94.500 | | | | | | |
| Mo 06/30/25 | 94.938 | 94.625 | | | | | | |
| | | | | | | | | |
| Fr 06/27/25 | 94.813 | 94.500 | | | | | | |
| Th 06/26/25 | 94.688 | 94.250 | | | | | | |
| We 06/25/25 L | 94.625 | 94.250 | | | | | | |