**Exhibit 2**

| TRICGR TL 2L USD Corp | Actions ▾ | Sharing ▾ | Settings ▾ | Page 1/12 | Security Description: Loan |
| --- | --- | --- | --- | --- | --- |

🗍 Notes    95) Buy    96) Sell

25) Tranche    26) Deal    27) Issuer Description

**Pages**

| 11) | General Info |
| 12) | Additional Info |
| 13) | Involved Parties |
| 14) | Covenants |
| 15) | Ratings |
| 16) | Amortization |
| 17) | Amendments |
| 18) | Pricing & Fees |
| 19) | Electronic Filing |
| 20) | Contracts |
| 21) | Change History |
| 22) | Coupons |

**Quick Links**

| 32) | CN | News |
| 33) | QMGR | Quotes |
| 34) | COMB | Compare |
| 35) | MA | M&A |
| 36) | HDS | Holdings |

66) Send Tranche

**Tranche Description**

| Name | First Brands |
| Borrower | First Brands Group LLC |
| Industry | Automotive (BCLASS) |
| Purpose | Refinance |
| Status | In Bankruptcy |
| Type | TERM | Rank | 2L Secd |
| Agent | Jefferies & Co |
| Sponsors | |
| Idx + Margin | TSFR3M + 850 bps |
| Index Floor | 100 bps | Issue Price | 98.000 |

| Size | USD | 540,000,000 | on | 03/31/2023 |
| Outstanding | USD | 540,000,000 | on | 03/30/2021 |

**Identifiers**

| ID Number | BL3572783 |
| FIGI | BBG00ZLHZSJ1 |
| CUSIP | 31935HAF4 |

**Summary Criteria**

| Leveraged | Yes |
| Covenant Lite | Yes |
| Call Protection | Yes |

| Ratings | Tranche | Issuer | |
| --- | --- | --- | --- |
| Moody's | WR | | |
| S&P | NR | NR | |
| Fitch | WD | WD | |

**Dates**

| Announced | 03/10/2021 |
| Signed | 03/30/2021 |
| Effective | 03/30/2021 |
| Maturity | 03/30/2028 |

---

| BL357278@BVAL Corp | Export | Settings | Page 1/1 | Historical Price Table |
| --- | --- | --- | --- | --- |

**FIRST BRANDS GROUP LLC**

| | | | | | High | 92.813 on | 07/03/25 |
| Range | 06/25/2025 | – | 07/03/2025 | Period | Daily | Low | 89.750 on | 07/01/25 |
| Fields | Last Price | | Bid Price | Currency | USD | Average | 90.688 | 89.946 |
| View | Price Table | | | Source | BVAL | Net Chg | 2.813 | 3.13% |

| | Date | Last Price | Bid Price | Date | Last Price | Bid Price | Date | Last Price | Bid Price |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Fr | 07/04/25 | | | | | | | | |
| Th | 07/03/25 H | 92.813 | 92.000 | | | | | | |
| We | 07/02/25 | 92.625 | 91.875 | | | | | | |
| Tu | 07/01/25 L | 89.750 | 89.000 | | | | | | |
| Mo | 06/30/25 | 89.813 | 89.125 | | | | | | |
| Fr | 06/27/25 | 89.813 | 89.125 | | | | | | |
| Th | 06/26/25 | 90.000 | 89.250 | | | | | | |
| We | 06/25/25 | 90.000 | 89.250 | | | | | | |