**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*, | Case No. 25-90399 (CML) |
| | (Jointly Administered) |
| Debtors.[1] | |

**JOINDER OF ARAB BANKING CORPORATION B.S.C.**
**IN THE OBJECTIONS OF KATSUMI SERVICING, LLC AND THE**
**LAM PARTIES TO CONFIRMATION OF JOINT CHAPTER 11 PLAN**
**AND FINAL APPROVAL OF DISCLSOURE STATEMENT**

Arab Banking Corporation B.S.C., as transferee ("***Bank ABC***") under that certain Master Receivables Transfer Agreement, dated as of February 28, 2025 (as amended, amended and restated, supplemented or otherwise modified from time to time, the "***Receivables Transfer Agreement***"), with KARS Funding, LLC, as transferor ("***Transferor***"), and Katsumi Servicing, LLC, as transferor representative, joins in the *Preliminary Objection of Katsumi Servicing, LLC to (I) Confirmation of Joint Chapter 11 Plan and (II) Final Approval of Disclosure Statement* [Dkt. No. 3271] (the "***Katsumi Objection***") and the *LAM Parties' Objection to Confirmation of Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* [Dkt. 3262] (the "***Leucadia Objection***", and together with the Katsumi Objection, the "***Objections***"), and states as follows:

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**RELEVANT BACKGROUND**

1.      Pursuant to the Receivables Transfer Agreement, Bank ABC purchased for cash all of Transferor's right, title, and interest in certain specified Purchased Receivables (as defined in the Receivables Transfer Agreement) and any related rights, collections, and proceeds with respect thereto.

2.      On September 24, 2025, and before the Debtors' Petition Date, Bank ABC notified certain Customers by letter sent via email (with copies of such notice by U.S. certified mail), informing such Customers that, pursuant to the terms of the Receivable Purchase Agreement, Katsumi transferred, assigned and sold to Bank ABC the identified accounts receivable.

3.      Bank ABC has participated in these chapter 11 cases in its capacity as a purchaser of its Purchased Receivables to maintain and preserve its rights, claims, defenses and remedies with respect thereto.

**JOINDER**

4.      Bank ABC hereby joins and supports the positions set forth in the Objections and reserves all rights to be heard before the Court with regard to the Objections. Furthermore, Bank ABC adopts all of the arguments made in the Objections and incorporates by reference the Objections into this joinder.

**RESERVATION OF RIGHTS**

5.      Bank ABC hereby reserves all of its rights, claims, defenses, and remedies, including, without limitation, the right to supplement and amend this joinder at any time and to raise any other additional and further objections with respect to final approval of the Disclosure Statement and confirmation of the Plan[2] during any hearing on the Disclosure Statement or Plan.

---

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Katsumi Objection.

WHEREFORE, Bank ABC respectfully requests that this Court (i) deny confirmation of the Plan, (ii) deny final approval of the Disclosure Statement, (iii) sustain the Objections and/or modify the terms of the Plan consistent with the Objections, and (iv) grant such other and further relief as the Court may deem necessary and proper.

Dated: July 20, 2026
      Houston, Texas

*/s/ Courtney E. Giles*
Courtney E. Giles
BAKER & MCKENZIE LLP
Bank of America Tower
800 Capitol Street, Suite 2100
Houston, TX 77002
Tel: 713-427-5000
Email: courtney.giles@bakermckenzie.com

Blaire A. Cahn (admitted *pro hac vice*)
BAKER & MCKENZIE LLP
452 Fifth Avenue
New York, NY 10018
Tel: 212-626-4100
Email: blaire.cahn@bakermckenzie.com

John R. Dodd (admitted *pro hac vice*)
BAKER & MCKENZIE LLP
830 Brickell Plaza, Suite 3100
Miami, FL 33131
Tel: 305-789-8900
Email: john.dodd@bakermckenzie.com

*Counsel to Arab Banking Corporation B.S.C.*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on July 20, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which automatically sends notification of such filing to all attorneys of record.

*/s/ Courtney E. Giles*
Courtney E. Giles