**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **FIRST BRANDS GROUP, LLC,** *et al.* | ) | **Case No. 25-90399 (CML)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** *¹* | ) | |
| | ) | |
| | ) | |

**JOINDER OF ING BELGIUM S.A./N.V. IN THE OBJECTIONS**
**OF KATSUMI SERVICING, LLC AND THE LAM PARTIES TO FINAL**
**APPROVAL OF DISCLOSURE STATEMENT, CONFIRMATION OF**
**JOINT CHAPTER 11 PLAN OF FIRST BRANDS GROUP, LLC AND**
<u>**CERTAIN AFFILIATED DEBTORS, AND RELATED RELIEF**</u>

ING Belgium S.A./N.V. ("<u>ING Belgium</u>"), by and through their undersigned counsel, hereby respectfully submits this Joinder in the *Objection of Katsumi Servicing, LLC* [Dkt. No. 3271] (the "<u>Katsumi Objection</u>") and the *Objection of Leucadia Asset Management LLC, acting through its Point Bonita Capital Division, LAM Trade Finance Group LLC, and LAM TFG I SPV LLC* [Dkt. No. 3262] ( the "<u>LAM Objection</u>"), respectively, to confirmation of the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* [Dkt. No. 3019] and final approval of the *Disclosure Statement for Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* [Dkt. No. 3020], and respectfully states as follows:

---

¹     A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**RELEVANT BACKGROUND**

1.      ING Belgium, in its capacity as a Transferee, is party to a Master Receivables Transfer Agreement, dated May 6, 2025 (as amended from time to time, the "MRTA"), with KARS Funding, LLC, as Transferor ("KARS"), and Katsumi Servicing, LLC, as Transferor Representative (collectively with KARS, "Katsumi"). In turn, Katsumi, as Buyer, had entered into a Receivables Purchase Agreement, dated as of May 27, 2022 (as amended from time to time, the "RPA" and, together with the MRTA and any other agreements, instruments or documents entered in connection therewith, the "Receivables Facility Documents"), with the Debtor, First Brands Group, LLC, and certain of its Debtor affiliates, as Sellers.[2]

2.      As assignee of the Transferor, ING Belgium stepped into the rights and privileges of the Transferor as "Buyer" under the RPA. ING Belgium delivered Assignment Notices to Customers on September 25, 2025. To the extent that ING Belgium acquired Purchased Receivables, the Purchased Receivables and their proceeds are property of ING Belgium. Recognizing that First Brands sold fabricated, inflated or double-pledged invoices to a number of third-party factors including ING Belgium, ING Belgium also has claims for fraud against the Debtors to the extent it is unable to recover the Purchased Receivables.

3.      In its capacity as one of the third-party factoring counterparties that the Debtors defrauded, ING Belgium has actively participated in these Chapter 11 Cases to maintain and

---

[2]     Pursuant to the MRTA, ING Belgium purchased all of Katsumi's rights, title and interest with respect to, *inter alia*, (i) the Purchased Receivables (as defined therein), (ii) any collateral, security, payment obligation, guaranty or other contractual agreement provided by the account debtor or any of its affiliates in support of, or in relation to, such Purchased Receivables, (iii) the collections relating to such Purchased Receivables, (iv) any repurchase price received for such Purchased Receivables, (v) all of the Katsumi's rights under the RPA in respect of such Purchased Receivables including, without limitation, each undertaking agreement executed in connection therewith, and (vi) all related security, together with all proceeds with respect to the foregoing. MRTA §1(a).

preserve its rights in the Purchased Receivables, including by filing court papers, participating in numerous discussions with Debtors' counsel and others, and participating in court hearings.[3]

4.      Prior to commencement of the Chapter 11 Cases, ING Belgium paid a purchase price of approximately $157,740,708.93 for the Debtor Sellers' rights, title and interest in the Purchased Receivables.[4] As of the Petition Date, ING Belgium had not received payment on account of the Purchased Receivables and has asserted claims, *inter alia*, for amounts arising under or in connection with the Receivables Facility Documents as well as in connection with, related to, or arising out of the pre-petition actions, events and activities of the Debtors further detailed in various filings before this Court including the Examiner's Report, including for fraud and misrepresentation. *See, e.g.*, Proof of Claim Nos. 2319, 2407, 2408, 2409, 2410, 2411 and 2412. Notwithstanding that ING Belgium was a victim of the Debtors' fraud and did not receive any payment on account of the Purchase Receivables prior to the Petition Date, ING Belgium has been included in the schedule of "Specified Non-Released Parties" filed in these Chapter 11 Cases.

---

[3]     Counsel for ING Belgium first appeared in these Chapter 11 Cases filing *Notices of Appearance* and *Motions to Appear Pro Hac Vice*, respectively, on September 30, 2025, at ECF 120, 121, 122 and 123. Since that time, ING Belgium has made numerous filings and participated in numerous hearings (*see*, *e.g.*, ECF 124, 457, 1045, and 2067).

[4]     With respect to ING Belgium, the Purchased Receivables were sold by Brake Parts Inc LLC; Trico Products Corporation; Horizon Global Americas Inc.; FRAM Group Operations LLC; and Champion Laboratories, Inc. (collectively, the "Debtor Sellers") in respect of Customers: Amazon, Walmart, GM and Ford (the "Customers"). First Brands Group, LLC ("First Brands" or the "Servicer") in its capacity as Seller Representative and Servicer, among other things, offered receivables for purchase and administered and serviced the Purchased Receivables including performing collection activities and arranging payment of amounts due by Account Debtors (a/k/a Customers). RPA § 1(i), 4.

## JOINDER AND RESERVATION OF RIGHTS

5.      ING Belgium hereby joins and incorporates the legal arguments articulated in the Katsumi Objection and the LAM Objection.  ING Belgium hereby reserves all of its rights, claims, defenses, and remedies under the RPA and MRTA, the Bankruptcy Code and applicable non-bankruptcy law including, without limitation, the right to review any proposed amendments to the Plan, and to raise any additional objections during the Combined Hearing.

Dated:  July 20, 2026

Respectfully submitted,


By: */s/ Douglas Deutsch*
Douglas E. Deutsch (admitted *pro hac vice*)
Anthony M. Candido (admitted *pro hac vice*)
Sarah N. Campbell (admitted *pro hac vice*)
Kaitlyn E. Beyer (admitted *pro hac vice*)

**CLIFFORD CHANCE US LLP**
Two Manhattan West
375 9th Avenue
New York, NY 10001-1696
Telephone: +1 (212) 878-8000
Facsimile: +1 (212) 878-8375


**NATHAN SOMMERS GIBSON DILLON PC**

By: */s/ Iain L. C. Kennedy*
Iain L. C. Kennedy
Texas Bar. No. 24068094
Federal ID No. 1066018
1400 Post Oak Boulevard, Suite 300
Houston, Texas 77056-6102
(713) 960-0303 (main)
(713)892-4800 (fax)
ikennedy@nathansommers.com

*Counsel to ING Belgium S.A./N.V.*