United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 20, 2026

Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 25 90399 |
|---|---|---|---|
| Debtor | | In Re: First Brands Group, LLC and WEM US Co. | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Allison E. Yager<br>Katten Muchin Rosenman LLP<br>525 West Monroe Street<br>Chicago, IL 60661<br>312-902-5519; Email: allison.yager@katten.com<br>IL - 6317643 |
|---|---|

| Name of party applicant seeks to appear for: | First Brands Group, LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ _____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 7/16/2026 | Signed: /s/ Allison E. Yager |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature: |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Signed: July 20, 2026

Christopher Lopez
United States Bankruptcy Judge