United States Bankruptcy Court
Southern District of Texas

**ENTERED**
July 20, 2026
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 25-90399 |
|---|---|---|---|
| Debtor | | In Re: | FIRST BRANDS GROUP, LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Matthew T. Barr<br>Rubin & Levin, P.C.<br>135 N. Pennsylvania St., Suite 1400<br>Indianapolis, IN 46204<br>(317) 860-2891<br>mbarr@rubin-levin.net<br>Indiana Bar No. 30518-07 |
|---|---|

| Name of party applicant seeks to appear for: | MacAllister Machinery Company, Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/17/2026 | Signed: | /s/ Matthew T. Barr |
|---|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

**Order**

**This lawyer is admitted *pro hac vice*.**

Signed: July 20, 2026

_____
Christopher Lopez
United States Bankruptcy Judge