**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC**, *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.[1]** | § | |
| | § | **Re: Docket Nos. 3210, 3211, 3223, 3224** |

**NOTICE OF ORAL RULING SCHEDULED**
**FOR JULY 21, 2026 AT 9:00 A.M. (CENTRAL TIME) ON**
**LAM PARTIES' AND KATSUMI'S MOTIONS TO COMPEL PRODUCTION**

**PLEASE TAKE NOTICE THAT**, on July 20, 2026, a hearing was held before the Honorable Christopher M. Lopez of the United States Bankruptcy Court for the Southern District of Texas (the "**Court**") on the (i) *LAM Parties' Emergency Motion to Compel Production of Documents and Interrogatory Responses from Debtors* (Docket No. 3210), and (ii) *Emergency Motion of Katsumi Servicing, LLC to Compel Debtors to Produce Complete Responses and Documents in Response to Discovery Served Upon the Debtors, Including Katsumi Servicing, LLC's First Set of Interrogatories and First Request for Production of Documents and Other Issues* (Docket No. 3211) (together, the "**Motions to Compel**"), in support of which the following joinders were filed: (a) *Onset Financial, Inc.'s Joinder and Statement in Support of LAM Parties' and Katsumi Servicing, LLC's Motions to Compel Production of Documents and Interrogatory Responses from Debtors* (Docket No. 3223); and (b) *Evolution's Joinder to LAM Parties' and Katsumi's Emergency Motions to Compel Production of Documents and Interrogatory Responses* (Docket No. 3224).

---

[1]     A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**PLEASE TAKE FURTHER NOTICE THAT** an oral ruling on the Motions to Compel will be issued by the Court virtually on **July 21, 2026 at 9:00 a.m. (Central Time)**.

[*Remainder of Page Intentionally Left Blank*]

Dated: July 20, 2026
Houston, Texas

Respectfully submitted,

 /s/ Clifford W. Carlson
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   gabriel.morgan@weil.com
           clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason H. George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   matt.barr@weil.com
           sunny.singh@weil.com
           andriana.georgallas@weil.com
           kevin.bostel@weil.com
           jason.george@weil.com

*Attorneys for Debtors and Debtors in Possession*

**<u>Certificate of Service</u>**

I hereby certify that on July 20, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/  Clifford W. Carlson*
Clifford W. Carlson