**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| FIRST BRANDS GROUP, *et al.*, | : | Case No. 25-90399 (CML) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |
|  | : |  |

**ORDER GRANTING EMERGENCY MOTION OF PATRICK JAMES AND**
**THE RELATED ENTITIES TO EXCLUDE PORTIONS OF DECLARATION**
**OF CHARLES M. MOORE [ECF NO. 3188] AND ENTIRE DECLARATION OF**
**MARC S. KIRSCHNER [ECF NO. 3190]**

Came before the Court the Emergency Motion (the "**Motion**") to Exclude Portions (paragraphs 58-162) of the Declaration of Charles M. Moore (ECF No. 3188) (the "**Moore Declaration**") and the Declaration of Marc S. Kirschner (ECF No. 3190) (the "**Kirschner Declaration**"), filed by Patrick James, the Patrick James Trust, Albion Realty, LLC, Alester Technologies LLC, Battery Park Holdings LLC, Larchmont LLC, and Pegasus Aviation, LLC (collectively, the "**Related Entities**," and together with Mr. James, the "**James Defendants**"). The Court, having found that good and adequate notice of the Motion was provided, and that the legal and factual bases set forth in the Motion establish that good cause exists to grant the relief requested therein, **HEREBY GRANTS** the Motion and **ORDERS** as follows:

1.      Paragraphs 58 through 163 of the Moore Declaration are hereby excluded;

2.      The Kirschner Declaration is hereby excluded in its entirety;

---

[1]     A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands (collectively, the affiliated debtors and debtors in possession are referred to herein as "**First Brands**" or the "**Debtors**" or the "**Company**").  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

3.        At the Confirmation Hearing, testimony, whether live or via Declaration, is excluded

to the extent such testimony contravenes the Stay Order in the adversary proceeding,

Adv. Pro. No. 25-03803 (CML) (the "**Adversary Proceeding**"), pertains to matters of

which the witness has no personal knowledge, relies on hearsay, provides legal opinion

testimony, or provides expert opinion testimony without proper disclosures.

Signed: _____, 2026

_____
United States Bankruptcy Judge

2