**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re ) | | Chapter 11 |
| ) | | |
| FIRST BRANDS GROUP, LLC, *et al.,* ) | | Case No. 25-90399 (CML) |
| ) | | |
| Debtors.[1] ) | | (Jointly Administered) |
| ) | | |

**OBJECTION OF MARIA TAPIA, GIANCARLO HERNANDEZ,
CHAD COMPTON, KYLE BENNETT, AND BRITTANY JOHNSON,
INDIVIDUALLY AND ON BEHALF OF A PUTATIVE CLASS OF SIMILARLY
SITUATED FORMER EMPLOYEES OF THE DEBTORS,
TO THE JOINT CHAPTER 11 PLAN OF FIRST BRANDS GROUP, LLC
AND CERTAIN AFFILATED DEBTORS AND
<u>NOTICE OF JOINDER IN THE UNITED STATES TRUSTEE'S OBJECTION</u>**
Related ECF Nos. 2780, 3019, 3020, 3267

Maria Tapia, Giancarlo Hernandez, Chad Compton, Kyle Bennett, and Brittany Johnson,
individually and on behalf of a putative class of similarly situated former employees of the
Debtors (the "<u>WARN Claimants</u>"), who hereby object to the Joint Chapter 11 Plan of First
Brands Group, LLC and Certain Affiliated Debtors (the "<u>Plan</u>") [ECF No. 3019], for the reasons
stated in the WARN Claimants' prior objection [ECF 2780], and also join and fully adopt the
objection of the United States Trustee (the "<u>U.S. Trustee Objection</u>") [ECF No. 3267].

**<u>INTRODUCTION</u>**

Debtors operated a business that supplies aftermarket automotive parts, with operations
globally and within the United States. Debtor First Brands Group, LLC ("<u>FBG</u>") is the parent
corporation of a number of affiliates and subsidiary companies that are part of an umbrella
network of companies.  Beginning on September 24, 2025, FBG and 111 affiliated Debtors each

---

[1] A complete list of the debtors (the "<u>Debtors</u>") in these chapter 11 cases may be obtained on the website of the Debtors'
claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these
chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas. The cases are pending before the Honorable Christopher M. Lopez, and are jointly administered under Case No. 25-90399, and consolidated for procedural purposes only.

Beginning on February 3, 2026, the Debtors terminated the WARN Claimants, who were not provided 60 days advance written notice of their terminations by Debtors, as required by the Worker Adjustment and Retraining Notification Act, 29 U.S.C. § 2101 *et seq.* ("WARN Act").

On February 13, 2026, the WARN Claimants filed an adversary proceeding complaint with this Court against certain of the Debtors asserting claims under the WARN Act (the "WARN Claims").  *See Maria Tapia, Giancarlo Hernandez, Chad Compton, Kyle Bennett, and Brittany Johnson, on behalf of themselves and all others similarly situated, v.  First Brands Group, LLC. et al.*, Adv. P. No. 26-03052 (CML) (the "WARN Action").  To date, undersigned counsel has been retained by more than 230 terminated employees.

Because Debtors' violation of the WARN Act occurred post-petition, the WARN Action expressly asserts entitlement to administrative priority.  *See* First Amended Complaint [Adv. 26-03052 ECF No. 6] at ¶3 (the "Administrative WARN Claims").

### **JOINDER IN AND ADOPTION OF THE U.S. TRUSTEE'S OBJECTION**

The WARN Claimants, as holders of Administrative WARN Claims, join in and adopt as if fully set forth herein the U.S. Trustee's Objection.

### **CONCLUSION**

For the reasons stated in the WARN Claimants' prior objection and the U.S. Trustee's Objection, the WARN Claimants request that the Debtors' Plan be denied as unconfirmable.

Dated: July 20, 2026

Respectfully submitted,

*/s/   Jack A. Raisner*
Jack A. Raisner (*admitted pro hac vice*)
René S. Roupinian (*admitted pro hac vice*)
**RAISNER ROUPINIAN LLP**
270 Madison Avenue, Suite 1801
New York, New York 10016
Telephone: (212) 221-1747
Facsimile: (212) 221-1747
Email: jar@raisnerroupinian.com
Email: rsr@raisnerroupinian.com

Walter J. Cicack
State Bar No.: 04250535
HAWASH CICACK & GASTON, LLP
2118 Smith Street
Houston, Texas 77002
Telephone: (713) 658-9003
Email: wcicack@hcgllp.com

*Attorneys for Plaintiffs and the putative class*

3