**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.[1]** | § | **(Jointly Administered)** |
| | § | |

**GENERAL NOTES TO THE DEBTORS' PERIODIC REPORT REGARDING
VALUE, OPERATIONS, AND PROFITABILITY OF ENTITIES IN WHICH A
DEBTOR'S ESTATE HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST**

**INTRODUCTION:**

First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"),[2] are filing their respective periodic reports (the "**Periodic Reports**") for the sole purpose of complying with the requirements of Rule 2015.3 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**").

In September 2025, First Brands Group, LLC and its affiliated Debtors each commenced with the Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"). The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee has been appointed in these chapter 11 cases.

The Debtors' chapter 11 cases are being jointly administered for procedural purposes pursuant to Bankruptcy Rule 1015(b) and Rule 1015-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Local Rules**").

On October 9, 2025, the Office of the United States Trustee for the Southern District of Texas (the "**U.S. Trustee**") appointed the Official Committee of Unsecured Creditors (Docket No. 313) (the "**Creditors' Committee**").

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]   On April 9, 2026, the Court entered an order converting the chapter 11 cases of (i) Patterson Inventory, LLC, (ii) Patterson Inventory Holdings, LLC, (iii) Starlight Inventory I, LLC, and (iv) Starlight Inventory Holdings I, LLC (collectively, the "**Converted Debtors**"), to cases under chapter 7 of the Bankruptcy Code (Docket No. 2396). Accordingly, these Periodic Reports do not apply to the Converted Debtors and the term "**Debtors**" excludes the Converted Debtors for purposes of these Notes (as defined herein).

On October 1, 2025, the Bankruptcy Court entered an order extending the deadline for the Debtors to file their Periodic Reports as required by Bankruptcy Rule 2015.3 to November 21, 2025 (Docket No. 195). On November 17, 2025, the Debtors and the U.S. Trustee entered into a stipulation further extending the deadline for the Debtors to file their Periodic Reports to January 20, 2026 (Docket No. 690). On January 19, 2026, the Debtors filed their first Periodic Report (Docket No. 1389).

The Periodic Reports contain certain information of certain non-Debtor entities that are not publicly traded corporations and in which an estate of a Debtor controls or owns at least a twenty percent (20%) interest (a "**Controlled Non-Debtor Entity**").[3] In accordance with Bankruptcy Rule 2015.3, and except as otherwise provided herein, the information contained herein is set forth as of March 31, 2026 for the Controlled Non-Debtor Entities owned as of the filing of this Periodic Report.

On March 13, 2026, the Court entered the *Order (A) Authorizing and Approving Sale of Debtors' Walbro Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* (Docket No. 2154), approving the sale of the Debtors' Walbro[4] business (the "**Walbro Sale Transaction**"). On March 16, 2026, the Debtors filed the *Notice of Closing of Sale Transaction* (Docket No. 2167), providing notice of the closing of the sale of the Debtors' Walbro business, which included the equity interests in Controlled Non-Debtor Entity Walbro Los Mochis S. de R.L. de C.V. Accordingly, Walbro Los Mochis S. de R.L. de C.V. has been excluded from this Periodic Report, as the Debtors no longer hold a substantial or controlling interest in such entity.

With effect from March 5, 2026, in connection with existing defaults under a credit agreement dated as of December 21, 2023, by and among Cequent Nederland Holdings B.V. and Horizon Global Germany GmbH, as borrowers, Acquiom Agency Services LLC, as administrative agent and collateral agent, and the lenders party thereto, which are comprised of various affiliates and/or funds and management accounts of O'Connor Alternative Investments, LLC, including Clover Private Credit Opportunities Origination II LP, Clover Zermatt O LLC, Clover PCO III Origination Aggregator LP, and Bermudez Mutuari Ltd., Controlled Non-Debtor Entity HZ Lux Holdings S.à r.l. was caused to sell its equity interests in Controlled Non-Debtor Westfalia Holdings S.à r.l. (f/k/a HZ Lux S.à r.l.) to Westfalia Automotiv Group S.à r.l. (the "**Horizon Europe Separation Transaction**"). As a result, the following Non-Controlled Debtor Entities are no longer direct or indirect subsidiaries of the Debtors (i) Westfalia Holdings S.à r.l. (f/k/a HZ Lux S.à r.l.), (ii) AH Forgings Proprietary Limited, (iii) C.P. Witter Limited, (iv) Cequent

---

[3] The equity in each Controlled Non-Debtor Entity is (i) wholly owned, either directly or indirectly, by the Debtors and (ii) directly owned by either the Debtors or other Controlled Non-Debtor Entities. The equity ownership of each Controlled Non-Debtor Entity is reflected on the organizational chart annexed hereto as **Appendix 1**.

[4] "**Walbro**" means the business operated by the Debtors consisting of the development, design, manufacture, sourcing, marketing, distribution, and sale of products and services under or primarily associated with (a) small engine fuel systems, carburetors, fuel pumps, ignition systems, electronic fuel injection, plastic injection molding and related components across power equipment, powersports, marine, and specialty engines and (b) operations under brand names associated with Walbro or Carter Carburetor, in each case, at, from, or through certain facilities operated by the Debtors.

Nederland Holdings B.V., (v) Cequent UK Limited, (vi) FHG Automotives & Forgings Private Limited, (vii) Henrichs Beteiligungsgesellschaft mbH, (viii) Horizon Global (South Africa) Proprietary Limited, (ix) Horizon Global Digital Limited, (x) Horizon Global European Holdings Limited, (xi) Horizon Global Germany GmbH, (xii) HZN Sourcing Oy, (xiii) Kovil Oy, (xiv) Monoflex Nordic AB, (xv) S.I.A.R.R. SAS, (xvi) Teljs B.V., (xvii) Teljs Holding B.V., (xviii) Terwa Holding B.V., (xix) Terwa Innovation B.V., (xx) Westfalia Nordic AB, (xxi) Westfalia-Automotive Beteiligungsgesellschaft mbH, (xxii) Westfalia-Automotive Denmark ApS, (xxiii) Westfalia-Automotive GmbH, (xxiv) Westfalia-Automotive Holding GmbH, (xxv) Westfalia-Automotive Italia S.r.l., (xxvi) Westfalia-Automotive Polska Sp. Zo.o, (xxvii) Witter Brasov SRL, (xxviii) Horizon Global Sourcing Operations and Innovation Center India Pvt Ltd, (xxix) Cequent Electrical Products de Mexico, S. de R.L. de C.V., (xxx) Cequent Sales Company de México, S. de R.L. de C.V., (xxxi) Horizon Global Hong Kong Holdings Limited, (xxxii) Horizon Global (Shanghai) Trading Co. Ltd, (xxxiii) Cequent Mexico Holdings B.V., and (xxxiv) Cequent Towing Products of Canada Ltd (collectively, the "**Horizon Controlled Non-Debtor Entities**").[5]   Accordingly, the Horizon Controlled Non-Debtor Entities are excluded from this Periodic Report, as the Debtors no longer hold a substantial or controlling interest in such entities.

