United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 21, 2026

Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 25-90399 |
|---|---|---|---|
| Debtor | | In Re: | First Brands Group, LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Brian J. Levy<br>Taft Stettinius & Hollister LLP<br>3343 Peachtree Road NE<br>Suite 1600<br>Atlanta 30306<br>404.364.4579<br>blevy@taftlaw.com<br>Georgia / 302518 |
|---|---|

| Name of party applicant seeks to appear for: | PrimeRevenue, Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/20/2026 | Signed: /s/ Brian J. Levy |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

**Order**

**This lawyer is admitted *pro hac vice*.**

Signed: July 21, 2026

_____

Christopher Lopez
United States Bankruptcy Judge