**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, et al.,**[1] | § | |
| | § | **Case No. 25-90399 (cml)** |
| **Debtors.** | § | |
| | § | **Jointly Administered** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the Official Committee of Non-Union Retirees (the "**Retiree Committee**") *Application to Employ Chamberlain, Hrdlicka, White, Williams, & Aughtry, P.C. as counsel* for the Retiree Committee [ECF No. 3212] **is scheduled for July 28, 2026 at 9:00 a.m.**, prevailing central time in the United States Bankruptcy Court for the Southern District of Texas before the Honorable Christopher Lopez., 515 Rusk, Courtroom 401, Houston, TX 77002.  Parties may access the hearing, **Dial 1-832-917-1510. Conference Code: 590153.** Telephonic participants may connect on-line to view the Courts broadcast onto the courtroom's television monitors. To view online, you may connect through the website located at the following website: https://www.gotomeet.me/JudgeLopez.  Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.

Dated: July 20, 2026
Houston, Texas

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**

By:   */s/ Mark D. Sherrill*
Mark D. Sherrill (TBN 24034678)
1200 Smith Street, Suite 1400
Houston, TX  77002
Telephone:   (713) 658-1818
Facsimile:   (713) 658-2553
e-mail: mark.sherrill@chamberlainlaw.com

***Proposed Counsel for The Official
Committee Of Non-Union Retirees***

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 21, 2026, a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system and by first class mail on the attached master mailing matrix.

*/s/ Mark D. Sherrill*
Mark D. Sherrill

35348239.v1