## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § § | **Case No. 25-90399 (CML)** |
| **Debtors.**[1] | § § § | **(Jointly Administered)** |
| | § | |

### NOTICE OF HEARING ON SCOTLAND ENTERPRISES, INC.'S REQUEST
### FOR PAYMENT OF ADMINISTRATIVE EXPENSES
### UNDER 11 U.S.C. § 503(b)(1)(A)

### (Relating to Trico Products Corporation, Case No. 25-90472)

**PLEASE TAKE NOTICE THAT,** hearing on the *Request of Scotland Enterprises, Inc. For Allowance and Payment of Administrative Expenses Under 11 U.S.C§ 1112(b)(1)(A)* (the **"Motion")** has been scheduled for **August 18, 2026, at 1:00 p.m.** before the Honorable Christopher M. Lopez, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE THAT,** you may participate in the hearing by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility by calling 832-917-1510 and then entering the conference code 590153. Video communication will be by use of the Gotomeeting Platfom1. Connect via the free Gotomeeting Application or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**PLEASE TAKE FURTHER NOTICE THAT,** a copy of the Motion is available by visiting the website maintained by the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands/. A PACER login and password are required to access documents on the Court's website, and these can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov.

Date: July 21, 2026

Respectfully submitted,

**HENDERSHOT COWART P.C.**

By: */s/ Philip D. Racusin*
    SIMON W. HENDERSHOT, III
    State Bar No. 09417200
    trey@hchlawyers.com
    Philip D. Racusin
    State Bar No. 24054267
    pracusin@hchlawyers.com
    1800 Bering Drive, Suite 600
    Houston, Texas 77057
    Telephone: (713) 783-3110
    Facsimile: (713) 783-2809
    E-Service: eservice@hchlawyers.com

    *ATTORNEYS FOR SCOTLAND ENTERPRISES, INC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2026, I caused a true and correct copy of the foregoing *Notice of Hearing on Scotland Enterprises, Inc.'s Request of Scotland Enterprises, Inc. for Payment of Administrative Expenses Under 11 U.S.C. § 503(b)(1)(A)* to be served via the Court's CM/ECF system on all parties entitled to notice, and by first class mail, postage prepaid, on any party not registered to receive electronic notification.

/s/ Philip D. Racusin
Philip D. Racusin