UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 |
| | § | |
| FIRST BRANDS GROUP, LLC, *et al.*, | § | CASE NO. 25-90399-CML |
| | § | |
| DEBTORS[1] | § | (Jointly Administered) |

## OBJECTION TO CONFIRMATION OF JOINT CHAPTER 11 PLAN OF FIRST BRANDS GROUP, LLC AND CERTAIN AFFILIATED DEBTORS

The Texas Comptroller of Public Accounts, Revenue Accounting Division (the "Texas Comptroller" or "Comptroller"), by and through the Office of the Texas Attorney General, hereby files this objection (this "Objection") to confirmation of Debtors' *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* [Dkt. 3019] (the "Plan") and in support respectfully states as follows:

## I.      INTRODUCTION

1.      The Texas Comptroller objects to confirmation of the proposed Plan filed by First Brands Group Holdings, LLC ("FBGH"), FBGH's direct and indirect Debtor subsidiaries, and Viceroy Private Capital, LLC (collectively, the "FBG Debtors") because the Plan fails to provide the treatment required for the Comptroller's priority tax claims under 11 U.S.C. § 1129(a)(9); the Plan impairs the Comptroller's statutory right of setoff under 11 U.S.C. § 533; and the Plan fails to provide any meaningful remedy should there be default of payment or other obligation as it relates to the Comptroller. Absent revisions incorporating appropriate statutory protections for the Texas Comptroller, the Plan is not confirmable.

---

[1]  A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

## II.   BACKGROUND

2.      On September 24, 2025, Global Assets LLC and 12 affiliated debtors (the "Initial Debtors") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas.

3.      Commencing on September 28, 2025, First Brands Group, LLC and 98 affiliated debtors (collectively, with the Initial Debtors, "First Brands Group") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas. The cases are pending before the Honorable Christopher M. Lopez, and are jointly administered under Case No. 25-90399, and consolidated for procedural purposes only

4.      On September 29, 2025, the Court entered an Order granting joint administration and designating Case 25-90399 as the lead case in these proceedings [Doc. 9].

5.      On December 10, 2025, and December 11, 2025, the Texas Comptroller filed the following priority franchise tax claims (including any amendments) for tax report year 2025 including estimated liabilities:

[*rest of page left intentionally blank, see chart on next page*]

| Claim Filed Date | Claim Number | Case Number | Debtor Name | Claim Amount | BASIS |
|---|---|---|---|---|---|
| 12/11/2025 | 1309 | 25-90396 | Trico Technologies Corporation | $1,684,053.77 | 25 Franchise AR |
| 12/11/2025 | 1327 | 25-90398 | First Brands Group Intermediate, LLC | 1684053.77 but will be amended | 25 Franchise EAR |
| 12/10/2025 | 1275 | 25-90399 | First Brands Group, LLC | $1,684,053.77 | 25 Franchise AR |
| 12/11/2025 | 1308 | 25-90403 | FRAM Group Operations LLC | $1,684,053.77 | 25 Franchise AR |
| 12/10/2025 | 1276 | 25-90404 | FRAM Group IP LLC | $1,684,053.77 | 25 Franchise AR |
| 12/10/2025 | 1277 | 25-90408 | ASC Industries, Inc. | $1,684,053.77 | 25 Franchise AR |
| 12/11/2025 | 1328 | 25-90410 | PHNX Acquisition Corp. | $1,684,053.77 | 25 Franchise AR |
| 12/10/2025 | 1279 | 25-90412 | Hopkins Manufacturing Corporation | $1,684,053.77 | 25 Franchise AR |
| 12/11/2025 | 1310 | 25-90413 | Carrand Companies, Inc. | $1,684,053.77 | 25 Franchise AR |
| 12/11/2025 | 1311 | 25-90414 | Horizon Global Corporation | $1,684,053.77 | 25 Franchise AR |
| 12/11/2025 | 1312 | 25-90416 | Horizon Global Americas Inc. | $1,684,053.77 | 25 Franchise AR |
| 12/11/2025 | 1313 | 25-90422 | Carter Fuel Systems, LLC | $1,684,053.77 | 25 Franchise AR |
| 12/11/2025 | 1314 | 25-90424 | Carter Carburetor Holdings, LLC | $1,684,053.77 | 25 Franchise AR |
| 12/11/2025 | 1315 | 25-90427 | WEM US Co. | $1,684,053.77 | 25 Franchise AR |
| 12/10/2025 | 1278 | 25-90430 | Walbro LLC | $1,684,053.77 | 25 Franchise AR |
| 12/10/2025 | 1282 | 25-90434 | Airtex Industries, LLC | $1,684,053.77 | 25 Franchise AR |
| 12/10/2025 | 1280 | 25-90436 | KTRI Holdings, Inc. | $1,684,053.77 | 25 Franchise AR |
| 12/11/2025 | 1316 | 25-90445 | Champion Laboratories, Inc. | $1,684,053.77 | 25 Franchise AR |
| 12/11/2025 | 1317 | 25-90451 | International Brake Industries, Inc. | $1,684,053.77 | 25 Franchise AR |
| 12/11/2025 | 1318 | 25-90461 | Pylon Manufacturing Corp. | $1,684,053.77 | 25 Franchise AR |
| 12/11/2025 | 1323 | 25-90463 | Qualitor Automotive, LLC | $1,684,053.77 | 25 Franchise AR |
| 12/10/2025 | 1283 | 25-90465 | CWD, LLC | $1,684,053.77 | 25 Franchise AR |
| 12/10/2025 | 1287 | 25-90467 | Pylon South Bend, Inc. | $1,684,053.77 | 25 Franchise AR |
| 12/10/2025 | 1284 | 25-90469 | Qualis Enterprises, LLC | $1,684,053.77 | 25 Franchise AR |
| 12/10/2025 | 1285 | 25-90472 | Trico Products Corporation | $1,684,053.77 | 25 Franchise AR |
| 12/10/2025 | 1281 | 25-90477 | Brake Parts Inc LLC | $1,684,053.77 | 25 Franchise AR |
| 12/11/2025 | 1321 | 25-90483 | UCI International Holdings, Inc. | $1,684,053.77 | 25 Franchise AR |
| 12/11/2025 | 1320 | 25-90486 | BPI Holdings International, LLC | $1,684,053.77 | 25 Franchise AR |
| 12/11/2025 | 1319 | 25-90487 | United Components, LLC | $1,684,053.77 | 25 Franchise AR |
| 12/10/2025 | 1286 | 25-90493 | Cardone Industries, Inc. | $1,684,053.77 | 25 Franchise AR |

