UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 25 90399 |
|---|---|---|---|
| Debtor | | In Re: First Brands Group, LLC and WEM US Co. | |

United States Courts
Southern District of Texas
FILED

| Lawyer's Name Firm Street City & Zip Code Telephone & Email Licensed: State & Number Federal Bar & Number | James M. Towarnicky James M. Towarnicky, P.L.L.C. 8910 Seagraves Lane Fairfax Station, VA 22039 703-929-3815; Email: Slovakesq@gmail.com MD - 22213     VA26549 |
|---|---|

JUL 2 2 2026

Nathan Ochsner, Clerk of Court

| Name of party applicant seeks to appear for: | Mahavir Die Casters Pvt Ltd, Karam Singh, Harish Uniyal, John Doe, Vineet Kumar Garg, Shailendra Shukla, Naresh Sharma, interested parties |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____   No __X____ ✓
On a separate sheet for each sanction, please supply the full particulars.

| Dated:     7/22/2026 | Signed: | /s/ James M. Towarnicky |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____

United States Bankruptcy Judge