**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | Case No. 25-90399 (CML) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 3194** |

**THE PENSION BENEFIT GUARANTY CORPORATION'S**
**STATEMENT REGARDING THE DEBTORS' EMERGENCY MOTION**
**FOR AN ORDER AUTHORIZING THE MODIFICATION OF RETIREE BENEFITS**

The Pension Benefit Guaranty Corporation ("**PBGC**") hereby files this statement regarding the *Emergency Motion of Debtors for Order (I) Authorizing Debtors to Modify Retiree Benefits and (II) Granting Related Relief* [Docket No. 3194] ("**Emergency Motion**") to confirm that PBGC does not guarantee the benefits of the health care spending accounts established by the Dalton Corporation, Warsaw Manufacturing Facility Pension Plan (the "**Dalton Plan**") pursuant to Section 401(h) of the Internal Revenue Code (the "**401(h) Accounts**"), and cannot trustee or administer the 401(h) Accounts. PBGC takes no position on the relief sought in the Emergency Motion or on the disposition of the 401(h) Accounts.

1.      PBGC is a wholly owned United States government corporation, and an agency of the United States, that administers the defined benefit pension plan termination insurance program under Title IV of the Employee Retirement Income Security Act of 1974, *as amended*, ("**ERISA**") 29 U.S.C. §§ 1301-1461 (2018 & Supp. V 2024).

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

2.      On September 24, 2025, Debtor Global Asset LLC and twelve other Debtors each filed a voluntary petition under Chapter 11 of the Bankruptcy Code. Then, on September 28, 2025, First Brands Group, LLC and the remaining Debtors each filed a voluntary petition under Chapter 11 of the Bankruptcy Code. By Order of this Court, Debtors' cases are consolidated for procedural purposes only, and are being jointly administered under case number 25-90399 (CML).

3.      On April 30, 2026, PBGC issued a notice of determination that the Dalton Plan—sponsored at the time by Debtor Dalton Corporation, Warsaw Manufacturing Facility—must be terminated pursuant to section 4042(a)(2) and (c) of ERISA, 29 U.S.C. § 1342(a)(2) and (c). PBGC made similar determinations for two other pension plans sponsored by two other Debtors. On the same day, PBGC also filed a notice of these agency determinations on this case's docket [Docket No. 2551].

4.      On June 12, 2026, pursuant to the Agreement for Appointment of Trustee and Termination of Plan entered into between PBGC and Dalton Corporation, Warsaw Manufacturing Facility, the Dalton Plan was terminated with an effective date of April 30, 2026, for the date of plan termination.

5.      Since June 26, 2026, PBGC has been in communications with Debtors' counsel about the 401(h) Accounts. These communications are mentioned in the Emergency Motion where the Debtors accurately report that PBGC conveyed to the Debtors that PBGC does not guarantee the 401(h) Accounts' benefits, and cannot trustee or administer the 401(h) Accounts.

6.      PBGC files this statement to confirm that PBGC does not guarantee the 401(h) Accounts' benefits. PBGC also did not and cannot trustee or take over any administrative responsibilities of the 401(h) Accounts, because such welfare benefits are beyond PBGC's

2

statutory mandate.

7. PBGC takes no position regarding the relief sought in the Emergency Motion.

Date: July 22, 2026
    Washington, D.C.

Respectfully Submitted,

  */s/ Faheem A. Mahmooth*

**PENSION BENEFIT GUARANTY CORPORATION**
Jack Lund, General Counsel
Craig T. Fessenden, Deputy General Counsel
Erin C. Kim, Assistant General Counsel (*pro hac vice*)
Mai Lan G. Rodgers, Attorney (*pro hac vice*)
Faheem A. Mahmooth, Attorney (*pro hac vice*)
Office of the General Counsel
445 12th Street, SW
Washington, DC 20024
Telephone: (202) 229-4307
Email: mahmooth.faheem@pbgc.gov and
    efile@pbgc.gov

*Attorneys for creditor Pension Benefit Guaranty Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2026, *The Pension Benefit Guaranty Corporation's Statement Regarding the Debtors' Emergency Motion for an Order Authorizing the Modification of Retiree Benefits* was served via the Electronic Case Filing System on all parties registered to receive notice for this case.

    */s/ Faheem A. Mahmooth*
       Faheem A. Mahmooth

4