United States Bankruptcy Court
Southern District of Texas

**ENTERED**
July 20, 2026
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 25-90399 |
|---|---|---|---|
| Debtor | | In Re: | FIRST BRANDS GROUP, LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Matthew T. Barr<br>Rubin & Levin, P.C.<br>135 N. Pennsylvania St., Suite 1400<br>Indianapolis, IN 46204<br>(317) 860-2891<br>mbarr@rubin-levin.net<br>Indiana Bar No. 30518-07 |
|---|---|

| Name of party applicant seeks to appear for: | MacAllister Machinery Company, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   7/17/2026 | Signed:   /s/ Matthew T. Barr |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature: |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Signed:  July 20, 2026

_____
Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Texas

In re:

First Brands Group, LLC

WEM US Co.

    Debtors

Case No. 25-90399-cml

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0541-4

Date Rcvd: Jul 20, 2026

User: ADIuser

Form ID: pdf002

Page 1 of 8

Total Noticed: 214

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | First Brands Group, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | APC Intermediate Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | APC Parent, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | ASC Industries, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | AVM Export, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Airtex Industries, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Airtex Products, LP, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Autolite Operations LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | BPI Acquisition Company, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | BPI EC, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | BPI Holdings International, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Brake Parts Inc China LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Brake Parts Inc India LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Brake Parts Inc LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Broad Street Financial Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Broad Street Financial, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD Holding, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD Intermediate Holdings I, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD Intermediate Holdings II, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Cardone Industries, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Capital Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Capital, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby FA Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby FA, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Inventory Holdings II, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Inventory Holdings III, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Inventory Holdings IV, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Inventory II, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Inventory III, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Inventory IV, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carrand Companies, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Carburetor Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Carburetor, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Fuel Export, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Fuel Systems, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Champion Laboratories, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Dalton Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Dalton Corporation, Ashland Manufacturing Facility, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Dalton Corporation, Kendallville Manufacturing Fac, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Dalton Corporation, Stryker Machining Facility Co., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Dalton Corporation, Warsaw Manufacturing Facility, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Eagle Casting Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |

| District/off: 0541-4 | User: ADIuser | Page 2 of 8 |
| Date Rcvd: Jul 20, 2026 | Form ID: pdf002 | Total Noticed: 214 |

| | | |
|---|---|---|
| dbpos | + | Eagle Casting, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Eagle Machining, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | FRAM Group IP LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | FRAM Group Operations LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | FRAMAuto Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | First Brands Group Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | First Brands Group Intermediate, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Fuel Filter Technologies, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Global Assets GmbH, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Global Assets LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Global Lease Assets Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Global Reman Ventures, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Heatherton Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Hopkins Acquisition, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Hopkins Manufacturing Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Horizon Euro Finance LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Horizon Global Americas Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Horizon Global Company LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Horizon International Holdings LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | IBI International Holding Company, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | International Brake Industries, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Jasper Acquisition Corp., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Jasper Rubber Products, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | KTRI Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | KTRI Offshore Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Longman Enterprises, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | PHNX Acquisition Corp., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Patterson Inventory Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Patterson Inventory, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Premier Marketing Group, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Pylon Manufacturing Corp., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Pylon South Bend, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualis Automotive, L.L.C., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualis Enterprises, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor Acquisition Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor Automotive, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor Subsidiary H, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor Subsidiary S, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Reman Management International LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | SDC TX, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Smart Choice, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Specialty Pumps Group, Inc, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Starlight Inventory Holdings I, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Starlight Inventory I, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Strongarm, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | TAE Brakes, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | TAE China Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Toledo Molding & Die, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Transportation Aftermarket Enterprise, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Trico Holding Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Trico Products Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Trico Technologies Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Tridonex USA LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI Acquisition Holdings (No. 4) LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI International Holdings Parent Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI International Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI International, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI Pennsylvania, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI-Airtex Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | United Components, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Universal Auto Filter LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Viceroy Private Capital, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |

