**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | **Re: Docket No. 3109** |

**CERTIFICATE OF NO OBJECTION
TO MOTION OF DEBTORS FOR AN ORDER
(I) DIRECTING TRUSTEE TO TURN OVER AND DELIVER TRUST
ASSETS TO THE DEBTORS, (II) AUTHORIZING THE DEBTORS TO
EXERCISE OWNERSHIP RIGHTS OVER SUCH ASSETS,
(III) AUTHORIZING TERMINATION OF TRUST, (IV) AUTHORIZING
TERMINATION OF DEFERRED COMPENSATION PLAN EFFECTIVE
AS OF PETITION DATE, AND (V) GRANTING RELATED RELIEF**

1.      On July 1, 2026, First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Motion of Debtors for an Order (I) Directing Trustee to Turn Over and Deliver Trust Assets to the Debtors, (II) Authorizing the Debtors to Exercise Ownership Rights Over Such Assets, (III) Authorizing Termination of Trust, (IV) Authorizing Termination of Deferred Compensation Plan Effective as of Petition Date, and (V) Granting Related Relief* (Docket No. 3109) (the "**Motion**"), with a proposed order granting the relief requested in the Motion annexed thereto as Exhibit A (the "**Proposed Order**").  Objections to the relief requested in the Motion were required to be filed and served on or prior to July 22, 2026 (the "**Objection Deadline**").

---

[1]      A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

2.      In accordance with paragraph 44 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) the Objection Deadline has passed, (ii) the undersigned counsel is unaware of any objection to the Motion, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the Motion appears thereon.

3.      Therefore, the Debtors respectfully request entry of the Proposed Order attached hereto as **Exhibit A**.

Dated: July 23, 2026
      Houston, Texas

          */s/  Clifford W. Carlson*
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:  gabriel.morgan@weil.com
       clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason H. George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  matt.barr@weil.com
       sunny.singh@weil.com
       andriana.georgallas@weil.com
       kevin.bostel@weil.com
       jason.george@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

3

**<u>Certificate of Service</u>**

I hereby certify that on July 23, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

 */s/  Clifford W. Carlson*
Clifford W. Carlson