UNITED STATES BANKRUPTCY COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 25-90399 |
|---|---|---|---|
| Debtor | | In Re: | First Brands Group, LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Elliott O'Brien<br>Milbank LLP<br>1101 New York Avenue NW<br>Washington, DC 20005<br>(202) 835-7588<br>eobrien@milbank.com<br>DC Bar No. 90043548 |
|---|---|

| Name of party applicant seeks to appear for: | Onset Financial, Inc. and Silver Point Capital, L.P. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __✔__ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:   7/23/2026 | Signed: | /s/ Elliott O'Brien |
|---|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____       _____

                                   United States Bankruptcy Judge