Electronic Appearance Sheet

AnnElyse  Gains, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group

Robert Marsters, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group

Theodore Tsekerides, Weil, Gotshal & Manges LLP
Client(s): Debtors

AnnElyse Gains, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group of Lenders

Robert Marsters, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group of Lenders

Paul Heath, Vinson & Elkins LLP
Client(s): LAM Parties

Angela Herring , Wachtell Lipton Rosen & Katz
Client(s): LAM Parties

Michael  Cassel, Wachtell Lipton Rosen & Katz
Client(s): LAM Parties

Emil Kleinhaus, Wachtell Lipton Rosen & Katz
Client(s): LAM Parties

Charles Kelley, Mayer Brown
Client(s): Katsumi Special Servicing

Theodore Tsekerides, Weil, Gotshal & Manges LLP
Client(s): Debtors

Vianey Garza, Office of the U.S. Trustee
Client(s): U.S. Trustee

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): Debtors