UNITED STATES BANKRUPTCY COURT            SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 25-90399 |
|---|---|---|---|
| Debtor | | In Re: | First Brands Group, LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Nathan Timothy Heath Schneider<br>Milbank LLP<br>1101 New York Avenue NW<br>Washington, DC US 20005<br>1-202-835-7500<br>nschneider@milbank.com<br>DC Bar No. 90028858 |
|---|---|

| Name of party applicant seeks to appear for: | Onset Financial, Inc. and Silver Point Capital, L.P. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/23/2026 | Signed: | /s/ Nathan Timothy Heath Schneider |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____

United States Bankruptcy Judge