United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 23, 2026

Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT                SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 25 90399 |
|---|---|---|---|

| Debtor | In Re: First Brands Group, LLC and WEM US Co. |
|---|---|

United States Courts
Southern District of Texas
FILED

JUL 2 2 2026

Nathan Ochsner, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number Federal<br>Bar & Number | James M. Towarnicky<br>James M. Towarnicky, P.L.L.C.<br>8910 Seagraves Lane<br>Fairfax Station, VA 22039<br>703-929-3815; Email: Slovakesq@gmail.com<br>MD - 22213        VA26549 |
|---|---|
| Name of party applicant seeks to appear for: | Mahavir Die Casters Pvt Ltd, Karam Singh, Harish Uniyal, John Doe, Vineet Kumar Garg, Shailendra Shukla, Naresh Sharma, interested parties |

Has applicant been sanctioned by any bar association or court?   Yes _____   No __X____ ✓
On a separate sheet for each sanction, please supply the full particulars.

| Dated:    7/22/2026 | Signed: | /s/ James M. Towarnicky |
|---|---|---|
| The state bar reports that the applicant's status is: | | |
| Dated: | Clerk's signature: | |

**Order**

**This lawyer is admitted *pro hac vice*.**

Signed:  July 23, 2026

_____
Christopher Lopez
United States Bankruptcy Judge