United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 23, 2026

Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 25-90399 (CML) |
|---|---|---|---|
| | Debtor | In Re: | FIRST BRANDS GROUP, LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Matthew E. Kaslow<br>Blank Rome LLP<br>One Logan Square, 130 North 18th Street<br>Philadelphia, Pennsylvania 19103<br>(215) 569-5500; matt.kaslow@blankrome.com<br>PA 320965; NJ 162052015<br>E.D. Pa.; M.D. Pa.; W.D. Pa.; D.N.J.; D. Colo. |
|---|---|

| Name of party applicant seeks to appear for: | Aequum Capital Financial II LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/22/2026 | Signed: /s/ Matthew E. Kaslow |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Signed: July 23, 2026

_____
Christopher Lopez
United States Bankruptcy Judge