**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**ORDER GRANTING APPLICATION OF GLAS TRUST COMPANY LLC,
AS ADMINISTRATIVE AGENT, FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**
[Relates to ECF No. ___]

This matter comes before the Court on the Application of GLAS Trust Company LLC, as Administrative Agent, for Allowance and Payment of Administrative Expense Claim [ECF No. [•]] (the "Application")[2] filed by GLAS Trust Company LLC, as Administrative Agent (the "Administrative Agent") for the Carnaby II and III Secured Lenders; the Court having reviewed the Application; no objections having been filed, or any filed objections having been overruled; and the Court finding that (a) the Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (c) good cause exists for granting the relief requested in the Application; it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.     The Application is GRANTED.

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

1

2. The FBG Administrative Claim is an allowed administrative expense claim in favor of the Administrative Agent pursuant to sections 503(b)(1)(A) and section 507(a)(2) of the Bankruptcy Code against each of the FBG Debtors.

3. The FBG Administrative Claim is allowed in the amount of $[●].

4. The 507(b) Claim is an allowed administrative expense claim of the Administrative Agent pursuant to sections 503(b), 507(a), and 507(b).

5. The 507(b) Claim is allowed in the amount of $[●].

6. Nothing contained in this Order shall affect any other claims that the Administrative Agent holds or may hold against the Debtors in these chapter 11 cases.

7. This Order shall be binding upon the Debtors, their bankruptcy estates, and any successors thereto, including any bankruptcy trustee appointed over such estates.

8. This Court retains jurisdiction to interpret, implement, and enforce the provisions of this Order.

Dated: _____, 2026

_____

CHRISTOPHER M. LOPEZ

UNITED STATES BANKRUPTCY JUDGE