**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | **Re: Docket No. 3192** |

**SUPPLEMENTAL DECLARATION OF MARC S. KIRSCHNER
IN SUPPORT OF APPLICATION OF DEBTORS FOR ENTRY OF AN
ORDER AUTHORIZING THE RETENTION OF MARC S. KIRSCHNER AS
EXPERT CONSULTANT AND EXPERT WITNESS EFFECTIVE AS OF JUNE 20, 2026**

I, Marc S. Kirschner, declare, pursuant to 28 U.S.C. § 1746 of title 28 of the United States Code, under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.      I submit this declaration (this "**Supplemental Declaration**") as a supplement to my declaration dated July 14, 2026 (the "**Initial Declaration**") in support of the *Application of Debtors for Entry of an Order Authorizing the Retention of Marc S. Kirschner as Expert Consultant and Expert Witness Effective as of June 20, 2026* (Docket No. 3192) (the "**Application**").

2.      This Supplemental Declaration has been prepared in accordance with paragraph 32 of the Application, which provides that if any new relevant facts or relationships are discovered or arise, I will promptly file a supplemental disclosure with the Court. Unless otherwise stated in this Supplemental Declaration, I have personal knowledge of the facts set forth herein.

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**Supplemental Disclosure**

3.      As stated in the Initial Declaration,  I am currently Senior Advisor to Teneo, a global consulting and financial advisory firm, but my retention as an expert witness and expert consultant for the FBG Debtors is for me personally and is unrelated to Teneo.  On July 11, 2026, I learned that Teneo Capital LLC has been retained by Ultinon Motion B.V. and its debtor affiliates, as restructuring advisor and communications and corporate strategy advisor, in jointly administered chapter 11 cases commenced in the United States Bankruptcy Court for the Southern District of Texas, Lead Case No. 26-90428 (CML), which is a different chapter 11 proceeding than the FBG Debtors' chapter 11 cases.  I do not believe that the foregoing connection creates an actual conflict of interest or gives rise to an interest adverse to the FBG Debtors or their estates in the matters for which I am being retained.

4.      Based upon the foregoing, I believe I am disinterested as defined in section 101(14) of the Bankruptcy Code and do not hold or represent an interest adverse to the FBG Debtors or their estates.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: July 24, 2026
       New York, NY

_/s/ Marc S. Kirschner_
Marc S. Kirschner

2