**Exhibit A**

**Comprehensive Final Tabulation**

**First Brands Group, LLC, *et al.***
**Exhibit A - Comprehensive Final Tabulation**

| Debtor Name | Class | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|---|
| Airtex Industries, LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>99.99997% | $2.00<br>0.00003% | Reject |
| Airtex Products, LP | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>99.99997% | $2.00<br>0.00003% | Reject |
| APC Intermediate Holdings, LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>99.99997% | $2.00<br>0.00003% | Reject |
| APC Parent, LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>99.99997% | $2.00<br>0.00003% | Reject |
| ASC Industries, Inc. | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 10<br>66.67% | 5<br>33.33% | $579,058,173.68<br>20.08% | $2,304,702,600.96<br>79.92% | Reject |
| Autolite Operations LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 3<br>60.00% | 2<br>40.00% | $7,055,084.52<br>0.47% | $1,506,968,722.00<br>99.53% | Reject |
| AVM Export, Inc. | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>99.99997% | $2.00<br>0.00003% | Reject |
| BPI Acquisition Company, LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 2<br>50.00% | 2<br>50.00% | $6,766,000.00<br>99.99997% | $2.00<br>0.00003% | Reject |

**First Brands Group, LLC, *et al.***
**Exhibit A - Comprehensive Final Tabulation**

| Debtor Name | Class | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|---|
| BPI EC, LLC | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 1 / 33.33% | 2 / 66.67% | $6,516,000.00 / 99.99997% | $2.00 / 0.00003% | Reject |
| BPI Holdings International, LLC | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 1 / 25.00% | 3 / 75.00% | $6,516,000.00 / 96.30% | $250,643.15 / 3.70% | Reject |
| Brake Parts Inc China LLC | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 1 / 33.33% | 2 / 66.67% | $6,516,000.00 / 99.99997% | $2.00 / 0.00003% | Reject |
| Brake Parts Inc India LLC | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 1 / 33.33% | 2 / 66.67% | $6,516,000.00 / 99.99997% | $2.00 / 0.00003% | Reject |
| Brake Parts Inc LLC | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 58 / 79.45% | 15 / 20.55% | $622,059,539.27 / 19.97% | $2,492,903,400.92 / 80.03% | Reject |
| Cardone Industries, Inc. | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 44 / 88.00% | 6 / 12.00% | $534,389,084.09 / 25.14% | $1,591,091,086.28 / 74.86% | Reject |
| Carrand Companies, Inc. | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 1 / 33.33% | 2 / 66.67% | $6,516,000.00 / 0.43% | $1,506,968,722.00 / 99.57% | Reject |
| Carter Carburetor Holdings, LLC | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 6 / 75.00% | 2 / 25.00% | $525,580,756.31 / 25.86% | $1,506,968,722.00 / 74.14% | Reject |

**First Brands Group, LLC, *et al.***
**Exhibit A - Comprehensive Final Tabulation**

| Debtor Name | Class | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|---|
| Carter Carburetor, LLC | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 17 / 89.47% | 2 / 10.53% | $578,805,761.94 / 27.75% | $1,506,968,722.00 / 72.25% | Reject |
| Carter Fuel Export, Inc. | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 1 / 33.33% | 2 / 66.67% | $6,516,000.00 / 99.99997% | $2.00 / 0.00003% | Reject |
| Carter Fuel Systems, LLC | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 40 / 81.63% | 9 / 18.37% | $585,018,074.45 / 20.20% | $2,311,654,477.10 / 79.80% | Reject |
| Champion Laboratories, Inc. | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 40 / 85.11% | 7 / 14.89% | $584,090,658.12 / 19.17% | $2,462,628,450.72 / 80.83% | Reject |
| CWD Holding, LLC | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 1 / 33.33% | 2 / 66.67% | $6,516,000.00 / 99.99997% | $2.00 / 0.00003% | Reject |
| CWD Intermediate Holdings I, LLC | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 1 / 33.33% | 2 / 66.67% | $6,516,000.00 / 99.99997% | $2.00 / 0.00003% | Reject |
| CWD Intermediate Holdings II, LLC | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 1 / 33.33% | 2 / 66.67% | $6,516,000.00 / 99.99997% | $2.00 / 0.00003% | Reject |
| CWD, LLC | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 11 / 78.57% | 3 / 21.43% | $159,435,655.15 / 6.69% | $2,222,237,084.00 / 93.31% | Reject |

