**Exhibit C**

**Report of Ballots Excluded from the Tabulations**

**First Brands Group, LLC,** *et al.*
**Exhibit C - Ballot Exclusion Report**

| Plan Class | Plan Class Description | Name | Voting Amount | Accept / Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|
| 3 | Roll-Up Claims | Name on file | $2,003,038.19 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 3 | Roll-Up Claims | Name on file | $2,255,472.80 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 3 | Roll-Up Claims | Name on file | $3,498,713.65 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 3 | Roll-Up Claims | Name on file | $2,044,481.61 | | Holder did not indicate a vote to accept or reject the Plan |
| 3 | Roll-Up Claims | Name on file | $2,452,693.90 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 3 | Roll-Up Claims | Name on file | $172,865.55 | Accept | Ballot received after the Voting Deadline |
| 3 | Roll-Up Claims | Name on file | $5,788,537.32 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 3 | Roll-Up Claims | Name on file | $2,290,610.48 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 3 | Roll-Up Claims | Name on file | $2,290,610.48 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 3 | Roll-Up Claims | Name on file | $482,715.16 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 3 | Roll-Up Claims | Name on file | $75,707.21 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 3 | Roll-Up Claims | Name on file | $1,424,553.93 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 3 | Roll-Up Claims | Name on file | $1,118,735.09 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 3 | Roll-Up Claims | Name on file | $115,243.70 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 3 | Roll-Up Claims | Name on file | $791,048.15 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 3 | Roll-Up Claims | Name on file | $2,063,888.31 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 3 | Roll-Up Claims | Name on file | $68,803.94 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 3 | Roll-Up Claims | Name on file | $3,697,624.34 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 3 | Roll-Up Claims | Name on file | $3,697,624.34 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 3 | Roll-Up Claims | Name on file | $741,560.66 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 3 | Roll-Up Claims | Name on file | $1,113,607.08 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 3 | Roll-Up Claims | Name on file | $1,113,607.08 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 3 | Roll-Up Claims | Name on file | $2,130,603.05 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $870,677.87 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $331,618.21 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $1,035,065.29 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $5,037.97 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $689,401.96 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $1,422,183.69 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $1,184,829.86 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $878,276.48 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $680,669.91 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $1,099,404.21 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $1,099,404.21 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $420,563.61 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $65,959.61 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $15,612,408.72 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $662,354.20 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $682,180.64 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $662,102.37 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $740,000.86 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $878,807.21 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $505,574.94 | Accept | Superseded by later-received, valid Ballot included in final tabulation |

