*In re: First Brands Group, LLC, et al.* (Case No. 25-90399)—Debtors' Categorical Privilege Log in Connection with Plan-Related Discovery

| Topic | Date Range (beg) | Date Range (end) | Authors and Recipients | Privilege Claimed |
|---|---|---|---|---|
| 1. Documents, information, and communications exchanged in relation to the Court-ordered mediation among advisors for the Debtors, the Ad Hoc Group, the Creditors' Committee, and the ABL Lenders, and with the Mediator, during the Formal Mediation Period, pursuant to the Mediation Orders (Dkts. 1822, 1974, 2005, 2186). | 01/29/2026 | 03/27/2026 | Counsel and advisors to the Debtors, the SPV Independent Manager, the Ad Hoc Group, the Creditors' Committee, and the ABL Lenders; the Mediator (Hon. Marvin Isgur) | Mediation Privilege |
| 2. Communications with the Mediator and correspondence and draft resolutions produced in connection with, or as a result of, the Mediation, including the Mediator's proposal and related drafts and revisions exchanged following the conclusion of the Formal Mediation Period, pursuant to the *Mediation Orders* (Dkts. 1822, 1974, 2005, 2186) ¶ 8(a)-(c). | 03/27/2026 | 04/09/2026 | Counsel and advisors to the Debtors, the SPV Independent Manager, the Ad Hoc Group, the Creditors' Committee, and the ABL Lenders; the Mediator (Hon. Marvin Isgur); counsel to additional mediation participants receiving the Mediator's proposal | Mediation Privilege |
| 3. Documents and communications exchanged with the Ad Hoc Group advisors concerning preparation for the commencement of these chapter 11 cases and DIP financing, including draft first day pleadings and DIP documentation prepared by counsel. | 09/23/2025 | 09/28/2025 | First Brands Group personnel; Weil, Gotshal & Manges LLP; Howley Law PLLC; Gibson Dunn & Crutcher LLP; Alvarez & Marsal North America, LLC; Lazard; Evercore; Huron Consulting Group | Common Interest Privilege; Work Product |
| 4. Documents and communications exchanged with the Ad Hoc Group advisors concerning prosecution of adversary proceedings against insiders and Onset, including all drafts of pleadings and analysis. | 09/27/2025 | Present | First Brands Group personnel; Weil, Gotshal & Manges LLP; Gibson Dunn & Crutcher LLP; Uzzi & Lall LLP; Brown Rudnick LLP; Alvarez & Marsal North America, LLC; Lazard; Evercore; Huron Consulting Group | Common Interest Privilege; Work Product |

| Topic | Date Range (beg) | Date Range (end) | Authors and Recipients | Privilege Claimed |
|---|---|---|---|---|
| 5. Documents and communications exchanged with the Creditors' Committee advisors concerning prosecution of adversary proceedings against insiders and Onset, including all drafts of pleadings and analysis. | 10/09/2025 | Present | First Brands Group personnel; Weil, Gotshal & Manges LLP; Brown Rudnick LLP; Cole Schotz P.C.; FTI Consulting, Inc.; Gibson Dunn & Crutcher LLP; Alvarez & Marsal North America, LLC | Common Interest Privilege; Work Product |
| 6. Documents and communications exchanged among advisors for the Debtors, the Ad Hoc Group, and the Creditors' Committee concerning the Plan settlement and the prosecution of the Plan following the Court's June 12, 2026 conditional approval of the Disclosure Statement. | 06/12/2026 | Present | Weil, Gotshal & Manges LLP; Norton Rose Fulbright US LLP; Gibson Dunn & Crutcher LLP; Brown Rudnick LLP | Common Interest Privilege; Work Product |
| 7. Communications regarding the Special Committee investigation of potential Estate Claims, including related presentation materials, drafts of pleadings, and supporting analyses. | 09/19/2025 | Present | The Special Committee of the Board of Managers; Weil, Gotshal & Manges LLP; Alvarez & Marsal North America, LLC | Attorney – Client; Work Product |
| 8. Minutes of meetings of the Board of Managers and the Special Committee produced in redacted form to protect legal advice of counsel and attorney work product. | 09/19/2025 | 06/12/2026 | First Brands Group, LLC (Board of Managers and Special Committee); Weil, Gotshal & Manges LLP | Attorney – Client; Work Product |