**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| FIRST BRANDS GROUP, LLC, *et al.*, | § | Case No. 25-90399 (CML) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

**WITNESS AND EXHIBIT LIST
FOR HEARING ON JULY 28, 2026**

The ad hoc group represented by the undersigned counsel (the "**Ad Hoc Group**") in the above-captioned chapter 11 cases files this witness and exhibit list (the "**Witness and Exhibit List**") for the hearing scheduled for **July 28, 2026 at 9:00 a.m. (CT)** before the Honorable Christopher M. Lopez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 402, Houston, Texas 77002 (the "**Hearing**").

**WITNESSES**

The Ad Hoc Group *may* call the following witnesses at the Hearing:

1.      Any witness listed by any other party.

2.      Rebuttal witnesses as necessary.

The Ad Hoc Group further reserves the right to cross-examine any witness called by any other party.

**EXHIBITS**

| Exhibit | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| | Any document or pleading filed in the above-captioned cases | | | |
| | Any exhibit necessary for cross-examination, impeachment and/or rebuttal purposes | | | |

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

| Exhibit | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| | Any exhibit identified or offered by any other party for any reason whether direct, cross-examination or rebuttal | | | |

## **<u>RESERVATION OF RIGHTS</u>**

The Ad Hoc Group reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to supplement this Witness and Exhibit List at any time prior to or during the Hearing.

Dated: July 24, 2026
      Houston, Texas

Respectfully submitted,

*/s/ Tom A. Howley*
Tom A. Howley (Texas Bar No. 24010115)
Eric Terry (Texas Bar No. 00794729)
HOWLEY LAW PLLC
700 Louisiana Street, Suite 4220
Houston, TX 77002
Telephone: 713-333-9125
Email: tom@howley-law.com
     eric@howley-law.com

Scott J. Greenberg (admitted *pro hac vice*)
Stephen D. Silverman (admitted *pro hac vice*)
Jason Z. Goldstein (admitted *pro hac vice*)
Christina M. Brown (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: 212-351-4000
Email: sgreenberg@gibsondunn.com
     ssilverman@gibsondunn.com
     jgoldstein@gibsondunn.com
     christina.brown@gibsondunn.com

-and-

AnnElyse Scarlett Gains (admitted *pro hac vice*)
Robert Marsters Jr. (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER
1700 M Street N.W.
Washington, D.C. 20036-3504
Telephone: 202-955-8500
Email: agains@gibsondunn.com
     rmarsters@gibsondunn.com

***Attorneys for the Ad Hoc Group***

## CERTIFICATE OF SERVICE

I certify that on July 24, 2026, I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in these cases.

_/s/ Tom A. Howley_
Tom A. Howley