**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,**[1] | § | **Case No. 25-90399** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |

**U.S. TRUSTEE'S WITNESS AND EXHIBIT LIST**

| | |
|---|---|
| **Main Case No**: 25-90399 | **Name of Debtors**: First Brands Group, LLC *et al*. |
| | |
| **Witnesses**:<br>1. Charles M. Moore<br>2. Michael Malloy<br>3. Kerri Palen<br>4. Any witness called or designated by the Debtors<br>5. Any witness necessary to rebut testimony of a witness called or designated by the Debtors | **Judge**: Christopher M. Lopez<br>**Courtroom Deputy**: Yesenia Lila<br>**Hearing Date**: July 28, 2026<br>**Hearing Time**: 9:00 a.m.<br>**Party's Name**: Kevin Epstein, U.S. Trustee<br>**Attorney's Name**: Vianey Garza<br>**Attorney's Phone**: 202-322-7086 |
| **Nature of Proceeding**: Hearing on<br>(1)  Final Approval of the *Disclosure Statement* [ECF No. 3020]; and<br>(2)  Confirmation of the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* [ECF No. 3019]. | |

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Disclosure Statement [ECF No. 3020] | | | | |
| 2. | Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors [ECF No. 3019] | | | | |
| 3. | Plan Supplement & Liquidation Analysis [ECF No. 3046] | | | | |

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 4. | Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief [ECF No. 608] | | | | |
| 5. | Supplemental Declaration of Charles M. Moore in Support of DIP Motion [ECF No. 527] | | | | |
| 6. | Summary of Monthly Fee Statements of Weil, Gotshal & Manges LLP for Services and Reimbursement of Expenses as Attorneys for the Debtors | | | | |
| 7. | Summary of Monthly Fee Statements of Alvarez and Marsal North America LLC for Compensation of Services Rendered and Reimbursement of Expenses as Financial Advisor to the Debtors | | | | |
| 8. | Summary of Bankruptcy Professionals Fees and Expenses as Reported in First Brands Group, LLC's Monthly Operating Reports | | | | |
| | Any document, pleading, exhibits, transcripts, orders, or other documents filed in the above captioned bankruptcy cases | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | |
| | Any exhibit identified or offered by any other party | | | | |

The U.S. Trustee reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the Hearing.

Dated:  July 24, 2026

Respectfully Submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By:   */s/ Vianey Garza*
Vianey Garza
Texas Bar No. 24083057
515 Rusk, Suite 3516
Houston, Texas 77002
(713) 718-4661
(713) 718-4670 Fax
Email: vianey.garza@usdoj.gov