**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | ) Case No. 25-90399 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**AEQUUM CAPITAL FINANCIAL II LLC'S**
**WITNESS AND EXHIBIT LIST FOR HEARING ON JULY 28, 2026**

Aequum Capital Financial II LLC, in its capacity as administrative agent ("Aequum") for

the lenders under a revolving credit facility to debtor Broad Street Financial, LLC, by and through

its undersigned counsel, hereby files this witness and exhibit list (the "Witness and Exhibit List")

for the hearing scheduled for July 28, 2026, at 9:00 a.m. (prevailing Central Time) (the "Hearing").

**WITNESSES**

Aequum designates the following individual(s) who may be called as witness(es) at the

Hearing:

1.      Any witness called or listed by any other party;

2.      Any witness necessary to authenticate an exhibit or establish admissibility;

3.      Any witness necessary to impeach the testimony of any witness called or designated by any other party; and

4.      Any witness necessary to rebut the testimony of any witness called or designated by any other party.

---

[1] A complete list of Debtors in these chapter 11 cases may be obtained on the website of Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

1

Aequum reserves the right to: (1) cross-examine any witness(es) identified by any other party; (2) supplement its witness list based on the witness lists disclosed by other parties; and (3) to call rebuttal witnesses not identified in this witness list.

## **EXHIBITS**

Aequum may offer into evidence any one or more of the following exhibits:

| Exhibit No. | Description | Dkt. No. or Bates Stamp | OFFERED | OBJECTION | DISPOSITION | DATE |
|---|---|---|---|---|---|---|
| 1. | Stipulation And Agreed Order Regarding Adequate Protection of the Aequum Secured Parties | Dkt. No. 1018 | | | | |
| 2. | Agreed Order Granting Emergency Motion of Aequum Capital Financial II LLC for Entry of an Order Granting Relief from Automatic Stay | Dkt. No. 1820 | | | | |
| 3. | Unsealed Motion of the Official Committee of Unsecured Creditors for (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of the Debtors' Estates and (II) Exclusive Settlement Authority | Dkt. No. 2881 (For Sealed Motion, *see* Dkt. No. 2685) | | | | |
| 4. | Complaint for Declaratory Judgment to Determine the Validity, Priority and Extent of Liens and Other Relief by Bank of America, N.A. | Adv. Pro. No. 26-03091, Dkt. No. 1 | | | | |
| 5. | Order Granting Preliminary Injunction | Adv. Pro. No. 26-03091, Dkt. No. 140 | | | | |
| 6. | Joint Chapter 11 Plan of First Brands Group, LLC | Dkt. No. 3019 | | | | |

| Exhibit No. | Description | Dkt. No. or Bates Stamp | OFFERED | OBJECTION | DISPOSITION | DATE |
|---|---|---|---|---|---|---|
|  | and Certain Affiliated Debtors |  |  |  |  |  |
| 7. | Disclosure Statement for Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors[2] | Dkt. No. 3020 |  |  |  |  |
| 8. | Notice of Filing of (I) Plan Supplement and (II) Liquidation Analysis | Dkt. No. 3046 |  |  |  |  |
| 9. | Aequum Capital Financial II LLC's (I) Objection to Confirmation of the Debtors' Revised Joint Chapter 11 Plan and (II) Reservation of Setoff and Related Rights | Dkt. No. 3263 |  |  |  |  |
| 10. | Declaration of Charles M. Moore in Support of Confirmation of FBG Debtors' Chapter 11 Plan | Dkt. No. 3188 |  |  |  |  |
| 11. | Declaration of Marc S. Kirschner | Dkt. No. 3190 |  |  |  |  |
| 12. | Proof of Claim No. 886 filed by Aequum against Broad Street Financial Holdings, LLC |  |  |  |  |  |
| 13. | Proof of Claim No. 887 filed by Aequum against Broad Street Financial, LLC |  |  |  |  |  |
| 14. | Any pleadings, reports, proofs of claim, exhibits, transcripts, proposed orders, Court orders, or other papers or documents filed of record in any of the Debtors' bankruptcy cases |  |  |  |  |  |

---

[2] Due to file size, Exhibit 7 omits Exhibit A (Plan).

| Exhibit No. | Description | Dkt. No. or Bates Stamp | OFFERED | OBJECTION | DISPOSITION | DATE |
|---|---|---|---|---|---|---|
| 15. | Any documents necessary for impeachment purposes | | | | | |
| 16. | Any documents necessary for rebuttal purposes | | | | | |
| 17. | Any exhibit listed, offered, or identified by any other party | | | | | |
| 18. | Any appendices, exhibits, schedules, or other attachments to any of the foregoing | | | | | |

## **RESERVATION OF RIGHTS**

Aequum reserves the right to supplement, amend, withdraw, or otherwise modify this filing at any time prior to the hearing.  Aequum reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses. In addition to all exhibits submitted or listed by any other parties in this matter, Aequum also designates any exhibit needed to establish foundation for those exhibits or to impeach or refresh the recollection of a witness.

Dated: July 24, 2026

**BLANK ROME LLP**

*/s/ Jennifer K. Malow*
Jennifer K. Malow (Bar No. 3925677)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: Jennifer.Malow@blankrome.com

-and-

4

Kenneth J. Ottaviano (admitted *pro hac vice*)
Stephanie K. Hor-Chen (admitted *pro hac vice*)
444 West Lake Street, Suite 1650
Chicago, Illinois 60606
Telephone: (312)776-2500
Facsimile: (312) 776-2601
Email: Ken.Ottaviano@blankrome.com
          Stephanie.HorChen@blankrome.com

-and-

Matthew E. Kaslow (admitted *pro hac vice*)
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555
Email: Matt.Kaslow@blankrome.com

*Counsel for Aequum Capital Financial II LLC*

## **CERTIFICATE OF SERVICE**

I certify that on July 24, 2026 I electronically filed the foregoing document(s) with the Clerk of the Court for the U.S. Bankruptcy Court for the Southern District of Texas, using the CM/ECF system. The ECF system will send a "Notice of Electronic Filing" to all counsel of record who have consented in writing to accept service of this document by electronic means.

*/s/ Jennifer K. Malow*
Jennifer K. Malow (Bar No. 3925677)