**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|                                          |     |                          |
|------------------------------------------|-----|--------------------------|
|                                          | §   |                          |
| In re:                                   | §   | Chapter 11               |
|                                          | §   |                          |
| FIRST BRANDS GROUP, LLC, et al.,         | §   | Case No. 25-90399 (CML)  |
|                                          | §   |                          |
|                                          | §   | (Jointly Administered)   |
| Debtors.[1]                              | §   |                          |
|                                          | §   |                          |

**CARNABY SECURED LENDERS' UPDATED WITNESS AND EXHIBIT LIST**
**FOR HEARING ON JULY 28, 2026**
[Related to ECF Nos. 3019, 3274]

The Carnaby Secured Lenders,[2] by and through their undersigned counsel, hereby file this witness and exhibit list (the "**Witness and Exhibit List**") for the hearing scheduled for **July 28, 2026 at 9:00 a.m. (Prevailing Central Time)** (the "**Hearing**"). To avoid excessive filings on the docket, this list includes exhibits previously filed at ECF Nos. 842, 850, 851, and 1392:

**WITNESSES**

The Carnaby Secured Lenders may call any of the following witnesses at the Hearing:

1.  Any witness called or listed by any other party;

2.  Any rebuttal witnesses.

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Carnaby Secured Lenders' Objection to the Debtors' Motion for Post-Petition Financing and Certain First Day Relief* (ECF 463) (the "**DIP Objection**").

1

**RESERVATION OF RIGHTS**

Discovery remains ongoing regarding matters relevant to the Hearing as of the date of the filing of his Witness and Exhibit List.  Accordingly, the Carnaby Secured Lenders reserve the right to amend this Witness and Exhibit List to include information learned or documents identified through the discovery process. The Carnaby Secured Lenders also reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed below, and further reserve the right to supplement this Witness and Exhibit List at any time prior to the Hearing.  The inclusion of witnesses and exhibits on this list does not constitute a waiver of any objection, including without limitation based on hearsay, relevance, foundation or authenticity.  To the extent an objection is interposed to any exhibit offered by the Carnaby Secured Lenders, they reserve the right to call an authentication witness or other witness to establish admissibility.

Additionally, the Carnaby Secured Lenders reserve the right to submit designations for the deposition testimony of the following witnesses.

