**<u>Exhibits 63–66</u>**

**[Filed Under Seal]**