**Exhibit 67**

| TRICGR TL B 1L USD Corp | Actions ▾ | Sharing ▾ | Settings ▾ | | | Page 1/12 | Security Description: Loan |
|---|---|---|---|---|---|---|---|

Notes      95) Buy      96) Sell

| 25) Tranche | 26) Deal | 27) Issuer Description |
|---|---|---|

**Pages**

| | | **Tranche Description** | | **Identifiers** | |
|---|---|---|---|---|---|
| 11) | General Info | Name | First Brands | ID Number | BL3572759 |
| 12) | Additional Info | Borrower | First Brands Group LLC | FIGI | BBG00ZLHYZD2 |
| 13) | Involved Parties | Industry | Automotive (BCLASS) | CUSIP | 31935HAD9 |
| 14) | Covenants | Purpose | Refinance | **Summary Criteria** | |
| 15) | Ratings | Status | In Bankruptcy | Leveraged | Yes |
| 16) | Amortization | | | Covenant Lite | Yes |
| 17) | Amendments | Type | TERM B | Rank 1L Gtd Sr. Secd | Call Protection | Yes |
| 18) | Pricing & Fees | | | | |
| 19) | Electronic Filing | Agent | Jefferies & Co | | |
| 20) | Contracts | Sponsors | | **Ratings** | Tranche | Issuer |
| 21) | Change History | Idx + Margin | TSFR3M + 26.16 bps + 500 bps | Moody's | WR |
| 22) | Coupons | Index Floor 100 bps   Issue Price   99.000 | | S&P | NR | NR |
| | | | | Fitch | WD | WD |

**Quick Links**

| | | | | | | | | **Dates** | |
|---|---|---|---|---|---|---|---|---|---|
| 32) | CN | News | Size | USD | 2,083,000,000 | on | 06/16/2025 | | |
| 33) | QMGR Quotes | Outstanding | USD | 1,999,175,390 | on | 06/30/2025 | Announced | 03/10/2021 |
| 34) | COMB Compare | | | | | | Signed | 03/30/2021 |
| 35) | MA | M&A | | | | | | Effective | 03/30/2021 |
| 36) | HDS | Holdings | | | | | | Maturity | 03/30/2027 |

66)  Send Tranche

---

| BL357275@BVAL Corp | Export | Settings | | | Page 1/1 | Historical Price Table |
|---|---|---|---|---|---|---|

**FIRST BRANDS GROUP LLC**

| | | | | | High | 97.500 on | 07/02/25 |
|---|---|---|---|---|---|---|---|
| Range | 06/25/2025 - 07/03/2025 | Period | Daily | Low | 94.625 on | 06/25/25 |
| Fields | Last Price | Bid Price | Currency | USD | Average | 95.527 | 95.179 |
| View | Price Table | | Source | BVAL | Net Chg | 2.688 | 2.84% |

| Date | Last Price | Bid Price | Date | Last Price | Bid Price | Date | Last Price | Bid Price |
|---|---|---|---|---|---|---|---|---|
| Fr 07/04/25 | | | | | | | | |
| Th 07/03/25 | 97.313 | 97.000 | | | | | | |
| We 07/02/25 H | 97.500 | 97.125 | | | | | | |
| Tu 07/01/25 | 94.813 | 94.500 | | | | | | |
| Mo 06/30/25 | 94.938 | 94.625 | | | | | | |
| | | | | | | | | |
| Fr 06/27/25 | 94.813 | 94.500 | | | | | | |
| Th 06/26/25 | 94.688 | 94.250 | | | | | | |
| We 06/25/25 L | 94.625 | 94.250 | | | | | | |