**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FIRST BRANDS GROUP, LLC, | ) | Case No. 25-90399 (CML) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |

**WITNESS AND EXHIBIT LIST FOR JULY 28, 2026 HEARING**

Orbian Corporation and Orbian Financial Services XXVI LLC (collectively, "Orbian")

hereby submit this Witness and Exhibit List for the hearing scheduled on July 28, 2026 at 9:00

a.m. (CT) (the "Hearing").

**WITNESSES**

Orbian reserves the right to call any witnesses designated by any other party.

**EXHIBITS**

Orbian designates the following exhibits that may be used at the Hearing (exclusive of

those that may be used for impeachment purposes):

| Exhibit No. | DESCRIPTION | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| 1. | Global Buyer Contract dated March 12, 2024 | | | | | | | |
| 2. | System Use and Supplier Payment Discount Agreement dated March 20, 2024 | | | | | | | |
| 3. | System Use and Supplier Payment Discount Agreement dated August 21, 2024 | | | | | | | |

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims
and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these
Chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Orbian requests that the Court take judicial notice of the pleadings and transcripts filed (including any and all schedules, amendments, exhibits, and other attachments thereto) in the proceedings before this Court. Orbian reserves the right to use additional demonstrative exhibits as it deems appropriate in connection with the Hearing. Orbian reserves the right to use any exhibits presented by any other party. Orbian reserves the right to amend and/or supplement this exhibit list. Orbian also reserves the right to use exhibits not listed herein for impeachment purposes at the Hearing.

*[Remainder of page intentionally left blank]*

Dated: July 24, 2026

/s/ David L. Staab
J. Frasher Murphy
Texas Bar No. 24013214
David Staab
Texas Bar No. 24093194
**HAYNES AND BOONE, LLP**
2801 North Harwood Street, Suite 2300
Dallas, Texas 75201
Telephone: (214) 651-5246
Facsimile: (214) 200-0629
Email: frasher.murphy@haynesboone.com
Email: david.staab@haynesboone.com

**COUNSEL FOR ORBIAN CORPORATION AND
ORBIAN FINANCIAL SERVICES XXVI LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas via electronic mail upon the parties that receive electronic notices in these cases.

/s/ David L. Staab
David L. Staab