# EXHIBIT 1

**ORBIAN GLOBAL BUYER CONTRACT**

This Orbian Global Buyer Contract dated as of 12 March 2024 (as amended, supplemented or otherwise modified from time to time, "Buyer Contract"), is among Orbian Corp. ("Orbian"), Orbian Financial Services XXVI LLC ("Orbian Financial Services", with Orbian, each an "Orbian Entity" and together the "Orbian Entities") and First Brands Group, LLC ("Parent") and any and all Affiliates of Parent added from time to time under the terms and conditions of this Buyer Contract by executing an Accession Agreement (each, including Parent, a "Buyer" and, collectively with the Orbian Entities, each a "Party" and collectively the "Parties").

BACKGROUND

A.  Buyer enters into commercial trade transactions with various suppliers (each, a "Supplier") for the purchase of goods and/or services, resulting in payment obligations owed by the Buyer to its respective Suppliers.

B.  Orbian provides buyers and suppliers with access to an electronic settlement system (the "Orbian System") for use in settling commercial trade transactions.

C.  Parent and each Buyer requests use of the Orbian System to settle certain of its commercial trade obligations to its Suppliers and to create an irrevocable payment obligation in favor of Orbian Financial Services to effectuate all Supplier settlements.

NOW, THEREFORE, in consideration of the mutual covenants, terms, conditions, representations and warranties contained herein, and other good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, the Parties agree as follows:

1.  Definitions.

"Accession Agreement" means the form of document attached as Appendix A.

"Affiliate" means, in relation to any Person, any entity controlled, directly or indirectly, by the Person. For purposes of this definition, "control" of any Person means ownership, directly or indirectly, of a majority of the voting power of the Person.

"Business Day" means (a) a day on which The Federal Reserve Bank of New York is open for business for all U.S. Dollar transactions; or (b) a day on which European Central Bank is open for transactions in all other Permitted Currencies.

"Deposit Cut Off Time" means (a) 2:00 p.m. New York City time for all U.S. Dollar transactions; or (b) 2:00 p.m. London time for transactions in all other Permitted Currencies.

"Documentation" means all information provided by or on behalf of Orbian describing the use of the Orbian System.

"Material Adverse Change" means in respect of any Person, an adverse change in the business, financial condition, results of operations or properties of such Person that would

1

reasonably be expected to materially adversely affect the ability of such Person to perform any of its obligations under this Buyer Contract.

"Payment Due Date" means, with respect to a Payment Instruction, the date on which the payment obligation of a Buyer under that Payment Instruction will be due and payable as specified in the related Payment Instruction Request submitted by the Buyer to the Orbian System or, if such date is not a Business Day, the first Business Day following that date.

"Payment Instruction" means the payment instructions submitted by a Buyer to Orbian through the Orbian System directing the future payment of a Stated Amount to a Supplier from Orbian on a specified due date.

"Payment Instruction Request" has the meaning set forth in Clause 13.

"Permitted Currency" means U.S. Dollars and all those additional currencies which are subsequently added to this Buyer Contract by written amendment.

"Person" means any Party to this Buyer Contract or, if the context requires, any corporation, limited liability company, natural person, joint venture, partnership, trust, unincorporated organization, government or any department or agency of any government.

"Purchaser Collection Account" has the meaning set forth in Clause 12.

"Stated Amount" means, with respect to any Payment Instruction, the amount specified in the Payment Instruction as being payable by Buyer to a Supplier on the related Payment Due Date.

2.        Right to Use Orbian System. (a) Orbian grants to each Buyer for the duration of this Buyer Contract, to use the Orbian System for the purposes set forth in this Buyer Contract in accordance with the Documentation. Orbian, its parent, subsidiaries, affiliated companies, assigns and licensors retain title to, and ownership of all proprietary rights in and to the Orbian System, including the independent components thereof (including but not limited to copyright, patent and trademark rights as well as revisions, upgrades, updates, derivative works and other improvements to the Orbian System): all such rights are reserved.

