**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § § | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § § § | **Case No. 25-90399 (CML)** |
| **Debtors.**[1] | § § § | **(Jointly Administered)** |

**LAM PARTIES' WITNESS AND EXHIBIT LIST FOR**
**HEARING SCHEDULED FOR JULY 28, 2026 AT 9:00 A.M. (CENTRAL TIME)**

Leucadia Asset Management LLC, acting through its Point Bonita Capital Division, LAM Trade Finance Group LLC, and LAM TFG I SPV LLC (collectively, the "**LAM Parties**") file this witness and exhibit list (the "**Witness and Exhibit List**") for the hearing scheduled to begin on **July 28, 2026 at 9:00 a.m. (Central Time)** (or as such hearing may be continued or rescheduled, the "**Hearing**"). The LAM Parties reserve the right to supplement or amend this Witness and Exhibit List at any time prior to or during the Hearing.

## **WITNESSES**

The LAM Parties may call any of the following witnesses at the Hearing:

1. Any witnesses necessary to authenticate a document;

2. Any witnesses called or designated by any other party; and

3. Any witnesses necessary to rebut the evidence or testimony of any witness offered or designated by any other party.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

4932-4297-3632

# EXHIBITS

The LAM Parties may offer into evidence any one or more of the following exhibits at the Hearing:

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION |
|---|---|---|---|---|---|---|
| 1. | Debtors' Responses and Objections to Interrogatories | | | | | |
| 2. | Debtors' Supplemental Responses and Objection to LAM Parties Interrogatory Nos. 5, 6, 8, 10, 14 & 16 | | | | | |
| 3. | July 23, 2026 Email from C. Calabrese | | | | | |
| 4. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | | |
| 5. | Any exhibit listed by any other party | | | | | |
| 6. | Any pleading or other document filed on the docket of these chapter 11 cases | | | | | |

[*Remainder of page intentionally left blank.*]

2

4932-4297-3632

3

Dated:  July 24, 2026
Houston, Texas

*/s/ Paul E. Heath*

**VINSON & ELKINS LLP**
Paul E. Heath (TX 09355050)
Matthew D. Struble (TX 24102544)
845 Texas Avenue, Suite 4700
Houston, TX  77002
Tel:  713.758.2222
Email: pheath@velaw.com
     mstruble@velaw.com

**WACHTELL, LIPTON, ROSEN & KATZ**
Emil A. Kleinhaus (admitted *pro hac vice*)
Angela K. Herring (admitted *pro hac vice*)
Michael H. Cassel (admitted *pro hac vice*)
51 West 52nd Street
New York, NY  10019
Tel:  212.403.1332
Email: eakleinhaus@wlrk.com
     akherring@wlrk.com
     mhcassel@wlrk.com

***COUNSEL TO THE LAM PARTIES***

3

4932-4297-3632

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on July 24, 2026 I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Paul E. Heath*
One of Counsel

4

4932-4297-3632