**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | : Chapter 11 |
| | : |
| FIRST BRANDS GROUP, LLC, *et al.*, | : Case No. 25-90399 (CML) |
| | : |
| Debtors.[1] | : (Jointly Administered) |
| | : |

**PATRICK JAMES' WITNESS AND EXHIBIT LIST FOR**
**CONFIRMATION HEARING SCHEDULED FOR JULY 28, 2026**

---

[1]   A complete list of the Debtors in these chapter 11 cases (the "**Chapter 11 Cases**") may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these Chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

1

| Main Case No: 25-90399 (CML) | Name of Debtor: First Brands Group, LLC, *et al.* |
|---|---|
| | |
| | |
| | Judge: Christopher Lopez |
| Witnesses: | Courtroom Deputy: Yesenia Lila |
| | Hearing Date and Time: July 28, 2026, at 9:00 a.m. (Central Time) |
| Mr. James reserves the right to call any witness called or designated by any other party | Party's Name: Patrick James, *et al.* |
| Mr. James reserves the right to call any witness as a rebuttal witness to respond to evidence or testimony of any witness offered or designated by any other party | Attorneys' Name:  James C. Tecce, Erica S. Weisgerber, Anil Makhijani, Cameron Kelly |
| | Attorneys' Phone: 713-221-7000 |
| | Nature of Proceeding: Objection to Confirmation of Joint Plan |

## EXHIBITS

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| PJ1 | ABL Agreement (FBG_CH1_00037298-FBG_CH1_00037499) | | | | |
| PJ2 | Second Lien Credit Agreement (Docket No. 1285-11 filed in Case 25-90399) | | | | |
| PJ3 | Amended and Restated LLC Agreement of First Brands Group Holdings, LLC (FBG_CH1_00096555-FBG_CH1_00096593) | | | | |
| PJ4 | First Lien Credit Agreement (Docket No. 1285-9 filed in Case 25-90399) | | | | |
| PJ5 | BDO Financials 2023 (FBG_CH1_00103804-FBG_CH1_00103845) | | | | |
| PJ6 | BDO Financials 2024 (FBG_CH1_00103633-FBG_CH1_00103678) | | | | |
| PJ7 | First Moore Declaration (Docket No. 22 filed in Case 25-90399) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| PJ8 | First Day Hearing Transcript (Docket No. 307-2 filed in Case 25-90399) | | | | |
| PJ9 | General Ledger, Exhibit 4 from PI Hearing (Docket No. 35-4 filed in Adversary 25-3803) | | | | |
| PJ10 | Jerneycic Deposition Excerpt (Docket No. 1279-5 filed in Case 25-90399) | | | | |
| PJ11 | Renewed Motion of Patrick James and Related Entities to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) Debtors' Amended Complaint for Failure to State a Claim, or, Alternatively, Pursuant to Fed. R. Civ. P. 12(e) for More Definite Statement (Docket No. 155 filed in Adversary 25-3803) | | | | |
| PJ12 | Order Granting Emergency Motion to Amend Case Schedule (Docket No. 160 filed in Adversary 25-3803) | | | | |
| PJ13 | Government Stay Motion (Docket No. 167 filed in Adversary 25-3803) | | | | |
| PJ14 | Stay Order (Granting Government's Motion) (Docket No. 181 filed in Adversary 25-3803) | | | | |
| PJ15 | First Brand Group LLC Summary of Findings (FBG_CH1_00206939-FBG_CH1_00207212) | | | | |
| PJ16 | May 8, 2026 Order (Docket No. 191 filed in Adversary 25-3803) | | | | |
| PJ17 | Order Granting Case Deadline Clarification (Docket No. 195 filed in Adversary 25-3803) | | | | |

Mr. James reserves the right to supplement or amend this Witness and Exhibit List at any time before the Hearing.  Mr. James reserves the right to use any exhibit from any other exhibit list, or any document whether listed or not on this or another list, for rebuttal or impeachment purposes to respond to evidence or testimony of any witness offered or designated by any other party.

3

Date:   July 24, 2026
       Houston, Texas

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

*/s/ Cameron Kelly*

Cameron Kelly
TX SBN: 24120936
700 Louisiana Street, Suite 3900
Houston, Texas 77002
Telephone: (713) 221-7000
cameronkelly@quinnemanuel.com

James C. Tecce*
Anil Makhijani*
Jack Robbins*
Grace Sullivan*
295 5th Avenue
New York, NY  10016
Telephone: (212) 849-7000

-and-

**DEBEVOISE & PLIMPTON LLP**
Erica S. Weisgerber*
Matthew J. Sorensen*
Emily Morgan*
66 Hudson Boulevard
New York, NY  10001
Telephone: (212) 909-6000
eweisgerber@debevoise.com
mjsorensen@debevoise.com
emorgan@debevoise.com
*admitted *pro hac vice*

*Attorneys for Patrick James and the Related Entities*

4

## **CERTIFICATE OF SERVICE**

I, Cameron Kelly, hereby certify that on July 24, 2026, I caused a true and correct copy of the foregoing document to be served by the Court's CM/ECF system on all parties entitled to notice, and was served by electronic mail on the Debtors' counsel.

*/s/ Cameron Kelly*
Cameron Kelly