# EXHIBIT PJ1

# FILED UNDER SEAL