# EXHIBIT PJ3

# FILED UNDER SEAL