# EXHIBIT PJ5

# FILED UNDER SEAL