# EXHIBIT PJ6

# FILED UNDER SEAL