# EXHIBIT PJ9

# FILED UNDER SEAL