# EXHIBIT PJ10

# FILED UNDER SEAL