# EXHIBIT PJ12

United States Bankruptcy Court
Southern District of Texas

**ENTERED**
February 04, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

-----------------------------------------------------------------x-----------------------------------------------------

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11** |
|  | : |  |
| **FIRST BRANDS GROUP, LLC, *et al.*,**[1] | : | **Case No. 25-90399 (CML)** |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |
|  | : |  |

-----------------------------------------------------------------x-----------------------------------------------------

|  |  |  |
|---|---|---|
| **FIRST BRANDS GROUP, LLC, *et al.*,** | : |  |
|  | : |  |
| **Plaintiffs,** | : | **Adv. Pro. No. 25-03803 (CML)** |
|  | : |  |
| v. | : |  |
|  | : |  |
| **PATRICK JAMES, THE PATRICK JAMES** | : |  |
| **TRUST, ALBION REALTY, LLC, ALESTER** | : |  |
| **TECHNOLOGIES LLC, BATTERY PARK** | : |  |
| **HOLDINGS LLC, LARCHMONT LLC,** | : |  |
| **PEGASUS AVIATION, LLC, MICHAEL** | : |  |
| **BAKER, PETER ANDREW BRUMBERGS,** | : |  |
| **STEPHEN GRAHAM, JOHN AND JANE** | : |  |
| **DOE(S) 1-100, and ABC CORPORATION(S)** | : |  |
| **1-100,** | : |  |
|  | : |  |
| **Defendants.** | : |  |

**ORDER GRANTING EMERGENCY MOTION TO AMEND CASE SCHEDULE**

---

[1]     A complete list of Debtors in these chapter 11 cases may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

The Court considered the Emergency Motion to Amend Case Schedule filed by First Brands Group, LLC and its debtor affiliates at ECF No. 152, and the related objection and responses to the Motion.

**IT IS THEREFORE, ORDERED THAT:**

1.      All defendants must respond to the Amended Complaint within 60 days.

2.      All discovery shall be stayed and all existing case deadlines shall be stricken pending the 60-day response period.

3.      All parties shall meet and confer and submit a joint proposed amended case schedule within seven days after the submission of responses to the Amended Complaint.


Signed:  February 04, 2026

Christopher Lopez
United States Bankruptcy Judge

2