# EXHIBIT PJ14

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIRST BRANDS GROUP LLC, *et al.*, | § | CASE NO. 25-90399 (CML) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

| | | |
|---|---|---|
| FIRST BRANDS GROUP LLC *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | Adversary Proc. No. 25-03803 (CML) |
| PATRICK JAMES, THE PATRICK JAMES TRUST, ALBION REALTY, LLC, ALESTER TECHNOLOGIES LLC, BATTERY PARK HOLDINGS LLC, LARCHMONT LLC, PEGASUS AVIATION, LLC, MICHAEL BAKER, PETER ANDREW BRUMBERGS, STEPHEN GRAHAM, JOHN AND JANE DOE(S) 1-100, and ABC CORPORATION(S) 1-100, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court considered the United States of America's Amended Motion to Intervene and Stay Discovery and Supporting Memorandum of Law (Adv. ECF No. 167) and the Objection filed at Adv. ECF No. 169. The Court finds that good cause exists for intervention and discovery stay. Thus, the Motion is **GRANTED**. This Court has the inherent power to enter a stay of proceedings in the interest of justice, or in order to advance the interest of

---

[1] A complete list of Debtors in these chapter 11 cases may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

judicial economy, or to preserve the resources of the parties. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).

In light of the reasons set forth in the Motion, the Court hereby **STAYS** all discovery in this case, pending the resolution of the parallel criminal case, *United States* v. *Patrick James & Edward James*, 26 Cr. 29 (AT) (S.D.N.Y.).  The parties are directed to file as to the status of the parallel criminal case no later than July 13, 2026, and advise whether any modification of this stay is warranted.

Signed:  April 17, 2026

Christopher Lopez
United States Bankruptcy Judge