# EXHIBIT PJ15

# FILED UNDER SEAL