# EXHIBIT PJ16

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 08, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

```
---------------------------------------------------------x
                                              :
In re                                         :    Chapter 11
                                              :
FIRST BRANDS GROUP, LLC, et al.,¹             :    Case No. 25-90399 (CML)
                                              :
        Debtors.                              :    (Jointly Administered)
                                              :
                                              :
---------------------------------------------------------x
                                              :
FIRST BRANDS GROUP, LLC, et al.,              :
                                              :
        Plaintiffs,                           :    Adv. Pro. No. 25-03803 (CML)
                                              :
v.                                            :
                                              :
PATRICK JAMES, THE PATRICK JAMES             :
TRUST, ALBION REALTY, LLC, ALESTER           :
TECHNOLOGIES LLC, BATTERY PARK               :
HOLDINGS LLC, LARCHMONT LLC,                 :
PEGASUS AVIATION, LLC, MICHAEL               :
BAKER, PETER ANDREW BRUMBERGS,               :
STEPHEN GRAHAM, JOHN AND JANE                :
DOE(S) 1-100, and ABC CORPORATION(S)         :
1-100,                                        :
                                              :
        Defendants.                           :
```

**MAY 8, 2026 ORDER**

---

[1]    A complete list of Debtors in these chapter 11 cases may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

All case deadlines are abated pending the Court's ruling on the Motion for Clarification of Case Deadlines at ECF No. 187, which includes consideration of the related objection and response.

Signed: May 08, 2026

_____

Christopher Lopez
United States Bankruptcy Judge

2