# EXHIBIT PJ17

United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 29, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

-------------------------------------------------------------x------------------------------------------------------
:
**In re** : **Chapter 11**
:
**FIRST BRANDS GROUP, LLC**, *et al.*,[1] : **Case No. 25-90399 (CML)**
:
**Debtors.** : **(Jointly Administered)**
:
:
:
-------------------------------------------------------------x------------------------------------------------------
:
**FIRST BRANDS GROUP, LLC**, *et al.*, :
:
**Plaintiffs,** :
: **Adv. Pro. No. 25-03803 (CML)**
:
**v.** :
:
**PATRICK JAMES, THE PATRICK JAMES** :
**TRUST, ALBION REALTY, LLC, ALESTER** :
**TECHNOLOGIES LLC, BATTERY PARK** :
**HOLDINGS LLC, LARCHMONT LLC,** :
**PEGASUS AVIATION, LLC, MICHAEL** :
**BAKER, PETER ANDREW BRUMBERGS,** :
**STEPHEN GRAHAM, JOHN AND JANE** :
**DOE(S) 1-100, and ABC CORPORATION(S)** :
**1-100,** :
:
**Defendants.** :
:

## ORDER GRANTING CASE DEADLINE CLARIFICATION

---

[1]    A complete list of Debtors in these chapter 11 cases may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

The Court has considered the Emergency Motion for Clarification of Case Deadlines filed by First Brands Group, LLC and its debtor affiliates as debtors and debtors in possession in the above-captioned chapter 11 cases.

**IT IS THEREFORE ORDERED THAT:**

1. The Court hereby clarifies that all case deadlines, including deadlines to respond to pending motions to dismiss (ECF Nos. 155, 170, 173, 174) and the Motion for Withdrawal of Reference (ECF No. 172) have been held in abeyance pending the issuance of a scheduling order.

2. The Court will conduct a status conference in this case on **July 20, 2026 at 10:00 a.m. (CT).**

Signed: May 29, 2026

_____
Christopher Lopez
United States Bankruptcy Judge

2