**THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC et. al.,** | **Case No. 25-90399 (CML)** |
| **Debtors.[1]** | **(Jointly Administered)** |

**SPV DEBTORS' TRUSTEE RONALD J. SOMMERS'**
**WITNESS AND EXHIBIT LIST**

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION | |
|---|---|
| **Main Case No:** 25-90399 | **Name of Debtor:** First Brands Group, LLC *et. al.* |
| **Witnesses:** Any witness designated or called by another party  Any witness needed for rebuttal or impeachment | |
| | **Judge:** Christopher M. Lopez, Chief United States Bankruptcy Judge |
| | **Courtroom Deputy:** Yesenia Lila |
| | **Hearing Date:** July 28, 2026 |
| | **Hearing Time:** 9:00AM (CST) |
| | **Party's Name:** Ronald J. Sommers, Chapter 7 Trustee for Bankruptcy Estates of Converted SPV Debtors[2] |
| | **Attorney's Name:** Erin E. Jones (Jones Murray, LLP) Scott D. Saldaña (Reid Collins & Tsai, LLP) |
| | **Attorney's Phone:** 832-529-1999 |
| | **Nature of Proceeding:** Confirmation Hearing relating to the Chapter 11 Plan [Dkt. 3019] and all related objections. |

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FirstBrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] Converted SPV Debtors include: Patterson Inventory, LLC (Case No. 25-90392); Patterson Inventory Holdings, LLC (Case No. 25-90393); Starlight Inventory I, LLC (Case No. 25-90394); and Starlight Inventory Holdings I, LLC (Case No. 25-90395)

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 2 | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party and/or for impeachment purposes | | | | |
| 3 | Any exhibit introduced during a deposition related to these proceedings | | | | |
| 4 | Any exhibit listed by any other party | | | | |

## RESERVATION OF RIGHTS

Ronald J. Sommers, chapter 7 trustee for the bankruptcy estates of the Converted SPV Debtors ("Trustee") reserves the right to amend or supplement this Witness and Exhibit list to include information learned or documents identified through the discovery process, which remains ongoing as of the time of filing this Witness and Exhibit List. The Trustee reserves the right to submit designations from the deposition testimony of witnesses deposed in this case relating to this matter.

Dated: July 24, 2026

Respectfully submitted,

**JONES MURRAY LLP**

By: */s/ Erin E. Jones*_____
Erin E. Jones
Texas Bar No. 24032478
erin@jonesmurray.com
602 Sawyer Street, Suite 400
Houston, TX 77007

Phone: 832-529-1999
Fax: 832-529-3393

**COUNSEL FOR TRUSTEE**

## CERTIFICATE OF SERVICE

I certify that on July 24, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Erin E. Jones*
Erin E. Jones