**Project Overdrive**

**Wind Down Budget - Overview**

### General Overview

1.  Overview: The preliminary draft of the Wind Down Budget (the "Budget") on the following pages is intended to provide an initial estimate of the costs required to administer post-confirmation estate activities and facilitate an orderly wind down of the estate. The activities and amounts included in the preliminary draft Budget are subject to material change based on further review & refinement as well as feedback received from other parties. The Budget excludes estimated costs associated with the Litigation Trust, DIP Collateral Trust, and ABL Collateral Trust (collectively, the "Trusts").

2.  Funding: Funding for the initial 12-month period ending Jul-27 has been agreed to the by the Debtors, the AHG lenders, and the ABL lenders. Funding for the budgeted amounts beyond the initial 12-month period to be agreed to.

3.  Scope: The Budget is intended to capture the anticipated costs associated with general estate administration and coordination with the Trusts, including responding to information requests necessary to support the Trust efforts, asset monetization, and claims administration (see items A-D). For presentation purposes, the Budget separately identifies costs expected to be incurred by the estate and each of the Trusts.

    A.  General Estate Administration: Activities related to post-confirmation governance, reporting, cash management, taxes, and other activities required to administer and dissolve the remaining legal entities in the Debtors' estate

    B.  Trust Coordination: Activities related to coordinating with and providing information to the Litigation Trust, DIP Collateral Trust, and ABL Collateral Trust to facilitate Trust efforts, including providing access to books & records, IT systems, and other relevant information in the estate's possession

    C.  Asset Monetization: Activities related to coordinating with and providing information to Hilco, prospective buyers, and other professionals to facilitate the monetization of estate's remaining assets, including providing access to books & records, IT systems, and other relevant information in the estate's possession

    D.  Claims Administration: Activities related to coordinating with and providing information to the Claim Ombudsman to facilitate with claims reconciliation efforts, including providing access to books & records, IT systems, and other relevant information in the estate's possession

4.  Claims Ombudsman: The Budget excludes costs associated with detailed claim-by-claim reconciliations, which are expected to be performed by the Claims Ombudsman and funded by the Litigation Trust.

5.  Disputed ABL Collateral: Certain accounts receivable and inventory remain subject to competing claims and will not be transferred to the ABL Collateral Trust until such disputes are resolved. As noted above, the Budget separately identifies costs associated with disputed collateral litigation and resolution of these matters. Any activities required to support the administration of these matters are expected to be funded separately by the trust benefiting from such work.

6.  Other Disputed Collateral: Certain machinery and equipment remain subject to competing claims and will not be transferred to the DIP Collateral Trust until such disputes are resolved. As noted above, the Budget separately identifies costs associated with disputed collateral litigation and resolution of these matters. Any activities required to support the administration of these matters are expected to be funded separately by the trust benefiting from such work.

**Project Overdrive**
**Wind Down Budget - Monthly Forecast Summary**

*USD in Millions*

| Cost Overview | Projected Monthly Spend | | | | | | | | | | | | 12-Mo. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Jun-27 | Jul-27 | Total |
| **Estate Wind Down Costs** | | | | | | | | | | | | | |
| **Professional Fees** | | | | | | | | | | | | | |
| Debtor Advisors Transition | $ 0.5 | $ 0.5 | $ 0.5 | $ 0.5 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2.0 |
| Tax Returns | - | - | - | - | - | - | - | 0.9 | 0.9 | - | - | - | 1.8 |
| US Trustee Fees | - | - | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.3 |
| **Subtotal - Professional Fees** | $ 0.5 | $ 0.5 | $ 0.6 | $ 0.6 | $ 0.1 | $ 0.0 | $ 0.0 | $ 0.9 | $ 0.9 | $ 0.0 | $ 0.0 | $ 0.1 | $ 4.1 |
| **Case Administration** | | | | | | | | | | | | | |
| Wind Down Administrator | $ 0.2 | $ 0.2 | $ 0.2 | $ 0.1 | $ 0.1 | $ 0.1 | $ 0.1 | $ 0.1 | $ 0.1 | $ 0.1 | $ 0.1 | $ 0.1 | $ 1.3 |
| WDA Counsel | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 1.3 |
| Contract Cures | 0.2 | - | - | - | - | - | - | - | - | - | - | - | 0.2 |
| Insurance / Bonding | 0.4 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 1.8 |
| Bank Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 |
| **Subtotal - Case Administration** | $ 0.9 | $ 0.4 | $ 0.4 | $ 0.4 | $ 0.4 | $ 0.4 | $ 0.3 | $ 0.3 | $ 0.3 | $ 0.3 | $ 0.3 | $ 0.3 | $ 4.6 |
| **Corporate Costs** | | | | | | | | | | | | | |
| Direct Costs | $ 1.1 | $ 1.1 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2.3 |
| Corporate Rent | 0.1 | 0.1 | - | - | - | - | - | - | - | - | - | - | 0.1 |
| Employee Costs | 0.5 | 0.5 | - | - | - | - | - | - | - | - | - | - | 0.9 |
| IT Costs | 0.1 | 0.1 | - | - | - | - | - | - | - | - | - | - | 0.2 |
| **Subtotal - Corporate Costs** | $ 1.7 | $ 1.7 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 3.5 |
| **Total Estate Wind Down Costs** | $ 3.1 | $ 2.7 | $ 1.0 | $ 0.9 | $ 0.4 | $ 0.4 | $ 0.3 | $ 1.2 | $ 1.2 | $ 0.3 | $ 0.3 | $ 0.3 | $ 12.2 |

**DEBTORS' EXHIBIT NO. 15**
**Page 2 of 2**