**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § § | **Case No. 25-90399 (CML)** |
|  | § § | **(Jointly Administered)** |
| **Debtors.** | § |  |

# DEBTORS' EXHIBIT NUMBER 39

### FOR JULY 28, 2026 HEARING

*First Brands Tax Distributions (FBG_CH1_00098210)*

(*filed under seal*)