**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC**, *et al.*, | § § | **Case No. 25-90399 (CML)** |
| **Debtors.** | § § § | **(Jointly Administered)** |

# DEBTORS' EXHIBIT NUMBER 41

### FOR JULY 28, 2026 HEARING

*First Brands-Evolution Inventory Audits (FBG_CH1_00098222 – FBG_CH1_00098225)*

(*filed under seal*)