**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| Debtors. | § | |

# DEBTORS' EXHIBIT NUMBER 42

## FOR JULY 28, 2026 HEARING

*First Brands-Onset Inventory (FBG_CH1_00098212– FBG_CH1_00098213)*

(*filed under seal*)