## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| FIRST BRANDS GROUP, LLC, *et al.*, | § | Case No. 25-90399 (CML) |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |

# DEBTORS' EXHIBIT NUMBER 44

### FOR JULY 28, 2026 HEARING

*Gross & Operating Margins (FBG_CH1_00098235)*

(*filed under seal*)