# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| FIRST BRANDS GROUP, LLC, *et al.*, | § | Case No. 25-90399 (CML) |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |

# DEBTORS' EXHIBIT NUMBER 45

### FOR JULY 28, 2026 HEARING

*Helios Transactions (FBG_CH1_00098207)*

(*filed under seal*)