IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  | § |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| FIRST BRANDS GROUP, LLC, *et al.*, | § | Case No. 25-90399 (CML) |
|  | § |  |
|  | § | (Jointly Administered) |
| Debtors. | § |  |

## DEBTORS' EXHIBIT NUMBER 48

### FOR JULY 28, 2026 HEARING

*SPV Lender Cash Flows (FBG_CH1_00098198)*

(*filed under seal*)