**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.** | § | |

## DEBTORS' EXHIBIT NUMBER 49

**FOR JULY 28, 2026 HEARING**

*SPV Lender Funds Received by Patrick James Affiliated Non-Debtors (FBG_CH1_00098202)*

(*filed under seal*)