IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*, | § § | Case No. 25-90399 (CML) |
| Debtors. | § § § | (Jointly Administered) |

## DEBTORS' EXHIBIT NUMBER 54

**FOR JULY 28, 2026 HEARING**

**Inventory Removal Template (FBG_CH1_00098206)**

(*filed under seal*)