**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FIRST BRANDS GROUP, LLC, *et al.*, | ) | Case No. 25-90399 (CML) |
|  | ) |  |
| Debtors.[1] | ) | Jointly Administered |
|  | ) |  |

**EVOLUTION'S WITNESS AND EXHIBIT LIST**
**FOR THE COMBINED HEARING SCHEDULED ON JULY 28, 2026**

Evolution Credit Partners ("Evolution")[2] files this Witness and Exhibit List for the

Combined Hearing scheduled on July 28, 2026, at 9:00 a.m. (prevailing Central Time).

**Witnesses**

1. Any witness called or listed by any other party in interest; and

2. Impeachment witnesses, as necessary.

**Exhibits**

| Ex No. | Description |
|---|---|
| 1. | Declaration of Charles M. Moore [Docket No. 3188] |
| 2. | Declaration of Marc S. Kirshner [Docket No. 3190] |
| 3. | Exhibit A to Kirshner Declaration [Docket No. 3190-1] |
| 4. | Exhibit B to Kirshner Declaration [Docket No. 3190-2] |
| 5. | Exhibit C to Kirshner Declaration [Docket No. 3190-3] |
| 6. | Disclosure Statement for Chapter 11 Plan [Docket No. 3020] |
| 7. | Chapter 11 Plan [Docket No. 3019] |

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] "Evolution" means, collectively, Evolution Credit Opportunity Master Fund II-B, L.P., Evolution Credit Partners Trade Finance Master L.P., and Evolution Credit Opportunity Master Fund III-B, LP.

| Ex No. | Description |
|---|---|
| 8. | Chapter 11 Plan Supplement [Docket No. 3046] |
| 9. | Evolution UCC Financing Statement – Starlight Inventory I, LLC (EVOCRED-BOA00001070) |
| 10. | Evolution UCC Financing Statement – Starlight Inventory Holdings I, LLC (EVOCRED-BOA00001072) |
| 11. | Evolution UCC Financing Statement – First Brands Group, LLC (FBG_EVL_00001798) |
| 12. | Starlight Borrowing Base (March 28, 2024) [Docket No.  538-21 (Exhibit U)] |
| 13. | July 14, 2026 Letter from Counsel for A&M to Counsel for Ronald J. Sommers, Chapter 7 Trustee for SPV Debtors |
| 14. | 10th Amendment to ABL Credit Agreement (March 28, 2023) |
| 15. | July 19, 2026 Email from K. Ferrier to S. Ding (FBG_CH1_00220754) |
| 16. | Uncommitted Inventory Finance Agreement (March 28, 2024) (FBG_EVL_AP_00041125)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** |
| 17. | Inventory Finance Agreement – Revolving Credit Not (March 28, 2024) (FBG_EVL_00001372)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** |
| 18. | Starlight Master Origin Sale and Exchange Agreement (March 28, 2024) (FBG_EVL_00000358)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** |
| 19. | Schedule No. 1 to Starlight Master Origin Sale and Exchange Agreement (March 28, 2024) (FBG_EVL_00001305)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** |
| 20. | Starlight Subordination Agreement (March 28, 2024) (FBG_EVL_00001308)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** |
| 21. | Starlight Subordinated Note (March 28, 2024) (FBG_EVL_00001316)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** |

| Ex No. | Description |
|---|---|
| 22. | Starlight Destination Sale Agreement (Purchase Order) (March 28, 2024) (FBG_EVL_00001581)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** |
| 23. | Starlight Inventory Finance Agreement – Revolving Credit Note (March 28, 2024) (FBG_EVL_00001372)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** |
| 24. | Starlight Borrowing Request (March 28, 2024)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** |
| 25. | Paul Hastings Starlight Opinion (March 28, 2024) (FBG_EVL_00001449)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** |
| 26. | Paul Hastings True Sale Opinion (March 28, 2024) (FBG_EVL_00001430)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** |
| 27. | Excerpt of Starlight Borrowing Base (April 30, 2024) (FBG_EVOLUTION_00953840)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** |
| 28. | Starlight Borrowing Base – Signed Certificate (April 30, 2024) (FBG_EVOLUTION_00198279)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** |
| 29. | Excerpt of Patterson Master Origin Sale and Exchange Agreement (FBG_EVL_00000643)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** |
| 30. | Hilco Appraisal of Brake Parts, Inc. (March 19, 2024)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** |
| 31. | Hilco Appraisal of Brake Parts, Inc. – Patterson and City of Industry, California (Dec. 16, 2024) (FBG_EVOLUTION_00220969)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** |

