**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.[1]** | § | |

**DEBTORS' WITNESS AND EXHIBIT**
**LIST FOR COMBINED HEARING ON JULY 28, 2026**

First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby file this witness and exhibit list for the hearing to consider confirmation of the joint chapter 11 plan and final approval of the disclosure statement (the "**Combined Hearing**") scheduled for **July 28, 2026 at 9:00 a.m. (Central Time)**:

**WITNESSES**

The Debtors may call any of the following witnesses at the Combined Hearing:

1. Charles M. Moore, Interim Chief Executive Officer, Debtors (fact and expert witness);

2. Marc S. Kirschner (expert witness);

3. Alex Orchowski, Director of Restructuring Administration, Kroll Restructuring Administration LLC (fact witness);

4. Any witness called or listed by any other party;

5. Any rebuttal witnesses; and

6. The Debtors reserve the right to cross examine any witness called by any other party.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

## EXHIBITS

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Declaration of Charles M. Moore in Support of Confirmation of FBG Debtors' Chapter 11 Plan (Docket No. 3188) | | | | |
| 2. | Declaration of Marc S. Kirschner (Docket No. 3190) | | | | |
| 3. | Declaration of Alex Orchowski of Kroll Restructuring Administration LLC Regarding the (I) Solicitation of Votes and Tabulation of Ballots Cast on the Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors and (II) Solicitation and Collection of Third-Party Release Opt-In Elections Made Through Ballots, Third-Party Release Opt-In Forms, and Preference Settlement Opt-In Forms (Docket No. 3351) | | | | |
| 4. | Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors (Solicitation Version) (Docket No. 3019) | | | | |
| 5. | Disclosure Statement for Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors (Solicitation Version) (Docket No. 3020) | | | | |
| 6. | Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan, (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing, (III) Establishing Solicitation and Voting Procedures, (IV) Establishing Administrative Expense Claims Consent Program Notice and Opt-In Procedures, (V) Establishing Preference Settlement Notice and Opt-In Procedures, (VI) Establishing Notice and Objection Procedures for Confirmation of Plan, And (VII) Granting Related Relief (Docket No. 2990) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 7. | Notice of Filing of (I) Solicitation Versions of Chapter 11 Plan and Disclosure Statement and (II) Redlines (Docket No. 3021) | | | | |
| 8. | Notice of Filing of (I) Plan Supplement and (II) Liquidation Analysis (Docket No. 3046) | | | | |
| 9. | Liquidation Analysis (Docket No. 3046-9, Ex. 9) | | | | |
| 10. | Notice of (I) Filing of Plan Supplement and Liquidation Analysis, (II) Combined Objection Deadline for Final Approval of Disclosure Statement and Plan, and (III) Related Deadlines (Docket No. 3049) | | | | |
| 11. | Supplemental Affidavit of Service of Solicitation Materials (Docket No. 3346) | | | | |
| 12. | Affidavit of Publication of Notice of (I) Conditional Approval of Disclosure Statement (II) Approval of (A) Solicitation and Voting Procedures, (B) Administrative Expense Claims Consent Program Opt-In Procedures, (C) Preference Settlement Opt-In Procedures, (III) Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation of Plan, and (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan (Docket No. 3087) | | | | |
| 13. | Affidavit of Service of Notice of Filing of (I) Plan Supplement and (II) Liquidation Analysis, Stipulation and Agreed Order Between Debtors and Emporia Partners, LLC Further Extending Time to Assume or Reject Lease of Nonresidential Real Property, Notice of Filing of Further Revised Proposed Order (I) Authorizing and Directing the United States Trustee to Appoint a Committee of Retired Employees and (II) Granting Related Relief, Second Interim Fee Application of Lazard Freres & Co. LLC, as Investment Banker for the Debtors, for the Period from January 1, 2026 through and | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| | Including March 31, 2026, Debtors Witness and Exhibit List for Hearing Scheduled for June 25, 2026 at 11:00 a.m. (prevailing Central Time), and Agenda of Matters Set for Hearing Scheduled for June 25, 2026 at 11:00 a.m. (prevailing Central Time) (Docket No. 3124) | | | | |
