| From: | Blanco, Luis[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4E99FE343A954444A4A38E35E B8CE24B-LUIS BLANCO] |
|---|---|
| Sent: | Fri 3/12/2021 6:04:00 PM (UTC) |
| To: | Ric Tomaszewski[ric.tomaszewski@firstbrandsgroup.com] |
| Cc: | Raul Pedrozo[raul.pedrozo@tricoproducts.com]; Andrew Brumbergs[andy.brumbergs@firstbrandsgroup.com]; Kevin Ruminski[kevin.ruminski@firstbrandsgroup.com] |
| Subject: | RE: Trico Products Gross Sales Data Audit Request |
| Attachment: | Trico Products E121 - 2020 Invoice Register.xlsx |

Hi Ric,

You are right, the detail I sent was missing journal entries but also some AR transactions as I only sent the billing module detail. I was also including data that is not mapped to the HFM account you are reconciling.

The attached file now ties to the 342.5M. Detail in three separate tabs.

Let me know if you have any comments.

Thank you.

---

**From:** Ric Tomaszewski <ric.tomaszewski@firstbrandsgroup.com>
**Sent:** Friday, March 12, 2021 10:09 AM
**To:** Blanco, Luis <luis.blanco@tricoproducts.com>
**Cc:** Raul Pedrozo <raul.pedrozo@tricoproducts.com>; Andrew Brumbergs <andy.brumbergs@firstbrandsgroup.com>; Kevin Ruminski <kevin.ruminski@firstbrandsgroup.com>
**Subject:** Trico Products Gross Sales Data Audit Request
**Importance:** High

Good Morning Luis!

Thank you for getting us the sales data so quick. We have identified some differences when reconciling these amounts to HFM (please see below). I suspect that these are journal entries but ask that you please look into it. If they are journal entries, please send those on another tab so that we can tie. If it's not journal entries, please let me know if I missed something in my rec.

Thanks!

CONFIDENTIAL

FBG_CH1_00096108

**DEBTORS' EXHIBIT NO. 59**
**Page 1 of 2**

### Trico Products
### Gross Sales to HFM Rec

| | | |
|---|---|---|
| Sales Data | $ | (323,318,675) |
| HFM | $ | (342,490,059) |
| Difference | $ | 19,171,384 |

Ric Tomaszewski
Sr. VP of Operational Accounting
127 Public Square Suite 5300, Cleveland, OH 44114
**Direct:** +1 216 462 0917 | **Cell:** +1 216 570 0024 | **Email:** ric.tomaszewski@firstbrandsgroup.com



DISCLAIMER: This electronic message together with any attachments is confidential. If you are not the intended recipient, do not copy, disclose or use the contents in any way. Please also advise us by return e-mail that you have received the message and then please destroy. The sender is not responsible for any changes made to this message and / or any attachments after the message and attachments are initial sent. We use virus scanning software but exclude all liability for viruses or anything similar in this email or any attachment.

CONFIDENTIAL

FBG_CH1_00096109