| | |
|---|---|
| **From:** | "Katie Spiegler" <kspiegler@bdo.com> |
| **Sent:** | Tue 3/23/2021 12:47:08 AM (UTC) |
| **Subject:** | RE: Management Fees |

**From:** Katie Spiegler [kspiegler@bdo.com]
**Sent:** Tuesday, March 23, 2021 12:47 AM
**To:** Kevin Ruminski; Andrew Brumbergs
**Subject:** RE: Management Fees

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Katie Spiegler
Assurance Director
440-394-6166 (Direct)    362-6166 (Internal)
904-742-9743 (Mobile)   440-248-0841 (Fax)
kspiegler@bdo.com

BDO
32125 Solon Road
Cleveland, OH 44139
UNITED STATES
440-248-8787
www.bdo.com

**From:** Kevin Ruminski <kevin.ruminski@firstbrandsgroup.com>
**Sent:** Monday, March 22, 2021 8:47 PM
**To:** Katie Spiegler <kspiegler@bdo.com>; Andrew Brumbergs
<andy.brumbergs@firstbrandsgroup.com>
**Subject:** RE: Management Fees

Attention: This email was sent from someone outside of BDO USA. Always use caution when opening attachments or clicking links from unknown senders or when receiving unexpected emails.

Patrick James

Kevin Ruminski
VP Finance & Treasury

**From:** Katie Spiegler <kspiegler@bdo.com>
**Sent:** Monday, March 22, 2021 8:46 PM
**To:** Kevin Ruminski <kevin.ruminski@firstbrandsgroup.com>; Andrew Brumbergs

CONFIDENTIAL

FBG_CH1_00096059

<andy.brumbergs@firstbrandsgroup.com>
**Subject:** RE: Management Fees

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks!

What services do they provide FB?

Katie Spiegler
Assurance Director
440-394-6166 (Direct)    362-6166 (Internal)
904-742-9743 (Mobile)   440-248-0841 (Fax)
kspiegler@bdo.com

BDO
32125 Solon Road
Cleveland, OH 44139
UNITED STATES
440-248-8787
www.bdo.com

**From:** Kevin Ruminski <kevin.ruminski@firstbrandsgroup.com>
**Sent:** Monday, March 22, 2021 4:53 PM
**To:** Katie Spiegler <kspiegler@bdo.com>; Andrew Brumbergs
<andy.brumbergs@firstbrandsgroup.com>
**Subject:** RE: Management Fees

Attention: This email was sent from someone outside of BDO USA. Always use caution when opening attachments or clicking links from unknown senders or when receiving unexpected emails.

Katie – The MGT fee is $5M and was completed in 5 wires as shown below. Larchmont is PJ's family office.

I've attached copies of these wires and also the MGT fee expense recorded at Corp as we straight line through the year. Let me know if you need anything else. Thx

| Date | Type | No. | Payee | Total |
|---|---|---|---|---|
| 07/01/2020 | Bill Payment (WIRE) | WIRE 07012020-4 | Larchmont LLC | -2,500,002.00 |
| 03/30/2020 | Bill Payment (WIRE) | WIRE 03302020-1 | Larchmont LLC | -1,250,000.00 |
| 03/04/2020 | Bill Payment (WIRE) | WIRE 03042020-25 | Larchmont LLC | -416,667.00 |
| 02/05/2020 | Bill Payment (WIRE) | WIRE 02052020-3 | Larchmont LLC | -416,667.00 |
| 01/01/2020 | Bill Payment (WIRE) | WIRE 12312019-3 | Larchmont LLC | -416,667.00 |

CONFIDENTIAL

FBG_CH1_00096060

Kevin Ruminski
VP Finance & Treasury

**From:** Katie Spiegler <kspiegler@bdo.com>
**Sent:** Monday, March 22, 2021 4:10 PM
**To:** Kevin Ruminski <kevin.ruminski@firstbrandsgroup.com>; Andrew Brumbergs <andy.brumbergs@firstbrandsgroup.com>
**Subject:** Management Fees

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Kevin and Andy-

Can you send me the detail on the related party management fees at Corporate?

