| | |
|---|---|
| **From:** | "Nigel Crighton" <nigel.crighton@firstbrandsgroup.com> |
| **Sent:** | Mon 4/12/2021 6:07:26 PM (UTC) |
| **Subject:** | Conversation with Nigel Crighton |

**From:** Nigel Crighton [nigel.crighton@firstbrandsgroup.com]
**Sent:** Monday, April 12, 2021 6:07 PM
**To:** Nigel Crighton; Andrew Brumbergs
**Subject:** Conversation with Nigel Crighton

Nigel Crighton 1:58 PM:
    yo
Nigel Crighton 2:00 PM:
    have you heard anything about Larchmont management fee payment today? i was just talking to
    Carrie Lang who manages the family service side and she told me Patrick told her this weekend
    we would pay it today but didn't have a price or anything haha Dong and I have not heard
    anything either
Andrew Brumbergs 2:01 PM:
    oh ya, sorry, I asked him on Friday.
Andrew Brumbergs 2:02 PM:
    Yes, he wants the entire Q2 amount paid today
Nigel Crighton 2:03 PM:
    okay so 1,250,000
Andrew Brumbergs 2:03 PM:
    do you need an email from me to initiate?
Nigel Crighton 2:03 PM:
    yes please because if not ruminski will try to beat me up
Andrew Brumbergs 2:05 PM:
    ha, that guy!
Nigel Crighton 2:05 PM:
    lol

CONFIDENTIAL

**DEBTORS' EXHIBIT NO. 61**
**Page 1 of 1**