## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 5 |
| Total Messages: 5 | Date Range: 8/8/2021 |

## Outline of Conversations

 **ab079ca2-f7b9-4dcb-82de-e1ac76daef2c** • 5 messages on 8/8/2021 • +14404792581 [Steve Graham]"
</> • Stephen Graham <+1404792581> • Stephen Graham <404792581> • Unknown Participants •
\"[(owner)]\"" </>

CONFIDENTIAL

FBG_CH1_00097753

**Messages in chronological order** (times are shown in GMT +00:00)

💬 **ab079ca2-f7b9-4dcb-82de-e1ac76daef2c**

SG    Stephen Graham <4404792581>        ≫ 8/8/2021, 4:55 PM
How did the adjustments go?

UP    Unknown Participants        ≫ 8/8/2021, 5:21 PM
I pushed them thru last night. I will send a refresh to you now

SG    Stephen Graham <4404792581>        ≫ 8/8/2021, 5:22 PM
👍

SG    Stephen Graham <4404792581>        ≫ 8/8/2021, 8:39 PM
Talked with PJ. Want to: reduce factoring by 3. Reduce interest by 6. Reduce non cash by 14. Increase restructuring 14. Plug WC to balance cash walk

SG    Stephen Graham <4404792581>        ≫ 8/8/2021, 8:39 PM
Open to reducing Ebitda to about 202.

CONFIDENTIAL

FBG_CH1_00097754