**From:**      Luna,Nelly[Nelly.Luna@tricoproducts.com]

**Sent:**      Mon 1/17/2022 4:00:26 PM (UTC)

**To:**        Brumbergs,Andy[andy.brumbergs@firstbrandsgroup.com];
               andy.brumbergs@firstbrandsgroup.com[andy.brumbergs@firstbrandsgroup.com]
               ; Nelly.Luna@tricoproducts.com[Nelly.Luna@tricoproducts.com]

| "Luna,Nelly" | 1/17/2022 4:00:26 PM |
|---|---|
| beyond this adj we still need 5-6M more ? | |

CONFIDENTIAL

**DEBTORS' EXHIBIT NO. 65**
**Page 1 of 1**