| | |
|---|---|
| **From:** | "Brumbergs, Andy" |
| **Sent:** | Tue 4/5/2022 5:27:11 PM (UTC) |
| **Subject:** | RE: Patrick Tax Distribution |

**From:** Brumbergs, Andy
**Sent:** Tuesday, April 5, 2022 5:27 PM
**To:** Graham, Gillian
**Subject:** RE: Patrick Tax Distribution

When I spoke to him earlier today, he indicated the end of the week, so we'll set it up for Friday 4/8

Will send a confirm once it's released

**From:** Graham, Gillian <gillian.graham@firstbrandsgroup.com>
**Sent:** Tuesday, April 5, 2022 1:23 PM
**To:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Subject:** Patrick Tax Distribution

Andy,

Patrick shared with me today that he wants a $10M tax distribution paid to him this week.

Please let me know when this will be done. The wiring instructions are attached.

Thanks,

Gillian Graham
216-509-9392 cell

Gillian Graham

127 Public Square Suite 5300, Cleveland, OH 44114
**Direct:** +1 (216) 462-0952 x156 | **Email:** gillian.graham@firstbrandsgroup.com



**DISCLAIMER:** This electronic message together with any attachments is confidential. If you are not the intended recipient, do not copy, disclose, or use the contents in any way. Please also advise us by return e-mail that you have received the message and then please destroy. The sender is not responsible for any changes made to this message and / or any attachments after the message and attachments are initial sent. We use virus scanning software but exclude all liability for viruses or anything similar in this email or any attachment.

CONFIDENTIAL

FBG_CH1_00097863