**From:**          "Eric French" <Eric.French@firstbrandsgroup.com>
**Sent:**          Tue 7/19/2022 4:05:01 PM (UTC)
**Subject:**       FW: Battery park invoices

**From:** Eric French [Eric.French@firstbrandsgroup.com] on behalf of Eric French
<Eric.French@firstbrandsgroup.com>
**Sent:** Tuesday, July 19, 2022 4:05 PM
**To:** Meenu Sharma
**CC:** Ruminski, Kevin
**Subject:** FW: Battery park invoices
**Attachments:** doc04618120220719105127.pdf; doc04618220220719105134.pdf

Battery Park invoice with additional Prepaid Travel.

I will add to the Prepaid Other JE for July.

**From:** Carrie Lang <clang@larchmontllc.com>
**Sent:** Tuesday, July 19, 2022 10:14 AM
**To:** Eric French <Eric.French@firstbrandsgroup.com>
**Cc:** Crighton, Nigel <nigel.crighton@firstbrandsgroup.com>
**Subject:** Battery park invoices

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open
attachments unless you recognize the sender and know the content is safe.

Hi Eric,

Attached are 2 invoices from Battery Park.  Patrick has asked that we invoice weekly.  Attached is the
month of June as well as July 1 – July 9.

Please let me know if you have any questions and it would be appreciated if you can let me know
when to expect the transfer to process.

Thanks!

Carrie Lang
Director, Family Office Services
clang@larchmontllc.com
330-671-8250

CONFIDENTIAL                                                                  FBG_CH1_00096202

**DEBTORS' EXHIBIT NO. 68**
**Page 1 of 1**