**From:**       "Cortes,Nicolas" <Nicolas.Cortes@firstbrandsgroup.com>
**Sent:**       Fri 9/30/2022 1:18:35 PM (UTC)

**From:** Cortes,Nicolas [Nicolas.Cortes@firstbrandsgroup.com]
**Sent:** Friday, September 30, 2022 1:18 PM
**To:** Brumbergs,Andy; Nicolas.Cortes@firstbrandsgroup.com;
andy.brumbergs@firstbrandsgroup.com
**Subject:**

---

"Cortes,Nicolas"                                         9/30/2022 1:18:35 PM

**Cortes, Nicolas**

   Hey Andy, we have not had any invoices for the orange highlighted
customers in the last couple weeks so it is unlikely we will see anything in the
upload tomorrow.

In regards to the customers in orange: Sam just told me that we don't have anything in our
aging for those customers. So, if you want to add sales for one of those customers, just let me
know because we would have to make some dummy invoices for it

---

CONFIDENTIAL                                                    FBG_CH1_00044086

**DEBTORS' EXHIBIT NO. 71**
**Page 1 of 1**