| | |
|---|---|
| **From:** | "Carrie Lang" <clang@larchmontllc.com> |
| **Sent:** | Mon 10/31/2022 8:33:53 PM (UTC) |
| **Subject:** | RE: Battery Park Billback Invoice |

**From:** Carrie Lang [clang@larchmontllc.com] on behalf of Carrie Lang <clang@larchmontllc.com>
**Sent:** Monday, October 31, 2022 8:33 PM
**To:** Eric French
**CC:** Brumbergs, Andy; Gillian Graham
**BCC:** andy.brumbergs@firstbrandsgroup.com; eric.french@firstbrandsgroup.com
**Subject:** RE: Battery Park Billback Invoice
**Attachments:** First Brands Battery Park 10.1 - 10.27.2022 Billbacks.pdf

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Andy and Eric,

Per Patrick this should be paid tomorrow.  Let me know if you have any questions!

Carrie Lang
Director, Family Office Services
clang@larchmontllc.com
330-671-8250

**From:** Carrie Lang
**Sent:** Friday, October 28, 2022 1:48 PM
**To:** Eric French <Eric.French@firstbrandsgroup.com>
**Cc:** 'Brumbergs, Andy' <andy.brumbergs@firstbrandsgroup.com>
**Subject:** Battery Park Billback Invoice

Hi Eric,

Attached is the current FBG billback invoice from Battery Park.  Please let me know if you have any questions and when we can expect the transfer.

Thanks

Carrie Lang
Director, Family Office Services
clang@larchmontllc.com
330-671-8250

CONFIDENTIAL

FBG_CH1_00095545

**DEBTORS' EXHIBIT NO. 72**
**Page 1 of 1**