IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC**, *et al.*, | § § | **Case No. 25-90399 (CML)** |
| | § § | **(Jointly Administered)** |
| **Debtors.** | § | |

## DEBTORS' EXHIBIT NUMBER 77

**FOR JULY 28, 2026 HEARING**

*Jan. 21, 2023 Non-Circumvention and Fee Agreement between Helios Strategic Advisors and Optimus Private Capital (FBG_CH1_00096759 – FBG_CH1_00096761)*

(*filed under seal*)