| | |
|---|---|
| **From:** | "Eric French" <Eric.French@firstbrandsgroup.com> |
| **Sent:** | Thur 2/2/2023 6:07:27 PM (UTC) |
| **Subject:** | FW: FBG Billbacks through 12.31.2022 |

**From:** Eric French [Eric.French@firstbrandsgroup.com] on behalf of Eric French <Eric.French@firstbrandsgroup.com>
**Sent:** Thursday, February 2, 2023 6:07 PM
**To:** Meenu Sharma
**Subject:** FW: FBG Billbacks through 12.31.2022
**Attachments:** First Brands Battery Park through 12.31.2022 Billbacks.pdf

**From:** Crighton, Nigel <nigel.crighton@firstbrandsgroup.com>
**Sent:** Thursday, February 2, 2023 12:49 PM
**To:** Eric French <Eric.French@firstbrandsgroup.com>; Ruminski, Kevin <kevin.ruminski@firstbrandsgroup.com>
**Cc:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Subject:** FW: FBG Billbacks through 12.31.2022

**From:** Gillian Graham <gg@virabus.com>
**Sent:** Thursday, February 2, 2023 12:08 PM
**To:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Cc:** Crighton, Nigel <nigel.crighton@firstbrandsgroup.com>
**Subject:** FBG Billbacks through 12.31.2022

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Andy,

Attached is the FBG billback invoice through 12.31.2022.  In December Patrick had us go back and recode the Satellite Phone Store charges to FBG billbacks for 2022 and these charges are included in the invoice.

Let me know if you have any questions.

Thanks,

CONFIDENTIAL

FBG_CH1_00097547

**DEBTORS' EXHIBIT NO. 78**
**Page 1 of 1**