March 28, 2023

Katsumi Servicing, LLC
6177 Lake Waldon Drive
Clarkston, MI 48346
Attention:  Mark Benson

Subject: Authorization for Payment

I, Edward James, Executive Vice President of First Brands Group, LLC and each of its subsidiaries and affiliates, write this letter to authorize Katsumi Servicing, LLC, ("KS") acting on behalf of KARS Funding, LLC to make payments to (i) Helios Strategic Advisors, LLC ("HSA") and (ii) to its own account (together "the Compensated Parties") as compensation for services provided in establishing an Accounts Receivable Purchase Program for the benefit of First Brands Group, LLC and certain subsidiaries and affiliates ("the Selling Parties").

Compensation is based upon the anticipated expansion of the KARS funding program to $500,000,000.  Compensation consists of a one-time fee of $10,587,368 (2% of expected funding amount) payable to the Compensated Parties, with $2,646,842 (0.50%) payable to KS and $7,940,526 (1.5%) payable to HSA.  A portion of the fees will be paid from the purchase proceeds that will be disbursed on March 28, 2023.  That total is $1,640,000, with $410,000 being remitted to KS and $1,230,000 to HSA.  The balance of the fees, in the amount of $8,947,368 will be paid from the next purchase, which is anticipated to be on March 31, 2023. That amount will be allocated to Katsumi Servicing ($2,236,842) and HSA ($6,710,526).

KS is hereby authorized to withhold the first $8,947,368 in advance proceeds from the March 31, 2023 purchase of Eligible Receivables from the Selling Parties, and remit the fee payments to the Compensated Parties in the amounts shown in the above paragraph.

The account information for payment to HSA and Katsumi Servicing is set forth below:

**Payment Instructions for HSA**

| | |
|---|---|
| Name of Bank: | Chase Bank |
| Address of Bank: | 383 Madison Avenue, New York, NY 10017 |
| Bank Routing Number: | 021000021 |
| Account Number: | 300156673 |
| SWIFT Code: | CHASUS33 |
| Account Name: | Helios Strategic Advisors, LLC |

1

CONFIDENTIAL

FBG_CH1_00096106

**DEBTORS' EXHIBIT NO. 79**
**Page 1 of 2**

**Payment Instructions for KS**

| | |
|---|---|
| Name of Bank: | Bank of America |
| Address of Bank: | 100 West 33rd Street, New York, NY 10001 |
| Bank Routing Number | |
| ACH: | 071000039 |
| Wires: | 026009593 |
| Account Number: | 8670808056 |
| Account Name: | Katsumi Servicing, LLC |

The provisions described in this letter are authorized as indicated by my signature below.

Sincerely,

Edward James
Executive Vice President, First Brands Group, LLC
and the other Selling Parties to the RPA

2

CONFIDENTIAL

FBG_CH1_00096107

**DEBTORS' EXHIBIT NO. 79**
**Page 2 of 2**