**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re<br><br>FIRST BRANDS GROUP, LLC *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**ONSET FINANCIAL, INC.'S WITNESS AND EXHIBIT LIST
FOR HEARING ON JULY 27, 2026**

Onset Financial, Inc. ("Onset"), by and through its undersigned counsel, hereby files this witness and exhibit list in connection with the hearing to begin on July 28, 2026, at 9:00 a.m. (prevailing Central Time) (the "Hearing") before the Honorable Judge Christopher M. Lopez, United States Bankruptcy Judge, Courtroom 402, 515 Rusk Street, Houston, Texas 77002.

Onset reserves the right to amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing, to call any witness on any other party's witness list (regardless of whether that party removes that witness from its list), to call any witness necessary to authenticate documents (to the extent necessary), and to call any witness to provide rebuttal or impeachment testimony (as appropriate). Onset further reserves the right to ask the Court to take judicial notice of pleadings, transcripts, and/or documents filed in or in connection with the above-captioned cases, to offer rebuttal exhibits, and to modify, supplement, or amend this Witness and Exhibit List at any time prior to or during the Hearing. Onset reserves the right to use any exhibits presented by any other party and to introduce exhibits previously admitted. Designation of any

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands/. The Debtors' service address for these chapter 11 cases (the "Chapter 11 Cases") is 127 Public Square, Suite 5300, Cleveland, OH 44114.

exhibit below does not waive any objections Onset may have to any exhibit listed on any party's exhibit list or introduced at the Hearing.

**WITNESSES**

1. Charles Moore, Interim Chief Executive Officer of the Debtors;

2. Marc Kirschner, Founder & President of Kirschner Consulting Company;

3. Neal Goldman, Independent Manager and member of the Special Committees of Debtor-entities;

4. Kerri Palen, Senior Director at Alvarez & Marsal;

5. Christopher Moffatt, Senior Director at Alvarez & Marsal;

6. Michael Malloy, Managing Director at Alvarez & Marsal;

7. Any witness listed or called by any other party;

8. Any witness necessary to authenticate a document;

9. Any witness necessary to rebut the testimony of any witnesses called or designated by any other party.

**EXHIBITS**

| NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | FBG_CH1_00093664 [**Filed Under Seal**] | | | | |
| 2. | FBG_CH1_00093700 [**Filed Under Seal**] | | | | |
| 3. | FBG_CH1_00097864 [**Filed Under Seal**] | | | | |

| NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 4. | FBG_CH1_00095566 [**Filed Under Seal**] | | | | |
| 5. | FBG_CH1_00093647 [**Filed Under Seal**] | | | | |
| 6. | FBG_CH1_00093660 [**Filed Under Seal**] | | | | |
| 7. | FBG_CH1_00095564 [**Filed Under Seal**] | | | | |
| 8. | FBG_CH1_00093636 [**Filed Under Seal**] | | | | |
| 9. | FBG_CH1_00093600 [**Filed Under Seal**] | | | | |
| 10. | FBG_CH1_00093603 [**Filed Under Seal**] | | | | |
| 11. | FBG_CH1_00093613 [**Filed Under Seal**] | | | | |
| 12. | FBG_CH1_00096192 [**Filed Under Seal**] | | | | |
| 13. | FBG_CH1_00093623 [**Filed Under Seal**] | | | | |
| 14. | FBG_CH1_00093625 [**Filed Under Seal**] | | | | |
| 15. | FBG_CH1_00093628 [**Filed Under Seal**] | | | | |
| 16. | FBG_CH1_00093632 [**Filed Under Seal**] | | | | |
| 17. | FBG_CH1_00093595 [**Filed Under Seal**] | | | | |
| 18. | FBG_CH1_00093592 [**Filed Under Seal**] | | | | |
| 19. | FBG_CH1_00093588 [**Filed Under Seal**] | | | | |

| NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 20. | FBG_CH1_00093586 [**Filed Under Seal**] | | | | |
| 21. | FBG_CH1_00095410 [**Filed Under Seal**] | | | | |
| 22. | FBG_CH1_00093582 [**Filed Under Seal**] | | | | |
| 23. | FBG_CH1_00093578 [**Filed Under Seal**] | | | | |
| 24. | FBG_CH1_00093569 [**Filed Under Seal**] | | | | |
| 25. | FBG_CH1_00093544 [**Filed Under Seal**] | | | | |
| 26. | FBG_CH1_00096550 [**Filed Under Seal**] | | | | |
| 27. | FBG_CH1_00093532 [**Filed Under Seal**] | | | | |
| 28. | FBG_CH1_00096540 [**Filed Under Seal**] | | | | |
| 29. | FBG_CH1_00093526 [**Filed Under Seal**] | | | | |
| 30. | FBG_CH1_00093524 [**Filed Under Seal**] | | | | |
| 31. | FBG_CH1_00093522  [**Filed Under Seal**] | | | | |
| 32. | FBG_CH1_00093520 [**Filed Under Seal**] | | | | |
| 33. | FBG_CH1_00093514 [**Filed Under Seal**] | | | | |
| 34. | FBG_CH1_00093509 [**Filed Under Seal**] | | | | |
| 35. | FBG_CH1_00093540 [**Filed Under Seal**] | | | | |

| NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 36. | FBG_CH1_00093539 [**Filed Under Seal**] | | | | |
| 37. | FBG_CH1_00093536 [**Filed Under Seal**] | | | | |
| 38. | Morgan Lewis, *Recent Bankruptcy Cases and Managing Fraud Risk* (Feb. 10, 2026), FBG_CH1_00093492 | | | | |
| 39. | May 4, 2026 to July 19, 2026, FBG_CH1_00220754 [**Filed Under Seal**] | | | | |
| 40. | Transcript of Hearing on June 12, 2026 | | | | |
| 41. | Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors [Dkt. No. 3019] | | | | |
| 42. | Disclosure Statement for Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors [Dkt. No. 3020] | | | | |
| 43. | FBG_CH1_00206939 [**Filed Under Seal**] | | | | |
| 44. | Notice of Filing of (I) Plan Supplement and (II) Liquidation Analysis [Dkt. No. 3046] | | | | |
| 45. | FBG_CH1_00097591 [**Filed Under Seal**] | | | | |
| 46. | Declaration of Marc S. Kirschner [Dkt. No. 3190] | | | | |
| 47. | Declaration of Charles M. Moore in Support of Confirmation of FBG Debtors' Chapter 11 Plan [Dkt. No. 3188] | | | | |
| 48. | Email correspondence regarding "First Brands | Onset 30(b)(6) Notice" on July 19, 2026 | | | | |

| NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 49. | Jonathan Stempel, *Krones to Pay $125 Million to End U.S. Cases over Le-Nature's*, REUTERS (Nov. 8, 2012) | | | | |
| 50. | Steven Church, *Wells Fargo, BDO Seidman Settle Lawsuits for $130 Million (1)*, BLOOMBERG | | | | |
| 51. | Refco, Inc., *SDNY Authorizes the Closing of Remaining Refco Capital Markets Chapter 11 Cases* (Jan. 30, 2020) | | | | |
| 52. | First Amended Complaint, No. 1:12-v-02652-RJS (D. Del. Apr. 11, 2012) | | | | |
| 53. | ALM Staff, *Thomas H. Lee Reaches $145 Million Settlement with Refco Trustee and Brokerage Customers*, LAW.COM (Mar. 4, 2011) | | | | |
| | Any pleading or other document filed with the Court on the docket of the above-captioned Chapter 11 Cases | | | | |
| | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | | | | |
| | Any exhibit listed by any other party | | | | |

Dated: July 24, 2026
      Houston, Texas

**MUNSCH HARDT KOPF & HARR, PC**

*/s/ Deborah M. Perry*
Deborah M. Perry
Texas Bar No. 24002755
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile:  (214) 855-7584
Email: dperry@munsch.com

-and-

**MORRISON & FOERSTER LLP**
Carrie H. Cohen (admitted *pro hac vice*)
James Newton (admitted *pro hac vice*)
Ben Butterfield (admitted *pro hac vice*)
Bryan Kotliar (admitted *pro hac vice*)
250 West 55th Street
New York, NY 10019
Email: ccohen@mofo.com
Email: jnewton@mofo.com
Email: bbutterfield@mofo.com
Email: bkotliar@mofo.com

-and-

**MORRISON & FOERSTER LLP**
Anthony S. Fiotto (admitted *pro hac vice*)
Julia C. Koch (admitted *pro hac vice*)
200 Clarendon Street
Boston, MA 02116
Email: afiotto@mofo.com
Email: jkoch@mofo.com

-and-

**MORRISON & FOERSTER LLP**
Brian R. Michael (admitted *pro hac vice*)
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Email: bmichael@mofo.com

-and-

**MILBANK LLP**
Dennis F. Dunne (*pro hac vice* granted)
Lisa Laukitis (*pro hac vice* granted
Jason Kestecher (*pro hac vice* granted)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530 5858
Facsimile:  (212) 530-5219
Email: ddunne@milbank.com
Email: llaukitis@milbank.com
Email: jkestecher@milbank.com

-and-

**MILBANK LLP**
Andrew M. Leblanc (*pro hac vice* granted)
Erin E. Dexter (*pro hac vice* granted)
1101 New York Avenue NW,
Washington, DC 20005
Telephone: (202) 835-7500
Facsimile:  (202) 263-7586
Email: aleblanc@milbank.com
Email: edexter@milbank.com

*Attorneys for Onset Financial, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed on this 24th day of July 2026, with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

/s/ *Deborah M. Perry*
Deborah M. Perry