# EXHIBIT 53



# Thomas H. Lee Reaches $145 Million Settlement with Refco Trustee and Brokerage Customers

The brokerage customers had their complaint dismissed with prejudice in 2008. But they will still benefit from a settlement that will also resolve claims by Refco's bankruptcy trustee against private equity firm Thomas H. Lee.

March 04, 2011 at 12:00 AM   By **ALM Staff**

Nearly six years after the fraud-plagued brokerage company Refco collapsed, the chips are still falling. Thomas H. Lee, the private equity company that took control of Refco shortly before it went public, has agreed to pay $145 million to settle all claims by brokerage customers and by Refco's bankruptcy trustee. In an earlier settlement, THL agreed to pay a similar amount to settle claims by Refco's shareholders.

In an unusual twist, this substantial settlement, outlined in a court filing on Wednesday, comes more than two years after the plaintiffs saw their complaint against THL dismissed with prejudice. (Their appeal to the U.S. Court of Appeals for the Second Circuit is pending.) The plaintiffs, led by Global Management Worldwide Limited, had maintained that a Refco affiliate called Refco Capital Management treated customer securities as its own, instead of safekeeping them as a stockbroker should. Manhattan federal district court judge Gerard Lynch dismissed this complaint with prejudice in August 2008, finding among other things that the plaintiffs had failed to plead deceptive conduct by THL, and had failed to allege securities fraud based on a fiduciary duty theory.

Fortunately for these plaintiffs, the court-appointed trustee for the Refco bankruptcy was also pursuing claims agains T.H. Lee. Trustee Marc Kirschner filed claims for breach of fiduciary duties and the payment of illegal dividends under Delaware law, among other things. Although the court had not made any substantive rulings on this complaint, THL apparently decided it wanted to get rid of these claims. As described in the motion for preliminary approval of the settlement, this global settlement will resolve all claims by Kirschner and by the brokerage plaintiffs.

The settlement money will be divvied up among the brokerage plaintiffs and others with claims arising from Refco's bankruptcy. According to the court filing, the 187 former brokerage customers will receive approximately $40 million of this settlement, which will improve their total recovery to 98 percent. As we reported last October, in the separate Refco securities class actions, the

plaintiffs have recovered a little more than $400 million

The brokerage plaintiffs are represented by Kirby McInerney and Milbank, Tweed, Hadley & McCloy. Milbank also represents trustee Kirschner. Sander Bak at Milbank declined to comment. We contacted Kirby McInerney but did not hear back.

Thomas H. Lee is represented by Weil, Gotshal & Manges and Paul, Weiss, Rifkind, Wharton & Garrison. We contacted lawyers at both firms but did not hear back.

**Page printed from:**   https://www.law.com/article/almID/1202484380353/

**NOT FOR REPRINT**

© 2026 ALM Global, LLC, All Rights Reserved. Request academic re-use from www.copyright.com. All other uses, submit a request to asset-and-logo-licensing@alm.com. For more information visit Asset & Logo Licensing.