Electronic Appearance Sheet

Andrew Parks, Elsberg Baker & Maruri PLLC
Client(s): Ronald J. Sommers, Chapter 7 Trustee for Patterson and Starlight SPV Debtors' Estates

Vivek Tata, Elsberg Baker & Maruri PLLC
Client(s): Ronald J. Sommers, Chapter 7 Trustee for Starlight and Patterson SPV Debtors

Brian Levy, Taft Steittinus & Hollister LLP
Client(s): PrimeRevenue, Inc.

Jason Blackstone, Buchalter LLP
Client(s): Oracle

David Staab, Haynes and Boone, LLP
Client(s): Orbian Corporation and Orbian Financial Services XXVI LLC

Frasher Murphy, Haynes and Boone, LLP
Client(s): Orbian Corporation and Orbian Financial Services XXVI LLC

AnnElyse Gains, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group of Lenders

Robert  Marsters, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group of Lenders

Bennett Silverberg, BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

Michael Winograd, BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

Kenneth Aulet, BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

Brian Levy, Taft Stettinius & Hollister LLP
Client(s): PrimeRevenue, Inc.

Paul Heath, Vinson & Elkins LLP
Client(s): LAM Parties

Michael  Cassel, Wachtell Lipton Rosen & Katz
Client(s): LAM Parties

Angela  Herring, Wachtell Lipton Rosen & Katz
Client(s): LAM Parties

Emil Kleinhaus, Wachtell Lipton Rosen & Katz
Client(s): LAM Parties

Electronic Appearance Sheet

Michelle Shriro, Singer & Levick, PC
Client(s): BPP Cannonball Park A LP

Ben Wertz, M3
Client(s): First Brands

Mark Sherrill, Chamberlain Hrdlicka
Client(s): Official Committee of Non-Union Retirees

Vianey Garza, Office of the U.S. Trustee
Client(s): U.S. Trustee

Theodore Tsekerides, Weil, Gotshal & Manges LLP
Client(s): Debtors

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): Debtors

Lisa Laukitis, Milbank LLP
Client(s): Silver Point Capital

Michael Winograd, Brown Rudnick LLP
Client(s): Official Committee of Unsecured Creditors

Jason Kestecher, Milbank LLP
Client(s): Silver Point Capital

Erin Dexter, Milbank LLP
Client(s): Silver Point Capital

Robert Berezin, Weil, Gotshal & Manges LLP
Client(s): Debtors

Samuel Hull, Cohen, Weiss and Simon LLP
Client(s): UAW/USW