

ITS Traffic Systems, Inc.
**Trico Products Corporation**
CGL101222
**Weekly Process Invoice**
Invoice Date: 8/30/2024
Due Date: 11/28/2024
Invoice #: TSB0101083024IRT

|  | Bills | Amt. Paid |
|---|---|---|
| Freight carriers | 227 | $2,368,755.68 |
| **Carrier Totals** |  | **$2,368,755.68** |

|  | QTY | CHARGE |
|---|---|---|
| Account Management Fees | 1 | $175.00 |
| Bank Fee - ACH | 1 | $306.00 |
| Exception Processing Fee | 0 | $0.00 |
| Freight Charge | 227 | $2,368,755.68 |
| Processing Fee - EDI | 184 | $34.96 |
| Processing Fee - Email | 0 | $0.00 |
| Processing Fee - Paper | 0 | $0.00 |
| Processing Fee - Parcel EDI | 43 | $30.17 |
| **Deposit This Amount** |  | ***$2,369,301.81*** |

CONFIDENTIAL

FBG_CH1_00103522

**DEBTORS' EXHIBIT NO. 91**
**Page 1 of 2**

| | |
|---|---|
| **From:** | Coxbill, Amanda [Amanda.Coxbill@firstbrandsgroup.com] |
| on behalf of | Coxbill, Amanda <Amanda.Coxbill@firstbrandsgroup.com> [Amanda.Coxbill@firstbrandsgroup.com] |
| **Sent:** | 9/3/2024 9:12:47 PM |
| **To:** | Joe DiFranco [Joe.DiFranco@firstbrandsgroup.com] |
| **Subject:** | Bank United ITS invoices |
| **Attachments:** | TSB0101083024IRT.pdf; TSB0102083024IRT.pdf; TSB0105083024IRT.pdf; TSB0106083024IRT.pdf; TSB0107083024IRT.pdf; TSB0108083024IRT.pdf; TSB0109083024IRT.pdf; TSB0115083024IRT.pdf; TSB0117083024IRT.pdf |

Amanda Coxbill
Director of Finance
127 Public Square Suite 5300, Cleveland, OH 44114
**Direct:** +1 (216) 408-9881 | **Email:** Amanda.Coxbill@firstbrandsgroup.com



**DISCLAIMER:** This electronic message together with any attachments is confidential. If you are not the intended recipient, do not copy, disclose, or use the contents in any way. Please also advise us by return e-mail that you have received the message and then please destroy. The sender is not responsible for any changes made to this message and / or any attachments after the message and attachments are initial sent. We use virus scanning software but exclude all liability for viruses or anything similar in this email or any attachment.