| From: | Rachel Debrosse[RDebrosse@katsumiglobal.com] |
|---|---|
| Sent: | Thur 9/28/2023 12:48:44 AM (UTC) |
| To: | Miruna Seyhan[miruna.seyhan@trico-group.com] |
| Cc: | Chernyavskiy, Maks[Maks.Chernyavskiy@firstbrandsgroup.com]; Florin Enache[florin.enache@tricoproducts.com]; Tony Garcia[TGarcia@katsumiglobal.com] |
| Bcc: | florin.enache@tricoproducts.com[florin.enache@tricoproducts.com]; maks.chernyavskiy@firstbrandsgroup.com[maks.chernyavskiy@firstbrandsgroup.com]; miruna.seyhan@trico-group.com[miruna.seyhan@trico-group.com] |
| Subject: | RE: Invoice Copies Request |

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good evening,

Can you we have a call in the morning to discuss the samples sent? It appears the invoice copies you sent do not match the value funded. Is 11am ET good for you?

| Account Debtor Name | Trade ID | Unique ID (for invoice/seller/account debtor) | Invoice Number | Sample Invoice Amount | Net Invoice Amount |
|---|---|---|---|---|---|
| Canadian Tire Corporation Limited | 5680 | 7b77778d78fe2c4ef2f99e261cc77c4f79eb389b4b42fb49f451dc8692008c27 | 400738 | $ 665.96 | |
| CANADIAN TIRE CORP LTD | 5694 | ac78c62ad882404c1170979375d1a13c1120e540175027b23e0c9c34fb335921 | 868652 | $ 240.35 | |
| CANADIAN TIRE CORPORATION, LIMITED | 5696 | 14c8360cc369199aa52f49a4ab4c56e50562d7ff1bf4b132b217158d304219ba | 5136524 | $ 83,436.23 | |
| CANADIAN TIRE CORP LTD | 5571 | 81c0b078614445c0c41d157bff6ab732cd6f32ded19052cef122201f13851d3c | 5108991 | $ 44,878.82 | |
| Walmart Stores Inc | 3994 | 69ea539be1ae684e41c45f3ee815f312ceaff52b4b75346ffe664ef02473402c | 191188397 | $ 8,886.47 | |
| Walmart Stores Inc | 5182 | dfe02a747dabfe7cc1da559bbc797436c484593a5fdcdf72e100de4fc002076d | 191246757 | $ 463.01 | |

FBG_CH1_00095418

**DEBTORS' EXHIBIT NO. 92**
**Page 1 of 4**

| | | | | | |
|---|---|---|---|---|---|
| CANADIAN TIRE CORP LTD | 5179 | 700a1840a337687c58c48ef26288bf72139b1a7f5838060424 de8aa1147c1c81 | 5032953 | $ 1,716.51 | |

---

_____

Rachel Debrosse, VP - Operations | Katsumi Servicing, LLC | (989) 272-2231 | rdebrosse@katsumiglobal.com

**From:** Miruna Seyhan <miruna.seyhan@trico-group.com>
**Sent:** Monday, September 25, 2023 5:27 AM
**To:** Rachel Debrosse <RDebrosse@katsumiglobal.com>
**Cc:** Chernyavskiy, Maks <Maks.Chernyavskiy@firstbrandsgroup.com>; Florin Enache <florin.enache@tricoproducts.com>
**Subject:** [External] FW: Invoice Copies Request

Hi Rachel,

Please find attached the requested invoices.

Best regards,

**Miruna Seyhan**

AR Analyst

**FIRST BRANDS GROUP - Trico**

Trico Wipers Ploiesti SRL

Aricestii Rahtivani, Nr.874, Teren 76, Parcela 396/77, Parc Industrial WDP

Romania, Prahova, 107025

M: +40 740 058 381

Email: miruna.seyhan@trico-group.com



**From:** Rachel Debrosse <RDebrosse@katsumiglobal.com>
**Sent:** Friday, September 22, 2023 8:09 PM
**To:** Chernyavskiy, Maks <Maks.Chernyavskiy@firstbrandsgroup.com>; Florin Enache

CONFIDENTIAL

FBG_CH1_00095419

**DEBTORS' EXHIBIT NO. 92**
**Page 2 of 4**

<florin.enache@tricoproducts.com>
**Subject:** Invoice Copies Request

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Maks,

Our auditors have requested copies of the following invoices.  Would you be able to provide these today?

| Supplier Representative | Supplier | Account Debtor Name | Invoice Num |
|---|---|---|---|
| First Brands Group, LLC | ASC Industries, Inc. | Canadian Tire Corporation Limited | 400738 |
| First Brands Group, LLC | Trico Products Corporation | CANADIAN TIRE CORP LTD | 868652 |
| First Brands Group, LLC | Brake Parts Inc LLC | CANADIAN TIRE CORPORATION, LIMITED | 5136524 |
| First Brands Group, LLC | CWD, LLC (d/b/a CENTRIC PARTS) | CANADIAN TIRE CORP LTD | 5108991 |
| First Brands Group, LLC | FRAM Group Operations LLC | Walmart Stores Inc | 191188397 |
| First Brands Group, LLC | FRAM Group Operations LLC | Walmart Stores Inc | 191246757 |
| First Brands Group, LLC | CWD, LLC (d/b/a CENTRIC PARTS) | CANADIAN TIRE CORP LTD | 5032953 |

I appreciate your time and assistance.


Best regards,

Rachel Debrosse,
VP – Operations
Katsumi Servicing, LLC | Office: (989) 272-2231

# KATSUMI


This e-mail may contain confidential information of the sending organization.???? Any unauthorized or improper disclosure, copying, distribution, or use of the contents of this e-mail and attached document(s) is prohibited.???? The information contained in this e-mail and attached document(s) is intended only for the personal and confidential use of the recipient(s) named above.???? If you have received this communication in

FBG_CH1_00095420

error, please notify the sender immediately by e-mail and delete the original e-mail and attached document(s).

CONFIDENTIAL

FBG_CH1_00095421