| From: | "Jonathan Carey" <jcarey@jefferies.com> |
|---|---|
| Sent: | Thur 10/26/2023 9:50:38 PM (UTC) |
| Subject: | Re: Project Raven - Diligence Request Packet |

**From:** Jonathan Carey [jcarey@jefferies.com]
**Sent:** Thursday, October 26, 2023 9:51 PM
**To:** Timothy Hoffman; Graham, Stephen
**CC:** Project.Raven.Main.2023
**Subject:** Re: Project Raven - Diligence Request Packet

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Steve we are obviously pulling you in many directions but timing on this is one is important as they went to IC today and this is last thing on the list to get this done. I know FB does not want to disclose more than necessary so let us know what you think of attached. They have told us that this is final approval and NOT for ongoing reporting. Let us know your thoughts.

JC

Jonathan Carey
Jefferies
+1-617-833-8616
jcarey@jefferies.com

---

**From:** Timothy Hoffman <thoffman@jefferies.com>
**Sent:** Thursday, October 26, 2023 5:20:16 PM
**To:** Graham, Stephen <Steve.Graham@FirstBrandsGroup.com>
**Cc:** Project.Raven.Main.2023 <Project.Raven.Main.2023@jefferies.com>
**Subject:** Project Raven - Diligence Request Packet

Steve – See attached and below for the last remaining dd items for Centerbridge.  Can we get a call here to discuss internally?

1. **Factoring Balances & Cash Flows**: Historical cash flows associated with factoring activities from 2016 LTM Sep 30
   a. We are also looking to know who First Brands' non-customer factoring counterparties are, what are the terms of all factoring facilities, and what could cause these factoring facilities to get pulled
2. **Rebates & Returns**: Historical quarterly gross to net sales reflecting rebates / promotions / discounts and returns provided to customers, in addition to details on rebate / return accruals taken at the beginning of each year and releases on these accruals at the end of each year

CONFIDENTIAL

FBG_CH1_00095564

3. **By Customer / Product Volume, Revenue, and Share of Wallet**: Historical quarterly volume, revenue, and share of wallet by product for top 10 customers

4. **Historical Quarterly Adj. EBITDA Reconciliation**: Historical quarterly Adj. EBITDA reconciliation, bridging from income statement net income to credit agreement "Consolidated Net Income" to credit agreement Adj. EBITDA (as shown in compliance certificate) from 2019 to LTM Sep 23

Best,
Tim

Timothy Hoffman | Investment Banking | Automotive Aftermarket | Jefferies LLC
Direct: 617.345.8611 | Cell: 617.620.9427
thoffman@jefferies.com

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited.

CONFIDENTIAL

FBG_CH1_00095565