| | |
|---|---|
| **From:** | James, Edward [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f0ac8ffda06742f789b1f5ff3c3b4673-ed.james] |
| **Sent:** | 12/13/2023 11:04:24 AM |
| **To:** | James, Edward [ed.james@firstbrandsgroup.com] |
| **Subject:** | RE: [ EXT ] RE: [*EXTERNAL*]RE: Helios Credit Opportunity Fund I |
| **Start:** | 12/13/2023 3:00:00 PM |
| **End:** | 12/13/2023 3:30:00 PM |
| **Show Time As:** | Busy |

| | |
|---|---|
| **From:** | Rob Malone <rmalone@bdblaw.com> |
| **Sent:** | Tuesday, December 12, 2023 10:27 PM |
| **To:** | Ganoe, Naomi; ed.james@optimusprivatecapital.com |
| **Subject:** | RE: [ EXT ] RE: [*EXTERNAL*]RE: Helios Credit Opportunity Fund I |

Naomi and Ed

I am available at these same times but I have to leave at 5.

Robert          Malone
3800 Embassy Parkway, Suite 300
Akron ,        OH            44333-8398
d:      330.258.6545
f:      330.258.6545
c:      330.620.8156

rmalone@bdblaw.com
 bdblaw.com
Privacy Notice
Download my VCard
View my Biography
https://www.bdblaw.com/
https://www.linkedin.com/company/38523/
https://twitter.com/Buckingham_Law
https://www.facebook.com/buckinghamlaw/
https://www.youtube.com/channel/UCTPKGZln-46YvwHERRz1Yeg

**From:** Ganoe, Naomi <NGanoe@CBIZ.com>
**Sent:** Tuesday, December 12, 2023 9:11 PM
**To:** ed.james@optimusprivatecapital.com; Rob Malone <rmalone@bdblaw.com>
**Subject:** RE: [ EXT ] RE: [*EXTERNAL*]RE: Helios Credit Opportunity Fund I

CONFIDENTIAL

FBG_CH1_00097713

**DEBTORS' EXHIBIT NO. 99**
**Page 1 of 6**

Hi Ed. Tomorrow, we have a call at 1 with Bart.

I can do a call before 10, or 2 -3, or 3:30 on. Let me know what time works and I can send a calendar invite.

Have a great evening.

Naomi D. Ganoe, CPA, MT, CFP
Managing Director & Private Client Service Practice Lead
CBIZ MHM, LLC
Mayer Hoffman McCann P.C.
Phone: 330-670-7284 Cell: 330-714-6421

4040 Embassy Parkway Ste 100 | Akron | OH | 44333

http://cbiz.leapfile.net/

**UPLOAD A SECURE FILE**

https://cbizsurvey.az1.qualtrics.com/jfe/form/SV_06X0KjXX3tpdCwS?src=emsg

The information in this e-mail message may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender and delete all copies. Thank you.

Communications that may be included in this email regarding attest services have been provided by MHM (Mayer Hoffman McCann P.C.),An Independent CPA Firm. All other communications in this email have been provided through CBIZ MHM, LLC which is not a licensed CPA firm. CBIZ & MHM are members of Kreston Global, an international network of independent accounting firms.

https://www.kreston.com/

CONFIDENTIAL                                                                                 FBG_CH1_00097714

**From:** ed.james@optimusprivatecapital.com <ed.james@optimusprivatecapital.com>
**Sent:** Tuesday, December 12, 2023 8:06 PM
**To:** 'Rob Malone' <rmalone@bdblaw.com>; Ganoe, Naomi <NGanoe@CBIZ.com>
**Subject:** [ EXT ] RE: [*EXTERNAL*]RE: Helios Credit Opportunity Fund I


> External email sender ed.james@optimusprivatecapital.com from United States <
> Be suspicious of external email and never provide your authentication details <
.

Rob/Naomi

Let's plan for some time tomorrow ..


**From:** Rob Malone <rmalone@bdblaw.com>
**Sent:** Tuesday, December 12, 2023 11:53 AM
**To:** ed.james@optimusprivatecapital.com; Ganoe, Naomi <NGanoe@CBIZ.com>
**Subject:** RE: [*EXTERNAL*]RE: Helios Credit Opportunity Fund I


Ed


Attached is mark-up of the Helios proposed Partnership Agreement with my proposed changes and a number of questions that I would like to discuss with you. Please review and let me know when you would like to schedule a call. To some extent this Partnership Agreement is a square peg we are trying to fit into a round hole in that it contemplates investments in publicly traded securities rather than working capital financing. I am copying Naomi and invite any comments she wishes to make.


