| | |
|---|---|
| **From:** | "Brumbergs, Andy" <andy.brumbergs@firstbrandsgroup.com> |
| **Sent:** | Thur 2/29/2024 3:18:35 AM (UTC) |
| **Subject:** | FW: Invoice Copies Request |

**From:** Brumbergs, Andy [andy.brumbergs@firstbrandsgroup.com] on behalf of Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Sent:** Thursday, February 29, 2024 3:18 AM
**To:** Alisa Rusanoff
**Subject:** FW: Invoice Copies Request
**Attachments:** TSB0101022724IRT.pdf; TSB0106022724IRT.pdf; TSB0109022724IRT.pdf; TSB01101012924IRT.pdf; TSB01101013124IRT.pdf; TSB0102012924IRT.pdf; TSB0102013124IRT.pdf; TSB01115012924IRT.pdf; TSB01115013124IRT.pdf

CONFIDENTIAL

FBG_CH1_00097548

**DEBTORS' EXHIBIT NO. 101**
**Page 1 of 2**



ITS Traffic Systems, Inc.
**ASC Industries, Inc.**
CGL110322
**Weekly Process Invoice**
**Invoice Date: 2/27/2024**
**Due Date: 5/27/2024**
      Invoice #: TSB0106022724IRT

|  | Bills | Amt. Paid |
|---|---|---|
| Freight carriers | 207 | $2,166,889.02 |
| **Carrier Totals** |  | **$2,166,889.02** |

|  | QTY | CHARGE |
|---|---|---|
| Account Management Fees | 1 | $175.00 |
| Bank Fee - ACH | 1 | $306.00 |
| Exception Processing Fee | 0 | $0.00 |
| Freight Charge | 207 | $2,166,889.02 |
| Processing Fee - EDI | 158 | $30.02 |
| Processing Fee - Email | 10 | $2.50 |
| Processing Fee - Paper | 0 | $0.00 |
| Processing Fee - Parcel EDI | 39 | $27.36 |
| **Deposit This Amount** |  | **$2,167,429.90** |

CONFIDENTIAL

FBG_CH1_00097862

**DEBTORS' EXHIBIT NO. 101**
**Page 2 of 2**