| From: | "Nigel Crighton" <nc@virabus.com> |
|---|---|
| Sent: | Thur 3/21/2024 8:32:53 PM (UTC) |
| Subject: | Re: Battery Park - FBG Billback - March Partial |

**From:** Nigel Crighton [nc@virabus.com] on behalf of Nigel Crighton <nc@virabus.com>
**Sent:** Thursday, March 21, 2024 8:32 PM
**To:** Ruminski, Kevin
**CC:** Eric French; Brumbergs, Andy; Vandana Sambangi
**BCC:** eric.french@firstbrandsgroup.com
**Subject:** Re: Battery Park - FBG Billback - March Partial

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Yes agreed ! I expressed that as well!
- Nigel Crighton

On Mar 21, 2024, at 4:29 PM, Ruminski, Kevin <kevin.ruminski@firstbrandsgroup.com> wrote:

We'll have to chat about it....otherwise we don't know how to record.....

**From:** Nigel Crighton <nc@virabus.com>
**Sent:** Thursday, March 21, 2024 3:19 PM
**To:** Eric French <Eric.French@firstbrandsgroup.com>; Ruminski, Kevin <kevin.ruminski@firstbrandsgroup.com>; Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Cc:** Vandana Sambangi <vs@virabus.com>
**Subject:** Battery Park - FBG Billback - March Partial
**Importance:** High

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

Please see attached March Partial Billback Invoice and advise on payment as soon as possible.

Moving forward, we will not be sharing the detail of this invoice but I was told I can

CONFIDENTIAL

FBG_CH1_00096064

**DEBTORS' EXHIBIT NO. 102**
**Page 1 of 2**

provide some info to Andy if he has questions..

Thank you! 😊

Nigel Crighton

CONFIDENTIAL

FBG_CH1_00096065

**DEBTORS' EXHIBIT NO. 102**
**Page 2 of 2**