| From: | "Nigel Crighton" <nigel.crighton@viceroyprivatecapital.co> |
|---|---|
| Sent: | Mon 7/29/2024 5:52:35 PM (UTC) |
| Subject: | CI Supply - August 2024 |

**From:** Nigel Crighton [nigel.crighton@viceroyprivatecapital.co]
**Sent:** Monday, July 29, 2024 5:52 PM
**To:** Joe DiFranco
**CC:** Brumbergs, Andy
**Subject:** CI Supply - August 2024
**Attachments:** CI Supply LLC - FBG, ASC - Invoice #08012024-1.pdf; CI Supply LLC - FBG, FRAM Invoice #08012024-2.pdf; CI Supply LLC - FBG, Trico Products Invoice #08012024-3.pdf; CI Supply LLC - FBG, Champs Labs Invoice #08012024-4.pdf; CI Supply LLC - FBG, BPI Invoice #08012024-5.pdf; CI Supply LLC - FBG, BPI Invoice #08012024-6.pdf

**Importance:** High

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Joe,

Please see the attached/below August CI Supply invoices that should be funded and paid through Next Process. The first invoice should be paid before the 1st and the rest just need funded before the 5th.

| Invoice | Amount | Due Date |
|---|---|---|
| Invoice #08012024-1 | $ 2,682,138.86 | 8/1/2024 |
| Invoice #08012024-2 | $ 15,879,104.40 | 8/5/2024 |
| Invoice #08012024-3 | $ 14,703,283.52 | 8/5/2024 |
| Invoice #08012024-4 | $ 16,937,711.36 | 8/5/2024 |
| Invoice #08012024-5 | $ 15,829,169.85 | 8/5/2024 |
| Invoice #08012024-6 | $ 16,046,252.87 | 8/5/2024 |
| TOTAL: | $ 82,077,660.86 | |

Thank you,

Nigel Crighton

CONFIDENTIAL

FBG_CH1_00096185

**DEBTORS' EXHIBIT NO. 109**
**Page 1 of 7**

# INVOICE

**CI Supply LLC**

3010 LBJ Freeway
Suite 1200
Dallas, TX 75234

INV No : 08012024-6
Date : 7/29/2024
Due Date: 8/5/2024

**Bill To:**
**First Brands Group, LLC / BPI**
**127 Public Square, Suite 5300**
**Cleveland, OH 44114**

| Month | Description | Amount | Line Total |
|---|---|---|---|
| August | Inventory | 1 | $16,046,252.87 |

|  |  |
|---|---|
| Subtotal | $16,046,252.87 |
| Sales Tax @ 0.00% | -- |
| TOTAL | $16,046,252.87 |

| Domestic Wire Information: | |
|---|---|
| Bank Name: | HSBC |
| Account Name: | Carnaby Inventory I, LLC |
| Routing Number: | 021001088 |
| Account Number: | 398024707 |

CONFIDENTIAL

FBG_CH1_00096186

**DEBTORS' EXHIBIT NO. 109**
**Page 2 of 7**

# INVOICE

**CI Supply LLC**

3010 LBJ Freeway
Suite 1200
Dallas, TX 75234

INV No : 08012024-5
Date : 7/29/2024
Due Date: 8/5/2024

**Bill To:**

**First Brands Group, LLC / BPI**
**127 Public Square, Suite 5300**
**Cleveland, OH 44114**

| Month | Description | Amount | Line Total |
|---|---|---|---|
| August | Inventory | 1 | $15,829,169.85 |
|  |  |  |  |

|  | | |
|---|---|---|
| Subtotal | $15,829,169.85 |
| Sales Tax @ 0.00% | -- |
| TOTAL | $15,829,169.85 |

| Domestic Wire Information: | |
|---|---|
| Bank Name: | HSBC |
| Account Name: | Carnaby Inventory I, LLC |
| Routing Number: | 021001088 |
| Account Number: | 398024707 |

