**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.** | § | |

# DEBTORS' EXHIBIT NUMBER 111

### FOR JULY 28, 2026 HEARING

*Oct. 31, 2024 Email from Joe DiFranco to A. Brumbergs and attachments*
*(FBG_CH1_00095542 – FBG_CH1_00095544)*

(*filed under seal*)