**From:** Brumbergs,Andy[andy.brumbergs@firstbrandsgroup.com]

**Sent:** Thur 11/7/2024 6:00:36 PM (UTC)

**To:** Crighton,Nigel[nigel.crighton@firstbrandsgroup.com]; nigel.crighton@firstbrandsgroup.com[nigel.crighton@firstbrandsgroup.com]; andy.brumbergs@firstbrandsgroup.com[andy.brumbergs@firstbrandsgroup.com]

| "Brumbergs,Andy" | 11/7/2024 6:00:36 PM |
|---|---|
| FBG may be acquiring Eagle Fayette, so we need FBG to pay $65M to an HSBC account | |

CONFIDENTIAL

FBG_CH1_00095626

**DEBTORS' EXHIBIT NO. 112**
**Page 1 of 1**