| | |
|---|---|
| **From:** | "Crighton, Nigel" <nigel.crighton@firstbrandsgroup.com> |
| **Sent:** | Fri 1/3/2025 12:16:49 AM (UTC) |
| **Subject:** | RE: FBG Billback |

**From:** Crighton, Nigel [nigel.crighton@firstbrandsgroup.com] on behalf of Crighton, Nigel <nigel.crighton@firstbrandsgroup.com>
**Sent:** Friday, January 3, 2025 12:16 AM
**To:** Brumbergs, Andy
**Subject:** RE: FBG Billback

Yes, I will get that setup now to Joe from Patty.

Nigel Crighton

**From:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Sent:** Thursday, January 2, 2025 6:29 PM
**To:** Crighton, Nigel <nigel.crighton@firstbrandsgroup.com>
**Subject:** FW: FBG Billback

Would like to pay Battery Park back from the HSBC accounts via NP.

Can you send an invoice to Joe for this amount via NP into Patterson or Starlight? And then pay Battery Park from Patty or Starlight.

**From:** Thomas Madden <t.madden@virabus.com>
**Sent:** Monday, December 30, 2024 2:33 PM
**To:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Cc:** JP English <je@virabus.com>; Elizabeth Brooks <eb@virabus.com>; Erica Guren <eg@virabus.com>; Eric French <Eric.French@firstbrandsgroup.com>; Ruminski, Kevin <kevin.ruminski@firstbrandsgroup.com>; Crighton, Nigel <nigel.crighton@firstbrandsgroup.com>
**Subject:** FBG Billback

Hi Andy,

Attached is the FBG billback invoice for 12/30/2024. The detail is below. If you would like the breakdown labeled differently, please let me know.

| | |
|---|---|
| Legal | 1,700,000.00 |
| Interest | 41,437.50 |
| | 1,741,437.50 |

CONFIDENTIAL

FBG_CH1_00096209

**DEBTORS' EXHIBIT NO. 117**
**Page 1 of 2**

Thanks-

Tom
216-644-2456

CONFIDENTIAL

FBG_CH1_00096210

**DEBTORS' EXHIBIT NO. 117**
**Page 2 of 2**