| From: | Luna, Nelly[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B1610D234BE94CF4A38946A7F B107785-NELLY LUNA] |
|---|---|
| Sent: | Tue 1/14/2025 5:52:43 PM (UTC) |
| To: | Brumbergs, Andy[andy.brumbergs@firstbrandsgroup.com] |
| Subject: | RE: PPE asset listings |
| Attachment: | Master EagCasting 12.06.xlsx |

Gotcha for casting here what we send to kevin on the asset lisitng tab you can see how much we have

---

**From:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Sent:** Tuesday, January 14, 2025 11:48 AM
**To:** Luna, Nelly <Nelly.Luna@tricoproducts.com>
**Subject:** RE: PPE asset listings

Ok, looking for the listing of assets that are at the sites, regardless of whether it is recorded in GL or not.

We may need to record the PPE assets onto the closing balance sheets of Dalton, Castings and Fayette to help increase the net assets acquired to justify the purchase prices

---

**From:** Luna, Nelly <Nelly.Luna@tricoproducts.com>
**Sent:** Tuesday, January 14, 2025 12:44 PM
**To:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Subject:** RE: PPE asset listings

On books we don't have anything for Casting but we do have a list with some values what is on site we will send that portion

For Dalton we should have it..
W eill send it

---

**From:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Sent:** Tuesday, January 14, 2025 11:40 AM
**To:** Luna, Nelly <Nelly.Luna@tricoproducts.com>
**Subject:** PPE asset listings

Can you pull together the latest PPE asset listings by asset that has date placed into service, acquisition cost, A.D and net book value for:

- Eagle Castings
- Dalton (Warsaw and Stryker)

CONFIDENTIAL

FBG_CH1_00096548

**DEBTORS' EXHIBIT NO. 118**
**Page 1 of 2**

Andy Brumbergs
VP Finance Reporting & Analysi
127 Public Square Suite 5300, Cleveland, OH 44114
**Direct:** | **Email:** andy.brumbergs@firstbrandsgroup.com



**DISCLAIMER:** This electronic message together with any attachments is confidential. If you are not the intended recipient, do not copy, disclose, or use the contents in any way. Please also advise us by return e-mail that you have received the message and then please destroy. The sender is not responsible for any changes made to this message and / or any attachments after the message and attachments are initial sent. We use virus scanning software but exclude all liability for viruses or anything similar in this email or any attachment.

CONFIDENTIAL

FBG_CH1_00096549