| From: | andy.brumbergs@firstbrandsgroup.com |
|---|---|
| Sent: | Wed 1/22/2025 9:09:36 PM (UTC) |
| Subject: | FW: Eagle Castings ADJ |
| Attachment: | Eagle Machining OBS - DRAFT 1.22.25.xlsx |
| Attachment: | Eagle Machining - Purchase Accounting JEs - 1.22.25 DRAFT.xlsx |

**From:** Ruminski, Kevin <kevin.ruminski@firstbrandsgroup.com>
**Sent:** Wednesday, January 22, 2025 9:54 AM
**To:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>; Luna, Nelly <Nelly.Luna@tricoproducts.com>
**Subject:** RE: Eagle Castings ADJ

Here is the Eagle Castings JE

| | | | Balance Sheet | | Income Statement | |
|---|---|---|---|---|---|---|
| 3 | **Month** | | **Dr** | **Cr** | **Dr** | **Cr** |
| | November | ? PPE Step | $ 52,819,595.19 | $ - | $ - | $ |
| | | ? Up | | | | |
| | | ? Goodwill | $ - | $ 52,819,595.19 | $ - | $ |
| | | ? | | | | |
| | | | $ 52,819,595.19 | $ 52,819,595.19 | $ - | $ |

Difference $

**From:** Ruminski, Kevin
**Sent:** Wednesday, January 22, 2025 9:43 AM
**To:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>; Luna, Nelly <Nelly.Luna@tricoproducts.com>
**Subject:** Eagle Machining ADJ

Nelly – Here is the Eagle Machining ADJ. Not sure how we want to push through the ledger.

CONFIDENTIAL

FBG_CH1_00096429

| | Month | | | Balance Sheet Dr | Balance Sheet Cr | Income Statement Dr | Income Statement Cr | HFM | |
|---|---|---|---|---|---|---|---|---|---|
| 4 | November | ? | PPE Step Up | $ 30,954,254.76 | $ - | $ - | $ - | - | |
| | | ? ? | Goodwill | $ - | $ 30,954,254.76 | $ - | $ - | A16000 | Goodwill |
| | | | | $ 30,954,254.76 | $ 30,954,254.76 | $ - | $ - | - | |
| | | | | | | Difference | $ - | | |

_____

**From:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Sent:** Wednesday, January 22, 2025 9:20 AM
**To:** Luna, Nelly <Nelly.Luna@tricoproducts.com>
**Cc:** Ruminski, Kevin <kevin.ruminski@firstbrandsgroup.com>
**Subject:** Foundry PPE values (prelim)

Nelly –

Here are the amounts and details of the Foundry PPE values that we are working on getting a desktop valuation completed in the coming weeks. The Dalton file was too large to send for some reason, so I will send via Teams.

Please book to these amounts for now for the respective locations below for opening balance sheet purposes and we will true-up any material differences once the valuations are completed.

These amounts shown below are what the PPE balances should be. Kevin's initial PPA entries had some PPE values already considered, but they should be increased to be these amounts.

Along with all of the other PPA adjustments from Kevin, these adjustments should be:

CONFIDENTIAL

FBG_CH1_00096430

Dr. PPE
    Cr. Goodwill

|  |  | Preliminary PPE Values |
| --- | --- | --- |
|  | Castings | 69,929,817 |
|  | Machining | 39,907,301 |
| Dalton | Stryker | 8,083,146 |
| Dalton | Warsaw | 75,655,495 |

Andy Brumbergs
VP Finance Reporting & Analysi
127 Public Square Suite 5300, Cleveland, OH 44114
**Direct:** | **Email:** andy.brumbergs@firstbrandsgroup.com



**DISCLAIMER:** This electronic message together with any attachments is confidential. If you are not the intended recipient, do not copy, disclose, or use the contents in any way. Please also advise us by return e-mail that you have received the message and then please destroy. The sender is not responsible for any changes made to this message and / or any attachments after the message and attachments are initial sent. We use virus scanning software but exclude all liability for viruses or anything similar in this email or any attachment.

CONFIDENTIAL

FBG_CH1_00096431

**DEBTORS' EXHIBIT NO. 119**
**Page 3 of 3**