| From: | Ruminski, Kevin[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C2BE7CE539D6406BA15CD3C6 668A60AB-KEVIN.RUMIN] |
|---|---|
| Sent: | Wed 1/22/2025 3:10:45 PM (UTC) |
| To: | Brumbergs, Andy[andy.brumbergs@firstbrandsgroup.com]; Luna, Nelly[Nelly.Luna@tricoproducts.com] |
| Subject: | RE: Dalton ADJs |
| Attachment: | Dalton - Purchase Accounting JEs - 1.22.25 DRAFT.xlsx |
| Attachment: | Dalton OBS - DRAFT 1.22.25.xlsx |

Here are the 2 ADJs for Dalton....

**Warsaw ADJ**

| 4 | Month | Acct # | Description | Balance Sheet Dr | Balance Sheet Cr | Income Statement Dr | Income Statement Cr |
|---|---|---|---|---|---|---|---|
| | December | | PPE Step Up | $ 67,223,460.63 | $ - | $ - | $ |
| | | | APIC | $ 6,354,311.02 | $ - | $ - | $ |
| | | 024 001 2 | GOODWILL | $ | -$ 73,577,771.65 | $ - | $ |
| | | | | $ 73,577,771.65 | $ 73,577,771.65 | $ - | $ |

Difference  $

---

**Stryker ADJ**

| 3 | Month | Acct # | Description | Balance Sheet Dr | Balance Sheet Cr | Income Statement Dr | Income Statement Cr |
|---|---|---|---|---|---|---|---|

CONFIDENTIAL

FBG_CH1_00096432

| Month | Account | Dr | Cr | Dr | Cr |
|---|---|---|---|---|---|
| December | PPE Step Up | $ 6,354,311.02 | $ - | $ - | $ |
| | APIC | $ - | $ 6,354,311.02 | $ - | $ |
| | | $ 6,354,311.02 | $ 6,354,311.02 | $ - | $ |

**Difference  $**

---

**From:** Ruminski, Kevin
**Sent:** Wednesday, January 22, 2025 9:54 AM
**To:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>; Luna, Nelly <Nelly.Luna@tricoproducts.com>
**Subject:** RE: Eagle Castings ADJ

Here is the Eagle Castings JE

| | | Balance Sheet | | Income Statement | |
|---|---|---|---|---|---|
| **Month** | | **Dr** | **Cr** | **Dr** | **Cr** |
| November | ? ? PPE Step Up | $ 52,819,595.19 | $ - | $ - | $ |
| | ? ? Goodwill | $ - | $ 52,819,595.19 | $ - | $ |
| | | $ 52,819,595.19 | $ 52,819,595.19 | $ - | $ |

**Difference  $**

CONFIDENTIAL

FBG_CH1_00096433

**From:** Ruminski, Kevin
**Sent:** Wednesday, January 22, 2025 9:43 AM
**To:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>; Luna, Nelly <Nelly.Luna@tricoproducts.com>
**Subject:** Eagle Machining ADJ

Nelly – Here is the Eagle Machining ADJ. Not sure how we want to push through the ledger.

| | Month | | | Balance Sheet | | Income Statement | | HFM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Dr | Cr | Dr | Cr | | |
| 4 | November | ? | PPE Step Up | $ 30,954,254.76 | $ | - $ | - $ | - | |
| | | ? | Goodwill | $ - | $ 30,954,254.76 | $ | - $ | A16000 | Goodwill |
| | | | | $ 30,954,254.76 | $ 30,954,254.76 | $ | - $ | - | |
| | | | | | | Difference | $ - | | |

**From:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Sent:** Wednesday, January 22, 2025 9:20 AM
**To:** Luna, Nelly <Nelly.Luna@tricoproducts.com>
**Cc:** Ruminski, Kevin <kevin.ruminski@firstbrandsgroup.com>
**Subject:** Foundry PPE values (prelim)

Nelly –

Here are the amounts and details of the Foundry PPE values that we are working on getting a desktop valuation completed in the coming weeks. The Dalton file was too large to send for some reason, so I will send via Teams.

Please book to these amounts for now for the respective locations below for opening

CONFIDENTIAL

FBG_CH1_00096434

**DEBTORS' EXHIBIT NO. 121**
**Page 3 of 29**

balance sheet purposes and we will true-up any material differences once the valuations are completed.

These amounts shown below are what the PPE balances should be. Kevin's initial PPA entries had some PPE values already considered, but they should be increased to be these amounts.

Along with all of the other PPA adjustments from Kevin, these adjustments should be:

Dr. PPE
      Cr. Goodwill

|  |  | Preliminary PPE Values |
| --- | --- | --- |
|  | Castings | 69,929,817 |
|  | Machining | 39,907,301 |
| Dalton | Stryker | 8,083,146 |
| Dalton | Warsaw | 75,655,495 |

Andy Brumbergs
VP Finance Reporting & Analysi
127 Public Square Suite 5300, Cleveland, OH 44114
**Direct: | Email:** andy.brumbergs@firstbrandsgroup.com

**DISCLAIMER:** This electronic message together with any attachments is confidential. If you are not the intended recipient, do not copy, disclose, or use the contents in any way. Please also advise us by return e-mail that you have received the message and then please destroy. The sender is not responsible for any changes made to this message and / or any attachments after the message and attachments are initial sent. We use virus scanning software but exclude all liability for viruses or anything similar in this email or any attachment.

CONFIDENTIAL

FBG_CH1_00096435

| | |
|---|---|
| **From:** | Brumbergs, Andy[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A48ACBF298164D6C912E61805 B50A737-ANDY.BRUMBE] |
| **Sent:** | Wed 1/22/2025 2:19:59 PM (UTC) |
| **To:** | Luna, Nelly[Nelly.Luna@tricoproducts.com] |
| **Cc:** | Ruminski, Kevin[kevin.ruminski@firstbrandsgroup.com] |
| **Subject:** | Foundry PPE values (prelim) |
| **Attachment:** | PPE listing - Eagle Castings Hanover, PA.xlsx |
| **Attachment:** | PPE listing - Eagle Machining Fayette, OH Fixed Asset Run 113021.xlsx |

Nelly –

Here are the amounts and details of the Foundry PPE values that we are working on getting a desktop valuation completed in the coming weeks. The Dalton file was too large to send for some reason, so I will send via Teams.

Please book to these amounts for now for the respective locations below for opening balance sheet purposes and we will true-up any material differences once the valuations are completed.

These amounts shown below are what the PPE balances should be. Kevin's initial PPA entries had some PPE values already considered, but they should be increased to be these amounts.

Along with all of the other PPA adjustments from Kevin, these adjustments should be:

Dr. PPE
     Cr. Goodwill

| | | Preliminary PPE Values |
|---|---|---|
| | Castings | 69,929,817 |
| | Machining | 39,907,301 |
| Dalton | Stryker | 8,083,146 |
| Dalton | Warsaw | 75,655,495 |

CONFIDENTIAL

**DEBTORS' EXHIBIT NO. 121**
**Page 5 of 29**

**Eagle Castings**
**Purchase Accounting**
**Journal Entries**



| # | Month | | | | Balance Sheet Dr | Balance Sheet Cr | Income Statement Dr | Income Statement Cr | HFM | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | November | ?? | Goodwill | | $ 114,600,528.16 | $ - | $ - | $ - | A16000 | Goodwill | Recording of initial goodwill |
| | | 2970000 | APIC | | $ - | $ 114,600,528.16 | $ - | $ - | A30093 | APIC | |
| | | | | | $ 114,600,528.16 | $ 114,600,528.16 | $ - | $ - | | | |
| | | | | | | | Difference $ - | | | | |

| # | Month | | | | Balance Sheet Dr | Balance Sheet Cr | Income Statement Dr | Income Statement Cr | HFM | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | November | 2980000 | EARNINGS RETAINED BUSINES | | $ 6,250,279.91 | $ - | $ - | $ - | | | Close out Predecessor equity to APIC |
| | | | Current Year RE - Prior to Sale | | $ 18,168,726.50 | $ - | $ - | $ - | | | |
| | | ?? | APIC | | $ - | $ 24,419,006.41 | $ - | $ - | A30093 | APIC | |
| | | | | | $ 24,419,006.41 | $ 24,419,006.41 | $ - | $ - | | | |
| | | | | | | | Difference $ - | | | | |

| # | Month | | | | Balance Sheet Dr | Balance Sheet Cr | Income Statement Dr | Income Statement Cr | HFM | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | November | ?? | PPE Step Up | | $ 52,819,595.19 | $ - | $ - | $ - | | | |
| | | ?? | Goodwill | | $ - | $ 52,819,595.19 | $ - | $ - | | | |
| | | | | | $ 52,819,595.19 | $ 52,819,595.19 | $ - | $ - | | | |
| | | | | | | | Difference $ - | | | | |

| Month | | | | Balance Sheet Dr | Balance Sheet Cr | Income Statement Dr | Income Statement Cr | HFM |
|---|---|---|---|---|---|---|---|---|
| November | | | | $ - | $ - | $ - | $ - | |
| | | | | $ - | $ - | $ - | $ - | |
| | | | | $ - | $ - | $ - | $ - | |
| | | | | | | Difference $ - | | |

