| | |
|---|---|
| **From:** | "Joe DiFranco" |
| **Sent:** | Fri 2/7/2025 1:56:02 PM (UTC) |
| **Subject:** | Re: Feb CI Supply |

**From:** Joe DiFranco
**Sent:** Friday, February 7, 2025 1:56 PM
**To:** Nigel Crighton; Brumbergs, Andy
**Subject:** Re: Feb CI Supply

Once Bowery receives the RT money, Bowery will have $16million. It can use that.

---

**From:** Nigel Crighton <nigel.crighton@viceroyprivatecapital.co>
**Sent:** Friday, February 7, 2025 7:15 AM
**To:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>; Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>
**Subject:** RE: Feb CI Supply

Correct. I think Joe is saying we will need to send from Bowery to Car instead of NP timing.

**From:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Sent:** Friday, February 7, 2025 7:10 AM
**To:** Nigel Crighton <nigel.crighton@viceroyprivatecapital.co>; Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>; Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Subject:** RE: Feb CI Supply

What is the route?  FBG direct to Carnaby via NP?

That's fine.

Or are you saying FBG direct to Bowery?

That's fine too.

Never FBG direct to Car

-------- Original message --------
From: Nigel Crighton <nigel.crighton@viceroyprivatecapital.co>
Date: 2/7/25 1:03 AM (GMT-05:00)
To: Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>, "Brumbergs, Andy" <andy.brumbergs@firstbrandsgroup.com>
Subject: RE: Feb CI Supply

Yes I think timing wise bowery to Carnaby makes more sense.

**From:** Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>

CONFIDENTIAL

FBG_CH1_00097544

**Sent:** Thursday, February 6, 2025 11:36 PM
**To:** Nigel Crighton <nigel.crighton@viceroyprivatecapital.co>; Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Subject:** Re: Feb CI Supply

Andy - we are not going to have enough time to send $10.5m to NextProcess and for it to arrive at Carnaby on Friday.
Is sending $10.5m from Bowery to Carnaby an option? We can do this once some RT's come in.


We should also talk through timing of releasing ARF payments.

---

**From:** Nigel Crighton <nigel.crighton@viceroyprivatecapital.co>
**Sent:** Tuesday, February 4, 2025 11:25 AM
**To:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>; Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>
**Subject:** RE: Feb CI Supply

Joe,

Please see updated invoice attached!

Thank you,

Nigel Crighton

**From:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Sent:** Tuesday, February 4, 2025 11:22 AM
**To:** Nigel Crighton <nigel.crighton@viceroyprivatecapital.co>; Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>
**Subject:** RE: Feb CI Supply

Nigel –

This needs to be reduced by $25 million.  We will fund $25M on this payment from JP.

Can you re-invoice Joe?


**From:** Nigel Crighton <nigel.crighton@viceroyprivatecapital.co>
**Sent:** Tuesday, February 4, 2025 9:41 AM
**To:** Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>

CONFIDENTIAL

FBG_CH1_00097545

DEBTORS' EXHIBIT NO. 124
Page 2 of 3

**Cc:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Subject:** Feb CI Supply
**Importance:** High


Joe,

Please see attached for Friday!

Thank you,

Nigel Crighton

CONFIDENTIAL

FBG_CH1_00097546