## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 8 | Date Range: 2/18/2025 |

### Outline of Conversations

 **195ecf5c61-5020-48bb-856e-6b6e34b0a55fb7eff8a9-e901-4524-9bb2-29827062bae5unqgblspaces/2025021812/195ecf5c61-5020-48bb-856e-6b6e34b0a55fb7eff8a9-e901-4524-9bb2-29827062bae5unqgblspaces-2025021812.html** · 8 messages on 2/18/2025 ·
Amanda.Coxbill@firstbrandsgroup.com · Brumbergs,Andy <andy.brumbergs@firstbrandsgroup.com> ·
Coxbill,Amanda <Amanda.Coxbill@firstbrandsgroup.com> · andy.brumbergs@firstbrandsgroup.com

CONFIDENTIAL

FBG_CH1_00063211

**Messages in chronological order** (times are shown in GMT +00:00)

💬 **195ecf5c61-5020-48bb-856e-6b6e34b0a55fb7eff8a9-e901-4524-9bb2-29827062bae5unqgblspaces/2025021812/195ecf5c61-5020-48bb-856e-6b6e34b0a55fb7eff8a9-e901-4524-9bb2-29827062bae5unqgblspaces-2025021812.html**

AB   Brumbergs,Andy <andy.brumbergs@firstbrandsgroup.com>     ◀ 2/18/2025, 9:31 PM
"Brumbergs,Andy"  2/18/2025 9:31:01 PM

Don't poke the bear too much, but we are paying Bank United $15 SCF payment next Monday 2/24 on Prime. We expect that it should recycle, but if you hear anything to the contrary, can you let me know

 Coxbill, Amanda <Amanda.Coxbill@firstbrandsgroup.com> +like 02/18/25 09:40 PM +00:00

AC   Coxbill,Amanda <Amanda.Coxbill@firstbrandsgroup.com>     ▶ 2/18/2025, 9:40 PM
"Coxbill,Amanda"  2/18/2025 9:40:56 PM

10-4 will not poke them and I now know I can only use ITS for their capacity.

AC   Coxbill,Amanda <Amanda.Coxbill@firstbrandsgroup.com>     ▶ 2/18/2025, 9:41 PM
"Coxbill,Amanda"  2/18/2025 9:41:18 PM

I create the dummy invoices to send and they have been satisfied lately

AC   Coxbill,Amanda <Amanda.Coxbill@firstbrandsgroup.com>     ▶ 2/18/2025, 9:42 PM
"Coxbill,Amanda"  2/18/2025 9:42:03 PM

Also - realistically will vendor pmts be able to be released Friday? Or should I expect the pmts will not go till the following Monday/Tuesday. It is the 25M dollar question of the week.

AC   Coxbill,Amanda <Amanda.Coxbill@firstbrandsgroup.com>     ▶ 2/18/2025, 9:42 PM
"Coxbill,Amanda"  2/18/2025 9:42:40 PM

I am only pushing releases before Friday for rent lock outs, utility shut offs, IT shutoffs and the M+M that is approved via Scott Daily Cash.

AB   Brumbergs,Andy <andy.brumbergs@firstbrandsgroup.com>     ◀ 2/18/2025, 9:48 PM
"Brumbergs,Andy"  2/18/2025 9:48:04 PM

yes, Friday this week is a go. A couple things are hitting today that will get us over the hump

AC   Coxbill,Amanda <Amanda.Coxbill@firstbrandsgroup.com>     ▶ 2/18/2025, 9:48 PM
"Coxbill,Amanda"  2/18/2025 9:48:15 PM

oh that is fabulous news.

AC   Coxbill,Amanda <Amanda.Coxbill@firstbrandsgroup.com>     ▶ 2/18/2025, 9:49 PM
"Coxbill,Amanda"  2/18/2025 9:49:15 PM

CONFIDENTIAL

FBG_CH1_00063212

team really needs the moral boost of payments this week.

CONFIDENTIAL

FBG_CH1_00063213