| From: | "Thomas Madden" <t.madden@virabus.com> |
|---|---|
| Sent: | Wed 3/5/2025 8:24:54 PM (UTC) |
| Subject: | Revised FBG Billback Invoice |

**From:** Thomas Madden [t.madden@virabus.com] on behalf of Thomas Madden <t.madden@virabus.com>
**Sent:** Wednesday, March 5, 2025 8:25 PM
**To:** Brumbergs, Andy
**CC:** JP English; Eric French; kevin.ruminski@firstbrandsgroup.com; Crighton, Nigel; Elizabeth Brooks
**Subject:** Revised FBG Billback Invoice
**Attachments:** FBG03052025.pdf

Hi Andy,

Mr. James asked us to send over an updated billback invoice and see if it could get paid this week if possible. Attached is the FBG billback invoice for the period 1/30/25 – 3/05/25. Thanks-

Tom

| Row Labels | Sum of Amount |
|---|---|
| Cavaliers | 8,068.33 |
| Entertainment | 7,480.00 |
| General Office | 30,977.18 |
| Health | 76,029.63 |
| Insurance | 10,997.97 |
| Legal | 149,146.50 |
| Security | 151,745.60 |
| Travel | 34,180.32 |
| **Grand Total** | **468,625.53** |

**From:** Thomas Madden

CONFIDENTIAL

FBG_CH1_00095815

**Sent:** Thursday, February 27, 2025 1:10 PM
**To:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Cc:** JP English <je@virabus.com>; Eric French <Eric.French@firstbrandsgroup.com>;
kevin.ruminski@firstbrandsgroup.com; Crighton, Nigel <nigel.crighton@firstbrandsgroup.com>;
Elizabeth Brooks <eb@virabus.com>
**Subject:** February 2025 FBG Billback

Hi Andy,

Attached is the FBG billback invoice for the period 1/30/25 – 2/26/25. The detail is below. Entertainment consists of payments to the Cleveland Orchestra. Let me know if there are any questions.

| Row Labels | Sum of Amount |
| --- | --- |
| Cavaliers | 8,068.33 |
| Entertainment | 7,480.00 |
| General Office | 28,320.38 |
| Health | 718.97 |
| Insurance | 5,663.72 |
| Legal | 48,906.50 |
| Security | 58,498.34 |
| Travel | 34,180.32 |
| **Grand Total** | **191,836.56** |

Thanks-

Tom

CONFIDENTIAL

FBG_CH1_00095816

**DEBTORS' EXHIBIT NO. 127**
**Page 2 of 4**

216-644-2456

CONFIDENTIAL                                                                          FBG_CH1_00095817

# INVOICE

**Battery Park Holdings**
3000 Auburn Dr Ste 430
Beachwood, OH 44122-4340

finance@larchmontllc.com

**Bill to**
First Brands Group, LLC
127 Public Square
Suite 5110
Cleveland, OH 44114

**Invoice details**
Invoice no.: FBG03052025
Terms: Due on receipt
Invoice date: 03/05/2025
Due date: 03/05/2025

| Description | Amount |
|---|---|
| FBG Billbacks Invoice: February 2025 | $468,625.53 |
| Total | $468,625.53 |

03/05/2025

CONFIDENTIAL

FBG_CH1_00095818

**DEBTORS' EXHIBIT NO. 127**
**Page 4 of 4**