Message
| | |
|---|---|
| **From**: | Remington Atwood [rematwood@onsetfinancial.com] |
| **Sent**: | 6/3/2025 2:43:37 PM |
| **To**: | ed.james@optimusprivatecapital.com |
| **CC**: | Justin Nielsen [jnielsen@onsetfinancial.com] |
| **Subject**: | RE: [External]:RE: Carnaby payment schedule |
| **Attachments**: | Optimus-Carnaby Forbearance.xlsx; Optimus.xlsx |

Please see attached. The May payment does show the additional $1.8MM from schedule 26 and our totals align.

I did update the payments to the 27th on the coming months.

Let me know if you have any other questions.

Remington Atwood
Chief Financial Officer
Onset Financial, Inc.

**From:** ed.james@optimusprivatecapital.com <ed.james@optimusprivatecapital.com>
**Sent:** Tuesday, June 3, 2025 7:47 AM
**To:** Remington Atwood <rematwood@onsetfinancial.com>
**Cc:** Justin Nielsen <jnielsen@onsetfinancial.com>
**Subject:** [External]:RE: Carnaby payment schedule

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Remington
Kindly update the OPC schedules with the amended 27th Date.. Also the May Foreberance Schedule needs to be updated to include the second Structuring Fee for Schedule IV 26 (see OPC schedules) .. Total May Payment with the Forbearance will increase by $1.8 million to $33,922,133.24

**From:** Remington Atwood <rematwood@onsetfinancial.com>
**Sent:** Monday, June 2, 2025 6:14 PM
**To:** Ed James <ed.james@optimusprivatecapital.com>
**Cc:** Justin Nielsen <jnielsen@onsetfinancial.com>
**Subject:** RE: Carnaby payment schedule

Mr. James,

In the below email and attachment, I failed to note that the July payments (and each month thereafter) will be paid by the 27th of the month, not on the first of the month.
The schedule has not changed, just the date the payments are expected to come in each month.

Sorry for the confusion.
I've attached an updated schedule with the payment date of the 27th reflected for each month.

Please let me know if you have any questions.

Thank you,

CONFIDENTIAL
CONFIDENTIAL

ONSET_00037755
FBG_CH1_00096111

**DEBTORS' EXHIBIT NO. 130**
**Page 1 of 3**

**Remington Atwood**
Chief Financial Officer
Onset Financial, Inc.

---

**From:** Remington Atwood
**Sent:** Monday, June 2, 2025 1:30 PM
**To:** Ed James <ed.james@optimusprivatecapital.com>
**Cc:** Justin Nielsen <jnielsen@onsetfinancial.com>
**Subject:** Carnaby payment schedule

Mr. James,

Please see the attached payment schedule for the recent Carnaby Forbearance Agreement.
I've also updated the usual payment spreadsheet noting the changes.

The May payment detail assumes payment on June 27th. The forbearance fee sharing could differ if payment is made earlier.

Please let me know if you have any questions or need anything else.

