| | |
|---|---|
| **From:** | "Nigel Crighton" <nigel.crighton@viceroyprivatecapital.co> |
| **Sent:** | Mon 7/7/2025 1:00:38 PM (UTC) |
| **Subject:** | Alester FBG IP License Agreement (IBI/Horizon) - June 2025 Invoice |

**From:** Nigel Crighton [nigel.crighton@viceroyprivatecapital.co]
**Sent:** Monday, July 7, 2025 1:00 PM
**To:** Joe DiFranco
**CC:** Brumbergs, Andy; Thomas Madden
**Subject:** Alester FBG IP License Agreement (IBI/Horizon) - June 2025 Invoice
**Attachments:** Alester Technologies LLC - Invoice #10028 - June'25.pdf; Alester Technologies LLC - Invoice #10027 - May'25.pdf; Alester Technologies LLC - Invoice #10026 - Apr'25.pdf; Alester Technologies LLC - Invoice #10025 - Mar'25.pdf; Alester Technologies LLC - Invoice #10024 - Feb'25.pdf; Alester Technologies LLC - Invoice #10023 - Jan'25.pdf; Alester Technologies LLC - Invoice #10022 - Dec'24.pdf; Alester Technologies LLC - Invoice #10021 - Nov'24.pdf; Alester Technologies LLC - Invoice #10020 - Oct'24.pdf; Alester Technologies LLC - Invoice #10019 - Sept'24.pdf; Alester Technologies LLC - Invoice #10018 - Aug'24.pdf



Joey D,

Please see the attached June 2025 Alester invoice that should be processed and paid through NP.

I also attached the rest of the unpaid invoices going back to August 2024..

| Year | Month | Invoice # | Amount $ |
|---|---|---|---|
| 2024 | August | 10018 | $ 1,554,420.00 |
| 2024 | September | 10019 | $ 1,590,295.00 |
| 2024 | October | 10020 | $ 1,822,240.00 |
| 2024 | November | 10021 | $ 1,597,785.00 |
| 2024 | December | 10022 | $ 817,985.00 |
| 2025 | January | 10023 | $ 1,326,465.00 |
| 2025 | February | 10024 | $ 1,476,931.00 |
| 2025 | March | 10025 | $ 1,670,865.00 |
| 2025 | April | 10026 | $ 1,769,775.00 |
| 2025 | May | 10027 | $ 1,434,300.00 |
| 2025 | June | 10028 | $ 1,497,440.00 |
| | | **TOTAL DUE:** | **$ 16,558,501.00** |

Thank you,

Nigel Crighton

**From:** Nigel Crighton

CONFIDENTIAL

FBG_CH1_00096174

**DEBTORS' EXHIBIT NO. 131**
**Page 1 of 11**

**Sent:** Thursday, June 5, 2025 3:05 PM
**To:** Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>
**Cc:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>; Thomas Madden <t.madden@virabus.com>
**Subject:** Alester FBG IP License Agreement (IBI/Horizon) - April & May 2025 Invoice

Joe,

Please see the attached April & May 2025 Alester invoices that should be processed and paid through NP.

I also attached the rest of the unpaid invoices going back to August 2024..

| Year | Month | Invoice # | Amount $ |
|------|-------|-----------|----------|
| 2024 | August | 10018 | $ 1,554,420.00 |
| 2024 | September | 10019 | $ 1,590,295.00 |
| 2024 | October | 10020 | $ 1,822,240.00 |
| 2024 | November | 10021 | $ 1,597,785.00 |
| 2024 | December | 10022 | $ 817,985.00 |
| 2025 | January | 10023 | $ 1,326,465.00 |
| 2025 | February | 10024 | $ 1,476,931.00 |
| 2025 | March | 10025 | $ 1,670,865.00 |
| 2025 | April | 10026 | $ 1,769,775.00 |
| 2025 | May | 10027 | $ 1,434,300.00 |
| | | TOTAL DUE: | $ 15,061,061.00 |

Thank you and please advise payment timing once you hear a plan!

Nigel Crighton

**From:** Nigel Crighton
**Sent:** Wednesday, April 23, 2025 10:42 AM
**To:** Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>
**Cc:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>; Thomas Madden <t.madden@virabus.com>
**Subject:** Alester FBG IP License Agreement (IBI/Horizon) - March 2025 Invoice
**Importance:** High

Mr. Joey,

Please see the attached March 2025 Alester invoice that should be processed and paid through NP.

I also attached the rest of the unpaid invoices going back to August 2024.

