| From: | "Brumbergs, Andy" |
|---|---|
| Sent: | Tue 7/15/2025 9:30:38 PM (UTC) |
| Subject: | RE: Project Bluejay | Diligence Tracker & High Priority Requests |

**From:** Brumbergs, Andy
**Sent:** Tuesday, July 15, 2025 9:30 PM
**To:** Jake Bednarz; Graham, Stephen
**CC:** Project.bluejay.2025.Jr; pdancy@jefferies.com
**Subject:** RE: Project Bluejay | Diligence Tracker & High Priority Requests

Response for Financial #6 on high priority list:

While our primary financing activities are reflected directly on our audited balance sheet, we do, in the ordinary course of business, utilize certain arrangements that are sometimes referred to as off-balance sheet under former or current accounting standards. These include:

- **Operating Leases:** We adopted the ASC 842 lease accounting standard in 2022, which effectively brought most leases onto the balance sheet. However, in accordance with GAAP, we elected the practical expedient to exclude all short-term leases (leases with an original term of less than 12 months) from balance sheet recognition. The nature and financial impact of these leases are fully disclosed in Note 10 to our consolidated financial statements, which disclosed a short-term lease cost of $6.4 million and $8.2 million in 2024 and 2023, respectively.
- **Variable Interest Entities (VIEs) / Special Purpose Entities (SPEs):** We did not elect the private company alternative for VIE accounting, thus would be required to consolidate VIE and SPE's if we were the primary beneficiary of such entities. That is to say, there is no off-balance sheet financing with regards to these types of entities. The nature of all related party relationships and any potential maximum exposure to loss are detailed in Note 16 to our consolidated financial statements.
- **Contingencies or Commitments:** We may have certain contingencies or commitments that are off-balance sheet, however not material to the overall consolidated balance sheet. Details regarding these are provided in Note 11 to our consolidated financial statements.
- **Other Items:** Others areas that are often discussed in connection with off balance sheet financing include:
  - Supply Chain Financing - which we include in accounts payable and discuss in Note 7
  - Pension / Retirement Plans - Included in Accrued expenses and withholdings and Other non-current liabilities; discussed in Note 13

**From:** Jake Bednarz <jbednarz@jefferies.com>
**Sent:** Monday, July 14, 2025 11:28 PM
**To:** Graham, Stephen <steve.graham@firstbrandsgroup.com>
**Cc:** Project.bluejay.2025.Jr <Project.bluejay.2025.Jr@jefferies.com>

CONFIDENTIAL

FBG_CH1_00096205

**DEBTORS' EXHIBIT NO. 132**
**Page 1 of 2**

**Subject:** Project Bluejay | Diligence Tracker & High Priority Requests

Stephen,

As discussed earlier, attaching our diligence tracker (with requests by lender) and a list of the high-priority requests.

**High-Priority Requests**
- Summary of the most important diligence requests received so far
- Answering these items will help us close out ~80% of outstanding lender questions

**Diligence Tracker**
- Covers all of the requests received from lenders so far and helps us track the status of each request

- The blue rows labeled as "TBD – Need Company Data" should be answered by the model or high-priority items
  - Jefferies will handle responding to these as soon as we have supporting data
- The purple rows labeled "TBD – Company to Answer" are questions where we need assistance from FBG to close out
  - We would recommend first focusing on the requests for the lenders that have the highest current holding
  - Blackstone attached an ESG questionnaire, also attached in this email

Please let us know if you have any questions, happy to hop on a call to discuss if helpful.

Best,
Jake

Jake Bednarz
Jefferies LLC | Automotive Aftermarket
125 High Street, Suite 2501
Boston, MA 02110
Phone: (646) 872-2610
jbednarz@jefferies.com

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited.

CONFIDENTIAL                                                                                   FBG_CH1_00096206