| From: | Crighton, Nigel[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7409072669CF4C458CB7A3BBF 6E40E70-NIGEL CRIGH] |
|---|---|
| Sent: | Wed 7/16/2025 11:50:00 PM (UTC) |
| To: | Brumbergs, Andy[andy.brumbergs@firstbrandsgroup.com] |
| Subject: | RE: Foundry purchases |

Correct! We moved the proceeds to each entity that originally acquired the business's and held the assets.

**SA Eagle – Eagle Machining**
**Hanover Realty – Eagle Casting**
**Ignite Acquisition Sub – Dalton**

Nigel Crighton

**From:** Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>
**Sent:** Wednesday, July 16, 2025 6:44 PM
**To:** Crighton, Nigel <nigel.crighton@firstbrandsgroup.com>
**Subject:** Foundry purchases

Below is a summary of which entities received the cash and the entities that are named in the SPA.

Another wrinkle is where we recorded the gains since it looks like the gains are recorded on Ignite Acquisition and Hanover Realty.

Do you recall why we put the gain on Ignite and Hanover even though the cash was received into other entities, such as Alester? Did we move the proceeds received to the entity that initially had acquired the business?

| Date | Target | Entity in agreement | Entity receiving cash | P |
|---|---|---|---|---|
| 11/15/2024 | Eagle Machining | Bond Street Asset Mgt | Ignite Acquisition Holdings | |
| 12/6/2024 | Eagle Castings | Bond Street Asset Mgt | Bond Street Asset Mgt | |
| 12/19/2024 | Dalton | New Dalton Holdings | Alester | |
| 12/16/2024 | Dalton Stryker | New Dalton Holdings | Alester | |

Andy Brumbergs
VP Finance Reporting & Analysi
127 Public Square Suite 5300, Cleveland, OH 44114
**Direct:** | **Email:** andy.brumbergs@firstbrandsgroup.com



CONFIDENTIAL

**DEBTORS' EXHIBIT NO. 133**
**Page 1 of 2**

**DISCLAIMER:** This electronic message together with any attachments is confidential. If you are not the intended recipient, do not copy, disclose, or use the contents in any way. Please also advise us by return e-mail that you have received the message and then please destroy. The sender is not responsible for any changes made to this message and / or any attachments after the message and attachments are initial sent. We use virus scanning software but exclude all liability for viruses or anything similar in this email or any attachment.

CONFIDENTIAL

FBG_CH1_00096204

**DEBTORS' EXHIBIT NO. 133**
**Page 2 of 2**