**August Close**
**Journal Entries - As of 9/23/25**



| | Entity | Acct # | Account | Balance Sheet Dr | Balance Sheet Cr | Income Statement Dr | Income Statement Cr | HFM |
|---|---|---|---|---|---|---|---|---|
| 1 | Corp | 2121173 | I/C ASC | $ 138,277,462.10 | $ - | $ - | $ - | |
| | | ?? | I/C Autolite | $ 22,863,900.87 | $ - | $ - | $ - | |
| | | 2121101 | I/C Strongarm(AVM) | $ - | $ 90,111,426.45 | $ - | $ - | |
| | | 2121310 | I/C BPI | $ 138,169,242.64 | $ - | $ - | $ - | |
| | | 2121319 | I/C Cardone | $ 63,073,379.35 | $ - | $ - | $ - | |
| | | 2121153 | I/C Carter Brownsville | $ - | $ 166,804,744.37 | $ - | $ - | |
| | | 2121151 | I/C Carter Logansport | $ - | $ 78,259,703.93 | $ - | $ - | |
| | | 2121309 | I/C Champ Labs | $ 97,936,930.35 | $ - | $ - | $ - | |
| | | 2121225 | I/C Dalton | $ 531,091.12 | $ - | $ - | $ - | |
| | | 2121224 | I/C Eagle Castings | $ 2,662,778.34 | $ - | $ - | $ - | |
| | | 2121223 | I/C Eagle Machining | $ 8,129,103.27 | $ - | $ - | $ - | |
| | | 2121303 | I/C FRAM | $ 44,596,116.33 | $ - | $ - | $ - | |
| | | 2121320 | I/C Hopkins | $ - | $ 11,746,814.81 | $ - | $ - | |
| | | 2121318 | I/C Horizon | $ 52,730,019.30 | $ - | $ - | $ - | |
| | | 2121317 | I/C IBI | $ 13,433,171.98 | $ - | $ - | $ - | |
| | | 2121700 | I/C Jasper | $ 1,326,855.06 | $ - | $ - | $ - | |
| | | ?? | I/C Lumileds Delaware LLC | $ - | $ 408,446.93 | $ - | $ - | |
| | | 2121226 | I/C Novares | $ 58,915,369.24 | $ - | $ - | $ - | |
| | | 2121178 | I/C TMM | $ 29,005,822.41 | $ - | $ - | $ - | |
| | | 2121203 | I/C Trico Products | $ - | $ 32,451,578.83 | $ - | $ - | |
| | | 2121975 | I/C Walbro Fuel | $ - | $ 3,660,343.36 | $ - | $ - | |
| | | ?? | Supply Chain Finance Payable | $ - | $ 288,208,183.68 | $ - | $ - | |
| | | | | $ 671,651,242.36 | $ 671,651,242.36 | $ - | $ - | |

Difference $ -

| | Entity | Acct # | Account | Balance Sheet Dr | Balance Sheet Cr | Income Statement Dr | Income Statement Cr | HFM |
|---|---|---|---|---|---|---|---|---|
| 1a | Corp | 2121310 | I/C BPI | $ 143,556,912.04 | $ - | $ - | $ - | |
| | | 2121319 | I/C Cardone | $ 175,140,803.47 | $ - | $ - | $ - | |
| | | 2121153 | I/C Carter Brownsville | $ 9,856,149.26 | $ - | $ - | $ - | |
| | | 2121151 | I/C Carter Logansport | $ 11,383,699.12 | $ - | $ - | $ - | |
| | | 2121309 | I/C Champ Labs | $ 89,093,337.29 | $ - | $ - | $ - | |
| | | 2121303 | I/C FRAM | $ 74,257,655.85 | $ - | $ - | $ - | |
| | | 2121320 | I/C Hopkins | $ 104,545,096.80 | $ - | $ - | $ - | |
| | | 2121318 | I/C Horizon | $ 86,995,959.19 | $ - | $ - | $ - | |
| | | 2121226 | I/C Novares | $ 47,254,770.79 | $ - | $ - | $ - | |
| | | 2121178 | I/C TMM | $ 40,277,318.24 | $ - | $ - | $ - | |
| | | 2121203 | I/C Trico Products | $ 139,385,191.11 | $ - | $ - | $ - | |
| | | ?? | Supply Chain Finance Payable | $ - | $ 921,746,893.16 | $ - | $ - | |
| | | | | $ 921,746,893.16 | $ 921,746,893.16 | $ - | $ - | |

Difference $ -

| | Entity | Acct # | Account | Balance Sheet Dr | Balance Sheet Cr | Income Statement Dr | Income Statement Cr | HFM |
|---|---|---|---|---|---|---|---|---|
| 2 | Corp | 2100003 | Payable Other | $ 42,678,665.00 | $ - | $ - | $ - | |
| | | 3120000 | Contributions | $ - | $ 42,678,665.00 | $ - | $ - | |
| | | | | $ 42,678,665.00 | $ 42,678,665.00 | $ - | $ - | |

