United States Bankruptcy Court
Southern District of Texas

**ENTERED**
July 24, 2026
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Main Case Number | 25-90399 |
|---|---|---|---|
| Debtor | | In Re: | FIRST BRANDS GROUP, LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Daniel F. Fiorillo<br>Otterbourg P.C.<br>230 Park Avenue<br>New York, NY 10169<br>212-661-9100; dfiorillo@otterbourg.com<br>New York Bar No. 2873339 |
|---|---|

| Name of party applicant seeks to appear for: | First-Citizens Bank & Trust Company |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ _____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 7/22/2026 | Signed: | /s/ Daniel F. Fiorillo |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature: |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Signed:  July 24, 2026

_____
Christopher Lopez
United States Bankruptcy Judge