## Exhibit 8

**Transcript for July 21, 2026 Oral Ruling on LAM Parties' and Katsumi's Motions to Compel**