**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, et al.,**[1] | § | **Case No. 25-90399 (cml)** |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

**ORDER GRANTING EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF
NON-UNION RETIREES TO MODIFY ORDER (I) AUTHORIZING AND
DIRECTING THE UNITED STATES TRUSTEE TO APPOINT A COMMITTEE
OF RETIRED EMPLOYEES AND (II) GRANTING RELATED RELIEF**

The Court has considered the *Emergency Motion of the Official Committee of Non-Union Retirees to Modify Order (I) Authorizing and Directing the United States Trustee to Appoint a Committee of Retired Employees and (II) Granting Related Relief* (the "**Motion**"). The Court finds that notice of the Motion was proper, and after notice and a hearing concerning the Motion, the Court hereby ORDERS:

1. The Motion is GRANTED.

2. The Court's *Order (I) Authorizing and Directing the United States Trustee to Appoint a Committee of Retired Employees, and (II) Granting Related Relief* (docket no. 3060) (the "**Retiree Committee Order**") is amended and modified in the following ways:

   a. Paragraph 6 of the Retiree Committee Order is modified to provide that the Retiree Committee shall dissolve upon the later of (a) the Confirmation Date (as defined in the Plan), and (b) the existence of a final order with respect to the Retiree Benefits Motion[2]; and

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] Defined terms not otherwise defined herein shall have the meaning ascribed in the Motion.

b. Paragraph 5 of the Retiree Committee Order is modified to provide that (a) in the event that the Retiree Committee elects to exercise its right to appeal an Adverse Ruling, the Budget shall be increased by an additional $150,000 solely for the purpose of prosecuting the Appeal, and (b) in the event that the Court does not confirm the Plan within fourteen days of the originally scheduled Confirmation Hearing, the Budget is increased by $25,000 for each calendar month prior to plan confirmation.

3. In all other respects, the Retiree Committee Order shall be unchanged and remain in force.

Signed:  _____

_____
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE