**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.** | § | |

# DEBTORS' EXHIBIT NUMBER 142

**FOR JULY 28, 2026 HEARING**

*Alester Technologies, LLC General Ledger (FBG_CH1_00098238)*

(*filed under seal*)