## CONTRIBUTION AGREEMENT

THIS CONTRIBUTION AGREEMENT, dated as of July 3, 2023 (this "*Agreement*"), is by and between Alester Technologies, LLC, a Delaware limited liability company ("*Alester*") and Cardone Industries, Inc., a Delaware corporation ("*Cardone*").

Alester and Cardone are sometimes referred to in this Agreement together as the "*Parties*" or individually as a "*Party*".

### Background

A.    On July 3, 2023, First Brands Group, LLC ("*FBG*") acquired Cardone.

B.    Cardone, directly or indirectly through one or more of its subsidiaries, owns 100% of intellectual property listed on Schedule A hereto, together with any existing variation of any of the foregoing and common law rights to the same (the "*Intellectual Property*").

C.    On the date hereof and substantially concurrently with its acquisition by FBG, Cardone desires to contribute the Intellectual Property (the "*Contribution*") to Alester, and Alester desires to accept the Contribution.

### Agreement

NOW, THEREFORE, in consideration of the foregoing and the respective representations, warranties, covenants and agreements set forth in this Agreement and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties, intending to be legally bound, hereby agree as follows:

1.    Contribution. On the date hereof, Cardone, on behalf of one or more of its subsidiaries, contributes to Alester, substantially concurrently with its or its subsidiaries' acquisition thereof, the Intellectual Property. After giving effect to the Contribution and the other transactions contemplated by this Agreement, Alester will own the Intellectual Property.

2.    Execution and Delivery of Instruments of Transfer; Other Actions. Each of the Parties will execute and deliver, or cause to be executed and delivered, such other documents, agreements and instruments, and take all such other actions, as may be reasonably requested in connection with this Agreement and the transactions contemplated hereby in a timely manner.

3.    Assignment; Successors and Assigns; No Third Party Beneficiaries. The rights and obligations of the Parties hereunder may not be assigned without the prior written consent of the other Party. This Agreement will inure to the benefit of, and will be binding upon, the Parties and their respective successors and permitted assigns (including any successor entity after a public offering of stock, merger, consolidation, purchase or other similar transaction involving a party hereto) and nothing herein expressed or implied will give or be construed to give to any person or entity, other than the Parties and such assigns, any legal or equitable rights hereunder.

4.    Claims and Expenses. Each Party will bear and pay any and all costs and expenses incurred by such Party in connection with the preparation, negotiation and execution of this Agreement and the transactions contemplated hereby.

5.    Entire Agreement. This Agreement contains all of the terms agreed upon between the Parties with respect to the subject matter hereof, and all understandings and agreements heretofore had or

CONFIDENTIAL

FBG_CH1_00097733

made between the Parties are merged in this Agreement, which alone fully and completely expresses the agreement of the Parties.

6.      Amendments. This Agreement may not be amended, modified, supplemented or terminated nor may any of the obligations of the Parties hereunder be waived, except by written agreement executed by the Party or Parties to be charged.

7.      Governing Law. This Agreement will be governed by and construed and enforced in accordance with the laws of the State of Delaware without regard to principles of conflicts of law.

8.      Section Headings. The headings of the various sections of this Agreement have been inserted only for purposes of convenience, are not part of this Agreement and will not be deemed in any manner to modify, explain, expand or restrict any of the provisions of this Agreement.

9.      Counterparts. This Agreement may be executed in separate counterparts, each of which will be deemed an original, but all of which together will constitute one and the same instrument. Delivery of an executed signature page to this Agreement by facsimile or other electronic transmission (including in Adobe PDF format) will be effective as delivery of a manually executed counterpart to this Agreement.

**[Remainder of Page Intentionally Blank – Signature Page Follows]**

NAI- 1503358763v1                                    -2-

CONFIDENTIAL                                                              FBG_CH1_00097734

**DEBTORS' EXHIBIT NO. 144**
**Page 2 of 17**

IN WITNESS WHEREOF, the Parties have caused this Agreement to be duly executed as of the day and year first above written.

Alester Technologies, LLC

Name: Michael Baker
Title:: Managing Director

Cardone Industries, Inc.

Name: Shekhar Kumar
Title: Corporate Finance Manager

CONFIDENTIAL

FBG_CH1_00097735

Schedule A

(a)

