

## Carnaby Inventory II Borrowing Base

| | |
|---|---|
| Borrowing Base Number: | #2 |
| Borrowing Base Month Ending: | Feb 2023 |
| Borrowing Base Date: | 3/4/2023 |

| First Brands Group | Loan Number 03/04/23 | BPI Juaraz | BPI Laredo |
|---|---|---|---|
| Prior Gross Inventory Balance | 67,019,767 | 31,302,134 | 35,717,633 |
| Increase/Decrease | - | - | - |
| Gross Inventory | 67,019,767 | 31,302,134 | 35,717,633 |
| Ineligible Inventory | | | |
| **INELIGIBLE INVENTORY - Defination Per Credit Agreements** | | | |
| Not Subject to Priority Lien | - | | |
| Subject to any other Lien | - | - | - |
| Slow Moving / Obsolete Reserves | - | - | - |
| Foreign Inventory - Not Located in US or Mexico | - | - | - |
| Outside Processors | - | | |
| Not subject to Purchase Orders to FBG | | | |
| Other | - | | |
| | - | | |
| Total Ineligible Inventory | - | - | - |
| Net Eligible Inventory | 67,019,767 | 31,302,134 | 35,717,633 |
| Management's Representation NOLV | | 100.0% | 100.0% |
| NOLV @ 90% | | 90.0% | 90.0% |
| Eligible Inventory @ Adv % (NOLV) | 60,317,790 | 28,171,920 | 32,145,870 |
| | - | - | - |
| Eligible Inventory @ Adv Rates | 60,317,790 | 28,171,920 | 32,145,870 |
| Individual Sublimit | | 60,000,000 | 60,000,000 |
| BAML BBR Adjustment | - | - | |
| **Inventory Availability** | **60,317,790** | **28,171,920** | **32,145,870** |
| FILO - Net Eligible Inventory | 67,019,767 | 31,302,134 | 35,717,633 |
| **FILO - Inventory Availability** | **-** | **-** | **-** |

| | |
|---|---|
| Gross Availability | 60,317,790 |
| Line Amount | 60,000,000 |
| **ADJUSTED GROSS AVAILABILITY** | **60,317,790** |
| *Suppressed Availability* | *317,790* |

| | |
|---|---|
| Revolving Loan Balance | 58,964,276 |
| Availability Block | - |
| Loan Exposures | 58,964,276 |

| | |
|---|---|
| **NET AVAILABILITY / (SHORTFALL)** | **1,035,724** |

CONFIDENTIAL
CONFIDENTIAL

FIRSTBRANDS_0002324
FBG_CH1_00097725

**DEBTORS' EXHIBIT NO. 145**
**Page 1 of 8**

## Carnaby Inventory II Borrowing Base

| | |
|---|---|
| Borrowing Base Number: | #2 |
| Borrowing Base Month Ending: | Feb 2023 |
| Borrowing Base Date: | 3/4/2023 |

The undersigned represents and warrants that:

1.      The information provided above and in the accompanying supporting documentation is true, complete and correct, and complies fully with the conditions, terms and covenants of the Credit Agreement, dated as of May [_], 2022 (as amended from time to time, the "Credit Agreement"), by and among Borrower, First Brands Group, LLC, as Servicer, the Guarantors and the lenders from time to time party thereto (the "Lenders"), and [GLAS], as administrative agent for the Lenders (in such capacity, together with its successors and assigns in such capacity, the "Administrative Agent").

2.      Since the date of the last financial statement or certification furnished to the Administrative Agent:

(a)      There has been no material adverse change in the financial condition or operations of the undersigned; and

(b)      no Event of Default or Default exists and is continuing; and

(c)      the representations and warranties set forth in Article III are true and correct in all material respects on and as of the date hereof as though made on and as of the date hereof, except to the extent such representations and warranties expressly relate to an earlier date, in which case such representations and warranties shall remain true and correct in all material respects as of such earlier date.

3.      There have been no payments made by or from the Borrower during [MONTH, YEAR] other than as set forth in such bank account statements for such month.

### Carnaby Inventory II, LLC

_____
By: Edward James, EVP

3/31/2023
_____
Date:

If this document is being transmitted electronically, the Borrower acknowledges that by entering the name of its duly authorized officer on the Certificate, that officer has reviewed the Certificate and affirmed the representations, warranties and certifications referenced above.

