## CONTRIBUTION AGREEMENT

THIS CONTRIBUTION AGREEMENT, dated as of September 29, 2023 (this "*Agreement*"), is by and between Alester Technologies, LLC, a Delaware limited liability company ("*Alester*") and Carter Carburetor Holdings, LLC, a Delaware limited liability company ("*Carter*").

Alester and Carter are sometimes referred to in this Agreement together as the "*Parties*" or individually as a "*Party*".

### Background

A.    Carter, directly or indirectly through one or more of its subsidiaries, owns 100% of intellectual property listed on Schedule A hereto, together with any existing variation of any of the foregoing and common law rights to the same (the "*Intellectual Property*").

B.    On the date hereof Carter, on behalf of one or more of its subsidiaries, desires to contribute the Intellectual Property (the "*Contribution*"), to Alester, and Alester desires to accept the Contribution.

### Agreement

NOW, THEREFORE, in consideration of the foregoing and the respective representations, warranties, covenants and agreements set forth in this Agreement and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties, intending to be legally bound, hereby agree as follows:

1.    Contribution. On the date hereof, Carter, on behalf of one or more of its subsidiaries, contributes to Alester, substantially concurrently with its or its subsidiaries' acquisition thereof, the Intellectual Property. After giving effect to the Contribution and the other transactions contemplated by this Agreement, Alester will own the Intellectual Property.

2.    Execution and Delivery of Instruments of Transfer; Other Actions. Each of the Parties will execute and deliver, or cause to be executed and delivered, such other documents, agreements and instruments, and take all such other actions, as may be reasonably requested in connection with this Agreement and the transactions contemplated hereby in a timely manner.

3.    Assignment; Successors and Assigns; No Third Party Beneficiaries. The rights and obligations of the Parties hereunder may not be assigned without the prior written consent of the other Party. This Agreement will inure to the benefit of, and will be binding upon, the Parties and their respective successors and permitted assigns (including any successor entity after a public offering of stock, merger, consolidation, purchase or other similar transaction involving a party hereto) and nothing herein expressed or implied will give or be construed to give to any person or entity, other than the Parties and such assigns, any legal or equitable rights hereunder.

4.    Claims and Expenses. Each Party will bear and pay any and all costs and expenses incurred by such Party in connection with the preparation, negotiation and execution of this Agreement and the transactions contemplated hereby.

5.    Entire Agreement. This Agreement contains all of the terms agreed upon between the Parties with respect to the subject matter hereof, and all understandings and agreements heretofore had or made between the Parties are merged in this Agreement, which alone fully and completely expresses the

CONFIDENTIAL

FBG_CH1_00097719

agreement of the Parties.

6.      Amendments. This Agreement may not be amended, modified, supplemented or terminated nor may any of the obligations of the Parties hereunder be waived, except by written agreement executed by the Party or Parties to be charged.

7.      Governing Law. This Agreement will be governed by and construed and enforced in accordance with the laws of the State of Delaware without regard to principles of conflicts of law.

8.      Section Headings. The headings of the various sections of this Agreement have been inserted only for purposes of convenience, are not part of this Agreement and will not be deemed in any manner to modify, explain, expand or restrict any of the provisions of this Agreement.

9.      Counterparts. This Agreement may be executed in separate counterparts, each of which will be deemed an original, but all of which together will constitute one and the same instrument. Delivery of an executed signature page to this Agreement by facsimile or other electronic transmission (including in Adobe PDF format) will be effective as delivery of a manually executed counterpart to this Agreement.

**[Remainder of Page Intentionally Blank – Signature Page Follows]**

CONFIDENTIAL

FBG_CH1_00097720

**DEBTORS' EXHIBIT NO. 148**
**Page 2 of 4**

IN WITNESS WHEREOF, the Parties have caused this Agreement to be duly executed as of the day and year first above written.

Alester Technologies, LLC

Name: Michael Baker
Title:: Managing Director

Carter Carburetor Holdings, LLC

Name: Shekhar Kumar
Title: Senior Vice President – M&A

CONFIDENTIAL

FBG_CH1_00097721

**DEBTORS' EXHIBIT NO. 148**
**Page 3 of 4**

<u>Schedule A</u>

**UNITED STATES TRADEMARKS**

**Trademarks**

| Grantor | Name of Trademark | Country | Reg. No. / (App. No.) | Reg. Date / (App Date) |
|---|---|---|---|---|
| Carter Carburetor, LLC | CARTER | US | (98/190611) | (9/21/2023) |
| Carter Carburetor, LLC | CARTER CARBURETOR | US | (98/214631) | (10/9/2023) |

CONFIDENTIAL

FBG_CH1_00097722