**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**KATSUMI SERVICING, LLC'S WITNESS AND EXHIBIT LIST
FOR JULY 28, 2026 HEARING**

Katsumi Servicing, LLC along with certain related parties (collectively, "Katsumi") files this Witness and Exhibit List for the hearing scheduled for **July 28, 2026, at 9:00 a.m. Central Time** (or as such hearing may be continued or rescheduled, the "Hearing"). Katsumi reserves the right to further supplement or amend this Witness and Exhibit List at any time prior to or during the Hearing.

**WITNESSES**

Katsumi reserves the right to examine any witness who has been listed on the witness list of any party. Katsumi may call any of the following witnesses at the Hearing:

1. Charles M. Moore; Interim Chief Executive Officer, Debtors;

2. Christopher Moffatt; Senior Director, Alvarez & Marsal;

3. Michael Malloy; Managing Director, Alvarez & Marsal;

4. Kerri Palen, Senior Direction, Alvarez & Marsal;

5. Daniel Jerneycic; co-Chief Restructuring Officer;

6. Marc S. Kirschner; Founder and President, Kirschner Consulting Company;

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

7. Any witnesses necessary to authenticate a document;

8. Any witness called or designated by any other party; and

9. Any witnesses necessary to rebut the evidence or testimony of any witnesses offered or designated by any other party.

## **EXHIBITS**

Katsumi may elect offer into evidence any one or more of the following exhibits at the Hearing.

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Transcript for November 6, 2025 Second Day Hearing on Debtors' DIP Financing, Cash Management, and Cash Collateral Motions | | | | |
| 2. | Transcript for November 7, 2025 Continued Second Day Hearing on Debtors' DIP Financing, Cash Management, and Cash Collateral Motions | | | | |
| 3. | Transcript for December 22, 2025 Hearing on Debtors' Motion for Third-Party Factoring Procedures | | | | |
| 4. | Transcript for December 30, 2025 Status Conference | | | | |
| 5. | Transcript for January 13, 2026 Hearing on Evolution's Emergency Motion to Enforce Stipulation and Agreed Order Regarding Adequate Protection and Debtors' Motion Establishing Factoring Procedures | | | | |
| 6. | Transcript for June 12, 2026 Hearing on U.S. Trustee's Motion to Dismiss | | | | |
| 7. | Transcript for July 20, 2026 Hearing on LAM Parties' and | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Katsumi Servicing's Emergency Motions to Compel Production of Documents | | | | |
| 8. | Transcript for July 21, 2026 Oral Ruling on LAM Parties' and Katsumi's Motions to Compel | | | | |
| 9. | Transcript for July 23, 2026 Status Conference | | | | |
| 10. | Transcript for November 10, 2025 Hearing on Temporary Restraining Order, Adv. Proc. No. 25-03803 | | | | |
| 11. | Transcript for November 12, 2025 Oral Ruling on Temporary Restraining Order, Adv. Proc. No. 25-03803 | | | | |
| 12. | Transcript for January 7, 2026 Hearing on Motion to Intervene, Adv. Proc. No. 25-03803 | | | | |
| 13. | Transcript of Deposition of Charles Moore on November 3, 2025 **[FILED AS SEALED]** | | | | |
| 14. | Transcript of Deposition of Christopher Moffatt on February 10, 2026 **[FILED AS SEALED]** | | | | |
| 15. | Transcript of Deposition of Michael Malloy on February 11, 2026 **[FILED AS SEALED]** | | | | |
| 16. | Transcript of Deposition of Christopher Moffatt on July 21, 2026**[FILED AS SEALED]** | | | | |
| 17. | Transcript of Deposition of Michael Malloy on July 22, 2026 **[FILED AS SEALED]** | | | | |
| 18. | **[RESERVED]** | | | | |
| 19. | **[RESERVED]** | | | | |
| 20. | **[RESERVED]** | | | | |
| 21. | **[RESERVED]** | | | | |
| 22. | Voluntary Chapter 11 Petition of First Brands Group Holdings, LLC (Dkt. No. 1) | | | | |

