**<u>Exhibit 40</u>**

**Reserved**