## Exhibit 41

**Exhibit B to Marc S. Kirschner's Expert Declaration Supporting Viability and Recoverability of First Brands' Estate Claims (Dkt. No. 3190-2)**

## Exhibit B

## Materials Considered

**Materials Considered**

| Criminal Proceeding Materials |
|---|
| Sealed Indictment, *U.S. v. Patrick and Edward James*, 26-cr-00029-AT |
| Plea Agreements of Peter Andrew Brumbergs and Stephen Graham |
| **Adversary Proceeding Materials** |
| Pleadings in the Adversary Proceeding, *First Brands Group, LLC v. Patrick James et al.* (Adv. Proc. No. 25-03803) |
| Transcript of Oral Ruling, November 12, 2025, *First Brands Group, LLC v. Patrick James et al.* (Adv. Proc. No. 25-03803) |
| Pleadings in the Adversary Proceeding, *First Brands Group, LLC v. Onset Financial, Inc. et al.* (Adv. Proc. No. 26-03005) |
| **Bankruptcy Court Docket** |
| Declarations of Charles Moore dated November 3, 2025 and July 13, 2026 |
| Examiner's Report (Docket No. 2538) |
| Motion of Official Committee of Unsecured Creditors for Leave to Commence Certain Claims on Behalf of Debtors Estates (Docket No. 2881) |
| Objection to Motion of Official Committee of Unsecured Creditors for Leave to Commence Certain Claims on Behalf of Debtors Estates (Docket No. 2895) |
| Reply in Support of Motion of Official Committee of Unsecured Creditors for Leave to Commence Certain Claims on Behalf of Debtors Estates (Docket No. 2991) |
| Chapter 11 Plan of Reorganization (Docket No. 3019) |
| Disclosure Statement for Joint Chapter 11 Plan (Docket No. 3020) |
| Plan Supplement and Liquidation Analysis (Docket No. 3046) |
| Transcript of Hearings Conducted November 10, 2025 |
| **Other Materials Considered** |
| Lease Schedule No. 022 between Onset Financial, Inc. and Carnaby Inventory IV, LLC dated September 12, 2024 |
| Master Lease Agreement between Onset Financial, Inc. and Carnaby Inventory IV, LLC dated June 28, 2022 |
| Acknowledgement and Waiver between Hopkins Manufacturing Corporation and Onset Financial, Inc. dated February 12, 2024 |
| Apollo – First Brands Overview – April 2024 |
| Centerbridge – First Brands Diligence Requests – October 2023 |
| October 26, 2023 Email from T. Hoffman to S. Graham |
| September 19, 2023 Email from J. Carey to T. Hoffman, S. Graham, and M. Baker |
| October 26, 2023 Email from J. Carey to T. Hoffman and S. Graham |
| October 31, 2023 Email from S. Graham to M. Baker |
| July 1, 2024 Email from K. Allen to E. James and A. Brumbergs |
| October 25, 2023 Email from E. James to S. Kumar and M. Baker |

| |
|---|
| October 26, 2023 Email from E. James to S. Kumar |
| July 28, 2022 Email from S. Kumar to M. Baker |
| June 29, 2022 Email from S. Kumar to R. Atwood and E. James |
| April 23, 2024 Email from S. Kumar to E. James |
| July 30, 2025 Email from E. James to S. Kumar, M. Baker, and S. Graham |
| March 10, 2023 Email from E. James to A. Brumbergs, S. Wallace, and K. Ruminski |
| September 28, 2023 Email from J. DiFranco to A. Brumbergs |
| September 28, 2023 Email from M. Chernyavskiy to A. Brumbergs |
| September 28, 2023 Email from J. DiFranco to A. Brumbergs |
| September 28, 2023 Email from A. Brumbergs to E. James |
| September 28, 2023 Email from T. Dahm to E. James, A. Brumbergs, and M. Chernyavskiy |
| September 28, 2023 Email from V. Botescu to A. Brumbergs |
| December 15, 2023 Email from A. Brumbergs to V. Botescu and F. Enache |
| March 5, 2024 Email from A. Sandor to K. Dondl, R. Lee, M. Benson, B. Gross, T. Alexander, and T. King |
| March 19, 2024 Email from R. Lee to B. Liff |
| January 14, 2023 Email from E. James to K. Dondl |
| January 15, 2023 Email from E. James to R. Berger |
| January 17, 2023 Email from E. James to R. Berger |
| January 18, 2023 Email from E. James to R. Berger |
| January 30, 2023 Email from E. James to K. Dondl and S. Graham |
| February 3, 2023 Email from A. Brumbergs to K. Dondl |
| September 5, 2023 Email from J. Nesci to E. James, K. Bukkarayasamudram and S. Graham |
| September 25, 2023 Email from E. James to A. Brumbergs |
| September 25, 2023 Email from E. James to J. Nesci and S. Graham |
| April 30, 2023 Email from K. Bukkarayasamudram to S. Graham and E. James |
| March 6, 2025 Email from E. James to R. Berger |
| September 17, 2025 Email from R. Berger to E. James and S. Graham |
| Stephan Hornung, Edwin Smith, Katherine Weinstein, Penelope Christophorou and Jason Alderson, *Recent Bankruptcy Cases and Managing Fraud Risk*, February 10, 2026, Morgan Lewis, https://www.morganlewis.com/pubs/2026/02/recent-bankruptcy-cases-and-managing-fraud-risk |