**<u>Exhibit 45</u>**

**Filed Under Seal**