## <u>Exhibit 47</u>

**Filed Under Seal**