**<u>Exhibit 59</u>**

**Filed Under Seal**