## <u>Exhibit 60</u>

**Filed Under Seal**