# <u>Exhibit 63</u>

## Filed Under Seal