# <u>Exhibit 71</u>

**Filed Under Seal**