**<u>Exhibit 75</u>**

**Filed Under Seal**