**<u>Exhibit 77</u>**

**Filed Under Seal**