## Exhibit 86

**Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party**