## Exhibit 87

**Any exhibit listed by any other party**