# Exhibit 88

## All rebuttal exhibits