

## ACKNOWLEDGEMENT AND WAIVER

This Acknowledgement and Waiver is given February 12, 2024 by **HOPKINS MANUFACTURING CORPORATION** ("Bailee") of 127 Public Square, Suite 5300, Cleveland, Ohio 44114 to **ONSET FINANCIAL, INC.** ("Onset") of 274 West 12300 South, Draper, Utah 84020 as it relates to the following premises: 30900 West 185th Street, Edgerton, Kansas 66021 (the "Premises").

Bailee is an affiliate of **CARNABY INVENTORY IV, LLC** (the "Lessee"). Bailee acknowledges that pursuant to one or more lease schedules (the "Schedules") which Onset, as Lessor, has or may enter into with Lessee, each of which Schedules incorporate by reference the terms and conditions of that Master Lease Agreement No. OFI1445416 dated June 28, 2022, including any amendments thereto, between Onset and Lessee (the "Master Lease"), Onset has or may lease items of property (all or any part thereof referred to herein as the "Property") to Lessee. Bailee further acknowledges that from time to time Lessee may deliver possession and custody of such Property to Bailee.

As an inducement to Onset to enter into the Schedules, Bailee represents and warrants to Onset as follows:

1. Bailee's possession, use, custody, and control of any Property is, and will always be, subject to all of the terms and conditions of the Schedule and Master Lease and subordinate to all of Onset's and Lessee's rights, interests and remedies under the Schedules.

2. Bailee disclaims and waives any ownership, leasehold or other interest in the Property.

3. While in Bailee's possession and custody, except for storing, distributing, conveying, and transferring the Property as inventory in the ordinary course of business, Bailee will (i) not permit the Property to be removed from the Premises specified in the first paragraph above, (ii) maintain and keep the Property in good condition and appearance and ready for distribution, transfer and sale in the ordinary course of business, and (iii) permit Onset and/or its agents to inspect the Property at reasonable times.

4. Bailee will not permit the Property to become subject to any liens or encumbrances by Bailee or by parties claiming through Bailee. Upon request from Lessor, Bailee agrees to cooperate with and assist Lessor in obtaining any landlord and/or mortgage waivers as Lessor deems necessary to effectuate the purposes set forth herein and in the Lease.

5. Bailee acknowledges Onset's right to assign its rights and interests under this instrument to its underwriters and assigns, and any such assignee shall be an intended third-party beneficiary under this instrument.

6. Bailee acknowledges that, in the event of a default by Lessee in any of its obligations or agreements to Lessor, it is hereby agreed that Lessor may exercise any and all of its available default rights and remedies including, but not limited to, the repossession and sale of the Property. If the Property is in Bailee's possession at the time an event of default by Lessee occurs, then Bailee will make the Property available to Lessor on demand.

[Signature(s) on following page]

\\UTSJ-VS-WFS01.OSFI.Local\Lease Operations\Master Library\Acknowledgment & Waiver\A&W - OFI.dotx

CONFIDENTIAL

FBG_CH1_00093634

**DEBTORS' EXHIBIT NO. 188**
**Page 1 of 2**

[Acknowledgement and Waiver – Carnaby Inventory IV, LLC - Signature Page]

**HOPKINS MANUFACTURING CORPORATION**

BY: _____

NAME:    Edward James

TITLE:    Executive Vice President

\\UTSJ-VS-WFS01.OSFI.Local\Lease Operations\Master Library\Acknowledgment & Waiver\A&W - OFI.dotx

CONFIDENTIAL

FBG_CH1_00093635

**DEBTORS' EXHIBIT NO. 188**
**Page 2 of 2**