

# Centerbridge

## First Brands

*Diligence Requests*

October 2023

Trade Secret and Strictly Confidential

Confidential

CONFIDENTIAL

JEF_2004_00053047
JEF_2004_00053047
FBG_CH1_00093638

# Diligence Question Summary

Following our calls with management, we have four outstanding topics for which we would need additional, more granular data. Detailed responses to these questions are crucial to receiving investment committee approval and moving towards closing

*Note: these diligence requests are only for the underwriting process – we would not expect this information to be reported on an ongoing basis*

A summary of our requests is shown below, in addition to more detailed information supporting these questions in subsequent pages

1. **Factoring Balances & Cash Flows:** Historical cash flows associated with factoring activities from 2016-LTM Sep-30, including for each period:
   - Receivables sold
   - Cash proceeds from receivable sales
   - Factoring costs
   - End-of-period factoring balances, split between balances with third parties and related parties

   - We are also looking to know who First Brands' non-customer factoring counterparties are, what are the terms of all factoring facilities, and what could cause these factoring facilities to get pulled

2. **Rebates & Returns:** Historical quarterly gross-to-net sales reflecting rebates / promotions / discounts and returns provided to customers, in addition to details on rebate / return accruals taken at the beginning of each year and releases on these accruals at the end of each year

3. **By Customer / Product Volume, Revenue, and Share of Wallet:** Historical quarterly volume, revenue, and share of wallet by product for top 10 customers

4. **Historical Quarterly Adj. EBITDA Reconciliation:** Historical quarterly Adj. EBITDA reconciliation, bridging from income statement net income to credit agreement "Consolidated Net Income" to credit agreement Adj. EBITDA (as shown in compliance certificate) from 2019 to LTM Sep-23

Trade Secret and
Strictly Confidential

Centerbridge | 1

Confidential

CONFIDENTIAL

JEF_2004_00053048
JEF_2004_00053047
FBG_CH1_00093639



# Factoring Balances & Cash Flows

Historical cash flows associated with factoring activities from 2019-LTM Sep-30, including for each period (i) receivables sold, (ii) cash proceeds from receivable sales, (iii) factoring costs, (iv) end-of-period and average factoring balances (including for Jun-30 and Sep-30), split between balances with third parties and related parties

- We are attempting to understand how much operating cash flow is being supported by factoring activities, which could be calculated from the change in factoring balance over time

- As you can see below, cash flows from receivables has been positive despite significantly growing revenues (which is counterintuitive)

- So we are looking to back out what operating cash flow would look like with "normal" customer payment terms / no factoring

- We also would like to understand what the related-party factoring facilities are, including:

  - Who are is providing the related party factoring facilities?

  - What is driving the $67mm balance as of Dec-22 / the $327mm balance as of Dec-21?

  - Why is the cost of capital of the related party facility so much lower relative to the third-party facilities?

