| | |
|---|---|
| **From**: | Jonathan Carey [jcarey@jefferies.com] |
| on behalf of | Jonathan Carey <jcarey@jefferies.com> [jcarey@jefferies.com] |
| **Sent**: | 9/19/2023 11:05:44 AM |
| **To**: | Timothy Hoffman [thoffman@jefferies.com]; Graham, Stephen [Steve.Graham@FirstBrandsGroup.com]; Baker, Michael [Michael.Baker@firstbrandsgroup.com] |
| **CC**: | Andrew Yaeger [ayaeger@jefferies.com]; Paul Stowell [pstowell@jefferies.com]; Project.Raven.DD.2023 [Project.Raven.DD.2023@jefferies.com] |
| **Subject**: | Re: Raven CB call |

We are going to put a hold on the calendar for 3:00. Tim pls send

Jonathan Carey
Jefferies
+1-617-797-3735 (m)
+1-617-833-8616 (for texting)
jcarey@jefferies.com

---

**From:** Timothy Hoffman <thoffman@jefferies.com>
**Sent:** Tuesday, September 19, 2023 9:04:40 AM
**To:** Graham, Stephen <Steve.Graham@FirstBrandsGroup.com>; Baker, Michael <Michael.Baker@firstbrandsgroup.com>
**Cc:** Jonathan Carey <jcarey@jefferies.com>; Andrew Yaeger <ayaeger@jefferies.com>; Paul Stowell <pstowell@jefferies.com>; Project.Raven.DD.2023 <Project.Raven.DD.2023@jefferies.com>
**Subject:** Raven CB call

Steve / Michael –

As mentioned, Centerbridge would like to do a business DD call this afternoon.  We'll put one on the calendar for 3-4pm ET.  See below for their questions and our suggested talking points.  No prep needed other than reviewing the below questions.

- **Business**
  - *Segments or Brands*
    - We'd like to understand brand-by-brand revenue, price, units, and contribution margin (i.e., not pro forma for all the acquisitions, just by business line without any pro forma adjustments).
      - FBG manages the business on a product segment level not brand level not by brand. The business is comprised of Brakes, Wipers, Filters and the Repairs Group (comprised of Pumps, Plugs, Lifts, and Towing). The acquisitions of BPI and Centric during 2020 created the Brakes business segment which has been further expanded through the acquisitions of IBI and Cardone. FBG's wiper segment was expanded upon in 2019 with the acquisition of Anco – positioning Anco as the value brand and Trico as the premium brand. This segment was complemented with the acquisition of Pylon (with the market leading Michelin brand). In 2020 First Brands' acquisition of Champ Labs was consolidated into the filters division alongside the FRAM brand creating significant market share expansion for both brands due to cross selling opportunities. In other words its impossible to look at the business by brand because one of our core competencies is integration which is why we manage by category
      - Recent organic growth drivers:
        - Units see steady increases as modest growth in VIO, miles driven, age of vehicles, etch all continues, while pricing generally see 3-5% annual increases.  Certain acquisitions see more aggressive price increases and unit growth post-acquisition as FBG standardizes pricing with existing customers and

Confidential
CONFIDENTIAL

JEF_2004_00049517
FBG_CH1_00093660

better upsells/cross-sells products. We are also not afraid to increase prices to customers where we deemed margin to be unacceptable. We acknowledge that this could led to decline in an unprofitable customer which we are okay with. We manage the business to make money not maximize unit
- New programs and product launches in the Wiper and Filter categories have driven sales growth in the second quarter of 2023 and TTM period. Vehicle miles traveled during the third quarter of 2023 exceed levels from the same period of the prior year as they usually do.
- Brakes sales growth was primarily driven by additional volume and new customer wins within the aftermarket offset by the anticipated decline in Cardone volumes in the second quarter and TTM period
- Within Wipers, reported sales within the aftermarket were up primarily from new product launches and converting several large customers from hybrid to beam blades.
- Filter sales continued to improve during the second quarter of 2023 and TTM period, due to new premium product introductions, customer wins and higher consumer miles driven
- In terms of margin
  - The repair group shows strong margin improvements as pricing, headcount reductions, indirect spending, insourcing and purchasing initiatives at Horizon take effect
  - Within the brakes segment, the consolidation of distribution centers and freight routes generated significant savings along with insourcing activities and purchasing initiatives
  - Wipers continue to enjoy higher volumes and margins with new premium product launches such as silicone and ceramic blades along with improved mix
  - Filters show improvements from insourcing and purchasing initiatives, new premium product launches and higher volumes
- We'd like to understand how you view these trends going forward.
  - FBG expects the positive growth trajectory in these products due to underlying industry fundamentals (growing VIO, miles traveled, age of vehicles, etc.), and implementation of internal improvement initiatives.
- *Pricing / Margin JC STOPPED HERE*
  - Walk us through your pricing strategy - how elastic do you think your products are, for branded and private label?
    - First Brands maintains an aggressive pricing strategy with its customers – especially post acquisition.
    - Given FBG's broad portfolio of market leading brands they have significant leverage with customers to force through price increases.
    - FBG's products are highly inelastic given 1) the mission critical nature of FBG's component ensures underlying demand remains consistent / continue to grows as the number of vehicles in operation grows 2) FBG's industry leading fill rate also ensures customer reliance on their products.
    - Fill rate is the #1 metric when aftermarket customers evaluate their suppliers and due to FBG's strong North American manufacturing base (vs competitors mainly APAC reliant supply chains) they are able to significantly outperform the industry.
  - How are the pricing conversations held with the retailers/distributors? How frequently, do they push back, what is pricing negotiations?
    - First brands holds regular check ins with their retail / distribution customers and leverages their strong industry relationships to ensure favorable pricing negotiations.
    - As discussed before FBG's operational footprint and breath of product categories (customers often utilize FBG for multiple products increasing FBG's leverage when negotiating on any one category) gives them the upper hand in these negotiations.

