| | |
|---|---|
| **From:** | Jonathan Carey [jcarey@jefferies.com] |
| on behalf of | Jonathan Carey <jcarey@jefferies.com> [jcarey@jefferies.com] |
| **Sent:** | 10/26/2023 5:50:38 PM |
| **To:** | Timothy Hoffman [thoffman@jefferies.com]; Graham, Stephen [Steve.Graham@FirstBrandsGroup.com] |
| **CC:** | Project.Raven.Main.2023 [Project.Raven.Main.2023@jefferies.com] |
| **Subject:** | Re: Project Raven - Diligence Request Packet |

Steve we are obviously pulling you in many directions but timing on this is one is important as they went to IC today and this is last thing on the list to get this done. I know FB does not want to disclose more than necessary so let us know what you think of attached. They have told us that this is final approval and NOT for ongoing reporting. Let us know your thoughts.

JC

Jonathan Carey
Jefferies
+1-617-833-8616
jcarey@jefferies.com

---

**From:** Timothy Hoffman <thoffman@jefferies.com>
**Sent:** Thursday, October 26, 2023 5:20:16 PM
**To:** Graham, Stephen <Steve.Graham@FirstBrandsGroup.com>
**Cc:** Project.Raven.Main.2023 <Project.Raven.Main.2023@jefferies.com>
**Subject:** Project Raven - Diligence Request Packet

Steve – See attached and below for the last remaining dd items for Centerbridge.  Can we get a call here to discuss internally?

1. **Factoring Balances & Cash Flows**: Historical cash flows associated with factoring activities from 2016 LTM Sep 30
   a. We are also looking to know who First Brands' non-customer factoring counterparties are, what are the terms of all factoring facilities, and what could cause these factoring facilities to get pulled
2. **Rebates & Returns**: Historical quarterly gross to net sales reflecting rebates / promotions / discounts and returns provided to customers, in addition to details on rebate / return accruals taken at the beginning of each year and releases on these accruals at the end of each year
3. **By Customer / Product Volume, Revenue, and Share of Wallet**: Historical quarterly volume, revenue, and share of wallet by product for top 10 customers
4. **Historical Quarterly Adj. EBITDA Reconciliation**: Historical quarterly Adj. EBITDA reconciliation, bridging from income statement net income to credit agreement "Consolidated Net Income" to credit agreement Adj. EBITDA (as shown in compliance certificate) from 2019 to LTM Sep 23

Best,
Tim

Timothy Hoffman | Investment Banking | Automotive Aftermarket | Jefferies LLC
Direct: 617.345.8611 | Cell: 617.620.9427
thoffman@jefferies.com

Confidential

CONFIDENTIAL

JEF_2004_00053056
JEF_2004_00053056
FBG_CH1_00093637

**DEBTORS' EXHIBIT NO. 193**
**Page 1 of 1**