| | |
|---|---|
| **From:** | Steve.Graham@firstbrandsgroup.com[Steve.Graham@firstbrandsgroup.com] |
| **Sent:** | Tue 10/31/2023 9:52:58 PM (UTC) |
| **To:** | Baker, Michael[Michael.Baker@firstbrandsgroup.com] |
| **Cc:** | Brumbergs, Andy[andy.brumbergs@firstbrandsgroup.com] |
| **Subject:** | Re: Margin Loan |

Who has been told
Both Carey and Hoffmann have called me earlier today

Sent from my iPhone

> On Oct 31, 2023, at 5:12 PM, Baker, Michael
> <Michael.Baker@firstbrandsgroup.com> wrote:
>
> I've told them pencils down per Patrick so we can ignore any more diligence requests.

KLD002828_0065_0008436

CONFIDENTIAL

FBG_CH1_00093636

**DEBTORS' EXHIBIT NO. 194**
**Page 1 of 1**