| | |
|---|---|
| **From:** | Kristina Allen[kallen@onsetfinancial.com] |
| **Sent:** | Mon 7/1/2024 10:57:50 PM (UTC) |
| **To:** | James, Edward[ed.james@firstbrandsgroup.com]; Brumbergs, Andy[andy.brumbergs@firstbrandsgroup.com] |
| **Cc:** | Kumar, Shekhar[Shekhar.Kumar@firstbrandsgroup.com]; Justin Nielsen[jnielsen@onsetfinancial.com]; Melinda Haynes[mhaynes@onsetfinancial.com]; lfellmeth@onsetfinancial.com[lfellmeth@onsetfinancial.com]; sanderson@onsetfinancial.com[sanderson@onsetfinancial.com]; rematwood@onsetfinancial.com[rematwood@onsetfinancial.com] |
| **Subject:** | FW: Carnaby Inventory IV, LLC 015, 016, 017, 018, 020, 021; Carnaby FA, LLC 002, 003, 004, 005; Trico 015 - Required Inspections |

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mr. James,

Thank you for your reply.  I have updated the list below to gray out the Schedules and/or Locations that we are not pursuing per your discussion with Justin and based on the parameters outlined below.  We will work with Andy as directed and will provide Andy's information to our third-party inspection company to coordinate the completion of these inspections in July.

Kind regards,
Kristina

Kristina Allen
EVP of Documentation
Onset Financial, Inc.



274 West 12300 South
Draper, UT 84020

801.878.0600

onsetfinancial.com

**From:** James, Edward <ed.james@firstbrandsgroup.com>
**Sent:** Friday, June 28, 2024 5:12 PM
**To:** Kristina Allen <kallen@onsetfinancial.com>
**Cc:** Kumar, Shekhar <Shekhar.Kumar@firstbrandsgroup.com>; Justin Nielsen <jnielsen@onsetfinancial.com>; Melinda Haynes <mhaynes@onsetfinancial.com>; Lindsay Fellmeth

CONFIDENTIAL

FBG_CH1_00093600

<lfellmeth@onsetfinancial.com>; Sara Anderson <sanderson@onsetfinancial.com>; Remington Atwood <rematwood@onsetfinancial.com>
**Subject:** RE: Carnaby Inventory IV, LLC 015, 016, 017, 018, 020, 021; Carnaby FA, LLC 002, 003, 004, 005; Trico 015 - Required Inspections

Kristina
We will get organized to have the Inspections in place in July… I am copying Andy who will be in charge of organizing the contacts with Scott on getting the Inspections completed . Note to the Inspection firm that the visits should not last no more than an hour or less as previous inspections …  Focus will be on any Schedule that has expiry longer than 4 months remaining after July to ensure we focus the inspections on the right locations  for expediency

**From:** Kristina Allen <kallen@onsetfinancial.com>
**Sent:** Friday, June 28, 2024 6:35 PM
**To:** James, Edward <ed.james@firstbrandsgroup.com>
**Cc:** Kumar, Shekhar <Shekhar.Kumar@firstbrandsgroup.com>; Justin Nielsen <jnielsen@onsetfinancial.com>; Melinda Haynes <mhaynes@onsetfinancial.com>; lfellmeth@onsetfinancial.com; sanderson@onsetfinancial.com; rematwood@onsetfinancial.com
**Subject:** Carnaby Inventory IV, LLC 015, 016, 017, 018, 020, 021; Carnaby FA, LLC 002, 003, 004, 005; Trico 015 - Required Inspections

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mr. James,

After many months of following, the below listed required inspections remain outstanding. As our inspection company (Aspen Field Services) has had difficulty in reaching you at the phone number you have previously provided (216-589-0198), we need you to provide an alternative contact for each location to get these inspections completed ASAP (contact name, phone, email). Please provide the contact information promptly to allow for these inspections to be completed.

Best,
Kristina

Carnaby Inventory IV, LLC Lease Schedule No. 015
Trico Products Corporation Lease Schedule No. 015
   o 1100 Worldwide Boulevard, Hebron, KY 41048

Carnaby Inventory IV, LLC Lease Schedule No. 015
   o 1600 Industrial Drive, McHenry, IL 60050

Carnaby Inventory IV, LLC Lease Schedule No. 016
Trico Products Corporation Lease Schedule No. 015
   o 200 South 4th Street, Albion, IL 62806

CONFIDENTIAL

FBG_CH1_00093601

○ 301 Industrial Drive, Albion, IL 62806

Carnaby Inventory IV, LLC Lease Schedule No. 017
Carnaby Inventory IV, LLC Lease Schedule No. 018
○ Avenida Los Nogales, s/n lotes 4, 5 y 6 (lots 4, 5 and 6) Parque Industrial Villa Florida (Buildings #1 and #2), Reynosa, Tamaulipas, Mexico

Carnaby Inventory IV, LLC Lease Schedule No. 020
Carnaby FA, LLC Lease Schedule No. 003
○ 32901 West 193rd Street, Edgerton, Kansas 66021

Carnaby Inventory IV, LLC Lease Schedule No. 020
Carnaby Inventory IV, LLC Lease Schedule No. 021
○ 30900 West 185th Street, Edgerton, Kansas 66021

Carnaby FA, LLC Lease Schedule No. 002
○ 310 Ellis Street, Stryker, OH 43557

Carnaby FA, LLC Lease Schedule No. 004
○ 5501 Whitaker Avenue, Philadelphia, Pennsylvania
○ Horizonte 8, Parque Industrial FINSA Oriente, Matamoros Tamaulipas 87499, Mexico

Trico Products Corporation Lease Schedule No. 015
○ 851 Jackson Street, Greenville, OH
○ 1900 & 1995 Billy Mitchell Blvd, Brownsville, TX
○ 2701 Keystone Pacific Parkway, Suite 100, Patterson, CA
○ 51180 Celeste Drive, Shelby Township, MI

Kristina Allen
EVP of Documentation
Onset Financial, Inc.



274 West 12300 South
Draper, UT 84020

801.878.0600

onsetfinancial.com

CONFIDENTIAL

FBG_CH1_00093602