| From: | James, Edward[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F0AC8FFDA06742F789B1F5FF3C3B4673-ED.JAMES] |
|---|---|
| Sent: | Wed 10/25/2023 3:43:41 PM (UTC) |
| To: | Kumar, Shekhar[Shekhar.Kumar@firstbrandsgroup.com]; Baker, Michael[Michael.Baker@firstbrandsgroup.com] |
| Subject: | RE: Upcoming Transaction (October 2023) |

No don't punt.. get them the answers and offer to jump on a call to discuss.. Onset is a friendly and nothing to hide as they are all in with us

---

**From:** Kumar, Shekhar <Shekhar.Kumar@firstbrandsgroup.com>
**Sent:** Wednesday, October 25, 2023 11:29 AM
**To:** James, Edward <ed.james@firstbrandsgroup.com>; Baker, Michael <Michael.Baker@firstbrandsgroup.com>
**Subject:** RE: Upcoming Transaction (October 2023)

We can send over updated documents on the structure.  On Bond, I assume we aren't offering a guarantee from Bond?  Should I just punt on that point and leave it for you to discuss?

---

**From:** James, Edward <ed.james@firstbrandsgroup.com>
**Sent:** Wednesday, October 25, 2023 11:28 AM
**To:** Baker, Michael <Michael.Baker@firstbrandsgroup.com>; Kumar, Shekhar <Shekhar.Kumar@firstbrandsgroup.com>
**Subject:** FW: Upcoming Transaction (October 2023)

Baker
Let's get these answers out before we land .. I don't want to be addressing this structural questions .. Since Bond Acquisition is out of the bag, we will be able use this as part of the Holdings question for Dayco and Dalton next and no reason to hide this now … On her question on GET, Bond is GET is my assumption thus nothing more to add

The FBG Holdings question should be a simple one to answer

---

**From:** Kristina Allen <kallen@onsetfinancial.com>
**Sent:** Wednesday, October 25, 2023 10:52 AM
**To:** Kumar, Shekhar <Shekhar.Kumar@firstbrandsgroup.com>; James, Edward <ed.james@firstbrandsgroup.com>; Gramer, Alana <Alana.Gramer@firstbrandsgroup.com>
**Cc:** Justin Nielsen <jnielsen@onsetfinancial.com>; rematwood@onsetfinancial.com; Melinda Haynes <mhaynes@onsetfinancial.com>; lfellmeth@onsetfinancial.com; sanderson@onsetfinancial.com
**Subject:** RE: Upcoming Transaction (October 2023)

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CONFIDENTIAL

FBG_CH1_00093603

Carnaby Team - Thank you for sending the requested items over. We have reviewed the provided attachments and have a some questions/follow up items based on our review.

Eagle Casting, LLC
- Eagle Casting's Operating Agreement shows its sole member as Bond Street Assets Management, LLC however the Org Chart indicates that Eagle Casting falls directly and wholly under Eagle Casting Holdings, LLC (and we do not see Bond Street Assets Management on the Org Chart).
- Please provide further clarity.
- Please also provide any supporting documentation (amendment to op agreement showing Eagle Casting Holdings as sole Member, or an updated org chart evidencing Bond Street, etc.).

Eagle Casting Holdings, LLC
- Please provide Org docs for Eagle Casting Holdings, LLC including the HQ address.

First Brands Group Holdings, LLC
- Please confirm that First Brands Group Holdings, LLC falls solely under Viceroy at this time – the previous org chart had ownership of FBG Holdings at 66% Viceroy/33% Brake Parts Holdings, Inc.
- Please provide an updated Operating Agreement for First Brands Group Holdings, LLC to include any and all amendments thereto.

GET/Sheppard
- In prior communications, we had information that designated 'GET' as a Parent Guarantor for the Sheppard transaction. Please provide insight as to who this entity is and confirmation as to whether this entity is applicable to this specific transaction.

Thank you for your continued assistance in moving this transaction forward.

Best,
Kristina

Kristina Allen
EVP of Documentation
Onset Financial, Inc.

_____



274 West 12300 South
Draper, UT 84020

801.878.0600

onsetfinancial.com

CONFIDENTIAL                                                                 FBG_CH1_00093604

**From:** Kumar, Shekhar <Shekhar.Kumar@firstbrandsgroup.com>
**Sent:** Tuesday, October 24, 2023 6:25 PM
**To:** James, Edward <ed.james@firstbrandsgroup.com>; Kristina Allen <kallen@onsetfinancial.com>; Gramer, Alana <Alana.Gramer@firstbrandsgroup.com>
**Cc:** Justin Nielsen <jnielsen@onsetfinancial.com>; Remington Atwood <rematwood@onsetfinancial.com>; Melinda Haynes <mhaynes@onsetfinancial.com>; Lindsay Fellmeth <lfellmeth@onsetfinancial.com>; Sara Anderson <sanderson@onsetfinancial.com>
**Subject:** RE: Upcoming Transaction (October 2023)

Hi Kristina:

Please see attached for the org chart and organizational documents you requested as well as the legal description for the Hanover property.  I've discussed with Ed on the proof of the sale to us, and while we don't typically share the purchase agreements, he authorized me to provide you with the attached bill of sale as well as the attached extracts from the APA that show the scope of the acquired assets referred to in the bill of sale.  As you'll see, we acquired the real property as well as all items included in it.

