| | |
|---|---|
| **From:** | James, Edward[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F0AC8FFDA06742F789B1F5FF3C3B4673-ED.JAMES] |
| **Sent:** | Thur 10/26/2023 9:47:18 PM (UTC) |
| **To:** | Kumar, Shekhar[Shekhar.Kumar@firstbrandsgroup.com] |
| **Cc:** | Baker, Michael[Michael.Baker@firstbrandsgroup.com] |
| **Subject:** | RE: Carnaby FA, LLC Master Lease Agreement No. OFI1545465 and Lease Schedule No. 001 thereto - Initial Documentation |

No since it a single purpose vehicle .. There will not be any other financing on Eagle Casting in the future as it relates to PPE will be my point unlike FBG

**From:** Kumar, Shekhar <Shekhar.Kumar@firstbrandsgroup.com>
**Sent:** Thursday, October 26, 2023 5:40 PM
**To:** James, Edward <ed.james@firstbrandsgroup.com>
**Cc:** Baker, Michael <Michael.Baker@firstbrandsgroup.com>
**Subject:** Fwd: Carnaby FA, LLC Master Lease Agreement No. OFI1545465 and Lease Schedule No. 001 thereto - Initial Documentation

Do we want to ask them to drop the Eagle Casting UCC the way they drop the FBG ones? Doesn't necessarily matter today, but would if we wanted separate financing there in the future.


Best,

Shekhar
216-906-2744
Begin forwarded message:

> **From:** "James, Edward" <ed.james@firstbrandsgroup.com>
> **Date:** October 26, 2023 at 5:37:49 PM EDT
> **To:** sanderson@onsetfinancial.com, "Gramer, Alana"
> <Alana.Gramer@firstbrandsgroup.com>, "Kumar, Shekhar"
> <Shekhar.Kumar@firstbrandsgroup.com>
> **Cc:** Justin Nielsen <jnielsen@onsetfinancial.com>, Melinda Haynes
> <mhaynes@onsetfinancial.com>, rematwood@onsetfinancial.com, Scott Finlinson
> <sfinlinson@onsetfinancial.com>, kallen@onsetfinancial.com,
> lfellmeth@onsetfinancial.com
> **Subject: RE: Carnaby FA, LLC Master Lease Agreement No. OFI1545465 and Lease Schedule No. 001 thereto - Initial Documentation**


Hold off until I discuss with Justin

**From:** Sara Anderson <sanderson@onsetfinancial.com>
**Sent:** Thursday, October 26, 2023 5:12 PM
**To:** James, Edward <ed.james@firstbrandsgroup.com>; Gramer, Alana

CONFIDENTIAL

FBG_CH1_00093613

**DEBTORS' EXHIBIT NO. 197**
**Page 1 of 6**

<Alana.Gramer@firstbrandsgroup.com>; Kumar, Shekhar
<Shekhar.Kumar@firstbrandsgroup.com>
**Cc:** Justin Nielsen <jnielsen@onsetfinancial.com>; Melinda Haynes
<mhaynes@onsetfinancial.com>; rematwood@onsetfinancial.com; Scott Finlinson
<sfinlinson@onsetfinancial.com>; kallen@onsetfinancial.com;
lfellmeth@onsetfinancial.com
**Subject:** Carnaby FA, LLC Master Lease Agreement No. OFI1545465 and Lease Schedule
No. 001 thereto - Initial Documentation

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not
click links or open attachments unless you recognize the sender and know the content is safe.

Ed,

Please forward to anybody on your side that should be copied on this email.

Attached herewith for review and authorized signature are the following listed documents
relating to Master Lease Agreement No. OFI1545465 and Lease Schedule No. 001
thereto.  Upon completion of review, please print the documents, complete where
applicable, execute accordingly and return via email followed by all executed documents
containing wet ink signatures via overnight mail to my attention and provide us with the
applicable tracking number. Please be advised that the Lease Schedule and Stipulated
Loss Schedule will be stamped as "Original" upon receipt of the executed originals.

Also, we have the following items requiring your attention:
1.  UCC-1 Filings – Please see attached the working copies of the filings listed
below:

1.  UCC-1 for Carnaby FA, LLC as the documented Lessee
2.  UCC-1 for Eagle Casting, LLC as the documented User of the Property
3.  UCC-1 Fixture Filing

2.  Title Transfer

1.  Our understanding is that Eagle Casting, LLC acquired clear title to the
Property from R. H. Sheppard Co., Inc. and that R. H. Sheppard is no longer
operating at the facility in Hanover, PA – the operations are now conducted
by Eagle Casting, LLC

1.  Please confirm

2.  Our further understanding is that Carnaby FA, LLC has acquired clear
title to the Property from Eagle Casting, LLC prior to the closing of the
Lease transaction

1.  Please confirm

3.  Further, prior to funding, Onset requires that Lessee provide the items
listed below evidencing title transfer satisfactory to Lessor for the Property to

be leased and that such items are currently owned free and clear by Carnaby FA, LLC

    1.  Asset Purchase Agreement covering all Property which corresponds directly to the Property listing sent to us by Carnaby FA – received and in review
    2.  Additional backup evidencing that Carnaby FA is the current owner of the Property
    3.  Evidence that the Property is being transferred to Onset free and clear of all liens and encumbrances

1.  Equipment/Property

    1.  In relation to the Property, please update the attached spreadsheet to include the following information for each item of Property, as applicable:

