| From: | Kumar, Shekhar[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=01E0CC7578C44029A148F5EDE 11EAF29-SHEKHAR KUM] |
|---|---|
| Sent: | Thur 7/28/2022 11:25:09 PM (UTC) |
| To: | Baker, Michael[Michael.Baker@firstbrandsgroup.com] |
| Subject: | Fwd: [External]:RE: Carnaby Inventory IV, LLC |

Just so you're aware.

Best,
Shekhar
216-906-2744

Begin forwarded message:

> **From:** "James, Edward" <ed.james@firstbrandsgroup.com>
> **Date:** July 28, 2022 at 7:17:10 PM EDT
> **To:** "Kumar, Shekhar" <Shekhar.Kumar@firstbrandsgroup.com>
> **Subject: RE: [External]:RE: Carnaby Inventory IV, LLC**
>
>
> Ok. Bring Baker up to speed if he is not and shut this down…..I want the funding tomorrow and I have communicated to Justin that there is no way I am giving the UCC1 on FBG as we put this to bed on the last tranche
>
> **From:** Kumar, Shekhar <Shekhar.Kumar@firstbrandsgroup.com>
> **Sent:** Thursday, July 28, 2022 4:09 PM
> **To:** James, Edward <ed.james@firstbrandsgroup.com>
> **Subject:** FW: [External]:RE: Carnaby Inventory IV, LLC
>
> FYI – I think this will all get sorted out, but sending you the below so you have the latest.
>
> **From:** Kumar, Shekhar
> **Sent:** Thursday, July 28, 2022 7:06 PM
> **To:** Scott Finlinson <sfinlinson@onsetfinancial.com>
> **Subject:** RE: [External]:RE: Carnaby Inventory IV, LLC
>
> Hi Scott:
>
> We have a few different baskets we could use, but for something like this we'd generally be relying on Section 7.05(v) under the ABL that permits unlimited dispositions of inventory so long as the Payment Conditions are satisfied and we deliver an updated Borrowing Base Certificate (which is not required to be delivered prior to the sale).  We

CONFIDENTIAL

FBG_CH1_00093619

are well within the Payment Conditions given our ABL is undrawn (with the only utilization thereunder being approximately $60M of undrawn L/Cs) and deliver BofA updating borrowing base certificates monthly, which will be pro forma for this sale.  On the term loan side we'd generally look to make the disposition pursuant to the unlimited basket in Section 7.05(h) (same basket under both the 1L and 2L).  That provision allows us unlimited dispositions so long as it is made for fair market value, at least 75% of the consideration is cash and there is no ongoing EoD.  We are comfortable that each of those requirements is satisfied with the disposition to the SPE.

Best,
 Shekhar

---

**From:** Scott Finlinson <sfinlinson@onsetfinancial.com>
**Sent:** Thursday, July 28, 2022 6:56 PM
**To:** Kumar, Shekhar <Shekhar.Kumar@firstbrandsgroup.com>
**Subject:** RE: [External]:RE: Carnaby Inventory IV, LLC

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Shekhar,

  I'm still working on this issue with our underwriter.  I'm hopeful that we can get there, but I don't have resolution yet.

  This issue has NOT yet come up, but I'm anticipating this issue.  Specifically, I want to be able to give our under the specific language from the Credit Agreements that allows the inventory to come out from those liens free and clear.

  I see the section you referenced in your email (2nd to last paragraph of Section 7.05). This section says, however, that "to the extent that any Collateral is disposed of as expressly permitted by this Section 7.05 . . ."  What part of Section 7.05 do you look to for disposing of the inventory free and clear.  I see that subsection 7.05(b) applies to inventory, but this language expressly requires it to be in the ordinary course.  I also note that Subsection 7.05(d) requires a transfer to the Loan Party, and the SPE (i.e., Carnaby Inventory IV, LLC) isn't listed as a Loan Party.

Let me know what you think.

Thanks,
Scott

Scott Finlinson
General Counsel
Onset Financial, Inc.
_____

                                                                          FBG_CH1_00093620



274 West 12300 South
Draper, UT 84020

801.878.0600

onsetfinancial.com

**From:** Kumar, Shekhar <Shekhar.Kumar@firstbrandsgroup.com>
**Sent:** Thursday, July 28, 2022 12:32 PM
**To:** Scott Finlinson <sfinlinson@onsetfinancial.com>
**Subject:** [External]:RE: Carnaby Inventory IV, LLC

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
Hi Scott:

Our Credit Agreements actually include auto-release language that permits for an automatic release of the ABL, 1L and 2L liens upon any sale that is permitted under the Credit Agreement (irrespective of whether the sale is in the ordinary course or not), which is why we do not view the UCC filing as needed.  I've attached copies of our credit agreements here for your reference.  Section 7.05 of each of the Credit Agreements includes a variety of different dispositions baskets that we have available for purposes of the initial sale to the SPE.  The penultimate paragraph of Section 7.05 in each of the Credit Agreements also includes the below auto-release language, which would automatically release the agent's liens upon the sale to the SPE.

Auto-Release Language:
To the extent that any Collateral is disposed of as expressly permitted by this Section 7.05 to any Person other than a Loan Party, such Collateral shall be sold free and clear of the Liens created by the Loan Documents, and the Administrative Agent shall be authorized to take (and shall take) any actions deemed appropriate in order to effect the foregoing.

Best,
 Shekhar

**From:** Scott Finlinson <sfinlinson@onsetfinancial.com>
**Sent:** Thursday, July 28, 2022 1:59 PM
**To:** Kumar, Shekhar <Shekhar.Kumar@firstbrandsgroup.com>
**Subject:** Carnaby Inventory IV, LLC

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CONFIDENTIAL

FBG_CH1_00093621

Shekhar,

  Hope all is well.  I'm working on this new Carnaby Inventory IV, LLC transaction.  I understand that First Brands is selling the inventory to Carnaby Inventory IV, and then this Carnaby entity will assign the inventory over to Onset.  We have a new underwriter on this transaction and they are asking if we can file a UCC-1 against First Brands, because First Brands will be the "User" of the equipment.   We've looked at this issue before and we often do file a UCC-1 against a "User" of the equipment (in this case, inventory), but we designate the filing as a Bailor/Bailee filing.

  Are you ok if we file a Bailor/Bailee filing against First Brands in connection with this transaction?

  Additionally, can you give my your rational for showing that the inventory is sold from First Brands to Carnaby Inventory IV, free and clear of any liens from First Brands?  I know that goods sold in the ordinary course are sold free and clear of existing liens, but are we able to qualify this transaction as in the ordinary course?

Will you let me know your thoughts on this issue.  Happy to get on a call and discuss if that would help.

Thanks,
Scott

Scott Finlinson
General Counsel
Onset Financial, Inc.

_____



274 West 12300 South
Draper, UT 84020

801.878.0600

onsetfinancial.com

CONFIDENTIAL

FBG_CH1_00093622

**DEBTORS' EXHIBIT NO. 198**
**Page 4 of 4**