| From: | Kumar, Shekhar[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=01E0CC7578C44029A148F5EDE 11EAF29-SHEKHAR KUM] |
|---|---|
| Sent: | Wed 6/29/2022 12:46:15 PM (UTC) |
| To: | rematwood@onsetfinancial.com[rematwood@onsetfinancial.com]; James, Edward[ed.james@firstbrandsgroup.com] |
| Cc: | Justin Nielsen[jnielsen@onsetfinancial.com]; Baker, Michael[Michael.Baker@firstbrandsgroup.com] |
| Subject: | RE: Carnaby IV lease |
| Attachment: | Carnaby IV Inventory Purchase Agreement.docx |

To add some context to the below, we'd add in the attached provision to the Purchase Agreement regarding further sales (attached in track changes and also copied below).

**Further Purchases**.    Seller hereby agrees that, from and after the date hereof, through the date that is thirty months following the date hereof, Seller shall, upon Buyer's request, sell to Buyer inventory of a similar nature to that sold pursuant to this Agreement at a purchase prices that is consistent with Seller's customary market practices.

Best,
 Shekhar

---

**From:** Kumar, Shekhar
**Sent:** Wednesday, June 29, 2022 12:45 AM
**To:** Remington Atwood <rematwood@onsetfinancial.com>; James, Edward <ed.james@firstbrandsgroup.com>
**Cc:** Justin Nielsen <jnielsen@onsetfinancial.com>
**Subject:** RE: Carnaby IV lease

Hi Remington:

With respect to the first point, we can modify the form of purchase agreement to provide for subsequent sales as well so that it has a construct whereby First Brands would be required to sell similar inventory to Carnaby IV at a consistent price upon the request of Carnaby IV for a period of time that runs through the duration of the Onset sale leaseback arrangement.  If Carnaby IV has the contractual right to make further inventory purchases at the same price, would that get your funding partner comfortable in terms of its ability to satisfy the replenishment obligation under the lease documents?  With respect to the ownership point, yes Patrick is the ultimate 100% owner of Brake Parts Holdings, Inc. as well so the ultimate beneficial owner has not changed at all.  As you may recall from prior org charts, the Brake Parts Holdings Inc. entity previously used to sit a bit lower in the capital structure (it was the parent of Brake Parts Inc LLC), but it was distributed up above at the end of last year for tax purposes.

CONFIDENTIAL

FBG_CH1_00093623

**DEBTORS' EXHIBIT NO. 199**
**Page 1 of 2**

Best,
 Shekhar

---

**From:** Remington Atwood <rematwood@onsetfinancial.com>
**Sent:** Wednesday, June 29, 2022 12:29 AM
**To:** Kumar, Shekhar <Shekhar.Kumar@firstbrandsgroup.com>; James, Edward <ed.james@firstbrandsgroup.com>
**Cc:** Justin Nielsen <jnielsen@onsetfinancial.com>
**Subject:** Carnaby IV lease

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Shekhar/Ed,

Just a couple of follow up questions.
We appreciate your help in getting these so we can get this wrapped up.

Is there or can you create an agreement between First Brands and Carnaby IV that indicates that the inventory will be sold at a discount (as we discussed on the call) and that the inventory will also be replenished as needed to maintain the required "borrowing base" for Carnaby IV? The lease documents indicate that will be the case, but our funding partner would like to see that there is an agreement between First Brands and Carnaby that also reflects that.

Also, on the org chart, can you briefly explain Brake Parts Holdings? Is Patrick the ultimate owner of that entity as well? It looks like it is a partial owner of First Brands Group Holdings, LLC.

Thank you for your assistance!

Remington Atwood
Chief Financial Officer
Onset Financial, Inc.

_____



274 West 12300 South
Draper, UT 84020

801.878.0600

onsetfinancial.com