| From: | Kumar, Shekhar[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=01E0CC7578C44029A148F5EDE 11EAF29-SHEKHAR KUM] |
|---|---|
| Sent: | Tue 4/23/2024 7:25:27 PM (UTC) |
| To: | James, Edward[ed.james@firstbrandsgroup.com] |
| Subject: | FW: Summary of structure for Carnaby FA transaction |

Ed:

All of the below is correct except for the their request for the bailor/bailee UCC. We haven't had those filed in the past and don't think we want them filed now since that would be a filing against FBG entities. I'm happy to confirm the rest of the items for him, but wanted to raise that point with you first.

Best,

Shekhar
216-906-2744

**From:** Scott Finlinson <sfinlinson@onsetfinancial.com>
**Sent:** Tuesday, April 23, 2024 1:57 PM
**To:** Kumar, Shekhar <Shekhar.Kumar@firstbrandsgroup.com>
**Cc:** James, Edward <ed.james@firstbrandsgroup.com>; Justin Nielsen <jnielsen@onsetfinancial.com>; Melinda Haynes <mhaynes@onsetfinancial.com>; kallen@onsetfinancial.com
**Subject:** Summary of structure for Carnaby FA transaction

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Shekhar,

It's been a while since we did our last transaction with Carnaby FA. My recollection is that the structure for Carnaby FA is fundamentally the same as our structure for the Carnaby Inventory transactions. Below is a summary of key points to these transactions that we've discussed with you before. Can you please confirm that we are still viewing the transaction correctly and verify the specific questions we've raised.

- First Brands Group (FBG) can sell assets free and clear from the security interest of its senior lenders pursuant to an auto-release provision found in the applicable Credit Agreements. The auto-release language that we rely on is as follows:

   Auto-Release Language:
   To the extent that any Collateral is disposed of as expressly
   permitted by this Section 7.05 to any Person other than a Loan
   Party, such Collateral shall be sold free and clear of the Liens
   created by the Loan Documents, and the Administrative Agent

CONFIDENTIAL

FBG_CH1_00093625

shall be authorized to take (and shall take) any actions deemed appropriate in order to effect the foregoing.

○ Section 7.05 can be found in the attached Credit Agreements that you previously provided to us.  Are these still the appliable credit agreements?  Have there been any amendments or modifications that impact this provision?

○ We assume that Horizon Global America Inc. ("Horizon") and Cardone Industries Inc. ("Cardone") are both included as part of the Loan Party, as defined in the Credit Agreements.  Is this correct?

○ We also assume that Carnaby FA, LLC is NOT part of the Loan Party.  Is this correct?

• The assets in question (we'll define them as the "Horizon Assets" and "Cardone Assets" for purpose of this email), will be sold from Horizon and Cardone, respectively, to Carnaby FA.  The Horizon Assets and Cardone Assets are sold free and clear of the liens from the senior lenders because this sale complies with the provisions of the auto-release language in the Credit Agreements.

• Once the Horizon Assets and Cardone Assets are held by Carnaby FA, Carnaby FA then enters into the equipment lease transaction with Onset.  Carnaby FA holds the Horizon Assets and Cardone Assets free and clear and grants a first position security interest in these assets to Onset.  Onset files UCC-1 financing statements against Carnaby FA in the appropriate jurisdiction.  In the equipment lease transaction, Onset leases the Horizon Assets and Cardone Assets back Carnaby FA.  Will Carnaby FA allow Horizon and Cardone to use these respective assets? If so, what arrangement will Carnaby FA have with Horizon and Cardone? Alternatively, will another FBG entity use the Horizon Assets and/or Cardone Assets?  Onset does not file UCC-1 financing statements against Horizon, Cardone, or FBG.  However, Onset proposes to file Bailor/Bailee statements against Horizon and Cardone (assuming they will be the actual users of the assets).  Additionally, Onset will require an Acknowledge and Waiver from the entities that uses the assets (again, we assume this will be Horizon and Cardone).  The Acknowledge and Waiver Agreement is signed by the actual user of the assets and acknowledges that the Horizon Assets and the Cardone Assets are being used subject to the equipment lease with Onset.

• When we come to the end of the lease term, Carnaby FA pays off all obligations owed to Onset pursuant to the terms of the lease.  Onset then releases its security interest in the Horizon Assets and Cardone Assets and files appropriate UCC-3 terminations to release the previous filings.

• At this point, Carnaby FA may sell the assets back to Horizon and Cardone (or another FBG entity), or it may not.  This is Carnaby FA's business and does not impact

CONFIDENTIAL

FBG_CH1_00093626

Onset.

Shekhar, let me know if there are any key points that I'm missing or if there's anything that I've misstated here.

Thanks,
Scott

Scott Finlinson
General Counsel
Onset Financial, Inc.



274 West 12300 South
Draper, UT 84020

801.878.0600

onsetfinancial.com

CONFIDENTIAL

FBG_CH1_00093627