| From: | James, Edward[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F0AC8FFDA06742F789B1F5FF3 C3B4673-ED.JAMES] |
|---|---|
| Sent: | Wed 7/30/2025 6:47:50 AM (UTC) |
| To: | Kumar, Shekhar[Shekhar.Kumar@firstbrandsgroup.com]; Baker, Michael[Michael.Baker@firstbrandsgroup.com]; Graham, Stephen[Steve.Graham@FirstBrandsGroup.com] |
| Subject: | FW: [External]:Re: Update Call |

What is he talking about? Do we need to be doing this every time we sell inventory or just do the monthly roll . We are not going to do this every time we sell as it is impossible to administratively to manage. We can address that none of the collateral is going to be included in the current finance nor in the future and more importantly this is going to be repurchased with each paydown is how we deal with this

**From:** Justin Nielsen <jnielsen@onsetfinancial.com>
**Sent:** Wednesday, July 30, 2025 2:07 AM
**To:** James, Edward <ed.james@firstbrandsgroup.com>
**Cc:** Baker, Michael <Michael.Baker@firstbrandsgroup.com>; Graham, Stephen <Steve.Graham@firstbrandsgroup.com>; rematwood@onsetfinancial.com; Kumar, Shekhar <Shekhar.Kumar@firstbrandsgroup.com>; Michael Mayfield <mmayfield@onsetfinancial.com>; Scott Finlinson <sfinlinson@onsetfinancial.com>
**Subject:** Re: [External]:Re: Update Call


FBG team,

ion.  We are worried that our inventory has not been replaced as agreed and is now being offered as collateral under the FBG refinance efforts.

Obviously, if we had the Inventory Reports we would have a better understanding of the status of our collateral.

Justin Nielsen
CEO
Onset Financial, Inc.

CONFIDENTIAL

FBG_CH1_00093628

**DEBTORS' EXHIBIT NO. 201**
**Page 1 of 4**

On Jul 29, 2025, at 11:52 pm, Justin Nielsen <jnielsen@onsetfinancial.com> wrote:

Remington already sent an invite.

I'm concerned that you're refusing our invitation. I look forward to hearing why this is an issue for you.

We also need to discuss why our inventory reports have not been delivered. There has been plenty of time for those to be completed.

These discussion points will not take time away from the 30 minutes allocated for the refinance update.

Justin Nielsen
CEO
Onset Financial, Inc.

_____

On Jul 29, 2025, at 11:21 pm, James, Edward <ed.james@firstbrandsgroup.com> wrote:

Shekhar will send out the FBG call and we will use that call in going forward

Sent from my iPhone

On Jul 30, 2025, at 1:05 AM, Justin Nielsen <jnielsen@onsetfinancial.com> wrote:

Excellent!  Looking forward to catching up for 30 minutes on Friday.

Thank you for the quick response.

Regards,

Justin

Justin Nielsen
CEO
Onset Financial, Inc.

_____

On Jul 29, 2025, at 2:01 pm, Baker, Michael <Michael.Baker@firstbrandsgroup.com> wrote:

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
I don't think intentionally, we're expecting to have the call.

Best,

Michael Baker
216-906-2757

On Jul 29, 2025, at 2:59 PM, Justin Nielsen <jnielsen@onsetfinancial.com> wrote:

 I was notified by Remington that the invitation for the weekly update call had been declined by FBG.

Expecting to have this call of Friday.

CONFIDENTIAL
FBG_CH1_00093630

**DEBTORS' EXHIBIT NO. 201**
**Page 3 of 4**

Additionally, we must have all inventory reports and site visits completed as soon as possible.

Please advise.

Justin Nielsen
CEO
Onset Financial, Inc.

_____

<shield-advisory.png>
<chevron-light.png>
<shield-advisory.png>
<chevron-light.png>

CONFIDENTIAL                                   FBG_CH1_00093631

**DEBTORS' EXHIBIT NO. 201**
**Page 4 of 4**