| | |
|---|---|
| **From:** | James, Edward[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F0AC8FFDA06742F789B1F5FF3 C3B4673-ED.JAMES] |
| **Sent:** | Fri 3/10/2023 7:52:36 PM (UTC) |
| **To:** | Brumbergs, Andy[andy.brumbergs@firstbrandsgroup.com]; Scott Wallace[Scott.Wallace@firstbrandsgroup.com]; Ruminski, Kevin[kevin.ruminski@firstbrandsgroup.com] |
| **Subject:** | FW: Carnaby Inventory IV LS 005 and 006 - Inspections |

All

Inspections for the Onset inventory is needed . Let's coordinate for something in April . Inspection of the inventory should only be to confirm existence of the inventory at the locations and should be no more than 10 mins

**From:** Lindsay Fellmeth <lfellmeth@onsetfinancial.com>
**Sent:** Friday, March 10, 2023 1:58 PM
**To:** James, Edward <ed.james@firstbrandsgroup.com>
**Cc:** Justin Nielsen <jnielsen@onsetfinancial.com>; Melinda Haynes <mhaynes@onsetfinancial.com>; kallen@onsetfinancial.com; sanderson@onsetfinancial.com
**Subject:** Carnaby Inventory IV LS 005 and 006 - Inspections

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning Ed,

As requested, we are working directly with you in order to coordinate the inspections relating to the referenced transactions at the locations detailed below.  As such, and unless otherwise directed, we will have a representative from our third-party inspection company (Aspen Field Services) reach out to you directly in order to coordinate the required inspections.  Alternatively, if there is another contact that you would like for us to coordinate with for either of these locations, please provide the contact information (name, phone, and email) and we will update accordingly.

- Schedule 005: 851 Jackson Street, Greenville, OH 45331 (Inventory review based on inventory list provided)
- Schedule 006:  200 South 4th Street, Albion, IL 62806 and 301 Industrial Drive, Albion, IL 62806, and all related buildings/warehouses within this facility (Inventory review based on inventory list provided)

Best,
Lindsay

Lindsay Fellmeth
VP of Documentation
Onset Financial, Inc.
_____

FBG_CH1_00093632



274 West 12300 South
Draper, UT 84020

801.878.0600

onsetfinancial.com

CONFIDENTIAL

FBG_CH1_00093633

**DEBTORS' EXHIBIT NO. 202**
**Page 2 of 2**