| | |
|---|---|
| **From:** | Joe DiFranco[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=27C51713DA084A879AA4015BC 9127DD5-JOE DIFRANC] |
| **Sent:** | Thur 9/28/2023 7:22:18 PM (UTC) |
| **To:** | Brumbergs, Andy[andy.brumbergs@firstbrandsgroup.com] |
| **Subject:** | FW: [External] Verification |

**From:** Rachel Debrosse <RDebrosse@katsumiglobal.com>
**Sent:** Thursday, September 28, 2023 3:19 PM
**To:** Chernyavskiy, Maks <Maks.Chernyavskiy@firstbrandsgroup.com>
**Cc:** Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>; Miruna Seyhan <miruna.seyhan@trico-group.com>; Tony Garcia <TGarcia@katsumiglobal.com>
**Subject:** RE: [External] Verification

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Maks,

We received the nomination today and it is being processed.  However, we do need to resolve this issue as soon as possible to avoid issues with future nominations.  Also, we will be requesting a sampling of invoice copies with this nomination.

I let the upper level execs know you are out of pocket until Monday.  Please advise what is a good time to set up a meeting with you and your team, and I will send out the invite.

Best regards,
Rachel

_____

Rachel Debrosse, VP - Operations | Katsumi Servicing, LLC | (989) 272-2231 |
rdebrosse@katsumiglobal.com

**From:** Chernyavskiy, Maks <Maks.Chernyavskiy@firstbrandsgroup.com>
**Sent:** Thursday, September 28, 2023 12:45 PM
**To:** Rachel Debrosse <RDebrosse@katsumiglobal.com>
**Cc:** Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>; Miruna Seyhan <miruna.seyhan@trico-group.com>; Tony Garcia <TGarcia@katsumiglobal.com>
**Subject:** RE: [External] Verification

We will need to dig into this when im back in the office since these look like they were back under Zach and Nico. Can we set up something Monday so I have a day to look at it when im back in?

CONFIDENTIAL

FBG_CH1_00093595

**From:** Rachel Debrosse <RDebrosse@katsumiglobal.com>
**Sent:** Thursday, September 28, 2023 11:59 AM
**To:** Chernyavskiy, Maks <Maks.Chernyavskiy@firstbrandsgroup.com>
**Cc:** Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>; Miruna Seyhan <miruna.seyhan@trico-group.com>; Tony Garcia <TGarcia@katsumiglobal.com>
**Subject:** RE: [External] Verification

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Maks,

Our auditors selected invoices from our data tape which is similar to the client asset status report.

The seven invoices selected all have a different value then the invoice copy.

| Samples | Supplier Representative | Supplier | Provider Industry Title | Account Debtor Name | Trade ID | Unique ID (for invoice/seller/account debtor) | Invoice Number | Sample Invoice Amount | Net Invoice Amount | Purchase Date | Discount Rate | Discount Margin | Settlement Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | First Brands Group, LLC | ASC Industries, Inc. | Other Motor Vehicle Parts Manufacturing | Canadian Tire Corporation Limited | 5680 | 7b77778d78fe2c4ef2f99e261cc77c4f79eb389b4b42fb49f451dc8692008c27 | 400738 | $665.96 | | 6/13/23 | 0.0947033 | 2646 2.19 | |
| X | First Brands Group, LLC | Trico Products Corporation | Other Motor Vehicle Parts Manufacturing | CANADIAN TIRE CORP LTD | 5694 | ac78c62ad882404c1170979375d1a13c1120e540175027b23e0c9c34fb335921 | 868652 | $240.35 | | 6/13/23 | 0.0947033 | 2506 0.72 | |
| X | First Brands Group, LLC | Brake Parts Inc LLC | Motor Vehicle Brake Syste | CANADIAN TIRE CORPORATION, | 5696 | 14c8360cc369199aa52f49a4ab4c56e50562d7ff1bf4b132b217158d304219ba | 5136524 | $83,436.23 | | 6/13/23 | 0.0947033 | 1965 9.51 | |

