| From: | Chernyavskiy, Maks[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=22FB136932B14CF29D3DA8586 A8AA133-MAKS CHERNY] |
|---|---|
| Sent: | Thur 9/28/2023 5:08:35 PM (UTC) |
| To: | Brumbergs, Andy[andy.brumbergs@firstbrandsgroup.com] |
| Subject: | FW: Invoice Copies Request |
| Attachment: | 5108991 Canadian Tire- Centric.pdf |
| Attachment: | 5136524 Canadian Tire- Brake.pdf |
| Attachment: | 400738 Canadian tire- Asc.pdf |
| Attachment: | 5032953 Canadian Tire- Centric.pdf |
| Attachment: | 191246757 Walmart - Fram.pdf |
| Attachment: | 191188397 Walmart - Fram.pdf |
| Attachment: | INV 868652 Canadian Tire - Trico.PDF |

Fyi. I let the team know not to send direct info anymore without going through me and/or joe

**From:** Miruna Seyhan <miruna.seyhan@trico-group.com>
**Sent:** Monday, September 25, 2023 5:27 AM
**To:** RDebrosse@katsumiglobal.com
**Cc:** Chernyavskiy, Maks <Maks.Chernyavskiy@firstbrandsgroup.com>; Florin Enache <florin.enache@tricoproducts.com>
**Subject:** FW: Invoice Copies Request

Hi Rachel,

Please find attached the requested invoices.

Best regards,

**Miruna Seyhan**

AR Analyst

**FIRST BRANDS GROUP - Trico**

Trico Wipers Ploiesti SRL

Aricestii Rahtivani, Nr.874, Teren 76, Parcela 396/77, Parc Industrial WDP

Romania, Prahova, 107025

M: +40 740 058 381

Email: miruna.seyhan@trico-group.com

CONFIDENTIAL

FBG_CH1_00093592

**DEBTORS' EXHIBIT NO. 204**
**Page 1 of 3**



**From:** Rachel Debrosse <RDebrosse@katsumiglobal.com>
**Sent:** Friday, September 22, 2023 8:09 PM
**To:** Chernyavskiy, Maks <Maks.Chernyavskiy@firstbrandsgroup.com>; Florin Enache <florin.enache@tricoproducts.com>
**Subject:** Invoice Copies Request

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Maks,

Our auditors have requested copies of the following invoices.  Would you be able to provide these today?

| Supplier Representative | Supplier | Account Debtor Name | Invoice Num |
|---|---|---|---|
| First Brands Group, LLC | ASC Industries, Inc. | Canadian Tire Corporation Limited | 400738 |
| First Brands Group, LLC | Trico Products Corporation | CANADIAN TIRE CORP LTD | 868652 |
| First Brands Group, LLC | Brake Parts Inc LLC | CANADIAN TIRE CORPORATION, LIMITED | 5136524 |
| First Brands Group, LLC | CWD, LLC (d/b/a CENTRIC PARTS) | CANADIAN TIRE CORP LTD | 5108991 |
| First Brands Group, LLC | FRAM Group Operations LLC | Walmart Stores Inc | 191188397 |
| First Brands Group, LLC | FRAM Group Operations LLC | Walmart Stores Inc | 191246757 |
| First Brands Group, LLC | CWD, LLC (d/b/a CENTRIC PARTS) | CANADIAN TIRE CORP LTD | 5032953 |

I appreciate your time and assistance.


Best regards,

Rachel Debrosse,
VP – Operations
Katsumi Servicing, LLC | Office: (989) 272-2231



CONFIDENTIAL

This e-mail may contain confidential information of the sending organization.???? Any unauthorized or improper disclosure, copying, distribution, or use of the contents of this e-mail and attached document(s) is prohibited.???? The information contained in this e-mail and attached document(s) is intended only for the personal and confidential use of the recipient(s) named above.???? If you have received this communication in error, please notify the sender immediately by e-mail and delete the original e-mail and attached document(s).

CONFIDENTIAL

FBG_CH1_00093594