| From: | Joe DiFranco[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=27C51713DA084A879AA4015BC 9127DD5-JOE DIFRANC] |
|---|---|
| Sent: | Thur 9/28/2023 5:09:17 PM (UTC) |
| To: | Brumbergs, Andy[andy.brumbergs@firstbrandsgroup.com] |
| Subject: | FW: Invoice Copies Request |

**From:** Chernyavskiy, Maks <Maks.Chernyavskiy@firstbrandsgroup.com>
**Sent:** Thursday, September 28, 2023 11:49 AM
**To:** Joe DiFranco <Joe.DiFranco@firstbrandsgroup.com>
**Subject:** Fwd: Invoice Copies Request

Not sure where she's pulling this info but we may have an issue

Begin forwarded message:

**From:** Rachel Debrosse <RDebrosse@katsumiglobal.com>
**Date:** September 27, 2023 at 8:48:53 PM EDT
**To:** Miruna Seyhan <miruna.seyhan@trico-group.com>
**Cc:** "Chernyavskiy, Maks" <Maks.Chernyavskiy@firstbrandsgroup.com>, Florin Enache <florin.enache@tricoproducts.com>, Tony Garcia <TGarcia@katsumiglobal.com>
**Subject: RE: Invoice Copies Request**

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good evening,

Can you we have a call in the morning to discuss the samples sent?  It appears the invoice copies you sent do not match the value funded.  Is 11am ET good for you?

| Account Debtor Name | Trade ID | Unique ID (for invoice/seller/account debtor) | Invoice Number | Sample Invoice Amount | Net Invoice Amount |
|---|---|---|---|---|---|
| Canadian Tire Corporation Limited | 5680 | 7b77778d78fe2c4ef2f99e261cc77c4f79eb389b4b42fb49f451 dc8692008c27 | 400738 | $ 665.96 | |
| CANADIAN TIRE CORP LTD | 5694 | ac78c62ad882404c1170979375d1a13c1120e540175027b23 e0c9c34fb335921 | 868652 | $ 240.35 | |

CONFIDENTIAL

FBG_CH1_00093588

**DEBTORS' EXHIBIT NO. 205**
**Page 1 of 4**

| CANADIAN TIRE CORPORATION, LIMITED | 5696 | 14c8360cc369199aa52f49a4ab4c56e50562d7ff1bf4b132b217158d304219ba | 5136524 | $ 83,436.23 | |
| CANADIAN TIRE CORP LTD | 5571 | 81c0b078614445c0c41d157bff6ab732cd6f32ded19052cef122201f13851d3c | 5108991 | $ 44,878.82 | |
| Walmart Stores Inc | 3994 | 69ea539be1ae684e41c45f3ee815f312ceaff52b4b75346ffe664ef02473402c | 191188397 | $ 8,886.47 | |
| Walmart Stores Inc | 5182 | dfe02a747dabfe7cc1da559bbc797436c484593a5fdcdf72e100de4fc002076d | 191246757 | $ 463.01 | |
| CANADIAN TIRE CORP LTD | 5179 | 700a1840a337687c58c48ef26288bf72139b1a7f5838060424de8aa1147c1c81 | 5032953 | $ 1,716.51 | |

_____

_____
Rachel Debrosse, VP - Operations | Katsumi Servicing, LLC | (989) 272-2231 |
rdebrosse@katsumiglobal.com

**From:** Miruna Seyhan <miruna.seyhan@trico-group.com>
**Sent:** Monday, September 25, 2023 5:27 AM
**To:** Rachel Debrosse <RDebrosse@katsumiglobal.com>
**Cc:** Chernyavskiy, Maks <Maks.Chernyavskiy@firstbrandsgroup.com>; Florin Enache <florin.enache@tricoproducts.com>
**Subject:** [External] FW: Invoice Copies Request

Hi Rachel,

Please find attached the requested invoices.

Best regards,

**Miruna Seyhan**

AR Analyst

**FIRST BRANDS GROUP - Trico**

Trico Wipers Ploiesti SRL

Aricestii Rahtivani, Nr.874, Teren 76, Parcela 396/77, Parc Industrial WDP

CONFIDENTIAL

FBG_CH1_00093589

Romania, Prahova, 107025

M: +40 740 058 381

Email: miruna.seyhan@trico-group.com



**From:** Rachel Debrosse <RDebrosse@katsumiglobal.com>
**Sent:** Friday, September 22, 2023 8:09 PM
**To:** Chernyavskiy, Maks <Maks.Chernyavskiy@firstbrandsgroup.com>; Florin Enache
<florin.enache@tricoproducts.com>
**Subject:** Invoice Copies Request

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not
click links or open attachments unless you recognize the sender and know the content is safe.

Hi Maks,

Our auditors have requested copies of the following invoices.  Would you be able to
provide these today?

| Supplier Representative | Supplier | Account Debtor Name | Invoice Num |
|---|---|---|---|
| First Brands Group, LLC | ASC Industries, Inc. | Canadian Tire Corporation Limited | 400738 |
| First Brands Group, LLC | Trico Products Corporation | CANADIAN TIRE CORP LTD | 868652 |
| First Brands Group, LLC | Brake Parts Inc LLC | CANADIAN TIRE CORPORATION, LIMITED | 5136524 |
| First Brands Group, LLC | CWD, LLC (d/b/a CENTRIC PARTS) | CANADIAN TIRE CORP LTD | 5108991 |
| First Brands Group, LLC | FRAM Group Operations LLC | Walmart Stores Inc | 191188397 |
| First Brands Group, LLC | FRAM Group Operations LLC | Walmart Stores Inc | 191246757 |
| First Brands Group, LLC | CWD, LLC (d/b/a CENTRIC PARTS) | CANADIAN TIRE CORP LTD | 5032953 |

I appreciate your time and assistance.


Best regards,

Rachel Debrosse,

CONFIDENTIAL

FBG_CH1_00093590

VP – Operations
Katsumi Servicing, LLC | Office: (989) 272-2231



This e-mail may contain confidential information of the sending organization.???? Any unauthorized or improper disclosure, copying, distribution, or use of the contents of this e-mail and attached document(s) is prohibited.???? The information contained in this e-mail and attached document(s) is intended only for the personal and confidential use of the recipient(s) named above.???? If you have received this communication in error, please notify the sender immediately by e-mail and delete the original e-mail and attached document(s).

CONFIDENTIAL

FBG_CH1_00093591