| From: | Toby Dahm[TDahm@katsumiglobal.com] |
|---|---|
| Sent: | Thur 9/28/2023 7:57:32 PM (UTC) |
| To: | James, Edward[ed.james@firstbrandsgroup.com]; Brumbergs, Andy[andy.brumbergs@firstbrandsgroup.com]; Chernyavskiy, Maks[maks.chernyavskiy@firstbrandsgroup.com] |
| Cc: | Tim King[TKing@katsumiglobal.com]; Thad Alexander[TAlexander@katsumiglobal.com] |
| Subject: | Urgent Request for Katsumi Audit Response |

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Ed, Andy and Maks,

We need your help addressing discrepancies that our Audit firm, PwC has discovered.  PwC requested that we pull a total of 27 sample invoices out of a pool of tens of thousands of invoices and of those random 27 invoices, 7 belonged to First Brands (26%).  All 7 of those (100%) have discrepancies as shown in the table below:

| Supplier | Account Debtor Name | Invoice Number | Sample Invoice Amount |
|---|---|---|---|
| ASC Industries, Inc. | Canadian Tire Corporation Limited | 400738 | $ 665. |
| Trico Products Corporation | CANADIAN TIRE CORP LTD | 868652 | $ 240. |
| Brake Parts Inc LLC | CANADIAN TIRE CORPORATION, LIMITED | 5138524 | $ 83,436. |
| CWD, LLC (d/b/a CENTRIC PARTS) | CANADIAN TIRE CORP LTD | 5108991 | $ 44,878. |
| FRAM Group Operations LLC | Walmart Stores Inc | 191188397 | $ 8,886. |
| FRAM Group Operations LLC | Walmart Stores Inc | 191246757 | $ 463. |
| CWD, LLC (d/b/a CENTRIC PARTS) | CANADIAN TIRE CORP LTD | 5032953 | $ 1,716. |
| | | | $140,287 |

The amount of discrepancies is huge.  It is imperative that we resolve this as soon as possible, due to the magnitude.  We urgently ask that you and your team provide information that addresses these so we can respond to our auditors with data that reconciles them.  We want to provide a prompt and satisfactory response due to the significance of the statistics I mentioned above.

Your prompt response is appreciated.

Thank you,
Toby

This e-mail may contain confidential information of the sending

CONFIDENTIAL

FBG_CH1_00093584

organization.???? Any unauthorized or improper disclosure, copying, distribution, or use of the contents of this e-mail and attached document(s) is prohibited.???? The information contained in this e-mail and attached document(s) is intended only for the personal and confidential use of the recipient(s) named above.???? If you have received this communication in error, please notify the sender immediately by e-mail and delete the original e-mail and attached document(s).

CONFIDENTIAL

FBG_CH1_00093585

**DEBTORS' EXHIBIT NO. 207**
**Page 2 of 2**