| | |
|---|---|
| **From:** | Botescu, Vlad[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C63A02B30CC746008ABC34215 F919A17-VLAD.BOTESC] |
| **Sent:** | Thur 9/28/2023 6:16:44 PM (UTC) |
| **To:** | Brumbergs, Andy[andy.brumbergs@firstbrandsgroup.com] |
| **Subject:** | Katsumi Nomination files for requested invoices |
| **Attachment:** | 20230613 Trico Trade.xlsx |
| **Attachment:** | 20230613 ASC Trade.xlsx |
| **Attachment:** | 20230531 Centric Trade.xlsx |
| **Attachment:** | 20230418 Fram Trade.xlsx |
| **Attachment:** | 20230613 BrakeParts Trade.xlsx |
| **Attachment:** | 20230418 Centric Trade.xlsx |
| **Attachment:** | 20221228 Fram Trade.xlsx |

Hi Andy,

Please find attached the nomination files for the requested invoices:

| BU | Customer | Date | Invoice # |
|---|---|---|---|
| ASC | Canadian Tire | 6/2/2023 | 400738 |
| Trico | Canadian Tire | 6/7/2023 | 868652 |
| BPI | Canadian Tire | 6/2/2023 | 5136524 |
| Centric | Canadian Tire | 5/19/2023 | 5108991 |
| FRAM | Walmart | 12/20/2022 | 191188397 |
| FRAM | Walmart | 4/11/2023 | 191246757 |
| Centric | Canadian Tire | 4/11/2023 | 5032953 |

Best regards,
**Vlad Botescu**
Finance Analyst
**FIRST BRANDS GROUP - Trico**

Trico Wipers Ploiesti SRL
Aricestii Rahtivani, Nr.874, Teren 76, Parcela 396/77, Parc Industrial WDP
Romania, Prahova, 107025
M: +40 748 264 956
Email: vlad.botescu@trico-group.com

CONFIDENTIAL

FBG_CH1_00093582

**DEBTORS' EXHIBIT NO. 208**
**Page 1 of 2**



CONFIDENTIAL

FBG_CH1_00093583

**DEBTORS' EXHIBIT NO. 208**
**Page 2 of 2**