| From: | Brumbergs, Andy[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A48ACBF298164D6C912E61805 B50A737-ANDY.BRUMBE] |
|---|---|
| Sent: | Fri 12/15/2023 4:08:47 PM (UTC) |
| To: | Botescu, Vlad[vlad.botescu@trico-group.com]; Florin Enache[florin.enache@firstbrandsgroup.com] |
| Cc: | Joe DiFranco[Joe.DiFranco@firstbrandsgroup.com] |
| Subject: | FW: FBG Nomination Files - 12.19.23 |
| Attachment: | 20231219 BrakeParts Trade - Benchmark r1.xlsx |

Vlad and Florin –

This has happened a couple times now and Katsumi has been accommodating, but can you guys create a check point in the weekly nomination file process to make sure duplicate invoices are not captured?  We can't continue to sell the same invoice # twice.

Please have this control point in place before next week's load process

**From:** Mark Benson <mbenson@katsumiglobal.com>
**Sent:** Thursday, December 14, 2023 6:09 PM
**To:** Botescu, Vlad <Vlad.Botescu@trico-group.com>
**Cc:** Rachel Debrosse <RDebrosse@katsumiglobal.com>; Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>; Treasury <treasury@trico-group.com>; Florin Enache <florin.enache@tricoproducts.com>
**Subject:** RE: FBG Nomination Files - 12.19.23
**Importance:** High

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Vlad,
Apologies for the late email, but during our processing, we discovered that 60 invoices totaling $478,436.39 from BPI were in fact previously nominated and purchased by us.  Given the window, we will remove those duplicate invoices and continue processing the remaining invoices that are not duplicates.  Below is a picture of the duplicate invoices.  I've attached a spreadsheet that shows your original nomination with the duplicates highlighted in red, and revised nomination with those invoices removed.  Please confirm your acceptance of this revised nomination as reflected on the "Corrected Purchase" tab so that we may continue to process for funding.

