| | |
|---|---|
| **From:** | James, Edward [ed.james@firstbrandsgroup.com] |
| **on behalf of** | James, Edward <ed.james@firstbrandsgroup.com> [ed.james@firstbrandsgroup.com] |
| **Sent:** | 1/14/2023 2:34:57 PM |
| **To:** | keith.dondl@jefferies.com |
| **CC:** | Kishore Bukkarayasamudram [kishore.bukkaraya@jefferies.com]; Ross Berger [ross.berger@jefferies.com] |
| **Subject:** | RE: First Brands Group - LAM Credit/Due Diligence Questions for Pre Existing Jefferies AR Facility |

**Importance:**   High

[External Message]

Ross

As discuss with Keith , the HZ Global transaction and incremental raise is the result of Jeffries making the recommendation to FBG to acquire it and our decision tree relies on any future acquisition being neutral to our existing cash position and ability to continue grow organically. For this logic, Jeffries as the administrative agent was rewarded handsomely for both the transaction and increasing the raise and I will need to keep any future recommendations in mind if there is going to be any concerns when I request additional capacity for my organic growth. I am available to discuss this weekend if needed as I am surprised by the length of the questions when I have grown this facility with no issues or default.. What is more important is that Jeffries has preview of the information given that they are our administrative agents and presents our information for any incremental raise or any quarterly review

Keith

Call me on Monday to go over these questions but note that the balance sheet and audited results covers the questions that credit needs ..Nothing not covered by our financials and my responses will duplicate our lender presentation questions. I will get Steve on the call to go any of these questions if this is needed as well.   As mentioned, we are going to be in NY next week if we need to meet

**From:** Keith Dondl <keith.dondl@jefferies.com>
**Sent:** Friday, January 13, 2023 9:51 PM
**To:** James, Edward <ed.james@firstbrandsgroup.com>
**Cc:** Kishore Bukkarayasamudram <kishore.bukkaraya@jefferies.com>; Ross Berger <ross.berger@jefferies.com>
**Subject:** First Brands Group - LAM Credit/Due Diligence Questions for Pre Existing Jefferies AR Facility

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**Hi Ed,**

*Thank you for the call today.  As discussed, please see below a summary of the questions we are looking for answers to:*

1. What is the aggregate $ amount of all **Inventory** financing facilities in place and what are the due dates for each of these facilities?
2. What is the aggregate $ amount of all **Payables** facilities in place and what are the due dates for each of these facilities?
3. What is the aggregate $ amount of all **AR securitization** facilities in place and what are the due dates for each of these facilities?
4. Are there any other **AR facilities** in place in addition to the Jefferies A/R facility with our group?
5. What is your projection of the Cash Interest Expense for the full year 2023 assuming current interest rates remain constant?
6. What was FBG's actual annual AR Factoring costs for 2022?
7. How much of the $1B in cash is domiciled in the US?

Confidential

CONFIDENTIAL

JEF_2004_00072756
JEF_2004_00072756
FBG_CH1_00093542

8. Can you please provide some dates for an onsite visit over the next few weeks for our annual review which is past due at this point.

9. Can you please help facilitate a call with FBG's CFO as it has been quite some time since last we spoke with him.

Best regards,

Keith Dondl

**Jefferies | Leucadia Asset Management – Trade Finance Group**
520 Madison Avenue | New York, NY 10022
Tel: 212-778-8463
Cell: 845-745-1544
keith.dondl@jefferies.com | www.jefferies.com

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited.

Confidential

CONFIDENTIAL

JEF_2004_00072757
JEF_2004_00072756
FBG_CH1_00093543