**From:**         James, Edward [ed.james@firstbrandsgroup.com]
**on behalf of**    James, Edward <ed.james@firstbrandsgroup.com> [ed.james@firstbrandsgroup.com]
**Sent:**         1/18/2023 4:11:34 PM
**To:**          Ross Berger [ross.berger@jefferies.com]
**Subject:**     RE: Meeting

Ross
No worries . Let's get through this as I have lots of business to give especially with the acquisitions coming on board. EU factoring is going to be significant

**From:** Ross Berger <ross.berger@jefferies.com>
**Sent:** Tuesday, January 17, 2023 8:48 PM
**To:** James, Edward <ed.james@firstbrandsgroup.com>; Kishore Bukkarayasamudram <kishore.bukkaraya@jefferies.com>
**Cc:** keith.dondl@jefferies.com; Graham, Stephen <Steve.Graham@FirstBrandsGroup.com>; Crichlow, Sean <sean.crichlow@firstbrandsgroup.com>
**Subject:** Re: Meeting

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks for organizing.

**From:** James, Edward <ed.james@firstbrandsgroup.com>
**Sent:** Tuesday, January 17, 2023 5:20:50 PM
**To:** Kishore Bukkarayasamudram <kishore.bukkaraya@jefferies.com>
**Cc:** Ross Berger <ross.berger@jefferies.com>; Keith Dondl <keith.dondl@jefferies.com>; Graham, Stephen <Steve.Graham@FirstBrandsGroup.com>; Crichlow, Sean <sean.crichlow@firstbrandsgroup.com>
**Subject:** Re: Meeting

Ok. Let me know what time and Sean will coordinate guest passes. Also let us know the agenda if there are anything specific that you want to discuss and Steve and I will address

Sent from my iPhone

On Jan 17, 2023, at 8:04 PM, Kishore Bukkarayasamudram <kishore.bukkaraya@jefferies.com> wrote:

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ed,
We plan to be there on Jan 26th - Thursday.
Thank you.

**From:** James, Edward <ed.james@firstbrandsgroup.com>
**Sent:** Tuesday, January 17, 2023 1:52:12 PM
**To:** Ross Berger <ross.berger@jefferies.com>; Kishore Bukkarayasamudram <kishore.bukkaraya@jefferies.com>; Keith Dondl <keith.dondl@jefferies.com>; Graham, Stephen <Steve.Graham@FirstBrandsGroup.com>

Confidential
CONFIDENTIAL

JEF_2004_00072812
FBG_CH1_00093526

**DEBTORS' EXHIBIT NO. 215**
**Page 1 of 2**

**Cc:** Crichlow, Sean <sean.crichlow@firstbrandsgroup.com>
**Subject:** Meeting

[External Message]

Ross/Kishore

Steve and I are available to host the LAM team next week . I am copying Sean who will coordinate the guest passes for the visit to our offices

Sean

Kindly provide our address and coordinate anything that the LAM team needs
Edward James
Executive Vice President
127 Public Square Suite 5300, Cleveland, OH 44114
**Direct:** | **Email:** ed.james@firstbrandsgroup.com

**DISCLAIMER:** This electronic message together with any attachments is confidential. If you are not the intended recipient, do not copy, disclose, or use the contents in any way. Please also advise us by return e-mail that you have received the message and then please destroy. The sender is not responsible for any changes made to this message and / or any attachments after the message and attachments are initial sent. We use virus scanning software but exclude all liability for viruses or anything similar in this email or any attachment.

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited.

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited.

Confidential
CONFIDENTIAL

JEF_2004_00072813
FBG_CH1_00093527

**DEBTORS' EXHIBIT NO. 215**
**Page 2 of 2**