| From: | Brumbergs, Andy [andy.brumbergs@firstbrandsgroup.com] |
|---|---|
| on behalf of | Brumbergs, Andy <andy.brumbergs@firstbrandsgroup.com> [andy.brumbergs@firstbrandsgroup.com] |
| Sent: | 2/3/2023 4:34:50 PM |
| To: | keith.dondl@jefferies.com |
| CC: | James, Edward [ed.james@firstbrandsgroup.com]; Graham, Stephen [Steve.Graham@FirstBrandsGroup.com] |
| Subject: | RE: FBG - Invoice Verification |
| Attachments: | Inv Verification Documentation.zip |

[External Message]

Hi Keith –

Attaching documentation for the 8 transactions selected for testing.

For each transaction, we have provided the invoice, payment and remittance detail.

---

**From:** Keith Dondl <keith.dondl@jefferies.com>
**Sent:** Monday, January 30, 2023 1:01 PM
**To:** James, Edward <ed.james@firstbrandsgroup.com>; Graham, Stephen <Steve.Graham@FirstBrandsGroup.com>
**Cc:** Kishore Bukkarayasamudram <kishore.bukkaraya@jefferies.com>
**Subject:** FBG - Invoice Verification

> EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**Hi Ed/Steve,**

Thanks for your time last week.

in regards to the invoice verification we discussed, could you please assist with facilitating a call with your ops team to go through the following items via video zoom. The goal of the exercise is to walk through the invoice lifecycle and associated cash movements from step 1 through 4 below for each invoice.

For the following invoices listed in the attached file, we would like to see the following:
1) A copy of the unredacted invoice that is sold to LAM.
2) Within the AP portal(s) where FBG has access(These would be your large customers where FBG participates in the Supply Chain Financing program):
    a. Validate the Supplier request  (example: FBG's upload to the portal) at the invoice level.
    b. Validate the Buyer/Obligor acceptance of early pay (example: O'Reilly digitally approving the invoice).
    c. Validate the funder acceptance (Example: Funder digitally approving the invoice within the portal).
3) Please provide proof of payment from AP Funder to FBG (example: MUFG paying to FBG on the same invoice).
    a. We are looking for the amount that was wired, the date of the wire, where the funds came from, and where the funds went to.
        i. If the wire is an aggregate of multiple invoice payments, please provide a data file that shows the list of invoices that comprise the wire amount including the invoice #, invoice amount, payment date, obligor name, seller/supplier name for each invoice.

Confidential
CONFIDENTIAL

JEF_2004_00072893
FBG_CH1_00093522

4) Please provide proof of payment(for that same invoice) from FBG to LAM. – LAM Can take care of this step but will let you know if we have any questions.

This exercise will help us close out our file.

Best regards,

Keith Dondl

**Jefferies | Leucadia Asset Management – Trade Finance Group**
520 Madison Avenue | New York, NY 10022
Tel: 212-778-8463
Cell: 845-745-1544
keith.dondl@jefferies.com | www.jefferies.com

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited.