| | |
|---|---|
| **From**: | John Nesci [jnesci@jefferies.com] |
| on behalf of | John Nesci <jnesci@jefferies.com> [jnesci@jefferies.com] |
| **Sent**: | 9/5/2023 4:14:59 PM |
| **To**: | James, Edward [ed.james@firstbrandsgroup.com]; Kishore Bukkarayasamudram [kishore.bukkaraya@jefferies.com]; Graham, Stephen [Steve.Graham@FirstBrandsGroup.com] |
| **Subject**: | RE: Sept 13th |

Hello Ed,

Given the size of our exposure to FBG and the fact that we do not have dominion of cash in this AR facility, our compliance requires us to do in person visits. We were not able to accomplish everything on our agenda the last time we met due to Keith's flight being significantly delayed.

We can work to your schedule to accommodate an in-person meeting in September.  If there are no dates in September that work for you to attend in person, can you provide some times in early October please?

Thank you

John Nesci
Senior Vice President

Jefferies | Leucadia Asset Management – Trade Finance Group
520 Madison Avenue | New York, NY 10022
Tel: 212-284-1786
jnesci@jefferies.com | www.jefferies.com

**From:** James, Edward <ed.james@firstbrandsgroup.com>
**Sent:** Friday, September 1, 2023 7:09 PM
**To:** Kishore Bukkarayasamudram <kishore.bukkaraya@jefferies.com>; Graham, Stephen <Steve.Graham@FirstBrandsGroup.com>
**Cc:** John Nesci <jnesci@jefferies.com>
**Subject:** RE: Sept 13th

Kishore/John
Ok. Any reason for the site visit vs just getting a call given your constraints and since we already did this earlier this year especially since I am away? We can make the site visit an annual visit and catch up live again next year.

I am sure Jeffries Senior side is fully plugged into our financials but Steve will fill this team if there are any gaps

Regards

**From:** Kishore Bukkarayasamudram <kishore.bukkaraya@jefferies.com>
**Sent:** Friday, September 1, 2023 6:51 PM
**To:** James, Edward <ed.james@firstbrandsgroup.com>; Graham, Stephen <Steve.Graham@FirstBrandsGroup.com>
**Cc:** John Nesci <jnesci@jefferies.com>
**Subject:** Re: Sept 13th

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ed,

Confidential
CONFIDENTIAL

JEF_2004_00073241
FBG_CH1_00093520

Thanks for reaching out.  We will get you the agenda in the next few days.  Given Keith is no longer with us, we are stretched a little thin.  Will confirm the day as well as the agenda soon.

Hope things are going well at your end.

Included John - our head of ops who will accompany me.

Thank you.

Best,
Kishore

**From:** James, Edward <ed.james@firstbrandsgroup.com>
**Sent:** Thursday, August 31, 2023 9:22:34 AM
**To:** Kishore Bukkarayasamudram <kishore.bukkaraya@jefferies.com>; Graham, Stephen <Steve.Graham@FirstBrandsGroup.com>
**Subject:** Sept 13th

[External Message]

Kishore

I have not seen any agenda as yet for the trip and not sure if this still planned. I am away overseas dealing with a personal matter and will dial in.
Edward James
Executive Vice President
127 Public Square Suite 5300, Cleveland, OH 44114
**Direct:** | **Email:** ed.james@firstbrandsgroup.com

**DISCLAIMER:** This electronic message together with any attachments is confidential. If you are not the intended recipient, do not copy, disclose, or use the contents in any way. Please also advise us by return e-mail that you have received the message and then please destroy. The sender is not responsible for any changes made to this message and / or any attachments after the message and attachments are initial sent. We use virus scanning software but exclude all liability for viruses or anything similar in this email or any attachment.

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited.

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited.

Confidential
CONFIDENTIAL