| | |
|---|---|
| **From:** | James, Edward [ed.james@firstbrandsgroup.com] |
| on behalf of | James, Edward <ed.james@firstbrandsgroup.com> [ed.james@firstbrandsgroup.com] |
| **Sent:** | 9/25/2023 4:47:39 PM |
| **To:** | John Nesci [jnesci@jefferies.com]; Graham, Stephen [Steve.Graham@FirstBrandsGroup.com] |
| **CC:** | Kishore Bukkarayasamudram [kishore.bukkaraya@jefferies.com] |
| **Subject:** | RE: Meeting - FBG / LAM Sept 26 2023 |

John
We will discuss tomorrow on what is needed

---

**From:** John Nesci <jnesci@jefferies.com>
**Sent:** Monday, September 25, 2023 11:53 AM
**To:** James, Edward <ed.james@firstbrandsgroup.com>; Graham, Stephen <Steve.Graham@FirstBrandsGroup.com>
**Cc:** Kishore Bukkarayasamudram <kishore.bukkaraya@jefferies.com>
**Subject:** Meeting - FBG / LAM Sept 26 2023

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Ed * Stephen,

The below is for tomorrow's meeting.

Questions for First Brands Group
Client Visit: 9/26/2023
PBC Attendees: Kishore Bukkarayasamudram, John Nesci
FBG Attendee: Ed James, Stephen Graham

1. Please provide invoice copies and payment information for the items in the attached file.
2. We do not see interest expense itemized in your financials, can you break it down by TL, Receivables, securitization etc?
3. Is the LAM facility disclosed with your auditors? Rating agencies?
4. Need a listing of all your Off B/S facilities – With Katsumi (AR), Raistone (Payables?), Regions (Securitization) and facilities outside the US.
5. Is your ABL line with BoA for inventory and A/R? See below from your annual filing:

The ABL provides for maximum borrowing availability of up to $250,000 of which $235,000 of availability is for U.S. commitments ("Domestic ABL") and $15,000 of availability is for U.K. commitments ("Foreign ABL"). Both the Domestic and Foreign ABL are based on the aggregate borrowing base, which is comprised of eligible accounts receivable and eligible inventories, as defined. For the Domestic ABL, eligible accounts receivable and inventories include the applicable balances for all U.S. subsidiaries of the Company, as defined. The Foreign ABL only includes the eligible accounts receivable and inventories of the Company's U.K. and Belgium subsidiaries, as defined. The Domestic ABL also provides for a 5% first-in, last-out (FILO) rate on eligible receivables and up to 10% FILO rate on eligible inventories, which increases the respective advance rates of the respective eligible assets. As of December 31, 2022, the calculated borrowing base was $250,000 of which $4,089 related to the Foreign ABL.

Ed has mentioned ABL is secured only by inventory and not receivables.  Can FBG share their ABL agreement?

We look forward to meeting you.

Confidential
CONFIDENTIAL

JEF_2004_00073309
FBG_CH1_00093509

**DEBTORS' EXHIBIT NO. 220**
**Page 1 of 5**

Best,

John Nesci
Senior Vice President

Jefferies | Leucadia Asset Management – Trade Finance Group
520 Madison Avenue | New York, NY 10022
Tel: 212-284-1786
jnesci@jefferies.com | www.jefferies.com

**From:** James, Edward <ed.james@firstbrandsgroup.com>
**Sent:** Monday, September 11, 2023 9:24 AM
**To:** John Nesci <jnesci@jefferies.com>; Kishore Bukkarayasamudram <kishore.bukkaraya@jefferies.com>; Graham, Stephen <Steve.Graham@FirstBrandsGroup.com>
**Subject:** RE: Sept 13th
**Importance:** High

John
That works as I am coming back for the visit and will be out again on the 27th.. Ideally if you can make the visit next week, that works as well

Let's get the final agenda items that was not covered the last time but I expect this should not take more than a couple of hours at max..

**From:** John Nesci <jnesci@jefferies.com>
**Sent:** Friday, September 8, 2023 3:28 PM
**To:** James, Edward <ed.james@firstbrandsgroup.com>; Kishore Bukkarayasamudram <kishore.bukkaraya@jefferies.com>; Graham, Stephen <Steve.Graham@FirstBrandsGroup.com>
**Subject:** RE: Sept 13th

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ed,
Can we do the meeting on the 26th around 10 am?

John Nesci
Senior Vice President

Jefferies | Leucadia Asset Management – Trade Finance Group
520 Madison Avenue | New York, NY 10022
Tel: 212-284-1786
jnesci@jefferies.com | www.jefferies.com

**From:** James, Edward <ed.james@firstbrandsgroup.com>
**Sent:** Wednesday, September 6, 2023 6:31 PM
**To:** Kishore Bukkarayasamudram <kishore.bukkaraya@jefferies.com>; John Nesci <jnesci@jefferies.com>; Graham, Stephen <Steve.Graham@FirstBrandsGroup.com>
**Subject:** RE: Sept 13th

Kishore
Let's do the 25th as I will be travelling again on the 27th..

