| From: | Kishore Bukkarayasamudram [kishore.bukkaraya@jefferies.com] |
|---|---|
| on behalf of | Kishore Bukkarayasamudram <kishore.bukkaraya@jefferies.com> [kishore.bukkaraya@jefferies.com] |
| Sent: | 4/30/2024 8:47:26 PM |
| To: | Graham, Stephen [Steve.Graham@FirstBrandsGroup.com]; Ed James [ed.james@firstbrandsgroup.com] |
| CC: | Tom Hall [thall@jefferies.com]; Greg Roux [groux@jefferies.com] |
| Subject: | Questions for tomorrow's call |

Hello Steve/Ed:
Thanks for taking the time to do this call. Please see some listed below I would like to touch on during this call.

Wanted to understand the notice of default we received – has this been cured?  Have other lenders reached out to you as well? Looks like the notice was forwarded to many lenders including us.

Revenue and EBITDA projections for 2024.  Any more acquisitions planned.  Do you track organic sales/EBITDA growth versus reported growth (because of acquisitions).
What is capex?
Cash taxes?
Restructuring costs?

Plan was to move as much manufacturing to the US as possible.  What % of revenues come from goods produced in the US?

% of revenues split across the world by geography.

Have customer payments terms improved?  You had mentioned they range from 90-540 days.

Total debt after all acquisitions?

Newly issued secured notes – Who are the buyers? What is the maturity and coupon?  Collateral security same as the 1st lien?

Thanks for the disclosure on the AR and AP costs in the annual audited statements. Want to understand the following numbers better:

Total Net Interest: $618MM
Total AR factoring costs: $158MM; This number compares to the $78MM our FBG facilities earned in 2023.
How many other AR facilities do you have away from Jefferies?
Does the $618MM number include the AP facility costs on $542MM of AP lines mentioned on Page 28?  What is the size and rate on the AP facilities mentioned?
You had mentioned inventory facilities in the past? Do they still exist? What rate do you pay on these?
Need above data for 2024.
What is the target debt/capital ratio?
What is the target interest coverage ratio (EBITDA/interest expense)?
Explain how the ABL works in conjunction with the AR factoring programs?  How does FBG choose which one to utilize?
FBG elected Base Rate for ABL borrowings which was 8.75% vs. 1-year SOFR rate (no spread provided).  1-year SOFR is ~ 5.25% which implies SOFR spread is > 3.50%?
Rates continue to stay high – any thoughts about hedging rates?
How about a fixed rate bond deal that was in the works?

Rating agencies in their reports mention the need for deleveraging.  Acquisitions being planned still or you think you will pause here?

Confidential
CONFIDENTIAL

JEF_2004_00073744
FBG_CH1_00093540

Thank you and looking forward to speaking with you tomorrow.

Best,
Kishore

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited.

Confidential
CONFIDENTIAL

JEF_2004_00073745
FBG_CH1_00093541

**DEBTORS' EXHIBIT NO. 221**
**Page 2 of 2**