**From:** James, Edward [ed.james@firstbrandsgroup.com]
**on behalf of** James, Edward <ed.james@firstbrandsgroup.com> [ed.james@firstbrandsgroup.com]
**Sent:** 3/6/2025 9:40:07 PM
**To:** Ross Berger [ross.berger@jefferies.com]
**Subject:** RE: Was a pleasure to get together

[External Message]

Ross
Glad to catch up live finally and yes it has been an amazing relationship. The genesis of our relationship expanded into having Jeffries take over the lead on the senior lending side and the combined relationship is part and parcel of our growth to our current $5 Billion business

**From:** Ross Berger <ross.berger@jefferies.com>
**Sent:** Thursday, March 6, 2025 11:19 AM
**To:** James, Edward <ed.james@firstbrandsgroup.com>
**Subject:** Was a pleasure to get together

Ed,
Was a pleasure to spend time with you in your offices. It has been a great relationship and we are looking forward to growing it. Let's follow up on the Walmart discussion.
Best,

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited.

Confidential
CONFIDENTIAL

JEF_2004_00074467
FBG_CH1_00093539

**DEBTORS' EXHIBIT NO. 222**
**Page 1 of 1**