| | |
|---|---|
| **From**: | Ross Berger [ross.berger@jefferies.com] |
| on behalf of | Ross Berger <ross.berger@jefferies.com> [ross.berger@jefferies.com] |
| **Sent**: | 9/17/2025 9:54:31 AM |
| **To**: | James, Edward [ed.james@firstbrandsgroup.com]; Graham, Stephen [steve.graham@firstbrandsgroup.com] |
| **CC**: | Bill Schatz [wschatz@jefferies.com] |
| **Subject**: | Fw: Jefferies | Trade Finance Group - Introduction and Zoom Call Schedule |

Ed and Steve - resending the below request for a call with you. I am surprised that you are not scheduling a time to speak with me after all these years as your funding partner in our Accounts Receivable facility. I will be on a plane to NYC this morning and would like to schedule a call with you for mid-day or early afternoon today. Thanks,


Ross Berger
Managing Director
Jefferies | Leucadia – Trade Finance Group
1450 Brickell Avenue, Suite 1650
Miami, FL 33131
Tel: 786-747-3739
ross.berger@jefferies.com

---

**From:** Ross Berger <ross.berger@jefferies.com>
**Sent:** Tuesday, September 16, 2025 11:09 AM
**To:** Bill Schatz <wschatz@jefferies.com>; James, Edward <ed.james@firstbrandsgroup.com>
**Cc:** Graham, Stephen <Steve.Graham@FirstBrandsGroup.com>; Daniel Baker <dbaker1@jefferies.com>
**Subject:** RE: Jefferies | Trade Finance Group - Introduction and Zoom Call Schedule

Ed and Steve,
I just tried Ed's cell phone and left a voice message asking to arrange a time to speak.
Please let us know a time that you can speak today.
Best,




Ross Berger
Managing Director
Jefferies | Leucadia – Trade Finance Group
1450 Brickell Avenue, Suite 1650
Miami, FL 33131
Tel: 786-747-3739
ross.berger@jefferies.com




**From:** Bill Schatz <wschatz@jefferies.com>
**Sent:** Monday, September 15, 2025 6:05 PM
**To:** James, Edward <ed.james@firstbrandsgroup.com>
**Cc:** Graham, Stephen <Steve.Graham@FirstBrandsGroup.com>; Ross Berger <ross.berger@jefferies.com>; Daniel Baker

Confidential
CONFIDENTIAL

JEF_2004_00075089
FBG_CH1_00093536

**DEBTORS' EXHIBIT NO. 223**
**Page 1 of 3**

<dbaker1@jefferies.com>
**Subject:** RE: Jefferies | Trade Finance Group - Introduction and Zoom Call Schedule

Ed- I am following up on our Wednesday email exchange and my initial outreach last Monday. Ross and I have been patient and respectful of the current demands on your time, but we need to have a conversation tomorrow (Tues 9/16) with you and Steve to get an update. Our afternoon is wide open, and we could do a 30-minute call anytime between 1 PM and 5:30 PM ET. Please let me know what time works best tomorrow, and I will circulate a Zoom invite among this group.

Regards,

Bill Schatz

Jefferies | Leucadia – Trade Finance Group
Head of Credit
520 Madison Avenue
New York, NY 10036
Office: 212-323-7633
Mobile: 929-237-5856
wschatz@jefferies.com

**From:** Bill Schatz <wschatz@jefferies.com>
**Sent:** Wednesday, September 10, 2025 10:01 PM
**To:** James, Edward <ed.james@firstbrandsgroup.com>
**Cc:** Graham, Stephen <Steve.Graham@FirstBrandsGroup.com>; Ross Berger <ross.berger@jefferies.com>; Daniel Baker <dbaker1@jefferies.com>
**Subject:** Re: Jefferies | Trade Finance Group - Introduction and Zoom Call Schedule

Ed - thanks for the reply. I'll follow-up on Monday to schedule. Regards, Bill Schatz

Get Outlook for iOS

**From:** James, Edward <ed.james@firstbrandsgroup.com>
**Sent:** Wednesday, September 10, 2025 9:53 PM
**To:** Bill Schatz <wschatz@jefferies.com>
**Cc:** Graham, Stephen <Steve.Graham@FirstBrandsGroup.com>; Ross Berger <ross.berger@jefferies.com>; Daniel Baker <dbaker1@jefferies.com>
**Subject:** Re: Jefferies | Trade Finance Group - Introduction and Zoom Call Schedule

[External Message]

Bill
Lets plan to catch up next week
Sent from my iPhone

On Sep 10, 2025, at 7:03 PM, Bill Schatz <wschatz@jefferies.com> wrote:

Confidential
CONFIDENTIAL

JEF_2004_00075090
FBG_CH1_00093537

Ed and Steve – Following up on the email below. Ross would really like us to get an update directly from the Company on the Q2 call commentary and recent article. Understand you must be incredibly busy, so appreciate if we could get just 15-20 minutes of time with one or both of you in the coming days. Kind regards, Bill Schatz

---

**From:** Bill Schatz
**Sent:** Monday, September 8, 2025 4:33 PM
**To:** 'ed.james@firstbrandsgroup.com' <ed.james@firstbrandsgroup.com>; 'Steve.Graham@FirstBrandsGroup.com' <Steve.Graham@FirstBrandsGroup.com>
**Cc:** Ross Berger <ross.berger@jefferies.com>; Daniel Baker <dbaker1@jefferies.com>
**Subject:** Jefferies | Trade Finance Group - Introduction and Zoom Call Schedule

Ed and Steve,

I recently joined the Trade Finance Group here at Jefferies. As Greg Roux transitions into his retirement at year end, I have assumed his role as Head of Credit and would like to connect with you. I was hoping to set up a Zoom meeting for this week to introduce myself, get an update on the refinancing process given comments we heard on the replay from the Q2 lenders call, and discuss how First Brands has responded to questions from its trade and financial counterparties following last week's article in the Financial Times. Ross Berger and Dan Baker, another member of the Credit team whom you have met in person, will be joining me on this call. Would you please suggest a few times that might work on your end for Tuesday, Wednesday, or Thursday and I will coordinate with my colleagues.

Warm regards,
Bill Schatz

Jefferies | Leucadia – Trade Finance Group
Head of Credit
520 Madison Avenue
New York, NY 10036
Office: 212-323-7633
Mobile: 929-237-5856
wschatz@jefferies.com

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited.

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited.

Confidential
CONFIDENTIAL

**DEBTORS' EXHIBIT NO. 223**
**Page 3 of 3**