

# First Brands Group

**September 2024**

**Fiscal Periods Ended September 28, 2024 and September 30, 2023**

**Consolidated Financial Statements**

- Balance Sheets
- Statements of Income
- Statements of Cash Flows

CONFIDENTIAL

FBG_CH1_00103573



**Consolidated Financial Statements**
**September 2024**
**Balance Sheets**
**($ in 000's)**

| | | Audited |
| | Sep 2024 First Brands Group | Dec 2023 First Brands Group |
|---|---|---|
| **Assets** | | |
| Cash | $ 1,012,076 | $ 943,698 |
| Accounts Receivable, net | 499,555 | 373,454 |
| Inventories, net | 2,034,610 | 1,866,463 |
| Prepaid Expenses and Other Current Assets | 224,457 | 207,714 |
| Total Current Assets | 3,770,698 | 3,391,329 |
| Property and Equipment, net | 810,297 | 670,364 |
| Goodwill and Intangible Assets, net | 2,675,434 | 2,101,326 |
| Operating Lease Right-Of-Use Asset | 382,486 | 414,485 |
| Other Assets | 64,192 | 27,813 |
| Total Other Assets | 3,122,112 | 2,543,624 |
| **Total Assets** | **$ 7,703,107** | **$ 6,605,317** |
| | | |
| Accounts Payable and Accrued Liabilities | $ 2,358,348 | $ 2,165,169 |
| Current Portion of Leases | 71,773 | 99,465 |
| Current Portion of Long-Term Debt | 88,892 | 81,757 |
| Total Current Liabilities | 2,519,013 | 2,346,391 |
| Lines of Credit | - | - |
| Long-Term Debt | 4,935,503 | 3,963,957 |
| Deferred Tax Liability, net | 57,162 | 53,478 |
| Lease Obligations | 359,468 | 371,179 |
| Other Non-Current Liabilities | 83,884 | 66,304 |
| Total Long-Term Liabilities | 5,436,017 | 4,454,918 |
| Total Liabilities | 7,955,030 | 6,801,309 |
| Total Members' Equity | (251,923) | (195,992) |
| **Total Liabilities and Members' Equity** | **$ 7,703,107** | **$ 6,605,317** |

CONFIDENTIAL

FBG_CH1_00103574



**Consolidated Financial Statements**
**September 2024**
**Statements of Income**
**($ in 000's)**

|  | QTD | | YTD | |
| --- | --- | --- | --- | --- |
|  | Sep 2024 First Brands Group | Sep 2023 First Brands Group | Sep 2024 First Brands Group | Sep 2023 First Brands Group |
| Net Sales | $ 1,308,165 | $ 1,066,924 | $ 3,612,462 | $ 2,901,190 |
| Cost of Sales, Excluding Depreciation Expense | 815,013 | 678,570 | 2,239,515 | 1,815,857 |
| Gross Profit, Excluding Depreciation Expense | 493,152 | 388,354 | 1,372,947 | 1,085,333 |
| Depreciation Expense | 25,891 | 16,512 | 65,490 | 43,790 |
| Gross Profit | 467,261 | 371,842 | 1,307,457 | 1,041,543 |
| Selling, General and Administrative Expenses | 140,419 | 113,670 | 386,796 | 348,779 |
| Amortization of Intangible Assets | 34,952 | 26,327 | 102,627 | 79,502 |
| Income from Operations | 291,890 | 231,845 | 818,034 | 613,262 |
| Other Expenses, net | 250,274 | 193,904 | 738,173 | 568,814 |
| Income Before Income Taxes | 41,616 | 37,941 | 79,861 | 44,448 |
| Income Tax Provision | 26,198 | 7,579 | 53,680 | 7,579 |
| Net Income | $ 15,418 | $ 30,362 | $ 26,181 | $ 36,869 |

## Segment-level Information

**Brake Components**

|  | Sep 2024 QTD | Sep 2023 QTD | Sep 2024 YTD | Sep 2023 YTD |
| --- | --- | --- | --- | --- |
| Net Sales | $ 393,524 | $ 365,634 | $ 1,126,017 | $ 950,825 |
| Gross Margin | 173,297 | 146,760 | 485,489 | 387,049 |

