**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, _et al._,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**DEBTORS' WITNESS AND EXHIBIT
LIST FOR RETIREE BENEFITS MODIFICATION HEARING ON JULY 28, 2026**

First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby file this witness and exhibit list for the hearing to consider the motion to modify retiree benefits (the "**Retiree Benefits Modification Hearing**") scheduled for **July 28, 2026 at 9:00 a.m. (Central Time)**:

**WITNESSES**

The Debtors may call any of the following witnesses at the Retiree Benefits Modification Hearing:

1. Nicholas Haughey, Managing Director, Alvarez & Marsal North America LLC (fact witness);

2. Any witness called or listed by any other party;

3. Any rebuttal witnesses; and

4. The Debtors reserve the right to cross examine any witness called by any other party.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**EXHIBITS**

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Emergency Motion of Debtors for Order (I) Authorizing and Directing the United States Trustee to Appoint a Committee of Retired Employees and (II) Granting Related Relief (Docket No. 3017) | | | | |
| 2. | Declaration of Nicholas Haughey in Support of Emergency Motion of Debtors for Order (I) Authorizing and Directing the United States Trustee to Appoint a Committee of Retired Employees and (II) Granting Related Relief (Docket No. 3018) | | | | |
| 3. | Disclosure Statement for Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors (Solicitation Version) (Docket No. 3020) | | | | |
| 4. | Notice of Filing of (I) Solicitation Versions of Chapter 11 Plan and Disclosure Statement and (II) Redlines (Docket No. 3021) | | | | |
| 5. | Notice of Filing of (I) Plan Supplement and (II) Liquidation Analysis (Docket No. 3046) | | | | |
| 6. | Notice of (I) Filing of Plan Supplement and Liquidation Analysis, (II) Combined Objection Deadline for Final Approval of Disclosure Statement and Plan, and (III) Related Deadlines (Docket No. 3049) | | | | |
| 7. | Notice of Filing of Revised Proposed Order (I) Authorizing and Directing the United States Trustee to Appoint a Committee of Retired Employees and (II) Granting Related Relief (Docket No. 3038) | | | | |
| 8. | Emergency Motion of Debtors for Order (I) Authorizing Debtors to Modify Retiree Benefits and (II) Granting Related Relief (Docket No. 3194) | | | | |
| 9. | Declaration of Nicholas Haughey in Support of Emergency Motion of Debtors for Order | | | | |

2

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| | (I) Authorizing Debtors to Modify Retiree Benefits and (II) Granting Related Relief (Docket No. 3195) | | | | |
| 10. | Notice of Emergency Hearing on Debtors' Motion to Modify Retiree Benefits (Docket No. 3233) | | | | |
| 11. | Affidavit of Service of Emergency Motion of Debtors for Order (I) Authorizing Debtors to Modify Retiree Benefits and (II) Granting Related Relief (Docket No. 3332) | | | | |
| 12. | First Amendment to the Dalton Corporation, Warsaw Manufacturing Facility Pension Plan (eff. May 1, 2016) | | | | |
| 13. | Summary Plan Description for the Dalton Corporation, Warsaw Manufacturing Facility Pension Plan (January 1, 2015) | | | | |
| 14. | Fourth Amendment to the Dalton Corporation, Warsaw Manufacturing Facility Pension Plan (eff. January 1, 2019) | | | | |
| 15. | Airtex Postretirement Life Insurance Plan Summary [FILED UNDER SEAL] | | | | |
| 16. | Airtex Union Retirees Life Insurance Census [FILED UNDER SEAL] | | | | |
| 17. | ASC Union Retirees Life Insurance Census [FILED UNDER SEAL] | | | | |
| 18. | Carter Fuel Union Medical Benefit Sheet (2026) | | | | |
| 19. | Carter Fuel Retiree Life Insurance Census (Version 2) [FILED UNDER SEAL] | | | | |
| 20. | Carter Fuel Union Retirees Health and Welfare Benefits Summary [FILED UNDER SEAL] | | | | |
| 21. | Carter Fuel Union VSP Vision Benefits Summary | | | | |
| 22. | COBRA Benefit Plans Summary [FILED UNDER SEAL] | | | | |

