**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | **Re: Docket Nos. 3194, 3195** |

**NOTICE OF EMERGENCY HEARING ON**
**DEBTORS' MOTION TO MODIFY RETIREE BENEFITS**

**PLEASE TAKE NOTICE THAT**, on July 14, 2026, the Debtors filed the

*Emergency Motion of Debtors for Order (I) Authorizing Debtors to Modify Retiree Benefits and*

*(II) Granting Related Relief Filed by Debtor First Brands Group, LLC* (Docket No. 3194)

(the "**1114 Motion**"), seeking, among other things, authority to terminate certain retiree benefits

in accordance with section 1114 of the Bankruptcy Code, with a proposed order granting the relief

requested in the 1114 Motion attached thereto as <u>Exhibit A</u> (the "**Proposed Order**").

**PLEASE TAKE FURTHER NOTICE THAT**, on July 14, 2026, the Debtors

filed the *Declaration of Nicholas Haughey in Support of Emergency Motion of Debtors for Order*

*(I) Authorizing Debtors to Modify Retiree Benefits and (II) Granting Related Relief* (Docket

No. 3195).

**PLEASE TAKE FURTHER NOTICE THAT**, an emergency hearing will be held

on the 1114 Motion before the Honorable Christopher M. Lopez on **July 28, 2026 at 9:00 a.m.**

**(Central Time)** (the "**Emergency Hearing**").

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors'
claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for
these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**PLEASE TAKE FURTHER NOTICE THAT**, any responses or objections to the 1114 Motion shall be filed with the Court prior to the Emergency Hearing.

**PLEASE TAKE FURTHER NOTICE THAT**, the Emergency Hearing will be conducted in Courtroom 402, 4th floor, 515 Rusk Avenue, Houston, TX 77002.   You may participate in the Emergency Hearing either in person or by an audio and video connection.  Audio communication will be by use of the Court's dial-in facility.  You may access the facility at 832-917-1510 and entering the conference code 590153.  Video communication will be by use of the Gotomeeting Platform.  Connect via the free Gotomeeting Application or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website.  The meeting code is "JudgeLopez".  Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that a copy of the 1114 Motion is available by visiting the website maintained by the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands/.  A PACER login and password are required to access documents on the Court's website, and these can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov.

**DEBTORS' EXHIBIT NO. 10**
**Page 2 of 4**

Dated: July 17, 2026
Houston, Texas

Respectfully submitted,

_/s/  Clifford W. Carlson_
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   gabriel.morgan@weil.com
            clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Alejandro Bascoy (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   matt.barr@weil.com
            sunny.singh@weil.com
            andriana.georgallas@weil.com
            kevin.bostel@weil.com
            alejandro.bascoy@weil.com

*Attorneys for Debtors and Debtors in Possession*

3

## Certificate of Service

I hereby certify that on July 17, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

_/s/  Clifford W. Carlson_

Clifford W. Carlson
