## FIRST AMENDMENT
## TO
## DALTON CORPORATION, WARSAW MANUFACTURING FACILITY
## PENSION PLAN
### January 1, 2015 Restatement

The Dalton Corporation, Warsaw Manufacturing Facility Pension Plan, originally effective as of January 14, 1973, as presently maintained under an amendment and restatement made effective as of January 1, 2015, is hereby amended, effective as of May 1, 2016, to reflect the sale of the stock of Dalton Corporation by Neenah Enterprises, Inc. and the consequent change in sponsorship of the Plan from Neenah Enterprises, Inc. to Dalton Corporation. Accordingly, the Plan is amended in the following respects:

1.   The definition of "Covered Employee" in Section 1.1(k) of the Plan is amended to provide as follows:

(a)     A **"Covered Employee"** means any Employee of an Employer who is (i) employed at the Warsaw Manufacturing facility and (ii) covered by a collective bargaining agreement with the Union.

Notwithstanding the foregoing, the term "Covered Employee" shall not include the following:

- any individual with respect to whom an Employer does not withhold income or employment taxes and file Form W-2 (or any replacement Form) with the Internal Revenue Service because such individual has executed a contract, letter of agreement, or other document acknowledging his status as an independent contractor, even if such individual is later adjudicated to be a common law employee of his Employer, unless and until the Employer extends coverage to such individual.

- any Employee acquired in an asset or stock acquisition, merger, or similar transaction described in Code Section 410(b)(6)(C) until the date the acquiring Employer extends coverage to such Employees.

- any Leased Employee.

- any Employee hired or rehired on or after April 13, 2008.

2.   The definition of "Employer" in Section 1.1(n) of the Plan is amended to provide as follows:

(n)     An **"Employer"** means the Sponsor and any entity which has adopted the Plan as may be provided under Article XV.

3.   The definition of "Sponsor" in Section 1.1(ff) of the Plan is amended to provide as follows:

1

**DEBTORS' EXHIBIT NO. 12**
**Page 1 of 2**

(ff)    The "**Sponsor**" means Dalton Corporation, and any successor thereto.

*          *          *

EXECUTED AT ___WARSAW___, ___In___, this _21st_ day of ___June___, _2016_.

**Dalton Corporation**

By: _____

Title: ___VP  GM_____

2

**DEBTORS' EXHIBIT NO. 12**
**Page 2 of 2**