**January 1, 2015**

**Summary Plan Description**
**for**
**Dalton Corporation, Warsaw Manufacturing Facility**
**Pension Plan**

**Plan Sponsor's Employer Identification Number: 25-1618281**

**Plan Number: 002**

This is only a summary intended to familiarize you with the major provisions of the Plan. You should read this summary closely. If you have any questions and before you make any important decisions based on your understanding of the Plan from this summary, you should contact the Plan Administrator.

13067001.cb1

**DEBTORS' EXHIBIT NO. 13**
**Page 1 of 32**

TABLE OF CONTENTS

INTRODUCTION..................................................................................... 1

PLAN HIGHLIGHTS ............................................................................ 2

    WHO IS COVERED ............................................................................2
    THE VALUE OF YOUR PLAN BENEFIT...............................................2
    WHEN YOU CAN RETIRE ..................................................................2
    WHEN YOU'RE VESTED....................................................................3
    PLAN BENEFIT PAYMENT OPTIONS ..................................................3
    SURVIVOR PLAN BENEFITS ..............................................................3
    DISABILITY BENEFITS .....................................................................3

WHEN AND HOW YOU BECOME A PARTICIPANT.................................. 3

THE FACTORS THAT DETERMINE YOUR PLAN BENEFIT........................... 3

YOUR SERVICE .................................................................................. 4

    HOW YOU EARN SERVICE................................................................4
    ABSENCES THAT QUALIFY AS SERVICE FOR VESTING PURPOSES.........4
    WHAT HAPPENS TO YOUR SERVICE IF YOU TERMINATE EMPLOYMENT AND ARE
    REHIRED? ......................................................................................5

YOUR CREDITED SERVICE.................................................................. 5

    HOW YOU EARN CREDITED SERVICE...............................................5
    ABSENCES THAT QUALIFY AS CREDITED SERVICE............................6
    WHAT HAPPENS TO YOUR CREDITED SERVICE IF YOU TERMINATE EMPLOYMENT
    AND ARE REHIRED? .......................................................................6

BENEFIT RATE.................................................................................. 6

YOUR AGE AT WHICH PAYMENTS BEGIN............................................ 6

LEGAL LIMITATIONS......................................................................... 7

HOW YOUR PLAN BENEFIT IS CALCULATED ..................................... 7

    NORMAL RETIREMENT ...................................................................7
    EARLY RETIREMENT.......................................................................8
    LATE RETIREMENT .........................................................................9
    WHEN YOU TERMINATE EMPLOYMENT............................................9

SINGLE SUM CASH PAYMENT ........................................................ 10

    WHEN THE VALUE OF YOUR PLAN BENEFIT IS $1,000 OR LESS .........10
    IF YOU ARE REHIRED ...................................................................10
    TAX TREATMENT ..........................................................................11

DIRECT ROLLOVER DISTRIBUTIONS ............................................... 11

FORMS OF BENEFIT PAYMENT........................................................ 12

NORMAL FORM OF PAYMENT ......................................................... 12

DEBTORS' EXHIBIT NO. 13
Page 2 of 32

NORMAL FORM OF PAYMENT FOR EMPLOYEES WHO HAVE A SPOUSE ..................................12
NORMAL FORM OF PAYMENT FOR EMPLOYEES WHO DO NOT HAVE A SPOUSE...................13

OTHER PAYMENT OPTIONS.......................................................................... 13
SINGLE LIFE ANNUITY .....................................................................................13
JOINT AND SURVIVOR ANNUITY .......................................................................13

ELECTING YOUR FORM OF BENEFIT PAYMENT .......................................... 13
TIMING......................................................................................................13
SPOUSAL CONSENT.....................................................................................14
RETROACTIVE ANNUITY STARTING DATE ........................................................14
WHAT HAPPENS TO YOUR FORM OF PAYMENT ELECTION IF YOU TERMINATE
EMPLOYMENT AND ARE REHIRED? ..................................................................15

SURVIVOR PLAN BENEFITS........................................................................... 15

PRERETIREMENT SPOUSE BENEFIT ............................................................. 16
SPOUSAL BENEFITS BEFORE YOUR ANNUITY STARTING DATE ..........................16
ELIGIBILITY CRITERIA FOR THE PRERETIREMENT SPOUSE BENEFIT ..................16
AMOUNT OF THE PRERETIREMENT SPOUSE BENEFIT ........................................16
EFFECT OF ELECTION OF OPTIONAL QUALIFIED JOINT AND SURVIVOR ANNUITY ..............16
TIMING OF PRERETIREMENT SPOUSE BENEFIT PAYMENTS..................................17
WHEN THE PRERETIREMENT SPOUSE BENEFIT WILL NOT BE PAID ......................17
SUPPLEMENTAL PRERETIREMENT SPOUSE BENEFIT ..........................................17

IF YOU BECOME DISABLED ........................................................................... 17

SPECIAL RULES APPLICABLE TO PARTICIPANTS WHO DIE DURING MILITARY
ABSENCE................................................................................................. 18

CIRCUMSTANCES THAT MAY AFFECT YOUR PLAN BENEFIT ............................... 18

RECEIVING YOUR PLAN BENEFIT ................................................................. 19
APPLYING FOR YOUR BENEFIT .......................................................................19
PAYMENT OF YOUR BENEFIT .........................................................................20

IF YOUR APPLICATION IS DENIED ................................................................ 20

REQUESTING A REVIEW OF THE DENIAL....................................................... 20
TIME EXTENSIONS.......................................................................................21

PLAN ADMINISTRATION ............................................................................... 21
GETTING YOUR QUESTIONS ANSWERED...........................................................21

PLAN FUNDING AND PLAN TRUSTEES........................................................... 21

ADDITIONAL INFORMATION.......................................................................... 21

CONTINUATION OF THE PLAN....................................................................... 23
PENSION BENEFIT GUARANTY CORPORATION STATEMENT ................................23

HEALTH CARE SPENDING ACCOUNT ............................................................ 24

ii

FORFEITURE OF ACCOUNT.................................................................................24

YOUR ERISA RIGHTS.....................................................................................25

GLOSSARY..........................................................................................................26

iii

# INTRODUCTION

Like so many other important events in life, retirement has a way of getting here sooner than we expect. That's why it's never too early to start planning for those years when you no longer have a regular paycheck.

Where will the money come from to support a secure retirement? Social Security, designed to provide for the basic necessities of life, will be one source of income. Both you and your employer contribute to Social Security during your working years. Another major source will be your own savings -- money that you set aside specifically for retirement in vehicles such as bank accounts, individual retirement accounts, and savings bonds.

We're pleased to tell you that a third source will be the Dalton Corporation, Warsaw Manufacturing Facility Pension Plan (called the "Plan" throughout this booklet). This valuable benefit, funded entirely by Dalton Corporation, Warsaw Manufacturing Facility (called the "Employer" throughout this booklet), is intended to supplement Social Security and your personal savings in meeting your post-retirement needs. Subject to the Plan's terms and conditions, the Plan offers you:

- A monthly Plan Benefit for life starting at your Normal Retirement Date (as defined in *"Plan Highlights"* below).

- Optional early retirement once you've satisfied the applicable requirements (see *"Plan Highlights"* below).

- Disability Benefits if you become disabled while actively employed before your Normal Retirement Date and after satisfying any applicable requirements.

- The right to future Plan Benefits you have earned under the Plan after 5 years of Service -- whether or not you continue to work for the Employer.

- Survivor Plan Benefits for your Spouse, even if you die before you retire.

- A choice of ways to receive your monthly Plan Benefit, to help you better plan for your later years.

