FOURTH AMENDMENT TO THE
DALTON CORPORATION, WARSAW MANUFACTURING FACILITY
PENSION PLAN

WHEREAS, Dalton Corporation, Warsaw Manufacturing Facility ("Employer") maintains the Dalton Corporation, Warsaw Manufacturing Facility Pension Plan ("Plan"); and

WHEREAS, the Employer has reserved the right to amend the Plan pursuant to Section 16.1 therein; and

WHEREAS, the Employer has determined that the Plan should be amended, effective January 1, 2019, to clarify that contributions will be made to the Health Care Spending Account until the Union contract is amended to cease contributions;

NOW, THEREFORE, BE IT RESOLVED, that, pursuant to the power reserved to the Employer under Section 16.1 of the Plan and delegated to the undersigned officer by resolution of the Board of Directors of the Employer, the Employer hereby amends the Plan in the following particulars.

1.    Plan Section 20.2(a) is deleted in its entirety and replaced in lieu thereof with the following effective January 1, 2019:

**20.2    Health Care Spending Account**

(a)    The Committee will establish and maintain a "health care spending account" for each Participant. As of each pay period, the Employer shall contribute the following amount to the "health care spending account" for each Participant who is accruing Credited Service pursuant to Article III:

| Date of Contribution | Rate per Hour Worked |
|---|---|
| From April 6, 1998 until the Union contract is amended to cease payments. | $0.05 |

In addition to the above amount, the Employer will contribute $500 per year to the accumulation fund of each Employee who has at least 30 years of Credited Service on December 31 of each contract year.

Page 1 of 2

**DEBTORS' EXHIBIT NO. 14**
**Page 1 of 2**

IN WITNESS WHEREOF, the Employer has caused this Fourth Amendment to be signed on its behalf by the undersigned duly authorized officer on the date set forth below.

DALTON CORPORATION, WARSAW
MANUFACTURING FACILITY

By: _S. Shaff_

Title: _President_

Date: _4/29/19_

Page 2 of 2

**DEBTORS' EXHIBIT NO. 14**
**Page 2 of 2**