Demographics and Financials: 01/01/2020 To 05/31/2026

| Year | Month | Carrier | Client | Subgroup | Subgroup Name | SUBSCRIBER | SPOUSE | DEPENDENT | TOTAL_MEMBERS | SUBSCRIBER_ONLY | SUBSCRIBER_AND_SPOUSE | SUBSCRIBER_SPOUSE_AND_FAMILY | SUBSCRIBER_AND_CHILD | SUBSCRIBER_AND_CHILDREN | NUMBER_OF_CLAIMS | PAIDCLAIMS | ADMINISTRATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | January | DDPOH | 2537 | 1008 | Fram Fostoria | 2 | 2 | 1 | 5 | 0 | 1 | 1 | 0 | 0 | 0 | $0.00 | $7.38 |
| 2020 | February | DDPOH | 2537 | 1008 | Fram Fostoria | 2 | 2 | 1 | 5 | 0 | 1 | 1 | 0 | 0 | 0 | $0.00 | $7.38 |
| 2020 | March | DDPOH | 2537 | 1008 | Fram Fostoria | 2 | 2 | 1 | 5 | 0 | 1 | 1 | 0 | 0 | 0 | $0.00 | $7.38 |
| 2020 | April | DDPOH | 2537 | 1008 | Fram Fostoria | 2 | 2 | 1 | 5 | 0 | 1 | 1 | 0 | 0 | 0 | $0.00 | $7.38 |
| 2020 | May | DDPOH | 2537 | 1008 | Fram Fostoria | 2 | 2 | 1 | 5 | 0 | 1 | 1 | 0 | 0 | 0 | $0.00 | $7.38 |
| 2020 | June | DDPOH | 2537 | 1008 | Fram Fostoria | 2 | 2 | 1 | 5 | 0 | 1 | 1 | 0 | 0 | 3 | $164.00 | $7.38 |
| 2020 | July | DDPOH | 2537 | 1008 | Fram Fostoria | 2 | 2 | 1 | 5 | 0 | 1 | 1 | 0 | 0 | 1 | $148.00 | $7.38 |
| 2020 | August | DDPOH | 2537 | 1008 | Fram Fostoria | 2 | 2 | 1 | 5 | 0 | 1 | 1 | 0 | 0 | 3 | $661.70 | $7.38 |
| 2020 | September | DDPOH | 2537 | 1008 | Fram Fostoria | 2 | 2 | 1 | 5 | 0 | 1 | 1 | 0 | 0 | 1 | $0.00 | $7.38 |
| 2020 | October | DDPOH | 2537 | 1008 | Fram Fostoria | 2 | 2 | 1 | 5 | 0 | 1 | 1 | 0 | 0 | 1 | $225.00 | $7.38 |
| 2020 | November | DDPOH | 2537 | 1008 | Fram Fostoria | 2 | 2 | 1 | 5 | 0 | 1 | 1 | 0 | 0 | 1 | $552.40 | $7.38 |
| 2020 | December | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 12 | 1 | 32 | 7 | 11 | 1 | 0 | 0 | 2 | $546.00 | $70.11 |
| 2021 | January | DDPOH | 2537 | 1008 | Fram Fostoria | 20 | 14 | 1 | 35 | 6 | 13 | 1 | 0 | 0 | 8 | $2,791.10 | $73.80 |
| 2021 | February | DDPOH | 2537 | 1008 | Fram Fostoria | 20 | 14 | 1 | 35 | 6 | 13 | 1 | 0 | 0 | 8 | $1,235.50 | $73.80 |
| 2021 | March | DDPOH | 2537 | 1008 | Fram Fostoria | 20 | 14 | 1 | 35 | 6 | 13 | 1 | 0 | 0 | 9 | $1,196.18 | $73.80 |
| 2021 | April | DDPOH | 2537 | 1008 | Fram Fostoria | 20 | 14 | 1 | 35 | 6 | 13 | 1 | 0 | 0 | 7 | $1,284.20 | $73.80 |
| 2021 | May | DDPOH | 2537 | 1008 | Fram Fostoria | 20 | 14 | 1 | 35 | 6 | 13 | 1 | 0 | 0 | 3 | $339.00 | $73.80 |
| 2021 | June | DDPOH | 2537 | 1008 | Fram Fostoria | 20 | 14 | 0 | 34 | 6 | 14 | 0 | 0 | 0 | 5 | $310.00 | $73.80 |
| 2021 | July | DDPOH | 2537 | 1008 | Fram Fostoria | 20 | 14 | 0 | 34 | 6 | 14 | 0 | 0 | 0 | 1 | $59.00 | $73.80 |
| 2021 | August | DDPOH | 2537 | 1008 | Fram Fostoria | 20 | 14 | 0 | 34 | 6 | 14 | 0 | 0 | 0 | 8 | $679.00 | $73.80 |
| 2021 | September | DDPOH | 2537 | 1008 | Fram Fostoria | 20 | 14 | 0 | 34 | 6 | 14 | 0 | 0 | 0 | 11 | $3,576.10 | $73.80 |
| 2021 | October | DDPOH | 2537 | 1008 | Fram Fostoria | 20 | 14 | 0 | 34 | 6 | 14 | 0 | 0 | 0 | 6 | $1,015.80 | $73.80 |
| 2021 | November | DDPOH | 2537 | 1008 | Fram Fostoria | 20 | 14 | 0 | 34 | 6 | 14 | 0 | 0 | 0 | 4 | $1,103.30 | $73.80 |
| 2021 | December | DDPOH | 2537 | 1008 | Fram Fostoria | 20 | 14 | 0 | 34 | 6 | 14 | 0 | 0 | 0 | 1 | $415.50 | $73.80 |
| 2022 | January | DDPOH | 2537 | 1008 | Fram Fostoria | 20 | 14 | 0 | 34 | 6 | 14 | 0 | 0 | 0 | 2 | $257.00 | $73.80 |
| 2022 | February | DDPOH | 2537 | 1008 | Fram Fostoria | 20 | 14 | 0 | 34 | 6 | 14 | 0 | 0 | 0 | 6 | $1,092.60 | $73.80 |
| 2022 | March | DDPOH | 2537 | 1008 | Fram Fostoria | 20 | 14 | 0 | 34 | 6 | 14 | 0 | 0 | 0 | 8 | $1,054.40 | $73.80 |
| 2022 | April | DDPOH | 2537 | 1008 | Fram Fostoria | 20 | 14 | 0 | 34 | 6 | 14 | 0 | 0 | 0 | 6 | $848.80 | $73.80 |
| 2022 | May | DDPOH | 2537 | 1008 | Fram Fostoria | 20 | 14 | 0 | 34 | 6 | 14 | 0 | 0 | 0 | 7 | $1,595.70 | $73.80 |
| 2022 | June | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 4 | $785.30 | $70.11 |
| 2022 | July | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 12 | $1,058.90 | $70.11 |
| 2022 | August | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 6 | $1,120.90 | $70.11 |
| 2022 | September | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 7 | $947.80 | $70.11 |
| 2022 | October | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 7 | $1,497.00 | $70.11 |
| 2022 | November | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 7 | $604.94 | $70.11 |
| 2022 | December | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 4 | $391.60 | $70.11 |
| 2023 | January | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 10 | $1,283.50 | $70.11 |
