Demographics and Financials: 01/01/2020 To 05/31/2026

| Year | Month | Carrier | Client | Subgroup | SUBSCRIBER | SPOUSE | DEPENDENT | TOTAL_MEMBERS | SUBSCRIBER_ONLY | SUBSCRIBER_AND_SPOUSE | SUBSCRIBER_SPOUSE_AND_FAMILY | SUBSCRIBER_AND_CHILD | SUBSCRIBER_AND_CHILDREN | NUMBER_OF_CLAIMS | PAIDCLAIMS | ADMINISTRATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | January | DDPOH | 2537 | 1002 | 3 | 1 | 0 | 4 | 2 | 1 | 0 | 0 | 0 | 0 | $0.00 | $11.07 |
| 2020 | February | DDPOH | 2537 | 1002 | 3 | 1 | 0 | 4 | 2 | 1 | 0 | 0 | 0 | 0 | $0.00 | $11.07 |
| 2020 | March | DDPOH | 2537 | 1002 | 3 | 1 | 0 | 4 | 2 | 1 | 0 | 0 | 0 | 0 | $0.00 | $11.07 |
| 2020 | April | DDPOH | 2537 | 1002 | 3 | 1 | 0 | 4 | 2 | 1 | 0 | 0 | 0 | 0 | $0.00 | $11.07 |
| 2020 | May | DDPOH | 2537 | 1002 | 3 | 1 | 0 | 4 | 2 | 1 | 0 | 0 | 0 | 0 | $0.00 | $11.07 |
| 2020 | June | DDPOH | 2537 | 1002 | 3 | 1 | 0 | 4 | 2 | 1 | 0 | 0 | 0 | 0 | $0.00 | $11.07 |
| 2020 | July | DDPOH | 2537 | 1002 | 3 | 1 | 0 | 4 | 2 | 1 | 0 | 0 | 0 | 0 | $0.00 | $11.07 |
| 2020 | August | DDPOH | 2537 | 1002 | 3 | 1 | 0 | 4 | 2 | 1 | 0 | 0 | 0 | 2 | $163.00 | $11.07 |
| 2020 | September | DDPOH | 2537 | 1002 | 3 | 1 | 0 | 4 | 2 | 1 | 0 | 0 | 0 | 0 | $0.00 | $11.07 |
| 2020 | October | DDPOH | 2537 | 1002 | 3 | 1 | 0 | 4 | 2 | 1 | 0 | 0 | 0 | 2 | $60.00 | $11.07 |
| 2020 | November | DDPOH | 2537 | 1002 | 3 | 1 | 0 | 4 | 2 | 1 | 0 | 0 | 0 | 0 | $0.00 | $11.07 |
| 2020 | December | DDPOH | 2537 | 1002 | 3 | 1 | 0 | 4 | 2 | 1 | 0 | 0 | 0 | 0 | $0.00 | $11.07 |
| 2021 | January | DDPOH | 2537 | 1002 | 3 | 1 | 0 | 4 | 2 | 1 | 0 | 0 | 0 | 1 | $119.00 | $11.07 |
| 2021 | February | DDPOH | 2537 | 1002 | 3 | 1 | 0 | 4 | 2 | 1 | 0 | 0 | 0 | 0 | $0.00 | $11.07 |
| 2021 | March | DDPOH | 2537 | 1002 | 3 | 1 | 0 | 4 | 2 | 1 | 0 | 0 | 0 | 0 | $0.00 | $11.07 |
| 2021 | April | DDPOH | 2537 | 1002 | 3 | 1 | 0 | 4 | 2 | 1 | 0 | 0 | 0 | 0 | $0.00 | $11.07 |
| 2021 | May | DDPOH | 2537 | 1002 | 3 | 1 | 0 | 4 | 2 | 1 | 0 | 0 | 0 | 0 | $0.00 | $11.07 |
