---

**GROUP MEDICAL INSURANCE PREMIUM PAYMENTS FOR PRESIDENT & VICE PRESIDENTS AFTER RETIREMENT.**

---

This policy pertains to the classifications of President and Vice President of the Dalton Corporation, their spouse, and any eligible dependents, upon their retirement.  This agreement is intended to become effective upon retirement and the coverage will be the same coverage available to retirees under the Group Health Plan.  Retirement eligibility is determined by the Dalton Group Medical Plan.

## Early Retirement:

Retiree, Retiree's spouse, and dependent children:

At early retirement, the retiree, retiree's spouse and dependent children may continue coverage under the Dalton Corporation Employees Health Benefit Plan – For Retirees who are Ineligible for Medicare.  The retiree & the retiree's spouse may continue group coverage until the month of their 65th birthday and dependent children may continue group coverage until they no longer qualify as a dependent as defined in the master policy.  The company will pay the premium at 100%.

Medicare Plans A and B, a part of Social Security, are available the month of their 65th birthday.  The retiree and his/her spouse will be responsible for making application to Social Security for coverage and for the total cost of Medicare Plans A and B.

The month of their 65th birthday, the retiree and spouse may continue their coverage under the Dalton Corporation Retiree with Medicare Policy, that complements the benefits provided by Medicare Plans A and B.  The company will pay the premium for coverage under the Dalton Corporation "Retiree with Medicare Policy".

The provisions for Company Group Medical coverage and the Medicare Supplement Policy are intended for the employee's spouse at the time of retirement and do not apply to a marriage subsequent to retirement.

In the event of a divorce, the covered spouse's eligibility for premium payments under this policy will cancel on the date the divorce is final. Continuation of medical coverage for the divorced spouse will be determined by the provisions of the Group Medical Plan Document.

Retiree's Death

If the retiree dies before reaching age 65, the retiree's spouse and/or dependent children may continue their Group Medical coverage until the spouse reaches age 65 and the dependent children no longer qualify as a dependent under the medical policy. Dalton Corporation will continue to pay 100% of the premium for up to 12 months after the retiree's death unless one of the following occurs earlier:
- Spouse reaches age 65 (if spouse 65 when retiree dies, eligible for 60 days of coverage)
- Spouse remarries
- Children no longer qualify as a dependent
- Spouse and/or children are eligible for similar coverage under another group plan.

GROUP MEDICAL INSURANCE PREMIUM PAYMENTS FOR PRESIDENT & VICE
PRESIDENTS AFTER RETIREMENT
Page 2

Dental, Vision, & Hearing Aid Coverage

The dental, vision, and hearing aid coverage are discontinued at retirement.  These benefits may
be continued under COBRA guidelines by the retiree, spouse, or dependent children paying the
premium.

**Normal or Late Retirement**

Retiree, Retiree's spouse, and dependent children:

At retirement, the retiree's spouse (if under age 65) and dependent children may continue
coverage under the Dalton Corporation Employees Health Benefit Plan – For Retirees who are
Ineligible for Medicare. The retiree's spouse may continue group coverage until the month of
their 65th birthday and dependent children may continue group coverage until they no longer
qualify as a dependent as defined in the master policy.  The company will pay the premium at
100%.

Medicare Plans A and B, a part of Social Security, are available the month of their 65th birthday.
The retiree and his/her spouse will be responsible for making application to Social Security for
coverage and for the total cost of Medicare Plans A and B.

The month of their 65th birthday, the retiree and spouse may continue their coverage under the
Dalton Corporation Retiree with Medicare Policy, that complements those benefits provided by
Medicare Plans A and B.  The company will pay the premium for coverage under the Dalton
Corporation "Retiree with Medicare Policy".

The provisions for Company Group Medical coverage and the Medicare Supplement Policy are
intended for the employee's spouse at the time of retirement and do not apply to a marriage
subsequent to retirement.

If a retiree divorces his spouse who had coverage under this plan at the time of retirement, the
spouse may continue their coverage under the guidelines of the Group Medical Plan, but the
spouse will be responsible for the premium payments.

**DEBTORS' EXHIBIT NO. 31**
**Page 2 of 4**

GROUP MEDICAL INSURANCE PREMIUM PAYMENTS FOR PRESIDENT & VICE
PRESIDENTS AFTER RETIREMENT
Page 3

Retiree's Death

If the retiree dies after normal or late retirement, the retiree's spouse and/or dependent children
may continue their Group Medical coverage until the spouse reaches age 65 and the dependent
children no longer qualify as a dependent under the medical policy. Dalton Corporation will
continue to pay 100% of the premium for up to 12 months after the retiree's death unless one of
the following occurs earlier:

- Spouse reaches age 65 (if spouse 65 when retiree dies, eligible for 60 days of coverage)
- Spouse remarries
- Children no longer qualify as a dependent
- Spouse and/or children are eligible for similar coverage under another group plan.

Dental, Vision, & Hearing Aid Coverage

The dental, vision, and hearing aid coverage are discontinued at retirement.  These benefits may
be continued under COBRA guidelines by the retiree, spouse, or dependent children paying the
premium.

Approved by_____    _____
              President                                                    Date

Effective 7/1/02

POLICY AMENDMENT FOR
GROUP MEDICAL INSURANCE PREMIUM PAYMENTS FOR PRESIDENT & VICE
PRESIDENTS AFTER RETIREMENT

Amendment No.  1
Effective date:  October 1, 2008

This policy is **AMENDED** to add the following provision:

**EXEC-U-CARE Medical Expense Reimbursement**

Any retired Vice President or President and dependents who are eligible for coverage under this policy, and who retired on or after October 1, 2007, will also be eligible to participate in the Exec-U-Care Supplemental medical reimbursement insurance program.

Maximum benefit per calendar year per family under this plan is $6,000.00

Program provisions and eligible expenses for reimbursement are listed in the materials supplied by EXEC-U-CARE.