# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC**, *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| Debtors. | § | |

# DEBTORS' EXHIBIT NUMBER 36

### FOR JULY 28, 2026 HEARING

*First Brands Group Life Insurance (Symetra) - 2019 Policy (Champion)*

(*filed under seal*)