

**Symetra Life Insurance Company**
777 108th Avenue NE, Suite 1200
Bellevue, Washington 98004-5135
(An insurance company)

**Certificate Rider**

| | |
|---|---|
| **Rider Number:** | 11 |
| **Policyholder:** | First Brands Group, LLC |
| **Policy Number:** | 01 018059 00 |

The Rider(s) form a part of the Certificate of Insurance given in connection with The Policy.  The Rider(s) do not vary, waive, alter or extend any of the terms, conditions or provisions of the Certificate of Insurance, except as stated herein.

| Certificate of Insurance | Effective Date of Change | Applicable to |
|---|---|---|
| LGC 13500/OH-CERT 08/06 | November 1, 2024 | Class 14 |

Certificate Change(s)

The following is amended:
Period of Coverage – Termination

Certificate Page(s) Changed

LGC 13500/OH-COV 08/06; Period of Coverage

The provisions found in the certificate will control the benefit plan, period of coverage, exclusions, claims and other general policy provisions pertaining to state insurance law requirements.

In all other respects, the certificate remains the same.

LG 13500 05/08          Symetra® is a registered service mark of Symetra Life Insurance Company.

**DEBTORS' EXHIBIT NO. 40**
**Page 1 of 25**



# Symetra Life Insurance Company

## Group Life Insurance

## CERTIFICATE

## CLASS 14

Symetra® is a registered service mark of Symetra Life Insurance Company.

LG-12042/CER

3/18

DEBTORS' EXHIBIT NO. 40
Page 2 of 25



## CERTIFICATE OF INSURANCE

**Symetra Life Insurance Company**
777 108th Avenue NE, Suite 1200
Bellevue, Washington 98004-5135
(An insurance company)

**Policyholder:** First Brands Group, LLC
**Policy Number:** 01 018059 00
**Policy Effective Date:** January 1, 2020
**Policy Anniversary Date:** January first of each year beginning in 2021

We have issued The Policy to the Policyholder.  Our name, the Policyholder's name and the Policy Number are shown above.  The provisions of The Policy, which are important to You, are summarized in this certificate consisting of this form and any additional forms which have been made a part of this certificate.  This certificate replaces any other certificate We may have given to You earlier under The Policy.  The Policy alone is the only contract under which payment will be made.  Any difference between The Policy and this certificate will be settled according to the provisions of The Policy on file with Us.  The Policy may be inspected at the office of the Policyholder.

Signed for The Company

*Jacqueline M. Veneziani*
Jacqueline M. Veneziani, Secretary

*Margaret Meister*
Margaret Meister, President

*A note on capitalization in this certificate:*
Capitalization of a term, not normally capitalized according to the rules of standard punctuation, indicates a word or phrase that is a defined term in The Policy or refers to a specific provision contained herein.

## Table of Contents

Certificate Face Page
Schedule of Insurance
Definitions
Eligibility and Enrollment
Period of Coverage
Benefits
General Provisions

Rider #11, Effective November 1, 2024

Symetra ® is a registered service mark of Symetra Life Insurance Company.

**DEBTORS' EXHIBIT NO. 40**
**Page 3 of 25**

**Schedule of Insurance**

**The benefits described herein are those in effect as of:**  January 1, 2020

**Cost of Coverage:**
**Non-Contributory Coverage:**
Basic Life Insurance
Basic Accidental Death and Dismemberment Insurance

**Eligible Class(es) for Coverage:**  All eligible Retirees who are citizens or legal residents of the United States.

Class 14  Carter Fuel Retired Union Members under age 80 who retired on or after January 1, 2015.

**Eligibility Waiting Period for Coverage:**
None.

**Life Insurance Benefit**

**Retiree**

| Basic | Benefit Amount | Benefit Maximum Amount | Guaranteed Issue Amount |
|---|---|---|---|
| Class 14 | $8,000 | $8,000 | $8,000 |

**Accidental Death and Dismemberment Insurance Benefit (AD&D)**

**Retiree**

| Basic | Principal Sum | Principal Maximum Sum |
|---|---|---|
| Class 14 | $8,000 | $8,000 |

**Additional Accidental Death and Dismemberment Insurance Benefits**

**Seat Belt and Air Bag Coverage**
| | |
|---|---|
| Seat Belt Benefit Amount: | 10% of Basic AD&D Principal Sum |
| Seat Belt Maximum Amount: | $10,000 |
| Seat Belt Minimum Amount: | $1,000 |
| | |
| Air Bag Benefit Amount: | 5% of Basic AD&D Principal Sum |
| Air Bag Maximum Amount: | $5,000 |

**Repatriation Benefit**
| | |
|---|---|
| Benefit Amount: | 5% of Basic AD&D Principal Sum |
| Maximum Amount: | $5,000 |

**Child Education Benefit**
| | |
|---|---|
| Benefit Amount: | 2.5% of Basic AD&D Principal Sum |
| Maximum Amount: | $2,500 |
| Minimum Amount: | $1,250 |

LGC 13500/OH-SCH 08/06                      1

## Schedule of Insurance

**Day Care Benefit**
Benefit Amount:                    2.5% of Basic AD&D Principal Sum
Maximum Amount:                    $2,500
Minimum Amount:                    $1,250

**Rehabilitation Benefit**
Benefit Amount:                    2.5% of Basic AD&D Principal Sum
Maximum Amount:                    $2,500

**Spouse Education Benefit**
Benefit Amount:                    2.5% of Basic AD&D Principal Sum
Maximum Amount:                    $2,500
Minimum Amount:                    $1,250

**Adaptive Home and Vehicle Benefit**
Benefit Amount:                    2.5% of Basic AD&D Principal Sum
Maximum Amount:                    $2,500

**Coma Benefit**
Waiting Period:                    30 days
Maximum Amount:                    100% of Basic AD&D payments under The Policy for the Injury

**Critical Burn Benefit**
Benefit Amount:                    5% of Basic AD&D Principal Sum
Maximum Amount:                    $5,000

**Therapeutic Counseling Benefit**
Benefit Amount:                    5% of Basic AD&D Principal Sum
Maximum Amount:                    $5,000

**Felonious Assault Benefit**
Benefit Amount:                    10% of Basic AD&D Principal Sum
Maximum Amount:                    $25,000

## Reduction in Amount of Life Insurance

We will reduce the amount of Life Insurance for You by any amount:
1) of individual Life Insurance issued in accordance with the Conversion Right; or
2) of Life Insurance in force, paid or payable under the Prior Policy.

