

# Symetra Life Insurance Company

## Group Life Insurance

## CONTRACT

Symetra® is a registered service mark of Symetra Life Insurance Company.

**DEBTORS' EXHIBIT NO. 46**
**Page 1 of 9**



**SYMETRA**®
RETIREMENT | BENEFITS | LIFE

---

**Name of Policyholder:** Trico Group, LLC

---

**Policy Number:**
01 018059 00

**Effective Date:**
January 1, 2020

**Place of Delivery:**
Ohio

**Anniversary Date:**
January first of each year beginning in 2021

**Premium Due Dates:**
Monthly, on the first day of each policy month.

**Symetra Life Insurance Company**
777 108th Avenue NE, Suite 1200
Bellevue, Washington, 98004-5135
(An insurance company, herein called The Company)
will pay benefits according to the terms and conditions of The Policy.

Signed for The Company

*Jacqueline M. Veneziani*
Jacqueline M. Veneziani, Secretary

*Margaret Meister*
Margaret Meister, President

**Notice regarding accelerated death benefits:  Accelerated benefits may be taxable and that assistance should be sought from a personal tax advisor.**

**Table of Contents**
Premium Provisions
Premium Schedule
Policy Provisions
Incorporation Provision

Symetra ® is a registered service mark of Symetra Life Insurance Company.

LGC 13000 08/06

**DEBTORS' EXHIBIT NO. 46**
**Page 2 of 9**

**Premium Provisions**

The Schedule(s) of Insurance for The Policy benefits listed below are shown in the certificate(s), as incorporated into The Policy:
1)    Basic Life Insurance;
2)    Basic Accidental Death and Dismemberment Insurance;
3)    Supplemental Life Insurance;
4)    Supplemental Accidental Death and Dismemberment Insurance;
5)    Supplemental Dependent Life Insurance; and
6)    Supplemental Dependent Accidental Death and Dismemberment Insurance.

The Schedule(s) of Insurance will control the:
1)    benefit amounts and maximum limits;
2)    eligibility and effective date requirements; and
3)    other schedule amounts and limits;
which apply to the employees of the Policyholder.

**Initial Monthly Premium Rates:**
The initial monthly premium rates to be charged for employee coverage and/or child/Spouse coverage, if applicable, are shown on the following page(s).

The first premium is due and payable on the effective date of The Policy.  Subject to The Policy's grace period provision, all premiums after the first must be paid when or before they are due.

Premiums are based on the insured's age on his or her effective date and thereafter on the Policy Anniversary following the date of change.

The Initial Monthly Premium Rates may be converted as follows:

| To Convert Rates to: | Use a Conversion Factor of: |
|---|---|
| - annual rates | 11.8227 |
| - semi-annual rates | 5.9557 |
| - quarterly rates | 2.9852 |

**Grace Period:**
The Company will allow the Policyholder a 31 day grace period for the payment of all premiums after the first.  During this 31 day period, The Policy will stay in force.  If the owed premium is not paid by the 31st day, The Policy will automatically terminate.  If the Policyholder gives The Company written advance notice of an earlier cancellation date, The Policy will terminate on the earlier date.  Premium is due for each day The Policy is in force.

**Monthly Premium Rate Guarantee:**
Initial Monthly Premium rates are guaranteed as follows:

| Benefit | Rate Guarantee Period |
|---|---|
| Basic Life Insurance | 36 months |
| Basic Accidental Death and Dismemberment Insurance | 36 months |
| Supplemental Life Insurance | 36 months |
| Supplemental Accidental Death and Dismemberment Insurance | 36 months |
| Supplemental Dependent Life Insurance | 36 months |
| Supplemental Dependent Accidental Death and Dismemberment Insurance | 36 months |

Subject to the Rate Guarantee period shown above, The Company has the right to change premium rates on any premium due date if:
1)    written notice is delivered to the Policyholder's last address on record; and
2)    the change is effective at least 31 days after the date of notice.

LGC 13000 08/06                                2

**Premium Provisions**

The Rate Guarantee supersedes only those provisions appearing elsewhere in The Policy which give The Company the right to change the premium rates, and then, only for the period of time for which the rates are guaranteed.  However, The Company may change the premium rates during the Rate Guarantee period if there is a 10% change in lives and/or volume in The Policy or if the Policyholder adds or deletes a subsidiary or affiliated business entity.  The Company may also change the premium rates during the Guarantee Period if there has been a material misstatement in the reported experience during the pre-sale process.  The Rate Guarantee in no way affects, amends or supersedes any other provision in The Policy.

**Calculation:**
Premiums may be calculated by multiplying the rate times the applicable number of units of coverage.

If any insurance is added, increased or becomes effective after The Policy is in force, the premium charges will begin on:
1) the day the coverage is effective, if it is also the first day of a policy month; or
2) the first day of the next policy month.

