

## Utilization - Claims and Revenue Summary
FIRST BRANDS GROUP LLC - 30094081
May 2026
Contract Type: ASP
Division: Multiple

| Period | Number Covered | Gross Premium | Admin | Retention % | Net Premium | Claim $ | Gain/ Loss | PLR | Avg. Claim $ | # Claims Paid | Paid Freq | Revenue/ Member |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | 96 | $401.90 | $158.40 | 39.4% | $243.50 | $243.50 | $.00 | 100 | $121.75 | 2 | 21 | $1.65 |
| 2024 | 107 | $731.05 | $176.55 | 24.2% | $554.50 | $554.50 | $.00 | 100 | $110.90 | 5 | 47 | $1.65 |
| 2025 | 111 | $798.81 | $183.15 | 22.9% | $615.66 | $615.66 | $.00 | 100 | $123.13 | 5 | 45 | $1.65 |
| | | | | | | | | | | | | |
| JUN | 9 | $14.85 | $14.85 | 100.0% | $.00 | $.00 | $.00 | 0 | $.00 | 0 | 0 | $1.65 |
| JUL | 9 | $14.85 | $14.85 | 100.0% | $.00 | $.00 | $.00 | 0 | $.00 | 0 | 0 | $1.65 |
| AUG | 9 | $14.85 | $14.85 | 100.0% | $.00 | $.00 | $.00 | 0 | $.00 | 0 | 0 | $1.65 |
| SEP | 9 | $14.85 | $14.85 | 100.0% | $.00 | $.00 | $.00 | 0 | $.00 | 0 | 0 | $1.65 |
| OCT | 9 | $14.85 | $14.85 | 100.0% | $.00 | $.00 | $.00 | 0 | $.00 | 0 | 0 | $1.65 |
| NOV | 10 | $363.66 | $16.50 | 4.5% | $347.16 | $347.16 | $.00 | 100 | $115.72 | 3 | 300 | $1.65 |
| DEC | 11 | $18.15 | $18.15 | 100.0% | $.00 | $.00 | $.00 | 0 | $.00 | 0 | 0 | $1.65 |
| JAN | 11 | $18.15 | $18.15 | 100.0% | $.00 | $.00 | $.00 | 0 | $.00 | 0 | 0 | $1.65 |
| FEB | 11 | $18.15 | $18.15 | 100.0% | $.00 | $.00 | $.00 | 0 | $.00 | 0 | 0 | $1.65 |
| MAR | 12 | $232.30 | $19.80 | 8.5% | $212.50 | $212.50 | $.00 | 100 | $106.25 | 2 | 167 | $1.65 |
| APR | 12 | $200.30 | $19.80 | 9.9% | $180.50 | $180.50 | $.00 | 100 | $180.50 | 1 | 83 | $1.65 |
| MAY | 2 | $.00 | $.00 | .0% | $.00 | $.00 | $.00 | 0 | $.00 | 0 | 0 | $.00 |
| | | | | | | | | | | | | |
| LTM | 114 | $924.96 | $184.80 | 20.0% | $740.16 | $740.16 | $.00 | 100 | $123.36 | 6 | 53 | $1.62 |
| YTD | 48 | $468.90 | $75.90 | 16.2% | $393.00 | $393.00 | $.00 | 100 | $131.00 | 3 | 63 | $1.58 |
| CC | 362 | $2,400.66 | $594.00 | 24.7% | $1,806.66 | $1,806.66 | $.00 | 100 | $120.44 | 15 | 41 | $1.64 |

VSP CONFIDENTIAL - Report generated on: 06/26/2026 at 06.56.56

The information contained in this report is confidential and is not intended for distribution outside the VSP client and/or broker partnership.

Information Source: infosrce/UTIL0010 Page:   1