

Utilization - Claims and Revenue Summary
FIRST BRANDS GROUP LLC - 30094081
May 2026
Contract Type: ASP
Division: Multiple

| Period | Number Covered | Gross Premium | Admin | Retention % | Net Premium | Claim $ | Gain/ Loss | PLR | Avg. Claim $ | # Claims Paid | Paid Freq | Revenue/ Member |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | 12 | $19.80 | $19.80 | 100.0% | $.00 | $.00 | $.00 | 0 | $.00 | 0 | 0 | $1.65 |
| 2024 | 12 | $19.80 | $19.80 | 100.0% | $.00 | $.00 | $.00 | 0 | $.00 | 0 | 0 | $1.65 |
| 2025 | 12 | $75.80 | $19.80 | 26.1% | $56.00 | $56.00 | $.00 | 100 | $56.00 | 1 | 83 | $1.65 |
| | | | | | | | | | | | | |
| JUN | 1 | $1.65 | $1.65 | 100.0% | $.00 | $.00 | $.00 | 0 | $.00 | 0 | 0 | $1.65 |
| JUL | 1 | $1.65 | $1.65 | 100.0% | $.00 | $.00 | $.00 | 0 | $.00 | 0 | 0 | $1.65 |
| AUG | 1 | $1.65 | $1.65 | 100.0% | $.00 | $.00 | $.00 | 0 | $.00 | 0 | 0 | $1.65 |
| SEP | 1 | $57.65 | $1.65 | 2.9% | $56.00 | $56.00 | $.00 | 100 | $56.00 | 1 | 1000 | $1.65 |
| OCT | 1 | $1.65 | $1.65 | 100.0% | $.00 | $.00 | $.00 | 0 | $.00 | 0 | 0 | $1.65 |
| NOV | 1 | $1.65 | $1.65 | 100.0% | $.00 | $.00 | $.00 | 0 | $.00 | 0 | 0 | $1.65 |
| DEC | 1 | $1.65 | $1.65 | 100.0% | $.00 | $.00 | $.00 | 0 | $.00 | 0 | 0 | $1.65 |
| JAN | 1 | $1.65 | $1.65 | 100.0% | $.00 | $.00 | $.00 | 0 | $.00 | 0 | 0 | $1.65 |
| FEB | 1 | $1.65 | $1.65 | 100.0% | $.00 | $.00 | $.00 | 0 | $.00 | 0 | 0 | $1.65 |
| MAR | 1 | $1.65 | $1.65 | 100.0% | $.00 | $.00 | $.00 | 0 | $.00 | 0 | 0 | $1.65 |
| APR | 1 | $1.65 | $1.65 | 100.0% | $.00 | $.00 | $.00 | 0 | $.00 | 0 | 0 | $1.65 |
| | | | | | | | | | | | | |
| LTM | 11 | $74.15 | $18.15 | 24.5% | $56.00 | $56.00 | $.00 | 100 | $56.00 | 1 | 91 | $1.65 |
| YTD | 4 | $6.60 | $6.60 | 100.0% | $.00 | $.00 | $.00 | 0 | $.00 | 0 | 0 | $1.65 |
| CC | 40 | $122.00 | $66.00 | 54.1% | $56.00 | $56.00 | $.00 | 100 | $56.00 | 1 | 25 | $1.65 |

VSP CONFIDENTIAL - Report generated on: 06/26/2026 at 07.00.40

The information contained in this report is confidential and is not intended for distribution outside the VSP client and/or broker partnership.

Information Source: infosrce/UTIL0010 Page:    1

**DEBTORS' EXHIBIT NO. 52**