

## Utilization - Claims and Revenue Summary
### FIRST BRANDS GROUP LLC - 30094081
May 2026
Contract Type: ASP
Division: Multiple

| Period | Number Covered | Gross Premium | Admin | Retention % | Net Premium | Claim $ | Gain/ Loss | PLR | Avg. Claim $ | # Claims Paid | Paid Freq | Revenue/ Member |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | 240 | $2,345.63 | $396.00 | 16.9% | $1,949.63 | $1,949.63 | $.00 | 100 | $97.48 | 20 | 83 | $1.65 |
| 2024 | 240 | $2,618.69 | $396.00 | 15.1% | $2,222.69 | $2,222.69 | $.00 | 100 | $88.91 | 25 | 104 | $1.65 |
| 2025 | 239 | $2,669.13 | $394.35 | 14.8% | $2,274.78 | $2,274.78 | $.00 | 100 | $126.38 | 18 | 75 | $1.65 |
| | | | | | | | | | | | | |
| JUN | 20 | $33.00 | $33.00 | 100.0% | $.00 | $.00 | $.00 | 0 | $.00 | 0 | 0 | $1.65 |
| JUL | 20 | $322.34 | $33.00 | 10.2% | $289.34 | $289.34 | $.00 | 100 | $144.67 | 2 | 100 | $1.65 |
| AUG | 20 | $528.25 | $33.00 | 6.2% | $495.25 | $495.25 | $.00 | 100 | $165.08 | 3 | 150 | $1.65 |
| SEP | 20 | $310.76 | $33.00 | 10.6% | $277.76 | $277.76 | $.00 | 100 | $92.59 | 3 | 150 | $1.65 |
| OCT | 20 | $177.98 | $33.00 | 18.5% | $144.98 | $144.98 | $.00 | 100 | $144.98 | 1 | 50 | $1.65 |
| NOV | 20 | $159.25 | $33.00 | 20.7% | $126.25 | $126.25 | $.00 | 100 | $126.25 | 1 | 50 | $1.65 |
| DEC | 19 | $287.10 | $31.35 | 10.9% | $255.75 | $255.75 | $.00 | 100 | $255.75 | 1 | 53 | $1.65 |
| JAN | 19 | $31.35 | $31.35 | 100.0% | $.00 | $.00 | $.00 | 0 | $.00 | 0 | 0 | $1.65 |
| FEB | 19 | $497.08 | $31.35 | 6.3% | $465.73 | $465.73 | $.00 | 100 | $93.15 | 5 | 263 | $1.65 |
| MAR | 19 | $31.35 | $31.35 | 100.0% | $.00 | $.00 | $.00 | 0 | $.00 | 0 | 0 | $1.65 |
| APR | 19 | $421.31 | $31.35 | 7.4% | $389.96 | $389.96 | $.00 | 100 | $97.49 | 4 | 211 | $1.65 |
| MAY | 0 | $343.50 | $.00 | .0% | $343.50 | $343.50 | $.00 | 100 | $171.75 | 2 | 0 | $.00 |
| | | | | | | | | | | | | |
| LTM | 215 | $3,143.27 | $354.75 | 11.3% | $2,788.52 | $2,788.52 | $.00 | 100 | $126.75 | 22 | 102 | $1.65 |
| YTD | 76 | $1,324.59 | $125.40 | 9.5% | $1,199.19 | $1,199.19 | $.00 | 100 | $109.02 | 11 | 145 | $1.65 |
| CC | 795 | $8,958.04 | $1,311.75 | 14.6% | $7,646.29 | $7,646.29 | $.00 | 100 | $103.33 | 74 | 93 | $1.65 |

VSP CONFIDENTIAL - Report generated on: 06/26/2026 at 07.01.44

The information contained in this report is confidential and is not intended for distribution outside the VSP client and/or broker partnership.

Information Source: infosrce/UTIL0010 Page:    1

**DEBTORS' EXHIBIT NO. 53**
**Page 1 of 1**