**Q50 – First Brands Group**
**100Q500014 – Carter Fuel Retiree Plan**
**Non-Grandfathered Plan**

**Benefit Sheet**

| INTERNAL – PLAN INFORMATION | |
|---|---|

| | |
|---|---|
| **Group Effective Date**: 1/1/2026 | **Global Analyst Notes:** |

| | | | |
|---|---|---|---|
| **Run-In:** | Yes | **Run-In Effective Date:** | 1/1/2025 |
| **ERISA:** | Yes | | |
| **Plan Name:** Carter Fuel Retiree Plan | | | |
| **Plan Number:** 100Q500014 | | | |
| **Plan Effective Date:**  1/1/2026 | | | |

| PPO Networks and Special Arrangement | |
|---|---|

| | | |
|---|---|---|
| **Primary Network:** | Anthem JAA | **Physician/Ancillary Network:** |
| **Wrap Network:** | N/A | Out-of-area radius is defined as the area outside of a -mile radius of a Provider. |
| The following services performed by Non-Network Providers will be paid for at the Network Level:<br>  • Medical Emergency requiring immediate care<br>  • Services Performed by Non-Network Providers in Network Facilities will be Paid at the Network Level of Benefits. Ancillary Services Include: Anesthesiology, Assistant Surgeon, Emergency Medicine, Hospitalist, Intensivists, Neonatology, Pathology, Radiology | | |

| Medical Vendors | |
|---|---|

| | |
|---|---|
| **PBM:** Liviniti | **UR Vendor:** MedCom |
| **Dental Vendor:**  Delta Dental | **Ancillary Vendor:** |
| **Vison Vendor:** Vision Service Plan | **Ancillary Vendor:** |

| EXTERNAL - PLAN INFORMATION | |
|---|---|

| General Plan Information | Internal - Analyst Notes |
|---|---|

| | | |
|---|---|---|
| **Coordination of Benefits** | Standard | |
| **Dependent Eligibility Date** | Children Birth to 26 | |
| **Dependent Termination Date** | End of month in which the child turns 26 | |
| **Filing Limit** | No later than 365 days after the date the expense is incurred | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 55**
**Page 1 of 19**

**Q50 – First Brands Group**
**100Q500014 – Carter Fuel Retiree Plan**
**Non-Grandfathered Plan**

| | | | |
|---|---|---|---|
| **Pre-Existing** | Does Not Apply | | |
| **Utilization Review/Precertification:**<br>Must Pre-Certify Services Listed As Soon As Possible<br>Pre-Admission Certification required at least  day(s) prior to scheduled admission<br>Emergency Admission within 72 hours or 1 business day(s) following admission<br>Penalty: N/A<br><br>List the Services that Require Precertification:<br>- All Inpatient services.<br>- Intensive Outpatient programs.<br>- Organ and tissue transplants, peripheral stem cell replacement and similar procedures.<br>- Non-Emergency Ambulance.<br>- Partial Hospitalizations.<br>- Skilled Nursing Facility stays.<br>- Certain Outpatient procedures and treatment, including but not limited to the following:<br>Certain Advanced imaging procedures; Chemotherapy; Durable Medical Equipment; Genetic testing; Home health services; Home infusion services; Injectable medication; Parenteral nutrition; Prosthetics; Radiation therapy; Sleep studies; and Wound care. | | | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 55**
**Page 2 of 19**

