## Q50 – First Brands Group
## 100Q500001 – Low PPO Plan
## Non-Grandfathered Plan

### Benefit Sheet

| INTERNAL – PLAN INFORMATION | |
|---|---|

| | |
|---|---|
| **Group Effective Date**: 1/1/2026 | **Global Analyst Notes:** |

| **Run-In:** | Yes | **Run-In Effective Date:** | 1/1/2025 |
|---|---|---|---|
| **ERISA:** | Yes | | |

| | | |
|---|---|---|
| **Plan Name:** Low PPO Plan | | |
| **Plan Number:** 100Q500001 | | |
| **Plan Effective Date:** 1/1/2026 | | |

| PPO Networks and Special Arrangement | |
|---|---|

| **Primary Network:** | Anthem JAA | **Physician/Ancillary Network:** | |
|---|---|---|---|
| **Wrap Network:** | N/A | Out-of-area radius is defined as the area outside of a -mile radius of a Provider. | |

The following services performed by Non-Network Providers will be paid for at the Network Level:
  • Medical Emergency requiring immediate care
  • Services Performed by Non-Network Providers in Network Facilities will be Paid at the Network Level of Benefits. Ancillary Services Include: Anesthesiology, Assistant Surgeon, Emergency Medicine, Hospitalist, Intensivists, Neonatology, Pathology, Radiology

| Medical Vendors | |
|---|---|

| **PBM:** Liviniti | **UR Vendor:** MedCom |
|---|---|
| **Dental Vendor:** Delta Dental | **Ancillary Vendor:** |
| **Vison Vendor:** Vision Service Plan | **Ancillary Vendor:** |

| EXTERNAL - PLAN INFORMATION | |
|---|---|

| General Plan Information | Internal - Analyst Notes |
|---|---|
| **Coordination of Benefits** | Standard | |
| **Dependent Eligibility Date** | Children Birth to 26 | |
| **Dependent Termination Date** | End of month in which the child turns 26 | |
| **Filing Limit** | No later than 365 days after the date the expense is incurred | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 56**
**Page 1 of 22**

**Q50 – First Brands Group**
**100Q500001 – Low PPO Plan**
**Non-Grandfathered Plan**

| | | |
|---|---|---|
| **Pre-Existing** | Does Not Apply | |
| **Utilization Review/Precertification:**<br>Must Pre-Certify Services Listed As Soon As Possible<br>Pre-Admission Certification required at least  day(s) prior to scheduled admission<br>Emergency Admission within 72 hours or 1 business day(s) following admission<br>Penalty: N/A<br><br>List the Services that Require Precertification:<br>- All Inpatient services.<br>- Intensive Outpatient programs.<br>- Organ and tissue transplants, peripheral stem cell replacement and similar procedures.<br>- Non-Emergency Ambulance.<br>- Partial Hospitalizations.<br>- Skilled Nursing Facility stays.<br>- Certain Outpatient procedures and treatment, including but not limited to the following:<br>Certain Advanced imaging procedures; Chemotherapy; Durable Medical Equipment; Genetic testing; Home health services; Home infusion services; Injectable medication; Parenteral nutrition; Prosthetics; Radiation therapy; Sleep studies; and Wound care. | | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 56**
**Page 2 of 22**

**Q50 – First Brands Group**
**100Q500001 – Low PPO Plan**
**Non-Grandfathered Plan**

| Benefit Description | In Network | Out of Network | Analyst Notes |
|---|---|---|---|
| **Annual Maximum Benefit:** | No Maximum | | |
| **Benefit Period: Calendar Year** | **Plan Year Start (Month/Day Or N/A):**<br>N/A<br>**Plan Year End (Month/Day Or N/A):**<br>N/A | | |
| **Deductible: The Deductible Applies to All Covered Services Unless Specifically Noted in the Schedule**<br>Network and Out-of-Network Deductible amounts accumulate separately<br>N/A<br>Embedded Deductible | | | |
| **Individual Only Coverage** | | | |
| Individual Deductible | $500 | $1000 | |
| **Individual Within a Family Coverage (Only if Embedded)** | | | |
| Individual Deductible | $500 | $1000 | |
| Family Deductible | $1500 | $3000 | |
| | | | |
| **Maximum Out-of-Pocket Expenses:**<br>Network and Out-of-Network Out-of-pocket expenses accumulate separately<br>N/A<br>Embedded Out-of-Pocket Expenses | | | |
| **Individual Only Coverage** | | | |
| Individual OOP | $3500 | $7000 | |
| **Individual Within a Family Coverage (Only if Embedded)** | | | |
| Individual OOP | $3500 | $7000 | |
| Family OOP | $7000 | $14,000 | |
| Note: The Following Charges Do Not Apply Toward the Out of Pocket Expense Stoploss Amount and are Never Paid at 100%: Balance-Billing, Not-covered Charges, Utilization Management penalties | | | |
| **Office Visit Copayment Application:** | | | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 56**
**Page 3 of 22**

