**Summary of Benefits and Coverage:** What this Plan Covers & What You Pay for Covered Services
**Carter Fuel Retiree Plan**

**Coverage Period: 1/1/2026 – 12/31/2026**
**Coverage for: Individual + Family | Plan Type: PPO**

> **The Summary of Benefits and Coverage (SBC) document will help you choose a health plan. The SBC shows you how you and the plan would share the cost for covered health care services. NOTE: Information about the cost of this plan (called the premium) will be provided separately. This is only a summary.** For more information about your coverage, or to get a copy of the complete terms of coverage, call Personify Health at 833-838-8062. For general definitions of common terms, such as allowed amount, balance billing, coinsurance, copayment, deductible, provider, or other underlined terms, see the Glossary. You can view the Glossary at https://www.healthcare.gov/sbc-glossary or call 833-838-8062 to request a copy.

| Important Questions | Answers | | Why This Matters: |
|---|---|---|---|
| **What is the overall deductible?** | **Network** _Per Calendar Year_ $500/Individual $1,500/Family | **Out-of-Network** _Per Calendar Year_ $1,000/Individual $3,000/Family | Generally, you must pay all of the costs from providers up to the deductible amount before this plan begins to pay. If you have other family members on the plan, each family member must meet their own individual deductible until the total amount of deductible expenses paid by all family members meets the overall family deductible |
| **Are there services covered before you meet your deductible?** | Yes. Network Office visits, Preventive care, Emergency room care, Urgent care, Hospice services. | | This plan covers some items and services even if you haven't yet met the amount. But a copayment or coinsurance may apply. For example, this plan covers certain preventive services without cost sharing and before you meet your deductible. See a list of covered preventive services at https://www.healthcare.gov/coverage/preventive-care-benefits/. |
| **Are there other deductibles for specific services?** | No. | | You don't have to meet deductibles for specific services. |
| **What is the out-of-pocket limit for this plan?** | **Network** _Per Calendar Year_ $2,500/Individual $5,500/Family | **Out-of-Network** _Per Calendar Year_ $5,000/Individual $11,000/Family | The out-of-pocket limit is the most you could pay in a year for covered services. If you have other family members in this plan, they have to meet their own out-of-pocket limits until the overall family out-of-pocket limit has been met. |
| | **Prescription** _Per Calendar Year_ $4,100/Individual $7,700/Family | | |
| **What is not included in the out-of-pocket limit?** | Balance billing charges, prescription drugs, and health care this plan doesn't cover. | | Even though you pay these expenses, they don't count toward the out-of-pocket limit. |

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 57**
**Page 1 of 7**

| Important Questions | Answers | Why This Matters: |
|---|---|---|
| **Will you pay less if you use a network provider?** | Yes. See provider.bcbs.com or call 833-838-8062 for a list of network providers. | This plan uses a provider network. You will pay less if you use a provider in the plan's network. You will pay the most if you use an out-of-network provider, and you might receive a bill from a provider for the difference between the provider's charge and what your plan pays (balance billing). Be aware, your network provider might use an out-of-network provider for some services (such as lab work). Check with your provider before you get services. |
| **Do you need a referral to see a specialist?** | No | You can see the specialist you choose without a referral. |

> ⚠ All **copayment** and **coinsurance** costs shown in this chart are after your **deductible** has been met, if a **deductible** applies.

| Common Medical Event | Services You May Need | What You Will Pay | | Limitations, Exceptions, & Other Important Information |
|---|---|---|---|---|
| | | **Network Provider (You will pay the least)** | **Out-of-Network Provider (You will pay the most)** | |
| **If you visit a health care provider's office or clinic** | Primary care visit to treat an injury or illness | $35/visit, deductible waived | 40% coinsurance | None. |
| | Specialist visit | $50/visit, deductible waived | 40% coinsurance | None. |
| | Preventive care/screening/ immunization | No charge, deductible waived | 40% coinsurance | You may have to pay for services that aren't preventive. Ask your provider if the services needed are preventive. Then check what your plan will pay for. |
| **If you have a test** | Diagnostic test (x-ray, blood work) | 20% coinsurance | 40% coinsurance | None. |
| | Imaging (CT/PET scans, MRIs) | 20% coinsurance | 40% coinsurance | Precertification may be required for certain services. |

For more information about limitations and exceptions, see the plan or policy document at app.personifyhealth.com

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 57**
**Page 2 of 7**

| Common Medical Event | Services You May Need | What You Will Pay | | Limitations, Exceptions, & Other Important Information |
|---|---|---|---|---|
| | | Network Provider (You will pay the least) | Out-of-Network Provider (You will pay the most) | |
| **If you need drugs to treat your illness or condition** More information about **prescription drug coverage** is available at www.liviniti.com | Generic drugs | **Retail** $10/prescription or 20% up to $25, which ever is greater **Mail order** $30/prescription or 20% up to $75, which ever is greater | Not covered | Retail is limited to a 31-day supply. Mail order is limited to a 90-day supply. |
| | Preferred brand drugs | **Retail** $30/prescription or 25% up to $50, which ever is greater **Mail order** $90/prescription or 25% up to $150, which ever is greater | Not covered | |
| | Non-preferred brand drugs | **Retail** $45/prescription or 35% up to $90, which ever is greater **Mail order** $135/prescription or 35% up to $270, which ever is greater | Not covered | |
| | Specialty drugs | **Retail** $150/prescription **Mail order** Not covered | Not covered | |

