**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.** | § | |

**DEBTORS' EXHIBIT NUMBER 59**

**FOR JULY 28, 2026 HEARING**

*First Brands Group Paid Claims Report – Retiree YTD through June 29, 2026 (Carter Fuel/USW)*

(*filed under seal*)