

## Delta Dental PPO™ (Point-of-Service)
## Summary of Dental Plan Benefits
## For Group #2537-0001, 0003, 0004, 0005, 0006, 0007, 0008, 0009, 0010, 0011, 0012, 0013, 0014, 0015, 0017, 0019, 0020, 0022, 0023, 0024, 0027, 0030, 0031, 0034, 0035, 0036, 1003, 1008, 1009, 1098, 1099
## First Brands Group, LLC

This Summary of Dental Plan Benefits should be read along with your Certificate.  Your Certificate provides additional information about your Delta Dental plan, including information about plan exclusions and limitations. If a statement in this Summary conflicts with a statement in the Certificate, the statement in this Summary applies to you and you should ignore the conflicting statement in the Certificate. The percentages below are applied to Delta Dental's allowance for each service and it may vary due to the Dentist's network participation.*

**Control Plan** – Delta Dental of Ohio

**Benefit Year** – January 1 through December 31

**Covered Services** –

| | Delta Dental PPO™ Dentist | Delta Dental Premier® Dentist | Non-Participating Dentist |
|---|---|---|---|
| | **Plan Pays** | **Plan Pays** | **Plan Pays*** |
| **Diagnostic & Preventive** | | | |
| **Diagnostic and Preventive Services** – exams, cleanings, fluoride, and space maintainers | 100% | 100% | 100% |
| **Palliative Treatment** – to temporarily relieve pain | 100% | 100% | 100% |
| **Sealants** – to prevent decay of permanent teeth | 100% | 100% | 100% |
| **Brush Biopsy** – to detect oral cancer | 100% | 100% | 100% |
| **Radiographs** – X-rays | 100% | 100% | 100% |
| **Basic Services** | | | |
| **Minor Restorative Services** – fillings and crown repair | 80% | 80% | 80% |
| **Endodontic Services** – root canals | 80% | 80% | 80% |
| **Periodontic Services** – to treat gum disease | 80% | 80% | 80% |
| **Oral Surgery Services** – extractions and dental surgery | 80% | 80% | 80% |
| **Other Basic Services** – misc. services | 80% | 80% | 80% |
| **Relines and Repairs** – to prosthetic appliances | 80% | 80% | 80% |
| **Major Services** | | | |
| **Major Restorative Services** – crowns | 50% | 50% | 50% |
| **Prosthodontic Services** – bridges, implants, dentures, and crowns over implants | 50% | 50% | 50% |
| **Orthodontic Services** | | | |
| **Orthodontic Services** – braces | 50% | 50% | 50% |
| **Orthodontic Age Limit** – | **Dependent Children through age 18 and under** | **Dependent Children through age 18 and under** | **Dependent Children through age 18 and under** |

\* When you receive services from a Non-Participating Dentist, the percentages in this column indicate the portion of Delta Dental's Non-Participating Dentist Fee that will be paid for those services. This amount may be less than what the Dentist charges and you are responsible for that difference.

➢ Oral exams (including evaluations by a specialist) are payable twice per calendar year.
➢ Prophylaxes (cleanings) are payable twice per calendar year.

OHPPOSUM0423                                                                                    KR#02208572

➢ People with specific at-risk health conditions may be eligible for additional prophylaxes (cleanings) or fluoride treatment. The patient should talk with his or her Dentist about treatment.
➢ Fluoride treatments are payable twice per calendar year for people age 18 and under.
➢ Bitewing X-rays are payable once per calendar year and full mouth X-rays (which include bitewing X-rays) or a panorex are payable once in any five-year period.
➢ Sealants are payable once per tooth per lifetime for first permanent molars for people age eight and under and second permanent molars for people age 13 and under. The surface must be free from decay and restorations.
➢ Composite resin (white) restorations are payable on posterior teeth.
➢ Porcelain and resin facings on crowns are optional treatment on posterior teeth.
➢ Implants are payable once per tooth in any five-year period. Implant related services are Covered Services.
➢ Crowns over implants are payable once per tooth in any five-year period. Services related to crowns over implants are Covered Services.

Having Delta Dental coverage makes it easy for you to get dental care almost everywhere in the world! You can now receive expert dental care when you are outside of the United States through our Passport Dental program. This program gives you access to a worldwide network of Dentists and dental clinics. English-speaking operators are available around the clock to answer questions and help you schedule care. For more information, check our website or contact your benefits representative to get a copy of our Passport Dental information sheet.

**Maximum Payment** – $1,500 per Member total per Benefit Year on all services except orthodontic services.  $1,500 per Member total per lifetime on orthodontic services.

**Payment for Orthodontic Service** – When orthodontic treatment begins, your Dentist will submit a payment plan to Delta Dental based upon your projected course of treatment. In accordance with the agreed upon payment plan, Delta Dental will make an initial payment to you or your Participating Dentist equal to Delta Dental's stated Copayment on 30% of the Maximum Payment for Orthodontic Services as set forth in this Summary of Dental Plan Benefits. Delta Dental will make additional payments as follows: Delta Dental will pay 50% of the per month fee charged by your Dentist based upon the agreed upon payment plan provided by Delta Dental to your Dentist.

**Deductible –** $50 Deductible per Member total per Benefit Year limited to a maximum Deductible of $150 per family per Benefit Year. The Deductible does not apply to diagnostic and preventive services, emergency palliative treatment, brush biopsy, X-rays, sealants, and orthodontic services.

**Waiting Period –** Enrollees who are eligible for Benefits are covered as defined by First Brands.

**Eligible People** – As defined by First Brands.

Also eligible are your Spouse and your Children to the end of the month in which they turn 26, including your Children who are married, who no longer live with you, who are not your Dependents for Federal income tax purposes, and/or who are not permanently disabled.

Enrollees and Dependents choosing this plan are required to remain enrolled for a minimum of 12 months. Should an Enrollee or Dependent choose to drop coverage after that time, he or she may not re-enroll prior to the date on which 12 months have elapsed. Dependents may only enroll if the Enrollee is enrolled (except under COBRA) and must be enrolled in the same plan as the Enrollee. An election may be revoked or changed at any time if the change is the result of a qualifying event as defined under Internal Revenue Code Section 125.

**Coordination of Benefits –** If you and your Spouse are both eligible to enroll in This Plan as Enrollees, you may be enrolled together on one application or separately on individual applications, but not both. Your Dependent Children may only be enrolled on one application. Delta Dental will not coordinate Benefits between your coverage and your Spouse's coverage if you and your Spouse are both covered as Enrollees under This Plan.

Benefits will cease as defined by First Brands.

Customer Service Toll-Free Number: 800-524-0149 (TTY users call 711)
https://www.DeltaDentalOH.com
Document Creation Date: November 27, 2024

OHPPOSUM0423                                                                                                                    KR#02208572

**DEBTORS' EXHIBIT NO. 61**
**Page 2 of 2**