**First Brands**                                                    ~personify HEALTH

127 Public Sq., Suite 5300

Cleveland, OH  44114

30-Jun-26

| Description | Applicable Period | Rate | | Qty | Total |
|---|---|---|---|---|---|
| Medical Claims Administration | 7/1/26 -7/31/26 | $ | 50,000.00 | 1.00 | 50,000.00 |
| Per Claim Received Fee (Medical) | 6/1/26 - 6/24/26 | $ | 30.00 | 1,044 | 31,320.00 |
| Per Claim Received Fee (Flex) | 5/1/26 - 6/26/26 | $ | 30.00 | 19 | 570.00 |
| Broker* | 7/1/26 -7/31/26 | $ | 3.00 | 162 | 486.00 |
| Broker** | 6/1/26 - 6/30/26 | $ | 3.00 | 12 | 36.00 |
| PPO - Anthem* | 7/1/26 -7/31/26 | $ | 15.00 | 162 | 2,430.00 |
| PPO - Anthem** | 6/1/26 - 6/30/26 | $ | 15.00 | 12 | 180.00 |
| Flex | 3/1/26 - 3/31/26 | $ | 4.50 | 1,879 | 8,455.50 |
| Flex Cards | 3/1/26 - 3/31/26 | $ | 10.00 | 3 | 30.00 |
| Flex | 4/1/26 - 4/30/26 | $ | 4.50 | 1,887 | 8,491.50 |
| Flex Cards | 4/1/26 - 4/30/26 | $ | 10.00 | 2 | 20.00 |
| COBRA Notices Mailed | 6/1/2026 | $ | 150.00 | 201 | 30,150.00 |
| TelaDoc* | 7/1/26 -7/31/26 | $ | 1.75 | 162 | 283.50 |
| TelaDoc** | 6/1/26 - 6/30/26 | $ | 1.75 | 12 | 21.00 |
| **Total** | | | | $ | **132,473.50** |

 * *estimated - to be trued up in future periods*

** *True up of prior month*

**ACH/Wire Information:**

Wells Fargo

8405 N. Fresno St., Suite 200

Fresno, CA 93720

Beneficiary Name: HealthComp Trust Account

Routing / ABA #: 121000248

Account #: 4314494956