| | |
|---|---|
| **From:** | Gregg Cooper <Gregg.Cooper@symetra.com> |
| **Sent:** | Wednesday, July 22, 2026 4:09 PM |
| **To:** | Margolis, Steven |
| **Cc:** | David DeRoma; Kosturos, Paul; Adler, Aimee; Bascoy, Alejandro; Houtz, Amanda |
| **Subject:** | Re: FBG -- Retiree Life - Symetra Termination of Coverage as of August 31, 2026 |

Hi Steven,

Unfortunately, my leadership team has made the determination to not extend coverage beyond August 31st, regardless of the pricing.  If it helps, please see the below calculations to convert the Annual Conversion premiums to Monthly, Quarterly, or Semi-Annually:

Monthly = Annual Premium x 0.090909
Quarterly = Annual Premium x 0.263637
Semi-Annually - Annual Premium x 0.518182

I hope this helps!  Please let me know if you have any additional questions.


Thanks,

**Gregg Cooper**
Regional Sales Executive | Group Benefits
Cell 330.338.8858

*Symetra: Your Teammate for Benefits*

 

777 108th Avenue NE, Suite 1200, Bellevue, WA 98004. Symetra® and VTS® are registered service marks of Symetra Life Insurance Company.
www.symetra.com
NOTE: The information contained in this message is confidential. If you are not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, do not distribute or copy this communication. If you have received this communication in error, please notify us immediately by replying to the sender. Thank you for your cooperation.

**From:** Margolis, Steven <steven.margolis@weil.com>
**Sent:** Wednesday, July 22, 2026 2:24 PM
**To:** Gregg Cooper <Gregg.Cooper@symetra.com>
**Cc:** David DeRoma <dderoma@advantageconsulting.net>; Kosturos, Paul <pkosturos@alvarezandmarsal.com>; Adler, Aimee <Aimee.Adler@weil.com>; Bascoy, Alejandro <Alejandro.Bascoy@weil.com>; Houtz, Amanda <Amanda.Houtz@weil.com>
**Subject:** FBG -- Retiree Life - Symetra Termination of Coverage as of August 31, 2026

This message originated from outside Symetra. Be cautious of unfamiliar links and attachments.

1

**DEBTORS' EXHIBIT NO. 75**
**Page 1 of 2**

Gregg – New topic or, more appropriately, revisiting an old topic

In the bankruptcy process, the various committees representing the retirees requested that FBG continue the retiree life insurance through **December 31, 2026**.  We know that Symetra agreed to continue the retiree coverage through August 31, 2026 and that the life insurance premiums were increased to reflect the new, significantly smaller covered population.

For purposes of our negotiations with the UAW, USW and non-union retiree committees to modify or terminate the retiree life insurance coverage under bankruptcy code section 1114, we requested whether the coverage could be further extended beyond August 31, 2026.  Symetra responded that Symetra underwriting has made the determination to terminate the retiree coverage for First Brands Group effective 12:00AM ET on 9/1/2026.  Is that based on the new pricing?  Could the retiree coverage be extended at different pricing?

We are trying to see what is and is not possible for purposes of our negotiations with the committees.

Thanks in advance.  Steve



**Steven M. Margolis**
Counsel

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
steven.margolis@weil.com
+1 212 310 8124 Direct
+1 914 588 3529 Mobile
+1 212 310 8007 Fax

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

**DEBTORS' EXHIBIT NO. 75**
**Page 2 of 2**