**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|                                           |     |                          |
| ----------------------------------------- | --- | ------------------------ |
|                                           | §   |                          |
| **In re:**                                | §   | **Chapter 11**           |
|                                           | §   |                          |
| **FIRST BRANDS GROUP, LLC,** *et al.*,    | §   | **Case No. 25-90399 (CML)** |
|                                           | §   |                          |
|                                           | §   | **(Jointly Administered)** |
| **Debtors.**                              | §   |                          |

# DEBTORS' EXHIBIT NUMBER 76

**FOR JULY 28, 2026 HEARING**

**Email: Re: First Brands Group – Retiree Life – Conversion Option (June 18, 2026, with payment receipts)**

(*filed under seal*)