# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| Debtors. | § | |

# DEBTORS' EXHIBIT NUMBER 87

### FOR JULY 28, 2026 HEARING

*FBG - Health and Welfare - Paid Claims Report Retiree YTD (Dalton)*

(*filed under seal*)