**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FIRST BRANDS GROUP, LLC, *et al.*, | ) | Case No. 25-90399 (CML) |
|  | ) |  |
| Debtors.[1] | ) | Jointly Administered |
|  | ) |  |

**SUPPLEMENT TO EVOLUTION'S WITNESS AND EXHIBIT LIST**
**FOR THE COMBINED HEARING SCHEDULED ON JULY 28, 2026**

Evolution Credit Partners ("Evolution")[2] hereby supplements its Witness and Exhibit List

for the Combined Hearing scheduled on July 28, 2026, at 9:00 a.m. (prevailing Central Time)

[Docket No. 3367] to add the exhibit listed below.

**Exhibits**

| Ex No. | Description |
|---|---|
| 49. | Patterson Destination Sale Agreement (Purchase Order) (Nov. 9, 2023) <br><br> **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** |

**Reservation of Rights**

Evolution reserves the right to use and/or present demonstratives for any purpose.

Evolution also reserves the right to use exhibits, demonstratives, and testimony not listed here for

impeachment purposes at the hearing.

Evolution further reserves the right to supplement or otherwise amend this Witness and

Exhibit List prior to the hearing.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] "Evolution" means, collectively, Evolution Credit Opportunity Master Fund II-B, L.P., Evolution Credit Partners Trade Finance Master L.P., and Evolution Credit Opportunity Master Fund III-B, LP.

4932-7404-2305

Respectfully submitted this 27th day of July 2026.

**GRAY REED**

By: */s/ Jason S. Brookner*
    Jason S. Brookner
    Texas Bar No. 24033684
    Emily F. Shanks
    Texas Bar No. 24110350
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:    (713) 986-7000
Facsimile:    (713) 986-7100
Email:    jbrookner@grayreed.com
        eshanks@grayreed.com

-and-

**ELSBERG BAKER & MARURI PLLC**
    Michael Duke (admitted *pro hac vice*)
    David Elsberg (admitted *pro hac vice*)
    Vivek Tata (admitted *pro hac vice*)
    Garrett Gerber (admitted *pro hac vice*)
    Andrew Parks (admitted *pro hac vice*)
    Ella Epstein (admitted *pro hac vice*)
350 Fifth Avenue, 38th Floor
New York, NY 10018
Telephone:    (212) 597-2600
Email:    delsberg@elsberglaw.com
        mduke@elsberglaw.com
        vtata@elsberglaw.com
        ggerber@elsberglaw.com
        aparks@elsberglaw.com
        eepstein@elsberglaw.com

- and –

**PROSKAUER ROSE LLP**
    Vincent Indelicato (admitted *pro hac vice*)
    Matthew R. Koch (admitted *pro hac vice*)
Eleven Times Square
New York, NY 10036-8299
Telephone:    (212) 969-3000
Email:    vindelicato@proskauer.com
        mkoch@proskauer.com

- and -

Charles A. Dale (admitted *pro hac vice*)
One International Plaza
Boston, MA 02110-2600
Telephone:    (617) 526-9600
Email:    cdale@proskauer.com

*Counsel to Evolution*

2

4932-7404-2305

3

## <u>Certificate of Service</u>

I certify that on July 27, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Jason S. Brookner*
Jason S. Brookner

4932-7404-2305