EXHIBIT 49

*Patterson Destination Sale Agreement (Purchase Order) (Nov. 9, 2023)*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**