# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

## LAM PARTIES' FIRST AMENDED WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR JULY 28, 2026 AT 9:00 A.M. (CENTRAL TIME)

Leucadia Asset Management LLC, acting through its Point Bonita Capital Division, LAM Trade Finance Group LLC, and LAM TFG I SPV LLC (collectively, the "**LAM Parties**") file this amended witness and exhibit list[2] (the "**Amended Witness and Exhibit List**") for the hearing scheduled to begin on **July 28, 2026 at 9:00 a.m. (Central Time)** (or as such hearing may be continued or rescheduled, the "**Hearing**"). The LAM Parties reserve the right to further supplement or amend this Amended Witness and Exhibit List at any time prior to or during the Hearing.

## WITNESSES

The LAM Parties may call any of the following witnesses at the Hearing:

1. Any witnesses necessary to authenticate a document;

2. Any witnesses called or designated by any other party, including Charles M. Moore; and

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] Exhibits 5–25 below are filed under seal in accordance with paragraph 14 of the Agreed Protective Order [Docket No. 408].

4916-5687-6481

3.        Any witnesses necessary to rebut the evidence or testimony of any witness offered or designated by any other party.

## **EXHIBITS**

The LAM Parties may offer into evidence any one or more of the following exhibits at the Hearing:

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION |
|---|---|---|---|---|---|---|
| 1. | Debtors' Responses and Objections to Interrogatories | | | | | |
| 2. | Debtors' Supplemental Responses and Objection to LAM Parties Interrogatory Nos. 5, 6, 8, 10, 14 & 16 | | | | | |
| 3. | July 23, 2026 Email from C. Calabrese | | | | | |
| 4. | Debtors' Second Supplemental Response and Objections to LAM Parties Interrogatory No. 8 | | | | | |
| 5. | Amended and Restated Master Receivables Purchase Agreement dated September 19, 2022 – *Filed Under Seal* | | | | | |
| 6. | FBG_CH1_00093542 - January 14, 2023 Email from E. James to K. Dondl – *Filed Under Seal* | | | | | |
| 7. | FBG_CH1_00093532 - January 15, 2023 Email from E. James to R. Berger – *Filed Under Seal* | | | | | |
| 8. | FBG_LAM_00625172 - January 17, 2023 Email Forwarding January 14, 2023 Email from E. James to K. Dondl – *Filed Under Seal* | | | | | |
| 9. | JEF_2004_0072826 - January 23, 2023 Email from E. James to K. Dondl et al. – *Filed Under Seal* | | | | | |
| 10. | FBG_CH1_00093524 - January 30, 2023 Email from E. James to K. Dondl and S. Graham – *Filed Under Seal* | | | | | |
| 11. | FBG_LAM_00624711 - February 3, 2023 Email from A. Brumbergs to K. Dondl – *Filed Under Seal* | | | | | |
| 12. | FBG_CH1_00093660 - September 19, 2023 Email from J. Carey to T. Hoffman, S. Graham, and M. Baker – *Filed Under Seal* | | | | | |

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION |
|---|---|---|---|---|---|---|
| 13. | FBG_CH1_00093647 - October 26, 2023 Email from T. Hoffman to S. Graham – *Filed Under Seal* | | | | | |
| 14. | FBG_CH1_00093638 – Attachment to October 26, 2023 Email from T. Hoffman to S. Graham – *Filed Under Seal* | | | | | |
| 15. | FBG_CH1_00093636 - October 31, 2023 Email from S. Graham to M. Baker – *Filed Under Seal* | | | | | |
| 16. | FBG_LAM_00018069 and FBG_LAM_00018070 - March 6, 2024 Email from V. Melwani to P. James, and attachment to Email – *Filed Under Seal* | | | | | |
| 17. | FBG_CH1_00206939 - Investigation Summary – *Filed Under Seal* | | | | | |
| 18. | FBG_CH1_00045493 - May 24, 2026 Email from K. Ferrier to C. Hagale, M. Uhrin, et al – *Filed Under Seal* | | | | | |
| 19. | FBG_CH1_00044217 - June 23, 2026 Email from M. Uhrin to J. Lula et al. – *Filed Under Seal* | | | | | |
| 20. | FBG_CH1_00206100 - July 15, 2026 Email from K. Ferrier to S. Kwak – *Filed Under Seal* | | | | | |
| 21. | FBG_CH1_00220754 - July 19, 2026 Email from K. Ferrier to S. Ding et al. – *Filed Under Seal* | | | | | |
| 22. | Estate Claims Marketing Process Dataroom Index provided by Debtors' counsel on July 26, 2026 – *Filed Under Seal* | | | | | |
| 23. | FBG_LAM_00736034 and FBG_LAM_00736035 – April 17, 2024 Email from M. Baker to P. James, S. Graham and E. James, and attachment to email – *Filed Under Seal* | | | | | |
| 24. | FBG_LAM_00021866 and FBG_LAM_00021867 – May 28, 2026 Email from M. Baker to P. James, S. Graham, and E. James, and attachment to email – *Filed Under Seal* | | | | | |

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION |
|---|---|---|---|---|---|---|
| 25. | FBG_LAM_00469873 – February 7, 2023 Microsoft Teams Meeting from A. Brumbergs to K. Dondl, E. James, S. Graham and K. Bukkarayasamudram – *Filed Under Seal* | | | | | |
| 26. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | | |
| 27. | Any exhibit listed by any other party | | | | | |
| 28. | Any pleading or other document filed on the docket of these chapter 11 cases | | | | | |

[*Remainder of page intentionally left blank.*]

4916-5687-6481

Dated:  July 27, 2026
Houston, Texas

*/s/ Paul E. Heath*

**VINSON & ELKINS LLP**

Paul E. Heath (TX 09355050)
Matthew D. Struble (TX 24102544)
845 Texas Avenue, Suite 4700
Houston, TX  77002
Tel:  713.758.2222
Email: pheath@velaw.com
        mstruble@velaw.com

**WACHTELL, LIPTON, ROSEN & KATZ**

Emil A. Kleinhaus (admitted *pro hac vice*)
Angela K. Herring (admitted *pro hac vice*)
Michael H. Cassel (admitted *pro hac vice*)
51 West 52nd Street
New York, NY  10019
Tel:  212.403.1332
Email: eakleinhaus@wlrk.com
        akherring@wlrk.com
        mhcassel@wlrk.com

***COUNSEL TO THE LAM PARTIES***

4916-5687-6481

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 27, 2026 I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Paul E. Heath*
One of Counsel

4916-5687-6481