**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|                                        |     |                          |
| -------------------------------------- | --- | ------------------------ |
|                                        | §   |                          |
| **In re:**                             | §   | **Chapter 11**           |
|                                        | §   |                          |
| **FIRST BRANDS GROUP, LLC**, *et al.*, | §   | **Case No. 25-90399 (CML)** |
|                                        | §   |                          |
|                                        | §   | **(Jointly Administered)** |
|                                        | §   |                          |
| **Debtors.**[1]                        | §   |                          |

**DEBTORS' SECOND SUPPLEMENTAL RESPONSE AND OBJECTIONS
TO LAM PARTIES' INTERROGATORY NO. 8**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure (the "Federal Rules"), made applicable to the above-captioned chapter 11 cases (the "Chapter 11 Cases") through Rules 7026, 7033, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Rules for the United States Bankruptcy Court for the Southern District of Texas (the "Local Rules"), the Court's order of July 21, 2026, and other applicable law, First Brands Group, LLC and its debtor affiliates (collectively, the "Debtors"), by and through their undersigned counsel, hereby submit this second supplemental response and objections (the "Second Supplemental Response") to Interrogatory No. 8 set forth in the LAM Parties' First Set of Interrogatories to First Brands in Connection with Plan Confirmation, dated June 24, 2026 (the "Interrogatories," and each specific interrogatory, an "Interrogatory"). The Second Supplemental Response supplements the Debtors' response to Interrogatory No. 8 set forth in the Debtors' Responses and Objections to the LAM Parties' First Set of Interrogatories in Connection with Plan Confirmation, dated July 10, 2026 (the "Responses"), as supplemented by the Debtors' Supplemental Responses and Objections to the LAM Parties' Interrogatory Nos. 5, 6, 8, 10, 14 &

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

16, dated July 22, 2026 (the "Supplemental Responses").  The Reservation of Rights, General Objections, Objections to Instructions, and Objections to Definitions set forth in the Responses and Supplemental Responses are incorporated as if set forth fully herein.

<u>**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 8**</u>

<u>**INTERROGATORY NO. 8**</u>:

**State whether any information has at any time been shared with or otherwise made available to the Ad Hoc Group (or any member thereof) or any participant in the Estate Claims Credit Bid Transaction that in any way relates to the Estate Claims or the value of such Estate Claims that was not made available to all bidders, all potential bidders, or all prospective bidders as part of the Estate Claims Marketing Process. If so, describe such information with particularity.**

<u>**RESPONSE**</u>:

Subject to and without waiving any objections, the Debtors further supplement their Response as follows:  The Debtors respond that to the best of their knowledge, the Debtors have not provided any facts to the Ad Hoc Group—in its capacity as a bidder—that were not made available to interested bidders.  The Debtors have shared draft pleadings in the James and Onset adversary proceedings, in addition to the "Summary of Findings" deck that the Debtors have produced at Bates No. FBG_CH1_00206939, with counsel to the Ad Hoc Group and certain of its members, but not in their capacity as a bidder.  The Debtors have also had meetings and conversations with counsel to the Ad Hoc Group and certain of its members regarding the assessment of Estate Claims, but not in their capacity as a bidder.

Dated:   July 26, 2026
         Houston, Texas

/s/ Clifford W. Carlson

**WEIL, GOTSHAL & MANGES LLP**
Clifford W. Carlson (2490024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:    Clifford.Carlson@weil.com


-and-

Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Robert S. Berezin (admitted *pro hac vice*)
Theodore E. Tsekerides (admitted pro hac vice)
Christine A. Calabrese (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007
Email:    Matt.Barr@weil.com
          Sunny.Singh@weil.com
          Robert.Berezin@weil.com
          Theodore.Tsekerides@weil.com
          Christine.Calabrese@weil.com


*Attorneys for Debtors and Debtors in Possession*

3

**<u>VERIFICATION</u>**

I, Charles M. Moore, am authorized to verify the Second Supplemental Response to Interrogatory No. 8 on behalf of the Debtors in the above-captioned cause of action.  I am the Chief Executive Officer of First Brands Group, LLC, and I have read the LAM Parties' Interrogatory No. 8, as well as the Debtors' second supplemental response and objections thereto.  I either have personal knowledge that the matters stated herein are true, or I am informed and believe that such matters are true and on those grounds, certify that the same are true and correct.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and under the laws of the United States of America that the facts set forth in the Second Supplemental Response to Interrogatory No. 8 are true and correct.

Dated: July 26, 2026

*/s / Charles M. Moore*
Charles M. Moore

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 26, 2026, a true and correct copy of the foregoing document was served upon counsel of record to the LAM Parties via electronic mail.

<u>/s/ *Christine A. Calabrese*</u>
Christine A. Calabrese