**<u>Exhibit 12</u>**

Filed Under Seal