**<u>Exhibit 24</u>**

Filed Under Seal