IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

--------------------------------x

In re:

FIRST BRANDS GROUP, LLC,

et al.,

Chapter 11 Case No. 25-90399 (CML)

(Jointly Administered)

                Debtors.

--------------------------------x


VIDEOTAPED DEPOSITION OF NEAL GOLDMAN
New York, New York
Friday, July 24, 2026
9:32 a.m.


Reported by:
Jennifer Ocampo-Guzman, CRR, CLR
JOB NO. 8332243


Page 1

July 24, 2026

9:32 a.m.

Videotaped Deposition of NEAL GOLDMAN, held at the offices of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York, pursuant to notice, before Jennifer Ocampo-Guzman, a Certified Realtime Shorthand Reporter and Notary Public of the State of New York.

Page 2

A P P E A R A N C E S:


ON BEHALF OF DEBTORS

WEIL GOTSHAL & MANGES, LLP

    767 Fifth Avenue

    New York, New York 10153

BY:   NILI T. MOGHADDAM, ESQ.

    GREGORY BURTON, ESQ.

    SUNNY SINGH, ESQ.

    LOREN FINDLAY, ESQ. (Via Zoom)


ON BEHALF OF KATSUMI SERVICING

MAYER BROWN LLP

    700 Louisiana Street, Suite 3400

    Houston, Texas 77002

BY:  GARY JOHNSON, ESQ.

    RICHARD STIEGLITZ, ESQ.


ON BEHALF OF ING BELGIUM

CLIFFORD CHANCE LLP

    Two Manhattan West

    New York, New York 10001

BY:  JARED QUINN, ESQ. (via Zoom)

APPEARANCES (Continued):


     ON BEHALF OF LAM PARTIES

     WACHTELL LIPTON ROSEN & KATZ

          51 West 52nd Street

          New York, New York 10019

     BY:   ANGELA HERRING, ESQ.


     ON BEHALF OF THE OFFICIAL COMMITTEE OF

     UNSECURED CREDITORS

     BROWN RUDNICK

          Seven Times Square

          New York, New York 10036

     BY:   MATTHEW JANG, ESQ. (via Zoom)

          AUGUST DINWIDDIE, ESQ. (via Zoom)


     ON BEHALF OF THE AD HOC GROUP OF

     CREDITORS AND LENDERS

     GIBSON DUNN

          Seven Times Square

          New York, New York 10036

     BY:   ANNELYSE GAINS, ESQ. (via Zoom)

          NICK ROSSHIRT, ESQ. (via Zoom)


                                   Page 4

APPEARANCES (Continued):


    ON BEHALF OF EVOLUTION

    ELSBERG BAKER & MARURI

        350 Fifth Avenue

        New York, New York 10018

    BY:   ANDREW PARKS, ESQ.


    ON BEHALF OF ONSET

    MILBANK LLP

        55 Hudson Yards

        New York, New York 10001

    BY:   HANNAH BLAZEK, ESQ.

        - and -

    ON BEHALF OF ONSET

    MORRISON & FOERSTER LLP

        250 West 55th Street

        New York, New York 10019

    BY:   ILAYNA GUEVREKIAN, ESQ.

        ALLISON ANKER, ESQ. (via Zoom)

Page 5

GOLDMAN

A.   I did not.

Q.   Did you ever see any written reports, slide decks, big presentations prepared regarding the investigation that A&M or Weil conducted at the direction of the special committee?

A.   I did.

Q.   There's an April 2026 270-slide page deck called Summary of Findings.  Have you seen that before?

A.   I have.

Q.   When was the first time you saw that?

A.   I don't recall.

Q.   In April 2026?

A.   I'm going to guess in April of 2026.

Q.   It wasn't in preparation for today or in the past month or two.

A.   No.

Q.   Was that report presented to the special committee?

A.   Yes.

Q.   In a meeting or not?

Page 57

GOLDMAN

A.    In a meeting, in a Zoom meeting.

Q.    Who presented the deck to the special committee?

A.    Chuck Moore and moi.

Q.    I'm not asking about the communications at the meeting yet, what was the purpose of the meeting?

MS. MOGHADDAM:  Objection to form.

A.    To go over their investigation, what they discovered.

Q.    Other than -- I'm going to call it the April 2026 report.  Other than the April 2026 report, have you seen any other reports, big PowerPoint decks related to the findings of the A&M and Weil investigation teams?

A.    I don't recall.

Q.    The investigation team that Weil and A&M led hand in hand, was that ever completed?  Was the investigation ever completed?

A.    I think it's still ongoing.

Q.    It's still ongoing as we sit here now?

Page 58

GOLDMAN

Q.   Yes or no, did the special committee, in its investigation of possible claims or causes of action that may exist in favor of one or more of the debtors, uncover possible claims that were not included within the estate claims in the current claim?

MS. MOGHADDAM:   Same objection.

A.   Say it one more time?

Q.   Yes or no, did the special committee, in its investigation of possible claims or causes of action that may exist in favor of one or more of the debtors, uncover any claims that were not included within the estate claims?

A.   We may have.

Q.   You don't know?

A.   I don't remember.

Q.   The April 2026 270-page slide deck, does that reflect all possible claims or causes of action that the special committee's investigation uncovered?

A.   At that moment in time.   As I think I said earlier, the investigation is still ongoing, but from that moment in, in April or

Page 101

                    GOLDMAN

whenever that presentation was made, that was all potential causes of action that our advisors had come up with.

Q.   Since the time of that report, what other potential claims or causes of action has the special committee uncovered?

            MS. MOGHADDAM:   Objection.

A.   That is privileged conversation with counsel.

Q.   Are all of those included within the estate claims under the current plan?

            MS. MOGHADDAM:   Same objection.

Q.   Are you going to answer?

A.   I didn't know there was a question. I'm sorry, can you repeat it?

Q.   Sure.

            For any claims that were investigated by the special committee after the April 2026 report, yes or no, are all of those claims included within the estate claims under the current plan?

            MS. MOGHADDAM:   Objection.

A.   I don't know.

Q.   This investigation that's ongoing

Page 102