United States Bankruptcy Court
Southern District of Texas

**ENTERED**
July 27, 2026
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT            SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 25-90399 |
|---|---|---|---|
| Debtor | | In Re: | First Brands Group Holdings, LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Mariah England<br>Stranch, Jennings & Garvey, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>(615) 254-8801  mengland@stranchlaw.com<br>Kentucky 101336 |
|---|---|

| Name of party applicant seeks to appear for: | Creditor/Adversary Plaintiff Francisco Garza |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/26/2026 | Signed: | /s/ Mariah England |
|---|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Signed:  July 27, 2026

_____
Christopher Lopez
United States Bankruptcy Judge