**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 25-90399 (CML) |
| | § | |
| First Brands Group, LLC *et al.*,[1] | § | Chapter 11 |
| | § | |
| Debtors. | § | (Jointly Administered) |

**NOTICE OF XL PARTS, LLC AND THE PARTS HOUSE TPH LLLP INTENT TO
ASSERT RIGHT OF SETOFF AND RECOUPMENT AND RESERVATION OF RIGHTS**

XL Parts, LLC ("XL Parts") and The Parts House THP LLP ("TPH" and together with XL Parts, (the "Creditors"), by and through their undersigned counsel, hereby file this Notice of Intent to Assert, and Assertion of, Rights of Setoff and Recoupment and Reservation of Rights (the "Notice"). In support of this Notice, Creditors respectfully state as follows:

1.      On September 24, 2025 (the "Petition Date"), Global Assets LLC and 12 debtor affiliates filed voluntary petitions for relief under title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") and, commencing on September 28, 2025, FBG and the remaining Debtors each filed with the Court a voluntary case under chapter 11 of the Bankruptcy Code with the Bankruptcy Court.

2.      On June 16, 2026, Debtors filed the Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors [Docket No. 3019] and the Disclosure Statement for Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors [Docket No. 3020].

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

3.      On June 17, 2026, the Debtors filed the Notice of Filing of (I) Solicitation Version of Chapter 11 Plan and Disclosure Statement and (II) Redlines [Docket No. 3021].

4.      Prior to the Petition Date, XL Parts and TPH engaged in transactions with one or more of the Debtors that resulted in valid recoupment or setoff rights relating to returns credits and rebates under applicable non-bankruptcy law and section 553 of the Bankruptcy Code.

5.      Specifically, and without limitation: (a) XL Parts holds one or more claims against CWD, LLC d/b/a Centric Parts, Tricolor Products Corporation, Inc., and International Brake Industries, Inc. on account of shortages and overages, credits (relating to product returns, defective-goods, and pricing credits), and unpaid rebates (collectively, the "XL Parts Claims"), and (b) XL Parts is or may be obligated to the same Debtor entities on account of outstanding trade accounts payable (collectively, the "XL Parts Obligations"). The XL Parts Claims and the XL Parts Obligations are mutual in time (as set forth below) and are between the same parties acting in the same capacity.   The following table sets forth the offsetting XL Parts Claims and XL Parts Obligations to the best of XL Parts knowledge based on its review of documents and relevant information to date, and organized by entity and whether such claims arose prepetition or post-petition:[2]

| Debtor Entity | Period | XL Parts Claims | Debtor Trade Payable (AP) | Net Position |
|---|---|---|---|---|
| CWD, LLC d/b/a Centric Parts | Prepetition | $1,328,218.65 | $1,235,651.33 | Debtor owes XL Parts $92,567.32 |
| Tricolor Products Corporation, Inc. | Prepetition | $60,827.96 | $374,768.52 | XL Parts owes $313,940.56 |
| International Brake Industries, Inc. | Prepetition | ($58.28) | $4,458.34 | XL Parts owes $4,516.62 |
| CWD, LLC d/b/a Centric Parts | Postpetition | $64,297.53 | $126,370.32 | XL Parts owes $62,072.79 |

---

[2]   XL Parts reserves any and all rights with respect to the amounts reflected in this table, including the right to modify such amounts for accuracy or to reflect new information, and XL Parts does not waive any claims, defenses, or other right by including such numbers.

| Debtor Entity | Period | XL Parts Claims | Debtor Trade Payable (AP) | Net Position |
|---|---|---|---|---|
| Tricolor Products Corporation, Inc. | Postpetition | $996.42 | $0.00 | Debtor owes XL Parts $996.42 |

