*MB Draft 7/27/2026*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**KATSUMI SERVICING, LLC'S AMENDED WITNESS AND EXHIBIT LIST**
**FOR JULY 28, 2026 HEARING**

Katsumi Servicing, LLC along with certain related parties (collectively, "Katsumi") files this Witness and Exhibit List for the hearing scheduled for **July 28, 2026, at 9:00 a.m. Central Time** (or as such hearing may be continued or rescheduled, the "Hearing").  Katsumi reserves the right to further supplement or amend this Witness and Exhibit List at any time prior to or during the Hearing.

**WITNESSES**

Katsumi reserves the right to examine any witness who has been listed on the witness list of any party.

In addition, Katsumi may call any of the following witnesses at the Hearing, either via transcript or sworn testimony or live:

1.  Christopher Moffatt; Senior Director, Alvarez & Marsal;

2.  Michael Malloy; Managing Director, Alvarez & Marsal;

3.  Kerri Palen, Senior Director, Alvarez & Marsal;

4.  Daniel Jerneycic; co-Chief Restructuring Officer;

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

5. Neal Goldman, Independent Director, Debtors

6. Robert Winning, M3 Advisory Partners, LP-  UCC FRCP 30(b)(6) Witness

7. Any witnesses necessary to authenticate a document;

8. Any witness called or designated by any other party; and

9. Any witnesses necessary to rebut the evidence or testimony of any witnesses offered or

designated by any other party.

## EXHIBITS

Katsumi may elect to offer in evidence at the Hearing Exhibits 14, 15, 20, 21, 26-31, 32

and 33, set forth below.  Katsumi may use any of the remainder for impeachment (which will not

be offered in evidence), as well as other impeachment evidence necessitated by testimony:

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Transcript for June 12, 2026 Hearing on U.S. Trustee's Motion to Dismiss | | | | |
| 2. | Transcript for July 20, 2026 Hearing on LAM Parties' and Katsumi Servicing's Emergency Motions to Compel Production of Documents | | | | |
| 3. | Transcript for July 21, 2026 Oral Ruling on LAM Parties' and Katsumi's Motions to Compel | | | | |
| 4. | Transcript of Deposition of Michael Malloy on February 11, 2026 **[FILED UNDER SEAL]** | | | | |
| 5. | Transcript of Deposition of Tyler Cowan on November 3, 2025 **[FILED UNDER SEAL]** | | | | |
| 6. | Transcript of Deposition of Christopher Moffatt on July 21, 2026 **[FILED UNDER SEAL]** | | | | |

| 7. | Transcript of Deposition of Michael Malloy on July 22, 2026 **[FILED UNDER SEAL]** | | | | |
|---|---|---|---|---|---|
| 8. | Transcript of Deposition of Charles Moore on July 23, 2026 **[FILED UNDER SEAL]** | | | | |
| 9. | Transcript of Deposition of Marc Kirschner on July 24, 2026 **[FILED UNDER SEAL]** | | | | |
| 10. | Transcript of Deposition of Neal Goldman on July 24, 2026 **[FILED UNDER SEAL]** | | | | |
| 11. | Transcript of Deposition of Robert Winning on July 24, 2026 **[FILED UNDER SEAL]** | | | | |
| 12. | Transcript of Deposition of Charles Moore on July 26, 2026 **[FILED UNDER SEAL]** | | | | |
| 13. | Transcript of Deposition of Kerri Palen on July 26, 2026 **[TO BE FILED UNDER SEAL]**[2] | | | | |
| 14. | Sealed Examiner's Report (Dkt. No. 2479) **[FILED UNDER SEAL]** | | | | |
| 15. | Examiner's Report (Dkt. No. 2538) | | | | |
| 16. | First Interim Fee Application of Weil, Gotshal & Manges LLP, Attorneys for the Debtors, for the Period from September 29, 2025 to December 31, 2025 (Dkt. No. 1948) | | | | |
| 17. | Second Interim Fee Application of Weil, Gotshal & Manges LLP, Attorneys for the Debtors, for the Period from January 1, 2026 to March 31, 2026 (Dkt. No. 2916) | | | | |
| 18. | First Interim Fee Application of Alvarez and Marsal North America, LLC, Financial Advisor | | | | |

