**EXHIBIT A**

**PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re<br><br>FIRST BRANDS GROUP, LLC *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**ORDER GRANTING ONSET FINANCIAL, INC.'S MOTION IN LIMINE TO EXCLUDE**
**THE DECLARATION OF MARC S. KIRSCHNER AND PRECLUDE HIS TESTIMONY**

Upon *Onset Financial, Inc.'s Motion in Limine to Exclude the Declaration of Marc S. Kirschner and Preclude His Testimony* (the "Motion")[2] seeking entry of an order excluding the *Declaration of Marc S. Kirschner* [Dkt No. 3190] (the "Kirschner Declaration") and precluding his testimony at the Confirmation Hearing (the "Confirmation Hearing") commencing July 28, 2026; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands/. The Debtors' service address for these chapter 11 cases (the "Chapter 11 Cases") is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]   Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. Onset's Motion is **GRANTED** as set forth herein.

2. The Kirschner Declaration is excluded in its entirety and shall not be admitted into evidence at the Confirmation Hearing or considered for any purpose in connection with the confirmation of the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* [Dkt. No. 3019].

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.


Signed on _____, 2026


_____
Christopher M. Lopez
United States Bankruptcy Judge

2