<u>**EXHIBIT B**</u>

**July 24, 2026 Kirschner Deposition Transcript (Excerpted)**

**FILED UNDER SEAL**