**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**AGENDA OF MATTERS SET FOR HEARING IN CONNECTION WITH
CONFIRMATION ON JULY 28, 2026 AT 9:00 A.M. (PREVAILING CENTRAL TIME)**

> **A HEARING WILL BE CONDUCTED ON THESE MATTERS ON JULY 28, 2026, AT 9:00 A.M. (PREVAILING CENTRAL TIME) IN COURTROOM 402, 4TH FLOOR, 515 RUSK AVENUE, HOUSTON, TX 77002.**
>
> **YOU MAY PARTICIPATE IN THE HEARING EITHER IN PERSON OR BY AN AUDIO AND VIDEO CONNECTION.**
>
> **AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT 1-832-917-1510. ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER. JUDGE LOPEZ'S CONFERENCE ROOM NUMBER IS 590153. VIDEO COMMUNICATION WILL BE BY USE OF THE GOTOMEETING PLATFORM. CONNECT VIA THE FREE GOTOMEETING APPLICATION OR CLICK THE LINK ON JUDGE LOPEZ'S HOME PAGE. THE MEETING CODE IS "JUDGELOPEZ." CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.**
>
> **HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF BOTH ELECTRONIC AND IN-PERSON HEARINGS. TO MAKE YOUR APPEARANCE, CLICK THE "ELECTRONIC APPEARANCE" LINK ON JUDGE LOPEZ'S HOME PAGE. SELECT THE CASE NAME, COMPLETE THE REQUIRED FIELDS, AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE.**

First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby file this

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

agenda of Matters Set for Hearing on **July 28, 2026 at 9:00 a.m. (Prevailing Central Time)** before the Honorable Christopher M. Lopez.

**UNCONTESTED MATTERS GOING FORWARD:**

1. **Retiree Benefits Modification Motion**

   a. Emergency Motion of Debtors for Order (I) Authorizing Debtors to Modify Retiree Benefits and (II) Granting Related Relief **(Docket No. 3194)**

      Status:   The Debtors have reached a resolution with each of the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, and the Non-Union Retiree Committee.  The Debtors intend to file a revised proposed order reflecting the global settlement.

      Responses Filed:

      A.   The Pension Benefit Guaranty Corporation's Statement Regarding the Debtors' Emergency Motion for an Order Authorizing the Modification of Retiree Benefits **(Docket No. 3315)**

      B.   Objection of the Official Committee of Non-Union Retirees to Emergency Motion of Debtors for Order (I) Authorizing Detors to Modify Retiree Benefits and (II) Granting Related Relief **(Docket No. 3388)**

      Related Documents:

      C.   Declaration of Nicholas Haughey in Support of Emergency Motion of Debtors for Order (I) Authorizing Debtors to Modify Retiree Benefits and (II) Granting Related Relief **(Docket No. 3195)**

      D.   Notice of Emergency Hearing on Debtors' Motion to Modify Retiree Benefits **(Docket No. 3233)**

      E.   Debtors' Witness and Exhibit List for Retiree Benefits Modification Hearing on July 28, 2026 **(Docket No. 3406)**

      F.   Debtors' Exhibit Nos. 51-98 in Connection with Debtors' Witness and Exhibit List for Retiree Benefits Modification Hearing on July 28, 2026 **(Docket No. 3407)**

      G.   Sealed Exhibits in Connection With Debtors' Witness and Exhibit List for Retiree Benefits Modification Hearing on July 28, 2026 **(Docket No. 3408)**

**CONTESTED MATTERS GOING FORWARD:**

1. **Confirmation of Chapter 11 Plan and Final Approval of Disclosure Statement**

   a. Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors **(Docket No. 3019)**

   b. Disclosure Statement for Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors (**Docket No. 3020**)

   Status:      This matter is going forward.

