**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| FIRST BRANDS GROUP, LLC, *et al.*, | ) | Case No. 25-90399 (CML) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**EVOLUTION'S CORRECTED WITNESS AND EXHIBIT LIST
FOR THE COMBINED HEARING SCHEDULED ON JULY 28, 2026**

Evolution Credit Partners ("Evolution")[2] files this Corrected Witness and Exhibit List for

the Combined Hearing scheduled on July 28, 2026, at 9:00 a.m. (prevailing Central Time).

**Witnesses**

1.      Any witness called or listed by any other party in interest; and

2.      Impeachment witnesses, as necessary.

**Exhibits**

Evolution may elect to offer in evidence Exhibit Nos. 9-11, 14-26, 29-34, 36, 38, 40-49,

and 51, set forth below.  Evolution may use any of the remainder for impeachment (which will not

be offered in evidence), as well as other impeachment evidence necessitated by testimony.  For the

avoidance of doubt, the impeachment materials referenced below are non-exhaustive.

| Ex No. | Description | Reference |
|---|---|---|
| 1. | Declaration of Charles M. Moore [Docket No. 3188] | IMPEACHMENT ONLY [Filed at Docket No. 3367-1] |

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] "Evolution" means, collectively, Evolution Credit Opportunity Master Fund II-B, L.P., Evolution Credit Partners Trade Finance Master L.P., and Evolution Credit Opportunity Master Fund III-B, LP.

| Ex No. | Description | Reference |
|---|---|---|
| 2. | Declaration of Marc S. Kirshner [Docket No. 3190] | IMPEACHMENT ONLY [Filed at Docket No. 3367-2] |
| 3. | Exhibit A to Kirshner Declaration [Docket No. 3190-1] | IMPEACHMENT ONLY [Filed at Docket No. 3367-3] |
| 4. | Exhibit B to Kirshner Declaration [Docket No. 3190-2] | IMPEACHMENT ONLY [Filed at Docket No. 3367-4] |
| 5. | Exhibit C to Kirshner Declaration [Docket No. 3190-3] | IMPEACHMENT ONLY [Filed at Docket No. 3367-5] |
| 6. | Disclosure Statement for Chapter 11 Plan [Docket No. 3020] | IMPEACHMENT ONLY [Filed at Docket No. 3367-6] |
| 7. | Chapter 11 Plan [Docket No. 3019] | IMPEACHMENT ONLY [Filed at Docket No. 3367-7] |
| 8. | Chapter 11 Plan Supplement [Docket No. 3046] | IMPEACHMENT ONLY [Filed at Docket No. 3367-8] |
| 9. | Evolution UCC Financing Statement – Starlight Inventory I, LLC (EVOCRED-BOA00001070) | **OFFERED AS EVIDENCE [Filed at Docket No. 3367-9]** |
| 10. | Evolution UCC Financing Statement – Starlight Inventory Holdings I, LLC (EVOCRED-BOA00001072) | **OFFERED AS EVIDENCE [Filed at Docket No. 3367-10]** |
| 11. | Evolution UCC Financing Statement – First Brands Group, LLC (FBG_EVL_00001798) | **OFFERED AS EVIDENCE [Filed at Docket No. 3367-11]** |
| 12. | Starlight Borrowing Base (March 28, 2024) [Docket No. 538-21 (Exhibit U)] | IMPEACHMENT ONLY [Filed at Docket No. 3367-12] |
| 13. | July 14, 2026 Letter from Counsel for A&M to Counsel for Ronald J. Sommers, Chapter 7 Trustee for SPV Debtors | IMPEACHMENT ONLY [Filed at Docket No. 3367-13] |
| 14. | 10th Amendment to ABL Credit Agreement (March 28, 2023) | **OFFERED AS EVIDENCE [Filed at Docket No. 3367-14]** |
| 15. | July 19, 2026 Email from K. Ferrier to S. Ding (FBG_CH1_00220754) | **OFFERED AS EVIDENCE [Filed at Docket No. 3367-15]** |

