<u>EXHIBIT 50</u>

*Starlight Borrowing Base (April 30, 2024) (FBG_EVOLUTION_00953840)*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**