<u>EXHIBIT 51</u>

*Patterson Master Origin Sale and Exchange Agreement (FBG_EVL_00000643)*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**