**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC**, *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.[1]** | § | **Docket No. 3017** |

**NOTICE OF FILING OF REVISED PROPOSED**
**ORDER (I) AUTHORIZING DEBTORS TO TERMINATE**
**RETIREE BENEFITS AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE THAT**, on July 14, 2026, First Brands Group, LLC

and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**") filed the *Emergency Motion of Debtors for Order*

*(I) Authorizing Debtors to Modify Retiree Benefits and (II) Granting Related Relief* (Docket No.

3194) (the "**Motion**"),[2] with a proposed form of order granting the relief requested therein attached

thereto (the "**Proposed Order**").

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby file a revised

Proposed Order attached hereto as **Exhibit A** (the "**Revised Proposed Order**"), which reflects

changes that resolve the objections to the Motion of the Non-Union Retiree Committee, the USW,

and the UAW. The relief sought in the Motion and the modifications reflected in the Revised

Proposed Order are also supported by the Ad Hoc Group and the ABL Secured Parties.

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as **Exhibit B** is a

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims
and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter
11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the
Motion.

redline of the Revised Proposed Order marked against the Proposed Order.

Dated: July 27, 2026
      Houston, Texas

/s/  Clifford W. Carlson

WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   gabriel.morgan@weil.com
      clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Alejandro Bascoy (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   matt.barr@weil.com
      sunny.singh@weil.com
      andriana.georgallas@weil.com
      kevin.bostel@weil.com
      alejandro.bascoy@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

2

**<u>Certificate of Service</u>**

I hereby certify that on July 27, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Clifford W. Carlson*
Clifford W. Carlson