**Exhibit B**

**Redline**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**ORDER (I) AUTHORIZING DEBTORS TO TERMINATE
RETIREE BENEFITS AND (II) GRANTING RELATED RELIEF**

Upon the motion, dated July 14, 2026 (the "**Motion**"),[2] of First Brands Group, LLC and

its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases

(collectively, the "**Debtors**"), for entry of an order, pursuant to sections 105(a) and 1114 of the

Bankruptcy Code, (i) authorizing the Debtors to modify retiree benefits in accordance with the

terms of the Proposal and (ii) granting related relief, all as more fully set forth in the Motion; and

this Court having jurisdiction and authority to consider the Motion and the relief requested

therein pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334(b); and consideration of the Motion and

the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that

venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper

notice of the Motion having been provided; and such notice having been adequate and

appropriate under the circumstances, and it appearing that no other or further notice need be

provided; and this Court having reviewed the Motion; and upon the Haughey Declaration and the

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion or in the Section 1114 Agreements (as defined below), as applicable.

record of any hearing held on the Motion; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their respective estates and creditors; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1.      The Motion is granted to the extent set forth in this Order.

2.      The Debtors have satisfied each of the standards for relief under section 1114 of the Bankruptcy Code with respect to the relief requested in the Motion, including termination of the Retiree Benefit Arrangements as set forth in the ~~Proposal.~~(a) Agreement Regarding Modification of Retiree Benefits between the Debtors and the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, attached hereto as **Exhibit 1** (the "**USW Agreement**"), (b) Agreement Regarding Modification of Retiree Benefits between the Debtors and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, attached hereto as **Exhibit 2** (the "**UAW Agreement**"), and (c) Agreement Regarding Modification of Retiree Benefits between the Debtors and the Non-Union Retiree Committee, attached hereto as **Exhibit 3** (the "**Non-Union Retiree Committee Agreement**" and together with the UAW Agreement and the USW Agreement, the "**Section 1114 Agreements**").

3.      Pursuant to section 1114 of the Bankruptcy Code, the Debtors are authorized to terminate the Retiree Benefit Arrangements and any obligations thereunder, ~~effective July 31, 2026,~~ in accordance with the ~~Proposal~~Section 1114 Agreements.

2

4.        Pursuant to section 1114 of the Bankruptcy Code ~~and~~, the terms of ~~this Order, the Proposal attached hereto as~~ **Exhibit 1** ~~is~~the Section 1114 Agreements are hereby approved.  The Debtors are authorized to implement, and perform under~~,~~ the ~~Proposal,~~Section 1114 Agreements and to take any and all actions that may be reasonably necessary or appropriate to effectuate the same.  The Non-Union Retiree Committee, the Unions, and the Retirees shall cooperate with, and take all steps reasonably requested by, the Debtors in connection with implementation of the ~~Proposal~~Section 1114 Agreements.~~-~~

5.        The Debtors shall fund (i) the Retiree Benefits (solely after July 31, 2026), (ii) the Retiree Life Payment, and (iii) the IBNR escrow due under the Section 1114 Agreements solely from amounts in the Debtors' bank account established pursuant to the *Order (I) Approving Funding Arrangement with Certain OEM Customers; (II) Modifying the Automatic Stay; and (III) Granting Related Relief* (Docket No. 1848).

6.        ~~5.~~ Other than as set forth in the ~~Proposal~~Section 1114 Agreements, nothing in the Motion or this Order is intended to be or shall be construed as (i) an admission as to the validity, priority or character of any claim against the Debtors (including any claim for any retiree benefits), (ii) an agreement or obligation to pay any claims, (iii) a waiver of any claims or causes of action that may exist against any creditor or interest holder, (iv) a waiver of the Debtors' or any appropriate party in interest's rights to dispute any claim, (v) a waiver or limitation of the Debtors' or any other party in interest's rights under the Bankruptcy Code or any other applicable nonbankruptcy law, (vi) a waiver of the obligation of any party in interest to file a proof of claim, or (vii) an approval, assumption, rejection, termination, or modification of any unexpired lease or executory contract (including any plan or agreement providing for retiree benefits) under section 365 of the Bankruptcy Code or otherwise.

3

7.    6. The Debtors are authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this Order.

8.    7. The terms and conditions of this Order shall be immediately enforceable and effective upon its entry.

9.    8. This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2026
         Houston, Texas

_____
CHRISTOPHER LOPEZ
UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

~~Proposal~~<u>USW Agreement</u>

**<u>Exhibit 2</u>**

**<u>UAW Agreement</u>**

**Exhibit 3**

**Non-Union Retiree Committee Agreement**