**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**KATSUMI SERVICING, LLC'S AND LAM PARTIES' DESIGNATIONS OF**
**DEPOSITION TRANSCRIPT TESTIMONY IN SUPPORT OF ITS OBJECTION TO**
**CONFIRMATION OF THE JOINT CHAPTER 11 PLAN**

1.      Katsumi Servicing, LLC ("Katsumi"), and the LAM Parties,[2] by and through their undersigned counsel, submits this designation of deposition transcript testimony (the "Designation") to be considered at the hearing on confirmation of the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* [Dkt. No. 3019] (the "Plan") and final approval of the *Disclosure Statement for Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* [Dkt. No. 3020] (together, the "Combined Hearing").

2.      Katsumi transmitted copies of the transcripts referenced herein to the Debtors prior to filing this Designation.  The deposition of Kerri Palen took place on July 27, 2026 and the transcript is not yet available.  Katsumi and the LAM Parties reserve the right to designate all or any portion of this transcript once it becomes available.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] The "LAM Parties" are Leucadia Asset Management LLC, acting through its Point Bonita Capital Division, LAM Trade Finance Group LLC, and LAM TFG I SPV LLC.

**II.**   **Designation of Deposition Transcripts**

3.   Katsumi and the LAM Parties respectfully designate the following deposition transcript testimony to be included in the record for the Combined Hearing:

4.   Katsumi and the LAM Parties expressly reserve all of their rights, claims, defenses, and remedies, including, without limitation, the right to amend, modify, or supplement this Designation, and to identify additional deposition or hearing transcript testimony, prior to or at the Combined Hearing.

| Date | Witness | Designated Range Citations | Objection(s) to Designation | Counter-designated Range | Objection(s) to Counter-Designation |
|---|---|---|---|---|---|
| 2/11/2026 | Michael Malloy | Dep. Tr. 5:20-23<br>Dep. Tr. 10:8-12:2<br>Dep. Tr. 150:12-151:6<br>Dep. Tr. 152:15-153:5<br>Dep. Tr. 167:24-169:6<br>Dep. Tr. 169:25-173:1<br>Dep. Tr. 284:10-287:5<br>Dep. Tr. 290:16-291:15 | | | |
| 7/22/2026 | Michael Malloy | Dep. Tr. 176:23-178:9<br>Dep. Tr. 180:7-183:14<br>Dep. Tr. 190:15-191:2<br>Dep. Tr. 194:3-9<br>Dep. Tr. 224:7-226:24 | | | |

| 2/10/2026 | Christopher Moffatt | Dep. Tr. 6:24-11:20 Dep. Tr. 14:21-17:14 Dep. Tr. 152:14-155:11 Dep Tr. 213:6-214:23 Dep. Tr. 231:10-233:3 Dep. Tr. 243:2-244:6 Dep. Tr. 245:13-249:16 | | | |
|---|---|---|---|---|---|
| 7/21/2026 | Christopher Moffatt | Dep. Tr. 106:4-108:24 Dep. Tr. 134:11-20 Dep. Tr. 135:13-136:15 Dep. Tr. 146:16-147:7 Dep. Tr. 147:16-149:9 Dep. Tr. 149:18-150:9 | | | |
| 11/3/2025 | Tyler Cowan | Dep. Tr. 10:6-11 Dep. Tr. 13:11-14:6 Dep. Tr. 18:2-4 Dep. Tr. 78:24-80:6 | | | |
| 7/24/2026 | Robert Winning | Dep. Tr. 5:25-6:14 Dep. Tr. 48:16-49:11 Dep. Tr. 50:16-23 Dep. Tr. 51:4-7 Dep. Tr. 59:15-60:12 Dep. Tr. 62:15-63:5 | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Dep. Tr. 63:20-64:14<br><br>Dep. Tr. 64:18-65:2<br><br>Dep. Tr. 73:22-76:25<br><br>Dep. Tr. 78:13-23<br><br>Dep. Tr. 94:23-96:15<br><br>Dep. Tr. 106:8-16<br><br>Dep. Tr. 110:5-111:13 |  |  |  |
| 7/27/2026 | Kerri Palen | [Forthcoming] |  |  |  |

Dated: July 27, 2026
Houston, Texas

/s/  Charles S. Kelley
**MAYER BROWN LLP**
Charles S. Kelley (TX Bar No. 11199580)
700 Louisiana Street, Suite 3400
Houston, Texas 77002
Telephone: (713) 238-3000
Email: ckelley@mayerbrown.com

Sean T. Scott (admitted *pro hac vice*)
Kyle J. TumSuden (admitted *pro hac vice*)
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Email: stscott@mayerbrown.com
        ktumsuden@mayerbrown.com

Richard A. Stieglitz (admitted *pro hac vice*)
Lauren C. Blanchard (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Email: rstieglitz@mayerbrown.com
        lblanchard@mayerbrown.com

Counsel to Katsumi Servicing, LLC

/s/ Paul E. Heath
**VINSON & ELKINS LLP**
Paul E. Heath (TX 09355050)
Matthew D. Struble (TX 24102544)
845 Texas Avenue, Suite 4700
Houston, TX  77002
Tel:  713.758.2222
Email: pheath@velaw.com
        mstruble@velaw.com

**WACHTELL, LIPTON, ROSEN & KATZ**
Emil A. Kleinhaus (admitted *pro hac vice*)
Michael H. Cassel (admitted *pro hac vice*)
Angela K. Herring (admitted *pro hac vice*)
51 West 52nd Street
New York, NY  10019
Tel:  212.403.1000
Email: eakleinhaus@wlrk.com
        mhcassel@wlrk.com
        akherring@wlrk.com

Counsel for LAM Parties

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 27, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which automatically sends notification of such filing to all attorneys of record.

*/s/ Charles S. Kelley*
Charles S. Kelley