# Transcript of Deposition of Michael Malloy on February 11, 2026

CONFIDENTIAL

**Page 5**



Q.    Could you state your full name for the record, please.

A.    My name is Michael Barry Malloy.

CONFIDENTIAL

Page 10

Q.    We will go back to that later.

Let's talk about your background.  So you are with Alvarez & Marsal, correct?

A.    Correct.

Q.    What is your job title at Alvarez & Marsal?

A.    I am a managing director in Alvarez & Marsal dispute and investigation group.

Q.    What is the disputes and investigation group do at A&M?

A.    Our disputes and investigation group will conduct investigations similar to this, whistleblower investigations, provide expert testimony, deal with situations of complex accounting matters to name a few.

CONFIDENTIAL

Page 11

We do background checks of certain of our people.  We do background checks.  We have a technology group as well that assists us.

Q.    What do you do as a managing director in the disputes and investigations team or practice?

A.    My roles are to develop business.  To mentor, develop the staff that work with me.  Support various initiatives that we need to accomplish.

Q.    And lead investigations?

A.    And lead investigations, correct.

Q.    In general when you lead investigations, how does your role differ from other people on your team?

MR. TSEKERIDES:  Object to the form.

A.    My role in leading and directing the teams are to provide direction, coordination, assist with gathering data information at times or at least make it available to the staff.  Coordinate with other interested parties,

CONFIDENTIAL



Page 12

say in an investigation, whether it be a law firm other members of A&M.

CONFIDENTIAL

Page 150

██████████████████ ████████████████████

████████████████████████████████

██████████████████████████████

████████████ ████████████████████

████████████████████████ ████████████

██████████████████████████████████

████████████████████████████████

██████████████████████████████████

██████████████████████████████████

██████████████████████████████

██████████████████.

Q.    So to sum it up, from your investigation, who were the people involved in what you called the actual fraud other than Andy Brumbergs?

A.    For the factoring?

Q.    For the factoring.

A.    So I would say Vlad. Florin assisted Vlad. They are both in Romania. Joe DiFranco would submit the initial list for Evolution of Raistone to Andy. And that was part of the nomination process, I'll call it. And then when audits occurred, which we saw audits with Jefferies and Katsumi. Katsumi was kind

CONFIDENTIAL

**Page 151**



of a more frequent cadence of these audits, that where Nelly Luna and Sylvia -- I think the last name was Ballato -- were involved in helping to create falsified documentation.  And Andy created falsified documentation, too.

CONFIDENTIAL

Page 152

████████    ████████████████████████

████████████████████████████  ████

████████████████████

      ██    ████████████████████████

██████████████

      ██    ████████████████████████████

  ██

      ██    ████

      ██    ████████████████████████████

██    ██

██      ██    ████████████████████████

██  ████████████████

██      ██    ████████████████████████████

██  ██.

Q.    From your team's investigation, when did First Brands start fabricating, inflating or double-selling invoices to factors?

A.    We do see, and please keep in mind the activity of data we had available to us.  So we do see the activity in 2023.  We saw a ramp up in '24 and '25.

Q.    Before 2023, has your team uncovered any instances where First

CONFIDENTIAL

**Page 153**

Brands double sold, inflated or fabricated invoices?

A.    Before '23, you said?

Q.    Yes.

A.    No.



CONFIDENTIAL



**Page 167**

Q.    For fake and fabricated invoices that were made up out of whole

CONFIDENTIAL

Page 168

cloth, how was that done?  Was that done based on some kind of real invoice or did Mr. Brumbergs start with a blank Word document and type up an invoice?

A.    So this nomination process would begin with an Excel spreadsheet, and would list out all of the eligible invoices.  And the changing of an inflated invoice or adding a fake invoice or changing the invoice number was all done on these Excel spreadsheets that were, depending on the factor, would ultimately then get submitted through whatever nomination process, whether it's a portal or what.

When I talked about creating fake invoices, the only time that they created an actual fake invoice is when Katsumi would send a list and say here is 30 samples, send us the documentation. And they would have to often take a real invoice and modify it to fit whatever they did.  And we also saw bank statements and bank remittances and things like that changed.  And when you

CONFIDENTIAL



Page 169

look at it, you could see the fonts. Once you kind of know, like if you initially looked at it you probably never would have identified it, but when you look at it you see the fonts are different fonts.

Q.   Processwise, how did

CONFIDENTIAL

Page 170

Mr. Brumbergs inflate invoices?  Did he start with the real invoice and then I think as you said just hard code a different number in the invoice amount?

MR. TSEKERIDES:  Object to the form.

Go ahead.

