**Transcript of Deposition of Michael Malloy on July 22, 2026**



MALLOY

Q    Structurally, I want to ask you about the factoring program based on your AR factoring work stream.

Page 176

MALLOY

Q        So, generally speaking, Katsumi purchased receivables from First Brands, right?

A        Correct.

Q        And pre-petition, First Brands remitted certain amounts under that factoring program owed to Katsumi, correct?

A        Correct.

Q        And so for any given set of invoices, Katsumi paid $100 for those invoices.  Under the factoring program, Katsumi was supposed to be paid $100 plus a margin, right?

A        Correct.

Q        Accounting for the amount of outstanding receivables that were owed to Katsumi as of the petition date, did A&M calculate on a net basis whether Katsumi profited from the First Brands' relationship?

A        We didn't do that type of calculation, meaning the investigative group.  I am not sure whether or not

Page 177

MALLOY

Chris Moffatt and his team had done any calculations to that extent.

Q So for pre-petition amounts, do you have any knowledge of whether or not Katsumi profited from the First Brands' relationships on a net basis?

A I don't know.

Page 178

MALLOY

Q      Andy Brumbergs was the primary contact on the First Brands side for dealing with Katsumi with respect to the factoring programming, correct?

A      That is my understanding.

Q      And as you testified before, after the First Brands Romania team sent Brumbergs the list of invoices, he would inflate the invoices or fabricate them or do the fraud, right?

A      Yes.  Whatever he was doing, he did himself.

Q      Other than Brumbergs, did your investigative team uncover any facts relating to whether other individuals at First Brands, other than Brumbergs, were dealing with Katsumi?

A      So there was an individual

Page 180

MALLOY

who was not there when we started.  I don't even know when he left.  Nick Cortes.

And Nick Cortes worked in Cleveland and was involved with the factoring.  I had seen emails where Nick was involved with factoring discussions around Katsumi, Jefferies.

Q    What was Nick Cortes's involvement with the Katsumi factoring relationship?

A    I don't know.

Q    You just recall, generally, that he might have had some involvement at some point?

A    I recall him being on some emails.

Q    So as part of the matching exercise that your team did as part of the AR factoring program work stream, you uncovered a number of instances in which invoices were, essentially, fraudulent, correct?

A    Correct.

Page 181

MALLOY

Q    Some of the invoices sold to Katsumi were entirely legitimate, correct?

A    Correct.

Q    Did your team do any analysis of what portion of the invoices sold to Katsumi were legitimate as opposed to fraudulent?

MS. CALABRESE:   Object to form.

A    So the analysis that we were undertaking and building this database was intended to achieve just what you said.  We did not have the information, nor did we have enough time to complete it because we were asked to go pencils down.

We did have visibility.  I don't remember when it was for Katsumi in 2023, but the nomination forms that we had from 2023, 2024, into 2025, we believe we were able to capture.  Not just the original nomination form that was created, you know.  And we could

Page 182

MALLOY

see the versions and the changes from, say, Vlad to -- and Andy Brumbergs, which was ultimately sent to, say, Katsumi.

Q    You told me within the past hour, I think, that A&M had not created a list of inflated invoices that were factored, right?

A    That's correct.

Q    Same for -- there is no list for fabricated invoices or double-sold invoices, right?

A    That's correct.

Page 183

MALLOY



Q    Aside from the September 2023 audit that's described in Mr. Moore's declaration, what other audits did Katsumi perform relating to the First Brands's factoring programming?

A    So I don't know the specific, but I can tell you the frequency of the audits.  Katsumi did more audits geared just through the email searching than any of the factors.  And, you know, they seemed for more diligent than what

Page 190

MALLOY

I saw with the other factors.



Page 191

MALLOY

Q      Describe for me what Katsumi's internal audit procedures were with respect to the First Brands' factoring program?

MS. CALABRESE:   Objection.

A      I have no idea what their specific audit procedures were.

Page 194

MALLOY

Q    How often was Katsumi sampling invoices that were being factored to Katsumi?

MS. CALABRESE:  Object to form.

A    I don't know the frequency, per se, but it was more frequent than the others.

I would say once a month, roughly.  Once every other month or something like that.

Q    Describe for me Katsumi's sampling process with respect to invoices that were factored to Katsumi.

MS. CALABRESE:  Object to form.

A    I only understand the requests that came from email from Katsumi.

Page 224

MALLOY

Q     What's your understanding based on your review of those emails?

A     They would send a sample.  It was 10 items.  I'm making that 10 items up.  They would ask for specific information.

Q     Who is "they," just so the record is clear?

A     Katsumi.  I don't remember the representative, but it came from Katsumi.

Q     Katsumi asked the First Brands to review a subset of invoices that it was purchasing; is that right?

A     It was invoices purchased. It was a copy of invoices they purchased, the -- I think they had a bill of lading and payment remittance, or I think the three documents they were requesting.

Jefferies was a little different for what they requested, but I think that's what Katsumi requested.

Page 225

MALLOY

Q    In response, First Brands provided doctored information to Katsumi, right?

MS. CALABRESE:   Object to form.

A    I wouldn't say every audit selection was doctored.  There were legitimate invoices that were factored with Katsumi, but then there were others that were one of the three, made up, inflated, double factored, but inflated or completely made up.

In those cases, they would create documentation that they could send to them.

Q    First Brands would create documentation, doctored information to sent to Katsumi; is that right?

A    That's correct.

Q    Your team did not investigate any of Katsumi's internal sampling procedures, right?

A    We did not.

Page 226