**Transcript of Deposition of Christopher Moffatt on July 21, 2026**

MOFFATT

Q      You and I had a lengthy deposition about the 3 factor basis for matching.

Do you recall that?

A      I do.

Q      Are you telling me that Mr. Malloy's team applied the same three-factor methodology?

A      I discussed with Mr. Malloy's team a three-factor matching.  And my understanding is they also used a three-factor matching determining that amount.

Q      The same three factors?

A      If they -- my understanding is they were going to use invoice number, business unit, and customer name.  So that's similar to what I used.

Q      How was it different?  Isn't it the exact same of what you did?

A      I did do it.  I'm just

Page 106

MOFFATT

saying -- like, my understanding is they were going to use those factors.

Q     You used the word "similar," I want to understand where, if any differences lie in the factors they used.

A     Fair enough.

Q     There is none that you're aware of.  They used the exact same factors that you used in doing your matching analysis.

A     They used the same three characteristics, yes.

Q     And so the total paid in that period, it is your understanding that Mr. Malloy's team did a comprehensive review over four years of the nomination files sent twice a week to each -- to Katsumi, for example, to determine which of those were legitimate receivables and which ones were fraudulent receivables, is that your testimony?

A     My testimony is they had

Page 107

MOFFATT

calculated the percentage that says "fraudulent amount applied" by comparing nomination files and the company's records.

Q    Which nomination files?   How far back did they look?

A    I don't know.

Q    They came up with a percentage and then just went back and looked at the total amount and just applied that percentage flat across the board, is that your understanding?

A    Yeah, I didn't perform the analysis, I can't tell you exactly what they did.

Q    I'm asking your understanding, sir.

A    Say it again.

Q    Your understanding is they computed a percentage, which is the -- if you treat this as one chart, it's the fourth column on this page?

A    Yes.

Veritext Legal Solutions
346-293-7000

MOFFATT



Q The information you sought and obtained from each factoring counterparty told you the amount of outstanding receivables they were waiting for payment on, correct?

A Yes.

Q And you know that the number that Katsumi provided you was north of $1.4 billion?

A In that ballpark, yes.

Page 134

MOFFATT



Q    So Leucadia and Katsumi were owed at least nearly a billion dollars or roughly just slightly below a billion dollars for Leucadia, and over a billion dollars for Katsumi that they have paid in and have not received payment for, correct?

A    That's what those tables would lead you to believe, yeah.

Q    Have you seen anything to suggest that those two entities, Leucadia or Katsumi, did not pay those monies into the estate?

Page 135

MOFFATT

A       I have not done a cash-tracing exercise.

Q       Has anyone brought to your attention in any way, shape or form, any implication that they had not, in fact, paid those monies to the estate?

A       No.

Q       So, as you sit here today, you know of no reason to challenge the legitimacy of those amounts, that they were first reported to you early in the case, is the amount that they had paid and were waiting for collection on?

A       Correct.

Page 136

MOFFATT



Q    Did you see anything at all in your experiences in working on this since the petition at --

I need a complete record, sir.

From the -- prior to the petition date, to the petition date, to present, have you or any of your team members seen or anything about the receivables operations that you all

Page 146

MOFFATT

looked at that indicate anything Leucadia did or Katsumi did was inappropriate?

MS. AQUILA:   To the extent you know.

A      Yeah, not him aware of.

MR. KELLEY:   That didn't sound like it what you just said.

Q      Anything at all you've seen that suggests Leucadia did anything wrong?

A      Not that I have seen.

Q      Anything at all you've seen that suggests Katsumi did anything wrong?

A      Not that I have seen.

Page 147

MOFFATT

Q    Anything your team members, who report to you, have seen that they brought to your attention or that they've indicated, suggest either of those entities did anything wrong in their relationship with First Brands?

A    Not to the extent that I know.

Q    If any of them saw something that was irregular, is it your expectation that they would report it to you?

A    When you say "they"?

Q    Your team members.

A    That work on cash application for me?

Q    That report to you.

A    Yes.

Q    And you would have expected them to bring it to your attention?

A    That's correct.

Q    So is the absence of any such

Page 148

MOFFATT

flag an indication of they have not seen anything?

A      I would believe that, yes.

Q      Okay.

You spent time talking to some of the Katsumi people, didn't you?

A      Them or they're counsel or advisors, yes.

Q      Anything in this those conversations or communications ever give you an indication that at any point in time Katsumi had done anything inappropriate or incorrect with -- strike that.

Inappropriate is what I meant to say, with First Brands and their

Page 149

MOFFATT

business teams?

A       No.

Q       Anything in those conversations ever give you an indication that Katsumi was aware of the fraudulent activity of First Brands that was occurring pre-petition?

A       Not that I recall.

Page 150