**Transcript of Deposition of Tyler Cowan on November 3, 2025**

Deposition of Tyler Cowan                                      First Brands Group, LLC, et al.

TYLER COWAN



Q.    Good morning, Mr. Cowan.   My name is Michael Winograd from Brown Rudnick.   We represent the Committee in this case.

Can you state your full name for the record.

A.    Tyler Whitmore Cowan.

TYLER COWAN



Q.   So with respect to -- we're looking now at your first day declaration, Mr. Cowan.

Who drafted this declaration?

A.   A combination of Weil, myself and my team.

Q.   Did anybody else have input into it?

A.   It's possible that A&M had input as well, as well as -- I believe we shared it with counsel to Patrick James, Debevoise, as well as Gibson and Evercore.

Q.   Why did you share it with -- now, Gibson Dunn represents the AHG?

A.   That's correct.

Q.   And Evercore works with the AHG?

Deposition of Tyler Cowan                                    First Brands Group, LLC, et al.

TYLER COWAN

A.    Yes.

Q.    Why did you share it with them?

A.    I think it's standard practice to share declarations around DIP financing with your DIP lenders.



Deposition of Tyler Cowan

First Brands Group, LLC, et al.

TYLER COWAN

Q.   Was Lazard engaged by Weil Gotshal

in this case?

A.   I believe so, yes.





TYLER COWAN

Q.   Okay.   In paragraph 23 you talk about the immediate need for liquidity, for a

Deposition of Tyler Cowan                          First Brands Group, LLC, et al.

TYLER COWAN

Chapter 11 process.  And I don't want to get into conversations that you had with counsel. So I'm just looking to start with a yes or no.

Was there consideration of Chapter 7?

A.   No.

Q.   What, in your view, about First Brands was worth saving such that you should go to Chapter 7 -- I'm sorry, such that you should go to Chapter 11?

A.   Everything.  This is a real business.  This is a No. 1 or No. 2, you know, automotive after-market company; and many of its categories of global operations, 5 or $6 billion of sales, 26,000 employees, the idea of liquidating this business is beyond absurd.

Q.   Why beyond absurd?

A.   Because it's a real business.

Q.   What do you mean by that?

A.   It generates 5 to $6 billion in annual revenue.  It has 26,000 employees. It's an amalgamation of businesses that were acquired rather recently and, you know, were

Deposition of Tyler Cowan

First Brands Group, LLC, et al.



TYLER COWAN

known to -- many of which were known to be

profitable.

So the idea that, you know,

we would just liquidate this thing out of

the gate is beyond absurd.