**Transcript of Deposition of Kerri Palen on July 27, 2026**

[Transcript Designations Forthcoming]