**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| FIRST BRANDS GROUP, LLC, *et al.*, | ) Case No. 25-90399 (CML) |
|  | ) |
| Debtors.[1] | ) Jointly Administered |
|  | ) |

**EVOLUTION'S JOINDER TO LAM'S, KATSUMI'S, AND
ONSET'S EMERGENCY MOTIONS TO EXCLUDE DECLARATION
AND TESTIMONY OF MARC S. KIRSCHNER, AND ONSET'S EMERGENCY
MOTION *IN LIMINE* TO EXCLUDE THE DECLARATION OF CHARLES M. MOORE**

Evolution[2] hereby joins in *Katsumi Servicing, LLC's And LAM Parties' Emergency Motion In Limine To Exclude Expert Declaration and Testimony of Marc S. Kirschner* [Docket No. 3427] ("LAM/Katsumi's Motion to Exclude Kirschner") and *Onset Financial, Inc.'s Emergency Motion In Limine To Exclude the Declaration of Marc S. Kirschner* [Docket No. 3444] ("Onset's Motion to Exclude Kirschner"), as well as *Onset Financial, Inc.'s Emergency Motion* In Limine *to Exclude the Declaration of Charles M. Moore* [Docket No. 3445] ("Onset's Motion to Exclude Moore") (collectively, the "Motions").

**JOINDER**

1.       Evolution joins in full the above-listed Motions to exclude the declarations of Marc S. Kirschner [Docket No. 3190] ("Kirschner Decl.") and Charles M. Moore [Docket No. 3188] ("Moore Decl.") and any testimony related thereto.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] "Evolution" means, collectively, Evolution Credit Opportunity Master Fund II-B, L.P., Evolution Credit Partners Trade Finance Master, L.P. (as successor in interest to Evolution Credit Partners Trade Finance L.P.), Evolution Credit Opportunity Master Fund III-B, LP, and certain other Evolution affiliated funds.

2.      Evolution writes separately to underscore the issues with Mr. Kirschner's effort to provide an expert opinion.

3.      Mr. Kirschner asserts he "believe[s] the SPV Facilities, from a structural standpoint, were unworkable, as they could not function as independent SPVs from the face of their transaction documents alone, and the SPV Facilities give rise to what [he] believe[s] are numerous cognizable claims for fraudulent transfer and avoidance actions against the counterparties to the SPV Facilities," including Evolution.  Kirschner Decl. ¶ 57.

4.      But as he admitted in his deposition, *see* Docket No. 3427-1 ("Kirschner Dep. Tr."), Mr. Kirschner has ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████.  Mr. Kirschner did not review or rely upon a single SPV facility agreement other than two Onset agreements in making such blanket statements.  Kirschner Decl., Ex. B.

5.      He further admitted that he lacks basic information about the Evolution SPVs.  For example, ████████████████████████████████████████████████.  He concedes ████████████████████████████████████████ ████████████████████████████████████████ ██████████████████████████████████.  And despite claiming that "the SPV entities could not satisfy their obligations under the economics of the SPV Facilities as written," Kirschner Decl. ¶ 60, he testified that ████████████████████████████████

████████████████████████████████████████████████████████████

████ .

6.      With respect to "information that [he] consider[s] to be red flags concerning the Scheme that was available to specified factoring counterparties," Kirschner Decl. ¶ 85, Mr. Kirschner's declaration never mentions Evolution, and he ████████████████████████

████████████████████████████████████████████████████████████

████████████████████ .  He nevertheless includes, without any justification or basis, the amounts paid to Evolution in his Third-Party Factoring Claims.  *See* Kirschner Decl. ¶ 31.

## CONCLUSION

7.      For the reasons herein and in the Motions, Evolution respectfully requests that the Court exclude the Moore and Kirschner Declarations and any related testimony, and grant such other relief as the Court deems just and proper.

Respectfully submitted this 27th day of July, 2026,

**GRAY REED**

By: */s/ Jason S. Brookner*
        Jason S. Brookner
        Texas Bar No. 24033684
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:     (713) 986-7000
Facsimile:     (713) 986-7100
Email:          jbrookner@grayreed.com

- and -

**ELSBERG BAKER & MARURI PLLC**
        Michael Duke (admitted *pro hac vice*)
        David Elsberg (admitted *pro hac vice*)
        Vivek Tata (admitted *pro hac vice*)
        Garrett Gerber (admitted *pro hac vice*)
        Andrew Parks (admitted *pro hac vice*)
        Ella Epstein (admitted *pro hac vice*)

350 Fifth Avenue, 38th Floor
New York, NY 10018
Telephone:      (212) 597-2600
Email:          mduke@elsberglaw.com
                delsberg@elsberglaw.com
                vtata@elsberglaw.com
                ggerber@elsberglaw.com
                aparks@elsberglaw.com
                eepstein@elsberglaw.com

- and -

**PROSKAUER ROSE LLP**
   Vincent Indelicato (admitted *pro hac vice*)
   Matthew R. Koch (admitted *pro hac vice*)
Eleven Times Square
New York, NY 10036-8299
Telephone:  (212) 969-3000
Facsimile:  (212) 969-2900
Email:          vindelicato@proskauer.com
                mkoch@proskauer.com

- and -

   Charles A. Dale (admitted *pro hac vice*)
One International Plaza
Boston, MA 02110-2600
Telephone:  (617) 526-9600
Email:          cdale@proskauer.com

- and -

   Jordan E. Sazant (admitted *pro hac vice*)
70 West Madison St., Ste. 3800
Chicago, IL 60602
Telephone:  (312) 962-3500
Email:          jsazant@proskauer.com


 *Counsel to Evolution*

4

**Certificate of Service**

The undersigned hereby certifies that on the 27th day of July 2026, he caused a true and correct copy of the foregoing document by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Jason S. Brookner
Jason S. Brookner