**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.[1]** | § | **Re:  Docket No. 3433** |

**NOTICE OF FILING RESPONSE CHART IN CONNECTION
WITH FBG DEBTORS' OMNIBUS REPLY TO CONFIRMATION OBJECTIONS**

**PLEASE TAKE NOTICE THAT**, on July 27, 2026, First Brands Group, LLC and certain of its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**FBG Debtors**"), filed the *FBG Debtors' Omnibus Reply to Objections to (I) Final Approval of the Disclosure Statement and (II) Confirmation of Joint Chapter 11 Plan* (Docket No. 3433) (the "**Reply**").[2]

**PLEASE TAKE FURTHER NOTICE THAT**, in connection with the Reply, the FBG Debtors hereby file a Response Chart, attached hereto as **Exhibit A**.

[*Remainder of Page Intentionally Left Blank.*]

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Reply.

Dated: July 28, 2026
     Houston, Texas

                       /s/  *Clifford W. Carlson*
                     WEIL, GOTSHAL & MANGES LLP
                     Gabriel A. Morgan (24125891)
                     Clifford W. Carlson (24090024)
                     700 Louisiana Street, Suite 3700
                     Houston, Texas 77002
                     Telephone:  (713) 546-5000
                     Facsimile:  (713) 224-9511
                     Email:   gabriel.morgan@weil.com
                                 clifford.carlson@weil.com

                     -and-

                     WEIL, GOTSHAL & MANGES LLP
                     Matthew S. Barr (admitted *pro hac vice*)
                     Sunny Singh (admitted *pro hac vice*)
                     Andriana Georgallas (admitted *pro hac vice*)
                     Kevin Bostel (admitted *pro hac vice*)
                     Jason H. George (admitted *pro hac vice*)
                     767 Fifth Avenue
                     New York, New York 10153
                     Telephone:  (212) 310-8000
                     Facsimile:  (212) 310-8007
                     Email:   matt.barr@weil.com
                                   sunny.singh@weil.com
                                   andriana.georgallas@weil.com
                                 kevin.bostel@weil.com
                                 jason.george@weil.com

                     *Attorneys for Debtors*
                     *and Debtors in Possession*

**<u>Certificate of Service</u>**

I hereby certify that on July 28, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.


        */s/ Clifford W. Carlson*
        Clifford W. Carlson