**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | ) Case No. 25-90399 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**AEQUUM CAPITAL FINANCIAL II LLC'S JOINDER TO LAM'S, KATSUMI'S, AND ONSET'S EMERGENCY MOTIONS TO EXCLUDE DECLARATION AND TESTIMONY OF MARC S. KIRSCHNER, AND ONSET'S EMERGENCY MOTION *IN LIMINE* TO EXCLUDE THE DECLARATION OF CHARLES M. MOORE**

Aequum Capital Financial II LLC, in its capacity as administrative agent ("Aequum") for the lenders (the "Aequum Lenders," and together with Aequum, the "Aequum Secured Parties") under a revolving credit facility to debtor Broad Street Financial, LLC ("Broad Street" and together with Broad Street Financial Holdings, LLC ("Parent"), the "Broad Street SPVs"), hereby joins in *Katsumi Servicing, LLC's and LAM Parties' Emergency Motion* in Limine *to Exclude Expert Declaration and Testimony of Marc S. Kirschner* [Docket No. 3427] ("LAM/Katsumi's Motion to Exclude Kirschner") and *Onset Financial, Inc.'s Emergency Motion* in Limine *to Exclude the Declaration of Marc S. Kirschner* [Docket No. 3444] ("Onset's Motion to Exclude Kirschner"), as well as *Onset Financial, Inc.'s Emergency Motion i*n Limine *to Exclude the Declaration of Charles M. Moore* [Docket No. 3445] ("Onset's Motion to Exclude Moore") (collectively, the "Motions"), and respectfully states as follows:

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

1

1.      Aequum joins in full the above-listed Motions to exclude the declarations of Marc S. Kirschner [Docket No. 3190] ("Kirschner Decl.") and Charles M. Moore [Docket No. 3188] ("Moore Decl.") and any testimony related thereto.

2.      Accordingly, for the reasons set forth in the Motions, Aequum respectfully requests that the Court exclude the Moore and Kirschner Declarations and any related testimony, and grant such other relief as the Court deems just and proper.

Respectfully submitted,

**BLANK ROME LLP**

Dated: July 28, 2026

/s/ *Jennifer K. Malow*
Jennifer K. Malow (Bar No. 3925677)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: Jennifer.Malow@blankrome.com

Kenneth J. Ottaviano (admitted *pro hac vice*)
Stephanie K. Hor-Chen (admitted *pro hac vice*)
444 West Lake Street, Suite 1650
Chicago, Illinois 60606
Telephone: (312)776-2500
Facsimile: (312) 776-2601
Email: Ken.Ottaviano@blankrome.com
       Stephanie.HorChen@blankrome.com

-and-

Matthew E. Kaslow (admitted *pro hac vice*)
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555
Email: Matt.Kaslow@blankrome.com

*Counsel for Aequum Capital Financial II LLC*

**CERTIFICATE OF SERVICE**

I certify that on July 28, 2026, I electronically filed the foregoing document(s) with the Clerk of the Court for the U.S. Bankruptcy Court for the Southern District of Texas, using the CM/ECF system. The ECF system will send a "Notice of Electronic Filing" to all counsel of record who have consented in writing to accept service of this document by electronic means.

/s/ *Jennifer K. Malow*
Jennifer K. Malow