**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| FIRST BRANDS GROUP, *et al.*, | : | Case No. 25-90399 (CML) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |
| | : | |

**PATRICK JAMES DEFENDANTS' DEPOSITION DESIGNATIONS**
**<u>OF NEAL GOLDMAN</u>**

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands (collectively, the affiliated debtors and debtors in possession are referred to herein as "**First Brands**" or the "**Debtors**" or the "**Company**").  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

| Designating Party | Designated Range | Objection(s) to Designation | Counter-designated Range | Objection(s) to Counter-Designation |
|---|---|---|---|---|
| Patrick James Defendants | 57:9-58:2 | | | |
| Patrick James Defendants | 101:19-102:4 | | | |

Date: July 27, 2026
  Houston, Texas

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

*/s/ Cameron M. Kelly*

Cameron Kelly
TX SBN: 24120936
700 Louisiana Street, Suite 3900
Houston, Texas 77002
Telephone: (713) 221-7000
cameronkelly@quinnemanuel.com

Michael B. Carlinsky*
James C. Tecce*
Scott Hartman*
Anil Makhijani*
Reece Pelley*
Mengzhou "Melissa" Fu*
Jack Robbins*
Grace Sullivan*
295 5th Avenue
New York, NY  10016
Telephone: (212) 849-7000

-and-

**DEBEVOISE & PLIMPTON LLP**
Erica S. Weisgerber*
Matthew J. Sorensen*
Emily Morgan*
66 Hudson Boulevard
New York, NY  10001
Telephone: (212) 909-6000
eweisgerber@debevoise.com
mjsorensen@debevoise.com
elmorgan@debevoise.com
*admitted *pro hac vice*

*Attorneys for Patrick James, The Patrick James Trust, Albion Realty, LLC, Alester Technologies, LLC, Battery Park Holdings, LLC, Larchmont LLC, Pegasus Aviation, LLC, and Bowery Finance II, LLC ("Patrick James Defendants")*

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 27, 2026, I caused a copy of the foregoing document to be served on all parties requesting notice through the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ <i>Cameron M. Kelly</i>
Cameron M. Kelly
