**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| First Brands Group, LLC, *et al.*,[1] | ) Case No. 25-90399 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE AND RESERVATION OF RIGHTS OF ONSET FINANCIAL, INC.

1.      Under the Plan,[2] all Entities holding Claims, Interests, or Causes of Action that are released or exculpated under the Plan are permanently enjoined from, among other things, asserting any right of setoff of any kind against any obligation due from the FBG Debtors, their Estates, the Wind Down Administrator, the Claims Ombudsman, the Litigation Trust and its Assets, the DIP Collateral Trust and its Assets, the ABL Collateral Trust and its Assets, the Released Parties, and/or the Exculpated Parties, *unless* "such Entity has timely asserted such setoff right either in a filed proof of Claim or in another document filed with the Bankruptcy Court explicitly preserving such setoff or that otherwise indicates that such Entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise."  Plan, § 13.4(b).

2.      Onset hereby files this Notice and Reservation of Rights to provide notice in accordance with section 13.4(b) of the Plan that it reserves, preserves, and does not waive, release, or relinquish any and all rights of setoff, recoupment, or similar rights that it may have against the FBG Debtors, their Estates, or any successor thereto.

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2].    The "Plan" means the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* [Dkt. No. 3019] (as may be amended, modified, or supplemented from time to time).  Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Plan.

3.      Nothing in this Notice and Reservation of Rights constitutes an admission as to the validity of any claim against Onset or a waiver of any of Onset's rights, remedies, claims, or defenses under the Bankruptcy Code or any other applicable law.

*[Remainder of page intentionally left blank]*

Dated: July 28, 2026

**MUNSCH HARDT KOPF & HARR, PC**

*/s/ Deborah M. Perry*
Deborah M. Perry
Texas Bar No. 24002755
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: dperry@munsch.com

-and-

**MORRISON & FOERSTER LLP**
James Newton (admitted *pro hac vice*)
Ben Butterfield (admitted *pro hac vice*)
Bryan Kotliar (admitted *pro hac vice*)
250 West 55th Street
New York, NY 10019
Email: jnewton@mofo.com
Email: bbutterfield@mofo.com
Email: bkotliar@mofo.com

-and-

**MORRISON & FOERSTER LLP**
Anthony S. Fiotto (admitted *pro hac vice*)
Julia Koch (admitted *pro hac vice*)
200 Clarendon Street, Floor 21
Boston, MA 02116
Email: afiotto@mofo.com
Email: jkoch@mofo.com

-and-

**MORRISON & FOERSTER LLP**
Brian R. Michael (admitted *pro hac vice*)
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Email: bmichael@mofo.com

-and-

**MILBANK LLP**
Dennis Dunne, Esq. (admitted *pro hac vice*)
Lisa Laukitis, Esq. (admitted *pro hac vice*)
Jason Kestecher, Esq. (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: ddunne@milbank.com
Email: llaukitis@milbank.com
Email: jkestecher@milbank.com

-and-

**MILBANK LLP**
Andrew Leblanc, Esq. (admitted *pro hac vice*)
Erin Dexter, Esq. (admitted *pro hac vice*)
1101 New York Avenue, NW
Washington, DC 20005
Email: aleblanc@milbank.com
Email: edexter@milbank.com


*Attorneys for Onset Financial, Inc.*

## CERTIFICATE OF SERVICE

I certify that on July 28, 2026, a true and correct copy of the foregoing Notice of Appearance was served by this court's CM/ECF to all parties that are registered to receive such notice in the above cases.

*/s/ Deborah M. Perry*
Deborah M. Perry