**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | **Re:  Docket No. 1244** |

**SECOND NOTICE OF ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS**

---

**BANKRUPTCY RULE 6006 NOTICE TO CONTRACT COUNTERPARTIES**

**PURSUANT TO BANKRUPTCY RULE 6006, PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR RESPECTIVE NAMES AND EXECUTORY CONTRACTS LISTED ON SCHEDULE 1 ANNEXED HERETO.**

---

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

Commencing on September 28, 2025, First Brands Group, LLC and its debtor affiliates in the above-captioned chapter 11 cases (collectively, the "**Debtors**") each filed with the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").  The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

On November 21, 2025, the Debtors filed with the Bankruptcy Court a motion (Docket No. 758) (the "**Motion**") seeking, among other things, entry of an order approving procedures for the assumption or assumption and assignment of certain unexpired leases and executory contracts (the "**Contracts**").

On January 8, 2026, the Bankruptcy Court entered the *Order (I) Approving Procedures to (A) Assume or Assume and Assign or (B) Reject, Unexpired Leases and Executory Contracts, (II) Approving Abandonment of Property in Connection with Rejection of Unexpired Leases and (III) Granting Related Relief* (Docket No. 1244) (the "**Procedures Order**").  An electronic copy of the Procedures Order can be accessed at https://restructuring.ra.kroll.com/firstbrands/.

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**Contract Assumption & Related Cure Costs**

In accordance with the Procedures Order, the Debtors hereby notify you that they have determined, in the exercise of their businesses judgment, that each contract set forth on **Schedule 1** attached hereto may be assumed effective as of the date set forth on the schedule or such other date as the Debtors and the counterparty or counterparties to any such Contract agree (the "**Effective Date**").

Each of the Contracts to be assumed and the Debtors' calculation of the proposed cure amount with respect thereto is set forth on **Schedule 1**, attached hereto.  If a written objection to the proposed cure amount is not timely filed, the proposed cure amount shall be binding on all parties and no amount in excess thereof shall be paid for cure purposes.

Absent an objection being timely filed, the Debtors may submit to the Bankruptcy Court a proposed order, substantially in the form attached hereto as **Exhibit A** (each such order, an "**Assumption Order**"), and the Bankruptcy Court may enter such order without a hearing, approving the assumption of each Contract which shall become effective on the applicable Effective Date set forth on **Schedule 1**, attached hereto, or such other date as the Debtors and the counterparty or counterparties to such Contract agree.  If an objection is filed for fewer than all of the Contracts included on this Assumption Notice, the Debtors may submit a proposed Assumption Order for the Contract for which no objection was filed.

If an objection to the assumption of any Contract is timely filed and served in compliance with the foregoing and not withdrawn or resolved, the Debtors shall file a notice for a hearing to consider the objection for the Contract or Contracts to which such objection relates and shall provide at least seven (7) calendar days' notice of such hearing to each objecting party and the Objection Service Parties (as defined below).  If such objection is overruled, resolved or withdrawn, such Contract or Contracts shall be assumed as of the Effective Date set forth on **Schedule 1**, or such other date as the Debtors and the counterparty or counterparties to such Contract agree.

Parties seeking to object to the proposed assumption of a Contract must file a written objection[2] with the Court and serve such objection by email on:

(i)     the Debtors, c/o First Brands Group, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114 (Attn:  Charles M. Moore, Interim Chief Executive Officer (cmoore@alvarezandmarsal.com) and Daniel Jerneycic, Chief Restructuring Officer (djernycic@alvarezandmarsal.com));

(ii)    counsel for the Debtors, Weil, Gotshal & Manges LLP, 700 Louisiana Street, Suite 3700, Houston, TX 77002 (Attn: Clifford W. Carlson, Esq. (clifford.carlson@weil.com)) and 767 Fifth Avenue, New York, NY 10153

---

[2]     Any objection to the proposed assumption of a Contract listed in this Assumption Notice must state with specificity the Contract to which it is directed.  An objection to the proposed assumption of a Contract listed in this Assumption Notice shall not constitute an objection to the assumption of any other Contract listed in this Assumption Notice, unless otherwise specified in such objection.

