**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | **Re: Docket No. _____** |

**ORDER APPROVING THE (I) ASSUMPTION**
**OF EXECUTORY CONTRACTS AND (II) GRANTING RELATED RELIEF**

Pursuant to and in accordance with the *Order (I) Approving Procedures to (A) Assume or Assume and Assign or (B) Reject, Unexpired Leases and Executory Contracts, (II) Approving Abandonment of Property in Connection with Rejection of Unexpired Leases and (III) Granting Related Relief* (Docket No. 1244) (the "**Procedures Order**");[2] and the Debtors having properly filed with this Court and served on the Master Notice Parties a notice (Docket No. _) (the "**Assumption Notice**") of their intent to assume the executory contracts (the "**Contracts**") identified on **Schedule 1**, attached hereto, in accordance with the terms of the Procedures Order; and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and no timely objections having been filed to the Assumption Notice; and the Court having found and determined that the relief requested is in the best interests of the Debtors, their estates, their creditors, and all parties in interest, and after due deliberation and sufficient cause appearing therefor,

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]   Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to such terms in the Procedures Order or the Assumption Notice, as applicable.

**IT IS HEREBY ORDERED THAT:**

1. The Contracts are hereby assumed as set forth herein, effective as of the date set forth for such Contract on **Schedule 1**, attached hereto, or such other date as the Debtors and the Counterparty or Counterparties to any Contract agree (the "**Effective Date**").

2. The cure amounts, if any, with respect to the Contracts set forth on **Schedule 1** as applicable, attached hereto (the "**Cure Amounts**") shall be binding on all parties and no amount in excess thereof shall be paid for cure purposes. The Debtors are authorized to pay the Cure Amounts.

3. The Debtors have provided adequate assurance of future performance with respect to all Contracts assumed pursuant to this Order to the extent required by section 365 of the Bankruptcy Code, and no further showing of adequate assurance is necessary.

4. Any and all anti-assignment provisions in the assumed Contracts, whether such provisions expressly prohibit or have the effect of restricting or limiting assignment of such executory contract, are unenforceable and prohibited pursuant to section 365(f) of the Bankruptcy Code.

5. Nothing contained in the Motion or this Order, nor any payment made pursuant to the authority granted by this Order, is intended to be or shall be construed as: (i) an admission as to the validity of any claim against the Debtors, (ii) a waiver or limitation of the Debtors' or any party in interest's rights to dispute the amount of, basis for, or validity of any claim, (iii) a waiver of the Debtors' rights under the Bankruptcy Code or any other applicable nonbankruptcy law, (iv) an agreement or obligation to pay any claims, (v) a waiver of any claims or causes of action which may exist against any creditor or interest holder, or (vi) except as

expressly set forth herein, an approval, assumption, adoption, or rejection of any agreement, contract, lease, program, or policy under section 365 of the Bankruptcy Code.

6.      Notwithstanding entry of this Order, nothing herein shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by, any party.

7.      Notwithstanding Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

8.      Notwithstanding Bankruptcy Rule 6006(d), this Order shall be immediately effective and enforceable upon its entry.

9.      The Debtors are authorized to take all actions necessary to implement the relief granted in this Order.

10.     The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: _____, 2026
       Houston, Texas

_____
Christopher Lopez
United States Bankruptcy Judge

## Schedule 1

### List of Assumed Contracts[1]

| NO. | COUNTERPARTY | DESCRIPTION OF CONTRACT | DEBTOR | CURE AMOUNT | EFFECTIVE DATE |
|---|---|---|---|---|---|
| 1. | CRAYON SOFTWARE EXPERTS, LLC | CUSTOMER LICENSE SERVICES AGREEMENT DATED: 10/23/24 AND ALL RELATED DOCUMENTS | FIRST BRANDS GROUP LLC | $476,987.41 | July 28, 2026 |
| 2. | DATANATIONAL CORPORATION | ERP SYSTEM MANAGED SERVICES & HOSTING STATEMENT OF WORK DATED: 05/04/2015 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $14,495.00 | July 28, 2026 |
| 3. | DATANATIONAL CORPORATION | IBM SYSTEM I PROVISION & HA SYSTEM MANAGEMENT PRODUCTION HARDWARE & SERVICES AGREEMENT DATED: 05/11/2015 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $4,047.00 | July 28, 2026 |
| 4. | DATANATIONAL CORPORATION | IBM SYSTEM I PROVISION & HA SYSTEM MANAGEMENT TARGET SYSTEM (BACKUP) HARDWARE & SERVICES AGREEMENT DATED: 05/11/2015 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $4,775.00 | July 28, 2026 |
| 5. | DATANATIONAL CORPORATION | MPLS LINE CROSS CONNECTION TO OPENTEXT SERVICES AGREEMENT DATED: 05/15/2018 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $250.00 | July 28, 2026 |

