**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*, | § | |
| | § | Case No. 25-90399 (CML) |
| Debtors.[1] | § | |
| | § | (Jointly Administered) |
| | § | |
| | § | |

**NOTICE OF CLOSING OF SALE TRANSACTION**

**PLEASE TAKE NOTICE THAT,** on July 15, 2026, First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed the *Emergency Motion for Order (A) Approving Sale Transaction for Certain of the Debtors' Equity Interests and Related Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests and (B) Granting Related Relief* (Docket No. 3201) (the "Motion").[2]

**PLEASE TAKE FURTHER NOTICE THAT,** on July 27, 2026, the Court entered the *Order (A) Authorizing and Approving Sale Transaction for Certain of the Debtors' Equity Interests and Related Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests and (B) Granting Related Relief* (Docket No. 3438), approving the sale of the Debtors' equity interests in Walbro Co., Ltd. and Walbro Fuel Systems and Technology (Thailand) Co., Ltd. and certain related assets, including the rights to certain related intercompany debt

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] Capitalized but undefined terms used herein shall have the meanings given to such terms in the Motion.

(collectively, the "Transferred Interests"), to Husqvarna Business Support AB (the "Buyer") for

an aggregate purchase price of $12 million in cash and the assumption of the WEM Japan Payable.

**PLEASE TAKE FURTHER NOTICE THAT,** on July 28, 2026, the Debtors and the

Buyer consummated the sale of the Transferred Interests and the Closing Date occurred.

Dated: July 28, 2026 

Respectfully submitted,

*/s/* Sean A. Gordon
Sean A. Gordon
Texas Bar No. 24048504
**THOMPSON HINE LLP**
Two Alliance Center
3560 Lenox Road NE, Suite 1600
Atlanta, Georgia 30326-4266
Telephone: 404-541-2900
Fax:  404-541-2905
Sean.Gordon@thompsonhine.com

*Counsel for Husqvarna Business Support AB*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 28, 2026, a true and correct copy of the foregoing document was served by the Court's Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Sean A. Gordon
Sean A. Gordon