**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | : Chapter 11 |
| | : |
| FIRST BRANDS GROUP, *et al.*, | : Case No. 25-90399 (CML) |
| | : |
| Debtors.[1] | : (Jointly Administered) |
| | : |
| | : |

**NOTICE AND RESERVATION OF RIGHTS OF PATRICK JAMES AND AFFILIATED
ENTITIES, INCLUDING BUT NOT LIMITED TO THE ENTITIES
LISTED ON ATTACHMENT 1**

1.        Under the terms of the proposed Plan,[2] to which Mr. James and affiliated entities have objected, all Entities holding Claims, Interests, or Causes of Action that are released or exculpated under the Plan are permanently enjoined from, among other things, asserting any right of setoff of any kind against any obligation due from the FBG Debtors, their Estates, the Wind Down Administrator, the Claims Ombudsman, the Litigation Trust and its Assets, the DIP Collateral Trust and its Assets, the ABL Collateral Trust and its Assets, the Released Parties, and/or the Exculpated Parties, *unless* "such Entity has timely asserted such setoff right either in a filed proof of Claim or in another document filed with the Bankruptcy Court explicitly preserving such setoff or that otherwise indicates that such Entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise." Plan, § 13.4(b).

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands (collectively, the affiliated debtors and debtors in possession are referred to herein as "**First Brands**" or the "**Debtors**" or the "**Company**").  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]    The "Plan" means the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* [Dkt. No. 3019] (as may be amended, modified, or supplemented from time to time). Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Plan.

1

2.      Notwithstanding their objection to the proposed Plan, out of an abundance of caution, Patrick James and affiliated entities, including but not limited to the entities listed on Attachment 1, hereby file this Notice and Reservation of Rights to provide notice in accordance with section 13.4(b) of the Plan that he and they reserve, preserve, and do not waive, release, or relinquish any and all rights of setoff, recoupment, or similar rights that he and they may have against the FBG Debtors, their Estates, or any successor thereto.

3.      For the avoidance of doubt, Mr. James and his affiliated entities' rights to set off and recoupment and related rights are based on, among other things, amounts invested in and/or transferred to the Debtors,[3] services and property transferred to and/or provided to or for the benefit of the Debtors, outstanding payments owed for salary, compensation, tax payments or other tax obligations, outstanding payments on account of transactions or other arrangements or agreements, unpaid rent, unpaid lease payments, licensing and royalty payments, avoidance actions and/or any other statutory or common law claims, and other outstanding amounts.

4.      Nothing in this Notice and Reservation of Rights constitutes an admission as to the validity of any claim against Patrick James and affiliated entities, including but not limited to the entities listed on Attachment 1, or a waiver of any of Patrick James' and affiliated entities', including but not limited to the entities listed on Attachment 1, rights, remedies, claims, or defenses under the Bankruptcy Code or any other applicable law.

*[Remainder of page intentionally left blank]*

---

[3] The Debtors have already acknowledged approximately $592 million in investments by the Patrick James Trust into the Debtors between September 2022 to the Petition Date. Decl. of Charles M. Moore ¶ 155, Bankr. Dkt. No. 3188.

2

**Attachment 1**

1. 10302 Madison Avenue, LLC
2. 16533 Chillicothe Road LLC
3. 300 MPH Acres, LLC
4. 705 North Fayette Street, LLC
5. Albion Realty, LLC
6. Alester Technologies Holdings, LLC
7. Alester Technologies, LLC
8. Aztec Corporation
9. Battery Park Holdings LLC
10. Bleecker Group Holdings, LLC
11. Bleecker Group, LLC
12. Bond Street Asset Management, LLC
13. Bowery Finance Holdings, LLC
14. Bowery Finance II Holdings, LLC
15. Bowery Finance II, LLC
16. Bowery Finance III, LLC
17. Bowery Receivables I Holdings, LLC
18. Bowery Receivables I, LLC
19. Bowery Receivables II Holdings, LLC
20. Bowery Receivables II, LLC
21. Bowery Receivables, LLC
22. Brake Parts Holdings, Inc.
23. Branzino Acquisition Vehicle, Inc.
24. Calico Properties LLC
25. Centurion Packaging, LLC
26. Crenshaw Capital Holdings, LLC
27. Crenshaw Capital, LLC
28. Dragon Acquisition Corp, LLC
29. Global Technologies Partners, LLC
30. Hanover Realty Holdings, LLC
31. Hanover Realty, LLC
32. Ignite Acquisition Holdings, LLC
33. Ignite Acquisition Sub, LLC
34. Larchmont LLC
35. Mayfair Enterprises, LLC
36. New Dalton Holdings Corporation
37. PAC Racing Springs - South LLC
38. Pegasus Aviation, LLC
39. Peterson American Corporation
40. Python Acquisition Holdings, LLC
41. Python Acquisition Sub, LLC
42. RTE Acquisition Holdings, Ltd.
43. RTE Parent, LLC
44. SA Eagle Holdings, LLC
45. The Garden Street Group, Inc.

46. The Patrick James Trust
47. TS Holdings I, LLC
48. Young at Heart Entertainment, LLC

Date: July 28, 2026
       Houston, Texas

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

*/s/ Cameron M. Kelly*

Cameron Kelly
TX SBN: 24120936
700 Louisiana Street, Suite 3900
Houston, Texas 77002
Telephone: (713) 221-7000
cameronkelly@quinnemanuel.com

Michael B. Carlinsky*
James C. Tecce*
Scott Hartman*
Anil Makhijani*
Reece Pelley*
Mengzhou "Melissa" Fu*
Jack Robbins*
Grace Sullivan*
295 5th Avenue
New York, NY  10016
Telephone: (212) 849-7000

-and-

**DEBEVOISE & PLIMPTON LLP**
Erica S. Weisgerber*
Matthew J. Sorensen*
Emily Morgan*
66 Hudson Boulevard
New York, NY  10001
Telephone: (212) 909-6000
eweisgerber@debevoise.com
mjsorensen@debevoise.com
elmorgan@debevoise.com
*admitted *pro hac vice*

*Attorneys for Patrick James and the Affiliated Entities*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 28, 2026, a true and correct copy of the foregoing document was served by this court's CM/ECF to all parties that are registered to receive such notice in the above cases.

*/s/ Cameron M. Kelly*

Cameron Kelly