**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re<br><br>FIRST BRANDS GROUP, LLC *et al.*,[1]<br><br>    Debtors. | Chapter 11<br>Case No. 25-90399 (CML)<br>(Jointly Administered) |

**NOTICE OF ONSET FINANCIAL, INC.'S FILING IN RESPONSE TO THE COURT'S**
**INSTRUCTION DURING THE JULY 28, 2026 HEARING**

PLEASE TAKE NOTICE that Onset Financial, Inc. ("Onset"), by and through its undersigned counsel, hereby makes this submission in response to the Court's instruction during the hearing on July 28, 2206, that the parties identify deposition testimony in which Mr. Moore stated he was not offering expert opinions or conclusions.

In the deposition transcript excerpts identified below, Mr. Moore repeatedly and expressly testified that he was not providing any "conclusions" or "expert opinions."  In addition, the excerpts below identify occasions when, in response to questions about the scope of any purported expert testimony, the FBG Debtors' counsel instructed Mr. Moore not to answer the question.

**TESTIMONY REGARDING EXPERT CONCLUSIONS[2]**

| Deposition of Charles Moore<br>July 23, 2026 |
|---|
| 29:3-6 |
| 30:10-31:23 |
| 32:04-24 |

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands/.  The Debtors' service address for these chapter 11 cases (the "Chapter 11 Cases") is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]    Volume I and Volume II of the transcript of the Deposition of Charles Moore, conducted on July 23, and July 26, 2026, are attached hereto as Exhibits 1 and 2, respectively.  For ease of review, the testimony excerpts identified herein are indicated by yellow highlighting in the attached transcripts.

| Deposition of Charles Moore<br>July 23, 2026 |
| :---: |
| 107:25-110-13 |
| 131:21-132:24 |
| 242:18-243:10 |
| 247:08-21 |
| 260:22-261:10 |
| **July 26, 2026** |
| 430:25-431:18 |
| 445:16-449:05 |
| 450:15-452:20 |
| 554:16-555:09 |
| 643:21-24 |

Dated:  July 28, 2026  
        Houston, Texas

**MUNSCH HARDT KOPF & HARR, PC**

*/s/ Deborah M. Perry*  
Deborah M. Perry  
Texas Bar No. 24002755  
500 N. Akard Street, Suite 4000  
Dallas, TX 75201-6659  
Telephone: (214) 855-7500  
Facsimile: (214) 855-7584  
Email: dperry@munsch.com

-and-

**MORRISON & FOERSTER LLP**  
Carrie H. Cohen (admitted *pro hac vice*)  
James Newton (admitted *pro hac vice*)  
Ben Butterfield (admitted *pro hac vice*)  
Bryan Kotliar (admitted *pro hac vice*)  
250 West 55th Street  
New York, NY 10019  
Email: ccohen@mofo.com  
Email: jnewton@mofo.com  
Email: bbutterfield@mofo.com  
Email: bkotliar@mofo.com

-and-

**MORRISON & FOERSTER LLP**
Anthony S. Fiotto (admitted *pro hac vice*)
Julia C. Koch (admitted *pro hac vice*)
200 Clarendon Street
Boston, MA 02116
Email: afiotto@mofo.com
Email: jkoch@mofo.com

-and-

**MORRISON & FOERSTER LLP**
Brian R. Michael (admitted *pro hac vice*)
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Email: bmichael@mofo.com

-and-

**MILBANK LLP**
Dennis F. Dunne (admitted *pro hac vice*)
Lisa Laukitis (admitted *pro hac vice*)
Jason Kestecher (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530 5858
Facsimile: (212) 530-5219
Email: ddunne@milbank.com
Email: llaukitis@milbank.com
Email: jkestecher@milbank.com

-and-

**MILBANK LLP**
Andrew M. Leblanc (admitted *pro hac vice*)
Erin E. Dexter (admitted *pro hac vice*)
1101 New York Avenue NW,
Washington, DC 20005
Telephone: (202) 835-7500
Facsimile: (202) 263-7586
Email: aleblanc@milbank.com
Email: edexter@milbank.com

*Attorneys for Onset Financial, Inc.*