**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| | § | |
| **Debtors.[1]** | § | |
| | § | |

**NOTICE AND RESERVATION OF RIGHTS OF THE
CARNABY II AND III SECURED PARTIES**

1.      Under the Plan,[2] all Entities holding Claims, Interests, or Causes of Action that are released or exculpated under the Plan are permanently enjoined from, among other things, asserting any right of setoff of any kind against any obligation due from the FBG Debtors, their Estates, the Wind Down Administrator, the Claims Ombudsman, the Litigation Trust and its Assets, the DIP Collateral Trust and its Assets, the ABL Collateral Trust and its Assets, the Released Parties, and/or the Exculpated Parties, unless "such Entity has timely asserted such setoff right either in a filed proof of Claim or in another document filed with the Bankruptcy Court explicitly preserving such setoff or that otherwise indicates that such Entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise."  Plan, § 13.4(b).

---

[1]    A complete list of the Debtors in these Chapter 11 cases (the "Chapter 11 Cases") may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]    The "Plan" means the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* [ECF No. 3019] (as may be amended, modified, or supplemented from time to time).  Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Plan.

2

2.        Notwithstanding their objection to the proposed Plan, ECF No. 3274, out of an abundance of caution, the Carnaby II and III Secured Parties[3] hereby file this notice and reservation of rights (the "Notice") to provide notice in accordance with section 13.4(b) of the Plan that they reserve, preserve, and do not waive, release, or relinquish any and all rights of setoff, recoupment, or similar rights that the Carnaby II and III Secured Parties may have or be entitled to assert against the FBG Debtors, their Estates, or any successor thereto.

3.        Nothing in this Notice constitutes an admission as to the validity of any claim against the Carnaby II and III Secured Parties or a waiver of any of the Carnaby II and III Secured Parties' rights, remedies, claims, or defenses under the Bankruptcy Code or any other applicable law.

*[Remainder of page left intentionally blank]*

---

[3]     The "Carnaby II and III Secured Parties" has the meaning ascribed to such term in the *Stipulation and Agreed Interim Order Regarding Adequate Protection Among Debtors and Carnaby Inventory II, LLC and Carnaby Inventory III, LLC* [ECF No. 230].

Dated:      July 28, 2026                      Respectfully submitted,
              Houston, Texas

*/s/ Allan S. Brilliant*
Allan S. Brilliant (admitted *pro hac vice*)
Stephen M. Wolpert (admitted *pro hac vice*)
Eric O. Hilmo (admitted *pro hac vice*)
**DECHERT LLP**
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Email:   allan.brilliant@dechert.com
         stephen.wolpert@dechert.com
         eric.hilmo@dechert.com


-and-

John F. Higgins (TX Bar No. 09597500)
Megan Young-John (TX Bar No. 24088700)
James A. Keefe (TX Bar No. 24122842)
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
Email:   jhiggins@porterhedges.com
         myoung-john@porterhedges.com
         jkeefe@porterhedges.com


***Counsel to the Carnaby II and III Secured Parties***

**CERTIFICATE OF SERVICE**

I certify that on July 28, 2026, a true and correct copy of the foregoing document was served by this Court's CM/ECF system to all parties that are registered to receive such notice in the above cases.

/s/ John F. Higgins
John F. Higgins

4