Electronic Appearance Sheet

Andrew Parks, Elsberg Baker & Maruri PLLC
Client(s): Ronald J. Sommers, Chapter 7 Trustee for Patterson and Starlight SPV Debtors' Estates

Vivek Tata, Elsberg Baker & Maruri PLLC
Client(s): Ronald J. Sommers, Chapter 7 Trustee for Starlight and Patterson SPV Debtors

Brian Levy, Taft Steittinus & Hollister LLP
Client(s): PrimeRevenue, Inc.

Jason Blackstone, Buchalter LLP
Client(s): Oracle

David Staab, Haynes and Boone, LLP
Client(s): Orbian Corporation and Orbian Financial Services XXVI LLC

Frasher Murphy, Haynes and Boone, LLP
Client(s): Orbian Corporation and Orbian Financial Services XXVI LLC

AnnElyse Gains, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group of Lenders

Robert  Marsters, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group of Lenders

Bennett Silverberg, BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

Michael Winograd, BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

Kenneth Aulet, BROWN RUDNICK LLP
Client(s): Official Committee of Unsecured Creditors

Brian Levy, Taft Stettinius & Hollister LLP
Client(s): PrimeRevenue, Inc.

Paul Heath, Vinson & Elkins LLP
Client(s): LAM Parties

Michael  Cassel, Wachtell Lipton Rosen & Katz
Client(s): LAM Parties

Angela  Herring, Wachtell Lipton Rosen & Katz
Client(s): LAM Parties

Emil Kleinhaus, Wachtell Lipton Rosen & Katz
Client(s): LAM Parties

Electronic Appearance Sheet

Michelle Shriro, Singer & Levick, PC
Client(s): BPP Cannonball Park A LP

Ben Wertz, M3
Client(s): First Brands

Mark Sherrill, Chamberlain Hrdlicka
Client(s): Official Committee of Non-Union Retirees

Vianey Garza, Office of the U.S. Trustee
Client(s): U.S. Trustee

Theodore Tsekerides, Weil, Gotshal & Manges LLP
Client(s): Debtors

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): Debtors

Lisa Laukitis, Milbank LLP
Client(s): Silver Point Capital

Michael Winograd, Brown Rudnick LLP
Client(s): Official Committee of Unsecured Creditors

Jason Kestecher, Milbank LLP
Client(s): Silver Point Capital

Erin Dexter, Milbank LLP
Client(s): Silver Point Capital

Robert Berezin, Weil, Gotshal & Manges LLP
Client(s): Debtors

Samuel Hull, Cohen, Weiss and Simon LLP
Client(s): UAW/USW

Faheem Mahmooth, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Mai Lan Rodgers, Pension Benefit Guaranty Corporation, Office of the General Counsel
Client(s): Pension Benefit Guaranty Corporation

Patrick Jackson, Faegre Drinker Biddle & Reath LLP
Client(s): Proposed Claims Ombudsman under Chapter 11 Plan

Anil Makhijani, Quinn Emanuel Urquhart & Sullivan
Client(s): Patrick James

Electronic Appearance Sheet

AnnElyse Gains, Gibson Dunn & Crutcher LLP
Client(s): Ad Hoc Group

Robert Marsters , Gibson Dunn & Crutcher LLP
Client(s): Ad Hoc Group

Arsalan Muhammad, Haynes and Boone, LLP
Client(s): Orbian Corporation and Orbian Financial Services XXVI LLC

David Staab, Haynes and Boone, LLP
Client(s): Orbian Corporation and Orbian Financial Services XXVI LLC

Deborah Perry, Munsch Hardt Kopf & Harr, PC
Client(s): Onset Financial, Inc.

James Keefe, Porter Hedges LLP
Client(s): Carnaby Secured Lenders

Scott Saldaña, Reid Collins & Tsai LLP
Client(s): Ronald J. Sommers as Ch. 7 Trustee for the Patterson and Starlight SPV Debtors

Paul Heath, Vinson & Elkins LLP
Client(s): LAM Parties

Emil Kleinhaus, Wachtell Lipton Rosen & Katz
Client(s): LAM Parties

Michael  Cassel, Wachtell Lipton Rosen & Katz
Client(s): LAM Parties

Angela  Herring, Wachtell Lipton Rosen & Katz
Client(s): LAM Parties

Grace Sullivan, QUINN EMANUEL URQUHART & SULLIVAN LLP
Client(s): Patrick James

Melissa Valdez, Perdue Brandon Fielder Collins & Mott
Client(s): Brownsville ISD

Jack Robbins, Quinn Emanuel
Client(s): Patrick James

Jason Blackstone, Buchalter LLP
Client(s): Oracle

Alana Porrazzo, Jennings Haug Keleher McLeod Waterfall LLP

Electronic Appearance Sheet

Client(s): RLI Insurance Company

Sarah Campbell, Clifford Chance US LLP
Client(s): ING Belgium

Justin Kesselman, ArentFox Schiff LLP
Client(s): Wilmington Savings Fund Society

Douglas Deutsch, Clifford Chance US LLP
Client(s): ING Belgium

Nicholas Baker, Simpson Thacher & Bartlett
Client(s): Ben Duster for Special Committee of SPV

