**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| FIRST BRANDS GROUP, LLC, *et al.*, | ) | Case No. 25-90399 (CML) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**NOTICE AND RESERVATION OF RIGHTS OF RONALD J. SOMMERS,
CHAPTER 7 TRUSTEE FOR THE CONVERTED SPV DEBTORS**

1.      Under the Plan,[2] all Entities holding Claims, Interests, or Causes of Action that are released or exculpated under the Plan are permanently enjoined from, among other things, asserting any right of setoff of any kind against any obligation due from the FBG Debtors, their Estates, the Wind Down Administrator, the Claims Ombudsman, the Litigation Trust and its Assets, the DIP Collateral Trust and its Assets, the ABL Collateral Trust and its Assets, the Released Parties, and/or the Exculpated Parties, *unless* "such Entity has timely asserted such setoff right either in a filed proof of Claim or in another document filed with the Bankruptcy Court explicitly preserving such setoff or that otherwise indicates that such Entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise."  Plan § 13.4(b).

2.      Notwithstanding the objection to the proposed Plan [Docket No. 3278] filed by Ronald J. Sommers, the Chapter 7 Trustee (the "Trustee") of Debtors Patterson Inventory, LLC, Patterson Inventory Holdings, LLC, Starlight Inventory I, LLC, and Starlight Inventory Holdings I, LLC (collectively, the "Converted SPV Debtors"), out of an abundance of caution, the Trustee

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] The "Plan" means the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* [Docket No. 3019] (as may be amended, modified, or supplemented from time to time). Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Plan.

hereby files this notice and reservation of rights (the "Notice") to provide notice in accordance with section 13.4(b) of the Plan that the Trustee, acting on behalf of the Converted SPV Debtors, reserves, preserves, and does not waive, release, or relinquish any and all rights of setoff, recoupment, or similar rights that the Trustee, acting on behalf of the Converted SPV Debtors, may have or be entitled to assert against the FBG Debtors, their Estates, or any successor thereto.

3.      Nothing in this Notice constitutes an admission as to the validity of any claim against the Trustee or the Converted SPV Debtors, or a waiver of any of the Trustee's or Converted SPV Debtors' rights, remedies, claims, or defenses under the Bankruptcy Code or any other applicable law.

*[Remainder of page left intentionally blank]*

Respectfully submitted this 29th day of July 2026.

JONES MURRAY LLP

*/s/ Erin E. Jones*
Erin E. Jones
Texas State Bar No.: 24032478
602 Sawyer, Suite 400
Houston, Texas 77007
Telephone:     (832) 529-1999
Facsimile:      (832) 529-3393
Email: erin@jonesmurray.com


*Counsel for Ronald J. Sommers, Chapter 7*
*Trustee for the SPV Debtors*

-and-

ELSBERG BAKER & MARURI PLLC
David Elsberg (admitted *pro hac vice*)
Michael Duke (admitted *pro hac vice*)
Vivek Tata (admitted *pro hac vice*)
Andrew Parks (admitted *pro hac vice*)
Ella Epstein (admitted *pro hac vice*)
350 Fifth Avenue, 38th Floor
New York, NY 10018
Telephone:     (212) 597-2600
Email: delsberg@elsberglaw.com
                mduke@elsberglaw.com
                vtata@elsberglaw.com
                aparks@elsberglaw.com
                eepstein@elsberglaw.com

*Special Litigation Counsel for Ronald J.*
*Sommers, Chapter 7 Trustee for the SPV*
*Debtors*

3

**<u>Certificate of Service</u>**

I certify that on July 29, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Erin E. Jones
Erin E. Jones