**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FIRST BRANDS GROUP, LLC, *et al.*, | ) | Case No. 25-90399 (CML) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

## NOTICE AND RESERVATION OF RIGHTS OF EVOLUTION CREDIT PARTNERS

1.      Under the Plan,[2] all Entities holding Claims, Interests, or Causes of Action that are released or exculpated under the Plan are permanently enjoined from, among other things, asserting any right of setoff of any kind against any obligation due from the FBG Debtors, their Estates, the Wind Down Administrator, the Claims Ombudsman, the Litigation Trust and its Assets, the DIP Collateral Trust and its Assets, the ABL Collateral Trust and its Assets, the Released Parties, and/or the Exculpated Parties, *unless* "such Entity has timely asserted such setoff right either in a filed proof of Claim or in another document filed with the Bankruptcy Court explicitly preserving such setoff or that otherwise indicates that such Entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise."  Plan § 13.4(b).

2.      Notwithstanding its objection to the proposed Plan [Docket No. 3265], out of an abundance of caution, Evolution Credit Partners ("Evolution")[3] hereby files this notice and reservation of rights (the "Notice") to provide notice in accordance with section 13.4(b) of the Plan

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] The "Plan" means the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* [Docket No. 3019] (as may be amended, modified, or supplemented from time to time). Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Plan.

[3] "Evolution" means, collectively, Evolution Credit Opportunity Master Fund II-B, L.P., Evolution Credit Partners Trade Finance Master L.P. (as successor in interest to Evolution Credit Partners Trade Finance L.P.), Evolution Credit Opportunity Master Fund III-B, LP, and certain other Evolution affiliated funds.

4930-2703-4562

that Evolution reserves, preserves, and does not waive, release, or relinquish any and all rights of setoff, recoupment, or similar rights that it may have or be entitled to assert against the FBG Debtors, their Estates, or any successor thereto.

3.  Nothing in this Notice constitutes an admission as to the validity of any claim against Evolution or a waiver of any of Evolution's rights, remedies, claims, or defenses under the Bankruptcy Code or any other applicable law.

Respectfully submitted this 29th day of July 2026.

**GRAY REED**

By: */s/ Jason S. Brookner*
    Jason S. Brookner
    Texas Bar No. 24033684
    Emily F. Shanks
    Texas Bar No. 24110350
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:  (713) 986-7000
Facsimile:  (713) 986-7100
Email:  jbrookner@grayreed.com
        eshanks@grayreed.com

-and-

**ELSBERG BAKER & MARURI PLLC**
    Michael Duke (admitted *pro hac vice*)
    David Elsberg (admitted *pro hac vice*)
    Vivek Tata (admitted *pro hac vice*)
    Garrett Gerber (admitted *pro hac vice*)
    Andrew Parks (admitted *pro hac vice*)
    Ella Epstein (admitted *pro hac vice*)
350 Fifth Avenue, 38th Floor
New York, NY 10018
Telephone: (212) 597-2600
Email:  delsberg@elsberglaw.com
        mduke@elsberglaw.com
        vtata@elsberglaw.com
        ggerber@elsberglaw.com
        aparks@elsberglaw.com
        eepstein@elsberglaw.com

- and –

2

4930-2703-4562

**PROSKAUER ROSE LLP**
    Vincent Indelicato (admitted *pro hac vice*)
    Matthew R. Koch (admitted *pro hac vice*)
Eleven Times Square
New York, NY 10036-8299
Telephone: (212) 969-3000
Email:      vindelicato@proskauer.com
           mkoch@proskauer.com
- and -

Charles A. Dale (admitted *pro hac vice*)
One International Plaza
Boston, MA 02110-2600
Telephone: (617) 526-9600
Email:      cdale@proskauer.com

*Counsel to Evolution*

## Certificate of Service

I certify that on July 29, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

          */s/ Jason S. Brookner*
          Jason S. Brookner

4930-2703-4562