**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|                                          |     |                            |
|------------------------------------------|-----|----------------------------|
|                                          | §   |                            |
| **In re:**                               | §   | **Chapter 11**             |
|                                          | §   |                            |
| **FIRST BRANDS GROUP, LLC, *et al.*,**   | §   | **Case No. 25-90399 (CML)**|
|                                          | §   |                            |
|                                          | §   | **(Jointly Administered)** |
| **Debtors.**[1]                          | §   | **Re: Docket No. 1244**    |

**ORDER APPROVING (I) THE REJECTION OF
CERTAIN EXECUTORY CONTRACTS AND (II) GRANTING RELATED RELIEF**

Pursuant to and in accordance with the *Order (I) Approving Procedures to (A) Assume or Assume and Assign or (B) Reject, Unexpired Leases and Executory Contracts, (II) Approving Abandonment of Property in Connection with Rejection of Unexpired Leases and (III) Granting Related Relief* (Docket No. 1244) (the "**Procedures Order**");[2] and the Debtors having properly filed with this Court and served on the Master Notice Parties a notice (Docket No. 3157) (the "**Rejection Notice**") of their intent to reject the executory contracts (the "**Contracts**") identified on **Schedule 1**, attached hereto, in accordance with the terms of the Procedures Order; and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and no timely objections having been filed to the Rejection Notice; and the Court having found and determined that the relief requested is in the best interests of the Debtors, their estates, their creditors, and all parties in interest, and after due deliberation and sufficient cause appearing therefor,

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]    Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to such terms in the Procedures Order.

**IT IS HEREBY ORDERED THAT:**

1.      The Contracts are hereby rejected as set forth herein, effective as of the date set forth for each Contract on **Schedule 1**, attached hereto.

2.      If a Counterparty has a claim for damages as a result of the Debtors' rejection of any applicable Contracts set forth in the Rejection Notice, such Counterparty must submit a proof of claim on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, (ii) 4:00 p.m. (Central Time) on the first business day that is 30 calendar days after the entry of this Order, and (iii) any applicable date established by further order of this Court.  If no proof of claim is timely filed, such Counterparty shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

3.      Nothing contained in the Motion or this Order, nor any payment made pursuant to the authority granted by this Order, is intended to be or shall be construed as: (i) an admission as to the validity of any claim against the Debtors, (ii) a waiver or limitation of the Debtors' or any party in interest's rights to dispute the amount of, basis for, or validity of any claim, (iii) a waiver of the Debtors' rights under the Bankruptcy Code or any other applicable nonbankruptcy law, (iv) an agreement or obligation to pay any claims, (v) a waiver of any claims or causes of action which may exist against any creditor or interest holder, or (vi) except as expressly set forth herein, an approval, assumption, adoption, or rejection of any agreement, contract, lease, program, or policy under section 365 of the Bankruptcy Code.

4.      Notwithstanding entry of this Order, nothing herein shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by, any party.

