Electronic Appearance Sheet

Charles Kelley, Mayer Brown LLP
Client(s): Katsumi Servicing, LLC

Sean Scott, Mayer Brown LLP
Client(s): Katsumi Servicing, LLC

Richard Stieglitz, Mayer Brown LLP
Client(s): Katsumi Servicing, LLC

Gary Johnson, Mayer Brown LLP
Client(s): Katsumi Servicing, LLC

AnnElyse  Gains, Gibson Dunn
Client(s): Ad Hoc Group

Robert Marsters, Gibson Dunn
Client(s): Ad Hoc Group

Jayson Ruff, US DOJ
Client(s): US Trustee

Sarah Campbell, Clifford Chance US LLP
Client(s): ING Belgium

Douglas  Deutsch, Clifford Chance US LLP
Client(s): ING Belgium

Daniel Fiorillo, Otterbourg P.C.
Client(s): First-Citizens Bank & Trust Company

Pauline  McTernan , Otterbourg P.C.
Client(s): First-Citizens Bank & Trust Company

Alana Porrazzo, Jennings Haug Keleher McLeod Waterfall
Client(s): RLI Insurance Company

Mark Sherrill, Chamberlain Hrdlicka
Client(s): Official Committee of Non-Union Retirees

Melissa Valdez, Perdue Brandon Fielder Collins & Mott
Client(s): Brownsville ISD, Texas Taxing Authorities

Layla Milligan, Office of the Texas Attorney General
Client(s): Texas Commission on Environmental Quality

Vianey Garza, Office of the U.S. Trustee
Client(s): U.S. Trustee

Electronic Appearance Sheet

Matt Barr, Weil Gotshal
Client(s): Debtor

Kenneth Aulet, Brown Rudnick LLP
Client(s): Official Committee of Unsecured Creditors

Erica Weisgerber, Debevoise & Plimpton LLP
Client(s): Patrick James and affiliated entities

Jamie Kirk, Attorney General of Texas
Client(s): Jamie Kirk on behalf of Texas OAG

James Keefe, Porter Hedges LLP
Client(s): Carnaby Secured Lenders

Douglas Deutsch, Clifford Chance
Client(s): ING Bank

Erin Dexter, Milbank LLP
Client(s): Silver Point Capital

Lisa Laukitis, Milbank LLP
Client(s): Silver Point Capital

Michael Duke, Elsberg
Client(s): Evolution

Jason Kestecher, Milbank LLP
Client(s): Silver Point Capital

Jordan  Sazant, Proskauer
Client(s): Evolution

Jack Robbins, Quinn Emanuel
Client(s): Patrick James

Grace Sullivan, Quinn Emanuel
Client(s): Patrick James

Diane Sanders, Linebarger Goggan Blair & Sampson LLP
Client(s): Cameron County, Hidalgo County, City of McAllen, Tarrant County and Brownsville ISD (for Melissa Valdez)

Emil A. Kleinhaus, Wachtell, Lipton, Rosen & Katz
Client(s):  Leucadia Asset Management LLC

Michael H. Cassel, Wachtell, Lipton, Rosen & Katz
Client(s): Leucadia Asset Management LLC

Electronic Appearance Sheet

Angela K. Herring, Wachtell, Lipton, Rosen & Katz
Client(s): Leucadia Asset Management LLC

Paul E.  Heath, Vinson & Elkins LLP
Client(s): Leucadia Asset Management LLC

James Tecce, Quinn Emanuel Urquhart & Sullivan, LLP
Client(s): Patrick James

Anil  Makhijani, Quinn Emanuel Urquhart & Sullivan, LLP
Client(s): Patrick James

Cameron Kelly, Quinn Emanuel Urquhart & Sullivan, LLP
Client(s): Patrick James

Erica Weisgerber, Debevoise & Plimpton LLP
Client(s): Patrick James

Matthew Sorensen, Debevoise & Plimpton LLP
Client(s): Patrick James

Robert Berezin, Weil, Gotshal & Manges LLP
Client(s): Debtors

Sunny Singh, Weil, Gotshal & Manges LLP
Client(s): Debtors

Matthew Barr, Weil, Gotshal & Manges LLP
Client(s): Debtors

Kevin Bostel, Weil, Gotshal & Manges LLP
Client(s): Debtors

Theodore Tsekerides, Weil, Gotshal & Manges LLP
Client(s): Debtors

Christine Calabrese, Weil, Gotshal & Manges LLP
Client(s): Debtors

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): Debtors

Matt Kaslow, Blank Rome LLP
Client(s): Aequum Capital Financial II LLC

Ken Ottaviano , Blank Rome LLP
Client(s): Aequum Capital Financial II LLC

Electronic Appearance Sheet


Dan McGuire, Winston Taylor LLP
Client(s): Bank of America, as ABL Agent

Erin Jones, Jones Murray LLP
Client(s): Ronald J. Sommers, Chapter 7 Trustee

Jack Raisner, Raisner Roupinian LLP
Client(s): WARN Tapia Plaintiffs