**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| FIRST BRANDS GROUP, LLC, *et al.*, | : | Case No. 25-90399 (CML) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |

**NOTICE AND RESERVATION OF RIGHTS OF THE SPV DEBTORS**

1.      Under the Plan,[2] all Entities holding Claims, Interests, or Causes of Action that are released or exculpated under the Plan are permanently enjoined from, among other things, asserting any right of setoff of any kind against any obligation due from the FBG Debtors, their Estates, the Wind Down Administrator, the Claims Ombudsman, the Litigation Trust and its Assets, the DIP Collateral Trust and its Assets, the ABL Collateral Trust and its Assets, the Released Parties, and/or the Exculpated Parties, unless "such Entity has timely asserted such setoff right either in a filed proof of Claim or in another document filed with the Bankruptcy Court explicitly preserving such setoff or that otherwise indicates that such Entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise." Plan, § 13.4(b).

2.      The SPV entities listed on Annex A hereto (the "**SPV Debtors**"), by and through undersigned counsel, file this notice and reservation of rights ("**Notice and Reservation of Rights**") to provide notice in accordance with § 13.4(b) of the Plan that the SPV Debtors reserve, preserve, and do not waive, release, or relinquish any and all rights of setoff, recoupment, or similar

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]    The "**Plan**" means the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* (Docket No. 3019) (as may be amended, modified, or supplemented from time to time). Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan.

rights that the SPV Debtors may have against the FBG Debtors, their Estates, or any successor thereto.

3.      Nothing in this Notice and Reservation of Rights constitutes an admission as to the validity of any claim against the SPV Debtors or a waiver of any of the SPV Debtors' rights, remedies, claims, or defenses under the Bankruptcy Code or any other applicable law.

[*Remainder of page intentionally left blank*]

Dated: July 30, 2026

Respectfully submitted,

**FISHEL LAW GROUP**

By: */s/ Michael Fishel*
Michael Fishel (Texas Bar No. 24082998)
602 Sawyer, Suite 400
Houston, Texas 77007
Telephone: (713) 294-0379
Email: Michael@fishellawgroup.com

-and-

**SIMPSON THACHER & BARTLETT LLP**

Bryce L. Friedman (admitted *pro hac vice*)
David R. Zylberberg (admitted *pro hac vice*)
Nicholas E. Baker (admitted *pro hac vice*)
Rachael L. Foust (admitted *pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Email:  bfriedman@stblaw.com
        david.zylberberg@stblaw.com
        nbaker@stblaw.com
        rachael.foust@stblaw.com

*Attorneys for the SPV Debtors*

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 30, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

/s/ Michael Fishel
Michael Fishel

### Annex A

1. Broad Street Financial Holdings, LLC
2. Broad Street Financial, LLC
3. Broad Street Inventory Holdings, LLC
4. Broad Street Inventory, LLC
5. Carnaby Capital GmbH
6. Carnaby Capital Holdings, LLC
7. Carnaby Capital, LLC
8. Carnaby Cargo Holdings, LLC
9. Carnaby Cargo, LLC
10. Carnaby FA Holdings, LLC
11. Carnaby FA, LLC
12. Carnaby Inventory Holdings I, LLC
13. Carnaby Inventory Holdings II, LLC
14. Carnaby Inventory Holdings III, LLC
15. Carnaby Inventory Holdings IV, LLC
16. Carnaby Inventory Holdings V, LLC
17. Carnaby Inventory Holdings VI, LLC
18. Carnaby Inventory I, LLC
19. Carnaby Inventory II, LLC
20. Carnaby Inventory III, LLC
21. Carnaby Inventory IV, LLC
22. Carnaby Inventory V, LLC
23. Carnaby Inventory VI, LLC
24. CI Supply, LLC
25. Eagle Casting Holdings, LLC
26. Global Assets GmbH
27. Global Assets LLC
28. Global Lease Assets Holdings, LLC
29. Global Lease Assets, LLC
30. Mayfair Inventory Holdings, LLC
31. Mayfair Inventory, LLC
32. Pegasus Aviation, LLC
33. Securus Insurance, LLC
34. Shine Acquisition Co., LLC
35. Spartacus Shipping Co, LLC
36. Spartacus Shipping, LLC
37. Starlight Inventory Holdings II, LLC
39. Starlight Inventory Holdings III, LLC
40. Starlight Inventory II, LLC
41. Starlight Inventory III, LLC
42. Strategic Global Co LLC
43. Tulip Transportation, LLC
44. VCAA Holdings LLC
45. VCAA, LLC
46. Viceroy Logistics, LLC
47. Viceroy Transportation, LLC