**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.[1]** | § | **(Jointly Administered)** |
| | § | |

## NOTICE AND RESERVATION OF RIGHTS OF KATSUMI SERVICING, LLC

1.      Under the Plan,[2] all Entities holding Claims, Interests, or Causes of Action that are released or exculpated under the Plan are permanently enjoined from, among other things, asserting any right of setoff of any kind against any obligation due from the FBG Debtors, their Estates, the Wind Down Administrator, the Claims Ombudsman, the Litigation Trust and its Assets, the DIP Collateral Trust and its Assets, the ABL Collateral Trust and its Assets, the Released Parties, and/or the Exculpated Parties, *unless* "such Entity has timely asserted such setoff right either in a filed proof of Claim or in another document filed with the Bankruptcy Court explicitly preserving such setoff or that otherwise indicates that such Entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise." Plan, § 13.4(b).

2.      Notwithstanding its objections to the proposed Plan [Dkt Nos. 3271, 3416], out of an abundance of caution, Katsumi Servicing, LLC ("Katsumi") hereby files this notice and reservation of rights (this "Notice") to provide notice in accordance with section 13.4(b) of the Plan that Katsumi reserves, preserves, and does not waive, release, or relinquish any and all rights

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] The "Plan" means the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* [Dkt. No. 3019] (as may be amended, modified, or supplemented from time to time). Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Plan.

of setoff, recoupment, or similar rights that Katsumi may have or be entitled to assert against the FBG Debtors, their Estates, or any successor thereto.

3. Nothing in this Notice constitutes an admission as to the validity of any claim against Katsumi or a waiver of any of Katsumi's rights, remedies, claims, or defenses under the Bankruptcy Code or any other applicable law.

[*Remainder of page intentionally left blank*]

Dated: July 30, 2026
Houston, Texas

Respectfully submitted,

*/s/ Charles S. Kelley*
**MAYER BROWN LLP**
Charles S. Kelley (TX Bar No. 11199580)
700 Louisiana Street, Suite 3400
Houston, Texas 77002
Telephone: (713) 238-3000
Email: ckelley@mayerbrown.com

Sean T. Scott (admitted *pro hac vice*)
Kyle J. TumSuden (admitted *pro hac vice*)
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Email: stscott@mayerbrown.com
        ktumsuden@mayerbrown.com

Richard A. Stieglitz (admitted *pro hac vice*)
Lauren C. Blanchard (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Email: rstieglitz@mayerbrown.com
        lblanchard@mayerbrown.com

*Counsel to Katsumi Servicing, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on July 30, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system to be served upon all parties receiving electronic notice via ECF.

/s/ Charles S. Kelley
Charles S. Kelley