# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| | § | |
| **Debtors.**[1] | § | |
| | § | |

### NOTICE OF FILING OF CORRECTED EXHIBIT TO
### CARNABY SECURED LENDERS' SECOND SUPPLEMENTAL WITNESS AND
### EXHIBIT LIST FOR HEARING ON JULY 28, 2026
[Relates to ECF No. 3470]

Carnaby II and III hereby gives notice of filing a corrected copy of Exhibit 71 to its Second

Supplemental Witness and Exhibit List (ECF No. 3470). The attached exhibit removes a summary

chart which was prepared by counsel to reflect solely information obtained from S&P.

*[Remainder of page left intentionally blank]*

---

[1]   A complete list of the Debtors in these Chapter 11 cases (the "Chapter 11 Cases") may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Dated:      July 30, 2026                       Respectfully submitted,
              Houston, Texas

**PORTER HEDGES LLP**

*/s/ John F. Higgins*
John F. Higgins (TX Bar No. 09597500)
Megan Young-John (TX Bar No. 24088700)
James A. Keefe (TX Bar No. 24122842)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
Email:  jhiggins@porterhedges.com
myoung-john@porterhedges.com
jkeefe@porterhedges.com

-and-

Allan S. Brilliant (admitted *pro hac vice*)
Gary J. Mennitt (admitted *pro hac vice*)
Stephen M. Wolpert (admitted *pro hac vice*)
**DECHERT LLP**
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Email: allan.brilliant@dechert.com
       gary.mennitt@dechert.com
       stephen.wolpert@dechert.com

***Counsel to the Carnaby Secured Lenders***

2

## **CERTIFICATE OF SERVICE**

I certify that on July 30, 2026, a true and correct copy of the foregoing document was served by this Court's CM/ECF system to all parties that are registered to receive such notice in the above cases.

/s/ John F. Higgins
John F. Higgins