**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.[1]** | § | **Re: Docket No. 700** |

<u>**NOTICE OF PAYMENTS TO ORDINARY COURSE PROFESSIONALS**</u>

   **PLEASE TAKE NOTICE** that, on October 24, 2025, First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Motion of Debtors for Order Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business Effective as of Petition Date* (Docket No. 415) (the "**OCP Motion**").[2]

   **PLEASE TAKE FURTHER NOTICE** that, on November 17, 2025, the Court entered the *Order Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business Effective as of Petition Date* (Docket No. 700) (the "**OCP Order**") granting the relief requested in the OCP Motion.  Pursuant to the OCP Order, the Debtors are required to file with the Court, at three-month intervals during the pendency of the Debtors' chapter 11 cases, a statement including the following information for each Ordinary Course Professional: (a) the name of the Ordinary Course Professional; (b) the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by that Ordinary Course Professional during the reported Quarter; (c) the aggregate amount of postpetition payments made to that Ordinary Course Professional to date; and (d) a general description of the services rendered by that Ordinary Course Professional (each such statement, a "**Report**").

   **PLEASE TAKE FURTHER NOTICE** that, annexed hereto as <u>**Exhibit A**</u> is the Report for the Quarter ended June 30, 2026.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the OCP Motion.

Dated:  July 30, 2026
        Houston, Texas

                         */s/  Clifford W. Carlson*

WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:  gabriel.morgan@weil.com
       clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:  Matt.Barr@weil.com
       Sunny.Singh@weil.com
       Andriana.Georgallas@weil.com
       Kevin.Bostel@weil.com
       Jason.George@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

### Certificate of Service

I hereby certify that on July 30, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Clifford W. Carlson*
Clifford W. Carlson

**Exhibit A**

**Report for Quarter Ended June 30, 2026**

|  | Ordinary Course Professional | Amount Paid During Reporting Quarter | Aggregate Amount Paid to Ordinary Course Professional | Description of Services |
|---|---|---|---|---|
| 1. | Day Pitney LLP | $221,349 | $910,027 | Legal - Intellectual Property |
| 2. | Kyl J. Kirby, Attorney and Counselor at Law, P.C. | $179,422 | $179,422 | Legal - International Trade Law |
| 3. | Ungria International Inc. | $122,816 | $680,570 | Legal - Intellectual Property |
| 4. | Vinson & Elkins LLP | $96,328 | $367,392 | Legal - Regulatory |
| 5. | The Siegfried Group, LLP | $69,775 | $407,248 | Accounting - Tax Advisory |
| 6. | Mallette Inc. | $53,465 | $69,050 | Accounting - Tax Advisory |
| 7. | Seyfarth Shaw LLP | $35,507 | $153,513 | Legal - Employment |
| 8. | Kern, Segal & Murray | $28,610 | $28,610 | Legal - Litigation |
| 9. | Aird & Berlis LLC | $23,061 | $49,492 | Legal - Employment |
| 10. | Bober Markey Fedorovich | $20,000 | $50,280 | Accounting - Benefit Plan Audit & Tax Advisory |
| 11. | Leech Tischman | $19,345 | $38,065 | Legal - Property |
| 12. | Goodmans LLP | $12,827 | $27,827 | Legal – Business |
| 13. | Foley & Lardner LLP | $4,640 | $61,115 | Legal - Recall Matters |
| 14. | Segal McCambridge Singer & Mahoney Ltd | $3,510 | $3,510 | Legal - Litigation |
| 15. | Fox Rothschild LLP | $3,269 | $7,743 | Legal - Litigation |
| 16. | Hacker Stephens LLP | $1,050 | $1,850 | Legal - Litigation |
| 17. | Wiggin & Dana LLP | $0 | $205,645 | Legal - Intellectual Property |
| 18. | WTP Advisors | $0 | $49,500 | Accounting - Transfer Pricing Advisory & Compliance |
| 19. | Reed Smith LLP | $0 | $31,360 | Legal - Environmental |
| 20. | Fragomen, Del Rey, Bernsen & Loewy, LLP | $0 | $26,725 | Legal - Immigration |
| 21. | Baker & Hostetler LLP | $0 | $20,008 | Legal - Environmental & Intellectual Property |
| 22. | Gordon Rees Scully Mansukhani, LLP | $0 | $17,604 | Legal - Litigation |
| 23. | Dehay & Elliston LLP | $0 | $2,870 | Legal - Litigation |