**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| FIRST BRANDS GROUP, LLC, *et al.*, | § | Case No. 25-90399 (CML) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

**NOTICE OF EXTENSION OF CHALLENGE PERIOD PURSUANT
TO FINAL ORDER (I) AUTHORIZING DEBTORS TO (A) OBTAIN
POSTPETITION FINANCING, (B) USE CASH COLLATERAL, AND
(C) GRANT LIENS AND PROVIDE SUPERPRIORITY ADMINISTRATIVE
EXPENSE CLAIMS; (II) GRANTING ADEQUATE PROTECTION TO
THE PREPETITION SECURED PARTIES; (III) MODIFYING AUTOMATIC STAY;
AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on September 30, 2025, First Brands Group, LLC and its

debtor affiliates (collectively, the "**Debtors**") in the above-captioned chapter 11 cases filed the

*Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Obtain

Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority

Administrative Expense Claims, (II) Granting Adequate Protection to the Prepetition Secured

Parties, (III) Modifying Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting

Related Relief* [Docket No. 49].

**PLEASE TAKE FURTHER NOTICE** that, on October 1, 2025, the Court entered the

*Interim Order (I) Authorizing Debtors to (A) Obtain Postpetition Financing, (B) Use Cash

Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims;*

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims
and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter
11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

*(II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* [Docket No. 217].

**PLEASE TAKE FURTHER NOTICE** that, on November 9, 2025, the Court entered the *Final Order (I) Authorizing Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying Automatic Stay; and (IV) Granting Related Relief* [Docket No. 608] (the "**Final DIP Order**").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 27 of the Final DIP Order, the Challenge Period for the Creditors' Committee, the Factoring Parties, and the Evolution/Onset/Aequum/CarVal Creditors was set to expire on January 31, 2026.

**PLEASE TAKE FURTHER NOTICE** that, on January 28, 2026, the Prepetition Secured Parties filed the *Notice of Extension of Challenge Period Pursuant to Final Order (I) Authorizing Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying Automatic Stay; and (IV) Granting Related Relief* [Docket No. 1765], extending the Challenge Period for the Creditors' Committee, the Factoring Parties, and the Evolution/Onset/Aequum/CarVal Creditors to March 2, 2026.

**PLEASE TAKE FURTHER NOTICE** that, on March 2, 2026, the Prepetition Secured Parties filed the *Notice of Extension of Challenge Period Pursuant to Final Order (I) Authorizing Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to the*

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Final DIP Order or the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* [Docket No. 3019] (as may be amended, modified, or supplemented from time to time, the "Plan") .

*Prepetition Secured Parties; (III) Modifying Automatic Stay; and (IV) Granting Related Relief* [Docket No. 2016], extending the Challenge Period for the Creditors' Committee, the agents and lenders under the CarVal Facilities (solely in their capacity as such) (collectively, "CarVal"), and Katsumi Servicing, LLC to April 1, 2026.

**PLEASE TAKE FURTHER NOTICE** that, on April 2, 2026, the Prepetition Secured Parties filed the *Notice of Extension of Challenge Period Pursuant to Final Order (I) Authorizing Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying Automatic Stay; and (IV) Granting Related Relief* [Docket No. 2290], extending the Challenge Period for the Creditors' Committee and CarVal to May 1, 2026.

**PLEASE TAKE FURTHER NOTICE** that, on April 30, 2026, the Prepetition Secured Parties filed the *Notice of Extension of Challenge Period Pursuant to Final Order (I) Authorizing Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying Automatic Stay; and (IV) Granting Related Relief* [Docket No. 2555], extending the Challenge Period for the Creditors' Committee and CarVal to June 1, 2026.

**PLEASE TAKE FURTHER NOTICE** that, on April 30, 2026, the Prepetition Secured Parties filed the *Notice of Extension of Challenge Period Pursuant to Final Order (I) Authorizing Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to the*

*Prepetition Secured Parties; (III) Modifying Automatic Stay; and (IV) Granting Related Relief* [Docket No. 2879], extending the Challenge Period for the Creditors' Committee to July 1, 2026.

**PLEASE TAKE FURTHER NOTICE** that on July 1, 2026, the Prepetition Secured Parties filed the *Notice of Extension of Challenge Period Pursuant to Final Order (I) Authorizing Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying Automatic Stay; and (IV) Granting Related Relief* [Docket No. 3103], extending the Challenge Period for the Creditors' Committee to July 31, 2026.

**PLEASE TAKE FURTHER NOTICE** that the Prepetition Secured Parties have further extended the Challenge Period for the Creditors' Committee to the earlier of: (i) an order confirming the Plan is entered, which shall terminate the Challenge Period; (ii) three (3) days after an (entered or oral) order denying confirmation of the Plan; and (iii) August 15, 2026.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 27 of the Final DIP Order, the Challenge Period for all other parties has expired and is not extended or impacted by this notice.

4

Dated: July 31, 2026
       Houston, Texas

Respectfully submitted,

/s/ Tom A. Howley
Tom A. Howley (Texas Bar No. 24010115)
Eric Terry (Texas Bar No. 00794729)
HOWLEY LAW PLLC
700 Louisiana Street, Suite 4220
Houston, TX 77002
Telephone: 713-333-9125
Email: tom@howley-law.com
       eric@howley-law.com

Scott J. Greenberg (admitted *pro hac vice*)
Stephen D. Silverman (admitted *pro hac vice*)
Jason Z. Goldstein (admitted *pro hac vice*)
Christina M. Brown (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: 212-351-4000
Email: sgreenberg@gibsondunn.com
       ssilverman@gibsondunn.com
       jgoldstein@gibsondunn.com
       christina.brown@gibsondunn.com

-and-

AnnElyse Scarlett Gains (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER
1700 M Street N.W.
Washington, D.C. 20036-3504
Telephone: 202-955-8500
Email: agains@gibsondunn.com

**Counsel for the Ad Hoc Group**

5

## **CERTIFICATE OF SERVICE**

I certify that on July 31, 2026, I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in these cases.

/s/ *Tom A. Howley*
Tom A. Howley