**EXHIBIT "A"**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | Case No. 25-90399 (CML) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING APPLICATION OF
APPLIED INDUSTRIAL TECHNOLOGIES, INC.  FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS**

This matter is before the Court on the *Application of Applied Industrial Technologies, Inc., for Allowance and Payment of Administrative Expense Claims* (Dkt. No. _____) (the "Application").[2] The Court having reviewed the Application; no objections having been filed, or any filed objections having been overruled; and the Court finding that (a) the Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B), and (c) good cause exists for granting the relief requested in the Application,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** as set forth herein.

2. Applied Industrial is allowed an administrative expense against the estates of the Debtors in the aggregate amount of $53,139.91.

3. Notwithstanding the provisions of Rule 6004(h) of the Federal Rules of Bankruptcy Procedure, this Order is effective upon entry, and the Debtors are hereby authorized and

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

directed to pay the sum of $53,139.91 to Applied Industrial Technologies, Inc., on the next business date immediately following the date of entry of this Order on the Docket for this case.

4. Nothing contained in this Order shall affect any other claims that Applied Industrial holds or may hold against the Debtors in these chapter 11 cases.

5. The Court shall retain jurisdiction over the matter arising from or related to the interpretation, implementation, or enforcement of this Order.

Dated: _____, 2026.
Houston, Texas.

_____
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE