**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS,
METHODOLOGY, AND DISCLAIMERS REGARDING THE
DEBTORS' MONTHLY OPERATING REPORT FOR THE
PERIOD FROM JUNE 1 TO JUNE 30, 2026**

**INTRODUCTION:**

First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"),[2] are filing their respective Monthly Operating Reports (each, an "**MOR**" and, collectively with supporting documents, the "**MORs**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**") pursuant to Rules 2015 and 9009 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and 28 C.F.R. § 58.8.

On September 24, 2025, Global Assets LLC and 12 of the Debtors in the above-captioned chapter 11 cases each filed with the Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). Commencing on September 28, 2025 (with respect to each Debtor, the date such Debtor filed a chapter 11 case, the "**Petition Date**"), First Brands Group, LLC and the remaining Debtors each filed with the Court a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee has been appointed in these chapter 11 cases.

On October 9, 2025, the Office of the United States Trustee for the Southern District of Texas (the "**U.S. Trustee**") appointed the Official Committee of Unsecured Creditors (Docket No. 313) (the "**Creditors' Committee**"). The Debtors' chapter 11 cases are being jointly administered for procedural purposes pursuant to Bankruptcy Rule 1015(b) and Rule 1015-1 of

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]   On April 9, 2026, the Court entered an order converting the chapter 11 cases of (i) Patterson Inventory, LLC, (ii) Patterson Inventory Holdings, LLC, (iii) Starlight Inventory I, LLC, and (iv) Starlight Inventory Holdings I, LLC (collectively, the "**Converting Debtors**"), to cases under chapter 7 of the Bankruptcy Code (Docket No. 2396). Accordingly, no further MORs are being filed on behalf of the Converting Debtors.

the Bankruptcy Local Rules for the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Local Rules**").

This MOR is unaudited, limited in scope, and does not purport to represent financial information prepared in accordance with accounting principles generally accepted in the United States of America ("**U.S. GAAP**"), and is not intended to fully reconcile to the consolidated financial information prepared by the Debtors. Information contained in this MOR is derived from the Debtors' books and records, but does not reflect in all circumstances presentation for U.S. GAAP or SEC reporting purposes. Therefore, in order to comply with their obligations to provide MORs during these chapter 11 cases, the Debtors have prepared this MOR using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices, prior to consolidating and eliminating entries. Accordingly, this MOR is true and accurate to the best of the Debtors' knowledge, information, and belief, based on currently available data. The results of operations, financial position, and schedule of receipts and disbursements contained herein are not necessarily indicative of results that may be expected for any period other than the applicable reporting period, and may not necessarily reflect the Debtors' future consolidated results of operations, financial position, and schedule of receipts and disbursements. The Debtors caution readers not to place undue reliance upon this MOR. There can be no assurance that such information is complete, and this MOR may be subject to revision.

The Debtors prepared the MORs with the assistance of their financial, legal, and other agents and advisors. The Debtors have made reasonable efforts to ensure the accuracy and completeness of the financial information presented in the MORs. Subsequent information or discovery of additional information may result in material changes in financial and other data contained in the MORs, and inadvertent or unintentional errors, omissions, or inaccuracies may exist. The Debtors' investigations and reconciliations are ongoing, and such investigations and reconciliations may result in adjustment of the information in the MORs in subsequently reported MORs. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update these MORs.

The Debtors utilize an accounting schedule that does not always align with the calendar month end. The Debtors utilize a 5-4-4 accounting schedule which apportions the fiscal year into four discrete financial quarters, with each quarter comprised of thirteen weeks, consisting of a single five-week period, followed by two successive four-week periods. As such, the reporting period for this MOR spans either four weeks or five weeks, consistent with the Debtors' accounting schedule and as authorized by the U.S. Trustee. Furthermore, the Debtors observe a 52- to 53-week tax year, with the fiscal year concluding on the Saturday nearest to December 31. Notwithstanding the foregoing, cash balances, receipts, and disbursements in Part 1 of the MORs are reflective of calendar month-end in order to accurately calculate the quarterly U.S. Trustee fees.

These Global Notes regarding the MORs (the "**Global Notes**") pertain to, and are incorporated by reference in, and comprise an integral part of, each of the Debtors' individual MORs. The Global Notes are in addition to the specific notes set forth below with respect to the MORs (the "**Specific Notes**" and, together with the Global Notes, the "**Notes**"). These Notes should be referred to, and referenced in connection with, any review of the MORs of each of the

2

individual Debtors in these chapter 11 cases.

**RESERVATION OF RIGHTS:**

This MOR is limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly reporting requirements of the Debtors' chapter 11 cases. The unaudited financial information has been derived from the Debtors' books and records. The information presented herein has not been subject to all procedures that typically would be applied to financial information in accordance with U.S. GAAP. Upon the application of such procedures, the Debtors believe that the financial information could be subject to material change. The information furnished in this MOR includes normal recurring adjustments but does not include all of the adjustments that typically would be made for interim financial information presented in accordance with GAAP.

