United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 29, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § § § | **Case No. 25-90399 (CML)** |
| | § § | **(Jointly Administered)** |
| **Debtors.[1]** | § | |

**STIPULATION AND AGREED ORDER
REGARDING FORBEARANCE FROM THE
EXERCISE OF REMEDIES ARISING FROM THE OCCURRENCE
OF THE MATURITY DATE UNDER THE DIP CREDIT AGREEMENT**

This Stipulation and Order (this "**Stipulation**") is entered into by and among (i) the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), (ii) the Ad Hoc Group, (iii) the ABL Agent (on behalf of the ABL Secured Parties), and (iv) the Creditors' Committee (together with the Debtors, the "**Parties**"). Effective as of entry of this Stipulation by the Bankruptcy Court (as defined herein), the Parties hereby stipulate and agree as follows:

WHEREAS, on or around September 24, 2025 and September 28, 2025 (as applicable, the "**Petition Date**"), the Debtors commenced chapter 11 cases in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**");

WHEREAS, on September 30, 2025, the Debtors filed the *Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (C) Grant Liens and Provide Claims with Superpriority Administrative Expense Status, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying*

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

*Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 49];

WHEREAS, the Bankruptcy Court entered (a) on October 1, 2025, the *Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* [Docket No. 217]; and (b) on November 9, 2025, the *Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief* [Docket No. 608] (the "**DIP Order**"), authorizing the *Senior Secured Superpriority Debtor-in-Possession Credit Agreement*, dated as of October 2, 2025 (as amended by the First Amendment dated as of November 5, 2025, and as further amended, restated, amended and restated, supplemented or otherwise modified from time to time, the "**DIP Credit Agreement**") and the facility thereunder (the "**DIP Facility**") on a final basis;

WHEREAS, under the DIP Credit Agreement, the Maturity Date (as defined in the DIP Credit Agreement) (the "**Maturity Date**") occurred on June 29, 2026, and on the Maturity Date, the Borrower[2] was required to repay the aggregate outstanding principal amount of all DIP Loans, together with all accrued and unpaid interest and all other DIP Obligations then outstanding, and

---

[2]   Unless otherwise specified, capitalized terms used but not defined herein shall have the meanings ascribed to them in the DIP Order or the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* [Docket No. 3019] (as amended, supplemented, or otherwise modified, the "**Plan**"), as applicable.

such amounts thereupon became due and payable (*see* DIP Credit Agreement § 1.01 (definition of "Maturity Date"), § 2.07(a));

WHEREAS, on the Maturity Date, the Borrower did not repay the DIP Obligations in full and did not satisfy the conditions to a Borrower Maturity Election (as defined in the DIP Credit Agreement) under section 2.18 of the DIP Credit Agreement;

WHEREAS, the Borrower's failure to repay the DIP Obligations in full on the Maturity Date, among other things, constitutes an Event of Default under the DIP Credit Agreement, and, upon required notice by the DIP Agent, constitutes an Event of Default under the DIP Order (together with any other Default or Event of Default (i) that has occurred and is continuing for any reason as of the date hereof under the DIP Credit Agreement or (ii) arising from or in connection with the Plan, the Plan Settlement, or any of the transactions or occurrences contemplated thereunder, the "**Specified Defaults**") (*see* DIP Credit Agreement § 9.01(a); DIP Order ¶ 25(b));

WHEREAS, as a result of the Specified Defaults, all DIP Obligations are currently due and payable and the DIP Secured Parties are entitled to exercise all rights and remedies available to them under the DIP Documents subject to (i) the provisions thereof, (ii) the DIP Order, and (iii) the Bankruptcy Code including the automatic stay provided by section 362 of the Bankruptcy Code, as applicable (*see* DIP Credit Agreement § 9.02(b), (c); DIP Order ¶¶ 12(d), (f));

WHEREAS, the hearing to consider confirmation of the Plan currently is scheduled for July 28, 2026, and the Debtors seek (i) continued access to Cash Collateral of the DIP Secured Parties and the Prepetition Secured Parties and (ii) a forbearance from the exercise of remedies in respect of the Specified Defaults in order to prosecute confirmation and consummation of the Plan;

WHEREAS, the Debtors have requested that the DIP Agent, acting at the direction of the Required Lenders (as defined in the DIP Credit Agreement) under the DIP Credit Agreement

through the Ad Hoc Group, forbear from exercising certain rights and remedies arising as a result of the Specified Defaults;

WHEREAS, as a result of the Specified Defaults, the outstanding DIP Obligations bear interest at the Default Rate (as defined in DIP Credit Agreement), and the DIP Secured Parties are entitled to charge interest at the Default Rate under the DIP Documents (*see* DIP Credit Agreement § 2.08(b); DIP Order ¶ 12(d));

WHEREAS, the Bankruptcy Court has reviewed the Stipulation and considered the relief requested herein; this Bankruptcy Court has jurisdiction over these matters pursuant to 28 U.S.C. § 1334 and the Amended Standing Order; the Bankruptcy Court has found that these are core proceedings pursuant to 28 U.S.C. § 157(b)(2); the Bankruptcy Court has found that it may enter a final order consistent with Article III of the United States Constitution; the Bankruptcy Court has found that venue of these proceedings and the Stipulation in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; the Bankruptcy Court has found that the notice of the Stipulation was appropriate under the circumstances and no other notice need be provided; the Bankruptcy Court has determined that entry of this Order is reasonable and appropriate; and

WHEREAS, the Parties have engaged in arm's-length, good-faith negotiations regarding a forbearance with respect to the Maturity Date, and the Ad Hoc Group is willing to direct the DIP Agent to forbear, and the DIP Agent is willing to forbear, from the exercise of remedies in respect of the Specified Defaults, in each case on the terms and subject to the conditions set forth herein.

**NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND ORDERED THAT:**

1.      Upon all of the proceedings had before this Bankruptcy Court, and after due deliberation and sufficient cause appearing therefor, this Bankruptcy Court finds that: (i) it has

jurisdiction over the matters raised in this Stipulation pursuant to 28 U.S.C. § 1334; and (ii) the Debtors' notice of this Stipulation was appropriate under the terms of the DIP Documents, the DIP Order, and the circumstances, and no other notice need be provided.

2. The Parties acknowledge and reaffirm, and the Bankruptcy Court finds and reaffirms that (a) the DIP Obligations constitute legal, valid, binding, and enforceable obligations of the Borrower, the DIP Loan Parties, the DIP Guarantors, and the Parent Guarantors party to the DIP Documents, (b) the DIP Liens are valid, binding, enforceable, non-avoidable, and properly perfected, and (c) as of the date hereof, the Debtors, their Estates, and all other party in interest in this case have no valid defense, counterclaim, offset, recoupment, or claim of any kind against the DIP Agent, the Ad Hoc Group, or the DIP Secured Parties with respect to the DIP Obligations, subject only to a Challenge for any party where such Challenge Period has not expired pursuant to the terms of the DIP Order.

3. The Parties further acknowledge and reaffirm and the Bankruptcy Court finds that (a) the Parties and the U.S. Trustee have received sufficient written notice of the occurrence of the Specified Defaults by the DIP Agent on behalf of the DIP Secured Parties, such notice constituting a Termination Notice under the DIP Order, (b) the Specified Defaults have occurred, are continuing, and have not been waived by the DIP Secured Parties; (c) the applicable Remedies Notice Period under the DIP Order for the DIP Secured Parties in relation to the Specified Defaults has lapsed; (d) the Maturity Date occurred on June 29, 2026; (e) upon the occurrence of the Maturity Date, the DIP Obligations became immediately due and payable; (f) but for the forbearance set forth herein, the DIP Secured Parties would be entitled to exercise their rights and remedies under the DIP Documents, the DIP Order, and applicable law in accordance with the terms thereof; and (g) the right to invoke and charge interest at the Default Rate under the DIP

5

Documents has been triggered, and such default interest shall (x) have been accruing against the Debtors and their Estates on all amounts outstanding under the DIP Facility (including, for the avoidance of doubt, the New Money DIP Loans and the Roll-Up Obligations) as additional DIP Obligations from June 29, 2026 and (y) continue to accrue until the DIP Obligations are repaid in full. No Party has contested that an Event of Default (as defined in the DIP Credit Agreement or the DIP Order, as applicable) has occurred under the DIP Credit Agreement and the DIP Order and is continuing, and the Bankruptcy Court hereby finds that an Event of Default has occurred and is continuing.

4.     Subject only to entry of this Stipulation and effective as of the Forbearance Effective Date,[3] the Required Lenders (as defined in the DIP Credit Agreement) shall be deemed to have consented to the terms of the forbearance attached hereto as **Exhibit 1** (the "**Forbearance**") and to have given to the DIP Agent a Direction of the Required Lenders (as defined in the DIP Credit Agreement) under the DIP Credit Agreement directing that the DIP Agent enter into the Forbearance and thereby forbear until the Forbearance Termination Date,[4] on the terms set forth in the Forbearance, from the exercise of any rights and remedies against any Debtor (or any assets of any Debtor) as a result of the Specified Defaults.

5.     The Forbearance is limited solely to the Specified Defaults and solely for the duration of the period commencing on the Forbearance Effective Date and ending on the Forbearance Termination Date. The Forbearance and this Stipulation shall not be construed as a

---

[3]   "**Forbearance Effective Date**" shall be the date on which the following conditions are satisfied: (a) the Forbearance (as defined herein) has been executed and (b) this Stipulation has been entered.

[4]   "**Forbearance Termination Date**" shall mean the earlier of (unless waived by the Ad Hoc Group SteerCo): (i) solely to the extent the Plan has not been confirmed, August 1, 2026; (ii) the effective date of the Plan; (iii) conversion of the Debtors' chapter 11 cases to cases under chapter 7 of the Bankruptcy Code; (iv) the date on which the confirmation order is overturned by a final, non-appealable order; and (v) if applicable, the date the court denies approval of this Stipulation.

waiver of, or consent to, any alleged default or event of default, any other Default or Event of Default (whether now existing or hereafter arising), or any waiver of any right or remedy of the DIP Agent or any Lender under the DIP Documents (other than as expressly set forth herein or in the Forbearance), all of which are expressly reserved.

6. Commencing as of June 29, 2026, the DIP Facility shall accrue interest against the Debtors and their Estates at the Default Rate (as defined in the DIP Credit Agreement), as provided under the DIP Order and the DIP Credit Agreement and approved by this Stipulation. For the avoidance of doubt, such default interest accrues only against the Debtors and their Estates (including any Successor Cases) but, under the Plan, does not result in any change to the Litigation Trust Waterfall or the Class 2 DIP Collateral Trust Interests under the DIP Collateral Trust Waterfall.

7. The Parties acknowledge and consent to this Bankruptcy Court modifying and/or lifting the automatic stay under Section 362 of the Bankruptcy Code to implement this Stipulation. This Bankruptcy Court orders that the automatic stay is modified and/or lifted to allow the DIP Agent, on behalf of the DIP Lenders, to implement the agreed terms outlined in this Stipulation. For the avoidance of doubt, the Parties acknowledge and agree, and this Bankruptcy Court finds, that the DIP Agent satisfies the statutory predicates for relief from the stay under sections 362(d)(1) and (d)(2) of the Bankruptcy Code, provided that no relief from the automatic stay is being sought other than as required to implement the terms of the Stipulation. The Parties acknowledge and agree, and this Bankruptcy Court finds, that cause exists to modify or lift the stay to implement this Stipulation because the DIP Secured Parties are not adequately protected.

8. Upon the Forbearance Termination Date, the agreement of the DIP Agent and the DIP Lenders to forbear shall automatically terminate without further notice or action, and the DIP

7

Agent and each DIP Lender shall be entitled to exercise any and all rights and remedies available under the DIP Documents, the DIP Order, and applicable law with respect to the Specified Defaults and any other Default or Event of Default (each as defined in the DIP Credit Agreement), in each case subject to the DIP Order (including the notice and remedies provisions thereof) and the requirements of the Bankruptcy Code, including, but not limited to, section 362(a) of the Bankruptcy Code. Nothing herein constitutes a course of dealing or obligates the DIP Agent or any Lender to grant any further forbearance, waiver, or amendment.

9.    This Stipulation shall not (a) be modified, altered, amended, or vacated without the written consent of the Debtors and the DIP Agent (email shall suffice), or (b) except as expressly set forth herein, impair any right, defense, or obligation of the DIP Secured Parties under the DIP Documents, including any future rights to file a Stay Relief Motion pursuant to the terms of the DIP Documents, subject to the terms thereof, the DIP Order, and the Bankruptcy Code.

10. Immediately upon entry of this Stipulation by this Bankruptcy Court (notwithstanding any applicable law or rule to the contrary), the terms and provisions of this Stipulation shall be valid and effective, shall inure to the benefit of the Debtors and the DIP Secured Parties, and shall be binding upon the Parties and, to the greatest extent allowed under applicable law, the respective successors and assigns of the Parties, including any chapter 7 or chapter 11 trustee or other fiduciary hereafter appointed or elected for the Estates of the Debtors or with respect to the property of the Estate of any Debtor in any of these Chapter 11 Cases, any Successor Cases, or upon dismissal or conversion of any such case or Successor Case.

11. The fourteen day stay provided under Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply, and this Stipulation shall be immediately effective and enforceable upon its entry.

12.    Except as modified by this Order, all of the terms, conditions, and provisions of the DIP Order are ratified and reaffirmed in all respects and shall remain in full force and effect. The terms and conditions of this Order are non-severable and mutually dependent.  Nothing in this Stipulation shall order, imply, or be construed or interpreted to permit any termination, exercise of rights, or remedies of parties other than the DIP Secured Parties (in accordance with the DIP Documents) with respect to any Prepetition Collateral, Collateral that is not DIP Collateral, or any rights of any Prepetition Secured Party.

13.    The delay or failure to exercise rights and remedies under the DIP Order, this Order, or the DIP Documents shall not constitute a waiver of the DIP Secured Parties' rights thereunder or otherwise.  The relief granted in this Stipulation is without prejudice to the DIP Agent's rights to seek additional relief.

14.    The Debtors and the DIP Agent are authorized to take all actions necessary or appropriate to effectuate the relief granted in this Stipulation.

15.    To the extent any provision of this Stipulation is inconsistent with the DIP Order or any prior order of the Bankruptcy Court authorizing financing for, or the use of Cash Collateral by, the Debtors, this Stipulation shall govern and control.

16.    The Bankruptcy Court retains sole and exclusive jurisdiction over all matters arising from or related to the interpretation, implementation, or enforcement of this Stipulation.

Signed:  July 29, 2026

_____
Christopher Lopez
United States Bankruptcy Judge

9

**STIPULATED AND AGREED TO BY:**

Dated: July 27, 2026

/s/  Clifford W. Carlson

WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   gabriel.morgan@weil.com
         clifford.carlson@weil.com
-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (pro hac vice pending)
Sunny Singh (pro hac vice pending)
Andriana Georgallas (pro hac vice pending)
Kevin Bostel (pro hac vice pending)
Jason H. George (pro hac vice pending)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: matt.barr@weil.com
        sunny.singh@weil.com
        andriana.georgallas@weil.com
        kevin.bostel@weil.com
        jason.george@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

/s/ AnnElyse Scarlett Gains

Tom Howley (Texas Bar No. 24010115)
Eric Terry (Texas Bar No. 00794729)
HOWLEY LAW PLLC
700 Louisiana Street, Suite 4545
Houston, TX 77002
Telephone: 713-333-9125
Email: tom@howley-law.com
        eric@howley-law.com

Scott J. Greenberg (admitted *pro hac vice*)
C. Lee Wilson (admitted *pro hac vice*)
Christina M. Brown (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: 212-351-4000
Email: sgreenberg@gibsondunn.com
        clwilson@gibsondunn.com
        christina.brown@gibsondunn.com

-and-

AnnElyse Scarlett Gains (admitted *pro hac
vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street N.W.
Washington, D.C. 20036-3504
Telephone: 202-955-8500
Email: agains@gibsondunn.com

*Counsel to the Ad Hoc Group*

/s/ Matthew R. Bentley

Matthew R. Bentley
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: 312-258-5500
Email: matthew.bentley@afslaw.com

*Counsel to the DIP Agent*

/s/ Daniel J. McGuire

Tatianna J. Witter
Tex. Bar No. 24127424
S.D. Tex. Bar No. 3755867
WINSTON TAYLOR LLP
2121 N. Pearl Street, Suite 900
Dallas, Texas 75201
Telephone: (214) 453-6440
Facsimile: (214) 453-6400
Email: tatianna.witter@winstontaylor.com

-and-

Daniel J. McGuire (admitted pro hac vice)
Scott Ahmad (admitted pro hac vice)
WINSTON TAYLOR LLP
300 N. LaSalle, Suite 4400
Chicago, IL 60654
Telephone: 312-558-5600
Email: dan.mcguire@winstontaylor.com
scott.ahmad@winstontaylor.com

-and-

Carrie V. Hardman (admitted pro hac vice)
WINSTON TAYLOR LLP
200 Park Avenue
New York, NY 10166
Telephone: 212-294-6700
Email: carrie.hardman@winstontaylor.com

*Counsel to Bank of America, N.A.*

/s/ Kenneth J. Aulet

Ian R. Phillips
Texas Bar No. 24091239
Seth Van Aalten (pro hac vice)
Justin R. Alberto (pro hac vice)
COLE SCHOTZ P.C.
901 Main Street, Suite 4120
Dallas, TX 75202
Telephone: (469) 557-9390
Facsimile: (469) 533-1587
Email: iphillips@coleschotz.com
svanaalten@coleschotz.com
jalberto@coleschotz.com

-and-

Robert J. Stark (pro hac vice)
Jeffrey L. Jonas (pro hac vice)
Michael S. Winograd (pro hac vice)
Bennett S. Silverberg (pro hac vice)
Kenneth J. Aulet (pro hac vice)
Andrew M. Carty (pro hac vice)
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: rstark@brownrudnick.com
jjonas@brownrudnick.com
mwinograd@brownrudnick.com
bsilverberg@brownrudnick.com
kaulet@brownrudnick.com
acarty@brownrudnick.com

-and-

Tristan G. Axelrod (pro hac vice)
Matthew A. Sawyer (pro hac vice)
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
Email: taxelrod@brownrudnick.com
msawyer@brownrudnick.com

*Counsel to the Official Committee of Unsecured Creditors*

WEIL\101447404\4\35253.0004

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 27, 2026 I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Clifford W. Carlson*_____
Clifford W. Carlson

**Exhibit 1**

**Forbearance**

**FORBEARANCE OF THE SENIOR SECURED SUPERPRIORITY
DEBTOR-IN-POSSESSION CREDIT AGREEMENT**

This ***Forbearance of the Senior Secured Superpriority Debtor-in-Possession Credit Agreement*** (this "***Forbearance***"), dated as of [●], is entered into by and among **FIRST BRANDS GROUP, LLC**, a Delaware limited liability company, as a debtor and debtor-in-possession (the "***Borrower***"), **FIRST BRANDS GROUP INTERMEDIATE, LLC**, a Delaware limited liability company, as a debtor and debtor-in-possession (the "***Parent***"), the other Loan Parties party hereto, **WILMINGTON SAVINGS FUND SOCIETY, FSB**, as administrative agent and collateral agent (in such capacities, the "***DIP Agent***"), and the Lenders party hereto constituting the Required Lenders. Capitalized terms used but not otherwise defined herein have the meanings given to them in the DIP Credit Agreement (as defined below).

