AO 435
(Rev. 10/23)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

*Please Read Instructions:*

| FOR COURT USE ONLY |
| --- |
| DUE DATE: |

| 1. NAME Brian J. Levy | 2. PHONE NUMBER (404) 364-4579 | 3. DATE 8/3/2026 | |
| --- | --- | --- | --- |
| 4. DELIVERY ADDRESS OR EMAIL blevy@taftlaw.com | 5. CITY Atlanta | 6. STATE GA | 7. ZIP CODE 30326 |

| 8. CASE NUMBER 25-90399 | 9. JUDGE Christopher M. Lopez | DATES OF PROCEEDINGS | |
| --- | --- | --- | --- |
| | | 10. FROM 7/29/2026 | 11. TO 7/29/2026 |

| 12. CASE NAME First Brands Group, LLC et al. | LOCATION OF PROCEEDINGS | |
| --- | --- | --- |
| | 13. CITY Houston | 14. STATE TX |

**15. ORDER FOR**

| | | | |
| --- | --- | --- | --- |
| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☒ BANKRUPTCY |
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
| --- | --- | --- | --- |
| ☐ VOIR DIRE | | ☒ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | Charles Moore, Dkt. 3549 | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
| --- | --- | --- | --- | --- | --- |
| 30-Day | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| 7-Day | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| Next-Day | ☐ | ☒ | NO. OF COPIES 1 | | |
| 2-Hour | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
| --- | --- | --- |

| 18. SIGNATURE Brian J. Levy | PROCESSED BY |
| --- | --- |
| 19. DATE 8/3/2026 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |
| --- | --- | --- |
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY