**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**NOTICE OF CONFIRMATION HEARING CLOSING ARGUMENT
SCHEDULED FOR AUGUST 7, 2026 AT 9:00 AM (CENTRAL TIME)**

**PLEASE TAKE NOTICE THAT**, on July 28 through July 30, 2026, a hearing (the "**Confirmation Hearing**") was held before the Honorable Christopher M. Lopez of the United States Bankruptcy Court for the Southern District of Texas (the "**Court**") to consider confirmation of the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* (Docket No. 3448) (the "**Plan**") and final approval of the *Disclosure Statement for Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* (Docket No. 2982) (the "**Disclosure Statement**").

**PLEASE TAKE FURTHER NOTICE THAT** closing argument regarding the Confirmation Hearing will be held before the Honorable Christopher M. Lopez on **August 7, 2026 at 9:00 a.m. (Central Time)** (the "**Closing Argument**").

**PLEASE TAKE FURTHER NOTICE THAT** the Closing Argument will be conducted in Courtroom 402, 4th floor, 515 Rusk Avenue, Houston, TX 77002.  You may participate either in person or by an audio and video connection.  Audio communication will be by use of the Court's dial-in facility.  You may access the facility at 832-917-1510 and entering the

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

conference code 590153.  Video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website.  The meeting code is "JudgeLopez".  Click the settings icon in the upper right corner and enter your name under the personal information setting.

[*Remainder of page intentionally left blank*]

Dated: August 3, 2026
      Houston, Texas

            */s/  Clifford W. Carlson*
            WEIL, GOTSHAL & MANGES LLP
            Gabriel A. Morgan (24125891)
            Clifford W. Carlson (24090024)
            700 Louisiana Street, Suite 3700
            Houston, Texas 77002
            Telephone:  (713) 546-5000
            Facsimile:  (713) 224-9511
            Email:   gabriel.morgan@weil.com
                     clifford.carlson@weil.com

            -and-

            WEIL, GOTSHAL & MANGES LLP
            Matthew S. Barr (admitted *pro hac vice*)
            Sunny Singh (admitted *pro hac vice*)
            Andriana Georgallas (admitted *pro hac vice*)
            Kevin Bostel (admitted *pro hac vice*)
            Jason H. George (admitted *pro hac vice*)
            767 Fifth Avenue
            New York, New York 10153
            Telephone:  (212) 310-8000
            Facsimile:  (212) 310-8007
            Email:   matt.barr@weil.com
                     sunny.singh@weil.com
                     andriana.georgallas@weil.com
                     kevin.bostel@weil.com
                     jason.george@weil.com

            *Attorneys for Debtors*
            *and Debtors in Possession*

## **Certificate of Service**

I hereby certify that on August 3, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

        */s/  Clifford W. Carlson*
        Clifford W. Carlson