**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al.*<br><br><br><br>Debtors. | Chapter 11<br><br>Case No. 25-90300 (CML)<br><br>Jointly administered |

**ORACLE'S REQUEST FOR ALLOWANCE AND PAYMENT OF CHAPTER 11**
**ADMINISTRATIVE EXPENSES**

Oracle America, Inc. ("**Oracle**"), a creditor and contract counter-party in the above captioned Chapter 11 case, hereby requests allowance and payment of an administrative expense in the amount of $456,844.18, pursuant to sections 503(a) and (b) of the Bankruptcy Code (the "**Administrative Request**"), for post-petition goods and products provided, and services rendered, by Oracle to Brake Parts LLC Inc. ("**Debtor**").

1.      Oracle is a licensor of computer software and, pursuant to agreements, provides software-related products, technical support, maintenance, educational materials, and programs, as well as cloud-based and point of sale services, which Oracle often customizes for the customer's specific needs.  Prior to September 28, 2025 ("**Petition Date**"), Oracle and the Debtor entered into several agreements for cloud based services.

2.      On the Petition Date, Debtor, along with First Brands Group, LLC and its affiliates **("Debtors")**, filed a petition for relief under Chapter 11 of the Bankruptcy Code.  The Debtors continue to operate as debtors in possession.

-1-

BUCHALTER 111768615v1
111768615v2

3.      On June 16, 2026, the Debtors file their *Joint Chapter 11 Plan of First Brands Group LLC and Certain Affiliated Debtors* [Dkt No. 3019] ("**Plan**").

4.      On July 20, 2026, Oracle filed its *Objection and Reservation of Rights Regarding the Debtor's Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* [Dkt No. 3287] ("**Rights Reservation**") because it was unclear whether the Debtors intended to assume, assume and assign or reject Oracle's contracts.  Oracle recently learned that the Debtors intend to reject Oracle's contracts through the Plan.

5.      The Plan does not appear to set an administrative claims bar date. However, the Plan requires that holders of administrative expense claims make an election within 60 days of the Confirmation Date under an Administrative Expense Claims Consent Program ("**Program**"). Oracle, therefore, submits this Administrative Request in anticipation of making an election under the Program and to ensure that it receives payment for all post-petition services which Oracle provided to the Debtor on and after the Petition Date.

6.      Debtor owes Oracle $456,844.18 for support services which Oracle provided to the Debtor after the Petition Date.  These post-petition services are evidenced by the outstanding invoices ("**Invoices**") attached hereto as **Exhibit A**.  Some of the Invoices have been prorated, based on the service period, commencing with the Petition Date. These prorations are reflected on the spreadsheet attached hereto as **Exhibit B**.

7.      Oracle asserts that the Debtor has used, and is continuing to use, Oracle's products and services, and therefore Oracle has provided ongoing tangible value to the Debtor's Chapter 11 estate, justifying and supporting payment pursuant to this Administrative Request.

8.      Oracle also filed a general unsecured claim which included the  full amount of certain Invoices identified on the spreadsheet and invoices.  In doing so, Oracle is not seeking a duplicative recovery. Oracle believes that the services reflected in the invoices are entitled to administrative treatment.  However, to the extent not allowed as an administrative expense, Oracle seeks to ensure such sums are allowed via its filed general unsecured claim.

BUCHALTER 111768615v1
111768615v2

**WHEREFORE**, Oracle respectfully requests allowance and payment of an administrative expense to Oracle in an amount of not less than $456,844.18, and reserves its right to supplement this Administrative Request if additional unpaid administrative amounts accrue.

DATED:  August 3, 2026

By*:   /s/ Jason Blackstone*

Jason Blackstone
Texas Bar No. 24036227
jblackstone@buchalter.com
**BUCHALTER LLP**
100 Crescent Ct., Suite 700
Dallas, Texas 75201
Telephone: (214) 263-7500

Local Counsel for Oracle America, Inc.

Shawn M. Christianson
**BUCHALTER LLP**
425 Market Street, Suite 2900
San Francisco, California 94105
Telephone:  (415) 227-0900
Facsimile:  (415) 227-0770
Email: schristianson@buchalter.com

**ORACLE AMERICA, INC.**
Alice Miller
500 Oracle Parkway
Redwood City, California  94065
Telephone:  (650) 506-5200
Facsimile:  (650) 506-7114

Attorneys for Oracle America, Inc.

BUCHALTER 111768615v1
111768615v2

BUCHALTER 111768615v1
111768615v2