# INVOICE

| **Total Amount** | **Due Date** | **Invoice Number** |
|---|---|---|
| 102,288.04 | 16-MAR-2025 | **101787458** |

| PO Number | |
|---|---|
| **Invoice Date** | 14-FEB-2025 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract Number** | 6256314 |
| **End User** | Brake Parts Inc LLC |

| **Subtotal** | **102,288.04** |
|---|---|
| **Tax** | 0.00 |
| **Total** | **102,288.04 USD** |

## Payment Instructions

Reference Invoice Number: **101787458**

**Wire Funds To**

Wells Fargo Bank
ACCT: ████0841
SWIFT Code: ███US6S
ABA: ███0248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

Special Instructions

**Bill To**

**Brake Parts Inc LLC**
Ed Stayman
4400 Prime Pkwy
Mchenry, IL 60050
United States

**Ship To**

**Brake Parts Inc LLC**
4400 Prime Pkwy
Mchenry, IL 60050
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Software Update License & Support - Oracle Database Enterprise Edition - Named User Plus Perpetual - Covered Product Qty: 100; 01-JAN-2025 - 31-DEC-2025 | 1 | N | **16,602.68** |
| 2 | Software Update License & Support - Oracle Supply Chain and Order Management Analytics Fusion Edition - Application User Perpetual - Covered Product Qty: 20; 01-JAN-2025 - 31-DEC-2025 | 1 | N | **25,340.95** |
| 3 | Software Update License & Support - Oracle Business Intelligence Management Pack - Named User Plus Perpetual - Covered Product Qty: 75; 01-JAN-2025 - 31-DEC-2025 | 1 | N | **3,014.70** |
| 4 | Software Update License & Support - Oracle Business Intelligence Foundation Suite - Named User Plus Perpetual - Covered Product Qty: 65; 01-JAN-2025 - 31-DEC-2025 | 1 | N | **48,169.63** |
| 5 | Software Update License & Support - Oracle Database Enterprise Edition - Named User Plus Perpetual - Covered Product Qty: 40; 01-JAN-2025 - 31-DEC-2025 | 1 | N | **9,160.08** |

Please beware of phishing attempts. Should you have any questions or concerns about your invoice, please contact your Oracle collections department for assistance.

# INVOICE

| | | |
|---|---|---|
| **Total Amount** | **Due Date** | **Invoice Number** |
| 1,199,764.99 | 16-MAR-2025 | **101787473** |

| | |
|---|---|
| **PO Number** | |
| **Invoice Date** | 14-FEB-2025 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract Number** | 5821994 |
| **End User** | Brake Parts Inc LLC |
| **Subtotal** | **1,199,764.99** |
| **Tax** | 0.00 |
| **Total** | **1,199,764.99 USD** |

## Payment Instructions

Reference Invoice Number: **101787473**

**Wire Funds To**

Wells Fargo Bank
ACCT: ███████0841
SWIFT Code: █████US6S
ABA: █████0248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

Special Instructions

**Bill To**

**Brake Parts Inc LLC**
Ed Stayman
4400 Prime Pkwy
Mchenry, IL 60050
United States

**Ship To**

**Brake Parts Inc LLC**
4400 Prime Pkwy
Mchenry, IL 60050
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Software Update License & Support - Oracle Management Pack Plus for SOA - Processor Perpetual - Covered Product Qty: 6; 01-JAN-2025 - 31-DEC-2025 | 1 | N | **10,264.72** |
| 2 | Software Update License & Support - Oracle Application Integration Architecture Foundation Pack - Processor Perpetual - Covered Product Qty: 2; 01-JAN-2025 - 31-DEC-2025 | 1 | N | **10,494.04** |
| 3 | Software Update License & Support - Oracle Partitioning - Named User Plus Perpetual - Covered Product Qty: 400; 01-JAN-2025 - 31-DEC-2025 | 1 | N | **10,494.04** |
| 4 | Software Update License & Support - Oracle Advanced Security - Named User Plus Perpetual - Covered Product Qty: 400; 01-JAN-2025 - 31-DEC-2025 | 1 | N | **10,494.04** |
| 5 | Software Update License & Support - Oracle Database Standard Edition One - Named User Plus Perpetual - Covered Product Qty: 16; 01-JAN-2025 - 31-DEC-2025 | 1 | N | **1,063.42** |
| 6 | Software Update License & Support - Oracle Database Enterprise Edition - Processor Perpetual - Covered Product Qty: 20; 01-JAN-2025 - 31-DEC-2025 | 1 | N | **108,362.23** |
| 7 | Software Update License & Support - Diagnostics Pack for Oracle Middleware - Processor Perpetual - Covered Product Qty: 14; 01-JAN-2025 - 31-DEC-2025 | 1 | N | **11,178.44** |

