| Invoice No. | Invoice Date | Amount | Service Period | Amount Due |
|---|---|---|---|---|
| 101945624 | 22-May-2025 | 69,568.59 | 5/28/25-5/27/26 | 46,124.93 |
| 102040477 | 18-Jul-2025 | 23,501.68 | 7/15/25-7/14/26 | 18,608.18 |
| 102106629 | 31-Aug-2025 | 24,705.93 | 8/31/25-11/29/25 | 17,104.11 |
| 102106630 | 31-Aug-2025 | 5,404.42 | 8/31/25-11/29/25 | 3,741.53 |
| 102344272 | 31-Jan-2026 | 1,111.55 | 1/1/26-1/31/26 | 1,111.55 |
| 102391536 | 28-Feb-2026 | 24,705.93 | 2/28/26-5/30/26 | 24,705.93 |
| 102391537 | 28-Feb-2026 | 5,462.55 | 2/28/26-5/30/26 | 5,462.55 |
| 102399405 | 28-Feb-2026 | 878.84 | 2/1/26-2/28/26 | 878.84 |
| 102442615 | 31-Mar-2026 | 962.14 | 3/1/26-3/31/26 | 962.14 |
| 102442616 | 31-Mar-2026 | 0.20 | 3/1/26-3/31/26 | 0.20 |
| 102492927 | 30-Apr-2026 | 929.78 | 4/1/26-4/30/26 | 929.78 |
| 102547692 | 31-May-2026 | 961.66 | 5/1/26-5/31/26 | 961.66 |
| 102592139 | 30-Jun-2026 | 929.38 | 6/1/26-6/30/26 | 929.38 |
| 101787458 | 14-Feb-2025 | 102,288.04 | 1/1/25-12/31/25 | 26,342.83 |
| 101787473 | 14-Feb-2025 | 1,199,764.99 | 1/1/25-12/31/25 | 308,980.57 |
|  |  |  | Total | 456,844.18 |