**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | § § | **Chapter 11** |
|  | § |  |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
|  | § |  |
| **Debtors.**[*] | § | **(Jointly Administered)** |
|  | § |  |
|  | § |  |

**LAM PARTIES' NOTICE AND RESERVATION OF RIGHTS**

1.      Under the Plan,[1] all Entities holding Claims, Interests, or Causes of Action that are released or exculpated under the Plan are permanently enjoined from, among other things, asserting any right of setoff of any kind against any obligation due from the FBG Debtors, their Estates, the Wind Down Administrator, the Claims Ombudsman, the Litigation Trust and its Assets, the DIP Collateral Trust and its Assets, the ABL Collateral Trust and its Assets, the Released Parties, and/or the Exculpated Parties, *unless* "such Entity has timely asserted such setoff right either in a filed proof of Claim or in another document filed with the Bankruptcy Court explicitly preserving such setoff or that otherwise indicates that such Entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise."  Plan § 13.4(b).

2.      Leucadia Asset Management LLC, acting through its Point Bonita Capital Division, LAM Trade Finance Group LLC ("**LAM TFG**"), LAM Trade Finance Group I SPV LLC ("**LAM SPV**"), and LAM Trade Finance Group II LLC ("**LAM II**," and together with Leucadia Asset Management LLC, LAM TFG and LAM SPV, "**LAM**" or the "**LAM Parties**")

---

[*]  A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[1]  The "**Plan**" means the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* [Docket No. 3448] (as may be amended, modified, or supplemented from time to time).  Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Plan.

hereby file this Notice and Reservation of Rights to provide notice in accordance with section 13.4(b) of the Plan that they each reserve, preserve, and do not waive, release, or relinquish any and all rights of setoff, recoupment, or similar rights that they may have against the FBG Debtors, their Estates, or any successor thereto.

3.      Nothing in this Notice and Reservation of Rights constitutes an admission as to the validity of any claim against the LAM Parties or a waiver of any of the LAM Parties' respective rights, remedies, claims, or defenses under the Bankruptcy Code or any other applicable law.

Dated:  August 4, 2026
Houston, Texas


*/s/ Paul E. Heath*
**VINSON & ELKINS LLP**
Paul E. Heath (TX 09355050)
Matthew D. Struble (TX 24102544)
845 Texas Avenue, Suite 4700
Houston, TX  77002
Tel:  713.758.2222
Email: pheath@velaw.com
        mstruble@velaw.com

**WACHTELL, LIPTON, ROSEN & KATZ**
Emil A. Kleinhaus (admitted *pro hac vice*)
Angela K. Herring (admitted *pro hac vice*)
Michael H. Cassel (admitted *pro hac vice*)
51 West 52nd Street
New York, NY  10019
Tel:  212.403.1000
Email: eakleinhaus@wlrk.com
        akherring@wlrk.com
        mhcassel@wlrk.com

*COUNSEL TO LAM PARTIES*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Paul E. Heath*
One of Counsel