**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | **Re: Docket No. 700, 1086, 2223, 2667, 2682** |

**NOTICE OF FILING FIFTH SUPPLEMENTAL**
**SCHEDULE OF ORDINARY COURSE PROFESSIONALS**

**PLEASE TAKE NOTICE** that, on November 17, 2025, the Court entered the *Order Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business Effective as of Petition Date* (Docket No. 700) (the "**OCP Order**").[2]  The OCP Order included a nonexclusive list of the Debtors' ordinary course professionals ("**OCPs**"), annexed thereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 1(v) of the OCP Order, the Debtors are authorized to retain additional OCPs throughout these cases, provided that each additional OCP file an OCP Declaration with the Court.

**PLEASE TAKE FURTHER NOTICE** that, on December 23, 2025, the Debtors filed the *Notice of Filing Supplemental Schedule of Ordinary Course Professionals* (Docket No. 1086) identifying additional OCPs.

**PLEASE TAKE FURTHER NOTICE** that, on March 24, 2026, the Debtors filed the *Notice of Filing Second Supplemental Schedule of Ordinary Course Professionals* (Docket No. 2223) identifying further additional OCPs.

---

[1]  A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the OCP Order.

**PLEASE TAKE FURTHER NOTICE** that, on May 13, 2026, the Debtors filed the *Notice of Filing Third Supplemental Schedule of Ordinary Course Professionals* (Docket No. 2667) identifying further additional OCPs.

**PLEASE TAKE FURTHER NOTICE** that, on May 14, 2026, the Debtors filed the *Notice of Filing Fourth Supplemental Schedule of Ordinary Course Professionals* (Docket No. 2682) identifying further additional OCPs.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 1(v) of the OCP Order, the Debtors hereby supplement the OCP Schedule to include: (i) Katten Muchin Rosenman LLP effective as of June 18, 2026, (ii) Troutman Pepper Locke LLP effective as of July 1, 2026 and (iii) Clark Hill PLC effective as of July 31, 2026, each as set forth on **Exhibit A** attached hereto (the "**Fifth Supplemental OCP Schedule**").

2

Dated: August 4, 2026
      Houston, Texas

                    /s/ *Clifford W. Carlson*
                    WEIL, GOTSHAL & MANGES LLP
                    Gabriel A. Morgan (24125891)
                    Clifford W. Carlson (24090024)
                    700 Louisiana Street, Suite 3700
                    Houston, Texas 77002
                    Telephone:  (713) 546-5000
                    Facsimile:  (713) 224-9511
                    Email:  gabriel.morgan@weil.com
                           clifford.carlson@weil.com

                    -and-

                    WEIL, GOTSHAL & MANGES LLP
                    Matthew S. Barr (admitted *pro hac vice*)
                    Sunny Singh (admitted *pro hac vice*)
                    Andriana Georgallas (admitted *pro hac vice*)
                    Kevin Bostel (admitted *pro hac vice*)
                    Jason George (admitted *pro hac vice*)
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone:  (212) 310-8000
                    Facsimile:  (212) 310-8007
                    Email:   Matt.Barr@weil.com
                         Sunny.Singh@weil.com
                         Andriana.Georgallas@weil.com
                         Kevin.Bostel@weil.com
                         Jason.George@weil.com

                    *Attorneys for Debtors*
                    *and Debtors in Possession*

3

**<u>Certificate of Service</u>**

I hereby certify that on August 4, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

<u>  /s/  Clifford W. Carlson         </u>
Clifford W. Carlson

**Exhibit A**

**Fifth Supplemental OCP Schedule**

| Professional Firm | Address | Nature of Work | Tier |
|---|---|---|---|
| Katten Muchin Rosenman LLP | Attn: Cindi M. Giglio 50 Rockefeller Plaza New York, NY 10020-1605 | Legal – Corporate | Tier 1 |
| Troutman Pepper Locke LLP | Attn: Mark A. Silverman 225 W. Randolph Street, Suite 2600, Chicago, IL 60606 | Legal – Corporate | Tier 1 |
| Clark Hill PLC | Attn: Kevin H. Morse 130 E. Randolph Street, Suite 3900, Chicago, IL 60601 | Legal – Corporate | Tier 1 |