**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**DECLARATION AND DISCLOSURE STATEMENT OF KEVIN H. MORSE
ON BEHALF OF CLARK HILL PLC**

I, Kevin H. Morse, hereby declare, pursuant to section 1746 of title 28 of the United States Code:

1.  I am a member of Clark Hill PLC located at 130 E. Randolph Street, Suite 3900, Chicago, Illinois 60601 (the "Firm").

2.  First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), have requested that the Firm provide collection and litigation services, and the Firm has consented to provide such services (the "Services").

3.  The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties-in-interest in these chapter 11 cases. Except as set forth on Exhibit A, the Firm does not perform services for any such person in

---

[1]  A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

connection with these chapter 11 cases.  In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

4.   Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5.   Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates, with respect to the matters on which the Firm is to be retained.

6.   The Debtors owe the Firm $0.00 for prepetition services.

7.   As of September 24, 2025, the date on which the Debtors commenced certain of the above captioned chapter 11 cases, the Firm was not a party to an agreement with the Debtors that provides for the indemnification by the Debtors of the Firm in connection with the Services.

8.   The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   _August 4_____, 2026

By:   _____

**Kevin H. Morse**
**Clark Hill PLC**

**Exhibit A**

The Firm has represented the following creditors in the past and in these chapter 11 cases by filing proofs of claims:

Arlanxeo USA LLC
Epicor Software,
Kawasaki Motors,
General Dynamics,
St. Clair Technologies, and
CSI Leasing

The Firm's representation of these creditors previously and in these chapter 11 cases is not adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.