AO 435
(Rev. 10/23)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

| FOR COURT USE ONLY |
| --- |
| DUE DATE: |

*Please Read Instructions:*

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
| --- | --- | --- |
| Quinn Emanuel Urquhart & Sullivan.  A. Rodriguez | (713) 221-7000 | 08/05/2026 |

| 4. DELIVERY ADDRESS OR EMAIL | 5. CITY | 6. STATE | 7. ZIP CODE |
| --- | --- | --- | --- |
| adamrodriguez@quinnemanuel.com | Houston | TX | 77002 |

| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS | |
| --- | --- | --- | --- |
| 25-90399 | Hon. Christopher M. Lopez | 10. FROM 7/24/2026 | 11. TO 7/24/2026 |

| 12. CASE NAME | LOCATION OF PROCEEDINGS | |
| --- | --- | --- |
| First Brands Group, LLC, et al. | 13. CITY Houston | 14. STATE TX |

**15. ORDER FOR**

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☒ BANKRUPTCY |
| --- | --- | --- | --- |
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
| --- | --- | --- | --- |
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Entire proceeding | 7/24/2026 |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
| --- | --- | --- | --- | --- | --- |
| 30-Day | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| 7-Day | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| Next-Day | ☐ | ☒ | NO. OF COPIES | | |
| 2-Hour | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
| --- | --- | --- |

| 18. SIGNATURE /s/ Adam Rodriguez | PROCESSED BY |
| --- | --- |

| 19. DATE 8/5/2026 | PHONE NUMBER |
| --- | --- |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
| --- | --- |

| ORDER RECEIVED | DATE | BY | | |
| --- | --- | --- | --- | --- |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY