**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **FIRST BRANDS GROUP, LLC, *et al.*** | ) | **Case No. 25-90399 (CML)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** [1] | ) | |
| | ) | |
| | ) | |

**ING BELGIUM S.A./N.V. NOTICE**
**AND RESERVATION OF RIGHTS**

ING Belgium S.A./N.V. ("ING Belgium"), by and through their undersigned counsel, hereby respectfully submits this Notice and Reservation of Rights to provide notice in accordance with section 13.4(b) of the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* [Dkt. No. 3448] (the "Plan") and respectfully states as follows:

1.      Pursuant to the terms of the Plan, all Entities holding Claims, Interests, or Causes of Action that are released or exculpated under the Plan are permanently enjoined from, among other things, asserting any right of setoff of any kind against any obligation due from the FBG Debtors, their Estates, the Wind Down Administrator, the Claims Ombudsman, the Litigation Trust and its Assets, the DIP Collateral Trust and its Assets, the ABL Collateral Trust and its Assets, the Released Parties, and/or the Exculpated Parties, *unless* "such Entity has timely asserted such setoff right either in a filed proof of Claim or in another document filed with the Bankruptcy Court explicitly preserving such

---

[1]      A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

setoff or that otherwise indicates that such Entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise." Plan § 13.4(b).

2. Prior to commencement of the Chapter 11 Cases, ING Belgium paid a purchase price of approximately $157,740,708.93 for the Debtor Sellers' rights, title and interest in the Purchased Receivables. As of the Petition Date, ING Belgium had not received payment on account of the Purchased Receivables and has asserted claims, *inter alia*, for amounts arising under or in connection with the Receivables Facility Documents (including interest and fees) as well as in connection with, related to, or arising out of the pre-petition actions, events and activities of the Debtors further detailed in various filings before this Court including the Examiner's Report, including for fraud and misrepresentation. *See, e.g.*, Proof of Claim Nos. 2319, 2407, 2408, 2409, 2410, 2411 and 2412.

3. Notwithstanding that ING Belgium was a victim of the Debtors' fraud and did not receive any payment on account of the Purchase Receivables prior to the Petition Date, ING Belgium has been included in the schedule of "Specified Non-Released Parties" filed in these Chapter 11 Cases. ING Belgium hereby files this Notice and Reservation of Rights to provide notice in accordance with section 13.4(b) of the Plan that it reserves, preserves, and does not waive, release, or relinquish any and all rights of setoff, recoupment, or similar rights that it may have against the FBG Debtors, their Estates, or any successor thereto.

4. Nothing in this Notice and Reservation of Rights constitutes an admission as to the validity of any claim against ING Belgium or a waiver of ING Belgium's rights, remedies, claims, or defenses under the Bankruptcy Code or any other applicable law. ING Belgium expressly reserves all of its rights, claims, defenses, and remedies under the Bankruptcy Code and applicable non-bankruptcy law.

Dated: August 5, 2026

Respectfully submitted,


By: */s/ Douglas Deutsch*
Douglas E. Deutsch (admitted *pro hac vice*)
Anthony M. Candido (admitted *pro hac vice*)
Sarah N. Campbell (admitted *pro hac vice*)
Kaitlyn E. Beyer (admitted *pro hac vice*)

**CLIFFORD CHANCE US LLP**
Two Manhattan West
375 9th Avenue
New York, NY 10001-1696
Telephone: +1 (212) 878-8000
Facsimile: +1 (212) 878-8375


**NATHAN SOMMERS GIBSON DILLON PC**

By: */s/ Iain L.C. Kennedy*
Iain L. C. Kennedy
Texas Bar. No. 24068094
Federal ID No. 1066018
1400 Post Oak Boulevard, Suite 300
Houston, Texas 77056-6102
(713) 960-0303 (main)
(713)892-4800 (fax)
ikennedy@nathansommers.com

*Counsel to ING Belgium S.A./N.V.*