**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al*.,<br><br>        Debtors. | Chapter 11<br><br>Case No.  25-90399 (CML)<br><br>Jointly Administered |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that Oracle America, Inc., hereby withdraws *Oracle's America, Inc.'s Objection and Reservation of Rights Regarding the Debtors' Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* filed on or about July 20, 2026 as Docket Number 3287.

Dated: August 6, 2026

By: _/s/ Jason Blackstone_____
 Jason Blackstone
 Texas Bar No. 24036227
 jblackstone@buchalter.com
 **BUCHALTER LLP**
 100 Crescent Ct., Suite 700
 Dallas, Texas 75201
 Telephone: (214) 263-7500

Local Counsel for Oracle America, Inc.

Shawn M. Christianson, Esq.
**BUCHALTER LLP**
425 Market Street, Suite 2900
San Francisco, CA 94105
Telephone:  (415) 227-0900
Email: schristianson@buchalter.com

Attorneys for Creditor, Oracle America, Inc.

-1-

BUCHALTER 111922588v1
111945787v1