**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC**, *et al.*, | § § § | **Case No. 25-90399 (CML)** |
|  | § § | **(Jointly Administered)** |
| **Debtors.**[1] | § § | |

**NOTICE AND RESERVATION OF RIGHTS**
**OF RAISTONE FACTORING PARTIES**

1.      Under the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* [Dkt. No. 3448] (as may be amended, modified, or supplemented from time to time, the "**Plan**"),[2] all Entities holding Claims, Interests, or Causes of Action that are released or exculpated under the Plan are permanently enjoined from, among other things, asserting any right of setoff of any kind against any obligation due from the FBG Debtors, their Estates, the Wind Down Administrator, the Claims Ombudsman, the Litigation Trust and its Assets, the DIP Collateral Trust and its Assets, the ABL Collateral Trust and its Assets, the Released Parties, and/or the Exculpated Parties, unless "such Entity has timely asserted such setoff right either in a filed proof of Claim or in another document filed with the Bankruptcy Court explicitly preserving such setoff or that otherwise indicates that such Entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise." Plan § 13.4(b).

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Plan.

4135-6866-2635

2.        The Raistone Factoring Parties[3] have rights of setoff, recoupment, and similar rights including, but not limited to: (a) amounts arising under or in connection with that certain Sixth Amended and Restated Receivables Purchase Agreement dated as of May 14, 2024, by and among Raistone Purchasing LLC – Series XXXII and certain of the Debtors (as amended, amended and restated, modified, or supplemented from time to time); (b) amounts arising under or in connection with that certain Supply Chain Finance Customer Agreement, dated as of August 15, 2019, by and among Raistone Purchasing LLC – Series XXVIII and certain of the Debtors (as amended, amended and restated, modified, or supplemented from time to time); (c) purchased receivables, indemnification rights, and other obligations owed to any of the Raistone Factoring Parties in connection with the foregoing agreements; (d) general unsecured claims held by any Raistone Party against the Debtors; and (e) any and all other outstanding amounts, claims, or obligations of any nature.  The foregoing is a non-exclusive and non-exhaustive list, and the Raistone Factoring Parties hereby preserve, and do not waive, any and all rights arising under the foregoing or otherwise.

3.        The Raistone Factoring Parties hereby file this Notice and Reservation of Rights to provide notice in accordance with section 13.4(b) of the Plan that they each reserve, preserve, and do not waive, release, or relinquish any and all rights of setoff, recoupment, or similar rights that they may have against the FBG Debtors, the FBG Debtors' Estates, the Wind Down Administrator, the Claims Ombudsman, the Litigation Trust, the Litigation Trust Assets, the DIP Collateral Trust,

---

[3]    The Raistone Factoring Parties means, collectively: Raistone Capital LLC, Raistone Purchasing LLC – Series XXXII, Raistone Purchasing LLC – Series XXVIII, Raistone Receivables Finance Yield Fund LP, Raistone Capital Soteria DE LLC, O'Connor Global Multi-Strategy Alpha Master Limited, Nineteen77 Working Capital Finance Opportunistic Fund Master Limited, Select Alternative Strategies II ICAV - UBS Working Capital Finance Opportunistic Fund (EU), Kili Purchasing LLC, A&Q Metric SPC - Global Opportunistic II SP, Ellington Global Asset Management LLC, SCFNA, LLC, SCFNC, LLC, TFC Holdings, Ltd., Ivy Evergreen Fund LP, Ivy Retail Finance LLC, Ivy American Installment LLC, and FB Holdings Ltd.

4135-6866-2635

the DIP Collateral Trust Assets, the ABL Collateral Trust, the ABL Collateral Trust Assets, the Released Parties, the Exculpated Parties, and/or any other party or successor thereto.

4.     Nothing in this Notice and Reservation of Rights constitutes an admission as to the validity of any claim against the Raistone Factoring Parties or a waiver of any of the Raistone Factoring Parties' respective rights, remedies, claims, or defenses under the Bankruptcy Code or any other applicable law.

[*Remainder of Page Intentionally Left Blank*]

3

4135-6866-2635

Dated:  August 6, 2026                     **ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: */s/ Jacob R. Herz*
    Richard Jacobsen (admitted *pro hac vice*)
    Laura Metzger (admitted *pro hac vice*)
    Emanuel Grillo (admitted *pro hac vice*)
    Nicholas Poli (admitted *pro hac vice*)
    Harry Murphy (admitted *pro hac vice*)
    Ariel Roytenberg (admitted *pro hac vice*)
    Jacob R. Herz (SDTX Federal Bar No. 3759822)
    51 West 52nd Street
    New York, NY 10019-6142
    Telephone: (212) 506-5000
    Facsimile: (212) 506-5151
    Email: rjacobsen@orrick.com
          lmetzger@orrick.com
          egrillo@orrick.com
          npoli@orrick.com
          hmurphy@orrick.com
          aroytenberg@orrick.com
          jherz@orrick.com

    -and-

    Nicholas Sabatino (admitted *pro hac vice*)
    400 Capitol Mall, Suite 3000
    Sacramento, California 95814-4497
    Telephone: (916) 329-7962
    Facsimile: (916) 329-4900
    Email:  nsabatino@orrick.com

    ***Counsel to the Raistone Factoring Parties***

4135-6866-2635

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 6, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Jacob R. Herz*
Jacob R. Herz

4135-6866-2635