**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | § | **Chapter 11** |
|  | § |  |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
|  | § |  |
| **Debtors.** | § | **(Jointly Administered)** |
|  | § |  |
|  | § |  |

# JOINT EXHIBIT NUMBER 11

**FOR COMBINED HEARING HELD JULY 28–30, 2026**

LAM EXHIBIT NUMBER 18
*May 24, 2026 Ferrier to Hagale and Uhrin email (Docket No. 3422-18)*

(*Filed Under Seal*)