*Summary of Monthly Fee Statements of Weil, Gotshal & Manges LLP for Services and Reimbursement of Expenses as Attorneys for the Debtors*

| Description | Date of Fee Statement | Beginning Period | End of Period | Total Fees | Total Fees Requested (80%) | Total Expenses | Total Requested Distributed | Total Fees and Expe |
|---|---|---|---|---|---|---|---|---|
| First Fee Statement | 12/8/2025 | 9/29/2025 | 10/31/2025 | $23,472,740.00 | $18,778,192.00 | $265,254.88 | $19,043,446.88 | $23,737,994.88 |
| Second Fee Statement | 12/15/2025 | 11/1/2025 | 11/30/2025 | $19,637,642.25 | $15,710,113.80 | $239,431.72 | $15,949,545.52 | $19,877,073.97 |
| Third Fee Statement | 1/23/2026 | 12/31/2025 | 1/23/2026 | $16,409,320.50 | $13,127,456.40 | $191,381.51 | $13,318,837.91 | $16,600,702.01 |
| Fourth Fee Statement | 3/5/2026 | 1/1/2026 | 1/31/2026 | $21,825,582.75 | $17,460,466.20 | $187,798.56 | $17,648,264.76 | $22,013,381.31 |
| Fifth Fee Statement | 4/24/2026 | 2/1/2026 | 2/28/2026 | $13,013,521.50 | $10,410,817.20 | $108,727.12 | $10,519,544.32 | $13,122,248.62 |
| Sixth Fee Statement | 5/21/2026 | 3/1/2026 | 3/31/2026 | $14,692,920.50 | $11,754,336.40 | $75,728.28 | $11,830,064.68 | $14,768,648.78 |
| Seventh Fee Statement | 7/10/2026 | 4/1/2026 | 4/30/2026 | $15,027,396.00 | $12,021,916.80 | $103,359.50 | $12,125,276.30 | $15,130,755.50 |
| | | | | $124,079,123.50 | $99,263,298.80 | $1,171,681.57 | $100,434,980.37 | $125,250,805.07 |

UST Exhibit 6
Page 1 of 1

**JOINT EXHIBIT NO. 14**
**Page 1 of 1**