*Summary of Monthly Fee Statements of Alvarez and Marsal North America LLC for Compensation of Services*
*Rendered and Reimbursement of Expenses as Financial Advisor to the Debtors*

| Description | Date of Fee Statement | Beginning Period | End of Period | Total Fees | Total Fees Requested (80%) | Total Expenses | Total Requested Distributed | Total Fees and Expenses |
|---|---|---|---|---|---|---|---|---|
| First Monthly Fee Statement | 12/10/2025 | 9/29/2025 | 10/31/2025 | $12,160,596.10 | $9,728,476.88 | $278,452.17 | $10,006,929.05 | $12,439,048.27 |
| Second Monthly Fee Statement | 12/26/2025 | 11/1/2025 | 11/30/2025 | $14,284,304.30 | $11,427,443.44 | $272,128.02 | $11,699,571.46 | $14,556,432.32 |
| Third Monthly Fee Statement | 1/30/2026 | 12/1/2025 | 12/31/2025 | $16,102,294.60 | $12,881,835.68 | $331,402.99 | $13,213,238.67 | $16,433,697.59 |
| Fourth Monthly Fee Statement | 2/28/2026 | 1/1/2026 | 1/31/2026 | $12,179,610.50 | $9,743,688.40 | $243,026.76 | $9,986,715.16 | $12,422,637.26 |
| Fifth Monthly Fee Statement | 3/31/2026 | 2/1/2026 | 2/28/2026 | $6,238,011.00 | $4,990,408.80 | $165,901.91 | $5,156,310.71 | $6,403,912.91 |
| Sixth Monthly Fee Statement | 4/29/2026 | 3/1/2026 | 3/31/2026 | $6,820,465.00 | $5,456,372.00 | $67,328.36 | $5,523,700.36 | $6,887,793.36 |
| Seventh Monthly Fee Statement | 5/29/2026 | 4/1/2026 | 4/30/2026 | $5,765,691.50 | $4,612,553.20 | $32,082.03 | $4,644,635.23 | $5,797,773.53 |
| Eighth Monthly Fee Statement | 6/30/2026 | 5/1/2026 | 5/31/2026 | $4,183,625.50 | $3,346,900.40 | $50,964.50 | $3,397,864.90 | $4,234,590.00 |
| | | | | $77,734,598.50 | $62,187,678.80 | $1,441,286.74 | $63,628,965.54 | $79,175,885.24 |

UST Exhibit 7
Page 1 of 1

**JOINT EXHIBIT NO. 15**
**Page 1 of 1**