*Summary of Bankrutpcy Professionals Fees and Expenses as Reported in First Brands Group, LLC's Monthly Operating Reports*

| ECF No. | Reporting Period | Professional Fees and Expenses | | | |
| --- | --- | --- | --- | --- | --- |
| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| 834 | 9/30/2025 | $0.00 | $0.00 | $0.00 | $0.00 |
| 838 | 10/31/2025 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1091 | 11/30/2025 | $497,242.00 | $497,242.00 | $497,242.00 | $497,242.00 |
| 1846 | 12/31/2025 | $46,338,994.00 | $46,836,236.00 | $46,338,994.00 | $46,836,236.00 |
| 2007 | 1/31/2026 | $13,887,197.00 | $60,723,433.00 | $13,887,197.00 | $60,723,433.00 |
| 2269 | 2/28/2026 | $29,028,133.00 | $89,751,566.00 | $29,028,133.00 | $89,751,566.00 |
| 2559 | 3/31/2026 | $67,502,952.00 | $157,254,518.00 | $67,502,952.00 | $157,254,518.00 |
| 2858 | 4/30/2026 | $6,851,467.00 | $164,105,984.00 | $6,851,467.00 | $164,105,984.00 |
| 3096 | 5/31/2026 | $28,930,295.00 | $193,036,280.00 | $28,930,295.00 | $193,036,280.00 |

UST Exhibit 8
Page 1 of 1

**JOINT EXHIBIT NO. 16**
**Page 1 of 1**