**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |
| | § | |

# JOINT EXHIBIT NUMBER 17

**FOR COMBINED HEARING HELD JULY 28–30, 2026**

KATSUMI EXHIBIT NUMBER 26
*Katsumi- First Brands - Receivables Purchase Agreement (Docket No. 3443-26)*

(*Filed Under Seal*)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § § | **Case No. 25-90399 (CML)** |
| **Debtors.** | § § § § | **(Jointly Administered)** |

# JOINT EXHIBIT NUMBER 17

**FOR COMBINED HEARING HELD JULY 28–30, 2026**

KATSUMI EXHIBIT NUMBER 27
*Katsumi Second Amendment to RPA (Docket No. 3443-27)*

(*Filed Under Seal*)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § § | **Case No. 25-90399 (CML)** |
| **Debtors.** | § § § § | **(Jointly Administered)** |

# JOINT EXHIBIT NUMBER 17

**FOR COMBINED HEARING HELD JULY 28–30, 2026**

KATSUMI EXHIBIT NUMBER 28
*Katsumi Third Amendment and Joinder to RPA (Docket No. 3443-28)*

(*Filed Under Seal*)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |
| | § | |

# JOINT EXHIBIT NUMBER 17

**FOR COMBINED HEARING HELD JULY 28–30, 2026**

KATSUMI EXHIBIT NUMBER 29
*First Joinder to Katsumi - First Brands RPA [Execution Copy] (Docket No. 3443-29)*

(*Filed Under Seal*)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |
| | § | |

# JOINT EXHIBIT NUMBER 17

**FOR COMBINED HEARING HELD JULY 28–30, 2026**

KATSUMI EXHIBIT NUMBER 30
*First Brands - Katsumi - True Sale Opinion (Docket No. 3443-30)*

(*Filed Under Seal*)