**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |
| | § | |

**JOINT EXHIBIT NUMBER 19**

**FOR COMBINED HEARING HELD JULY 28–30, 2026**

CARNABY EXHIBIT NUMBER 51
*March 2024 Carnaby II Borrowing Base (Docket No. 851-94)*

(*Filed Under Seal*)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |
| | § | |

# JOINT EXHIBIT NUMBER 19

**FOR COMBINED HEARING HELD JULY 28–30, 2026**

CARNABY EXHIBIT NUMBER 52
*March 2024 Carnaby II Borrowing Base Excel (Docket No. 851-95)*

(*Filed Under Seal*)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |
| | § | |
| | § | |

**JOINT EXHIBIT NUMBER 19**

**FOR COMBINED HEARING HELD JULY 28–30, 2026**

CARNABY EXHIBIT NUMBER 53
*March 2024 Carnaby Inventory III Borrowing Base (Docket No. 851-155)*

(*Filed Under Seal*)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |
| | § | |

# JOINT EXHIBIT NUMBER 19

**FOR COMBINED HEARING HELD JULY 28–30, 2026**

CARNABY EXHIBIT NUMBER 54
*March 2024 Carnaby Inventory III Borrowing Base Excel (Docket No. 851-156)*

(*Filed Under Seal*)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |
| | § | |

# JOINT EXHIBIT NUMBER 19

**FOR COMBINED HEARING HELD JULY 28–30, 2026**

CARNABY EXHIBIT NUMBER 55
*Carnaby III Compliance Certificate, dated March 31, 2024 (Docket No. 851-181)*

(*Filed Under Seal*)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  | § |  |
|---|---|---|
| **In re:** | § | **Chapter 11** |
|  | § |  |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
|  | § |  |
| **Debtors.** | § | **(Jointly Administered)** |
|  | § |  |
|  | § |  |

# JOINT EXHIBIT NUMBER 19

**FOR COMBINED HEARING HELD JULY 28–30, 2026**

CARNABY EXHIBIT NUMBER 56
*Floating Lien Pledge Agreement for Carnaby II, dated as of May 31, 2022 (including exhibits)
(Docket No. 850-21)*

(*Filed Under Seal*)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |
| | § | |

# JOINT EXHIBIT NUMBER 19

**FOR COMBINED HEARING HELD JULY 28–30, 2026**

CARNABY EXHIBIT NUMBER 57
*Amendment to Floating Lien Pledge Agreement for Carnaby II (including exhibits) (Docket No. 1394-17)*

(*Filed Under Seal*)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| Debtors. | § | **(Jointly Administered)** |
| | § | |
| | § | |

# JOINT EXHIBIT NUMBER 19

### FOR COMBINED HEARING HELD JULY 28–30, 2026

CARNABY EXHIBIT NUMBER 58
*Floating Lien Pledge Agreement for Carnaby III, dated as of May 31, 2022 (including exhibits)*
*(Docket Nos. 1394-18, 1394-19)*

(*Filed Under Seal*)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|                                              |   |                            |
|----------------------------------------------|---|----------------------------|
|                                              | § |                            |
| **In re:**                                   | § | **Chapter 11**             |
|                                              | § |                            |
| **FIRST BRANDS GROUP, LLC,** *et al.*,       | § | **Case No. 25-90399 (CML)**|
|                                              | § |                            |
| **Debtors.**                                 | § | **(Jointly Administered)** |
|                                              | § |                            |
|                                              | § |                            |
|                                              | § |                            |

# JOINT EXHIBIT NUMBER 19

### FOR COMBINED HEARING HELD JULY 28–30, 2026

CARNABY EXHIBIT NUMBER 59
*Certified Translation of Spanish portions of Exhibit 50, Floating Lien Pledge Agreement for Carnaby II (Docket No. 1394-20)*

(*Filed Under Seal*)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|                                      | §  |                             |
| ------------------------------------ | -- | --------------------------- |
| In re:                               | §  | Chapter 11                  |
|                                      | §  |                             |
| **FIRST BRANDS GROUP, LLC,** *et al.*,  | §  | **Case No. 25-90399 (CML)** |
|                                      | §  |                             |
| Debtors.                             | §  | **(Jointly Administered)**  |
|                                      | §  |                             |
|                                      | §  |                             |

# JOINT EXHIBIT NUMBER 19

**FOR COMBINED HEARING HELD JULY 28–30, 2026**

CARNABY EXHIBIT NUMBER 60
*Certified Translation of Spanish portions of Exhibit 51, Amendment to Floating Lien Pledge
Agreement for Carnaby II (including exhibits) (Docket No. 1394-21)*

(*Filed Under Seal*)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |
| | § | |
| | § | |

# JOINT EXHIBIT NUMBER 19

**FOR COMBINED HEARING HELD JULY 28–30, 2026**

CARNABY EXHIBIT NUMBER 61
*Certified Translation of Spanish portions of Exhibit 52 Floating Lien Pledge Agreement for
Carnaby III, dated as of May 31, 2022 (Docket No. 1394-22)*

(*Filed Under Seal*)

**<u>Exhibit 424</u>**

# TRANSLATION CERTIFICATION

Date: January 16, 2026

To whom it may concern:

This is to certify that the attached translation from Spanish (Latin America) into English (USA) is an accurate representation of the documents received by this office.

The documents are designated as:
- CarVal - FBG. NPPA Carnaby II
- CarVal - FBG. NPPA Carnaby III
- CarVal - FBG. SPOA GLAS - Carnaby II
- CarVal - FBG. Amendment to NPPA Carnaby II
- CarVal - FBG. SPOA GLAS - Carnaby III (1)
- CarVal - FBG. RUG Amendment to NPPA Carnaby II (1) (1)
- CarVal - FBG. RUG NPPA Carnaby II (1)
- CarVal - FBG. RUG NPPA Carnaby III (2) (1)

Samuel Wu, Managing Director in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents. I affirm that the provided translation was produced under the ISO 9001:2015 certified quality management process and the agents responsible for the specified translations are qualified to translate and review documents for the above language pair."

_Samuel Wu_
Signature of Samuel Wu

**JOINT EXHIBIT NO. 19**
**Page 2 of 2**