On May 26, 2026, the Court entered the *Order (A) Authorizing and Approving the Debtors' Entry Into Stock and Asset Purchase Agreement with Flex-N-Gate for Sale of Debtors' Horizon Business Assets and Transferred Equity Interests Free and Clear of Liens, Claims, Encumbrances, and Interests, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* (Docket No. 2800), approving the sale of the Debtors' Horizon North America[6] business (the "**Horizon Sale Transaction**"). On May 29, 2026, the Debtors filed the *Notice of Closing of Horizon Sale Transaction and Horizon Europe Settlement* (Docket No. 2846), providing notice of the closing of the sale of the Debtors' Horizon North America business, which included the equity interests in former Controlled Non-Debtor Entities (i) Horizon Global Sourcing Operations and Innovation Center India Pvt Ltd, (ii) Cequent Electrical Products de Mexico, S. de R.L. de C.V., and (iii) Cequent Sales Company de México, S. de R.L. de C.V  As mentioned above, other than Debtor Horizon Euro Finance LLC's minority holding in Horizon Global Sourcing Operations and Innovation Center India Pvt, at the time of the closing of the Horizon Sale Transaction, these entities were no longer subject to a substantial or controlling interest from the Debtors, and therefore, are excluded from this Periodic Report.

Additional information regarding the Walbro Sale Transaction, Horizon Europe Separation Transaction, and Horizon Sale Transaction can be found in the Disclosure Statement (Docket No. 3020, at 53-55 and 77-78), as well as the motions and declarations filed in connection with the Horizon Europe Separation Transaction and Horizon Sale Transaction (Docket Nos. 2711, 2719,

---

[5]   The Horizon Controlled Non-Debtor Entities transferred in connection with the Horizon Europe Separation Transaction have been excluded form the organizational chart annexed hereto as **Appendix 1**.

[6]   "**Horizon North America**" means the Debtors' "Horizon North America" business, consisting of the development, design, manufacture, sourcing, marketing, distribution and sale of towing, hitching, trailering, jacks and couplers, and cargo management in North America and China (excluding the business line and brand names associated with Horizon Europe, Westfalia, and Witter Towbar) under the following brand names: Horizon, REESE, Tekonsha, DrawTite, Bargman, Fulton and Bulldog.

2720, 2721, and 2723).

Since filing their first Periodic Report on January 19, 2026 (Docket No. 1389), the Debtors have learned the following entities have been either been liquidated, dissolved, deregistered, or are no longer in existence, and have therefore been excluded from this Periodic Report: (i) Airtex (Tianjin) Auto Parts, Inc., (ii) Airtex Tianjin Auto Parts Holding Company Limited, (iii) Cequent Bermuda Holdings Ltd., (iv) Champion Laboratories (Europe) Limited, (v) Champion Laboratories (Shanghai) Co., Ltd., (vi) Qualitor Automotive UK Ltd., and (vii) Westfalia Nordic AB. In addition, the Debtors' first Periodic Report inadvertently listed Horizon Global Sourcing Operations and Innovation Center India Pvt Ltd and FHG Automotives & Forgings Private Limited as being 100% owned by Debtor Horizon International Holdings LLC. The equity interests of these entities are directly held by Debtor Horizon Euro Finance, LLC, which owns approximately 0.03% of the equity interests in Horizon Global Sourcing Operations and Innovation Center India Pvt Ltd and approximately 10% of the equity interests in FHG Automotives & Forgings Private Limited. Accordingly, these entities have also been excluded from this Periodic Report, as the Debtors' do not hold a substantial or controlling interest in these entities.

The Debtors prepared the Periodic Reports with the assistance of their financial, legal, and other agents and advisors. The Debtors have made reasonable efforts to ensure the accuracy and completeness of the information presented in the Periodic Reports. Subsequent information or discovery of additional information may result in material changes in financial and other data contained in the Periodic Reports, and inadvertent or unintentional errors, omissions, or inaccuracies may exist. The Debtors' investigations and reconciliations are ongoing, and such investigations and reconciliations may result in adjustment of the information in the Periodic Reports in subsequently filed Periodic Reports. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update these Periodic Reports.

The Debtors have not included financial statements for any Controlled Non-Debtor Entities in these Periodic Reports. As disclosed by the Debtors in the chapter 11 cases, the Debtors' special committee of independent managers is conducting an ongoing investigation into the Debtors' prepetition conduct and practices, including their prepetition accounting practices.[7] Until this investigation is complete or further advanced, the Debtors and their advisors cannot provide reasonable assurances that the financial statements of the Controlled Non-Debtor Entities are complete or accurate. Accordingly, such financial statements have been omitted from these Periodic Reports.

The Periodic Reports have been signed by Paul Kosturos, Chief Financial Officer of the Debtors. Accordingly, in reviewing and signing the Periodic Reports, Mr. Kosturos necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. Mr. Kosturos has not (and could not have) personally verified the accuracy of each such statement and representation.

---

[7] *See Declaration of Charles M. Moore in Support of Debtors' Chapter 11 Petitions* ¶ 32 (Docket No. 22); *see generally Affidavit of Charles Moore, Interim Chief Executive Officer in Support of Debtors' Emergency Application for Preliminary Injunctive Relief Including an Emergency Motion for a Temporary Restraining Order and Request for Hearing* (Adv. Proc. No. 25-03803) (Docket No. 19).

These General Notes to the Periodic Reports (the "**General Notes**") pertain to, and are incorporated by reference in, and comprise an integral part of, of the Periodic Reports. The General Notes are in addition to the specific notes set forth below with respect to the Periodic Reports (the "**Specific Notes**" and, together with the General Notes, the "**Notes**"). These Notes should be referred to, and referenced in connection with, any review of the Periodic Reports.

**RESERVATION OF RIGHTS:**

Nothing contained in the Periodic Reports, including the Notes, shall constitute a waiver or admission by the Debtors in any respect, nor shall the Periodic Reports or any information set forth herein waive or release any of the Debtors' rights or constitute an admission with respect to these chapter 11 cases, the Debtors' estates, and the Controlled Non-Debtor Entities, including with respect to, among other things, matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of claims, interests, or contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action under the provisions of chapter 5 of the Bankruptcy Code, or any other matters that may impact the Debtors and their estates, including claims to recover assets or avoid transfers.

The Periodic Reports are limited in scope, cover a limited time period, and have been prepared solely for the purpose of complying with Bankruptcy Rule 2015.3.