6.    On June 16, 2026, the FGB Debtors filed the Solicitation Version of the Plan.

7.    The Plan does not specifically identify or provide treatment for the Texas Comptroller's claims.

8. The Plan defines "Priority Tax Claim" as means any Claim held by a Governmental Unit of the kind entitled to priority of payment as specified in sections 502(i) and 507(a)(8) of the Bankruptcy Code. *See* Plan at p. 22.

9. Priority Tax Claims are unclassified. *See* Plan at Article III, ¶ 3.2.

10. The Plan at Article II p. 33, ¶ 2.5 states Priority Tax Claims are to be paid as follows:

> Except to the extent that a holder of an Allowed Priority Tax Claim agrees to less favorable treatment, each holder of an Allowed Priority Tax Claim shall receive, in full and final satisfaction, settlement, and release of such Allowed Priority Tax Claim, at the option of the Claims Ombudsman, either: (i) Cash payable by the Litigation Trust in accordance with the Litigation Trust Waterfall in an amount equal to such Allowed Priority Tax Claim on the later of (a) the Effective Date, to the extent such Claim is an Allowed Priority Tax Claim on the Effective Date; and (b) the first Business Day after the date that is forty-five (45) calendar days after the date such Priority Tax Claim becomes an Allowed Priority Tax Claim; (ii) equal annual Cash payments payable by the Litigation Trust in accordance with the Litigation Trust Waterfall in an aggregate amount equal to the amount of such Allowed Priority Tax Claim, together with interest at the applicable rate under section 511 of the Bankruptcy Code, over a period not exceeding five (5) years from and after the Petition Date (*provided* that the Claims Ombudsman reserves the right to prepay all or a portion of any Allowed Priority Tax Claim at any time under this option without penalty or premium); or (iii) such other treatment consistent with the provisions of section 1129(a)(9) of the Bankruptcy Code.

11. Priority Tax Claims are only to be paid pro rata as part of the Class 3 Litigation Trust Interests Distributions from the Litigation Trust Waterfall after numerous events, funding, and earlier distributions are made to other entities. *See* Plan at ¶¶ 6.5(a) - (d).

12. The Plan preserves the rights of setoff as to the FBG Debtors, their Estates, or the Claims Ombudsman of any claims, rights, or Causes of Action but does not preserve any setoff rights of the Texas Comptroller. *See* Plan at ¶¶ 3.3, 9.11, 13.10.

13. The Plan Injunction prohibits and restricts setoff rights for claim holders, including the Texas Comptroller's rights. *See* Plan at ¶ 13.4(b)(D).

14.     The Plan does not include default provisions. The Plan only states the Court has retention of jurisdiction "to ensure that distributions to holders of Allowed Claims against and Interests [sic] in the FBG Debtors are accomplished as provided in the Plan and the Confirmation Order and to adjudicate any and all disputes arising from or relating to distributions under the Plan." *See* Plan at ¶ 14.1(c). Additionally, the Plan does not outline what occurs if an Allowed Claim or distribution is not paid.

### III.     OBJECTION

**A.  The Plan Impermissibly Impairs the Comptroller's Setoff Rights in Violation of § 533.**

15.     The Plan reserves setoff rights exclusively to the Claims Ombudsman while omitting and therefore extinguishing the Comptroller's statutory and common law setoff rights preserved under 11 U.S.C. § 553. *See* Plan at ¶¶ 9.11, 13.5(a), 13.5(b), 13.6, 13.7, and 13.10.

16.     Setoff is a creditor right preserved based on state law and preserved by § 533 and the Plan proposes to restrict this right. A plan that eliminates a creditor's setoff rights fails to comply with the Bankruptcy Code and thus violates § 1129(a)(1). The Plan's selective preservation of setoff for the FGB Debtors and various parties including Trustees and Claims Ombudsman, but not the Comptroller is an impermissible modification of the Comptroller's setoff right.

17.     By extinguishing the Comptroller's right to offset refunds or credits against unpaid liabilities, the Plan materially prejudices the Comptroller and violates §§ 553 and 112(a)(1).

**B.  The Plan fails to Provide Any Default Remedy for the Comptroller.**

18.     For Priority Tax Claims, the Plan imposes no meaningful enforcement mechanism at all in the case of a default by the FGB Debtors and merely provides for payment by the Claims Ombudsman with timing at their discretion without the Comptroller having any right to accelerate, pursue state law remedies, or seek relief upon default.