District/off: 0541-4             User: ADIuser             Page 3 of 8

Date Rcvd: Jul 20, 2026             Form ID: pdf002             Total Noticed: 214

| | | |
|---|---|---|
| dbpos | + | Viper Acquisition I, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Viper Acquisition, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | WEM US Co., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Walbro LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Walbro Midco LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| aty | + | Christopher L Phillippe, Law Office of Phillippe & Associates, 847 E. Harrison St., Brownsville, TX 78520, UNITED STATES 78520-7120 |
| aty | + | Ronald K. Brown, Jr., Law Offices of Ronald K. Brown, Jr., APC, 901 Dove St, Suite 120, Newport Beach, CA 92660-3018 |
| tr | + | Ronald J. Sommers, Nathan Sommers Gibson Dillon P.C., 1400 Post Oak BLVD, Suite 300, Houston, TX 77056 UNITED STATES 77056-6656 |
| cr | + | 1600 Industrial LLC, c/o Trey A. Monsour, Fox Rothschild LLP, 2501 N. Harwood, #1800, Dallas, TX 75201 UNITED STATES 75201-1613 |
| cr | + | AIG Insurance Company of Canada, c/o Adam L. Rosen PLLC, 834B Fort Salonga Road, Box 1021, Northport, NY 11768-3157 |
| op | + | Adam Wesley, Boies Schiller Flexner LLP, 55 Hudson Yards, New York, NY 10001-2163 |
| trnsfee | | Anne Willsher, 13 Marilyn Place, Queanbeyan NSW 2620, AUSTRALIA |
| cr | + | Arab Banking Corporation B.S.C., c/o Blaire A. Cahn, Baker & McKenzie LLP, 452 Fifth Avenue, New York, NY 10018-2706 |
| cr | + | BBJ Ventures, LLC, c/o Graham PLLC, 4203 Montrose Blvd., Suite 550, Houston, TX 77006-5427 |
| cr | + | BRI WESTPARK IV QOZB, LP, c/o Leslie S. Barr, Esq, Windels Marx Lane & Mittendorf, LLP, 156 West 56th St, New York, NY 10019-3800 |
| cr | + | CSI Leasing, Inc., c/o Clark Hill PLC, Audrey L. Hornisher, 901 Main Street, Suite 6000, Dallas, TX 75202-3748 |
| cr | + | Carrdan Corporation, 100 Reed Drive, Temperance, MI 48182-8900 |
| cr | + | Ciara Childs, c/o J. Gerard Stranch, IV, Stranch, Jennings, & Garvey, PLLC, 223 Rosa Parks Ave., Suite 200 Nashville, TX 37203-3513 |
| cr | | City of Miami Special Utility Authority, c/o Steven W. Soule', Hall, Estill, et al., 521 East 2nd Street, Suite 1200 Tulsa, OK 74120-1855 |
| cr | + | Crown Equipment Corporation dba Crown Lift Trucks, Sebaly Shillito and Dyer, 220 E. Monument Ave., Suite 500, Dayton, OH 45402 UNITED STATES 45402-1267 |
| intp | + | David Parker, Davis & Santos, 719 S. Flores Street, San Antonio, TX 78204, UNITED STATES 78204-1350 |
| intp | + | David Parker, Davis and Santos, PLLC, 719 S. Flores Street, San Antonio, TX 78204, UNITED STATES 78204-1350 |
| trnsfee | | David Willsher, 13 Marilyn Place, Queanbeyan NSW 2620, AUSTRALIA |
| cr | + | De Lage Landen Financial Services, Inc., c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Derby Fabricating Solutions, LLC, c/o Christina Combs, 4500 Produce Road, Louisville, KY 40218-3058 |
| intp | | Deva Capital Investment Company S.L.U., Avenida de Cantabria s/n, Boadilla del Monte, 28660, SPAIN |
| trnsfee | + | Durham BDR LLC, 4012 Dover Rd, Durham, NC 27707-5401 |