**First Brands Group, LLC,** *et al.*
**Exhibit A - Comprehensive Final Tabulation**

| Debtor Name | Class | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|---|
| Dalton Corporation | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 2<br>50.00% | 2<br>50.00% | $6,688,275.42<br>99.99997% | $2.00<br>0.00003% | Reject |
| Dalton Corporation, Ashland Manufacturing Facility | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>99.99997% | $2.00<br>0.00003% | Reject |
| Dalton Corporation, Kendallville Manufacturing Facility | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>99.99997% | $2.00<br>0.00003% | Reject |
| Dalton Corporation, Stryker Machining Facility Co. | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>99.99997% | $2.00<br>0.00003% | Reject |
| Dalton Corporation, Warsaw Manufacturing Facility | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 38<br>95.00% | 2<br>5.00% | $11,087,505.30<br>99.99998% | $2.00<br>0.00002% | Accept |
| Eagle Casting, LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 4<br>66.67% | 2<br>33.33% | $6,547,443.87<br>99.99997% | $2.00<br>0.00003% | Accept |
| Eagle Machining, LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 12<br>85.71% | 2<br>14.29% | $9,023,430.32<br>99.99998% | $2.00<br>0.00002% | Accept |
| First Brands Group Holdings, LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | No creditors in this Class were entitled to vote on the Plan. As a result, per Article 3.4 of the Disclosure Statement, this Class is eliminated from the Plan for voting purposes. | | | | |
| | 5 | Second Lien Claims | No creditors in this Class were entitled to vote on the Plan. As a result, per Article 3.4 of the Disclosure Statement, this Class is eliminated from the Plan for voting purposes. | | | | |
| | 6 | ABL Claims | No creditors in this Class were entitled to vote on the Plan. As a result, per Article 3.4 of the Disclosure Statement, this Class is eliminated from the Plan for voting purposes. | | | | |
| | 7 | General Unsecured Claims | 2<br>18.18% | 9<br>81.82% | $6,585,075.96<br>2.01% | $321,434,376.66<br>97.99% | Reject |

**First Brands Group, LLC,** *et al.*
**Exhibit A - Comprehensive Final Tabulation**

| Debtor Name | Class | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|---|
| First Brands Group Intermediate, LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>99.99997% | $2.00<br>0.00003% | Reject |
| First Brands Group, LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 92<br>82.88% | 19<br>17.12% | $612,760,460.70<br>17.31% | $2,927,678,235.35<br>82.69% | Reject |
| FRAM Group IP LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 3<br>60.00% | 2<br>40.00% | $6,527,240.00<br>99.99997% | $2.00<br>0.00003% | Accept |
| FRAM Group Operations LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 33<br>78.57% | 9<br>21.43% | $588,342,183.18<br>19.28% | $2,464,000,496.97<br>80.72% | Reject |
| FRAMAuto Holdings, LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 2<br>50.00% | 2<br>50.00% | $6,623,044.72<br>99.99997% | $2.00<br>0.00003% | Reject |
| Fuel Filter Technologies, Inc. | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>99.99997% | $2.00<br>0.00003% | Reject |
| Global Reman Ventures, LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>0.43% | $1,506,968,722.00<br>99.57% | Reject |
| Heatherton Holdings, LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>99.99997% | $2.00<br>0.00003% | Reject |

**First Brands Group, LLC,** *et al.*
**Exhibit A - Comprehensive Final Tabulation**

| Debtor Name | Class | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|---|
| Hopkins Acquisition, Inc. | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>0.43% | $1,506,968,722.00<br>99.57% | Reject |
| Hopkins Manufacturing Corporation | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 72<br>93.51% | 5<br>6.49% | $537,484,723.26<br>25.26% | $1,590,127,369.24<br>74.74% | Reject |
| Horizon Euro Finance LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 6<br>75.00% | 2<br>25.00% | $525,580,756.31<br>25.86% | $1,506,968,722.00<br>74.14% | Reject |
| Horizon Global Americas Inc. | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 38<br>86.36% | 6<br>13.64% | $532,359,747.49<br>23.35% | $1,747,844,809.42<br>76.65% | Reject |
| Horizon Global Company LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 9<br>81.82% | 2<br>18.18% | $525,686,112.43<br>25.86% | $1,506,968,722.00<br>74.14% | Reject |
| Horizon Global Corporation | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 8<br>80.00% | 2<br>20.00% | $578,375,628.13<br>27.74% | $1,506,968,722.00<br>72.26% | Reject |
| Horizon International Holdings LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 6<br>75.00% | 2<br>25.00% | $525,580,756.31<br>25.86% | $1,506,968,722.00<br>74.14% | Reject |
| IBI International Holding Company, Inc. | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>99.99997% | $2.00<br>0.00003% | Reject |