**First Brands Group, LLC,** *et al.*
**Exhibit C - Ballot Exclusion Report**

| Plan Class | Plan Class Description | Name | Voting Amount | Accept / Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|
| 4 | First Lien Claims | Name on file | $600,937.67 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $515,042.81 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $177,279.22 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $841,141.28 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $618,850.50 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $100,405.60 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $1,066,637.76 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $911,813.91 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $689,816.70 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $441,434.87 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $1,544,781.09 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $1,544,781.09 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $1,537,521.73 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $982,866.84 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $982,866.84 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 4 | First Lien Claims | Name on file | $1,880,465.02 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 5 | Second Lien Claims | Name on file | $1,126,504.91 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 5 | Second Lien Claims | Name on file | $1,126,504.91 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 6 | ABL Claims | Name on file | $192,907,617.53 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 7 | General Unsecured Claims against Autolite Operations LLC | UNITED MANUFACTURING INC | $442,543.38 | | Holder did not indicate a vote to accept or reject the Plan; Superseded by later-received, valid Ballot included in final tabulation |
| 7 | General Unsecured Claims against Brake Parts Inc LLC | JEIN YEH IND. CO., LTD. | $28,195.00 | | Ballot received after the Voting Deadline; Holder did not indicate a vote to accept or reject the Plan |
| 7 | General Unsecured Claims against Brake Parts Inc LLC | Name on file | $45,652.37 | | Holder did not indicate a vote to accept or reject the Plan |
| 7 | General Unsecured Claims against Brake Parts Inc LLC | Name on file | $62,573.64 | Accept | Ballot received after the Voting Deadline |
| 7 | General Unsecured Claims against Brake Parts Inc LLC | TECHNOTRANS AMERICA INC | $26,111.95 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 7 | General Unsecured Claims against Brake Parts Inc LLC | VERITIV SA DE CV | $960,905.06 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 7 | General Unsecured Claims against Brake Parts Inc LLC | WEIFANG HENGTAI AUTO PARTS CO LTD | $356,408.02 | Accept | Ballot received after the Voting Deadline |
| 7 | General Unsecured Claims against Brake Parts Inc LLC | Weifang Hengtai Auto Parts Co., Ltd | $116,245.20 | Accept | Ballot received after the Voting Deadline |
| 7 | General Unsecured Claims against Brake Parts Inc LLC | YUN SHENG INDUSTRY CO | $138,130.48 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 7 | General Unsecured Claims against Cardone Industries, Inc. | DEF Supply Enterprises, LLC | $97,650.39 | Accept | Ballot submitted on account of a duplicate claim included in the final tabulation |
| 7 | General Unsecured Claims against Cardone Industries, Inc. | JH Rose Logistics, LLC | $25,474.00 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 7 | General Unsecured Claims against Cardone Industries, Inc. | SHEBOYGAN PAINT COMPANY | $2,614.50 | Accept | Ballot did not contain a signature |
| 7 | General Unsecured Claims against Carter Fuel Systems, LLC | VIP PACK USA, LLC | $358,981.50 | Accept | Ballot did not contain a signature |
| 7 | General Unsecured Claims against Champion Laboratories, Inc. | Dongguan Air Guard Filter Manufacturing Co., Ltd. | $28,540.44 | | Holder did not indicate a vote to accept or reject the Plan |
| 7 | General Unsecured Claims against Champion Laboratories, Inc. | SHERWIN-WILLIAMS | $219,123.94 | | Holder did not indicate a vote to accept or reject the Plan |
| 7 | General Unsecured Claims against Eagle Casting Holdings, LLC | Pension Benefit Guaranty Corporation | $6,516,000.00 | Accept | Ballot submitted against a Debtor that is not an FBG Debtor under the Plan |
| 7 | General Unsecured Claims against Dalton Corporation, Warsaw Manufacturing Facility | BREHOB CORPORATION | $64,785.28 | Accept | Duplicate of previously submitted, valid Ballot included in final tabulation |
| 7 | General Unsecured Claims against First Brands Group Holdings, LLC | CVI AA Master Fund I LP | $27,643,356.22 | Reject | Superseded by later-received, valid Ballot included in final tabulation |
| 7 | General Unsecured Claims against First Brands Group Holdings, LLC | CVI AV Master Fund I LP | $7,232,273.43 | Reject | Superseded by later-received, valid Ballot included in final tabulation |
| 7 | General Unsecured Claims against First Brands Group, LLC | Name on file | $7,250.00 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 7 | General Unsecured Claims against First Brands Group, LLC | Danhil De Mexico S. De Rl De CV | $210,878.04 | Accept | Ballot received after the Voting Deadline |
| 7 | General Unsecured Claims against First Brands Group, LLC | INTERNATIONAL ALL PART MASTERS LLC | $3,288,094.15 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 7 | General Unsecured Claims against First Brands Group, LLC | INTERNATIONAL ALL PART MASTERS LLC | $3,288,094.15 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 7 | General Unsecured Claims against First Brands Group, LLC | Lowa Mold & Engineering Inc. DBA DY-NA Tool and Mold | $60,575.00 | Accept | Ballot received after the Voting Deadline |
| 7 | General Unsecured Claims against First Brands Group, LLC | Quality Parts Supply | $1,322,138.00 | Accept | Ballot received after the Voting Deadline |
| 7 | General Unsecured Claims against First Brands Group, LLC | VORYS SATER SEYMOUR AND PEASE LLP | $28,798.85 | | Holder did not indicate a vote to accept or reject the Plan |