1. Neal Goldman

2. Marc Kirschner

3. Michael Mallot

4. Christopher Moffatt

5. Charles Moore

6. Kerri Palen

7. Shekhar Kumar

8. Any other witness deposed in anticipation of the Hearing

## EXHIBITS

The Carnaby Secured Lenders may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. [ECF No. 850-8] | Stipulation and Agreed Interim Order Regarding Adequate Protection Among Debtors and Carnaby II and Carnaby III (the "**Interim Stipulation**"), entered by the Court on October 2, 2025 (ECF No. 230) | | | | |
| 2. [ECF No. 850-9] | The Carnaby II Credit Agreement, attached as <u>Exhibit A</u> to the DIP Objection. | | | | |
| 3. [ECF No. 850-10] | The Carnaby III Credit Agreement, attached as <u>Exhibit B</u> to the DIP Objection. | | | | |
| 4. [ECF No. 850-11] | Cross-Collateralization Agreement, attached as <u>Exhibit C</u> to the DIP Objection. | | | | |
| 5. [ECF No. 850-12] | The Carnaby II LLC Agreement, attached as <u>Exhibit D</u> to the DIP Objection. | | | | |
| 6. [ECF No. 850-13] | The Carnaby III LLC Agreement, attached as <u>Exhibit E</u> to the DIP Objection. | | | | |
| 7. [ECF No. 850-14] | The Carnaby II Extension Agreement, attached as <u>Exhibit F</u> to the DIP Objection. | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 8. [ECF No. 850-15] | The Carnaby III Extension Agreement, attached as Exhibit G to the DIP Objection. | | | | |
| 9. [ECF No. 850-16] | Declaration of Charles M. Moore in Support of Debtors' First Day Relief, dated September 30, 2025 (ECF No. 51) | | | | |
| 10. [ECF No. 850-19] | Pledge and Security Agreement for Carnaby II dated as of May 31, 2022. | | | | |
| 11. [ECF No. 850-20] | Pledge and Security Agreement for Carnaby III, dated as of July 6, 2022. | | | | |
| 12. [ECF No. 850-24] | UCC-1 Filings for Carnaby II, Carnaby III, Carnaby Inventory Holdings II, LLC ("**Carnaby Holdings II**"), and Carnaby Inventory Holdings III, LLC ("**Carnaby Holdings III**"), dated as of September 23, 2025 | | | | |
| 13. [ECF No. 850-25] | Lien Search Summary by Wolters Kluwer for Carnaby II, Carnaby III, Carnaby Holdings II, Carnaby Holdings III, and other entities, dated September 24, 2025. | | | | |
| 14. [ECF No. 850-33] | Carnaby III Sale Agreement, dated July 6, 2022 (Trico Technologies) | | | | |
| 15. [ECF No. 850-34] | Carnaby III Sale Agreement, dated July 6, 2022 (Trico Products) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 16. [ECF No. 850-35] | Carnaby III Purchase Agreement, dated July 6, 2022 (Trico Technologies) | | | | |
| 17. [ECF No. 850-36] | Carnaby III Purchase Agreement, dated July 6, 2022 (Trico Products) | | | | |
| 18. [ECF No. 850-37] | Carnaby III Manufacturing Agreement, dated July 6, 2022 (Subensambles) | | | | |
| 19. [ECF No. 850-38] | Carnaby III Manufacturing Agreement, dated July 6, 2022 (Trico Technologies) | | | | |
| 20. [ECF No. 850-39] | Carnaby II Sale Agreement, dated May 31, 2022 (Brake Parts Inc LLC) | | | | |
| 21. [ECF No. 850-40] | Carnaby II Purchase Agreement, dated May 31, 2022 (Brake Parts Inc LLC) | | | | |
| 22. [ECF No. 850-41] | Carnaby II Manufacturing Agreement, dated May 31, 2022 (Brake Parts Inc LLC) | | | | |
| 23. [ECF No. 842-24] | Carnaby II Closing Certificate, dated May 31, 2022 **[FILED UNDER SEAL]** | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 24. [ECF No. 842-25] | Carnaby II Solvency Certificate, dated May 31, 2022 **[FILED UNDER SEAL]** | | | | |
| 25. [ECF No. 842-26] | Carnaby Inventory II Holdings Certificate (Glas Trust), dated May 31, 2022 **[FILED UNDER SEAL]** | | | | |
| 26. [ECF No. 842-71] | Carnaby Inventory III Solvency Certificate (Glas Trust), dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 27. [ECF No. 842-72] | Carnaby Inventory III Holdings Certificate (Glas Trust), dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 28. [ECF No. 842-73] | Carnaby III Closing Certificate, dated July 6, 2022 **[FILED UNDER SEAL]** | | | | |
| 29. | Cash Management Motion (ECF No. 17) | | | | |
| 30. | Cash Management Order (ECF No. 604) | | | | |
| 31. [ECF No. 850-49] | Final Order Authorizing Debtors to Continue Using Existing Cash Management System, filed November 7, 2025 | | | | |
| 32. [ECF No. 842-109] | Carnaby II Compliance Certificate, dated March 31, 2024 **[FILED UNDER SEAL]** | | | | |

6

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 33. [ECF No. 1392-2] | December 3, 2025 Deposition Transcript of Shekhar Kumar | | | | |
| 34. [ECF No. 1392-19] | S. Kumar Deposition Errata Sheet | | | | |
| 35. [ECF No. 1392-5] | Proof Of Claim Filed By GLAS Trust Company LLC, As Administrative Agent To The Carnaby III Secured Lenders Against Carnaby Inventory III, LLC | | | | |
| 36. | Proof Of Claim Filed By GLAS Trust Company LLC, As Administrative Agent To The Carnaby III Secured Lenders Against Carnaby Inventory II, LLC | | | | |
| 37. [ECF No. 1392-3] | Proof Of Claim Filed By GLAS Trust Company LLC, As Administrative Agent To The Carnaby II Secured Lenders Against Carnaby Inventory II, LLC | | | | |
| 38. [ECF No. 1392-4] | Proof Of Claim Filed By GLAS Trust Company LLC, As Administrative Agent To The Carnaby II Secured Lenders Against Carnaby Inventory III, LLC | | | | |
| 39. | Proof Of Claim Filed By GLAS Trust Company LLC, As Administrative Agent To The Carnaby II Secured Lenders Against Carnaby Inventory III, LLC (No. 2665) | | | | |
| 40. | Proof Of Claim Filed By GLAS Trust Company LLC, As Administrative Agent To The Carnaby II Secured Lenders Against Carnaby Inventory III, LLC (No. 2666) | | | | |