(b)       Subject to the limiting provisions of this Clause 2 (b), Orbian will indemnify and hold Buyer harmless from and against any and all claims, liabilities, losses, damages, costs and expenses, including reasonable attorneys' fees and disbursements, other dispute resolution expenses (including reasonable fees and expenses in preparation for a defense of any investigation, litigation or proceeding) and costs of collection, including any costs relating to the enforcement of this indemnity (hereinafter "Losses") arising out of or relating to any third-party claim, suit or other action alleging that the use of any portion of the Orbian System or other information supplied directly or indirectly by Orbian in accordance with this Buyer Contract infringes or misappropriates any intellectual property rights or proprietary rights of a third party; *provided, however,* this indemnity will not apply to the extent that any infringement arises (i) from the use of the Orbian System in combination with any software, hardware, other application or equipment not supplied by Orbian or approved by Orbian in writing or otherwise in breach of this Buyer Contract, and the infringement would not occur absent such combination or breach; or (ii) from

2

any modifications of Buyer's ERP system that are incompatible with the Documentation or Orbian System that are made by Buyer or any third party acting on behalf of Buyer, and the infringement would not occur absent such modifications.

3.      <u>Orbian System Use Compliance</u>. Each Buyer agrees to comply in all material respects with the Documentation for use of the Orbian System and any updates provided to each Buyer by Orbian. Written notice of any material changes to the foregoing will be provided to Buyer by Orbian no less than thirty (30) days prior to the effectiveness of such changes, provided that any such changes that constitute a Material Adverse Change will be provided to Buyer by Orbian no less than ninety (90) days prior to the effectiveness of such changes.

4.      <u>Copies of Documentation</u>. Each Buyer is permitted to print copies of Documentation and to save copies of the Documentation on its hard drives solely to exercise its authorized use rights and fulfilling its obligations under this Buyer Contract.

5.      <u>Restrictions on Use</u>. Buyer will not (a) modify, adapt, alter, translate, decompile, disassemble or otherwise reverse engineer the Orbian System by any means whatsoever; (b) rent, lease, loan or distribute the Orbian System in whole or in part; (c) use the Orbian System to provide any third-party services; or (d) use the Orbian System for investment or credit arbitrage functions or purposes, for any money laundering purpose, or in contravention of any law or regulation.

6.      <u>Security</u>. Buyer will submit all Payment Instructions only through the Orbian System. Buyer undertakes to implement appropriate security relating to its use of the Orbian System in accordance with the Documentation.

7.      <u>System Availability</u>. Orbian represents that the Orbian System will be available during normal business hours on every Business Day except as follows: there will be downtime from time to time when the Orbian System cannot be accessed (consisting principally of minor maintenance performed during off-hours); *provided, however,* that Orbian will provide three (3) Business Days' notice before any planned downtime and will notify Buyer as soon as possible of any unplanned downtime. Buyer is responsible for providing and maintaining, and Orbian has no liability or responsibility in respect of, any software, hardware, other application or equipment not supplied by or on behalf of Orbian, or utility services that any Buyer utilizes to use or maintain a link to the Orbian System.

8.      <u>Representations, Warranties, Covenants and Acknowledgements of Each Buyer</u>. (a) Each Buyer warrants, solely as to itself, to the Orbian Entities as of the date hereof, and on each date a Payment Instruction is delivered that:

> (i)    the underlying transactions between Buyer and the applicable Supplier contained in a Payment Instruction (A) are genuine and lawful commercial trade transactions arising in the ordinary course of business for the sale and purchase of goods and/or services, (B) were not, to the Buyer's knowledge, the product of duress or fraud (including fraud in the inducement), (C) are not illegal and (D) were not entered by the Buyer when it lacked legal capacity;

3

(ii)    this Buyer Contract constitutes the legal, valid and binding obligation of the Buyer enforceable against it in accordance with its terms, except as may be limited by bankruptcy, insolvency, reorganization or other similar laws from time to time in effect affecting the enforcement of creditors' rights generally and by general principles of equity, regardless of whether considered in a proceeding in equity or at law; and

(iii)    each underlying transaction and/or account receivable related to each Payment Instruction between Buyer and a Supplier constitutes the legal, valid and binding obligation of the Buyer enforceable against the Buyer in accordance with its terms, except as may be limited by Buyer's bankruptcy, insolvency, reorganization or other similar laws from time to time in effect affecting the enforcement of creditors' rights generally and by general principles of equity, regardless of whether considered in a proceeding in equity or at law.