| Ex No. | Description |
|---|---|
| 32. | Hilco Appraisal of Brake Parts, Inc. – McHenry, Illinois (Dec. 16, 2024) (FBG_EVOLUTION_00192302)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** |
| 33. | Paul Hastings Patterson Opinion (Nov. 9, 2023)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** |
| 34. | Hilco Appraisal of Brake Parts, Inc. (Oct. 20, 2023) (FBG_EVOLUTION_00012403)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** |
| 35. | A&M Starlight Cash Tracing Analysis [FBG_CH1_00098203]<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** |
| 36. | Starlight Inventory, LLC Consolidated Financial Statements (Dec. 2024) (FBG_EVOLUTION_00022223)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** |
| 37. | Starlight Borrowing Base (Feb. 28, 2025) (FBG_EVOLUTION_00210303)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** |
| 38. | Paul Hastings Patterson True Sale Opinion (Nov. 9, 2023)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** |
| 39. | A&M Patterson Cash Tracing Analysis [FBG_CH1_00098200]<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** |
| 40. | Secretary's Certificate, Starlight Inventory I, LLC (March 28, 2024)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** |
| 41. | Secretary's Certificate, Patterson Inventory, LLC (Nov. 9, 2023)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** |
| 42. | First Lien Term Loan Agreement (Feb. 2, 2018) |
| 43. | First Lien Security Agreement (Feb. 2, 2018) |

| Ex No. | Description |
|---|---|
| 44. | Second Lien Term Loan Agreement (Feb. 26, 2019) |
| 45. | Second Lien Security Agreement (Feb. 26, 2019) |
| 46. | Evolution UCC Financing Statement – Patterson Inventory, LLC (Case No. 25-03800, Docket No. 1-17) |
| 47. | Evolution UCC Financing Statement – Patterson Inventory Holdings, LLC (Case No. 25-03800, Docket No. 1-16) |
| 48. | Evolution UCC Financing Statement – First Brands Group, LLC (Case No. 25-03800, Docket No. 1-15) |
| | Any document or pleading filed with the Court in the above-captioned cases |
| | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party |
| | Any exhibit listed by any other party |

## Reservation of Rights

Evolution reserves the right to use and/or present demonstratives for any purpose. Evolution also reserves the right to use exhibits, demonstratives, and testimony not listed here for impeachment purposes at the hearing.

Evolution further reserves the right to supplement or otherwise amend this Witness and Exhibit List prior to the hearing.

Respectfully submitted this 24th day of July 2026.

**GRAY REED**

By: */s/ Jason S. Brookner*
Jason S. Brookner
Texas Bar No. 24033684
Emily F. Shanks
Texas Bar No. 24110350
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:   (713) 986-7000
Facsimile:   (713) 986-7100
Email:       jbrookner@grayreed.com
             eshanks@grayreed.com

-and-

**ELSBERG BAKER & MARURI PLLC**
    Michael Duke (admitted *pro hac vice*)
    David Elsberg (admitted *pro hac vice*)
    Vivek Tata (admitted *pro hac vice*)
    Garrett Gerber (admitted *pro hac vice*)
    Andrew Parks (admitted *pro hac vice*)
    Ella Epstein (admitted *pro hac vice*)
350 Fifth Avenue, 38th Floor
New York, NY 10018
Telephone: (212) 597-2600
Email:    delsberg@elsberglaw.com
        mduke@elsberglaw.com
        vtata@elsberglaw.com
        ggerber@elsberglaw.com
        aparks@elsberglaw.com
        eepstein@elsberglaw.com

- and –

**PROSKAUER ROSE LLP**
    Vincent Indelicato (admitted *pro hac vice*)
    Matthew R. Koch (admitted *pro hac vice*)
Eleven Times Square
New York, NY 10036-8299
Telephone: (212) 969-3000
Email:    vindelicato@proskauer.com
        mkoch@proskauer.com

- and -

Charles A. Dale (admitted *pro hac vice*)
One International Plaza
Boston, MA 02110-2600
Telephone: (617) 526-9600
Email:    cdale@proskauer.com

*Counsel to Evolution*

6

## Certificate of Service

I certify that on July 28, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Jason S. Brookner
Jason S. Brookner