| 14. | Affidavit of Service of Solicitation Materials (Docket No. 3347) | | | | |
| 15. | Project Overdrive – Estate Wind Down Budget | | | | |
| 16. | Amended Complaint, *Tristate Capital Bank v. Red Rock Stamping LLC*, No. 09-cv-01455 (N.D. Ohio Mar. 2, 2010) (Docket No. 44, FBG_CH1_00096769 – FBG_CH1_00096797) | | | | |
| 17. | Settlement Transcript, *Tristate Capital Bank v. Red Rock Stamping LLC*, No. 09-cv-01455 (N.D. Ohio Sept. 15, 2010) (Docket No. 62, FBG_CH1_00096763 – FBG_CH1_00096768) | | | | |
| 18. | Complaint, *Fortress Value Recovery Fund I LLC v. Columbus Components Grp., LLC*, No. 11-cv-200 (N.D. Ohio Jan. 27, 2011) (Docket No. 1, FBG_CH1_00097002 – FBG_CH1_00097015) | | | | |
| 19. | Final Judgment, *Fortress Value Recovery Fund I LLC v. Columbus Components Grp., LLC*, No. 11-cv-200 (N.D. Ohio July 6, 2011) (Docket No. 53, FBG_CH1_00096999 – FBG_CH1_00097001) | | | | |
| 20. | Complaint, *First Brands Group, LLC v. James*, No. 25-ap-3803 (S.D. Tex. Bankr. Nov. 3, 2025) (Docket No. 4, FBG_CH1_00097424 – FBG_CH1_00097458) | | | | |
| 21. | Complaint, *First Brands Group, LLC v. Onset Financial, Inc.*, No. 25-90399 (S.D. Tex. Bankr. Jan. 9, 2026) (Docket No. 1255, FBG_CH1_00097323 – FBG_CH1_00097423) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 22. | Amended Complaint, *First Brands Group, LLC v. James*, No. 25-ap-3803 (S.D. Tex. Bankr. Jan. 19, 2026) (Docket No. 141, FBG_CH1_00097459 – FBG_CH1_00097508) | | | | |
| 23. | Amended Complaint Ex. A, *First Brands Group, LLC v. James*, No. 25-ap-3803 (S.D. Tex. Bankr. Jan. 19, 2026) (Docket No. 141-1, FBG_CH1_00097509 – FBG_CH1_00097543) | | | | |
| 24. | Indictment, *United States v. Patrick James & Edward James*, No. 26-cr-29 (S.D.N.Y. Jan. 27, 2026) (Docket No. 2, FBG_CH1_00096975 – FBG_CH1_00096998) | | | | |
| 25. | Plea Transcript, *United States v. Peter Andrew Brumbergs*, No. 26-cr-25 (S.D.N.Y. Jan. 27, 2026) (Docket No. 13, FBG_CH1_00096939 – FBG_CH1_00096974) | | | | |
| 26. | Plea Transcript, *United States v. Stephen Graham*, No. 26-cr-25 (S.D.N.Y. Mar. 2, 2026) (Docket No. 28, FBG_CH1_00096909 – FBG_CH1_00096938) | | | | |
| 27. | Report of E. Martin De Luca, Examiner, *In re First Brands Group, LLC*, No. 25-90399 (S.D. Tex. Bankr. Apr. 27, 2026) (Docket No. 2538-2, FBG_CH1_00096798 – FBG_CH1_00096908) | | | | |
| 28. | Disclosure Statement, *In re First Brands Group, LLC*, No. 25-90399 (S.D. Tex. Bankr.) (Docket No. 3020, FBG_CH1_00097016 – FBG_CH1_00097322) | | | | |
| 29. | Accounts Receivable Gross-to-Net (FBG_CH1_00098236) **[FILED UNDER SEAL]** | | | | |
| 30. | Bowery Account Since 2022 (FBG_CH1_00098237) **[FILED UNDER SEAL]** | | | | |
| 31. | Broad Street Financial, LLC Transactions (FBG_CH1_00098233) **[FILED UNDER SEAL]** | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 32. | Carnaby FA, LLC Transactions (FBG_CH1_00098232) **[FILED UNDER SEAL]** | | | | |
| 33. | Carnaby Inventory I, LLC Transactions (FBG_CH1_00098231) **[FILED UNDER SEAL]** | | | | |
| 34. | Carnaby Inventory II, LLC Transactions (FBG_CH1_00098230) **[FILED UNDER SEAL]** | | | | |
| 35. | Carnaby Inventory III, LLC Transactions (FBG_CH1_00098229) **[FILED UNDER SEAL]** | | | | |
| 36. | Carnaby Inventory IV, LLC Transactions (FBG_CH1_00098228) **[FILED UNDER SEAL]** | | | | |
| 37. | CIP Leases (FBG_CH1_00098227) **[FILED UNDER SEAL]** | | | | |
| 38. | First Brands Inventory & PP&E Lender Claims (FBG_CH1_00098214 – FBG_CH1_00098220) **[FILED UNDER SEAL]** | | | | |
| 39. | First Brands Tax Distributions (FBG_CH1_00098210) **[FILED UNDER SEAL]** | | | | |
| 40. | First Brands-Evolution Inventory (FBG_CH1_00098221) **[FILED UNDER SEAL]** | | | | |
| 41. | First Brands-Evolution Inventory Audits (FBG_CH1_00098222 – FBG_CH1_00098225) **[FILED UNDER SEAL]** | | | | |
| 42. | First Brands-Onset Inventory (FBG_CH1_00098212 – FBG_CH1_00098213) **[FILED UNDER SEAL]** | | | | |
| 43. | Global Assets, LLC Transactions (FBG_CH1_00098209) **[FILED UNDER SEAL]** | | | | |
| 44. | Gross & Operating Margins (FBG_CH1_00098235) **[FILED UNDER SEAL]** | | | | |
| 45. | Helios Transactions (FBG_CH1_00098207) **[FILED UNDER SEAL]** | | | | |