Thanks!
Katie


Katie Spiegler
Assurance Director
440-394-6166 (Direct)    362-6166 (Internal)
904-742-9743 (Mobile)    440-248-0841 (Fax)
kspiegler@bdo.com

BDO
32125 Solon Road
Cleveland, OH 44139
UNITED STATES
440-248-8787
www.bdo.com

*The health and safety of our people and communities is our top priority, as we all do our part to help stop the spread of COVID-19. All BDO USA offices will be closed until further notice. While we will be working from home, our already-flexible work environment enables us to make this transition seamlessly and we have the technology in place to continue to provide the same excellent level of service our clients are accustomed to. We are here if you need us, just as before, and if we can be helpful as you navigate the uncertainty, we stand ready.*

*BDO USA, LLP, a Delaware limited liability partnership, is the U.S. member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.*

*BDO is the brand name for the BDO network and for each of the BDO Member Firms.*

*IMPORTANT NOTICES*

CONFIDENTIAL

FBG_CH1_00096061

*The contents of this email and any attachments to it may contain privileged and confidential information from BDO USA, LLP. This information is only for the viewing or use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of, or the taking of any action in reliance upon, the information contained in this e-mail, or any of the attachments to this e-mail, is strictly prohibited and that this e-mail and all of the attachments to this e-mail, if any, must be immediately returned to BDO USA, LLP or destroyed and, in either case, this e-mail and all attachments to this e-mail must be immediately deleted from your computer without making any copies hereof. If you have received this e-mail in error, please notify BDO USA, LLP by e-mail immediately.*

*The health and safety of our people and communities is our top priority, as we all do our part to help stop the spread of COVID-19. All BDO USA offices will be closed until further notice. While we will be working from home, our already-flexible work environment enables us to make this transition seamlessly and we have the technology in place to continue to provide the same excellent level of service our clients are accustomed to. We are here if you need us, just as before, and if we can be helpful as you navigate the uncertainty, we stand ready.*

*BDO USA, LLP, a Delaware limited liability partnership, is the U.S. member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.*

*BDO is the brand name for the BDO network and for each of the BDO Member Firms.*

*IMPORTANT NOTICES*

*The contents of this email and any attachments to it may contain privileged and confidential information from BDO USA, LLP. This information is only for the viewing or use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of, or the taking of any action in reliance upon, the information contained in this e-mail, or any of the attachments to this e-mail, is strictly prohibited and that this e-mail and all of the attachments to this e-mail, if any, must be immediately returned to BDO USA, LLP or destroyed and, in either case, this e-mail and all attachments to this e-mail must be immediately deleted from your computer without making any copies hereof. If you have received this e-mail in error, please notify BDO USA, LLP by e-mail immediately.*

*The health and safety of our people and communities is our top priority, as we all do our part to help stop the spread of COVID-19. All BDO USA offices will be closed until further notice. While we will be working from home, our already-flexible work environment enables us to make this transition seamlessly and we have the technology in place to continue to provide the same excellent level of service our clients are accustomed to. We are here if you need us, just as before, and if we can be helpful as you navigate the uncertainty, we stand ready.*

*BDO USA, LLP, a Delaware limited liability partnership, is the U.S. member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.*

*BDO is the brand name for the BDO network and for each of the BDO Member Firms.*

*IMPORTANT NOTICES*

*The contents of this email and any attachments to it may contain privileged and confidential information from BDO USA, LLP. This information is only for the viewing or use of the intended recipient. If you are not the*

CONFIDENTIAL

FBG_CH1_00096062

*intended recipient, you are hereby notified that any disclosure, copying, distribution or use of, or the taking of any action in reliance upon, the information contained in this e-mail, or any of the attachments to this e-mail, is strictly prohibited and that this e-mail and all of the attachments to this e-mail, if any, must be immediately returned to BDO USA, LLP or destroyed and, in either case, this e-mail and all attachments to this e-mail must be immediately deleted from your computer without making any copies hereof. If you have received this e-mail in error, please notify BDO USA, LLP by e-mail immediately.*

CONFIDENTIAL

FBG_CH1_00096063

**DEBTORS' EXHIBIT NO. 60**
**Page 5 of 5**