**Robert**


**Malone**

3800 Embassy Parkway, Suite 300

Akron

,

OH


CONFIDENTIAL                                                                                      FBG_CH1_00097715

**DEBTORS' EXHIBIT NO. 99**
**Page 3 of 6**

44333-8398

**d:**

330.258.6545

**f:**

330.258.6545

**c:**

330.620.8156

rmalone@bdblaw.com

bdblaw.com

Privacy Notice

Download my VCard

View my Biography

https://urldefense.com/v3/__https:/www.bdblaw.com/__;!!KN4B6vg!chEmV04mw_TQubBah6CU0pM LZ02tl3kh82D0zelvRUkLAiYM8SNnuZd6s2-aRNFDqKNxPM4l5WzywJAC4PzXHQJx8w$

https://urldefense.com/v3/__https:/www.linkedin.com/company/38523/__;!!KN4B6vg!chEmV04mw_T QubBah6CU0pMLZ02tl3kh82D0zelvRUkLAiYM8SNnuZd6s2-aRNFDqKNxPM4l5WzywJAC4PxaPCV t5A$

https://urldefense.com/v3/__https:/twitter.com/Buckingham_Law__;!!KN4B6vg!chEmV04mw_TQubBa h6CU0pMLZ02tl3kh82D0zelvRUkLAiYM8SNnuZd6s2-aRNFDqKNxPM4l5WzywJAC4PwDDYJ7bA$

https://urldefense.com/v3/__https:/www.facebook.com/buckinghamlaw/__;!!KN4B6vg!chEmV04mw_T QubBah6CU0pMLZ02tl3kh82D0zelvRUkLAiYM8SNnuZd6s2-aRNFDqKNxPM4l5WzywJAC4Py5BU9 8GA$

https://urldefense.com/v3/__https:/www.youtube.com/channel/UCTPKGZln-46YvwHERRz1Yeg__;!!K N4B6vg!chEmV04mw_TQubBah6CU0pMLZ02tl3kh82D0zelvRUkLAiYM8SNnuZd6s2-aRNFDqKNxP M4l5WzywJAC4Pyu58ulFw$

**From:** ed.james@optimusprivatecapital.com <ed.james@optimusprivatecapital.com>
**Sent:** Sunday, December 10, 2023 11:40 AM
**To:** Rob Malone <rmalone@bdblaw.com>; Ganoe, Naomi <NGanoe@CBIZ.com>
**Subject:** [*EXTERNAL*]RE: Helios Credit Opportunity Fund I

CONFIDENTIAL

FBG_CH1_00097716

Rob

Additional comments to be included in the docs that is important for the OPC

1. No lock up period for any funds from OPC
2. Only Sponsor in FUND 1 will be OPC..
3. Non-disclosure   release of OPC name to any other Helios funder
4. Investment selection selection will be at the Sole Approval of OPC
5. Minimum annualized rate of return SOFR + 15%

**From:** Tol Ho <tol@helios-advisors.com>
**Sent:** Friday, December 1, 2023 8:45 AM
**To:** ed.james@optimusprivatecapital.com
**Subject:** Helios Credit Opportunity Fund I

Hi Ed.

Here are the legal partnership docs my counsel created from investors in the fund.  I know you're not interested in the partnership structure, but please keep in mind Helios Credit Opportunity Fund I has partner and that's Optimus.  No other investor will be part of Fund I.  Other investors will be in Fund II.

Obviously you can create your own agreement if you want.

We just need standard documentations for every investor in order to keep the legal cost down.

**Tol Ho**

Managing Partner

CONFIDENTIAL                                                                 FBG_CH1_00097717

222 Broadway, 19th Floor

New York, NY 10038


**e.** tol@helios-advisors.com

**o.** +1 (212) 601-2883

**c.** +1 (703) 869-8959

heliosstrategicadvisors.com


*This communication and any attachments may contain confidential/proprietary information and is intended for information purposes only. Any representation to the contrary is unintentional. This communication is intended only for the person(s) to whom it is addressed. If you are not the intended recipient you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message or any attachments is not permitted. If you have received this in error, please notify the sender immediately by e-mail and delete this message. All e-mails sent to or received from this address will be received by Helios Strategic Advisors LLC's company e-mail system and are subject to archival and possible review by someone other than the recipient.*


CONFIDENTIAL                                                                                      FBG_CH1_00097718