CONFIDENTIAL

FBG_CH1_00096187

**DEBTORS' EXHIBIT NO. 109**
**Page 3 of 7**

# INVOICE

**CI Supply LLC**

3010 LBJ Freeway
Suite 1200
Dallas, TX 75234

INV No : 08012024-4
Date : 7/29/2024
Due Date: 8/5/2024

**Bill To:**
**First Brands Group, LLC / Champs**
**127 Public Square, Suite 5300**
**Cleveland, OH 44114**

| Month | Description | Amount | Line Total |
|---|---|---|---|
| August | Inventory | 1 | $16,937,711.36 |
| | | | |

| | |
|---|---|
| Subtotal | $16,937,711.36 |
| Sales Tax @ 0.00% | -- |
| TOTAL | $16,937,711.36 |

| Domestic Wire Information: | |
|---|---|
| Bank Name: | HSBC |
| Account Name: | Carnaby Inventory I, LLC |
| Routing Number: | 021001088 |
| Account Number: | 398024707 |

CONFIDENTIAL

**DEBTORS' EXHIBIT NO. 109**
**Page 4 of 7**

# INVOICE

**CI Supply LLC**
3010 LBJ Freeway
Suite 1200
Dallas, TX 75234

INV No : 08012024-3
Date : 7/29/2024
Due Date: 8/5/2024

**Bill To:**
**First Brands Group, LLC / TRICO**
**127 Public Square, Suite 5300**
**Cleveland, OH 44114**

| Month | Description | Amount | Line Total |
|---|---|---|---|
| August | Inventory | 1 | $14,703,283.52 |

|  |  |
|---|---|
| Subtotal | $14,703,283.52 |
| Sales Tax @ 0.00% | - |
| TOTAL | $14,703,283.52 |

| Domestic Wire Information: | |
|---|---|
| Bank Name: | HSBC |
| Account Name: | Carnaby Inventory I, LLC |
| Routing Number: | 021001088 |
| Account Number: | 398024707 |

CONFIDENTIAL

FBG_CH1_00096189

**DEBTORS' EXHIBIT NO. 109**
**Page 5 of 7**

# INVOICE

**CI Supply LLC**

3010 LBJ Freeway
Suite 1200
Dallas, TX 75234

INV No : 08012024-2
Date : 7/29/2024
Due Date: 8/5/2024

**Bill To:**
**First Brands Group, LLC / FRAM**
**127 Public Square, Suite 5300**
**Cleveland, OH 44114**

| Month | Description | Amount | Line Total |
|---|---|---|---|
| August | Inventory | 1 | $15,879,104.40 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| | Subtotal | $15,879,104.40 |
| | Sales Tax @ 0.00% | -- |
| | TOTAL | $15,879,104.40 |

| Domestic Wire Information: | |
|---|---|
| Bank Name: | HSBC |
| Account Name: | Carnaby Inventory I, LLC |
| Routing Number: | 021001088 |
| Account Number: | 398024707 |

CONFIDENTIAL

FBG_CH1_00096190

# INVOICE

**CI Supply LLC**

3010 LBJ Freeway
Suite 1200
Dallas, TX 75234

INV No : 08012024-1
Date : 7/29/2024
Due Date: 8/1/2024

**Bill To:**
**First Brands Group, LLC / ASC**
**127 Public Square, Suite 5300**
**Cleveland, OH 44114**

| Month | Description | Amount | Line Total |
|---|---|---|---|
| August | Interest | 1 | $2,682,138.86 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| | Subtotal | $2,682,138.86 |
| | Sales Tax @ 0.00% | -- |
| | TOTAL | $2,682,138.86 |

| Domestic Wire Information: | |
|---|---|
| Bank Name: | HSBC |
| Account Name: | Carnaby Inventory I, LLC |
| Routing Number: | 021001088 |
| Account Number: | 398024707 |

CONFIDENTIAL

FBG_CH1_00096191