**APIC Reconciliation**

| | | |
|---|---|---|
| Starting APIC per TB | (16,980,465.43) | |
| Equity Reclass | (24,419,006.41) | |
| Goodwill Recognition | (114,600,528.16) | JE #1 |
| | (156,000,000.00) | |
| Total Consideration | 156,000,000.00 | from bridge |
| **Diff** | - | |

**First Brands Group**
**Acquisition of Eagle Castings**
**Acquisition Date '12/6/2024**

|  | Closing BS | Prelim PPE Step-Up | | | | | | | Opening BS Total |
|---|---|---|---|---|---|---|---|---|---|
|  | 12/6/2024 | 1 | 2 | 3 | 4 | 5 | | | |
| **Assets Acquired** | | | | | | | | | |
| Cash and cash equivalents | $ 67,690.86 | $ - | $ - | $ - | $ - | $ - | $ - | $ | 67,690.86 |
| Receivables | 5,091,116.13 | - | - | - | - | - | - | | 5,091,116.13 |
| Inventories | 3,883,368.33 | - | - | - | - | - | - | | 3,883,368.33 |
| Prepaids & Other Current Assets | 1,041,855.53 | - | - | - | - | - | - | | 1,041,855.53 |
| Property and equipment | 17,110,221.81 | 52,819,595.19 | - | - | - | - | - | | 69,929,817.00 |
| Intangible Assets | - | - | - | - | - | - | - | | - |
| **Total Assets Acquired** | $ 27,194,253 | $ 52,819,595 | $ - | $ - | $ - | $ - | $ - | $ | 80,013,848 |
| | | | | | | | | | |
| **Liabilities Assumed** | | | | | | | | | |
| Accounts payable | $ (2,773,752.97) | $ - | $ - | $ - | $ - | $ - | $ - | $ | (2,773,752.97) |
| Accrued liabilities | (94,290.10) | - | - | - | - | - | - | | (94,290.10) |
| Other long-term liabilities | - | - | - | - | - | - | - | | - |
| Inter-Company | 17,073,262.25 | - | - | - | - | - | - | | 17,073,262.25 |
| **Total Liabilities Assumed** | $ 14,205,219 | $ - | $ - | $ - | $ - | $ - | $ - | $ | 14,205,219 |
| | | | | | | | | | |
| **Net Assets Acquired** | $ 41,399,472 | $ 52,819,595 | $ - | $ - | $ - | $ - | $ - | $ | 94,219,067 |

Check    -

Net Impact   **$52,819,595.19**

| | |
|---|---|
| **Purchase Price (Consideration)** | 156,000,000 |
| **Net Assets Acquired** | 94,219,067 |
| **Goodwill** | **61,780,932.97** |

| | |
|---|---|
| Previously Goodwill | 114,600,528.16 |
| ADJ #2 | (52,819,595.19) |
| Revised Goodwill | 61,780,932.97 |
| | - |

**Eagle Casting**

| Account | Account Description | Dec<br>Ending Balance 12/06/24 | |
|---------|--------------------|------------------------------:|---:|
| 1000000 | Cash | 67,690.86 | 67,690.86 |
| 1020300 | Accounts Receivable Trade | 4,923,470.67 | |
| 1027000 | ACCTS RECVBLE-MISC CASH | 167,645.46 | |
| 1028000 | RESERVE FOR BAD DEBTS | 0.00 | 5,091,116.13 |
| 1105100 | Raw Mat-Inside | 1,992,577.70 | |
| 1161300 | Inventory-Pig Iron | 169,850.08 | |
| 1162300 | Inventory-Scrap Steel | 109,800.00 | |
| 1163300 | Inventory-G&D Scrap | 525.00 | |
| 1164300 | Inventory-Carbon | 77,783.35 | |
| 1165300 | Inventory-Core Sand | 50,450.85 | |
| 1166300 | Inventory-Alloys | 180,726.52 | |
| 1167300 | Filters,Risers,Inserts | 176,433.72 | |
| 1168300 | Other Materials&Op Supp | 62,022.60 | |
| 1171300 | Fdy WIP Raw Materials | 82,937.03 | |
| 1171702 | Foundry WIP(Cores) | (297.86) | |
| 1171900 | Fdy WIP Raw Materials | 24,278.63 | |
| 1172702 | Foundry FG(Cores) | 356,797.50 | |
| 1175300 | FOUNDRY FINISHED GOODS | 289,363.59 | |
| 1176300 | FINISHED GOODS SURCHARGE | 142,002.00 | 3,883,368.33 |
| 1180300 | RESALE CASTING INVENTORY | 168,117.62 | |
| 1226000 | PPD Furnace Lining#1 | 292,571.11 | |
| 1227000 | PPD Furnace Lining#2 | 366,336.10 | |
| 1228000 | PPD Furnace Lining#4 | (77,036.66) | |
| 1229000 | PPD Furnace Lining#5 | 414,863.37 | |
| 1232000 | PREPAID LICENSE&TAXES | 0.00 | |
| 1236002 | PREPAID INSURANCE | 0.00 | |
| 1242000 | TELEPHONE BILL | 38,400.12 | |
| 1246000 | Prepaid Pattern Expense | 6,721.49 | 1,041,855.53 |
| 1506300 | BUILDING | 3,505,073.94 | |
| 1512300 | BUILDING IMPROVEMENT | 1,393,958.32 | |
| 1528900 | FURNITURE AND FIXTURES | 20,400.15 | |
| 1530900 | OTHER EQUIPMENT | 232,323.59 | |
| 1532700 | SOFTWARE | 3,300.01 | |
| 1524700 | MACH&EQUIPMENT | 18,972,541.27 | |
| 1412300 | CIP | 129,756.38 | |
| 1606300 | ACCUM DEP BLDG | (824,284.73) | |
| 1612300 | ACUMM BUILDING IMPRV | (121,048.70) | |
| 1628900 | ACCUM FURNITURE AND FIXT | (17,306.82) | |
| 1630900 | ACCUM OTHER EQUIPMENT | (71,624.48) | |
| 1632700 | ACCUM SOFTWARE | (3,300.01) | |
| 1624700 | ACUMM MACH&EQ | (6,109,567.11) | 17,110,221.81 |
| 2005001 | A/P-GRNI | 0.00 | |
| 2005002 | A/P-MANUAL ACCRUALS | (129,756.38) | (2,773,752.97) |
| 2050000 | Accounts Payable-Trade | (2,643,996.59) | |
| 2053000 | I/C Machining L | 17,073,262.25 | 17,073,262.25 |
| 2120000 | F.I.C.A.TAXES-EMPLOYER | (6,761.30) | |
| 2201000 | ACCRUED SALARIES AND WAGE | (87,528.80) | (94,290.10) |
| 2390000 | Miscellaneous Accrual | 0.00 | |
| 2970000 | APIC | (16,980,465.43) | |
| 2980000 | EARNINGS RETAINED BUSINES | (6,250,279.91) | (23,230,745.34) |
| | | | (18,168,726.50) |
| | | | (41,399,471.84) |