Thank you,

**Remington Atwood**
Chief Financial Officer
Onset Financial, Inc.



274 West 12300 South
Draper, UT 84020
801.878.0600
onsetfinancial.com

CONFIDENTIAL
CONFIDENTIAL

ONSET_00037756
FBG_CH1_00096112

DATE: 06/03/25
MLA No. OFI1045321

| Status | Lessee Name | Sch | Lender | 5/1/2025 | | 7/27/2025 | 8/27/2025 | 9/27/2025 | 10/27/2025 | 11/27/2025 | 12/27/2025 | 1/27/2026 | 2/27/2026 | | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BP | Carnaby IV | 022 | Optimus Private Capital | $ 2,000,000.00 | | $ 1,000,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | $ 3,000,000.00 |
| BP | Carnaby IV | 023 | Optimus Private Capital | $ 3,000,000.00 | | $ 2,500,050.00 | $ 1,500,000.00 | $ 1,500,000.00 | | | | | | | $ 8,500,050.00 |
| BP | Carnaby IV | 024 | Optimus Private Capital | $ 3,624,990.00 | | $ 6,041,650.00 | $ 6,041,650.00 | $ 6,041,650.00 | $ 6,041,650.00 | $ 6,041,650.00 | $ 6,041,650.00 | $ 6,041,650.00 | | | $ 45,916,540.00 |
| BP | Carnaby IV | 025 | Optimus Private Capital | $ 2,718,750.00 | | $ 2,718,750.00 | $ 2,718,750.00 | $ 2,718,750.00 | $ 2,718,750.00 | $ 2,718,750.00 | $ 2,718,750.00 | $ 2,718,750.00 | | | $ 21,750,000.00 |
| BP | Carnaby IV | 026 | Optimus Private Capital | $ 5,250,000.00 | | $ 5,250,000.00 | $ 8,458,450.00 | $ 8,458,450.00 | $ 8,458,450.00 | $ 8,458,450.00 | $ 8,458,450.00 | $ 8,458,450.00 | $ 8,458,450.00 | | $ 69,709,150.00 |
| BP | Carnaby FA | 004 | Optimus Private Capital | $ 326,270.00 | | $ 1,359,458.33 | $ 1,359,458.33 | $ 1,359,458.33 | $ 1,359,458.33 | $ 1,359,458.33 | $ 1,359,458.33 | $ 1,359,458.33 | | | $ 9,842,478.33 |
| BP | Carnaby FA | 005 | Optimus Private Capital | $ 777,800.00 | | $ 777,800.00 | $ 777,800.00 | $ 777,800.00 | $ 777,800.00 | $ 777,800.00 | $ 777,800.00 | $ 777,800.00 | $ 777,800.00 | | $ 7,000,200.00 |
| PIF | Carnaby FA | 006 | Optimus Private Capital | | | | | | | | | | | | $ - |
| BP | Carnaby FA | 007 | Optimus Private Capital | $ 2,500,050.00 | | $ 1,500,000.00 | $ 1,500,000.00 | | | | | | | | $ 5,500,050.00 |
| BP | Carnaby FA | 008 | Optimus Private Capital | $ 900,000.00 | | $ 900,000.00 | $ 900,000.00 | $ 900,000.00 | $ 900,000.00 | $ 900,000.00 | $ 900,000.00 | $ 900,000.00 | $ 900,000.00 | | $ 8,100,000.00 |
| PF | Carnaby FA | 009 | Optimus Private Capital | $ 2,650,000.00 | | $ 1,500,000.00 | $ 2,416,700.00 | $ 2,416,700.00 | $ 2,416,700.00 | $ 2,416,700.00 | $ 2,416,700.00 | $ 2,416,700.00 | $ 2,416,700.00 | | $ 21,066,900.00 |
| | | TOTALS | | $ 23,747,860.00 | $ - | $ 23,547,708.33 | $ 25,672,808.33 | $ 24,172,808.33 | $ 22,672,808.33 | $ 22,672,808.33 | $ 22,672,808.33 | $ 22,672,808.33 | $ 12,552,950.00 | | $ 200,385,368.33 |

| | Total Lender Payments | 5/10/2025 | | 7/27/2025 | 8/27/2025 | 9/27/2025 | 10/27/2025 | 11/27/2025 | 12/27/2025 | 1/27/2026 | 2/27/2026 | | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Carnaby IV | | | | | | | | | | | | |
| | Optimus Private Capital | $ 16,593,740.00 | | $ 17,510,450.00 | $ 18,718,850.00 | $ 18,718,850.00 | $ 17,218,850.00 | $ 17,218,850.00 | $ 17,218,850.00 | $ 17,218,850.00 | $ 8,458,450.00 | | $ 148,875,740.00 |
| | Carnaby FA | | | | | | | | | | | | $ - |
| | Optimus Private Capital | $ 7,154,120.00 | | $ 6,037,258.33 | $ 6,953,958.33 | $ 5,453,958.33 | $ 5,453,958.33 | $ 5,453,958.33 | $ 5,453,958.33 | $ 5,453,958.33 | $ 4,094,500.00 | | $ 51,509,628.33 |
| | Total | $ 23,747,860.00 | | $ 23,547,708.33 | $ 25,672,808.33 | $ 24,172,808.33 | $ 22,672,808.33 | $ 22,672,808.33 | $ 22,672,808.33 | $ 22,672,808.33 | $ 12,552,950.00 | | $ 200,385,368.33 |
| | Difference | - | | - | - | - | - | - | - | - | - | | - |

| | May Payment | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total Lender Payments | 5/10/2025 | | | | | |
| | Carnaby IV | | Share of $50K | Share of 20% | May Payment | May Per Entity-paid June 27 | |
| | Optimus Private Capital | $ 16,593,740.00 | 2,532,748.28 | 3,318,748.00 | $ 22,445,236.28 | $ 32,122,133.34 | $ 33,922,133.34 Total including fee from IV 26 |
| | Carnaby FA | | - | - | $ - | | |
| | Optimus Private Capital | $ 7,154,120.00 | 1,091,953.06 | 1,430,824.00 | $ 9,676,897.06 | | |
| | Total | $ 23,747,860.00 | $ 3,624,701.34 | $ 4,749,572.00 | $ 32,122,133.34 | $ 32,122,133.34 | |

**DEBTORS' EXHIBIT NO. 130**
**Page 3 of 3**