CONFIDENTIAL

| Year | Month | Invoice # | Amount $ |
|------|-------|-----------|----------|
| 2024 | August | 10018 | $ 1,554,420.00 |
| 2024 | September | 10019 | $ 1,590,295.00 |
| 2024 | October | 10020 | $ 1,822,240.00 |
| 2024 | November | 10021 | $ 1,597,785.00 |
| 2024 | December | 10022 | $ 817,985.00 |
| 2025 | January | 10023 | $ 1,326,465.00 |
| 2025 | February | 10024 | $ 1,476,931.00 |
| 2025 | March | 10025 | $ 1,670,865.00 |
| | | TOTAL DUE: | $ 11,856,986.00 |

Thank you and please advise payment timing once you hear a plan!

Nigel Crighton

**From:** Nigel Crighton
**Sent:** Wednesday, March 12, 2025 12:23 PM
**To:** Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>
**Cc:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>; Thomas Madden <t.madden@virabus.com>
**Subject:** Alester FBG IP License Agreement (IBI/Horizon) - FEB 2025 Invoice

Hey Joe,

Please see the attached February 2025 Alester invoice that should be processed and paid through NP.

I also attached the rest of the unpaid invoices going back to August 2024.

| Year | Month | Invoice # | Amount $ |
|------|-------|-----------|----------|
| 2024 | August | 10018 | $ 1,554,420.00 |
| 2024 | September | 10019 | $ 1,590,295.00 |
| 2024 | October | 10020 | $ 1,822,240.00 |
| 2024 | November | 10021 | $ 1,597,785.00 |
| 2024 | December | 10022 | $ 817,985.00 |
| 2025 | January | 10023 | $ 1,326,465.00 |
| 2025 | February | 10024 | $ 1,476,931.00 |
| | | TOTAL DUE: | $ 10,186,121.00 |

Thank you and please advise payment timing once you hear a plan!

Nigel Crighton

**From:** Nigel Crighton
**Sent:** Tuesday, February 11, 2025 12:18 PM

CONFIDENTIAL

FBG_CH1_00096176

**To:** Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>
**Cc:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>; Thomas Madden <t.madden@virabus.com>
**Subject:** RE: Alester FBG IP License Agreement (IBI/Horizon) – JAN 2025 Invoice

Mr. Joey,

Please see the attached January 2025 Alester invoice that should be processed and paid through NP.

I also attached the August-December 2024 invoices that have not been paid yet.

| Year | Month | Invoice # | Amount |
|------|-------|-----------|--------|
| 2024 | August | 10018 | $ 1,554,420.00 |
| 2024 | September | 10019 | $ 1,590,295.00 |
| 2024 | October | 10020 | $ 1,822,240.00 |
| 2024 | November | 10021 | $ 1,597,785.00 |
| 2024 | December | 10022 | $ 817,985.00 |
| 2025 | January | 10023 | $ 1,326,465.00 |
| | | TOTAL: | $ 8,709,190.00 |

Thank you and please advise payment timing once you hear a plan!

Nigel Crighton

**From:** Nigel Crighton
**Sent:** Tuesday, January 7, 2025 4:05 PM
**To:** Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>
**Cc:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>; Thomas Madden <t.madden@virabus.com>
**Subject:** Alester FBG IP License Agreement (IBI/Horizon) - DEC 2024 Invoice
**Importance:** High

Hey Joe,

Please see the attached December 2024 Alester invoice that should be processed and paid through NP.

I also attached the August, September, October, and November invoices that have not been paid yet.

CONFIDENTIAL

FBG_CH1_00096177

| Month | Invoice# | Amount |
|---|---|---|
| August | 10018 | $ 1,554,420.00 |
| September | 10019 | $ 1,590,295.00 |
| October | 10020 | $ 1,822,240.00 |
| November | 10021 | $ 1,597,785.00 |
| December | 10022 | $ 817,985.00 |
| | TOTAL: | $ 7,382,725.00 |

Lastly, Alester has a new bank account listed on each invoice with City National. Please pay into that account!

Thank you,

Nigel Crighton

**From:** Nigel Crighton
**Sent:** Friday, December 6, 2024 12:41 PM
**To:** Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>
**Cc:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Subject:** Alester FBG IP License Agreement (IBI/Horizon) - NOV 2024 Invoice

Hey Joe,

Please see the attached November 2024 Alester invoice that should be processed and paid through NP.

I also attached the August, September and October invoices that have not been paid yet.

| Month | Invoice | Amount |
|---|---|---|
| August | 10018 | $ 1,554,420.00 |
| September | 10019 | $ 1,590,295.00 |
| October | 10020 | $ 1,822,240.00 |
| November | 10021 | $ 1,597,785.00 |
| | TOTAL DUE: | $ 6,564,740.00 |

Thank you,

Nigel Crighton

**From:** Nigel Crighton
**Sent:** Tuesday, November 12, 2024 10:31 AM
**To:** Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>
**Cc:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>

CONFIDENTIAL

FBG_CH1_00096178

**Subject:** Alester FBG IP License Agreement (IBI/Horizon) - OCT 2024 Invoice

Hey Joe,

Please see the attached Oct 2024 Alester invoice that should be processed and paid through NP.