Cash received from Global Tech net of expenses paid on their behalf - Deemed Contribution to FBG

Difference $ -

| | Entity | Acct # | Account | Balance Sheet Dr | Balance Sheet Cr | Income Statement Dr | Income Statement Cr | HFM |
|---|---|---|---|---|---|---|---|---|
| 3 | Corp | 9120000 | Interest Expense | $ 18,000,000.00 | $ - | $ - | $ - | |
| | | 2121173 | I/C ASC | $ 7,122,307.69 | $ - | $ - | $ - | |
| | | 2121310 | I/C BPI | $ 9,716,346.16 | $ - | $ - | $ - | |
| | | 2121309 | I/C Champ Labs | $ 9,770,576.93 | $ - | $ - | $ - | |
| | | 2121303 | I/C FRAM | $ 10,168,269.22 | $ - | $ - | $ - | |
| | | 2121203 | I/C Trico Products | $ 10,222,500.00 | $ - | $ - | $ - | |
| | | 3120000 | Contributions | $ - | $ 65,000,000.00 | $ - | $ - | |
| | | | | $ 65,000,000.00 | $ 65,000,000.00 | $ - | $ - | |

Difference $ -

| | Entity | Acct # | Account | Balance Sheet Dr | Balance Sheet Cr | Income Statement Dr | Income Statement Cr | HFM |
|---|---|---|---|---|---|---|---|---|
| 4 | Corp | 2121323 | I/C Hopkins Canada | $ 31,100,000.00 | $ - | $ - | $ - | |
| | | 1321000 | Prepaid Transaction Costs | $ - | $ 31,100,000.00 | $ - | $ - | |
| | | | | $ 31,100,000.00 | $ 31,100,000.00 | $ - | $ - | |

Novares purchase price paid by Corp on behalf of Hopkins Canada

Difference $ -

| | Entity | Acct # | Account | Balance Sheet Dr | Balance Sheet Cr | Income Statement Dr | Income Statement Cr | HFM |
|---|---|---|---|---|---|---|---|---|
| 5 | Corp | 1132001 | Cash Other | $ 26,579.53 | $ - | $ - | $ - | |
| | | 2150000 | Deferred Comp - LT | $ - | $ 26,579.53 | $ - | $ - | |
| | | 3000001 | Prior Period RE ADJ | $ 8,824,260.88 | $ - | $ - | $ - | |
| | | 2150000 | Deferred Comp - LT | $ - | $ 8,824,260.88 | $ - | $ - | |
| | | 8090000 | Bonus | $ 6,665,615.26 | $ - | $ - | $ - | |
| | | 9440007 | NRC - Transaction Expense | $ 20,501,250.00 | $ - | $ - | $ - | |
| | | 3000001 | Prior Period RE ADJ | $ 46,991,487.01 | $ - | $ - | $ - | |
| | | 2120001 | Accrued Bonus | $ - | $ 39,221,852.27 | $ - | $ - | |
| | | 2150000 | Deferred Comp - LT | $ - | $ 34,936,500.00 | $ - | $ - | |
| | | | | $ 83,009,192.68 | $ 83,009,192.68 | $ - | $ - | |

Recording of bonus and deferred comp liabilities, including Mark-to-Market adjustments for August

Difference $ -

| | Month | Acct # | Account | Balance Sheet Dr | Balance Sheet Cr | Income Statement Dr | Income Statement Cr | HFM |
|---|---|---|---|---|---|---|---|---|
| | | | | $ - | $ - | $ - | $ - | |
| | | | | $ - | $ - | $ - | $ - | |
| | | | | $ - | $ - | $ - | $ - | |

Difference $ -

**DEBTORS' EXHIBIT NO. 134**
**Page 1 of 2**

$  34,936,500.00

| 2022 Deferred Comp | 2023 Deferred Comp | 2024 Deferred Comp | 2025 Deferred Comp | | Total Deferred Comp |
|---|---|---|---|---|---|
| $  8,824,260.88 | $  10,769,000.00 | $  13,810,000.00 | $  10,357,500.00 | | $  43,760,760.88 |

| | 2024 Estimated MIP | 2025 Pro-Rata MIP | | Total MIP |
|---|---|---|---|---|
| First Brands Group LLC - Exec | $  13,525,000.00 | $  10,143,750.00 | $ | 23,668,750.00 |
| Site & Corp Non-Ex | $  8,887,487.01 | $  6,665,615.26 | $ | 15,553,102.27 |
| | $  22,412,487.01 | $  16,809,365.26 | $ | 39,221,852.27 |

$  82,982,613.15

**DEBTORS' EXHIBIT NO. 134**
**Page 2 of 2**