(i)      Trademarks

| COUNTRY | TRADEMARK | APP NO | APP DATE | STATUS | REG NO | REG DATE | OWNER | |
|---|---|---|---|---|---|---|---|---|
| Canada | 3F FLUID/FLUSH/FILTER | 1527835 | 13-May-11 | Registered | TMA841896 | 31-Jan-13 | Cardone Industries, Inc. | |
| Canada | 3F FLUID/FLUSH/FILTER & Design | 1527837 | 13-May-11 | Registered | TMA849650 | 29-Apr-13 | Cardone Industries, Inc. | |
| Canada | A1 CARDONE & Design (#2) | 1257938 | 17-May-05 | Registered | TMA689775 | 14-Jun-07 | Cardone Industries, Inc. | |
| Canada | BIOSAFEREMAN | 1419316 | 24-Nov-08 | Registered | TMA792302 | 8-Mar-11 | Cardone Industries, Inc. | |
| Canada | BIOSAFEREMAN & Design | 1419313 | 24-Nov-08 | Registered | TMA792171 | 4-Mar-11 | Cardone Industries, Inc. | |
| Canada | BLUE PHOENIX | 1940077 | 10-Jan-19 | Pending | | | Cardone Industries, Inc. | |
| Canada | C & Design (C Logo) | 1405639 | 31-Jul-08 | Registered | TMA769084 | 8-Jun-10 | Cardone Industries, Inc. | |
| Canada | C TEC THE LEADING EDGE IN LATE MODEL AVAILABILITY & DESIGN (C Logo) | 1405638 | 31-Jul-08 | Registered | TMA803798 | 5-Aug-11 | Cardone Industries, Inc. | |
| Canada | CARDONE | 1257941 | 17-May-05 | Registered | TMA689397 | 8-Jun-07 | Cardone Industries, Inc. | |
| Canada | CARDONE & Design | 1384780 | 25-Feb-08 | Registered | TMA743116 | 8-Jul-09 | Cardone Industries, Inc. | |
| Canada | CARDONE & Design # 2 (Color) | 1852358 | 14-Aug-17 | Registered | TMA1080626 | 21-Jul-20 | Cardone Industries, Inc. | |

11

CONFIDENTIAL

FBG_CH1_00097736

| | Canada | CARDONE & Design #2 (No color claim) | 1852357 | 14-Aug-17 | Registered | TMA1080631 | 21-Jul-20 | Cardone Industries, Inc. | |
|---|---|---|---|---|---|---|---|---|---|
| | Canada | CARDONE ECO TURBO | 1883173 | 14-Feb-18 | Registered | TMA1038625 | 9-Jul-19 | Cardone Industries, Inc. | |
| | Canada | CARDONE ECO TURBO SYSTEMS | 1883178 | 14-Feb-18 | Registered | TMA1039012 | 10-Jul-19 | Cardone Industries, Inc. | |
| | Canada | CARDONE SERVICE PLUS | 1721780 | 31-Mar-15 | Registered | TMA937470 | 11-May-16 | Cardone Industries, Inc. | |
| | Canada | CARDONE SERVICE PLUS & Design | 1721781 | 31-Mar-15 | Registered | TMA966969 | 29-Mar-17 | Cardone Industries, Inc. | |
| | Canada | CARDONE ULTRA | 1717853 | 4-Mar-15 | Registered | TMA939892 | 6-Jun-16 | Cardone Industries, Inc. | |
| | Canada | CARDONE WE BUILD IT BETTER & Design | 1861805 | 10-Oct-17 | Registered | TMA1070404 | 22-Jan-20 | Cardone Industries, Inc. | |
| | Canada | CARDONE.COM | 1814825 | 19-Dec-16 | Registered | TMA1064448 | 27-Nov-19 | Cardone Industries, Inc. | |
| | Canada | ECLIPSE | 1372373 | 16-Nov-07 | Registered | TMA810895 | 2-Nov-11 | Cardone Industries, Inc. | |
| | Canada | ECLIPSE & DESIGN | 1372376 | 16-Nov-07 | Registered | TMA810898 | 2-Nov-11 | Cardone Industries, Inc. | |
| | Canada | FEROCE PERFORMANCE | 1897958 | 8-May-18 | Registered | 1093692 | 16-Feb-21 | Cardone Industries, Inc. | |
| | Canada | Feroce Performance Logo | 1916410 | 23-Aug-18 | Registered | 1093419 | 10-Feb-21 | Cardone Industries, Inc. | |
| | Canada | MAG-FLOW | 1361577 | 29-Aug-07 | Registered | TMA803692 | 5-Aug-11 | Cardone Industries, Inc. | |
| | Canada | MAG-FLOW (Stylized) | 1361578 | 29-Aug-07 | Registered | TMA803693 | 5-Aug-11 | Cardone Industries, Inc. | |
| | Canada | QUALITY. BEYOND A SHADOW OF A DOUBT. | 1372375 | 16-Nov-07 | Registered | TMA810897 | 2-Nov-11 | Cardone Industries, Inc. | |
| | Canada | S3 SUPERIOR STEERING SOLUTIONS | 1361580 | 29-Aug-07 | Registered | TMA803694 | 5-Aug-11 | Cardone Industries, Inc. | |