CONFIDENTIAL
CONFIDENTIAL

FIRSTBRANDS_0002325
FBG_CH1_00097726

Case 25-90399   Document 836-5   Filed in TXSB on 12/03/25   Page 4 of 9



| Carnaby Inventory II Borrowing Base | | | |
|---|---|---|---|
| Borrowing Base Number: | | | #3 |
| Borrowing Base Month Ending: | | | Mar 2023 |
| Borrowing Base Date: | | | 4/1/2023 |

| | Loan Number | | |
|---|---|---|---|
| | | BPI Juaraz | BPI Laredo |
| **First Brands Group** | **04/01/23** | | |
| Prior Gross Inventory Balance | 67,497,323 | 30,739,742 | 36,757,581 |
| Increase/Decrease | - | - | - |
| Gross Inventory | 67,497,323 | 30,739,742 | 36,757,581 |
| Ineligible Inventory | | | |
| **INELIGIBLE INVENTORY - Defination Per Credit Agreements** | | | |
| Not Subject to Priority Lien | - | | |
| Subject to any other Lien | - | - | - |
| Slow Moving / Obsolete Reserves | - | - | - |
| Foreign Inventory - Not Located in US or Mexico | - | - | - |
| Outside Processors | - | | |
| Not subject to Purchase Orders to FBG | | | |
| Other | - | | |
| | - | | |
| Total Ineligible Inventory | - | - | - |
| Net Eligible Inventory | 67,497,323 | 30,739,742 | 36,757,581 |
| Management's Representation NOLV | | 100.0% | 100.0% |
| NOLV @ 90% | | 90.0% | 90.0% |
| Eligible Inventory @ Adv % (NOLV) | 60,747,591 | 27,665,768 | 33,081,823 |
| | - | - | - |
| Eligible Inventory @ Adv Rates | 60,747,591 | 27,665,768 | 33,081,823 |
| Individual Sublimit | | 60,000,000 | 60,000,000 |
| BAML BBR Adjustment | - | - | |
| **Inventory Availability** | **60,747,591** | **27,665,768** | **33,081,823** |
| FILO - Net Eligible Inventory | 67,497,323 | 30,739,742 | 36,757,581 |
| **FILO - Inventory Availability** | **-** | **-** | **-** |

| Gross Availability | 60,747,591 |
|---|---|
| Line Amount | 60,000,000 |
| **ADJUSTED GROSS AVAILABILITY** | **60,747,591** |
| *Suppressed Availability* | *747,591* |

| Revolving Loan Balance | 58,964,276 |
|---|---|
| Availability Block | - |
| Loan Exposures | 58,964,276 |

| **NET AVAILABILITY / (SHORTFALL)** | **1,035,724** |
|---|---|

CONFIDENTIAL
CONFIDENTIAL

FIRSTBRANDS_0002326
FBG_CH1_00097727

**DEBTORS' EXHIBIT NO. 145**
**Page 3 of 8**

| Carnaby Inventory II Borrowing Base | |
|---|---|
| Borrowing Base Number: | #3 |
| Borrowing Base Month Ending: | Mar 2023 |
| Borrowing Base Date: | 4/1/2023 |

The undersigned represents and warrants that:

1.          The information provided above and in the accompanying supporting documentation is true, complete and correct, and complies fully with the conditions, terms and covenants of the Credit Agreement, dated as of May [_], 2022 (as amended from time to time, the "Credit Agreement"), by and among Borrower, First Brands Group, LLC, as Servicer, the Guarantors and the lenders from time to time party thereto (the "Lenders"), and [GLAS], as administrative agent for the Lenders (in such capacity, together with its successors and assigns in such capacity, the "Administrative Agent").

2.          Since the date of the last financial statement or certification furnished to the Administrative Agent:

(a)          There has been no material adverse change in the financial condition or operations of the undersigned; and

(b)          no Event of Default or Default exists and is continuing; and

(c)          the representations and warranties set forth in Article III are true and correct in all material respects on and as of the date hereof as though made on and as of the date hereof, except to the extent such representations and warranties expressly relate to an earlier date, in which case such representations and warranties shall remain true and correct in all material respects as of such earlier date.

3.          There have been no payments made by or from the Borrower during [MONTH, YEAR] other than as set forth in such bank account statements for such month.