| 23. | Examiner's Report (Dkt. No. 2538) | | | | |
|---|---|---|---|---|---|
| 24. | Motion of Official Committee of Unsecured Creditors for Leave to Commence Certain Claims on Behalf of Debtors Estates (Dkt. No. 2881) | | | | |
| 25. | Aequum's Objection to Motion of Official Committee of Unsecured Creditors for Leave to Commence Certain Claims on Behalf of Debtors Estates (Dkt. No. 2895) | | | | |
| 26. | Reply in Support of Motion of Official Committee of Unsecured Creditors for Leave to Commence Certain Claims on Behalf of Debtors Estates (Dkt. No. 2991) | | | | |
| 27. | Chapter 11 Plan of Reorganization (Dkt. No. 3019) | | | | |
| 28. | Disclosure Statement for Joint Chapter 11 Plan (Dkt. No. 3020) | | | | |
| 29. | Plan Supplement and Liquidation Analysis (Dkt. No. 3046) | | | | |
| 30. | First Interim Fee Application of Weil, Gotshal & Manges LLP, Attorneys for the Debtors, for the Period from September 29, 2025 to December 31, 2025 (Dkt. No. 1948) | | | | |
| 31. | Second Interim Fee Application of Weil, Gotshal & Manges LLP, Attorneys for the Debtors, for the Period from January 1, 2026 to March 31, 2026 (Dkt. No. 2916) | | | | |
| 32. | First Interim Fee Application of Alvarez and Marsal North America, LLC, Financial Advisor for the Debtors, for the Period from September 29, 2025 to December 31, 2025 (Dkt. No. 1949) | | | | |
| 33. | Second Interim Fee Application of Alvarez and Marsal North | | | | |

4

| | | | | | |
|---|---|---|---|---|---|
| | America, LLC, Financial Advisor for the Debtors, for the Period from January 1, 2026 to March 31, 2026 (Dkt. No. 2917) | | | | |
| 34. | Katsumi's First Request for Production from First Brands in Connection with the Plan and Disclosure Statement | | | | |
| 35. | Katsumi's First Set of Interrogatories from First Brands in Connection with the Plan and Disclosure Statement (Dkt. No. 3211) | | | | |
| 36. | Debtor's Responses and Objections to Katsumi's First Request for Production | | | | |
| 37. | Debtor's Responses and Objections to Katsumi's First Set of Interrogatories (Dkt. No. 3211) | | | | |
| 38. | The Debtors' Application for an Order Authorizing the Retention of Marc. S. Kirschner as Expert Consultant and Expert Witness Effective as of June 20, 2026 (Dkt. No. 3192) | | | | |
| 39. | Docket Sheet for *In re Tribune Company, et al.*, Case No. 08-13141 (Bankr. D. Del.) | | | | |
| 40. | **[RESERVED]** | | | | |
| 41. | Exhibit B to Marc S. Kirschner's Expert Declaration Supporting Viability and Recoverability of First Brands' Estate Claims (Dkt. No. 3190-2) | | | | |
| 42. | Sealed Indictment, U.S. v. Patrick and Edward James, 26-cr-00029-AT **[FILED AS SEALED]** | | | | |
| 43. | Plea Agreements of Peter Andrew Brumbergs and Stephen Graham **[FILED AS SEALED]** | | | | |
| 44. | Pleadings in the Adversary Proceeding, First Brands Group, | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | LLC v. Patrick James et al. (Adv. Proc. No. 25-03803) **[FILED AS SEALED]** | | | | |
| 45. | Pleadings in the Adversary Proceeding, First Brands Group, LLC v. Onset Financial, Inc. et al. (Adv. Proc. No. 26-03005) **[FILED AS SEALED]** | | | | |
| 46. | Lease Schedule No. 022 between Onset Financial, Inc. and Carnaby Inventory IV, LLC dated September 12, 2024 **[FILED AS SEALED]** | | | | |
| 47. | Master Lease Agreement between Onset Financial, Inc. and Carnaby Inventory IV, LLC dated June 28, 2022 **[FILED AS SEALED]** | | | | |
| 48. | Acknowledgement and Waiver between Hopkins Manufacturing Corporation and Onset Financial, Inc. dated February 12, 2024 **[FILED AS SEALED]** | | | | |
| 49. | Apollo – First Brands Overview – April 2024 **[FILED AS SEALED]** | | | | |
| 50. | Centerbridge – First Brands Diligence Requests – October 2023 **[FILED AS SEALED]** | | | | |
| 51. | October 26, 2023 Email from T. Hoffman to S. Graham **[FILED AS SEALED]** | | | | |
| 52. | September 19, 2023 Email from J. Carey to T. Hoffman, S. Graham, and M. Baker **[FILED AS SEALED]** | | | | |
| 53. | October 26, 2023 Email from J. Carey to T. Hoffman and S. Graham **[FILED AS SEALED]** | | | | |
| 54. | October 31, 2023 Email from S. Graham to M. Baker **[FILED AS SEALED]** | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55. | July 1, 2024 Email from K. Allen to E. James and A. Brumbergs | | | | |
| 56. | October 25, 2023 Email from E. James to S. Kumar and M. Baker **[FILED AS SEALED]** | | | | |
| 57. | October 26, 2023 Email from E. James to S. Kumar **[FILED AS SEALED]** | | | | |
| 58. | July 28, 2022 Email from S. Kumar to M. Baker **[FILED AS SEALED]** | | | | |
| 59. | June 29, 2022 Email from S. Kumar to R. Atwood and E. James **[FILED AS SEALED]** | | | | |
| 60. | April 23, 2024 Email from S. Kumar to E. James **[FILED AS SEALED]** | | | | |
| 61. | July 30, 2025 Email from E. James to S. Kumar, M. Baker, and S. Graham **[FILED AS SEALED]** | | | | |
| 62. | March 10, 2023 Email from E. James to A. Brumbergs, S. Wallace, and K. Ruminski **[FILED AS SEALED]** | | | | |
| 63. | September 28, 2023 Email from J. DiFranco to A. Brumbergs **[FILED AS SEALED]** | | | | |
| 64. | September 28, 2023 Email from M. Chernyavskiy to A. Brumbergs **[FILED AS SEALED]** | | | | |
| 65. | September 28, 2023 Email from J. DiFranco to A. Brumbergs **[FILED AS SEALED]** | | | | |
| 66. | September 28, 2023 Email from A. Brumbergs to E. James **[FILED AS SEALED]** | | | | |
| 67. | September 28, 2023 Email from T. Dahm to E. James, A. Brumbergs, and M. Chernyavskiy **[FILED AS SEALED]** | | | | |