| | Avg. Spread | Dec-18 | Dec-19 | Dec-20 | Dec-21 | Dec-22 |
|---|---|---|---|---|---|---|
| Factoring expenses (third party) | | 11.3 | 26.6 | 44.9 | 63.1 | 88.1 |
| Factoring expenses (related party) | | | | 2.2 | 18.7 | 3.9 |
| Total Factoring Expense | | 11.3 | 26.6 | 47.2 | 81.8 | 92.0 |
| Implied Amount Factored During Year (third party) | | 125.1 | 323.6 | 681.2 | 970.3 | 888.9 |
| Implied Amount Factored During Year (related party) | | | | 89.5 | 746.4 | 551.6 |
| **Est. Total Amount Factored** | | **125.1** | **323.6** | **770.8** | **1,716.7** | **1,440.5** |
| Company Reported Factoring Balance | | | | | | 460.0 |
| Factoring Turns | | 3.1x | 3.1x | 3.1x | 3.1x | 3.1x |
| Implied Factoring Balance | | 40.0 | 103.3 | 246.1 | 548.2 | 460.0 |
| **Change in Factoring Balance** | | | 63.4 | 142.8 | 302.1 | (88.2) |
| *Implied Cost of Factoring (On EoP Balance)* | | 28.4% | 25.7% | 19.2% | 14.9% | 20.0% |
| *Discounts* | *Avg. Spread* | | | | | |
| Financial institutions *(Assumed 5% of Total)* | *1.750%* | 4.7% | 3.8% | 2.0% | 2.1% | 6.1% |
| Non-financial institutions *(Assumed 95% of Total)* | *6.500%* | 9.3% | 8.4% | 6.8% | 6.7% | 10.1% |
| Related Parties | | | | 2.5% | 2.5% | 0.7% |
| *From Cash Flow Statement* | | | | | | |
| Net Income/Loss | | | 56.0 | (111.5) | 53.0 | 175.0 |
| Depreciation and amortization expense | | | 116.9 | 181.0 | 173.2 | 178.3 |
| Amortization of debt costs | | | 8.6 | 41.8 | 62.0 | 37.7 |
| Noncash impact of operating leases | | | -- | -- | -- | 7.2 |
| Loss on debt extinguishment | | | 4.0 | 10.8 | 47.5 | 0.5 |
| Business acquisition (gains) loss | | | (147.3) | (281.4) | 63.7 | (13.8) |
| Deferred tax liabilities | | | -- | 189.2 | (166.7) | (42.1) |
| Other | | | 0.4 | 25.1 | 2.2 | -- |
| Accounts receivable | | | 74.6 | (101.7) | 19.9 | 10.4 |
| Inventories | | | 13.6 | (111.8) | (442.9) | (450.2) |
| Prepaid expenses and other current assets | | | (15.2) | (18.1) | (23.7) | (30.0) |
| Other assets | | | (22.4) | (16.4) | (18.3) | (12.8) |
| Accounts payable | | | 60.4 | 218.4 | 209.3 | 138.9 |
| Accrued expenses and withholdings | | | 26.3 | 42.1 | 216.9 | (46.6) |
| Change in working capital | | | 157.5 | 12.5 | (38.8) | (390.4) |
| **CFO** | | | **190.0** | **67.6** | **196.0** | **(47.6)** |
| (-) Change in Factoring Balance Offset | | | (63.4) | (142.8) | (302.1) | 88.2 |
| **Factoring Adj. CFO** | | | **126.6** | **(75.2)** | **(106.0)** | **40.6** |

Trade Secret and Strictly Confidential

Centerbridge | 2

Confidential

JEF_2004_00053049
JEF_2004_00053047
FBG_CH1_00093640



# Factoring Balances & Cash Flows

See below an example of the language from the audits we are using as the basis of our calculations

**Factoring Agreements**

During 2022 and 2021, the Company had factoring agreements with financial institutions, without recourse for certain customers. During 2022, the accounts are discounted by the financial institutions at the one-year Secured Overnight Financing Rate (SOFR) (at December 31, 2022 - 4.30%) plus a fixed rate ranging from 1.00% to 2.50%. During 2021, the accounts were discounted by the financial institutions at the one-year London Interbank Offered Rate (LIBOR)(at January 1, 2022 - 0.34%), plus a fixed rate ranging from 1.00% to 2.50%.

During 2022 and 2021, the Company had additional factoring agreements with non-financial institutions, without recourse. During 2022, the accounts that are a party to these agreements are discounted by the non-financial institutions at the ninety-day SOFR (at December 31, 2022 - 3.62%), plus a fixed rate ranging from 5.00% to 8.00%. During 2021, the accounts that are a party to these agreements were discounted by the non-financial institutions at the ninety-day LIBOR (at January 1, 2022 - 0.24%), plus a fixed rate ranging from 5.00% to 8.00%.

During 2022 and 2021, the Company recognized $88,146 and $63,140, respectively, of receivable factoring related expenses, which are recorded in interest expense as a component of other expense (income) within the Consolidated Combined Statements of Income and Comprehensive Income.

## 15.   Related Party Transactions

The Company pays a management fee to a related party. The management fee expense was $5,000 for 2022 and 2021, which is included as a component of other expense (income) within the Consolidated Combined Statements of Income and Comprehensive Income.