Confidential
CONFIDENTIAL

JEF_2004_00049518
FBG_CH1_00093661

**DEBTORS' EXHIBIT NO. 192**
**Page 2 of 4**

- o *Competition / Market Share Trends*
  - Do you find certain brands losing market share after acquisition, how has market share trended in your key segments (acknowledging you've provided 2022 market shares)?
    - Acquisitions typically increase market share post acquisition due to 1) Cross-selling opportunities leveraging FBG's existing customer relationships 2) Fill rate / quality improvement as a result from tapping into FBG's superior North American manufacturing base.
  - How vulnerable are your products to innovation? How strong are your competitors?
- o *Post-Acquisition Integration*
  - What typically happens to fill rates following an acquisition by First Brands?
    - As discussed above fill rates typically significantly improve post acquisition by First Brands as the acquisition's manufacturing is integrated into the broader FBG manufacturing base.
  - What happens to other KPIs - do they typically drop initially after a brand is bought?
    - While fill rate is the #1 metric for aftermarket customers, other KPIs like product quality tend to increase after a brand is bought.
  - Have cost-cutting initiatives had an impact on customer service / salesforce success?
    - No, if anything integrating manufacturing base has increased customer service in the form of improved fill rates. Additionally, post-acquisition FBG does a comprehensive review of talent both at the acquired company and FBG to determine the best employees to keep in order to ensure the most successful members of the salesforce are the ones that stay on.
- o *Cost Structure*
  - Discuss how much of the cost structure is actual manufacturing vs. just putting your brand on a product or light assembly? [Steve to opine]
  - COGS is ~90% variable - what is included in that? Are manufacturing / factory costs included in COGS (e.g., labor costs)? Would you describe those as semi-variable rather than truly variable?
    - Variable costs included in COGS include – direct materials / raw material spend, direct labor (manufacturing labor), and other variable OH costs.
  - How long does it take you to ramp down costs at manufacturing facilities upon volume slowdown?
    - FBG has significant experience closing unprofitable / low volume lines and reallocating that capacity to other products.
- o *Working Capital*
  - Discuss your use of factoring lines. What factoring lines are used, how much is used, and plans for factoring going forward
    - Factoring is customary in the automotive aftermarket. We will continue to follow industry norms.
  - Discuss working capital cycle
    - In 2021 and 2022 inventory was deliberately built for a number of reasons (supporting new program launches, supply chain issues, potential rail strike etc) and the full corresponding draw down of inventory is now in process. The Company's 2023 target is to reduce inventory by $250 million dollars (already achieved ~$140 million of this), which will bring the TTM net change in WC in line with historic and future amounts
    - Managing liquidity throughout the year does not require specific management of WC. Aside from there being a high demand for wipers in Q4, the Company does not see a big swing in seasonality and does not take any differentiated WC management measures to account for it
- o *Risks*
  - What segment do you believe First Brands is most vulnerable to competition, disintermediation, or secular headwinds?
    - FBG is highly unlikely to be disintermediated due to competition given its significant competitive advantages discussed above (North American manufacturing footprint,

Confidential

CONFIDENTIAL

JEF_2004_00049519

FBG_CH1_00093662

**DEBTORS' EXHIBIT NO. 192**
**Page 3 of 4**

broad portfolio of brands granting increased leverage, proven acquisition / integration playbook) which all have significant barriers to entry.

- Regarding secular headwinds in the very long term EV penetration will have implications for only a small minority of FBG's product portfolio.
- FBG is not worried about EV penetration in the short or even medium term due to 1) long tail of ICE as the car parc continues to evolve 2) in the twilight years of ICE vehicles FBG will experience margin expansion on those targets as they are the only supplier of scale to remain in that industry.
- FBG's portfolio is majority ICE agnostic. The brake and wiper categories are 100% ICE agnostic. In the filter segment, ~80% of revenue is ICE dependent (oil and fuel filters). In the repairs segment, ~40% of revenue is ICE dependent (spark plugs and fuel pumps). Overall, the mix is ~75% ICE agnostic

- What are the biggest risks to First Brands' operations? Bad acquisition? End-market slowdown? ICE disintermediation? Cost-savings initiatives impacting quality / service levels?
    - [Steve to opine]

Timothy Hoffman | Investment Banking | Automotive Aftermarket | Jefferies LLC
Direct: 617.345.8611 | Cell: 617.620.9427
thoffman@jefferies.com

Confidential
CONFIDENTIAL

JEF_2004_00049520
FBG_CH1_00093663

**DEBTORS' EXHIBIT NO. 192**
**Page 4 of 4**