We'll revert on the correct address for each of the three entities shortly.

Best,
 Shekhar

**From:** James, Edward <ed.james@firstbrandsgroup.com>
**Sent:** Tuesday, October 24, 2023 8:02 PM
**To:** kallen@onsetfinancial.com; Kumar, Shekhar <Shekhar.Kumar@firstbrandsgroup.com>; Gramer, Alana <Alana.Gramer@firstbrandsgroup.com>
**Cc:** Justin Nielsen <jnielsen@onsetfinancial.com>; rematwood@onsetfinancial.com; Melinda Haynes <mhaynes@onsetfinancial.com>; lfellmeth@onsetfinancial.com; sanderson@onsetfinancial.com
**Subject:** RE: Upcoming Transaction (October 2023)

Kristina
We will work on these items.. as for the last item Title Transfer , what have we provided in the past in similar acquisitions and we will duplicate that .. I suspect the Bill Sale should be sufficient

**From:** Kristina Allen <kallen@onsetfinancial.com>
**Sent:** Tuesday, October 24, 2023 7:49 PM
**To:** Kumar, Shekhar <Shekhar.Kumar@firstbrandsgroup.com>; James, Edward <ed.james@firstbrandsgroup.com>; Gramer, Alana <Alana.Gramer@firstbrandsgroup.com>
**Cc:** Justin Nielsen <jnielsen@onsetfinancial.com>; rematwood@onsetfinancial.com; Melinda Haynes <mhaynes@onsetfinancial.com>; lfellmeth@onsetfinancial.com; sanderson@onsetfinancial.com
**Subject:** RE: Upcoming Transaction (October 2023)

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

                                                                          FBG_CH1_00093605

Carnaby Team –

Below is a list of items still needed to continue our due diligence and the documentation process:

Updated org chart evidencing the inclusion of the listed entities:
- Carnaby FA, LLC
- Carnaby FA Holdings, LLC
- Eagle Casting, LLC


Org docs for the following entities:
- Eagle Casting, LLC


HQ/principal office address for the listed entities:
- Carnaby FA, LLC
- Carnaby FA Holdings, LLC
- Eagle Casting, LLC


Location – Legal real estate description for the following premises:
- 447 E. Middle Street, Hanover, PA 17331


Title Transfer – We have received the APA evidencing title transfer from Eagle Casting to Carnaby FA. In addition, please provide the following:
- All documentation evidencing transfer of title of the assets (Property) from RH Sheppard to Eagle Casting

    o If more than one transfer occurred, please provide the full chain of title transfer with supporting documentation


Please provide the above listed items for our review.

Kind regards,
Kristina

Kristina Allen
EVP of Documentation
Onset Financial, Inc.



274 West 12300 South
Draper, UT 84020

801.878.0600

CONFIDENTIAL

FBG_CH1_00093606

onsetfinancial.com

---

**From:** Kumar, Shekhar <Shekhar.Kumar@firstbrandsgroup.com>
**Sent:** Monday, October 23, 2023 2:15 PM
**To:** James, Edward <ed.james@firstbrandsgroup.com>; Kristina Allen <kallen@onsetfinancial.com>; Gramer, Alana <Alana.Gramer@firstbrandsgroup.com>
**Cc:** Justin Nielsen <jnielsen@onsetfinancial.com>; Remington Atwood <rematwood@onsetfinancial.com>; Melinda Haynes <mhaynes@onsetfinancial.com>; Lindsay Fellmeth <lfellmeth@onsetfinancial.com>; Sara Anderson <sanderson@onsetfinancial.com>
**Subject:** RE: Upcoming Transaction (October 2023)

Please see attached for the updated purchase agreement.  The org docs for Eagle Casting and the org chart will follow under separate cover.