        1.  Make, model and serial #
        2.  Note that this will be accepted post funding but is required for our records

2.  W-9

    1.  Please provide a W-9 for the following entities:

        1.  Eagle Casting, LLC
        2.  Eagle Casting Holdings, LLC

3.  Guarantor Headquarter Locations

    1.  Our records currently reflect the headquarter location(s) for Carnaby Capital Holdings, LLC, Viceroy Private Capital, LLC, and Carnaby Capital, LLC as 19111 Dallas Parkway, Suite 170, Dallas, Texas 75287

        1.  If this is not the correct location for these Guarantors, please advise so that we can update our records and applicable documents accordingly

    2.  Our records currently reflect the headquarter location for First Brands Group Holdings, LLC as Key Tower, 127 Public Square, Suite 5300, Cleveland, Ohio 44114

        1.  If this is not the correct location, please advise so that we can update our records and applicable documents accordingly

4.  ACH

    1.  Please complete the attached ACH form and provide a voided check copy for the related account

CONFIDENTIAL

FBG_CH1_00093615

2. Note – If the paying entity is any other than Carnaby FA, LLC please provide the name of the paying entity so that an updated ACH form may be provided for completion

5. User

1. Our records indicate that the Eagle Casting, LLC will be the user of the Property during the term of the Lease.
2. Please advise if there will be other users of the Property.

6. Property location

1. Our records currently reflect the property location as 447 East Middle Street, Hanover, Pennsylvania 17331
2. If this is not the correct property location, please advise so that we can update our records accordingly

7. Property Attachment

1. An Owner/Mortgagee Waiver has been included in the documentation package for execution by Hanover Realty, LLC as the current owner of the Property Location

8. Inspection

1. Please complete the attached Inspection Information form so that our third-party inspection company can set up a mutually-agreeable time for inspection(s) to take place.

   1. Note that this will be accepted as a post funding item

9. Vague or Blanket liens

1. A UCC search of your company, and the prior Property owners, has been ordered and in the event any filings are found that may be deemed to conflict with our security interest, subordinations from the appropriate parties will be required. An additional email will be sent with requested information upon receipt and review of the UCC search.

10. Government-Issued Identification

1. Please provide copies of government-issued identification for each individual who executes the included documents, including all guaranty agreements and resolutions thereto

11. Any additional items deemed necessary by Lessor may be sent under separate cover.

CONFIDENTIAL

This documentation shall supersede all prior communications, representations, agreements, and understandings, including but not limited to offer letters, proposal letters, comfort letters, commitment letters and the like, and constitutes the entire understanding and agreement between your company and Onset Financial.  Should you have any questions regarding the enclosed, please feel free to contact us at your convenience.  We look forward to working with you and your company.

Kind regards,
Sara

Sara Anderson
Documentation Specialist II
Onset Financial, Inc.



274 West 12300 South
Draper, UT 84020

801.878.0600

onsetfinancial.com

The items listed below are contained in the attachment in the order given.

Master Documentation

1.  Master Lease Agreement No. OFI1545465 - please initial each page including Section 20.n
2.  Master Progress Payment Agreement
3.  Certificate of Resolution – Please note that this document requires the approval and signature of Patrick James as Manager of Carnaby FA, LLC
4.  ACH form – please sign, complete, and return with a voided check copy
5.  Guaranty given by Carnaby Capital Holdings, LLC - together with Certificate of Resolution thereto
6.  Guaranty given by Viceroy Private Capital, LLC - together with Certificate of Resolution thereto
7.  Guaranty given by First Brands Group Holdings, LLC - together with Certificate of Resolution thereto
8.  Guaranty given by Carnaby Capital, LLC - together with Certificate of Resolution thereto
9.  Guaranty given by Carnaby FA Holdings, LLC - together with Certificate of Resolution thereto
10.  Guaranty given by Eagle Casting Holdings, LLC - together with Certificate of Resolution thereto
11.  Guaranty given by Eagle Casting, LLC - together with Certificate of Resolution thereto
12.  Acknowledgement and Waiver as it relates to the Eagle Casting, LLC as the User of the Property at the Property Location of 447 East Middle Street, Hanover, Pennsylvania 17331

CONFIDENTIAL

FBG_CH1_00093617

Schedule No. 001 Documentation

1. Lease Schedule No. 001
2. Stipulated Loss Schedule
3. Insurance Requirements Form – please sign and complete
4. Acceptance and Delivery Certificate dated October 27, 2023 with Exhibit A* thereto
5. Disbursement Letter
6. Certificate of Resolution (Sale of Assets) with Schedule A** thereto in relation to Eagle Casting, LLC
7. Assignment with Exhibit A* thereto
8. Lease Commencement Letter – please sign and date
9. Inspection information form
10. Invoicing information form – please ensure to note if either the Lessee or the Property is tax exempt.  If so, please provide a current exemption form.
11. Owner/Mortgagee Waiver relating to the 447 East Middle Street, Hanover, Pennsylvania 17331 location with Exhibit A, Exhibit A-1, and Exhibit B thereto – Requires signature by the owner of the real property

*Exhibit A is only included once due to size – to be attached to Acceptance and Delivery Certificate and Assignment
**Schedule A only included once due to size – to be attached to Certificate of Resolution (Sale of Assets)

CONFIDENTIAL

FBG_CH1_00093618