FBG_CH1_00093596

**DEBTORS' EXHIBIT NO. 203**
**Page 2 of 5**

| | | | m Man ufact uring | LIMIT ED | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | First Bran ds Grou p, LLC | CW D, LLC (d/b /a CEN TRIC PAR TS) | Othe r Moto r Vehic le Parts Man ufact uring | CANA DIAN TIRE CORP LTD | 5 5 7 1 | 81c0b078614445c0c41d157bff 6ab732cd6f32ded19052cef122 201f13851d3c | 510 899 1 | $ 44, 878 .82 | | 5/3 1/2 3 | 0.0 941 644 | 18 73 2.1 4 | |
| X | First Bran ds Grou p, LLC | FRA M Gro up Ope rati ons LLC | Othe r Moto r Vehic le Parts Man ufact uring | Walm art Store s Inc | 3 9 9 4 | 69ea539be1ae684e41c45f3ee8 15f312ceaff52b4b75346ffe664e f02473402c | 191 188 397 | $ 8,8 86. 47 | | 12/ 28/ 22 | 0.0 889 584 | 94 78. 51 | 4/5 /23 |
| X | First Bran ds Grou p, LLC | FRA M Gro up Ope rati ons LLC | Othe r Moto r Vehic le Parts Man ufact uring | Walm art Store s Inc | 5 1 8 2 | dfe02a747dabfe7cc1da559bbc7 97436c484593a5fdcdf72e100d e4fc002076d | 191 246 757 | $ 463 .01 | | 4/1 8/2 3 | 0.0 913 889 | 93 93. 24 | 8/2 /23 |
| X | First Bran ds Grou p, LLC | CW D, LLC (d/b /a CEN TRIC PAR TS) | Othe r Moto r Vehic le Parts Man ufact uring | CANA DIAN TIRE CORP LTD | 5 1 7 9 | 700a1840a337687c58c48ef262 88bf72139b1a7f5838060424de 8aa1147c1c81 | 503 295 3 | $ 1,7 16. 51 | | 4/1 8/2 3 | 0.0 913 889 | 92 67. 91 | 8/2 /23 |

Three of these invoices were settled for the amount nominated so again I think there is a step missing as far as why the invoice copy has a different amount than was listed on the nomination.

_____
_____

CONFIDENTIAL                                                                                   FBG_CH1_00093597

**DEBTORS' EXHIBIT NO. 203**
**Page 3 of 5**

Rachel Debrosse, VP - Operations | Katsumi Servicing, LLC | (989) 272-2231 |
rdebrosse@katsumiglobal.com

**From:** Chernyavskiy, Maks <Maks.Chernyavskiy@firstbrandsgroup.com>
**Sent:** Thursday, September 28, 2023 11:45 AM
**To:** Rachel Debrosse <RDebrosse@katsumiglobal.com>
**Cc:** Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>
**Subject:** Re: [External] Verification

Rachel,
What data are you looking at and what are you comparing? I'm out today so cannot support a call

Maks

> On Sep 28, 2023, at 11:31 AM, Rachel Debrosse <RDebrosse@katsumiglobal.com>
> wrote:

> EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> Hi Maks,

> It is urgent that I speak with you regarding the audit samples we received.

> Best regards,

> Rachel Debrosse,
> VP ??? Operations
> Katsumi Servicing, LLC | Office: (989) 272-2231

> # KATSUMI

> This e-mail may contain confidential information of the sending organization.
> Any unauthorized or improper disclosure, copying, distribution, or use of the
> contents of this e-mail and attached document(s) is prohibited.  The
> information contained in this e-mail and attached document(s) is intended
> only for the personal and confidential use of the recipient(s) named above.  If
> you have received this communication in error, please notify the sender
> immediately by e-mail and delete the original e-mail and attached
> document(s).

CONFIDENTIAL

FBG_CH1_00093598

This e-mail may contain confidential information of the sending organization. Â  Any unauthorized or improper disclosure, copying, distribution, or use of the contents of this e-mail and attached document(s) is prohibited. Â  The information contained in this e-mail and attached document(s) is intended only for the personal and confidential use of the recipient(s) named above. Â  If you have received this communication in error, please notify the sender immediately by e-mail and delete the original e-mail and attached document(s).

This e-mail may contain confidential information of the sending organization. Â  Any unauthorized or improper disclosure, copying, distribution, or use of the contents of this e-mail and attached document(s) is prohibited. Â  The information contained in this e-mail and attached document(s) is intended only for the personal and confidential use of the recipient(s) named above. Â  If you have received this communication in error, please notify the sender immediately by e-mail and delete the original e-mail and attached document(s).

CONFIDENTIAL

FBG_CH1_00093599