CONFIDENTIAL

**DEBTORS' EXHIBIT NO. 209**
**Page 1 of 4**

| Account Debtor Name | Account Debtor ID | Invoice Number | Seller | Net Invoice Amount | Seller |
|---|---|---|---|---|---|
| GENERAL MOTORS OF CANADA COMPANY | 15345 | 5496447 | BPI | $ 4,787.41 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496242 | BPI | $ 3,409.67 | $ |
| GENERAL MOTORS OF CANADA COMPANY | 15345 | 5496457 | BPI | $ 7,873.02 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496390 | BPI | $ 9,162.26 | $ |
| GENERAL MOTORS OF CANADA COMPANY | 15345 | 5496494 | BPI | $ 9,920.42 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496195 | BPI | $ 4,776.08 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496322 | BPI | $ 10,506.50 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496329 | BPI | $ 12,471.41 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496385 | BPI | $ 4,435.57 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496214 | BPI | $ 13,693.91 | $ |
| GENERAL MOTORS OF CANADA COMPANY | 15345 | 5496386 | BPI | $ 10,770.65 | $ |
| GENERAL MOTORS OF CANADA COMPANY | 15345 | 5496350 | BPI | $ 6,482.58 | $ |
| GENERAL MOTORS OF CANADA COMPANY | 15345 | 5496221 | BPI | $ 6,180.97 | $ |
| GENERAL MOTORS OF CANADA COMPANY | 15345 | 5496426 | BPI | $ 9,703.75 | $ |
| GENERAL MOTORS OF CANADA COMPANY | 15345 | 5496444 | BPI | $ 2,152.03 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496345 | BPI | $ 12,822.04 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496412 | BPI | $ 2,050.44 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496330 | BPI | $ 3,287.46 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496446 | BPI | $ 13,127.81 | $ |
| GENERAL MOTORS OF CANADA COMPANY | 15345 | 5496436 | BPI | $ 333.16 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496368 | BPI | $ 8,542.79 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496328 | BPI | $ 14,421.76 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496228 | BPI | $ 12,270.30 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496448 | BPI | $ 10,736.88 | $ |
| GENERAL MOTORS OF CANADA COMPANY | 15345 | 5496194 | BPI | $ 3,283.52 | $ |
| GENERAL MOTORS OF CANADA COMPANY | 15345 | 5496367 | BPI | $ 12,522.27 | $ |
| GENERAL MOTORS OF CANADA COMPANY | 15345 | 5496319 | BPI | $ 10,712.84 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496430 | BPI | $ 13,935.57 | $ |
| GENERAL MOTORS OF CANADA COMPANY | 15345 | 5496517 | BPI | $ 7,277.54 | $ |
| GENERAL MOTORS OF CANADA COMPANY | 15345 | 5496460 | BPI | $ 13,273.61 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496493 | BPI | $ 9,401.86 | $ |
| GENERAL MOTORS OF CANADA COMPANY | 15345 | 5496318 | BPI | $ 10,245.19 | $ |
| GENERAL MOTORS OF CANADA COMPANY | 15345 | 5496331 | BPI | $ 4,352.70 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496388 | BPI | $ 2,505.52 | $ |
| GENERAL MOTORS OF CANADA COMPANY | 15345 | 5496192 | BPI | $ 11,654.81 | $ |
| GENERAL MOTORS OF CANADA COMPANY | 15345 | 5496349 | BPI | $ 5,215.55 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496196 | BPI | $ 13,551.94 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496327 | BPI | $ 10,651.29 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496335 | BPI | $ 13,279.31 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496191 | BPI | $ 7,920.29 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496324 | BPI | $ 14,425.86 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496407 | BPI | $ 13,549.91 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496422 | BPI | $ 10,333.30 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496520 | BPI | $ 12,536.35 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496353 | BPI | $ 1,601.14 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496238 | BPI | $ 8,995.48 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496325 | BPI | $ 9,455.23 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496437 | BPI | $ 2,504.36 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496438 | BPI | $ 5,877.47 | $ |
| GENERAL MOTORS CORP SPO | 7250 | 5496219 | BPI | $ 3,671.80 | $ |

CONFIDENTIAL

FBG_CH1_00093579

Best,
Mark

Mark R. Benson
Chief Operating Officer
Katsumi Servicing, LLC | Office: (989) 272-2196   Cell: (248) 705-8109

**From:** Botescu, Vlad <Vlad.Botescu@trico-group.com>
**Sent:** Thursday, December 14, 2023 1:59 PM
**To:** Mark Benson <mbenson@katsumiglobal.com>
**Cc:** Rachel Debrosse <RDebrosse@katsumiglobal.com>; Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com>; Treasury <treasury@trico-group.com>; Florin Enache <florin.enache@tricoproducts.com>
**Subject:** [External] FBG Nomination Files - 12.19.23

Hi Mark,

Here are today's nominations files. Please let me know if you have any questions. Thanks!
Best regards,
**Vlad Botescu**
Finance Analyst
**FIRST BRANDS GROUP - Trico**

Trico Wipers Ploiesti SRL
Aricestii Rahtivani, Nr.874, Teren 76, Parcela 396/77, Parc Industrial WDP
Romania, Prahova, 107025
M: +40 748 264 956
Email: vlad.botescu@trico-group.com

 

This e-mail may contain confidential information of the sending organization.???? Any unauthorized or improper disclosure, copying, distribution, or use of the contents of this e-mail and attached document(s) is prohibited.???? The information contained in this e-mail and attached document(s) is intended only for the personal and confidential use of the recipient(s) named above.???? If you have received this communication in error, please notify the sender immediately by e-mail and delete the original e-mail and attached document(s).

CONFIDENTIAL

CONFIDENTIAL

FBG_CH1_00093581

**DEBTORS' EXHIBIT NO. 209**
**Page 4 of 4**