Confidential
CONFIDENTIAL

JEF_2004_00073310
FBG_CH1_00093510

**From:** Kishore Bukkarayasamudram <kishore.bukkaraya@jefferies.com>
**Sent:** Wednesday, September 6, 2023 5:43 PM
**To:** James, Edward <ed.james@firstbrandsgroup.com>; John Nesci <jnesci@jefferies.com>; Graham, Stephen <Steve.Graham@FirstBrandsGroup.com>
**Subject:** RE: Sept 13th

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ed,

Thanks for getting back to us. We will pick a day during the week of Sept 25th - Shooting for Sept 27th but will confirm in the next week or so.

Best,
Kishore

**From:** James, Edward <ed.james@firstbrandsgroup.com>
**Sent:** Tuesday, September 5, 2023 4:10 PM
**To:** John Nesci <jnesci@jefferies.com>; Kishore Bukkarayasamudram <kishore.bukkaraya@jefferies.com>; Graham, Stephen <Steve.Graham@FirstBrandsGroup.com>
**Subject:** RE: Sept 13th

John
A few comments
1. Let's do the scheduled meeting  week of September 22nd. I should be back from my overseas trip for this onsite visit
2. Understanding that this visit is intended to finish up the agenda from the last visit, let's get this remaining items out this week. Steve and I clearly thought we addressed all the questions back then but happy to address any other open items.
3. Nothing unusual with AR Cash dominon account here as this has was always the structure and construct of the AM customers. We can address what remains the concern on a program here when this program has been successfully managed for close to 5 years with no repayment issues

**From:** John Nesci <jnesci@jefferies.com>
**Sent:** Tuesday, September 5, 2023 12:15 PM
**To:** James, Edward <ed.james@firstbrandsgroup.com>; Kishore Bukkarayasamudram <kishore.bukkaraya@jefferies.com>; Graham, Stephen <Steve.Graham@FirstBrandsGroup.com>
**Subject:** RE: Sept 13th

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Ed,

Given the size of our exposure to FBG and the fact that we do not have dominion of cash in this AR facility, our compliance requires us to do in person visits. We were not able to accomplish everything on our agenda the last time we met due to Keith's flight being significantly delayed.

Confidential
CONFIDENTIAL

JEF_2004_00073311
FBG_CH1_00093511

We can work to your schedule to accommodate an in-person meeting in September.  If there are no dates in September that work for you to attend in person, can you provide some times in early October please?

Thank you

John Nesci
Senior Vice President

Jefferies | Leucadia Asset Management — Trade Finance Group
520 Madison Avenue | New York, NY 10022
Tel:  212-284-1786
jnesci@jefferies.com | www.jefferies.com

---

**From:** James, Edward <ed.james@firstbrandsgroup.com>
**Sent:** Friday, September 1, 2023 7:09 PM
**To:** Kishore Bukkarayasamudram <kishore.bukkaraya@jefferies.com>; Graham, Stephen <Steve.Graham@FirstBrandsGroup.com>
**Cc:** John Nesci <jnesci@jefferies.com>
**Subject:** RE: Sept 13th

Kishore/John
Ok. Any reason for the site visit vs just getting a call given your constraints and since we already did this earlier this year especially since I am away? We can make the site visit an annual visit and catch up live again next year.

I am sure Jeffries Senior side is fully plugged into our financials but Steve will fill this team if there are any gaps

Regards

---

**From:** Kishore Bukkarayasamudram <kishore.bukkaraya@jefferies.com>
**Sent:** Friday, September 1, 2023 6:51 PM
**To:** James, Edward <ed.james@firstbrandsgroup.com>; Graham, Stephen <Steve.Graham@FirstBrandsGroup.com>
**Cc:** John Nesci <jnesci@jefferies.com>
**Subject:** Re: Sept 13th

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ed,
Thanks for reaching out.  We will get you the agenda in the next few days.  Given Keith is no longer with us, we are stretched a little thin.  Will confirm the day as well as the agenda soon.

Hope things are going well at your end.

Included John - our head of ops who will accompany me.

Thank you.

Best,
Kishore

---

**From:** James, Edward <ed.james@firstbrandsgroup.com>
**Sent:** Thursday, August 31, 2023 9:22:34 AM
**To:** Kishore Bukkarayasamudram <kishore.bukkaraya@jefferies.com>; Graham, Stephen

Confidential
CONFIDENTIAL

JEF_2004_00073312
FBG_CH1_00093512

<Steve.Graham@FirstBrandsGroup.com>
**Subject:** Sept 13th

[External Message]

Kishore

I have not seen any agenda as yet for the trip and not sure if this still planned. I am away overseas dealing with a personal matter and will dial in.
Edward James
Executive Vice President
127 Public Square Suite 5300, Cleveland, OH 44114
**Direct:** | **Email:** ed.james@firstbrandsgroup.com

**DISCLAIMER:** This electronic message together with any attachments is confidential. If you are not the intended recipient, do not copy, disclose, or use the contents in any way. Please also advise us by return e-mail that you have received the message and then please destroy. The sender is not responsible for any changes made to this message and / or any attachments after the message and attachments are initial sent. We use virus scanning software but exclude all liability for viruses or anything similar in this email or any attachment.

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited.

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited.

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited.

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited.

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited.

Confidential
CONFIDENTIAL