**Vision**

|  | | | | |
| --- | --- | --- | --- | --- |
| Net Sales | $ 384,116 | $ 215,064 | $ 948,924 | $ 614,109 |
| Gross Margin | 147,481 | 91,483 | 386,648 | 264,020 |

**Filters**

|  | | | | |
| --- | --- | --- | --- | --- |
| Net Sales | $ 190,348 | $ 179,416 | $ 561,701 | $ 546,490 |
| Gross Margin | 67,926 | 65,082 | 210,852 | 205,875 |

**Repairs Group**

|  | | | | |
| --- | --- | --- | --- | --- |
| Net Sales | $ 340,177 | $ 306,810 | $ 975,820 | $ 789,766 |
| Gross Margin | 78,557 | 68,517 | 224,468 | 184,599 |

**Consolidated First Brands Group**

|  | | | | |
| --- | --- | --- | --- | --- |
| Net Sales | $ 1,308,165 | $ 1,066,924 | $ 3,612,462 | $ 2,901,190 |
| Gross Margin | 467,261 | 371,842 | 1,307,457 | 1,041,543 |

CONFIDENTIAL

FBG_CH1_00103575



**Consolidated Financial Statements**
**September 2024**
**Statements of Cash Flows**
**($ in 000's)**

| | QTD | | YTD | |
| --- | --- | --- | --- | --- |
| | Sep 2024 First Brands Group | Sep 2023 First Brands Group | Sep 2024 First Brands Group | Sep 2023 First Brands Group |
| **Cash Provided (Used) by Operating Activities** | | | | |
| Net Income | $ 15,418 | $ 30,362 | $ 26,181 | $ 36,869 |
| Adjustments: | | | | |
| Depreciation and Amortization | 71,024 | 51,378 | 183,071 | 149,690 |
| Amortization of Deferred Financing Fees and OID | 22,191 | 14,171 | 62,098 | 38,667 |
| Deferred Taxes, net of Debt Extinguishment | 78 | - | (419) | - |
| Other | 3,237 | (5,338) | (1,116) | (5,037) |
| Changes in Working Capital: | | | | |
| Accounts Receivable, net | 1,170 | 145,386 | (9,475) | 18,225 |
| Inventories, net | (14,222) | 40,860 | (553) | 184,635 |
| Prepaid Expenses and Other Current Assets | 3,169 | (10,787) | (3,747) | (8,890) |
| Other Assets | (4,751) | 10,665 | (5,997) | 20,524 |
| Accounts Payable, Accrued Expenses and Other Liabilities | (15,599) | (135,487) | (82,916) | (73,133) |
| | (30,233) | 50,637 | (102,688) | 141,361 |
| Net Cash Provided by Operating Activities | 81,715 | 141,210 | 167,127 | 361,550 |
| **Cash Provided (Used) by Investing Activities** | | | | |
| Changes in Property and Equipment | (45,158) | (23,953) | (112,916) | (88,865) |
| Business Acquisitions | (386,632) | (73,854) | (801,422) | (635,941) |
| Net Cash Used by Investing Activities | (431,790) | (97,807) | (914,338) | (724,806) |
| **Cash Provided (Used) by Financing Activities** | | | | |
| Net Borrowings on Lines of Credit | - | - | - | - |
| Proceeds from Issuance of First Lien Term Incrementals | - | 450,000 | 996,285 | 750,000 |
| Repayments of First Lien Term | (1,422) | (8,163) | (247,619) | (22,227) |
| Proceeds from Other Long-Term Debt | 224,960 | 105 | 225,976 | 2,176 |
| Repayments of Long-Term Debt | (12,410) | (8,731) | (35,847) | (33,736) |
| Other | (46,418) | (44,916) | (123,206) | (136,060) |
| Net Cash Provided by Financing Activities | 164,710 | 388,295 | 815,589 | 560,153 |
| **Net (Decrease) Increase in Cash** | (185,365) | 431,698 | 68,378 | 196,897 |
| Cash - Beginning of Period | 1,197,441 | 477,494 | 943,698 | 712,295 |
| Cash - End of Period | $ 1,012,076 | $ 909,192 | $ 1,012,076 | $ 909,192 |

CONFIDENTIAL

FBG_CH1_00103576

**DEBTORS' EXHIBIT NO. 230**