3

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 23. | Dalton Corporation, Warsaw Manufacturing Facility Pension Plan (January 1, 2015 Restatement) | | | | |
| 24. | Dalton Corporation, Warsaw Manufacturing Facility VEBA Trust Agreement and Schedules | | | | |
| 25. | Dalton Corporation Retiree Report (July 14, 2026) [FILED UNDER SEAL] | | | | |
| 26. | First Brands Group Dental (Delta Dental) Retiree Claims and Administration, January 2020 to May 2026 (UAW) | | | | |
| 27. | First Brands Group Dental (Delta Dental) Retiree Claims and Administration, January 2020 to May 2026 (USW) | | | | |
| 28. | First Brands Group Health and Welfare - Carter Fuel Retirees, Dependents, and Spouses Benefits Summary [FILED UNDER SEAL] | | | | |
| 29. | First Brands Group Health and Welfare (Consociate Health) Summary Plan Description (2023) | | | | |
| 30. | First Brands Group Health and Welfare - FRAM Retirees, Dependents, and Spouses Benefits Summary [FILED UNDER SEAL] | | | | |
| 31. | First Brands Group - Group Medical Insurance Premium Payments for Presidents and Vice Presidents After Retirement (Dalton) | | | | |
| 32. | First Brands Group Health and Welfare (Personify) Summary Plan Description and Plan Document (2026) | | | | |
| 33. | First Brands Group Health and Welfare (Personify) Medical Benefit Sheet (Dalton) | | | | |
| 34. | First Brands Group Health and Welfare (Personify) Summary of Benefits and Coverage (Dalton) | | | | |
| 35. | First Brands Group Life Insurance Status Report of Claims, 2021-2026 (Airtex) [FILED UNDER SEAL] | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 36. | First Brands Group Life Insurance (Symetra) - 2019 Policy (Champion) [FILED UNDER SEAL] | | | | |
| 37. | First Brands Group Life Insurance (Symetra) Certificate of Insurance (Class 10 - FRAM Greenville) | | | | |
| 38. | First Brands Group Life Insurance (Symetra) Certificate of Insurance (Class 11 - FRAM Fostoria) | | | | |
| 39. | First Brands Group Life Insurance (Symetra) Certificate of Insurance (Class 13 - Carter Fuel Union) | | | | |
| 40. | First Brands Group Life Insurance (Symetra) Certificate of Insurance (Class 14 - Carter Fuel Union) | | | | |
| 41. | First Brands Group Life Insurance (Symetra) Certificate of Insurance (Class 16 - Champion) | | | | |
| 42. | First Brands Group Life Insurance (Symetra) Certificate of Insurance (Class 17 - Champion) | | | | |
| 43. | First Brands Group Life Insurance (Symetra) Certificate of Insurance (Class 30 - Dalton) | | | | |
| 44. | First Brands Group Life Insurance (Symetra) Certificate of Insurance (Class 6 - ASC Non-Union) | | | | |
| 45. | First Brands Group Life Insurance (Symetra) Conversion vs. Portability Educational Guide | | | | |
| 46. | First Brands Group Life Insurance (Symetra) Master Contract | | | | |
| 47. | First Brands Group Life Insurance (Symetra) Status Report of Claims, January 1, 2020 to Present (UAW) [FILED UNDER SEAL] | | | | |
| 48. | First Brands Group Life Insurance (Symetra) Status Report of Claims, January 1, 2020 to Present (USW) [FILED UNDER SEAL] | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 49. | First Brands Group Life Insurance (The Hartford) Retiree Census (Trico/UAW) [FILED UNDER SEAL] | | | | |
| 50. | First Brands Group Life Insurance (The Hartford) Retiree Life Booklet (Trico) [FILED UNDER SEAL] | | | | |
| 51. | First Brands Group Vision (VSP) Utilization Report – Division 0030 (Carter Fuel) | | | | |
| 52. | First Brands Group Vision (VSP) Utilization Report – Division 0032 (FRAM Greenville) | | | | |
| 53. | First Brands Group Vision (VSP) Utilization Report - Division 0034 (FRAM Fostoria) | | | | |
| 54. | First Brands Group Estimated Retiree Health Claims (7/31 and 8/31 Termination Scenarios) [FILED UNDER SEAL] | | | | |
| 55. | First Brands Group Medical Benefit Sheet – Carter Fuel Retiree Plan | | | | |
| 56. | First Brands Group Medical Benefit Sheet – Low PPO Plan | | | | |
| 57. | First Brands Group Summary of Benefits and Coverage – Carter Fuel Retiree Plan (January 1, 2026) | | | | |
| 58. | First Brands Group Summary of Benefits and Coverage – PPO Low Plan (January 1, 2026) | | | | |
| 59. | First Brands Group Paid Claims Report – Retiree YTD through June 29, 2026 (Carter Fuel/USW) [FILED UNDER SEAL] | | | | |
| 60. | First Brands Group Paid Claims Report – Retiree YTD through June 29, 2026 (FRAM/UAW) [FILED UNDER SEAL] | | | | |
| 61. | FRAM Retiree Dental Plan Summary | | | | |
| 62. | FRAM Retiree Dental Plan Contract (Delta Dental) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 63. | FRAM Retiree VSP Vision Benefits Summary | | | | |
| 64. | FRAM Union Retirees Health and Welfare Benefits Census [FILED UNDER SEAL] | | | | |
| 65. | FRAM Union Retirees Life Insurance Census (July 23, 2026) [FILED UNDER SEAL] | | | | |
| 66. | FRAM Union Retirees Life Insurance Census [FILED UNDER SEAL] | | | | |
| 67. | Hartford Life Insurance Conversion Form | | | | |
| 68. | USW Retiree Committee Counter-Proposal No. 3 [FILED UNDER SEAL] | | | | |
| 69. | Life Insurance Status Report of Claims, January 1, 2020 to Present (Union ASC) [FILED UNDER SEAL] | | | | |
| 70. | Delta Dental Plan Summary (Carter Fuel – OH-2537-1002-2185773) | | | | |
| 71. | Peterson Spring Corp Insurance Rate Sheet [FILED UNDER SEAL] | | | | |
| 72. | Symetra Life Insurance Certificate of Insurance (Class 5 - ASC Union Retirees) | | | | |
| 73. | Trico Products Workers' Compensation Invoice and Claims Detail (February 2026) [FILED UNDER SEAL] | | | | |
| 74. | First Brands Group Personify/HealthComp Invoice for July 2026 Coverage (dated June 30, 2026) | | | | |
| 75. | Email: Re: FBG – Retiree Life – Symetra Termination of Coverage as of August 31, 2026 | | | | |
| 76. | Email: Re: First Brands Group – Retiree Life – Conversion Option (June 18, 2026, with payment receipts) [FILED UNDER SEAL] | | | | |
| 77. | First Brands Group UAW and USW Retiree Benefits Proposal No. 1 [FILED UNDER SEAL] | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 78. | First Brands Group Non-Union Retiree Benefits Proposal No. 1 [FILED UNDER SEAL] | | | | |
| 79. | UAW Retiree Committee Counter-Proposal No. 1 [FILED UNDER SEAL] | | | | |
| 80. | USW Retiree Committee Counter-Proposal No. 1 [FILED UNDER SEAL] | | | | |
| 81. | First Brands Group Counter-Proposal No. 1 to USW [FILED UNDER SEAL] | | | | |
| 82. | UAW Retiree Committee Counter-Proposal No. 2 [FILED UNDER SEAL] | | | | |
| 83. | USW Retiree Committee Counter-Proposal No. 2 [FILED UNDER SEAL] | | | | |
| 84. | First Brands Group Updated Retiree Benefits Proposal to USW  [FILED UNDER SEAL] | | | | |
| 85. | Email: First Brands – Retiree Committee Counterproposal [FILED UNDER SEAL] | | | | |
| 86. | First Brands Group Counter-Proposal No. 1 to UAW [FILED UNDER SEAL] | | | | |
| 87. | FBG - Health and Welfare - Paid Claims Report Retiree YTD (Dalton) [FILED UNDER SEAL] | | | | |
| 88. | FBG - Health and Welfare - Retiree Census (Non-Union) [FILED UNDER SEAL] | | | | |
| 89. | FBG - Prescription Drug (Livinity) - Paid Claims Report Retiree YTD (Dalton) (Non-Union) [FILED UNDER SEAL] | | | | |
| 90. | Champion - First Year Conversion Calculations [FILED UNDER SEAL] | | | | |
| 91. | FBG - Life Insurance - Retiree Census (Airtex) [FILED UNDER SEAL] | | | | |
| 92. | FBG - Life Insurance – Status Report of Claims 2021-2026 (Non-Union) [FILED UNDER SEAL] | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 93. | FBG - Life Insurance (Symetra) - Retiree Census (Non-Union) [FILED UNDER SEAL] | | | | |
| 94. | FBG - Life Insurance (Symetra) - Status Report of Claims (Non-Union) [FILED UNDER SEAL] | | | | |
| 95. | FBG - Life Insurance (The Hartford) - Retiree Census (Trico) [FILED UNDER SEAL] | | | | |
| 96. | First Brands Group Counter-Proposal No. 2 to USW [FILED UNDER SEAL] | | | | |
| 97. | First Brands Group Counter-Proposal No. 2 to UAW [FILED UNDER SEAL] | | | | |
| 98. | First Brands Group Counter-Proposal No. 1 to Non-Union Retiree Committee [FILED UNDER SEAL] | | | | |
| 99. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 100. | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | | | | |
| 101. | Any exhibit listed by any other party | | | | |