The Plan is a defined benefit pension plan. This means that your retirement benefit is earned over the period of your covered employment and that the amount of your retirement benefit is determined by a formula that is defined in the plan document. More information about how you earn benefits and the retirement benefit formula is provided in this booklet.

Since the Plan Benefits provided by the Plan play a key role in your future financial security, we urge you to read this summarized description of the Plan carefully. This description summarizes the Plan in effect on January 1, 2015 and updates and replaces any prior descriptions. Employees whose employment terminated before January 1, 2015 may be subject to different Plan provisions.

1

Please remember, however, that this information is only an <u>overview</u> of the Plan's important provisions. Full details can be found in the legal Plan document which is available for your review in the Employer's Human Resources office during regular business hours. You should consult the Plan document itself if you have any questions about the Plan or your Plan Benefits that are not answered by this booklet.

If you would like your own copy of the Plan document, you may obtain a copy by writing to the Plan Administrator whose location is listed in this booklet's section entitled *"Getting Your Questions Answered"*. There may be a small charge for this service.

## PLAN HIGHLIGHTS

### WHO IS COVERED

You are covered under the Plan if you are employed in a covered class. Generally, the covered class under the Plan is any employee of the Employer covered by a collective bargaining agreement with United Steelworkers, Local Union 6805. However, you will NOT be in the covered class if:

- You are employed by a leasing organization, but work for the Employer.

- You became an employee in connection with an acquisition or merger (until the Employer extends coverage to you).

- You were hired or rehired on or after April 13, 2008.

### THE VALUE OF YOUR PLAN BENEFIT

The monthly Plan Benefit you'll receive from the Plan is based upon:

- Your Service and Credited Service with the Employer.

- The Benefit Rate in effect at the time your employment in the covered class terminates.

- Your age when Plan Benefit payments begin.

### WHEN YOU CAN RETIRE

- Normal Retirement Date: age 65 or if later, the fifth anniversary of the day you became a Participant, but not later than age 70.

- Early Retirement Date: as soon as you reach age 60 and have completed 15 years of Service.

- Late Retirement Date: generally, any time after your Normal Retirement Date.

2

## WHEN YOU'RE VESTED

- 100% vesting after 5 years of Service.

## PLAN BENEFIT PAYMENT OPTIONS

The Plan offers you a choice of different forms of payment to meet your needs and those of your Beneficiaries:

- Single Life Annuity.

- Qualified Joint and Survivor Annuity.

- Joint and Survivor Annuity.

## SURVIVOR PLAN BENEFITS

In addition to those payment options which provide a Survivor Plan Benefit in the event of your death after your Annuity Starting Date, the Plan offers a Preretirement Spouse Benefit if you have a Spouse and die *before* your Annuity Starting Date.

## DISABILITY BENEFITS

In addition to the retirement benefits offered under the Plan, the Plan provides a Disability Benefit if you become permanently and totally disabled while actively employed before your Normal Retirement Date, but after you satisfy any applicable eligibility requirements.

# WHEN AND HOW YOU BECOME A PARTICIPANT

Participation in the Plan was frozen on April 13, 2008. If you were a Participant before that date, you will continue as a Participant until you are no longer in a class of employees covered under the Plan. (For a description of the covered class, see "*Who is Covered*" in the "*Plan Highlights*" section above.) If you were not a Participant before that date, you will not participate in the Plan.

If you are rehired on or after April 13, 2008, you will not earn additional benefits under the Plan following reemployment. However, if you earned a Plan Benefit for your previous employment, you may earn additional years of Service that count towards vesting.

# THE FACTORS THAT DETERMINE YOUR PLAN BENEFIT

The amount of Plan Benefit you will receive from the Plan depends on several key factors:

- Your Service and Credited Service, both of which are based on your length of employment with the Employer.

- The Benefit Rate in effect at your retirement or other termination of employment.

- Your age when retirement payments begin.

3

- Certain legal limitations and requirements.

Before we discuss how your Plan Benefit is calculated, it's essential that we clearly define these factors.

## YOUR SERVICE

The term Service, as it's discussed in this booklet, refers to the portion of your employment with the Employer used to determine your eligibility to receive a Plan Benefit. You earn Service based on the number of whole years and full months you are employed by the Employer.

### HOW YOU EARN SERVICE

You earn Service from the date you are hired by the Employer until your Severance Date (the earlier of the date your employment terminates or the date you are absent from work for 12 months). Service is credited in whole years. Partial years of Service are combined, treating each full calendar month of Service as 1/12th of a year of Service. Any remaining days of Service are combined treating 30 days of Service as 1/12th of a year of Service.

Any interruption in your active employment with the Employer may be considered an interruption in your Service and is called a Break in Service. Breaks in Service can impact previously earned Service if you terminate employment with the Employer and later return to active employment. We'll talk about that in more detail shortly.

### ABSENCES THAT QUALIFY AS SERVICE FOR VESTING PURPOSES

The following absences are still counted as Service for purposes of determining your vested interest:

- Absence after your employment terminates if you return to work within 12 months of the date you were first absent from work.

- Absence because of sickness, disability, layoff, etc. If you don't return to employment within 12 months of such an absence, you will stop earning Service after that 12 month period.

- Absence because of active duty with the Armed Forces of the United States, as long as you are eligible for reemployment rights under federal law and you apply for active employment within 90 days after you are eligible for release from active duty.

- Absence because of employment with an employer who is legally affiliated with the Employer under IRS rules. The Plan Administrator can answer any questions you may have about this provision.

- A maternity/paternity absence due to pregnancy, the birth of a child or the adoption and placement of a child. In this case, you may not continue to earn Service for all purposes for the full period of your leave. You will earn Service for all purposes during the first 12

4

months of your leave. If your absence continues beyond 12 months, you will earn Service during the next 12 months of your leave only as needed to prevent a Break in Service. If your absence continues beyond 24 months, you will earn no further Service.

- A leave of absence due to reasons covered under the Family and Medical Leave Act. In this case, Service will be credited only as needed to prevent a Break in Service.

### WHAT HAPPENS TO YOUR SERVICE IF YOU TERMINATE EMPLOYMENT AND ARE REHIRED?

To answer this question, we first need to briefly explain the concept of vesting.

Although you earn a Plan Benefit while you are covered by the Plan, you are not entitled to that Plan Benefit until you become vested. To be vested simply means that you have earned a non-forfeitable right to your Plan Benefit.

Under the Plan, you are 100% vested once you have 5 years of Service - that is, you are entitled to all of your Accrued Plan Benefit (i.e. the Plan Benefit you have earned to date) at retirement age.

You are also automatically 100% vested if you reach your Normal Retirement Date while you are an active employee, regardless of your years of Service.

Now let's get back to what happens to your Service if you leave employment with the Employer but are later rehired. The answer to this question depends on whether you were vested before you left:

- If you left employment *before you were vested* (*i.e.*, before you had 5 years of Service) and are later rehired, the Service earned before you terminated employment will continue to count (*i.e.*, you *will not* lose your Accrued Plan Benefit) *unless* you incurred 5 consecutive Breaks in Service.

- If you left employment *after you were vested* (*i.e.*, after 5 years of Service) and are later rehired, the years of Service earned before you left and those earned after you return will always be added together and counted toward your vesting requirements.

## YOUR CREDITED SERVICE

Credited Service is the portion of your employment with the Employer that is used in calculating the amount of your Plan Benefit. The amount of your Credited Service may differ from your Service.