| 2023 | February | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 5 | $1,096.00 | $70.11 |
| 2023 | March | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 16 | $2,039.20 | $70.11 |
| 2023 | April | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 4 | $675.60 | $70.11 |
| 2023 | May | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 5 | $649.70 | $70.11 |
| 2023 | June | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 4 | $978.40 | $70.11 |
| 2023 | July | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 1 | $380.50 | $70.11 |
| 2023 | August | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 5 | $800.85 | $70.11 |
| 2023 | September | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 9 | $1,247.10 | $70.11 |
| 2023 | October | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 8 | $930.60 | $70.11 |
| 2023 | November | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 11 | $2,510.60 | $70.11 |
| 2023 | December | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 5 | $1,419.80 | $70.11 |
| 2024 | January | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 7 | $1,050.60 | $70.11 |
| 2024 | February | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 2 | $177.60 | $70.11 |
| 2024 | March | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 8 | $1,155.00 | $70.11 |
| 2024 | April | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 7 | $1,119.60 | $70.11 |
| 2024 | May | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 2 | $247.00 | $70.11 |
| 2024 | June | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 5 | $607.00 | $70.11 |
| 2024 | July | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 2 | $931.10 | $70.11 |
| 2024 | August | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 9 | $1,645.01 | $70.11 |
| 2024 | September | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 5 | $565.00 | $70.11 |
| 2024 | October | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 10 | $1,073.00 | $70.11 |
| 2024 | November | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 2 | $187.00 | $70.11 |
| 2024 | December | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 1 | $164.00 | $70.11 |
| 2025 | January | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 4 | $679.20 | $70.11 |
| 2025 | February | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 6 | $1,973.00 | $70.11 |
| 2025 | March | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 5 | $609.40 | $70.11 |
| 2025 | April | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 11 | $847.40 | $70.11 |
| 2025 | May | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 5 | $1,084.60 | $70.11 |
| 2025 | June | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 4 | $521.00 | $70.11 |
| 2025 | July | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 8 | $2,643.00 | $70.11 |
| 2025 | August | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 3 | $1,290.10 | $70.11 |
| 2025 | September | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 7 | $700.60 | $70.11 |
| 2025 | October | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 8 | $1,566.00 | $70.11 |
| 2025 | November | DDPOH | 2537 | 1008 | Fram Fostoria | 19 | 13 | 0 | 32 | 6 | 13 | 0 | 0 | 0 | 6 | $1,448.70 | $70.11 |
| 2025 | December | DDPOH | 2537 | 1008 | Fram Fostoria | 18 | 12 | 0 | 30 | 6 | 12 | 0 | 0 | 0 | 2 | $0.00 | $66.42 |
| 2026 | January | DDPOH | 2537 | 1008 | Fram Fostoria | 18 | 12 | 0 | 30 | 6 | 12 | 0 | 0 | 0 | 4 | $522.20 | $66.42 |
| 2026 | February | DDPOH | 2537 | 1008 | Fram Fostoria | 18 | 12 | 0 | 30 | 6 | 12 | 0 | 0 | 0 | 3 | $298.00 | $66.42 |
| 2026 | March | DDPOH | 2537 | 1008 | Fram Fostoria | 18 | 12 | 0 | 30 | 6 | 12 | 0 | 0 | 0 | 6 | $1,543.10 | $66.42 |
| 2026 | April | DDPOH | 2537 | 1008 | Fram Fostoria | 18 | 12 | 0 | 30 | 6 | 12 | 0 | 0 | 0 | 5 | $193.80 | $66.42 |
| 2026 | May | DDPOH | 2537 | 1008 | Fram Fostoria | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | $1,268.00 | $0.00 |
| 2020 | January | DDPOH | 2537 | 1009 | Fram Greenville | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $0.00 | $0.00 |
| 2020 | February | DDPOH | 2537 | 1009 | Fram Greenville | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $0.00 | $0.00 |
| 2020 | March | DDPOH | 2537 | 1009 | Fram Greenville | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $0.00 | $0.00 |
| 2020 | April | DDPOH | 2537 | 1009 | Fram Greenville | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $0.00 | $0.00 |
| 2020 | May | DDPOH | 2537 | 1009 | Fram Greenville | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $0.00 | $0.00 |