| 2021 | June | DDPOH | 2537 | 1002 | 3 | 1 | 0 | 4 | 2 | 1 | 0 | 0 | 0 | 0 | $0.00 | $11.07 |
| 2021 | July | DDPOH | 2537 | 1002 | 3 | 1 | 0 | 4 | 2 | 1 | 0 | 0 | 0 | 0 | $0.00 | $11.07 |
| 2021 | August | DDPOH | 2537 | 1002 | 4 | 1 | 1 | 6 | 2 | 1 | 0 | 1 | 0 | 3 | $418.60 | $14.76 |
| 2021 | September | DDPOH | 2537 | 1002 | 4 | 1 | 1 | 6 | 2 | 1 | 0 | 1 | 0 | 0 | $0.00 | $14.76 |
| 2021 | October | DDPOH | 2537 | 1002 | 4 | 1 | 1 | 6 | 2 | 1 | 0 | 1 | 0 | 0 | $0.00 | $14.76 |
| 2021 | November | DDPOH | 2537 | 1002 | 4 | 1 | 1 | 6 | 2 | 1 | 0 | 1 | 0 | 0 | $0.00 | $14.76 |
| 2021 | December | DDPOH | 2537 | 1002 | 4 | 1 | 1 | 6 | 2 | 1 | 0 | 1 | 0 | 0 | $0.00 | $14.76 |
| 2022 | January | DDPOH | 2537 | 1002 | 4 | 1 | 1 | 6 | 2 | 1 | 0 | 1 | 0 | 0 | $0.00 | $14.76 |
| 2022 | February | DDPOH | 2537 | 1002 | 4 | 1 | 1 | 6 | 2 | 1 | 0 | 1 | 0 | 1 | $104.00 | $14.76 |
| 2022 | March | DDPOH | 2537 | 1002 | 4 | 1 | 1 | 6 | 2 | 1 | 0 | 1 | 0 | 0 | $0.00 | $14.76 |
| 2022 | April | DDPOH | 2537 | 1002 | 7 | 1 | 1 | 9 | 5 | 1 | 0 | 1 | 0 | 1 | $161.00 | $25.83 |
| 2022 | May | DDPOH | 2537 | 1002 | 7 | 1 | 1 | 9 | 5 | 1 | 0 | 1 | 0 | 1 | $80.80 | $25.83 |
| 2022 | June | DDPOH | 2537 | 1002 | 7 | 1 | 1 | 9 | 5 | 1 | 0 | 1 | 0 | 0 | $0.00 | $25.83 |
| 2022 | July | DDPOH | 2537 | 1002 | 7 | 1 | 1 | 9 | 5 | 1 | 0 | 1 | 0 | 0 | $0.00 | $25.83 |
| 2022 | August | DDPOH | 2537 | 1002 | 8 | 2 | 1 | 11 | 5 | 2 | 0 | 1 | 0 | 1 | $150.00 | $29.52 |
| 2022 | September | DDPOH | 2537 | 1002 | 8 | 2 | 1 | 11 | 5 | 2 | 0 | 1 | 0 | 1 | $145.80 | $29.52 |
| 2022 | October | DDPOH | 2537 | 1002 | 8 | 2 | 1 | 11 | 5 | 2 | 0 | 1 | 0 | 0 | $0.00 | $29.52 |
| 2022 | November | DDPOH | 2537 | 1002 | 8 | 2 | 1 | 11 | 5 | 2 | 0 | 1 | 0 | 1 | $203.00 | $29.52 |
| 2022 | December | DDPOH | 2537 | 1002 | 8 | 2 | 1 | 11 | 5 | 2 | 0 | 1 | 0 | 0 | $0.00 | $29.52 |
| 2023 | January | DDPOH | 2537 | 1002 | 8 | 2 | 1 | 11 | 5 | 2 | 0 | 1 | 0 | 0 | $0.00 | $29.52 |