## Reduction in Coverage Due to Age

Your coverage terminates when You attain age 80.

## Noninsurance Benefits

From time to time We may offer or provide to You noninsurance benefits and services. In addition, We may arrange for third party service providers to give access to You to discounted goods and services. While We have arranged for this access, the third party service providers are liable to You for the provision of such goods and/or services. We are not responsible for the provision of such goods and/or services nor are we liable for the failure of the provision of the same. Further, Symetra is not liable to You for the negligent provision of such goods and/or services by third party service providers.

LGC 13500/OH-SCH 08/06                          2

**DEBTORS' EXHIBIT NO. 40**
**Page 5 of 25**

## Definitions

**Airworthiness Certificate**
means:
    1)    the "Standard" Airworthiness Certificate issued by the United States Federal Aviation Administration (FAA); or
    2)    a foreign equivalent issued by the governmental authority with jurisdiction over civil aviation in the country of its registry.


**Civil or Public Aircraft**
means a Civil or Public Aircraft which:
    1)    has a current and valid Airworthiness Certificate;
    2)    is piloted by a person who has a valid and current certificate of competency of a rating which authorizes him or her to pilot the aircraft; and
    3)    is not operated by the militia, or armed forces of any state, national government or international authority.


**Common Carrier**
means a conveyance operated by a concern, other than the Policyholder, organized and licensed for the transportation of passengers for hire and operated by that concern.

Common Carrier will not mean any such conveyance which is hired or used for a sport, gamesmanship, contest, sightseeing, observatory and/or recreational activity, regardless of whether such conveyance is licensed.


**Employer**
means the Policyholder.


**FAA**
means:
    1)    the Federal Aviation Administration of the United States; or
    2)    the equivalent aviation authority for the country of the aircraft's registry, if the governmental authority is recognized by the United States.


**Guaranteed Issue Amount**
means the amount of Life Insurance for which We do not require Evidence of Insurability.  The Guaranteed Issue Amount is shown in the Schedule of Insurance.


**Injury**
means bodily Injury resulting:
    1)    directly from an accident; and
    2)    independently of all other causes;
which occurs while You are covered under The Policy.

Loss resulting from:
    1)    sickness or disease, except a pus-forming infection which occurs through an accidental wound; or
    2)    medical or surgical treatment of a sickness or disease;
is not considered as resulting from Injury.


LGC 13500/OH-DEF 08/06          1

## Definitions

**Military Transport Aircraft**
means a transport aircraft operated by:
 1)    the United States Air Mobility Command (AMC); or
 2)    a national military air transport service of a governmental authority recognized by the United States.

**Motor Vehicle**
means a self-propelled, four or more wheeled:
 1)    private passenger:  car, station wagon, van or sport utility vehicle;
 2)    motor home or camper; or
 3)    pick-up truck;
not being used as a Common Carrier.

A Motor Vehicle does not include farm equipment, snowmobiles, all-terrain vehicles, lawnmowers or any other type of equipment vehicles.

**Non-Contributory Coverage**
means coverage for which You are not required to contribute toward the cost.  Non-Contributory Coverage is shown in the Schedule of Insurance.

**On**
means, when used with reference to any conveyance (land, water or air), in or On, boarding or alighting from the conveyance.

**Physician**
means a legally qualified Physician or surgeon other than a Physician or surgeon who is Related to You by blood or marriage.

**Prior Policy**
means, if applicable, the group life insurance policy carried by the Employer on the day before the Policy Effective Date.

**Related**
means Your Spouse or other adult living with You, sibling, parent, step-parent, grandparent, aunt, uncle, niece, nephew, son, daughter or grandchild.

**Retiree**
means a former Carter Fuel Union Member under age 80 who retired on or after January 1, 2015.

**Scheduled Aircraft**
means a Civil or Public Aircraft operated by a scheduled airline which:
 1)    is licensed by the FAA for the transportation of passengers for hire; and
 2)    publishes its flight schedules and fares for regular passenger service.

**Spouse**
means Your Spouse who is not legally separated or divorced from You.

LGC 13500/OH-DEF 08/06                                       2

**Definitions**

**The Policy**
means The Policy which We issued to the Policyholder under the Policy Number shown on the face page.

**We, Us or Our**
means the insurance company named on the face page of The Policy.

**You or Your**
means the person to whom this certificate is issued.

**DEBTORS' EXHIBIT NO. 40**
**Page 8 of 25**

**Eligibility and Enrollment**

**Eligible Persons:**  *Who is eligible for coverage?*
All persons in the class or classes shown in the Schedule of Insurance will be considered Eligible Persons.


**Eligibility for Coverage:**  *When will I become eligible?*
You are eligible for Retiree coverage on the later of:
  1)     the date You meet the definition of Retiree; or
  2)     the Policy Effective Date.


**Enrollment:**  *How do I enroll for coverage?*
Your Employer will automatically enroll You.  However, You will need to complete a beneficiary designation form.

If You do not enroll within 31 days after becoming eligible under The Policy, or if You were eligible to enroll under the Prior Policy and did not do so, and later choose to enroll, You may only enroll within 31 days of the date You have a Change in Family Status.

Any enrollment may be subject to the Evidence of Insurability Requirements provision.


**Evidence of Insurability Requirements:**  *When will I first be required to provide Evidence of Insurability?*
We require Evidence of Insurability, satisfactory to Us, for initial coverage, if You:
  1)     enroll more than 31 days after the date You are first eligible to enroll, including electing initial coverage after a Change in Family Status; or
  2)     were eligible for any coverage under the Prior Policy, but did not enroll and later choose to enroll for that coverage under The Policy.