For insurance which is terminated, premium charges will stop as of the first day of the next policy month. With respect to Dependent Life Insurance only, the premium rate per Dependent Unit or per $1,000 of insurance, whichever is applicable, will be based on actuarial assumptions, due to the difficulty in obtaining the ages of all Dependents who are covered under this benefit.  The actuarial assumptions will produce, in the opinion of The Company, the same total amount of premium as would be obtained by the use of the actual ages of the Dependents covered.

Premiums may be calculated by any other method which both The Company and the Policyholder agree to in writing.

**Premium Payments:**
Premium payments are due and payable in full to a place designated by The Company or, with respect to the initial premium payment, premium payments may be made to an authorized agent of The Company. Payment of premiums for a period before it is due will not guarantee the insurance for that period.

LGC 13000 08/06                                                 3

**DEBTORS' EXHIBIT NO. 46**
**Page 4 of 9**

**Premium Schedule**

| Coverage | | Monthly Rate |
|---|---|---|
| Basic Life Insurance | | |
| | Class 1, 2, 3, 4, 8, 9, 12 | $0.145 per $1,000 |
| | Class 5, 6, 7, 10, 11, 13, 14 | $4.800 per $1,000 |
| Basic Accidental Death and Dismemberment Insurance | | $0.030 per $1,000 |
| Supplemental Life Insurance | | step-rated* |
| Supplemental Accidental Death and Dismemberment Insurance | | $0.020 per $1,000 |
| Supplemental Dependent Life Insurance | | |
| | Spouse | step-rated* |
| | Child | $0.190 per $1,000 |
| Supplemental Dependent Accidental Death and Dismemberment Insurance | | $0.020 per $1,000 |

\*     Supplemental Life Insurance and Supplemental Spouse Life Insurance monthly step-rates
      are as follows:  (Premiums for Supplemental Spouse Life Insurance are calculated based on
      the Spouse's age.)

| Age | Per $1,000 of Insurance | Age | Per $1,000 of Insurance |
|---|---|---|---|
| Under 25 | $0.060 | 50 through 54 | $0.420 |
| 25 through 29 | 0.060 | 55 through 59 | 0.650 |
| 30 through 34 | 0.080 | 60 through 64 | 0.940 |
| 35 through 39 | 0.100 | 65 through 69 | 1.440 |
| 40 through 44 | 0.170 | 70 through 74 | 2.060 |
| 45 through 49 | 0.270 | 75 and over | 2.060 |

Premium rate adjustments due to change in age are effective on the Policy Anniversary following the date of change.

LGC 13000 08/06                                        4

**DEBTORS' EXHIBIT NO. 46**
**Page 5 of 9**

**Policy Provisions**

**Entire Contract:**

The contract between the parties consists of:

1) The Policy;
2) any certificates incorporated and made a part of The Policy;
3) any riders issued in connection with such certificates;
4) the Policyholder's application, if any, a copy of which is attached to and made a part of The Policy when issued; and
5) any written medical insurability application submitted by the Eligible Person/Employee and accepted by The Company in connection with The Policy.

All statements made by the Policyholder or persons insured under The Policy will be deemed representations and not warranties. No statement made to effect this insurance will be used in any contest unless it is in writing and a copy of it is given to the person who made it, or to his or her beneficiary.

**Incontestability:**

Except for non-payment of premium, the insurance provided by The Policy cannot be contested after such insurance has been in effect for a period of two years.

**Changes:**

The Company reserves the right to make changes in The Policy, after The Policy has been in force for 12 months. The Company will give the Policyholder 31 days advance written notice of any change. No agent has authority to change or waive any part of The Policy. To be valid, any change or waiver must be in writing, approved by one of Our officers and made a part of The Policy.

**Clerical Error:**

Clerical error (whether by the Policyholder, the Plan Administrator, or Us) in keeping the records having to do with The Policy, or delays in making entries on the records, will not void the insurance of any person if that insurance would otherwise have been in effect. A clerical error will not extend the insurance of any person if that insurance would otherwise have ended or been reduced as provided by The Policy. When a clerical error is found, premiums and benefits will be adjusted based on the true facts and The Policy.

**Conformity with Law:**

If any provision of The Policy is contrary to the law of the jurisdiction in which it is delivered, such provision is hereby amended to conform to that law. If any change to state or federal law, including but not limited to the Federal Social Security Act, affects The Company's liability under The Policy, The Company may change The Policy, the premiums or both. Such change:

1) will be effective as of the date of the change to the state or federal law; and
2) will not be made until The Company gives the Policyholder 31 days notice.

**Termination of Policy:**

The Company may terminate The Policy for the following reasons by giving the Policyholder 31 days written notice:

1) the Policyholder fails to furnish any information which The Company may reasonably require;
2) the Policyholder fails to perform any of his other obligations pertaining to The Policy;
3) less than 75% of the persons eligible for coverage on a Non-Contributory basis are insured;
4) less than 15% of the persons eligible for coverage on a Contributory basis are insured; or
5) fewer than ten persons are insured.

In addition, The Company may terminate The Policy on any premium due date after The Policy has been in force for 36 months by providing 31 days written notice.