**Q50 – First Brands Group**
**100Q500014 – Carter Fuel Retiree Plan**
**Non-Grandfathered Plan**

| Benefit Description | In Network | Out of network | Analyst Notes |
|---|---|---|---|
| **Annual Maximum Benefit:** | No Maximum | | |
| **Benefit Period: Calendar Year** | **Plan Year Start (Month/Day Or N/A):** N/A **Plan Year End (Month/Day Or N/A):** N/A | | |
| **Deductible: The Deductible Applies to All Covered Services Unless Specifically Noted in the Schedule** Network and Out-of-Network Deductible amounts accumulate separately N/A Embedded Deductible | | | |
| **Individual Only Coverage** | | | |
| Individual Deductible | $500 | $1000 | |
| **Individual Within a Family Coverage (Only if Embedded)** | | | |
| Individual Deductible | $500 | $1000 | |
| Family Deductible | $1500 | $3000 | |
| | | | |
| **Maximum Out-of-Pocket Expenses:** Network and Out-of-Network Out-of-pocket expenses accumulate separately N/A Embedded Out-of-Pocket Expenses | | | |
| **Individual Only Coverage** | | | |
| Individual OOP | $2500 | $5000 | |
| **Individual Within a Family Coverage (Only if Embedded)** | | | |
| Individual OOP | $2500 | $5000 | |
| Family OOP | $5500 | $11,000 | |
| Note: The Following Charges Do Not Apply Toward the Out of Pocket Expense Stoploss Amount and are Never Paid at 100%: Balance-Billing, Not-covered Charges, Utilization Management penalties | | | |
| **Office Visit Copayment Application:** | | | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 55**
**Page 3 of 19**

**Q50 – First Brands Group**
**100Q500014 – Carter Fuel Retiree Plan**
**Non-Grandfathered Plan**

| Benefit Description | In Network | Out of network | Analyst Notes |
|---|---|---|---|
| **Accident Benefit**<br>Refer to applicable service for benefits. | | | |
| **Acupuncture** | Not Covered | Not Covered | |
| **Alternative Medicine (Incl. Homeopath, Hypnotherapy and Naturopath)** | Not Covered | Not Covered | |
| **Ambulance (Air)**<br>OON Benefits/OON: Paid at OON Benefit Level | 80%, After Deductible | 80%, After Deductible | |
| **Ambulance (Ground)**<br>OON Benefits/OON: Paid at OON Benefit Level | 80%, After Deductible | 80%, After Deductible | |
| **Autism Spectrum Disorders - ABA Therapy**<br>Office | $35 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Autism Spectrum Disorders - ABA Therapy Outpatient Hospital** | 80%, After Deductible | 60%, After Deductible | |
| **Autism Spectrum Disorders - Habilitative**<br>Office | $35 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Autism Spectrum Disorders - Office Visit** | $35 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Autism Spectrum Disorders - Outpatient Hospital** | 80%, After Deductible | 60%, After Deductible | |
| **Autism Spectrum Disorders – Habilitative Outpatient Hospital** | 80%, After Deductible | 60%, After Deductible | |
| **Bariatric Surgery - Inpatient Facility** | Not Covered | Not Covered | |
| **Bariatric Surgery - Outpatient Hospital/Ambulatory Surgical Center** | Not Covered | Not Covered | |
| **Bariatric Surgery - Professional Services (Surgeon, Assist Surgeon, Anesthesia)** | Not Covered | Not Covered | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 55**
**Page 4 of 19**

**Q50 – First Brands Group**
**100Q500014 – Carter Fuel Retiree Plan**
**Non-Grandfathered Plan**

| Benefit Description | In Network | Out of network | Analyst Notes |
|---|---|---|---|
| **Bariatric Surgery - Travel Expenses** | Not Covered | Not Covered | |
| **Behavioral/Mental Health and Substance Abuse - Inpatient Facility** incl. Acute Care and Residential Treatment | 80%, After Deductible | 60%, After Deductible | |
| **Behavioral/Mental Health and Substance Abuse - Office/On-line Counseling** | $35 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Behavioral/Mental Health and Substance Abuse - Outpatient Facility** includes Intensive OP therapy, ECT, partial hospitalization. | 80%, After Deductible | 60%, After Deductible | |
| **Bereavement Counseling** | 80%, After Deductible | 60%, After Deductible | |
| **Biofeedback** | Not Covered | Not Covered | |
| **Chemotherapy and Radiation Therapy - Office** PCP | $35.00 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Chemotherapy and Radiation Therapy - Outpatient** | 80%, After Deductible | 60%, After Deductible | |
| **Chemotherapy and Radiation Therapy - Specialist** | $50.00 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Chiropractic Treatment - Manipulation/Modalities** Max 12 Per Calendar Year | $40 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Chiropractic Treatment - Office Visit** Max 12 Per Calendar Year | $40 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Chiropractic Treatment - X-Rays** | 80%, After Deductible | 60%, After Deductible | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 55**
**Page 5 of 19**