**Q50 – First Brands Group**
**100Q500001 – Low PPO Plan**
**Non-Grandfathered Plan**

| Benefit Description | In Network | Out of Network | Analyst Notes |
|---|---|---|---|
| **Accident Benefit**<br>Refer to applicable service for benefits. | | | |
| **Acupuncture** | Not Covered | Not Covered | |
| **Alternative Medicine (Incl. Homeopath, Hypnotherapy and Naturopath)** | Not Covered | Not Covered | |
| **Ambulance (Air)**<br>Preauthorization is required for inter-facility Air Ambulance transport. | 80%, After Deductible | 80%, After Deductible | |
| **Ambulance (Ground)** | 80%, After Deductible | 80%, After Deductible | |
| **Autism Spectrum Disorders - ABA Therapy** | $25 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Autism Spectrum Disorders - Habilitative** | $25.00 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Autism Spectrum Disorders - Office Visit** | $25 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Autism Spectrum Disorders - Outpatient Hospital** | 80%, After Deductible | 60%, After Deductible | |
| **Bariatric Surgery - Inpatient Facility** | Not Covered | Not Covered | |
| **Bariatric Surgery - Outpatient Hospital/Ambulatory Surgical Center** | Not Covered | Not Covered | |
| **Bariatric Surgery - Professional Services (Surgeon, Assist Surgeon, Anesthesia)** | Not Covered | Not Covered | |
| **Bariatric Surgery - Travel Expenses** | Not Covered | Not Covered | |
| **Behavioral/Mental Health and Substance Abuse - Inpatient Facility**<br>incl. Acute Care and Residential Treatment | 80%, After Deductible | 60%, After Deductible | |
| **Behavioral/Mental Health and Substance Abuse - Office/On-line Counseling** | $25 Copay, 100%, Deductible Waived | 60%, After Deductible | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 56**
**Page 4 of 22**

**Q50 – First Brands Group**
**100Q500001 – Low PPO Plan**
**Non-Grandfathered Plan**

| Benefit Description | In Network | Out of Network | Analyst Notes |
|---|---|---|---|
| **Behavioral/Mental Health and Substance Abuse - Outpatient Facility**<br>includes Intensive OP therapy, ECT, partial hospitalization. | 80%, After Deductible | 60%, After Deductible | |
| **Bereavement Counseling** | 80%, After Deductible | 60%, After Deductible | |
| **Biofeedback** | Not Covered | Not Covered | |
| **Chemotherapy and Radiation Therapy - Office** | $40 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Chemotherapy and Radiation Therapy - Outpatient** | 80%, After Deductible | 60%, After Deductible | |
| **Chiropractic Treatment - Manipulation/Modalities**<br>Max 12 Per Calendar Year | $40 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Chiropractic Treatment - Office Visit**<br>Max 12 Per Calendar Year | $40 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Chiropractic Treatment - X-Rays** | 80%, After Deductible | 60%, After Deductible | |
| **Clinical Trials (As Defined by This Plan)**<br>Includes coverage for routine patient costs associated with participation in approved Clinical Trials only.  If one or more PPO providers are participating in a Clinical Trial, the Plan may require that the qualified individual participate in the Clinical Trial with the PPO provider. The Plan will cover Non-PPO providers outside the state in which the qualified individual resides only if there is not a PPO provider conducting the same trial in state. | Refer to Applicable Service for Benefit | Refer to Applicable Service for Benefit | |
| **Dental Services Paid Under Medical - Impacted Teeth Extraction** | 80%, After Deductible | 60%, After Deductible | |
| **Dental Services Paid Under Medical - Oral Surgery** | 80%, After Deductible | 60%, After Deductible | |
| **Diabetes Services - Education/Training** | $40 Copay, 100%, Deductible Waived | 60%, After Deductible | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 56**
**Page 5 of 22**