For more information about limitations and exceptions, see the plan or policy document at app.personifyhealth.com

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 57**
**Page 3 of 7**

| Common Medical Event | Services You May Need | What You Will Pay | | Limitations, Exceptions, & Other Important Information |
|---|---|---|---|---|
| | | Network Provider (You will pay the least) | Out-of-Network Provider (You will pay the most) | |
| **If you have outpatient surgery** | Facility fee (e.g., ambulatory surgery center) | 20% coinsurance | 40% coinsurance | Precertification may be required for certain services. |
| | Physician/surgeon fees | 20% coinsurance | 40% coinsurance | None. |
| **If you need immediate medical attention** | Emergency room care | 20% coinsurance, deductible waived then $250/visit | | Copayment waived if admitted to hospital. |
| | Emergency medical transportation | 20% coinsurance | | None. |
| | Urgent care | $50/visit, deductible waived | 40% coinsurance | None. |
| **If you have a hospital stay** | Facility fee (e.g., hospital room) | 20% coinsurance | 40% coinsurance | Precertification is required. |
| | Physician/surgeon fees | 20% coinsurance | 40% coinsurance | None. |
| **If you need mental health, behavioral health, or substance abuse services** | Outpatient services | **Office** $35/visit, deductible waived / **Other** 20% coinsurance | 40% coinsurance | Precertification may be required for facility services. |
| | Inpatient services | 20% coinsurance | 40% coinsurance | Precertification is required. |

For more information about limitations and exceptions, see the plan or policy document at app.personifyhealth.com

Personify Health Confidential

| Common Medical Event | Services You May Need | What You Will Pay | | Limitations, Exceptions, & Other Important Information |
| --- | --- | --- | --- | --- |
| | | Network Provider (You will pay the least) | Out-of-Network Provider (You will pay the most) | |
| **If you are pregnant** | Office visits | No charge, deductible waived | 40% coinsurance | Cost sharing does not apply to certain preventive services. Depending on the type of services, copayment may apply. Maternity care may include tests and services described elsewhere in the SBC (i.e. ultrasound). |
| | Childbirth/delivery professional services | 20% coinsurance | 40% coinsurance | |
| | Childbirth/delivery facility services | 20% coinsurance | 40% coinsurance | Precertification is only required for stay exceeding 48 hours after delivery (or 96 hours after C-section). |
| **If you need help recovering or have other special health needs** | Home health care | 20% coinsurance | 40% coinsurance | Limited to 100 visits per Calendar Year. Precertification is required. |
| | Rehabilitation services | **Office** $50/visit, deductible waived **Other** 20% coinsurance | 40% coinsurance | Physical and Occupational Therapies are limited to 20 visits each per Calendar Year. Additional visits may be covered if medically necessary. Combined with Habilitation services |
| | Habilitation services | **Office** $50/visit, deductible waived **Other** 20% coinsurance | 40% coinsurance | Physical and Occupational Therapies are limited to 20 visits each per Calendar Year. Additional visits may be covered if medically necessary. Combined with Rehabilitation services. Limits do not apply to autism spectrum disorders. |
| | Skilled nursing care | 20% coinsurance | 40% coinsurance | Limited to 90 days per Calendar Year. Precertification is required. |
| | Durable medical equipment | 20% coinsurance | 40% coinsurance | Precertification may be required for certain services. |
| | Hospice services | No charge, deductible waived | 40% coinsurance | Precertification is required. |
| **If your child needs dental or eye care** | Children's eye exam | Not covered | | Must enroll in separate vision plan. |
| | Children's glasses | Not covered | | Must enroll in separate vision plan. |
| | Children's dental check-up | Not covered | | Must enroll in separate dental plan. |

For more information about limitations and exceptions, see the plan or policy document at app.personifyhealth.com

Personify Health Confidential

**Excluded Services & Other Covered Services:**

| Services Your **Plan** Generally Does NOT Cover (Check your policy or **plan** document for more information and a list of any other **excluded services**.) | | |
|---|---|---|
| • Acupuncture<br>• Bariatric surgery<br>• Cosmetic surgery | • Dental care (Adult)<br>• Hearing aids<br>• Long-term care | • Non-emergency care when traveling outside the U.S.<br>• Routine eye care (Adult)<br>• Weight loss programs |

| Other Covered Services (Limitations may apply to these services. This isn't a complete list. Please see your **plan** document.) | | |
|---|---|---|
| • Chiropractic care (limited to 12 visits per Calendar Year) | • Infertility treatment (limited to services to diagnose only)<br>• Private-duty nursing (inpatient not covered) | • Routine foot care (limited to treatment of Diabetes) |

**Your Rights to Continue Coverage:** There are agencies that can help if you want to continue your coverage after it ends. The contact information for those agencies is: Personify Health PO BOX 45018, Fresno, Ca 93718. 833-838-8062 or the Department of Labor's Employee Benefits Security Administration at 1-866-444-EBSA (3272) or http://www.dol.gov/ebsa/healthreform. Other coverage options may be available to you, too, including buying individual insurance coverage through the Health Insurance Marketplace. For more information about the Marketplace, visit www.HealthCare.gov or call 1-800-318- 2596.