6.      Specifically, and without limitation: (a) TPH holds claims against Tricolor Products Corporation, Inc.; International Brake Industries, Inc.; Cardone Industries, Inc.; and CWD, LLC d/b/a Centric Parts on account of shortages and overages, credits (relating to product returns, defective-goods, and pricing credits), and unpaid rebates (collectively, the "TPH Claims"); and (b) TPH is or may be obligated to the same Debtor entities on account of outstanding trade accounts payable (collectively, the "TPH Obligations"). The TPH Claims and the TPH Obligations are mutual in time (as set forth below) and are between the same parties acting in the same capacity. The following table sets forth the offsetting TPH Claims and TPH Obligations to the best of TPH's knowledge based on its review of documents and relevant information to date, and organized by entity and whether such claims arose prepetition or post-petition:[3]

| Debtor Entity | Period | TPH's Claims | Debtor Trade Payable (AP) | Net Position |
|---|---|---|---|---|
| CWD, LLC d/b/a Centric Parts | Prepetition | $319,549.84 | $1,305,454.91 | TPH owes $985,905.07 |
| Tricolor Products Corporation, Inc. | Prepetition | $8,223.22 | $114,797.82 | TPH owes $106,574.60 |
| Cardone Industries, Inc. | Prepetition | $105,540.66 | $44,933.44 | Debtor owes TPH $60,607.22 |
| International Brake Industries, Inc. | Prepetition | ($28.23) | $2,109.66 | TPH owes $2,137.89 |
| CWD, LLC d/b/a Centric Parts | Postpetition | $6,059.21 | $79,609.84 | TPH owes $73,550.63 |
| Tricolor Products Corporation, Inc. | Postpetition | $0.00 | $2,829.90 | TPH owes $2,829.90 |
| Cardone Industries, Inc. | Postpetition | $1,579.60 | $5,096.93 | TPH owes $3,517.33 |

---

[3]   TPH reserves any and all rights with respect to the amounts reflected in this table, including the right to modify such amounts for accuracy or to reflect new information, and TPH does not waive any claims, defenses, or other right by including such numbers.

| Debtor Entity | Period | TPH's Claims | Debtor Trade Payable (AP) | Net Position |
|---|---|---|---|---|
| International Brake Industries, Inc. | Postpetition | $23.58 | $1,609.28 | TPH owes $1,585.70 |

## ASSERTION AND PRESERVATION OF SETOFF AND RECOUPMENT RIGHTS

7.      By this Notice, the Creditors hereby gives notice of its intent to assert, and hereby asserts and preserves, to the fullest extent permitted by applicable law, its rights of setoff under section 553 of the Bankruptcy Code and its rights of recoupment under applicable non-bankruptcy law, in each case with respect to the Creditor Obligations against the Creditor Claims (collectively, the "Setoff Rights").

8.      This Notice is filed, among other reasons, to satisfy the condition set forth in Section 13.4(b)(D) of the Plan. Section 13.4(b)(D) provides that the plan injunction bars a holder from asserting any right of setoff unless, as relevant here, "*such Entity has timely asserted such setoff right either in a filed proof of Claim, or in another document filed with the Bankruptcy Court explicitly preserving such setoff or that otherwise indicates that such Entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise.*" Accordingly, the Creditors file this Notice as a document filed with the Court that explicitly preserves, and indicates the Creditors' intent to preserve and exercise, its Setoff Rights, in addition to (and without limitation of) any proof of Claim filed by the Creditors.

9.      The Creditors' Setoff Rights are further recognized and preserved by, among other provisions, (a) the Plan's definition of "Cause of Action," which expressly includes "any right of setoff, counterclaim, or recoupment"; (b) the Plan's definitions of "Secured Claim" and "ABL Claims," which recognize claims secured by a right of setoff of the holder thereof in accordance with section 553 of the Bankruptcy Code; (c) Section 9.11 of the Plan (Setoffs and Recoupments); and (d) the provisions of the Plan preserving, for purposes of section 553 of the Bankruptcy Code,

the mutuality of obligations that otherwise existed notwithstanding any transfer of assets to the Litigation Trust or other Trusts.

10.     To the extent the Creditors' claim is secured by its Setoff Rights, the Creditors asserts that such claim constitutes a Secured Claim under the Plan and the Bankruptcy Code.