[2] The deposition of Kerri Palen commenced on July 27, 2026 and remains ongoing at the time of this filing. We reserve the right to designate this transcript upon the completion of the deposition and availability of the transcript.

| | | | | | |
|---|---|---|---|---|---|
| | for the Debtors, for the Period from September 29, 2025 to December 31, 2025 (Dkt. No. 1949) | | | | |
| 19. | Second Interim Fee Application of Alvarez and Marsal North America, LLC, Financial Advisor for the Debtors, for the Period from January 1, 2026 to March 31, 2026 (Dkt. No. 2917) | | | | |
| 20. | Debtor's Responses and Objections to Katsumi's First Request for Production | | | | |
| 21. | Debtor's Responses and Objections to Katsumi's First Set of Interrogatories (Dkt. No. 3211) | | | | |
| 22. | Docket Sheet for *In re Tribune Company, et al.*, Case No. 08-13141 (Bankr. D. Del.) | | | | |
| 23. | Exhibit B to Marc S. Kirschner's Expert Declaration Supporting Viability and Recoverability of First Brands' Estate Claims (Dkt. No. 3190-2) | | | | |
| 24. | FBG - Katsumi Notice of Deposition of Kirschner | | | | |
| 25. | Docket Report, *In re First Brands LLC* – Case No. 25-90399 | | | | |
| 26. | Katsumi- First Brands - Receivables Purchase Agreement **[FILED UNDER SEAL]** | | | | |
| 27. | Katsumi Second Amendment to RPA **[FILED UNDER SEAL]** | | | | |
| 28. | Katsumi Third Amendment and Joinder to RPA **[FILED UNDER SEAL]** | | | | |
| 29. | First Joinder to Katsumi - First Brands RPA [Execution Copy] **[FILED UNDER SEAL]** | | | | |
| 30. | First Brands - Katsumi - True Sale Opinion **[FILED UNDER SEAL]** | | | | |

4

| 31. | Sample Purchase Order - FBG_KATSUMI_00147418 **[FILED UNDER SEAL]** | | | | |
|---|---|---|---|---|---|
| 32. | Tribune Litigation Trustee - Final Report | | | | |
| 33. | Tribune - Notice of Valuation | | | | |
| 34. | First Brands Group, LLC Summary of Findings April 2026 (FBG_CH1_00206939) [**FILED UNDER SEAL**] | | | | |
| 35. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |
| 36. | Any exhibit listed by any other party | | | | |
| 37. | All rebuttal exhibits | | | | |
| 38. | Any pleading or other document filed on the docket of these chapter 11 cases | | | | |

## **Reservation of Rights**

Katsumi reserves the right to use and/or present demonstratives for any purpose.  Katsumi also reserves the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing lists of witnesses and exhibits as appropriate.  Katsumi further reserves the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other party in interest, and (ii) any pleading, hearing transcript, order, or other document filed with the Court in the chapter 11 cases and/or associated adversary proceedings.

Dated: July 27, 2026

Respectfully submitted

/s/ Charles S. Kelley

**MAYER BROWN LLP**
Charles S. Kelley (TX Bar No. 11199580)
700 Louisiana Street, Suite 3400
Houston, Texas 77002
Telephone: (713) 238-3000
Email: ckelley@mayerbrown.com

Sean T. Scott (admitted *pro hac vice*)
Kyle J. TumSuden (admitted *pro hac vice*)
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Email: stscott@mayerbrown.com
        ktumsuden@mayerbrown.com

Richard A. Stieglitz (admitted *pro hac vice*)
Lauren C. Blanchard (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Email: rstieglitz@mayerbrown.com
        lblanchard@mayerbrown.com

*Counsel to Katsumi Servicing, LLC*

## CERTIFICATE OF SERVICE

I certify that on July 27, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system to be served upon all parties receiving electronic notice via ECF.

/s/ Charles S. Kelley

Charles S. Kelley