   Objections, Briefs, Declarations, and Replies in Support:

   A. Declaration of Charles M. Moore in Support of Confirmation of FBG Debtors' Chapter 11 Plan **(Docket No. 3188)**

   B. Declaration of Marc S. Kirschner **(Docket No. 3190)**

   C. Declaration of Alex Orchowski of Kroll Restructuring Administration LLC Regarding the (I) Solicitation of Votes and Tabulation of Ballots Cast on the Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors and (II) Solicitation and Collection of Third-Party Release Opt-In Elections Made Through Ballots, Third-Party Release Opt-In Forms, and Preference Settlement Opt-In Forms **(Docket No. 3351)**

   D. Objection of the Texas Taxing Authorities to the Joint Chapter 11 Plan of First Brands Group, Inc. and Certain Affiliated Debtors (Doc 3019) **(Docket No. 3228)**

   E. Limited Objection of PrimeRevenue, Inc. to Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors **(Docket No. 3249)**

   F. Limited Objection and Reservation of Rights of UAW and USW to Confirmation of Chapter 11 Plan **(Docket No. 3250)**

   G. Objection of the Official Committee of Non-Union Retirees to Confirmation of the Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors **(Docket No. 3258)**

   H. LAM Parties' Objection to Confirmation of Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors **(Docket No. 3262)**

3

I. Aequum Capital Financial II LLC's (I) Objection to Confirmation of the Debtors' Revised Joint Chapter 11 Plan and (II) Reservation of Setoff and Related Rights **(Docket No. 3263)**

J. Evolution's Objection to Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors **(Docket No. 3265)**

K. United States Trustee's Objection to (I) Final Approval of Disclosure Statement, (II) Confirmation of the Plan and (III) Request for Order Converting Cases **(Docket No. 3267)**

L. Limited Objection of LBA RV-Company XVII, LP to Confirmation of Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors **(Docket No. 3268)**

M. UMB Bank, N.A.'s Joinder to Aequum Capital Financial II LLC's (I) Objection to Confirmation of the Debtors' Revised Joint Chapter 11 Plan and (II) Reservation of Setoff and Related Rights **(Docket No. 3269)**

N. Preliminary Objection of Katsumi Servicing, LLC to (I) Confirmation of Joint Chapter 11 Plan and (II) Final Approval of Disclosure Statement **(Docket No. 3271)**

O. Objection of Orbian Corporation and Orbian Financial Services XXVI LLC to Joint Chapter 11 Plan of First Brands Group LLC and Certain Affiliated Debtors and to Related Disclosure Statement **(Docket No. 3272)**

P. Garza WARN Plaintiffs' Objection to Final Approval of the Disclosure Statement and Confirmation of Debtors' Chapter 11 Plan **(Docket No. 3273)**

Q. Carnaby Secured Lenders' Objection to Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors **(Docket No. 3274)**

R. Objection of Total Quality Logistics, LLC to Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors Dated June 16, 2026 and Disclosure Statement Dated June 17, 2026 **(Docket No. 3275)**

S. Objection of Patrick James and Related Entities to Confirmation of Joint Plan of First Brands Group, LLC and Certain Affiliated Debtors [Dkt. 3021] **(Docket No. 3276)**

T. Onset Financial, Inc.'s Objection to (I) Confirmation of the Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors and (II) Final Approval of the Disclosure Statement **(Docket No. 3277)**

4

U.   Trustee Ronald J. Sommers' (I) Objection to Chapter 11 Debtors' Joint Plan and Final Approval of Disclosure Statement; and (II) Joinder in Evolution's Objection **(Docket No. 3278)**

V.   Joinder of Arab Banking Corporation B.S.C. in the Objections of Katsumi Servicing, LLC and the LAM Parties to Confirmation of Joint Chapter 11 Plan and Final Approval of Disclosure Statement **(Docket No. 3279)**

W.   Joinder of ING Belgium S.A./N.V. in the Objections of Katsumi Servicing, LLC and the LAM Parties to Final Approval of Disclosure Statement, Confirmation of Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors, and Related Relief **(Docket No. 3280)**