| Ex No. | Description | Reference |
|---|---|---|
| 16. | Uncommitted Inventory Finance Agreement (March 28, 2024) (FBG_EVL_AP_00041125)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | **OFFERED AS EVIDENCE [Filed Under Seal at Docket No. 3369-1]** |
| 17. | Inventory Finance Agreement – Revolving Credit Not (March 28, 2024) (FBG_EVL_00001372)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | **OFFERED AS EVIDENCE [Filed Under Seal at Docket No. 3369-2]** |
| 18. | Starlight Master Origin Sale and Exchange Agreement (March 28, 2024) (FBG_EVL_00000358)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | **OFFERED AS EVIDENCE [Filed Under Seal at Docket No. 3369-3]** |
| 19. | Schedule No. 1 to Starlight Master Origin Sale and Exchange Agreement (March 28, 2024) (FBG_EVL_00001305)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | **OFFERED AS EVIDENCE [Filed Under Seal at Docket No. 3369-4]** |
| 20. | Starlight Subordination Agreement (March 28, 2024) (FBG_EVL_00001308)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | **OFFERED AS EVIDENCE [Filed Under Seal at Docket No. 3369-5]** |
| 21. | Starlight Subordinated Note (March 28, 2024) (FBG_EVL_00001316)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | **OFFERED AS EVIDENCE [Filed Under Seal at Docket No. 3369-6]** |
| 22. | Starlight Destination Sale Agreement (Purchase Order) (March 28, 2024) (FBG_EVL_00001581)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | **OFFERED AS EVIDENCE [Filed Under Seal at Docket No. 3369-7]** |

| Ex No. | Description | Reference |
|---|---|---|
| 23. | Starlight Inventory Finance Agreement – Revolving Credit Note (March 28, 2024) (FBG_EVL_00001372)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | **OFFERED AS EVIDENCE [Filed Under Seal at Docket No. 3369-8]** |
| 24. | Starlight Borrowing Request (March 28, 2024)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | **OFFERED AS EVIDENCE [Filed Under Seal at Docket No. 3369-9]** |
| 25. | Paul Hastings Starlight Opinion (March 28, 2024) (FBG_EVL_00001449)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | **OFFERED AS EVIDENCE [Filed Under Seal at Docket No. 3369-10]** |
| 26. | Paul Hastings True Sale Opinion (March 28, 2024) (FBG_EVL_00001430)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | **OFFERED AS EVIDENCE [Filed Under Seal at Docket No. 3369-11]** |
| 27. | Excerpt of Starlight Borrowing Base (April 30, 2024) (FBG_EVOLUTION_00953840)<br><br>[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)] | IMPEACHMENT ONLY [Filed Under Seal at Docket No. 3369-12] |
| 28. | Starlight Borrowing Base – Signed Certificate (April 30, 2024) (FBG_EVOLUTION_00198279)<br><br>[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)] | IMPEACHMENT ONLY [Filed Under Seal at Docket No. 3369-13] |
| 29. | Excerpt of Patterson Master Origin Sale and Exchange Agreement (FBG_EVL_00000643)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | **OFFERED AS EVIDENCE [Filed Under Seal at Docket No. 3369-14]** |
| 30. | Hilco Appraisal of Brake Parts, Inc. (March 19, 2024)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | **OFFERED AS EVIDENCE [Filed Under Seal at Docket No. 3369-15]** |

| Ex No. | Description | Reference |
|---|---|---|
| 31. | Hilco Appraisal of Brake Parts, Inc. – Patterson and City of Industry, California (Dec. 16, 2024) (FBG_EVOLUTION_00220969)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | **OFFERED AS EVIDENCE [Filed Under Seal at Docket No. 3369-16]** |
| 32. | Hilco Appraisal of Brake Parts, Inc. – McHenry, Illinois (Dec. 16, 2024) (FBG_EVOLUTION_00192302)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | **OFFERED AS EVIDENCE [Filed Under Seal at Docket No. 3369-17]** |
| 33. | Paul Hastings Patterson Opinion (Nov. 9, 2023)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | **OFFERED AS EVIDENCE [Filed Under Seal at Docket No. 3369-18]** |
| 34. | Hilco Appraisal of Brake Parts, Inc. (Oct. 20, 2023) (FBG_EVOLUTION_00012403)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | **OFFERED AS EVIDENCE [Filed Under Seal at Docket No. 3369-19]** |
| 35. | A&M Starlight Cash Tracing Analysis [FBG_CH1_00098203]<br><br>[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)] | IMPEACHMENT ONLY [Filed Under Seal at Docket No. 3369-20] |
| 36. | Starlight Inventory, LLC Consolidated Financial Statements (Dec. 2024) (FBG_EVOLUTION_00022223)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | **OFFERED AS EVIDENCE [Filed Under Seal at Docket No. 3369-21]** |
| 37. | Starlight Borrowing Base (Feb. 28, 2025) (FBG_EVOLUTION_00210303)<br><br>[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)] | IMPEACHMENT ONLY [Filed Under Seal at Docket No. 3369-22] |