A.      Everything began with this spreadsheet, I talked to you about, which is what I call their nomination process. It's just a spreadsheet that they got out of Vizion for the business units.  Let's say Jefferies.  These are the business units that Jefferies, you know, is agreed to factor.  They even had separate limits by factors like Advanced Auto Parts or NAPA, or whatever it may be.  These are all just listed out in a spreadsheet, right?  And he would go and change amounts on a spreadsheet.  Now in Jefferies, I believe if I am correct, they had a portal.  Andy would send it back to Joe DiFranco and say, here, you can submit these nominations.

In the case of Evolution, Andy

Page 171

did all the entries directly into the Evolution portal.  No one else was involved with it.

Raistone, it was Joe DiFranco working with Andy, it was kind of similar of what I described I would say with Jefferies.

I think, I hope I am right when I say this, I think Katsumi was just sending a spreadsheet over.

Q.    For Katsumi it was Andy Brumbergs who changed the spreadsheet before it got sent to Katsumi, right?

A.    Yes, Andy did all of the changing.

Q.    And then when invoices through Katsumi's requests, audits or otherwise, eventually it made it to Katsumi, who was involved with changing the invoices, inflating the invoice amounts, before they were sent to Katsumi?

A.    I didn't hear what you said.

MR. JOHNSON:  Do you want to repeat the question?

[The requested portion of the

CONFIDENTIAL

Page 172

record was read back as follows:

"Question:  And then when invoices through Katsumi's requests, audits or otherwise, eventually it made it to Katsumi, who was involved with changing the invoices, inflating the invoice amounts, before they were sent to Katsumi?"]

A.    I understand your question.  So Andy was involved.  He would ask Nelly Luna.  And we did see Sylvia, who was supporting Nelly.  But Nelly was the key person, I would say in working with Andy, but Andy would make some of these changes himself, too.

Q.    For double-sold invoices, were there patterns that how your team uncovered in how First Brands would sell invoices twice?

A.    I don't want to say this was the pattern all the time, but we did see a significant pattern of when they double factored an invoice being submitted to Jefferies, and then maybe a few days or a week later, it being submitted to

CONFIDENTIAL



Page 173

Katsumi.

CONFIDENTIAL

Page 284

[REDACTED]

Q.    Sitting here today, do you have any understanding of why at times First Brands sold legitimate invoices to Leucadia parties?

A.    Well, do I have firsthand knowledge, no.

Q.    Do you have secondhand knowledge?

A.    I don't have secondhand knowledge.  I can speculate.

MR. TSEKERIDES:  I don't want you to speculate.

A.    I don't want to speculate.

Q.    Do you have an understanding of who would know the answer to that question?

CONFIDENTIAL

Page 285

A.    Who would know.  As I said earlier, I think Andy would know.  I think Joe DiFranco may know.  Maks might know.  Vlad could potentially know.

Q.    Anybody else?

A.    Potentially Nelly Luna.  I say that because when they did audits she would have to help Andy create fictitious documentation to satisfy the auditors. He may have shared information with her.

Q.    How many times was Nelly Luna interviewed?

A.    I don't know precisely how many times.  There were several times she was interviewed.

Q.    Are there any notes of her interviews?

A.    Any notes would have been those prepared by the Weil team.

Q.    Was she cooperative in her interviews?

A.    She at first was -- she had gotten an attorney, as well.  I do recall where we wanted to interview her and we were kind of getting stonewalled, you

Page 286

know, a bit.  She ended up agreeing to the interview.  I think we needed to keep it to actual questions around documentations and things like that. Things that would have fallen in her role day to day.

Q.    Did she admit that she had fabricated documentation for purposes of being provided to third-party factors in connection with audits?

A.    I was not on that interview.  I believe Kerri presented her with fictitious invoices that we found and that she was involved in creating.  I believe she indicated that she had a role in that.

Q.    Can you tell me everything that you know about her admission that she was involved in creating that documentation?

A.    Well, I did say it earlier, I know she was involved in creating fake invoices.  I know, you know, in some cases it was taking the real invoice and then modifying the invoice to agree to the sample selection that they got sent

CONFIDENTIAL

Page 287

from Jefferies or Katsumi.  I know -- so for Leucadia, they requested invoices, invoices and bank statements and bank remittances, I believe.  Katsumi was invoices and bill of ladings.



CONFIDENTIAL

**Page 290**

Q.    Do you have a few of why it was important to First Brands to have real invoices that they subsequently manipulated as opposed to just creating fake ones out of thin air?

MR. TSEKERIDES:  Object to the form.

A.    Well, I would imagine they needed real invoices to send to customers.  If they were under audit by

CONFIDENTIAL

Page 291

tax authorities, they would need them if they would ask for things.  Not uncommon with the shipment of goods that you provide an invoice, bill of lading.  So there is reasons you need the invoices.

Q.    But if you're going to defraud your factoring counterparties, why is it important to start with a real invoice?

MR. TSEKERIDES:  Objection to form.  It calls for speculation.  You can answer.

A.    There was actual business activity going on with this company, and there was fraudulent activity layered on top of it.