(Attn: Matthew S. Barr, Esq. (matt.barr@weil.com), Sunny Singh, Esq. (sunny.singh@weil.com), Andriana Georgallas, Esq. (andriana.georgallas@weil.com), Kevin Bostel, Esq. (kevin.bostel@weil.com), and Jason H. George, Esq. (jason.george@weil.com));

(iii)    the U.S. Trustee, 515 Rusk Street, Suite 3516, Houston, TX 77002 (Attn: Jayson B. Ruff, Esq. (jayson.b.ruff@usdoj.gov) and Vianey Garza (vianey.garza@usdoj.gov));

(iv)    counsel for the Ad Hoc Group, Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166 (Attn: Scott J. Greenberg (sgreenberg@gibsondunn.com), Stephen D. Silverman (ssilverman@gibsondunn.com), AnnElyse Scarlett Gains (agains@gibsondunn.com), Christina Brown (christina.brown@gibsondunn.com), Jonathan Dunworth (jdunworth@gibsondunn.com), Nicholas Rosshirt (nrosshirt@gibsondunn.com), and Katharine E. Scott (kscott@gibsondunn.com));

(v)    counsel for the Creditors' Committee, Brown Rudnick LLP, Seven Times Square, New York, NY 10036 (Attn: Robert Stark (rstark@brownrudnick.com), Bennett Silverberg (bsilverberg@brownrudnick.com), Kenneth Aulet (kaulet@brownrudnick.com), Andrew Carty (acarty@brownrudnick.com)), One Financial Center, Boston, MA 02111 (Attn: Tristan Axelrod (taxelrod@brownrudnick.com) and Matthew Sawyer (msawyer@brownrudnick.com)), and Cole Schotz P.C., 901 Main Street, Suite 4120, Dallas, TX 75202 (Attn: Ian Phillips (iphillips@coleschotz.com), Seth Van Aalten (svanaalten@coleschotz.com), and Justin Alberto (jalberto@coleschotz.com)); and

(vi)    any party that has requested notice pursuant to Bankruptcy Rule 2002 (the parties in subclauses (i)–(v), collectively, the "**Objection Service Parties**"),

so as to be ***actually received*** by the Objection Service Parties no later than fourteen (14) calendar days, or such shorter period authorized by the Court, after the date the Debtors served this Notice.

The inclusion of any Contract on **Schedule 1** does not constitute an admission that a particular Contract is an executory contract within the meaning of the Bankruptcy Code or require or guarantee that such Contract ultimately will be assumed or assumed and assigned. All rights of the Debtors and the counterparties with respect thereto are reserved.

Dated: July 28, 2026
      Houston, Texas

_/s/  Clifford W. Carlson_
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   gabriel.morgan@weil.com
          clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted _pro hac vice_)
Sunny Singh (admitted _pro hac vice_)
Andriana Georgallas (admitted _pro hac vice_)
Kevin Bostel (admitted _pro hac vice_)
Jason H. George (admitted _pro hac vice_)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   matt.barr@weil.com
          sunny.singh@weil.com
          andriana.georgallas@weil.com
          kevin.bostel@weil.com
          jason.george@weil.com

_Attorneys for Debtors_
_and Debtors in Possession_

## Schedule 1

## List of Assumed Contracts[1]

| NO. | COUNTERPARTY | DESCRIPTION OF CONTRACT | DEBTOR | CURE AMOUNT | EFFECTIVE DATE |
|---|---|---|---|---|---|
| 1. | CRAYON SOFTWARE EXPERTS, LLC | CUSTOMER LICENSE SERVICES AGREEMENT DATED: 10/23/24 AND ALL RELATED DOCUMENTS | FIRST BRANDS GROUP LLC | $476,987.41 | July 28, 2026 |
| 2. | DATANATIONAL CORPORATION | ERP SYSTEM MANAGED SERVICES & HOSTING STATEMENT OF WORK DATED: 05/04/2015 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $14,495.00 | July 28, 2026 |
| 3. | DATANATIONAL CORPORATION | IBM SYSTEM I PROVISION & HA SYSTEM MANAGEMENT PRODUCTION HARDWARE & SERVICES AGREEMENT DATED: 05/11/2015 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $4,047.00 | July 28, 2026 |
| 4. | DATANATIONAL CORPORATION | IBM SYSTEM I PROVISION & HA SYSTEM MANAGEMENT TARGET SYSTEM (BACKUP) HARDWARE & SERVICES AGREEMENT DATED: 05/11/2015 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $4,775.00 | July 28, 2026 |
| 5. | DATANATIONAL CORPORATION | MPLS LINE CROSS CONNECTION TO OPENTEXT SERVICES AGREEMENT DATED: 05/15/2018 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $250.00 | July 28, 2026 |