---

[1] The inclusion of a Contract on this list does not constitute an admission (i) that a particular Contract is an executory contract within the meaning of the Bankruptcy Code, (ii) as to the executory or non-executory nature of the Contract, (iii) as to the expired or unexpired nature of such Contract, or (iv) as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| NO. | COUNTERPARTY | DESCRIPTION OF CONTRACT | DEBTOR | CURE AMOUNT | EFFECTIVE DATE |
|---|---|---|---|---|---|
| 6. | DATANATIONAL CORPORATION | EVAULT REMOTE TO DISK BACKUP SOLUTION SERVICES AGREEMENT DATED: 10/03/2011 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $1,500.00 | July 28, 2026 |
| 7. | DATANATIONAL CORPORATION | 10MB OF CDR FAST ETHERNET CONNECTION SERVICES AGREEMENT DATED: 06/18/2009 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $975.00 | July 28, 2026 |
| 8. | DATANATIONAL CORPORATION | X86 SERVER PROVISION HOSTING & BACKUP SERVICES AGREEMENT DATED: 01/28/2020 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $0.00 | July 28, 2026 |
| 9. | DATANATIONAL CORPORATION | IBM AIX SERVER PROVISION, HOSTING & BACKUP SERVICES AGREEMENT DATED: 07/01/2020 AND ALL RELATED DOCUMENTS | FRAM GROUP | $3,195.00 | July 28, 2026 |
| 10. | DATANATIONAL CORPORATION | X86 MAINTENANCE & MANAGEMENT SERVICES ADDENDUM DATED: 06/26/2020 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $0.00 | July 28, 2026 |
| 11. | DATANATIONAL CORPORATION | MODIFICATION TO EVAULT REMOTE TO DISK BACKUP SOLUTION (ADDENDUM) DATED: 05/13/2024 AND ALL RELATED DOCUMENTS | FIRST BRANDS GROUP, LLC | $1,425.60 | July 28, 2026 |
| 12. | DATANATIONAL CORPORATION | ADMINISTRATION & MANAGEMENT ADDENDUM DATED: 04/25/2024 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $4,314.60 | July 28, 2026 |
| 13. | DATANATIONAL CORPORATION | SYSTEM HOSTING & MANAGEMENT SERVICES ADDENDUM BLIS/400 ERP DATED: 03/28/2023 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $3,242.09 | July 28, 2026 |
| 14. | DATANATIONAL CORPORATION | TARGET SYSTEM (BACKUP) HARDWARE & SERVICES AGREEMENT DATED: 10/15/2024 AND ALL RELATED DOCUMENTS | INTERNATIONAL BRAKE INDUSTRIES, INC. | $35,524.00 | July 28, 2026 |

| NO. | COUNTERPARTY | DESCRIPTION OF CONTRACT | DEBTOR | CURE AMOUNT | EFFECTIVE DATE |
|---|---|---|---|---|---|
| 15. | DATANATIONAL CORPORATION | IBM I APPLICATION OUTSOURCING AGREEMENT DATED: MARCH 22, 2021 AND ALL RELATED DOCUMENTS | FIRST BRANDS GROUP, LLC | $138,233.00 | July 28, 2026 |
| 16. | DATANATIONAL CORPORATION | SYSTEM HOSTING & MANAGEMENT SERVICES ADDENDUM FRAM HEBRON WMS DATED: 12/24/2019 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $4,695.00 | July 28, 2026 |
| 17. | DATANATIONAL CORPORATION | CLOUD-BASED BACKUP SOLUTION STATEMENT OF WORK DATED: MAY 20, 2017 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $6,688.00 | July 28, 2026 |
| 18. | DATANATIONAL CORPORATION | WINDOW SERVER HOSTING & MONITORING SERVICE AGREEMENT DATED: JULY 1, 2018 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $3,300.00 | July 28, 2026 |
| 19. | DATANATIONAL CORPORATION | X86 DR & HA SYSTEM PROVISION & MANAGEMENT TARGET SYSTEM (BACKUP) HARDWARE & SERVICES AGREEMENT DATED: 12/7/2018 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $7,500.00 | July 28, 2026 |
| 20. | DATANATIONAL CORPORATION | X86 WINDOWS SERVER HOSTING & MONITORING ADDENDUM: X86 SWITCH MANAGEMENT DATED: 03/29/2019 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $790.00 | July 28, 2026 |
| 21. | DATANATIONAL CORPORATION | X86 SERVIER BACKUP JOB MONITORING SERVICES AGREEMENT DATED: 08/26/19 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $1,600.00 | July 28, 2026 |
| 22. | DATANATIONAL CORPORATION | SYSTEM PROVISION & HOSTING ADDENDUM: AD SERVER PROJECT DATED: 07/22/2019 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $1,100.00 | July 28, 2026 |