Vianey Garza, Office of the U.S. Trustee
Client(s): U.S. Trustee

Dan McGuire, Winston Taylor LLP
Client(s): Bank of America, as ABL Agent

Mariah England, Stranch, Jennings & Garvey, PLLC
Client(s): Francisco Garza and the Garza WARN Plaintiffs

Layla Milligan, Office of the Texas Attorney General
Client(s): Texas Commission on Environmental Quality

Michelle Shriro, Singer & Levick, PC
Client(s): BPP Cannonball Park A, LP

Jayson  Ruff, US DOJ
Client(s): US Trustee

Jacob Johnson, Alston & Bird
Client(s): UMB Bank

Daniel Ferretti, Baker Donelson Bearman Caldwell & Berkowitz, PC
Client(s): AutoZone, Inc.

Duane Brescia, Clark Hill PLC
Client(s): Zurich American Insurance Company

John Elrod, Greenberg Traurig, LLP
Client(s): SouthState Bank

Lisa Laukitis, Milbank LLP
Client(s): Silver Point Capital

Erin Dexter, Milbank LLP

Electronic Appearance Sheet

Client(s): Silver Point Capital

Jason Kestecher, Milbank LLP
Client(s): Silver Point Capital

Melissa Woods, Cohen, Weiss and Simon LLP
Client(s): UAW/USW

James Tecce, Quinn Emanuel Urquhart & Sullivan, LLP
Client(s): Patrick James

Ha Nguyen, U.S. Trustee
Client(s): U.S. Trustee

Anil  Makhijani, Quinn Emanuel Urquhart & Sullivan, LLP
Client(s): Patrick James

Mai Lan Rodgers, Pension Benefit Guaranty Corporation, Office of the General Counsel
Client(s): Pension Benefit Guaranty Corporation

Michael  Duke, Elsberg Baker & Maruri PLLC
Client(s): Evolution

Cameron  Kelly, Quinn Emanuel Urquhart & Sullivan, LLP
Client(s): Patrick James

Erica Weisgerber, Debevoise & Plimpton LLP
Client(s): Patrick James and affiliated entities

Erica Weisgerber, Debevoise & Plimpton LLP
Client(s): Patrick James

Sunny Singh, Weil, Gotshal & Manges LLP
Client(s): Debtors

Michael  Duke, Elsberg
Client(s): Evolution

Matthew Barr, Weil, Gotshal & Manges LLP
Client(s): Debtors

Kevin Bostel, Weil, Gotshal & Manges LLP
Client(s): Debtors

Matthew Barr, Weil Gotshal
Client(s): Debtors

Jordan  Sazant, Proskauer

Electronic Appearance Sheet

Client(s): Evolution

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): Debtors

Matthew Sorensen, Debevoise & Plimpton LLP
Client(s): Patrick James

Theodore Tsekerides, Weil, Gotshal & Manges LLP
Client(s): Debtors

Robert Berezin, Weil, Gotshal & Manges LLP
Client(s): Debtors

Asiya Khan, Bradley Arant Boult Cummings LLP
Client(s): KITKAT (IL) LLC

Christine Calabrese, Weil, Gotshal & Manges LLP
Client(s): Debtors

Faheem Mahmooth, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Douglas Deutsch, Clifford Chance
Client(s): ING Bank

Charles Kelley, Mayer Brown LLP
Client(s): Katsumi Servicing, LLC

Sean Scott, Mayer Brown LLP
Client(s): Katsumi Servicing, LLC

Richard Stieglitz, Mayer Brown LLP
Client(s): Katsumi Servicing, LLC

Samuel Hull, Cohen, Weiss and Simon LLP
Client(s): UAW/USW

Yosina  Lissebeck, Dinsmore
Client(s): Total Quality Logistics

Melissa Valdez, Perdue Brandon Fielder Collins and Mott
Client(s): Texas Taxing Authorities

Lisa Powell, FisherBroyles
Client(s): Longkou Haimeng Machinery, LTD

Bryan Kotliar, Morrison & Foerster LLP

Electronic Appearance Sheet

Client(s): Onset Financial, Inc.

Diane Sanders, Linebarger Goggan Blair and Sampson LLP
Client(s): Cameron County, Hidalgo County, City of McAllen, Tarrant County

Anthony Fiotto, Morrison & Foerster LLP
Client(s): Onset Financial, Inc.

Mark Sherrill, Chamberlain Hrdlicka
Client(s): Official Committee of Non-Union Retirees

Jack Raisner, Raisner Roupinian LLP
Client(s): WARN PLAINTIFF TAPIA Class Action

Erin Jones, Jones Murray LLP
Client(s): Ronald Sommers, Chapter 7 Trustee of Converted SPV Debtors

Gary Johnson, Mayer Brown LLP
Client(s): Katsumi Servicing, LLC

Anil Makhijani, Quinn Emanuel Urquhart & Sullivan
Client(s): Patrick James

Matt Kaslow, Blank Rome LLP
Client(s): Aequum Financial Capital II LLC

Ken Ottaviano , Blank Rome LLP
Client(s): Aequum Capital Financial II LLC