5.     Notwithstanding Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

6.     The Debtors are authorized to take all actions necessary to implement the relief granted in this Order.

7.     The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Signed:  July 29, 2026

_____
Christopher Lopez
United States Bankruptcy Judge

3

## Schedule 1

## List of Rejected Contracts[1]

| NO. | COUNTERPARTY | DESCRIPTION OF CONTRACT | DEBTOR | REJECTION DATE |
|---|---|---|---|---|
| 1. | ARAMARK UNIFORM SERVICES | SERVICE AGREEMENT DATED OCTOBER 18, 2018 FOR UNIFORM RENTAL AND RELATED SERVICES COVERING GARMETS, FLAME RESISTANT MERCHANDISE, RELATED SERVICES, AND OTHER ALLIED MERCHANDISE (WORK GARMENTS, MATS, SCRAPERS, TOWELS) | JASPER RUBBER PRODUCTS, INC | July 6, 2026 |
| 2. | ARAMARK UNIFORM SERVICES | FLAME RESISTANT SERVICE AGREEMENT DATED MARCH 21, 2019 FOR UNIFORM WORK GARMENT RENTAL (DENIM JEANS) | CHAMPION LABORATORIES, INC. | July 6, 2026 |
| 3. | ARAMARK UNIFORM SERVICES | SERVICE AGREEMENT DATED JUNE 10, 2019 FOR UNIFORM WORK GARMET RENTAL (PANTS, SHIRTS) | FRAM GROUP OPERATIONS LLC | July 6, 2026 |
| 4. | ARAMARK UNIFORM SERVICES | SERVICE AGREEMENT ADDENDUM AMENDING ORIGINAL AGREEMENT DATED OCTOBER 29, 2020. KEY AMENDMENTS: (1) ADDS WEEKLY RESTROOM SERVICES AND HAND SANITIZER PRODUCTS TO SERVICE ORDER (2) EXTENDS THE CONTRACT TERM TO THE LATER OF THREE YEARS FROM THE ADDENDUM SIGNING OR THE REMAINING ORIGINAL TERM | FRAM GROUP OPERATIONS LLC | July 6, 2026 |
| 5. | ARAMARK UNIFORM SERVICES | SERVICE AGREEMENT DATED MARCH 1, 2021 FOR UNIFORM RENTAL AND RELATED SERVICES COVERING GARMETS, FLAME RESISTANT MERCHANDISE, RELATED SERVICES, AND OTHER ALLIED MERCHANDISE ON PROVIDED ON SCHEDULE I (MATS, MOPS, WORK GARMENTS, TOWELS, CLEANING SUPPLIES, TOILETRIES) | FIRST BRANDS GROUP, LLC | July 6, 2026 |
| 6. | ARAMARK UNIFORM SERVICES | SERVICE AGREEMENT ADDENDUM DATED NOVEMBER 22, 2022 EXTENDING TERM FOR ADDITIONAL 38 MONTHS WITH API CAPPED AT 2% FOR 2023, 2024, 2025. INCLUDES WAIVER OF API RELIEF IN 2022 | JASPER RUBBER PRODUCTS, INC | July 6, 2026 |
| 7. | ARAMARK UNIFORM SERVICES | SERVICE AGREEMENT DATED MARCH 22, 2023 FOR UNIFORM RENTAL COVERING GARMETS, RELATED SERVICES, AND OTHER ALLIED MERCHANDISE (MATS, MOPS, WORK GARMENTS, TOWELS, CLEANING SUPPLIES, TOILETRIES) | HOPKINS MANUFACTURING CORPORATION | July 6, 2026 |

---

[1] The inclusion of a Contract on this list does not constitute an admission (i) that a particular Contract is an executory contract within the meaning of the Bankruptcy Code, (ii) as to the executory or non-executory nature of the Contract, (iii) as to the expired or unexpired nature of such Contract, or (iv) as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| NO. | COUNTERPARTY | DESCRIPTION OF CONTRACT | DEBTOR | REJECTION DATE |
|---|---|---|---|---|
| 8. | ARAMARK UNIFORM SERVICES | SERVICE AGREEMENT DATED SEPTEMBER 19, 2023 FOR UNIFORM RENTAL AND RELATED SERVICES COVERING GARMETS, FLAME RESISTANT MERCHANDISE, RELATED SERVICES, AND OTHER ALLIED MERCHANDISE (HANGER STANDS, MATS, MOPS, WORK GARMENTS, TOWELS, CLEANING SUPPLIES, TOILETRIES) | HOPKINS MANUFACTURING CORPORATION | July 6, 2026 |
| 9. | VESTIS SERVICES, LLC (F/K/A ARAMARK UNIFORM & CAREER APPRAEL, LLC) | SERVICE AGREEMENT ADDENDUM DATED FEBRUARY 11, 2025 EXTENDING TERM OF CUSTOMER'S [JASPER RUBBER PRODUCTS INC] FOR ADDITIONAL 36 MONTHS | JASPER RUBBER PRODUCTS, INC | July 6, 2026 |
| 10. | VESTIS SERVICES, LLC (F/K/A ARAMARK UNIFORM & CAREER APPRAEL, LLC) | FIRST AMENDMENT TO SERVICE AGREEMENT DATED SEPTEMBER 2, 2025 AMENDING ORIGINAL AGREEMENT DATED MARCH 1, 2021. KEY AMENDMENTS: (1) NEW 104-WEEK TERM FROM SEPT 2, 2025 WITH AUTOMATIC MONTH-TO-MONTH RENEWAL; (2) 3% ANNUAL PRICE CAP REQUIRING CUSTOMER CONSENT; (3) SUPPLIER EXIT RIGHTS WITHOUT PENALTY IF BETTER PRICING/LEAD TIMES AVAILABLE OR SERVICE ISSUES PERSIST 30+ DAYS; (4) NO BUYBACK RESPONSIBILITY ON TERMINATION; (5) NO LIABILITY FOR GARMENTS >12 MONTHS OLD | FIRST BRANDS GROUP, LLC | July 6, 2026 |