Given the complexity of the Debtors' business, inadvertent errors or omission may occur. Accordingly, the Debtors hereby reserve all of their rights to dispute the nature, validity, status, enforceability, or executory natures of any claim amount, agreement, representation, or other statement set forth in this MOR. Further, the Debtors reserve the right to amend or supplement this MOR, if necessary, but are under no obligation to do so.

Nothing presented in the MORs is intended or should be construed as an admission or stipulation of the validity or allowance of any claim against the Debtors, any assertion made therein or herein, or a waiver of the right to dispute the allowance of, or any distributions in connection with, any claim or assert any cause of action or defense against any party.

**NOTES TO SPECIFIC PARTS OF THE MORs:**

*Part 1* – Cash Receipts and Disbursements

- All figures include both cash and restricted cash as reported in the Debtors' bank statements. Reconciling differences will exist between bank statement balances and balance sheet cash balances due to routine timing differences between payment execution in the Debtors' financial system and disbursement of funds from Debtor bank accounts. The Statement of Cash Receipts and Disbursements (as defined in the *Instructions for UST Form 11-MOR*) provides a reconciliation of the Part 1(c) cash end balance to each Debtor's respective ending cash balance for the reporting period.

*Part 2* – Asset and Liability Status

- Due to the Debtors' continued review, investigation, and reconciliation of their records, and given that such investigations and reconciliations may result in material adjustments to the MORs, pursuant to an agreement with the U.S. Trustee, the Debtors have omitted all Balance Sheet data from this MOR. The omission of such data should not be construed as a representation or warranty of the Debtors' current or future financial condition. The Debtors reserve the right to amend or supplement this MOR, if necessary, but are under no obligation to do so.

3

*Part 3* – Assets Sold or Transferred

- On March 9, 2026, the Debtors filed the *Emergency Motion for Order (A) Approving Sale Transaction for Debtors' Walbro Assets, (B) Approving Assumption, Assignment, and Sale of Certain Contracts and Unexpired Leases, and (C) Granting Related Relief* (Docket No. 2081), seeking approval of the sale of the Debtors' Walbro[3] business to Overdrive Capital, LLC (the "**Walbro Sale**"). On March 13, 2026, the Court entered an order approving the Walbro Sale (Docket No. 2154). The Walbro Sale closed on March 16, 2026. In addition to several non-Debtor subsidiaries, there were nine (9) Debtors who sold assets in connection with the Walbro Sale, including (i) First Brands Group Holdings, LLC, (ii) First Brands Group Intermediate, LLC, (iii)First Brands Group, LLC, (iv) Carter Fuel Systems, LLC, (v) Carter Carburetor Holdings, LLC, (vi) Carter Carburetor, LLC, (vii) Walbro Midco LLC, (viii) WEM US Co., and (ix) Walbro LLC.

- On March 26, 2026, the Debtors filed the *Emergency Motion for Order (A) Approving Sale Transaction for Certain of the Debtors' Intellectual Property and Related Assets, (B) Approving Assumption, Assignment, and Sale of Certain Executory Contracts, and (C) Granting Related Relief* (Docket No. 2236), seeking approval of the sale of certain intellectual property and related assets pertaining to the Debtors' (i) Filters and Plugs,[4] (ii) Wipers,[5] and (iii) Strongarm[6] business lines to PGI Northstar LLC (the "**PGI Sale**"). On April 10, 2026, the Court entered an order approving the PGI Sale (Docket No. 2399). The PGI Sale closed on April 13, 2026. There were ten (10) Debtor entities that sold intellectual property or related assets in connection with the PGI Sale or were listed as assignors thereto, including (i) First Brands Group Holdings, LLC, (ii) First Brands Group Intermediate, LLC, (iii) First Brands Group, LLC, (iv) Champion Laboratories, Inc., (v) FRAM Group IP LLC, (vi) FRAM Group Operations LLC, (vii) Pylon Manufacturing Corp., (viii) Heatherton Holdings, LLC, (ix) Trico Products Corporation, and (x) Strongarm, LLC.

---

[3] "**Walbro**" means the business operated by the Debtors consisting of the development, design, manufacture, sourcing, marketing, distribution, and sale of products and services under or primarily associated with (a) small engine fuel systems, carburetors, fuel pumps, ignition systems, electronic fuel injection, plastic injection molding and related components across power equipment, powersports, marine, and specialty engines and (b) operations under brand names associated with Walbro or Carter Carburetor, in each case, at, from, or through certain facilities operated by the Debtors.

[4] "**Filters and Plugs**" means the business operated by the Debtors consisting of the development, design, manufacture, sourcing, marketing, distribution and sale of automotive, commercial and industrial filtration products of oil, air, cabin air and fuel filters, filter components, precision-molded rubber, thermoplastic and elastomer components for vibration and structural control, sealing, isolation and fluid management, and spark plug and ignition products under the brand names of FRAM, LuberFiner, PetroClear, Autolite, Champ and Champion Lab.

[5] "**Wipers**" means the business operated by the Debtors consisting of the development, design, manufacture, sourcing, marketing, distribution and sale of wiper blades under the brand names of Trico, Anco, and ExactFit.

[6] "**Strongarm**" means the business of the Debtors, consisting of the development, design, manufacture, sourcing, marketing, distribution and sale of lift support products under the brand names of Strongarm, MightyLift and AVM.