**RECITALS**

**WHEREAS,** the Borrower, the Parent, the other Loan Parties, the Lenders from time to time party thereto and the DIP Agent are party to that certain *Senior Secured Superpriority Debtor-in-Possession Credit Agreement*, dated as of October 2, 2025 (as amended by the First Amendment dated as of November 5, 2025, and as further amended, restated, amended and restated, supplemented or otherwise modified from time to time, the "***DIP Credit Agreement***");

**WHEREAS,** the DIP Credit Agreement was authorized and approved pursuant to the *Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief* (Dkt. No. 608) (as amended, supplemented or otherwise modified, the "***DIP Order***"), entered by the United States Bankruptcy Court for the Southern District of Texas (the "***Bankruptcy Court***") on November 9, 2025 in the jointly administered chapter 11 cases of the Borrower and its debtor affiliates, Case No. 25-90399 (CML) (the "***Chapter 11 Cases***");

**WHEREAS,** the Maturity Date under the DIP Credit Agreement occurred on June 29, 2026, and the Borrower is unable to repay the DIP Obligations in full or to satisfy the conditions to a Borrower Maturity Election under Section 2.18 of the DIP Credit Agreement;

**WHEREAS,** one or more Defaults or Events of Default have occurred and are continuing, including the Borrower's failure to repay the DIP Obligations in full on the Maturity Date (the "***Maturity Date Default***"), under the DIP Credit Agreement (together with any other Default or Event of Default (i) that has occurred and is continuing for any reason as of the date hereof under the DIP Credit Agreement and/or the DIP Order or (ii) arising from or in connection with the Plan, the Plan Settlement, or any of the transactions or occurrences contemplated thereunder) (collectively, the "***Specified Defaults***");

**WHEREAS,** this Forbearance is in connection with the global settlement among the Debtors, the Ad Hoc Group, the ABL Lenders and the Creditors' Committee on the terms of a chapter 11 plan (the "***Plan***");

**WHEREAS,** this Forbearance is attached as Exhibit 1 to the *Stipulation and Agreed Order Regarding Forbearance from the Exercise of Remedies Arising from the Occurrence of the Maturity Date under the DIP Credit Agreement* (the "***Stipulation***"), and, pursuant to the Stipulation, upon entry thereof the Required Lenders shall be deemed to have consented to this Forbearance and to have given the DIP Agent a Direction of the Required Lenders directing the DIP Agent to enter into this Forbearance;

**WHEREAS,** in connection with the Plan and the Stipulation, the Borrower has requested that the DIP Agent, acting at the Direction of the Required Lenders, forbear from exercising any and all rights and remedies against any Loan Party or Collateral arising as a result of the Specified Defaults (whether arising under the DIP Credit Agreement, the Loan Documents related thereto or otherwise under applicable law), and the Required Lenders are willing to do so solely on the terms and subject to the conditions set forth herein; and

**NOW, THEREFORE,** in consideration of the premises and the mutual covenants set forth herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

**Section 1.  Definitions.**

As used herein, (a) "***Ad Hoc Group SteerCo***" means the steering committee of the Ad Hoc Group; (b) "***Forbearance Effective Date***" means the date on which the conditions set forth in Section 6 are satisfied; (c) "***Forbearance Period***" means the period commencing on the Forbearance Effective Date and ending on the Forbearance Termination Date; (d) "***Forbearance Termination Date***" has the meaning given in Section 3(b); and (e) "***Stipulation***" has the meaning given in the recitals.

**Section 2.  Acknowledgments.**

Each Loan Party acknowledges that (a) the Maturity Date under the DIP Credit Agreement occurred on June 29, 2026; (b) the Maturity Date Default and certain other Events of Default have occurred and are continuing; and (c) but for the forbearance set forth herein, the DIP Agent and the Lenders would be entitled to exercise their rights and remedies under the DIP Documents and applicable law, subject to the DIP Order (including the notice and remedies provisions thereof).

**Section 3.  Forbearance.**

**(a)  Forbearance.** Subject to entry of the Stipulation and during the Forbearance Period, the DIP Agent, acting at the Direction of the Required Lenders, shall forbear from the exercise of any rights and remedies against any Debtor (or any assets of any Debtor) as a result of any Specified Default including, without limitation, any breach, maturity, non-payment of any amounts due (including

interest), default or event of default (including relating to all covenants and/or other obligations under the DIP Credit Agreement or any documentation related thereto), now existing under the DIP Credit Agreement or any documentation related thereto.

**(b)  Forbearance Termination Date.**  The "*Forbearance Termination Date*" means the earliest to occur of the following (unless waived by the Ad Hoc Group SteerCo (which waiver may be confirmed via email (including via counsel's email))):

(i)     solely to the extent the Plan has not been confirmed, August 1, 2026;

(ii)    the effective date of the Plan;

(iii)   conversion of the Chapter 11 Cases to cases under chapter 7 of the Bankruptcy Code;

(iv)   the date on which the confirmation order is overturned by a final, non-appealable order; and

(v)    the date the Bankruptcy Court denies approval of the Stipulation.

**(c)  Scope; Limited Effect.**  The Forbearance set forth in this Section 3 is limited solely to the Specified Defaults and shall not be construed as a waiver of, or consent to, any alleged default or event of default, or any other Default or Event of Default (whether now existing or hereafter arising), or any waiver of any right or remedy of the DIP Agent or any Lender under the DIP Documents (other than as expressly set forth in Section 3(a)), all of which are expressly reserved.

## Section 4.  Interim Forbearance.

The parties acknowledge that the Ad Hoc Group provided the Debtors with an interim forbearance through July 24, 2026, during which the terms of this Forbearance were to be finalized and executed. Upon the Forbearance Effective Date, this Forbearance supersedes and replaces such interim forbearance without any interruption to such forbearance agreed to by the Ad Hoc Group and constitutes the legal forbearance contemplated thereby.

## Section 5.  Default Interest.

Commencing as of June 29, 2026, the DIP Facility shall accrue interest at the Default Rate, as provided under the DIP Credit Agreement and the DIP Order and as approved by the Stipulation. For the avoidance of doubt, such default interest accrues against the chapter 11 estates (and any successor cases) but, under the Plan, does not result in any change to the Litigation Trust Waterfall or the Class 2 DIP Collateral Trust Interests under the DIP Collateral Trust Waterfall (each as defined in the Plan).

## Section 6.  Conditions to Effectiveness.

This Forbearance shall become effective on the Forbearance Effective Date upon satisfaction of the following conditions: (a) the DIP Agent shall have received counterparts hereof duly executed by the Borrower, the Parent, the other Loan Parties and the DIP Agent; and (b) the Stipulation shall have been entered by the Bankruptcy Court.

**Section 7.  Reservation of Rights.**

Upon the Forbearance Termination Date, the forbearance hereunder shall automatically terminate without further notice or action, and the DIP Agent and each Lender shall be entitled to exercise any and all rights and remedies available under and pursuant to the terms of the DIP Documents, the DIP Order and applicable law with respect to the Specified Defaults, in each case subject to the DIP Order (including the notice and remedies provisions thereof) and the Intercreditor Agreements. Nothing herein constitutes a course of dealing or obligates the DIP Agent or any Lender to grant any further forbearance, waiver or amendment.

**Section 8.  Ratification; No Other Amendments.**

Except as expressly set forth herein, the DIP Credit Agreement and the other DIP Documents remain in full force and effect and are hereby ratified and confirmed. This Forbearance is a DIP Document. Except as expressly provided herein, this Forbearance shall not constitute an amendment or modification of any provision of the DIP Credit Agreement or any other DIP Document.

**Section 9.  Miscellaneous.**

(a) This Forbearance shall be governed by, and construed in accordance with, the laws of the State of New York and, to the extent applicable, the Bankruptcy Code. (b) In the event of any conflict between this Forbearance and the DIP Order, the DIP Order shall control (for the avoidance of doubt, without affecting the forbearance agreed hereunder). (c) This Forbearance may be executed in counterparts, each of which shall be deemed an original and all of which together shall constitute one instrument; delivery by electronic transmission shall be effective as delivery of a manually executed counterpart. (d) The headings herein are for convenience only and shall not affect the construction hereof. (e) This Forbearance is for the benefit of the parties hereto and their respective successors and permitted assigns and is not intended to confer any rights upon any other person.

[Signature pages follow.]

United States Bankruptcy Court

Southern District of Texas

In re:

First Brands Group, LLC

WEM US Co.

    Debtors

Case No. 25-90399-cml

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0541-4

Date Rcvd: Jul 29, 2026

User: ADIuser

Form ID: pdf002

Page 1 of 36

Total Noticed: 217

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | First Brands Group, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | APC Intermediate Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | APC Parent, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | ASC Industries, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | AVM Export, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Airtex Industries, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Airtex Products, LP, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Autolite Operations LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | BPI Acquisition Company, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | BPI EC, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | BPI Holdings International, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Brake Parts Inc China LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Brake Parts Inc India LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Brake Parts Inc LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Broad Street Financial Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Broad Street Financial, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD Holding, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD Intermediate Holdings I, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD Intermediate Holdings II, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Cardone Industries, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Capital Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Capital, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby FA Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby FA, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Inventory Holdings II, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Inventory Holdings III, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Inventory Holdings IV, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Inventory II, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Inventory III, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Inventory IV, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carrand Companies, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Carburetor Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Carburetor, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Fuel Export, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Fuel Systems, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Champion Laboratories, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Dalton Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Dalton Corporation, Ashland Manufacturing Facility, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Dalton Corporation, Kendallville Manufacturing Fac, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Dalton Corporation, Stryker Machining Facility Co., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Dalton Corporation, Warsaw Manufacturing Facility, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Eagle Casting Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |

| | | |
|---|---|---|
| dbpos | + | Eagle Casting, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Eagle Machining, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | FRAM Group IP LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | FRAM Group Operations LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | FRAMAuto Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | First Brands Group Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | First Brands Group Intermediate, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Fuel Filter Technologies, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Global Assets GmbH, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Global Assets LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Global Lease Assets Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Global Reman Ventures, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Heatherton Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Hopkins Acquisition, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Hopkins Manufacturing Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Horizon Euro Finance LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Horizon Global Americas Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Horizon Global Company LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Horizon International Holdings LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | IBI International Holding Company, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | International Brake Industries, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Jasper Acquisition Corp., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Jasper Rubber Products, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | KTRI Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | KTRI Offshore Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Longman Enterprises, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | PHNX Acquisition Corp., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Patterson Inventory Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Patterson Inventory, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Premier Marketing Group, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Pylon Manufacturing Corp., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Pylon South Bend, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualis Automotive, L.L.C., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualis Enterprises, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor Acquisition Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor Automotive, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor Subsidiary H, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor Subsidiary S, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Reman Management International LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | SDC TX, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Smart Choice, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Specialty Pumps Group, Inc, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Starlight Inventory Holdings I, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Starlight Inventory I, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Strongarm, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | TAE Brakes, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | TAE China Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Toledo Molding & Die, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Transportation Aftermarket Enterprise, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Trico Holding Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Trico Products Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Trico Technologies Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Tridonex USA LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI Acquisition Holdings (No. 4) LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI International Holdings Parent Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI International Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI International, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI Pennsylvania, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI-Airtex Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | United Components, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Universal Auto Filter LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Viceroy Private Capital, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |

| District/off: 0541-4 | User: ADIuser | Page 3 of 36 |
| --- | --- | --- |
| Date Rcvd: Jul 29, 2026 | Form ID: pdf002 | Total Noticed: 217 |