**101787473**

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 8 | Software Update License & Support - Oracle Advanced Pricing for Oracle Order Management - Enterprise $M in Revenue Perpetual - Covered Product Qty: 600; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 11,272.88 |
| 9 | Software Update License & Support - Oracle Tuning Pack - Processor Perpetual - Covered Product Qty: 20; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 11,406.55 |
| 10 | Software Update License & Support - Oracle Diagnostics Pack - Processor Perpetual - Covered Product Qty: 20; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 11,406.55 |
| 11 | Software Update License & Support - Oracle E-Business Suite UPK for Inventory (over 4K employees and/or over $1 billion in revenue) - UPK Module Perpetual - Covered Product Qty: 1; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 11,406.55 |
| 12 | Software Update License & Support - Oracle Global Order Promising - Enterprise $M Cost of Goods Sold Perpetual - Covered Product Qty: 548; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 12,501.51 |
| 13 | Software Update License & Support - Oracle Diagnostics Pack - Processor Perpetual - Covered Product Qty: 1; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 1,284.11 |
| 14 | Software Update License & Support - Oracle Tuning Pack - Processor Perpetual - Covered Product Qty: 1; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 1,284.11 |
| 15 | Software Update License & Support - Oracle Purchasing - Enterprise $M in Revenue Perpetual - Covered Product Qty: 600; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 12,994.31 |
| 16 | Software Update License & Support - Oracle Partitioning - Processor Perpetual - Covered Product Qty: 10; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 13,117.51 |
| 17 | Software Update License & Support - Oracle Internet Application Server Standard Edition - Processor Perpetual - Covered Product Qty: 10; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 13,117.51 |
| 18 | Software Update License & Support - Oracle Advanced Security - Processor Perpetual - Covered Product Qty: 10; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 13,117.51 |
| 19 | Software Update License & Support - Oracle User Productivity Kit Standard - UPK Developer Perpetual - Covered Product Qty: 5; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 14,258.19 |
| 20 | Software Update License & Support - Oracle WebLogic Suite - Named User Plus Perpetual - Covered Product Qty: 140; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 14,372.28 |
| 21 | Software Update License & Support - Oracle User Productivity Kit - UPK Employee Perpetual - Covered Product Qty: 3047; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 14,895.36 |
| 22 | Software Update License & Support - Oracle Constraint Based Optimization for Oracle Advanced Supply Chain Planning - Enterprise $M Cost of Goods Sold Perpetual - Covered Product Qty: 548; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 15,537.67 |
| 23 | Software Update License & Support - Oracle iSupplier Portal for Oracle Purchasing - Enterprise $M in Revenue Perpetual - Covered Product Qty: 600; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 17,451.95 |

**INVOICE**

**101787473**

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 24 | Software Update License & Support - Oracle iProcurement - Enterprise $M in Revenue Perpetual - Covered Product Qty: 600; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 17,451.95 |
| 25 | Software Update License & Support - Oracle Warehouse Management for Oracle Inventory Management - Enterprise $M in Revenue Perpetual - Covered Product Qty: 600; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 17,745.30 |
| 26 | Software Update License & Support - Oracle Internet Application Server Enterprise Edition - Processor Perpetual - Covered Product Qty: 4; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 18,076.08 |
| 27 | Software Update License & Support - Oracle Internet Application Server Standard Edition - Named User Plus Perpetual - Covered Product Qty: 70; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 1,836.45 |
| 28 | Software Update License & Support - Oracle Diagnostics Pack - Processor Perpetual - Covered Product Qty: 2; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 1,992.32 |
| 29 | Software Update License & Support - Oracle Tuning Pack - Processor Perpetual - Covered Product Qty: 2; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 1,992.32 |
| 30 | Software Update License & Support - Oracle Management Pack Plus for SOA - Named User Plus Perpetual - Covered Product Qty: 60; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 2,053.02 |
| 31 | Software Update License & Support - Oracle iSupplier Portal for Oracle Purchasing - Application User Perpetual - Covered Product Qty: 20; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 22,260.39 |
| 32 | Software Update License & Support - Diagnostics Pack for Oracle Middleware - Named User Plus Perpetual - Covered Product Qty: 140; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 2,235.71 |
| 33 | Software Update License & Support - Oracle Order Management - Enterprise $M in Revenue Perpetual - Covered Product Qty: 600; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 23,492.38 |
| 34 | Software Update License & Support - Oracle Real Application Clusters - Named User Plus Perpetual - Covered Product Qty: 450; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 23,611.55 |
| 35 | Software Update License & Support - Oracle Database Enterprise Edition - Processor Perpetual - Covered Product Qty: 4; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 24,531.84 |
| 36 | Software Update License & Support - Oracle Database Enterprise Edition - Processor Perpetual - Covered Product Qty: 2; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 26,564.37 |
| 37 | Software Update License & Support - Oracle WebCenter Portal - Processor Perpetual - Covered Product Qty: 2; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 28,516.35 |
| 38 | Software Update License & Support - Oracle E-Business Suite UPK for Work in Process (over 4K employees and/or over $1 billion in revenue) - UPK Module Perpetual - Covered Product Qty: 1; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 2,867.90 |
| 39 | Software Update License & Support - Demantra UPK for Demantra Demand Management (over 4K employees and/or over $1 billion in revenue) - UPK Module Perpetual - Covered Product Qty: 1; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 2,867.90 |