Given the complexity of the Debtors' business, inadvertent errors or omissions may occur. Accordingly, the Debtors hereby reserve all of their rights to dispute the nature, validity, status, enforceability, or executory natures of any claim amount, agreement, representation, or other statement set forth in the Periodic Reports. Further, the Debtors reserve the right to amend or supplement the Periodic Reports, if necessary, but are under no obligation to do so.

**The Periodic Reports should not be relied upon by any persons for information relating to current or future financial conditions, events or performance of any of the Controlled Non-Debtor Entities or Debtors, including, but not limited to, any potential recoveries or distributions related to claims against, or interests in, the Debtors.**

**NOTES TO SPECIFIC PARTS OF THE PERIODIC REPORTS:**

*Exhibit A* – Most Recent Available Financial Statements

- Due to the Debtors' continued review, investigation, and reconciliation of their records as described above, and given that such review, investigation, and reconciliation may result in material adjustments to these Periodic Reports, the Debtors have omitted all balance sheets, statements of income (loss), statements of cash flows, and statements of changes in shareholders' or partners' equity (deficit) for each of the Controlled Non-Debtor Entities from these Periodic Reports. The omission of such data should not be construed as a representation or warranty of the Debtors' current or future financial condition. The Debtors reserve the right to amend or supplement these Periodic Reports, if necessary, but are under no obligation to do so.

5

*Exhibit B* – Description of the Controlled Non-Debtor Entities' Business Operations

- The Debtors have provided descriptions of the Controlled Non-Debtor Entities and their operations based on historical data and information provided by the company's management. These descriptions of the business operations of the Controlled Non-Debtor Entities are provided solely for the purpose of complying with Bankruptcy Rule 2015.3 and shall not be construed as statements of intention, commitments, or representations regarding the operations to be conducted by any Controlled Non-Debtor Entity in the future.

*Exhibit C* – Description of the Controlled Non-Debtor Entities' Claims with Other Controlled Non-Debtor Entities

- Due to the Debtors' continued review, investigation, and reconciliation of their records as described above, and given that such review, investigation, and reconciliation may result in material adjustments to these Periodic Reports, the Debtors have omitted all intercompany activity for each of the Controlled Non-Debtor Entities in these Periodic Reports. The omission of such data should not be construed as a representation or warranty of the Debtors' current or future financial condition. The Debtors reserve the right to amend or supplement these Periodic Reports, if necessary, but are under no obligation to do so.

*Exhibit D* – Description of any Tax Allocations between the Controlled Non-Debtor Entity and any Debtor

- The Debtors do not allocate tax assets or tax liabilities to their Controlled Non-Debtor Entities. To the best of the Debtors' knowledge, no allocation of tax attributes has occurred among the Controlled Non-Debtor Entities.

*Exhibit E* – Description of any Payment by the Controlled Non-Debtor Entity on behalf of any Debtor

- The Debtors are not aware at this time of any payments made by Controlled Non-Debtor Entities in connection with any claims, administrative expenses, or professional fees that have been or could have been asserted against any Debtors.

**Fill in this information to identify the case:**

Debtor Name: First Brands Group, LLC et al.

United States Bankruptcy Court for the _____ Southern _____ District of _____ Texas _____

Case Number: 25-90399

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

This is the *Periodic Report* as of | 3/31/2026 | on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

First Brands Group, LLC et al. holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| See attached Exhibits | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (loss), statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name: First Brands Group, LLC et al.                                      Case Number: 25-90399

**The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this Periodic Report and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3**

| **For non-individual Debtors:** | |
|---|---|
| | /s/ Paul Kosturos |
| | Signature of Authorized individual |
| | Paul Kosturos |
| | Printed name of Authorized Individual |
| | Date  07 / 20 / 2026 |
| | MM / DD / YYYY |

| **For individual Debtors:** | | |
|---|---|---|
| | Signature of Debtor 1 | Signature of Debtor 2 |
| | Printed name of Debtor 1 | Printed name of Debtor 2 |
| | Date _____ | Date _____ |
| | MM / DD / YYYY | MM / DD / YYYY |

Debtor Name    First Brands Group, LLC et al.                                      Case number   25-90399

**Cover Continued: First Brands Group, LLC et al. Holds a Substantial or Controlling Interest in the Following Entities**