19.     Bankruptcy courts consistently recognize that reorganized debtors should not remain as semi-permanent wards of the court after confirmation and that the use of state law remedies is encouraged to deal with plan defaults. In *In re Bankeast Corp.*, 132 B.R. 665 (Bankr. D. N.H. 1991), Judge James E. Yacos re-wrote the retained jurisdiction provisions of a plan after counsel refused to follow his earlier instructions to do so themselves. Judge Yacos limited post-consummation jurisdiction to matters necessary to wind up and close the bankruptcy case. In *In re Bankeast Corp.*, 142 B.R. 12 (Bankr. D. N.H. 1992), Judge Yacos applied his own plan language to refuse to hear post-consummation disputes that belonged in state court. Other courts have taken similar positions. *In re Ernst*, 45 B.R. 700 (Bankr. D. Minn. 1985) (creditor wishing to foreclose after post-confirmation default should proceed in state court, not bankruptcy court); *In re Turning Point Lounge, Ltd.*, 111 B.R. 44 (Bankr. W.D. N.Y. 1990) (Creditor obtaining post-confirmation judgment was free to seek enforcement thereof without obtaining stay relief.).

20.     The Plan's failure to provide for any default remedies renders the Comptroller unable to enforce priority tax obligations. Absent meaningful default remedies, the Plan violates §§ 1123(a)(5) and 1129(a)(1) because it fails to provide adequate means of implementation.

## C. Required Language to Cure the Plan's Defects

21.     To comply with the Bankruptcy Code and avoid impairment of the Comptroller's rights and ensure the FGB Debtors comply with its obligations, the Texas Comptroller requests that the following language should be included in the Plan or Confirmation Order:

> Notwithstanding anything in the Plan or Confirmation Order to the contrary, the following provisions shall govern the treatment of the claims of the Texas Comptroller of Public Accounts (the "Texas Comptroller"): (1) nothing in the Plan or Confirmation Order shall affect or impair the Texas Comptroller's statutory or common law setoff rights in accordance with 11 U.S.C. § 553; (2) nothing in the Plan or Confirmation Order shall affect or impair the Texas Comptroller's rights to pursue any non-debtor third parties for any tax debts or claims; (3) nothing provided in the Plan or Confirmation Order shall be construed to preclude the payment of

interest on the Texas Comptroller's administrative expense tax claims, if any; (4) to the extent that interest is payable on any administrative expense, priority, or secured tax claim of the Texas Comptroller, the applicable interest rate shall be the statutory rate, currently 7.75% per annum; and (5) the Texas Comptroller is not required to file a motion or application for payment of administrative expense claims in accordance with the Bankruptcy Code; such claims are allowed upon filing, subject only to objection on substantive grounds.

Priority tax claims owed to the Texas Comptroller shall be paid in full (1) on the Effective Date; (2) in equal monthly installments of principal and interest no later than sixty (60) months from the FGB Debtors' petition date(s); or (3) as otherwise agreed to by the Texas Comptroller. Interest on the Texas Comptroller's priority tax claims shall accrue interest at the statutory rate, currently 7.75% per annum, from the Effective Date until paid in full.

If the appropriate party, Claims Ombudsman, FGB Debtors, or other Trustee or distributing party, fails to make any payment required under the Plan or Confirmation Order, the Texas Comptroller shall provide written notice of the default to the distributing party and FGB Debtors' counsel and allow fifteen (15) days to cure. If the default is not cured within that period, the Comptroller may, without further order of the Court, pursue all of its rights and remedies available under applicable non-bankruptcy law to collect all taxes, penalties, and interest owed. Failure to timely pay post-confirmation taxes while the FGB Debtors are repaying any prepetition debt shall also constitute an event of default. The Texas Comptroller shall provide notice of such default to the distributing party and Debtor's counsel, along with a fifteen (15) day opportunity to cure. If the reorganized Debtor does not timely cure, the Texas Comptroller may proceed, without further court order, to collect the taxes, penalties and interest owed. The distributing party and FGB Debtors shall be entitled to no more than three (3) Notices of Default. Upon a fourth (4th) default, the Texas Comptroller may immediately pursue all rights and remedies available under applicable non-bankruptcy law without further order of the Court.

All delinquent sales tax, franchise tax, or unemployment tax returns on or before 60 days from the Confirmation Order entry date and stay current on filings thereafter.

## IV.   RELIEF REQUESTED

22.     For the reasons stated above, the FGB Debtors' Plan is not confirmable. The Texas Comptroller respectfully requests that the Court deny confirmation of the Plan, require the inclusion of the language in Paragraph 21 of this Objection into the Plan or Confirmation Order, and grant any such other and further relief appropriate under these circumstances.

Date: July 22, 2026

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**RACHEL R. OBALDO**
Chief for Bankruptcy & Collections Division

*/s/ Jamie Kirk*
**JAMIE KIRK**
Assistant Attorney General
Texas State Bar No. 24076485
Southern District of Texas Bar No. 3015865

Office of the Attorney General
Bankruptcy & Collections Division
12221 Merit Drive, Suite 825
Dallas, Texas 75251
Telephone: (214) 290-8813
Facsimile: (214) 969-7615
jamie.kirk@oag.texas.gov

**ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS**

## CERTIFICATE OF SERVICE

I certify that on July 22, 2026, a true copy of the foregoing was served by the method and on the following parties as indicated:

By First Class Mail:

First Brands Group, LLC
127 Public Square, Suite 5300
Cleveland, OH 44114

By Electronic Mean as listed on the Court's ECF Noticing System:

- **Raneen Ibrahim Abdelghani**   rabdelghani@bradley.com, vherrera@bradley.com;aplayer@bradley.com
- **Scott M. Ahmad**   scott.ahmad@winstontaylor.com, scott-ahmad-9923@ecf.pacerpro.com
- **Morgan L. Allred**   morgan.allred@hklaw.com
- **Wendi Alper-Pressman**   walperpressman@atllp.com, blabrier@atllp.com
- **Jessica Nicole Alt**   jalt@padfieldstout.com
- **Robert James Anello**   ranello@maglaw.com
- **Victoria Nicole Argeroplos**   vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com
- **Christopher V Arisco**   carisco@padfieldstout.com
- **Eyad Asad**   easad@cwsny.com
- **Nicholas Edmund Baker**   nbaker@stblaw.com
- **Reese W Baker**   courtdocs@bakerassociates.net, i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker @bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@baker associates.net;bakerassociates@jubileebk.net
- **Ryan Michael Baldwin**   rbaldwin@mololamken.com
- **Michael Keith Barnhart**   mbarnhart@mitbylaw.com, legal@peakcompletions.com
- **Leslie S Barr**   lbarr@windelsmarx.com
- **Matthew Thomas Barr**   mbarr@rubin-levin.net, cgilly@rubin-levin.net
- **Christopher S. Baxter**   cbaxter@ssdlaw.com, khemm@ssdlaw.com
- **Matthew E. Beck**   mbeck@csglaw.com
- **James Joseph Berdelle**   berdellejames@gmail.com
- **Alexander F Berk**   alexander.berk@bfkn.com, courtnotification@mayerbrown.com
- **Brad R. Berliner**   bberliner@centralstatesfunds.org
- **Michael Berthiaume**   michael.berthiaume@nortonrosefulbright.com
- **Sara Catherine Bisantz**   sbisantz@hselaw.com
- **Jason Blackstone**   jblackstone@buchalter.com, vlawrence@buchalter.com
- **Scott E Blakeley**   seb@blakeleylc.com, aridgway@blakeleylc.com
- **Jason Blanchard**   jason.blanchard@nortonrosefulbright.com
- **Stephen Mark Blank**   stephen.blank@alston.com, brian.laine@alston.com
- **Matthew W. Bourda**   matt.bourda@lanelaw.com, thelanelawfirm@jubileebk.net
- **Joshua John Brandau**   jbrandau@btlaw.com

- **Nicholas Jaison Brannick**     brannickn@ballardspahr.com
- **Catherine Elizabeth Bratic**     catherine.bratic@hlc.com
- **Duane J Brescia**     dbrescia@clarkhill.com, kwebster@clarkhill.com,efarrar@clarkhill.com
- **Marty L Brimmage**     mbrimmage@akingump.com, lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com
- **Jason S Brookner**     jbrookner@grayreed.com, lwebb@grayreed.com
- **Stephen R. Butler**     agbanktexas@ag.tn.gov
- **Griselda Cabrera**     griselda.cabrera@stblaw.com
- **Blaire Cahn**     blaire.cahn@bakermckenzie.com, lori.seavey@bakermckenzie.com
- **Kevin M. Capuzzi**     kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Clifford William Carlson**     clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com
- **Diego Mateo Carlson**     diego.carlson@faegredrinker.com
- **Annaclare MacLean Censoni**     annaclare.censoni@kitch.com
- **Jacqueline Chiba**     jackie@yazbecklaw.com, 8234279420@filings.docketbird.com
- **Maria J. Cho**     maria.cho@faegredrinker.com
- **Shawn M Christianson**     schristianson@buchalter.com, cmcintire@buchalter.com
- **Megan Cunniff Church**     mchurch@mololamken.com, Adam-Collins-1996@ecf.pacerpro.com
- **Walter J Cicack**     wcicack@hcgllp.com, mallen@hcgllp.com
- **Jason Gary Cohen**     jason.cohen@bracewell.com, mary.kearney@bracewell.com
- **Brendan Collins**     bcollins@gkglaw.com
- **Michael G Colvard**     mcolvard@mdtlaw.com, amartinez@mdtlaw.com,jarellano@mdtlaw.com,lbuford@mdtlaw.com
- **Matthew C. Corcoran**     mccorcoran@jonesday.com
- **John David Cornwell**     jcornwell@munsch.com, hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com
- **David Alexander Darcy**     adarcy@darcydevassy.com, smccarthy@darcydevassy.com
- **Allen M. DeBard**     adebard@langleybanack.com, cjohnston@langleybanack.com;sfoushee@langleybanack.com
- **Sam Della Fera**     sdellafera@csglaw.com
- **Mark E. Dendinger**     mark.dendinger@ashurst.com, mary.kearney@bracewell.com
- **Lawrence James Dickinson**     james.dickinson@pillsburylaw.com, nancy.jones@pillsburylaw.com
- **Kyle L Dickson**     kdickson@murray-lobb.com, mgarcia@murray-lobb.com
- **Robert J. Diehl**     rdiehl@bodmanlaw.com
- **John R. Dodd**     john.dodd@bakermckenzie.com
- **Casey William Doherty**     casey.doherty@dentons.com, Docket.General.Lit.Dal@dentons.com
- **Lauren Dorsett**     laurendorsett@dwt.com
- **William Jay Dorsey**     william.dorsey@blankrome.com
- **Tyler G Doyle**     tgdoyle@bakerlaw.com, mvanhorn@bakerlaw.com,jhuitt@bakerlaw.com
- **Michael P. Duke**     mduke@elsberglaw.com
- **Justin M. Ellis**     jellis@mololamken.com