| cr | + | Epicor Software Corporation, c/o Clark Hill PLC, Attn: Duane J. Brescia, 3711 S. Mopac Expressway, Bldg One, Suite 500 Austin, TX 78746-8041 |
| intp | + | Flex-N-Gate LLC, Foley & Lardner LLP, 2021 McKinney Ave., Suite 1600, Dallas, TX 75201-3340 |
| cr | + | Francisco Garza, c/o J. Gerard Stranch, IV, 223 Rosa Parks Ave., Suite 200, Nashville, TX 37203-3513 |
| trnsfee | + | GS Financial Network, 7910 Woodmont Ave, Ste 1050, Bethesda, MD 20814-3069 |
| cr | + | Goldstar Warehousing, Ltd., 5845 Padre Island HWY, Brownsville, TX 78521-4419 |
| cr | + | Gorman Industrial Supply Co., c/o ScottHulse, P.C./James M. Feuille, 201 E. Main Drive, Suite 1100, El Paso, TX UNITED STATES 79901-1340 |
| cr | + | Guishou Saboman Technology Development Co., Ltd., Mehaffy Weber, P.C., c/o Holly C. Hamm, P.O. Box 16, Beaumont, TX 77704-0016 |
| cr | + | Guizhou Saboman Micronized Mining Co., Ltd., Mehaffy Weber, P.C., c/o Holly C. Hamm, P.O. Box 16, Beaumont, TX 77704-0016 |
| cr | + | HerbertUSA, Inc., 1480 Industrial Pkwy, Akron, OH 44310-2602 |
| cr | + | Honda Development & Manufacturing of America, LLC,, FBT Gibbons LLP, c/o Patricia K. Burgess, 150 3rd Ave S, Ste 1900 Nashville, TN 37201-2043 |
| intp | + | Husqvarna Business Support AB, c/o Sean A. Gordon, Thompson Hine LLP, 3560 Lenox Road Suite 1600, Atlanta, GA 30326-4274 |
| intp | + | Jeff Janson, 408 Coburn Lane, Franklin, TN 37069-1400 |
| cr | + | KITKAT (IL) LLC, c/o Sam Rubenstein, 395 9th Avenue, 58th Floor, New York, NY 10001-8611 |
| cr | + | Kawasaki Motors Corp., USA, c/o Clark Hill PLC, Attn: Audrey L. Hornisher, 901 Main Street, Suite 6000, Dallas, TX 75202-3748 |
| cr | + | Kingsbridge Holdings, LLC, Darcy & Devassy PC, 444 N. Michigan Ave, Suite 3270, Chicago, IL 60611, UNITED STATES 60611-3906 |
| op | + | Kroll Restructuring Administrat Kroll Restructurin, 1 World Trade Center, 31st Floor, New York, NY 10007, UNITED STATES 10007-0090 |
| cr | + | MAC Montacargas Corporation, co Bruce J. Ruzinsky, Jackson Walker LLP, 1401 McKinney St., Suite 1900, Houston, Tx 77010-1900 |
| cr | + | Manuel Fernandez, c/o J. Gerard Stranch, IV, Stranch, Jennings, & Garvey, PLLC, 223 Rosa Parks Ave., Suite 200 Nashville, TN 37203-3513 |
| cr | + | Manuel Leal, c/o J. Gerard Stranch, IV, Stranch, Jennings, & Garvey, PLLC, 223 Rosa Parks Ave., Suite 200 Nashville, TN 37203-3513 |
| intp | + | Marco Gaxiola, 5602 Buckeye Ct, Brownsville, TX 78526-4342 |
| cr | | Martin Titanium American Logistics, Inc., Martin Seidler, 32 Simpson Road, Bolton, Ontario, Canada, L7E 1G9 CANADA |
| cr | + | Milwood Holdings, LLC, c/o Dietz Property Group, 2075 W. Big Beaver, Troy, MI 48084-3407 |
| cr | + | Mitsubishi HC Capital America, Inc., c/o Brian R. Trumbauer, Bodman PLC, 6th Floor at Ford Field, 1901 St. Antoine Street Detroit, MI 48226-2336 |
| cr | + | NP Whitaker Ave. Industrial, LLC, 3315 N. Oak Trafficway, Kansas City, MO 64116-2775 |
| cr | + | NTT DATA Americas, Inc., Streusand, Landon, Ozburn & Lemmon, LLP, 1801 S. MoPac Expressway, Suite 320, Austin, Tx 78746, UNITED STATES 78746-9817 |