**First Brands Group, LLC, *et al.***
**Exhibit A - Comprehensive Final Tabulation**

| Debtor Name | Class | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|---|
| International Brake Industries, Inc. | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 4<br>66.67% | 2<br>33.33% | $8,019,352.36<br>99.99998% | $2.00<br>0.00002% | Accept |
| Jasper Acquisition Corp. | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>99.99997% | $2.00<br>0.00003% | Reject |
| Jasper Rubber Products, Inc | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 25<br>86.21% | 4<br>13.79% | $376,409,376.55<br>81.91225% | $83,118,172.48<br>18.08775% | Accept |
| KTRI Holdings, Inc. | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>99.99997% | $2.00<br>0.00003% | Reject |
| KTRI Offshore Holdings, LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>99.99997% | $2.00<br>0.00003% | Reject |
| Longman Enterprises, Inc. | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>99.99997% | $2.00<br>0.00003% | Reject |
| PHNX Acquisition Corp. | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>99.99997% | $2.00<br>0.00003% | Reject |
| Premier Marketing Group, LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>25.00% | 3<br>75.00% | $6,516,000.00<br>3.97% | $157,740,710.93<br>96.03% | Reject |

**First Brands Group, LLC,** *et al.*
**Exhibit A - Comprehensive Final Tabulation**

| Debtor Name | Class | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|---|
| Pylon Manufacturing Corp. | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 2<br>50.00% | 2<br>50.00% | $7,623,176.68<br>1.06% | $714,624,563.00<br>98.94% | Reject |
| Pylon South Bend, Inc. | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>99.99997% | $2.00<br>0.00003% | Reject |
| Qualis Automotive, L.L.C. | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 4<br>66.67% | 2<br>33.33% | $156,411,514.31<br>6.58% | $2,221,593,283.00<br>93.42% | Reject |
| Qualis Enterprises, LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 4<br>66.67% | 2<br>33.33% | $156,411,514.31<br>99.9999987% | $2.00<br>0.0000013% | Accept |
| Qualitor Acquisition Inc. | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 2<br>50.00% | 2<br>50.00% | $6,521,387.86<br>99.99997% | $2.00<br>0.00003% | Reject |
| Qualitor Automotive, LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 3<br>60.00% | 2<br>40.00% | $6,537,973.03<br>99.99997% | $2.00<br>0.00003% | Accept |
| Qualitor Subsidiary H, Inc. | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>99.99997% | $2.00<br>0.00003% | Reject |
| Qualitor Subsidiary S, Inc. | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>99.99997% | $2.00<br>0.00003% | Reject |

**First Brands Group, LLC,** *et al.*
**Exhibit A - Comprehensive Final Tabulation**

| Debtor Name | Class | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|---|
| Qualitor, Inc. | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>99.99997% | $2.00<br>0.00003% | Reject |
| Reman Management International LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>0.43% | $1,506,968,722.00<br>99.57% | Reject |
| SDC TX, LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>0.43% | $1,506,968,722.00<br>99.57% | Reject |
| Smart Choice, LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>0.43% | $1,506,968,722.00<br>99.57% | Reject |
| Specialty Pumps Group, Inc. | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>99.99997% | $2.00<br>0.00003% | Reject |
| Strongarm, LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 13<br>65.00% | 7<br>35.00% | $578,752,154.62<br>26.63% | $1,594,780,843.70<br>73.37% | Reject |
| TAE Brakes, LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>99.99997% | $2.00<br>0.00003% | Reject |
| TAE China Holdings, Inc. | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>99.99997% | $2.00<br>0.00003% | Reject |

**First Brands Group, LLC,** *et al.*
**Exhibit A - Comprehensive Final Tabulation**

| Debtor Name | Class | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|---|
| Toledo Molding & Die, LLC | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 53 / 96.36% | 2 / 3.64% | $379,410,720.71 / 99.9999995% | $2.00 / 0.0000005% | Accept |
| Transportation Aftermarket Enterprise, LLC | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 1 / 33.33% | 2 / 66.67% | $6,516,000.00 / 99.99997% | $2.00 / 0.00003% | Reject |
| Trico Holding Corporation | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 1 / 33.33% | 2 / 66.67% | $6,516,000.00 / 99.99997% | $2.00 / 0.00003% | Reject |
| Trico Products Corporation | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 90 / 86.54% | 14 / 13.46% | $615,723,075.47 / 19.65% | $2,517,999,758.33 / 80.35% | Reject |
| Trico Technologies Corporation | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 2 / 18.18% | 9 / 81.82% | $6,519,170.00 / 11.42% | $50,547,105.64 / 88.58% | Reject |
| Tridonex USA LLC | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 2 / 50.00% | 2 / 50.00% | $7,019,201.78 / 0.46% | $1,506,968,722.00 / 99.54% | Reject |
| UCI Acquisition Holdings (No. 4) LLC | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 1 / 33.33% | 2 / 66.67% | $6,516,000.00 / 99.99997% | $2.00 / 0.00003% | Reject |
| UCI International Holdings Parent Inc. | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 1 / 33.33% | 2 / 66.67% | $6,516,000.00 / 99.99997% | $2.00 / 0.00003% | Reject |