**First Brands Group, LLC, *et al.***
**Exhibit C - Ballot Exclusion Report**

| Plan Class | Plan Class Description | Name | Voting Amount | Accept / Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|
| 7 | General Unsecured Claims against First Brands Group, LLC | Xinlida Auto Parts, LLC | $2,436.06 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 7 | General Unsecured Claims against First Brands Group, LLC | Xinlida Auto Parts, LLC | $13,456.22 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 7 | General Unsecured Claims against First Brands Group, LLC | Xinlida Auto Parts, LLC | $675,613.13 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 7 | General Unsecured Claims against First Brands Group, LLC | Xinlida Auto Parts, LLC | $675,613.13 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 7 | General Unsecured Claims against First Brands Group, LLC | Xinlida Auto Parts, LLC | $1,010,585.06 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 7 | General Unsecured Claims against FRAM Group IP LLC | Trinity Packaging Supply, LLC | $14,473.83 | | Holder did not indicate a vote to accept or reject the Plan |
| 7 | General Unsecured Claims against Hopkins Manufacturing Corporation | DI SHIN YUH CHERNG INDUSTRIAL CO., LTD | $1,012,987.56 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 7 | General Unsecured Claims against Hopkins Manufacturing Corporation | HC Oriental Lighting Co.,Limited | $570,231.26 | Accept | Ballot received after the Voting Deadline |
| 7 | General Unsecured Claims against Hopkins Manufacturing Corporation | NPD Technologies Inc. | $742,810.77 | Accept | Ballot received after the Voting Deadline |
| 7 | General Unsecured Claims against Hopkins Manufacturing Corporation | NPD TECHNOLOGY INC | $742,810.77 | Accept | Ballot received after the Voting Deadline |
| 7 | General Unsecured Claims against Hopkins Manufacturing Corporation | NPD TECHNOLOGY INC. | $740,266.77 | Accept | Ballot received after the Voting Deadline |
| 7 | General Unsecured Claims against Jasper Rubber Products, Inc | SUPERB TOOLING INC. | $945.00 | | Holder did not indicate a vote to accept or reject the Plan |
| 7 | General Unsecured Claims against Strongarm, LLC | SHERWIN WILLIAMS | $7,947.50 | | Holder did not indicate a vote to accept or reject the Plan |
| 7 | General Unsecured Claims against Toledo Molding & Die, LLC | CONTRACT SERVICES GROUP | $23,182.76 | | Holder did not indicate a vote to accept or reject the Plan |
| 7 | General Unsecured Claims against Toledo Molding & Die, LLC | DHA FILTER, LLC | $594.00 | Accept | Ballot received after the Voting Deadline |
| 7 | General Unsecured Claims against Toledo Molding & Die, LLC | Relex Logistics Inc | $1,300.00 | Accept | Ballot submitted on account of a duplicate claim included in the final tabulation |
| 7 | General Unsecured Claims against Toledo Molding & Die, LLC | Veritiv Operating Company | $282,380.16 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 7 | General Unsecured Claims against Trico Products Corporation | LEWIS SPRING & MFG COMPANY | $34,232.10 | Accept | Superseded by later-received, valid Ballot included in final tabulation |
| 7 | General Unsecured Claims against Trico Products Corporation | PORTLAND PLASTICS | $66,321.96 | | Holder did not indicate a vote to accept or reject the Plan |
| 7 | General Unsecured Claims against Trico Products Corporation | Quality Supply | $19,428.00 | Accept | Ballot received after the Voting Deadline |
| 7 | General Unsecured Claims against Trico Technologies Corporation | Publipak SA de CV | $116,432.00 | Accept | Ballot received after the Voting Deadline |