7

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 41. | Proof Of Claim Filed By GLAS Trust Company LLC, As Administrative Agent To The Carnaby II Secured Lenders Against Carnaby Inventory III, LLC (No. 2667) | | | | |
| 42. | Proof Of Claim Filed By GLAS Trust Company LLC, As Administrative Agent To The Carnaby II Secured Lenders Against Carnaby Inventory III, LLC (No. 2668) | | | | |
| 43. | Proof Of Claim Filed By GLAS Trust Company LLC, As Administrative Agent To The Carnaby II Secured Lenders Against Carnaby Inventory III, LLC (No. 2669) | | | | |
| 44. | Proof Of Claim Filed By GLAS Trust Company LLC, As Administrative Agent To The Carnaby II Secured Lenders Against Carnaby Inventory III, LLC (No. 2670) | | | | |
| 45. | Proof Of Claim Filed By GLAS Trust Company LLC, As Administrative Agent To The Carnaby II Secured Lenders Against Carnaby Inventory III, LLC (No. 2671) | | | | |
| 46. | Proof Of Claim Filed By GLAS Trust Company LLC, As Administrative Agent To The Carnaby II Secured Lenders Against Carnaby Inventory III, LLC (No. 2672) | | | | |
| 47. | Proof Of Claim Filed By GLAS Trust Company LLC, As Administrative Agent To The Carnaby II Secured Lenders Against Carnaby Inventory III, LLC (No. 2673) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 48. | Proof Of Claim Filed By GLAS Trust Company LLC, As Administrative Agent To The Carnaby II Secured Lenders Against Carnaby Inventory III, LLC (No. 2674) | | | | |
| 49. | Proof Of Claim Filed By GLAS Trust Company LLC, As Administrative Agent To The Carnaby II Secured Lenders Against Carnaby Inventory III, LLC (No. 2675) | | | | |
| 50. | Application of GLAS Trust Company LLC, as Administrative Agent, for Allowance and Payment of Administrative Expense Claim (ECF no. 3345) | | | | |
| 51. [ECF No. 851-94] | March 2024 Carnaby II Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 52. [ECF No. 851-95] | March 2024 Carnaby II Borrowing Base Excel **[FILED UNDER SEAL]** | | | | |
| 53. [ECF No. 851-155] | March 2024 Carnaby Inventory III Borrowing Base **[FILED UNDER SEAL]** | | | | |
| 54. [ECF No. 851-156] | March 2024 Carnaby Inventory III Borrowing Base Excel **[FILED UNDER SEAL]** | | | | |
| 55. [ECF No. 851-181] | Carnaby III Compliance Certificate, dated March 31, 2024 **[FILED UNDER SEAL]** | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 56. [ECF No. 850-21] | Floating Lien Pledge Agreement for Carnaby II, dated as of May 31, 2022 (including exhibits) **[FILED UNDER SEAL]** | | | | |
| 57. [ECF No. 1394-17] | Amendment to Floating Lien Pledge Agreement for Carnaby II (including exhibits) **[FILED UNDER SEAL]** | | | | |
| 58. [ECF No. 1394-18, 1394-19] | Floating Lien Pledge Agreement for Carnaby III, dated as of May 31, 2022 (including exhibits) **[FILED UNDER SEAL]** | | | | |
| 59. [ECF No. 1394-20] | Certified Translation of Spanish portions of Exhibit 50, Floating Lien Pledge Agreement for Carnaby II **[FILED UNDER SEAL]** | | | | |
| 60. [ECF No. 1394-21] | Certified Translation of Spanish portions of Exhibit 51, Amendment to Floating Lien Pledge Agreement for Carnaby II (including exhibits) **[FILED UNDER SEAL]** | | | | |
| 61. [ECF No. 1394-22] | Certified Translation of Spanish portions of Exhibit 52 Floating Lien Pledge Agreement for Carnaby III, dated as of May 31, 2022 **[FILED UNDER SEAL]** | | | | |
| 62. [ECF No. 1392-7] | Certification of Translations | | | | |
| | | | | | |
| 63. | Alvarez and Marshall, Summary of Findings for First Brands Group, FBG_CH1_00206939 **[FILED UNDER SEAL]** | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 64. | Email from K. Ferrier to S. Ding on July 19, 2026, FBG_CH1_00220754 **[FILED UNDER SEAL]** | | | | |
| 65. | Email chain between K. Ferrier and S. Ding from May 4, 2024 through July 21, 2026, FBG_CH1_00220512 **[FILED UNDER SEAL]** | | | | |
| 66. | Email chain between K. Ferrier and S. Kwak from May 4, 2024 through July 21, 2026, FBG_CH1_00220817 **[FILED UNDER SEAL]** | | | | |
| 67. | Bloomberg Screenshot, July 1, 2025 | | | | |
| 68. | Bloomberg Screenshot, July 1, 2025 | | | | |
| 69. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 70. | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | | | | |
| 71. | Any exhibit introduced during a deposition related to these proceedings | | | | |
| 72. | Any exhibit listed by any other party | | | | |
| 73. | Any exhibit introduced during a deposition related to these proceedings | | | | |

Dated: July 24, 2026
 Houston, Texas

**PORTER HEDGES LLP**

*/s/ John F. Higgins*
John F. Higgins (TX Bar No. 09597500)
Megan Young-John (TX Bar No. 24088700)
James A. Keefe (TX Bar No. 24122842)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
Email:  jhiggins@porterhedges.com
myoung-john@porterhedges.com
jkeefe@porterhedges.com

-and-

Allan S. Brilliant (admitted *pro hac vice*)
Gary J. Mennitt (admitted *pro hac vice*)
Stephen M. Wolpert (admitted *pro hac vice*)
**DECHERT LLP**
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Email: allan.brilliant@dechert.com
 gary.mennitt@dechert.com
 stephen.wolpert@dechert.com

*Counsel to the Carnaby Secured Lenders*

## Certificate of Service

I certify that on July 24, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ John F. Higgins

John F. Higgins