(b)    Buyer will not (i) consent or agree to any amendment, modification, waiver or settlement of any underlying payment obligation of Buyer to a Supplier which would cancel, reduce or delay such obligation once Buyer has submitted a Payment Instruction Request with respect to such obligation (which Payment Instruction Request has been accepted by Orbian pursuant to Clause 13); *provided, however,* that (A) Buyer may pursue with a Supplier adjustments in price or quantity or other remedies with respect to any other legal obligation of Buyer to a Supplier (with respect to which Buyer has not made a Payment Instruction Request) in connection with any claim of Buyer, and (B) Buyer may consent or agree to any such amendment, modification, waiver or settlement of any such obligation after it has paid the Stated Amount in full of the Payment Instruction into the Purchaser Collection Account; or (ii) make any payments to any Supplier which impact the Stated Amount of the related Payment Instruction until such Stated Amount has been paid into the Purchaser Collection Account in full.

(c)    Buyer will prepare its financial statements (if any) in substantial compliance with all material requirements of generally accepted accounting principles applicable to its respective place of business (i.e., GAAP).

(d)    Buyer acknowledges that (i) it has neither sought nor received any accounting, legal or tax advice from either Orbian Entity (or any agents or employees of the Orbian Entities), and (ii) it has relied on its own independent accounting, legal and tax advisors in evaluating the transactions agreed to hereunder.

(e)    Parent represents and warrants to the Orbian Entities as follows:

(i)    Parent is duly organized, validly existing and in good standing under the laws of Delaware.

(ii)    Parent has the requisite company power and authority to execute, deliver and perform its obligations under this Buyer Contract and to comply with all provisions of this Buyer Contract applicable to it, and all necessary resolutions, authorizations or other proceedings of Buyer have been duly taken to authorize its execution, delivery and performance of this Buyer Contract.

4

(iii)   No authorizations, approvals or consents of, and no filings or registrations with, any governmental authority are required to be obtained by the Parent necessary for the execution, delivery or performance by Parent of this Buyer Contract.

(iv)   The execution and delivery of this Buyer Contract by Parent and the performance by it of its obligations under this Buyer Contract will not (A) constitute a violation by Parent of its organizational documents or (B): (Y) conflict with, or result in a breach or default under, any existing obligation of Parent under any indenture, loan agreement or any agreement or instrument which could, individually or in the aggregate, reasonably be expected to result in a Material Adverse Change to the Parent or on the ability of the Parent to execute, deliver or perform its obligations under this Buyer Contract or (Z) result in the creation or imposition of (or obligation to create or impose) any lien or encumbrance on, or security interest in, any property of Parent pursuant to the provisions of any such indenture, loan agreement or any agreement or instrument which could, individually or in the aggregate, reasonably be expected to result in a Material Adverse Change to the Parent or on the ability of the Parent to execute, deliver or perform its obligations under this Buyer Contract.

(v)   There is no action, suit, litigation or proceeding pending or currently threatened against Parent that purports to affect the legality, validity or enforceability of this Buyer Contract, the right of Parent to enter into this Buyer Contract, or to consummate the transactions contemplated hereby, or that could reasonably be expected to result in, individually or in the aggregate, a Material Adverse Change on Parent or on the ability of Parent to execute, deliver or perform its obligations under this Buyer Contract.

9.      Representations, Warranties, Covenants and Acknowledgements of the Orbian Entities.  Each Orbian Entity represents and warrants as to itself, and Orbian represents and warrants as to Orbian Financial Services, to Buyer as of the date hereof, on each date a Payment Instruction is delivered, and on each Payment Due Date that:

(i)      The Orbian Entity is a corporation or limited liability company, respectively, duly organized, validly existing and in good standing and is duly qualified to do business and is in good standing in every jurisdiction where the nature of its business requires it to be so qualified.