6

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 46. | Manual Journal Entries (FBG_CH1_00098211) **[FILED UNDER SEAL]** | | | | |
| 47. | Patterson Inventory, LLC Transactions (FBG_CH1_00098200) **[FILED UNDER SEAL]** | | | | |
| 48. | SPV Lender Cash Flows (FBG_CH1_00098198) **[FILED UNDER SEAL]** | | | | |
| 49. | SPV Lender Funds Received by Patrick James Affiliated Non-Debtors (FBG_CH1_00098202) **[FILED UNDER SEAL]** | | | | |
| 50. | Starlight Inventory I, LLC Transactions (FBG_CH1_00098203) **[FILED UNDER SEAL]** | | | | |
| 51. | Bridge for Capitalized Variances (FBG_CH1_00098234) **[FILED UNDER SEAL]** | | | | |
| 52. | E&O Summary File (FBG_CH1_00098226) **[FILED UNDER SEAL]** | | | | |
| 53. | Gross-to-Net Removal Template (FBG_CH1_00098208) **[FILED UNDER SEAL]** | | | | |
| 54. | Inventory Removal Template (FBG_CH1_00098206) **[FILED UNDER SEAL]** | | | | |
| 55. | Nominated Invoice Matching for Jefferies (FBG_CH1_00098205) **[FILED UNDER SEAL]** | | | | |
| 56. | Nominated Invoice Matching for Katsumi (FBG_CH1_00098204) **[FILED UNDER SEAL]** | | | | |
| 57. | Onset Lease Rates (FBG_CH1_00098201) **[FILED UNDER SEAL]** | | | | |
| 58. | Aug. 14, 2020 First Brands Group LLC Agreement (FBG_CH1_00097758 – FBG_CH1_00097861) | | | | |
| 59. | Mar. 12, 2021 Email from L. Blanco to R. Tomaszewski and attachment (FBG_CH1_00096108 – FBG_CH1_00096110) | | | | |