Cash

Accts Receivable

Inventory

Prepaids

PP&E

Accts Payable

I/C

Accrued Liabilities

Equity
2024 Net Income - Before Sale
Total Equity

**DEBTORS' EXHIBIT NO. 121**
**Page 9 of 29**

**First Brands Group**
**Acquisition of Dalton Corp**
**Acquisition Date '12/19/2024**

| | Warsaw | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Closing BS | | | | | | | | Opening BS |
| | | Remove Intangibles | Prelim PPE Step-UP | | | | | | Total |
| | 12/19/2024 | 1 | 2 | 3 | 4 | 5 | | | |
| **Assets Acquired** | | | | | | | | | |
| Cash and cash equivalents | $ 886.49 | $ - | $ - | $ - | $ - | $ - | $ - | $ | 886.49 |
| Receivables | 6,303,599.08 | - | - | - | - | - | - | | 6,303,599.08 |
| Inventories | 15,962,053.40 | - | - | - | - | - | - | | 15,962,053.40 |
| Prepaids & Other Current Assets | 1,257,143.05 | - | - | - | - | - | - | | 1,257,143.05 |
| Property and equipment | 8,432,034.37 | - | 67,223,460.63 | - | - | - | - | | 75,655,495.00 |
| Other LT assets | 17,880.26 | - | - | - | - | - | - | | 17,880.26 |
| Deferred Taxes | 4,245,583.00 | - | - | - | - | - | - | | 4,245,583.00 |
| Intangible Assets | (9,975,597.72) | 9,975,597.72 | - | - | - | - | - | | - |
| **Total Assets Acquired** | $ 26,243,582 | $ 9,975,598 | $ 67,223,461 | $ - | $ - | $ - | $ - | $ | 103,442,640 |
| **Liabilities Assumed** | | | | | | | | | |
| Finance Lease Obligation - ST | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ | - |
| Accounts payable | (8,629,923.52) | - | - | - | - | - | - | | (8,629,923.52) |
| Accrued liabilities | (1,885,155.58) | - | - | - | - | - | - | | (1,885,155.58) |
| Pension | (720,319.56) | - | - | - | - | - | - | | (720,319.56) |
| Finance Lease Obligation - LT | - | - | - | - | - | - | - | | - |
| Deferred Taxes | (4,145,801.00) | - | - | - | - | - | - | | (4,145,801.00) |
| Other long-term liabilities | (4,940,329.22) | - | - | - | - | - | - | | (4,940,329.22) |
| Inter-Company | (1,486,639.95) | - | - | - | - | - | - | | (1,486,639.95) |
| **Total Liabilities Assumed** | $ (21,808,169) | $ - | $ - | $ - | $ - | $ - | $ - | $ | (21,808,169) |
| **Net Assets Acquired** | $ 4,435,413 | $ 9,975,598 | $ 67,223,461 | $ - | $ - | $ - | $ - | $ | 81,634,471 |
| Check | 0.00 | | | | | | | | |

Net Impact  $ 77,199,058.35

**DEBTORS' EXHIBIT NO. 121**
**Page 10 of 29**

|  | Closing BS | | | | | | Opening BS | | Consolidated Opening BS |
|---|---|---|---|---|---|---|---|---|---|
|  | 12/19/2024 | Remove Intangibles 1 | Prelim PPE Step-UP 2 | 3 | 4 | 5 | | Total | Consolidated Total |
| $ | - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 886.49 |
|  | 44,281.50 | - | - | - | - | - | - | 44,281.50 | 6,347,880.58 |
|  | 618,780.10 | - | - | - | - | - | - | 618,780.10 | 16,580,833.50 |
|  | 25,443.83 | - | - | - | - | - | - | 25,443.83 | 1,282,586.88 |
|  | 1,728,834.98 | - | 6,354,311.02 | - | - | - | - | 8,083,146.00 | 83,738,641.00 |
|  | - | | | | | | | - | 17,880.26 |
|  | 24,451.00 | - | - | - | - | - | - | 24,451.00 | 4,270,034.00 |
|  | (3,437,262.72) | 3,437,262.72 | - | - | - | - | - | - | - |
| $ | (995,471) | $ 3,437,263 | $ 6,354,311 | $ - | $ - | $ - | $ - | $ 8,796,102 | $ 112,238,742.71 |
| $ | - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
|  | (177,166.72) | - | - | - | - | - | - | (177,166.72) | (8,807,090.24) |
|  | (61,419.99) | - | - | - | - | - | - | (61,419.99) | (1,946,575.57) |
|  | - | - | - | - | - | - | - | - | (720,319.56) |
|  | - | - | - | - | - | - | - | - | - |
|  | (539,857.00) | - | - | - | - | - | - | (539,857.00) | (4,685,658.00) |
|  | - | - | - | - | - | - | - | - | (4,940,329.22) |
|  | 1,486,639.95 | - | - | - | - | - | - | 1,486,639.95 | - |
| $ | 708,196 | $ - | $ - | $ - | $ - | $ - | $ - | $ 708,196 | $ (21,099,973) |
| $ | (287,275) | $ 3,437,263 | $ 6,354,311 | $ - | $ - | $ - | $ - | $ 9,504,299 | $ 91,138,770 |
|  | (0.00) | | | | | | | | |

Net Impact $ 9,791,574

|  |  |
|---|---|
| Purchase Price (Consideration) | 267,000,000 |
| Net Assets Acquired | 91,138,770 |
| **Goodwill** | **175,861,229.88** |
| Previously Goodwill | 249,439,001.53 |
| Warsaw ADJ #2 | (67,223,460.63) |
| Stryker ADJ #2 | (6,354,311.02) |
| Revised Goodwill | 175,861,229.88 |
|  | - |

**DEBTORS' EXHIBIT NO. 121**
**Page 11 of 29**

**Dalton Warsaw**
**Trial balance as of December 19th**                                     0.00

| Account Number | Description | Dec 19 Ending Balance |
|---|---|---|
| 001 004 2 | CIBC BANK-GENERAL ACCOUNT | 886.49 |
| 003 021 2 | ACCTS REC-TRADE | 4,584,751.73 |
| 003 022 2 | ACCTS REC-TRADE UNPROCESSED | (407,332.56) |
| 003 025 2 | ACCOUNTS RECEIVABLE-PATTERN | 308,650.00 |
| 003 027 2 | A/R-INTERCO-MOTOR CASTINGS | 5,939.53 |
| 003 028 2 | A/R INTER-COMPANY-STRYKER | (1,486,639.95) |
| 003 030 2 | A/R - FREIGHT SERVICES | 53,637.75 |
| 003 037 2 | TAXES RECEIVABLE-STATE | 161,492.51 |
| 003 039 2 | ACCTS REC-OTHER | 2,032,582.33 |
| 003 045 2 | A/R-EMPL. STORE PURCH. | 41.79 |
| 003 050 2 | A/R EMPLOYEES' TOOL PROGRAM | 1,058.54 |
| 004 043 2 | RES. FOR SALES CONCESSIONS | (437,222.54) |
| 010 009 2 | OMEGA PLASTIC | 10,606.00 |
| 010 030 2 | SB 5 | 6,380.00 |
| 010 031 2 | F NICKEL SHOT | 15,040.00 |
| 010 038 2 | SPRUE INVENTORY | 163,778.00 |
| 010 041 2 | 75% FERRO SILICON | 55,200.00 |
| 010 042 2 | FERRO SILICON BRIQ (40-50%) | 20,018.00 |
| 010 044 2 | NO. 2 FDRY. STEEL SCRAP | 54,493.00 |
| 010 045 2 | FERRO CHROME | 19,304.00 |
| 010 046 2 | FERRO MOLYBDENUM | 93,619.00 |
| 010 047 2 | FERRO MANGANESE 67-BRIQ | 50,955.00 |
| 010 050 2 | COPPER CHOPS | 87,827.00 |
| 010 053 2 | TIN SHOT | 8,984.00 |
| 010 055 2 | GRAPHITE DESULCO #9012 | 25,495.00 |
| 010 056 2 | LOW CALCIUM GRAPHIDOX | 5,596.00 |
| 010 061 2 | FERRO PHOSPHORUS | 1,385.00 |
| 010 066 2 | SILICON CARBIDE - 36% | 25,386.00 |
| 010 067 2 | SUPERSEED-50 | 6,536.00 |
| 010 068 2 | MANGANESE CHIPS | 9,402.00 |
| 010 077 2 | OXYGEN | 8,024.00 |
| 010 078 2 | FILTERS | 28,644.00 |
| 010 080 2 | FIXED COSTS-CASTING INV. | 2,363,604.27 |
| 010 081 2 | CAPITALIZED DEPR. IN INV. | 322,363.00 |
| 010 082 2 | WRK IN PROC-VARBL CST | 6,823,659.67 |
| 010 084 2 | 75% INJECTION SILICON | 11,880.00 |
| 010 086 2 | TECTIPS | 600.00 |
| 010 087 2 | 75% SUPERSEED EXTRA | 16,706.00 |
| 010 101 2 | WIP-VAR CSTS-STEP-UP | 789,875.25 |
| 010 102 2 | FINISH GDS-VARBL CSTS | 1,405,974.90 |
| 010 103 2 | FINISH GDS-VAR CSTS-STEP-UP | 15,262.83 |
| 010 104 2 | SHELL PASTE | 290.00 |
| 010 105 2 | NO DRI #9234 CORE WASH | 1,494.00 |
| 010 106 2 | ISOPROPYL ALCOHOL | 1,814.00 |
| 010 108 2 | RESIN 352 PART A | 20,458.00 |
| 010 109 2 | RESIN 652 PART B | 66,599.00 |
| 010 110 2 | VEINSEAL #1100 | 28,237.00 |
| 010 115 2 | CAPITALIZED VAR. IN INV. | 823,409.00 |
| 010 124 2 | PURCHASED SHELL SAND | 851.00 |
| 010 128 2 | ISOCURE CATALYST #2185 | 13,691.00 |
| 010 130 2 | BLENDED LAKE SAND | 23,391.00 |
| 010 132 2 | COLD SET PASTE | 987.00 |