I also attached the August and September invoices that have not been paid yet.

| Month | Invoice | Amount |
|---|---|---|
| August | 10018 | $ 1,554,420.00 |
| September | 10019 | $ 1,590,295.00 |
| October | 10020 | $ 1,822,240.00 |
| | TOTAL DUE: | $ 4,966,955.00 |

Thank you!

Nigel Crighton

---

**From:** Nigel Crighton
**Sent:** Thursday, October 3, 2024 10:13 AM
**To:** Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>
**Cc:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Subject:** Alester FBG IP License Agreement (IBI/Horizon) - SEPT 2024 Invoice

Joe,

Please see the attached Sept 2024 Alester invoice that should be processed and paid through NP.

Attached also is the August invoice that has not been paid yet either.

Thank you,

Nigel Crighton

---

**From:** Nigel Crighton
**Sent:** Tuesday, September 10, 2024 1:53 PM
**To:** Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>
**Cc:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Subject:** Alester FBG IP License Agreement (IBI/Horizon) - AUG 2024 Invoice

Hey Joe,

Please see the attached August 2024 Alester invoice that should be processed and paid through NP.

I have not heard anything about timing yet.

CONFIDENTIAL

FBG_CH1_00096179

**DEBTORS' EXHIBIT NO. 131**
**Page 6 of 11**

Thank you,

Nigel Crighton

---

**From:** Nigel Crighton
**Sent:** Thursday, August 8, 2024 12:33 PM
**To:** Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>
**Cc:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Subject:** Alester FBG IP License Agreement (IBI/Horizon) - JULY 2024 Invoice
**Importance:** High

Joe,

Please see the attached July 2024 Alester invoice that should be processed and paid through NP.

We officially have an Alester HSBC bank account now which is listed on each invoice. I have also attached April, May, and June's unpaid invoices.

**Total Amount Due: $7,003,115.00 (no rush…I think there are more important payments pending 😥 )**

Thank you,

Nigel Crighton

---

**From:** Nigel Crighton
**Sent:** Monday, July 8, 2024 12:54 PM
**To:** Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>
**Cc:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Subject:** Alester FBG IP License Agreement (IBI/Horizon) - JUNE 2024 Invoice
**Importance:** High

Joe,

Please see the attached June 2024 Alester invoice that should be processed and paid through NP.

We do not have an Alester HSBC Account yet, so please hold off for now until Andy provides direction.

April and May have not been paid either so those are attached again.

Thank you!

Nigel Crighton

---

**From:** Nigel Crighton
**Sent:** Wednesday, June 12, 2024 11:30 AM
**To:** Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>

CONFIDENTIAL

FBG_CH1_00096180

**Cc:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Subject:** Alester FBG IP License Agreement (IBI/Horizon) - MAY 2024 Invoice

Good morning Joe,

Please see the attached May 2024 Alester invoice that should be processed and paid through NP.

We do not have an Alester HSBC Account yet, so hold off for now I guess unless Andy wants it paid into Carnaby.

April was never paid either so that is attached again.

Thank you!

Nigel Crighton

**From:** Nigel Crighton
**Sent:** Tuesday, May 21, 2024 2:54 AM
**To:** 'Brumbergs, Andy' <andy.brumbergs@firstbrandsgroup.com>; Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>
**Subject:** Alester FBG IP License Agreement (IBI/Horizon) - APRIL 2024 Invoice

Good morning Joe,

Please see the attached April 2024 Alester invoice that should be processed and paid through NP.

We do not have an Alester HSBC Account yet, so I used the Key Account info like usual that is still active.

Thank you,

Nigel Crighton

**From:** Nigel Crighton
**Sent:** Thursday, April 4, 2024 12:52 PM
**To:** 'Brumbergs, Andy' <andy.brumbergs@firstbrandsgroup.com>; 'Joe DiFranco' <Joe.DiFranco@firstbrandsgroup.com>
**Subject:** RE: Alester FBG IP License Agreement (IBI/Horizon) - Feb 2024 Invoice

Please see March attached!

I can confirm I received the cash for the others today.