12

CONFIDENTIAL

FBG_CH1_00097737

**DEBTORS' EXHIBIT NO. 144**
**Page 5 of 17**

| | Canada | S3 SUPERIOR STEERING SOLUTIONS & Design | 1361582 | 29-Aug-07 | Registered | TMA803695 | 5-Aug-11 | Cardone Industries, Inc. | |
|---|---|---|---|---|---|---|---|---|---|
| | Canada | TOTAL ECLIPSE | 1372374 | 16-Nov-07 | Registered | TMA810896 | 2-Nov-11 | Cardone Industries, Inc. | |
| | Canada | TOTAL ECLIPSE & Design | 1372377 | 16-Nov-07 | Registered | TMA810899 | 2-Nov-11 | Cardone Industries, Inc. | |
| | Canada | TOTAL ECLIPSE Logo (white & yellow) | 1896746 | 1-May-18 | Registered | TMA1086602 | 30-Oct-20 | Cardone Industries, Inc. | |
| | Canada | ULTRA & C Design | 1717854 | 4-Mar-15 | Registered | TMA973862 | 19-Jun-17 | Cardone Industries, Inc. | |
| | China | A1 CARDONE & Design (#2) | 6792264 | 19-Jun-08 | Registered | 6792264 | 7-Apr-14 | Cardone Industries, Inc. | |
| | China | A1 CARDONE & Design (#2) | 6792265 | 19-Jun-08 | Registered | 6792265 | 14-Jun-14 | Cardone Industries, Inc. | |
| | China | A1 CARDONE & Design (#2) | 6792266 | 19-Jun-08 | Registered | 6792266 | 28-Aug-10 | Cardone Industries, Inc. | |
| | China | C & Design (C Logo) | 6936250 | 4-Sep-08 | Registered | 6936250 | 21-Mar-11 | Cardone Industries, Inc. | |
| | China | C & Design (C Logo) | 6936249 | 4-Sep-08 | Registered | 6936249 | 14-Dec-10 | Cardone Industries, Inc. | |
| | China | C & Design (C Logo) | 6936247 | 4-Sep-08 | Registered | 6936247 | 7-Aug-10 | Cardone Industries, Inc. | |
| | China | C & Design (C Logo) | 6936248 | 4-Sep-08 | Registered | 6936248 | 14-Nov-11 | Cardone Industries, Inc. | |
| | China | CARDONE | 6109084 | 14-Jun-07 | Registered | 6109084 | 7-Jul-13 | Cardone Industries, Inc. | |
| | China | CARDONE | 6109083 | 14-Jun-07 | Registered | 6109083 | 14-Feb-10 | Cardone Industries, Inc. | |
| | China | CARDONE | 8035027 | 29-Jan-10 | Registered | 8035027 | 7-Apr-14 | Cardone Industries, Inc. | |
| | China | CARDONE | 6109080 | | Registered | 6109080 | 14-Feb-10 | Cardone Industries, Inc. | |

13

CONFIDENTIAL

FBG_CH1_00097738

| | China | CARDONE & Design | 6109079 | 14-Jun-07 | Registered | 6109079 | 7-Apr-14 | Cardone Industries, Inc. | |
|---|---|---|---|---|---|---|---|---|---|
| | China | CARDONE & Design | 6109081 | 14-Jun-07 | Registered | 6109081 | 7-Jul-13 | Cardone Industries, Inc. | |
| | China | CARDONE ECO TURBO | 30416146 | 23-Apr-18 | Registered | 30416146 | 14-Feb-19 | Cardone Industries, Inc. | |
| | China | CARDONE ECO TURBO | 30776813 | 9-May-18 | Registered | 30776813 | 14-Mar-19 | Cardone Industries, Inc. | |
| | China | CARDONE ECO TURBO | 30416147 | 23-Apr-18 | Registered | 30416147A | 14-Apr-19 | Cardone Industries, Inc. | |
| | China | CARDONE ECO TURBO SYSTEMS | 30416145 | 23-Apr-18 | Registered | 30416145A | 14-Apr-19 | Cardone Industries, Inc. | |
| | China | CARDONE ECO TURBO SYSTEMS | 30416144 | 23-Apr-18 | Registered | 30416144 | 14-Feb-19 | Cardone Industries, Inc. | |
| | China | CARDONE ECO TURBO SYSTEMS | 30776812 | 9-May-18 | Registered | 30776812 | 14-Mar-19 | Cardone Industries, Inc. | |
| | China | CARDONE SELECT | 6211635 | 9-Aug-07 | Registered | 6211635 | 14-Apr-14 | Cardone Industries, Inc. | |
| | China | CARDONE SELECT | 6211637 | 9-Aug-07 | Registered | 6211637 | 7-Jun-14 | Cardone Industries, Inc. | |
| | China | CARDONE SELECT | 6211636 | 9-Aug-07 | Registered | 6211636 | 14-Mar-10 | Cardone Industries, Inc. | |
| | China | CARDONE SELECT & Design | 6211639 | 9-Aug-07 | Registered | 6211639 | 14-Mar-10 | Cardone Industries, Inc. | |
| | China | CARDONE SELECT & Design | 6211640 | 9-Aug-07 | Registered | 6211640 | 14-Jun-14 | Cardone Industries, Inc. | |
| | China | CARDONE SELECT & Design | 6211638 | 9-Aug-07 | Registered | 6211638 | 28-Feb-14 | Cardone Industries, Inc. | |
| | China | TOTAL ECLIPSE | 29508244 | 9-Mar-18 | Registered | 29508244 | 21-Jan-19 | Cardone Industries, Inc. | |
| | EUTM | A1 CARDONE & Design (#1) | 003655545 | 9-Feb-04 | Registered | 003655545 | 20-Jun-05 | Cardone Industries, Inc. | |