## Carnaby Inventory II, LLC

By:  Edward James, EVP

Date: 5/1/2023

If this document is being transmitted electronically, the Borrower acknowledges that by entering the name of its duly authorized officer on the Certificate, that officer has reviewed the Certificate and affirmed the representations, warranties and certifications referenced above.

CONFIDENTIAL
CONFIDENTIAL

FIRSTBRANDS_0002327
FBG_CH1_00097728

## Carnaby Inventory III Borrowing Base

| | |
|---|---|
| Borrowing Base Number: | 2 |
| Borrowing Base Month Ending: | Feb 2023 |
| Borrowing Base Date: | 3/4/2023 |

| | Loan Number | Matamoros | Juarez |
|---|---|---|---|
| **Carnaby Inventory III** | | | |
| Prior Gross Inventory Balance | 147,779,716 | 114,606,968 | 33,172,747 |
| Increase/(Decrease) | - | | - |
| Gross Inventory (valued at all times hereunder at the Borrower's cost, determined in accordance with GAAP) | 147,779,716 | 114,606,968 | 33,172,747 |
| | | | |
| **INELIGIBLE INVENTORY** | - | | - |
| Not Subject to Priority Lien | - | | - |
| Subject to any other Lien | - | | - |
| Obsolete/unmerchantable/defective/discontinued | - | | - |
| Subject to third party interest/ownership or on consignment | - | | - |
| Foreign Inventory - Not Located in US or Mexico | - | | - |
| Outside Processors | - | | - |
| Subject to IP restrictions upon sale | - | | - |
| Not reflected in inventory report | - | | - |
| Subject to reclamation rights asserted by seller | - | | - |
| Not subject to Purchase Orders to Qualified Purchaser | - | | - |
| 90-day elapsed | - | | - |
| | | | |
| Reserves and Offsets for Inventory under GAAP | - | | - |
| | | | |
| Total Ineligible Inventory | - | | - |
| Eligible Inventory | 147,779,716 | 114,606,968 | 33,172,747 |
| | | | |
| Management's Representation NOLV | | 100.0% | 100.0% |
| NOLV @ 90% | | 90.0% | 90.0% |
| Eligible Inventory @ Adv % (NOLV) | 133,001,744 | 103,146,272 | 29,855,473 |
| **Inventory Availability** | 133,001,744 | 103,146,272 | 29,855,473 |
| | | | |
| Facility Limit | 100,000,000 | | |
| | | | |
| Revolving Loan Balance | 100,000,000 | | |
| | | | |
| **NET AVAILABILITY / (SHORTFALL)** | - | | |

CONFIDENTIAL
CONFIDENTIAL

FIRSTBRANDS_0002484
FBG_CH1_00097729

**DEBTORS' EXHIBIT NO. 145**
**Page 5 of 8**

## Carnaby Inventory III Borrowing Base

| | |
|---|---|
| Borrowing Base Number: | **2** |
| Borrowing Base Month Ending: | **Feb 2023** |
| Borrowing Base Date: | **3/4/2023** |

*The undersigned represents and warrants that:*

1.The information provided above and in the accompanying supporting documentation is true, complete and correct, and complies fully with the conditions, terms and covenants of the Credit Agreement, dated as of June _____, 2022 (as amended from time to time, the "**Credit Agreement**"), by and among Borrower, First Brands Group, LLC, as Servicer, the Guarantors and the lenders from time to time party thereto (the "Lenders"), and GLAS TRust Company LLC, as administrative agent for the Lenders (in such capacity, together with its successors and assigns in such capacity, the "**Administrative Agent**").

2.Since the date of the last financial statement or certification furnished to the Administrative Agent:

(a)  There has been no material adverse change in the financial condition or operations of the undersigned; and

(b)  no Event of Default or Default exists and is continuing; and

(c)  the representations and warranties set forth in Article III are true and correct in all material respects on and as of the date hereof as though made on and as of the date hereof, except to the extent such representations and warranties expressly relate to an earlier date, in which case such representations and warranties shall remain true and correct in all

Carnaby Inventory III, LLC

By: _____
Edward James, EVP

3/31/2023
Date:

If this document is being transmitted electronically, the Borrower acknowledges that by entering the name of its duly authorized officer on the Certificate, that officer has reviewed the Certificate and affirmed the representations, warranties and certifications referenced above.