| 68. | September 28, 2023 Email from V. Botescu to A. Brumbergs **[FILED AS SEALED]** | | | | |
|---|---|---|---|---|---|
| 69. | December 15, 2023 Email from A. Brumbergs to V. Botescu and F. Enache **[FILED AS SEALED]** | | | | |
| 70. | March 5, 2024 Email from A. Sandor to K. Dondl, R. Lee, M. Benson, B. Gross, T. Alexander, and T. King **[FILED AS SEALED]** | | | | |
| 71. | March 19, 2024 Email from R. Lee to B. Liff **[FILED AS SEALED]** | | | | |
| 72. | January 14, 2023 Email from E. James to K. Dondl **[FILED AS SEALED]** | | | | |
| 73. | January 15, 2023 Email from E. James to R. Berger **[FILED AS SEALED]** | | | | |
| 74. | January 17, 2023 Email from E. James to R. Berger **[FILED AS SEALED]** | | | | |
| 75. | January 18, 2023 Email from E. James to R. Berger **[FILED AS SEALED]** | | | | |
| 76. | January 30, 2023 Email from E. James to K. Dondl and S. Graham **[FILED AS SEALED]** | | | | |
| 77. | February 3, 2023 Email from A. Brumbergs to K. Dondl **[FILED AS SEALED]** | | | | |
| 78. | September 5, 2023 Email from J. Nesci to E. James, K. Bukkarayasamudram and S. Graham **[FILED AS SEALED]** | | | | |
| 79. | September 25, 2023 Email from E. James to A. Brumbergs **[FILED AS SEALED]** | | | | |

8

| 80. | September 25, 2023 Email from E. James to J. Nesci and S. Graham **[FILED AS SEALED]** | | | | |
|---|---|---|---|---|---|
| 81. | April 30, 2023 Email from K. Bukkarayasamudram to S. Graham and E. James **[FILED AS SEALED]** | | | | |
| 82. | March 6, 2025 Email from E. James to R. Berger **[FILED AS SEALED]** | | | | |
| 83. | September 17, 2025 Email from R. Berger to E. James and S. Graham **[FILED AS SEALED]** | | | | |
| 84. | Stephan Hornung, Edwin Smith, Katherine Weinstein, Penelope Christophorou and Jason Alderson, Recent Bankruptcy Cases and Managing Fraud Risk, February 10, 2026, Morgan Lewis, https://www.morganlewis.com/pubs/2026/02/recent-bankruptcy-cases-and-managingfraud-risk **[FILED AS SEALED]** | | | | |
| 85. | Debtors' April 2026 Summary of Findings Investigative Report **[FILED AS SEALED]** | | | | |
| 86. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |
| 87. | Any exhibit listed by any other party | | | | |
| 88. | All rebuttal exhibits | | | | |
| 89. | Any pleading or other document filed on the docket of these chapter 11 cases | | | | |

[*remainder of page intentionally left blank*]

Dated: July 24, 2026

Respectfully submitted

*/s/ Charles S. Kelley*

**MAYER BROWN LLP**
Charles S. Kelley (TX Bar No. 11199580)
700 Louisiana Street, Suite 3400
Houston, Texas 77002
Telephone: (713) 238-3000
Email: ckelley@mayerbrown.com

Sean T. Scott (admitted *pro hac vice*)
Kyle J. TumSuden (admitted *pro hac vice*)
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Email: stscott@mayerbrown.com
          ktumsuden@mayerbrown.com

Richard A. Stieglitz (admitted *pro hac vice*)
Lauren C. Blanchard (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Email: rstieglitz@mayerbrown.com
          lblanchard@mayerbrown.com

*Counsel to Katsumi Servicing, LLC*

## CERTIFICATE OF SERVICE

I certify that on July 24, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system to be served upon all parties receiving electronic notice via ECF.

*/s/ Charles S. Kelley*
Charles S. Kelley