As more fully described in Note 2, *Summary of Significant Accounting Policies*, in 2020, the Company entered into a factoring arrangement with an entity related through common ownership. As of December 31, 2022 and January 1, 2022, the related party entity advanced to the Company $67,186 and $327,444 for accounts receivable that have not yet been collected from the Company's customers based on agreed upon payment terms. The Company does not have such amounts recorded on the Consolidated Combined Balance Sheets as the factoring arrangement is without recourse.

Trade Secret and
Strictly Confidential

Confidential

Centerbridge | 3

CONFIDENTIAL

JEF_2004_00053050
JEF_2004_00053047
FBG_CH1_00093641



# Rebates & Returns

Historical quarterly gross-to-net sales reflecting rebates, promotions, and / or discounts provided to customers, in addition to details on rebate / return accruals taken at the beginning of each year and releases on these accruals at the end of each year when charge-offs are known

* First Brands does not currently disclose a reconciliation between gross and net sales. We want to understand how the Company is accruing for rebates / returns and how that relates to realized charge-offs

* This is important because we want to make sure there is no under / over accruing for rebates & returns that may be temporarily impacting the Company's reported financials

* This is relevant due to the numerous acquisitions that have been made in recent years, which could make the impact of under-accruals less apparent

* See below for Dorman's (another automotive aftermarket company) reporting around rebates & returns accrual vs. the balance sheet values provided in First Brands' audits

| Dorman Historical Rebates & Returns | Dec-18 | Dec-19 | Dec-20 | Dec-21 | Dec-22 |
|---|---|---|---|---|---|
| Implied Gross Revenue | 1,177.4 | 1,265.6 | 1,401.5 | 1,679.9 | 2,106.9 |
| Dorman Net Revenue | 973.7 | 991.3 | 1,092.7 | 1,345.2 | 1,733.7 |
| *Net as % of Gross* | *82.7%* | *78.3%* | *78.0%* | *80.1%* | *82.3%* |
| *Allowance for Customer Credits* | | | | | |
| Balance, beginning of period | 95.5 | 90.6 | 106.0 | 155.8 | 188.1 |
| Provision | 203.7 | 274.2 | 308.8 | 334.6 | 373.2 |
| Charge-offs | (208.7) | (258.9) | (259.0) | (302.3) | (369.1) |
| Acquisitions and other | 0.0 | --- | --- | --- | --- |
| Balance, end of period | 90.6 | 106.0 | 155.8 | 188.1 | 192.1 |
| *% of Net Revenue* | *10.0%* | *10.7%* | *14.3%* | *14.0%* | *11.1%* |
| *First Brands Group Rebates & Returns (BS)* | | | | | |
| Accounds Receivable | 7.8 | 16.2 | 79.1 | 115.0 | 119.5 |
| Accrued Expenses & Withholdings | 13.6 | 18.6 | 41.5 | | |
| **Total Allowance** | **21.4** | **34.8** | **120.6** | **115.0** | **119.5** |
| *% of Net Revenue* | *1.8%* | *2.3%* | *4.7%* | *4.1%* | *3.5%* |

Trade Secret and
Strictly Confidential

Confidential

Centerbridge | 4

CONFIDENTIAL

JEF_2004_00053051
JEF_2004_00053047
FBG_CH1_00093642



3

# By Customer / Product Volume, Revenue, and Share of Wallet

Historical quarterly volume, revenue, and share of wallet by product for top 5 customers

- This is important because we to understand the First Brands' performance and share of wallet at key customers over the past few years

- We feel comfortable and have access to data regarding the stability of the automotive aftermarket over time, but need for our investment committee more granular data validating the strength and stickiness of the Company's relationship with key customers