---

**From:** James, Edward <ed.james@firstbrandsgroup.com>
**Sent:** Monday, October 23, 2023 4:12 PM
**To:** kallen@onsetfinancial.com; Kumar, Shekhar <Shekhar.Kumar@firstbrandsgroup.com>; Gramer, Alana <Alana.Gramer@firstbrandsgroup.com>
**Cc:** Justin Nielsen <jnielsen@onsetfinancial.com>; rematwood@onsetfinancial.com; Melinda Haynes <mhaynes@onsetfinancial.com>; lfellmeth@onsetfinancial.com; sanderson@onsetfinancial.com
**Subject:** RE: Upcoming Transaction (October 2023)

Kristina
Some clarification

1.  RH Sheppard is the former owner and operator of the business and no longer involved in the business and we can remove this for the list of the org chart and ancillary requests below
2.  Eagle Casting is the operator and owner of the assets. The APA will reflect this vs Hanover Realty which will be the change that will be sent over.
3.  Hanover Realty remains as a sole purpose entity that owns the Real Estate and sits outside of the overall org chart of Viceroy and the FBG Holdings Guarantees. Shekhar will provide the Owner Waiver on this entity and there are no mortgages on the property
4.  I will have Shekhar provide an updated org to tie all these entities in

Thanks

---

**From:** Kristina Allen <kallen@onsetfinancial.com>
**Sent:** Monday, October 23, 2023 2:33 PM
**To:** Kumar, Shekhar <Shekhar.Kumar@firstbrandsgroup.com>; James, Edward <ed.james@firstbrandsgroup.com>; Gramer, Alana <Alana.Gramer@firstbrandsgroup.com>
**Cc:** Justin Nielsen <jnielsen@onsetfinancial.com>; rematwood@onsetfinancial.com; Melinda Haynes <mhaynes@onsetfinancial.com>; lfellmeth@onsetfinancial.com; sanderson@onsetfinancial.com
**Subject:** RE: Upcoming Transaction (October 2023)

CONFIDENTIAL

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you for the provided documents – we are in the process of reviewing and will let you know of any questions that may arise.  In the meantime, would you please respond to/provide the items requested below?

Please also provide an updated org chart evidencing the inclusion of the listed entities:
- Hanover Realty, LLC
- Carnaby FA, LLC
- Carnaby FA Holdings, LLC
- Eagle Casting, LLC
- RH Sheppard – not sure of this entity and looking to you to provide additional clarity

> o When researching the provided address in Hanover, PA, it shows as belonging to R.H. Sheppard Co.
> o The asset list provided by Carnaby also lists the plant as being "RH Sheppard Hanover Foundry".
> o Please advise as to the status of the RH Sheppard entity.  Are they slated to be part of this transaction and if so, in what manner?

Please provide org docs for the following entities:
- Eagle Casting, LLC
- RH Sheppard

Please provide the HQ/principal office address for the listed entities:
- Hanover Realty, LLC (expected to obtain an Owner Mortgagee waiver from this entity as well as conducting a UCC search for this entity to verify clear encumbered title passage to Lessee)
- Carnaby FA, LLC (expected to be documented as the Lessee)
- Carnaby FA Holdings, LLC  (expected to be documented as a Guarantor)
- Eagle Casting, LLC (expected to be documented as an authorized User per email chain below)
- RH Sheppard (expected to be documented as an authorized User per email chain below)

Thank you in advance for your assistance.  We'll follow up with any additional questions through our research and documentation process.

Best,
Kristina

Kristina Allen
EVP of Documentation
Onset Financial, Inc.

_____

FBG_CH1_00093608



274 West 12300 South
Draper, UT 84020

801.878.0600

onsetfinancial.com

---

**From:** Kumar, Shekhar <Shekhar.Kumar@firstbrandsgroup.com>
**Sent:** Monday, October 23, 2023 11:43 AM
**To:** James, Edward <ed.james@firstbrandsgroup.com>; Kristina Allen <kallen@onsetfinancial.com>; Gramer, Alana <Alana.Gramer@firstbrandsgroup.com>
**Cc:** Justin Nielsen <jnielsen@onsetfinancial.com>; Remington Atwood <rematwood@onsetfinancial.com>; Melinda Haynes <mhaynes@onsetfinancial.com>; Lindsay Fellmeth <lfellmeth@onsetfinancial.com>; Sara Anderson <sanderson@onsetfinancial.com>
**Subject:** RE: Upcoming Transaction (October 2023)

Please see attached for the underlying purchase agreement.  Please let me know if you need any additional information.

Best,
 Shekhar

---

**From:** Kumar, Shekhar <Shekhar.Kumar@firstbrandsgroup.com>
**Sent:** Monday, October 23, 2023 1:29 PM
**To:** James, Edward <ed.james@firstbrandsgroup.com>; kallen@onsetfinancial.com; Gramer, Alana <Alana.Gramer@firstbrandsgroup.com>
**Cc:** Justin Nielsen <jnielsen@onsetfinancial.com>; rematwood@onsetfinancial.com; Melinda Haynes <mhaynes@onsetfinancial.com>; lfellmeth@onsetfinancial.com; sanderson@onsetfinancial.com
**Subject:** RE: Upcoming Transaction (October 2023)

Kristina:

Further to Ed's email, please see below:

1.  The Borrower will be Carnaby FA, which is a subsidiary of Carnaby FA Holdings, which is a sister company to Carnaby Inventory Holdings IV (both are direct subsidiaries of Carnaby Capital, LLC).  I've attached the formation documents for both Carnaby FA, LLC and Carnaby FA Holdings LLC.
2.  The facility is located at 447 E. Middle Street, Hanover, PA 17331.
3.  The facility is operated by Eagle Casting, LLC and owned (including the assets) by Hanover Realty, LLC.  Both of these entities are affiliates of Carnaby FA and are under our common control.
4.  There is no lien on the facility.
5.  Will share the sale documentation between Hanover Realty and Carnaby FA under separate

CONFIDENTIAL

cover shortly.