## RESERVATION OF RIGHTS

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list at any time prior to the Retiree Benefits Modification Hearing.

Dated: July 24, 2026
      Houston, Texas

              /s/ Clifford W. Carlson
              WEIL, GOTSHAL & MANGES LLP
              Gabriel A. Morgan (24125891)
              Clifford W. Carlson (24090024)
              700 Louisiana Street, Suite 3700
              Houston, Texas 77002
              Telephone:  (713) 546-5000
              Facsimile:  (713) 224-9511
              Email:   gabriel.morgan@weil.com
                      clifford.carlson@weil.com

              -and-

              WEIL, GOTSHAL & MANGES LLP
              Matthew S. Barr (admitted *pro hac vice*)
              Sunny Singh (admitted *pro hac vice*)
              Andriana Georgallas (admitted *pro hac vice*)
              Kevin Bostel (admitted *pro hac vice*)
              Alejandro Bascoy (admitted *pro hac vice*)
              767 Fifth Avenue
              New York, New York 10153
              Telephone:  (212) 310-8000
              Facsimile:  (212) 310-8007
              Email:   matt.barr@weil.com
                      sunny.singh@weil.com
                      andriana.georgallas@weil.com
                      kevin.bostel@weil.om
                      alejandro.bascoy@weil.com

              *Attorneys for Debtors*
              *and Debtors in Possession*

**<u>Certificate of Service</u>**

I hereby certify that on July 24, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/  Clifford W. Carlson*
Clifford W. Carlson