### HOW YOU EARN CREDITED SERVICE

Credited Service consists of the whole years and fractional years you have been employed by the Employer regardless of the number of hours worked. Years are determined based on the date you are hired in a covered classification. Partial years are combined, treating each full calendar month

5

of Credited Service as 1/12th of a year of Credited Service. Any remaining days of Credited Service are combined treating 30 days of Credited Service as 1/12th of a year of Credited Service. Credited Service includes all periods of employment except the following:

- Periods of employment while you are in a job classification that is not covered by the Plan.

- If you are rehired on or after April 13, 2008, periods of employment following your rehire date.

### ABSENCES THAT QUALIFY AS CREDITED SERVICE

Absences which qualify as Service (see the information under the heading "*Your Service*") do *not* count as Credited Service, unless you are absent for any of the following reasons:

- Absence without termination of up to 12 months.

- Absence because of military service if you return to employment with the Employer while your reemployment rights are protected under federal law.

### WHAT HAPPENS TO YOUR CREDITED SERVICE IF YOU TERMINATE EMPLOYMENT AND ARE REHIRED?

If you leave employment with the Employer and are later rehired, your Credited Service will generally be treated in a similar manner as your Service -- that is, whether your previously earned Credited Service will continue to count for Plan Benefit calculation purposes depends on whether you were vested when you terminated employment. However, unlike your years of Service, if you received a single sum cash payment of your full Vested Plan Benefit at the time your employment terminated, the years of Credited Service you earned before you left employment will *not* be counted. If your previously earned Credited Service continues to count, your Plan Benefit may be reduced at your subsequent retirement because of any Annuity payments you received before you were rehired. For detailed information, see "*What Happens To Your Service If You Terminate Employment And Are Rehired?*" under "*Your Service*" and "*If You Are Rehired*" under "*Single Sum Cash Payment*".

## BENEFIT RATE

In addition to Service and Credited Service, another major factor influencing your Plan Benefit is the Benefit Rate in effect on your termination of employment date. The Benefit Rate is the dollar amount that is applied to your years of Credited Service. See the section entitled "*Normal Retirement*".

## YOUR AGE AT WHICH PAYMENTS BEGIN

As an alternative to retiring on your Normal Retirement Date, you may choose an Early Retirement Date or a Late Retirement Date. Obviously, the age at which you retire or otherwise terminate employment affects the amount of Service and Credited Service you earn. Similarly,

6

the age at which you begin receiving your Plan Benefit affects the period of time over which your Plan Benefit will be paid.

## LEGAL LIMITATIONS

There are two important legal factors that may have a bearing on the amount of the Plan Benefit you are eligible to receive.

- *Limitations On Plan Benefits Mandated By Federal Law.* Your annual Plan Benefit may not exceed certain benefit limitations which are set and annually adjusted by the federal government. The Plan Administrator will notify you of these limits if they apply to you.

- *Restrictions For Under-Funded Plans.* The Employer is obligated to fund benefits under the Plan in accordance with legal rules and in accordance with any applicable collective bargaining agreements. To protect plan funding, Federal law sets parameters for determining a plan's funded status and imposes certain restrictions if the plan is not at least 80% funded under those parameters. If a plan is less than 80% funded under Federal parameters, the plan generally may not be amended to increase benefits and "accelerated payments" (as described below) are restricted. If a plan is less than 60% funded under Federal parameters, no accelerated payments may be made, no additional benefits will be earned, and benefits that would be payable upon the occurrence of an unpredictable contingent event (e.g., plant closure) will not be payable from the plan. The Plan Administrator will notify you for any Plan Year in which a restriction applies under the Plan. (Generally, accelerated payments are payments that are not spread evenly over the life of a Participant and/or his beneficiary, such as single sum payments (other than cashouts), Social Security adjustment annuities, etc.)

## HOW YOUR PLAN BENEFIT IS CALCULATED

Now let's look at how your Plan Benefit is calculated in terms of the retirement date options that are offered under the Plan.

### NORMAL RETIREMENT

If you retire on your Normal Retirement Date as defined in the Introduction, your Plan Benefit payments will begin on the first day of the month which coincides with or follows that date.

#### *Benefit Formula*

Your monthly Normal Retirement Benefit is the sum of (a) plus the applicable amount determined under (b), based on the date your covered employment terminated, as follows:

(a)     $10.00 multiplied by your Credited Service earned before January 1, 1987; plus

(b)     the applicable benefit rate determined from the table below multiplied by your Credited Service earned after December 31, 1986:

**DEBTORS' EXHIBIT NO. 13**
**Page 11 of 32**

| Date You Ceased to be a Covered Employee | Applicable Benefit Rate |
|---|---|
| Before September 30, 1987 | $11.00 |
| On or after September 30, 1987, but before April 1, 1994 | $22.00 |
| On or after April 1, 1994, but before April 1, 1995 | $23.00 |
| On or after April 1, 1995, but before April 1, 1996 | $24.00 |
| On or after April 1, 1996, but before April 1, 1997 | $25.00 |
| On or after April 1, 1997, but before April 6, 1998 | $26.00 |
| On or after April 6, 1998, but before April 9, 2003 | $28.00 |
| On or after April 9, 2003, but before January 1, 2006 | $30.00 |
| On or after January 1, 2006, but before January 1, 2012 | $31.50 |
| On or after January 1, 2012, but before January 1, 2013 | $32.50 |
| On or after January 1, 2013 | $33.50 |

### EARLY RETIREMENT

You may retire before your Normal Retirement Date if you have reached age 60 and have completed at least 15 years of Service. Thus, your Early Retirement Date can be any date after you are age 60 and before your Normal Retirement Date, as long as you have at least 15 years of Service.

You may apply for your Early Retirement Benefit payments to begin as early as the first day of the month coinciding with or next following the month you actually cease employment or you may elect a later payment date. However, payments must begin no later than your Normal Retirement Date.

The Early Retirement Benefit calculation is basically the same as the Normal Retirement Benefit calculation, but includes adjustments made by an Early Commencement Factor. The Early Commencement Factor, based on the age at which you start to receive benefit payments, reduces your monthly Plan Benefit to account for the additional years during which you'll receive payments.

#### *Early Commencement Factor For Early Retirees*

Your monthly Plan Benefit is reduced by .6% for each month that your Annuity Starting Date precedes your Normal Retirement Date. Therefore, if you retire 5 years early (60 months), your Early Commencement Factor would be calculated as follows:

.6%        x        60 = 36%

100%       -        36 = 64%

8

Your Early Retirement Benefit would be 64% of your Normal Retirement Benefit.

A special rule applies if you retire from employment before May 14, 2016, after you have reached age 62. In that case, your monthly Plan Benefit will **not** be reduced for early commencement.

### LATE RETIREMENT

If you continue to work after your Normal Retirement Date, the day on which you finally do retire is called your Late Retirement Date. Generally, you continue to earn benefits under the Plan as long as you are employed.

In general, Late Retirement Benefit payments must begin no later than the April 1 following the later of the year you reach age 70 1/2 or the year you retire. (If you are at least a 5% owner of the Employer your payments must begin no later than the April 1 following the calendar year you reach age 70 1/2.)

Your monthly Late Retirement Benefit will be equal to the greater of:

1) Your Normal Retirement Benefit, calculated using your Credited Service to the date you actually retire or

2) Your Normal Retirement Benefit calculated using your Credited Service as of your Normal Retirement Date, actuarially increased (based on specified interest and mortality factors) for the period from your Normal Retirement Date to the date benefit payments begin.

If you continue employment after age 70 1/2, a different calculation applies under 2) above. See your Plan Administrator for information on calculating benefits after that date.

### WHEN YOU TERMINATE EMPLOYMENT

The Plan provides a retirement benefit for Participants who terminate employment with the Employer before they are eligible to retire, provided they are vested. To be vested is to have earned a non-forfeitable right to a portion or all of your Accrued Plan Benefit.