**DEBTORS' EXHIBIT NO. 26**
**Page 1 of 2**

Demographics and Financials: 01/01/2020 To 05/31/2026

| Year | Month | Carrier | Client | Subgroup | Subgroup Name | SUBSCRIBER | SPOUSE | DEPENDENT | TOTAL_MEMBERS | SUBSCRIBER_ONLY | SUBSCRIBER_AND_SPOUSE | SUBSCRIBER_SPOUSE_AND_FAMILY | SUBSCRIBER_AND_CHILD | SUBSCRIBER_AND_CHILDREN | NUMBER_OF_CLAIMS | PAIDCLAIMS | ADMINISTRATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | June | DDPOH | 2537 | 1009 | Fram Greenville | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $0.00 | $0.00 |
| 2020 | July | DDPOH | 2537 | 1009 | Fram Greenville | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $0.00 | $0.00 |
| 2020 | August | DDPOH | 2537 | 1009 | Fram Greenville | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $0.00 | $0.00 |
| 2020 | September | DDPOH | 2537 | 1009 | Fram Greenville | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $0.00 | $0.00 |
| 2020 | October | DDPOH | 2537 | 1009 | Fram Greenville | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $0.00 | $0.00 |
| 2020 | November | DDPOH | 2537 | 1009 | Fram Greenville | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $0.00 | $0.00 |
| 2020 | December | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2021 | January | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2021 | February | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2021 | March | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2021 | April | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | $106.00 | $3.69 |
| 2021 | May | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2021 | June | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2021 | July | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2021 | August | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2021 | September | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2021 | October | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2021 | November | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | $106.00 | $3.69 |
| 2021 | December | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2022 | January | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2022 | February | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2022 | March | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2022 | April | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2022 | May | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | $109.00 | $3.69 |
| 2022 | June | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2022 | July | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2022 | August | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2022 | September | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2022 | October | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2022 | November | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | $159.00 | $3.69 |
| 2022 | December | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | $64.00 | $3.69 |
| 2023 | January | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2023 | February | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2023 | March | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2023 | April | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2023 | May | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2023 | June | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | $112.00 | $3.69 |
| 2023 | July | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2023 | August | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2023 | September | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2023 | October | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2023 | November | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2023 | December | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2024 | January | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 2 | $103.00 | $3.69 |
| 2024 | February | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 2 | $180.00 | $3.69 |
| 2024 | March | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2024 | April | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2024 | May | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2024 | June | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2024 | July | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2024 | August | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2024 | September | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | $187.00 | $3.69 |
| 2024 | October | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2024 | November | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2024 | December | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2025 | January | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2025 | February | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2025 | March | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2025 | April | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | $114.00 | $3.69 |
| 2025 | May | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2025 | June | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2025 | July | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2025 | August | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2025 | September | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2025 | October | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2025 | November | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | $166.00 | $3.69 |
| 2025 | December | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2026 | January | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2026 | February | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2026 | March | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2026 | April | DDPOH | 2537 | 1009 | Fram Greenville | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $0.00 | $3.69 |
| 2026 | May | DDPOH | 2537 | 1009 | Fram Greenville | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $0.00 | $0.00 |

**DEBTORS' EXHIBIT NO. 26**
**Page 2 of 2**