| 2023 | February | DDPOH | 2537 | 1002 | 8 | 2 | 1 | 11 | 5 | 2 | 0 | 1 | 0 | 0 | $0.00 | $29.52 |
| 2023 | March | DDPOH | 2537 | 1002 | 8 | 2 | 1 | 11 | 5 | 2 | 0 | 1 | 0 | 2 | $296.60 | $29.52 |
| 2023 | April | DDPOH | 2537 | 1002 | 8 | 2 | 1 | 11 | 5 | 2 | 0 | 1 | 0 | 2 | $431.40 | $29.52 |
| 2023 | May | DDPOH | 2537 | 1002 | 8 | 2 | 1 | 11 | 5 | 2 | 0 | 1 | 0 | 2 | $267.00 | $29.52 |
| 2023 | June | DDPOH | 2537 | 1002 | 8 | 2 | 1 | 11 | 5 | 2 | 0 | 1 | 0 | 0 | $0.00 | $29.52 |
| 2023 | July | DDPOH | 2537 | 1002 | 8 | 2 | 1 | 11 | 5 | 2 | 0 | 1 | 0 | 0 | $0.00 | $29.52 |
| 2023 | August | DDPOH | 2537 | 1002 | 8 | 2 | 1 | 11 | 5 | 2 | 0 | 1 | 0 | 0 | $0.00 | $29.52 |
| 2023 | September | DDPOH | 2537 | 1002 | 8 | 2 | 1 | 11 | 5 | 2 | 0 | 1 | 0 | 2 | $506.20 | $29.52 |
| 2023 | October | DDPOH | 2537 | 1002 | 8 | 2 | 1 | 11 | 5 | 2 | 0 | 1 | 0 | 0 | $0.00 | $29.52 |
| 2023 | November | DDPOH | 2537 | 1002 | 8 | 2 | 1 | 11 | 5 | 2 | 0 | 1 | 0 | 1 | $113.00 | $29.52 |
| 2023 | December | DDPOH | 2537 | 1002 | 8 | 2 | 1 | 11 | 5 | 2 | 0 | 1 | 0 | 0 | $0.00 | $29.52 |
| 2024 | January | DDPOH | 2537 | 1002 | 8 | 2 | 1 | 11 | 5 | 2 | 0 | 1 | 0 | 0 | $0.00 | $29.52 |
| 2024 | February | DDPOH | 2537 | 1002 | 9 | 2 | 1 | 12 | 6 | 2 | 0 | 1 | 0 | 1 | $179.00 | $33.21 |
| 2024 | March | DDPOH | 2537 | 1002 | 9 | 2 | 1 | 12 | 6 | 2 | 0 | 1 | 0 | 1 | $273.80 | $33.21 |
| 2024 | April | DDPOH | 2537 | 1002 | 9 | 2 | 1 | 12 | 6 | 2 | 0 | 1 | 0 | 3 | $429.60 | $33.21 |
| 2024 | May | DDPOH | 2537 | 1002 | 9 | 2 | 1 | 12 | 6 | 2 | 0 | 1 | 0 | 0 | $0.00 | $33.21 |
| 2024 | June | DDPOH | 2537 | 1002 | 9 | 2 | 1 | 12 | 6 | 2 | 0 | 1 | 0 | 1 | $668.50 | $33.21 |
| 2024 | July | DDPOH | 2537 | 1002 | 9 | 2 | 1 | 12 | 6 | 2 | 0 | 1 | 0 | 1 | $146.00 | $33.21 |
| 2024 | August | DDPOH | 2537 | 1002 | 9 | 2 | 1 | 12 | 6 | 2 | 0 | 1 | 0 | 0 | $0.00 | $33.21 |
| 2024 | September | DDPOH | 2537 | 1002 | 9 | 2 | 1 | 12 | 6 | 2 | 0 | 1 | 0 | 2 | $215.00 | $33.21 |