If Your Evidence of Insurability is not satisfactory to Us:
  1)     Your amount of Life Insurance will equal the amount for which You were eligible without providing Evidence of Insurability, provided You enrolled within 31 days of the date You were first eligible to enroll; or
  2)     You will not be covered under The Policy if You enrolled more than 31 days after the date You were first eligible to enroll.


**Evidence of Insurability:**  *What is Evidence of Insurability?*
Evidence of Insurability must be satisfactory to Us and may include, but will not be limited to:
  1)     a completed and signed application approved by Us;
  2)     a medical examination;
  3)     attending Physicians' statement; and
  4)     any additional information We may require.

All Evidence of Insurability will be furnished at Your expense.  We will then determine if You are insurable for initial coverage or an increase in coverage under The Policy.

You will be notified in writing of Our determination of any Evidence of Insurability submission.

LGC 13500/OH-ELI 08/06           1

**Eligibility and Enrollment**

**Change in Family Status:**  *What constitutes a Change in Family Status?*
A Change in Family Status occurs when:
1) You get married;
2) You and Your Spouse divorce;
3) Your child is born or You adopt or become the legal guardian of a child;
4) Your Spouse dies;
5) Your child is no longer financially dependent on You or dies; or
6) Your Spouse is no longer employed, which results in a loss of group insurance.

LGC 13500/OH-ELI 08/06                                          2

**Period of Coverage**

**Effective Date:**  *When does my coverage start?*
Coverage, for which Evidence of Insurability is not required, will start on the date You become eligible.

Any coverage, for which Evidence of Insurability is required, will become effective on the later of:
1)    the date You become eligible; or
2)    the date We approve Your Evidence of Insurability.

However, all Effective Dates of coverage are subject to the Deferred Effective Date provision.

**Deferred Effective Date:**  *When will my effective date for coverage or a change in my coverage be deferred?*
If, on the date You are to become covered:
1)    for increased benefits; or
2)    for a new benefit;
You are:
1)    confined in a hospital; or
2)    Confined Elsewhere;
such coverage will not start until You:
1)    are discharged from the hospital; or
2)    are no longer Confined Elsewhere;
and have engaged in all the normal and customary activities of a person of like age and gender, in good health, for at least 15 consecutive days.

**Confined Elsewhere** means You are unable to perform, unaided, the normal functions of daily living, or leave home or other place of residence without assistance.

**Effective Date for Changes in Coverage:**  *When will changes in coverage become effective?*
Any decrease in coverage will take effect on the first of the month following the date of the change.

Any increase in coverage will take effect on the latest of:
1)    the first of the month following the date of the change;
2)    the date requirements of the Deferred Effective Date provision are met; or
3)    the date Evidence of Insurability is approved, if required.

**Termination:**  *When will my coverage end?*
Your coverage will end on the earliest of the following:
1)    the date The Policy terminates;
2)    the date You are no longer in a class eligible for coverage, or the class is cancelled; or
3)    the date the required premium is due but not paid.

LGC 13500/OH-COV 08/06                        1

**Benefits**

**Life Insurance Benefit:**  *When is the Life Insurance Benefit payable?*
If You die while covered under The Policy, We will pay Your Life Insurance Benefit after We receive Proof of Loss, in accordance with the Proof of Loss provision.

The Life Insurance Benefit will be paid according to the General Provisions of The Policy.

**Conversion Right:**  *If coverage under The Policy ends, do I have a right to convert?*
If Life Insurance coverage or any portion of it under The Policy ends for any reason, You may have the right to convert the coverage that terminated to an individual conversion policy without providing Evidence of Insurability.  Conversion is not available for:
    1)    the Accidental Death and Dismemberment Insurance Benefits; or
    2)    any amount of Life Insurance for which You were not eligible and covered;
under The Policy.

If coverage under The Policy ends because:
    1)    The Policy is terminated; or
    2)    coverage for an Eligible Class is terminated;
then You must have been insured under The Policy for five years or more, in order to be eligible to convert coverage.  The amount which may be converted under these circumstances is limited to the lesser of:
    1)    $10,000; or
    2)    the Life Insurance Benefit under The Policy less any amount of Life Insurance for which You may become eligible under any group life insurance policy issued or reinstated within 60 days of termination of group life coverage.

If coverage under The Policy ends for any other reason, the full amount of coverage which ended may be converted.

**Insurer**, as used in this provision, means Us or another insurance company which has agreed to issue conversion policies according to this Conversion Right.

**Conversion:**  *How do I convert my coverage?*
To convert Your coverage, You must complete a Notice of Conversion Right form.  The Insurer must receive this within 60 days after Life Insurance terminates.

After the Insurer verifies eligibility for coverage, the Insurer will send You a Conversion Policy proposal. You must:
    1)    complete and return the request form in the proposal; and
    2)    pay the required premium for coverage;
within the time period specified in the proposal.

Any individual policy issued to You under the Conversion Right:
    1)    will be effective as of the 61st day after the date coverage ends; and
will be in lieu of coverage for this amount under The Policy.

**DEBTORS' EXHIBIT NO. 40**
**Page 12 of 25**

**Benefits**

**Conversion Policy Provisions:**  *What are the Conversion Policy Provisions?*
The Conversion Policy will:
    1)    be issued on one of the Life Insurance policy forms the Insurer is issuing for this purpose at the time of conversion; and
    2)    base premiums on the Insurer's rates in effect for new applicants of Your class and age at the time of conversion.
The Conversion Policy will not provide:
    1)    the same terms and conditions of coverage as The Policy;
    2)    any benefit other than the Life Insurance Benefit; and
    3)    term insurance.

**Death within the Conversion Period:**  *What if I die before coverage is converted?*
We will pay the amount of Life Insurance You would have had the right to apply for under this provision if:
    1)    coverage under The Policy terminates;
    2)    You die within 60 days of the date coverage terminates; and
    3)    We receive Proof of Loss.