LGC 13000 08/06                                        5

**DEBTORS' EXHIBIT NO. 46**
**Page 6 of 9**

**Policy Provisions**

The Company reserves the right to terminate Dependent Life Insurance Benefits on any premium due date on which:
  1)    there are fewer than ten persons insured for Dependent Coverage; or
  2)    less than 15% of the persons eligible for Dependent Coverage on a Contributory basis are insured.
The Company shall give the Policyholder 31 days notice of its intent to terminate the Dependent Life Insurance Benefit.

**Cancellation:**
The Policy may be cancelled at any time by written notice mailed or delivered by The Company to the Policyholder, or by the Policyholder to Us.  If The Company cancels, The Company will mail or deliver the notice to the Policyholder at its last address shown in Our records.  If The Company cancels, it becomes effective on the later of:
  1)    the date stated in the notice; or
  2)    the 31st day after The Company mails or delivers the notice.

If the Policyholder cancels, it becomes effective on the later of:
  1)    the date The Company receives the notice; or
  2)    the date stated in the notice.

In either event:
  1)    The Company will promptly return to the Policyholder any unearned premium; or
  2)    the Policyholder will promptly pay any earned premium which has not been paid.
Any earned or unearned premium will be determined on a pro-rata basis.  Cancellation will be without prejudice to any claim which commenced prior to the effective date of the cancellation.

**Certificates:**
The Company will give individual certificates to:
  1)    the Policyholder; or
  2)    any other person according to a mutual agreement among the other person, the Policyholder, and Us;
for delivery to persons covered under The Policy and which will explain the important features of The Policy.

**Data to be Furnished:**
The Policyholder, or any other person designated by the Policyholder, will give The Company all information The Company needs regarding matters pertaining to the insurance.  At any reasonable time while The Policy is in force and for 12 months after that, The Company may inspect any of the Policyholder's documents, books or records which may affect the insurance or premiums of The Policy.

The Policyholder will, upon Our request, give Us:
  1)    the names of all persons initially eligible for coverage;
  2)    the names of all additional persons who become eligible for coverage;
  3)    the names of all persons whose amount of insurance is to be changed;
  4)    the names of all persons whose eligibility or insurance is terminated; and
  5)    any data necessary to administer the insurance provided by The Policy.

If the Policyholder gives The Company any incorrect information, the relevant facts will be determined to establish if insurance is in effect and in what amount.

No person will be deprived of insurance to which he or she is otherwise entitled or have insurance to which he or she is not entitled, because of any misstatement of fact by the Policyholder.  Any required adjustment may be made in premiums or benefits.

LGC 13000 08/06                                          6

**DEBTORS' EXHIBIT NO. 46**
**Page 7 of 9**

**Policy Provisions**

**Right to Audit:**
The Company reserves the right to audit, once every two years, the Policyholder's billing records and premium accounting practices.  If The Company discovers:
1)   an underpayment of premium by the Policyholder, the Policyholder will be obligated to remit, in a timely manner, the underpayment amount; or
2)   an overpayment of premium, The Company will return any overpayment amount in a timely manner;

for the previous two year period.

**Not in Lieu of Workers' Compensation:**
The Policy does not satisfy any requirement for Workers' Compensation insurance.

**Time Period:**
All periods begin and end at 12:01 A.M., standard time, at the Policyholder's address.

LGC 13000 08/06                                    7

**Incorporation Provision**

The Certificate(s) of Insurance listed below are attached to, incorporated in and made a part of, The Policy.

| Certificate of Insurance | Applicable to | Effective Date of Incorporation |
|---|---|---|
| LGC 13500/OH-CERT 08/06 | Class 1 | January 1, 2020 |
| LGC 13500/OH-CERT 08/06 | Class 2 | January 1, 2020 |
| LGC 13500/OH-CERT 08/06 | Class 3 | January 1, 2020 |
| LGC 13500/OH-CERT 08/06 | Class 4 | January 1, 2020 |
| LGC 13500/OH-CERT 08/06 | Class 5 | January 1, 2020 |
| LGC 13500/OH-CERT 08/06 | Class 6 | January 1, 2020 |
| LGC 13500/OH-CERT 08/06 | Class 7 | January 1, 2020 |
| LGC 13500/OH-CERT 08/06 | Class 8 | January 1, 2020 |
| LGC 13500/OH-CERT 08/06 | Class 9 | January 1, 2020 |
| LGC 13500/OH-CERT 08/06 | Class 10 | January 1, 2020 |
| LGC 13500/OH-CERT 08/06 | Class 11 | January 1, 2020 |
| LGC 13500/OH-CERT 08/06 | Class 12 | January 1, 2020 |
| LGC 13500/OH-CERT 08/06 | Class 13 | January 1, 2020 |
| LGC 13500/OH-CERT 08/06 | Class 14 | January 1, 2020 |

The provisions found in the certificate(s) will control the benefit plan, period of coverage, exclusions, claims and other general policy provisions pertaining to state insurance law requirements.

In all other respects, The Policy and certificate(s) remain the same.

LGC 13000 08/06                                     8