**Q50 – First Brands Group**
**100Q500014 – Carter Fuel Retiree Plan**
**Non-Grandfathered Plan**

| Benefit Description | In Network | Out of network | Analyst Notes |
|---|---|---|---|
| **Clinical Trials (As Defined by This Plan)** Includes coverage for routine patient costs associated with participation in approved Clinical Trials only.  If one or more PPO providers are participating in a Clinical Trial, the Plan may require that the qualified individual participate in the Clinical Trial with the PPO provider. The Plan will cover Non-PPO providers outside the state in which the qualified individual resides only if there is not a PPO provider conducting the same trial in state. | 80%, After Deductible | 60%, After Deductible | |
| **Dental Services Paid Under Medical - Impacted Teeth Extraction** Removal of bony impacted wisdom teeth is covered. | 80%, After Deductible | 60%, After Deductible | |
| **Dental Services Paid Under Medical - Oral Surgery** Oral surgery in relation to the bone, including tumors, cysts and growths not related to the teeth, and extraction of soft tissue impacted teeth by a Physician or Dentist. | 80%, After Deductible | 60%, After Deductible | |
| **Diabetes Services - Education/Training** | 80%, After Deductible | 60%, After Deductible | |
| **Diabetes Services - Equipment** external insulin pumps, continuous glucose monitors, and related supplies | 80%, After Deductible | 60%, After Deductible | |
| **Diabetes Services - Supplies** lancets, test strips, non-continuous glucose monitors, insulin syringes, insulin | 80%, After Deductible | 60%, After Deductible | |
| **Diagnostic Testing Advanced Imaging - Office** Includes MRI, Cat, Pet, Nuclear Medicine, etc | 80%, After Deductible | 60%, After Deductible | |
| **Diagnostic Testing Advanced Imaging - Outpatient Hospital** | 80%, After Deductible | 60%, After Deductible | |
| **Diagnostic Testing Advanced Imaging - Stand-Alone Facility** | 80%, After Deductible | 60%, After Deductible | |
| **Diagnostic Testing Advanced Imaging - Vendor** | N/A | N/A | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 55**
**Page 6 of 19**

## Q50 – First Brands Group
## 100Q500014 – Carter Fuel Retiree Plan
## Non-Grandfathered Plan

| Benefit Description | In Network | Out of network | Analyst Notes |
|---|---|---|---|
| **Diagnostic Testing Lab and Radiology - Outpatient Hospital** | 80%, After Deductible | 60%, After Deductible | |
| **Diagnostic Testing Lab and Radiology - Stand Alone Facility** | 80%, After Deductible | 60%, After Deductible | |
| **Diagnostic Testing Professional Fees - Outpatient** | 80%, After Deductible | 60%, After Deductible | |
| **Dialysis - Office**<br>Personify Health Dialysis program. | $50 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Dialysis - Outpatient**<br>Personify Health Dialysis program. | 80%, After Deductible | 60%, After Deductible | |
| **Durable Medical Equipment and Supplies** | 80%, After Deductible | 60%, After Deductible | |
| **Emergency Room Physician** | 80%, Deductible Waived | 80%, Deductible Waived | |
| **Emergency Services in an Emergency Room**<br>Copay Waived if Admitted Directly to Hospital from Emergency Room.<br><br>*Benefits for Covered Emergency Services will be Paid at the Network Benefit Level. For Independent Freestanding Emergency Departments that Bill as an Urgent Care Facility, Refer to the "Urgent Care Facility" Benefit. | $250 Copay, 80%, Deductible Waived | $250 Copay, 80%, Deductible Waived | |
| **Extended Care/Skilled Nursing Facility**<br>Max 90 Per Calendar Year | 80%, After Deductible | 60%, After Deductible | |
| **Hearing Aids and Fitting Exam** | Not Covered | Not Covered | |
| **Hearing Screening - Routine Adult** | 80%, After Deductible | 60%, After Deductible | |
| **Hearing Screening - Subject to PPACA Requirements** | 100%, Deductible Waived | 60%, After Deductible | |
| **Home Health Care**<br>Max 100 Per Calendar Year | 80%, After Deductible | 60%, After Deductible | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 55**
**Page 7 of 19**