**<u>Q50 – First Brands Group</u>**
**100Q500001 – Low PPO Plan**
**Non-Grandfathered Plan**

| Benefit Description | In Network | Out of Network | Analyst Notes |
|---|---|---|---|
| **Diabetes Services - Equipment**<br>external insulin pumps, continuous glucose monitors, and related supplies | 80%, After Deductible | 60%, After Deductible | |
| **Diabetes Services - Supplies**<br>lancets, test strips, non-continuous glucose monitors, insulin syringes, insulin | 80%, After Deductible | 60%, After Deductible | |
| **Diagnostic Testing Advanced Imaging - Office**<br>Includes MRI, Cat, Pet, Nuclear Medicine, etc | 80%, After Deductible | 60%, After Deductible | |
| **Diagnostic Testing Advanced Imaging - Outpatient Hospital** | 80%, After Deductible | 60%, After Deductible | |
| **Diagnostic Testing Advanced Imaging - Stand-Alone Facility** | 80%, After Deductible | 60%, After Deductible | |
| **Diagnostic Testing Advanced Imaging - Vendor** | | | |
| **Diagnostic Testing Lab and Radiology - Outpatient Hospital** | 80%, After Deductible | 60%, After Deductible | |
| **Diagnostic Testing Lab and Radiology - Stand Alone Facility** | 80%, After Deductible | 60%, After Deductible | |
| **Diagnostic Testing Professional Fees - Outpatient** | 80%, After Deductible | 60%, After Deductible | |
| **Dialysis - Office**<br>Personify Health dialysis program. | $40 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Dialysis - Outpatient**<br>Personify Health dialysis program. | 80%, After Deductible | 60%, After Deductible | |
| **Durable Medical Equipment and Supplies** | 80%, After Deductible | 60%, After Deductible | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 56**
**Page 6 of 22**

**Q50 – First Brands Group**
**100Q500001 – Low PPO Plan**
**Non-Grandfathered Plan**

| Benefit Description | In Network | Out of Network | Analyst Notes |
|---|---|---|---|
| **EMERGENCY ROOM PHYSICIAN**<br>*Benefits for Covered Emergency Services will be Paid at the Network Benefit Level. For Independent Freestanding Emergency Departments that Bill as an Urgent Care Facility, Refer to the "Urgent Care Facility" Benefit. | 80%, Deductible Waived | 80%, Deductible Waived | |
| **Emergency Services in an Emergency Room**<br>Copay Waived if Admitted Directly to Hospital from Emergency Room.<br><br>*Benefits for Covered Emergency Services will be Paid at the Network Benefit Level. For Independent Freestanding Emergency Departments that Bill as an Urgent Care Facility, Refer to the "Urgent Care Facility" Benefit. | $250 Copay, 80%, Deductible Waived | $250 Copay, 80%, Deductible Waived | |
| **Extended Care/Skilled Nursing Facility**<br>Maximums refers to days Per Calendar Year<br>Max 90 Per Calendar Year | 80%, After Deductible | 60%, After Deductible | |
| **Hearing Aids and Fitting Exam** | Not Covered | Not Covered | |
| **Hearing Screening - Routine Adult** | 80%, After Deductible | 60%, After Deductible | |
| **Hearing Screening - Subject to PPACA Requirements** | 100%, Deductible Waived | 60%, After Deductible | |
| **Home Health Care**<br>Max 100 Per Calendar Year | 80%, After Deductible | 60%, After Deductible | |
| **Hospice Care**<br>Includes Home, Inpatient, Outpatient and Respite Care | 100%, Deductible Waived | 60%, After Deductible | |
| **Hospital Facility - Inpatient** | 80%, After Deductible | 60%, After Deductible | |
| **Hospital Facility - Outpatient/Ambulatory Surgery Center** | 80%, After Deductible | 60%, After Deductible | |
| **Infertility/Sterility - Assisted Fertilization Services**<br>Artificial insemination, In-vitro, gamete intrafallopian transfer (GIFT), zygote intrafallopian transfer (ZIFT). | Not Covered | Not Covered | |