**Your Grievance and Appeals Rights:** There are agencies that can help if you have a complaint against your plan for a denial of a claim. This complaint is called a grievance or appeal. For more information about your rights, look at the explanation of benefits you will receive for that medical claim. Your plan documents also provide complete information on how to submit a claim, appeal, or a grievance for any reason to your plan. For more information about your rights, this notice, or assistance, contact Personify Health at 833-838-8062 or the Department of Labor's Employee Benefits Security Administration at 1-866-444-EBSA (3272) or http://www.dol.gov/ebsa/healthreform.

**Does this plan provide Minimum Essential Coverage? Yes.**
Minimum Essential Coverage generally includes plans, health insurance available through the Marketplace or other individual market policies, Medicare, Medicaid, CHIP, TRICARE, and certain other coverage. If you are eligible for certain types of Minimum Essential Coverage, you may not be eligible for the premium tax credit.

**Does this plan meet the Minimum Value Standards? Yes.**
If your plan doesn't meet the Minimum Value Standards, you may be eligible for a premium tax credit to help you pay for a plan through the Marketplace.

**Language Access Services:**

Spanish (Español): Para obtener asistencia en Español, llame al 833-838-8062.

| *To see examples of how this **plan** might cover costs for a sample medical situation, see the next section.* |
|---|

For more information about limitations and exceptions, see the plan or policy document at app.personifyhealth.com          **Page 6 of 7**

Personify Health Confidential

**About these Coverage Examples:**



**This is not a cost estimator.** Treatments shown are just examples of how this plan might cover medical care. Your actual costs will be different depending on the actual care you receive, the prices your providers charge, and many other factors. Focus on the cost-sharing amounts (deductibles, copayments and coinsurance) and excluded services under the plan. Use this information to compare the portion of costs you might pay under different health plans. Please note these coverage examples are based on self-only coverage.

| Peg is Having a Baby | Managing Joe's Type 2 Diabetes | Mia's Simple Fracture |
|---|---|---|
| (9 months of in-network pre-natal care and a hospital delivery) | (a year of routine in-network care of a well-controlled condition) | (in-network emergency room visit and follow up care) |

**Peg is Having a Baby**

- The plan's overall deductible  $500
- Specialist copayment  $50
- Hospital (facility) coinsurance  20%
- Other (tests) coinsurance  20%

**This EXAMPLE event includes services like:**
Specialist office visits (prenatal care)
Childbirth/Delivery Professional Services
Childbirth/Delivery Facility Services
Diagnostic tests (ultrasounds and blood work)
Specialist visit (anesthesia)

| Total Example Cost | $12,700 |
|---|---|

**In this example, Peg would pay:**

| Cost Sharing | |
|---|---|
| Deductibles | $500 |
| Copayments | $300 |
| Coinsurance | $1,700 |
| *What isn't covered* | |
| Limits or exclusions | $60 |
| **The total Peg would pay is** | **$2,560** |

**Managing Joe's Type 2 Diabetes**

- The plan's overall deductible  $500
- Specialist copayment  $50
- Hospital (facility) coinsurance  20%
- Other (brand name drugs) copayment  $30

**This EXAMPLE event includes services like:**
Primary care physician office visits (including disease education)
Diagnostic tests (blood work)
Prescription drugs
Durable medical equipment (glucose meter)

| Total Example Cost | $5,600 |
|---|---|

**In this example, Joe would pay:**

| Cost Sharing | |
|---|---|
| Deductibles | $500 |
| Copayments | $900 |
| Coinsurance | $80 |
| *What isn't covered* | |
| Limits or exclusions | $20 |
| **The total Joe would pay is** | **1,500** |

**Mia's Simple Fracture**

- The plan's overall deductible  $500
- Specialist copayment  $50
- Hospital (ER) coins + copay  20% + $250
- Other (physical therapy) copayment  $50

**This EXAMPLE event includes services like:**
Emergency room care (including medical supplies)
Diagnostic test (x-ray)
Durable medical equipment (crutches)
Rehabilitation services (physical therapy)

| Total Example Cost | $2,800 |
|---|---|

**In this example, Mia would pay:**

| Cost Sharing | |
|---|---|
| Deductibles | $500 |
| Copayments | $600 |
| Coinsurance | $200 |
| *What isn't covered* | |
| Limits or exclusions | $0 |
| **The total Mia would pay is** | **$1,300** |

The plan would be responsible for the other costs of these EXAMPLE covered services.

Personify Health Confidential

**DEBTORS' EXHIBIT NO. 57**
**Page 7 of 7**