11.     Accordingly, Creditors assert and intend to pursue and exercise, the following claims, each of which is secured by a right of setoff under sections 553 and 506(a) of the Bankruptcy Code, and each of which is asserted in addition to, and without waiver of, the setoffs and other rights described elsewhere in this Notice:

(a)   XL Parts hereby intends to assert a prepetition claim, secured by a right of setoff, against CWD, LLC d/b/a Centric Parts for not less than $92,567.32,[4] subject to final reconciliation;

(b)   XL Parts hereby intends to assert a postpetition claim, secured by a right of setoff, against Tricolor Products Corporation, Inc., for not less than $996.42, [5] subject to final reconciliation; and

(c) TPH hereby intends to assert a prepetition claim, secured by a right of setoff, against Cardone Industries, Inc. for not less than $60,607.22,[6] subject to final reconciliation.

12.     The Creditors assert that all elements of setoff under section 553 of the Bankruptcy Code are satisfied, including that the debts are mutual and that the Creditors' right of setoff is preserved. To the extent any obligation is subject to recoupment because it arises from the same transaction or occurrence as the corresponding obligation, the Creditors assert recoupment as an

---

[4]   XL Parts reserves any and all rights with respect to the amount listed, including the right to modify such amounts for accuracy or to reflect new information, and XL Parts does not waive any claims, defenses, or other right by including such numbers.

[5]   XL Parts reserves any and all rights with respect to the amount listed, including the right to modify such amounts for accuracy or to reflect new information, and XL Parts does not waive any claims, defenses, or other right by including such numbers.

[6]   TPH reserves any and all rights with respect to the amount listed, including the right to modify such amounts for accuracy or to reflect new information, and TPH does not waive any claims, defenses, or other right by including such numbers.

independent and alternative basis for reducing or extinguishing the mutual obligations, which recoupment rights are not subject to the limitations of section 553.

## **RESERVATION OF RIGHTS**

13.     The Creditors expressly reserves all of its rights, claims, defenses, and remedies, and nothing in this Notice shall be construed as, or is intended to be, a waiver, release, limitation, or impairment of any such rights. Without limiting the generality of the foregoing, the Creditors reserve the right to: (a) amend, supplement, or modify this Notice and any proof of Claim filed by the Creditors, including to adjust the identity of the applicable Debtor(s), the nature, basis, and amount of the Creditors' Claims and the Creditors' Obligations, and the amount of any setoff or recoupment asserted; (b) assert, exercise, or perfect their Setoff Rights at any time and in any amount permitted by applicable law, whether before or after confirmation of the Plan and whether or not quantified herein; (c) assert setoff and/or recoupment as a defense, counterclaim, or affirmative claim in any proceeding, including any Cause of Action asserted against the Creditors by the Debtors, the Litigation Trust, or any other party; and (d) assert any and all defenses available under section 558 of the Bankruptcy Code and applicable non-bankruptcy law.

14.     The amounts set forth in this Notice are estimates as of the date hereof, are provided for notice purposes only, and are not intended to fix, cap, or limit the amount of the Creditors' Setoff Rights, the Creditors' Claims, or the Creditors Obligations. The filing of this Notice is not, and shall not be deemed to be or construed as: (a) an admission as to the validity, priority, amount, or enforceability of any claim or obligation; (b) a waiver of, or election among, the Creditors' rights of setoff, recoupment, or any other right or remedy; (c) a waiver of the Creditors' right to seek relief from the automatic stay to the extent applicable; (d) a waiver of any right to a jury trial

or to have any matter heard in any particular forum; (e) consent to the jurisdiction of the Court for any purpose other than as set forth herein.

Dated: July 27, 2026

Respectfully submitted,

By: */s/ Raneen Abdelghani*
Jarrod B. Martin
Texas Bar No. 24070221
Michael K. Riordan
Texas Bar No. 24070502
Bradley Arant Boult Cummings LLP
600 Travis, Suite 5600
Houston, TX 77002
D: 713.576.0388
F: 713.576.0301
E: jbmartin@bradley.com
   mriordan@bradley.com

-and-

Raneen Abdelghani
Texas Bar No. 24140759
1445 Ross Avenue, Suite 3600
Dallas, TX 75202
D: 214.257.9844
F: 214.939.8787
E: rabdelghani@bradley.com

***Counsel for XL Parts, LLC and The Parts House THP LLP***

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 27, 2026, a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.


*/s/ Raneen Abdelghani*
Raneen Abdelghani