X.   Limited Objection of the Texas Commission on Environmental Quality to the Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors **(Docket No. 3285)**

Y.   Oracle America, Inc.'s Objection and Reservation of Rights Regarding the Debtors' Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors **(Docket No. 3287)**

Z.   Objection of Maria Tapia, Giancarlo Hernandez, Chad Compton, Kyle Bennett, and Brittany Johnson, Individually and on Behalf of a Putative Class of Similarly Situated Former Employees of the Debtors, to the Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors and Notice of Joinder in the United States Trustee's Objection **(Docket No. 3291)**

AA.   The Texas Comptroller of Public Accounts, Revenue Accounting Division's Objection to Confirmation of Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors **(Docket No. 3313**)

BB.   Limited Objection and Reservation of Rights of BPP Cannonball Park A LP fka BPP Shiraz Park A LP to Confirmation of Plan **(Docket No. 3317)**

CC.   Joinder and Objection of First-Citizens Bank & Trust Company to Confirmation of the Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors **(Docket No. 3319)**

DD.   Objection of the Chubb Companies to Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors **(Docket No. 3384)**

EE.   Supplemental Objection of LAM Parties and Katsumi Servicing, LLC to Confirmation of Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors **(Docket No. 3416)**

FF.  FBG Debtors' Memorandum of Law in Support of (I) Final Approval of the Disclosure Statement and (II) Confirmation of Joint Chapter 11 Plan **(Docket No. 3426)**

GG.  FBG Debtors' Omnibus Reply to Objections to (I) Final Approval of the Disclosure Statement and (II) Confirmation of Joint Chapter 11 Plan **(Docket No.3433)**

<u>Related Documents</u>:

HH.  Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan, (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing, (III) Establishing Solicitation and Voting Procedures, (IV) Establishing Administrative Expense Claims Consent Program Notice and Opt-In Procedures, (V) Establishing Preference Settlement Notice and Opt-In Procedures, (VI) Establishing Notice and Objection Procedures for Confirmation of Plan, and (VII) Granting Related Relief **(Docket No. 2990)**

II.  Notice of (I) Conditional Approval of Disclosure Statement (II) Approval of (A) Solicitation and Voting Procedures, (B) Administrative Expense Claims Consent Program Opt-In Procedures, (C) Preference Settlement Opt-In Procedures, (III) Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation of Plan, and (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan **(Docket No. 3004)**

JJ.  Notice of Filing of (I) Solicitation Versions of Chapter 11 Plan and Disclosure Statement and (II) Redlines **(Docket No. 3021)**

KK.  Notice of Filing of (I) Plan Supplement and (II) Liquidation Analysis **(Docket No. 3046)**

LL.  Notice of (I) Filing of Plan Supplement and Liquidation Analysis, (II) Combined Objection Deadline for Final Approval of Disclosure Statement and Plan, and (III) Related Deadlines **(Docket No. 3049)**

MM.  Stipulation Authorizing Deemed Filing of Claims by Katsumi and Allowing Claims of Katsumi Solely for Voting Purposes **(Docket No. 3071)**

NN. Affidavit of Publication of Notice of (I) Conditional Approval of Disclosure Statement (II) Approval of (A) Solicitation and Voting Procedures, (B) Administrative Expense Claims Consent Program Opt-In Procedures, (C) Preference Settlement Opt-In Procedures, (III) Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation of Plan, and (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan **(Docket No. 3087)**

OO. Affidavit of Service of Plan Supplement **(Docket No. 3124)**

PP. Stipulation and Agreed Order between the FBG Debtors and the Raistone Facility Participants Temporarily Allowing Claims of Raistone Facility Participants Solely for Voting Purposes Pursuant to Rule 3018(a)(4) of the Federal Rules of Bankruptcy Procedure **(Docket No. 3154)**