| Ex No. | Description | Reference |
|---|---|---|
| 38. | Paul Hastings Patterson True Sale Opinion (Nov. 9, 2023)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | **OFFERED AS EVIDENCE [Filed Under Seal at Docket No. 3369-23]** |
| 39. | A&M Patterson Cash Tracing Analysis [FBG_CH1_00098200]<br><br>[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)] | IMPEACHMENT ONLY [Filed Under Seal at Docket No. 3369-24] |
| 40. | Secretary's Certificate, Starlight Inventory I, LLC (March 28, 2024)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | **OFFERED AS EVIDENCE [Filed Under Seal at Docket No. 3369-25]** |
| 41. | Secretary's Certificate, Patterson Inventory, LLC (Nov. 9, 2023)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | **OFFERED AS EVIDENCE [Filed Under Seal at Docket No. 3369-26]** |
| 42. | First Lien Term Loan Agreement (Feb. 2, 2018) | **OFFERED AS EVIDENCE [Filed at Docket No. 3367-42]** |
| 43. | First Lien Security Agreement (Feb. 2, 2018) | **OFFERED AS EVIDENCE [Filed at Docket No. 3367-43]** |
| 44. | Second Lien Term Loan Agreement (Feb. 26, 2019) | **OFFERED AS EVIDENCE [Filed at Docket No. 3367-44]** |
| 45. | Second Lien Security Agreement (Feb. 26, 2019) | **OFFERED AS EVIDENCE [Filed at Docket No. 3367-45]** |
| 46. | Evolution UCC Financing Statement – Patterson Inventory, LLC (Case No. 25-03800, Docket No. 1-17) | **OFFERED AS EVIDENCE [Filed at Docket No. 3367-46]** |
| 47. | Evolution UCC Financing Statement – Patterson Inventory Holdings, LLC (Case No. 25-03800, Docket No. 1-16) | **OFFERED AS EVIDENCE [Filed at Docket No. 3367-47]** |
| 48. | Evolution UCC Financing Statement – First Brands Group, LLC (Case No. 25-03800, Docket No. 1-15) | **OFFERED AS EVIDENCE [Filed at Docket No. 3367-48]** |

6

| Ex No. | Description | Reference |
|---|---|---|
| 49. | Patterson Destination Sale Agreement (Purchase Order) (Nov. 9, 2023)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | **OFFERED AS EVIDENCE [Filed Under Seal at Docket No. 3419-1]** |
| 50. | Starlight Borrowing Base (April 30, 2024) (FBG_EVOLUTION_00953840)<br><br>[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)] | IMPEACHMENT ONLY [Filed Contemporaneously Herewith] |
| 51. | Patterson Master Origin Sale and Exchange Agreement (FBG_EVL_00000643)<br><br>**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | **OFFERED AS EVIDENCE [Filed Contemporaneously Herewith]** |
| | Any document or pleading filed with the Court in the above-captioned cases | |
| | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | |
| | Any exhibit listed by any other party | |

### Reservation of Rights

Evolution reserves the right to use and/or present demonstratives for any purpose. Evolution also reserves the right to use exhibits, demonstratives, and testimony not listed here for impeachment purposes at the hearing.

Evolution further reserves the right to supplement or otherwise amend this Corrected Witness and Exhibit List prior to the hearing.

Respectfully submitted this 27th day of July 2026.

**GRAY REED**

By: */s/ Jason S. Brookner*
    Jason S. Brookner
    Texas Bar No. 24033684
    Emily F. Shanks
    Texas Bar No. 24110350
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:   (713) 986-7000
Facsimile:   (713) 986-7100
Email:       jbrookner@grayreed.com
           eshanks@grayreed.com

-and-

**ELSBERG BAKER & MARURI PLLC**
    Michael Duke (admitted *pro hac vice*)
    David Elsberg (admitted *pro hac vice*)
    Vivek Tata (admitted *pro hac vice*)
    Garrett Gerber (admitted *pro hac vice*)
    Andrew Parks (admitted *pro hac vice*)
    Ella Epstein (admitted *pro hac vice*)
350 Fifth Avenue, 38th Floor
New York, NY 10018
Telephone:  (212) 597-2600
Email:       delsberg@elsberglaw.com
           mduke@elsberglaw.com
           vtata@elsberglaw.com
           ggerber@elsberglaw.com
           aparks@elsberglaw.com
           eepstein@elsberglaw.com

- and –

**PROSKAUER ROSE LLP**
    Vincent Indelicato (admitted *pro hac vice*)
    Matthew R. Koch (admitted *pro hac vice*)
Eleven Times Square
New York, NY 10036-8299
Telephone:  (212) 969-3000
Email:       vindelicato@proskauer.com
           mkoch@proskauer.com
- and -

Charles A. Dale (admitted *pro hac vice*)
One International Plaza
Boston, MA 02110-2600
Telephone:  (617) 526-9600
Email:       cdale@proskauer.com

*Counsel to Evolution*

8

**<u>Certificate of Service</u>**

I certify that on July 27, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jason S. Brookner*
Jason S. Brookner