---

[1] The inclusion of a Contract on this list does not constitute an admission (i) that a particular Contract is an executory contract within the meaning of the Bankruptcy Code, (ii) as to the executory or non-executory nature of the Contract, (iii) as to the expired or unexpired nature of such Contract, or (iv) as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| NO. | COUNTERPARTY | DESCRIPTION OF CONTRACT | DEBTOR | CURE AMOUNT | EFFECTIVE DATE |
|---|---|---|---|---|---|
| 6. | DATANATIONAL CORPORATION | EVAULT REMOTE TO DISK BACKUP SOLUTION SERVICES AGREEMENT DATED: 10/03/2011 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $1,500.00 | July 28, 2026 |
| 7. | DATANATIONAL CORPORATION | 10MB OF CDR FAST ETHERNET CONNECTION SERVICES AGREEMENT DATED: 06/18/2009 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $975.00 | July 28, 2026 |
| 8. | DATANATIONAL CORPORATION | X86 SERVER PROVISION HOSTING & BACKUP SERVICES AGREEMENT DATED: 01/28/2020 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $0.00 | July 28, 2026 |
| 9. | DATANATIONAL CORPORATION | IBM AIX SERVER PROVISION, HOSTING & BACKUP SERVICES AGREEMENT DATED: 07/01/2020 AND ALL RELATED DOCUMENTS | FRAM GROUP | $3,195.00 | July 28, 2026 |
| 10. | DATANATIONAL CORPORATION | X86 MAINTENANCE & MANAGEMENT SERVICES ADDENDUM DATED: 06/26/2020 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $0.00 | July 28, 2026 |
| 11. | DATANATIONAL CORPORATION | MODIFICATION TO EVAULT REMOTE TO DISK BACKUP SOLUTION (ADDENDUM) DATED: 05/13/2024 AND ALL RELATED DOCUMENTS | FIRST BRANDS GROUP, LLC | $1,425.60 | July 28, 2026 |
| 12. | DATANATIONAL CORPORATION | ADMINISTRATION & MANAGEMENT ADDENDUM DATED: 04/25/2024 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $4,314.60 | July 28, 2026 |
| 13. | DATANATIONAL CORPORATION | SYSTEM HOSTING & MANAGEMENT SERVICES ADDENDUM BLIS/400 ERP DATED: 03/28/2023 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $3,242.09 | July 28, 2026 |
| 14. | DATANATIONAL CORPORATION | TARGET SYSTEM (BACKUP) HARDWARE & SERVICES AGREEMENT DATED: 10/15/2024 AND ALL RELATED DOCUMENTS | INTERNATIONAL BRAKE INDUSTRIES, INC. | $35,524.00 | July 28, 2026 |

| NO. | COUNTERPARTY | DESCRIPTION OF CONTRACT | DEBTOR | CURE AMOUNT | EFFECTIVE DATE |
|---|---|---|---|---|---|
| 15. | DATANATIONAL CORPORATION | IBM I APPLICATION OUTSOURCING AGREEMENT DATED: MARCH 22, 2021 AND ALL RELATED DOCUMENTS | FIRST BRANDS GROUP, LLC | $138,233.00 | July 28, 2026 |
| 16. | DATANATIONAL CORPORATION | SYSTEM HOSTING & MANAGEMENT SERVICES ADDENDUM FRAM HEBRON WMS DATED: 12/24/2019 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $4,695.00 | July 28, 2026 |
| 17. | DATANATIONAL CORPORATION | CLOUD-BASED BACKUP SOLUTION STATEMENT OF WORK DATED: MAY 20, 2017 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $6,688.00 | July 28, 2026 |
| 18. | DATANATIONAL CORPORATION | WINDOW SERVER HOSTING & MONITORING SERVICE AGREEMENT DATED: JULY 1, 2018 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $3,300.00 | July 28, 2026 |
| 19. | DATANATIONAL CORPORATION | X86 DR & HA SYSTEM PROVISION & MANAGEMENT TARGET SYSTEM (BACKUP) HARDWARE & SERVICES AGREEMENT DATED: 12/7/2018 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $7,500.00 | July 28, 2026 |
| 20. | DATANATIONAL CORPORATION | X86 WINDOWS SERVER HOSTING & MONITORING ADDENDUM: X86 SWITCH MANAGEMENT DATED: 03/29/2019 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $790.00 | July 28, 2026 |
| 21. | DATANATIONAL CORPORATION | X86 SERVIER BACKUP JOB MONITORING SERVICES AGREEMENT DATED: 08/26/19 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $1,600.00 | July 28, 2026 |
| 22. | DATANATIONAL CORPORATION | SYSTEM PROVISION & HOSTING ADDENDUM: AD SERVER PROJECT DATED: 07/22/2019 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $1,100.00 | July 28, 2026 |