| NO. | COUNTERPARTY | DESCRIPTION OF CONTRACT | DEBTOR | CURE AMOUNT | EFFECTIVE DATE |
|---|---|---|---|---|---|
| 23. | DATANATIONAL CORPORATION | CAT5E CROSS CONNECTION TO AT&T SERVICES AGREEMENT DATED: 02/01/2020 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $400.00 | July 28, 2026 |
| 24. | DATANATIONAL CORPORATION | X86 WINDOWS SERVER HOSTING & MONITORING ADDENDUM #2: CENTURYLINK COLOCATION SWITH PROVISION & MANAGEMENT DATED: 08/12/2020 AND ALL RELATED DOCUMENTS | TRICO PRODUCTS CORPORATION | $750.00 | July 28, 2026 |
| 25. | DATANATIONAL CORPORATION | ASC X86 SYSTEM PROVISION, HOSTING & MANAGEMENT SERVICES DATED: 01/12/2021 AND ALL RELATED DOCUMENTS | FIRST BRANDS GROUP, LLC | $4,495.00 | July 28, 2026 |
| 26. | ELEMENT CRITICAL | SALES ORDER PR424115 CH2:FIBER CROSS CONNECT DATED: 12/13/2022 AND ALL RELATED DOCUMENTS | BRAKE PARTS INC LLC | $529.57 | July 28, 2026 |
| 27. | ELEMENT CRITICAL | SALES ORDER PR208114 FOR TECHNOLOGICAL FACILITIES DATED: 10/20/2021 AND ALL RELATED DOCUMENTS | BRAKE PARTS INC LLC | $34,959.59 | July 28, 2026 |
| 28. | ELEMENT CRITICAL | SALES ORDER PR868501 FOR TECHNOLOGICAL FACILITIES DATED: 09/29/2025 AND ALL RELATED DOCUMENTS | BRAKE PARTS INC LLC | $6,620.00 | July 28, 2026 |
| 29. | ELEMENT CRITICAL | SALES ORDER PR884773 FOR TECHNOLOGICAL FACILITIES DATED: 12/15/2025 AND ALL RELATED DOCUMENTS | BRAKE PARTS INC LLC | $1,380.00 | July 28, 2026 |
| 30. | NEXTPROCESS, LP | LICENSE AND SERVICE AGREEMENT DATED: 08/19/2020 AND ALL RELATED DOCUMENTS | FIRST BRANDS GROUP LLC | $0.00 | July 28, 2026 |
| 31. | NEXTPROCESS, LP | VIEWER MODULE ADDENDUM DATED: 3/16/2021 AND ALL RELATED DOCUMENTS | FIRST BRANDS GROUP LLC | $0.00 | July 28, 2026 |

| NO. | COUNTERPARTY | DESCRIPTION OF CONTRACT | DEBTOR | CURE AMOUNT | EFFECTIVE DATE |
|---|---|---|---|---|---|
| 32. | SNOWFLAKE INC. | MASTER SAAS AGREEMENT DATED: 06/29/22 AND ALL RELATED DOCUMENTS | FIRST BRANDS GROUP LLC | $0.00 | July 28, 2026 |
| 33. | TRANSIMPACT | BIA CLOUD SERVICE PLATFORM LICENSE SUBSCRIPTION DATED: 12/6/22 AND ALL RELATED DOCUMENTS | FIRST BRANDS GROUP LLC | $19,156.50 | July 28, 2026 |