- On May 7, 2026, the Debtors filed the *Emergency Motion for Order (A) Approving Sale Transaction for Debtors' TMD Business Line, (B) Approving Assumption, Assignment, and Sale of Certain Contracts and Unexpired Leases, and (C) Granting Related Relief* (Docket No. 2590), seeking approval of the sale of the Debtors' TMD[7] business line to TNJ Ohio, LLC, an affiliate of JVIS USA (the "**TMD Sale**").  On May 14, 2026, the Court entered an order approving the TMD Sale (Docket No. 2675).  The TMD Sale closed on May 15, 2026.  There were two (2) Debtors that sold assets in connection with the TMD Sale, including (i) First Brands Group Holdings, LLC and (ii) Toledo Molding & Die, LLC.

- On May 19, 2026, the Debtors filed the (i) *Emergency Motion for Order (A) Approving Sale Transaction for Debtors' Horizon North America Business Line, (B) Approving Assumption, Assignment, and Sale of Certain Contracts and Unexpired Leases, and (C) Granting Related Relief* (Docket No. 2711), seeking approval of the sale of the Debtors' Horizon North America[8] business line to Ventra Ohio LLC, Horizon SNK, LLC, Horizon ARK, LLC, K2TR Corporation, and Horizon Kansas LLC, and Flex-N-Gate, LLC, as guarantor (the "**Horizon Sale**"), and (ii) *Emergency Motion for Order (I) Approving Settlement Between Debtors and Horizon Europe and the Sale of Certain Assets in Connection Therewith, and (II) Granting Related Relief* (Docket No. 2719) (such settlement contemplated therein, the "**Horizon Settlement**").  On May 26, 2026, the Court entered orders approving the Horizon Sale (Docket No. 2800) and the Horizon Settlement (Docket No. 2799).  The Horizon Sale and Horizon Settlement each closed on May 29, 2026.  There were eleven (11) Debtors that sold assets or transferred equity interests in connection with the Horizon Sale, including (i) First Brands Group Holdings, LLC, (ii) First Brands Group Intermediate, LLC, (iii) First Brands Group, LLC, (iv) PHNX Acquisition Corp., (v) Horizon Global Corporation, (vi) Horizon Global Company LLC, (vii) Horizon Global Americas Inc., (viii) Horizon International Holdings LLC, (ix) Horizon Euro Finance LLC, (x) Trico Products Corporation, and (xi) Hopkins Manufacturing Corporation.  There were (a) six (6) Debtors that sold intercompany claims in connection with the Horizon Settlement, including (I) Horizon Global Corporation, (II) Horizon Global Company LLC, (III) First Brands Group, LLC, (IV) Horizon Global Americas Inc., (V) Horizon International Holdings LLC, and (VI) Horizon Euro Finance LLC, and (b) two (2) Debtors that sold intellectual property in connection with the Horizon Settlement, including (I) Trico Products Corporation and (II) Pylon Manufacturing Corporation.

---

[7] "**TMD**" means the business commonly known as Toledo Molding and Die, as operated, directly or indirectly, by the applicable Sellers or their respective Affiliates prior to the Closing at, from or through any of the Specified Facilities (and no other locations), consisting of the following business segments of the Sellers (including divisions, brands and operations), together with all assets, properties, rights and interests used in the business operations at the Specified Facilities, and all Liabilities arising out of or relating thereto, which consists of the development, design, manufacture, sourcing, marketing, distribution and sale of products and services primarily associated with (i) integrated, engineered plastics solutions in automotive interiors for injection molded auto and fluid management components, HVAC, fluid reservoirs, air induction and structural plastics, components and assemblies and (ii) the TMD brand name.

[8] "**Horizon North America**" means the Debtors' "Horizon North America" business, consisting of the development, design, manufacture, sourcing, marketing, distribution and sale of towing, hitching, trailering, jacks and couplers, and cargo management in North America and China (excluding the business line and brand names

- In addition to the above, the Debtors consummated the following sales of certain assets pursuant to the *Order Pursuant to Section 363 of the Bankruptcy Code (I) Approving and Authorizing the Debtors to Enter Into and Perform Under the Consulting Agreement; (II) Authorizing the Sale of* Wind Down *Assets Free and Clear of All Liens, Claims, and Encumbrances; and (III) Granting Related Relief* (Docket No. 2454) (the "**Wind Down Order**") during the reporting period (such sales, collectively, the "**Wind Down Sales**"):

  o sale by Hopkins Manufacturing Corporation to Grote Industries Inc. of certain inventory located at facilities located in Emporia, KS and Edgerton, KS;

  o sale by Champion Laboratories, Inc. to AM General of certain inventory located at facilities in Albion, IL;

  o sale by Cardone Industries, Inc., Trico Products Corporation, Brake Parts Inc LLC, and Horizon Global Americas Inc. to Cannon Commercial, Inc. of certain inventory located at a facility in Harlingen, TX;

  o sale by Brake Parts Inc LLC to World Trading of certain inventory located at a facility in Hebron, KY;