| | | |
| --- | --- | --- |
| dbpos | + | Viper Acquisition I, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Viper Acquisition, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | WEM US Co., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Walbro LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Walbro Midco LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| aty | + | Christopher L Phillippe, Law Office of Phillippe & Associates, 847 E. Harrison St., Brownsville, TX 78520, UNITED STATES 78520-7120 |
| aty | + | Ronald K. Brown, Jr., Law Offices of Ronald K. Brown, Jr., APC, 901 Dove St, Suite 120, Newport Beach, CA 92660-3018 |
| tr | + | Ronald J. Sommers, Nathan Sommers Gibson Dillon P.C., 1400 Post Oak BlVd, Suite 300, HoUsToN, TX 77056-6656 |
| cr | + | 1600 Industrial LLC, c/o Trey A. Monsour, Fox Rothschild LLP, 2501 N. Harwood, #1800, Dallas, TX 75201 UNITED STATES 75201-1613 |
| cr | + | AIG Insurance Company of Canada, c/o Adam L. Rosen PLLC, 834B Fort Salonga Road, Box 1021, Northport, NY 11768-3157 |
| op | + | Adam Wesley, Boies Schiller Flexner LLP, 55 Hudson Yards, New York, NY 10001-2163 |
| trnsfee | | Anne Willsher, 13 Marilyn Place, Queanbeyan NSW 2620, AUSTRALIA |
| cr | + | Arab Banking Corporation B.S.C., c/o Blaire A. Cahn, Baker & McKenzie LLP, 452 Fifth Avenue, New York, NY 10018-2706 |
| cr | + | BBJ Ventures, LLC, c/o Graham PLLC, 4203 Montrose Blvd., Suite 550, Houston, TX 77006-5427 |
| cr | + | BRI WESTPARK IV QOZB, LP, c/o Leslie S. Barr, Esq, Windels Marx Lane & Mittendorf, LLP, 156 West 56th St, New York, NY 10019-3800 |
| cr | + | CSI Leasing, Inc., c/o Clark Hill PLC, Audrey L. Hornisher, 901 Main Street, Suite 6000, Dallas, TX 75202-3748 |
| cr | + | Carrdan Corporation, 100 Reed Drive, Temperance, MI 48182-8900 |
| cr | | Chubb Companies, Duane Morris LLP, 200 Crescent Ct Suite 900, Krum, TX 76249 |
| cr | | Ciara Childs, c/o J. Gerard Stranch, IV, Stranch, Jennings, & Garvey, PLLC, 223 Rosa Parks Ave., Suite 200 Nashville, TX 37203-3513 |
| cr | | City of Miami Special Utility Authority, c/o Steven W. Soule', Hall, Estill, et al., 521 East 2nd Street, Suite 1200 Tulsa, OK 74120-1855 |
| cr | + | Crown Equipment Corporation dba Crown Lift Trucks, Sebaly Shillito and Dyer, 220 E. Monument Ave., Suite 500, Dayton, OH 45402 UNITED STATES 45402-1267 |
| intp | + | David Parker, Davis & Santos, 719 S. Flores Street, San Antonio, TX 78204, UNITED STATES 78204-1350 |
| intp | + | David Parker, Davis and Santos, PLLC, 719 S. Flores Street, San Antonio, TX 78204, UNITED STATES 78204-1350 |
| trnsfee | | David Willsher, 13 Marilyn Place, Queanbeyan NSW 2620, AUSTRALIA |
| cr | + | De Lage Landen Financial Services, Inc., c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Derby Fabricating Solutions, LLC, c/o Christina Combs, 4500 Produce Road, Louisville, KY 40218-3058 |
| intp | | Deva Capital Investment Company S.L.U., Avenida de Cantabria s/n, Boadilla del Monte, 28660, SPAIN |
| trnsfee | + | Durham BDR LLC, 4012 Dover Rd, Durham, NC 27707-5401 |
| cr | + | Epicor Software Corporation, c/o Clark Hill PLC, Attn: Duane J. Brescia, 3711 S. Mopac Expressway, Bldg One, Suite 500 Austin, TX 78746-8041 |
| intp | + | Flex-N-Gate LLC, Foley & Lardner LLP, 2021 McKinney Ave., Suite 1600, Dallas, TX 75201-3340 |
| cr | + | Francisco Garza, c/o J. Gerard Stranch, IV, 223 Rosa Parks Ave., Suite 200, Nashville, TX 37203-3513 |
| trnsfee | + | GS Financial Network, 7910 Woodmont Ave, Ste 1050, Bethesda, MD 20814-3069 |
| cr | + | Goldstar Warehousing, Ltd., 5845 Padre Island HWY, Brownsville, TX 78521-4419 |
| cr | + | Gorman Industrial Supply Co., c/o ScottHulse, P.C./James M. Feuille, 201 E. Main Drive, Suite 1100, El Paso, TX UNITED STATES 79901-1340 |
| cr | + | Guishou Saboman Technology Development Co., Ltd., Mehaffy Weber, P.C., c/o Holly C. Hamm, P.O. Box 16, Beaumont, TX 77704-0016 |
| cr | + | Guizhou Saboman Micronized Mining Co., Ltd., Mehaffy Weber, P.C., c/o Holly C. Hamm, P.O. Box 16, Beaumont, TX 77704-0016 |
| cr | + | HerbertUSA, Inc., 1480 Industrial Pkwy, Akron, OH 44310-2602 |
| cr | + | Honda Development & Manufacturing of America, LLC,, FBT Gibbons LLP, c/o Patricia K. Burgess, 150 3rd Ave S, Ste 1900 Nashville, TN 37201-2043 |
| intp | + | Husqvarna Business Support AB, c/o Sean A. Gordon, Thompson Hine LLP, 3560 Lenox Road Suite 1600, Atlanta, GA 30326-4274 |
| intp | + | Jeff Janson, 408 Coburn Lane, Franklin, TN 37069-1400 |
| cr | + | KITKAT (IL) LLC, c/o Sam Rubenstein, 395 9th Avenue, 58th Floor, New York, NY 10001-8611 |
| cr | + | Kawasaki Motors Corp., USA, c/o Clark Hill PLC, Attn: Audrey L. Hornisher, 901 Main Street, Suite 6000, Dallas, TX 75202-3748 |
| cr | + | Kingsbridge Holdings, LLC, Darcy & Devassy PC, 444 N. Michigan Ave, Suite 3270, Chicago, IL 60611, UNITED STATES 60611-3906 |
| op | + | Kroll Restructuring Administrat Kroll Restructurin, 1 World Trade Center, 31st Floor, New York, NY 10007, UNITED STATES 10007-0090 |
| cr | + | MAC Montacargas Corporation, co Bruce J. Ruzinsky, Jackson Walker LLP, 1401 McKinney St., Suite 1900, Houston, Tx 77010-1900 |
| cr | + | Manuel Fernandez, c/o J. Gerard Stranch, IV, Stranch, Jennings, & Garvey, PLLC, 223 Rosa Parks Ave., Suite 200 Nashville, TN 37203-3513 |
| cr | + | Manuel Leal, c/o J. Gerard Stranch, IV, Stranch, Jennings, & Garvey, PLLC, 223 Rosa Parks Ave., Suite 200 Nashville, TN 37203-3513 |
| intp | + | Marco Gaxiola, 5602 Buckeye Ct, Brownsville, TX 78526-4342 |
| cr | | Martin Titanium American Logistics, Inc., Martin Seidler, 32 Simpson Road, Bolton, Ontario, Canada, L7E 1G9 CANADA |
| cr | + | Milwood Holdings, LLC, c/o Dietz Property Group, 2075 W. Big Beaver, Troy, MI 48084-3407 |
| cr | + | Mitsubishi HC Capital America, Inc., c/o Brian R. Trumbauer, Bodman PLC, 6th Floor at Ford Field, 1901 St. Antoine Street Detroit, MI 48226-2336 |
| cr | + | NP Whitaker Ave. Industrial, LLC, 3315 N. Oak Trafficway, Kansas City, MO 64116-2775 |
| cr | + | NTT DATA Americas, Inc., Streusand, Landon, Ozburn & Lemmon, LLP, 1801 S. MoPac Expressway, Suite 320, Austin, Tx 78746, UNITED STATES 78746-9817 |

| | | |
|---|---|---|
| cr | + | Napier Park Global Capital (US) LP, 280 Park Avenue, 3rd Floor, New York, NY 10017-1274 |
| cr | + | Official Committee of Non-Union Retirees, Chamberlain Hrdlicka, Attention: Bankruptcy Department, 1200 Smith Street, Suite 1400, Houston, TX 77002-4496 |
| cr | + | Orbian Corporation and Orbian Financial Services X, c/o J. Frasher Murphy and David Staab, Haynes and Boone, LLP, 2801 North Harwood Street, Suite 2300 Dallas, TX 75201-2754 |
| cr | + | PG Maderas y Triplay S.A. de C.V., Martin & Drought, P.C., 112 East Pecan Street, 112 East Pecan Street, San Antonio, TX 78205 UNITED STATES 78205-1512 |
| intp | + | Patrick James, Quinn Emanuel Urquhart & Sullivan, LLP, 295 5th Avenue, New York, NY 10016-7103 |
| intp | #+ | Phoenix Brownsville Industrial Investors LLC, c/o David E. Lemke, Holland & Knight LLP, 511 Union St, Suite 2700, Nashville, TN 37219-1791 |
| cr | + | Planters Bank, David F. Waguespack, Carver Darden, 1100 Poydras Street, Suite 3100, New Orleans, LA 70163 UNITED STATES 70163-1102 |
| cr | + | Pyramid Warehousing, Ltd., 5845 Padre Island HWY, Brownsville, TX 78521-4419 |
| cr | | Qindao Carflex Auto Parts Co., Ltd., 10 Dazhonger Road, Jimo District, Qingdao, Shandong 266200, CHINA |
| trnsfee | | RMO MSF PTY LTD, ATF Muirhead Family Superannuation Fund, 14-16 Brucedale Crescent, Park Orchards VIC 3114, AUSTRALIA |
| cr | + | SRE Miami, LLC, 2570 Bradford Lane, Brookfield, WI 53045-1701 |
| cr | + | STORE Capital Acquisitions, LLC, 1 East Washington Street, Suite 2300, Phoenix, AZ 85004, UNITED STATES 85004-2555 |
| cr | + | STORE Master Funding IV, LLC, c/o Ballard Spahr LLP, 1 East Washington Street, Suite 2300, Phoenix, AZ 85004 UNITED STATES 85004-2555 |
| cr | + | STORE Master Funding XIV, LLC, c/o Ballard Spahr LLP, 1 East Washington Street, Suite 2300, Phoenix, AZ 85004 UNITED STATES 85004-2555 |
| cr | + | Scotland Enterprises, Inc., Scotland Enterprises, Inc. (Attn: Pres.), 5526 Scotland Rd., Bentonia, MS 39040-9310 |
| trnsfee | + | Sharon Casey, 58 North Street, Greenwich, CT 06830-4726 |
| cr | + | SmartestEnergy US LLC, 110 West Fayette Street, Suite 400, Syracuse, NY 13202-1198 |
| cr | + | SorTech LLC, c/o Ramiro Tovar, 1900 Sebastian St., Mission, TX 78572-8386 |
| cr | + | St. Clair Technologies, Inc., c/o Clark Hill PLC, Attn: Robert P. Franke, 901 Main Street, Suite 6000, Dallas, TX 75202-3748 |
| cr | + | Staci Corp. d/b/a Vexos, Inc. c/o Nicola G. Suglia, Four Greentree Centre, 601 Route 73 North, Suite 305, Marlton, NJ 08053 UNITED STATES 08053-3475 |
| cr | + | Stag Industrial Holdings, LLC, One Federal Street, 23rd Floor, Boston, MA 02110-2031 |
| cr | + | Steven R Bodeman, 5629 Colver Road, Talent, OR 97540-6746 |
| cr | + | The Parts House THP LLP, Bradley Arant Boult Cummings, 600 Travis, Ste 5600, Houston, TX 77002-2909 |
| cr | + | Tim Johnson, c/o J. Gerard Stranch, IV, Stranch, Jennings, & Garvey, PLLC, 223 Rosa Parks Ave., Suite 200 Nashville, TN 37203-3513 |
| cr | + | Total Quality Logistics, LLC, c/o Dinsmore & Shohl LLP, 655 W. Broadway, Suite 800, San Diego, CA 92101, UNITED STATES 92101-8482 |
| trnsfee | + | Tracy Fu, 300 E 55th Street, Apt 25A, New York, NY 10022-4391 |
| cr | + | Valeo North America, Inc., co Victoria Argeroplos, Jackson Walker LLP, 1401 McKinney St., Suite 1900, Houston, TX 77010-1900 |
| cr | + | Valeo Sistemas Electricos, S.A. de C.V., co Victoria Argeroplos, Jackson Walker LLP, 1401 McKinney St., Suite 1900, Houston, TX 77010-1900 |
| cr | | Zhejiang Laien Filtration System Co. Ltd, No. 2599 Fazhan Road, Taihu Avenue, Changxing District, Zhejiang Province, Huzhou, 313100 CHINA |
| cr | + | Zurich American Insurance Company, c/o Clark Hill PLC, Attn: Duane J. Brescia, 3711 S. Mopac Expressway, Bldg One, Suite 500 Austin, TX 78746-8041 |
| cr | + | c/o Michael J. Shane RIO BRAVO INTERNATIONAL SERVI, Gordon Davis Johnson Shane & Snider, PC, 4695 N. Mesa, Suite 100, El Paso, TX 79912 UNITED STATES 79912-6149 |

TOTAL: 190

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | ^ MEBN | | |
| | | Jul 29 2026 20:13:52 | First Brands Group, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | | |
| | | Jul 29 2026 20:13:44 | Carnaby Capital, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | | |
| | | Jul 29 2026 20:11:43 | Carnaby FA Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | | |
| | | Jul 29 2026 20:13:45 | Carnaby FA, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | | |
| | | Jul 29 2026 20:13:23 | Carnaby Inventory Holdings II, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | | |
| | | Jul 29 2026 20:13:24 | Carnaby Inventory Holdings III, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | | |

District/off: 0541-4

Date Rcvd: Jul 29, 2026

User: ADIuser

Form ID: pdf002

Page 5 of 36

Total Noticed: 217

| | | | |
|---|---|---|---|
| dbpos | ^ MEBN | Jul 29 2026 20:13:20 | Carnaby Inventory Holdings IV, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | Jul 29 2026 20:13:21 | Carnaby Inventory II, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | Jul 29 2026 20:13:22 | Carnaby Inventory III, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | Jul 29 2026 20:13:23 | Carnaby Inventory IV, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | Jul 29 2026 20:12:10 | Dalton Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | Jul 29 2026 20:12:09 | Dalton Corporation, Ashland Manufacturing Facility, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | Jul 29 2026 20:12:09 | Dalton Corporation, Warsaw Manufacturing Facility, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | Jul 29 2026 20:11:43 | FRAMAuto Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | Jul 29 2026 20:13:51 | First Brands Group Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | Jul 29 2026 20:13:51 | First Brands Group Intermediate, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| intp | + Email/Text: tom@howley-law.com | Jul 29 2026 20:16:00 | Ad Hoc Group of Lenders, 700 Louisiana Street, Suite 4220, Houston, TX 77002, UNITED STATES 77002-2881 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Jul 29 2026 20:25:51 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: dferretti@bakerdonelson.com | Jul 29 2026 20:16:00 | AutoZone Parts, Inc., Baker Donelson, c/o Daniel J. Ferretti, 1301 McKinney, Suite 3700, Houston, TX 77010, UNITED STATES 77010-3034 |
| cr | + Email/Text: dferretti@bakerdonelson.com | Jul 29 2026 20:16:00 | AutoZone, Inc., Baker Donelson, c/o Daniel J. Ferretti, 1301 McKinney, Suite 3700, Houston, TX 77010, UNITED STATES 77010-3034 |
| cr | + Email/Text: edinburgbankruptcy@pbfcm.com | Jul 29 2026 20:16:00 | Brownsville Independent School District, c/o Hiram A. Gutierrez, P.O. Box 2916, McAllen, Tx 78502-2916 |
| cr | + Email/Text: comedbankruptcygroup@exeloncorp.com | Jul 29 2026 20:17:00 | Commonwealth Edison Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | ^ MEBN | Jul 29 2026 20:13:09 | Constellation NewEnergy Gas Division, LLC, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | ^ MEBN | Jul 29 2026 20:13:10 | Constellation NewEnergy, Inc., c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + Email/Text: bankruptcy-notification.ena@engie.com | Jul 29 2026 20:16:00 | ENGIE Resources LLC, 1360 Post Oak Blvd., Suite 400, Houston, TX 77056-3030 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Jul 29 2026 21:03:33 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: russj4478@aol.com | Jul 29 2026 20:17:00 | Indiana Michigan Power Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES |

| | | | | |
|---|---|---|---|---|
| | | | | 23103-2168 |
| cr | + | Email/Text: susan.triggs@insight.com | Jul 29 2026 20:17:00 | Insight Direct USA, Inc., 2701 East Insight Way, Chandler, AZ 85286, UNITED STATES 85286-1947 |
| op | ^ | MEBN | Jul 29 2026 20:12:58 | Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007, UNITED STATES 10007-0090 |
| cr | + | Email/Text: russj4478@aol.com | Jul 29 2026 20:17:00 | Metropolitan Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + | Email/Text: russj4478@aol.com | Jul 29 2026 20:17:00 | Ohio Power Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + | Email/Text: schristianson@buchalter.com | Jul 29 2026 20:16:00 | Oracle America, Inc., Buchalter PC, c/o Shawn M. Christianson, 425 Market St., Suite 2900, San Francisco, Ca 94105-2491 |
| cr | + | Email/Text: bncctnotifications@pbgc.gov | Jul 29 2026 20:16:00 | Pension Benefit Guaranty Corporation, Office of the General Counsel, 445 12th Street, SW, Washington, DC 20024-2101 |
| cr | ^ | MEBN | Jul 29 2026 20:12:29 | STORE Master Funding IV, LLC, c/o Ballard Spahr LLP, 1 East Washington Street, Suite 2300, Phoenix, AZ 85004, UNITED STATES 85004-2555 |
| cr | ^ | MEBN | Jul 29 2026 20:12:29 | STORE Master Funding XIV, LLC, c/o Ballard Spahr LLP, 1 East Washington Street, Suite 2300, Phoenix, AZ 85004, UNITED STATES 85004-2555 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Jul 29 2026 20:16:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Jul 29 2026 20:16:00 | TRUIST BANK, 214 North Tryon Street, Suite 3, Charlotte, NC 28202-1023 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Jul 29 2026 20:17:00 | Tarrant County, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219, UNITED STATES 75219-3959 |
| cr | + | Email/Text: bcd@oag.texas.gov | Jul 29 2026 20:16:00 | Texas Commission on Environmental Quality, c/o Office of Texas Attorney General, Bankruptcy and Collections Division, P.O. Box 12548, Austin, TX 78711-2548 |
| trnsfee | + | Email/Text: brudolph@tigbeach.com | Jul 29 2026 20:17:00 | The Oslo Nevada Trust, Barry D Rudolph, 4012 Dover Rd, Durham, NC 27707-5401 |
| cr | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 29 2026 20:17:00 | Toledo Edison Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Jul 29 2026 20:16:00 | Toyota Industries Commercial Finance, Inc, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| intp | + | Email/Text: usatxs.bankruptcy@usdoj.gov | Jul 29 2026 20:16:00 | United States Of America, United States Attorney's Office, 1000 Louisiana Street, Suite 2300, Houston, TX 77002, UNITED STATES OF AMERICA 77002-5010 |
| cr | | Email/Text: pat@pmfpc.com | Jul 29 2026 20:17:00 | United Steel, Paper & Forestry, Rubber, Manufactur, c/o Patrick M. Flynn P.C., 1225 North Loop West, Suite 1000, Houston, TX 77008-1775 |
| cr | + | Email/Text: ecffilings@padfieldstout.com | Jul 29 2026 20:16:00 | Whirlpool Corporation, c/o Padfield & Stout, LLP, |