**INVOICE**

**101787473**

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 40 | Software Update License & Support - Oracle E-Business Suite UPK iProcurement (over 4K employees and/or over $1 billion in revenue) - UPK Module Perpetual - Covered Product Qty: 1; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 2,867.90 |
| 41 | Software Update License & Support - Oracle Inventory Optimization - Enterprise $M Cost of Goods Sold Perpetual - Covered Product Qty: 548; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 31,075.34 |
| 42 | Software Update License & Support - Oracle Internet Developer Suite - Named User Plus Perpetual - Covered Product Qty: 5; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 3,307.90 |
| 43 | Software Update License & Support - Oracle E-Business Suite UPK Financials Centralized Solution Set (up to 4K employees and up to $1 billion in revenue) - UPK Module Perpetual - Covered Product Qty: 1; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 3,530.55 |
| 44 | Software Update License & Support - Oracle SOA Suite for Oracle Middleware - Processor Perpetual - Covered Product Qty: 6; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 39,352.64 |
| 45 | Software Update License & Support - Oracle Discrete Manufacturing - Enterprise $M in Revenue Perpetual - Covered Product Qty: 600; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 41,161.51 |
| 46 | Software Update License & Support - Oracle Application Integration Architecture Foundation Pack - Named User Plus Perpetual - Covered Product Qty: 40; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 4,197.65 |
| 47 | Software Update License & Support - Oracle Production Scheduling - Enterprise $M Cost of Goods Sold Perpetual - Covered Product Qty: 548; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 43,219.67 |
| 48 | Software Update License & Support - Demantra Advanced Forecasting and Demand Modeling for Demantra Demand Management - Enterprise $M Cost of Goods Sold Perpetual - Covered Product Qty: 548; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 43,505.42 |
| 49 | Software Update License & Support - Application Change Management Pack for Oracle E-Business Suite - Processor Perpetual - Covered Product Qty: 6; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 4,790.79 |
| 50 | Software Update License & Support - Application Management Pack for E-Business Suite - Processor Perpetual - Covered Product Qty: 6; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 4,790.79 |
| 51 | Software Update License & Support - Oracle Enterprise Governance, Risk, and Compliance Controls Suite - Enterprise $M in Revenue Perpetual - Covered Product Qty: 600; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 48,163.29 |
| 52 | Software Update License & Support - Oracle Financials - Enterprise $M in Revenue Perpetual - Covered Product Qty: 600; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 50,449.52 |
| 53 | Software Update License & Support - Oracle Advanced Supply Chain Planning - Enterprise $M Cost of Goods Sold Perpetual - Covered Product Qty: 548; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 52,343.06 |
| 54 | Software Update License & Support - Oracle Real Application Clusters - Processor Perpetual - Covered Product Qty: 20; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 52,470.17 |