**Official Form 426**
United States Bankruptcy Court
Southern District of Texas

First Brands Group, LLC et al. holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Estate[1] | Name of Debtor Parent[2] |
|---|---|---|
| Airtex Deutschland GmbH | 100% | ASC Industries, Inc. |
| Airtex Products, S.A. | 100% | ASC Industries, Inc. |
| ASC (Beijing) Consulting (Holdings) Company Limited | 100% | ASC Industries, Inc. |
| ASC (Tianjin) Auto Parts Inc. | 100% | ASC Industries, Inc. |
| ASC (Tianjin) Water Pump Co., Ltd. | 100% | ASC Industries, Inc. |
| ASC International Incorporated | 100% | ASC Industries, Inc. |
| ASC Tianjin (Holdings) Company Limited | 100% | ASC Industries, Inc. |
| Auto-Electricos de Mexico S.A.P.l. de C.V. | 100% | BPI Holdings International, LLC |
| Autoparts Holdings (Luxembourg) I S.a.r.l. | 100% | FRAMAuto Holdings, LLC |
| Autoparts Holdings (Luxembourg) S.a.r.l. | 100% | FRAMAuto Holdings, LLC |
| BPI Brake Manufacturing Juarez, S.A. de C.V. | 100% | BPI Holdings International, LLC |
| BPI Braking Systems (Qingdao) Co., Ltd. | 100% | Brake Parts Inc China LLC |
| BPI Braking Systems Mexico, S.A. de C.V. | 100% | BPI Holdings International, LLC |
| BPI Distribution Mexico S.A. de C.V. | 100% | BPI Holdings International, LLC |
| Brake Parts Inc Hong Kong Limited | 100% | Brake Parts Inc China LLC |
| Brake Parts Inc Investment Limited | 100% | Brake Parts Inc China LLC |
| Brake Parts India Private Limited | 100% | Brake Parts Inc India LLC |
| Broad Street Inventory Holdings, LLC | 100% | Carnaby Capital, LLC |
| Broad Street Inventory, LLC | 100% | Carnaby Capital, LLC |
| Cardone de Mexico, S de R.L. de C.V. | 100% | Global Reman Ventures, LLC (50%) & Tridonex USA LLC (50%) |
| Cardone Industries ULC | 100% | Cardone Industries, Inc. |
| Carnaby Capital GmbH | 100% | Carnaby Capital Holdings, LLC |
| Carnaby Cargo Holdings, LLC | 100% | Carnaby Capital, LLC |
| Carnaby Cargo, LLC | 100% | Carnaby Capital, LLC |
| Carnaby Inventory Holdings I, LLC | 100% | Carnaby Capital, LLC |
| Carnaby Inventory Holdings V, LLC | 100% | Carnaby Capital, LLC |
| Carnaby Inventory Holdings VI, LLC | 100% | Carnaby Capital, LLC |
| Carnaby Inventory I, LLC | 100% | Carnaby Capital, LLC |
| Carnaby Inventory V, LLC | 100% | Carnaby Capital, LLC |
| Carnaby Inventory VI, LLC | 100% | Carnaby Capital, LLC |
| CI Supply, LLC | 100% | Carnaby Capital, LLC |
| CoFo – IBEX GmbH | 100% | ASC Industries, Inc. |
| CoFo – PWK GmbH | 100% | ASC Industries, Inc. |
| CoFo - Räuchle GmbH | 100% | ASC Industries, Inc. |
| CoFo Manufacturing a. s. | 100% | ASC Industries, Inc. |
| Crysta S.P.A. | 100% | First Brands Group, LLC |
| Diepersdorf Plastic Manufacturing GmbH | 100% | ASC Industries, Inc. |
| Fenyes Engineered Technology Private Limited | 100% | Brake Parts Inc India LLC |
| Filtros Champion Laboratories, S. de R.L. de C.V. | 100% | Champion Laboratories, Inc. |
| Filtros Champion Sales de Mexico, S. de R.L. de C.V. | 100% | Champion Laboratories, Inc. |
| FMP Automotive (Malaysia) Sdn Bhd. | 100% | KTRI Holdings, Inc. |
| FMP Distribution Co., Ltd. | 100% | KTRI Holdings, Inc. |
| FMP Group (Australia) Pty Limited | 100% | KTRI Holdings, Inc. |
| FMP Group (Thailand) Ltd. | 100% | KTRI Holdings, Inc. |
| FMP Group Australia Holdings PTY LTD | 100% | KTRI Holdings, Inc. |
| FMP Group Holdings 1 (Thailand) Ltd. | 100% | KTRI Holdings, Inc. |
| FMP Group Holdings 2 (Thailand) Ltd | 100% | KTRI Holdings, Inc. |
| FMP Group Pty Limited | 100% | KTRI Holdings, Inc. |
| Fox Acquisition Company Pty. Ltd. | 100% | KTRI Holdings, Inc. |
| FRAM de Argentina S.A.U. | 100% | FRAMAuto Holdings, LLC |
| FRAM do Brasil Indústria de Filtros Ltda. | 100% | FRAMAuto Holdings, LLC |
| FRAM Filtration Operations Mexico, S.A. de C.V. | 100% | FRAMAuto Holdings, LLC |
| FRAM Group (Canada) Inc. | 100% | FRAMAuto Holdings, LLC |
| FRAM Group Holdings Mexico, S.A. de C.V. | 100% | FRAMAuto Holdings, LLC |
| FRAM Group Operations Mexicali, S.A. de C.V. | 100% | FRAMAuto Holdings, LLC |
| FRAM Group Operations Mexico City, S.A. de C.V. | 100% | FRAMAuto Holdings, LLC |
| FRAM Group Services Mexico S.A., de C.V. | 100% | FRAMAuto Holdings, LLC |
| FRAM Group Trading (Shanghai) Co., Ltd. | 100% | FRAMAuto Holdings, LLC |
| FRAMAUTO INTERNATIONAL HOLDINGS, INC. | 100% | FRAMAuto Holdings, LLC |
| Global Lease Assets, LLC | 100% | Global Lease Assets Holdings, LLC |
| GOC Automotive Malaysia Sdn. Bhd. | 100% | Trico Products Corporation |
| Hopkins Canada, Inc. | 100% | Hopkins Manufacturing Corporation |
| Hopkins Manufacturing de Mexico S. de R.L. de CV | 100% | Hopkins Manufacturing Corporation |
| HZ Lux Holdings S.a.r.l. | 100% | Horizon International Holdings LLC |
| IBI Auto Components (Shanghai) Co., Ltd. | 100% | IBI International Holding Company, Inc. |

[1] The equity in each Controlled Non-Debtor Entity is (i) wholly owned, either directly or indirectly, by the Debtors and (ii) directly owned by either the Debtors or other Controlled Non-Debtor Entities.  The equity ownership of each Controlled Non-Debtor Entity is reflected on the organizational chart annexed hereto as **Appendix 1**.

[2] The Debtor Parent listed is the Debtor estate which, directly or indirectly through one or more Controlled Non-Debtor Entities, holds a substantial or controlling interest in the Controlled Non-Debtor Entity.

Debtor Name   First Brands Group, LLC et al.                                    Case number   25-90399

| | | |
|---|---|---|
| **Cover Continued: First Brands Group, LLC et al. Holds a Substantial or Controlling Interest in the Following Entities** | | |