- **David Elsberg**    delsberg@elsberglaw.com, Paralegals@selendygay.com,Edockets@selendygay.com,mco@selendygay.com,autodocket365@alncorp.com;david-elsberg-9556@ecf.pacerpro.com,autodocket@edocketspreview.com,autodocket@alncorp.net
- **Ella Epstein**    eepstein@elsberglaw.com
- **Jordan Lancaster Estes**    jestes@gibsondunn.com, jordan-estes-5323@ecf.pacerpro.com,pacer-tx@gibsondunn.com
- **Elizabeth Feld**    efeld@whitecase.com
- **Daniel J Ferretti**    dferretti@bakerdonelson.com, joboyle@bakerdonelson.com;jramos@bakerdonelson.com
- **James M Feuille**    jfeu@scotthulse.com, ggra@scotthulse.com
- **Scott D Fink**    Bronationalecf@weltman.com
- **Michael Fishel**    michael@FishelLawGroup.com, michael-fishel-2874@ecf.pacerpro.com
- **Paul Martin Flannery**    paul@flannerygeorgalis.com, mgable@flannerygeorgalis.com
- **Patrick Michael Flynn**    pat@pmfpc.com, sandra@pmfpc.com
- **Rebecca Foxwell**    rebecca.foxwell@bracewell.com
- **Mark Elliott Freedlander**    mfreedlander@mcguirewoods.com
- **Bryce Friedman**    bfriedman@stblaw.com
- **Jeffrey M Galen**    jeffrey.galen@galendavislaw.com
- **Vianey Garza**    vianey.garza@usdoj.gov
- **Scott F Gautier**    scott.gautier@faegredrinker.com, san.mitchell@faegredrinker.com,docketgeneral@faegredrinker.com
- **Christos Nicholas Georgalis**    chris@flannerygeorgalis.com, mgable@flannerygeorgalis.com
- **Andrew J Geppert**    andrew.geppert@millernash.com, gepperta@ballardspahr.com
- **Garrett Gerber**    ggerber@elsberglaw.com
- **Toby L Gerber**    toby.gerber@nortonrosefulbright.com
- **Matthew Dennis Giadrosich**    mdg@padfieldstout.com
- **Charles R Gibbs**    Crgibbs@mcdermottlaw.com, dnorthrop@mwe.com;jbishopjones@mwe.com;nalindogan@mcdermottlaw.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com
- **Cindi M. Giglio**    cgiglio@katten.com
- **Courtney E. Giles**    courtney.giles@bakermckenzie.com, jessica.harris@bakermckenzie.com
- **Jeffrey Richard Gleit**    jeffrey.gleit@afslaw.com, nkoslof@sandw.com,aweiss@sandw.com,tkethro@sandw.com
- **Kristian W. Gluck**    kristian.gluck@nortonrosefulbright.com
- **Aitan D. Goelman**    agoelman@zuckerman.com
- **Ronald E Gold**    rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com
- **Rachel B. Goldman**    rachel.goldman@bracewell.com, mary.kearney@bracewell.com
- **David Norwich Gopstein**    dgopstein@heckerfink.com
- **Jake Gordon**    jake.gordon@foley.com
- **Sean A. Gordon**    Sean.Gordon@ThompsonHine.com, ECFDocket@thompsonhine.com
- **Elisha Graff**    egraff@stblaw.com

- **Genevieve Marie Graham**     ggraham@graham-pllc.com, ggraham@ecf.courtdrive.com;admin@graham-pllc.com
- **Richard Allan Graham**     rgraham@whitecase.com, mco@whitecase.com
- **Scott J Greenberg**     sgreenberg@gibsondunn.com, JGoldstein@gibsondunn.com;MSunday@gibsondunn.com;HTheis@gibsondunn.com;EArom@gibsondunn.com;clwilson@gibsondunn.com;ssu@gibsondunn.com;scott-j-greenberg-6049@ecf.pacerpro.com,pacer-tx@gibsondunn.com
- **Aaron Matthew Guerrero**     aaron.guerrero@bondsellis.com, margeaux.gorman@bondsellis.com
- **Philip M. Guffy**     pguffy@huntonak.com
- **Hiram A Gutierrez**     edinburgbankruptcy@pbfcm.com, hidalgolegal@ecf.courtdrive.com
- **Eric Thomas Haitz**     eric.haitz@bondsellis.com, linda.gordon@bondsellis.com
- **Carrie V. Hardman**     carrie.hardman@winstontaylor.com, dcunsolo@winston.com;carrie-hardman-4684@ecf.pacerpro.com
- **Daniel Alexander Harrell**     alex.harrell@faegredrinker.com, kelly.olson@faegredrinker.com
- **William Joseph Harrington**     wharrington@goodwinlaw.com
- **John Wallis Harris**     jwharris@johnwharrislaw.com, jwharris@johnwharrislaw.com
- **Thomas G. Haskins**     thaskins@btlaw.com, khgreaven@btlaw.com
- **Madison Kaylene Haueisen**     madison.haueisen@cliffordchance.com, ecf_houston@winston.com;madison-haueisen-8672@ecf.pacerpro.com
- **Paul E Heath**     pheath@velaw.com
- **Sean Hecker**     shecker@heckerfink.com
- **Simon W Hendershot**     trey@hchlawyers.com, eservice@hchlawyers.com
- **Jacob Rhine Herz**     jherz@orrick.com, casestream@ecf.courtdrive.com
- **Gregory Getty Hesse**     ghesse@huntonak.com, tcanada@hunton.com
- **John F Higgins**     jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com
- **Robert M Hirsh**     robert.hirsh@nortonrosefulbright.com, calendaring-nortonrose-9955@ecf.pacerpro.com
- **Steven T Holmes**     sholmes@chfirm.com, chps.ecfnotices@ecf.courtdrive.com
- **Audrey Lorene Hornisher**     audrey.hornisher@clarkhillstrasburger.com, mina.alvarez@clarkhillstrasburger.com
- **William James Hotze**     whotze@dykema.com
- **Thomas A Howley**     tom@howley-law.com, roland@howley-law.com;eric@howley-law.com
- **Harry Jay Hulings**     jhulings@dslawpc.com
- **Samuel Eric de Freitas Hull**     shull@cwsny.com
- **David F Irwin**     david@rentfrolawfirm.net, apolonia@rentfrolawfirm.net
- **Richard Jacobsen**     rjacobsen@orrick.com, casestream@ecf.courtdrive.com
- **Michael-Anthony Bou Jaoude**     mjaoude@hselaw.com, tamplement@hselaw.com
- **Christian Paul Jensen**     jensenc@sullcrom.com
- **Christopher Donald Johnson**     chris.johnson@diamondmccarthy.com, christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