| District/off: 0541-4 | User: ADIuser | Page 4 of 8 |
|---|---|---|
| Date Rcvd: Jul 20, 2026 | Form ID: pdf002 | Total Noticed: 214 |

| | | |
|---|---|---|
| cr | + | Napier Park Global Capital (US) LP, 280 Park Avenue, 3rd Floor, New York, NY 10017-1274 |
| cr | + | Official Committee of Non-Union Retirees, Chamberlain Hrdlicka, Attention: Bankruptcy Department, 1200 Smith Street, Suite 1400, Houston, TX 77002-4496 |
| cr | + | Orbian Corporation and Orbian Financial Services X, c/o J. Frasher Murphy and David Staab, Haynes and Boone, LLP, 2801 North Harwood Street, Suite 2300 Dallas, TX 75201-2754 |
| cr | + | PG Maderas y Triplay S.A. de C.V., Martin & Drought, P.C., 112 East Pecan Street, 112 East Pecan Street, San Antonio, TX 78205 UNITED STATES 78205-1512 |
| intp | + | Patrick James, Quinn Emanuel Urquhart & Sullivan, LLP, 295 5th Avenue, New York, NY 10016-7103 |
| intp | #+ | Phoenix Brownsville Industrial Investors LLC, c/o David E. Lemke, Holland & Knight LLP, 511 Union St, Suite 2700, Nashville, TN 37219-1791 |
| cr | + | Planters Bank, David F. Waguespack, Carver Darden, 1100 Poydras Street, Suite 3100, New Orleans, LA 70163 UNITED STATES 70163-1102 |
| cr | + | Pyramid Warehousing, Ltd., 5845 Padre Island HWY, Brownsville, TX 78521-4419 |
| cr | | Qindao Carflex Auto Parts Co., Ltd., 10 Dazhonger Road, Jimo District, Qingdao, Shandong 266200, CHINA |
| trnsfee | | RMO MSF PTY LTD, ATF Muirhead Family Superanuation Fund, 14-16 Brucedale Crescent, Park Orchards VIC 3114, AUSTRALIA |
| cr | + | SRE Miami, LLC, 2570 Bradford Lane, Brookfield, WI 53045-1701 |
| cr | + | STORE Capital Acquisitions, LLC, 1 East Washington Street, Suite 2300, Phoenix, AZ 85004, UNITED STATES 85004-2555 |
| cr | + | STORE Master Funding IV, LLC, c/o Ballard Spahr LLP, 1 East Washington Street, Suite 2300, Phoenix, AZ 85004 UNITED STATES 85004-2555 |
| cr | + | STORE Master Funding XIV, LLC, c/o Ballard Spahr LLP, 1 East Washington Street, Suite 2300, Phoenix, AZ 85004 UNITED STATES 85004-2555 |
| cr | + | Scotland Enterprises, Inc., Scotland Enterprises, Inc. (Attn: Pres.), 5526 Scotland Rd., Bentonia, MS 39040-9310 |
| trnsfee | + | Sharon Casey, 58 North Street, Greenwich, CT 06830-4726 |
| cr | + | SmartestEnergy US LLC, 110 West Fayette Street, Suite 400, Syracuse, NY 13202-1198 |
| cr | + | SorTech LLC, c/o Ramiro Tovar, 1900 Sebastian St., Mission, TX 78572-8386 |
| cr | + | St. Clair Technologies, Inc., c/o Clark Hill PLC, Attn: Robert P. Franke, 901 Main Street, Suite 6000, Dallas, TX 75202-3748 |
| cr | + | Staci Corp. d/b/a Vexos, Inc. c/o Nicola G. Suglia, Four Greentree Centre, 601 Route 73 North, Suite 305, Marlton, NJ 08053 UNITED STATES 08053-3475 |
| cr | + | Stag Industrial Holdings, LLC, One Federal Street, 23rd Floor, Boston, MA 02110-2031 |
| cr | + | Steven R Bodeman, 5629 Colver Road, Talent, OR 97540-6746 |
| cr | + | Tim Johnson, c/o J. Gerard Stranch, IV, Stranch, Jennings, & Garvey, PLLC, 223 Rosa Parks Ave., Suite 200 Nashville, TN 37203-3513 |
| cr | + | Total Quality Logistics, LLC, c/o Dinsmore & Shohl LLP, 655 W. Broadway, Suite 800, San Diego, CA 92101, UNITED STATES 92101-8482 |
| trnsfee | + | Tracy Fu, 300 E 55th Street, Apt 25A, New York, NY 10022-4391 |
| cr | + | Valeo North America, Inc., co Victoria Argeroplos, Jackson Walker LLP, 1401 McKinney St., Suite 1900, Houston, TX 77010-1900 |
| cr | + | Valeo Sistemas Electricos, S.A. de C.V., co Victoria Argeroplos, Jackson Walker LLP, 1401 McKinney St., Suite 1900, Houston, TX 77010-1900 |
| cr | | Zhejiang Laien Filtration System Co. Ltd, No. 2599 Fazhan Road, Taihu Avenue, Changxing District, Zhejiang Province, Huzhou, 313100 CHINA |
| cr | + | Zurich American Insurance Company, c/o Clark Hill PLC, Attn: Duane J. Brescia, 3711 S. Mopac Expressway, Bldg One, Suite 500 Austin, TX 78746-8041 |
| cr | + | c/o Michael J. Shane RIO BRAVO INTERNATIONAL SERVI, Gordon Davis Johnson Shane & Snider, PC, 4695 N. Mesa, Suite 100, El Paso, TX 79912 UNITED STATES 79912-6149 |