**First Brands Group, LLC, *et al.***
**Exhibit A - Comprehensive Final Tabulation**

| Debtor Name | Class | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|---|
| UCI International Holdings, Inc. | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 2 / 50.00% | 2 / 50.00% | $6,524,531.87 / 99.99997% | $2.00 / 0.00003% | Reject |
| UCI International, LLC | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 1 / 33.33% | 2 / 66.67% | $6,516,000.00 / 99.99997% | $2.00 / 0.00003% | Reject |
| UCI Pennsylvania, Inc. | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 1 / 33.33% | 2 / 66.67% | $6,516,000.00 / 99.99997% | $2.00 / 0.00003% | Reject |
| UCI-Airtex Holdings, Inc. | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 1 / 33.33% | 2 / 66.67% | $6,516,000.00 / 99.99997% | $2.00 / 0.00003% | Reject |
| United Components, LLC | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 1 / 33.33% | 2 / 66.67% | $6,516,000.00 / 99.99997% | $2.00 / 0.00003% | Reject |
| Universal Auto Filter LLC | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 1 / 33.33% | 2 / 66.67% | $6,516,000.00 / 99.99997% | $2.00 / 0.00003% | Reject |
| Viceroy Private Capital, LLC | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | No creditors in this Class were entitled to vote on the Plan. As a result, per Article 3.4 of the Disclosure Statement, this Class is eliminated from the Plan for voting purposes. | | | | | |
| | 5 | Second Lien Claims | No creditors in this Class were entitled to vote on the Plan. As a result, per Article 3.4 of the Disclosure Statement, this Class is eliminated from the Plan for voting purposes. | | | | | |
| | 6 | ABL Claims | No creditors in this Class were entitled to vote on the Plan. As a result, per Article 3.4 of the Disclosure Statement, this Class is eliminated from the Plan for voting purposes. | | | | | |
| | 7 | General Unsecured Claims | 1 / 33.33% | 2 / 66.67% | $6,516,000.00 / 99.99997% | $2.00 / 0.00003% | Reject |
| Viper Acquisition I, Inc. | 3 | Roll-Up Claims | 756 / 100% | 0 / 0% | $2,984,482,259.21 / 100% | $0.00 / 0% | Accept |
| | 4 | First Lien Claims | 833 / 100% | 0 / 0% | $1,494,377,255.85 / 100% | $0.00 / 0% | Accept |
| | 5 | Second Lien Claims | 66 / 100% | 0 / 0% | $346,748,570.75 / 100% | $0.00 / 0% | Accept |
| | 6 | ABL Claims | 3 / 100% | 0 / 0% | $543,343,922.14 / 100% | $0.00 / 0% | Accept |
| | 7 | General Unsecured Claims | 1 / 33.33% | 2 / 66.67% | $6,516,000.00 / 99.99997% | $2.00 / 0.00003% | Reject |

**First Brands Group, LLC,** *et al.*
**Exhibit A - Comprehensive Final Tabulation**

| Debtor Name | Class | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|---|
| Viper Acquisition, Inc. | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 1<br>33.33% | 2<br>66.67% | $6,516,000.00<br>99.99997% | $2.00<br>0.00003% | Reject |
| Walbro LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 46<br>93.88% | 3<br>6.12% | $529,059,033.13<br>25.98% | $1,506,974,084.01<br>74.02% | Reject |
| Walbro Midco LLC | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 7<br>77.78% | 2<br>22.22% | $525,583,236.99<br>25.86% | $1,506,968,722.00<br>74.14% | Reject |
| WEM US Co. | 3 | Roll-Up Claims | 756<br>100% | 0<br>0% | $2,984,482,259.21<br>100% | $0.00<br>0% | Accept |
| | 4 | First Lien Claims | 833<br>100% | 0<br>0% | $1,494,377,255.85<br>100% | $0.00<br>0% | Accept |
| | 5 | Second Lien Claims | 66<br>100% | 0<br>0% | $346,748,570.75<br>100% | $0.00<br>0% | Accept |
| | 6 | ABL Claims | 3<br>100% | 0<br>0% | $543,343,922.14<br>100% | $0.00<br>0% | Accept |
| | 7 | General Unsecured Claims | 5<br>71.43% | 2<br>28.57% | $519,064,756.31<br>25.62% | $1,506,968,722.00<br>74.38% | Reject |