(ii)      Orbian Financial Services is a wholly-owned subsidiary of Orbian.

(iii)      The execution, delivery and performance by the Orbian Entity of the agreements to which it is a party: (A) are within its organizational powers; (B) have been duly authorized by all necessary action; (C) do not contravene or result in a default under or conflict with: (W) its organizational documents, (X) any law, rule or regulation applicable to it, (Y) any indenture, loan agreement, mortgage, deed of trust or other material agreement or instrument to which it is a party or by which it is bound or (Z) any order, writ, judgment, award, injunction or decree binding on or affecting it or any of its property.

(iv)     No authorization, approval or other action by, and no notice to or filing with, any governmental authority or other Person is required for its due execution, delivery and performance by the Orbian Entity of any agreement to which the Orbian Entity is a party.

(v)     Each agreement to which the Orbian Entity is a party constitutes the legal, valid and binding obligation of the Orbian Entity enforceable against it in accordance with its terms, except as enforceability may be limited by bankruptcy, insolvency, reorganization or other similar laws from time to time in effect affecting the enforcement of creditors' rights generally and by general principles of equity, regardless of whether such enforceability is considered in a proceeding in equity or at law.

(vi)     There is no pending or, to the best knowledge of the Orbian Entity, action or proceeding threatened affecting the Orbian Entity or any of its properties before any governmental authority or arbitrator.

(vii)     The Orbian Entity is not in default under any obligation to pay money to any Person except for matters being disputed in good faith that do not involve an obligation on a promissory note or other debt instrument.

10.     Warranty Exclusions. No representation, warranty, term or condition, express or implied, statutory or otherwise, is given or assumed by either Orbian Entity in respect of (a) the Orbian System (except for express representations and warranties of Orbian herein regarding the Orbian System given above), (b) each Buyer's underlying commercial transactions with its Suppliers or (c) the goods or services to which such underlying transactions relate (regardless of any assistance that Orbian may, in its sole discretion, provide to a Buyer with respect to such transactions or any actual or constructive knowledge of such transactions which Orbian may have). All such representations, warranties, terms and conditions are excluded, except to the extent that this exclusion is prohibited by law. WITHOUT LIMITING THE FOREGOING, EACH BUYER UNDERSTANDS THAT NEITHER ORBIAN ENTITY IS GIVING ANY REPRESENTATION OR WARRANTY REGARDING THE FOREGOING AS TO CONDITION, PERFORMANCE, FITNESS FOR A PARTICULAR PURPOSE, SUITABILITY, MERCHANTABILITY, QUALITY OR OTHERWISE, OR AS TO NON-INFRINGEMENT, EXCEPT AS EXPRESSLY PROVIDED HEREIN.

11.     Fees and Charges. Buyer will not pay any fees, commissions or other amounts with respect to the services of Orbian in relation to this Buyer Contract or use of the Orbian System (the "Fees") unless such Fees are agreed upon in a signed writing between the parties and approved by the Buyer to be charged.

12.     Purchaser Collection Account. Upon the execution of this Buyer Contract, Orbian Financial Services will designate one (1) account established for each Permitted Currency for the funding of Payment Instructions (each, a "Purchaser Collection Account"). Neither Orbian Entity will be under any duty or obligation to pay any interest or earnings on or with respect to amounts held or deposited hereunder. Funds deposited to the Purchaser Collection Account will be held in trust for the exclusive benefit of the Buyer until distributed in accordance with Clause 15 of this Buyer Contract. Each Orbian Entity covenants and agrees that, except as specifically set

6

forth herein, it will have no claim to or against any funds deposited into the Purchaser Collection Account until such funds are fully distributed in accordance with Clause 15.