7

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 60. | Mar. 22, 2021 Email from K. Ruminski to K. Spiegler (FBG_CH1_00096059 – FBG_CH1_00096063) | | | | |
| 61. | Apr. 12, 2021 Teams Messages between A. Brumbergs & N. Crighton (FBG_CH1_00098196) | | | | |
| 62. | Aug. 8, 2021 Text Messages between S. Graham & A. Brumbergs (FBG_CH1_00097753 – FBG_CH1_00097754) | | | | |
| 63. | Oct. 5, 2021 Machinery & Equipment Appraisal for ZF – Fayette Plant (FBG_CH1_00095497 – FBG_CH1_00095541) | | | | |
| 64. | Oct. 13, 2021 Asset Purchase Agreement by and among ZF Active Safety US Inc., SA Eagle Holdings, LLC, Viceroy Private Capital, LLC, and First Brands Group, LLC (FBG_CH1_00095575 – FBG_CH1_00095625) | | | | |
| 65. | Jan. 17, 2022 Teams Messages between A. Brumbergs & N. Luna (FBG_CH1_00096545 – FBG_CH1_00096547) | | | | |
| 66. | Apr. 5, 2022 Email from G. Graham to A. Brumbergs (FBG_CH1_00097863) | | | | |
| 67. | Apr. 29, 2022 Amendment 2 to Second-Lien Term Loan Agreement (FBG_CH1_00097876 – FBG_CH1_00098055) | | | | |
| 68. | July 19, 2022 Email from E. French to M. Sharma (FBG_CH1_00096202) | | | | |
| 69. | July 29, 2022 Email from E. James to R. Atwood (FBG_CH1_00096196 – FBG_CH1_00096201) | | | | |
| 70. | July 29, 2022 Email from S. Kumar to M. Baker (FBG_CH1_00096192 – FBG_CH1_00096195) | | | | |
| 71. | Sept. 30, 2022 Teams Messages between N. Cortes & A. Brumbergs (FBG_CH1_00044086) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 72. | Oct. 31, 2022 Email from C. Lang to E. French and attachments (FBG_CH1_00095545 – FBG_CH1_00095547) | | | | |
| 73. | Dec. 7, 2022 Email from E. James to R. Atwood (FBG_CH1_00097591 – FBG_CH1_00097592) | | | | |
| 74. | Jan. 10, 2023 First Brands Group Holdings LLC Agreement (FBG_CH1_00096555 – FBG_CH1_00096593) | | | | |
| 75. | Jan. 14, 2023 Email from E. James to K. Dondl (FBG_CH1_00096550 – FBG_CH1_00096551) | | | | |
| 76. | Jan. 17, 2023 Email from E. James to R. Berger (FBG_CH1_00096540 – FBG_CH1_00096544) | | | | |
| 77. | Jan. 21, 2023 Non-Circumvention and Fee Agreement between Helios Strategic Advisors and Optimus Private Capital (FBG_CH1_00096759 – FBG_CH1_00096761) **[FILED UNDER SEAL]** | | | | |
| 78. | Feb. 2, 2023 Email from E. French to M. Sharma (FBG_CH1_00097547) | | | | |
| 79. | Mar. 2023 Letter to Katsumi Servicing, LLC (FBG_CH1_00096106 – FBG_CH1_0009610) | | | | |
| 80. | Mar. 2023 Statement for First Brands Group, LLC Account x6975 (FBG_CH1_00096066 – FBG_CH1_00096105) **[FILED UNDER SEAL]** | | | | |
| 81. | Mar. 29, 2023 Amendment 10 to ABL Credit Agreement (FBG_CH1_00095819 – FBG_CH1_00096058) | | | | |
| 82. | Apr. 12, 2023 Email from E. James to K. Dukin (FBG_CH1_00093762) | | | | |
| 83. | Apr. 17, 2023 Email from E. James to L. Galeota & T. King and attachment (FBG_CH1_00093763 – FBG_00093805) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 84. | Apr. 18, 2023 Email from E. James to K. Kozack, C. Talbot, S. O'Sullivan & A. Levine (FBG_CH1_00093806) | | | | |
| 85. | Apr. 28, 2023 Asset Purchase Agreement by and among R.H. Sheppard Co., Inc., Hanover Realty, LLC, and Eagle Casting, LLC (FBG_CH1_00098056 – FBG_CH1_00098157) | | | | |
| 86. | July 19, 2023 Jefferies "Step 2" File (FBG_CH1_00095412) | | | | |
| 87. | July 19, 2023 Jefferies Agings and Open Orders File (FBG_CH1_00096207) | | | | |
| 88. | July 19, 2023 Modified Jefferies Agings and Open Orders (FBG_CH1_00096208) | | | | |
| 89. | Aug. 23, 2023 Battery Park Invoice (FBG_CH1_00097755 – FBG_CH1_00097757) | | | | |
| 90. | Sept. 3, 2025 Email from J. DiFranco to A. Coxbill and attachment (FBG_CH1_00103524 – FBG_CH1_00103525) | | | | |
| 91. | Sept. 3, 2025 Email from A. Coxbill to J. DiFranco and attachment (FBG_CH1_00103522 – FBG_CH1_00103523) | | | | |
| 92. | Sept. 28, 2023 Email from R. Debrosse to M. Chernyavskiy (FBG_CH1_00095418 – FBG_CH1_00095421) | | | | |
| 93. | Sept. 28, 2023 Email from R. Debrosse to M. Seyhan (FBG_CH1_00095418 – FBG_CH1_00095421) | | | | |
| 94. | Sept. 28, 2023 Email from T. Dahm to E. James, A. Brumbergs & M. Chernyavskiy (FBG_CH1_00095410 – FBG_CH1_00095411) | | | | |
| 95. | Oct. 26, 2023 Centerbridge Diligence Requests (FBG_CH1_00095566 – FBG_CH1_00095574) **[FILED UNDER SEAL]** | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 96. | Oct. 26, 2023 Email from J. Carey to S. Graham (FBG_CH1_00095564 – FBG_CH1_00095565) | | | | |