| | | |
|---|---|---:|
| 010 134 2 | TECHNIKOTE 8282 COREWASH | 20,762.00 |
| 010 137 2 | PURCHASED CORES | (803.25) |
| 010 138 2 | CORES-VARIABLE COSTS | 301,830.07 |
| 010 150 2 | HERMAN II SAND ADDITIVES | 8,807.00 |
| 010 152 2 | HERMAN III SAND ADDITIVES | 4,697.00 |
| 010 153 2 | STEEL SHOT | 13,136.00 |
| 010 159 2 | STOREROOM | 6,590,968.26 |
| 010 160 2 | RESERVE STOREROOM INV-ADJ. | (565,560.84) |
| 010 161 2 | REFRACTORY BRICK INVENTORY | 304,155.09 |
| 010 163 2 | RESV FOR OBSOLETE STORE INV | (1,930,089.09) |
| 010 184 2 | LARGE COKE | 100,146.00 |
| 010 185 2 | RESERVE INVENTORY ADJ | (315,000.00) |
| 010 186 2 | RESERVE FOR OBSOLETE INV | (1,998,813.76) |
| 013 001 2 | PREPAID SHIPPING CONTAINERS | 128,691.15 |
| 013 002 2 | DEPOSITS | 25,200.00 |
| 013 003 2 | OTHER PREPAID EXPENSES | 1,103,251.90 |
| 014 532 2 | CONSTRUCTION IN PROGRESS | 35,566.88 |
| 014 545 2 | CONSTRUCTION IN PROGRESS | 16,298.00 |
| 014 547 2 | CAPITAL EXPENDITURE | 76,773.57 |
| 014 549 2 | CAPITAL EXPENDITURE | 11,455.00 |
| 014 551 2 | CAPITAL EXPENDITURE | 35,364.00 |
| 014 553 2 | CONSTRUCTION IN PROGRESS | 10,187.00 |
| 014 554 2 | CONSTRUCTION IN PROGRESS | 11,394.00 |
| 014 555 2 | CONSTRUCTION IN PROGRESS | 12,616.20 |
| 014 557 2 | CONSTRUCTION IN PROGRESS | 43,447.35 |
| 014 558 2 | CONSTRUCTION IN PROGRESS | 41,995.36 |
| 014 559 2 | CONSTRUCTION IN PROGRESS | 54,571.00 |
| 014 560 2 | CONSTRUCTION IN PROGRESS | 33,810.93 |
| 014 564 2 | CONSTRUCTION IN PROGRESS | 5,932.87 |
| 014 567 2 | CONSTRUCTION IN PROGRESS | 9,074.50 |
| 014 568 2 | CONSTRUCTION IN PROGRESS | 36,638.40 |
| 016 763 2 | CAPITAL EXPENDITURE | 100,637.75 |
| 016 765 2 | CAPITAL EXPENDITURE | 65,828.56 |
| 016 784 2 | CAPITAL EXPENDITURE | 55,480.00 |
| 016 793 2 | CAPITAL EXPENDITURE | 919.09 |
| 016 798 2 | CAPITAL EXPENDITURE | 30,508.00 |
| 016 807 2 | CAPITAL EXPENDITURE | 11,354.80 |
| 016 813 2 | CAPITAL EXPENDITURE | 7,500.00 |
| 016 817 2 | CAPITAL EXPENDITURE | 10,800.00 |
| 016 821 2 | CAPITAL EXPENDITURE | 96,000.00 |
| 016 833 2 | CAPITAL EXPENDITURE | 21,000.00 |
| 016 837 2 | CAPITAL EXPENDITURE | 60,900.00 |
| 016 843 2 | CAPITAL EXPENDITURE | 56,475.00 |
| 016 868 2 | CAPITAL EXPENDITURE | 23,500.00 |
| 018 001 2 | DEFERRED FEDERAL INC TAX | 3,554,705.00 |
| 018 007 2 | DEFERRED STATE INC. TAX | 690,878.00 |
| 019 194 2 | CAPITAL EXPENDITURE | 170,414.70 |
| 020 000 2 | CAPITALIZED REFRACTORIES | (570,045.74) |
| 020 183 2 | CAPITALIZED REFRACTORY | 237,036.00 |
| 020 186 2 | CAPITALIZED REFRACTORY | 86,306.00 |
| 020 189 2 | CAPITALIZED REFRACTORY | 338,741.04 |
| 020 191 2 | CAPITALIZED REFRACTORY | 231,304.70 |
| 020 193 2 | CAPITALIZED REFRACTORY | 195,193.00 |
| 021 000 2 | ACCUMULATED AMORTIZATION | 570,045.74 |
| 021 183 2 | ACCUMULATED AMORTIZATION | (237,036.00) |
| 021 186 2 | ACCUMULATED AMORTIZATION | (73,719.64) |

| | | |
|---|---|---:|
| 021 189 2 | ACCUMULATED AMORTIZATION | (338,741.04) |
| 021 191 2 | ACCUMULATED AMORTIZATION | (231,304.70) |
| 021 193 2 | ACCUMULATED AMORTIZATION | (110,625.95) |
| 022 001 2 | LANDFILL CLOSURE-PHASE 1&2 | 106,431.00 |
| 022 002 2 | ACC AMORT-LANDFILL CLOSURE | (88,550.74) |
| 023 375 2 | PATTERN AMORT - NON CURRENT | 588.27 |
| 023 376 2 | PATTERN AMORT - NON CURRENT | 588.27 |
| 023 378 2 | PATTERN AMORT.-NON CURRENT | 3,393.32 |
| 023 380 2 | PATTERN AMORT.-NON CURRENT | 2,833.47 |
| 023 381 2 | PATTERN AMORT.-NON CURRENT | 11,111.16 |
| 023 382 2 | PATTERN AMORT.-NON CURRENT | 37,266.64 |
| 023 384 2 | PATTERN AMORT.-NON CURRENT | 3,050.00 |
| 023 394 2 | PATTERN AMORT.-NON CURRENT | 23,262.33 |
| 023 418 2 | PATTERN AMORT.-NON CURRENT | 4,487.24 |
| 023 422 2 | PATTERN AMORT.-NON CURRENT | (0.01) |
| 023 423 2 | PATTERN AMORT.-NON CURRENT | 13,547.57 |
| 023 425 2 | PATTERN AMORT NON CURRENT | 7,533.90 |
| 023 426 2 | PATTERN AMORT.-NON CURRENT | 15,871.92 |
| 023 427 2 | PATTERN AMORT.-NON CURRENT | 15,429.17 |
| 023 429 2 | PATTERN AMORT.-NON CURRENT | 7,455.00 |
| 023 430 2 | PATTERN AMORT.-NON CURRENT | 7,455.00 |
| 023 431 2 | PATTERN AMORT.-NON CURRENT | 5,498.75 |
| 023 432 2 | PATTERN AMORT.-NON CURRENT | 4,409.32 |
| 023 433 2 | PATTERN AMORT.-NON CURRENT | 3,727.50 |
| 023 434 2 | PATTERN AMORT.-NON CURRENT | 3,727.50 |
| 023 435 2 | PATTERN AMORT.-NON CURRENT | 3,727.50 |
| 023 436 2 | PATTERN AMORT.-NON CURRENT | 9,402.84 |
| 023 437 2 | PATTERN AMORT.-NON CURRENT | (0.01) |
| 023 438 2 | PATTERN AMORT.-NON CURRENT | 12,876.52 |
| 023 439 2 | PATTERN AMORT.-NON CURRENT | 12,876.52 |
| 023 441 2 | PATTERN AMORT.-NON CURRENT | 10,027.50 |
| 023 442 2 | PATTERN AMORT.-NON CURRENT | 4,615.93 |
| 023 444 2 | PATTERN AMORT.-NON CURRENT | 4,615.93 |
| 023 446 2 | PATTERN AMORT.-NON CURRENT | 0.01 |
| 023 447 2 | PATTERN AMORT.-NON CURRENT | 10,505.00 |
| 024 001 2 | GOODWILL | (10,215,481.75) |
| 025 301 2 | LAND | 300,000.00 |
| 025 302 2 | LAND IMPROVEMENTS | 575,786.29 |
| 025 303 2 | BUILDINGS | 2,895,980.92 |
| 025 305 2 | MACHINERY AND EQUIPMENT | 13,802,824.15 |
| 025 306 2 | FURNITURE AND FIXTURES | 46,437.68 |
| 026 000 2 | ACCUMULATED DEPRECIATION | - |
| 026 302 2 | RESERVE FOR DEPRECIATION | (315,796.95) |
| 026 303 2 | RESERVE FOR DEPRECIATION | (2,224,324.58) |
| 026 305 2 | RESERVE FOR DEPRECIATION | (7,849,988.14) |
| 026 306 2 | RESERVE FOR DEPRECIATION | (42,481.37) |
| 052 401 2 | ACCOUNTS PAYABLE-PROCESSED | (6,956,604.80) |
| 052 406 2 | UNITED FUND WITHHELD | (1,868.70) |
| 052 407 2 | UNCLAIMED PROPERTY | (626.59) |
| 052 409 2 | DALTON CLUB DUES WITHHELD | (1,686.50) |
| 052 410 2 | UNION DUES WITHHELD | (16,200.10) |
| 052 411 2 | INDIANA USE TAX | (3,168.00) |
| 052 415 2 | EMPLOYEES 401K PLAN W/HELD | - |
| 052 419 2 | ACCOUNTS PAYABLE-UNPROCESSE | (1,673,318.72) |
| 052 426 2 | FLEX PLAN WITHHELD-DEP CARE | (2,692.20) |
| 052 427 2 | OUTSIDE COMMISSIONS | (26,397.06) |