Thank you,

Nigel Crighton

**From:** Nigel Crighton

CONFIDENTIAL

FBG_CH1_00096181

**Sent:** Wednesday, April 3, 2024 8:10 AM
**To:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>; Joe DiFranco
<Joe.DiFranco@firstbrandsgroup.com>
**Subject:** RE: Alester FBG IP License Agreement (IBI/Horizon) - Feb 2024 Invoice

Here is <u>Dec-Feb.</u>

<u>I usually reach out at the end of week 1 for numbers but I will ask now and get you a March invoice as well!</u>

Nigel Crighton

**From:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Sent:** Wednesday, April 3, 2024 8:07 AM
**To:** Nigel Crighton <nigel.crighton@viceroyprivatecapital.co>; Joe DiFranco
<Joe.DiFranco@firstbrandsgroup.com>
**Subject:** RE: Alester FBG IP License Agreement (IBI/Horizon) - Feb 2024 Invoice

Nigel & Joe –

Boss wanted to invoice and pay for Alester IP (all 4 months Dec through March) today.

Can you process and pay via the normal channels?

**From:** Nigel Crighton <nigel.crighton@viceroyprivatecapital.co>
**Sent:** Tuesday, March 12, 2024 10:30 AM
**To:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>; Joe DiFranco
<Joe.DiFranco@firstbrandsgroup.com>
**Subject:** Alester FBG IP License Agreement (IBI/Horizon) - Feb 2024 Invoice

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning Mr. Joe,

Please see attached February 2024 Alester invoice that should be processed and paid through NP.

The other attached two are still unpaid as well but Andy states below we will do a catchup in April for everything..Just wanted to continue to invoice.

Thank you,

Nigel Crighton

**From:** Nigel Crighton
**Sent:** Tuesday, February 13, 2024 4:59 PM

CONFIDENTIAL

FBG_CH1_00096182

**To:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>; Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>
**Subject:** RE: Alester FBG IP License Agreement (IBI/Horizon) - Dec 2023 & Jan 2024 Invoice

Works for me. I will just continue to invoice.

**From:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Sent:** Tuesday, February 13, 2024 4:56 PM
**To:** Nigel Crighton <nigel.crighton@viceroyprivatecapital.co>; Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>
**Subject:** RE: Alester FBG IP License Agreement (IBI/Horizon) - Dec 2023 & Jan 2024 Invoice

We may wait until April to catchup going back to Dec

**From:** Nigel Crighton <nigel.crighton@viceroyprivatecapital.co>
**Sent:** Tuesday, February 13, 2024 4:53 PM
**To:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>; Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>
**Subject:** RE: Alester FBG IP License Agreement (IBI/Horizon) - Dec 2023 & Jan 2024 Invoice

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Totally up to you guys! Nothing from the boss on my end as pressure to pay I just wanted to make sure I got both in your hands before forgetting.

Nigel Crighton

**From:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Sent:** Tuesday, February 13, 2024 4:52 PM
**To:** Nigel Crighton <nigel.crighton@viceroyprivatecapital.co>; Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>
**Subject:** RE: Alester FBG IP License Agreement (IBI/Horizon) - Dec 2023 & Jan 2024 Invoice

What is the desired timing on these?

**From:** Nigel Crighton <nigel.crighton@viceroyprivatecapital.co>
**Sent:** Tuesday, February 13, 2024 4:44 PM
**To:** Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>
**Cc:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Subject:** RE: Alester FBG IP License Agreement (IBI/Horizon) - Dec 2023 & Jan 2024 Invoice

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Mr. Joey,

CONFIDENTIAL

FBG_CH1_00096183

Please see the attached December 2023 & January 2024 Alester invoices to process and pay through Next Process. We did not send the December invoice in January like usual so this will get us caught back up if both are paid.

Thank you and let me know if you have any questions!

Nigel Crighton

---

**From:** Nigel Crighton
**Sent:** Thursday, December 14, 2023 11:24 AM
**To:** Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>; Chernyavskiy, Maks <Maks.Chernyavskiy@firstbrandsgroup.com>
**Cc:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Subject:** Alester FBG IP License Agreement (IBI/Horizon) - Nov 2023 Invoice

Good morning,

Please see attached November 2023 Alester invoice to process and pay through Next Process.

Thank you and let me know if you have any questions!

Nigel Crighton

---

**From:** Nigel Crighton
**Sent:** Thursday, November 16, 2023 9:58 PM
**To:** Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>; Chernyavskiy, Maks <Maks.Chernyavskiy@firstbrandsgroup.com>
**Cc:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Subject:** Alester FBG IP License Agreement (IBI/Horizon) - Oct 2023 Invoice
**Importance:** High

Good evening,

Please see attached October 2023 Alester invoice to process and pay through Next Process.

Thank you and let me know if you have any questions!

Nigel Crighton

CONFIDENTIAL

FBG_CH1_00096184

**DEBTORS' EXHIBIT NO. 131**
**Page 11 of 11**