14

CONFIDENTIAL

FBG_CH1_00097739

| | EUTM | A1 CARDONE & Design (#2) | 006989313 | 16-Jun-08 | Registered | 006989313 | 16-Jan-09 | Cardone Industries, Inc. | |
|---|---|---|---|---|---|---|---|---|---|
| | EUTM | C & Design (C Logo) | 007119951 | 1-Aug-08 | Registered | 007119951 | 8-May-09 | Cardone Industries, Inc. | |
| | EUTM | C TEC THE LEADING EDGE IN LATE MODEL AVAILIBITY & DESIGN (C Logo) | 007119861 | 1-Aug-08 | Registered | 007119861 | 19-May-09 | Cardone Industries, Inc. | |
| | EUTM | CARDONE | 002612398 | 11-Mar-02 | Registered | 002612398 | 28-Aug-03 | Cardone Industries, Inc. | |
| | EUTM | CARDONE & Design | 006699565 | 26-Feb-08 | Registered | 006699565 | 10-Dec-08 | Cardone Industries, Inc. | |
| | EUTM | CARDONE ECO TURBO | 017884399 | 5-Apr-18 | Registered | 017884399 | 24-Aug-18 | Cardone Industries, Inc. | |
| | EUTM | CARDONE ECO TURBO SYSTEMS | 017884401 | 5-Apr-18 | Registered | 017884401 | 24-Aug-18 | Cardone Industries, Inc. | |
| | Mexico | A1 CARDONE & Design (#2) | 1090731 | 19-May-10 | Registered | 1172348 | 4-Aug-10 | Cardone Industries, Inc. | |
| | Mexico | A1 CARDONE & Design (#2) | 1090732 | 19-May-10 | Registered | 1194909 | 16-Dec-10 | Cardone Industries, Inc. | |
| | Mexico | A1 CARDONE & Design (#2) | 1090733 | 19-May-10 | Registered | 1201666 | 16-Feb-11 | Cardone Industries, Inc. | |
| | Mexico | C & Design (C Logo) | 960204 | 9-Sep-08 | Registered | 1086205 | 20-Feb-09 | Cardone Industries, Inc. | |
| | Mexico | C & Design (C Logo) | 960201 | 9-Sep-08 | Registered | 1066664 | 15-Oct-08 | Cardone Industries, Inc. | |
| | Mexico | C & Design (C Logo) | 960202 | 9-Sep-08 | Registered | 1068266 | 23-Oct-08 | Cardone Industries, Inc. | |
| | Mexico | C & Design (C Logo) | 960203 | 9-Sep-08 | Registered | 1066033 | 10-Oct-08 | Cardone Industries, Inc. | |
| | Mexico | C TEC THE LEADING EDGE IN LATE MODEL | 960205 | 9-Sep-08 | Registered | 1066665 | 15-Oct-08 | Cardone Industries, Inc. | |

15

CONFIDENTIAL

FBG_CH1_00097740

| | | AVAILABILITY & DESIGN (C Logo) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | .Mexico | C TEC THE LEADING EDGE IN LATE MODEL AVAILABILITY & DESIGN (C Logo) | 960206 | 9-Sep-08 | Registered | 1066666 | 15-Oct-08 | Cardone Industries, Inc. | |
| | Mexico | C TEC THE LEADING EDGE IN LATE MODEL AVAILABILITY & DESIGN (C Logo) | 960207 | 9-Sep-08 | Registered | 1066034 | 10-Oct-08 | Cardone Industries, Inc. | |
| | Mexico | C TEC THE LEADING EDGE IN LATE MODEL AVAILABILITY & DESIGN (C Logo) | 960208 | 9-Sep-08 | Registered | 1086206 | 20-Feb-09 | Cardone Industries, Inc. | |
| | Mexico | CARDONE | 1008437 | 26-May-09 | Registered | 1127581 | 27-Oct-09 | Cardone Industries, Inc. | |
| | Mexico | CARDONE | 1008435 | 26-May-09 | Registered | 1112919 | 30-Jul-09 | Cardone Industries, Inc. | |
| | Mexico | CARDONE | 1008438 | 26-May-09 | Registered | 1109129 | 7-Jul-09 | Cardone Industries, Inc. | |
| | Mexico | CARDONE | 1008436 | 26-May-09 | Registered | 1156301 | 30-Apr-10 | Cardone Industries, Inc. | |
| | Mexico | CARDONE & Design | 1008442 | 26-May-09 | Registered | 1108348 | 26-Jun-09 | Cardone Industries, Inc. | |
| | Mexico | CARDONE & Design # 2 (Color) | 1935449 | 21-Aug-17 | Registered | 1826787 | 29-Nov-17 | Cardone Industries, Inc. | |
| | Mexico | CARDONE & Design # 2 (Color) | 1935451 | 21-Aug-17 | Registered | 1901960 | 17-Jul-18 | Cardone Industries, Inc. | |
| | Mexico | CARDONE & Design # 2 (Color) | 1935450 | 21-Aug-17 | Registered | 1882292 | 15-May-18 | Cardone Industries, Inc. | |