CONFIDENTIAL
CONFIDENTIAL

FIRSTBRANDS_0002485
FBG_CH1_00097730

**DEBTORS' EXHIBIT NO. 145**
**Page 6 of 8**

Case 25-90399   Document 836-5   Filed in TXSB on 12/03/25   Page 8 of 9

## Carnaby Inventory III Borrowing Base

| | |
|---|---|
| Borrowing Base Number: | 3 |
| Borrowing Base Month Ending: | Mar 2023 |
| Borrowing Base Date: | 4/1/2023 |

| | Loan Number | Matamoros | Juarez |
|---|---|---|---|
| **Carnaby Inventory III** | | | |
| Prior Gross Inventory Balance | 152,259,258 | 120,477,439 | 31,781,818 |
| Increase/(Decrease) | - | - | - |
| Gross Inventory (valued at all times hereunder at the Borrower's cost, determined in accordance with GAAP) | 152,259,258 | 120,477,439 | 31,781,818 |
| | | | |
| **INELIGIBLE INVENTORY** | - | | - |
| Not Subject to Priority Lien | - | | - |
| Subject to any other Lien | - | | - |
| Obsolete/unmerchantable/defective/discontinued | - | | - |
| Subject to third party interest/ownership or on consignment | - | | - |
| Foreign Inventory - Not Located in US or Mexico | - | | - |
| Outside Processors | - | | - |
| Subject to IP restrictions upon sale | - | | - |
| Not reflected in inventory report | - | | - |
| Subject to reclamation rights asserted by seller | - | | - |
| Not subject to Purchase Orders to Qualified Purchaser | - | | - |
| 90-day elapsed | - | | - |
| | | | |
| Reserves and Offsets for Inventory under GAAP | - | | - |
| | | | |
| Total Ineligible Inventory | - | | - |
| Eligible Inventory | 152,259,258 | 120,477,439 | 31,781,818 |
| | | | |
| Management's Representation NOLV | | 100.0% | 100.0% |
| NOLV @ 90% | | 90.0% | 90.0% |
| Eligible Inventory @ Adv % (NOLV) | 137,033,332 | 108,429,695 | 28,603,637 |
| **Inventory Availability** | 137,033,332 | 108,429,695 | 28,603,637 |
| | | | |
| Facility Limit | 100,000,000 | | |
| | | | |
| Revolving Loan Balance | 100,000,000 | | |
| | | | |
| **NET AVAILABILITY / (SHORTFALL)** | - | | |

CONFIDENTIAL
CONFIDENTIAL

FIRSTBRANDS_0002486
FBG_CH1_00097731

**DEBTORS' EXHIBIT NO. 145**
**Page 7 of 8**

## Carnaby Inventory III Borrowing Base

| | |
|---|---|
| Borrowing Base Number: | **3** |
| Borrowing Base Month Ending: | **Mar 2023** |
| Borrowing Base Date: | **4/1/2023** |

*The undersigned represents and warrants that:*

1.The information provided above and in the accompanying supporting documentation is true, complete and correct, and complies fully with the conditions, terms and covenants of the Credit Agreement, dated as of June ____, 2022 (as amended from time to time, the "*Credit Agreement*"), by and among Borrower, First Brands Group, LLC, as Servicer, the Guarantors and the lenders from time to time party thereto (the "Lenders"), and GLAS TRust Company LLC, as administrative agent for the Lenders (in such capacity, together with its successors and assigns in such capacity, the "*Administrative Agent*").

2.Since the date of the last financial statement or certification furnished to the Administrative Agent:

(a)  There has been no material adverse change in the financial condition or operations of the undersigned; and

(b)  no Event of Default or Default exists and is continuing; and

(c)  the representations and warranties set forth in Article III are true and correct in all material respects on and as of the date hereof as though made on and as of the date hereof, except to the extent such representations and warranties expressly relate to an earlier date, in which case such representations and warranties shall remain true and correct in all material respects as of such earlier date.

**Carnaby Inventory III, LLC**

By: _____
Edward James, EVP

5/1/2023
Date:

If this document is being transmitted electronically, the Borrower acknowledges that by entering the name of its duly authorized officer on the Certificate, that officer has reviewed the Certificate and affirmed the representations, warranties and certifications referenced above.

CONFIDENTIAL
CONFIDENTIAL

FIRSTBRANDS_0002487
FBG_CH1_00097732