- See below for an example of the data / format we are looking for

**Example Data Response**

| | 1Q19 | 2Q19 | 3Q19 | 4Q19 | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 1Q21 | 2Q21 | 3Q21 | 4Q21 | 1Q22 | 2Q22 | 3Q22 | 4Q22 | 1Q23 | 2Q23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Wipers** | | | | | | | | | | | | | | | | | | |
| *NAPA* | | | | | | | | | | | | | | | | | | |
| Volume | | | | | | | | | | | | | | | | | | |
| Revenue | | | | | | | | | | | | | | | | | | |
| Market Share | | | | | | | | | | | | | | | | | | |
| *O'Reily* | | | | | | | | | | | | | | | | | | |
| Volume | | | | | | | | | | | | | | | | | | |
| Revenue | | | | | | | | | | | | | | | | | | |
| Market Share | | | | | | | | | | | | | | | | | | |
| *GM / AC Delc* | | | | | | | | | | | | | | | | | | |
| Volume | | | | | | | | | | | | | | | | | | |
| Revenue | | | | | | | | | | | | | | | | | | |
| Market Share | | | | | | | | | | | | | | | | | | |
| *AutoZone* | | | | | | | | | | | | | | | | | | |
| Volume | | | | | | | | | | | | | | | | | | |
| Revenue | | | | | | | | | | | | | | | | | | |
| Market Share | | | | | | | | | | | | | | | | | | |

*Other Top 5 Customers for Wipers, Filters, Brakes, & Repairs*

Trade Secret and Strictly Confidential

Centerbridge | 5

Confidential

JEF_2004_00053052
JEF_2004_00053047
FBG_CH1_00093643

CONFIDENTIAL



# By Customer / Product Volume, Revenue, and Share of Wallet

As is shown below, First Brands has exhibited impressive top-line stability post-COVID. We are looking to validate that stability with our volume data request



**LTM Sales by Division (Q2 2020 – Q2 2023)**

| | Q2 2020 | Q3 2020 | Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 | Q1 2022 | Q2 2022 | Q3 2022 | Q4 2022 | Q1 2023 | Q2 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | $3,426 | $3,389 | $3,372 | $3,471 | $3,635 | $3,655 | $3,801 | $3,762 | $3,819 | $3,886 | $3,899 | $3,924 | $3,992 |
| Wipers | $619 | $615 | $612 | $620 | $632 | $632 | $658 | $669 | $585 | $704 | $741 | $783 | $820 |
| Repairs | $1,119 | $1,412 | $1,048 | $1,167 | $1,187 | $1,190 | $1,262 | $1,200 | $1,190 | $1,220 | $1,176 | $1,126 | $1,103 |
| Filters | $527 | $528 | $532 | $538 | $569 | $573 | $575 | $581 | $614 | $609 | $699 | $628 | $662 |
| Brakes | $1,161 | $1,134 | $1,130 | $1,166 | $1,247 | $1,260 | $1,306 | $1,312 | $1,329 | $1,354 | $1,373 | $1,405 | $1,407 |

Legend: Brakes   Filters   Repairs   Wipers

Note: Reporting above based on four business verticals (Brakes – BPI, Centric, and Cardone acquisitions; Filters – FRAM and Champion Labs acquisitions; Wipers – TRICO, ANCO and Pylon, and Repairs for all other categories, including Horizon Global).

Trade Secret and Strictly Confidential

Confidential

CONFIDENTIAL

Centerbridge | 6

JEF_2004_00053053
JEF_2004_00053047
FBG_CH1_00093644



# By Customer / Product Volume, Revenue, and Share of Wallet

Similarly, we are looking to quantitatively validate First Brands' "customer stickiness" (which we qualitatively understand to be high) with by-customer market share data. We would also like to know how First Brands calculates the market share shown below