Best,
 Shekhar



---

**From:** James, Edward <ed.james@firstbrandsgroup.com>
**Sent:** Monday, October 23, 2023 12:16 PM
**To:** kallen@onsetfinancial.com; Kumar, Shekhar <Shekhar.Kumar@firstbrandsgroup.com>; Gramer, Alana <Alana.Gramer@firstbrandsgroup.com>
**Cc:** Justin Nielsen <jnielsen@onsetfinancial.com>; rematwood@onsetfinancial.com; Melinda Haynes <mhaynes@onsetfinancial.com>; lfellmeth@onsetfinancial.com; sanderson@onsetfinancial.com
**Subject:** RE: Upcoming Transaction (October 2023)

Kristina
See comments

---

**From:** Kristina Allen <kallen@onsetfinancial.com>
**Sent:** Monday, October 23, 2023 11:58 AM
**To:** James, Edward <ed.james@firstbrandsgroup.com>
**Cc:** Justin Nielsen <jnielsen@onsetfinancial.com>; rematwood@onsetfinancial.com; Melinda Haynes <mhaynes@onsetfinancial.com>; lfellmeth@onsetfinancial.com; sanderson@onsetfinancial.com
**Subject:** Upcoming Transaction (October 2023)

> EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Ed,

We are working on putting together documents for an upcoming transaction in relation to the Sheppard Foundry facility.  Below is a list of preliminary questions to get the documentation process moving forward for this newest anticipated transaction.

- **Fixed Assets** –

    o Onset's understanding is that the Property is comprised of Fixed Assets/Equipment and will not include Inventory – Please confirm that this is correct. Correct

- **Property listing** –

    o I have received the attached list as the expected Property listing for this transaction – please confirm this is the accurate list for our use.  Correct

        ▪ Please note that Onset may require additional information in relation to the

CONFIDENTIAL                                                                                           FBG_CH1_00093610

**DEBTORS' EXHIBIT NO. 196**
**Page 8 of 10**

Property included (make, model, serials, and any other specs available for such equipment).

○ Please advise if the listing provided represents all or a portion of the Property at the applicable location. All

• **Lessee –**

○ Please advise if this transaction will be documented under the Trico umbrella with Trico as a Lessee and Sheppard as a User/Co-Lessee, or if this should be documented using the Carnaby IV entity as Lessee It will be Carnaby Fixed Assets .. I will want to keep the Fixed Assets Separate for this plus the other new Fixed Assets financing that we intend to transact. I am copying Shekhar who will provide all the related documents for this new Carnaby.. All other aspects related to the guarantor at FBG Holdings remains the same as that of Carnaby IV
○ Note that we will move forward with Carnaby IV to get the documents started, but will modify as necessary once you provide clarification on this question

• **APA parties (Lessee's acquisition of the assets/Property) –**

○ Onset will need to receive and review a copy of the underlying Asset Purchase Agreement wherein the Property was sold and transferred to the Lessee Shekhar will provide this with APA being documented as being closing as of Oct 23rs given that we intend to fund before Friday Oct 27th
○ Please advise as to the parties that were included in this APA (seller, purchaser, etc.) and how they will apply to our Lease transaction
○ When the Property is transferred to Onset as part of our transaction, please advise as to how Onset will be secured in a first position on the Property

• **User(s) –**

○ Please advise who will be the documented User(s) of the Property Sheppard
○ Which entities will have access to use of the Property? FBG / Sheppard

• **Location –**

○ Please provide the Property Location where the Property is located? In connection with this request, please provide the following: Will have Shekhar provide this information

▪ Full address (including all buildings that are related)
▪ Legal real estate description for the location.
▪ Owner of the real estate together with contact information.
▪ If your company owns the real estate, please provide lienholder information (if any).

Please note that as we receive and review information and move through the documentation process, additional questions may follow.

CONFIDENTIAL

Best,
Kristina


**Kristina Allen**
EVP of Documentation
Onset Financial, Inc.

_____



274 West 12300 South
Draper, UT 84020

801.878.0600

onsetfinancial.com

CONFIDENTIAL

FBG_CH1_00093612