The amount of Plan Benefit to which you are entitled is called your Vested Plan Benefit.

Your Vested Plan Benefit will be a percentage of the Plan Benefit described under the heading "*Normal Retirement*". The percentage is taken from this schedule:

| Years of Service | Vested Interest |
|---|---|
| less than 5 | 0% |
| 5 or more | 100% |

9

If you are employed by the Employer or an affiliated entity on or after your Normal Retirement Date, you are automatically 100% vested, regardless of your years of Service.

### *Payment of Your Vested Plan Benefit*

Unless your Vested Plan Benefit is cashed out as described in *"Cashouts"* below, it will be paid beginning on your Normal Retirement Date.

Instead of waiting until your Normal Retirement Date to begin receiving benefit payments, you may choose to start receiving your Vested Plan Benefit the first day of any month after you either:

- reach age 60, provided you have completed at least 15 years of Service; or

- first become eligible for reduced Federal Social Security old-age retirement benefits.

If you do choose to begin receiving your Vested Plan Benefit before your Normal Retirement Date, your Vested Plan Benefit will be adjusted by an Early Commencement Factor (see the information under the heading *"Early Commencement Factor For Early Retirees"*).

### *Cashouts*

If the present value of your Vested Plan Benefit is greater than $1,000, payment of your Vested Plan Benefit will begin on your Normal Retirement Date (or earlier if you are eligible and elect to start payments early). If it is less than $1,000, it will be paid out in a single sum cash payment (see *"Single Sum Cash Payment"* below) as soon as administratively practicable following your termination of employment.

## SINGLE SUM CASH PAYMENT

### WHEN THE VALUE OF YOUR PLAN BENEFIT IS $1,000 OR LESS

If the value of your Vested Plan Benefit is $1,000 or less you will automatically receive your Vested Plan Benefit in a single sum cash payment at the time your employment terminates. The single sum payment will be equal to the full value of your Vested Plan Benefit at that time. You cannot elect another form of payment. Please refer to the section *"Direct Rollover Distributions"* for important information regarding single sum cash payments.

Similarly, if the value of the Survivor Plan Benefit payable to your Spouse or other Beneficiary is $1,000 or less, payment may be made in a single sum cash payment as soon as administratively practicable following your death.

### IF YOU ARE REHIRED

If you receive a single sum cash payment of the full value of your Vested Plan Benefit when your employment terminates and you are later rehired by the Employer, you will retain your

10

previously earned Service, and be 100% vested, but will lose your previously earned Credited Service. Thus, you will be considered a new employee in terms of accruing Credited Service.

### TAX TREATMENT

If you terminate employment before age 55 and receive a single sum cash payment of your Plan Benefit, your Plan Benefit may be subject to both ordinary income tax and a 10% additional tax. However, the 10% additional tax will *not* apply to taxable Plan Benefit payments that are:

- Made after you reach age 59 1/2; or

- Made to your Beneficiary when you die; or

- Used to pay unreimbursed medical expenses for you or your dependent in excess of 7.5% of your adjusted gross income as reported on your Form 1040 federal tax return; or

- Made under the terms of a Qualified Domestic Relations Order.

The Plan Administrator will provide you with information regarding the tax consequences of your distribution, when it is made. However, you should consult your own tax advisor for more complete information regarding your own situation. For the most current tax information, pick up a free copy of IRS Publication 575 "Pension and Annuity Income" at your local IRS office.

## DIRECT ROLLOVER DISTRIBUTIONS

If you receive your Plan Benefit in a single sum cash payment, you may choose to have all or part of such payment rolled over to another qualified plan that accepts rollovers, a tax-sheltered annuity under Code Section 403(b) that accepts rollovers, a deferred compensation plan under Code Section 457(b) maintained by a state, political subdivision of a state, or any agency or instrumentality of a state or political subdivision of a state, or to an IRA (including a Roth IRA). The portion of your Plan Benefit that is directly rolled over will be exempt from the mandatory 20% tax withholding rules that are otherwise applicable to single sum cash payments.

If your Spouse or other Beneficiary receives payment of a Survivor Plan Benefit in a single sum, he or she may also be eligible to have all or part of such payment directly rolled over to another eligible plan or IRA. Generally, your Spouse or a former Spouse who is an alternate payee under a qualified domestic relations order may roll over an eligible distribution to an IRA (including a Roth IRA) or to any other eligible plan, as described above. Your non-Spouse Beneficiary (who is your designated beneficiary under IRS rules) may also elect a direct rollover. However, he or she may only direct a rollover to an IRA (including a Roth IRA). The IRA must be identified as an inherited IRA and is subject to special distribution rules.

The Plan Administrator will provide you with more detailed information as to how to elect a direct rollover. However, for more information as to the tax consequences related to single sum cash payments that are not directly rolled over to a qualified defined contribution plan or IRA, you should consult your own tax advisor.

11

## FORMS OF BENEFIT PAYMENT

If the value of your Vested Plan Benefit is $1,000 or less at the time you retire, your Plan Benefit will be distributed in a single sum cash payment. If, however, the value of your Vested Plan Benefit is over $1,000, distribution of your Plan Benefit will automatically take the form of an Annuity.

An Annuity is the payment of a benefit in equal installments, usually monthly, over a period of time. The amount of these installments is usually based on life expectancy. You may choose among several different Annuity arrangements. Depending on your choice, you can even provide a lifetime monthly income to your Spouse or another Beneficiary if you die after your Annuity Starting Date.

In the following sections, we will discuss the normal form of payment as well as your other payment options. All of these are intended to produce equivalent results. If you have a Spouse, you will need your Spouse's consent to elect a form of payment other than the normal form of payment.

Under special IRS rules, you may not elect a form of payment that is expected to provide a Survivor Plan Benefit to your designated Beneficiary that is more than incidental when compared to the benefit amount expected to be paid to you. An exception to this rule applies if your Beneficiary is your Spouse.

## NORMAL FORM OF PAYMENT

The Annuity form under which your Plan Benefit is normally paid -- that is, the way it automatically will be paid to you unless you waive it and make another election -- depends on whether you have a Spouse on your Annuity Starting Date (the date as of which payments start).

### NORMAL FORM OF PAYMENT FOR EMPLOYEES WHO HAVE A SPOUSE

If you have a Spouse, the normal form of payment is a Qualified Joint and Survivor Annuity. Through this type of Annuity, your Vested Plan Benefit is reduced to provide a lifetime income for your Spouse if you die after your Annuity Starting Date. The reduction to provide this survivor benefit to your Spouse is based on actuarial tables which consider, among other things, your age and the age of your Spouse.

Under the Qualified Joint and Survivor Annuity, you receive reduced monthly payments for life. After your death, your Spouse will continue to receive monthly payments for life. The amount of your Spouse's benefit after you die will be 50% of the reduced Plan Benefit amount you were receiving. If your Spouse dies before you, no further monthly payments will be made after your death. However, you will continue to receive the reduced amount as long as you live.

Under the Qualified Joint and Survivor Annuity form of payment, you may also elect to have 100% or 75% of the Plan Benefit amount you were receiving continued to your Spouse. Choosing a higher percentage, of course, would result in an even greater reduction in your own monthly Plan Benefit.

12

**DEBTORS' EXHIBIT NO. 13**
**Page 16 of 32**

If you have obtained your Spouse's consent, you may waive the Qualified Joint and Survivor Annuity and choose among the other available payment options.