| 2024 | October | DDPOH | 2537 | 1002 | 9 | 2 | 1 | 12 | 6 | 2 | 0 | 1 | 0 | 1 | $187.20 | $33.21 |
| 2024 | November | DDPOH | 2537 | 1002 | 9 | 2 | 1 | 12 | 6 | 2 | 0 | 1 | 0 | 1 | $153.60 | $33.21 |
| 2024 | December | DDPOH | 2537 | 1002 | 9 | 2 | 1 | 12 | 6 | 2 | 0 | 1 | 0 | 0 | $0.00 | $33.21 |
| 2025 | January | DDPOH | 2537 | 1002 | 9 | 2 | 1 | 12 | 6 | 2 | 0 | 1 | 0 | 0 | $0.00 | $33.21 |
| 2025 | February | DDPOH | 2537 | 1002 | 9 | 2 | 1 | 12 | 6 | 2 | 0 | 1 | 0 | 1 | $92.00 | $33.21 |
| 2025 | March | DDPOH | 2537 | 1002 | 9 | 2 | 1 | 12 | 6 | 2 | 0 | 1 | 0 | 1 | $88.60 | $33.21 |
| 2025 | April | DDPOH | 2537 | 1002 | 9 | 2 | 1 | 12 | 6 | 2 | 0 | 1 | 0 | 2 | $288.80 | $33.21 |
| 2025 | May | DDPOH | 2537 | 1002 | 9 | 2 | 1 | 12 | 6 | 2 | 0 | 1 | 0 | 3 | $690.00 | $33.21 |
| 2025 | June | DDPOH | 2537 | 1002 | 9 | 2 | 1 | 12 | 6 | 2 | 0 | 1 | 0 | 0 | $0.00 | $33.21 |
| 2025 | July | DDPOH | 2537 | 1002 | 9 | 2 | 1 | 12 | 6 | 2 | 0 | 1 | 0 | 1 | $300.80 | $33.21 |
| 2025 | August | DDPOH | 2537 | 1002 | 9 | 2 | 1 | 12 | 6 | 2 | 0 | 1 | 0 | 1 | $108.00 | $33.21 |
| 2025 | September | DDPOH | 2537 | 1002 | 9 | 2 | 1 | 12 | 6 | 2 | 0 | 1 | 0 | 1 | $141.60 | $33.21 |
| 2025 | October | DDPOH | 2537 | 1002 | 10 | 3 | 1 | 14 | 6 | 3 | 0 | 1 | 0 | 0 | $0.00 | $36.90 |
| 2025 | November | DDPOH | 2537 | 1002 | 11 | 4 | 1 | 16 | 6 | 4 | 0 | 1 | 0 | 4 | $413.60 | $40.59 |
| 2025 | December | DDPOH | 2537 | 1002 | 11 | 4 | 1 | 16 | 6 | 4 | 0 | 1 | 0 | 2 | $207.00 | $40.59 |
| 2026 | January | DDPOH | 2537 | 1002 | 11 | 4 | 1 | 16 | 6 | 4 | 0 | 1 | 0 | 3 | $931.20 | $40.59 |
| 2026 | February | DDPOH | 2537 | 1002 | 11 | 4 | 1 | 16 | 6 | 4 | 0 | 1 | 0 | 0 | $0.00 | $40.59 |
| 2026 | March | DDPOH | 2537 | 1002 | 11 | 4 | 0 | 15 | 7 | 4 | 0 | 0 | 0 | 0 | $0.00 | $40.59 |
| 2026 | April | DDPOH | 2537 | 1002 | 11 | 4 | 0 | 15 | 7 | 4 | 0 | 0 | 0 | 1 | $85.60 | $40.59 |
| 2026 | May | DDPOH | 2537 | 1002 | 1 | 1 | 0 | 2 | 0 | 1 | 0 | 0 | 0 | 4 | $0.00 | $3.69 |

**DEBTORS' EXHIBIT NO. 27**
**Page 1 of 1**