If the Conversion Policy has already taken effect, no Life Insurance Benefit will be payable under The Policy for the amount converted.

**Accidental Death and Dismemberment Insurance Benefit:**  *When is the Accidental Death and Dismemberment Insurance Benefit payable?*
If You sustain an Injury which results in any of the following Losses within 365 days of the date of accident, We will pay Your amount of Principal Sum, or a portion of such Principal Sum, as shown opposite the Loss, after We receive Proof of Loss in accordance with the Proof of Loss provision.

This Benefit will be paid according to the General Provisions of The Policy.

We will not pay more than the Principal Sum, to any one person, for all Losses due to the same accident. Your amount of Principal Sum is shown in the Schedule of Insurance.

For Loss of:
    Life ........................................................................................................... Principal Sum
    Both Hands or Both Feet or Sight of Both Eyes ........................................ Principal Sum
    One Hand and One Foot ............................................................................ Principal Sum
    Speech and Hearing in Both Ears ............................................................. Principal Sum
    Either Hand or Foot and Sight of One Eye ................................................ Principal Sum
    Movement of Both Upper and Lower Limbs (Quadriplegia) ....................... Principal Sum
    Movement of Both Lower Limbs (Paraplegia) ............................ Three-Quarters of Principal Sum
    Movement of Three Limbs (Triplegia) ........................................ Three-Quarters of Principal Sum
    Movement of the Upper and Lower Limbs of One Side
        of the Body (Hemiplegia) ................................................... One-Half of Principal Sum
    Either Hand or Foot ............................................................... One-Half of Principal Sum
    Sight of One Eye .................................................................... One-Half of Principal Sum
    Speech or Hearing in Both Ears ............................................. One-Half of Principal Sum
    Movement of One Limb (Uniplegia) ...................................... One-Quarter of Principal Sum
    Thumb and Index Finger of Either Hand ................................ One-Quarter of Principal Sum

**Loss** means with regard to:
    1)    hands and feet, actual severance through or above wrist or ankle joints;
    2)    sight, speech and hearing, entire and irrecoverable loss thereof;
    3)    thumb and index finger, actual severance through or above the metacarpophalangeal joints; or
    4)    movement, complete and irreversible paralysis of such limbs.

LGC 13500/OH-BEN 08/06                                    2

## Benefits

**Exposure and Disappearance:**  *What if Loss is due to exposure or disappearance?*
Exposure to the elements will be presumed to be Injury if:
1) it results from the forced landing, stranding, sinking or wrecking of a conveyance in which You were an occupant at the time of the accident; and
2) The Policy would have covered an Injury resulting from the accident.

We will presume that You suffered Loss of life if:
1) Your body has not been found within one year after the disappearance of a conveyance in which You were an occupant at the time of its disappearance;
2) the disappearance of the conveyance was due to its accidental forced landing, stranding, sinking or wrecking; and
3) The Policy would have covered Injury resulting from the accident.

**Seat Belt and Air Bag Benefit:**  *When is the Seat Belt and Air Bag Benefit payable?*
If You sustain an Injury that results in a Loss payable under the Accidental Death and Dismemberment Insurance Benefit, We will pay an additional Seat Belt and Air Bag Benefit if the Injury occurred while You were:
1) a passenger riding in; or
2) the licensed operator of;
a properly registered Motor Vehicle and were wearing a Seat Belt at the time of the Accident as verified on the police accident report.

This Benefit will be paid:
1) after We receive Proof of Loss, in accordance with the Proof of Loss provision; and
2) according to the General Provisions of The Policy.

If a Seat Belt Benefit is payable, We will also pay an Air Bag Benefit if You were:
1) positioned in a seat equipped with a factory-installed Air Bag; and
2) properly strapped in the Seat Belt when the Air Bag inflated.

The Seat Belt Benefit is the lesser of:
1) an amount resulting from multiplying Your amount of Principal Sum by the Seat Belt Benefit Percentage; or
2) the Maximum Amount for this Benefit.

The Air Bag Benefit is the lesser of:
1) an amount resulting from multiplying Your amount of Principal Sum by the Air Bag Benefit Percentage; or
2) the Maximum Amount for this Benefit.

If it cannot be determined that You were wearing a Seat Belt at the time of Accident, a Minimum Benefit will be payable under the Seat Belt Benefit.

**Accident**, for the purpose of this Benefit only, means the unintentional collision of a Motor Vehicle during which You were wearing a Seat Belt.

**Air Bag** means an inflatable supplemental passive restraint system installed by the manufacturer of the Motor Vehicle or its proper replacement parts installed as required by the Motor Vehicle's manufacturer's specifications that inflates upon collision to protect an individual from Injury and death.  An Air Bag is not considered a Seat Belt.

LGC 13500/OH-BEN 08/06                    3

**Benefits**

**Seat Belt** means an unaltered belt, lap restraint, or lap and shoulder restraint installed by the manufacturer of the Motor Vehicle, or proper replacement parts installed as required by the Motor Vehicle's manufacturer's specifications.

The specific amounts for this Benefit are shown in the Schedule of Insurance.


**Repatriation Benefit:**  *When is the Repatriation Benefit payable?*
If You sustain an Injury that results in Loss of life payable under the Accidental Death and Dismemberment Insurance Benefit, We will pay an additional Repatriation Benefit, if the death occurs outside the territorial limits of the state or country of Your place of permanent residence.

This Benefit will be paid:
- 1)     after We receive Proof of Loss, in accordance with the Proof of Loss provision; and
- 2)     according to the General Provisions of The Policy.

The Repatriation Benefit will pay the least of:
- 1)     the actual expenses incurred for:
  - a)     preparation of the body for burial or cremation; and
  - b)     transportation of the body to the place of burial or cremation;
- 2)     the amount resulting from multiplying Your amount of Principal Sum by the Repatriation Benefit Percentage; or
- 3)     the Maximum Amount for this Benefit.

The specific amounts for this Benefit are shown in the Schedule of Insurance.