## Q50 – First Brands Group
### 100Q500014 – Carter Fuel Retiree Plan
### Non-Grandfathered Plan

| Benefit Description | In Network | Out of network | Analyst Notes |
|---|---|---|---|
| **Hospice Care** <br> Includes Home, Inpatient, Outpatient and Respite Care | 100%, Deductible Waived | 60%, After Deductible | |
| **Hospital Facility - Inpatient** | 80%, After Deductible | 60%, After Deductible | |
| **Hospital Facility - Outpatient/Ambulatory Surgery Center** | 80%, After Deductible | 60%, After Deductible | |
| **Infertility/Sterility - Assisted Fertilization Services** <br> Artificial Insemination, IVG, ZIFT, GIFT | Not Covered | Not Covered | |
| **Infertility/Sterility - Services to Diagnose** <br> Covered up to diagnosis only. | 80%, After Deductible | 60%, After Deductible | |
| **Infertility/Sterility - Treatment** | Not Covered | Not Covered | |
| **Massage Therapy** | Not Covered | Not Covered | |
| **Maternity - Breast Pump** <br> Retail purchase of Breast Pump covered 100% up to $250 and limited to 1 per pregnancy. | 100%, Deductible Waived | 60%, After Deductible | |
| **Maternity - Labor/Delivery (Professional fee)** | 80%, After Deductible | 60%, After Deductible | |
| **Maternity - Newborn Care (Routine Inpatient)** <br> Newborn paid under the Mother/Parent. | 80%, After Deductible | 60%, After Deductible | |
| **Maternity - Other Eligible Charges** | 80%, After Deductible | 60%, After Deductible | |
| **Maternity - Prenatal Care as required by Federal Law** | 100%, Deductible Waived | 60%, After Deductible | |
| **Maternity for Dependent Daughters** <br> Refer to Applicable Service for Benefit | | | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 55**
**Page 8 of 19**

**Q50 – First Brands Group**
**100Q500014 – Carter Fuel Retiree Plan**
**Non-Grandfathered Plan**

| Benefit Description | In Network | Out of network | Analyst Notes |
|---|---|---|---|
| **Nutritional Counseling**<br>Must be related to hypertension, Type 2 Diabetes, and other chronic diseases.<br>Excludes Obesity.<br>Max 5 Per Calendar Year | 80%, After Deductible | 60%, After Deductible | |
| **Obesity**<br>Only with comorbidities. | 80%, After Deductible | 60%, After Deductible | |
| **Organ Transplants - Donor**<br>Includes Facility and Professional | 100%, Deductible Waived | 60%, After Deductible | |
| **Organ Transplants - Donor Search Fees** | 100%, Deductible Waived | 60%, After Deductible | |
| **Organ Transplants - Organ Transplant Travel & Accommodation**<br>Subject to IRS guidelines.<br>Max $5,000.00 Per Cause / Occurrence | 100%, Deductible Waived | 60%, Deductible Waived | |
| **Organ Transplants - Recipient**<br>Includes Facility and Professional | 100%, Deductible Waived | 60%, After Deductible | |
| **Orthotics**<br>Prefab/OTC Orthotics are Not Covered | 80%, After Deductible | 60%, After Deductible | |
| **Physician Services Hospital - Inpatient Surgeon**<br>Includes Assistant Surgeon & Anesthesiologist | 80%, After Deductible | 60%, After Deductible | |
| **Physician Services Hospital - Inpatient Visits** | 80%, After Deductible | 60%, After Deductible | |
| **Physician Services Hospital - Outpatient Surgeon**<br>Includes Assistant Surgeon and Anesthesiologist | 80%, After Deductible | 60%, After Deductible | |
| **Physician Services Hospital - Outpatient Visits** | 80%, After Deductible | 60%, After Deductible | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 55**
**Page 9 of 19**