Personify Health Confidential

**<u>Q50 – First Brands Group</u>**
**100Q500001 – Low PPO Plan**
**Non-Grandfathered Plan**

| Benefit Description | In Network | Out of Network | Analyst Notes |
|---|---|---|---|
| **Infertility/Sterility - Services to Diagnose** | Refer to Applicable Service for Benefit | Refer to Applicable Service for Benefit | |
| **Infertility/Sterility - Treatment** | Not Covered | Not Covered | |
| **Infusion Therapy** | 80%, After Deductible | 60%, After Deductible | |
| **Massage Therapy** | Not Covered | Not Covered | |
| **Maternity - Breast Pump**<br>Retail purchase of Breast Pump covered 100% up to $250 and limited to 1 per pregnancy. | 100%, Deductible Waived | 60%, After Deductible | |
| **Maternity - Labor/Delivery (Professional fee)** | 80%, After Deductible | 60%, After Deductible | |
| **Maternity - Newborn Care (Routine Inpatient)**<br>Newborn paid under the Mother/Parent. | 80%, After Deductible | 60%, After Deductible | |
| **Maternity - Other Eligible Charges** | 80%, After Deductible | 60%, After Deductible | |
| **Maternity - Prenatal Care as required by Federal Law** | 100%, Deductible Waived | 60%, After Deductible | |
| **Maternity for Dependent Daughters**<br>Refer to applicable service for benefits. | | | |
| **Nutritional Counseling**<br>Must be related to hypertension, Type 2 Diabetes, and other chronic diseases. Excludes Obesity.<br><br><br><br>Max 5 Per Calendar Year | $40 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Obesity**<br>Without supporting comorbidities. | Not Covered | Not Covered | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 56**
**Page 8 of 22**

**Q50 – First Brands Group**
**100Q500001 – Low PPO Plan**
**Non-Grandfathered Plan**

| Benefit Description | In Network | Out of Network | Analyst Notes |
|---|---|---|---|
| **Organ Transplants - Donor**<br>Includes Facility and Professional | 100%, Deductible Waived | 60%, After Deductible | |
| **Organ Transplants - Donor Search Fees** | 100%, Deductible Waived | 60%, After Deductible | |
| **Organ Transplants - Organ Transplant Travel & Accommodation**<br>Maximum: For travel and lodging limited to $5000 per transplant. Subject to IRS guidelines. | 100%, Deductible Waived | 100%, Deductible Waived | |
| **Organ Transplants - Recipient**<br>Includes Facility and Professional | 100%, Deductible Waived | 60%, After Deductible | |
| **Orthotics** | 80%, After Deductible | 60%, After Deductible | |
| **Orthotics/Prosthetics - Prosthetics** | Not Covered | Not Covered | |
| **Physician Services Hospital - Inpatient Surgeon**<br>Includes Assistant Surgeon & Anesthesiologist | 80%, After Deductible | 60%, After Deductible | |
| **Physician Services Hospital - Inpatient Visits** | 80%, After Deductible | 60%, After Deductible | |
| **Physician Services Hospital - Outpatient Surgeon**<br>Includes Assistant Surgeon and Anesthesiologist | 80%, After Deductible | 60%, After Deductible | |
| **Physician Services Hospital - Outpatient Visits** | 80%, After Deductible | 60%, After Deductible | |
| **Physician Services Office - Allergy Injections/Serum**<br>Allergy Injection covered if included as part of an office visit.<br><br>Allergy serum – INN: 80%, after deductible OON: 60%, after deductible | $5 Copay, 100%, Deductible Waived | 60%, After Deductible | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 56**
**Page 9 of 22**