QQ. Stipulation Authorizing Deemed Filing of Claims by GLAS Trust Company LLC, as Administrative Agent for the Carnaby II and III Secured Lenders, and Allowing Claims Solely for Voting Purposes Pursuant to Bankruptcy Rule 3018 **(Docket No. 3199)**

RR. Stipulation Authorizing Deemed Filing of Claims by LAM TFG and Allowing Claims of LAM TFG Solely for Voting Purposes **(Docket No. 3220)**

SS. PrimeRevenue, Inc.'s Notice of Intent to Adduce Testimony from a Remote Location by Telephone and Video Technology **(Docket No. 3251)**

TT. Stipulation and Agreed Order between FBG Debtors and PBGC **(Docket No. 3283)**

UU. Affidavit of Supplemental Service of Solicitation Materials **(Docket No. 3346)**

VV. Affidavit of Service of Solicitation Materials **(Docket No. 3347)**

WW. Debtors' Witness and Exhibit List for Combined Hearing on July 28, 2026 **(Docket No. 3354)**

XX. Ad Hoc Group's Witness and Exhibit List for Hearing on July 28, 2026 **(Docket No. 3355)**

YY. U.S. Trustee's Witness and Exhibit List **(Docket No. 3356)**

ZZ. Aequum Capital Financial II LLC's Witness and Exhibit List for Hearing on July 28, 2026 **(Docket No. 3357)**

7

AAA.   SEALED Patrick James' Witness and Exhibit List for Combined Hearing on July 28, 2026 **(Docket No. 3358)**

BBB.   Carnaby Secured Lenders' Updated Witness and Exhibit List for Hearing on July 28, 2026 **(Docket No. 3359)**

CCC.   Orbian Corporation and Orbian Financial Services XXVI LLC's Witness and Exhibit List for Hearing on July 28, 2026 **(Docket No. 3360)**

DDD.   SEALED Carnaby Secured Lenders' Updated Witness and Exhibit List for Hearing on July 28, 2026 **(Docket No. 3361)**

EEE.   LAM Parties' Witness and Exhibit List for Hearing Scheduled for July 28, 2026 at 9:00 A.M. (Central Time) **(Docket No. 3362)**

FFF.   Patrick James' Witness and Exhibit List for Confirmation Hearing Scheduled for July 28, 2026 **(Docket No. 3363)**

GGG.   SPV Debtors' Trustee Ronald J. Sommers' Witness and Exhibit List **(Docket No. 3364)**

HHH.   Katsumi Servicing, LLC's Witness and Exhibit List for July 28, 2026 Hearing **(Docket No. 3365)**

III.   Debtors' Exhibit Nos. 14–58 in Connection with Debtors' Witness and Exhibit List for Combined Hearing on July 28, 2026 **(Docket No. 3366)**

JJJ.   Evolution's Witness and Exhibit List for the Combined Hearing Scheduled on July 28, 2026 **(Docket No. 3367)**

KKK.   The Official Committee of Unsecured Creditors' Witness and Exhibit List for July 28, 2026 Hearing **(Docket No. 3368)**

LLL.   SEALED Evolution's Notice of Filing Certain Exhibits for the Hearing Scheduled on July 28, 2026 **(Docket No. 3369)**

MMM.   Debtors' Exhibit Nos. 59–90 in Connection with Debtors' Witness and Exhibit List for Combined Hearing on July 28, 2026 **(Docket No. 3370)**

NNN.   Onset Financial, Inc.'s Witness and Exhibit List for Hearing on July 28, 2026 **(Docket No. 3371)**

OOO.   SEALED Onset Financial, Inc.'s Witness and Exhibit List for Hearing on July 28, 2026 **(Docket No. 3373)**

PPP.   Debtors' Exhibit Nos. 91–135 in Connection with Debtors' Witness and Exhibit List for Combined Hearing on July 28, 2026 **(Docket No. 3376)**