| NO. | COUNTERPARTY | DESCRIPTION OF CONTRACT | DEBTOR | CURE AMOUNT | EFFECTIVE DATE |
|---|---|---|---|---|---|
| 23. | DATANATIONAL CORPORATION | CAT5E CROSS CONNECTION TO AT&T SERVICES AGREEMENT DATED: 02/01/2020 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $400.00 | July 28, 2026 |
| 24. | DATANATIONAL CORPORATION | X86 WINDOWS SERVER HOSTING & MONITORING ADDENDUM #2: CENTURYLINK COLOCATION SWITH PROVISION & MANAGEMENT DATED: 08/12/2020 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $750.00 | July 28, 2026 |
| 25. | DATANATIONAL CORPORATION | ASC X86 SYSTEM PROVISION, HOSTING & MANAGEMENT SERVICES DATED: 01/12/2021 AND ALL RELATED DOCUMENTS | FIRST BRANDS GROUP, LLC | $4,495.00 | July 28, 2026 |
| 26. | ELEMENT CRITICAL | SALES ORDER PR424115 CH2:FIBER CROSS CONNECT DATED: 12/13/2022 AND ALL RELATED DOCUMENTS | BRAKE PARTS INC LLC | $529.57 | July 28, 2026 |
| 27. | ELEMENT CRITICAL | SALES ORDER PR208114 FOR TECHNOLOGICAL FACILITIES DATED: 10/20/2021 AND ALL RELATED DOCUMENTS | BRAKE PARTS INC LLC | $34,959.59 | July 28, 2026 |
| 28. | ELEMENT CRITICAL | SALES ORDER PR868501 FOR TECHNOLOGICAL FACILITIES DATED: 09/29/2025 AND ALL RELATED DOCUMENTS | BRAKE PARTS INC LLC | $6,620.00 | July 28, 2026 |
| 29. | ELEMENT CRITICAL | SALES ORDER PR884773 FOR TECHNOLOGICAL FACILITIES DATED: 12/15/2025 AND ALL RELATED DOCUMENTS | BRAKE PARTS INC LLC | $1,380.00 | July 28, 2026 |
| 30. | NEXTPROCESS, LP | LICENSE AND SERVICE AGREEMENT DATED: 08/19/2020 AND ALL RELATED DOCUMENTS | FIRST BRANDS GROUP LLC | $0.00 | July 28, 2026 |
| 31. | NEXTPROCESS, LP | VIEWER MODULE ADDENDUM DATED: 3/16/2021 AND ALL RELATED DOCUMENTS | FIRST BRANDS GROUP LLC | $0.00 | July 28, 2026 |

| NO. | COUNTERPARTY | DESCRIPTION OF CONTRACT | DEBTOR | CURE AMOUNT | EFFECTIVE DATE |
|---|---|---|---|---|---|
| 32. | SNOWFLAKE INC. | MASTER SAAS AGREEMENT DATED: 06/29/22 AND ALL RELATED DOCUMENTS | FIRST BRANDS GROUP LLC | $0.00 | July 28, 2026 |
| 33. | TRANSIMPACT | BIA CLOUD SERVICE PLATFORM LICENSE SUBSCRIPTION DATED: 12/6/22 AND ALL RELATED DOCUMENTS | FIRST BRANDS GROUP LLC | $19,156.50 | July 28, 2026 |