  o sale by First Brands Group Holdings, LLC, First Brands Group Intermediate, LLC, First Brands Group, LLC, FRAM Auto Holdings, LLC, Champion Laboratories, Inc., UCI International Holdings, Inc., United Components, LLC, Autolite Operations LLC, FRAM Group Operations, LLC, FRAM Group IP LLC, Jasper Acquisition Corp., Jasper Rubber Products, Inc., Pylon Manufacturing Corp., Heatherton Holdings, LLC, Trico Products Corporation, and Strongarm, LLC to PGI Northstar LLC of (i) machinery and equipment located in Hebron, KY, Albion, IL, Greenville, OH, and Jasper, IN; (ii) inventory located in Hebron, KY, Greenville, OH, Albion, IL, and Fairfield, IL; and (iii) certain transferred contracts related to the assets purchased;

  o sale by BPI Holdings International, Inc., BPI Holdings International, LLC, Brake Parts Inc. LLC, and Trico Products Corporation to Friction One Brake Technology (Xiantao) Co., Ltd of certain intellectual property;

  o sale by CWD LLC to Motorcar Parts of America, Inc. of certain intellectual property; and

  o sale by Hopkins Manufacturing Corporation, Hopkins Acquisition, Inc., Carrand Companies, Inc., Airtex Industries, LLC, Airtex Products, LP, APC Intermediate Holdings, LLC, First Brands Group Holdings, LLC, First Brands Group Intermediate, LLC, First Brands Group, LLC, and Trico Products Corporation to Selah Holdings Inc. of certain intellectual property.

---

associated with Horizon Europe, Westfalia, and Witter Towbar) under the following brand names: Horizon, REESE, Tekonsha, DrawTite, Bargman, Fulton and Bulldog.

- For purposes of Part 3, both the total cash sales price for assets sold/transferred pursuant to the Walbro Sale, the PGI Sale, the TMD Sale, the Horizon Sale, the Horizon Settlement, and the Wind Down Sales (collectively, the "**Sale Transactions**") and total payments to third parties incident to assets being sold/transferred pursuant to the Sale Transactions have been provided on an aggregate basis and reported in First Brand Group, LLC's MOR.  For the avoidance of doubt, the net cash proceeds identified in Part 3.c. does not equate to the amount of cash proceeds actually received by the Debtors' estates in connection with the Sale Transactions.

*Part 4* – Income Statement (Statement of Operations)

- Due to the Debtors' continued review, investigation, and reconciliation of their records, and given that such investigations and reconciliations may result in material adjustments to the MORs, pursuant to an agreement with the U.S. Trustee, the Debtors have omitted all data related to the Income Statement (Statement of Operations) from this report.  The omission of such data should not be construed as a representation or warranty of the Debtors' current or future financial condition.  The Debtors reserve the right to amend or supplement this MOR, if necessary, but are under no obligation to do so.

*Part 5* – Professional Fees and Expenses

- Part 5(a) presents the Debtors' professional fees and expenses approved and paid for those professionals retained as a result of these chapter 11 cases.  Amounts presented are exclusive of ordinary course professional fees and expenses paid for professionals that would have been retained absent these chapter 11 cases.

- For purposes of Part 5(a) of the MORs, "**Hilco Wind Down Consultants**" means, collectively, Hilco Merchant Resources, LLC, Hilco Receivables, LLC, and Hilco Global Professional Services, LLC.

- For purposes of Part 5(a) of the MORs, payments made to (i) the Hilco Wind Down Consultants in connection with the Wind Down Order, and (ii) Hilco Valuation Services, LLC, DBA Hilco Global and its designated affiliates and subsidiaries (referred to as "**Hilco Global LLC**" in Part 5(a)) in connection with Court-approved valuation and appraisal services pursuant to the *Order Authorizing Retention and Employment of Hilco Global as Appraisers for Debtors Effective as of October 7, 2025* (Docket No. 898), include payments made to Katten Muchin Rosenman LLP ("**Katten**") in their capacity as counsel to such entities.

- Part 5(b) presents the Debtors' professional fees and expenses approved and paid for non-bankruptcy professionals, including the Debtors' professionals retained pursuant to the *Order Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business Effective as of Petition Date* (Docket No. 700).

- Part 5(c) provides the total of professional fees and expenses approved and paid presented in Part 5(a) and Part 5(b), as well as professional fees and expenses paid for professionals employed by any official committee appointed in these chapter 11 cases.

*Part 6* – Postpetition Taxes

- Due to the Debtors' continued review, investigation, and reconciliation of their records, and given that such investigations and reconciliations may result in material adjustments to the MORs, pursuant to an agreement with the U.S. Trustee, the Debtors have omitted all Balance Sheet data from this MOR, including tax accruals. The omission of such data should not be construed as a representation or warranty of the Debtors' current or future financial condition. The Debtors reserve the right to amend or supplement this MOR, if necessary, but are under no obligation to do so.

- Postpetition tax payments have been included to the best of the Debtors' knowledge. Tax payments do not include any tariffs paid.