District/off: 0541-4           User: ADIuser           Page 7 of 36

Date Rcvd: Jul 29, 2026        Form ID: pdf002        Total Noticed: 217

100 Throckmorton Street, Suite 700, Fort Worth, TX 76102-2837

TOTAL: 45

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | 1970 Group, Inc. |
| cr | | 1995 Billy Mitchell Boulevard, Inc. |
| cr | | 673753 Ontario Limited DBA TRAFFIX |
| intp | | A.N Webber Logistics, Inc. |
| cr | | ACAR Leasing Ltd |
| cr | | ARC CGLGNIN001, LLC |
| cr | | ARC CGMARSC001, LLC |
| cr | | AVO Carbon USA, Inc. |
| intp | | AXIS Insurance Company |
| intp | | Adam S Wesley |
| cr | | Advance Auto Parts, Inc. |
| intp | | Aequum Capital Financial II LLC |
| cr | | Aftermarket Auto Parts Alliance, Inc. |
| intp | | Akin Gump Strauss Hauer & Feld LLP |
| cr | | Alliance Automotive Group (EU) |
| cr | | Alliance Parts Warehouse, LLC |
| intp | | Allianz Global Risks US Insurance Company |
| intp | | Amanda Coxbill |
| cr | | Amazon Advertising LLC |
| cr | | Automotive Auto Parts Distributors, Inc. |
| cr | | Automotive Parts Service Group LLC |
| aud | | BDO USA, P.C. |
| cr | | BFG Corporation d/b/a Byline Financial Group |
| cr | | BPP Cannonball Park A LP fka BPP Shiraz Park A LP |
| cr | | BPP Shiraz Park A LP |
| cr | | BPREP 1805 S. Wilmington LLC |
| intp | | Banco Actinver, Sociedad Annima, Institucin de Ban |
| cr | | Bank of America, N.A. |
| op | | Bank of America, N.A. |
| intp | | CMX North America Inc. |
| cr | | Cameron County |
| intp | | Carnaby II and III Secured Parties |
| cr | | Central States, Southeast and Southwest Areas Pens |
| cr | | City Of McAllen |
| cr | | Comcast Cable Communications Management, LLC |
| cr | | Daniel Villalta |
| cr | | Diana J Holt |
| intp | | Edward James |
| cr | | Evolution Credit Partners |
| cr | | Export Development Canada |
| intp | | FCA US LLC |
| cr | | FactoFrance |
| intp | | Fair American Insurance and Reinsurance Company |
| cr | | Federated Auto Parts Distributors, Inc. |
| cr | | First Guaranty Bank |
| cr | | First-Citizens Bank & Trust Company |
| cr | | Ford Motor Company |
| cr | | Forteq UK LTD |
| cr | | Fukoku Mexicana, S.A. de C.V. |
| cr | | GPC Asia Pacific Limited |
| cr | | GPC Asia Pacific Pty Ltd. |
| cr | | Genuine Parts Company |
| cr | | Grammer Inc. and Grammer Americas LLC |

| | |
|---|---|
| intp | Hannah Aiello |
| intp | Harish Uniyal |
| cr | Harley-Davidson Motor Company, Inc. |
| cr | Hidalgo County |
| intp | Hilco Valuation Services, LLC, Dba Hilco Global an |
| cr | IA Mechanical Inc. |
| trnsfor | IFG North America LLC |
| cr | ING Belgium S.A./N.V. |
| cr | IPVIII 185th Street, LLC fka ELHC VIII, LLC |
| cr | IPXXII 193 Street, LLC fka ELHC XXII, LLC |
| cr | Industrial Realty Group LLC |
| cr | International Union, United Automobile, Aerospace |
| intp | Ironshore Indemnity, Inc. |
| intp | Jefferies Financial Group Inc. |
| intp | John Doe |
| intp | Karam Singh |
| cr | Katsumi Servicing, LLC |
| cr | Keystone Automotive Operations, Inc. |
| intp | LAM TFG |
| intp | LAM TFG I SPV |
| intp | LAM TFG II |
| cr | LBA RV-Company XVII, LP |
| intp | Laurie Stein |
| intp | Leucadia Asset Management LLC |
| cr | Longkou Haimeng Machinery Co., Ltd. |
| cr | Lordco Parts Ltd. |
| cr | MacAllister Machinery Company, Inc. |
| intp | Mahavir Die Casters Pvt Ltd |
| cr | Maplan GmbH and Machinery + PLANning Inc. |
| cr | Maria Tapia |
| ex | Martin De Luca |
| cr | Masergy Communications, Inc. |
| cr | Mayfair Enterprises, LLC |
| intp | Michael Baker |
| intp | Michael Baker |
| intp | Michael Baker |
| cr | Michael Bueno |
| cr | Motion Industries (Canada) Inc. |
| cr | Motion Industries (Mexico) Inc. |
| cr | Motion Industries, Inc. |
| intp | Motorcar Parts of America, Inc. |
| intp | Naresh Sharma |
| intp | National Union Fire Insurance Co. of Pittsburgh, P |
| intp | Nelly Luna |
| wit | NextProcess, LP |
| intp | Nigel Crighton |
| intp | Nissan North America, Inc. |
| cr | OEC Group |
| crcm | Official Committee of Unsecured Creditors |
| cr | OmniSource, LLC |
| cr | Onset Financial, Inc. |
| intp | Overdrive Acquisition, LLC, /, /, /, / |
| intp | PGI Northstar LLC |
| intp | Peter Andrew Brumbergs |
| intp | Polaris Industries Inc. |
| intp | Premium Guard Incorporated |
| intp | Press-Seal Corporation |
| cr | PrimeRevenue, Inc. |
| intp | QBE Insurance Corporation |
| cr | RLI Insurance Company |
| cr | RWI Logistics LLC |
| cr | Raistone Capital LLC |
| cr | Raistone Factoring Parties |

District/off: 0541-4                    User: ADIuser                    Page 9 of 36

Date Rcvd: Jul 29, 2026                 Form ID: pdf002                  Total Noticed: 217

| | | |
|---|---|---|
| cr | | Raistone Purchasing LLC -Series XXXII |
| cr | | Raistone Purchasing LLC-Series XXVIII |
| cr | | Randall Metals Corporation |
| cr | | Rebuilders Automotive Supply Co. |
| cr | | Royal Bank of Canada |
| intp | | Ryder Integrated Logistics, Inc. |
| cr | | SMURFIT WESTROCK PLC and affiliates |
| intp | | SPV Debtors |
| intp | | Scott Wallace |
| intp | | Shallendra Shukla |
| intp | | Shekhar Kumar |
| cr | | Siam Fukoku Co., Ltd. |
| cr | | Silver Point Capital, L.P. |
| cr | | Southern Machinery Repair, Inc. |
| intp | | Stephen Graham |
| cr | | T.H.I. Group Ltd. |
| cr | | Terra Worldwide Logistics LLC dba American Global |
| cr | | Texas Comptroller of Public Accounts, Revenue Acco |
| cr | | The City of Jasper, Indiana |
| intp | | The NOCO Company |
| cr | | The Pronto Network Cooperative, Inc. |
| intp | | The Reinalt-Thomas Corporation d/b/a Discount Tire |
| cr | | Toyota Industries Commercial Finance, Inc. |
| cr | | Toyota Industries Commercial Finance, Inc. |
| cr | | Transend Logistics, LLC |
| cr | | TriMas Corporation |
| cr | | U.S. BANK NATIONAL ASSOCIATION |
| cr | | UAP (Canada) Inc. |
| cr | | UMB Bank, N.A. |
| cr | | Uni-Select, Inc. |
| intp | | Vineet Kumar Garg |
| cr | | Volkswagen Group of America, Inc. and certain affi |
| cr | | Volvo Penta of the Americas, LLC |
| cr | | Washington Penn Plastics Co. Inc. |
| intp | | Westfield Select Insurance Company |
| cr | | William Christopher Harrod |
| cr | | Wilmington Savings Fund Society, FSB |
| cr | | XL Parts, LLC |
| intp | | Zurich American Insurance Company |
| dbpos | *+ | Horizon Global Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |

TOTAL: 155 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2026                 Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Aaron Matthew Guerrero | on behalf of Creditor Washington Penn Plastics Co. Inc. aaron.guerrero@bondsellis.com  margeaux.gorman@bondsellis.com |
| Adam C Rogoff | on behalf of Interested Party LAM TFG II arogoff@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com |
| Adam C Rogoff | on behalf of Interested Party LAM TFG I SPV arogoff@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com |
| Adam C Rogoff | on behalf of Interested Party LAM TFG arogoff@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com |
| Adam C Rogoff | on behalf of Interested Party Leucadia Asset Management LLC arogoff@kramerlevin.com corporate-reorg-1449@ecf.pacerpro.com |
| Aitan D. Goelman | on behalf of Interested Party Laurie Stein agoelman@zuckerman.com |
| Alana L Porrazzo | on behalf of Creditor RLI Insurance Company alp@jkwlawyers.com |
| Alexander F Berk | on behalf of Creditor Alliance Automotive Group (EU) alexander.berk@bfkn.com  courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor Motion Industries (Mexico) Inc. alexander.berk@bfkn.com  courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor GPC Asia Pacific Pty Ltd. alexander.berk@bfkn.com  courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor Genuine Parts Company alexander.berk@bfkn.com  courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor Motion Industries (Canada) Inc. alexander.berk@bfkn.com  courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor UAP (Canada) Inc. alexander.berk@bfkn.com  courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor GPC Asia Pacific Limited alexander.berk@bfkn.com  courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor Motion Industries  Inc. alexander.berk@bfkn.com, courtnotification@mayerbrown.com |
| Alexandra P. Kolod | on behalf of Defendant GLAS USA LLC apkolod@mosessinger.com |
| Alexandra P. Kolod | on behalf of Plaintiff GLAS USA LLC apkolod@mosessinger.com |
| Allen M. DeBard | on behalf of Creditor SMURFIT WESTROCK PLC and affiliates adebard@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| Amanda Marie Noonan | on behalf of Interested Party Aequum Capital Financial II LLC amanda.noonan@blankrome.com |
| Andrew Schrag | on behalf of Defendant Aequum Capital Financial II LLC andy.schrag@blankrome.com |
| Andrew J Geppert | on behalf of Creditor Lordco Parts Ltd. andrew.geppert@millernash.com  gepperta@ballardspahr.com |
| Andrew Michael Parks | on behalf of Creditor Evolution Credit Partners aparks@elsberglaw.com |
| Anna Rotman | on behalf of Interested Party 1970 Group  Inc. anna.rotman@kirkland.com, rkwasteniet@kirkland.com;jaimie.fedell@kirkland.com;brad.weiland@kirkland.com;john.luze@kirkland.com;kevin.mcclelland@kirkland.com |
| Annaclare MacLean Censoni | on behalf of Creditor Milwood Holdings  LLC annaclare.censoni@kitch.com |
| Antonio Villeda | on behalf of Creditor SorTech LLC avilleda@mybusinesslawyer.com VilledaFiled@hotmail.com;villedalawgroup@ecf.courtdrive.com;ehury@mybusinesslawyer.com;mfsantos@mybusinesslawyer.com;mtalbot@mybusinesslawyer.com |
| Antonio Villeda | |

on behalf of Creditor SorTech  LLC avilleda@mybusinesslawyer.com,
VilledaFiled@hotmail.com;villedalawgroup@ecf.courtdrive.com;ehury@mybusinesslawyer.com;mfsantos@mybusinesslawyer.com;mtalbot@mybusinesslawyer.com

Ariel Roytenberg
on behalf of Creditor Raistone Capital LLC aroytenberg@orrick.com

Ariel Roytenberg
on behalf of Creditor Raistone Purchasing LLC -Series XXXII aroytenberg@orrick.com

Ariel Roytenberg
on behalf of Creditor Raistone Purchasing LLC-Series XXVIII aroytenberg@orrick.com

Asiya Khan
on behalf of Creditor KITKAT (IL) LLC akhan@bradley.com  akhan@ecf.courtdrive.com,asiya-khan-4339@ecf.pacerpro.com

Audrey Lorene Hornisher
on behalf of Creditor Epicor Software Corporation audrey.hornisher@clarkhillstrasburger.com
mina.alvarez@clarkhillstrasburger.com

Audrey Lorene Hornisher
on behalf of Creditor St. Clair Technologies  Inc. audrey.hornisher@clarkhillstrasburger.com,
mina.alvarez@clarkhillstrasburger.com

Audrey Lorene Hornisher
on behalf of Creditor CSI Leasing  Inc. audrey.hornisher@clarkhillstrasburger.com, mina.alvarez@clarkhillstrasburger.com

Audrey Lorene Hornisher
on behalf of Creditor Zurich American Insurance Company audrey.hornisher@clarkhillstrasburger.com
mina.alvarez@clarkhillstrasburger.com

Audrey Lorene Hornisher
on behalf of Creditor Kawasaki Motors Corp.  USA audrey.hornisher@clarkhillstrasburger.com,
mina.alvarez@clarkhillstrasburger.com

Benjamin R. Keck
on behalf of Creditor Terra Worldwide Logistics LLC dba American Global Logistics bkeck@kecklegal.com

Bethany Simmons
on behalf of Creditor ARC CGLGNIN001  LLC bsimmons@loeb.com

Bethany Simmons
on behalf of Creditor ARC CGMARSC001  LLC bsimmons@loeb.com

Blaire Cahn
on behalf of Creditor Arab Banking Corporation B.S.C. blaire.cahn@bakermckenzie.com  lori.seavey@bakermckenzie.com

Brad R. Berliner
on behalf of Creditor Central States  Southeast and Southwest Areas Pension Fund bberliner@centralstatesfunds.org

Brendan Collins
on behalf of Creditor Terra Worldwide Logistics LLC dba American Global Logistics bcollins@gkglaw.com

Brian Trumbauer
on behalf of Creditor Mitsubishi HC Capital America  Inc. btrumbauer@bodmanlaw.com

Brian Christopher Kalas
on behalf of Creditor White Tool & Die LLC bck@liebenthal-levine.com

Brian Joel Levy
on behalf of Creditor PrimeRevenue  Inc. blevy@taftlaw.com

Brian Scott Jones
on behalf of Creditor Stag Industrial Holdings  LLC b.jones@boselaw.com, cosman@boselaw.com

Bruce J Ruzinsky
on behalf of Creditor MAC Montacargas Corporation bruzinsky@jw.com
msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Bryce Friedman
on behalf of Defendant Broad Street Financial  LLC bfriedman@stblaw.com

Bryce Friedman
on behalf of Defendant Broad Street Financial Holdings  LLC bfriedman@stblaw.com

Bryce Friedman
on behalf of Interested Party SPV Debtors bfriedman@stblaw.com

Cameron Michael Kelly
on behalf of 3rd Pty Defendant Battery Park Holdings LLC cameronkelly@quinnemanuel.com

Cameron Michael Kelly
on behalf of Interested Party Patrick James cameronkelly@quinnemanuel.com

Cameron Michael Kelly

on behalf of 3rd Pty Defendant Alester Technologies LLC cameronkelly@quinnemanuel.com

Cameron Michael Kelly

on behalf of 3rd Pty Defendant Albion Realty  LLC cameronkelly@quinnemanuel.com

Cameron Michael Kelly

on behalf of Defendant The Patrick James Trust cameronkelly@quinnemanuel.com

Cameron Michael Kelly

on behalf of Defendant Bond Street Asset Management LLC cameronkelly@quinnemanuel.com

Cameron Michael Kelly

on behalf of 3rd Pty Defendant Patrick James cameronkelly@quinnemanuel.com

Cameron Michael Kelly

on behalf of Defendant Ignite Acquisition Holdings LLC cameronkelly@quinnemanuel.com

Cameron Michael Kelly

on behalf of 3rd Pty Defendant Pegasus Aviation  LLC cameronkelly@quinnemanuel.com

Cameron Michael Kelly

on behalf of Defendant Alester Technologies LLC cameronkelly@quinnemanuel.com

Cameron Michael Kelly

on behalf of Defendant Patrick James cameronkelly@quinnemanuel.com

Cameron Michael Kelly

on behalf of Defendant Battery Park Holding LLC cameronkelly@quinnemanuel.com

Cameron Michael Kelly

on behalf of 3rd Pty Defendant Bowery Finance II  LLC cameronkelly@quinnemanuel.com

Cameron Michael Kelly

on behalf of Defendant Pegasus Aviation  LLC cameronkelly@quinnemanuel.com

Cameron Michael Kelly

on behalf of 3rd Pty Defendant Patrick James Trust cameronkelly@quinnemanuel.com

Cameron Michael Kelly

on behalf of 3rd Pty Defendant Larchmont  LLC cameronkelly@quinnemanuel.com

Cameron Michael Kelly

on behalf of Defendant Albion Realty  LLC cameronkelly@quinnemanuel.com

Cameron Michael Kelly

on behalf of Defendant Larchmont LLC cameronkelly@quinnemanuel.com

Carina M. Kraatz

on behalf of Creditor Milwood Holdings  LLC carina.kraatz@kitch.com

Carrie V. Hardman

on behalf of Defendant Bank of America  N.A. carrie.hardman@winstontaylor.com,
dcunsolo@winston.com;carrie-hardman-4684@ecf.pacerpro.com