**101787473**

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 55 | Software Update License & Support - Oracle iStore - Enterprise $M in Revenue Perpetual - Covered Product Qty: 600; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 5,279.61 |
| 56 | Software Update License & Support - Oracle E-Business Suite UPK iSupplier Portal (over 4K employees and/or over $1 billion in revenue) - UPK Module Perpetual - Covered Product Qty: 1; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 5,703.24 |
| 57 | Software Update License & Support - Oracle E-Business Suite UPK for Oracle Advanced Supply Chain Planning (over 4K employees and/or over $1 billion in revenue) - UPK Module Perpetual - Covered Product Qty: 1; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 5,703.24 |
| 58 | Software Update License & Support - Oracle E-Business Suite UPK for Order Management (over 4K employees and/or over $1 billion in revenue) - UPK Module Perpetual - Covered Product Qty: 1; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 5,784.78 |
| 59 | Software Update License & Support - Oracle Database Enterprise Edition - Named User Plus Perpetual - Covered Product Qty: 575; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 62,308.30 |
| 60 | Software Update License & Support - Oracle Tuning Pack - Named User Plus Perpetual - Covered Product Qty: 575; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 6,558.78 |
| 61 | Software Update License & Support - Oracle Diagnostics Pack - Named User Plus Perpetual - Covered Product Qty: 575; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 6,558.78 |
| 62 | Software Update License & Support - Oracle E-Business Suite UPK Purchasing (Up to 4K employees and up to $1 billion in revenue) - UPK Module Perpetual - Covered Product Qty: 1; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 7,060.99 |
| 63 | Software Update License & Support - Oracle WebLogic Suite - Processor Perpetual - Covered Product Qty: 14; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 71,861.30 |
| 64 | Software Update License & Support - Oracle BPEL Process Manager - Processor Perpetual - Covered Product Qty: 1; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 7,746.90 |
| 65 | Software Update License & Support - Oracle SOA Suite for Oracle Middleware - Named User Plus Perpetual - Covered Product Qty: 60; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 8,212.69 |
| 66 | Software Update License & Support - Application Change Management Pack for Oracle E-Business Suite - Named User Plus Perpetual - Covered Product Qty: 60; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 958.15 |
| 67 | Software Update License & Support - Application Management Pack for E-Business Suite - Named User Plus Perpetual - Covered Product Qty: 60; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 958.15 |
| 68 | Software Update License & Support - Oracle Treasury - Enterprise $M in Revenue Perpetual - Covered Product Qty: 600; 01-JAN-2025 - 31-DEC-2025 | 1 | N | 9,972.57 |

Please beware of phishing attempts. Should you have any questions or concerns about your invoice, please contact your Oracle collections department for assistance.

✉ collections_us@oracle.com          🔗 oracle.com/invoicing          ☎ (888) 803-7414          Federal Tax ID: ▮▮▮▮5249

!  .  -  ( &

# INVOICE

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 69,568.59 | 21-JUN-2025 | **101945624** |

| | |
|---|---|
| **PO Number** | |
| **Invoice Date** | 22-MAY-2025 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract Number** | 10171684 |
| **End User** | BRAKE PARTS INC |

| | |
|---|---|
| **Subtotal** | **69,568.59** |
| Tax | 0.00 |
| **Total** | **69,568.59 USD** |

## Payment Instructions

Reference Invoice Number: **101945624**

**Wire Funds To**

Wells Fargo Bank
ACCT: ███████0841
SWIFT Code: ████US6S
ABA: ████0248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

**Credit card, PayPal,
or eCheck Payments**

Visit shop.oracle.com

**Special Instructions**

**Bill To**

**BRAKE PARTS INC**
Edward  Stayman
4400 Prime Pkwy
McHenry, IL 60050
United States

**Ship To**

**BRAKE PARTS INC**
4400 Prime Parkway
McHenry, IL 60050
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Oracle Linux Premier Support – Oracle 1 Click Ordering - System - Oracle Linux - Oracle 1-Click Ordering - Covered Product Qty: 30; 28-MAY-2025 - 27-MAY-2026 | 1 | N | **69,568.59** |

Please beware of phishing attempts. Should you have any questions or concerns about your invoice, please contact your Oracle collections department for assistance.

 **INVOICE**

| **Total Amount** | **Due Date** | **Invoice Number** |
|---|---|---|
| 23,501.68 | 17-AUG-2025 | **102040477** |

| | |
|---|---|
| **PO Number** | |
| **Invoice Date** | 18-JUL-2025 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract Number** | 21421209 |
| **End User** | BRAKE PARTS INC |

| | |
|---|---|
| **Subtotal** | **23,501.68** |
| **Tax** | 0.00 |
| **Total** | **23,501.68 USD** |

## Payment Instructions

Reference Invoice Number: **102040477**

**Wire Funds To**

Wells Fargo Bank
ACCT: ▇▇▇0841
SWIFT Code: ▇▇US6S
ABA: ▇▇0248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

**Credit card, PayPal, or eCheck Payments**

Visit shop.oracle.com

**Special Instructions**

**Bill To**

**BRAKE PARTS INC**
Edward  Stayman
4400 Prime Pkwy
McHenry, IL 60050
United States

**Ship To**

**BRAKE PARTS INC**
4400 Prime Pkwy
McHenry, IL 60050
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| | Software Update License & Support; 15-JUL-2025 - 14-JUL-2026 | 1 | N | **23,501.68** |

Please beware of phishing attempts. Should you have any questions or concerns about your invoice, please contact your Oracle collections department for assistance.