**Official Form 426**
United States Bankruptcy Court
Southern District of Texas

First Brands Group, LLC et al. holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Estate[1] | Name of Debtor Parent[2] |
|---|---|---|
| IBI Latin America, S De RI de Cv | 100% | TAE Brakes, LLC (50%) & International Brake Industries, Inc.(50%) |
| Liberty I B.V. | 100% | Trico Products Corporation |
| Liberty II B.V. | 100% | Trico Products Corporation |
| Linden Plastic Manufacturing GmbH | 100% | ASC Industries, Inc. |
| Linden s.r.o. | 100% | ASC Industries, Inc. |
| Longkou Haimeng Machinery Co., Ltd. | 100% | Brake Parts Inc China LLC |
| Mayfair Inventory Holdings, LLC | 100% | Viceroy Private Capital, LLC |
| Mayfair Inventory, LLC | 100% | Viceroy Private Capital, LLC |
| NovaStar Brands Group, LLC | 100% | First Brands Group, LLC |
| Pegasus Aviation, LLC | 100% | Viceroy Private Capital, LLC |
| Plastics Germany 1 GmbH | 100% | ASC Industries, Inc. |
| Pylon Automotive Mexico S de RL de CV | 100% | Pylon Manufacturing Corp. |
| Qualitor Automotive Trading (Shanghai) Co., Ltd | 100% | TAE China Holdings, Inc. |
| SC Collateral Finance, LLC | 100% | First Brands Group Holdings, LLC |
| Securus Insurance, LLC | 100% | Viceroy Private Capital, LLC |
| Shanghai BPI Trading Co., Ltd | 100% | Brake Parts Inc China LLC |
| Shine Acquisition Co., LLC | 100% | Viceroy Private Capital, LLC |
| SMK Plastic Manufacturing GmbH | 100% | ASC Industries, Inc. |
| Spartacus Shipping Co, LLC | 100% | Viceroy Private Capital, LLC |
| Spartacus Shipping, LLC | 100% | Viceroy Private Capital, LLC |
| Starlight Inventory Holdings II, LLC | 100% | Carnaby Capital, LLC |
| Starlight Inventory Holdings III, LLC | 100% | Carnaby Capital, LLC |
| Starlight Inventory II, LLC | 100% | Carnaby Capital, LLC |
| Starlight Inventory III, LLC | 100% | Carnaby Capital, LLC |
| Strategic Global Co LLC | 100% | Viceroy Private Capital, LLC |
| Subensambles Internacionales, S. de R.L. de C.V. | 100% | KTRI Holdings, Inc. |
| Talleres Mecanicos Montserrat, S.A. de C.V. | 100% | ASC Industries, Inc. |
| TMD International Holdings LLC | 100% | Toledo Molding & Die, LLC |
| TMD Mexico LLC | 100% | Toledo Molding & Die, LLC |
| Toledo Molding de Mexico SRL de CV Celaya | 100% | Toledo Molding & Die, LLC |
| Trico Anco Distribucion de Mexico S. De R.L. de C.V | 100% | KTRI Holdings, Inc. |
| Trico Automotive Systems (Suzhou), Ltd. | 100% | KTRI Holdings, Inc. |
| Trico Belgium S.A. | 100% | Trico Products Corporation |
| Trico Componentes, S.A. de C.V. | 100% | KTRI Holdings, Inc. |
| Trico Distribuidora S.A. de C.V. | 100% | KTRI Holdings, Inc. |
| Trico Investments Corporation | 100% | Trico Products Corporation |
| Trico Italy S.r.l. | 100% | Trico Products Corporation |
| Trico Latinamericana do Brasil, Ltda. | 100% | KTRI Holdings, Inc. |
| Trico Latinamericana S.A. | 100% | KTRI Holdings, Inc. |
| Trico Limited | 100% | Trico Products Corporation |
| Trico Products Pty Ltd | 100% | KTRI Holdings, Inc. |
| Trico RO S. R. L | 100% | Trico Products Corporation |
| Trico Suzhou Investments Limited | 100% | KTRI Holdings, Inc. |
| Tridonex, S de R.L. de C.V. | 100% | Global Reman Ventures, LLC (50%) & Tridonex USA LLC (50%) |
| Tulip Transportation, LLC | 100% | Viceroy Private Capital, LLC |
| UCI (Beijing) Consulting Company Ltd. | 100% | ASC Industries, Inc. |
| Ultinon Motion (Hubei) Co., Ltd. | 100% | Trico Products Corporation |
| Ultinon Motion (Thailand) Co., Ltd. | 100% | Trico Products Corporation |
| Ultinon Motion Brasil Ltda. | 100% | Trico Products Corporation |
| Ultinon Motion Commercial Canada Inc. | 100% | Trico Products Corporation |
| Ultinon Motion Commercial France | 100% | Trico Products Corporation |
| Ultinon Motion de Iberia, SL | 100% | Trico Products Corporation |
| Ultinon Motion Delaware LLC | 100% | Trico Products Corporation |
| Ultinon Motion Germany GmbH | 100% | Trico Products Corporation |
| Ultinon Motion Holding B.V. | 100% | Trico Products Corporation |
| Ultinon Motion Hong Kong Co. Limited | 100% | Trico Products Corporation |
| Ultinon Motion India Private Ltd. | 100% | Trico Products Corporation |
| Ultinon Motion Italy SRL | 100% | Trico Products Corporation |
| Ultinon Motion Japan GK | 100% | Trico Products Corporation |
| Ultinon Motion Korea Ltd. | 100% | Trico Products Corporation |
| Ultinon Motion Mexico, SA de CV | 100% | Trico Products Corporation |
| Ultinon Motion Netherlands B.V. | 100% | Trico Products Corporation |
| Ultinon Motion Poland S.A. | 100% | Trico Products Corporation |
| Ultinon Motion Sweden AB | 100% | Trico Products Corporation |

[1] The equity in each Controlled Non-Debtor Entity is (i) wholly owned, either directly or indirectly, by the Debtors and (ii) directly owned by either the Debtors or other Controlled Non-Debtor Entities.  The equity ownership of each Controlled Non-Debtor Entity is reflected on the organizational chart annexed hereto as **Appendix 1**.

[2] The Debtor Parent listed is the Debtor estate which, directly or indirectly through one or more Controlled Non-Debtor Entities, holds a substantial or controlling interest in the Controlled Non-Debtor Entity.

Debtor Name   First Brands Group, LLC et al.                                  Case number   25-90399

**Cover Continued: First Brands Group, LLC et al. Holds a Substantial or Controlling Interest in the Following Entities**

**Official Form 426**
United States Bankruptcy Court
Southern District of Texas

First Brands Group, LLC et al. holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Estate[1] | Name of Debtor Parent[2] |
|---|---|---|
| Ultinon Motion Taiwan Co. Ltd. | 100% | Trico Products Corporation |
| Ultinon Motion US HoldCo, Inc. | 100% | Trico Products Corporation |
| VCAA Holdings, LLC | 100% | Viceroy Private Capital, LLC |
| VCAA, LLC | 100% | Viceroy Private Capital, LLC |
| Viceroy Logistics, LLC | 100% | Viceroy Private Capital, LLC |
| Viceroy Transportation, LLC | 100% | Viceroy Private Capital, LLC |
| Walbro (Thailand) Co. Ltd. | 100% | Carter Carburetor Holdings, LLC |
| Walbro (Tianjin) Industries Co. Ltd. | 100% | Carter Carburetor Holdings, LLC |
| Walbro Co., Ltd. | 100% | Carter Carburetor Holdings, LLC |
| Walbro Fuel Systems and Technology (Thailand) Co., Ltd. | 100% | WEM US Co. |
| Walbro International Holding B.V. | 100% | Carter Carburetor Holdings, LLC |
| Walbro Italy S.r.l. | 100% | Carter Carburetor Holdings, LLC |
| Walbro Suisse Group GmbH | 100% | Carter Carburetor Holdings, LLC |
| Winning Plastics a.s. | 100% | ASC Industries, Inc. |

[1] The equity in each Controlled Non-Debtor Entity is (i) wholly owned, either directly or indirectly, by the Debtors and (ii) directly owned by either the Debtors or other Controlled Non-Debtor Entities. The equity ownership of each Controlled Non-Debtor Entity is reflected on the organizational chart annexed hereto as **Appendix 1**.

[2] The Debtor Parent listed is the Debtor estate which, directly or indirectly through one or more Controlled Non-Debtor Entities, holds a substantial or controlling interest in the Controlled Non-Debtor Entity.