- **Brian Scott Jones**    b.jones@boselaw.com, cosman@boselaw.com
- **Erin Elizabeth Jones**    erin@jonesmurray.com, 8597346420@filings.docketbird.com
- **Christopher Michael Joralemon**    cjoralemon@gibsondunn.com, christopher-m-joralemon-1292@ecf.pacerpro.com,pacer-tx@gibsondunn.com,pacer-ny@gibsondunn.com
- **Brian Christopher Kalas**    bck@liebenthal-levine.com
- **Matthew E. Kaslow**    matt.kaslow@blankrome.com, courtmail@blankrome.com
- **Telemachus P. Kasulis**    tkasulis@maglaw.com
- **Jordan Alexandra Kazlow**    jordan.kazlow@dechert.com
- **Benjamin R. Keck**    bkeck@kecklegal.com
- **Payne Campbell Keinarth**    pkeinarth@dickinson-wright.com, hkott@dickinson-wright.com
- **Charles Stephen Kelley**    ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com;6843309420@filings.docketbird.com
- **Cameron Michael Kelly**    cameronkelly@quinnemanuel.com
- **Iain L Kennedy**    ikennedy@nathansommers.com, dthompson@nathansommers.com;clemons@nathansommers.com;pbuenano@nathansommers.com;aorr@nathansommers.com;jpoe@nathansommers.com
- **Charles Lester Kennon**    Charles.Kennon@mccalla.com, mccallaecf@ecf.courtdrive.com
- **Justin A. Kesselman**    justin.kesselman@afslaw.com, edocket@afslaw.com
- **Asiya Khan**    akhan@bradley.com, akhan@ecf.courtdrive.com,asiya-khan-4339@ecf.pacerpro.com
- **Erin C. Kim**    kim.erin@pbgc.gov, efile@pbgc.gov
- **Jamie Kirk**    bk-jkirk@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov
- **Alexandra P. Kolod**    apkolod@mosessinger.com
- **Carina M. Kraatz**    carina.kraatz@kitch.com
- **Tara T. LeDay**    Tara.LeDay@huschblackwell.com, christine.deacon@huschblackwell.com;anne.arundel@huschblackwell.com;tara-leday-0597@ecf.pacerpro.com
- **Robert L LeHane**    kdwbankruptcydepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
- **David Edward Lemke**    david.lemke@hklaw.com, cathy.thomas@hklaw.com;annmarie.jezisek@hklaw.com
- **Joseph Howard Lemkin**    jlemkin@stark-stark.com
- **Jordan W. Leu**    jleu@kslaw.com, omoses@kslaw.com
- **Jeffrey M Levinson**    jml@jml-legal.com
- **Brian Joel Levy**    blevy@taftlaw.com
- **Demetra Liggins**    dliggins@mcguirewoods.com, nsims@mcguirewoods.com
- **Yosina Mariette Lissebeck**    yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com
- **Faheem Mahmooth**    mahmooth.faheem@pbgc.gov
- **Jennifer K. Malow**    jennifer.malow@blankrome.com
- **Lorenzo Marinuzzi**    lmarinuzzi@mofo.com
- **Jarrod B. Martin**    jbmartin@bradley.com, atty_jmartin@bluestylus.com,rabdelghani@bradley.com,akhan@bradley.com,jbmartin@ecf.courtdrive.com,mdsmith@bradley.com,ggattis@bradley.com,jfalcon@bradley.com