TOTAL: 188

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | + | Email/Text: tom@howley-law.com | Jul 20 2026 20:40:00 | Ad Hoc Group of Lenders, 700 Louisiana Street, Suite 4220, Houston, TX 77002, UNITED STATES 77002-2881 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 20 2026 20:38:56 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: dferretti@bakerdonelson.com | Jul 20 2026 20:41:00 | AutoZone Parts, Inc., Baker Donelson, c/o Daniel J. Ferretti, 1301 McKinney, Suite 3700, Houston, TX 77010, UNITED STATES 77010-3034 |
| cr | + | Email/Text: dferretti@bakerdonelson.com | Jul 20 2026 20:41:00 | AutoZone, Inc., Baker Donelson, c/o Daniel J. Ferretti, 1301 McKinney, Suite 3700, Houston, TX 77010, UNITED STATES 77010-3034 |
| cr | + | Email/Text: edinburgbankruptcy@pbfcm.com | Jul 20 2026 20:40:00 | Brownsville Independent School District, c/o Hiram A. Gutierrez, P.O. Box 2916, McAllen, Tx 78502-2916 |
| cr | + | Email/Text: comedbankruptcygroup@exeloncorp.com | | |

District/off: 0541-4    User: ADIuser    Page 5 of 8

Date Rcvd: Jul 20, 2026    Form ID: pdf002    Total Noticed: 214

| | | | |
|---|---|---|---|
| | | Jul 20 2026 20:42:00 | Commonwealth Edison Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | ^ MEBN | | |
| | | Jul 20 2026 20:37:34 | Constellation NewEnergy Gas Division, LLC, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | ^ MEBN | | |
| | | Jul 20 2026 20:37:35 | Constellation NewEnergy, Inc., c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + Email/Text: bankruptcy-notification.ena@engie.com | Jul 20 2026 20:41:00 | ENGIE Resources LLC, 1360 Post Oak Blvd., Suite 400, Houston, TX 77056-3030 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Jul 20 2026 20:38:39 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: russj4478@aol.com | Jul 20 2026 20:41:00 | Indiana Michigan Power Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + Email/Text: susan.triggs@insight.com | Jul 20 2026 20:41:00 | Insight Direct USA, Inc., 2701 East Insight Way, Chandler, AZ 85286, UNITED STATES 85286-1947 |
| op | ^ MEBN | Jul 20 2026 20:37:02 | Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007, UNITED STATES 10007-0090 |
| cr | + Email/Text: russj4478@aol.com | Jul 20 2026 20:41:00 | Metropolitan Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + Email/Text: russj4478@aol.com | Jul 20 2026 20:41:00 | Ohio Power Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + Email/Text: schristianson@buchalter.com | Jul 20 2026 20:39:00 | Oracle America, Inc., Buchalter PC, c/o Shawn M. Christianson, 425 Market St., Suite 2900, San Francisco, Ca 94105-2491 |
| cr | + Email/Text: bncctnotifications@pbgc.gov | Jul 20 2026 20:39:00 | Pension Benefit Guaranty Corporation, Office of the General Counsel, 445 12th Street, SW, Washington, DC 20024-2101 |
| cr | + Email/Text: AGBankRevenue@ag.tn.gov | Jul 20 2026 20:40:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| cr | + Email/Text: bankruptcy@bbandt.com | Jul 20 2026 20:40:00 | TRUIST BANK, 214 North Tryon Street, Suite 3, Charlotte, NC 28202-1023 |
| cr | + Email/Text: dallas.bankruptcy@LGBS.com | Jul 20 2026 20:41:00 | Tarrant County, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219, UNITED STATES 75219-3959 |
| trnsfee | + Email/Text: brudolph@tigbeach.com | Jul 20 2026 20:41:00 | The Oslo Nevada Trust, Barry D Rudolph, 4012 Dover Rd, Durham, NC 27707-5401 |
| cr | + Email/Text: bankruptcy@firstenergycorp.com | Jul 20 2026 20:41:00 | Toledo Edison Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + Email/Text: BankruptcyECFMail@mccalla.com | Jul 20 2026 20:40:00 | Toyota Industries Commercial Finance, Inc, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| intp | + Email/Text: usatxs.bankruptcy@usdoj.gov | | |