13. Payment Instruction Requests. A Buyer may from time to time make a payment instruction request through the Orbian System (a "Payment Instruction Request") containing a Payment Instruction. Orbian will either accept, question or reject the Payment Instruction Request within three (3) Business Days. If accepted by Orbian, Orbian will notify the Buyer of acceptance and will notify the Supplier identified in the Payment Instruction of the terms and provisions of the Payment Instruction through the Orbian System. If not accepted by Orbian, Orbian will notify the Buyer to that effect and the Payment Instruction will be deemed cancelled by the Buyer. Without limiting the foregoing, Orbian will not be obligated to accept any Payment Instruction with respect to a payment that would be constrained pursuant to any law, rule or regulation (U.S. or foreign) applicable thereto.

14. Funding Obligation. (a) By submitting a Payment Instruction Request which is accepted by Orbian pursuant to Clause 13, the Buyer agrees (subject to the acceptance of such Payment Instruction Request by Orbian) to pay or cause to be paid the Stated Amount of the related Payment Instruction into the Purchaser Collection Account in immediately available funds in full at or before the Deposit Cut Off Time on the related Payment Due Date. Failure to pay the Stated Amount in full on the related Payment Due Date is a breach by the applicable Buyer under this Buyer Contract and each Orbian Entity will be entitled to exercise all rights and remedies available under this Buyer Contract or otherwise available by law or in equity to enforce payment of such amount until such amount will be paid in full to the Purchaser Collection Account, subject further to the Buyer's Payment Indemnity set forth in Clause 15 (c).

(b) The obligations of Buyer under this Clause 14 will be irrevocable, independent of, and not affected by, and such Buyer agrees to pay all amounts due from it under this Buyer Contract notwithstanding, (i) the alleged invalidity or unenforceability of any underlying transaction or account receivable owed by it, (ii) any right (including without limitation any right of recoupment) that either Orbian Entity or any Buyer may have against any Supplier or (iii) any dispute and/or liability (including without limitation disputes and/or liabilities with respect to non-conforming goods, failure to deliver goods, representations, warranties, conditions, terms, fitness for particular purpose, suitability, merchantability or quality) between or among the Buyer and (A) any Supplier with respect to any underlying transaction, (B) either Orbian Entity with respect to this Buyer Contract or any other contractual arrangement to which Buyer and either Orbian Entity is a party or (C) any third party with respect to any contractual arrangement. Buyer acknowledges and agrees, without qualification, that any of Buyer's claims or defenses relating to any of the foregoing will be adjudicated against the Supplier, Orbian or the appropriate third party (as applicable) only, separate and distinct from Buyer's obligation to make payment under this Clause 14.

(c) Buyer waives any and all legal or equitable defenses, setoffs, deductions, rights of recoupment and claims (including, but not limited to, defenses related to duress, illegality, lack of legal capacity or discharge in insolvency of any entity other than such Buyer, and [to the extent not committed by either Orbian Entity] fraud or fraud in the inducement) that might otherwise be available to contest, negate, reduce, disaffirm, or otherwise impact Buyer's payment obligation

7

under this Clause 14. Buyer acknowledges that its undertakings and waivers under this Clause 14 are entered knowingly and voluntarily and on an informed basis.

15.      Distribution to Supplier; Orbian Financial Services. (a) Provided that sufficient funds are available in the Purchaser Collection Account at or before the Deposit Cut Off Time on the Payment Due Date with respect to each Payment Instruction, Orbian will make payment to the Supplier specified in the applicable Payment Instruction (or pursuant to Clause 16, the Supplier's designee, if applicable) on such Payment Due Date. Such payment will be made to a bank account specified by the Supplier (or such Supplier's designee, if applicable). In the event that on any day the funds deposited by a Buyer in the Purchaser Collection Account are insufficient to satisfy all claims in respect of Payment Instructions that are due and payable or past due on any relevant Payment Due Date, such funds will constitute payment by the Buyer in respect of, and Orbian will allocate the funds to, the Payment Instructions in accordance with their respective Payment Due Dates (with the earliest Payment Due Dates paid first) and pro-rata among Payment Instructions with the same Payment Due Dates.