| 97. | Oct. 27, 2023 Schedule A to Asset Purchase Agreement between Eagle Casting, LLC and Carnaby FA, LLC (FBG_CH1_00095551 – FBG_CH1_00095563) | | | | |
| 98. | Nov. 10, 2023 Securities Purchase Agreement among Ignite Acquisition Sub, LLC, New Dalton Holdings Corp., New Dalton Foundry, LLC, and Speyside Equity Fund I, LP (FBG_CH1_00095667 – FBG_CH1_00095765) | | | | |
| 99. | Dec. 12, 2023 Email from R. Malone to E. James (FBG_CH1_00097713 – FBG_CH1_00097718) | | | | |
| 100. | Jan. 12, 2024 Email from A. Brumbergs to L. Stein & J. DiFranco and attachments (FBG_CH1_00096552 – FBG_CH1_00096554) **[FILED UNDER SEAL]** | | | | |
| 101. | Feb. 29, 2024 Email from A. Brumbergs to A. Rusanoff and attached ASC Industries Invoice (FBG_CH1_00097548; FBG_CH1_00097862) | | | | |
| 102. | Mar. 21, 2024 Email from N. Crighton to K. Ruminski (FBG_CH1_00096064 – FBG_CH1_00096065) | | | | |
| 103. | Apr. 2024 *First Brands Overview*, Apollo Global Management, Inc. (FBG_CH1_00097864 – FBG_CH1_00097875) **[FILED UNDER SEAL]** | | | | |
| 104. | Apr. 2024 Statement for ASC Industries Inc. Account x6572 (FBG_CH1_00098190 – FBG_CH1_00098195) **[FILED UNDER SEAL]** | | | | |
| 105. | Apr. 2024 Statement for Brake Parts Inc. LLC Account x0974 (FBG_CH1_00098170 – FBG_CH1_00098189) **[FILED UNDER SEAL]** | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 106. | Apr. 2024 Statement for Carter Fuel Systems, LLC Account x7021 (FBG_CH1_00098158 – FBG_CH1_00098169) **[FILED UNDER SEAL]** | | | | |
| 107. | Apr. 2024 Statement for Champion Laboratories, Inc. Account x7710 (FBG_CH1_00098142 – FBG_CH1_00098157) **[FILED UNDER SEAL]** | | | | |
| 108. | July 18, 2024 Email from A. Coxbill to C. Tyndall (FBG_CH1_00103520 – FBG_CH1_00103521) | | | | |
| 109. | July 29, 2024 Email from N. Crighton to J. DiFranco and attachments (FBG_CH1_00096185 – FBG_CH1_00096191) | | | | |
| 110. | Sept. 2024 Statement for Brake Parts Inc. LLC Account x7294 (FBG_CH1_00095423) **[FILED UNDER SEAL]** | | | | |
| 111. | Oct. 31, 2024 Email from Joe DiFranco to A. Brumbergs and attachments (FBG_CH1_00095542 – FBG_CH1_00095544) **[FILED UNDER SEAL]** | | | | |
| 112. | Nov. 7, 2024 Teams Message from A. Brumbergs to N. Crighton (FBG_CH1_00095626) | | | | |
| 113. | Nov. 15, 2024 Securities Purchase Agreement by and among BPI Acquisition Co., LLC, Bond Street Asset Mgmt. LLC, and Eagle Machining, LLC (FBG_CH1_00095627 – FBG_CH1_00095666) | | | | |
| 114. | Dec. 6, 2024 Securities Purchase Agreement by and among BPI Acquisition Co., LLC, Bond Street Asset Management LLC, and Eagle Casting, LLC (FBG_CH1_00097633 – FBG_CH1_00097672) | | | | |
| 115. | Dec. 16, 2024 Securities Purchase Agreement by and among BPI Acquisition Co., LLC, New Dalton Holdings Corp., and Dalton Corp. Stryker Machining Facility Co. (FBG_CH1_00097673 – FBG_CH1_00097712) | | | | |
| 116. | Dec. 19, 2024 Securities Purchase Agreement by and among BPI Acquisition Co., LLC, New Dalton | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| | Holdings Corp., and Dalton Corp. (FBG_CH1_00097593 – FBG-CH1_00097632) | | | | |
| 117. | Jan. 3, 2025 Email from N. Crighton to A. Brumbergs (FBG_CH1_00096209 – FBG_CH1_00096210) | | | | |
| 118. | Jan. 14, 2025 Email from N. Luna to A. Brumbergs (FBG_CH1_00096548 – FBG_CH1_00096549) | | | | |
| 119. | Jan. 22, 2025 Email from A. Brumbergs to N. Luna (FBG_CH1_00096429 – FBG_CH1_00096431) | | | | |
| 120. | Jan. 22, 2025 Email from K. Ruminski to A. Brumbergs & N. Luna (FBG_CH1_00096425 – FBG_CH1_00096428) | | | | |
| 121. | Jan. 22, 2025 Emails from K. Ruminski to A. Brumbergs and attachments (FBG_CH1_00096432 – FBG_CH1_00096441) | | | | |
| 122. | Jan. 24, 2025 Amendment 16 to First-Lien Term Loan Agreement (FBG_CH1_00096211 – FBG_CH1_00096425) | | | | |
| 123. | Feb. 3, 2025 Optimus Private Capital Portfolio (FBG_CH1_00094535) **[FILED UNDER SEAL]** | | | | |
| 124. | Feb. 7, 2025 Email from A. Brumbergs to N. Crighton & J. DiFranco (FBG_CH1_00097544 – FBG_CH1_00097546) | | | | |
| 125. | Feb. 18, 2025 Email from A. Brumbergs to N. Luna (FBG_CH1_00097549 – FBG_CH1_00097589) | | | | |
| 126. | Feb. 18, 2025 Teams Messages between A. Brumbergs & A. Coxbill (FBG_CH1_00063211 – FBG_CH1_00063213) | | | | |
| 127. | Mar. 5, 2025 Email from T. Madden to A. Brumbergs and attachment (FBG_CH1_00095815 – FBG_CH1_00095818) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 128. | May 19, 2025 Email from V. Botescu to A. Brumbergs and attachments (FBG_CH1_00095811 – FBG_CH1_00095814) | | | | |