| | | |
|---|---|---:|
| 052 429 2 | HEALTH REIMBURSEMENT ACCT | (635.00) |
| 052 430 2 | HEALTH SAVINGS ACCOUNT | (4,238.09) |
| 052 431 2 | FLEX PLAN W/H-HEALTH CARE E | (199.19) |
| 052 445 2 | HEALTH CARE ACCUM. FUND | 17,756.20 |
| 054 001 2 | KEND-ACC PENSION-CURRENT | (44,979.00) |
| 054 005 2 | ACCRUED 401K CONTRIBUTION | (67,654.90) |
| 054 012 2 | DEF.PENSION-OFF-CUR PORTION | (7,989.27) |
| 055 420 2 | ACCRUED WAGES | 9,096.31 |
| 055 423 2 | ACCRUED VACATION PAY-HOURLY | (568,603.64) |
| 055 424 2 | ACCRUED VACATION PAY-SALARY | (101,303.10) |
| 055 425 2 | ACCRUED HOLIDAY PAY | (155,058.36) |
| 055 426 2 | ACCRUED SEVERANCE | (30,330.00) |
| 056 441 2 | ACRU FICA TX EMP SHAR | (75,543.59) |
| 056 445 2 | ACCR.STATE INC.TAXES-OTHER | 210,634.00 |
| 056 446 2 | ACCR.STATE INC.TAX-INDIANA | (212,796.00) |
| 056 447 2 | ACRU RL EST PR PRP TX - IN | (462,738.49) |
| 057 020 2 | ACCRUED UNEARNED INCOME | (164,160.00) |
| 057 028 2 | ENVIRONMENTAL RESERVE | (50,000.00) |
| 059 482 2 | RESRV-FEDERAL INCOME TAX | (234,174.00) |
| 063 901 2 | EMPLOY BENE - HRLY | (4,105,883.18) |
| 063 902 2 | 401 (K) EXPENSES | 113,383.29 |
| 063 904 2 | PENSION COSTS | (57,431.42) |
| 063 905 2 | BEREAVE PAY JURY DUTY | 119,688.41 |
| 063 906 2 | VACATION PAY HOURLY | 535,870.35 |
| 063 907 2 | HOLIDAY PAY - HOURLY | 306,524.28 |
| 063 908 2 | FICA EXPENSE | 765,736.29 |
| 063 909 2 | UNEMPLOYMENT TAX | 217,367.06 |
| 063 911 2 | WORKERS' COMP INS SERV | 278,537.03 |
| 063 918 2 | MEDICAL CLINIC COST | 171,007.28 |
| 063 919 2 | LIFE INSURANCE | 36,279.61 |
| 063 920 2 | MEDICAL INSURANCE | 1,744,672.59 |
| 063 921 2 | DISABILITY INS PMTS-TAXABLE | 31,501.62 |
| 063 922 2 | DENTAL INSURANCE | 43,268.31 |
| 063 923 2 | VISION INSURANCE | 4,562.00 |
| 063 925 2 | REIMBURSEMENT OF BENEFITS | (237,550.18) |
| 063 926 2 | HEALTH REIMBURSEMENT ACCT | 695.00 |
| 063 927 2 | HEALTH SAVINGS ACCOUNT | 11,865.00 |
| 063 933 2 | BENEFITS-RETIRE HEALTHCARE | 19,223.92 |
| 063 935 2 | DISABILITY INS PMTS-NON TAX | 29,308.48 |
| 063 936 2 | DIS. INS. PREMIUM COLLECTED | (28,625.74) |
| 064 901 2 | EMPLOY. BENE. - SALARY | (1,374,105.60) |
| 064 902 2 | 401K CONTRIBUTION & EXPENSE | 6,726.80 |
| 064 905 2 | BEREAVE. PAY AND JURY DUTY | 3,839.20 |
| 064 906 2 | VACATION PAY - SALARY | 246,846.72 |
| 064 907 2 | HOLIDAY PAY - SALARY | 103,869.98 |
| 064 908 2 | FICA EXPENSE | 302,732.57 |
| 064 909 2 | UNEMPLOYMENT TAX | 61,426.82 |
| 064 911 2 | WORKERS' COMP.-INS. SERV. | 7,141.97 |
| 064 913 2 | PAID TIME OFF | 2,220.99 |
| 064 917 2 | FLEX SPENDING BENEFIT | 1,683.96 |
| 064 918 2 | MEDICAL CLINIC COST | 42,751.80 |
| 064 919 2 | LIFE INSURANCE | 22,471.75 |
| 064 920 2 | MEDICAL INSURANCE | 626,274.12 |
| 064 921 2 | DISABILITY INSURANCE | 44,331.31 |
| 064 922 2 | DENTAL INSURANCE | 17,218.73 |
| 064 923 2 | VISION INSURANCE | (101.99) |

| | | |
|---|---|---:|
| 064 925 2 | REIMBURSEMENT OF BENEFITS | (88,244.92) |
| 064 926 2 | HEALTH REIMBURSEMENT ACCT | (515.00) |
| 064 927 2 | HEALTH SAVINGS ACCOUNT | 12,977.50 |
| 066 919 2 | LIFE INSURANCE | 3,188.37 |
| 066 920 2 | MEDICAL INSURANCE | 16,045.04 |
| 066 925 2 | REIMBURSEMENT OF BENEFITS | (535.00) |
| 068 901 2 | EMPLOYEE BENEFITS-SLRY-COBR | (58,245.12) |
| 072 001 2 | DEFERRED FEDERAL INCOME TAX | (3,678,503.00) |
| 072 002 2 | DEFERRED PENSION - OFFICERS | (21,131.51) |
| 072 003 2 | DEF PENSION LIAB - KEND. | (170,395.17) |
| 072 005 2 | DEFERRED PENSION-HOURLY | (418,393.19) |
| 072 007 2 | DEFERRED STATE INCOME TAX | (467,298.00) |
| 074 001 2 | LANDFILL CLOSURE LIAB-PH1&2 | (4,779,866.00) |
| 074 002 2 | KEND-LANDFILL CLOSURE LIAB | (160,463.22) |
| 093 000 2 | OTHER COMPREHENSIVE INCOME | (4,357,540.00) |
| 097 000 2 | RETAINED EARNINGS-PRIOR YRS | (795,051.62) |
| 098 000 2 | PROFIT OR LOSS-CURRENT YR. | 717,178.52 |