16

CONFIDENTIAL

FBG_CH1_00097741

| | Mexico | CARDONE & Design # 2 (Color) | 1935452 | 21-Aug-17 | Registered | 1825768 | 28-Nov-17 | Cardone Industries, Inc. | |
|---|---|---|---|---|---|---|---|---|---|
| | Mexico | CARDONE & Design #2 (No color claim) | 1935445 | 21-Aug-17 | Registered | 1826786 | 29-Nov-17 | Cardone Industries, Inc. | |
| | Mexico | CARDONE & Design #2 (No color claim) | 1935448 | 21-Aug-17 | Registered | 1825767 | 28-Nov-17 | Cardone Industries, Inc. | |
| | Mexico | CARDONE & Design #2 (No color claim) | 1935447 | 21-Aug-17 | Registered | 1901959 | 17-Jul-18 | Cardone Industries, Inc. | |
| | Mexico | CARDONE & Design #2 (No color claim) | 1935446 | 21-Aug-17 | Registered | 1874023 | 19-Apr-18 | Cardone Industries, Inc. | |
| | Mexico | CARDONE SELECT & Design | 1090737 | 19-May-10 | Registered | 1201667 | 16-Feb-11 | Cardone Industries, Inc. | |
| | Mexico | CARDONE SELECT & Design | 1090736 | 19-May-10 | Registered | 1194910 | 16-Dec-10 | Cardone Industries, Inc. | |
| | Mexico | CARDONE SELECT & Design | 1090735 | 19-May-10 | Registered | 1174571 | 19-Aug-10 | Cardone Industries, Inc. | |
| | Mexico | CARDONE SELECT & Design | 1090738 | 19-May-10 | Registered | 1193615 | 8-Dec-10 | Cardone Industries, Inc. | |
| | Mexico | CARDONE SERVICE PLUS | 1535102 | 7-Oct-14 | Registered | 1524370 | 25-Mar-15 | Cardone Industries, Inc. | |
| | Mexico | CARDONE SERVICE PLUS | 1535099 | 7-Oct-14 | Registered | 1578853 | 8-Oct-15 | Cardone Industries, Inc. | |
| | Mexico | CARDONE SERVICE PLUS & Design | 1535104 | 7-Oct-14 | Registered | 1513877 | 16-Feb-15 | Cardone Industries, Inc. | |
| | Mexico | CARDONE SERVICE PLUS & Design | 1535097 | 7-Oct-14 | Registered | 1578852 | 8-Oct-15 | Cardone Industries, Inc. | |
| | Mexico | CARDONE ULTRA | 1634858 | 10-Mar-15 | Registered | 1712534 | 17-Jan-17 | Cardone Industries, Inc. | |
| | Mexico | CARDONE WE BUILD IT BETTER & Design | 1958065 | 11-Oct-17 | Registered | 1841418 | 2-Feb-18 | Cardone Industries, Inc. | |
| | Mexico | CARDONE WE BUILD IT BETTER & Design | 1958066 | 11-Oct-17 | Registered | 1889111 | 28-May-18 | Cardone Industries, Inc. | |

17

CONFIDENTIAL

FBG_CH1_00097742

| | Mexico | CARDONE WE BUILD IT BETTER & Design | 1958067 | 11-Oct-17 | Registered | 1901096 | 13-Jul-18 | Cardone Industries, Inc. | |
|---|---|---|---|---|---|---|---|---|---|
| | Mexico | CARDONE WE BUILD IT BETTER & Design | 1958068 | 11-Oct-17 | Registered | 1834939 | 13-Dec-17 | Cardone Industries, Inc. | |
| | Mexico | MAG-FLOW | 896898 | 20-Nov-07 | Registered | 1050649 | 21-Jul-08 | Cardone Industries, Inc. | |
| | Mexico | MAG-FLOW (Stylized) | 896899 | 20-Nov-07 | Registered | 1050820 | 28-Jul-08 | Cardone Industries, Inc. | |
| | Mexico | QUALITY. BEYOND A SHADOW OF A DOUBT. | 44204 | 21-Nov-07 | Registered | 48203 | 27-Jun-08 | Cardone Industries, Inc. | |
| | Mexico | TOTAL ECLIPSE | 1596797 | 11-Nov-14 | Registered | 1727060 | 27-Feb-17 | Cardone Industries, Inc. | |
| | Mexico | TOTAL ECLIPSE & Design | 1596843 | 11-Nov-14 | Registered | 1727062 | 27-Feb-17 | Cardone Industries, Inc. | |
| | Mexico | TOTAL ECLIPSE Logo (white & yellow) | | | Pending | | | Cardone Industries, Inc. | |
| | Mexico | ULTRA & C Design | 1666024 | 10-Mar-15 | Registered | 1760800 | 5-Jun-17 | Cardone Industries, Inc. | |
| | Switzerland | A1 CARDONE & Design (#1) | 00559/2004 | 16-Feb-04 | Registered | P-522624 | 15-Jun-04 | Cardone Industries, Inc. | |
| | Switzerland | A1 CARDONE & Design (#2) | 57589/2008 | 16-Jun-08 | Registered | 578087 | 20-Oct-08 | Cardone Industries, Inc. | |
| | Switzerland | C & Design (C Logo) | 59533/2008 | 31-Jul-08 | Registered | 580501 | 16-Dec-08 | Cardone Industries, Inc. | |
| | Switzerland | C TEC THE LEADING EDGE IN LATE MODEL AVAILABILITY & DESIGN (C Logo) | 59531/2008 | 31-Jul-08 | Registered | 580557 | 16-Dec-08 | Cardone Industries, Inc. | |
| | United Kingdom | A1 CARDONE & Design (#1) | UK00903655545 | 9-Feb-04 | Registered | UK00903655545 | 20-Jun-05 | Cardone Industries, Inc. | |
| | United Kingdom | A1 CARDONE & Design (#2) | UK00906989313 | 16-Jun-08 | Registered | UK00906989313 | 16-Jan-09 | Cardone Industries, Inc. | |