| | Maintenance — Consumable products with higher replacement rates and frequency of service (3 month – 1 year replacement cycle) | | | Repairs — Mission critical parts and assemblies primarily under-hood with high failure rates (3 – 7 year replacement interval) |
|---|---|---|---|---|
| | **BRAKES** CARDONE, Raybestos, DURA TECH, Centric | **FILTERS** FRAM, CHAMPION LABORATORIES INC. | **WIPERS** TRICO, ANCO, Pylon, MICHELIN | **Autolite, CARTER, HORIZON, STRONGARM** |
| **Products** | • Calipers<br>• Drums & Rotors<br>• Friction (Brake Pads)<br>• Hydraulics | • Air Filters<br>• Cabin Filters<br>• Fuel Filters<br>• Oil Filters | • Beam Blade<br>• Conventional<br>• Hybrid<br>• Specialty<br>• Wiper Arms | • Dampers<br>• Fuel Pumps<br>• Fuel Pump Assemblies<br>• Gas Springs    • Glow Plugs<br>• Spark Plugs<br>• Water Pumps<br>• Wire Sets<br>• Trailering<br>• Towing |
| **End Markets** | • Aftermarket | • Aftermarket<br>• Heavy Duty<br>• OEM / Car Dealerships | • Aftermarket<br>• Industrial<br>• International<br>• OEM / Car Dealerships | • Aftermarket<br>• Heavy Duty<br>• Industrial    • International<br>• OEM / Car Dealerships |
| **North America Market Share** | • 22% Caliper Market Share<br>• 29% Drums & Rotors Market Share<br>• 16% Friction Market Share | • ~30% Filters Aftermarket Share | • ~37% Wiper Blade Aftermarket Share | • 35% Fuel Pump Aftermarket Share<br>• 36% Gas Springs Aftermarket Share<br>• 33% Towing / Trailering Aftermarket Share    • 17% Plugs Aftermarket Share<br>• 37% Water Pump Aftermarket Share<br>• 50% OE Europe Towing Market Share |
| **Channels** | • Retail<br>• Warehouse Distribution | • Car Dealerships (Aftermarket)<br>• Online<br>• Retail<br>• Warehouse Distribution | • Car Dealerships (Aftermarket)<br>• Mass Merchant<br>• Online<br>• Warehouse Distribution | • Aftermarket<br>• Car Dealerships (Aftermarket)<br>• Industrial<br>• Mass Merchant<br>• OEM    • Online<br>• Retail<br>• Traditional<br>• Warehouse Distribution |
| **LTM Q3 2024 Revenue** | • $1,407 million (35% of total) | • $662 million (17% of total) | • $820 million (21% of total) | • $1,103 million (28% of total) |

Trade Secret and Strictly Confidential

Centerbridge | 7

Confidential

CONFIDENTIAL

JEF_2004_00053054<br>
JEF_2004_00053047<br>
FBG_CH1_00093645



# Historical Quarterly Adj. EBITDA Reconciliation

Historical quarterly Adj. EBITDA reconciliation, bridging from income statement net income to credit agreement "Consolidated Net Income" to credit agreement Adj. EBITDA (as shown in compliance cert.) from 2019 – LTM Sep-23

- We do not currently have a quarterly reconciliation to credit agreement Adj. EBITDA

- Additionally, the calculation of credit agreement Adj. EBITDA in the compliance certificate starts at Consolidated Net Income, with no bridge between income statement net income and Consolidated net income

- See below for how the Company has already calculated this for their compliance certificates and other reporting (note: this does not include the bridge from income statement net income to Consolidated Net Income)

| Consolidated EBITDA Reconciliation | FYE 2021 | FYE 2022 | LTM Q3'23 |
|---|---|---|---|
| First Brands Reported EBITDA | $547 | $720 | $706 |
| Adjustments | | | |
| AR Factoring Costs | 63 | 98 | 120 |
| Acquisitions Adj., net of Transactions Exp. | 16 | 3 | 16 |
| Non cash Charges | 11 | 21 | 22 |
| Restructuring Charges | 108 | 66 | 83 |
| Other Non-Recurring Expenses | 53 | 36 | 30 |
| Total Adjustments | 253 | 204 | 291 |
| First Brands Adjusted EBITDA | $798 | $924 | $997 |
| Pro Forma Cost Savings | 199 | 230 | 249 |
| Pro Forma Contribution - Cardone | 22 | 22 | 23 |
| First Brands Pro Forma Adjusted EBITDA | $1,019 | $1,176 | $1,269 |

Trade Secret and Strictly Confidential

Confidential

CONFIDENTIAL

Centerbridge | 8

JEF_2004_00053055
JEF_2004_00053047
FBG_CH1_00093646