## NORMAL FORM OF PAYMENT FOR EMPLOYEES WHO DO NOT HAVE A SPOUSE

If you do not have a Spouse, your Plan Benefit will be paid in the form of a Single Life Annuity -- that is, in level monthly payments to you as long as you live. No Survivor Plan Benefits will be paid after your death.

## OTHER PAYMENT OPTIONS

The Plan also offers additional payment options which may suit your needs better than the normal form just described. Again, if you have a Spouse, you must receive your Spouse's consent to waive the Qualified Joint and Survivor Annuity and choose one of these other forms of payment.

### SINGLE LIFE ANNUITY

If you have a Spouse, the Plan permits you to waive the Qualified Joint and Survivor Annuity and receive your Plan Benefit in the form of a Single Life Annuity--that is, in level monthly payments to you as long as you live, based on your monthly Plan Benefit as described in the section titled "*How Your Plan Benefit Is Calculated*". Under this form of payment, you will receive a larger Plan Benefit than you would have received under the Qualified Joint and Survivor Annuity, but no Survivor Plan Benefits will be paid after your death.

### JOINT AND SURVIVOR ANNUITY

The Joint and Survivor Annuity will provide you with reduced monthly payments for life but, at your death after your Annuity Starting Date, payments will continue to your Beneficiary (any person you choose) for as long as that person lives. These payments may be 100%, 75%, 50% or 25% of your reduced Plan Benefit.

## ELECTING YOUR FORM OF BENEFIT PAYMENT

### TIMING

Generally, you will receive information from the Plan Administrator regarding your retirement payment options, including the Qualified Joint and Survivor Annuity option, and when you wish to commence payment 30 to 180 days before your Annuity Starting Date. You may elect to start payments fewer than 30 days after receiving this information if certain requirements are met. (These requirements are explained in detail in the materials you receive for electing your payment.) Under the Plan, you may even elect a "retroactive" Annuity Starting Date that occurs *before* the date you receive this information. See the section entitled "*Retroactive Annuity Starting Date*" below.

13

*Once your payments begin, your election is final and cannot be changed.* Additional information specific to the timing of your Survivor Plan Benefit coverage will be discussed in the next section, "*Survivor Plan Benefits*".

### SPOUSAL CONSENT

If you have a Spouse and want to waive the Qualified Joint and Survivor Annuity, you must have your Spouse's consent and must notify the Plan Administrator in writing before your Annuity Starting Date. Special rules apply if you are electing a retroactive Annuity Starting Date.

Your Spouse's consent must be in writing and must be witnessed by a notary or a representative designated by the Plan Administrator. Your Spouse must consent to the specific form of payment you are electing and, if applicable, any Beneficiary under that form of payment other than him/herself. Your Spouse may also consent to all future changes you may make in your Beneficiary designation and/or form of payment. If your Spouse consents to all future changes, you will not required to get your Spouse's further written consent if you decide to change your Beneficiary and/or form of payment.

### RETROACTIVE ANNUITY STARTING DATE

The Plan permits you to elect a retroactive Annuity Starting Date, e.g., an Annuity Starting Date that is earlier than the date you receive notice from the Plan Administrator explaining the Qualified Joint and Survivor Annuity and your other payment options. If you elect a retroactive Annuity Starting Date, your payments won't start until after you receive the required notice from the Plan Administrator. However, the amount of your payments will be determined as if you started payments on the date you select as your retroactive Annuity Starting Date.

If you are receiving an Annuity, your first payment will include a make-up payment equal to the sum of the payments you would have received for the period beginning on your retroactive Annuity Starting Date and ending on the date your payments actually begin (your "actual payment date"). Your make-up payment will include interest on the missed payments.

If you are electing a retroactive Annuity Starting Date, the Plan Administrator will provide you with the notice explaining the Qualified Joint and Survivor Annuity and your other payment options 30 to 180 days before your actual payment date. You may elect to start payments fewer than 30 days after receiving this information if certain requirements are met. (These requirements are explained in detail in the materials you receive for electing your payment.)

If you elect a retroactive Annuity Starting Date, the spousal consent requirements described above still apply. However, instead of applying to the person who was your Spouse on your retroactive Annuity Starting Date, they apply to the person who is your Spouse on your actual payment date. Such Spouse may be required to consent to your election of a retroactive Annuity Starting Date if his or her survivor benefit under the Qualified Joint and Survivor Annuity determined as of the retroactive Annuity Starting Date is less than 50% of the survivor benefit that is payable under the Qualified Joint and Survivor Benefit determined as of your actual payment date.

14

You may not elect a retroactive Annuity Starting Date that is earlier than the date you would have first been eligible to receive payments under the Plan. In other words, if the Plan does not permit payment before termination of employment and you continue employment after your Normal Retirement Date, you may not elect a retroactive Annuity Starting Date that is after your Normal Retirement Date, but before you actually retire from employment.

## WHAT HAPPENS TO YOUR FORM OF PAYMENT ELECTION IF YOU TERMINATE EMPLOYMENT AND ARE REHIRED?

If you leave employment with the Employer and are later rehired before your Annuity Starting Date, your election of form of benefit payment will become ineffective, and you will make a new election before your future Annuity Starting Date.

If you are later rehired after your Annuity Starting Date and if your Annuity Starting Date was before your Normal Retirement Date, your election of form of benefit payment will continue to be effective only for your benefit accrued at the time of your termination of employment, and you will make a new election before your future Annuity Starting Date for your benefit accrued after your reemployment. Your new election may be the same or different than your earlier election. If your original Annuity Starting Date was on or after your Normal Retirement Date, your election of form of benefit payment will be effective for your benefit accrued both at the time of your termination of employment and after your reemployment, and you will not make a new election before your future Annuity Starting Date.

## SURVIVOR PLAN BENEFITS

While the primary purpose of the Plan is to help you maintain a satisfactory standard of living after retirement, it also provides Survivor Plan Benefits under certain circumstances.

This section will discuss some of the key factors involved in determining when and to whom benefits will be paid after your death.

As you read through this material, it will be helpful for you to remember that your Annuity Starting Date is the critical turning point in terms of Survivor Plan Benefits:

- *If you have a Spouse*, the death benefit provided to your Spouse by the Preretirement Spouse Benefit coverage (which we'll discuss in a moment) is generally effective *up to your Annuity Starting Date*, whether you choose Early, Normal or Late Retirement or you terminate employment with a Vested Plan Benefit. Once your Annuity Starting Date occurs, the Qualified Joint and Survivor Annuity coverage becomes effective. Unless these coverages are waived or eligibility requirements are not met, your Spouse may receive a Survivor Plan Benefit regardless of when you die and whether you are employed or are retired.

- *If you do not have a Spouse* and die before your Annuity Starting Date, *no* Survivor Plan Benefit is payable. However, you may elect to waive the normal form of payment and choose an optional form of payment that provides Survivor Plan Benefit coverage. The

15

Survivor Plan Benefit available under the optional form of payment that you elected would be payable if you die *after* your Annuity Starting Date.

## PRERETIREMENT SPOUSE BENEFIT

### SPOUSAL BENEFITS BEFORE YOUR ANNUITY STARTING DATE

If you have a Spouse and you die before your Annuity Starting Date, your Spouse may be eligible to receive the Preretirement Spouse Benefit. Similar to the Qualified Joint and Survivor Annuity which provides a benefit to your Spouse if you die after your Annuity Starting Date, the Preretirement Spouse Benefit provides financial support to your Spouse if you die before your Annuity Starting Date.