**Felonious Assault Benefit:**  *When is the Felonious Assault Benefit payable?*
If You sustain an Injury that results in a Loss payable under the Accidental Death and Dismemberment Insurance Benefit, We will pay an additional Felonious Assault Benefit, if Injury is the result of a Felonious Assault.

This Benefit will be paid:
- 1)     after We receive Proof of Loss, in accordance with the Proof of Loss provision; and
- 2)     according to the General Provisions of The Policy.

The Felonious Assault Benefit will pay the lesser of:
- 1)     the amount resulting from multiplying Your amount of Principal Sum by the Felonious Assault Percentage; or
- 2)     the Maximum Amount for this Benefit.

**Felonious Assault** means a violent or criminal act directed at You during the course of:
- 1)     a robbery, kidnapping or criminal assault; or
- 2)     an attempt at any of the above;
which constitutes a felony under the law.

The Felonious Assault Benefit will not pay for a Loss that results from a Felonious Assault committed by Your fellow employee.

The specific amounts for this Benefit are shown in the Schedule of Insurance.

LGC 13500/OH-BEN 08/06                                     4

**DEBTORS' EXHIBIT NO. 40**
**Page 15 of 25**

**Benefits**

**Child Education Benefit:**  *When is the Child Education Benefit payable?*
If You sustain an Injury that results in Loss of life payable under the Accidental Death and Dismemberment Insurance Benefit, We will pay an additional Child Education Benefit to Your Child.

This Benefit will be paid:
1)     after We receive proof that Your Child qualifies as a Student, as defined in this Benefit; and
2)     according to the General Provisions of The Policy.

If You die, the Child Education Benefit provides an annual amount equal to the lesser of:
1)     the amount resulting from multiplying Your amount of Principal Sum by the Child Education Percentage; or
2)     the Maximum Amount for this Benefit.

The Child Education Benefit is payable to each of Your Children:
1)     on the date; and
2)     for whom;
We have received proof satisfactory to Us that he or she is a Student.

If he or she is a minor, We will pay the benefit to the Student's legal guardian.

We will pay the Child Education Benefit to a qualifying Student until the first to occur of:
1)     Our payment of the fourth Child Education Benefit to or on behalf of that person; or
2)     the end of the 12th consecutive month during which We have not received proof satisfactory to Us that he or she is a Student.

We will not pay more than one Child Education Benefit to any one Student during any one school year.

We will pay the Minimum Amount for this Benefit in accordance with the Claims to be Paid provision of The Policy if:
1)     a Principal Sum is payable because of Your death; and
2)     no person qualifies as a Student.

**Student** means Your Child who on the date of Your death:
1)     is a full-time (at least 12 course credit hours per semester) post-high school student at an accredited institution of learning on the date of Your death; or
2)     became a full-time (at least 12 course credit hours per semester) post-high school student at an accredited institution of learning within 365 days after Your death and was a student in the 12th grade on the date of Your death.

If the institution establishes full-time status in any other manner, We reserve the right to determine whether the student qualifies as a Student.

**Child** means Your unmarried child, stepchild, legally adopted child, child in the process of adoption or foster child who is less than age 21 who:
1)     regularly attends an accredited institution of learning; and
2)     is primarily dependent on You for financial support and maintenance.

The specific amounts for this Benefit are shown in the Schedule of Insurance.

**DEBTORS' EXHIBIT NO. 40**
**Page 16 of 25**

**Benefits**

**Day Care Benefit:**  *When is the Day Care Benefit payable?*
If You sustain an Injury that results in Loss of life payable under the Accidental Death and Dismemberment Insurance Benefit, We will pay an additional Day Care Benefit for each of Your Children if such Child is under age seven at the time of Your death.

This Benefit will be paid:
1)   after We receive proof of enrollment in a Day Care Program as described in this Benefit; and
2)   according to the General Provisions of The Policy.

We will make one Day Care Benefit payment each year, for a maximum of four Day Care Benefit payments, for each Child.  The Benefit will be paid to the person who has primary responsibility for the Child's Day Care expenses.

Proof of enrollment satisfactory to Us for each Child in a Day Care Program includes, but will not be limited to, the following:
1)   a copy of the Child's approved enrollment application in a Day Care Program;
2)   cancelled check(s) evidencing payment to a Day Care facility or Day Care provider; or
3)   a letter from the Day Care facility or Day Care provider stating that the Child:
    a)   is attending a Day Care Program; or
    b)   has been enrolled in a Day Care Program and will be attending within 365 days of the date of the death.
Proof of enrollment must be sent to Us prior to the last day of the 12th month following the date of death.

If You die, the Day Care Benefit provides an annual amount equal to the lesser of:
1)   the amount resulting from multiplying Your amount of Principal Sum by the Day Care Benefit; or
2)   the Maximum Amount for this Benefit.

We will pay the Minimum Amount for this Benefit in accordance with the Claims to be Paid provision for payment of benefits for Loss of life if:
1)   a Principal Sum is payable because of Your death; and
2)   no person qualifies as a Child eligible for the Day Care Benefit.

**Day Care or Day Care Program** means a program of child care which:
1)   is operated in a private home, school or other facility;
2)   provides, and makes a charge for, the care of children;
3)   is licensed as a day care center or is operated by a licensed day care provider, if such licensing is required by the state or jurisdiction in which it is located; or
4)   if licensing is not required, provides child care on a daily basis for 12 months a year.

**Child** means Your unmarried child, stepchild, legally adopted child, child in the process of adoption or foster child who is less than age seven and primarily dependent on You for financial support and maintenance.

The specific amounts for this Benefit are shown in the Schedule of Insurance.


**Rehabilitation Benefit:**  *When is the Rehabilitation Benefit payable?*
If You sustain an Injury which results in a Loss other than Loss of life, payable under the Accidental Death and Dismemberment Insurance Benefit, We will pay an additional Rehabilitation Benefit for Rehabilitative Program Expenses Incurred within one year of the date of accident.

This Benefit will be paid:
1)   after We receive proof of Expenses Incurred for a Rehabilitative Program, in accordance with the Proof of Loss provision; and
2)   according to the General Provisions of The Policy.