**Q50 – First Brands Group**
**100Q500014 – Carter Fuel Retiree Plan**
**Non-Grandfathered Plan**

| Benefit Description | In Network | Out of network | Analyst Notes |
|---|---|---|---|
| **Physician Services Office - Allergy Injections/Serum** <br> Copay applies in addition to Office Visit copay. <br> Serum: In-network – 80%, After deductible | $5 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Physician Services Office - Allergy Testing** | 80%, After deductible, Then $ Copay | 60%, After Deductible | |
| **Physician Services Office - Injections/Infusions/Supplies** | 80%, After Deductible | 60%, After Deductible | |
| **Physician Services Office - Laboratory and Radiology** | 80%, After Deductible | 60%, After Deductible | |
| **Physician Services Office - PCP/Other Visit** | $35 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Physician Services Office - Specialist Visit** | $50 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Physician Services Office - Surgery** | 80%, After Deductible | 60%, After Deductible | |
| **Physician Services Telemedicine** <br> PCP <br> Includes Medical and Behavioral Health. | $35 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Physician Services Telemedicine - Specialist** <br> Includes Medical only | $50 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Podiatry - Orthotics (Custom Molded)** <br> Covered when related to treatment of Diabetes or Peripheral Vascular Disease. | 80%, After Deductible | 60%, After Deductible | |
| **Podiatry - Orthotics (Pre-fabricated/OTC)** | Not Covered | Not Covered | |
| **Podiatry - Routine Foot Care** <br> Covered when related to treatment of Diabetes | 80%, After Deductible | 60%, After Deductible | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 55**
**Page 10 of 19**

**Q50 – First Brands Group**
**100Q500014 – Carter Fuel Retiree Plan**
**Non-Grandfathered Plan**

| Benefit Description | In Network | Out of network | Analyst Notes |
|---|---|---|---|
| **Preventive Care Benefit**<br>Services are Covered as Required by the ACA.  Such Services Include Evidence-Based Items or Services Rated A or B in the United States Preventive Services Task Force (USPSTF) Recommendations, The Comprehensive Guidelines for Infants, Children, Adolescents, and Women Supported by The Health Resources and Services Administration (HRSA), And Immunization Practices Adopted by The Centers for Disease Control (CDC).<br><br>All Services are Limited to no More Than Once Annually or as Recommended by the USPSTF, HRSA, or CDC.<br><br>Any Service or Supply Required by the ACA to be Covered as Preventive Care is Payable at the Benefit Level Shown for Preventive Care, even if the Service/Supply Is Listed at a Different Benefit Level Elsewhere in the Schedule of Benefits.<br><br>Refer to USPSTF Websites for Services Required to be Covered Per the ACA. | 100%, Deductible Waived | 60%, After Deductible | |
| **Private Duty Nursing**<br>Inpatient Not Covered | 80%, After Deductible | 60%, After Deductible | |
| **Prosthetics**<br>Mastectomy Bras - Limited to 1 per mastectomy surgery | 80%, After Deductible | 60%, After Deductible | |
| **Rehabilitation Services Office - Cardiac Rehabilitation**<br>Limited to Phase I & II<br><br>Max 36 Per Calendar Year | $50 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Rehabilitation Services Office - Physical, Occupational and Speech**<br>Physical and Occupational therapies are limited to 20 visits, each, per calendar year. Additional visits may be covered if medically necessary. | $50 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Rehabilitation Services Office - Pulmonary/Respiratory Therapy** | $50 Copay, 100%, Deductible Waived | 60%, After Deductible | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 55**
**Page 11 of 19**