## Q50 – First Brands Group
## 100Q500001 – Low PPO Plan
## Non-Grandfathered Plan

| Benefit Description | In Network | Out of Network | Analyst Notes |
|---|---|---|---|
| **Physician Services Office - Allergy Testing** | 80%, After Deductible | 60%, After Deductible | |
| **Physician Services Office - Injections/Infusions/Supplies** | 80%, After Deductible | 60%, After Deductible | |
| **Physician Services Office - Laboratory and Radiology** | 80%, After Deductible | 60%, After Deductible | |
| **Physician Services Office - PCP/Other Visit** | $25 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Physician Services Office - Specialist Visit** | $40 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Physician Services Office - Surgery** | 80%, After Deductible | 60%, After Deductible | |
| **Physician Services Telemedicine**<br>With PCP<br>Includes Medical and Behavioral Health | $25 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Physician Services Telemedicine Specialists**<br>Includes Medical and Behavioral Health | $40.00 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Podiatry - Orthotics (Custom Molded)**<br>Orthopedic shoes are only covered when part of a brace or for diabetics. | 80%, After Deductible | 60%, After Deductible | |
| **Podiatry - Orthotics (Pre-fabricated/OTC)** | Not Covered | Not Covered | |
| **Podiatry - Routine Foot Care**<br>Covered when related to treatment of Diabetes | Refer to Applicable Service for Benefit | Refer to Applicable Service for Benefit | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 56**
**Page 10 of 22**

**Q50 – First Brands Group**
**100Q500001 – Low PPO Plan**
**Non-Grandfathered Plan**

| Benefit Description | In Network | Out of Network | Analyst Notes |
|---|---|---|---|
| **Preventive Care Benefit**<br>Services are Covered as Required by the ACA.  Such Services Include Evidence-Based Items or Services Rated A or B in the United States Preventive Services Task Force (USPSTF) Recommendations, The Comprehensive Guidelines for Infants, Children, Adolescents, and Women Supported by The Health Resources and Services Administration (HRSA), And Immunization Practices Adopted by The Centers for Disease Control (CDC).<br><br>All Services are Limited to no More Than Once Annually or as Recommended by the USPSTF, HRSA, or CDC.<br><br>Any Service or Supply Required by the ACA to be Covered as Preventive Care is Payable at the Benefit Level Shown for Preventive Care, even if the Service/Supply Is Listed at a Different Benefit Level Elsewhere in the Schedule of Benefits.<br><br>Refer to USPSTF Websites for Services Required to be Covered Per the ACA.<br><br>Includes School and Sports physicals for Children. | 100%, Deductible Waived | 60%, After Deductible | |
| **Private Duty Nursing**<br>Inpatient Not Covered<br><br><br>Max 82 Per Calendar Year | 80%, After Deductible | 60%, After Deductible | |
| **Prosthetics**<br>Mastectomy bras – Limited to 1 per occurrence. | 80%, After Deductible | 60%, After Deductible | |
| **Rehabilitation Services Office - Cardiac Rehabilitation**<br>Limited to Phase I & II<br><br>Maximums refers to visits Per Calendar Year<br><br>Max 36 Per Calendar Year | $40 Copay, 100%, Deductible Waived | 60%, After Deductible | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 56**
**Page 11 of 22**

## Q50 – First Brands Group
## 100Q500001 – Low PPO Plan
## Non-Grandfathered Plan

| Benefit Description | In Network | Out of Network | Analyst Notes |
|---|---|---|---|
| **Rehabilitation Services Office - Physical, Occupational and Speech**<br>Maximum: Physical, Speech and Occupational  therapies are limited to 20 visits each per calendar year.<br><br>Additional visits may be covered if Medically Necessary.<br>Max 20 Per Calendar Year | $40 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Rehabilitation Services Office - Pulmonary/Respiratory Therapy** | $40 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Rehabilitation Services Office - Vision/Orthoptic Therapy** | $40 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Rehabilitation Services Outpatient - Cardiac Rehabilitation**<br>Limited to Phase I & II<br><br>Maximums refers to visits Per Calendar Year<br><br><br>Max 36 Per Calendar Year | 80%, After Deductible | 60%, After Deductible | |
| **Rehabilitation Services Outpatient - Physical, Occupational and Speech**<br>Maximum: Physical, Speech and Occupational therapies are limited to 20 visits each per calendar year. Additional visits may be covered if Medically Necessary.<br>Max 20 Per Calendar Year | 80%, After Deductible | 60%, After Deductible | |
| **Rehabilitation Services Outpatient - Pulmonary/Respiratory Therapy** | 80%, After Deductible | 60%, After Deductible | |
| **Rehabilitation Services Outpatient - Vision/Orthoptic Therapy** | 80%, After Deductible | 60%, After Deductible | |
| **Sleep Disorders** | Refer to Applicable Service for Benefit | Refer to Applicable Service for Benefit | |
| **Sterilization - Female Sterilization as required by Federal Law** | 100%, Deductible Waived | 60%, After Deductible | |
| **Sterilization - Vasectomy** | 80%, After Deductible | 60%, After Deductible | |
| **Telehealth / Telemedicine - Vendor**<br>Teladoc (General Medical and Behavioral Health) | 100%, Deductible Waived | Not Covered | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 56**
**Page 12 of 22**