QQQ. Debtors' Exhibit Nos. 136–137 in Connection with Debtors' Witness and Exhibit List for Combined Hearing on July 28, 2026 **(Docket No. 3382)**

RRR. Debtors' Exhibit Nos. 138–141 in Connection with Debtors' Witness and Exhibit List for Combined Hearing on July 28, 2026 **(Docket No. 3385)**

SSS. Katsumi Servicing, LLC's Witness and Exhibit List for July 28, 2026 Hearing - Additional Exhibits 1–17 **(Docket No. 3386)**

TTT. Katsumi Servicing, LLC's Witness and Exhibit List for July 28, 2026 Hearing - Additional Exhibits 22–29 **(Docket No. 3387)**

UUU. Katsumi Servicing, LLC's Witness and Exhibit List for July 28, 2026 Hearing - Additional Exhibits 30–33 **(Docket No. 3390)**

VVV. Debtors' Exhibit Nos. 142–174 in Connection with Debtors' Witness and Exhibit List for Combined Hearing on July 28, 2026 **(Docket No. 3391)**

WWW. Katsumi Servicing, LLC's Witness and Exhibit List for July 28, 2026 Hearing - Additional Exhibits 34–47 **(Docket No. 3392)**

XXX. Katsumi Servicing, LLC's Witness and Exhibit List for July 28, 2026 Hearing - Additional Exhibits 48–88 **(Docket No. 3393)**

YYY. SEALED Katsumi Servicing, LLC's Witness and Exhibit List for July 28, 2026 Hearing **(Docket No. 3394)**

ZZZ. Debtors' Exhibit Nos. 175–179 in Connection with Debtors' Witness and Exhibit List for Combined Hearing on July 28, 2026 **(Docket No. 3395)**

AAAA. Debtors' Exhibit Nos. 180–231 in Connection with Debtors' Witness and Exhibit List for Combined Hearing on July 28, 2026 **(Docket No. 3396)**

BBBB. SEALED Sealed Exhibit Nos. 29–45 in Connection with Debtors' Witness and Exhibit List for Combined Hearing on July 28, 2026 **(Docket No. 3399)**

CCCC. SEALED Sealed Exhibit Nos. 46–54 in Connection with Debtors' Witness and Exhibit List for Combined Hearing on July 28, 2026 **(Docket No. 3400)**

DDDD.  SEALED Sealed Exhibit No. 55 in Connection with Debtors' Witness and Exhibit List for Combined Hearing on July 28, 2026 **(Docket No. 3401)**

EEEE.  SEALED Sealed Exhibit Nos. 56 in Connection with Debtors' Witness and Exhibit List for Combined Hearing on July 28, 2026 **(Docket No. 3402)**

FFFF.  SEALED Sealed Exhibit Nos. 57–154 in Connection with Debtors' Witness and Exhibit List for Combined Hearing on July 28, 2026 **(Docket No. 3403)**

GGGG.  SEALED Sealed Exhibit No. 160 (Parts 1–6) in Connection with Debtors' Witness and Exhibit List for Combined Hearing on July 28, 2026 **(Docket No. 3404)**

HHHH.  SEALED Sealed Exhibit No. 160 (Parts 7–10) – 231 in Connection with Debtors' Witness and Exhibit List for Combined Hearing on July 28, 2026 **(Docket No. 3405)**

IIII.  Debtors' Exhibit No. 159 in Connection with Debtors' Witness and Exhibit List for Combined Hearing on July 28, 2026**(Docket No. 3409**)

JJJJ.  Supplement to Evolution's Witness and Exhibit List for the Combined Hearing Scheduled on July 28, 2026 **(Docket 3418)**

KKKK.  Notice of Filing of Confirmation Order **(Docket No. 3439**)

## MATTER REQUESTED TO GO FORWARD:

1. **DIP Forbearance Stipulation**

   a. Stipulation and Agreed Order Regarding Forbearance from the Exercise of Remedies Arising from the Occurrence of the Maturity Date Under the DIP Credit Agreement **(Docket No. 3434)**

   Status:  The Debtors request the Court enter the DIP Forbearance Stipulation.