*Part 7* – Questionnaire

- The Court entered orders (the "**First Day Orders**") authorizing, but not directing, the Debtors to, among other things, pay certain prepetition (a) vendor claims, (b) insurance, surety, and letter of credit obligations, (c) employee wages, salaries, other compensation, benefits, and reimbursable expenses, and (d) certain taxes, fees, and regulatory obligations. Certain of the First Day Orders contain certain reporting requirements pursuant to which the Debtors must provide certain parties, including the U.S. Trustee, with schedules of payments made pursuant to the respective First Day Orders.

- The Debtors obtained, and the Court approved, postpetition financing (the "**DIP Financing**") to fund the costs of implementing the Debtors' restructuring in the form of a senior secured, superpriority debtor-in-possession term loan credit facility in an aggregate principal amount of $4.4 billion, consisting of (a) $1.1 billion new money term loans of which (i) $500 million was funded into the Escrow Account[9] in accordance with the order approving the DIP Financing on an interim basis (Docket No. 217) (the "**Interim DIP Order**") and (ii) $600 million was funded into the Escrow Account[10] upon entry of the order approving the DIP Financing on a final basis (Docket No. 608) (the "**Final DIP Order**"); and (b) $3.3 billion of Roll-Up Obligations, in each case, calculated in accordance with the DIP Documents and the Syndication Procedures, with: (i) Interim Roll-Up Obligations of $1.5 billion and (ii) Final Roll-Up Obligations of $1.8 billion. The DIP Financing is described in detail in the Debtors' motion to approve such DIP Financing (Docket No. 49) (the "**DIP Motion**"), the *Notice of Filing Final Senior Secured Superpriority Debtor-in-Possession Credit Agreement in Connection with Debtor-in-Possession Financing* (Docket No. 289), the Interim DIP Order, and the Final DIP Order.

- On June 16, 2026 and June 17, 2026, respectively, the Debtors filed the *Joint Chapter 11*

---

[9]   Capitalized terms used but not defined in this subparagraph are given the meanings ascribed to such terms in the DIP Motion, the Interim DIP Order, and the Final DIP Order, as applicable.

Approximately $462.3 million was funded into the Escrow Account after the payment of fronting fees, escrow fees, and other amounts payable pursuant to the Bridge Documents.

[10]   Approximately $599.4 million was funded into the Escrow Account after the payment of fronting fees.

*Plan of First Brands Group, LLC and Certain Affiliated Debtors* (Docket No. 3019) (as may be amended, supplemented, or otherwise modified from time to time, the "**Joint Plan**") and the *Disclosure Statement for Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* (Docket No. 3020) (as may be amended, supplemented, or otherwise modified from time to time, the "**Disclosure Statement**"). The Joint Plan is proposed by only the FBG Debtors (as defined in the Joint Plan) and not all the Debtors. On June 12, 2026, the Court entered an order conditionally approving the Disclosure Statement. A hearing to consider final approval of the Disclosure Statement and confirmation of the Joint Plan is scheduled for July 28, 2026 at 9 a.m. (Central Time). For the avoidance of doubt, each Debtor's MOR indicates "yes" for Questions k. and l. in Part 7 even though the Joint Plan and Disclosure Statement are only proposed by the FBG Debtors.[11]

*Part 8*

- Not applicable.

**NOTES TO SUPPORTING DOCUMENTATION:**

Pursuant to an agreement with the U.S. Trustee, the Debtors will submit one MOR combining financial information for certain Debtors for which the Debtors believe there are no known financial activities (the "**Combined Debtor Entities**"). The Combined Debtor Entities are listed on **Exhibit 1** hereto. The financial information for the Combined Debtor Entities set forth in their MORs is not separately presented, but rather is combined for presentation. The Combined Debtor Entities' MORs are filed under First Brands Group Holdings, LLC, *et al.*

Due to the Debtors' continued review, investigation, and reconciliation of their records, and given that such investigations and reconciliations may result in material adjustments to the MORs, pursuant to an agreement with the U.S. Trustee, the Debtors have omitted all Balance Sheets and Statements of Income (Loss) of each of the Debtors from this MOR. The omission of such data should not be construed as a representation or warranty of the Debtors' current or future financial condition. The Debtors reserve the right to amend or supplement this MOR, if necessary, but are under no obligation to do so.

**The MORs should not be relied upon by any persons for information relating to current or future financial conditions, events or performance of any of the Debtors, including, but not limited to, any potential recoveries or distributions related to claims against, or interests in, the Debtors.**

*Supporting Documentation – Balance Sheet(s)*

Due to the Debtors' continued review, investigation, and reconciliation of their records,

---

[11]   On April 28, 2026, Debtor Premier Marketing, LLC filed a chapter 11 plan (Docket No. 2544) (as amended, supplemented, or otherwise modified from time to time, the "**Prior Plan**") in connection with a Global Settlement (as defined in the Prior Plan). The Debtors are no longer pursuing the Prior Plan or the Global Settlement.

and given that such investigations and reconciliations may result in material adjustments to the MORs, pursuant to an agreement with the U.S. Trustee, the Debtors have omitted all Balance Sheet data from this MOR.  The omission of such data should not be construed as a representation or warranty of the Debtors' current or future financial condition.  The Debtors reserve the right to amend or supplement this MOR, if necessary, but are under no obligation to do so.