Carrie V. Hardman

on behalf of Creditor Bank of America  N.A. carrie.hardman@winstontaylor.com,
dcunsolo@winston.com;carrie-hardman-4684@ecf.pacerpro.com

Casey William Doherty, Jr

on behalf of Creditor FactoFrance casey.doherty@dentons.com  Docket.General.Lit.Dal@dentons.com

Catherine Elizabeth Bratic

on behalf of Creditor Maplan GmbH and Machinery + PLANning Inc. catherine.bratic@hlc.com

Charles Lester Kennon, III

on behalf of Debtor In Possession First Brands Group Holdings  LLC Charles.Kennon@mccalla.com,
mccallaecf@ecf.courtdrive.com

Charles Lester Kennon, III

on behalf of Creditor Toyota Industries Commercial Finance  Inc. Charles.Kennon@mccalla.com, mccallaecf@ecf.courtdrive.com

Charles Michael Rubio

on behalf of Interested Party Overdrive Acquisition  LLC crubio@parkinsrubio.com, 7485062420@filings.docketbird.com

Charles R Gibbs

on behalf of Auditor BDO USA  P.C. Crgibbs@mcdermottlaw.com,
dnorthrop@mwe.com;jbishopjones@mwe.com;nalindogan@mcdermottlaw.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com

Charles Randall Woolley, II

on behalf of Creditor Kingsbridge Holdings  LLC rwoolley@darcydevassy.com

Charles Stephen Kelley

District/off: 0541-4

Date Rcvd: Jul 29, 2026

User: ADIuser

Form ID: pdf002

Page 13 of 36

Total Noticed: 217

on behalf of Creditor Katsumi Servicing  LLC ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com;6843309420@filings.docketbird.com

Christian Paul Jensen

on behalf of Interested Party Deva Capital Investment Company S.L.U. jensenc@sullcrom.com

Christopher Donald Johnson

on behalf of Creditor Aftermarket Auto Parts Alliance  Inc. chris.johnson@diamondmccarthy.com, christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

Christopher Donald Johnson

on behalf of Creditor Federated Auto Parts Distributors  Inc. chris.johnson@diamondmccarthy.com, christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

Christopher Donald Johnson

on behalf of Creditor Automotive Auto Parts Distributors  Inc. chris.johnson@diamondmccarthy.com, christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

Christopher Donald Johnson

on behalf of Creditor Automotive Parts Service Group LLC chris.johnson@diamondmccarthy.com christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

Christopher Donald Johnson

on behalf of Creditor The Pronto Network Cooperative  Inc. chris.johnson@diamondmccarthy.com, christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

Christopher Donald Johnson

on behalf of Creditor Alliance Parts Warehouse  LLC chris.johnson@diamondmccarthy.com, christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

Christopher Lee Phillippe

on behalf of Attorney Christopher L Phillippe clphillippe@cameroncountylawyer.com zlgarza@cameroncountylawyer.com;bankruptcy@cameroncountylawyer.com;LawOfficesofPhillippeAssociates@jubileebk.net

Christopher Michael Joralemon

on behalf of Defendant GLAS USA LLC cjoralemon@gibsondunn.com christopher-m-joralemon-1292@ecf.pacerpro.com,pacer-tx@gibsondunn.com,pacer-ny@gibsondunn.com

Christopher Michael Joralemon

on behalf of Defendant Wilmington Savings Fund Society  FSB cjoralemon@gibsondunn.com, christopher-m-joralemon-1292@ecf.pacerpro.com,pacer-tx@gibsondunn.com,pacer-ny@gibsondunn.com

Christopher Michael Joralemon

on behalf of Plaintiff GLAS USA LLC cjoralemon@gibsondunn.com christopher-m-joralemon-1292@ecf.pacerpro.com,pacer-tx@gibsondunn.com,pacer-ny@gibsondunn.com

Christopher Michael Joralemon

on behalf of Plaintiff Wilmington Savings Fund Society  FSB cjoralemon@gibsondunn.com, christopher-m-joralemon-1292@ecf.pacerpro.com,pacer-tx@gibsondunn.com,pacer-ny@gibsondunn.com

Christopher S. Baxter

on behalf of Creditor Crown Equipment Corporation dba Crown Lift Trucks dba Crown Credit Company cbaxter@ssdlaw.com khemm@ssdlaw.com

Christopher V Arisco

on behalf of Creditor Whirlpool Corporation carisco@padfieldstout.com

Christos Nicholas Georgalis

on behalf of Interested Party Nigel Crighton chris@flannerygeorgalis.com  mgable@flannerygeorgalis.com

Cindi M. Giglio

on behalf of Debtor First Brands Group  LLC cgiglio@katten.com

Clifford William Carlson

on behalf of Debtor Viper Acquisition  Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Qualis Automotive  L.L.C. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Eagle Casting  LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor FRAM Group Operations LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Dalton Corporation  Ashland Manufacturing Facility clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Longman Enterprises  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor TAE Brakes  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Starlight Inventory Holdings I  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Global Reman Ventures  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor PHNX Acquisition Corp. clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Walbro Midco LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Defendant Broad Street Financial Holdings  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Fuel Filter Technologies  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Defendant First Brands Group  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor International Brake Industries  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Viceroy Private Capital  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Brake Parts Inc India LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Trico Holding Corporation clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carter Fuel Systems  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor United Components  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Specialty Pumps Group  Inc clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Tridonex USA LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor FRAMAuto Holdings  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby Capital Holdings  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor First Brands Group Holdings  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby Inventory III  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Starlight Inventory I  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Carnaby FA Holdings  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Broad Street Financial Holdings  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor CWD Intermediate Holdings II  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Hopkins Manufacturing Corporation clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Pylon Manufacturing Corp. clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Carnaby Inventory Holdings III  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Global Lease Assets Holdings  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Carnaby FA  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Defendant Broad Street Financial  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor UCI International  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Qualitor Subsidiary S  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Horizon Global Americas Inc. clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor UCI International Holdings  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Qualitor Automotive  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor CWD  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Carter Carburetor Holdings  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Autolite Operations LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Horizon Global Corporation clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Strongarm  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Carnaby Inventory Holdings IV  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

District/off: 0541-4

Date Rcvd: Jul 29, 2026

User: ADIuser

Form ID: pdf002

Page 16 of 36

Total Noticed: 217

Clifford William Carlson

on behalf of Debtor First Brands Group Intermediate  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Carter Fuel Export  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor UCI Pennsylvania  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Carter Carburetor  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Walbro LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor WEM US Co. clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Jasper Rubber Products  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Jasper Acquisition Corp. clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Brake Parts Inc China LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Carnaby Inventory IV  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Global Assets LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Champion Laboratories  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Premier Marketing Group  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Qualitor Acquisition Inc. clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor ASC Industries  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor KTRI Holdings  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Brake Parts Inc LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Smart Choice  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Cardone Industries  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor In Possession IBI International Holding Company  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor UCI-Airtex Holdings  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor KTRI Offshore Holdings  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Dalton Corporation  Kendallville Manufacturing Facility clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor APC Intermediate Holdings  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor TAE China Holdings  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Dalton Corporation  Stryker Machining Facility Co. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Airtex Products  LP clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Carnaby Capital  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor FRAM Group IP LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Heatherton Holdings  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor UCI Acquisition Holdings (No. 4) LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Dalton Corporation clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Qualis Enterprises  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Eagle Casting Holdings  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Horizon International Holdings LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor IBI International Holding Company  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor CWD Holding  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Patterson Inventory Holdings  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Eagle Machining  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Trico Technologies Corporation clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Airtex Industries  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor SDC TX  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Global Assets GmbH clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Qualitor Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Defendant Cardone Industries Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor AVM Export Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Dalton Corporation Warsaw Manufacturing Facility clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor BPI EC LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor CWD Intermediate Holdings I LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Horizon Global Company LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Universal Auto Filter LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor BPI Holdings International LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Carnaby Inventory Holdings II LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Transportation Aftermarket Enterprise LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Hopkins Acquisition Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Broad Street Financial LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Defendant First Brands Group LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor BPI Acquisition Company LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor APC Parent LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Horizon Euro Finance LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Trico Products Corporation clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Carrand Companies Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor UCI International Holdings Parent Inc. clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor First Brands Group  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Reman Management International LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Viper Acquisition I  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor In Possession Carnaby FA Holdings  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Pylon South Bend  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Toledo Molding & Die  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Carnaby Inventory II  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Plaintiff First Brands Group  LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

on behalf of Debtor Qualitor Subsidiary H  Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Courtney E. Giles

on behalf of Creditor Arab Banking Corporation B.S.C. courtney.giles@bakermckenzie.com  jessica.harris@bakermckenzie.com

Daniel Alexander Harrell

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION alex.harrell@faegredrinker.com  kelly.olson@faegredrinker.com

Daniel J Ferretti

on behalf of Creditor AutoZone Parts  Inc. dferretti@bakerdonelson.com,
joboyle@bakerdonelson.com;jramos@bakerdonelson.com

Daniel J Ferretti

on behalf of Creditor AutoZone  Inc. dferretti@bakerdonelson.com, joboyle@bakerdonelson.com;jramos@bakerdonelson.com

Daniel J McGuire

on behalf of Other Prof. Bank of America  N.A. dan.mcguire@winstontaylor.com

Daniel J Saval

on behalf of Defendant Stephen Graham Daniel.saval@kobrekim.com

Daniel J Saval

on behalf of Interested Party Stephen Graham Daniel.saval@kobrekim.com

Daniela Mondragon

on behalf of Interested Party Westfield Select Insurance Company mondragon@wcbglaw.com  ramirez@wcbglaw.com

Daniela Mondragon

on behalf of Interested Party Zurich American Insurance Company mondragon@wcbglaw.com  ramirez@wcbglaw.com

Daniela Mondragon

on behalf of Interested Party Allianz Global Risks US Insurance Company mondragon@wcbglaw.com  ramirez@wcbglaw.com

Daniela Mondragon

on behalf of Interested Party QBE Insurance Corporation mondragon@wcbglaw.com  ramirez@wcbglaw.com

Daniela Mondragon

on behalf of Interested Party Fair American Insurance and Reinsurance Company mondragon@wcbglaw.com
ramirez@wcbglaw.com

Daniela Mondragon

on behalf of Interested Party Ironshore Indemnity  Inc. mondragon@wcbglaw.com, ramirez@wcbglaw.com

Daniela Mondragon

on behalf of Interested Party AXIS Insurance Company mondragon@wcbglaw.com  ramirez@wcbglaw.com

Danielle Rose

on behalf of Interested Party Stephen Graham danielle.rose@kobrekim.com

David Elsberg

on behalf of Creditor Evolution Credit Partners delsberg@elsberglaw.com
Paralegals@selendygay.com,Edockets@selendygay.com,mco@selendygay.com,autodocket365@alncorp.com;david-elsberg-9556
@ecf.pacerpro.com,autodocket@edocketspreview.com,autodocket@alncorp.net

David Alexander Darcy

on behalf of Creditor Kingsbridge Holdings  LLC adarcy@darcydevassy.com, smccarthy@darcydevassy.com

David Alexander Shargel

on behalf of Interested Party Edward James david.shargel@bracewell.com

David Benjamin Thomas

on behalf of Creditor Evolution Credit Partners bthomas@reidcollins.com  jwingerter@reidcollins.com

David Benjamin Thomas

on behalf of Trustee Ronald J Sommers bthomas@reidcollins.com  jwingerter@reidcollins.com

David Edward Lemke

on behalf of Interested Party Phoenix Brownsville Industrial Investors LLC david.lemke@hklaw.com
cathy.thomas@hklaw.com;annmarie.jezisek@hklaw.com

David F Irwin

on behalf of Creditor 1995 Billy Mitchell Boulevard  Inc. david@rentfrolawfirm.net, apolonia@rentfrolawfirm.net

David F Waguespack

on behalf of Creditor Planters Bank waguespack@carverdarden.com  nkelly@carverdarden.com

David Lawrence Staab

on behalf of Creditor Orbian Corporation and Orbian Financial Services XXVI LLC david.staab@haynesboone.com

David Norwich Gopstein

on behalf of 3rd Pty Defendant Peter Andrew Brumbergs dgopstein@heckerfink.com

David Norwich Gopstein

on behalf of Interested Party Peter Andrew Brumbergs dgopstein@heckerfink.com

David Norwich Gopstein

on behalf of Defendant Peter Andrew Brumbergs dgopstein@heckerfink.com

David Philip Simonds

on behalf of Creditor Maplan GmbH and Machinery + PLANning Inc. david.simonds@hoganlovells.com

Deborah Michelle Perry

on behalf of Creditor Onset Financial  Inc. dperry@munsch.com, CourtMail@munsch.com

Deborah Michelle Perry

on behalf of Intervenor Onset Financial  Inc. dperry@munsch.com, CourtMail@munsch.com

Deborah Michelle Perry

on behalf of 3rd Party Plaintiff Onset Financial  Inc. dperry@munsch.com, CourtMail@munsch.com

Deborah Michelle Perry

on behalf of Defendant Nielsen Investments dperry@munsch.com  CourtMail@munsch.com

Deborah Michelle Perry

on behalf of Interested Party Silver Point Capital  L.P. dperry@munsch.com, CourtMail@munsch.com

Deborah Michelle Perry

on behalf of Defendant Justin Nielsen dperry@munsch.com  CourtMail@munsch.com

Deborah Michelle Perry

on behalf of Creditor Silver Point Capital  L.P. dperry@munsch.com, CourtMail@munsch.com

Deborah Michelle Perry

on behalf of Defendant Onset Financial  Inc. dperry@munsch.com, CourtMail@munsch.com

Demetra Liggins

on behalf of Creditor Advance Auto Parts  Inc. dliggins@mcguirewoods.com, nsims@mcguirewoods.com

Demetra Liggins

on behalf of Defendant Advance Auto Parts  Inc. dliggins@mcguirewoods.com, nsims@mcguirewoods.com

Diane Wade Sanders

on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com

Diane Wade Sanders

on behalf of Creditor City Of McAllen austin.bankruptcy@publicans.com

Diane Wade Sanders

on behalf of Creditor Cameron County austin.bankruptcy@publicans.com

Diego Mateo Carlson

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION diego.carlson@faegredrinker.com

Duane J Brescia
> on behalf of Creditor Epicor Software Corporation dbrescia@clarkhill.com  kwebster@clarkhill.com,efarrar@clarkhill.com

Duane J Brescia
> on behalf of Creditor Zurich American Insurance Company dbrescia@clarkhill.com
> kwebster@clarkhill.com,efarrar@clarkhill.com

Edward Joseph McNeilly
> on behalf of Creditor Maplan GmbH and Machinery + PLANning Inc. edward.mcneilly@hoganlovells.com

Elias Marwan Yazbeck
> on behalf of Creditor IA Mechanical Inc. elias@yazbecklaw.com
> sheema@yazbecklaw.com,jaila@yazbecklaw.com,TheLawOfficeofEliasMYazbeck@jubileebk.net,ricardo@yazbecklaw.com,mei
> @yazbecklaw.com,rafic@yazbecklaw.com,admin@yazbecklaw.com

Elisha Graff
> on behalf of Defendant Broad Street Financial Holdings  LLC egraff@stblaw.com

Elisha Graff
> on behalf of Defendant Broad Street Financial  LLC egraff@stblaw.com

Elizabeth Feld
> on behalf of Creditor Royal Bank of Canada efeld@whitecase.com

Ella Epstein
> on behalf of Creditor Evolution Credit Partners eepstein@elsberglaw.com

Eloy Antonio Peral
> on behalf of Creditor BRI WESTPARK IV QOZB  LP eperal@windelsmarx.com

Emily Meraia
> on behalf of Creditor Valeo Sistemas Electricos  S.A. de C.V. emeraia@krcl.com,
> kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
> on behalf of Creditor Valeo North America  Inc. emeraia@krcl.com,
> kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Shanks
> on behalf of Plaintiff Evolution Credit Opportunity Master Fund III-B  LP eshanks@grayreed.com, vsalazar@grayreed.com

Emily Shanks
> on behalf of Plaintiff Evolution Credit Partners Trade Finance Master L.P. eshanks@grayreed.com  vsalazar@grayreed.com

Emily Shanks
> on behalf of Plaintiff Evolution Credit Opportunity Master Fund II-B  LP eshanks@grayreed.com, vsalazar@grayreed.com

Eric R Wilson
> on behalf of Interested Party Ryder Integrated Logistics  Inc.
> KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Eric Thomas Haitz
> on behalf of Creditor AVO Carbon USA  Inc. eric.haitz@bondsellis.com, linda.gordon@bondsellis.com

Erin C. Kim
> on behalf of Creditor Pension Benefit Guaranty Corporation kim.erin@pbgc.gov  efile@pbgc.gov

Erin Elizabeth Jones
> on behalf of Trustee Ronald J Sommers erin@jonesmurray.com  8597346420@filings.docketbird.com

Erin Elizabeth Jones
> on behalf of Trustee Ronald Sommers erin@jonesmurray.com  8597346420@filings.docketbird.com

Erin Elizabeth Jones
> on behalf of Trustee Ronald J. Sommers erin@jonesmurray.com  8597346420@filings.docketbird.com