✉ collections_us@oracle.com   🔗 oracle.com/invoicing   📞 (888) 803-7414   Federal Tax ID: ▇▇5249

📍 Oracle America, Inc.
500 Oracle Parkway, Redwood Shores, California, United States 94065



# INVOICE

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 24,705.93 | 30-SEP-2025 | **102106629** |

| | |
|---|---|
| **PO Number** | 544193 |
| **Invoice Date** | 31-AUG-2025 |
| **Payment Terms** | Net Due in 30 Days |
| **Plan Number** | 11584340 |
| **Agreement** | Cloud Services Agreement (CSA) Online_v062223_US |
| **End User** | BRAKE PARTS INC |

| | |
|---|---|
| **Subtotal** | **24,705.93** |
| **Tax** | 0.00 |

## Total                    24,705.93 USD

### Payment Instructions

Reference Invoice Number: **102106629**

**Wire Funds To**

Wells Fargo Bank
ACCT: ███████0841
SWIFT Code: ████US6S
ABA: ████0248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

**Credit card, PayPal, or eCheck Payments**

Visit shop.oracle.com

| Bill To | Ship To |
|---|---|
| **BRAKE PARTS INC**<br>Ed Stayman<br>4400 Prime Parkway<br>McHenry, IL 60050<br>United States | **BRAKE PARTS INC**<br>Ed Stayman<br>4400 Prime Parkway<br>McHenry, IL 60050<br>United States |

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | B91068 : Oracle Fusion Sales and Service Standard Cloud Service - Hosted Named User : 31-Aug-2025 - 29-Nov-2025 Quantity : 140 Quote: CPQ-3388545 Order: 41537518 | 1 | N | **21,617.69** |
| 2 | B91068 : Oracle Fusion Sales and Service Standard Cloud Service - Hosted Named User : 31-Aug-2025 - 29-Nov-2025 Quantity : 20 Quote: CPQ-3388545 Order: 41537518 | 1 | N | **3,088.24** |

Please beware of phishing attempts. Should you have any questions or concerns about your invoice, please contact your Oracle collections department for assistance.



# INVOICE

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 5,404.42 | 30-SEP-2025 | **102106630** |

| | |
|---|---|
| **PO Number** | POEF1 - Accepted Online |
| **Invoice Date** | 31-AUG-2025 |
| **Payment Terms** | Net Due in 30 Days |
| **Plan Number** | 11584340 |
| **Agreement** | Cloud Services Agreement (CSA) Online_v062223_US |
| **End User** | BRAKE PARTS INC |

| | |
|---|---|
| **Subtotal** | **5,404.42** |
| **Tax** | 0.00 |

## Total                          5,404.42 USD

## Payment Instructions

Reference Invoice Number: **102106630**

**Wire Funds To**

Wells Fargo Bank
ACCT: ███████0841
SWIFT Code: ██████US6S
ABA: ██████0248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

**Credit card, PayPal, or eCheck Payments**

Visit shop.oracle.com

| Bill To | Ship To |
|---|---|
| **BRAKE PARTS INC** | **BRAKE PARTS INC** |
| Ed Stayman | Ed Stayman |
| 4400 Prime Parkway | 4400 Prime Parkway |
| McHenry, IL 60050 | McHenry, IL 60050 |
| United States | United States |

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | B91068 : Oracle Fusion Sales and Service Standard Cloud Service - Hosted Named User : 31-Aug-2025 - 29-Nov-2025 Quantity : 35 Quote: CPQ-3591179 Order: 42128278 | 1 | N | **5,404.42** |

Please beware of phishing attempts. Should you have any questions or concerns about your invoice, please contact your Oracle collections department for assistance.

**ORACLE**

# INVOICE

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 1,111.55 | 02-MAR-2026 | **102344272** |

| | |
|---|---|
| **PO Number** | POEF1 - Accepted Online |
| **Invoice Date** | 31-JAN-2026 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract ID** | 10595970 |
| **Agreement** | US-TCSAv012418 |
| **End User** | BRAKE PARTS INC |
| **Subtotal** | **1,111.55** |
| **Tax** | 0.00 |
| **Total** | **1,111.55 USD** |

## Payment Instructions

Reference Invoice Number: **102344272**

**Wire Funds To**

Wells Fargo Bank
ACCT: ███████0841
SWIFT Code: ████US6S
ABA: ████0248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