Debtor Name    First Brands Group, LLC et al.                                          Case number   25-90399

**Exhibit A: Financial Statements for Controlled Non-Debtor Entities**

**Official Form 426**
United States Bankruptcy Court
Southern District of Texas

**Exhibit A: Financial Statements for Controlled Non-Debtor Entities**

See Global Notes to the Periodic Report

Debtor Name    First Brands Group, LLC et al.                                                    Case number   25-90399

**Exhibit B: Description of Operations for Controlled Non-Debtor Entities**

**Official Form 426**
United States Bankruptcy Court
Southern District of Texas

| Controlled Non-Debtor Entity | Description of Operations |
|---|---|
| Airtex Deutschland GmbH | Inactive entity affiliated with ASC pumps business which manufactures and distributes specialty pumps primarily for OEMs and aftermarket retailers; incorporated in Germany |
| Airtex Products, S.A. | Inactive entity; incorporated in Spain |
| ASC (Beijing) Consulting (Holdings) Company Limited | Holding company affiliated with ASC pumps business regarding operations, production, engineering, and/or quality control type services; incorporated in Hong Kong |
| ASC (Tianjin) Auto Parts Inc. | Plant affiliated with ASC pumps business regarding operations, production, engineering, and/or quality control type services; incorporated in China |
| ASC (Tianjin) Water Pump Co., Ltd. | Plant affiliated with ASC pumps business regarding operations, production, engineering, and/or quality control type services; incorporated in China |
| ASC International Incorporated | Manufacturing and direct sales company affiliated with ASC pumps business; incorporated in Indiana |
| ASC Tianjin (Holdings) Company Limited | Holding company affiliated with ASC pumps business regarding operations, production, engineering, and/or quality control type services; incorporated in Hong Kong |
| Auto-Electricos de Mexico S.A.P.l. de C.V. | Manufacturing and direct sales company affiliated with BPI North American brakes business; incorporated in Mexico |
| Autoparts Holdings (Luxembourg) I S.a.r.l. | Holding company affiliated with FRAM filtration business; incorporated in Luxembourg |
| Autoparts Holdings (Luxembourg) S.a.r.l. | Holding company affiliated with FRAM filtration business; incorporated in Luxembourg |
| BPI Brake Manufacturing Juarez, S.A. de C.V. | Maquiladora affiliated with BPI North American brakes business; incorporated in Mexico |
| BPI Braking Systems (Qingdao) Co., Ltd. | Plant affiliated with BPI North American brakes business; incorporated in China |
| BPI Braking Systems Mexico, S.A. de C.V. | Inactive entity; incorporated in Mexico |
| BPI Distribution Mexico S.A. de C.V. | Distributor (sales) company affiliated with BPI North American brakes business; incorporated in Mexico |
| Brake Parts Inc Hong Kong Limited | Holding company affiliated with BPI North American brakes business; incorporated in Hong Kong |
| Brake Parts Inc Investment Limited | Holding company affiliated with BPI North American brakes business; incorporated in Hong Kong |
| Brake Parts India Private Limited | Plant affiliated with BPI North American brakes business; incorporated in India |
| Broad Street Inventory Holdings, LLC | Holding company affiliated with SPV entities; incorporated in Delaware |
| Broad Street Inventory, LLC | Company affiliated with SPV entities; incorporated in Delaware |
| Cardone de Mexico, S de R.L. de C.V. | Distributor (sales) company affiliated with Cardone brakes business; incorporated in Mexico |
| Cardone Industries ULC | Inactive manufacturing and direct sales company previously affiliated with Cardone brakes business; incorporated in Nova Scotia |
| Carnaby Capital GmbH | Company affiliated with SPV entities; incorporated in Germany |
| Carnaby Cargo Holdings, LLC | Holding company affiliated with SPV entities; incorporated in Delaware |
| Carnaby Cargo, LLC | Company affiliated with SPV entities; incorporated in Delaware |
| Carnaby Inventory Holdings I, LLC | Holding company affiliated with SPV entities; incorporated in Delaware |
| Carnaby Inventory Holdings V, LLC | Holding company affiliated with SPV entities; incorporated in Delaware |
| Carnaby Inventory Holdings VI, LLC | Holding company affiliated with SPV entities; incorporated in Delaware |
| Carnaby Inventory I, LLC | Company affiliated with SPV entities; incorporated in Delaware |
| Carnaby Inventory V, LLC | Company affiliated with SPV entities; incorporated in Delaware |
| Carnaby Inventory VI, LLC | Company affiliated with SPV entities; incorporated in Delaware |
| CI Supply, LLC | Company affiliated with SPV entities; incorporated in Delaware |
| CoFo – IBEX GmbH | Plant affiliated with CoFo cold forming operations; incorporated in Germany. Filed for insolvency in Germany in November 2025 |
| CoFo – PWK GmbH | Plant affiliated with CoFo cold forming operations; incorporated in Germany. Filed for insolvency in Germany in November 2025 |
| CoFo - Räuchle GmbH | Plant affiliated with CoFo cold forming operations; incorporated in Germany. Filed for insolvency in Germany in November 2025 |
| CoFo Manufacturing a. s. | Plant affiliated with CoFo cold forming operations; incorporated in the Czech Republic |
| Crysta S.P.A. | Inactive entity; incorporated in Italy |
| Diepersdorf Plastic Manufacturing GmbH | Plant affiliated with European plastics division; incorporated in Germany. Filed for insolvency in Germany in November 2025 |
| Fenyes Engineered Technology Private Limited | Shared services center affiliated with BPI North American brakes business; incorporated in India |
| Filtros Champion Laboratories, S. de R.L. de C.V. | Inactive entity; incorporated in Mexico |
| Filtros Champion Sales de Mexico, S. de R.L. de C.V. | Inactive entity; incorporated in Mexico |
| FMP Automotive (Malaysia) Sdn Bhd. | Distributor (sales) company affiliated with FMP's brake products business in Australia and Asia; incorporated in Malaysia |
| FMP Distribution Co., Ltd. | Distributor (sales) company affiliated with FMP's brake products business in Australia and Asia; incorporated in Thailand |

Debtor Name    First Brands Group, LLC et al.                                        Case number   25-90399