- **Susan C Mathews**    smathews@bakerdonelson.com, jramos@bakerdonelson.com
- **Rebecca Lynn Matthews**    rmatthews@fbtgibbons.com, becky-matthews-7833@ecf.pacerpro.com
- **Sarah S. Mattingly**    sarah.mattingly@dinsmore.com, jamie.herald@dinsmore.com;brooke.hudson@dinsmore.com
- **Daniel J McGuire**    dan.mcguire@winstontaylor.com
- **Heather Pieper McMutry**    hmcmutry@fbtlaw.com
- **Robert McNamara**    rmcnamara@aghattorneys.com
- **Edward Joseph McNeilly**    edward.mcneilly@hoganlovells.com
- **Travis A. McRoberts**    travis.mcroberts@bakerbotts.com, sarah.conley@squirepb.com;travis-a-mcroberts-1747@ecf.pacerpro.com
- **Peter Menz**    pmenz@maglaw.com
- **Emily Meraia**    emeraia@krcl.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com
- **Laura D Metzger**    lmetzger@orrick.com, casestream@ecf.courtdrive.com
- **Layla Milligan**    layla.milligan@oag.texas.gov
- **Steven J Mitby**    smitby@mitbylaw.com, pchavez@mitbylaw.com;apalova@mitbylaw.com;nmontez@mitbylaw.com
- **Daniela Mondragon**    mondragon@wcbglaw.com, ramirez@wcbglaw.com
- **Trey A Monsour**    tmonsour@foxrothschild.com, rsolomon@foxrothschild.com;msteen@foxrothschild.com;dandreacchi@foxrothschild.com; TX.DKT@foxrothschild.com
- **Paul B Moore**    paul.moore@usdoj.gov, nicole.robbins@usdoj.gov;caseview.ecf@usdoj.gov;usatxs.bankruptcy-ecf@usdoj.gov
- **Weldon Leslie Moore**    wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net
- **Gabriel Adam Morgan**    gabriel.morgan@weil.com, gabriel-morgan-3879@ecf.pacerpro.com;rene.olvera@weil.com;chris.jalomo@weil.com;Matthew.Kleissler @weil.com
- **Lucian Borders Murley**    luke.murley@akerman.com, robyn.warren@saul.com
- **Frasher Murphy**    frasher.murphy@haynesboone.com, kim.morzak@haynesboone.com;kristy.martinez@haynesboone.com
- **Harry Frederick Murphy**    hmurphy@orrick.com
- **John Robert Nelson**    jnelson@dickinsonwright.com, rgarza@dickinsonwright.com
- **Joel Frederic Newell**    newellj@ballardspahr.com, phxlsateam@ballardspahr.com,Phoenixdocketingbkr@ballardpahr.com;carolod@ballardspahr.com
- **Nicole Yun Lin Ng**    nng@heckerfink.com
- **Amanda Marie Noonan**    amanda.noonan@blankrome.com
- **Ryan Anthony O'Connor**    roconnor@okinadams.com, nhollon@okinadams.com
- **Margarita K. O'Donnell**    modonnell@zuckerman.com
- **Holland Neff O'Neil**    honeil@foley.com, jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com
- **Matthew Scott Okin**    mokin@okinadams.com, nhollon@okinadams.com
- **Kenneth J. Ottaviano**    ken.ottaviano@blankrome.com
- **Jiangang Ou**    James.Ou@FisherBroyles.com

- **Andrew Michael Parks**    aparks@elsberglaw.com
- **Rakhee V Patel**    rpatel@sidley.com, dgalindo@winstead.com
- **Eloy Antonio Peral**    eperal@windelsmarx.com
- **Deborah Michelle Perry**    dperry@munsch.com, CourtMail@munsch.com
- **Kristen L Perry**    kristen.perry@faegredrinker.com, kelly.olson@faegredrinker.com;danette.dykema@faegredrinker.com;cathy.greer@faegredrinker.com
- **Christopher Lee Phillippe**    clphillippe@cameroncountylawyer.com, zlgarza@cameroncountylawyer.com;bankruptcy@cameroncountylawyer.com;LawOfficesof PhillippeAssociates@jubileebk.net
- **Ian Ross Phillips**    iphillips@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
- **Gabrielle Pilgrim**    gpilgrim@centralstatesfunds.org
- **James A Plemmons**    jplemmons@dickinsonwright.com, wrees@dickinsonwright.com
- **Nicholas Poli**    npoli@orrick.com, nymao@orrick.com
- **Jennifer Kriss Pollan**    jennifer.pollan@huschblackwell.com, christine.deacon@huschblackwell.com;jennifer-pollan-8341@ecf.pacerpro.com
- **Alana L Porrazzo**    alp@jkwlawyers.com
- **Lisa Ann Powell**    Lisa.Powell@fisherbroyles.com
- **Samuel R. Rabuck**    sam.rabuck@bfkn.com
- **Philip David Racusin**    PRacusin@hchlawyers.com, pr01010@recap.email
- **Isaac Raisner**    isr@raisnerroupinian.com
- **Jack A. Raisner**    jar@raisnerroupinian.com, rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com
- **Pratik Kumar Raj Ghosh**    prajghosh@mololamken.com
- **William T Reid**    wreid@reidcollins.com
- **Steven J. Reisman**    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- **Michael Kevin Riordan**    mriordan@bradley.com, mike-riordan-8644@ecf.pacerpro.com;vherrera@bradley.com;ggattis@bradley.com;akhan@bradley.com
- **Mai Lan G. Rodgers**    rodgers.mailan@pbgc.gov, efile@pbgc.gov
- **Adam C Rogoff**    arogoff@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com
- **Danielle Rose**    danielle.rose@kobrekim.com
- **Anna Rotman**    anna.rotman@kirkland.com, rkwasteniet@kirkland.com;jaimie.fedell@kirkland.com;brad.weiland@kirkland.com;john.luze@kirkland.com;kevin.mcclelland@kirkland.com
- **Rene S. Roupinian**    rsr@raisnerroupinian.com, rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com
- **Ariel Roytenberg**    aroytenberg@orrick.com
- **Charles Michael Rubio**    crubio@parkinsrubio.com, 7485062420@filings.docketbird.com
- **Jayson B. Ruff**    jayson.b.ruff@usdoj.gov
- **Nathan Q. Rugg**    nathan.rugg@bfkn.com, james.tucker@bfkn.com
- **James Wiley Rusher**    jwrusher@arhlaw.com
- **Bruce J Ruzinsky**    bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com
- **Nicholas J. Sabatino**    nsabatino@orrick.com
- **Scott Saldana**    ssaldana@reidcollins.com