District/off: 0541-4        User: ADIuser        Page 6 of 8

Date Rcvd: Jul 20, 2026        Form ID: pdf002        Total Noticed: 214

| | | | |
|---|---|---|---|
| | | Jul 20 2026 20:39:00 | United States Of America, United States Attorney's Office, 1000 Louisiana Street, Suite 2300, Houston, TX 77002, UNITED STATES OF AMERICA 77002-5010 |
| cr | Email/Text: pat@pmfpc.com | Jul 20 2026 20:42:00 | United Steel, Paper & Forestry, Rubber, Manufactur, c/o Patrick M. Flynn P.C., 1225 North Loop West, Suite 1000, Houston, TX 77008-1775 |
| cr | + Email/Text: ecffilings@padfieldstout.com | Jul 20 2026 20:41:00 | Whirlpool Corporation, c/o Padfield & Stout, LLP, 100 Throckmorton Street, Suite 700, Fort Worth, TX 76102-2837 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | 1970 Group, Inc. |
| cr | | 1995 Billy Mitchell Boulevard, Inc. |
| cr | | 673753 Ontario Limited DBA TRAFFIX |
| intp | | A.N Webber Logistics, Inc. |
| cr | | ACAR Leasing Ltd |
| cr | | ARC CGLGNIN001, LLC |
| cr | | ARC CGMARSC001, LLC |
| cr | | AVO Carbon USA, Inc. |
| intp | | AXIS Insurance Company |
| intp | | Adam S Wesley |
| cr | | Advance Auto Parts, Inc. |
| intp | | Aequum Capital Financial II LLC |
| cr | | Aftermarket Auto Parts Alliance, Inc. |
| intp | | Akin Gump Strauss Hauer & Feld LLP |
| cr | | Alliance Automotive Group (EU) |
| cr | | Alliance Parts Warehouse, LLC |
| intp | | Allianz Global Risks US Insurance Company |
| intp | | Amanda Coxbill |
| cr | | Amazon Advertising LLC |
| cr | | Automotive Auto Parts Distributors, Inc. |
| cr | | Automotive Parts Service Group LLC |
| aud | | BDO USA, P.C. |
| cr | | BFG Corporation d/b/a Byline Financial Group |
| cr | | BPP Cannonball Park A LP fka BPP Shiraz Park A LP |
| cr | | BPP Shiraz Park A LP |
| cr | | BPREP 1805 S. Wilmington LLC |
| intp | | Banco Actinver, Sociedad Annima, Institucin de Ban |
| cr | | Bank of America, N.A. |
| op | | Bank of America, N.A. |
| intp | | CMX North America Inc. |
| cr | | Cameron County |
| intp | | Carnaby II and III Secured Parties |
| cr | | Central States, Southeast and Southwest Areas Pens |
| cr | | City Of McAllen |
| cr | | Comcast Cable Communications Management, LLC |
| cr | | Daniel Villalta |
| cr | | Diana J Holt |
| intp | | Edward James |
| cr | | Evolution Credit Partners |
| cr | | Export Development Canada |
| intp | | FCA US LLC |
| cr | | FactoFrance |
| intp | | Fair American Insurance and Reinsurance Company |