(b)      Buyer acknowledges that Orbian Financial Services may purchase certain receivables under a separate agreement with Suppliers (each such receivable purchased, a "Purchased Receivable"). Such purchase by Orbian Financial Services is intended to transfer and assign the right to receive payment for such Purchased Receivable in a "true sale" and not in connection with any financing. Buyer agrees that its payment obligations relative to any Payment Instruction to pay the Stated Amount on the Payment Due Date with respect to any Purchased Receivable will be governed by the terms and conditions of this Buyer Contract (including, but not limited to Clause 15 (c) below), and the Orbian Entities agree that payment in full of the Stated Amount to the Purchaser Collection Account with respect to any Purchased Receivable satisfies and discharges Buyer's obligation with respect to that particular Purchased Receivable and Payment Instruction related thereto.

(c)      In the event that all or a portion of the Stated Amount of any Payment Instruction is not paid due to insufficient funds in the Purchaser Collection Account on the applicable Payment Due Date then, in addition to all other rights and remedies available to either Orbian Entity, Buyer will indemnify Orbian for all reasonable costs and expenses, including any reasonable attorneys' fees, all late payment interest, all late payment costs and any and all charges incurred by Orbian because of Buyer's failure to perform and breach of this Buyer Contract (the "Buyer's Payment Indemnity"). Amounts payable by the Buyer under this Clause 15 (c) as Buyer's Payment Indemnity will be paid into the Purchaser Collection Account within three (3) days of written demand therefore.

16.      Supplier Designee. A Supplier may designate Orbian Financial Services (or other Person identified with Buyer's consent) to receive payment of the amounts otherwise payable by Buyer to the Supplier on the applicable Payment Due Date, such designation to be made by irrevocable notice delivered by such Supplier to Orbian through the Orbian System prior to such Payment Due Date. Buyer hereby authorizes Orbian to make payment to Orbian Financial Services (or other identified Person) in this case. Buyer's acceptance of this Clause 16 will act as a waiver of any provision to the contrary in any agreement between Buyer and the applicable Supplier. Orbian will not accept any instruction from a Supplier to make any payment under a Payment Instruction to any other Person unless (a) such Supplier agrees to forever discharge its right to

8

receive payment of the Stated Amount related thereto and (b) the Person designated to receive such payment acknowledges and agrees that once the Stated Amount is received by such Person, such receipt forever satisfies and discharges any and all obligation that Buyer has to pay the Stated Amount (to such Supplier or any other Person).

17.    Information, Data and Access.  Buyer and each Orbian Entity will maintain sufficient records of all transactions concluded by it utilizing the Orbian System and otherwise with respect to its obligations and activities under or relating to this Buyer Contract, including information with respect to any underlying commercial trade transaction (or associated disputes) to which it is a party, and with respect to compliance of such transactions with applicable laws and regulations. Buyer and each Orbian Entity will retain each record required under this Clause 17 during the term of this Buyer Contract and, if applicable, for such longer period as may be required by law or regulation. Each Buyer and each Orbian Entity will allow representatives of the Parties or their designees, at reasonable times upon reasonable notice, to examine and take copies of any of such records relating to this Buyer Contract and the transactions contemplated hereby which are reasonably required to comply with an order, instruction or request from any governmental, administrative, judicial or emergency body or any other authority of competent jurisdiction. Any such documents will be returned to, or destroyed only with the consent of, the relevant Party once such access is no longer required. Notwithstanding the foregoing, should any Party receive a subpoena, such subpoena will be for that Party's information, and not any other Party's information. Disclosure of any information belonging to Buyer must be subpoenaed directly from Buyer.

18.    No Impairment of Rights and Remedies.  Nothing herein will be construed to limit any claim which a Buyer may have, or impair any remedy which a Buyer may seek, against (a) any Supplier with respect to any underlying transaction or (b) the Orbian Entities with respect to this Buyer Contract; *provided, however,* that the Buyer's obligation hereunder to remit payment pursuant to Clause 14 and the Orbian Entities' obligation hereunder to distribute funds to a Supplier (or its designee) pursuant to Clauses 15 and 16 will not be affected by any claim of, or exercise of rights and remedies of, the Buyer against a Supplier or either Orbian Entity. Buyer may not offset any claim against either Orbian Entity with respect to this Buyer Contract against Buyer's obligations pursuant to any Payment Instructions under this Buyer Contract.