| 129. | May 20, 2025 Email from R. Debrosse to A. Brumbergs and attachment (FBG_CH1_00095766 – FBG_CH1_00095810) | | | | |
| 130. | June 3, 2025 Email from R. Atwood to E. James and attachment (FBG_CH1_00096111 – FBG_CH1_00096113) | | | | |
| 131. | July 7, 2025 Email from N. Crighton to J. DiFranco (FBG_CH1_00096174 – FBG_CH1_00096184) | | | | |
| 132. | July 15, 2025 Email from A. Brumbergs to J. Bednarz (FBG_CH1_00096205 – FBG_CH1_00096206) | | | | |
| 133. | July 16, 2025 Email from N. Crighton to A. Brumbergs (FBG_CH1_00096203 – FBG_CH1_00096204) | | | | |
| 134. | Sept. 23, 2025 Corporate Accounting Journal Entries for August (FBG_CH1_00095422) | | | | |
| 135. | Oct. 28, 2025 Letter from R. Sivitz to E. Weisgerber (FBG_CH1_00095548 – FBG_CH1_00095550) | | | | |
| 136. | July 6, 2026 First Brands Claim Report (FBG_CH1_00104659) | | | | |
| 137. | July 14, 2026 Overdrive Admin & Priority Support for Disclosure Statement (FBG_CH1_00104682) | | | | |
| 138. | July 15, 2026 First Brands Claim Summary Report (FBG_CH1_00104660) | | | | |
| 139. | July 15, 2026 Overdrive Admin, 503(b)(9), Priority Claim Evaluation (FBG_CH1_00104674 – FBG_CH1_00104680) | | | | |
| 140. | July 15, 2026 Overdrive Admin and 503(b)(9) Support for Subsequent Admin/Priority Claims (FBG_CH1_00104681) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 141. | Agreements Related to the Aequum, CarVal, Evolution and Onset Facilities (FBG_CH1_00099780 – FBG_CH1_00103519; FBG_CH1_00104270 – FBG_CH1_00104648) | | | | |
| 142. | Alester Technologies, LLC General Ledger (FBG_CH1_00098238) **[FILED UNDER SEAL]** | | | | |
| 143. | Alester Technologies, LLC IP Licensing Agreement (FBG_CH1_00098240 – FBG_CH1_00098244) | | | | |
| 144. | Cardone Industries IP Contribution Agreement (FBG_CH1_00097733 – FBG_CH1_00097749) | | | | |
| 145. | Carnaby II & III Borrowing Base Certificate (FBG_CH1_00097725 – FBG_CH1_00097732) | | | | |
| 146. | Carnaby Inventory II, LLC General Ledger (FBG_CH1_00097724) **[FILED UNDER SEAL]** | | | | |
| 147. | Carnaby Inventory III, LLC General Ledger (FBG_CH1_00097723) **[FILED UNDER SEAL]** | | | | |
| 148. | Carter Carburetor IP Contribution Agreement (FBG_CH1_00097719 – FBG_CH1_00097722) | | | | |
| 149. | D&O Chart for Viceroy Private Capital, LLC Subsidiaries (FBG_CH1_00095399) | | | | |
| 150. | Edward James Investments Spreadsheet (FBG_CH1_00097590) **[FILED UNDER SEAL]** | | | | |
| 151. | EX-99.1, Horizon Global Corp. (Q4 2021) (FBG_CH1_00096594 – FBG_CH1_00096609) | | | | |
| 152. | First Brands Bowery Journal Entry Tracker (FBG_CH1_00097752) | | | | |
| 153. | First Brands Group, LLC General Ledgers for 2018 through 2025 (FBG_CH1_00103565 – FBG_CH1_00103572) **[FILED UNDER SEAL]** | | | | |
| 154. | First Brands Summary of Findings (FBG_CH1_00206939 – FBG_CH1_00207212) **[FILED UNDER SEAL]** | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 155. | Form 10-K, Horizon Global Corp. (FY 2021) (FBG_CH1_00208214 – FBG_CH1_00208309) | | | | |
| 156. | Horizon Global Corp. IP Contribution Agreement (FBG_CH1_00096610 – FBG_CH1_00096706) | | | | |
| 157. | Horizon Global Corp. Sched. 14D-9 (FBG_CH1_00096707 – FBG_CH1_00096758) | | | | |
| 158. | Overdrive Liquidation Analysis Summary (FBG_CH1_00104683 – FBG_CH1_00104803) | | | | |
| 159. | TAE Brakes IP Contribution Agreement (FBG_CH1_00095400 – FBG_CH1_00095409) | | | | |
| 160. | Valid8 Transaction Data dated Mar. 4, 2026 (FBG_CH1_00208213) **[FILED UNDER SEAL]** | | | | |
| 161. | Sealed Indictment, *U.S. v. Patrick and Edward James*, 26-cr-00029-AT (FBG_CH1_00093730) | | | | |
| 162. | Plea Agreement of Andrew Brumbergs (FBG_CH1_00093664) | | | | |
| 163. | Plea Agreement of Stephen Graham (FBG_CH1_00093700) | | | | |
| 164. | Onset Motion to Intervene (Docket No. 71, Adv. Proc. No. 25-03803, FBG_CH1_00089754) | | | | |
| 165. | Affidavit of Charles Moore In Support of Emergency Application For Preliminary Injunctive Relief (Docket No. 19, Adv. Proc. No. 25-03803, FBG_CH1_00089783) | | | | |
| 166. | Complaint (Docket No. 17, Adv. Proc. No. 25-03803, FBG_CH1_00089799) | | | | |
| 167. | Amended Complaint (Docket No. 141, Adv. Proc. No. 25-03803, FBG_CH1_00089834) | | | | |
| 168. | Peter Andrew Brumberg's Motion to Dismiss (Docket No. 174, Adv. Proc. No. 25-03803, FBG_CH1_00089924) | | | | |