886.49 Cash

(1,486,639.95) I/C

6,303,599.08 Accts Receivable

15,962,053.40 Inventory

1,257,143.05   Prepaid Assets

4,245,583.00   Deferred Taxes

17,880.26  Other LT Assets

(9,975,597.72)  Intangible Assets

8,432,034.37  Fixed Assets

(8,629,923.52)  Accts Payable

(1,885,155.58)  Accrued Liabilities

(4,145,801.00) Deferred Taxes

(720,319.56) Pension

(4,940,329.22) Other LT Liabilities

(4,435,413.10) Equity

**Dalton Stryker**
**Trial balance as of December 19th**

| Account Number | Description | Dec 19 Ending Balance | |
|---|---|---:|---:|
| 003 021 9 | ACCTS REC-TRADE | 59,848.32 | |
| 003 039 9 | ACCTS REC-OTHER | (15,364.48) | |
| 004 043 9 | RES. FOR SALES CONCESSIONS | (202.34) | 44,281.50 |
| 010 022 9 | WOR-042A WORLD CHVY SML BLK | 27,123.12 | |
| 010 023 9 | WOR-042B WORLD CHVY SML BLK | 23,203.50 | |
| 010 028 9 | BPTS-01 ORIGIN BLOCK | 208,072.96 | |
| 010 029 9 | BPTW-01 ORIGIN BLOCK | 26,150.96 | |
| 010 030 9 | BPSS-01 ORIGIN BLOCK | 88,816.03 | |
| 010 031 9 | WOR-801 RAW CASTING | 14,931.37 | |
| 010 033 9 | 1-TON VICTORIA HUBDRUM | 355.14 | |
| 010 034 9 | 1TON VICTORIA SUPPORT ARM-L | 6,535.48 | |
| 010 035 9 | 1TON VICTORIA SUPPORT ARM-R | 3,130.44 | |
| 010 036 9 | 2-TON VICTORIA HOUSING | 88,464.00 | |
| 010 037 9 | 2-TON VICTORIA HUBDRUM | 195.14 | |
| 010 038 9 | 2TON VICTORIA SUPPORT ARM-L | 22,503.60 | 618,780.10 |
| 010 039 9 | 2TON VICTORIA SUPPORT ARM-R | 27,554.80 | |
| 010 041 9 | 3-TON VICTORIA HUBDRUM | 958.20 | |
| 010 042 9 | 3TON VICTORIA SUPPORT ARM-L | 1,094.58 | |
| 010 043 9 | 3TON VICTORIA SUPPORT ARM-R | 3,629.43 | |
| 010 046 9 | 1-TON MERCURY DRUM | 35.13 | |
| 010 049 9 | BPSW-01 MARSHALL BLOCK | 7,727.20 | |
| 010 050 9 | WOR-018SS WORLD BIG BLK CHV | 33,610.64 | |
| 010 051 9 | WOR-019TS WORLD BIG BLK CHV | 14,038.88 | |
| 010 055 9 | DART 047W BLOCK | 61,631.82 | |
| 010 080 9 | FIXED COSTS-CASTING INV. | 10,032.73 | |
| 010 081 9 | CAPITALIZED DEPR IN INV. | 96,501.00 | |
| 010 082 9 | WRK IN PROC-VARBL CST | 137,690.86 | |
| 010 101 9 | WIP-VAR CSTS-STEP-UP | 15,429.74 | |
| 010 102 9 | FINISH GDS-VARBL CSTS | 188,681.33 | |
| 010 103 9 | FINISH GDS-VAR CSTS-STEP-UP | (106,928.95) | |
| 010 115 9 | CAPITALIZED VAR. IN INV. | 40,743.00 | |
| 010 159 9 | STOREROOM | 30,834.30 | |
| 010 163 9 | RESV FOR OBSOLETE STORE INV | (27,410.23) | |
| 010 186 9 | RESERVE FOR OBSOLETE INV | (426,556.10) | |
| 013 001 9 | PREPAID SHIPPING CONTAINERS | 15,169.92 | 25,443.83 |
| 013 003 9 | OTHER PREPAID EXPENSES | 10,273.91 | |
| 018 001 9 | DEFERRED FEDERAL INC TAX | 21,164.00 | |
| 018 007 9 | DEFERRED STATE INC TAX | 3,287.00 | 24,451.00 |
| 024 001 9 | GOODWILL | (3,437,262.72) | (3,437,262.72) |
| 025 301 9 | LAND | 80,000.00 | |
| 025 302 9 | LAND IMPROVEMENTS | 116,909.00 | |
| 025 303 9 | BUILDINGS | 803,091.00 | 1,728,834.98 |
| 025 305 9 | MACHINERY AND EQUIPMENT | 3,584,683.99 | |
| 025 306 9 | FURNITURE AND FIXTURES | 11,287.22 | |
| 026 302 9 | ACCUM DEPR - LAND IMPROVE | (100,431.66) | |
| 026 303 9 | ACCUM DEPR - BUILDINGS | (460,092.04) | |
| 026 305 9 | ACCUM DEPR - MACH. & EQUIP. | (2,297,811.18) | |
| 026 306 9 | ACCUM DEPR - FURN & FIXTURE | (8,801.35) | |
| 052 401 9 | ACCOUNTS PAYABLE-PROCESSED | (177,166.72) | (177,166.72) |
| 052 411 9 | OHIO USE TAX | (46.09) | |
| 052 415 9 | EMPLOYEES 401K PLAN W/HELD | 863.20 | |

| | | | |
|---|---|---|---|
| 052 417 9 | A/P INTER-CO - WARSAW | 1,486,639.95 | 1,486,639.95 |
| 052 420 9 | EMPLOYEES' ROTH IRA WITHHEL | 550.00 | |
| 052 424 9 | EMPLOYEE 401K | 428.99 | (61,419.99) |
| 052 427 9 | OUTSIDE COMMISSIONS | (7,000.00) | |
| 052 430 9 | HEALTH SAVINGS ACCOUNT | (3,750.00) | |
| 055 420 9 | ACCRUED WAGES | 6,305.43 | |
| 055 421 9 | ACCRUED BONUS | (327.60) | |
| 055 423 9 | ACCRUED VACATION PAY-HOURLY | (19,919.61) | |
| 055 425 9 | ACCRUED HOLIDAY PAY | (10,862.16) | |
| 056 448 9 | ACCRUE REAL PROP TAX - OHIO | (27,662.15) | |
| 063 901 9 | EMPLOY BENE - HRLY | (275,040.09) | |
| 063 902 9 | 401 (K) EXPENSES | 1,397.23 | |
| 063 905 9 | BEREAVE PAY JURY DUTY | 140.32 | |
| 063 906 9 | VACATION PAY HOURLY | 32,766.15 | |
| 063 907 9 | HOLIDAY PAY - HOURLY | 18,723.36 | |
| 063 908 9 | FICA EXPENSE | 30,823.33 | |
| 063 909 9 | UNEMPLOYMENT TAX | 1,497.31 | |
| 063 911 9 | WORKERS' COMP INS SERV | 4,393.08 | |
| 063 913 9 | PAID TIME OFF | 7,926.36 | |
| 063 917 9 | FLEX SPENDING BENEFIT | 1,666.72 | |
| 063 919 9 | LIFE INSURANCE | 4,146.82 | |
| 063 920 9 | MEDICAL INSURANCE | 186,857.53 | |
| 063 921 9 | DISABILITY INSURANCE | 2,603.90 | |
| 063 922 9 | DENTAL INSURANCE | 4,191.69 | |
| 063 923 9 | VISION INSURANCE | 126.06 | |
| 063 925 9 | REIMBURSEMENT OF BENEFITS | (25,342.27) | |
| 063 927 9 | HEALTH SAVINGS ACCOUNT | 3,122.50 | |
| 064 901 9 | EMPLOY. BENE. - SALARY | (44,870.30) | |
| 064 902 9 | 401K CONTRIBUTION & EXPENSE | (0.03) | |
| 064 906 9 | VACATION PAY - SALARY | 8,059.49 | |
| 064 907 9 | HOLIDAY PAY - SALARY | 4,480.80 | |
| 064 908 9 | FICA EXPENSE | 8,379.10 | |
| 064 909 9 | UNEMPLOYMENT TAX | 935.63 | |
| 064 911 9 | WORKERS' COMP.-INS. SERV. | 112.64 | |
| 064 913 9 | PAID TIME OFF | 550.00 | |
| 064 917 9 | FLEX SPENDING BENEFIT | (100.10) | |
| 064 919 9 | LIFE INSURANCE | 1,503.08 | |
| 064 920 9 | MEDICAL INSURANCE | 22,206.46 | |
| 064 921 9 | DISABILITY INSURANCE | 514.36 | |
| 064 922 9 | DENTAL INSURANCE | 1,051.48 | |
| 064 923 9 | VISION INSURANCE | 1.83 | |
| 064 925 9 | REIMBURSEMENT OF BENEFITS | (3,439.35) | |
| 064 927 9 | HEALTH SAVINGS ACCOUNT | 525.00 | |
| 066 919 9 | LIFE INSURANCE | 89.91 | |
| 072 001 9 | FEDERAL DEFERRED TAX | (501,679.00) | |
| 072 007 9 | STATE DEFERRED TAX | (38,178.00) | (539,857.00) |
| 097 000 9 | RETAINED EARNINGS-PRIOR YRS | (96,873.87) | |
| 098 000 9 | PROFIT OR LOSS-CURRENT YR. | 384,148.94 | 287,275.07 |