18

CONFIDENTIAL

FBG_CH1_00097743

| United Kingdom | C & Design (C Logo) | UK00907 119951 | 1-Aug-08 | Registered | UK0090711 9951 | 8-May-09 | Cardone Industries, Inc. | |
|---|---|---|---|---|---|---|---|---|
| United Kingdom | C TEC THE LEADING EDGE IN LATE MODEL AVAILIBITY & DESIGN (C Logo) | UK00907 119861 | 1-Aug-08 | Registered | UK0090711 9861 | 19-May-09 | Cardone Industries, Inc. | |
| United Kingdom | CARDONE | UK00902 612398 | 11-Mar-02 | Registered | UK0090261 2398 | 28-Aug-03 | Cardone Industries, Inc. | |
| United Kingdom | CARDONE & Design | UK00906 699565 | 26-Feb-08 | Registered | UK0090669 9565 | 10-Dec-08 | Cardone Industries, Inc. | |
| United Kingdom | CARDONE ECO TURBO | UK00917 884399 | 5-Apr-18 | Registered | UK0091788 4399 | 24-Aug-18 | Cardone Industries, Inc. | |
| United Kingdom | CARDONE ECO TURBO SYSTEMS | UK00917 884401 | 5-Apr-18 | Registered | UK0091788 4401 | 24-Aug-18 | Cardone Industries, Inc. | |
| United Kingdom | CARDONE.COM | UK00801 335293 | 16-Dec-16 | Registered | UK0080133 5293 | 16-Dec-16 | Cardone Industries, Inc. | |
| United States | A1 CARDONE & Design (#2) | 76572749 | 29-Jan-04 | Registered | 2928599 | 1-Mar-05 | Cardone Industries, Inc. | |
| United States | CARDONE | 74724320 | 28-Aug-95 | Registered | 2076817 | 8-Jul-97 | Cardone Industries, Inc. | |
| United States | CARDONE & Design | 77266377 | 28-Aug-07 | Registered | 3444324 | 10-Jun-08 | Cardone Industries, Inc. | |
| United States | CARDONE & Design # 2 (Color) | 87549401 | 1-Aug-17 | Registered | 6540073 | 26-Oct-21 | Cardone Industries, Inc. | |
| United States | CARDONE & Design #2 (No color claim) | 87550796 | 1-Aug-17 | Registered | 6521034 | 12-Oct-21 | Cardone Industries, Inc. | |
| United States | CARDONE SELECT | 76588903 | 27-Apr-04 | Registered | 3230206 | 17-Apr-07 | Cardone Industries, Inc. | |
| United States | CARDONE SELECT & Design | 76574224 | 5-Feb-04 | Registered | 2986974 | 23-Aug-05 | Cardone Industries, Inc. | |
| United States | CARDONE SELECT & Design | 78566466 | 14-Feb-05 | Registered | 3245426 | 22-May-07 | Cardone Industries, Inc. | |