### ELIGIBILITY CRITERIA FOR THE PRERETIREMENT SPOUSE BENEFIT

Your Spouse will be eligible to receive the Preretirement Spouse Benefit if all of the following conditions are met:

- You were married at the time of your death

- You had a Vested Plan Benefit

- Your Annuity Starting Date had not occurred

### AMOUNT OF THE PRERETIREMENT SPOUSE BENEFIT

Essentially, your Spouse will receive the same payments he or she would have received under a 50% Qualified Joint and Survivor Annuity had your date of death been the date you retired.

As in the case of a Qualified Joint and Survivor Annuity, the benefit amount your Spouse receives will be based on the amount you would have received as determined in the section *"How Your Plan Benefit Is Calculated"*, adjusted for the Qualified Joint and Survivor Annuity form of payment, and adjusted by the Early Commencement Factor if payments start before Normal Retirement Date.

### EFFECT OF ELECTION OF OPTIONAL QUALIFIED JOINT AND SURVIVOR ANNUITY

In certain circumstances, your Spouse will be eligible to receive the same benefits he or she would have received under the 100% or 75% Qualified Joint and Survivor Annuity instead of the 50% Qualified Joint and Survivor Annuity. If you elected a Qualified Joint and Survivor Annuity other than the 50% Qualified Joint and Survivor Annuity during the 180-day period before your Annuity Starting Date, but died before your Annuity Starting Date, your Spouse will receive a Preretirement Spouse Benefit under the form of payment you elected.

As in the case of a Qualified Joint and Survivor Annuity, the benefit amount your Spouse receives will be based on the amount you would have received as determined in the section *"How Your Plan Benefit Is Calculated"*, adjusted for the Qualified Joint and Survivor Annuity

16

form of payment, and adjusted by the Early Commencement Factor if payments start before Normal Retirement Date.

## TIMING OF PRERETIREMENT SPOUSE BENEFIT PAYMENTS

Your Spouse may choose to start receiving Preretirement Spouse Benefit payments as early as your earliest retirement age (the earliest possible age you would have been eligible to retire) or, if that date has passed, the first day of the month following your death. He or she may also defer the start of these payments until the date you would have reached age 70 1/2.

If your Spouse does not elect any of the above dates, payments will begin on the date that would have been your Normal Retirement Date or your date of death, if later.

## WHEN THE PRERETIREMENT SPOUSE BENEFIT WILL NOT BE PAID

Payments under the Preretirement Spouse Benefit **will not** be made if your Spouse dies before the date on which he or she chooses to start receiving Preretirement Spouse Benefit payments.

## SUPPLEMENTAL PRERETIREMENT SPOUSE BENEFIT

Your surviving Spouse may also be entitled to a Supplemental Preretirement Spouse Benefit if all of the following requirements are met on the date you die:

- You were actively employed;

- You and your Spouse were married throughout the 12-month period preceding your date of death; and

- You are credited with at least 10 years of Service.

The Supplemental Preretirement Spouse Benefit is the greater of $200 or 50% of your vested Plan Benefit as of your date of death. The Supplemental Preretirement Spouse Benefit is payable monthly beginning on the first day of the month following the month in which your death occurs until the last day of the month in which your surviving Spouse dies or remarries.

# IF YOU BECOME DISABLED

If you become disabled while actively employed before your Normal Retirement Date, you will receive a Disability Benefit provided:

- You have completed at least 10 years of Service

- You are receiving or are eligible to receive a Social Security disability benefit

- Your disability is not due to any of the following:

  - Engaging in a felonious criminal enterprise

17

You are disabled if you suffer from a physical or mental condition resulting from bodily injury, disease, or mental disorder that prevents you from engaging in any regular occupation or employment, other than employment for purposes of rehabilitation, and which constitutes permanent and total disability under Title II of the Social Security Act

Your Disability Benefit will be the same as your Normal Retirement Benefit as described in the section "*How Your Plan Benefit Is Calculated*", based on the number of your years of Credited Service at the time you become disabled.

Your Disability Benefit will begin the month in which you make a written application for the benefits. Your Disability Benefit will continue until your Normal Retirement Date, unless you elect to start early retirement benefits or you recover from your disability. If you are still disabled at your Normal Retirement Date, your Disability Benefit will stop and you will begin receiving your Normal Retirement Benefit.

If your disability ceases before your Normal Retirement Date you will not receive Service or Credited Service for the period during which you were disabled, even if you promptly return to work.

## SPECIAL RULES APPLICABLE TO PARTICIPANTS WHO DIE DURING MILITARY ABSENCE

If you are absent from employment with the Employer because of military service and die after December 31, 2006, while performing qualified military service (as defined under the Internal Revenue Code), you will be treated as having returned to employment with the Employer on the day before your death for purposes of determining your Vested Plan Benefit and your Beneficiary's eligibility for a Survivor Plan Benefit. Notwithstanding the foregoing, you will not earn additional benefits with respect to your period of military leave.

## CIRCUMSTANCES THAT MAY AFFECT YOUR PLAN BENEFIT

Here is a summary of some of the more common circumstances which may affect your Plan Benefit, with references to any sections of the booklet, which describe these situations in more depth.

- **Membership in an ineligible employee group** makes you ineligible for benefits under this Plan. Should you join such a group, you may lose your eligibility to earn further Plan Benefits. See the section "*When and How You Become a Participant*".

- **Not returning to work** within 12 months of the date your Service ends, means your absence may be considered a Break in Service. This could affect the amount of your Plan Benefit.

- **Suspension:** If you retire and then return to work for the Employer (or any company legally affiliated with the Employer under IRS rules), your Plan Benefit payments may be suspended. They will resume when you retire again.

18

- **If you waive the Qualified Joint and Survivor Annuity (with spousal consent)** and then die after your Annuity Starting Date, your Spouse will have no right to any portion of your Vested Plan Benefit unless he or she was the designated Beneficiary for the Survivor Plan Benefit provided under the optional form of payment you elected.

- **If you terminate employment before you are vested**, you will not be eligible for a Vested Plan Benefit. See the section "*When You Terminate Employment*".

- **The amount of your actual Plan Benefit may not exceed the maximum** set by federal law, even if the calculation of your Plan Benefit results in such an amount. See the heading "*Legal Limitations And Requirements*".

- **Benefit accruals may cease and accelerated payments be restricted or suspended** if the Plan's funding status, as determined under federal law, falls below 80%. See the heading "*Legal Limitations And Requirements*".

- **If the value of your Vested Plan Benefit is $1,000 or less** you will receive a single cash payment of that value at the time you terminate employment. If you receive such a payment, you will not have a right to any further benefit under the Plan unless you are later rehired. See the heading "*When The Value Of Your Vested Plan Benefit Is $1,000 Or Less*" for more information.

- **If the Plan should terminate** for any reason you may lose part of your Plan Benefit if it exceeds the limit guaranteed by the Pension Benefit Guaranty Corporation. See the section "*Continuation Of The Plan*".

- **If you divorce,** a court may divert part or all of your benefit to an alternate payee through a Qualified Domestic Relations Order ("QDRO"). This court order creates or recognizes a Spouse, former Spouse, or child's right to part or all of your benefit. While laws generally protect Plan benefits against creditors, QDROs are an exception. The Plan Administrator must determine if the order meets all the required rules and contains all the required information, so it can be considered a "Qualified" Domestic Relations Order. You may obtain a copy of the procedures that the Plan Administrator follows in making this determination without charge from the Plan Administrator. If you disagree with a determination (or the lack thereof) concerning the qualified status of a Domestic Relations Order, you may file suit in a federal court.

## RECEIVING YOUR PLAN BENEFIT

### APPLYING FOR YOUR BENEFIT

You or your Beneficiary will need to complete a benefit claim form available from the Plan Administrator. This form will allow the Plan Administrator to calculate your benefit and begin to process it.