LGC 13500/OH-BEN 08/06                                    6

**DEBTORS' EXHIBIT NO. 40**
**Page 17 of 25**

**Benefits**

The Rehabilitation Benefit provides an amount equal to the least of:
    1)   the actual Expense Incurred for a Rehabilitative Program;
    2)   the amount resulting from multiplying Your amount of Principal Sum by the Rehabilitation Benefit Percentage; or
    3)   the Maximum Amount for this Benefit.

**Rehabilitative Program** means any training which:
    1)   is required due to Your Injury; and
    2)   prepares You for an occupation for which You were not previously trained.

**Expense Incurred** means the actual cost of:
    1)   training; and
    2)   materials needed for the training.

The specific amounts for this Benefit are shown in the Schedule of Insurance.

**Spouse Education Benefit:**  *When is the Spouse Education Benefit payable?*
If You sustain an Injury that results in a Loss of life payable under the Accidental Death and Dismemberment Insurance Benefit, We will pay an additional Spouse Education Benefit to Your surviving Spouse.

This Benefit will be paid:
    1)   after We receive proof satisfactory to Us that the Spouse has enrolled in an Occupational Training program; and
    2)   according to the General Provisions of The Policy.

The Spouse Education Benefit is the least of:
    1)   the Expense Incurred for Occupational Training;
    2)   the amount resulting from multiplying Your amount of Principal Sum by the Spouse Education Benefit Percentage; or
    3)   the Maximum Amount for this Benefit.

If a Principal Sum is payable because of Your death and there is no surviving Spouse, We will pay the Minimum Amount for this Benefit in accordance with the Claims to be Paid provision.

Your surviving Spouse must enroll in Occupational Training:
    1)   for the purpose of obtaining an independent source of income; and
    2)   within one year of Your death.

**Occupational Training** means any:
    1)   education;
    2)   professional; or
    3)   trade training;
program which prepares the Spouse for an occupation for which he or she was not previously qualified.

**Expense Incurred** means:
    1)   the actual tuition charged, exclusive of room and board; and
    2)   the actual cost of the materials needed;
for the Occupational Training.  The expense must be incurred within two years of the date of Your death.

The specific amounts for this Benefit are shown in the Schedule of Insurance.

LGC 13500/OH-BEN 08/06                                          7

**DEBTORS' EXHIBIT NO. 40**
**Page 18 of 25**

**Benefits**

**Adaptive Home and Vehicle Benefit:**  *When is the Adaptive Home and Vehicle Benefit payable?*
If You sustain an Injury that results in a Loss, other than Loss of life, payable under the Accidental Death and Dismemberment Insurance Benefit, We will pay an additional Adaptive Home and Vehicle Benefit.

This Benefit will be paid:
1)    after We receive Proof of Loss, in accordance with the Proof of Loss provision; and
2)    according to the General Provisions of The Policy.

The Adaptive Home and Vehicle Benefit pays a benefit for the one-time cost of alterations to Your:
1)    principal residence; and/or
2)    private automobile;
to make the residence accessible and/or the private automobile drivable or rideable for You.  The costs must be incurred within two years from the date of accident.

We will pay the Adaptive Home and Vehicle Benefit if:
1)    such home alterations are:
    a)    made by a person or persons with experience in such alterations; and
    b)    recommended by a recognized organization associated with the Injury; and
2)    such vehicle modifications are:
    a)    carried out by a person or persons with experience in such matters; and
    b)    approved by the Motor Vehicle Department.

The Adaptive Home and Vehicle Benefit will provide an amount equal to the least of:
1)    the actual cost of the alterations;
2)    the amount resulting from multiplying Your amount of Principal Sum by the Adaptive Home and Vehicle Benefit Percentage; or
3)    the Maximum Amount for this Benefit.

The specific amounts for this Benefit are shown in the Schedule of Insurance.


**Coma Benefit:**  *When is the Coma Benefit payable?*
If, as a result of an Injury, You:
1)    are in a Coma within 31 days from the date of accident; and
2)    remain continuously in a Coma for at least the number of days shown as the Waiting Period;
We will pay 1% of the Coma Maximum Benefit Amount for each month after the Waiting Period that You remain in a Coma.

This Benefit will be paid:
1)    after We receive Proof of Loss, in accordance with the Proof of Loss provision; and
2)    according to the General Provisions of The Policy.

We will pay the benefit until the earliest to occur of:
1)    the end of the month in which You die;
2)    the end of the month in which You recover from the Coma; or
3)    when the total payment equals the Coma Maximum Benefit Amount.

The Coma Maximum Benefit equals Your amount of Principal Sum less all other payments under The Policy for the Injury.

**Coma** means complete and continuous:
1)    unconsciousness; and
2)    inability to respond to external or internal stimuli, as verified by a Physician.

The specific amounts for this Benefit are shown in the Schedule of Insurance.

LGC 13500/OH-BEN 08/06                                                8

**Benefits**

**Critical Burn Benefit:**  *When is the Critical Burn Benefit payable?*
If You are Critically Burned and require reconstructive surgery as determined by a Physician, We will pay a Critical Burn Benefit.

This Benefit will be paid:
   1)   after We receive Proof of Loss, in accordance with the Proof of Loss provision; and
   2)   according to the General Provisions of The Policy.

The Critical Burn Benefit is an amount equal to the least of:
   1)   the actual cost for the expense of the reconstructive surgery;
   2)   the amount resulting from multiplying Your amount of Principal Sum by the Critical Burn Percentage; or
   3)   the Maximum Amount for this Benefit.

No benefit is payable under this Benefit for any Loss which has been paid to You under the Accidental Death and Dismemberment Insurance Benefit.

**Critically Burned** means You suffered burns which:
   1)   are certified by a Physician as more severe than second degree burns; and
   2)   result in scarring over at least 25% of the body which will last indefinitely and can only be corrected through reconstructive surgery.

The specific amounts for this Benefit are shown in the Schedule of Insurance.