**Q50 – First Brands Group**
**100Q500014 – Carter Fuel Retiree Plan**
**Non-Grandfathered Plan**

| Benefit Description | In Network | Out of network | Analyst Notes |
|---|---|---|---|
| **Rehabilitation Services Office - Vision/Orthoptic Therapy** | 80%, After deductible, Then $ Copay | 60%, After Deductible | |
| **Rehabilitation Services Outpatient - Cardiac Rehabilitation** <br> Limited to Phase I & II <br><br> Max 36 Per Calendar Year | 80%, After Deductible | 60%, After Deductible | |
| **Rehabilitation Services Outpatient - Physical, Occupational and Speech** <br> Physical and Occupational therapies are limited to 20 visits, each, per calendar year. Additional visits may be covered if medically necessary. | 80%, After Deductible | 60%, After Deductible | |
| **Rehabilitation Services Outpatient - Pulmonary/Respiratory Therapy** | 80%, After Deductible | 60%, After Deductible | |
| **Rehabilitation Services Outpatient - Vision/Orthoptic Therapy** | 80%, After Deductible | 60%, After Deductible | |
| **Sleep Disorders** | Refer to Applicable Service for Benefit | Refer to Applicable Service for Benefit | |
| **Sterilization - Female Sterilization as required by Federal Law** | 100%, Deductible Waived | 60%, After Deductible | |
| **Sterilization - Vasectomy** | 80%, After Deductible | 60%, After Deductible | |
| **Telehealth / Telemedicine - Vendor** <br> Live Health Online not covered. Teladoc only (Medical & Behavioral Health). | 100%, Deductible Waived | Not Covered | |
| **Temporomandibular Joint Syndrome** <br> Maximum: Only Non-Dental treatment is covered | Refer to Applicable Service for Benefit | Refer to Applicable Service for Benefit | |
| **Urgent Care Facility** <br> Includes All Covered Charges Billed by Facility | $50 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Vision Screening** <br> Subject to PPACA Requirements | 100%, Deductible Waived | 60%, After Deductible | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 55**
**Page 12 of 19**

**Q50 – First Brands Group**
**100Q500014 – Carter Fuel Retiree Plan**
**Non-Grandfathered Plan**

| Benefit Description | In Network | Out of network | Analyst Notes |
|---|---|---|---|
| **Walk-In/Retail Clinic** | $35 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Wig After Chemotherapy** <br> Occurrence limit following chemotherapy/radiation treatment, for burns, or following diagnosis of alopecia. <br><br><br> Max 1 Per Cause / Occurrence | 80%, After Deductible | 60%, After Deductible | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 55**
**Page 13 of 19**

## Q50 – First Brands Group
### 100Q500014 – Carter Fuel Retiree Plan
### Non-Grandfathered Plan

| Prescription Drug Deductible (Deductible Must be Satisfied Before Benefits Will be Paid.) | | | Combined With Medical Plan Deductible? N/A |
|---|---|---|---|
| Per Participant | N/A | | |
| Per Family | N/A | | |
| **Prescription Drug Out of Pocket** | | | Combined With Medical Plan Out of Pocket? N/A |
| Per Participant | N/A | | |
| Per Family | N/A | | |
| **Prescription Drug Card Options** | **Copayment** | **Benefit Percentage** | |
| **Retail Pharmacy Option (30 Day Supply)** | | | Subject to the Out-of-Pocket Maximum |
| Prescribed Preventive Medications and Contraceptives as Required by Federal Law.  Subject to Existing Brand Costs if a Generic Both Exists and is Allowed by the Physician. | | 100% | |
| Generic Drug | Greater of $10 Copay or 20% Up to $25 | | |
| Preferred Brand Name Drug | Greater of $30 Copay or 25% Up to $50 | | |
| Non-Preferred Brand Name Drug | Greater of $45 Copay or 35% Up to $90 | | |
| Specialty Drugs (High Dollar or Injectable Drugs) | $150 Copay | | |
| **Mail Order Option (90 Day Supply)** | **Copayment** | **Benefit Percentage** | Subject to the Out-of-Pocket Maximum |
| Prescribed Preventive Medications and Contraceptives as Required by Federal Law.  Subject to Existing Brand Costs if a Generic Both Exists and is Allowed by the Physician. | | 100% | |
| Generic Drug | Greater of $30 Copay or 20% Up to $75 | | |
| Preferred Brand Name Drug | Greater of $90 Copay or 25% Up to $150 | | |
| Non-Preferred Brand Name Drug | Greater of $135 Copay or 35% Up to $270 | | |
| Specialty Drugs (High Dollar or Injectable Drugs) | Not covered | Not covered | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 55**
**Page 14 of 19**