**<u>Q50 – First Brands Group</u>**
**100Q500001 – Low PPO Plan**
**Non-Grandfathered Plan**

| Benefit Description | In Network | Out of Network | Analyst Notes |
|---|---|---|---|
| **Temporomandibular Joint Syndrome**<br>Maximum: Only Non-Dental treatment is covered | Refer to Applicable Service for Benefit | Refer to Applicable Service for Benefit | |
| **Urgent Care Facility**<br>Includes All Covered Charges Billed by Facility | $75 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Vision Screening**<br>Subject to PPACA Requirements | 100%, Deductible Waived | 60%, After Deductible | |
| **Walk-In/Retail Clinic** | $25 Copay, 100%, Deductible Waived | 60%, After Deductible | |
| **Wig After Chemotherapy**<br>Following chemotherapy/radiation treatment, for burns, or following diagnosis of alopecia.<br><br><br>Max 1 Per Cause / Occurrence | 80%, After Deductible | 60%, After Deductible | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 56**
**Page 13 of 22**

## Q50 – First Brands Group
## 100Q500001 – Low PPO Plan
## Non-Grandfathered Plan

| Prescription Drug Deductible  (Deductible Must be Satisfied Before Benefits Will be Paid.) | | | Combined With Medical Plan Deductible? N/A |
|---|---|---|---|
| Per Participant | N/A | | |
| Per Family | N/A | | |
| **Prescription Drug Out of Pocket** | | | Combined With Medical Plan Out of Pocket? N/A |
| Per Participant | N/A | | |
| Per Family | N/A | | |
| **Prescription Drug Card Options** | **Copayment** | **Benefit Percentage** | |
| **Retail Pharmacy Option (30 Day Supply)** | | | Subject to the Out-of-Pocket Maximum |
| Prescribed Preventive Medications and Contraceptives as Required by Federal Law.  Subject to Existing Brand Costs if a Generic Both Exists and is Allowed by the Physician. | | 100% | |
| Generic Drug | Greater of $10 Copay or 20% Up to $100 | | |
| Preferred Brand Name Drug | Greater of $35 Copay or 30% Up to $100 | | |
| Non-Preferred Brand Name Drug | Greater of $50 Copay or 40% Up to $100 | | |
| Specialty Drugs (High Dollar or Injectable Drugs) | $150.00 Copay | | |
| **Mail Order Option (90 Day Supply)** | **Copayment** | **Benefit Percentage** | Subject to the Out-of-Pocket Maximum |
| Prescribed Preventive Medications and Contraceptives as Required by Federal Law.  Subject to Existing Brand Costs if a Generic Both Exists and is Allowed by the Physician. | | 100% | |
| Generic Drug | Not covered | Not covered | |
| Preferred Brand Name Drug | Not covered | Not covered | |
| Non-Preferred Brand Name Drug | Not covered | Not covered | |
| Specialty Drugs (High Dollar or Injectable Drugs) | Not covered | Not covered | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 56**
**Page 14 of 22**

## Q50 – First Brands Group
## 100Q500001 – Low PPO Plan
## Non-Grandfathered Plan

| Non-Participating Pharmacy (N/A Day Supply) | Copayment | Benefit Percentage | Subject to the Out-of-Pocket Maximum |
|---|---|---|---|
| Prescribed Preventive Medications and Contraceptives as Required by Federal Law.  Subject to Existing Brand Costs if a Generic Both Exists and is Allowed by the Physician. | | 100% | |
| Generic Drug | Not covered | Not covered | |
| Preferred Brand Name Drug | Not covered | Not covered | |
| Non-Preferred Brand Name Drug | Not covered | Not covered | |
| Specialty Drugs (High Dollar or Injectable Drugs) | Not covered | Not covered | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 56**
**Page 15 of 22**