   Responses Filed:  None to date.

   Related Documents:

   A.  Final DIP Order **(Docket No. 608)**

   B.  Senior Secured Superpriority Debtor-in-Possession Credit Agreement **(Docket No. 289-1)**

**CONTESTED EVIDENTIARY MOTIONS:**

1. **Patrick James' Motion to Exclude Debtors Declarations in Support of Confirmation**

   a. Emergency Motion of Patrick James and the Related Entities to Exclude Portions of Declaration of Charles M. Moore [Dkt. 3188] and Entire Declaration of Marc S. Kirschner [Dkt. 3190] **(Docket No. 3289)**

      Status:     This motion has not been set for hearing.

      Responses Filed:

      A. Debtors' Opposition to Emergency Motion of Patrick James and the Related Entities to Exclude Portions of Declaration of Charles M. Moore and Entire Declaration of Marc S. Kirschner **(Docket No. 3414)**

      Related Documents:

      B. Debtors' Witness and Exhibit List for Combined Hearing on July 28, 2026 **(Docket No. 3354)**

      C. Ad Hoc Group's Witness and Exhibit List for Hearing on July 28, 2026 **(Docket No. 3355)**

      D. U.S. Trustee's Witness and Exhibit List **(Docket No. 3356)**

      E. Aequum Capital Financial II LLC's Witness and Exhibit List for Hearing on July 28, 2026 **(Docket No. 3357)**

      F. SEALED Patrick James' Witness and Exhibit List for Combined Hearing on July 28, 2026 **(Docket No. 3358)**

      G. Carnaby Secured Lenders' Updated Witness and Exhibit List for Hearing on July 28, 2026 **(Docket No. 3359)**

      H. Orbian Corporation and Orbian Financial Services XXVI LLC's Witness and Exhibit List for Hearing on July 28, 2026 **(Docket No. 3360)**

2. **Katsumi and LAM Parties' Emergency Motion in Limine**

   b. Katsumi Servicing, LLC's and LAM Parties' Emergency Motion In Limine to Exclude Expert Declaration and Testimony of Marc S. Kirschner **(Docket No. 3427)**

      Status:     This motion has not been set for hearing.

Dated: July 27, 2026
     Houston, Texas

                                    */s/  Clifford W. Carlson*
                                    WEIL, GOTSHAL & MANGES LLP
                                    Gabriel A. Morgan (24125891)
                                    Clifford W. Carlson (24090024)
                                    700 Louisiana Street, Suite 3700
                                    Houston, Texas 77002
                                    Telephone:  (713) 546-5000
                                    Facsimile:  (713) 224-9511
                                    Email:   gabriel.morgan@weil.com
                                                 clifford.carlson@weil.com

                                    -and-

                                    WEIL, GOTSHAL & MANGES LLP
                                    Matthew S. Barr (admitted *pro hac vice*)
                                    Sunny Singh (admitted *pro hac vice*)
                                    Andriana Georgallas (admitted *pro hac vice*)
                                    Kevin Bostel (admitted *pro hac vice*)
                                    Jason H. George (admitted *pro hac vice*)
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone:  (212) 310-8000
                                    Facsimile:  (212) 310-8007
                                    Email:   matt.barr@weil.com
                                             sunny.singh@weil.com
                                             andriana.georgallas@weil.com
                                             kevin.bostel@weil.com
                                             jason.george@weil.com

                                    *Attorneys for Debtors*
                                    *and Debtors in Possession*

**<u>Certificate of Service</u>**

I hereby certify that on July 27, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                              */s/  Clifford W. Carlson*
                                                              Clifford W. Carlson