### *Supporting Documentation – Income Statement(s)*

Due to the Debtors' continued review, investigation, and reconciliation of their records, and given that such investigations and reconciliations may result in material adjustments to the MORs, pursuant to an agreement with the U.S. Trustee, the Debtors have omitted all data related to the Income Statement (Statement of Operations) from this MOR.  The omission of such data should not be construed as a representation or warranty of the Debtors' current or future financial condition.  The Debtors reserve the right to amend or supplement this MOR, if necessary, but are under no obligation to do so.

## Exhibit 1

### Combined Debtor Entities

| Case No. | Debtor | Status |
|---|---|---|
| 25-90434 | AIRTEX INDUSTRIES, LLC | Non-Operating Entity |
| 25-90452 | APC INTERMEDIATE HOLDINGS, LLC | Non-Operating Entity |
| 25-90448 | APC PARENT, LLC | Non-Operating Entity |
| 25-90421 | AVM EXPORT, INC. | Non-Operating Entity |
| 25-90471 | BPI ACQUISITION COMPANY, LLC | Non-Operating Entity |
| 25-90480 | BPI EC, LLC | Non-Operating Entity |
| 25-90486 | BPI HOLDINGS INTERNATIONAL, LLC | Non-Operating Entity |
| 25-90488 | BRAKE PARTS INC CHINA LLC | Non-Operating Entity |
| 25-90385 | CARNABY CAPITAL HOLDINGS, LLC | Non-Operating Entity |
| 25-90460 | CARNABY CAPITAL, LLC | Non-Operating Entity |
| 25-90413 | CARRAND COMPANIES, INC. | Non-Operating Entity |
| 25-90424 | CARTER CARBURETOR HOLDINGS, LLC | Non-Operating Entity |
| 25-90423 | CARTER FUEL EXPORT, INC. | Non-Operating Entity |
| 25-90462 | CWD HOLDING, LLC | Non-Operating Entity |
| 25-90454 | CWD INTERMEDIATE HOLDINGS I, LLC | Non-Operating Entity |
| 25-90458 | CWD INTERMEDIATE HOLDINGS II, LLC | Non-Operating Entity |
| 25-90433 | DALTON CORPORATION, ASHLAND MANUFACTURING FACILITY | Non-Operating Entity |
| 25-90481 | DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY | Non-Operating Entity |
| 25-90490 | EAGLE CASTING HOLDINGS, LLC | Non-Operating Entity |
| 25-90397 | FIRST BRANDS GROUP HOLDINGS, LLC | Non-Operating Entity |
| 25-90398 | FIRST BRANDS GROUP INTERMEDIATE, LLC | Non-Operating Entity |
| 25-90401 | FRAMAUTO HOLDINGS, LLC | Non-Operating Entity |
| 25-90456 | FUEL FILTER TECHNOLOGIES, INC. | Non-Operating Entity |
| 25-90475 | GLOBAL ASSETS GMBH | Non-Operating Entity |
| 25-90384 | GLOBAL LEASE ASSETS HOLDINGS, LLC | Non-Operating Entity |
| 25-90444 | GLOBAL REMAN VENTURES, LLC | Non-Operating Entity |
| 25-90411 | HOPKINS ACQUISITION, INC. | Non-Operating Entity |
| 25-90418 | HORIZON EURO FINANCE LLC | Non-Operating Entity |
| 25-90457 | IBI INTERNATIONAL HOLDING COMPANY, INC. | Non-Operating Entity |
| 25-90405 | JASPER ACQUISITION CORP. | Non-Operating Entity |
| 25-90436 | KTRI HOLDINGS, INC. | Non-Operating Entity |
| 25-90470 | KTRI OFFSHORE HOLDINGS, LLC | Non-Operating Entity |
| 25-90459 | LONGMAN ENTERPRISES, INC. | Non-Operating Entity |
| 25-90410 | PHNX ACQUISITION CORP. | Non-Operating Entity |
| 25-90420 | PREMIER MARKETING GROUP, LLC | Non-Operating Entity |
| 25-90467 | PYLON SOUTH BEND, INC. | Non-Operating Entity |