Eyad Asad
> on behalf of Plaintiff International Union  United Automobile, Aerospace and Agricultural Implement Workers of America
> (UAW) easad@cwsny.com

Faheem Mahmooth
> on behalf of Creditor Pension Benefit Guaranty Corporation mahmooth.faheem@pbgc.gov

Frasher Murphy
> on behalf of Creditor Orbian Corporation and Orbian Financial Services XXVI LLC frasher.murphy@haynesboone.com
> kim.morzak@haynesboone.com;kristy.martinez@haynesboone.com

Gabriel Adam Morgan
> on behalf of Plaintiff First Brands Group  LLC gabriel.morgan@weil.com,
> gabriel-morgan-3879@ecf.pacerpro.com;rene.olvera@weil.com;chris.jalomo@weil.com;Matthew.Kleissler@weil.com

Gabrielle Pilgrim
> on behalf of Creditor Central States  Southeast and Southwest Areas Pension Fund gpilgrim@centralstatesfunds.org

Garrett Gerber
on behalf of Creditor Evolution Credit Partners ggerber@elsberglaw.com

Genevieve Marie Graham
on behalf of Creditor BBJ Ventures  LLC ggraham@graham-pllc.com, ggraham@ecf.courtdrive.com;admin@graham-pllc.com

Grace A. Thompson
on behalf of Debtor First Brands Group  LLC grace.thompson@katten.com, nyc.bknotices@katten.com

Gregory Getty Hesse
on behalf of Interested Party A.N Webber Logistics  Inc. ghesse@huntonak.com, tcanada@hunton.com

Griselda Cabrera
on behalf of Interested Party SPV Debtors griselda.cabrera@stblaw.com

Harry Frederick Murphy
on behalf of Creditor Raistone Purchasing LLC -Series XXXII hmurphy@orrick.com

Harry Frederick Murphy
on behalf of Creditor Raistone Capital LLC hmurphy@orrick.com

Harry Frederick Murphy
on behalf of Creditor Raistone Purchasing LLC-Series XXVIII hmurphy@orrick.com

Harry Jay Hulings
on behalf of Interested Party David Parker jhulings@dslawpc.com

Heather Pieper McMutry
on behalf of Creditor Honda Development & Manufacturing of America  LLC, for itself and on behalf of certain North American subsidiaries and affiliates hmcmutry@fbtlaw.com

Hiram A Gutierrez
on behalf of Creditor Brownsville Independent School District edinburgbankruptcy@pbfcm.com hidalgolegal@ecf.courtdrive.com

Holland Neff O'Neil
on behalf of Interested Party Flex-N-Gate LLC honeil@foley.com jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com

Iain L Kennedy
on behalf of Creditor ING Belgium S.A./N.V. ikennedy@nathansommers.com dthompson@nathansommers.com;clemons@nathansommers.com;pbuenano@nathansommers.com;aorr@nathansommers.com;jpoe@nathansommers.com

Ian Ross Phillips
on behalf of Creditor Committee Official Committee of Unsecured Creditors iphillips@coleschotz.com pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Isaac Raisner
on behalf of Plaintiff Brittany Johnson isr@raisnerroupinian.com

Isaac Raisner
on behalf of Plaintiff Maria Tapia isr@raisnerroupinian.com

Isaac Raisner
on behalf of Plaintiff Giancarlo Hernandez isr@raisnerroupinian.com

Isaac Raisner
on behalf of Plaintiff Chad Compton isr@raisnerroupinian.com

Isaac Raisner
on behalf of Plaintiff Kyle Bennett isr@raisnerroupinian.com

Jack A. Raisner
on behalf of Plaintiff Maria Tapia jar@raisnerroupinian.com  rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner
on behalf of Plaintiff Kyle Bennett jar@raisnerroupinian.com  rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner
on behalf of Plaintiff Chad Compton jar@raisnerroupinian.com  rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner
on behalf of Creditor Maria Tapia jar@raisnerroupinian.com  rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner
on behalf of Plaintiff Brittany Johnson jar@raisnerroupinian.com  rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner
on behalf of Plaintiff Giancarlo Hernandez jar@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jacob Rhine Herz

on behalf of Creditor Raistone Purchasing LLC-Series XXVIII jherz@orrick.com  casestream@ecf.courtdrive.com

Jacob Rhine Herz

on behalf of Creditor Raistone Factoring Parties jherz@orrick.com  casestream@ecf.courtdrive.com

Jacob Rhine Herz

on behalf of Creditor Raistone Capital LLC jherz@orrick.com  casestream@ecf.courtdrive.com

Jacob Rhine Herz

on behalf of Creditor Raistone Purchasing LLC -Series XXXII jherz@orrick.com  casestream@ecf.courtdrive.com

Jacqueline Chiba

on behalf of Creditor IA Mechanical Inc. jackie@yazbecklaw.com  8234279420@filings.docketbird.com

Jake Gordon

on behalf of Interested Party Flex-N-Gate LLC jake.gordon@foley.com

James A Plemmons

on behalf of Interested Party FCA US LLC jplemmons@dickinsonwright.com  wrees@dickinsonwright.com

James H Billingsley

on behalf of Creditor Chubb Companies JBillingsley@duanemorris.com
EPerez@duanemorris.com,james-pc-8706@ecf.pacerpro.com

James Joseph Berdelle

on behalf of Creditor Qindao Carflex Auto Parts Co.  Ltd. berdellejames@gmail.com

James M Feuille

on behalf of Creditor Gorman Industrial Supply Co. jfeu@scotthulse.com  ggra@scotthulse.com

James Michael Towarnicky

on behalf of Interested Party Karam Singh slovakesq@aol.com

James Michael Towarnicky

on behalf of Interested Party Vineet Kumar Garg slovakesq@aol.com

James Michael Towarnicky

on behalf of Interested Party Harish Uniyal slovakesq@aol.com

James Michael Towarnicky

on behalf of Interested Party Naresh Sharma slovakesq@aol.com

James Michael Towarnicky

on behalf of Interested Party Mahavir Die Casters Pvt Ltd slovakesq@aol.com

James Michael Towarnicky

on behalf of Interested Party John Doe slovakesq@aol.com

James Michael Towarnicky

on behalf of Interested Party Shallendra Shukla slovakesq@aol.com

James Thomas Young

on behalf of Creditor MacAllister Machinery Company  Inc. jyoung@rubin-levin.net

James Wiley Rusher

on behalf of Creditor SRE Miami  LLC jwrusher@arhlaw.com

Jamie Kirk

on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-jkirk@texasattorneygeneral.gov,
sherri.simpson@oag.texas.gov

Jared M Slade

on behalf of Creditor UMB Bank  N.A. jared.slade@alston.com,
Leah.McNeill@alston.com;Jacob.Johnson@alston.com;melanie.mizrahie@alston.com;brian.laine@alston.com

Jared M Slade

on behalf of Intervenor UMB Bank  N.A. jared.slade@alston.com,
Leah.McNeill@alston.com;Jacob.Johnson@alston.com;melanie.mizrahie@alston.com;brian.laine@alston.com

Jarrod B. Martin

on behalf of Creditor XL Parts  LLC jbmartin@bradley.com,
atty_jmartin@bluestylus.com,rabdelghani@bradley.com,akhan@bradley.com,jbmartin@ecf.courtdrive.com,mdsmith@bradley.com,ggattis@bradley.com,jfalcon@bradley.com

Jarrod B. Martin

on behalf of Creditor OmniSource  LLC jbmartin@bradley.com,
atty_jmartin@bluestylus.com,rabdelghani@bradley.com,akhan@bradley.com,jbmartin@ecf.courtdrive.com,mdsmith@bradley.com,ggattis@bradley.com,jfalcon@bradley.com

Jason Blackstone

on behalf of Creditor Oracle America  Inc. jblackstone@buchalter.com, vlawrence@buchalter.com

Jason Blanchard

District/off: 0541-4                          User: ADIuser                          Page 24 of 36

Date Rcvd: Jul 29, 2026                      Form ID: pdf002                        Total Noticed: 217

on behalf of Plaintiff Bank of America  N.A. jason.blanchard@nortonrosefulbright.com

Jason Gary Cohen

    on behalf of Interested Party Edward James jason.cohen@bracewell.com   mary.kearney@bracewell.com

Jason S Brookner

    on behalf of Plaintiff Evolution Credit Opportunity Master Fund III-B  LP jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner

    on behalf of Plaintiff Evolution Credit Opportunity Master Fund II-B  LP jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner

    on behalf of Creditor Evolution Credit Partners jbrookner@grayreed.com  lwebb@grayreed.com

Jason S Brookner

    on behalf of Plaintiff Evolution Credit Partners Trade Finance Master L.P. jbrookner@grayreed.com  lwebb@grayreed.com

Jason S Brookner

    on behalf of Plaintiff Evolution Credit Opportunity Master Fund II-B  L.P. jbrookner@grayreed.com, lwebb@grayreed.com

Jayson B. Ruff

    on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jeffrey M Galen

    on behalf of Creditor Insight Direct USA  Inc. jeffrey.galen@galendavislaw.com

Jeffrey M Levinson

    on behalf of Interested Party Nigel Crighton jml@jml-legal.com

Jeffrey Richard Gleit

    on behalf of Plaintiff Wilmington Savings Fund Society  FSB jeffrey.gleit@afslaw.com,
    nkoslof@sandw.com,aweiss@sandw.com,tkethro@sandw.com

Jeffrey Richard Gleit

    on behalf of Creditor Wilmington Savings Fund Society  FSB jeffrey.gleit@afslaw.com,
    nkoslof@sandw.com,aweiss@sandw.com,tkethro@sandw.com

Jennifer Schubert

    on behalf of Interested Party Scott Wallace jschubert@mololamken.com

Jennifer Schubert

    on behalf of Interested Party Shekhar Kumar jschubert@mololamken.com

Jennifer K. Malow

    on behalf of Interested Party Aequum Capital Financial II LLC jennifer.malow@blankrome.com

Jennifer K. Malow

    on behalf of Defendant First Brands Group LLC jennifer.malow@blankrome.com

Jennifer K. Malow

    on behalf of Intervenor Aequum Capital Financial II LLC jennifer.malow@blankrome.com

Jennifer K. Malow

    on behalf of Defendant Aequum Capital Financial II LLC jennifer.malow@blankrome.com

Jennifer Kriss Pollan

    on behalf of Creditor Michael Bueno jennifer.pollan@huschblackwell.com
    christine.deacon@huschblackwell.com;jennifer-pollan-8341@ecf.pacerpro.com

Jessica Nicole Alt

    on behalf of Creditor De Lage Landen Financial Services  Inc. jalt@padfieldstout.com

Jiangang Ou

    on behalf of Creditor Longkou Haimeng Machinery Co.  Ltd. James.Ou@FisherBroyles.com

Joel Frederic Newell

    on behalf of Creditor STORE Master Funding XIV  LLC newellj@ballardspahr.com,
    phxlsateam@ballardspahr.com,Phoenixdocketingbkr@ballardpahr.com;carolod@ballardspahr.com

Joel Frederic Newell

    on behalf of Creditor STORE Master Funding IV  LLC newellj@ballardspahr.com,
    phxlsateam@ballardspahr.com,Phoenixdocketingbkr@ballardpahr.com;carolod@ballardspahr.com

Joel Frederic Newell

    on behalf of Creditor STORE Capital Acquisitions  LLC newellj@ballardspahr.com,
    phxlsateam@ballardspahr.com,Phoenixdocketingbkr@ballardpahr.com;carolod@ballardspahr.com

Joel Frederic Newell

    on behalf of Creditor Lordco Parts Ltd. newellj@ballardspahr.com
    phxlsateam@ballardspahr.com,Phoenixdocketingbkr@ballardpahr.com;carolod@ballardspahr.com

John David Cornwell

    on behalf of Defendant Holt Investments 201 LLC jcornwell@munsch.com

District/off: 0541-4                    User: ADIuser                    Page 25 of 36

Date Rcvd: Jul 29, 2026                 Form ID: pdf002                  Total Noticed: 217

hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant Jonathan Gardner jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant Dale P. Holt jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant Scott Miller jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant Todd Pedersen jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant JA Gardner Holdings jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant Asilia Credit Investments  LLC jcornwell@munsch.com,
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant Seddie LLC jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant Yuma III LLC jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant Coral Dunes LLC jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Defendant Joshua Tree Holdings  LLC jcornwell@munsch.com,
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John F Higgins, IV

on behalf of Plaintiff CVI CSF Master Fund I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Plaintiff CVI AV Master Fund I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Interested Party Carnaby II and III Secured Parties jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Plaintiff CVI EMCOF US  LLC jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Plaintiff GLAS Trust Company LLC  as administrative agent for the lenders to the Carnaby II Credit Agreement and
Carnaby III Credit Agreement jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Plaintiff AB CarVal Credit Opportunities Fund jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Plaintiff CarVal Contingent Credit Fund LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Plaintiff CVI AA Master Fund I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Plaintiff CVI CVF V Pooling Fund I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John Hammel Strauss

on behalf of Trustee Ronald J Sommers jhstrauss@reidcollins.com

John James Sparacino

on behalf of Creditor Tim Johnson jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino

on behalf of Creditor Manuel Fernandez jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino

on behalf of Plaintiff Francisco Garza jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino

on behalf of Creditor Francisco Garza jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino

on behalf of Creditor Ciara Childs jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino

on behalf of Creditor Manuel Leal jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John Kendrick Turner

on behalf of Creditor Tarrant County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John R. Dodd, II

on behalf of Creditor Arab Banking Corporation B.S.C. john.dodd@bakermckenzie.com

John Robert Nelson

on behalf of Interested Party FCA US LLC jnelson@dickinsonwright.com  rgarza@dickinsonwright.com

John Wallis Harris

on behalf of Creditor Goldstar Warehousing  Ltd. jwharris@johnwharrislaw.com, jwharris@johnwharrislaw.com

John Wallis Harris

on behalf of Creditor Pyramid Warehousing  Ltd. jwharris@johnwharrislaw.com, jwharris@johnwharrislaw.com

Jordan Alexandra Kazlow

on behalf of Auditor BDO USA  P.C. jordan.kazlow@dechert.com

Jordan Lancaster Estes

on behalf of Plaintiff GLAS USA LLC jestes@gibsondunn.com  jordan-estes-5323@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Jordan Lancaster Estes

on behalf of Plaintiff Wilmington Savings Fund Society  FSB jestes@gibsondunn.com,
jordan-estes-5323@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Jordan Lancaster Estes

on behalf of Defendant GLAS USA LLC jestes@gibsondunn.com
jordan-estes-5323@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Jordan Lancaster Estes

on behalf of Defendant Wilmington Savings Fund Society  FSB jestes@gibsondunn.com,
jordan-estes-5323@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Jordan W. Leu

on behalf of Interested Party Premium Guard Incorporated jleu@kslaw.com  omoses@kslaw.com

Jordan W. Leu

on behalf of Defendant Michael Baker jleu@kslaw.com  omoses@kslaw.com

Jordan W. Leu

on behalf of Interested Party PGI Northstar LLC jleu@kslaw.com  omoses@kslaw.com

Joseph D. Sibley, IV

on behalf of Witness NextProcess  LP sibley@camarasibley.com

Joseph Howard Lemkin

on behalf of Creditor De Lage Landen Financial Services  Inc. jlemkin@stark-stark.com

Joshua John Brandau

on behalf of Creditor Fukoku Mexicana  S.A. de C.V. jbrandau@btlaw.com

Joshua John Brandau

on behalf of Creditor Siam Fukoku Co.  Ltd. jbrandau@btlaw.com

Justin A. Kesselman

on behalf of Creditor Wilmington Savings Fund Society  FSB justin.kesselman@afslaw.com, edocket@afslaw.com

Justin A. Kesselman

on behalf of Plaintiff Wilmington Savings Fund Society  FSB justin.kesselman@afslaw.com, edocket@afslaw.com

Justin M. Ellis
on behalf of 3rd Pty Defendant Shekhar Kumar jellis@mololamken.com

Kenneth J. Ottaviano
on behalf of Defendant Aequum Capital Financial II LLC ken.ottaviano@blankrome.com

Kevin M. Capuzzi
on behalf of Creditor 673753 Ontario Limited DBA TRAFFIX kcapuzzi@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin Patrick Walters
on behalf of Creditor Industrial Realty Group LLC kevin.walters@roystonlaw.com  sylvia.cooper@roystonlaw.com

Kristen L Perry
on behalf of Creditor T.H.I. Group Ltd. kristen.perry@faegredrinker.com
kelly.olson@faegredrinker.com;danette.dykema@faegredrinker.com;cathy.greer@faegredrinker.com

Kristian W. Gluck
on behalf of Other Prof. Bank of America  N.A. kristian.gluck@nortonrosefulbright.com

Kristian W. Gluck
on behalf of Creditor Bank of America  N.A. kristian.gluck@nortonrosefulbright.com

Kristian W. Gluck
on behalf of Plaintiff Bank of America  N.A. kristian.gluck@nortonrosefulbright.com