**View Invoices and Pay Online**

🔗 customercenter.oracle.com

**Bill To**

**BRAKE PARTS INC**
Thomas Sheppard
4400 Prime Pkwy
McHenry, IL 60050
United States

**Ship To**

**BRAKE PARTS INC**
Thomas Sheppard
4400 Prime Pkwy
McHenry, IL 60050
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Usage Billing - B89644 : Oracle Integration Cloud Service - Enterprise - BYOL - 20K Messages Per Hour : 01-Jan-2026 - 14-Jan-2026, Acc. Name : brakepartsinc2 | 1 | N | **106.46** |
| 2 | Usage Billing - B88167 : Oracle Identity Cloud - Standard - Active User Per Hour : 01-Jan-2026 - 31-Jan-2026, Acc. Name : brakepartsinc2 | 1 | N | **46.40** |
| 3 | Usage Billing - B89640 : Oracle Integration Cloud Service - Enterprise - 5K Messages Per Hour : 01-Jan-2026 - 31-Jan-2026, Acc. Name : brakepartsinc2 | 1 | N | **958.69** |

Please beware of phishing attempts. Should you have any questions or concerns about your invoice, please contact your Oracle collections department for assistance.

# INVOICE

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 24,705.93 | 30-MAR-2026 | **102391536** |

| | |
|---|---|
| **PO Number** | 544193 |
| **Invoice Date** | 28-FEB-2026 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract ID** | 11584340 |
| **Agreement** | Cloud Services Agreement (CSA) Online_v062223_US |
| **End User** | BRAKE PARTS INC |
| **Subtotal** | **24,705.93** |
| **Tax** | 0.00 |

## Payment Instructions

Reference Invoice Number: **102391536**

**Wire Funds To**

Wells Fargo Bank
ACCT: ▮▮▮▮0841
SWIFT Code: WFBIUS6S
ABA: 121000248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

**View Invoices and Pay Online**

customercenter.oracle.com

# Total          24,705.93 USD

**Bill To**

**BRAKE PARTS INC**
Ed Stayman
4400 Prime Parkway
McHenry, IL 60050
United States

**Ship To**

**BRAKE PARTS INC**
Ed Stayman
4400 Prime Parkway
McHenry, IL 60050
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | B91068: Oracle Fusion Sales and Service Standard Cloud Service - Hosted Named User; 28-FEB-2026 - 30-MAY-2026; Contract Order Reference: CPQ-3388545 | 140 | N | **21,617.68** |
| 2 | B91068: Oracle Fusion Sales and Service Standard Cloud Service - Hosted Named User; 28-FEB-2026 - 30-MAY-2026; Contract Order Reference: CPQ-3388545 | 20 | N | **3,088.25** |

Please beware of phishing attempts. Should you have any questions or concerns about your invoice, please contact your Oracle collections department for assistance.

# INVOICE

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 5,462.55 | 30-MAR-2026 | **102391537** |

| | |
|---|---|
| **PO Number** | POEF1 - Accepted Online |
| **Invoice Date** | 28-FEB-2026 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract ID** | 11584340 |
| **Agreement** | Cloud Services Agreement (CSA) Online_v062223_US |
| **End User** | BRAKE PARTS INC |
| **Subtotal** | **5,462.55** |
| **Tax** | 0.00 |

## Total                  5,462.55 USD

### Payment Instructions

Reference Invoice Number: **102391537**

**Wire Funds To**

Wells Fargo Bank
ACCT: ▮▮▮▮0841
SWIFT Code: ▮▮▮US6S
ABA: ▮▮▮0248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

**View Invoices and Pay Online**

⟜ customercenter.oracle.com

**Bill To**

**BRAKE PARTS INC**
Ed Stayman
4400 Prime Parkway
McHenry, IL 60050
United States

**Ship To**

**BRAKE PARTS INC**
Ed Stayman
4400 Prime Parkway
McHenry, IL 60050
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | B91068: Oracle Fusion Sales and Service Standard Cloud Service - Hosted Named User; 28-FEB-2026 - 30-MAY-2026; Contract Order Reference: CPQ-3591179 | 35 | N | **5,462.55** |

Please beware of phishing attempts. Should you have any questions or concerns about your invoice, please contact your Oracle collections department for assistance.

# INVOICE

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 878.84 | 30-MAR-2026 | **102399405** |

| | |
|---|---|
| **PO Number** | POEF1 - Accepted Online |
| **Invoice Date** | 28-FEB-2026 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract ID** | 10595970 |
| **Agreement** | US-TCSAv012418 |
| **End User** | BRAKE PARTS INC |
| **Subtotal** | **878.84** |
| **Tax** | 0.00 |
| **Total** | **878.84 USD** |

## Payment Instructions

Reference Invoice Number: **102399405**

**Wire Funds To**

Wells Fargo Bank
ACCT: ▮▮▮▮0841
SWIFT Code: ▮▮▮US6S
ABA: ▮▮▮0248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