**Exhibit B: Description of Operations for Controlled Non-Debtor Entities**

**Official Form 426**

United States Bankruptcy Court

Southern District of Texas

| Controlled Non-Debtor Entity | Description of Operations |
|---|---|
| FMP Group (Australia) Pty Limited | Plant affiliated with FMP's brake products business in Australia and Asia; incorporated in Australia |
| FMP Group (Thailand) Ltd. | Plant affiliated with FMP's brake products business in Australia and Asia; incorporated in Thailand |
| FMP Group Australia Holdings PTY LTD | Holding company affiliated with FMP's brake products business in Australia and Asia; incorporated in Australia |
| FMP Group Holdings 1 (Thailand) Ltd. | Holding company affiliated with FMP's brake products business in Australia and Asia; incorporated in Thailand |
| FMP Group Holdings 2 (Thailand) Ltd | Holding company affiliated with FMP's brake products business in Australia and Asia; incorporated in Thailand |
| FMP Group Pty Limited | Holding company affiliated with FMP's brake products business in Australia and Asia; incorporated in Australia |
| Fox Acquisition Company Pty. Ltd. | Holding company affiliated with FMP's brake products business in Australia and Asia; incorporated in Australia |
| FRAM de Argentina S.A.U. | Inactive entity; incorporated in Argentina |
| FRAM do Brasil Indústria de Filtros Ltda. | Inactive entity; incorporated in Brazil |
| FRAM Filtration Operations Mexico, S.A. de C.V. | Inactive entity; incorporated in Mexico |
| FRAM Group (Canada) Inc. | Sales organization affiliated with FRAM filtration business; incorporated in Canada |
| FRAM Group Holdings Mexico, S.A. de C.V. | Holding company affiliated with FRAM filtration business; incorporated in Mexico |
| FRAM Group Operations Mexicali, S.A. de C.V. | Maquiladora affiliated with Autolite spark plugs business; incorporated in Mexico |
| FRAM Group Operations Mexico City, S.A. de C.V. | Distributor (sales) company affiliated with FRAM filtration business; incorporated in Mexico |
| FRAM Group Services Mexico S.A., de C.V. | Shared services center affiliated with FRAM filtration business; incorporated in Mexico |
| FRAM Group Trading (Shanghai) Co., Ltd. | Corporate sourcing office affiliated with FRAM filtration business; incorporated in China |
| FRAMAUTO INTERNATIONAL HOLDINGS, INC. | Holding company affiliated with FRAM filtration business; incorporated in Delaware |
| Global Lease Assets, LLC | SPV entity; incorporated in Texas |
| GOC Automotive Malaysia Sdn. Bhd. | Shared services center affiliated with Ultinon lightbulbs and related products business; incorporated in Malaysia |
| Hopkins Canada, Inc. | Sales organization affiliated with Hopkins fluid management business; incorporated in Canada |
| Hopkins Manufacturing de Mexico S. de R.L. de CV | Maquiladora affiliated with Hopkins fluid management business; incorporated in Mexico |
| HZ Lux Holdings S.a.r.l. | Holding company affiliated with Horizon towing systems business; incorporated in Luxembourg |
| IBI Auto Components (Shanghai) Co., Ltd. | Distributor (sales) company affiliated with IBI's bakes business; incorporated in China |
| IBI Latin America, S De RI de Cv | Maquiladora affiliated with IBI's brakes business; incorporated in Mexico |
| Liberty I B.V. | Holding company affiliated with Ultinon lightbulbs and related products business; incorporated in the Netherlands |
| Liberty II B.V. | Holding company affiliated with Ultinon lightbulbs and related products business; incorporated in the Netherlands |
| Linden Plastic Manufacturing GmbH | Plant affiliated with European plastics division; incorporated in Germany. Filed for insolvency in Germany in November 2025 |
| Linden s.r.o. | Plant affiliated with European plastics division; incorporated in the Czech Republic |
| Longkou Haimeng Machinery Co., Ltd. | Plant affiliated with BPI North American brakes business; incorporated in China |
| Mayfair Inventory Holdings, LLC | Holding company affiliated with SPV entities; incorporated in Delaware |
| Mayfair Inventory, LLC | Company affiliated with SPV entities; incorporated in Delaware |
| NovaStar Brands Group, LLC | Inactive entity; incorporated in Delaware |
| Pegasus Aviation, LLC | Company affiliated with SPV entities; incorporated in Delaware |
| Plastics Germany 1 GmbH | Plant affiliated with European plastics division; incorporated in Germany. Filed for insolvency in Germany in November 2025 |
| Pylon Automotive Mexico S de RL de CV | Inactive entity; incorporated in Mexico |
| Qualitor Automotive Trading (Shanghai) Co., Ltd | Sales organization affiliated with Trico wipers business; incorporated in China |
| SC Collateral Finance, LLC | Inactive entity; incorporated in Delaware |
| Securus Insurance, LLC | Captive insurance company; incorporated in Utah |
| Shanghai BPI Trading Co., Ltd | Corporate sourcing office affiliated with BPI North American brakes business; incorporated in China |
| Shine Acquisition Co., LLC | Company affiliated with SPV entities; incorporated in Ohio |
| SMK Plastic Manufacturing GmbH | Plant affiliated with European plastics division; incorporated in Germany. Filed for insolvency in Germany in November 2025 |
| Spartacus Shipping Co, LLC | Company affiliated with SPV entities; incorporated in the Marshall Islands |
| Spartacus Shipping, LLC | Company affiliated with SPV entities; incorporated in Delaware |
| Starlight Inventory Holdings II, LLC | Holding company affiliated with SPV entities; incorporated in Delaware |
| Starlight Inventory Holdings III, LLC | Holding company affiliated with SPV entities; incorporated in Delaware |
| Starlight Inventory II, LLC | Company affiliated with SPV entities; incorporated in Delaware |

Debtor Name   First Brands Group, LLC et al.                                    Case number   25-90399

| **Exhibit B: Description of Operations for Controlled Non-Debtor Entities** |
|---|