- **Diane Wade Sanders**    austin.bankruptcy@publicans.com
- **Sarah Patricia Santos**    ssantos@dslawpc.com, mmartinez@dslawpc.com
- **Daniel J Saval**    Daniel.saval@kobrekim.com
- **Randall F Scherck**    rscherck@ubglaw.com, aschmidt@ubglaw.com
- **Madeline Mason Schmidt**    mschmidt@okinadams.com, nhollon@okinadams.com
- **Andrew Schrag**    andy.schrag@blankrome.com
- **Jennifer Schubert**    jschubert@mololamken.com
- **Martin Seidler**    marty@seidlerlaw.com, ecf@seidlerlaw.com;LAWOFFICESOFMARTINSEIDLER@jubileebk.net
- **Richard Mark Seltzer**    rseltzer@cwsny.com
- **Michael J Shane**    mshane@eplawyers.com, bsilva@eplawyers.com
- **Emily Shanks**    eshanks@grayreed.com, vsalazar@grayreed.com
- **Seth Brandon Shapiro**    seth.shapiro@usdoj.gov
- **David Alexander Shargel**    david.shargel@bracewell.com
- **Mark D Sherrill**    mark.sherrill@chamberlainlaw.com, lara.coleman@chamberlainlaw.com
- **Michelle E Shriro**    mshriro@singerlevick.com, scotton@singerlevick.com;tguillory@singerlevick.com
- **Joseph D. Sibley**    sibley@camarasibley.com
- **Bethany Simmons**    bsimmons@loeb.com
- **Sara Maria Simms**    sms@romerolaw.com
- **David Philip Simonds**    david.simonds@hoganlovells.com
- **Jared M Slade**    jared.slade@alston.com, Leah.McNeill@alston.com;Jacob.Johnson@alston.com;melanie.mizrahie@alston.com;brian.laine@alston.com
- **Ross McNeill Slaughter**    rslaughter@zuckerman.com
- **Ronald J Sommers**    efile@nathansommers.com, RS@trustesolutions.com,RS@trustesolutions.net,psalazar@nathansommers.com
- **Steven W Soule**    ssoule@hallestill.com, smccormick@hallestill.com
- **John James Sparacino**    jsparacino@mckoolsmith.com, john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com
- **Marie Kimberly Stagg**    kstagg@dickinsonwright.com
- **Rick Aaron Steinberg**    rsteinberg@pricemeese.com
- **Michael R. Stewart**    michael.stewart@faegredrinker.com
- **Matthew David Storey**    matt@storeylawpllc.com
- **John Hammel Strauss**    jhstrauss@reidcollins.com
- **Samuel Joseph Strauss**    sam@straussborrelli.com
- **Sabrina L Streusand**    streusand@slollp.com, apina@slollp.com
- **Matthew David Struble**    mstruble@velaw.com
- **Michael Mario Tamburini**    mtamburini@levycraig.com
- **Vivek Vijay Tata**    vtata@elsberglaw.com
- **David Benjamin Thomas**    bthomas@reidcollins.com, jwingerter@reidcollins.com
- **Grace A. Thompson**    grace.thompson@katten.com, nyc.bknotices@katten.com
- **Toni Lanette Townsend**    toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com
- **Brian Trumbauer**    btrumbauer@bodmanlaw.com

- **Lisa Sheaufeng Tsai**    ltsai@reidcollins.com, mmyers@rctlegal.com,jwingerter@reidcollins.com
- **John Kendrick Turner**    john.turner@lgbs.com, Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com
- **US Trustee**    USTPRegion07.HU.ECF@USDOJ.GOV
- **Melissa E Valdez**    mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com
- **Margaret A. Vesper**    vesperm@ballardspahr.com
- **Antonio Villeda**    avilleda@mybusinesslawyer.com, VilledaFiled@hotmail.com;villedalawgroup@ecf.courtdrive.com;ehury@mybusinesslawyer.com;mfsantos@mybusinesslawyer.com;mtalbot@mybusinesslawyer.com
- **David F Waguespack**    waguespack@carverdarden.com, nkelly@carverdarden.com
- **Kevin Patrick Walters**    kevin.walters@roystonlaw.com, sylvia.cooper@roystonlaw.com
- **Timothy L. Wentworth**    twentworth@okinadams.com, nhollon@okinadams.com
- **Stephen Wilcox**    swilcox@basselwilcox.com, kraudry@wilcoxlaw.net;krw77@sbcglobal.net
- **Eric R Wilson**    KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
- **Sean Thomas Wilson**    swilson@shannonleellp.com, swilson@shannonleellp.com
- **Tatianna J. Witter**    tatianna.witter@winstontaylor.com
- **Melissa S. Woods**    mwoods@cwsny.com, ecf@cwsny.com
- **Charles Randall Woolley**    rwoolley@darcydevassy.com
- **Mark Robert Wulfe**    mark.wulfe@bracewell.com, mary.kearney@bracewell.com
- **Elias Marwan Yazbeck**    elias@yazbecklaw.com, sheema@yazbecklaw.com,jaila@yazbecklaw.com,TheLawOfficeofEliasMYazbeck@jubileebk.net,ricardo@yazbecklaw.com,mei@yazbecklaw.com,rafic@yazbecklaw.com,admin@yazbecklaw.com
- **James Thomas Young**    jyoung@rubin-levin.net
- **Megan Young-John**    myoung-john@porterhedges.com, eliana-garfias-8561@ecf.pacerpro.com

*/s/ Jamie Kirk*
**JAMIE KIRK**