| cr | | Federated Auto Parts Distributors, Inc. |
| cr | | First Guaranty Bank |

District/off: 0541-4

Date Rcvd: Jul 20, 2026

User: ADIuser

Form ID: pdf002

Page 7 of 8

Total Noticed: 214

| | |
|---|---|
| cr | Ford Motor Company |
| cr | Forteq UK LTD |
| cr | Fukoku Mexicana, S.A. de C.V. |
| cr | GPC Asia Pacific Limited |
| cr | GPC Asia Pacific Pty Ltd. |
| cr | Genuine Parts Company |
| cr | Grammer Inc. and Grammer Americas LLC |
| intp | Hannah Aiello |
| cr | Harley-Davidson Motor Company, Inc. |
| cr | Hidalgo County |
| intp | Hilco Valuation Services, LLC, Dba Hilco Global an |
| cr | IA Mechanical Inc. |
| trnsfor | IFG North America LLC |
| cr | ING Belgium S.A./N.V. |
| cr | IPVIII 185th Street, LLC fka ELHC VIII, LLC |
| cr | IPXXII 193 Street, LLC fka ELHC XXII, LLC |
| cr | Industrial Realty Group LLC |
| cr | International Union, United Automobile, Aerospace |
| intp | Ironshore Indemnity, Inc. |
| intp | Jefferies Financial Group Inc. |
| cr | Katsumi Servicing, LLC |
| cr | Keystone Automotive Operations, Inc. |
| intp | LAM TFG |
| intp | LAM TFG I SPV |
| intp | LAM TFG II |
| cr | LBA RV-Company XVII, LP |
| intp | Laurie Stein |
| intp | Leucadia Asset Management LLC |
| cr | Longkou Haimeng Machinery Co., Ltd. |
| cr | Lordco Parts Ltd. |
| cr | MacAllister Machinery Company, Inc. |
| cr | Maplan GmbH and Machinery + PLANning Inc. |
| cr | Maria Tapia |
| ex | Martin De Luca |
| cr | Masergy Communications, Inc. |
| cr | Mayfair Enterprises, LLC |
| intp | Michael Baker |
| intp | Michael Baker |
| intp | Michael Baker |
| cr | Michael Bueno |
| cr | Motion Industries (Canada) Inc. |
| cr | Motion Industries (Mexico) Inc. |
| cr | Motion Industries, Inc. |
| intp | Motorcar Parts of America, Inc. |
| intp | National Union Fire Insurance Co. of Pittsburgh, P |
| intp | Nelly Luna |
| wit | NextProcess, LP |
| intp | Nigel Crighton |
| intp | Nissan North America, Inc. |
| cr | OEC Group |
| crcm | Official Committee of Unsecured Creditors |
| cr | OmniSource, LLC |
| cr | Onset Financial, Inc. |
| intp | Overdrive Acquisition, LLC, /, /, /, / |
| intp | PGI Northstar LLC |
| intp | Peter Andrew Brumbergs |
| intp | Polaris Industries Inc. |
| intp | Premium Guard Incorporated |
| intp | Press-Seal Corporation |
| cr | PrimeRevenue, Inc. |
| intp | QBE Insurance Corporation |
| cr | RLI Insurance Company |
| cr | RWI Logistics LLC |