19.    Waivers; Severability.  No failure or delay in exercising any right or remedy under this Buyer Contract will constitute a waiver of that right or remedy. If any provision of this Buyer Contract is or becomes illegal, invalid or unenforceable under any applicable law, the remaining provisions of this Buyer Contract will remain in full force and effect.

20.    Indemnification and Limitations of Liability.  (a) In addition to the Buyer's Payment Indemnity, Buyer will indemnify, defend, protect and hold harmless each of the Orbian Entities and their respective officers, directors, employees and representatives from and against Losses to the extent arising out of or resulting from the failure of Buyer to perform its duties or obligations in accordance with the provisions of this Buyer Contract or from any inaccuracy of any representation or warranty made by such Buyer herein. Such obligation will not extend to Losses to the extent they result from the negligence or willful misconduct of either Orbian Entity or their respective officers, directors, employees or representatives.

(b)     Orbian Financial Services solely with respect to itself, and Orbian with respect to itself and Orbian Financial Services, shall indemnify, defend, protect and hold harmless Buyer and its officers, directors, employees and representatives from and against any Losses to the extent arising out of or resulting from the failure of such Orbian Entity to perform its duties or obligations in accordance with the provisions of this Buyer Contract or from any inaccuracy of any representation or warranty made by such Orbian Entity in this Buyer Contract. Such obligation will not extend to Losses to the extent they result from the negligence or willful misconduct of Buyer or its officers, directors, employees or representatives.

(c)     In the absence of negligence or willful misconduct on its part in the performance of its duties hereunder, Orbian shall not be liable for any action taken, suffered, or omitted in accordance with any direction or request of Buyer.

(d)     No Party will be liable to another Party for any indirect, exemplary, special, punitive, incidental, or consequential damages or loss, even if advised of the possibility of such loss or damage. No Party will be liable for any claims, liabilities or expenses due to any acts of war (declared or undeclared), hostilities, guerilla activities, terrorist activities, act of sabotage, blockade, earthquake, flood, land slide, avalanche, tremor, ground movement, hurricane, storm, riot, insurrection, civil commotion, revolution, pandemic, epidemic, nuclear or natural catastrophes or acts of God or due to forces beyond its control which create a general and substantial disruption of business activities in its industry and/or location and make performance impractical or impossible; it being understood, for the avoidance of doubt, that the preceding will in no way excuse performance of any obligation of such party which was impeded by any such event once such event has abated.

(e)     Each Orbian Entity covenants and agrees that it will correct or rectify any error or mistake on its part in the performance of its duties hereunder, including, but not limited to, its handling of Payment Instructions provided by each Buyer, and will indemnify and hold harmless each Buyer for any Losses to the extent arising out of, or resulting from such error or mistake.

21.     No Implied Duties. Each of the Parties hereto owes no duty or obligation to any other Party other than as expressly stated in this Buyer Contract.

22.     Assignment. Neither Buyer nor Orbian may assign, whether by transfer, merger, operation of law, sales, or any other means, or delegate ("Assign") any of their respective rights or obligations, and Orbian Financial Services may not Assign any of its obligations (but may at any time assign its rights), under this Buyer Contract without the prior written consent of each other Party; *provided, however,* Orbian and Buyer may Assign all or a portion of its obligations under this Buyer Contract without the consent of the other Parties at any time to any of their respective Affiliates or any Person resulting from any merger, conversion or consolidation to which such Party will be a party upon written notice to the other Parties; provided that such Party will remain fully liable for its obligations under this Buyer Contract after such Assignment.