16

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 169. | Michael Baker's Motion to Dismiss (Docket No. 173, Adv. Proc. No. 25-03803, FBG_CH1_00089934) | | | | |
| 170. | Stephen Graham's Motion to Dismiss (Docket No. 170, Adv. Proc. No. 25-03803, FBG_CH1_00089966) | | | | |
| 171. | Patrick James Renewed Motion to Dismiss (Docket No. 155, FBG_CH1_00089991) | | | | |
| 172. | Transcript of Oral Ruling, November 12, 2025 (Adv. Proc. No. 25-03803, FBG_CH1_00090052) | | | | |
| 173. | Onset Funding Parties' Motion to Dismiss (Docket No. 33, Adv. Proc. No. 26-03005, FBG_CH1_00090084) | | | | |
| 174. | Onset Financial, Inc.'s Motion to Dismiss (Docket No. 32, Adv. Proc. No. 26-03005, FBG_CH1_00090127) | | | | |
| 175. | Onset Financial, Inc.'s Answer and Counterclaim, Cross-Claim, and Third-Party Complaint (Docket No. 16, Adv. Proc. No. 26-03005, FBG_CH1_00090226) | | | | |
| 176. | Onset Complaint (Docket No. 1255, FBG_CH1_00092133) | | | | |
| 177. | Motion Hearing Transcript, November 10, 2025 (Adv. Proc. No. 25-03803, FBG_CH1_00092234) | | | | |
| 178. | Plan Supplement and Liquidation Analysis (Docket No. 3046, FBG-CH1_00092400) | | | | |
| 179. | Disclosure Statement (Docket No. 3020, FBG_CH1_00092760) | | | | |
| 180. | Joint Chapter 11 Plan (Docket No. 3019, FBG_CH1_00093067) | | | | |
| 181. | Aequum Objection to UCC Motion for Leave Prosecute Claims and Causes of Action (Docket No. 2895, FBG_CH1_00093192) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 182. | UCC Reply in Support of Motion for Leave to Prosecute Claims and Causes of Action (Docket No. 2992, FBG_CH1_00093263) | | | | |
| 183. | UCC Motion for Leave to Prosecute Claims and causes of Action (Docket No. 2881, FBG_CH1_00093291) | | | | |
| 184. | Examiner's Report (Docket No. 2538, FBG_CH1_00093381) | | | | |
| 185. | Stephan Hornung, Edwin Smith, Katherine Weinstein, Penelope Christophorou and Jason Alderson, *Recent Bankruptcy Cases and Managing Fraud Risk*, February 10, 2026, Morgan Lewis, https://www.morganlewis.com/pubs/2026/02/recent-bankruptcy-cases-and-managingfraud-risk (FBG_CH1_00093492) | | | | |
| 186. | Master Lease Agreement between Onset Financial, Inc. and Carnaby Inventory IV, LLC dated June 28, 2022 (FBG_CH1_00093494) | | | | |
| 187. | Lease Schedule No. 022 between Onset Financial, Inc. and Carnaby Inventory IV, LLC dated September 12, 2024 (FBG_CH1_00093503) | | | | |
| 188. | Acknowledgement and Waiver between Hopkins Manufacturing Corporation and Onset Financial, Inc. dated February 12, 2024 (FBG_CH1_00093634) | | | | |
| 189. | Apollo – First Brands Overview – April 2024 (FBG_CH1_00093648) **[FILED UNDER SEAL]** | | | | |
| 190. | Centerbridge – First Brands Diligence Requests – October 2023 (FBG_CH1_00093638) | | | | |
| 191. | October 26, 2023 Email from T. Hoffman to S. Graham (FBG_CH1_00093647) | | | | |
| 192. | September 19, 2023 Email from J. Carey to T. Hoffman, S. Graham, and M. Baker (FBG_CH1_00093660) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 193. | October 26, 2023 Email from J. Carey to T. Hoffman and S. Graham (FBG_CH1_00093637) | | | | |
| 194. | October 31, 2023 Email from S. Graham to M. Baker (FBG_CH1_00093636) | | | | |
| 195. | July 1, 2024 Email from K. Allen to E. James and A. Brumbergs (FBG_CH1_00093600) | | | | |
| 196. | October 25, 2023 Email from E. James to S. Kumar and M. Baker (FBG_CH1_00093603) | | | | |
| 197. | October 26, 2023 Email from E. James to S. Kumar (FBG_CH1_00093613) | | | | |
| 198. | July 28, 2022 Email from S. Kumar to M. Baker (FBG_CH1_00093619) | | | | |
| 199. | June 29, 2022 Email from S. Kumar to R. Atwood and E. James (FBG_CH1_00093623) | | | | |
| 200. | April 23, 2024 Email from S. Kumar to E. James (FBG_CH1_00093625) | | | | |
| 201. | July 30, 2025 Email from E. James to S. Kumar, M. Baker, and S. Graham (FBG_CH1_00093628) | | | | |
| 202. | March 10, 2023 Email from E. James to A. Brumbergs, S. Wallace, and K. Ruminski (FBG_CH1_00093632) | | | | |
| 203. | September 28, 2023 Email from J. DiFranco to A. Brumbergs (FBG_CH1_00093595) | | | | |