Receivables

Inventory

Prepaid Assets

Deferred Taxes
Intangible Assets

Fixed Assets

Accts Payable

I/C

Accrued Liabilities

Deferred Taxes

Equity

**Dalton - Warsaw**
**Purchase Accounting**
**Journal Entries**



| | | | Balance Sheet | | Income Statement | | HFM | | |
|---|---|---|---|---|---|---|---|---|---|
| Month | Acct # | Description | Dr | Cr | Dr | Cr | | | |
| **1** December | 023 375 2 | PATTERN AMORT - NON CURRENT | $ - | $ 588.27 | $ - | $ - | | | Remove old intangibles and goodwill |
| | 023 376 2 | PATTERN AMORT - NON CURRENT | $ - | $ 588.27 | $ - | $ - | | | |
| | 023 378 2 | PATTERN AMORT.-NON CURRENT | $ - | $ 3,393.32 | $ - | $ - | | | |
| | 023 380 2 | PATTERN AMORT.-NON CURRENT | $ - | $ 2,833.47 | $ - | $ - | | | |
| | 023 381 2 | PATTERN AMORT.-NON CURRENT | $ - | $ 11,111.16 | $ - | $ - | | | |
| | 023 382 2 | PATTERN AMORT.-NON CURRENT | $ - | $ 37,266.64 | $ - | $ - | | | |
| | 023 384 2 | PATTERN AMORT.-NON CURRENT | $ - | $ 3,050.00 | $ - | $ - | | | |
| | 023 394 2 | PATTERN AMORT.-NON CURRENT | $ - | $ 23,262.33 | $ - | $ - | | | |
| | 023 418 2 | PATTERN AMORT.-NON CURRENT | $ - | $ 4,487.24 | $ - | $ - | | | |
| | 023 422 2 | PATTERN AMORT.-NON CURRENT | $ 0.01 | $ - | $ - | $ - | | | |
| | 023 423 2 | PATTERN AMORT.-NON CURRENT | $ - | $ 13,547.57 | $ - | $ - | | | |
| | 023 425 2 | PATTERN AMORT NON CURRENT | $ - | $ 7,533.90 | $ - | $ - | | | |
| | 023 426 2 | PATTERN AMORT -NON CURRENT | $ - | $ 15,871.92 | $ - | $ - | | | |
| | 023 427 2 | PATTERN AMORT.-NON CURRENT | $ - | $ 15,429.17 | $ - | $ - | | | |
| | 023 429 2 | PATTERN AMORT.-NON CURRENT | $ - | $ 7,455.00 | $ - | $ - | | | |
| | 023 430 2 | PATTERN AMORT.-NON CURRENT | $ - | $ 7,455.00 | $ - | $ - | | | |
| | 023 431 2 | PATTERN AMORT.-NON CURRENT | $ - | $ 5,498.75 | $ - | $ - | | | |
| | 023 432 2 | PATTERN AMORT.-NON CURRENT | $ - | $ 4,409.32 | $ - | $ - | | | |
| | 023 433 2 | PATTERN AMORT.-NON CURRENT | $ - | $ 3,727.50 | $ - | $ - | | | |
| | 023 434 2 | PATTERN AMORT.-NON CURRENT | $ - | $ 3,727.50 | $ - | $ - | | | |
| | 023 435 2 | PATTERN AMORT.-NON CURRENT | $ - | $ 3,727.50 | $ - | $ - | | | |
| | 023 436 2 | PATTERN AMORT.-NON CURRENT | $ - | $ 9,402.84 | $ - | $ - | | | |
| | 023 437 2 | PATTERN AMORT.-NON CURRENT | $ 0.01 | $ - | $ - | $ - | | | |
| | 023 438 2 | PATTERN AMORT.-NON CURRENT | $ - | $ 12,876.52 | $ - | $ - | | | |
| | 023 439 2 | PATTERN AMORT.-NON CURRENT | $ - | $ 12,876.52 | $ - | $ - | | | |
| | 023 441 2 | PATTERN AMORT.-NON CURRENT | $ - | $ 10,027.50 | $ - | $ - | | | |
| | 023 442 2 | PATTERN AMORT.-NON CURRENT | $ - | $ 4,615.93 | $ - | $ - | | | |
| | 023 444 2 | PATTERN AMORT.-NON CURRENT | $ - | $ 4,615.93 | $ - | $ - | | | |
| | 023 446 2 | PATTERN AMORT.-NON CURRENT | $ - | $ 0.01 | $ - | $ - | | | |
| | 023 447 2 | PATTERN AMORT.-NON CURRENT | $ - | $ 10,505.00 | $ - | $ - | | | |
| | 024 001 2 | GOODWILL | $ 10,215,481.75 | $ - | $ - | $ - | | | |
| | ?? | APIC | $ - | $ 9,975,597.72 | $ - | $ - | A30093 | APIC | |
| | | | $ 10,215,481.77 | $ 10,215,481.77 | $ - | $ - | | | |
| | | | | | Difference $ - | | | | |

| | | | Balance Sheet | | Income Statement | | HFM | | |
|---|---|---|---|---|---|---|---|---|---|
| Month | Acct # | Description | Dr | Cr | Dr | Cr | | | |
| **2** December | 024 001 2 | GOODWILL | $ 249,439,001.53 | $ - | $ - | $ - | A16000 | Goodwill | Recording of initial goodwill |
| | ?? | APIC | $ - | $ 249,439,001.53 | $ - | $ - | A30093 | APIC | |
| | | | $ 249,439,001.53 | $ 249,439,001.53 | $ - | $ - | | | |
| | | | | | Difference $ - | | | | |

| | | | Balance Sheet | | Income Statement | | HFM | | |
|---|---|---|---|---|---|---|---|---|---|
| Month | Acct # | Description | Dr | Cr | Dr | Cr | | | |
| **3** December | 093 000 2 | OTHER COMPREHENSIVE INCOME | $ 4,357,540.00 | $ - | $ - | $ - | | | Close out Predecessor equity to APIC |
| | 097 000 2 | RETAINED EARNINGS-PRIOR YRS | $ 795,051.62 | $ - | $ - | $ - | | | |
| | 098 000 2 | PROFIT OR LOSS-CURRENT YR. | $ - | $ 717,178.52 | $ - | $ - | | | |
| | ?? | APIC | $ - | $ 4,435,413.10 | $ - | $ - | A30093 | APIC | |
| | | | $ 5,152,591.62 | $ 5,152,591.62 | $ - | $ - | | | |
| | | | | | Difference $ - | | | | |

| | | | Balance Sheet | | Income Statement | | HFM | | |
|---|---|---|---|---|---|---|---|---|---|
| Month | Acct # | Description | Dr | Cr | Dr | Cr | | | |
| **4** December | | PPE Step Up | $ 67,223,460.63 | $ - | $ - | $ - | | | Prelim PPE Step UP |
| | | APIC | $ 6,354,311.02 | $ - | $ - | $ - | | | |
| | 024 001 2 | GOODWILL | $ - | $ 73,577,771.65 | $ - | $ - | | | |
| | | | $ 73,577,771.65 | $ 73,577,771.65 | $ - | $ - | | | |
| | | | | | Difference $ - | | | | |

| | | | Balance Sheet | | Income Statement | | HFM | | |
|---|---|---|---|---|---|---|---|---|---|
| Month | Acct # | Description | Dr | Cr | Dr | Cr | | | |
| | | | $ - | $ - | $ - | $ - | | | |
| | | | $ - | $ - | $ - | $ - | | | |
| | | | $ - | $ - | $ - | $ - | | | |
| | | | | | Difference $ - | | | | |

|  |  |  |
|---|---|---|
| APIC check | $ - | $ 9,975,597.72 |

| | |
|---|---|
| NET APIC IMPACT | (9,975,597.72) JE's #1 |
| Per Bridge | 9,975,597.72 |
| DIFF | - |

**APIC Reconciliation**

| | |
|---|---|
| Starting Equity per Bridge | (4,435,413.10) |
| APIC ADJ's in Closing BS | (9,975,597.72) |
| US Goodwill Recognition | (249,439,001.53) JE #2 |
| | (263,850,012.35) |
| Stryker APIC | (3,149,987.65) |
| Total APIC | (267,000,000.00) |
| Total Consideration | 267,000,000.00 from bridge |
| **Diff** | 0.00 |

**Dalton - Stryker**
**Purchase Accounting**
**Journal Entries**



| | Month | Acct # | Description | Balance Sheet Dr | Balance Sheet Cr | Income Statement Dr | Income Statement Cr | HFM | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | December | 024 001 9 | GOODWILL | $ 3,437,262.72 | $ - | $ - | $ - | | | Remove old goodwill |
| | | ?? | APIC | $ - | $ 3,437,262.72 | $ - | $ - | A30093 | APIC | |
| | | | | $ 3,437,262.72 | $ 3,437,262.72 | $ - | $ - | | | |
| | | | | | | Difference $ - | | | | |

| | Month | Acct # | Description | Balance Sheet Dr | Balance Sheet Cr | Income Statement Dr | Income Statement Cr | HFM | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | December | 097 000 9 | RETAINED EARNINGS-PRIOR YRS | $ 96,873.87 | $ - | $ - | $ - | | | Close out Predecessor equity to APIC |
| | | 098 000 9 | PROFIT OR LOSS-CURRENT YR. | $ - | $ 384,148.94 | $ - | $ - | | | |
| | | ?? | APIC | $ 287,275.07 | $ - | $ - | $ - | A30093 | APIC | |
| | | | | $ 384,148.94 | $ 384,148.94 | $ - | $ - | | | |
| | | | | | | Difference $ - | | | | |

| | Month | Acct # | Description | Balance Sheet Dr | Balance Sheet Cr | Income Statement Dr | Income Statement Cr | HFM | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | December | | PPE Step Up | $ 6,354,311.02 | $ - | $ - | $ - | | | Prelim PPE Step UP |
| | | | APIC | $ - | $ 6,354,311.02 | $ - | $ - | | | |
| | | | | $ 6,354,311.02 | $ 6,354,311.02 | $ - | $ - | | | |
| | | | | | | Difference $ - | | | | |

| | Month | Acct # | Description | Balance Sheet Dr | Balance Sheet Cr | Income Statement Dr | Income Statement Cr | HFM | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $ - | $ - | $ - | $ - | | | |
| | | | | $ - | $ - | $ - | $ - | | | |
| | | | | $ - | $ - | $ - | $ - | | | |
| | | | | | | Difference $ - | | | | |

| | | | |
|---|---|---|---|
| APIC check | $ - | $ 3,437,262.72 | |
| | | | |
| NET APIC IMPACT | (3,437,262.72) | JE's #1 | |
| Per Bridge | 3,437,262.72 | | |
| DIFF | - | | |