19

CONFIDENTIAL

FBG_CH1_00097744

| | United States | CARDONE WE BUILD IT BETTER & Design | 87608134 | 14-Sep-17 | Registered | 6555392 | 9-Nov-21 | Cardone Industries, Inc. | |
|---|---|---|---|---|---|---|---|---|---|
| | United States | CARDONE WEBCAT | 76599472 | 28-Jun-04 | Registered | 3233923 | 24-Apr-07 | Cardone Industries, Inc. | |
| | United States | FEROCE PERFORMANCE | 97280421 | 23-Feb-22 | Pending | | | Cardone Industries, Inc. | |
| | United States | FRICTION CHOICE | 76385394 | 21-Mar-02 | Registered | 2860828 | 6-Jul-04 | Cardone Industries, Inc. | |
| | United States | MAG-FLOW | 77976745 | 24-Aug-07 | Registered | 3659298 | 21-Jul-09 | Cardone Industries, Inc. | |
| | United States | MAG-FLOW (Stylized) | 77977394 | 27-Aug-07 | Registered | 3661977 | 28-Jul-09 | Cardone Industries, Inc. | |
| | United States | MAGNA-PURE | 85039037 | 14-May-10 | Registered | 3900016 | 4-Jan-11 | Cardone Industries, Inc. | |
| | United States | Modulus Logo | 90755135 | 4-Jun-21 | Pending | | | Cardone Industries, Inc. | |
| | United States | OEM ORIGINAL EQUIPMENT REMANUFACTURED & Design (#3) | 85429003 | 22-Sep-11 | Registered | 4146199 | 22-May-12 | Cardone Industries, Inc. | |
| | United States | PRO TECH | 74293853 | 13-Jul-92 | Registered | 1812087 | 21-Dec-93 | Cardone Industries, Inc. | |
| | United States | TOTAL ECLIPSE | 77328962 | 14-Nov-07 | Registered | 3680533 | 8-Sep-09 | Cardone Industries, Inc. | |
| | United States | TOTAL ECLIPSE & Design | 77328975 | 14-Nov-07 | Registered | 3680534 | 8-Sep-09 | Cardone Industries, Inc. | |
| | WIPO | CARDONE ULTRA | 1255197 | 10-Mar-15 | Registered | 1255197 | 10-Mar-15 | Cardone Industries, Inc. | |
| | WIPO | TOTAL ECLIPSE | 1241031 | 11-Nov-14 | Registered | 1241031 | 11-Nov-14 | Cardone Industries, Inc. | |
| | WIPO | TOTAL ECLIPSE & Design | 1241208 | 11-Nov-14 | Registered | 1241208 | 11-Nov-14 | Cardone Industries, Inc. | |

20

CONFIDENTIAL

FBG_CH1_00097745

| | WIPO | ULTRA & C Design | 1267020 | 10-Mar-15 | Registered | 1267020 | 10-Mar-15 | Cardone Industries, Inc. | |
|---|---|---|---|---|---|---|---|---|---|
| | Canada | ASCENSION AUTO PARTS | 2044409 | 6-Aug-20 | Pending | | | Smart Choice, LLC. | |
| | United States | ASCENSION AUTO PARTS | 90095191 | 5-Aug-20 | Pending | | | Smart Choice, LLC. | |
| | Canada | ASCENSION AUTO PARTS & Design | 2044410 | 6-Aug-20 | Pending | | | Smart Choice, LLC. | |
| | United States | ASCENSION AUTO PARTS & Design | 90095206 | 5-Aug-20 | Pending | | | Smart Choice, LLC. | |
| | Canada | BENCH BUILT | 2095405 | 29-Mar-21 | Pending | | | Smart Choice, LLC. | |
| | Mexico | BENCH BUILT | 2523927 | 30-Mar-21 | Registered | 2258746 | 9-Jun-21 | Smart Choice, LLC. | |
| | Mexico | BENCH BUILT | 2523924 | 30-Mar-21 | Registered | 2258744 | 9-Jun-21 | Smart Choice, LLC. | |
| | Mexico | BENCH BUILT | 2523912 | 30-Mar-21 | Registered | 2255241 | 4-Jun-21 | Smart Choice, LLC. | |
| | Mexico | BENCH BUILT | 2523928 | 30-Mar-21 | Registered | 2258747 | 9-Jun-21 | Smart Choice, LLC. | |
| | United States | BENCH BUILT | 90605141 | 26-Mar-21 | Pending | | | Smart Choice, LLC. | |
| | Canada | BENCH BUILT Logo | 2095404 | 29-Mar-21 | Pending | | | Smart Choice, LLC. | |
| | Mexico | BENCH BUILT Logo | 2523915 | 30-Mar-21 | Registered | 2255242 | 4-Jun-21 | Smart Choice, LLC. | |
| | Mexico | BENCH BUILT Logo | 2523921 | 30-Mar-21 | Registered | 2258742 | 9-Jun-21 | Smart Choice, LLC. | |
| | Mexico | BENCH BUILT Logo | 2523918 | 30-Mar-21 | Registered | 2258739 | 9-Jun-21 | Smart Choice, LLC. | |
| | Mexico | BENCH BUILT Logo | 2523916 | 30-Mar-21 | Registered | 2258737 | 9-Jun-21 | Smart Choice, LLC. | |

21

CONFIDENTIAL

FBG_CH1_00097746

| | United States | BENCH BUILT Logo | 90605121 | 26-Mar-21 | Pending | | | Smart Choice, LLC. | |
|---|---|---|---|---|---|---|---|---|---|

(ii)     Copyrights

| Reg. No. | Reg. Date | Title | Claimant |
|---|---|---|---|
| TX 7-124-445 | 1-7-2010 | BUSINESS WITH SOUL | Cardone Industries, Inc. |
| TX0008610602 | 7-27-2018 | Expotech 2018 Software Updates | Cardone Industries, Inc. |