19

**PAYMENT OF YOUR BENEFIT**

If your claim is approved, payments will be mailed to you monthly. Again, if the value of your Vested Plan Benefit is $1,000 or less, payment will be made in a single sum cash payment.

## IF YOUR APPLICATION IS DENIED

If your claim is denied, the Plan Administrator will notify you in writing within 90 days after receiving your claim. The notice will state the following:

- The specific reason(s) for denial

- The Plan provisions that support the denial

- Any additional information needed to complete your claim request and an explanation of why it is needed

- Information on how to have the claim denial reviewed

## REQUESTING A REVIEW OF THE DENIAL

A written request for a review of the denial must be made within 60 days after the denial date.

If you wish, you (or your representative) may review the Plan document and submit written information supporting your claim to the Plan Administrator or other Fiduciary responsible for reviewing denied claims. Your information must include:

- The date you received notice of denial of your claim and the date your request for review is filed

- The specific part of the claim you want reviewed

- A statement setting forth the basis upon which you think the decision should be reversed

- Any written material that you think is pertinent to your claim and that you want the Plan Administrator to examine.

Within 60 days of your request, the Plan Administrator or Fiduciary will notify you in writing of the final decision. If your claim is denied on review, the notice will state the following:

- The specific reason(s) for the denial

- The Plan provisions that support the denial

- That you are entitled to receive reasonable access to and copies of all documents, records, and other information relevant to your claim for benefits

- Information on any voluntary appeal procedures

20

**DEBTORS' EXHIBIT NO. 13**
**Page 24 of 32**

- A statement of your right to bring a civil action under ERISA

TIME EXTENSIONS

Under special circumstances, the 90-day and 60-day notification periods just discussed may be extended. The Plan Administrator will inform you in writing of any extensions before the end of these time periods. The extension notice will state the special circumstances necessitating the delay and the review date by which you may expect a decision. In no event will a 90-day period be extended beyond another 90 days, or a 60-day period be extended beyond another 60 days.

## PLAN ADMINISTRATION

For legal purposes, the Plan Administrator is Neenah Enterprises, Inc. The Plan Administrator is responsible for administering the Plan and maintaining benefit information. The Plan Administrator is also responsible for the Plan's adherence to legal requirements. Service of legal process may be made upon the Plan Administrator. The Plan Administrator may be contacted at:

- Address:            P.O. Box 729; 2121 Brooks Avenue
                      Neenah, WI  54957

- Phone number:       (920) 729-3464

GETTING YOUR QUESTIONS ANSWERED

The Employer, Dalton Corporation, acts as the agent for the Plan Administrator. If you have questions regarding your Plan Benefit, they should be directed to:

- Address:            Dalton Corporation
                      P.O. Box 1388
                      Warsaw, IN  46581-1388

- Phone number:       (574) 371-5230

## PLAN FUNDING AND PLAN TRUSTEES

All contributions to the Plan are turned over to the Plan's Trustee and managed under the terms of the Plan's trust agreement. The Trustee of the Plan is MassMutual Financial Group

- Address:            1295 State Street N405
                      Springfield, MA  01111-0001

## ADDITIONAL INFORMATION

- Plan Name:          Dalton Corporation, Warsaw Manufacturing Facility Pension Plan

- Effective Date:     The Plan was established effective January 14, 1973 and most
                      recently revised effective January 1, 2015.

21

- Plan Year:   The Plan Year is the 12-month period ending on each December 31st.

- Recordkeeping Period:   Records for the Plan are kept on a Plan Year basis.

- Plan Sponsor:   Neenah Enterprises, Inc.
  P.O. Box 729; 2121 Brooks Avenue
  Neenah, WI 54957

- Plan Sponsor's phone number:   (920) 729-3464

- Plan Sponsor's EIN:   25-1618281

- Employer:   Dalton Corporation, Warsaw Manufacturing Facility
  P.O. Box 1388
  Warsaw, IN 46581-1388

- Employer's phone number:   (574) 371-5230

- Employer's EIN:   35-0259770

- Plan Number:   002

- Type Of Plan:   This is a defined benefit pension plan. Under a defined benefit plan, your retirement benefit is earned over the period of your covered employment and the amount of your retirement benefit is determined by a formula that is defined in the plan document. The amount of the contribution is actuarially determined.

- Type Of Funding:   Contract Funding. Plan assets are held in a group annuity contract issued by Massachusetts Mutual Life Insurance Company, 1295 State Street, Springfield, MA 01111. The Plan Administrator is responsible for administering the contract.

- Collective Bargaining Agreement:   The Agreement is between Dalton Corporation, Warsaw Manufacturing Facility and United Steelworkers, Local Union 6805 and covers wages, hours of work and other conditions of employment. The Plan is maintained by this Agreement. Detailed

22

**DEBTORS' EXHIBIT NO. 13**
**Page 26 of 32**

Even if certain of your benefits are not guaranteed, you still may receive some of those benefits from the PBGC depending on how much money your plan has and on how much the PBGC collects from employers.

For more information about the PBGC and the benefits it guarantees, ask your Plan Administrator or contact the PBGC's Technical Assistance Division, 1200 K Street, N.W., Suite 930, Washington, D.C. 20005-4026 or call (202) 326-4000 (not a toll-free number). TTY/TDD users may call the federal relay service toll-free at 1-800-877-8339 and ask to be connected to (202) 326-4000. Additional information about the PBGC's pension insurance program is available through the PBGC's website on the Internet at http://www.pbgc.gov.

## HEALTH CARE SPENDING ACCOUNT

The Employer maintains a health care spending account for each of its employees who is earning Credited Service under the Plan. From April 6, 1998 through May 14, 2016, the Employer will contribute $0.05 to your account for each hour you work while you are earning Credited Service under the Plan. If you have at least 30 years of Credited Service, the Employer will also contribute $500 to your account on December 31 of each contract year. Each December 31, your account is adjusted for income and losses experienced by the Plan.

If you retire after becoming eligible for an Early or a Normal or Late Retirement Benefit, amounts held in your account may be used to pay "qualifying" medical care expenses of you or your dependent. "Qualifying" medical care expenses are expenses that are *not* reimbursed by accident and health coverage and are *not* for elective cosmetic surgery.

To be reimbursed for qualifying medical expenses, you must submit a claim that includes:

- your written statement that the medical expense is not reimbursable under any other health care coverage; and

- a statement from a third party indicating that the expense was incurred and the amount of the expense.

Your account will be reduced by the amount paid to reimburse qualifying medical expenses. No further payments will be made once the account balance is reduced to zero. If you die before your account balance is reduced to zero, your Spouse or other dependent may submit additional claims until the account is exhausted.

### FORFEITURE OF ACCOUNT

If you terminate employment before becoming eligible for retirement and incur 5 Breaks in Service, your health care spending account will be forfeited. If you are rehired and start earning Credited Service again after your account is forfeited, a new account will be established for you and contributions will be made starting with your rehire date.

24

# YOUR ERISA RIGHTS

Participants in the Plan have certain rights and protection under the Employee Retirement Income Security Act of 1974, commonly known as ERISA. ERISA states that, as a Plan Participant, you are entitled to:

- Examine, without charge, all Plan documents at the Plan Administrator's office and at other specified locations. These documents include insurance contracts, collective bargaining agreements, and copies of all documents, such as annual reports and Plan descriptions.

- Obtain copies of all Plan documents and other Plan information upon a written request directed to the Plan Administrator. The Plan Administrator may charge a reasonable amount for the copies.

- Receive a summary of the Plan's annual financial report. The Plan Administrator is legally required to give Participants a copy of this summary annual report.