**Therapeutic Counseling Benefit:**  *When is the Therapeutic Counseling Benefit payable?*
If You sustain an Injury that results in a Loss, other than Loss of life, that is payable under the Accidental Death and Dismemberment Insurance Benefit, We will pay an additional Therapeutic Counseling Benefit if You require Therapeutic Counseling due to the Loss.

This Benefit will be paid:
   1)   after We receive Proof of Loss, in accordance with the Proof of Loss provision; and
   2)   according to the General Provisions of The Policy.

Therapeutic Counseling must:
   1)   begin within 90 days of the date of the Loss; and
   2)   be incurred no later than one year of the date of the Loss.

The Therapeutic Counseling Benefit is an amount equal to the least of:
   1)   the Reasonable Expenses incurred for Therapeutic Counseling;
   2)   the amount resulting from multiplying Your amount of Principal Sum by the Therapeutic Counseling Percentage; or
   3)   the Maximum Amount for this Benefit.

**Therapeutic Counseling** means treatment or counseling provided by a licensed therapist or counselor registered or certified to provide psychological treatment or counseling.

**Reasonable Expenses** means fees and prices which do not exceed those generally charged for similar Therapeutic Counseling in the local area where such Therapeutic Counseling was received.  For purposes of this benefit, We reserve the right to determine Reasonable Expenses.  A Reasonable Expense is considered to be incurred on the date the Therapeutic Counseling is rendered.

The specific amounts for this Benefit are shown in the Schedule of Insurance.

LGC 13500/OH-BEN 08/06                                    9

**DEBTORS' EXHIBIT NO. 40**
**Page 20 of 25**

**Benefits**

**Accidental Death and Dismemberment Exclusions:** *What is not covered under The Policy?* (Applies to Accidental Death and Dismemberment Insurance only)

The Policy does not cover any Loss caused or contributed by:

1) intentionally self-inflicted Injury;
2) suicide or attempted suicide, whether sane or insane;
3) war or act of war, whether declared or not;
4) Injury sustained while on full-time active duty as a member of the armed forces (land, water, air) of any country or international authority;
5) Injury sustained while On any aircraft except a Civil or Public Aircraft, or Military Transport Aircraft;
6) Injury sustained while On any aircraft:
    a) as a pilot, crewmember or student pilot;
    b) as a flight instructor or examiner;
    c) if it is owned, operated or leased by or on behalf of the Policyholder, or any Employer or organization whose eligible persons are covered under The Policy; or
    d) being used for tests, experimental purposes, stunt flying, racing or endurance tests;
7) Injury sustained while taking drugs, including but not limited to sedatives, narcotics, barbiturates, amphetamines, or hallucinogens, unless as prescribed by or administered by a Physician;
8) Injury sustained while riding or driving in a scheduled race or testing any Motor Vehicle on tracks, speedways or proving grounds;
9) Injury sustained while committing or attempting to commit a felony;
10) Injury sustained while Intoxicated; or
11) Injury sustained while driving while Intoxicated.

**Intoxicated** means:

1) the blood alcohol content;
2) the results of other means of testing blood alcohol level; or
3) the results of other means of testing other substances;

that meet or exceed the legal presumption of intoxication, or under the influence, under the law of the state where the accident occurred.

LGC 13500/OH-BEN 08/06                                    10

**DEBTORS' EXHIBIT NO. 40**
**Page 21 of 25**

**General Provisions**

**Notice of Claim:**  *When should I notify The Company of a claim?*
You, or the person who has the right to claim benefits, must give Us written notice of a claim within 30 days after:
  1)  the date of death; or
  2)  the date of Loss.
If notice cannot be given within that time, it must be given as soon as reasonably possible after that. Such notice must include the claimant's name, address and the Policy Number.


**Claim Forms:**  *Are special forms required to file a claim?*
Within 15 days of receiving a Notice of Claim, We will send forms to the claimant to provide Proof of Loss.  If We do not send the forms within 15 days, any other written proof which fully describes the nature and extent of the claim may be submitted.


**Proof of Loss:**  *What is Proof of Loss?*
Proof of Loss may include, but is not limited to, the following:
  1)  a completed claim form;
  2)  a certified copy of the death certificate (if applicable);
  3)  Your enrollment form;
  4)  Your beneficiary designation (if applicable);
  5)  if applicable, documentation of:
      a)  the date Your disability began;
      b)  the cause of Your disability; and
      c)  the prognosis of Your disability;
  6)  any and all medical information, including x-ray films and photocopies of medical records, including histories, physical, mental or diagnostic examinations and treatment notes;
  7)  the names and addresses of all:
      a)  Physicians or other qualified medical professionals You consulted;
      b)  hospitals or other medical facilities in which You have been treated; and
      c)  pharmacies which have filled Your prescriptions within the past three years;
  8)  Your signed authorization for Us to obtain and release medical, employment and financial information; or
  9)  any additional information required by Us to adjudicate the claim.
All proof submitted must be satisfactory to Us.


**Sending Proof of Loss:**  *When must Proof of Loss be given?*
Written Proof of Loss should be sent to Us:
  1)  with respect to the Life Insurance Benefits, within 365 days; and
  2)  with respect to the Accidental Death and Dismemberment Insurance Benefits, within 90 days; after the Loss.  However, all claims should be submitted to Us within 90 days of the date coverage ends.

If proof is not given by the time it is due, it will not affect the claim if:
  1)  it was not possible to give proof within the required time; and
  2)  proof is given as soon as possible; but
  3)  not later than one year after it is due unless You, or the person who has the right to claim benefits, are not legally competent.


**Physical Examination and Autopsy:**  *Can We have a claimant examined or request an autopsy?*
While a claim is pending We have the right at Our expense:
  1)  to have the person who has a Loss examined by a Physician when and as often as We reasonably require; and
  2)  to have an autopsy performed in case of death where it is not forbidden by law.