## Q50 – First Brands Group
## 100Q500014 – Carter Fuel Retiree Plan
## Non-Grandfathered Plan

| Non-Participating Pharmacy (N/A Day Supply) | Copayment | Benefit Percentage | Subject to the Out-of-Pocket Maximum |
|---|---|---|---|
| Prescribed Preventive Medications and Contraceptives as Required by Federal Law.  Subject to Existing Brand Costs if a Generic Both Exists and is Allowed by the Physician. | | 100% | |
| Generic Drug | Not covered | Not covered | |
| Preferred Brand Name Drug | Not covered | Not covered | |
| Non-Preferred Brand Name Drug | Not covered | Not covered | |
| Specialty Drugs (High Dollar or Injectable Drugs) | Not covered | Not covered | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 55**
**Page 15 of 19**

**Q50 – First Brands Group**
**100Q500014 – Carter Fuel Retiree Plan**
**Non-Grandfathered Plan**

| Additional Benefits/Exclusions | | | |
|---|---|---|---|
| **Benefit Description** | | | **Analyst Notes** |
| **Abortion (Elective)** | Covered | For or related to an abortion, except where the life of the mother is endangered by the continued Pregnancy or for medical complications that arise from an abortion or if the Pregnancy is the result of rape or incest.. | |
| **Abortion (Elective) - Dependent Daughters** | Not Covered | For or related to an abortion, except where the life of the mother is endangered by the continued Pregnancy or for medical complications that arise from an abortion or if the Pregnancy is the result of rape or incest. | |
| **Abortion Travel** | Not Covered | | |
| **ADD/ADHD** | Covered | | |
| **Behavioral Disorders** | Covered | | |
| **Birthing Classes** | Covered | FBG confirmed, but requested benefit be silent in SPD | |
| **Bone-anchored hearing aids** | Covered | | |
| **CAR-T/Gene Therapy** | Covered | | |
| **Circumcision - Newborn** | Covered | | |
| **Cochlear devices** | Covered | Including Aural Therapy | |
| **Cosmetic Surgery** | Not Covered | | |
| **Custodial care** | Not Covered | | |
| **Developmental Disorders** | Covered | Including Autism. | |
| **Dietary Formulas** | Covered | Including enteral (tube) and parenteral (IV) nutrition, and protein formulas for treatment of phenylketonuria (PKU). | |
| **Dietary Supplements** | Not Covered | | |
| **Doula Services** | Not Covered | | |
| **Family Counseling** | Not Covered | Without supporting Mental Health diagnosis. | |
| **Foreign Travel** | Not Covered | Except for Emergency care related to an accident or illness. | |
| **Gender Dysphoria** | Covered | FBG confirmed covered, but requested benefit be silent in SPD. | |
| **Gender Reassignment Surgery** | Covered | FBG confirmed covered, but requested benefit be silent in SPD. | |
| **Gender Reassignment Travel** | Covered | FBG confirmed covered, but requested benefit be silent in SPD. | |
| **Genetic Counseling** | Covered | | |
| **Genetic Testing** | Covered | To determine the need for fetal therapy or when a medically necessary intervention for the mother and when Medically Necessary for other conditions.  General population-based genetic screenings performed in the absence of any symptoms or any significant, proven risk factors for genetically linked inheritable disease are not covered. | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 55**
**Page 16 of 19**