**Q50 – First Brands Group**
**100Q500001 – Low PPO Plan**
**Non-Grandfathered Plan**

| Additional Benefits/Exclusions | | | |
|---|---|---|---|
| **Benefit Description** | | | **Analyst Notes** |
| **Abortion (Elective)** | Not Covered | Unless pregnancy is the result of incest or rape or when continuance of the pregnancy would risk the life of the mother. | |
| **Abortion (Elective) - Dependent Daughters** | Not Covered | Unless pregnancy is the result of incest or rape or when continuance of the pregnancy would risk the life of the mother. | |
| **Abortion Travel** | Not Covered | | |
| **ADD/ADHD** | Covered | | |
| **Behavioral Disorders** | Covered | | |
| **Birthing Classes** | Not Covered | | |
| **Bone-anchored hearing aids** | Covered | | |
| **CAR-T/Gene Therapy** | Covered | Gene therapy must be performed at an Approved Provider. Not all In-network provider are approved providers for gene therapy services. | |
| **Circumcision - Newborn** | Covered | | |
| **Cochlear devices** | Covered | Including Aural Therapy | |
| **Cosmetic Surgery** | Not Covered | | |
| **Custodial care** | Not Covered | | |
| **Developmental Disorders** | Covered | Including Autism. | |
| **Dietary Formulas** | Covered | Including enteral (tube) and parenteral (IV) nutrition, and protein formulas for treatment of phenylketonuria (PKU). | |
| **Dietary Supplements** | Not Covered | Vitamins, OTC nutritional formulas, etc. | |
| **Doula Services** | Not Covered | | |
| **Family Counseling** | Not Covered | Without supporting Mental Health diagnosis. | |
| **Foreign Travel** | Not Covered | Except for Emergency care services related to accident or illness. | |
| **Gender Dysphoria** | Covered | FBG confirmed, but requested benefit be silent in SPD. | |
| **Gender Reassignment Surgery** | Covered | FBG confirmed, but requested benefit be silent in SPD. | |
| **Gender Reassignment Travel** | Covered | FBG confirmed, but requested benefit be silent in SPD. Subject to IRS guidelines | |
| **Genetic Counseling** | Covered | | |
| **Genetic Testing** | Covered | To determine the need for fetal therapy or when a medically necessary intervention for the mother and when Medically Necessary for other conditions.  General population-based genetic screenings performed in the absence of any symptoms or any significant, proven risk factors for genetically linked inheritable disease are not covered. | |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 56**
**Page 16 of 22**

**<u>Q50 – First Brands Group</u>**
**100Q500001 – Low PPO Plan**
**Non-Grandfathered Plan**

| Additional Benefits/Exclusions | | | |
|---|---|---|---|
| **Benefit Description** | | | **Analyst Notes** |
| **Glasses and contacts following cataract surgery** | Covered | Limited to one set. | |
| **Habilitative care** | Covered | | |
| **Hair loss** | Not Covered | Refer to Wigs/Hairpieces. | |
| **Home births** | Covered | FBG confirmed, but requested benefit be silent in SPD. | |
| **Intellectual disabilities** | Covered | | |
| **Learning Disorders** | Covered | | |
| **Long term/convalescent Care** | Not Covered | | |
| **Marriage counseling** | Not Covered | Without supporting Mental Health diagnosis. | |
| **Midwives** | Covered | | |
| **Morbid obesity** | Not Covered | Charges for bariatric surgery, including but not limited to, gastric bypass, stapling and intestinal bypass, and lap band surgery, including reversals, related to both obesity and Class III obesity (if BMI is equal to or greater than 40.0 kg/m²). For non-Class III obesity, related to care and treatment of obesity, weight loss or dietary control. This Exclusion does not apply to obesity screening and counseling that are covered under the Preventive Care benefit. | |
| **Orthognathic surgery** | Covered | When medically necessary. | |
| **PHE, CPT Code 99072** | Covered | For supplies, equipment and staff time during a public health emergency. | |
| **Refractive eye surgery** | Not Covered | (e. g. Lasik) | |
| **Sexual dysfunctions/disorders** | Not Covered | For any services or supplies for the treatment of male or female sexual dysfunction such as, but not limited to, treatment of erectile dysfunction (including penile implants), anorgasmy, and premature ejaculation. | |
| **Specialty drugs under Medical** | Covered | | |
| **Speech devices** | Covered | Limited to artificial larynx or electronic speech aid post-laryngectomy or for a Member with permanently inoperative larynx condition.  Computers, personal digital assistants and any speech-generating devices are not covered | |
| **Sterilization reversal** | Not Covered | | |
| **Surrogacy services** | Not Covered | | |
| **Travel vaccines** | Not Covered | (e. g. vaccines include cholera, Japanese encephalitis, yellow fever, and typhoid) | |
| **Vision Exams** | Not Covered | Includes routine refractive exams. | |
| **Vision Hardware** | Not Covered | Includes lenses, frames, and contacts. | |