| 25-90469 | QUALIS ENTERPRISES, LLC | Non-Operating Entity |
|---|---|---|
| 25-90441 | QUALITOR ACQUISITION INC. | Non-Operating Entity |
| 25-90453 | QUALITOR SUBSIDIARY H, INC. | Non-Operating Entity |
| 25-90455 | QUALITOR SUBSIDIARY S, INC. | Non-Operating Entity |
| 25-90443 | QUALITOR, INC. | Non-Operating Entity |
| 25-90429 | REMAN MANAGEMENT INTERNATIONAL LLC | Non-Operating Entity |
| 25-90494 | SDC TX, LLC | Non-Operating Entity |
| 25-90435 | SMART CHOICE, LLC | Non-Operating Entity |
| 25-90407 | SPECIALTY PUMPS GROUP, INC. | Non-Operating Entity |
| 25-90450 | TAE CHINA HOLDINGS, INC. | Non-Operating Entity |
| 25-90476 | TRICO HOLDING CORPORATION | Non-Operating Entity |
| 25-90439 | TRIDONEX USA LLC | Non-Operating Entity |
| 25-90426 | UCI ACQUISITION HOLDINGS (NO. 4) LLC | Non-Operating Entity |
| 25-90479 | UCI INTERNATIONAL HOLDINGS PARENT INC. | Non-Operating Entity |
| 25-90483 | UCI INTERNATIONAL HOLDINGS, INC. | Non-Operating Entity |
| 25-90485 | UCI INTERNATIONAL, LLC | Non-Operating Entity |
| 25-90442 | UCI PENNSYLVANIA, INC. | Non-Operating Entity |
| 25-90449 | UNIVERSAL AUTO FILTER LLC | Non-Operating Entity |
| 25-90438 | VIPER ACQUISITION I, INC. | Non-Operating Entity |
| 25-90437 | VIPER ACQUISITION, INC. | Non-Operating Entity |
| 25-90425 | WALBRO MIDCO LLC | Non-Operating Entity |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re: First Brands Group, LLC, et al.
Case No: 25-90399
Debtor Cash Receipts and Disbursements for the Period June 1 through June 30, 2026

| Case Number | | 25-90383 | 25-90386 | 25-90387 | 25-90388 | 25-90389 | 25-90390 | 25-90391 | 25-90396 | 25-90399 | 25-90400 | 25-90402 | 25-90403 | 25-90404 | 25-90406 | 25-90408 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| In US $ Unless Otherwise Indicated | | Global Assets LLC | Broad Street Financial Holdings, LLC | Broad Street Financial, LLC | Carnaby Inventory II, LLC | Carnaby Inventory Holdings II, LLC | Carnaby Inventory III, LLC [4] | Carnaby Inventory Holdings III, LLC | Trico Technologies Corporation | First Brands Group, LLC | Viceroy Private Capital, LLC | Autolite Operations LLC | FRAM Group Operations LLC | FRAM Group IP LLC | Jasper Rubber Products, Inc. | ASC Industries, Inc. |
| Beginning Cash/Restricted Cash Balance | | 9,908 | 564 | 8,424 | 3,401 | 714 | 11,733 | 691 | - | 175,946,883 | - | - | 830,668 | 12,977 | 104,738 | 24,409,854 |
| Receipts | | - | - | - | - | - | - | - | - | 4,595,270 | - | - | 225,889 | - | 6,237 | 2,868,377 |
| Disbursements | | (204) | (85) | (385) | (85) | (35) | (85) | (35) | - | (37,416,562) | (50,000) | - | (3,761,109) | - | (5,979) | (13,192,585) |
| Other | [1] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 13,936,000 |
| Intercompany | [2] | - | - | - | - | - | - | - | - | 54,144,648 | 50,000 | - | 3,761,109 | - | - | (23,873,792) |
| FX and Timing Adjustments | [3] | - | - | - | - | - | - | - | - | 9,898 | - | - | - | - | (1,418) | - |
| Ending Cash Bank Balance | | 9,704 | 479 | 8,039 | 3,316 | 679 | 11,648 | 656 | - | 197,280,136 | - | - | 1,056,557 | 12,977 | 103,577 | 4,147,854 |

Notes
[1] - Includes OEM funding received
[2] - Includes intercompany transfers amongst Debtor entities only
[3] - Current adjustments for cash held in foreign bank accounts, amounts based on month-end foreign exchange rates, book to bank timing differences, and activities related to non-debtor receipts in debtor accounts
[4] There is a Trico collateral account for GLAS Trust Company LLC (As Agent to Carnaby Inventory III, LLC) maintained at JPMorgan Chase Bank, N.A. that had balance of approximately $15.8 million as of June 30, 2026.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re: First Brands Group, LLC, et al.
Case No: 25-90399
Debtor Cash Receipts and Disbursements for the Period June 1 through June 30, 2026

| Case Number | | 25-90409 | 25-90412 | 25-90414 | 25-90415 | 25-90416 | 25-90417 | 25-90419 | 25-90422 | 25-90427 | 25-90428 | 25-90430 | 25-90432 | 25-90440 | 25-90445 | 25-90446 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| In US $ Unless Otherwise Indicated | | Heatherton Holdings, LLC | Hopkins Manufacturing Corporation | Horizon Global Corporation | Horizon Global Company LLC | Horizon Global Americas Inc. | Horizon International Holdings LLC | Strongarm, LLC | Carter Fuel Systems, LLC | WEM US Co. | Dalton Corporation, Stryker Machining Facility Co. | Walbro LLC | Carter Carburetor, LLC | Airtex Products, LP | Champion Laboratories, Inc. | TAE Brakes, LLC |
| Beginning Cash/Restricted Cash Balance | | - | 1,005,724 | - | 8,152 | 23,573,526 | 96 | 1,079,427 | 2,236,384 | 927,490 | - | 4,795 | - | 59,788 | 1,125,282 | 323,221 |
| Receipts | | - | 336,358 | - | 11 | 779,807 | - | 27,018 | 2,259,153 | 7,964 | - | 152,190 | 119,777 | - | 152,890 | - |
| Disbursements | [1] | (577) | (201,313) | - | (30,684) | (678,334) | (58) | (9,690) | (20,644) | - | - | (1,196) | (6,549) | (653) | (103,686) | (746) |
| Other | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany | [2] | 577 | 56,274 | - | 30,684 | (21,009,941) | - | 1,111 | (2,236,016) | (1,196) | - | 1,196 | (113,228) | - | (50,415) | 1,279 |
| FX and Timing Adjustments | [3] | - | - | - | - | - | - | - | - | - | - | - | - | - | (31,979) | - |
| Ending Cash Bank Balance | | - | 1,197,043 | - | 8,163 | 2,665,058 | 39 | 1,097,866 | 2,238,878 | 934,258 | - | 156,985 | - | 59,135 | 1,092,092 | 323,754 |