Kyle L Dickson
on behalf of Creditor Randall Metals Corporation kdickson@murray-lobb.com  mgarcia@murray-lobb.com

Laura D Metzger
on behalf of Creditor Raistone Capital LLC lmetzger@orrick.com  casestream@ecf.courtdrive.com

Laura D Metzger
on behalf of Creditor Raistone Purchasing LLC -Series XXXII lmetzger@orrick.com  casestream@ecf.courtdrive.com

Laura D Metzger
on behalf of Creditor Raistone Purchasing LLC-Series XXVIII lmetzger@orrick.com  casestream@ecf.courtdrive.com

Lauren Dorsett
on behalf of Creditor Amazon Advertising LLC laurendorsett@dwt.com

Lawrence James Dickinson
on behalf of Interested Party Motorcar Parts of America  Inc. james.dickinson@pillsburylaw.com, nancy.jones@pillsburylaw.com

Layla Milligan
on behalf of Creditor Texas Commission on Environmental Quality layla.milligan@oag.texas.gov

Leslie S Barr
on behalf of Creditor BRI WESTPARK IV QOZB  LP lbarr@windelsmarx.com

Lisa Ann Powell
on behalf of Creditor Southern Machinery Repair  Inc. Lisa.Powell@fisherbroyles.com

Lisa Ann Powell
on behalf of Creditor Longkou Haimeng Machinery Co.  Ltd. Lisa.Powell@fisherbroyles.com

Lisa Sheaufeng Tsai
on behalf of Trustee Ronald J Sommers ltsai@reidcollins.com  mmyers@rctlegal.com,jwingerter@reidcollins.com

Lisa Sheaufeng Tsai
on behalf of Plaintiff Starlight Inventory I  LLC ltsai@reidcollins.com, mmyers@rctlegal.com,jwingerter@reidcollins.com

Lisa Sheaufeng Tsai
on behalf of Plaintiff Patterson Inventory  LLC ltsai@reidcollins.com, mmyers@rctlegal.com,jwingerter@reidcollins.com

Lisa Sheaufeng Tsai
on behalf of Plaintiff Patterson Inventory Holdings  LLC ltsai@reidcollins.com,
mmyers@rctlegal.com,jwingerter@reidcollins.com

Lisa Sheaufeng Tsai
on behalf of Plaintiff Starlight Inventory Holdings I  LLC ltsai@reidcollins.com,
mmyers@rctlegal.com,jwingerter@reidcollins.com

Lorenzo Marinuzzi
on behalf of Creditor Onset Financial  Inc. lmarinuzzi@mofo.com

Lucian Borders Murley
on behalf of Creditor Transend Logistics  LLC luke.murley@akerman.com, robyn.warren@saul.com

Madeline Mason Schmidt
on behalf of Examiner Martin De Luca mschmidt@okinadams.com  nhollon@okinadams.com

Madison Kaylene Haueisen

| | |
|---|---|
| | on behalf of Creditor Bank of America  N.A. madison.haueisen@cliffordchance.com, ecf_houston@winston.com;madison-haueisen-8672@ecf.pacerpro.com |
| Madison Kaylene Haueisen | |
| | on behalf of Other Prof. Bank of America  N.A. madison.haueisen@cliffordchance.com, ecf_houston@winston.com;madison-haueisen-8672@ecf.pacerpro.com |
| Madison Kaylene Haueisen | |
| | on behalf of Interested Party BANK OF AMERICA  N.A. madison.haueisen@cliffordchance.com, ecf_houston@winston.com;madison-haueisen-8672@ecf.pacerpro.com |
| Mai Lan G. Rodgers | |
| | on behalf of Creditor Pension Benefit Guaranty Corporation rodgers.mailan@pbgc.gov  efile@pbgc.gov |
| Margaret A. Vesper | |
| | on behalf of Creditor Comcast Cable Communications Management  LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor Masergy Communications  Inc. vesperm@ballardspahr.com |
| Margarita K. O'Donnell | |
| | on behalf of Interested Party Laurie Stein modonnell@zuckerman.com |
| Maria J. Cho | |
| | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION maria.cho@faegredrinker.com |
| Mariah Sue England | |
| | on behalf of Creditor Francisco Garza mengland@stranchlaw.com |
| Marie Kimberly Stagg | |
| | on behalf of Interested Party FCA US LLC kstagg@dickinsonwright.com |
| Mark D Sherrill | |
| | on behalf of Interested Party The NOCO Company mark.sherrill@chamberlainlaw.com  lara.coleman@chamberlainlaw.com |
| Mark D Sherrill | |
| | on behalf of Creditor Official Committee of Non-Union Retirees mark.sherrill@chamberlainlaw.com lara.coleman@chamberlainlaw.com |
| Mark E. Dendinger | |
| | on behalf of Defendant Optimus Private Capital LLC mark.dendinger@ashurst.com  mary.kearney@bracewell.com |
| Mark E. Dendinger | |
| | on behalf of Defendant JCMC Investment Group LLC mark.dendinger@ashurst.com  mary.kearney@bracewell.com |
| Mark E. Dendinger | |
| | on behalf of Interested Party Edward James mark.dendinger@ashurst.com  mary.kearney@bracewell.com |
| Mark Elliott Freedlander | |
| | on behalf of Creditor Ford Motor Company mfreedlander@mcguirewoods.com |
| Mark Robert Wulfe | |
| | on behalf of Interested Party Edward James mark.wulfe@bracewell.com  mary.kearney@bracewell.com |
| Mark Robert Wulfe | |
| | on behalf of Defendant Optimus Private Capital LLC mark.wulfe@bracewell.com  mary.kearney@bracewell.com |
| Mark Robert Wulfe | |
| | on behalf of Defendant Edward James mark.wulfe@bracewell.com  mary.kearney@bracewell.com |
| Mark Robert Wulfe | |
| | on behalf of Defendant JCMC Investment Group LLC mark.wulfe@bracewell.com  mary.kearney@bracewell.com |
| Martin Seidler | |
| | on behalf of Creditor Martin Titanium American Logistics  Inc. marty@seidlerlaw.com, ecf@seidlerlaw.com;LAWOFFICESOFMARTINSEIDLER@jubileebk.net |
| Marty L Brimmage | |
| | on behalf of Interested Party Akin Gump Strauss Hauer & Feld LLP mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;txdocketing@akingump.com |
| Matthew C. Corcoran | |
| | on behalf of Creditor Grammer Inc. and Grammer Americas LLC mccorcoran@jonesday.com |
| Matthew David Storey | |
| | on behalf of Creditor TRUIST BANK matt@storeylawpllc.com |
| Matthew David Struble | |
| | on behalf of Interested Party Jefferies Financial Group Inc. mstruble@velaw.com |
| Matthew Dennis Giadrosich | |
| | on behalf of Creditor De Lage Landen Financial Services  Inc. mdg@padfieldstout.com |

District/off: 0541-4           User: ADIuser           Page 29 of 36

Date Rcvd: Jul 29, 2026           Form ID: pdf002           Total Noticed: 217

Matthew E. Beck

on behalf of Interested Party Nelly Luna mbeck@csglaw.com

Matthew E. Kaslow

on behalf of Interested Party Aequum Capital Financial II LLC matt.kaslow@blankrome.com  courtmail@blankrome.com

Matthew Scott Okin

on behalf of Examiner Martin De Luca mokin@okinadams.com  nhollon@okinadams.com

Matthew Thomas Barr

on behalf of Creditor MacAllister Machinery Company  Inc. mbarr@rubin-levin.net, cgilly@rubin-levin.net

Matthew W. Bourda

on behalf of Creditor ENGIE Resources LLC matt.bourda@lanelaw.com  thelanelawfirm@jubileebk.net

Megan Young-John

on behalf of Interested Party Carnaby II and III Secured Parties myoung-john@porterhedges.com
eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

Megan Cunniff Church

on behalf of Interested Party Scott Wallace mchurch@mololamken.com  Adam-Collins-1996@ecf.pacerpro.com

Megan Cunniff Church

on behalf of Interested Party Shekhar Kumar mchurch@mololamken.com  Adam-Collins-1996@ecf.pacerpro.com

Melissa E Valdez

on behalf of Creditor Brownsville Independent School District mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa S. Woods

on behalf of Creditor United Steel  Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers Int'l
Union mwoods@cwsny.com, ecf@cwsny.com

Melissa S. Woods

on behalf of Plaintiff International Union  United Automobile, Aerospace and Agricultural Implement Workers of America
(UAW) mwoods@cwsny.com, ecf@cwsny.com

Melissa S. Woods

on behalf of Creditor International Union  United Automobile, Aerospace and Agricultural Implement Workers of America
(UAW) mwoods@cwsny.com, ecf@cwsny.com

Michael Berthiaume

on behalf of Other Prof. Bank of America  N.A. michael.berthiaume@nortonrosefulbright.com

Michael Berthiaume

on behalf of Plaintiff Bank of America  N.A. michael.berthiaume@nortonrosefulbright.com

Michael Berthiaume

on behalf of Creditor Bank of America  N.A. michael.berthiaume@nortonrosefulbright.com

Michael Fishel

on behalf of Defendant Broad Street Financial Holdings  LLC michael@FishelLawGroup.com,
michael-fishel-2874@ecf.pacerpro.com

Michael Fishel

on behalf of Interested Party SPV Debtors michael@FishelLawGroup.com  michael-fishel-2874@ecf.pacerpro.com

Michael Fishel

on behalf of Defendant Broad Street Financial  LLC michael@FishelLawGroup.com, michael-fishel-2874@ecf.pacerpro.com

Michael G Colvard

on behalf of Creditor PG Maderas y Triplay S.A. de C.V. mcolvard@mdtlaw.com
amartinez@mdtlaw.com,jarellano@mdtlaw.com,lbuford@mdtlaw.com

Michael J Shane

on behalf of Creditor c/o Michael J. Shane RIO BRAVO INTERNATIONAL SERVICES  INC. mshane@eplawyers.com,
bsilva@eplawyers.com

Michael Keith Barnhart

on behalf of Interested Party Press-Seal Corporation mbarnhart@mitbylaw.com  legal@peakcompletions.com

Michael Kevin Riordan

on behalf of Creditor XL Parts  LLC mriordan@bradley.com,
mike-riordan-8644@ecf.pacerpro.com;vherrera@bradley.com;ggattis@bradley.com;akhan@bradley.com

Michael Mario Tamburini

on behalf of Creditor NP Whitaker Ave. Industrial  LLC mtamburini@levycraig.com

Michael Mario Tamburini

on behalf of Creditor IPVIII 185th Street  LLC fka ELHC VIII, LLC mtamburini@levycraig.com

Michael Mario Tamburini

on behalf of Creditor IPXXII 193 Street  LLC fka ELHC XXII, LLC mtamburini@levycraig.com

Michael P. Duke

on behalf of Plaintiff Evolution Credit Opportunity Master Fund III-B  LP mduke@elsberglaw.com

Michael P. Duke

on behalf of Creditor Evolution Credit Partners mduke@elsberglaw.com

Michael P. Duke

on behalf of Plaintiff Evolution Credit Partners Trade Finance Master L.P. mduke@elsberglaw.com

Michael P. Duke

on behalf of Plaintiff Evolution Credit Opportunity Master Fund II-B  LP mduke@elsberglaw.com

Michael R. Stewart

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION michael.stewart@faegredrinker.com

Michael-Anthony Bou Jaoude

on behalf of Creditor Forteq UK LTD mjaoude@hselaw.com  tamplement@hselaw.com

Michelle E Shriro

on behalf of Creditor BPP Shiraz Park A LP mshriro@singerlevick.com  scotton@singerlevick.com;tguillory@singerlevick.com

Michelle E Shriro

on behalf of Creditor BPP Cannonball Park A LP fka BPP Shiraz Park A LP mshriro@singerlevick.com
scotton@singerlevick.com;tguillory@singerlevick.com

Morgan L. Allred

on behalf of Interested Party Phoenix Brownsville Industrial Investors LLC morgan.allred@hklaw.com

Nathan Q. Rugg

on behalf of Creditor Motion Industries (Canada) Inc. nathan.rugg@bfkn.com  james.tucker@bfkn.com

Nathan Q. Rugg

on behalf of Creditor GPC Asia Pacific Limited nathan.rugg@bfkn.com  james.tucker@bfkn.com

Nathan Q. Rugg

on behalf of Creditor GPC Asia Pacific Pty Ltd. nathan.rugg@bfkn.com  james.tucker@bfkn.com

Nathan Q. Rugg

on behalf of Creditor UAP (Canada) Inc. nathan.rugg@bfkn.com  james.tucker@bfkn.com

Nathan Q. Rugg

on behalf of Creditor Genuine Parts Company nathan.rugg@bfkn.com  james.tucker@bfkn.com

Nathan Q. Rugg

on behalf of Creditor Motion Industries (Mexico) Inc. nathan.rugg@bfkn.com  james.tucker@bfkn.com

Nathan Q. Rugg

on behalf of Creditor Motion Industries  Inc. nathan.rugg@bfkn.com, james.tucker@bfkn.com

Nathan Q. Rugg

on behalf of Creditor Alliance Automotive Group (EU) nathan.rugg@bfkn.com  james.tucker@bfkn.com

Nicholas Lawson

on behalf of Creditor First-Citizens Bank & Trust Company nick.lawson@lmbusinesslaw.com  kate.taylor@lmbusinesslaw.com

Nicholas Poli

on behalf of Creditor Raistone Purchasing LLC-Series XXVIII npoli@orrick.com  nymao@orrick.com

Nicholas Poli

on behalf of Creditor Raistone Purchasing LLC -Series XXXII npoli@orrick.com  nymao@orrick.com

Nicholas Poli

on behalf of Creditor Raistone Capital LLC npoli@orrick.com  nymao@orrick.com

Nicholas Edmund Baker

on behalf of Defendant Broad Street Financial  LLC nbaker@stblaw.com

Nicholas Edmund Baker

on behalf of Defendant Broad Street Financial Holdings  LLC nbaker@stblaw.com

Nicholas J. Sabatino

on behalf of Creditor Raistone Purchasing LLC -Series XXXII nsabatino@orrick.com

Nicholas J. Sabatino

on behalf of Creditor Raistone Capital LLC nsabatino@orrick.com

Nicholas J. Sabatino

on behalf of Creditor Raistone Purchasing LLC-Series XXVIII nsabatino@orrick.com

Nicholas Jaison Brannick

on behalf of Interested Party The Reinalt-Thomas Corporation d/b/a Discount Tire brannickn@ballardspahr.com

Nicole Yun Lin Ng

on behalf of Interested Party Peter Andrew Brumbergs nng@heckerfink.com

Patrick Michael Flynn

on behalf of Creditor United Steel  Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers Int'l Union pat@pmfpc.com, sandra@pmfpc.com

Paul B Moore

on behalf of Intervenor United States Of America paul.moore@usdoj.gov nicole.robbins@usdoj.gov;caseview.ecf@usdoj.gov;usatxs.bankruptcy-ecf@usdoj.gov

Paul B Moore

on behalf of Interested Party United States Of America paul.moore@usdoj.gov nicole.robbins@usdoj.gov;caseview.ecf@usdoj.gov;usatxs.bankruptcy-ecf@usdoj.gov

Paul E Heath

on behalf of Interested Party Leucadia Asset Management LLC pheath@velaw.com

Paul E Heath

on behalf of Interested Party Jefferies Financial Group Inc. pheath@velaw.com

Paul Martin Flannery

on behalf of Interested Party Nigel Crighton paul@flannerygeorgalis.com  mgable@flannerygeorgalis.com

Payne Campbell Keinarth

on behalf of Interested Party FCA US LLC pkeinarth@dickinson-wright.com  hkott@dickinson-wright.com

Peter Menz

on behalf of Interested Party Michael Baker pmenz@maglaw.com

Philip David Racusin

on behalf of Creditor Scotland Enterprises  Inc. PRacusin@hchlawyers.com, pr01010@recap.email

Philip M. Guffy

on behalf of Creditor Keystone Automotive Operations  Inc. pguffy@huntonak.com

Philip M. Guffy

on behalf of Creditor Uni-Select  Inc. pguffy@huntonak.com

Pratik Kumar Raj Ghosh

on behalf of Interested Party Shekhar Kumar prajghosh@mololamken.com

Pratik Kumar Raj Ghosh

on behalf of Interested Party Scott Wallace prajghosh@mololamken.com

Rachel B. Goldman

on behalf of Defendant JCMC Investment Group LLC rachel.goldman@bracewell.com  mary.kearney@bracewell.com

Rachel B. Goldman

on behalf of Interested Party Edward James rachel.goldman@bracewell.com  mary.kearney@bracewell.com

Rachel B. Goldman

on behalf of Defendant Optimus Private Capital LLC rachel.goldman@bracewell.com  mary.kearney@bracewell.com

Rachel B. Goldman

on behalf of Defendant Edward James rachel.goldman@bracewell.com  mary.kearney@bracewell.com

Rakhee V Patel

on behalf of Creditor Napier Park Global Capital (US) LP rpatel@sidley.com  dgalindo@winstead.com