**View Invoices and Pay Online**

🔗 customercenter.oracle.com

**Bill To**

**BRAKE PARTS INC**
Thomas Sheppard
4400 Prime Pkwy
McHenry, IL 60050
United States

**Ship To**

**BRAKE PARTS INC**
Thomas Sheppard
4400 Prime Pkwy
McHenry, IL 60050
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Usage Billing - B88167 : Oracle Identity Cloud - Standard - Active User Per Hour : 01-Feb-2026 - 27-Feb-2026, Acc. Name : brakepartsinc2 | 1 | N | **11.76** |
| 2 | Usage Billing - B89640 : Oracle Integration Cloud Service - Enterprise - 5K Messages Per Hour : 01-Feb-2026 - 28-Feb-2026, Acc. Name : brakepartsinc2 | 1 | N | **867.08** |

Please beware of phishing attempts. Should you have any questions or concerns about your invoice, please contact your Oracle collections department for assistance.

# INVOICE

| | | |
|---|---|---|
| **Total Amount** | **Due Date** | **Invoice Number** |
| 962.14 | 30-APR-2026 | **102442615** |

| | |
|---|---|
| **PO Number** | POEF1 - Accepted Online |
| **Invoice Date** | 31-MAR-2026 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract ID** | 10595970 |
| **Agreement** | US-TCSAv012418 |
| **End User** | BRAKE PARTS INC |
| **Subtotal** | **962.14** |
| **Tax** | 0.00 |
| **Total** | **962.14 USD** |

## Payment Instructions

Reference Invoice Number: **102442615**

**Wire Funds To**

Wells Fargo Bank
ACCT: ▮▮▮0841
SWIFT Code: ▮▮US6S
ABA: ▮▮0248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

**View Invoices and Pay Online**

⟢ customercenter.oracle.com

---

**Bill To**

**BRAKE PARTS INC**
Thomas Sheppard
4400 Prime Pkwy
McHenry, IL 60050
United States

**Ship To**

**BRAKE PARTS INC**
Thomas Sheppard
4400 Prime Pkwy
McHenry, IL 60050
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Usage Billing - B89640 : Oracle Integration Cloud Service - Enterprise - 5K Messages Per Hour : 01-Mar-2026 - 31-Mar-2026, Acc. Name : brakepartsinc2 | 1 | N | **959.98** |
| 2 | Usage Billing - B88167 : Oracle Identity Cloud - Standard - Active User Per Hour : 02-Mar-2026 - 30-Mar-2026, Acc. Name : brakepartsinc2 | 1 | N | **2.16** |

Please beware of phishing attempts. Should you have any questions or concerns about your invoice, please contact your Oracle collections department for assistance.

**INVOICE**

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 0.20 | 30-APR-2026 | **102442616** |

| | |
|---|---|
| **PO Number** | POEF1 - Accepted Online |
| **Invoice Date** | 31-MAR-2026 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract ID** | 10595970 |
| **Agreement** | US-TCSAv012418 |
| **End User** | BRAKE PARTS INC |
| **Subtotal** | **0.20** |
| **Tax** | 0.00 |
| **Total** | **0.20 USD** |

## Payment Instructions

Reference Invoice Number: **102442616**

**Wire Funds To**

Wells Fargo Bank
ACCT: █████0841
SWIFT Code: ███US6S
ABA: ████0248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

**View Invoices and Pay Online**

🔗 customercenter.oracle.com

**Bill To**

**BRAKE PARTS INC**
Thomas Sheppard
4400 Prime Pkwy
McHenry, IL 60050
United States

**Ship To**

**BRAKE PARTS INC**
Thomas Sheppard
4400 Prime Pkwy
McHenry, IL 60050
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Usage Billing - B88167 : Oracle Identity Cloud - Standard - Active User Per Hour : 31-Mar-2026 - 31-Mar-2026, Acc. Name : brakepartsinc2 | 1 | N | **0.20** |

Please beware of phishing attempts. Should you have any questions or concerns about your invoice, please contact your Oracle collections department for assistance.

# INVOICE

| **Total Amount** | **Due Date** | **Invoice Number** |
|---|---|---|
| 929.78 | 30-MAY-2026 | **102492927** |

| | |
|---|---|
| **PO Number** | POEF1 - Accepted Online |
| **Invoice Date** | 30-APR-2026 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract ID** | 10595970 |
| **Agreement** | US-TCSAv012418 |
| **End User** | BRAKE PARTS INC |
| **Subtotal** | **929.78** |
| **Tax** | 0.00 |
| **Total** | **929.78 USD** |

## Payment Instructions

Reference Invoice Number: **102492927**

**Wire Funds To**

Wells Fargo Bank
ACCT: ████0841
SWIFT Code: ██US6S
ABA: ████0248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