**Official Form 426**
United States Bankruptcy Court
Southern District of Texas

| Controlled Non-Debtor Entity | Description of Operations |
|---|---|
| Starlight Inventory III, LLC | Company affiliated with SPV entities; incorporated in Delaware |
| Strategic Global Co LLC | Company affiliated with SPV entities; incorporated in Ohio |
| Subensambles Internacionales, S. de R.L. de C.V. | Maquiladora affiliated with Trico wipers business; incorporated in Mexico |
| Talleres Mecanicos Montserrat, S.A. de C.V. | Plant affiliated with Artex pumps business with sales in the U.S. and Mexico; incorporated in Mexico |
| TMD International Holdings LLC | Holding company affiliated with TMD's plastics and thermoplastics manufacturing business; incorporated in Delaware |
| TMD Mexico LLC | Holding company affiliated with TMD's plastics and thermoplastics manufacturing business; incorporated in Delaware |
| Toledo Molding de Mexico SRL de CV Celaya | Manufacturing and direct sales company affiliated with TMD's plastics and thermoplastics manufacturing business; incorporated in Mexico |
| Trico Anco Distribucion de Mexico S. De R.L. de C.V | Inactive entity; incorporated in Mexico |
| Trico Automotive Systems (Suzhou), Ltd. | Plant affiliated with Trico wipers business; incorporated in China |
| Trico Belgium S.A. | Plant affiliated with Trico wipers business; incorporated in Belgium |
| Trico Componentes, S.A. de C.V. | Maquiladora affiliated with Trico wipers business; incorporated in Mexico |
| Trico Distribuidora S.A. de C.V. | Inactive entity; incorporated in Mexico |
| Trico Investments Corporation | Holding company affiliated with Trico wipers business; incorporated in Delaware |
| Trico Italy S.r.l. | Plant affiliated with Trico wipers business; incorporated in Italy |
| Trico Latinamericana do Brasil, Ltda. | Company affiliated with Trico wipers business; incorporated in Brazil |
| Trico Latinamericana S.A. | Distributor (sales) company affiliated with Trico wipers business; incorporated in Argentina |
| Trico Limited | Sales organization affiliated with Trico wipers business; incorporated in the United Kingdom |
| Trico Products Pty Ltd | Company affiliated with Trico wipers business; incorporated in Australia |
| Trico RO S. R. L | Shared service center affiliated with Trico wipers business; incorporated in Romania. Filed for insolvency in Romania in December 2025 |
| Trico Suzhou Investments Limited | Holding company affiliated with Trico wipers business; incorporated in the United Kingdom |
| Tridonex, S de R.L. de C.V. | Maquiladora affiliated with Cardone brakes business; incorporated in Mexico |
| Tulip Transportation, LLC | Company affiliated with SPV entities; incorporated in Delaware |
| UCI (Beijing) Consulting Company Ltd. | Company with corporate operations affiliated with ASC pumps business U.S. operations; incorporated in China |
| Ultinon Motion (Hubei) Co., Ltd. | Plant affiliated with Ultinon lightbulbs and related products business; incorporated in China |
| Ultinon Motion (Thailand) Co., Ltd. | Sales organization affiliated with Ultinon lightbulbs and related products business; incorporated in Thailand |
| Ultinon Motion Brasil Ltda. | Distributor (sales) company affiliated with Ultinon lightbulbs and related products business; incorporated in Brazil |
| Ultinon Motion Commercial Canada Inc. | Sales organization affiliated with Ultinon lightbulbs and related products business; incorporated in Canada |
| Ultinon Motion Commercial France | Company with corporate operations affiliated with Ultinon lightbulbs and related products business; incorporated in France |
| Ultinon Motion de Iberia, SL | Sales organization affiliated with Ultinon lightbulbs and related products business; incorporated in Spain |
| Ultinon Motion Delaware LLC | Sales organization affiliated with Ultinon lightbulbs and related products business; incorporated in Delaware |
| Ultinon Motion Germany GmbH | Plant affiliated with Ultinon lightbulbs and related products business; incorporated in Germany |
| Ultinon Motion Holding B.V. | Holding company affiliated with Ultinon lightbulbs and related products business; incorporated in the Netherlands |
| Ultinon Motion Hong Kong Co. Limited | Distributor (sales) company affiliated with Ultinon lightbulbs and related products business; incorporated in Hong Kong |
| Ultinon Motion India Private Ltd. | Distributor (sales) company affiliated with Ultinon lightbulbs and related products business; incorporated in India |
| Ultinon Motion Italy SRL | Sales organization affiliated with Ultinon lightbulbs and related products business; incorporated in Italy |
| Ultinon Motion Japan GK | Sales organization affiliated with Ultinon lightbulbs and related products business; incorporated in Japan |
| Ultinon Motion Korea Ltd. | Sales organization affiliated with Ultinon lightbulbs and related products business; incorporated in Korea |
| Ultinon Motion Mexico, SA de CV | Distributor (sales) company affiliated with Ultinon lightbulbs and related products business; incorporated in Mexico |
| Ultinon Motion Netherlands B.V. | Holding company affiliated with Ultinon lightbulbs and related products business; incorporated in the Netherlands |
| Ultinon Motion Poland S.A. | Sales organization affiliated with Ultinon lightbulbs and related products business; incorporated in Poland |
| Ultinon Motion Sweden AB | Sales organization affiliated with Ultinon lightbulbs and related products business; incorporated in Sweden |

Debtor Name    First Brands Group, LLC et al.                                          Case number   25-90399

**Exhibit B: Description of Operations for Controlled Non-Debtor Entities**

**Official Form 426**
United States Bankruptcy Court
Southern District of Texas

| Controlled Non-Debtor Entity | Description of Operations |
|---|---|
| Ultinon Motion Taiwan Co. Ltd. | Sales organization affiliated with Ultinon lightbulbs and related products business; incorporated in Taiwan |
| Ultinon Motion US HoldCo, Inc. | Holding company affiliated with Ultinon lightbulbs and related products business; incorporated in Delaware |
| VCAA Holdings, LLC | Holding company affiliated with SPV entities; incorporated in Delaware |
| VCAA, LLC | Holding company affiliated with SPV entities; incorporated in Delaware |
| Viceroy Logistics, LLC | Company affiliated with SPV entities; incorporated in Delaware |
| Viceroy Transportation, LLC | Company affiliated with SPV entities; incorporated in Delaware |
| Walbro (Thailand) Co. Ltd. | Plant affiliated with Walbro small engines and carburetors business; incorporated in Thailand |
| Walbro (Tianjin) Industries Co. Ltd. | Plant affiliated with Walbro small engines and carburetors business; incorporated in China |
| Walbro Co., Ltd. | Plant affiliated with Walbro small engines and carburetors business; incorporated in Japan |
| Walbro Fuel Systems and Technology (Thailand) Co., Ltd. | Plant affiliated with Walbro small engines and carburetors business; incorporated in Thailand |
| Walbro International Holding B.V. | Holding company affiliated with Walbro small engines and carburetors business; incorporated in the Netherlands |
| Walbro Italy S.r.L. | Holding company affiliated with Walbro small engines and carburetors business; incorporated in Italy |
| Walbro Suisse Group GmbH | Holding company affiliated with Walbro small engines and carburetors business; incorporated in Switzerland |
| Winning Plastics a.s. | Plant affiliated with European plastics division; incorporated in the Czech Republic |

Debtor Name   First Brands Group, LLC et al.                                   Case number   25-90399

**Exhibit C: Description of Intercompany Claims**

**Official Form 426**
United States Bankruptcy Court
Southern District of Texas

See Global Notes to the Periodic Report

Debtor Name   First Brands Group, LLC et al.                                                    Case number   25-90399

**Exhibit D: Allocation of Tax Liabilities and Assets**

**Official Form 426**
United States Bankruptcy Court
Southern District of Texas

See Global Notes to the Periodic Report

Debtor Name   First Brands Group, LLC et al.                                    Case number   25-90399

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

**Official Form 426**
United States Bankruptcy Court
Southern District of Texas

See Global Notes to the Periodic Report

**APPENDIX 1**