District/off: 0541-4                         User: ADIuser                                    Page 8 of 8
Date Rcvd: Jul 20, 2026                      Form ID: pdf002                                  Total Noticed: 214

| | | |
|---|---|---|
| cr | | Raistone Capital LLC |
| cr | | Raistone Factoring Parties |
| cr | | Raistone Purchasing LLC -Series XXXII |
| cr | | Raistone Purchasing LLC-Series XXVIII |
| cr | | Randall Metals Corporation |
| cr | | Rebuilders Automotive Supply Co. |
| cr | | Royal Bank of Canada |
| intp | | Ryder Integrated Logistics, Inc. |
| cr | | SMURFIT WESTROCK PLC and affiliates |
| intp | | SPV Debtors |
| intp | | Scott Wallace |
| intp | | Shekhar Kumar |
| cr | | Siam Fukoku Co., Ltd. |
| cr | | Silver Point Capital, L.P. |
| cr | | Southern Machinery Repair, Inc. |
| intp | | Stephen Graham |
| cr | | T.H.I. Group Ltd. |
| cr | | Terra Worldwide Logistics LLC dba American Global |
| cr | | Texas Comptroller of Public Accounts, Revenue Acco |
| cr | | The City of Jasper, Indiana |
| intp | | The NOCO Company |
| cr | | The Pronto Network Cooperative, Inc. |
| intp | | The Reinalt-Thomas Corporation d/b/a Discount Tire |
| cr | | Toyota Industries Commercial Finance, Inc. |
| cr | | Toyota Industries Commercial Finance, Inc. |
| cr | | Transend Logistics, LLC |
| cr | | TriMas Corporation |
| cr | | U.S. BANK NATIONAL ASSOCIATION |
| cr | | UAP (Canada) Inc. |
| cr | | UMB Bank, N.A. |
| cr | | Uni-Select, Inc. |
| cr | | Volkswagen Group of America, Inc. and certain affi |
| cr | | Volvo Penta of the Americas, LLC |
| cr | | Washington Penn Plastics Co. Inc. |
| intp | | Westfield Select Insurance Company |
| cr | | William Christopher Harrod |
| cr | | Wilmington Savings Fund Society, FSB |
| cr | | XL Parts, LLC |
| intp | | Zurich American Insurance Company |
| dbpos | *+ | Horizon Global Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |

TOTAL: 147 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2026                    Signature:        /s/Gustava Winters