23.     Termination. Either Orbian Entity may terminate this Buyer Contract with respect to any Buyer upon at least ninety (90) days' prior written notice. Each Buyer may terminate this Buyer Contract at-will. Notwithstanding the foregoing, (a) either Orbian Entity may terminate this Buyer Contract after thirty (30) days' written notice of material breach of this Buyer Contract

by a particular Buyer; and after three (3) days' written notice of breach of any payment obligation of any Buyer hereunder; and (b) either Orbian Entity may terminate this Buyer Contract with respect to any Buyer if at any time the Buyer is insolvent or is the subject of any case, action or proceeding relating to bankruptcy, reorganization, insolvency or other similar laws for the relief of debtors (provided, however, that in the event such proceeding is involuntary, the Buyer will have a sixty (60) day grace period to have such proceeding stayed or dismissed). Upon any termination of this Buyer Contract, Orbian will no longer accept Payment Instruction Requests from the terminated Buyer; *provided, however,* that subject to Clause 15, Orbian will be obligated to pay on the applicable Payment Due Date each outstanding Payment Instruction which Orbian has received and accepted prior to the time of termination; and *provided, further,* that the terminated Buyer will remain responsible to fund the Purchaser Collection Account pursuant to Clause 14 with respect to each Payment Instruction which is due and outstanding at the time of termination.

24.     Survival. If this Buyer Contract is terminated in accordance with Clause 23, then this Buyer Contract will become null and void and of no further force and effect, except that (a) all of its provisions will continue to apply to Payment Instructions due and outstanding on the date this Buyer Contract is terminated until all such Payment Instructions have been satisfied in full, and (b) all confidentiality, security, indemnity, payment and reimbursement, and limitation of liability provisions of this Buyer Contract will survive and remain in full force and effect notwithstanding such termination and the payment of all amounts owing hereunder.

25.     Governing Law. This Buyer Contract and all matters arising out of or in any way relating to this Buyer Contract will be construed in accordance with and governed by the laws of Ohio (without regard to choice of law principles).

26.     Waiver of Jury Trial. The Parties waive any rights they may have to a jury trial of any claim or cause of action based on or arising from this Buyer Contract.

27.     Notices. Any notice to be given under this Buyer Contract will be sent to the addresses specified below. This Buyer Contract may be executed in counterparts, each of which will be an original and all of which will constitute the same instrument.

28.     No Third-Party Beneficiaries. Other than as specifically set forth hereinabove in respect of each Buyer and the Orbian Entities, and their respective successors and assigns to the extent permitted under this Buyer Contract, nothing herein, express or implied, shall give to any third party any benefit of any legal or equitable right, remedy or claim hereunder.

29.     Entire Agreement; Amendments. This Buyer Contract constitutes the entire agreement and understanding between each Buyer and the Orbian Entities concerning the subject matter hereof and supersedes all prior or contemporaneous written or oral agreements regarding such subject matter. No modification or amendment of this Buyer Contract will be binding upon any Party unless in writing and signed by an officer of each Party.

30.     Compliance. Each Buyer and the Orbian Entities will comply with all relevant laws and regulations applicable to this Buyer Contract and transactions conducted using the Orbian System including, without limitation, all applicable sanctions and export control laws.

31.     <u>Adding an Affiliate as an Additional Buyer</u>. Parent may add an Affiliate as a Buyer under this Buyer Contract with the prior written consent of the Orbian Entities, subject to certain further documentation including, but not limited to, acceptance of the terms of this Buyer Contract under the Accession Agreement attached as Appendix A.

IN WITNESS WHEREOF, each of the Parties hereto has executed this Buyer Contract as of the date and year first above written.

First Brands Group, LLC

Signed: _____

Name: Edward James

Title: Executive Vice President

Address: 127 Public Square, Suite 5300

Cleveland, Ohio 44114

Orbian Corp.

Signed: _____

Name: Christina H. Nguyen

Title: General Counsel

Address: 2175 Salk Avenue, Suite 160
Carlsbad, CA 92008

Orbian Financial Services XXVI LLC

Signed: _____

Name: Christina H. Nguyen

Title: General Counsel

Address: 2175 Salk Avenue, Suite 160
Carlsbad, CA 92008

13