| 204. | September 28, 2023 Email from M. Chernyavskiy to A. Brumbergs (FBG_CH1_00093592) | | | | |
| 205. | September 28, 2023 Email from J. DiFranco to A. Brumbergs (FBG_CH1_00093588) | | | | |
| 206. | September 28, 2023 Email from A. Brumbergs to E. James (FBG_CH1_00093586) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 207. | September 28, 2023 Email from T. Dahm to E. James, A. Brumbergs, and M. Chernyavskiy (FBG_CH1_00093584) | | | | |
| 208. | September 28, 2023 Email from V. Botescu to A. Brumbergs (FBG_CH1_00093582) | | | | |
| 209. | December 15, 2023 Email from A. Brumbergs to V. Botescu and F. Enache (FBG_CH1_00093578) | | | | |
| 210. | March 5, 2024 Email from A. Sandor to K. Dondl, R. Lee, M. Benson, B. Gross, T. Alexander, and T. King (FBG_CH1_00093569) **[FILED UNDER SEAL]** | | | | |
| 211. | March 19, 2024 Email from R. Lee to B. Liff (FBG_CH1_00093544) **[FILED UNDER SEAL]** | | | | |
| 212. | January 14, 2023 Email from E. James to K. Dondl (FBG_CH1_00093542) | | | | |
| 213. | January 15, 2023 Email from E. James to R. Berger (FBG_CH1_00093532) | | | | |
| 214. | January 17, 2023 Email from E. James to R. Berger (FBG_CH1_00093528) | | | | |
| 215. | January 18, 2023 Email from E. James to R. Berger (FBG_CH1_00093526) | | | | |
| 216. | January 30, 2023 Email from E. James to K. Dondl and S. Graham (FBG_CH1_00093524) | | | | |
| 217. | February 3, 2023 Email from A. Brumbergs to K. Dondl (FBG_CH1_00093522) | | | | |
| 218. | September 5, 2023 Email from J. Nesci to E. James, K. Bukkarayasamudram and S. Graham (FBG_CH1_00093520) | | | | |
| 219. | September 25, 2023 Email from E. James to A. Brumbergs (FBG_CH1_00093514) | | | | |
| 220. | September 25, 2023 Email from E. James to J. Nesci and S. Graham (FBG_CH1_00093509) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 221. | April 30, 2023 Email from K. Bukkarayasamudram to S. Graham and E. James (FBG_CH1_00093540) | | | | |
| 222. | March 6, 2025 Email from E. James to R. Berger (FBG_CH1_00093539) | | | | |
| 223. | September 17, 2025 Email from R. Berger to E. James and S. Graham (FBG_CH1_00093536) | | | | |
| 224. | Aug. 2025 Statement for Carter Fuel Systems, LLC Account x7002 (FBG_CH1_00135377) **[FILED UNDER SEAL]** | | | | |
| 225. | Aug. 2025 Statement for Trico Products Account x7088 (FBG_CH1_00135339) **[FILED UNDER SEAL]** | | | | |
| 226. | First Brands "Approved ROUNDTRIP Master" Spreadsheet (FBG_CH1_00098197) | | | | |
| 227. | First Brands SPV Inflow & Outflow Tracker (FBG_CH1_00096762) | | | | |
| 228. | First Brands "Bowery Splits" Spreadsheet (FBG_CH1_00097751) | | | | |
| 229. | First Brands "Bowery Sweep" Spreadsheet (FBG_CH1_00097750) | | | | |
| 230. | First Brands Consolidated Financial Statements for 2020 through 2024 (FBG_CH1_00103573 – FBG_CH1_00103845) | | | | |
| 231. | Potential Estate Claims (FBG_CH1_00098199) **[FILED UNDER SEAL]** | | | | |
| 232. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases, including the adversary proceedings related thereto | | | | |
| 233. | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | | | | |

22

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 234. | Any exhibit listed by any other party | | | | |

## RESERVATION OF RIGHTS

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list at any time prior to the Combined Hearing.

Dated: July 24, 2026
      Houston, Texas

/s/ Clifford W. Carlson
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email:   gabriel.morgan@weil.com
        clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason H. George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:   matt.barr@weil.com
        sunny.singh@weil.com
        andriana.georgallas@weil.com
        kevin.bostel@weil.com
        jason.george@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

23

**Certificate of Service**

I hereby certify that on July 24, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

    /s/  Clifford W. Carlson
Clifford W. Carlson