**APIC Reconciliation**

| | |
|---|---|
| Starting Equity per Bridge | 287,275.07 |
| APIC ADJ's in Closing BS | (3,437,262.72) |
| Styker Ending APIC | (3,149,987.65) |

**First Brands Group**
**Acquisition of Eagle Machining**
**Acquisition Date '11/15/2024**

|  | Closing BS | | Remove Loan Fees | | Prelim PPE Step-Up | | 3 | | 4 | | 5 | | Opening BS Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 11/15/2024 | | 1 | | 2 | | | | | | | | | |
| **Assets Acquired** | | | | | | | | | | | | | | |
| Cash and cash equivalents | $ | 117,988.71 | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | 117,988.71 |
| Receivables | | 3,937,872.58 | | - | | - | | - | | - | | - | | - | | 3,937,872.58 |
| Inventories | | 6,695,606.01 | | - | | - | | - | | - | | - | | - | | 6,695,606.01 |
| Prepaids & Other Current Assets | | 2,653,470.24 | | (29,436.10) | | - | | - | | - | | - | | - | | 2,624,034.14 |
| Property and equipment | | 8,953,046.24 | | - | | 30,954,254.76 | | - | | - | | - | | - | | 39,907,301.00 |
| Other LT assets | | - | | - | | - | | - | | - | | - | | - | | - |
| Intangible Assets | | - | | - | | - | | - | | - | | - | | - | | - |
| **Total Assets Acquired** | $ | 22,357,984 | $ | (29,436) | $ | 30,954,255 | $ | - | $ | - | $ | - | $ | - | $ | 53,282,802 |
| **Liabilities Assumed** | | | | | | | | | | | | | | |
| Finance Lease Obligation - ST | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| Accounts payable | | (10,942,757.76) | | - | | - | | - | | - | | - | | - | | (10,942,757.76) |
| Accrued liabilities | | (64,149.13) | | - | | - | | - | | - | | - | | - | | (64,149.13) |
| Other liabilities | | (1,544,704.76) | | - | | - | | - | | - | | - | | - | | (1,544,704.76) |
| Finance Lease Obligation - LT | | (2,916,379.17) | | - | | - | | - | | - | | - | | - | | (2,916,379.17) |
| Other long-term liabilities | | - | | - | | - | | - | | - | | - | | - | | - |
| Inter-Company | | (16,880,685.62) | | - | | - | | - | | - | | - | | - | | (16,880,685.62) |
| **Total Liabilities Assumed** | $ | (32,348,676) | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | (32,348,676) |
| **Net Assets Acquired** | $ | (9,990,693) | $ | (29,436) | $ | 30,954,255 | $ | - | $ | - | $ | - | $ | - | $ | 20,934,126 |

Check   -

**Net Impact  $  30,924,818.66**

| | |
|---|---|
| **Purchase Price (Consideration)** | 65,000,000 |
| **Net Assets Acquired** | 20,934,126 |
| **Goodwill** | **44,065,874.00** |
| Previously Goodwill | 75,020,128.76 |
| ADJ #2  $ | (30,954,255) |
| Revised Goodwill | **44,065,874.00** |
| | - |

**Eagle Machinning**

| Account | Description | Nov 15 Ending Balance 11/15/24 | | |
|---|---|---|---|---|
| 10400000 | Cash Acct Key Bank | 117,988.71 | | |
| 10404423 | Key Bank Payroll Acct | - | | |
| 10405800 | Key Bank Concentr Acct | - | | |
| 10405842 | Key Bank AP Account | - | | |
| 10405867 | Key Bank Deposit Acct | - | 117,988.71 | Cash |
| 11000100 | Accounts Receivable Auto | 1,418,934.00 | | |
| 11078100 | Accounts Rec - Scrap | 1,201,096.81 | | |
| 11078200 | Accounts Receivable-temp | 217,841.77 | | |
| 11078300 | Accounts Receivable Other | 1,100,000.00 | 3,937,872.58 | Receivables |
| 11700400 | I/C Eagle Castings | (16,880,685.62) | (16,880,685.62) | I/C |
| 12000100 | Inventory-Raw Auto | - | | |
| 12000200 | Inventory-Rotor Castings | 6,691,113.53 | | |
| 12100100 | Inventory-WIP Auto | 4,492.48 | 6,695,606.01 | Inventory |
| 12300100 | Inv - Supplies-AA | 2,218,396.35 | | |
| 12550000 | Prepaid Deposit Rentals | 89,121.00 | | |
| 12550100 | Deposits Credit Cards | - | | |
| 12650000 | Prepaid Expense Other | 168,555.54 | | |
| 12650050 | Pre-Paid Expenses | - | | |
| 12650100 | Prepaid Utility Deposit | 109,506.00 | | |
| 12650250 | PrePaid Software Subscri | 38,455.25 | | |
| 12750100 | Prepaid Property Taxes | - | | |
| 12750200 | Prepaid Loan Fees | 29,436.10 | 2,653,470.24 | Prepaids |
| 14000100 | Capital Lease Asset | 2,900,000.00 | | |
| 15050100 | PP&E-LandImprvmts-AA | 50,567.00 | | |
| 15100100 | PP&E-BldgImprvmts-AA | 78,917.65 | | |
| 15250925 | CAPEx- QAD Software | 288,406.51 | | |
| 15300000 | CAPEx-Machining Equip | 4,548,853.62 | | |
| 15300100 | CAPEx Drill/Balance | 368,586.55 | | |
| 15300200 | CAPEx-Paint Lines | 1,902,807.41 | | |
| 15300500 | CAPEx-Tooling | 465,944.48 | | |
| 15300600 | CAPEx Mach.& Equip Other | 423,876.70 | | |
| 15300700 | CAPEx Phone System | 3,182.70 | | |
| 15300800 | CAPEx | 41,840.00 | | |
| 15301000 | CapEx Computer Hardware | 69,079.27 | | |
| 16100100 | AD-Blg&BldgImpmts-AA | (17,016.02) | | |
| 16250925 | A/D Software | (35,087.58) | | |
| 16300000 | A/D-Machining Equip | (1,090,927.31) | | |
| 16300100 | A/D-Drill/Balancing Equi | (66,345.13) | | |
| 16300200 | A/D-Paint Line | (266,660.59) | | |
| 16300500 | A/D Tooling | (194,600.07) | | |
| 16300600 | A/D M&E-Other | (64,055.08) | | |
| 16300700 | A/D Phone System | (2,431.23) | | |
| 16300800 | A/D Vehicles | (9,937.00) | | |
| 16301000 | A/D Computer Hardware | (31,122.37) | | |
| 16400000 | AA Cap Lease Asset | (410,833.27) | 8,953,046.24 | Fixed Assets |
| 20000100 | AP-Trade-AA | (5,243,450.07) | | |
| 20070100 | AP-GR/IR 3rd Pty-AA | (4,336,169.72) | | |
| 20150000 | AP-Payroll | - | | |
| 20150025 | AP - Payroll Retunrs | (2,115.72) | | |
| 20150100 | A/P City Tax | (409.66) | | |
| 20180000 | AP-HSA Accounts | (317,987.17) | | |
| 20200000 | AP-Other-MA | (1,042,625.42) | (10,942,757.76) | Accts Payable |
| 20900100 | Notes Payable | (1,544,704.76) | (1,544,704.76) | Other Liabilities |
| 20900700 | Capital Lease Liab (Long | (2,916,379.17) | (2,916,379.17) | Capital Lease LT |
| 22000000 | Accrued Expense | (64,149.13) | (64,149.13) | Accrued Liabilities |
| 31000000 | Contributed capital | (5,257,260.28) | | |
| 32000000 | RE - Opening-MA | 27,829,159.50 | 22,571,899.22 | Equity |
| | | 12,581,206.56 | (12,581,206.56) | 2024 NI - Predecessor Period |
| | | | 9,990,692.66 | Ending Equity |