(iii)     Domain Names

| Domain Names | .COM | .NET | .BIZ | .ORG | .CO | .MX | .PARTS | .STORE | .COM.MX |
|---|---|---|---|---|---|---|---|---|---|
| 3FSTEERING | .COM | | | | | | | | |
| A1CARDONE | | .NET | .BIZ | | .CO | | | | |
| ASCENSIONAUTOPARTS | .COM | | | | | | | | |
| BENCHBUILT | | | | | .CO | | .PARTS | .STORE | |
| BENCHBUILTAUTO | .COM | .NET | | | | | | | |
| BENCHBUILTAUTOPARTS | .COM | .NET | | | | | | | |
| BENCHBUILTCLASSICS | .COM | .NET | | | | | | | |
| BENCHBUILTPARTS | .COM | .NET | | | | | | | |
| BRAKEJOBZ | .COM | | | | | | | | |
| BREAKJOBZ | .COM | | | | | | | | |
| CARDONE | .COM | | .BIZ | | .CO | .MX | | | .COM.MX |
| CARDONEAUTO | .COM | .NET | .BIZ | | .CO | | | | |
| CARDONEAUTOMOTIVE | .COM | .NET | .BIZ | | .CO | | | | |
| CARDONEAUTOMOTIVEPARTS | .COM | .NET | .BIZ | | .CO | | | | |
| CARDONEAUTOPARTS | .COM | .NET | .BIZ | | .CO | | | | |
| CARDONEBLOWS | .COM | | | | | | | | |
| CARDONECAREERS.COM | .COM | | | | | | | | |
| CARDONECERTIFIED | .COM | .NET | | | | | | | |

22

FBG_CH1_00097747

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CARDONECERTIFIEDPREOWNEDOEM | .COM | .NET | | | | | |
| CARDONECERTIFIEDPREOWNEDOEMPARTS | .COM | .NET | | | | | |
| CARDONECERTIFIEDPREOWNEDPARTS | .COM | .NET | | | | | |
| CARDONECPO | .COM | .NET | | | | | |
| CARDONECPOEM | .COM | .NET | | | | | |
| CARDONEFLEET | .COM | | | | | | |
| CARDONEFOUNDATION | | | | .ORG | | | |
| CARDONEHOTRODGIVEAWAY | .COM | | | | | | |
| CARDONEINC | .COM | .NET | .BIZ | | .CO | | |
| CARDONEINDUSTRIES | | .NET | .BIZ | | .CO | | |
| CARDONEINDUSTRIESINC | .COM | .NET | .BIZ | | .CO | | |
| CARDONEJOBS | .COM | | | | | | |
| CARDONEPARTS | .COM | .NET | .BIZ | | .CO | | |
| CARDONEREBATE | .COM | | | | | | |
| CARDONESELECT | .COM | .NET | .BIZ | | .CO | | |
| CARDONESTINKS | .COM | | | | | | |
| CARDONESUCKS | .COM | | | | | | |
| CARDONEULTRA | .COM | | | | | | |
| CERTIFIEDPREOWNEDOEM | .COM | .NET | | | | | |
| CERTIFIEDPREOWNEDOEMPARTS | .COM | .NET | | | | | |
| CERTIFIEDPREOWNEDPARTS | .COM | .NET | | | | | |
| CPOEM | | .NET | | | | | |
| FEROCEAUTOMOTIVE | .COM | | | | | | |
| FEROCEPERFORMANCE | .COM | | | | | | |
| FEROCEPERFORMANCEPARTS | .COM | | | | | | |
| IHATECARDONE | .COM | | | | | | |
| INSTALLAPART | .COM | | | | | | |
| MODULUSPARTS | .COM | | | | | | |
| NAPATOTALECLIPSE | .COM | | | | | | |
| NROADSIDE | .COM | | | | | | |

23

CONFIDENTIAL

FBG_CH1_00097748

| TRIDONEX | .COM | | | | | .MX | | |
|---|---|---|---|---|---|---|---|---|
| WEBUILDITBETTER.NET | | .NET | | | | | | |

    (v)    Company Software

        1.   Expotech 2018 Software Updates.

(b)

    (iv)

        1.   In the ordinary course of business, the Group Companies have requested extensions on the deadline for the payment of certain maintenance fees in connection with the Company Intellectual Property.

(c)

1. Manufacturer's Trademark License Agreement (Non-Label), dated March 3, 2004, between National Automotive Parts Association and Cardone Industries, Inc.

(e)

1. Claims brought by the Company pursuant to civil litigation in the United States District Court for the Eastern District of Pennsylvania captioned Expotech Engineering, Inc. v. Cardone Industries, Inc. v. Expotech Engineering, Inc., Rod Ghani, and Marshall Hosel, which were settled pursuant to that certain Settlement Agreement and Global Release, dated as of September 1, 2022, by and among the Company, Expotech Engineering, Inc. and Rod Ghani (the "Expotech Settlement Agreement").

2. Cardone Industries, Inc. v. Joel Farina and BBB Industries, Inc., Cause No. 017-271617 14. (the "BBB Claim"). The BBB Claim was ultimately settled pursuant to an Arbitration and Settlement Agreement, by and between the Company and BBB Industries, LLC, effective May 4, 2022 (the "BBB Settlement Agreement").

3. In the ordinary course of business, the Group Companies send cease and desist letters to third parties that the Group Companies believe to be infringing on the Company's Intellectual Property (e.g., using a Group Company's technical language or branded materials).

24

CONFIDENTIAL

FBG_CH1_00097749