- Receive a summary of the Plan's funding status each year. The Plan Administrator is legally required to give Participants a copy of this annual funding notice.

- Obtain a statement, free of charge, of your total Accrued Plan Benefit and your Vested Plan Benefit accrued to date. If you are not vested, the statement will tell you the requirements you must meet to become vested. This statement must be requested in writing and the Plan Administrator is not obliged to provide it more than once a year.

You may not be fired or discriminated against in any way as a means of preventing you from obtaining Plan Benefits or exercising your rights under ERISA. If your claim for Plan Benefits is entirely or partially denied, you must receive a written explanation of the reason for the denial. You have the right to obtain copies of documents relating to the denial without charge and to have the Plan Administrator review and reconsider your claim. If you have a claim which is denied or ignored you may file suit in a state or federal court.

Under ERISA, there are steps you can take to enforce the above rights. If you request materials from the Plan Administrator and do not receive them within 30 days, you may file suit in a federal court. In such case, the court may require the Plan Administrator to provide the documents and pay you up to $110 a day until you receive them -- unless you did not receive the materials for reasons beyond the Plan Administrator's control.

In addition to defining the rights of Plan participants, ERISA imposes obligations on the people responsible for operating the Plan. These persons are legally referred to as Fiduciaries and must act prudently and in the sole interest of the Plan's Participants and Beneficiaries. If the Plan Fiduciaries misuse the Plan's money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or you may file suit in a federal court. However, you cannot generally bring an action at law or in equity unless you have exercised your appeal rights (see the information under the headings "*If Your Application is Denied*" and "*Requesting A Review Of The Denial*") and your benefits requested in the appeal

25

have been denied in whole or in part. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. Alternatively, the court may order you to pay these costs and fees if you lose or if the court finds your claim to be frivolous.

If you have any questions about the Plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, you should contact the nearest Area Office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory, or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

## GLOSSARY

Because the subject of retirement plans is so specialized, the use of technical terms is unavoidable. To clarify our use of such words and phrases, we've included this listing of brief definitions.

*Accrued Plan Benefit*. The amount of Plan Benefit that a Participant has earned (or accrued) through a specified date.

*Annuity*. A Plan Benefit paid in equal installments, generally monthly, over a period of time.

*Annuity Starting Date*. The date as of which Plan Benefits are calculated and treated as beginning to be paid. It may be the Normal Retirement Date, Early Retirement Date, Late Retirement Date, or upon death.

*Beneficiary*. The person named by a Participant to receive any Survivor Plan Benefits due under the Plan.

*Benefit Rate*. The dollar amount in effect under the Plan that is multiplied by a Participant's years of Credited Service to determine the amount of the Participant's Plan Benefit.

*Break in Service*. An interruption in Service, as defined in the Plan, which may affect an employee's eligibility to participate in the Plan and the amount of Plan Benefit accrued and/or vested.

*Credited Service*. Years of employment with the Employer that are used in determining a Participant's Plan Benefit.

*Disability Benefit*. The Plan Benefit which a Participant who becomes disabled while actively employed is entitled to receive while disabled before becoming eligible for a Normal or Early Retirement Benefit under the Plan.

26

**DEBTORS' EXHIBIT NO. 13**
**Page 29 of 32**

*Early Commencement Factor.* The factor by which a Participant's Plan Benefit is reduced if the Participant retires or otherwise terminates employment before Normal Retirement Date and elects to begin his or her Plan Benefit early.

*Early Retirement Benefit.* The Plan Benefit which a Participant is entitled to receive following retirement before Normal Retirement Date, but after meeting the early retirement requirements of the Plan.

*Early Retirement Date.* A date earlier than Normal Retirement Date on which a Participant who has met the early retirement requirements of the Plan elects to retire from employment with the Employer. A Participant who retires early may elect to begin Early Retirement Benefit payments before his Normal Retirement Date. Early Retirement Benefit payments that begin before Normal Retirement Date will typically be lower than retirement benefits that begin at Normal Retirement Date to compensate for the fact that the Participant will receive payments over a longer period of time.

*ERISA.* The Employee Retirement Income Security Act of 1974. A law enacted by Congress to safeguard the rights of participants in retirement plans.

*Fiduciary.* A person who has discretionary control over or responsibility for a retirement plan's administration and/or its assets.

*Joint and Survivor Annuity.* A form of Annuity that provides a Participant with reduced monthly payments for life in order to have payments continued at death to a Beneficiary for the balance of his or her life. These continued payments may be 100%, 75%, 50% and 25% of the Participant's monthly payments.

*Late Retirement Benefit.* The Plan Benefit which a Participant is entitled to receive following retirement after Normal Retirement Date.

*Late Retirement Date.* As allowed by the provisions of the Plan, a date later than the Normal Retirement Date, on which the Participant elects to have retirement payments begin.

*Normal Retirement Benefit.* The Plan Benefit which a Participant is entitled to receive following retirement at Normal Retirement Date.

*Normal Retirement Date.* A date, as defined by the provisions of the Plan, on which the Participant is eligible to retire and receive an unreduced Plan Benefit.

*PBGC.* Pension Benefit Guaranty Corporation, a federal government agency which insures some of the benefits provided under the Plan.

*Participant.* An employee of the Employer who has met the eligibility requirements to participate in the Plan and has an Accrued Plan Benefit.

*Plan.* The Dalton Corporation, Warsaw Manufacturing Facility Pension Plan, as set forth in writing, under which the rights of the participating employees are defined.

27

*Plan Administrator.* The person or organization responsible for managing the day-to-day affairs of the Plan.

*Plan Benefit.* The amount to be paid to a Participant of the Plan or a Beneficiary at retirement, death, or termination of employment.

*Plan Year.* The 12-consecutive month period that has been chosen by the Plan for keeping its records.

*Preretirement Spouse Benefit.* A Survivor Plan Benefit provided to a Participant's Spouse in the event of the Participant's death before his or her Annuity Starting Date.

*Qualified Domestic Relations Order.* A court order, deemed qualified by the Plan Administrator, that creates or recognizes an alternate payee's right to receive part or all of a Participant's Plan Benefit. The alternate payee may be the Participant's spouse, former spouse or dependent.

*Qualified Joint and Survivor Annuity.* A form of Annuity that provides a Participant with a Plan Benefit until death. Following the Participant's death, his or her Spouse receives payments, equal to at least 50% of the amount the Participant was receiving, for the balance of his or her life. This is the normal form of Annuity for a Participant who has a Spouse unless another election is made with the consent of the Spouse.

*Service.* Years of employment with the Employer (and any company legally affiliated with the Employer under IRS rules) that are used to determine the amount of a Participant's Accrued Plan Benefit that is vested or non-forfeitable.

*Single Life Annuity.* A form of Annuity that provides the Participant with a Plan Benefit for as long as he or she lives. No Survivor Plan Benefits are payable following the Participant's death.

*Spouse.* Generally, the person to whom a Participant is legally married.

*Survivor Plan Benefit.* A Plan Benefit provided to a Participant's Spouse or other Beneficiary on the Participant's death.

*Vested Plan Benefit.* The portion of the Accrued Plan Benefit to which a Participant is entitled. If a Participant's employment with the Employer terminates before his or her Normal Retirement Date, his or her Vested Plan Benefit is generally determined based on his or her years of Service using the vesting schedule applicable under the Plan.

28

**DEBTORS' EXHIBIT NO. 13**
**Page 31 of 32**

Executed at ___WARSAW___, ___IN___, this ___19___ day of

___January___, 2016 .


Dalton Corporation, Warsaw Manufacturing Facility

By: _____

Title: __V.P. - H.R - Dalton__