LGC 13500/OH-GEN 08/06                                          1

**DEBTORS' EXHIBIT NO. 40**
**Page 22 of 25**

**General Provisions**

**Claim Payment:**  *When are benefit payments issued?*
When We determine that benefits are payable, We will pay the benefits due in accordance with the Claims to be Paid provision, but not more than 30 days after such Proof of Loss is received.


**Claims to be Paid:**  *To whom will benefits for my claim be paid?*
Life Insurance Benefits and benefits for Loss of life under the Accidental Death and Dismemberment Insurance Benefits will be paid in accordance with the life insurance beneficiary designation.

If no beneficiary is named, or if no named beneficiary survives You, We may, at Our option, pay:
  1)    the executors or administrators of Your estate;
  2)    all to Your surviving Spouse;
  3)    if Your Spouse does not survive You, in equal shares to Your surviving children; or
  4)    if no child survives You, in equal shares to Your surviving parents.
In addition, We may, at Our option, pay a portion of Your Life Insurance Benefit up to $500 to any person equitably entitled to payment because of expenses from Your burial.  Payment to any person, as shown above, will release Us from liability for the amount paid.

If any beneficiary is a minor, We may pay his or her share, until a legal guardian of the minor's estate is appointed, to a person who at Our option and in Our opinion is providing financial support and maintenance for the minor.  We will pay:
  1)    $200 at Your death; and
  2)    monthly installments of not more than $200.
Payment to any person as shown above will release Us from all further liability for the amount paid.

We will make any payments, other than for Loss of life, to You.  We may make any such payments owed at Your death to Your estate.  If any payment is owed to:
  1)    Your estate;
  2)    a person who is a minor; or
  3)    a person who is not legally competent;
then We may pay up to $1,000 to a person who is related to You and who, at Our sole discretion, is entitled to it.  Any such payment shall fulfill Our responsibility for the amount paid.


**Beneficiary Designation:**  *How do I designate or change my beneficiary?*
You may designate or change a beneficiary by doing so in writing on a form satisfactory to Us and filing the form with the Employer.  Only satisfactory forms sent to the Employer prior to Your death will be accepted.

Beneficiary designations will become effective as of the date You signed and dated the form, even if You have since died.  We will not be liable for any amounts paid before receiving notice of a beneficiary change from the Employer.

In no event may a beneficiary be changed by a power of attorney.


**Claim Denial:**  *What notification will my beneficiary or I receive if a claim is denied?*
If a claim for benefits is wholly or partly denied, You or Your beneficiary will be furnished with written notification of the decision.  This written notification will:
  1)    give the specific reason(s) for the denial;
  2)    make specific reference to the provisions upon which the denial is based;
  3)    provide a description of any additional information necessary to perfect a claim and an explanation of why it is necessary; and
  4)    provide an explanation of the review procedure.


LGC 13500/OH-GEN 08/06                                    2

## General Provisions

**Claim Appeal:**  *What recourse will my beneficiary or I have if a claim is denied?*
On any claim, the claimant or his or her representative may appeal to Us for a full and fair review.  To do so, he or she:

1)      must request a review upon written application within 60 days of receipt of claim denial; and
2)      may request copies of all documents, records and other information relevant to the claim; and
3)      may submit written comments, documents, records and other information relating to the claim.

We will respond in writing with Our final decision on the claim.

**Policy Interpretation:**  *Who interprets policy terms and conditions?*
We have full discretion and authority to determine eligibility for benefits and to construe and interpret all terms and provisions of The Policy.  This provision applies where the interpretation of The Policy is governed by the Employee Retirement Income Security Act of 1974, as amended (ERISA).

**Incontestability:**  *When can The Policy be contested?*
Except for non-payment of premiums, the Life Insurance Benefit of The Policy cannot be contested after two years from the Policy Effective Date.  This provision does not apply to the Accidental Death and Dismemberment Insurance Benefits.

In the absence of Fraud, no statement made by You relating to Your insurability will be used to contest the insurance for which the statement was made after the insurance has been in force for two years during Your lifetime.  In order to be used, the statement must be in writing and signed by You.

**Assignment:**  *Are there any rights of assignment?*
Except for the dismemberment benefits under the Accidental Death and Dismemberment Insurance Benefit, You have the right to absolutely assign all of Your rights and interest under The Policy including, but not limited to, the following:

1)      the right to make any contributions required to keep the insurance in force;
2)      the right to convert; and
3)      the right to name and change a beneficiary.

We will recognize any absolute assignment made by You under The Policy, provided:

1)      it is duly executed; and
2)      a copy is acknowledged and on file with Us.

We and the Policyholder assume no responsibility:

1)      for the validity or effect of any assignment; or
2)      to provide any assignee with notices which We may be obligated to provide to You.

You do not have the right to collaterally assign Your rights and interest under The Policy.

**Legal Actions:**  *When can legal action be taken?*
Legal action cannot be taken against Us:

1)      sooner than 60 days after the date written Proof of Loss is furnished; or
2)      three years after the date Proof of Loss is required to be furnished according to the terms of The Policy.

**Workers' Compensation:**  *How does The Policy affect Workers' Compensation coverage?*
The Policy does not replace Workers' Compensation or affect any requirement for Workers' Compensation coverage.

**DEBTORS' EXHIBIT NO. 40**
**Page 24 of 25**

**General Provisions**

**Insurance Fraud:**  *How does The Company deal with fraud?*
Insurance fraud occurs when You, Your dependent and/or Your Employer provide Us with false information or file a claim for benefits that contains any false, incomplete or misleading information with the intent to injure, defraud or deceive Us.  It is a crime if You, Your dependent and/or Your Employer commit insurance fraud.  We will use all means available to Us to detect, investigate, deter and prosecute those who commit insurance fraud.  We will pursue all available legal remedies if You, Your dependent and/or Your Employer perpetrate insurance fraud.

**Misstatements:**  *What happens if facts are misstated?*
If material facts about You were not stated accurately:
1) the premium may be adjusted; and
2) the true facts will be used to determine if, and for what amount, coverage should have been in force.

LGC 13500/OH-GEN 08/06                                        4