**Q50 – First Brands Group**
**100Q500014 – Carter Fuel Retiree Plan**
**Non-Grandfathered Plan**

| Additional Benefits/Exclusions | | | |
|---|---|---|---|
| **Benefit Description** | | | **Analyst Notes** |
| **Glasses and contacts following cataract surgery** | Covered | | |
| **Habilitative care** | Covered | | |
| **Hair loss** | Not Covered | Refer to Wigs/Hairpieces. | |
| **Home births** | Covered | FBG confirmed, benefit covered but requests be silent in SPD. | |
| **Intellectual disabilities** | Covered | | |
| **Learning Disorders** | Covered | | |
| **Long term/convalescent Care** | Not Covered | | |
| **Marriage counseling** | Not Covered | Without supporting Mental Health diagnosis. | |
| **Midwives** | Covered | | |
| **Morbid obesity** | Not Covered | Without comorbidities | |
| **Orthognathic surgery** | Covered | When medically necessary. | |
| **PHE, CPT Code 99072** | Covered | For supplies, equipment and staff time during a public health emergency. | |
| **Refractive eye surgery** | Not Covered | (e. g. Lasik) | |
| **Sexual dysfunctions/disorders** | Not Covered | For any services or supplies for the treatment of male or female sexual dysfunction such as, but not limited to, treatment of erectile dysfunction (including penile implants), anorgasmy, and premature ejaculation. | |
| **Specialty drugs under Medical** | Covered | | |
| **Speech devices** | Covered | Limited to artificial larynx or electronic speech aid post-laryngectomy or for a Member with permanently inoperative larynx condition.  Computers, personal digital assistants and any speech-generating devices are not covered. | |
| **Sterilization reversal** | Not Covered | | |
| **Surrogacy services** | Not Covered | | |
| **Travel vaccines** | Not Covered | (e. g. vaccines include cholera, Japanese encephalitis, yellow fever, and typhoid) | |
| **Vision Exams** | Not Covered | Includes routine refractive exams. | |
| **Vision Hardware** | Not Covered | Includes lenses, frames, and contacts. | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 55**
**Page 17 of 19**

**Q50 – First Brands Group**
**100Q500014 – Carter Fuel Retiree Plan**
**Non-Grandfathered Plan**

By signing below, you, the Plan Sponsor, acknowledge your confirmation of the contents and accuracy of the details for the benefit plan named at the top of the page. Additionally, you, the Plan Sponsor, recognize that you have full responsibility for the contents of the First Brands Group, LLC, effective 1/1/2026, and that while Personify Health, its employees, agents, and/or sub-contractors may have assisted in the preparation of this document, you are responsible approving the plan details. You further certify that the document has been fully read, understood, and describes your intent with regard to this employee welfare plan.

If you have any questions regarding this document, please contact your Account Manager or Implementation Project Manager.

Signature: _Amber Hartman_____   Date: __12/11/2025_____
Authorized Representative of First Brands Group, LLC

Print Name: ____Amber Hartman_____

Title: ____Director of Benefits_____

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 55**
**Page 18 of 19**

# First Brands Group-Medical Benefit Sheet-Carter Fuel Retiree Plan-Final

Final Audit Report                                                       2025-12-11

| | |
|---|---|
| Created: | 2025-12-11 |
| By: | Scott Klein (scott.klein@personifyhealth.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAIfv5SsSC51ikwleuwWtcpzzUk7JrlZnp |

## "First Brands Group-Medical Benefit Sheet-Carter Fuel Retiree Plan-Final" History

📄 Document created by Scott Klein (scott.klein@personifyhealth.com)
2025-12-11 - 2:49:49 AM GMT

✉️ Document emailed to Amber Hartman (amber.hartman@firstbrandsgroup.com) for signature
2025-12-11 - 2:50:23 AM GMT

📄 Email viewed by Amber Hartman (amber.hartman@firstbrandsgroup.com)
2025-12-11 - 1:55:38 PM GMT

✍️ Document e-signed by Amber Hartman (amber.hartman@firstbrandsgroup.com)
Signature Date: 2025-12-11 - 1:56:02 PM GMT - Time Source: server

✅ Agreement completed.
2025-12-11 - 1:56:02 PM GMT

 Adobe Acrobat Sign