Personify Health Confidential

**<u>Q50 – First Brands Group</u>**
**100Q500001 – Low PPO Plan**
**Non-Grandfathered Plan**

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 56**
**Page 18 of 22**

**<u>Q50 – First Brands Group</u>**
**100Q500001 – Low PPO Plan**
**Non-Grandfathered Plan**

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 56**
**Page 19 of 22**

**Q50 – First Brands Group**
**100Q500001 – Low PPO Plan**
**Non-Grandfathered Plan**

| Changes/Updates made to Benefit Sheet | Initials | Date |
|---|---|---|
| **Maternity for Dependent Daughters - Is the CY/PY deductible waived; Is the CY/PY deductible waived** - Before: no; no; ; ; no; no; ; ; After: ; ; ; ; ; ; ; | SK | 12/09/2025 |
| **Behaviorial Disorders; Behavioral Disorders -** - Before: ; After: | SK | 12/09/2025 |
| **Behaviorial Disorders; Behavioral Disorders -** - Before: ; After: | SK | 12/09/2025 |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 56**
**Page 20 of 22**

**Q50 – First Brands Group**
**100Q500001 – Low PPO Plan**
**Non-Grandfathered Plan**

By signing below, you, the Plan Sponsor, acknowledge your confirmation of the contents and accuracy of the details for the benefit plan named at the top of the page. Additionally, you, the Plan Sponsor, recognize that you have full responsibility for the contents of the First Brands Group, LLC, effective 1/1/2026, and that while Personify Health, its employees, agents, and/or sub-contractors may have assisted in the preparation of this document, you are responsible approving the plan details. You further certify that the document has been fully read, understood, and describes your intent with regard to this employee welfare plan.

If you have any questions regarding this document, please contact your Account Manager or Implementation Project Manager.

*Amber Hartman*                                                                 12/11/2025
Signature: _____   Date: _____
Authorized Representative of First Brands Group, LLC

        Amber Hartman
Print Name: _____

Title: _____

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 56**
**Page 21 of 22**

# First Brands Group-Medical Benefit Sheet-Low PPO Plan-Final

Final Audit Report                                           2025-12-11

| | |
|---|---|
| Created: | 2025-12-11 |
| By: | Scott Klein (scott.klein@personifyhealth.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAwvzKxAeGYHRI2z8CxTCdUEpp_VEqanKO |

## "First Brands Group-Medical Benefit Sheet-Low PPO Plan-Final" History

Document created by Scott Klein (scott.klein@personifyhealth.com)
2025-12-11 - 2:13:14 AM GMT

Document emailed to Amber Hartman (amber.hartman@firstbrandsgroup.com) for signature
2025-12-11 - 2:14:08 AM GMT

Email viewed by Amber Hartman (amber.hartman@firstbrandsgroup.com)
2025-12-11 - 1:52:52 PM GMT

Document e-signed by Amber Hartman (amber.hartman@firstbrandsgroup.com)
Signature Date: 2025-12-11 - 1:53:14 PM GMT - Time Source: server

Agreement completed.
2025-12-11 - 1:53:14 PM GMT

Adobe Acrobat Sign