Notes
[1] - Includes OEM funding received
[2] - Includes intercompany transfers amongst Debtor entities only
[3] - Current adjustments for cash held in foreign bank accounts, amounts based on month-end foreign exchange rates, book to bank timing differences, and activities related to non-debtor receipts in debtor accounts

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re: First Brands Group, LLC, et al.
Case No: 25-90399
Debtor Cash Receipts and Disbursements for the Period June 1 through June 30, 2026

| Case Number | | 25-90447 | 25-90451 | 25-90461 | 25-90463 | 25-90464 | 25-90465 | 25-90466 | 25-90468 | 25-90472 | 25-90473 | 25-90474 | 25-90477 | 25-90478 | 25-90482 | 25-90484 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| In US $ Unless Otherwise Indicated | | Transportation Aftermarket Enterprise, LLC | International Brake Industries, Inc. | Pylon Manufacturing Corp. | Qualitor Automotive, LLC | Carnaby Inventory Holdings IV, LLC | CWD, LLC | Carnaby Inventory IV, LLC | Carnaby FA Holdings, LLC | Trico Products Corporation | Carnaby FA, LLC | Qualis Automotive, L.L.C. | Brake Parts Inc LLC | Toledo Molding & Die, LLC | Dalton Corporation, Warsaw Manufacturing Facility | Brake Parts Inc India LLC |
| Beginning Cash/Restricted Cash Balance | | 5,030 | - | 6,502,156 | - | 714 | 776,643 | 2,572 | 80 | 11,227,370 | 1,613 | 5,717 | 4,376,903 | 407,392 | 2,603,040 | 777 |
| Receipts | | - | 2,174 | 3,257,906 | - | - | 5,581 | - | - | 679,171 | - | - | 2,612,447 | 2,726,484 | - | - |
| Disbursements | | - | (52,481) | (100) | - | (35) | (9,808) | (2,572) | (85) | (1,061,206) | (1,613) | (2,397) | (2,347,885) | (1,065,232) | (191,282) | - |
| Other | [1] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany | [2] | - | 50,307 | (9,750,000) | - | - | - | - | - | 790,010 | - | 892 | (268,823) | (1,581,680) | - | - |
| FX and Timing Adjustments | [3] | - | - | - | - | - | - | - | - | (8,503) | - | - | (3,090) | - | - | - |
| Ending Cash Bank Balance | | 5,030 | - | 9,962 | - | 679 | 772,416 | - | (5) | 11,626,842 | - | 4,212 | 4,369,553 | 486,965 | 2,411,758 | 777 |

Notes
[1] - Includes OEM funding received
[2] - Includes intercompany transfers amongst Debtor entities only
[3] - Current adjustments for cash held in foreign bank accounts, amounts based on month-end foreign exchange rates, book to bank timing differences, and activities related to non-debtor receipts in debtor accounts

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re: First Brands Group, LLC, et al.
Case No: 25-90399
Debtor Cash Receipts and Disbursements for the Period June 1 through June 30, 2026

| Case Number | | 25-90487 | 25-90489 | 25-90491 | 25-90492 | 25-90493 | 25-90431 | 25-90397 |
|---|---|---|---|---|---|---|---|---|
| In US $ Unless Otherwise Indicated | | United Components, LLC | Eagle Machining, LLC | Eagle Casting, LLC | Dalton Corporation | Cardone Industries, Inc. | UCI-Airtex Holdings, Inc. | Combined Debtor Entities |
| Beginning Cash/Restricted Cash Balance | | 18,623 | 1,068,802 | 126,327 | - | 1,734,234 | 100,000 | - |
| Receipts | | 5,053 | 33,696 | 172 | - | 7,802 | - | - |
| Disbursements | | (5,053) | (137) | (3,357) | - | (7,163) | - | - |
| Other | [1] | - | - | - | - | - | - | - |
| Intercompany | [2] | - | - | - | - | (1,578) | - | - |
| FX and Timing Adjustments | [3] | - | - | - | - | (7,334) | - | - |
| Ending Cash Bank Balance | | 18,623 | 1,102,362 | 123,143 | - | 1,725,961 | 100,000 | - |

Notes
[1] - Includes OEM funding received
[2] - Includes intercompany transfers amongst Debtor entities only
[3] - Current adjustments for cash held in foreign bank accounts, amounts based on month-end foreign exchange rates, book to bank timing differences, and activities related to non-debtor receipts in debtor accounts