Randall F Scherck

on behalf of Interested Party CMX North America Inc. rscherck@ubglaw.com  aschmidt@ubglaw.com

Raneen Ibrahim Abdelghani

on behalf of Creditor XL Parts  LLC rabdelghani@bradley.com, vherrera@bradley.com;aplayer@bradley.com

Raneen Ibrahim Abdelghani

on behalf of Creditor The Parts House THP LLP rabdelghani@bradley.com  vherrera@bradley.com;aplayer@bradley.com

Rebecca Foxwell

on behalf of Interested Party Edward James rebecca.foxwell@bracewell.com

Rebecca Lynn Matthews

on behalf of Creditor Rebuilders Automotive Supply Co. rmatthews@fbtgibbons.com  becky-matthews-7833@ecf.pacerpro.com

Reese W Baker

on behalf of Creditor William Christopher Harrod courtdocs@bakerassociates.net i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net

Rene S. Roupinian

on behalf of Plaintiff Giancarlo Hernandez rsr@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Rene S. Roupinian

on behalf of Plaintiff Chad Compton rsr@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Rene S. Roupinian

on behalf of Plaintiff Maria Tapia rsr@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Rene S. Roupinian

on behalf of Plaintiff Brittany Johnson rsr@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Rene S. Roupinian

on behalf of Plaintiff Kyle Bennett rsr@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Richard Jacobsen

on behalf of Creditor Raistone Purchasing LLC -Series XXXII rjacobsen@orrick.com casestream@ecf.courtdrive.com

Richard Jacobsen

on behalf of Creditor Raistone Capital LLC rjacobsen@orrick.com casestream@ecf.courtdrive.com

Richard Jacobsen

on behalf of Creditor Raistone Purchasing LLC-Series XXVIII rjacobsen@orrick.com casestream@ecf.courtdrive.com

Richard Allan Graham

on behalf of Creditor Royal Bank of Canada rgraham@whitecase.com mco@whitecase.com

Richard Mark Seltzer

on behalf of Creditor International Union  United Automobile, Aerospace and Agricultural Implement Workers of America
(UAW) rseltzer@cwsny.com

Richard Mark Seltzer

on behalf of Creditor United Steel  Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers Int'l
Union rseltzer@cwsny.com

Rick Aaron Steinberg

on behalf of Creditor OEC Group rsteinberg@pricemeese.com

Robert McNamara

on behalf of Creditor HerbertUSA  Inc. rmcnamara@aghattorneys.com

Robert J. Diehl, Jr.

on behalf of Creditor Mitsubishi HC Capital America  Inc. rdiehl@bodmanlaw.com

Robert James Anello

on behalf of Interested Party Michael Baker ranello@maglaw.com

Robert L LeHane

on behalf of Creditor LBA RV-Company XVII  LP kdwbankruptcydepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert M Hirsh

on behalf of Creditor TriMas Corporation robert.hirsh@nortonrosefulbright.com calendaring-nortonrose-9955@ecf.pacerpro.com

Ronald E Gold

on behalf of Creditor Volkswagen Group of America  Inc. and certain affiliates rgold@fbtlaw.com,
awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com

Ronald J Sommers

on behalf of Trustee Ronald J Sommers efile@nathansommers.com
RS@trustesolutions.com,RS@trustesolutions.net,psalazar@nathansommers.com

Ronald J Sommers

efile@nathansommers.com RS@trustesolutions.com,RS@trustesolutions.net,psalazar@nathansommers.com

Ronald J Sommers

on behalf of Trustee Ronald J. Sommers efile@nathansommers.com
RS@trustesolutions.com,RS@trustesolutions.net,psalazar@nathansommers.com

Ross McNeill Slaughter

on behalf of Interested Party Laurie Stein rslaughter@zuckerman.com

Ryan Anthony O'Connor

on behalf of Examiner Martin De Luca roconnor@okinadams.com nhollon@okinadams.com

Ryan Michael Baldwin

on behalf of Interested Party Shekhar Kumar rbaldwin@mololamken.com

Ryan Michael Baldwin

on behalf of Interested Party Scott Wallace rbaldwin@mololamken.com

Sabrina L Streusand

on behalf of Creditor NTT DATA Americas  Inc. streusand@slollp.com, apina@slollp.com

Sam Della Fera, Jr.

on behalf of Interested Party Nelly Luna sdellafera@csglaw.com

Samuel Eric de Freitas Hull

on behalf of Creditor United Steel  Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers Int'l Union shull@cwsny.com

Samuel Eric de Freitas Hull

on behalf of Creditor International Union  United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) shull@cwsny.com

Samuel Eric de Freitas Hull

on behalf of Plaintiff International Union  United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) shull@cwsny.com

Samuel Joseph Strauss

on behalf of Plaintiff Francisco Garza sam@straussborrelli.com

Samuel R. Rabuck

on behalf of Creditor Motion Industries (Mexico) Inc. sam.rabuck@bfkn.com

Samuel R. Rabuck

on behalf of Creditor GPC Asia Pacific Pty Ltd. sam.rabuck@bfkn.com

Samuel R. Rabuck

on behalf of Creditor Motion Industries  Inc. sam.rabuck@bfkn.com

Samuel R. Rabuck

on behalf of Creditor Motion Industries (Canada) Inc. sam.rabuck@bfkn.com

Samuel R. Rabuck

on behalf of Creditor GPC Asia Pacific Limited sam.rabuck@bfkn.com

Samuel R. Rabuck

on behalf of Creditor Alliance Automotive Group (EU) sam.rabuck@bfkn.com

Samuel R. Rabuck

on behalf of Creditor Genuine Parts Company sam.rabuck@bfkn.com

Sara Catherine Bisantz

on behalf of Creditor Forteq UK LTD sbisantz@hselaw.com

Sara Maria Simms

on behalf of Creditor Daniel Villalta sms@romerolaw.com

Sarah Patricia Santos

on behalf of Interested Party David Parker ssantos@dslawpc.com  mmartinez@dslawpc.com

Sarah S. Mattingly

on behalf of Creditor RWI Logistics LLC sarah.mattingly@dinsmore.com jamie.herald@dinsmore.com;brooke.hudson@dinsmore.com

Scott Saldana

on behalf of Plaintiff Starlight Inventory Holdings I  LLC ssaldana@reidcollins.com

Scott Saldana

on behalf of Plaintiff Starlight Inventory I  LLC ssaldana@reidcollins.com

Scott Saldana

on behalf of Trustee Ronald J Sommers ssaldana@reidcollins.com

Scott Saldana

on behalf of Plaintiff Patterson Inventory  LLC ssaldana@reidcollins.com

Scott Saldana

on behalf of Plaintiff Patterson Inventory Holdings  LLC ssaldana@reidcollins.com

Scott D Fink

on behalf of Creditor Toyota Industries Commercial Finance  Inc. Bronationalecf@weltman.com

Scott D Fink

on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. Bronationalecf@weltman.com

Scott E Blakeley

on behalf of Creditor Export Development Canada seb@blakeleylc.com  aridgway@blakeleylc.com

Scott F Gautier

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION scott.gautier@faegredrinker.com san.mitchell@faegredrinker.com,docketgeneral@faegredrinker.com

Scott J Greenberg

on behalf of Defendant GLAS USA LLC sgreenberg@gibsondunn.com JGoldstein@gibsondunn.com;MSunday@gibsondunn.com;HTheis@gibsondunn.com;EArom@gibsondunn.com;clwilson@gibson dunn.com;ssu@gibsondunn.com;scott-j-greenberg-6049@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Scott J Greenberg

on behalf of Plaintiff GLAS USA LLC sgreenberg@gibsondunn.com
JGoldstein@gibsondunn.com;MSunday@gibsondunn.com;HTheis@gibsondunn.com;EArom@gibsondunn.com;clwilson@gibson
dunn.com;ssu@gibsondunn.com;scott-j-greenberg-6049@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Scott J Greenberg

on behalf of Defendant Wilmington Savings Fund Society  FSB sgreenberg@gibsondunn.com,
JGoldstein@gibsondunn.com;MSunday@gibsondunn.com;HTheis@gibsondunn.com;EArom@gibsondunn.com;clwilson@gibson
dunn.com;ssu@gibsondunn.com;scott-j-greenberg-6049@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Scott J Greenberg

on behalf of Plaintiff Wilmington Savings Fund Society  FSB sgreenberg@gibsondunn.com,
JGoldstein@gibsondunn.com;MSunday@gibsondunn.com;HTheis@gibsondunn.com;EArom@gibsondunn.com;clwilson@gibson
dunn.com;ssu@gibsondunn.com;scott-j-greenberg-6049@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Scott M. Ahmad

on behalf of Defendant Bank of America  N.A. scott.ahmad@winstontaylor.com, scott-ahmad-9923@ecf.pacerpro.com

Sean Hecker

on behalf of Interested Party Peter Andrew Brumbergs shecker@heckerfink.com

Sean A. Gordon

on behalf of Interested Party Husqvarna Business Support AB Sean.Gordon@ThompsonHine.com
ECFDocket@thompsonhine.com

Sean Thomas Wilson

on behalf of Creditor Mayfair Enterprises  LLC swilson@shannonleellp.com, swilson@shannonleellp.com

Seth Brandon Shapiro

on behalf of Interested Party United States Of America seth.shapiro@usdoj.gov

Seth Brandon Shapiro

on behalf of Intervenor United States Of America seth.shapiro@usdoj.gov

Shawn M Christianson

on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Simon W Hendershot, III

on behalf of Creditor Scotland Enterprises  Inc. trey@hchlawyers.com, eservice@hchlawyers.com

Stephen Wilcox

on behalf of Creditor ACAR Leasing Ltd swilcox@basselwilcox.com  kraudry@wilcoxlaw.net;krw77@sbcglobal.net

Stephen Mark Blank

on behalf of Creditor UMB Bank  N.A. stephen.blank@alston.com, brian.laine@alston.com

Stephen R. Butler

on behalf of Creditor TN Dept of Revenue agbanktexas@ag.tn.gov

Steven J Mitby

on behalf of Interested Party Press-Seal Corporation smitby@mitbylaw.com
pchavez@mitbylaw.com;apalova@mitbylaw.com;nmontez@mitbylaw.com

Steven J. Reisman

on behalf of Interested Party Hilco Valuation Services  LLC, Dba Hilco Global and its designated affiliates and subsidiaries
sreisman@katten.com, nyc.bknotices@kattenlaw.com

Steven T Holmes

on behalf of Creditor First Guaranty Bank sholmes@chfirm.com  chps.ecfnotices@ecf.courtdrive.com

Steven W Soule

on behalf of Creditor City of Miami Special Utility Authority ssoule@hallestill.com  smccormick@hallestill.com

Susan C Mathews

on behalf of Creditor Volvo Penta of the Americas  LLC smathews@bakerdonelson.com, jramos@bakerdonelson.com

Tara T. LeDay

on behalf of Creditor Michael Bueno Tara.LeDay@huschblackwell.com
christine.deacon@huschblackwell.com;anne.arundel@huschblackwell.com;tara-leday-0597@ecf.pacerpro.com

Tatianna J. Witter

on behalf of Creditor Bank of America  N.A. tatianna.witter@winstontaylor.com

Tatianna J. Witter

on behalf of Defendant Bank of America  N.A. tatianna.witter@winstontaylor.com

Telemachus P. Kasulis

on behalf of Interested Party Michael Baker tkasulis@maglaw.com

Thomas A Howley

on behalf of Plaintiff GLAS USA LLC tom@howley-law.com  roland@howley-law.com;eric@howley-law.com

Thomas A Howley

on behalf of Interested Party Ad Hoc Group tom@howley-law.com  roland@howley-law.com;eric@howley-law.com

Thomas A Howley

  on behalf of Interested Party Ad Hoc Group of Lenders tom@howley-law.com  roland@howley-law.com;eric@howley-law.com

Thomas A Howley

  on behalf of Plaintiff Wilmington Savings Fund Society  FSB tom@howley-law.com,
  roland@howley-law.com;eric@howley-law.com

Thomas A Howley

  on behalf of Defendant Wilmington Savings Fund Society  FSB tom@howley-law.com,
  roland@howley-law.com;eric@howley-law.com

Thomas A Howley

  on behalf of Defendant GLAS USA LLC tom@howley-law.com  roland@howley-law.com;eric@howley-law.com

Thomas A Howley

  on behalf of 3rd Pty Defendant GLAS USA LLC tom@howley-law.com  roland@howley-law.com;eric@howley-law.com

Thomas A Howley

  on behalf of 3rd Pty Defendant WILMINGTON SAVINGS FUND SOCIETY  FSB tom@howley-law.com,
  roland@howley-law.com;eric@howley-law.com

Thomas G. Haskins

  on behalf of Creditor The City of Jasper  Indiana thaskins@btlaw.com, khgreaven@btlaw.com

Timothy L. Wentworth

  on behalf of Creditor Carrdan Corporation twentworth@okinadams.com  nhollon@okinadams.com

Toby L Gerber

  on behalf of Other Prof. Bank of America  N.A. toby.gerber@nortonrosefulbright.com

Toby L Gerber

  on behalf of Plaintiff Bank of America  N.A. toby.gerber@nortonrosefulbright.com

Toni Lanette Townsend

  on behalf of Creditor Toyota Industries Commercial Finance  Inc. toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

Toni Lanette Townsend

  on behalf of Creditor Toyota Industries Commercial Finance  Inc toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

Toni Lanette Townsend

  on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. toni.townsend@mccalla.com
  mccallaecf@ecf.courtdrive.com

Travis A. McRoberts

  on behalf of Creditor SmartestEnergy US LLC travis.mcroberts@bakerbotts.com
  sarah.conley@squirepb.com;travis-a-mcroberts-1747@ecf.pacerpro.com

Trey A Monsour

  on behalf of Creditor 1600 Industrial LLC tmonsour@foxrothschild.com
  rsolomon@foxrothschild.com;msteen@foxrothschild.com;dandreacchi@foxrothschild.com;TX.DKT@foxrothschild.com

Tyler G Doyle

  on behalf of Interested Party National Union Fire Insurance Co. of Pittsburgh  Pa. tgdoyle@bakerlaw.com,
  mvanhorn@bakerlaw.com,jhuitt@bakerlaw.com

US Trustee

  USTPRegion07.HU.ECF@USDOJ.GOV

Vianey Garza

  on behalf of U.S. Trustee US Trustee vianey.garza@usdoj.gov

Victoria Nicole Argeroplos

  on behalf of Creditor Valeo North America  Inc. vargeroplos@jw.com,
  msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Victoria Nicole Argeroplos

  on behalf of Creditor Valeo Sistemas Electricos  S.A. de C.V. vargeroplos@jw.com,
  msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Victoria Nicole Argeroplos

  on behalf of Creditor MAC Montacargas Corporation vargeroplos@jw.com
  msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Vivek Vijay Tata

  on behalf of Creditor Evolution Credit Partners vtata@elsberglaw.com

Walter J Cicack

  on behalf of Plaintiff Kyle Bennett wcicack@hcgllp.com  mallen@hcgllp.com

Walter J Cicack

  on behalf of Plaintiff Maria Tapia wcicack@hcgllp.com  mallen@hcgllp.com

Walter J Cicack

District/off: 0541-4

Date Rcvd: Jul 29, 2026

User: ADIuser

Form ID: pdf002

Page 36 of 36

Total Noticed: 217

on behalf of Plaintiff Chad Compton wcicack@hcgllp.com  mallen@hcgllp.com

Walter J Cicack

on behalf of Plaintiff Giancarlo Hernandez wcicack@hcgllp.com  mallen@hcgllp.com

Walter J Cicack

on behalf of Plaintiff Brittany Johnson wcicack@hcgllp.com  mallen@hcgllp.com

Weldon Leslie Moore, III

on behalf of Creditor Ohio Power Company wmoore@csmlaw.net  prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Constellation NewEnergy  Inc. wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Toledo Edison Company wmoore@csmlaw.net  prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Metropolitan Company wmoore@csmlaw.net  prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Indiana Michigan Power Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Commonwealth Edison Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Constellation NewEnergy Gas Division  LLC wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Wendi Alper-Pressman

on behalf of Creditor NP Whitaker Ave. Industrial  LLC walperpressman@atllp.com, blabrier@atllp.com

William James Hotze

on behalf of Creditor Harley-Davidson Motor Company  Inc. whotze@dykema.com

William Jay Dorsey

on behalf of Defendant Aequum Capital Financial II LLC william.dorsey@blankrome.com

William Jay Dorsey

on behalf of Interested Party Aequum Capital Financial II LLC william.dorsey@blankrome.com

William Joseph Harrington

on behalf of Interested Party Amanda Coxbill wharrington@goodwinlaw.com

William Seth Weltman

on behalf of Defendant Aequum Capital Financial II LLC will.weltman@blankrome.com CourtMail@blankrome.com,cheree.woods@blankrome.com

William T Reid, IV

on behalf of Trustee Ronald J Sommers wreid@reidcollins.com

Yosina Mariette Lissebeck

on behalf of Creditor Total Quality Logistics  LLC yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com

TOTAL: 649