View Invoices and Pay Online

customercenter.oracle.com

**Bill To**

**BRAKE PARTS INC**
Thomas Sheppard
4400 Prime Pkwy
McHenry, IL 60050
United States

**Ship To**

**BRAKE PARTS INC**
Thomas Sheppard
4400 Prime Pkwy
McHenry, IL 60050
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Usage Billing - B88167 : Oracle Identity Cloud - Standard - Active User Per Hour : 01-Apr-2026 - 23-Apr-2026, Acc. Name : brakepartsinc2 | 1 | N | **0.76** |
| 2 | Usage Billing - B89640 : Oracle Integration Cloud Service - Enterprise - 5K Messages Per Hour : 01-Apr-2026 - 30-Apr-2026, Acc. Name : brakepartsinc2 | 1 | N | **929.02** |

Please beware of phishing attempts. Should you have any questions or concerns about your invoice, please contact your Oracle collections department for assistance.

**INVOICE**

| | | |
|---|---|---|
| **Total Amount** | **Due Date** | **Invoice Number** |
| 961.66 | 30-JUN-2026 | **102547692** |

| | |
|---|---|
| **PO Number** | POEF1 - Accepted Online |
| **Invoice Date** | 31-MAY-2026 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract ID** | 10595970 |
| **Agreement** | US-TCSAv012418 |
| **End User** | BRAKE PARTS INC |
| **Subtotal** | **961.66** |
| **Tax** | 0.00 |
| **Total** | **961.66 USD** |

### Payment Instructions

Reference Invoice Number: **102547692**

**Wire Funds To**

Wells Fargo Bank
ACCT: ▮▮▮▮0841
SWIFT Code: ▮▮▮US6S
ABA: ▮▮▮0248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

**View Invoices and Pay Online**

🔗 customercenter.oracle.com

**Bill To**

**BRAKE PARTS INC**
Thomas Sheppard
4400 Prime Pkwy
McHenry, IL 60050
United States

**Ship To**

**BRAKE PARTS INC**
Thomas Sheppard
4400 Prime Pkwy
McHenry, IL 60050
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Usage Billing - B88167 : Oracle Identity Cloud - Standard - Active User Per Hour : 01-May-2026 - 29-May-2026, Acc. Name : brakepartsinc2 | 1 | N | **1.08** |
| 2 | Usage Billing - B88167 : Oracle Identity Cloud - Standard - Active User Per Hour : 29-Apr-2026 - 30-Apr-2026, Acc. Name : brakepartsinc2 | 1 | N | **0.60** |
| 3 | Usage Billing - B89640 : Oracle Integration Cloud Service - Enterprise - 5K Messages Per Hour : 01-May-2026 - 31-May-2026, Acc. Name : brakepartsinc2 | 1 | N | **959.98** |

Please beware of phishing attempts. Should you have any questions or concerns about your invoice, please contact your Oracle collections department for assistance.

**ORACLE**

# INVOICE

| | | |
|---|---|---|
| **Total Amount**<br>929.38 | **Due Date**<br>30-JUL-2026 | **Invoice Number**<br>**102592139** |

| | |
|---|---|
| **PO Number** | POEF1 - Accepted Online |
| **Invoice Date** | 30-JUN-2026 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract ID** | 10595970 |
| **Agreement** | US-TCSAv012418 |
| **End User** | BRAKE PARTS INC |
| | |
| **Subtotal** | **929.38** |
| **Tax** | 0.00 |
| **Total** | **929.38 USD** |

## Payment Instructions

Reference Invoice Number: **102592139**

**Wire Funds To**

Wells Fargo Bank
ACCT: ████0841
SWIFT Code: ███US6S
ABA: ████0248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

**View Invoices and Pay Online**

🔗 customercenter.oracle.com

**Bill To**

**BRAKE PARTS INC**
Thomas Sheppard
4400 Prime Pkwy
McHenry, IL 60050
United States

**Ship To**

**BRAKE PARTS INC**
Thomas Sheppard
4400 Prime Pkwy
McHenry, IL 60050
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Usage Billing - B88167 : Oracle Identity Cloud - Standard - Active User Per Hour : 01-Jun-2026 - 29-Jun-2026, Acc. Name : brakepartsinc2 | 1 | N | **0.36** |
| 2 | Usage Billing - B89640 : Oracle Integration Cloud Service - Enterprise - 5K Messages Per Hour : 01-Jun-2026 - 30-Jun-2026, Acc. Name : brakepartsinc2 | 1 | N | **929.02** |

Please beware of phishing attempts. Should you have any questions or concerns about your invoice, please contact your Oracle collections department for assistance.