**<u>Exhibit 71</u>**

**S&P Capital IQ** ᴾᴿᴼ

## First Brands Group, LLC | LOAN SECURITY DETAIL

**(MI KEY: 9715808; SPCIQ KEY: 547824806)**
(MI KEY: 9715808; SPCIQ KEY: 547824806)

Batch : Live Price

| Loan Description | Composite Bid/Ask | Live Bid/Ask | Bid Price Change | Liquidity |
|---|---|---|---|---|
| **Trico Group/First Brands 10/25 DIP New Money PIK TL** | **16.857/19.571** 7/24/2026 | **16.857/19.571** As of (NY) 7/26/2026 8:01PM | **0.000 (0.00%)** 7/26/2026 8:01PM | High      Low  1  2  3  4  5 |

| Analytics | | | |
|---|---|---|---|
| **Close Bid Price (New York)** | 16.857 | **Depth** | 7 |
| **Close Ask Price (New York)** | 19.571 | **Close Price Date** | 7/24/2026 |
| **Close Mid Price (New York)** | 18.214 | **Liquidity Score** | 4 |
| **Close Bid Price (London)** | 16.857 | **30-Day Avg Liquidity** | 3.0000 |
| **Close Ask Price (London)** | 19.571 | **60-Day Avg Liquidity** | 2.9330 |
| **Close Mid Price (London)** | 18.214 | **90-Day Avg Liquidity** | 2.8150 |

Securities finance and pricing data may not be used in conjunction with Investment Accounting Activities.

S&P Capital IQ<sup>PRO</sup>

**First Brands Group, LLC | LOAN SECURITY DETAIL**
(MI KEY: 9715808; SPCIQ KEY: 547824806)

**Pricing Chart and Data**
Metric : Price
Period : 1Y



— Ask Price    — Bid Price

| Date | Bid | Ask | Depth | STM | Liquidity Score | 30-DAY AVG Liquidity | 60-DAY AVG Liquidity | 90-DAY AVG Liquidity |
|---|---|---|---|---|---|---|---|---|
| 07/27/2026 | 16.857 | 19.571 | 7.000 | | 4 | 3 | 2.933 | 2.815 |
| 07/24/2026 | 16.857 | 19.571 | 7.000 | | 4 | 3 | 2.933 | 2.815 |
| 07/23/2026 | 16.857 | 19.571 | 7.000 | | 4 | 2.957 | 2.909 | 2.769 |
| 07/22/2026 | 16.857 | 19.571 | 7.000 | | 3 | 2.913 | 2.884 | 2.769 |
| 07/21/2026 | 16.857 | 19.571 | 7.000 | | 2 | 2.909 | 2.907 | 2.769 |
| 07/20/2026 | 16.714 | 19.571 | 7.000 | | 3 | 2.952 | 2.93 | 2.754 |
| 07/17/2026 | 16.714 | 19.571 | 7.000 | | 3 | 3 | 2.956 | 2.738 |
| 07/16/2026 | 16.714 | 19.571 | 7.000 | | 3 | 3 | 2.955 | 2.738 |
| 07/15/2026 | 17.200 | 20.400 | 5.000 | | 3 | 2.957 | 2.953 | 2.723 |
| 07/14/2026 | 17.200 | 20.400 | 5.000 | | 2 | 2.955 | 2.953 | 2.708 |
| 07/13/2026 | 16.583 | 19.750 | 6.000 | | 3 | 3 | 3 | 2.723 |
| 07/10/2026 | 16.357 | 19.643 | 7.000 | | 4 | 3.087 | 2.911 | 2.708 |
| 07/09/2026 | 16.250 | 19.821 | 7.000 | | 2 | 3 | 2.886 | 2.677 |
| 07/08/2026 | 15.958 | 19.458 | 6.000 | | 3 | 3 | 2.907 | 2.662 |
| 07/07/2026 | 15.750 | 19.550 | 5.000 | | 3 | 3 | 2.884 | 2.646 |
| 07/06/2026 | 15.643 | 18.929 | 7.000 | | 5 | 3 | 2.86 | 2.662 |
| 07/03/2026 | 15.643 | 18.929 | 7.000 | | 5 | 2.783 | 2.711 | 2.615 |
| 07/02/2026 | 15.643 | 18.929 | 7.000 | | 3 | 2.609 | 2.659 | 2.6 |
| 07/01/2026 | 15.643 | 18.643 | 7.000 | | 3 | 2.652 | 2.651 | 2.585 |
| 06/30/2026 | 15.643 | 18.643 | 7.000 | | 2 | 2.636 | 2.651 | 2.569 |
| 06/29/2026 | 14.750 | 18.250 | 8.000 | | 2 | 2.667 | 2.674 | 2.554 |
| 06/26/2026 | 15.188 | 18.688 | 8.000 | | 3 | 2.696 | 2.689 | 2.554 |
| 06/25/2026 | 15.188 | 18.813 | 8.000 | | 2 | 2.739 | 2.682 | 2.523 |
| 06/24/2026 | 15.389 | 18.833 | 9.000 | | 2 | 2.826 | 2.698 | 2.538 |
| 06/23/2026 | 14.857 | 18.429 | 7.000 | | 3 | 2.864 | 2.674 | 2.538 |
| 06/22/2026 | 14.000 | 17.250 | 4.000 | | 3 | 2.857 | 2.698 | 2.523 |
| 06/19/2026 | 14.000 | 17.333 | 3.000 | 2,387,556,453,733.005 | 5 | 2.957 | 2.644 | 2.508 |
| 06/18/2026 | 14.000 | 17.333 | 3.000 | 75,881,823,925.237 | 3 | 2.87 | 2.591 | 2.462 |
| 06/17/2026 | 18.700 | 21.300 | 10.000 | 13,476,729,131.421 | 2 | 2.87 | 2.581 | 2.446 |
| 06/16/2026 | 18.667 | 21.444 | 9.000 | 5,130,887,456.372 | 3 | 2.909 | 2.605 | 2.462 |
| 06/15/2026 | 18.750 | 21.500 | 8.000 | 2,153,777,462.058 | 2 | 2.905 | 2.581 | 2.462 |
| 06/12/2026 | 18.583 | 21.583 | 6.000 | 331,164,275.174 | 3 | 2.957 | 2.578 | 2.477 |

**JOINT EXHIBIT NO. 20**
**Page 3 of 11**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/11/2026 | 18.583 | 21.583 | 6.000 | 200,749,540.575 | 4 | 2.913 | 2.568 | 2.477 |
| 06/10/2026 | 18.583 | 21.583 | 6.000 | 128,271,521.031 | 4 | 2.783 | 2.535 | 2.477 |
| 06/09/2026 | 18.583 | 21.583 | 6.000 | 83,968,965.296 | 2 | 2.727 | 2.488 | 2.477 |
| 06/08/2026 | 18.667 | 21.667 | 6.000 | 58,357,113.262 | 2 | 2.762 | 2.465 | 2.508 |
| 06/05/2026 | 18.800 | 22.200 | 5.000 | 22,861,535.819 | 2 | 2.696 | 2.489 | 2.523 |
| 06/04/2026 | 18.500 | 21.750 | 4.000 | 18,805,498.267 | 2 | 2.652 | 2.5 | 2.538 |
| 06/03/2026 | 18.750 | 22.500 | 4.000 | 14,157,368.667 | 2 | 2.609 | 2.512 | 2.569 |
| 06/02/2026 | 18.750 | 22.500 | 4.000 | 11,560,073.027 | 1 | 2.636 | 2.558 | 2.6 |
| 06/01/2026 | 22.100 | 24.800 | 10.000 | 5,252,167.003 | 4 | 2.714 | 2.581 | 2.631 |
| 05/29/2026 | 22.100 | 24.800 | 10.000 | 3,262,673.804 | 3 | 2.696 | 2.489 | 2.615 |
| 05/28/2026 | 22.455 | 25.136 | 11.000 | 2,707,966.031 | 2 | 2.696 | 2.477 | 2.615 |
| 05/27/2026 | 22.750 | 25.250 | 8.000 | 2,246,278.510 | 3 | 2.696 | 2.488 | 2.646 |
| 05/26/2026 | 22.625 | 24.813 | 8.000 | 2,030,264.138 | 4 | 2.682 | 2.442 | 2.646 |
| 05/25/2026 | 22.611 | 25.111 | 9.000 | 1,894,092.674 | 4 | 2.619 | 2.419 | 2.646 |
| 05/22/2026 | 22.611 | 25.111 | 9.000 | 1,385,416.259 | 4 | 2.565 | 2.356 | 2.615 |
| 05/21/2026 | 22.611 | 25.111 | 9.000 | 1,261,050.859 | 3 | 2.435 | 2.318 | 2.6 |
| 05/20/2026 | 22.563 | 25.250 | 8.000 | 1,158,750.632 | 4 | 2.391 | 2.302 | 2.6 |
| 05/19/2026 | 22.611 | 25.111 | 9.000 | 1,058,503.411 | 3 | 2.318 | 2.256 | 2.569 |
| 05/18/2026 | 23.063 | 25.563 | 8.000 | 932,498.118 | 3 | 2.286 | 2.233 | 2.554 |
| 05/15/2026 | 23.333 | 25.722 | 9.000 | 728,419.487 | 3 | 2.261 | 2.267 | 2.585 |
| 05/14/2026 | 23.444 | 25.778 | 9.000 | 674,035.237 | 4 | 2.261 | 2.25 | 2.569 |
| 05/13/2026 | 23.444 | 25.778 | 9.000 | 631,721.102 | 2 | 2.174 | 2.209 | 2.569 |
| 05/12/2026 | 23.444 | 25.778 | 9.000 | 593,523.708 | 2 | 2.182 | 2.233 | 2.585 |
| 05/11/2026 | 23.444 | 25.722 | 9.000 | 558,927.086 | 1 | 2.19 | 2.279 | 2.585 |
| 05/08/2026 | 23.528 | 25.806 | 9.000 | 469,460.493 | 2 | 2.174 | 2.4 | 2.6 |
| 05/07/2026 | 23.528 | 25.806 | 9.000 | 445,673.475 | 2 | 2.261 | 2.409 | 2.6 |
| 05/06/2026 | 23.528 | 25.806 | 9.000 | 423,817.393 | 2 | 2.261 | 2.419 | 2.615 |
| 05/05/2026 | 23.528 | 25.806 | 9.000 | 403,686.698 | 1 | 2.273 | 2.442 | 2.615 |
| 05/04/2026 | 23.556 | 25.833 | 9.000 | 384,280.519 | 1 | 2.333 | 2.512 | 2.646 |
| 05/01/2026 | 23.688 | 26.063 | 8.000 | 333,228.615 | 3 | 2.435 | 2.6 | 2.662 |
| 04/30/2026 | 23.563 | 25.938 | 8.000 | 322,550.314 | 3 | 2.348 | 2.591 | 2.646 |
| 04/29/2026 | 23.438 | 25.938 | 8.000 | 312,527.238 | 3 | 2.304 | 2.581 | 2.615 |
| 04/28/2026 | 23.333 | 25.833 | 9.000 | 302,673.619 | 3 | 2.273 | 2.581 | 2.6 |
| 04/27/2026 | 23.333 | 25.833 | 9.000 | 291,237.309 | 2 | 2.238 | 2.605 | 2.6 |
| 04/24/2026 | 23.333 | 25.944 | 9.000 | 261,017.619 | 1 | 2.217 | 2.644 | 2.6 |
| 04/23/2026 | 23.563 | 26.000 | 8.000 | 248,253.747 | 4 | 2.261 | 2.682 | 2.6 |
| 04/22/2026 | 23.563 | 26.000 | 8.000 | 240,039.538 | 3 | 2.174 | 2.651 | 2.569 |
| 04/21/2026 | 23.563 | 26.000 | 8.000 | 232,287.072 | 1 | 2.136 | 2.651 | 2.554 |
| 04/20/2026 | 23.500 | 26.063 | 8.000 | 225,886.520 | 2 | 2.19 | 2.698 | 2.569 |
| 04/17/2026 | 23.375 | 25.938 | 8.000 | 207,706.167 | 3 | 2.217 | 2.733 | 2.6 |
| 04/16/2026 | 23.833 | 27.167 | 3.000 | 195,997.520 | 2 | 2.217 | 2.727 | 2.585 |
| 04/15/2026 | 23.833 | 27.167 | 3.000 | 190,503.986 | 2 | 2.261 | 2.744 | 2.569 |
| 04/14/2026 | 23.357 | 26.143 | 7.000 | 190,795.002 | 3 | 2.273 | 2.744 | 2.554 |
| 04/13/2026 | 23.833 | 27.167 | 3.000 | 180,301.118 | 2 | 2.238 | 2.767 | 2.538 |
| 04/10/2026 | 22.944 | 25.667 | 9.000 | 175,862.733 | 2 | 2.435 | 2.756 | 2.538 |
| 04/09/2026 | 22.944 | 25.667 | 9.000 | 171,438.222 | 1 | 2.522 | 2.773 | 2.523 |
| 04/08/2026 | 22.781 | 25.219 | 8.000 | 168,857.688 | 2 | 2.609 | 2.814 | 2.523 |
| 04/07/2026 | 22.893 | 25.250 | 7.000 | 163,659.851 | 4 | 2.636 | 2.814 | 2.523 |
| 04/06/2026 | 22.875 | 25.458 | 6.000 | 159,941.487 | 2 | 2.571 | 2.791 | 2.477 |
| 04/03/2026 | 22.800 | 25.400 | 5.000 | 149,853.551 | 4 | 2.739 | 2.778 | 2.462 |
| 04/02/2026 | 22.800 | 25.400 | 5.000 | 146,539.975 | 2 | 2.696 | 2.75 | 2.446 |
| 04/01/2026 | 22.800 | 25.400 | 5.000 | 144,990.127 | 2 | 2.739 | 2.767 | 2.492 |
| 03/31/2026 | 23.000 | 25.750 | 4.000 | 140,260.951 | 1 | 2.773 | 2.767 | 2.492 |
| 03/30/2026 | 21.083 | 24.333 | 6.000 | 153,709.964 | 2 | 2.857 | 2.767 | 2.523 |
| 03/27/2026 | 21.100 | 24.600 | 5.000 | 141,820.234 | 1 | 2.957 | 2.756 | 2.538 |
| 03/26/2026 | 20.625 | 24.000 | 4.000 | 165,090.006 | 3 | 3.087 | 2.795 | 2.569 |
| 03/25/2026 | 20.875 | 24.000 | 4.000 | 162,531.812 | 2 | 3.043 | 2.791 | 2.6 |
| 03/24/2026 | 21.375 | 24.500 | 4.000 | 133,575.805 | 2 | 3.091 | 2.767 | 2.615 |
| 03/23/2026 | 21.375 | 24.500 | 4.000 | 131,017.281 | 2 | 3.143 | 2.767 | 2.631 |
| 03/20/2026 | 21.667 | 24.167 | 3.000 | 121,830.392 | 2 | 3.13 | 2.778 | 2.615 |
| 03/19/2026 | 21.667 | 24.167 | 3.000 | 119,645.729 | 2 | 3.13 | 2.795 | 2.6 |
| 03/18/2026 | 21.667 | 24.167 | 3.000 | 117,527.921 | 3 | 3.261 | 2.814 | 2.615 |
| 03/17/2026 | 20.167 | 23.833 | 3.000 | 125,718.287 | 3 | 3.273 | 2.791 | 2.585 |
| 03/16/2026 | 20.000 | 23.333 | 3.000 | 124,706.405 | 3 | 3.286 | 2.744 | 2.554 |
| 03/13/2026 | 18.500 | 21.286 | 7.000 | 131,107.357 | 3 | 3.261 | 2.667 | 2.523 |
| 03/12/2026 | 18.625 | 20.750 | 4.000 | 135,923.039 | 4 | 3.217 | 2.659 | 2.492 |
| 03/11/2026 | 18.667 | 22.167 | 3.000 | 123,738.535 | 4 | 3.13 | 2.628 | 2.446 |
| 03/10/2026 | 18.667 | 22.167 | 3.000 | 127,443.579 | 4 | 3.091 | 2.558 | 2.4 |
| 03/09/2026 | 17.900 | 20.600 | 5.000 | 125,331.653 | 3 | 3.048 | 2.488 | 2.369 |
| 03/06/2026 | 18.143 | 20.500 | 7.000 | 117,630.807 | 3 | 2.957 | 2.4 | 2.354 |
| 03/05/2026 | 18.500 | 20.857 | 7.000 | 113,380.512 | 4 | 2.957 | 2.386 | 2.323 |
| 03/04/2026 | 18.500 | 20.857 | 7.000 | 111,636.617 | 4 | 2.87 | 2.349 | 2.323 |
| 03/03/2026 | 18.667 | 20.917 | 6.000 | 108,889.360 | 3 | 2.818 | 2.326 | 2.277 |

**JOINT EXHIBIT NO. 20**
**Page 4 of 11**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 03/02/2026 | 18.536 | 20.607 | 7.000 | 108,068.455 | 3 | 2.81 | 2.372 | 2.246 |
| 02/27/2026 | 18.375 | 20.917 | 6.000 | 104,351.101 | 3 | 2.652 | 2.378 | 2.246 |
| 02/26/2026 | 18.708 | 21.250 | 6.000 | 100,938.829 | 4 | 2.652 | 2.364 | 2.262 |
| 02/25/2026 | 18.679 | 21.750 | 7.000 | 99,683.408 | 3 | 2.565 | 2.326 | 2.262 |
| 02/24/2026 | 18.208 | 21.292 | 6.000 | 100,939.315 | 4 | 2.545 | 2.326 | 2.262 |
| 02/23/2026 | 18.321 | 21.107 | 7.000 | 98,909.016 | 2 | 2.476 | 2.349 | 2.231 |
| 02/20/2026 | 18.417 | 20.417 | 3.000 | 94,452.356 | 3 | 2.391 | 2.356 | 2.215 |
| 02/19/2026 | 18.063 | 20.813 | 4.000 | 95,062.519 | 3 | 2.348 | 2.341 | 2.2 |
| 02/18/2026 | 18.000 | 20.750 | 4.000 | | 2 | 2.391 | 2.326 | 2.185 |
| 02/17/2026 | 18.000 | 20.333 | 3.000 | | 2 | 2.409 | 2.302 | 2.169 |
| 02/16/2026 | 14.143 | 16.714 | 7.000 | 115,849.135 | 5 | 2.429 | 2.326 | 2.169 |
| 02/13/2026 | 14.143 | 16.714 | 7.000 | 111,250.927 | 2 | 2.174 | 2.178 | 2.123 |
| 02/12/2026 | 15.000 | 17.333 | 3.000 | 103,941.368 | 4 | 2.174 | 2.182 | 2.123 |
| 02/11/2026 | 15.333 | 18.000 | 3.000 | 100,523.064 | 3 | 2.087 | 2.14 | 2.092 |
| 02/10/2026 | 13.800 | 16.600 | 10.000 | 110,129.138 | 2 | 2.045 | 2.093 | 2.077 |
| 02/09/2026 | 13.650 | 16.550 | 10.000 | 109,081.265 | 2 | 2.048 | 2.07 | 2.123 |
| 02/06/2026 | 13.556 | 16.333 | 9.000 | 105,680.207 | 2 | 1.957 | 2.044 | 2.123 |
| 02/05/2026 | 13.722 | 16.389 | 9.000 | 103,251.127 | 3 | 1.913 | 2.045 | 2.138 |
| 02/04/2026 | 13.857 | 16.357 | 7.000 | 101,114.239 | 2 | 1.826 | 2.023 | 2.123 |
| 02/03/2026 | 14.036 | 16.107 | 7.000 | 98,767.181 | 3 | 1.818 | 2 | 2.123 |
| 02/02/2026 | 13.833 | 16.167 | 6.000 | 100,087.442 | 2 | 1.762 | 2.023 | 2.092 |
| 01/30/2026 | 13.700 | 16.500 | 5.000 | 97,517.500 | 2 | 1.957 | 2 | 2.077 |
| 01/29/2026 | 13.571 | 17.000 | 7.000 | 95,959.743 | 1 | 2 | 2 | 2.062 |
| 01/28/2026 | 13.625 | 17.125 | 4.000 | 99,555.012 | 2 | 2.087 | 2.023 | 2.062 |
| 01/27/2026 | 17.917 | 21.250 | 6.000 | 73,090.864 | 3 | 2.091 | 2.07 | 2.062 |
| 01/26/2026 | 17.167 | 19.500 | 3.000 | 76,972.331 | 1 | 2.261 | 2.089 | 2.046 |
| 01/23/2026 | 17.700 | 19.950 | 10.000 | 72,953.844 | 1 | 2.261 | 2.089 | 2.046 |
| 01/22/2026 | 18.000 | 20.682 | 11.000 | 69,145.517 | 2 | 2.348 | 2.114 | 2.062 |
| 01/21/2026 | 18.000 | 20.682 | 11.000 | 68,459.804 | 2 | 2.304 | 2.116 | 2.062 |
| 01/20/2026 | 18.045 | 20.727 | 11.000 | 67,632.010 | 2 | 2.318 | 2.116 | 2.062 |
| 01/19/2026 | 18.000 | 20.600 | 10.000 | 67,127.554 | 4 | 2.333 | 2.116 | 2.046 |
| 01/16/2026 | 18.000 | 20.600 | 10.000 | 65,218.905 | 2 | 2.174 | 2.044 | 2 |
| 01/15/2026 | 18.000 | 20.600 | 10.000 | 64,605.207 | 1 | 2.13 | 2.045 | 2 |
| 01/14/2026 | 17.365 | 19.981 | 13.000 | | 1 | 2.13 | 2.07 | 2 |
| 01/13/2026 | 17.675 | 20.075 | 10.000 | 64,458.174 | 2 | 2.182 | 2.093 | 2 |
| 01/12/2026 | 17.154 | 20.231 | 13.000 | | 2 | 2.19 | 2.093 | 2 |
| 01/09/2026 | 17.115 | 20.423 | 13.000 | 63,937.407 | 1 | 2.043 | 2.156 | 2.046 |
| 01/08/2026 | 17.000 | 20.545 | 11.000 | 63,737.389 | 1 | 2.087 | 2.182 | 2.062 |
| 01/07/2026 | 16.438 | 19.750 | 8.000 | 65,040.177 | 2 | 2.13 | 2.209 | 2.062 |
| 01/06/2026 | 15.563 | 19.250 | 8.000 | 67,542.645 | 1 | 2.136 | 2.233 | 2.062 |
| 01/05/2026 | 15.818 | 20.182 | 11.000 | 66,022.347 | 1 | 2.19 | 2.256 | 2.062 |
| 01/02/2026 | 16.333 | 21.500 | 6.000 | 62,576.561 | 3 | 2.217 | 2.222 | 2.077 |
| 01/01/2026 | 18.143 | 22.857 | 7.000 | 57,654.201 | 5 | 2.13 | 2.205 | 2.062 |
| 12/31/2025 | 18.143 | 22.857 | 7.000 | 57,202.181 | 2 | 2.043 | 2.14 | 2.031 |
| 12/30/2025 | 18.583 | 23.417 | 6.000 | 59,689.267 | 3 | 2.045 | 2.116 | 2.062 |
| 12/29/2025 | 15.500 | 21.300 | 5.000 | 64,090.846 | 3 | 2 | 2.07 | 2.047 |
| 12/26/2025 | 15.500 | 21.750 | 4.000 | 62,604.118 | 3 | 2.174 | 2.044 | 2.032 |
| 12/25/2025 | 15.667 | 21.667 | 3.000 | 61,569.887 | 5 | 2.13 | 2.023 | 2.016 |
| 12/24/2025 | 15.667 | 21.667 | 3.000 | 61,096.317 | 3 | 1.957 | 1.953 | 1.967 |
| 12/23/2025 | 15.667 | 21.667 | 3.000 | 59,550.839 | 3 | 1.909 | 1.93 | 1.95 |
| 12/22/2025 | 21.938 | 26.000 | 8.000 | 44,694.237 | 1 | 1.857 | 1.907 | 1.932 |
| 12/19/2025 | 24.846 | 27.962 | 13.000 | 38,821.272 | 1 | 1.87 | 1.889 | 1.948 |
| 12/18/2025 | 24.000 | 26.333 | 3.000 | 39,872.219 | 3 | 1.913 | 1.909 | 1.965 |
| 12/17/2025 | 28.250 | 31.417 | 6.000 | 33,574.170 | 1 | 1.87 | 1.884 | 1.946 |
| 12/16/2025 | 29.000 | 32.071 | 7.000 | 32,442.671 | 1 | 1.909 | 1.907 | 1.964 |
| 12/15/2025 | 39.750 | 42.700 | 10.000 | 22,163.918 | 1 | 1.952 | 1.907 | 1.981 |
| 12/12/2025 | 41.125 | 43.833 | 12.000 | 20,727.144 | 1 | 2 | 1.978 | 2 |
| 12/11/2025 | 41.125 | 44.438 | 8.000 | 20,678.433 | 1 | 2.174 | 2 | 2.019 |
| 12/10/2025 | 47.000 | 50.200 | 5.000 | 16,918.726 | 1 | 2.217 | 2.023 | 2.039 |
| 12/09/2025 | 56.000 | 59.750 | 4.000 | | 2 | 2.273 | 2.047 | 2.06 |
| 12/08/2025 | 73.833 | 77.167 | 3.000 | 6,138.854 | 2 | 2.286 | 2.023 | 2.061 |
| 12/05/2025 | 88.500 | 90.500 | 5.000 | 2,441.297 | 1 | 2.304 | 2 | 2.063 |
| 12/04/2025 | 101.917 | 103.583 | 3.000 | -168.753 | 4 | 2.304 | 2.023 | 2.085 |
| 12/03/2025 | 104.000 | 105.125 | 4.000 | -695.812 | 1 | 2.174 | 1.977 | 2.043 |
| 12/02/2025 | 105.125 | 106.125 | 8.000 | -710.224 | 1 | 2.227 | 2 | 2.067 |
| 12/01/2025 | 105.350 | 106.525 | 10.000 | -743.072 | 3 | 2.286 | 2.047 | 2.091 |
| 11/28/2025 | 105.214 | 106.179 | 7.000 | -708.728 | 4 | 2.13 | 2.07 | 2.07 |
| 11/27/2025 | 105.600 | 106.600 | 10.000 | -767.088 | 4 | 2.043 | 2.024 | 2.024 |
| 11/26/2025 | 105.600 | 106.600 | 10.000 | -762.818 | 3 | 1.957 | 1.976 | 1.976 |
| 11/25/2025 | 105.938 | 106.750 | 4.000 | -812.323 | 2 | 1.909 | 1.95 | 1.95 |
| 11/24/2025 | 105.525 | 106.575 | 10.000 | -742.407 | 1 | 1.905 | 1.949 | 1.949 |
| 11/21/2025 | 105.450 | 106.500 | 10.000 | -718.254 | 2 | 1.957 | 1.974 | 1.974 |
| 11/20/2025 | 105.714 | 106.571 | 7.000 | -756.136 | 2 | 1.913 | 1.973 | 1.973 |

**JOINT EXHIBIT NO. 20**
**Page 5 of 11**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/19/2025 | 105.538 | 106.588 | 10.000 | -725.445 | 1 | 1.87 | 1.972 | 1.972 |
| 11/18/2025 | 105.525 | 106.600 | 10.000 | -720.597 | 2 | 1.909 | 2 | 2 |
| 11/17/2025 | 105.550 | 106.625 | 10.000 | -720.626 | 2 | 1.905 | 2 | 2 |
| 11/14/2025 | 105.417 | 106.417 | 9.000 | -689.115 | 2 | 1.826 | 2 | 2 |
| 11/13/2025 | 105.333 | 106.250 | 9.000 | -671.898 | 2 | 1.826 | 2 | 2 |
| 11/12/2025 | 105.679 | 106.607 | 7.000 | -720.655 | 2 | 1.957 | 2 | 2 |
| 11/11/2025 | 105.688 | 106.688 | 4.000 | -718.967 | 5 | 1.955 | 2 | 2 |
| 11/10/2025 | 105.688 | 106.688 | 4.000 | -715.185 | 2 | 1.81 | 1.897 | 1.897 |
| 11/07/2025 | 105.250 | 106.156 | 8.000 | -638.749 | 3 | 1.783 | 1.893 | 1.893 |
| 11/06/2025 | 105.125 | 106.042 | 6.000 | -617.322 | 2 | 1.696 | 1.852 | 1.852 |
| 11/05/2025 | 104.500 | 105.750 | 3.000 | -521.680 | 2 | 1.696 | 1.846 | 1.846 |
| 11/04/2025 | 105.825 | 106.800 | 10.000 | -712.770 | 1 | 1.682 | 1.84 | 1.84 |
| 11/03/2025 | 105.841 | 106.818 | 11.000 | -1,004.752 | 1 | 1.714 | 1.875 | 1.875 |
| 10/31/2025 | 105.886 | 106.864 | 11.000 | -994.684 | 1 | 1.913 | 1.913 | 1.913 |
| 10/30/2025 | 105.909 | 106.841 | 11.000 | -991.672 | 1 | 1.955 | 1.955 | 1.955 |
| 10/29/2025 | 106.000 | 106.900 | 10.000 | -999.379 | 2 | 2 | 2 | 2 |
| 10/28/2025 | 105.975 | 106.900 | 10.000 | -987.395 | 2 | 2 | 2 | 2 |
| 10/27/2025 | 105.944 | 106.917 | 9.000 | -975.493 | 2 | 2 | 2 | 2 |
| 10/24/2025 | 106.000 | 107.000 | 6.000 | -967.735 | 2 | 2 | 2 | 2 |
| 10/23/2025 | 105.833 | 106.667 | 6.000 | | 2 | 2 | 2 | 2 |
| 10/22/2025 | 105.463 | 106.400 | 10.000 | | 2 | 2 | 2 | 2 |
| 10/21/2025 | 105.536 | 106.393 | 7.000 | | 1 | 2 | 2 | 2 |
| 10/20/2025 | 105.167 | 106.111 | 9.000 | | 1 | 2.071 | 2.071 | 2.071 |
| 10/17/2025 | 105.014 | 105.903 | 9.000 | | 2 | 2.154 | 2.154 | 2.154 |
| 10/16/2025 | 105.056 | 105.944 | 9.000 | | 1 | 2.167 | 2.167 | 2.167 |
| 10/15/2025 | 105.125 | 106.069 | 9.000 | | 1 | 2.273 | 2.273 | 2.273 |
| 10/14/2025 | 105.063 | 106.000 | 4.000 | | 2 | 2.4 | 2.4 | 2.4 |
| 10/13/2025 | 106.250 | 107.250 | 3.000 | | 5 | 2.444 | 2.444 | 2.444 |
| 10/10/2025 | 106.250 | 107.250 | 3.000 | | 2 | 2.125 | 2.125 | 2.125 |
| 10/09/2025 | 108.225 | 109.025 | 10.000 | | 1 | 2.143 | 2.143 | 2.143 |
| 10/08/2025 | 108.536 | 109.125 | 7.000 | | 2 | 2.333 | 2.333 | 2.333 |
| 10/07/2025 | 108.500 | 109.179 | 7.000 | | 1 | 2.4 | 2.4 | 2.4 |
| 10/06/2025 | 108.393 | 109.179 | 7.000 | | 2 | 2.75 | 2.75 | 2.75 |
| 10/03/2025 | 108.450 | 109.250 | 5.000 | | 2 | 3 | 3 | 3 |
| 10/02/2025 | 108.325 | 109.275 | 5.000 | | 3 | 3.5 | 3.5 | 3.5 |
| 10/01/2025 | 107.063 | 108.313 | 4.000 | | | | | |

# S&P Capital IQ PRO

## First Brands Group, LLC | LOAN SECURITY DETAIL

**(MI KEY: 9715808; SPCIQ KEY: 547824806)**
(MI KEY: 9715808; SPCIQ KEY: 547824806)

Batch : Live Price

| Loan Description | Composite Bid/Ask | Live Bid/Ask | Bid Price Change | Liquidity |
|---|---|---|---|---|
| **Trico Group/First Brands 10/25 DIP Roll Up PIK TLB** | **0.033/0.591**<br>7/24/2026 | **0.033/0.591**<br>As of (NY) 7/26/2026 8:01PM | **0.000 (0.00%)**<br>7/26/2026 8:01PM | High ... Low<br>1 2 3 4 5 |

| Analytics | | | |
|---|---|---|---|
| **Close Bid Price (New York)** | 0.033 | **Depth** | 5 |
| **Close Ask Price (New York)** | 0.591 | **Close Price Date** | 7/24/2026 |
| **Close Mid Price (New York)** | 0.312 | **Liquidity Score** | 5 |
| **Close Bid Price (London)** | 0.033 | **30-Day Avg Liquidity** | 5.0000 |
| **Close Ask Price (London)** | 0.591 | **60-Day Avg Liquidity** | 4.9560 |
| **Close Mid Price (London)** | 0.312 | **90-Day Avg Liquidity** | 4.9380 |

Securities finance and pricing data may not be used in conjunction with Investment Accounting Activities.

**S&P Capital IQ** PRO

**First Brands Group, LLC | LOAN SECURITY DETAIL**
**(MI KEY: 9715808; SPCIQ KEY: 547824806)**

**Pricing Chart and Data**
Metric : Price
Period : 1Y



| Date | Bid | Ask | Depth | STM | Liquidity Score | 30-DAY AVG Liquidity | 60-DAY AVG Liquidity | 90-DAY AVG Liquidity |
|---|---|---|---|---|---|---|---|---|
| 07/27/2026 | 0.033 | 0.591 | 5.000 | | 5 | 5 | 4.956 | 4.938 |
| 07/24/2026 | 0.033 | 0.591 | 5.000 | | 5 | 5 | 4.956 | 4.938 |
| 07/23/2026 | 0.033 | 0.591 | 5.000 | | 5 | 5 | 4.955 | 4.938 |
| 07/22/2026 | 0.033 | 0.591 | 5.000 | | 5 | 5 | 4.953 | 4.938 |
| 07/21/2026 | 0.033 | 0.591 | 5.000 | | 5 | 5 | 4.953 | 4.938 |
| 07/20/2026 | 0.033 | 0.591 | 5.000 | | 5 | 5 | 4.953 | 4.938 |
| 07/17/2026 | 0.033 | 0.591 | 5.000 | | 5 | 4.957 | 4.933 | 4.938 |
| 07/16/2026 | 0.033 | 0.591 | 5.000 | | 5 | 4.957 | 4.932 | 4.938 |
| 07/15/2026 | 0.033 | 0.591 | 5.000 | | 5 | 4.957 | 4.93 | 4.938 |
| 07/14/2026 | 0.033 | 0.591 | 5.000 | | 5 | 4.955 | 4.93 | 4.938 |
| 07/13/2026 | 0.033 | 0.591 | 5.000 | | 5 | 4.952 | 4.93 | 4.938 |
| 07/10/2026 | 0.033 | 0.591 | 5.000 | | 5 | 4.957 | 4.933 | 4.938 |
| 07/09/2026 | 0.033 | 0.591 | 5.000 | | 5 | 4.913 | 4.932 | 4.938 |
| 07/08/2026 | 0.033 | 0.591 | 5.000 | | 5 | 4.913 | 4.93 | 4.923 |
| 07/07/2026 | 0.033 | 0.591 | 5.000 | | 5 | 4.909 | 4.93 | 4.923 |
| 07/06/2026 | 0.033 | 0.591 | 5.000 | | 5 | 4.905 | 4.93 | 4.923 |
| 07/03/2026 | 0.033 | 0.591 | 5.000 | | 5 | 4.913 | 4.933 | 4.923 |
| 07/02/2026 | 0.033 | 0.591 | 5.000 | | 5 | 4.913 | 4.932 | 4.923 |
| 07/01/2026 | 0.033 | 0.591 | 5.000 | | 5 | 4.913 | 4.93 | 4.923 |
| 06/30/2026 | 0.033 | 0.591 | 5.000 | | 5 | 4.909 | 4.907 | 4.923 |
| 06/29/2026 | 0.033 | 0.591 | 5.000 | | 5 | 4.905 | 4.907 | 4.923 |
| 06/26/2026 | 0.033 | 0.591 | 5.000 | | 5 | 4.913 | 4.911 | 4.908 |
| 06/25/2026 | 0.033 | 0.591 | 5.000 | | 5 | 4.913 | 4.909 | 4.908 |
| 06/24/2026 | 0.033 | 0.591 | 5.000 | | 5 | 4.913 | 4.907 | 4.908 |
| 06/23/2026 | 0.033 | 0.591 | 5.000 | | 5 | 4.909 | 4.907 | 4.892 |
| 06/22/2026 | 0.033 | 0.591 | 5.000 | | 5 | 4.905 | 4.907 | 4.892 |
| 06/19/2026 | 0.043 | 0.591 | 5.000 | | 5 | 4.87 | 4.911 | 4.892 |
| 06/18/2026 | 0.043 | 0.591 | 5.000 | | 4 | 4.87 | 4.909 | 4.892 |
| 06/17/2026 | 0.068 | 0.591 | 5.000 | | 5 | 4.913 | 4.93 | 4.908 |
| 06/16/2026 | 0.068 | 0.591 | 5.000 | | 5 | 4.909 | 4.93 | 4.908 |
| 06/15/2026 | 0.068 | 0.591 | 5.000 | | 5 | 4.905 | 4.93 | 4.892 |
| 06/12/2026 | 0.068 | 0.591 | 5.000 | | 5 | 4.913 | 4.933 | 4.892 |
| 06/11/2026 | 0.068 | 0.591 | 5.000 | | 5 | 4.913 | 4.932 | 4.892 |
| 06/10/2026 | 0.068 | 0.591 | 5.000 | | 5 | 4.913 | 4.93 | 4.892 |
| 06/09/2026 | 0.068 | 0.591 | 5.000 | | 4 | 4.909 | 4.93 | 4.877 |

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 06/08/2026 | 0.093 | 0.616 | 5.000 | | 5 | 4.952 | 4.93 | 4.892 |
| 06/05/2026 | 0.093 | 0.616 | 5.000 | | 5 | 4.957 | 4.933 | 4.892 |
| 06/04/2026 | 0.093 | 0.616 | 5.000 | | 5 | 4.957 | 4.932 | 4.892 |
| 06/03/2026 | 0.093 | 0.616 | 5.000 | | 5 | 4.957 | 4.93 | 4.892 |
| 06/02/2026 | 0.093 | 0.616 | 5.000 | | 5 | 4.955 | 4.93 | 4.892 |
| 06/01/2026 | 0.093 | 0.616 | 5.000 | | 5 | 4.952 | 4.93 | 4.892 |
| 05/29/2026 | 0.093 | 0.616 | 5.000 | 32,549,263,220,027.760 | 5 | 4.913 | 4.911 | 4.892 |
| 05/28/2026 | 0.093 | 0.596 | 5.000 | 17,157,211,172,936.290 | 5 | 4.913 | 4.909 | 4.877 |
| 05/27/2026 | 0.093 | 0.596 | 5.000 | 9,401,698,934,892.998 | 5 | 4.913 | 4.907 | 4.877 |
| 05/26/2026 | 0.093 | 0.596 | 5.000 | 5,337,439,492,959.776 | 5 | 4.909 | 4.907 | 4.862 |
| 05/25/2026 | 0.093 | 0.596 | 5.000 | 3,129,748,219,151.500 | 5 | 4.905 | 4.907 | 4.831 |
| 05/22/2026 | 0.093 | 0.596 | 5.000 | 746,871,033,307.578 | 5 | 4.913 | 4.889 | 4.831 |
| 05/21/2026 | 0.093 | 0.596 | 5.000 | 486,517,148,921.335 | 5 | 4.913 | 4.886 | 4.8 |
| 05/20/2026 | 0.093 | 0.596 | 5.000 | 323,785,931,211.273 | 4 | 4.913 | 4.884 | 4.8 |
| 05/19/2026 | 0.103 | 0.666 | 5.000 | 175,226,255,325.393 | 5 | 4.955 | 4.907 | 4.785 |
| 05/18/2026 | 0.103 | 0.666 | 5.000 | 121,825,801,207.960 | 5 | 4.952 | 4.907 | 4.754 |
| 05/15/2026 | 0.103 | 0.666 | 5.000 | 45,108,145,819.267 | 5 | 4.957 | 4.889 | 4.754 |
| 05/14/2026 | 0.103 | 0.666 | 5.000 | 33,337,533,206.251 | 5 | 4.957 | 4.886 | 4.723 |
| 05/13/2026 | 0.103 | 0.666 | 5.000 | 24,957,436,888.109 | 5 | 4.957 | 4.884 | 4.692 |
| 05/12/2026 | 0.103 | 0.666 | 5.000 | 18,910,598,469.959 | 5 | 4.955 | 4.884 | 4.662 |
| 05/11/2026 | 0.103 | 0.666 | 5.000 | 14,492,008,587.005 | 5 | 4.952 | 4.884 | 4.646 |
| 05/08/2026 | 0.103 | 0.666 | 5.000 | 6,935,362,167.293 | 5 | 4.913 | 4.867 | 4.615 |
| 05/07/2026 | 0.103 | 0.666 | 5.000 | 5,526,295,650.623 | 5 | 4.913 | 4.864 | 4.585 |
| 05/06/2026 | 0.103 | 0.666 | 5.000 | 4,440,705,995.733 | 5 | 4.913 | 4.86 | 4.554 |
| 05/05/2026 | 0.103 | 0.666 | 5.000 | 3,596,860,411.825 | 5 | 4.909 | 4.86 | 4.523 |
| 05/04/2026 | 0.103 | 0.666 | 5.000 | 2,935,376,125.994 | 5 | 4.905 | 4.86 | 4.492 |
| 05/01/2026 | 0.103 | 0.666 | 5.000 | 1,662,775,480.284 | 4 | 4.913 | 4.867 | 4.462 |
| 04/30/2026 | 0.092 | 0.695 | 5.000 | 1,653,616,659.148 | 5 | 4.957 | 4.886 | 4.431 |
| 04/29/2026 | 0.092 | 0.695 | 5.000 | 1,389,762,761.220 | 5 | 4.913 | 4.884 | 4.385 |
| 04/28/2026 | 0.092 | 0.695 | 5.000 | 1,174,576,710.660 | 5 | 4.909 | 4.86 | 4.354 |
| 04/27/2026 | 0.092 | 0.695 | 5.000 | 998,024,015.650 | 5 | 4.905 | 4.86 | 4.308 |
| 04/24/2026 | 0.092 | 0.695 | 5.000 | 630,635,824.315 | 5 | 4.87 | 4.8 | 4.262 |
| 04/23/2026 | 0.092 | 0.695 | 5.000 | 546,123,353.446 | 5 | 4.87 | 4.795 | 4.215 |
| 04/22/2026 | 0.092 | 0.695 | 5.000 | 474,941,434.970 | 5 | 4.87 | 4.791 | 4.185 |
| 04/21/2026 | 0.092 | 0.695 | 5.000 | 414,712,029.321 | 5 | 4.864 | 4.744 | 4.154 |
| 04/20/2026 | 0.092 | 0.695 | 5.000 | 363,525,676.161 | 5 | 4.857 | 4.744 | 4.108 |
| 04/17/2026 | 0.092 | 0.695 | 5.000 | 250,207,266.659 | 5 | 4.87 | 4.667 | 4.092 |
| 04/16/2026 | 0.092 | 0.695 | 5.000 | 222,404,075.649 | 5 | 4.826 | 4.659 | 4.062 |
| 04/15/2026 | 0.092 | 0.695 | 5.000 | 198,311,852.785 | 5 | 4.826 | 4.651 | 4 |
| 04/14/2026 | 0.092 | 0.695 | 5.000 | 177,363,325.800 | 5 | 4.818 | 4.605 | 3.938 |
| 04/13/2026 | 0.092 | 0.695 | 5.000 | 159,087,884.488 | 5 | 4.81 | 4.558 | 3.877 |
| 04/10/2026 | 0.092 | 0.695 | 5.000 | 116,689,859.313 | 5 | 4.783 | 4.467 | 3.815 |
| 04/09/2026 | 0.092 | 0.695 | 5.000 | 105,773,762.518 | 4 | 4.783 | 4.455 | 3.769 |
| 04/08/2026 | 0.067 | 0.695 | 5.000 | 136,660,523.313 | 5 | 4.826 | 4.465 | 3.738 |
| 04/07/2026 | 0.067 | 0.695 | 5.000 | 123,934,223.172 | 5 | 4.818 | 4.419 | 3.692 |
| 04/06/2026 | 0.067 | 0.695 | 5.000 | 112,654,578.352 | 5 | 4.81 | 4.372 | 3.631 |
| 04/03/2026 | 0.067 | 0.695 | 5.000 | 85,729,314.892 | 5 | 4.826 | 4.267 | 3.6 |
| 04/02/2026 | 0.067 | 0.695 | 5.000 | 78,592,974.704 | 5 | 4.826 | 4.25 | 3.569 |
| 04/01/2026 | 0.067 | 0.695 | 5.000 | | 5 | 4.826 | 4.233 | 3.569 |
| 03/31/2026 | 0.067 | 0.695 | 5.000 | | 5 | 4.818 | 4.163 | 3.538 |
| 03/30/2026 | 0.067 | 0.695 | 5.000 | | 4 | 4.81 | 4.093 | 3.492 |
| 03/27/2026 | 0.115 | 0.800 | 5.000 | 13,904,521,667,348.707 | 5 | 4.783 | 3.978 | 3.477 |
| 03/26/2026 | 0.138 | 0.750 | 6.000 | 189,125,959,164.227 | 5 | 4.696 | 3.955 | 3.446 |
| 03/25/2026 | 0.138 | 0.750 | 6.000 | 55,959,881,281.036 | 4 | 4.696 | 3.93 | 3.446 |
| 03/24/2026 | 0.158 | 0.750 | 6.000 | 5,500,033,241.797 | 5 | 4.727 | 3.884 | 3.431 |

**JOINT EXHIBIT NO. 20**
**Page 9 of 11**

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 03/23/2026 | 0.158 | 0.750 | 6.000 | 2,818,021,691.667 | 5 | 4.714 | 3.837 | 3.369 |
| 03/20/2026 | 0.158 | 0.750 | 6.000 | 648,014,104.702 | 5 | 4.565 | 3.756 | 3.323 |
| 03/19/2026 | 0.158 | 0.750 | 6.000 | 448,102,635.629 | 5 | 4.478 | 3.727 | 3.262 |
| 03/18/2026 | 0.158 | 0.750 | 6.000 | 323,228,677.443 | 5 | 4.478 | 3.698 | 3.2 |
| 03/17/2026 | 0.158 | 0.750 | 6.000 | 241,448,670.120 | 4 | 4.455 | 3.651 | 3.138 |
| 03/16/2026 | 0.208 | 0.800 | 6.000 | 62,083,563.444 | 5 | 4.476 | 3.581 | 3.123 |
| 03/13/2026 | 0.208 | 0.800 | 6.000 | 40,020,193.573 | 5 | 4.261 | 3.378 | 3.092 |
| 03/12/2026 | 0.208 | 0.800 | 6.000 | 35,195,047.039 | 5 | 4.217 | 3.341 | 3.062 |
| 03/11/2026 | 0.208 | 0.800 | 6.000 | 31,177,586.905 | 4 | 4.13 | 3.302 | 3.015 |
| 03/10/2026 | 0.200 | 0.775 | 6.000 | 30,603,219.849 | 5 | 4.136 | 3.256 | 2.985 |
| 03/09/2026 | 0.200 | 0.775 | 6.000 | 27,319,067.117 | 5 | 4.095 | 3.186 | 2.923 |
| 03/06/2026 | 0.200 | 0.775 | 6.000 | 20,076,230.427 | 5 | 3.913 | 3.067 | 2.877 |
| 03/05/2026 | 0.200 | 0.775 | 6.000 | 18,285,638.577 | 5 | 3.826 | 3.023 | 2.831 |
| 03/04/2026 | 0.200 | 0.775 | 6.000 | 16,721,346.208 | 5 | 3.739 | 2.977 | 2.785 |
| 03/03/2026 | 0.200 | 0.775 | 6.000 | 15,347,191.424 | 5 | 3.682 | 2.93 | 2.738 |
| 03/02/2026 | 0.200 | 0.775 | 6.000 | 14,133,665.161 | 5 | 3.619 | 2.93 | 2.708 |
| 02/27/2026 | 0.200 | 0.775 | 6.000 | 11,239,356.363 | 4 | 3.391 | 2.867 | 2.692 |
| 02/26/2026 | 0.238 | 0.538 | 4.000 | 8,074,190.775 | 5 | 3.304 | 2.841 | 2.692 |
| 02/25/2026 | 0.400 | 1.033 | 6.000 | 3,912,301.728 | 4 | 3.174 | 2.791 | 2.677 |
| 02/24/2026 | 0.400 | 1.033 | 6.000 | 3,738,168.041 | 3 | 3.136 | 2.767 | 2.677 |
| 02/23/2026 | 0.400 | 1.033 | 6.000 | 3,575,188.628 | 5 | 3.143 | 2.814 | 2.677 |
| 02/20/2026 | 0.400 | 1.033 | 6.000 | 3,144,773.239 | 3 | 3 | 2.711 | 2.646 |
| 02/19/2026 | 0.414 | 1.029 | 7.000 | 2,911,097.060 | 5 | 2.957 | 2.705 | 2.646 |
| 02/18/2026 | 0.414 | 1.029 | 7.000 | 2,797,846.841 | 3 | 2.913 | 2.651 | 2.615 |
| 02/17/2026 | 0.433 | 1.078 | 9.000 | 2,571,718.160 | 3 | 2.909 | 2.605 | 2.585 |
| 02/16/2026 | 0.440 | 1.120 | 10.000 | 2,438,004.791 | 5 | 2.905 | 2.558 | 2.569 |
| 02/13/2026 | 0.440 | 1.120 | 10.000 | 2,188,798.895 | 3 | 2.652 | 2.489 | 2.508 |
| 02/12/2026 | 0.440 | 1.120 | 10.000 | 2,114,247.085 | 3 | 2.565 | 2.477 | 2.492 |
| 02/11/2026 | 0.440 | 1.120 | 10.000 | 2,043,425.670 | 3 | 2.478 | 2.465 | 2.462 |
| 02/10/2026 | 0.440 | 1.120 | 10.000 | 1,976,116.720 | 4 | 2.455 | 2.465 | 2.431 |
| 02/09/2026 | 0.440 | 1.120 | 10.000 | 1,912,205.821 | 3 | 2.381 | 2.419 | 2.431 |
| 02/06/2026 | 0.440 | 1.120 | 10.000 | 1,738,278.432 | 3 | 2.304 | 2.356 | 2.4 |
| 02/05/2026 | 0.440 | 1.120 | 10.000 | 1,685,634.634 | 3 | 2.217 | 2.341 | 2.385 |
| 02/04/2026 | 0.440 | 1.120 | 10.000 | 1,635,485.722 | 3 | 2.217 | 2.326 | 2.369 |
| 02/03/2026 | 0.438 | 1.138 | 10.000 | 1,593,647.633 | 3 | 2.182 | 2.302 | 2.354 |
| 02/02/2026 | 0.438 | 1.138 | 10.000 | 1,547,588.377 | 3 | 2.143 | 2.279 | 2.338 |
| 01/30/2026 | 0.438 | 1.138 | 10.000 | 1,421,122.789 | 2 | 2.304 | 2.311 | 2.308 |
| 01/29/2026 | 0.463 | 1.163 | 10.000 | 1,322,658.848 | 2 | 2.304 | 2.318 | 2.292 |
| 01/28/2026 | 0.475 | 1.175 | 10.000 | 1,262,176.473 | 3 | 2.348 | 2.326 | 2.277 |
| 01/27/2026 | 0.475 | 1.200 | 10.000 | 1,229,636.082 | 2 | 2.318 | 2.349 | 2.246 |
| 01/26/2026 | 0.488 | 1.213 | 10.000 | 1,173,761.751 | 2 | 2.333 | 2.395 | 2.231 |
| 01/23/2026 | 0.500 | 1.225 | 10.000 | 1,069,922.242 | 2 | 2.522 | 2.467 | 2.215 |
| 01/22/2026 | 0.538 | 1.288 | 10.000 | 989,238.713 | 3 | 2.478 | 2.477 | 2.2 |
| 01/21/2026 | 0.538 | 1.288 | 10.000 | 966,541.481 | 3 | 2.435 | 2.465 | 2.169 |
| 01/20/2026 | 0.538 | 1.288 | 10.000 | 944,662.160 | 2 | 2.409 | 2.465 | 2.138 |
| 01/19/2026 | 0.538 | 1.288 | 10.000 | 923,564.943 | 4 | 2.429 | 2.488 | 2.123 |
| 01/16/2026 | 0.538 | 1.288 | 10.000 | 864,573.508 | 3 | 2.174 | 2.378 | 2.077 |
| 01/15/2026 | 0.538 | 1.288 | 10.000 | 846,234.689 | 1 | 2.174 | 2.364 | 2.046 |
| 01/14/2026 | 0.670 | 1.443 | 11.000 | 712,520.291 | 1 | 2.261 | 2.395 | 2.046 |
| 01/13/2026 | 0.727 | 1.500 | 11.000 | 660,934.361 | 1 | 2.318 | 2.419 | 2.046 |
| 01/12/2026 | 0.761 | 1.534 | 11.000 | 628,762.322 | 1 | 2.381 | 2.419 | 2.077 |
| 01/09/2026 | 0.819 | 1.625 | 9.000 | 566,671.973 | 2 | 2.435 | 2.422 | 2.138 |
| 01/08/2026 | 1.000 | 2.094 | 8.000 | 488,749.900 | 2 | 2.391 | 2.432 | 2.154 |
| 01/07/2026 | 0.938 | 2.094 | 8.000 | 500,898.068 | 2 | 2.391 | 2.442 | 2.138 |
| 01/06/2026 | 0.938 | 2.094 | 8.000 | 492,494.660 | 1 | 2.409 | 2.442 | 2.123 |
| 01/05/2026 | 1.042 | 2.250 | 6.000 | 452,835.252 | 3 | 2.476 | 2.465 | 2.123 |
| 01/02/2026 | 1.125 | 2.375 | 6.000 | 411,323.521 | 3 | 2.391 | 2.4 | 2.092 |
| 01/01/2026 | 1.150 | 2.350 | 5.000 | | 5 | 2.391 | 2.386 | 2.108 |
| 12/31/2025 | 1.150 | 2.350 | 5.000 | | 3 | 2.348 | 2.326 | 2.108 |
| 12/30/2025 | 1.150 | 2.250 | 5.000 | 470,537.031 | 2 | 2.318 | 2.279 | 2.138 |
| 12/29/2025 | 0.925 | 2.075 | 5.000 | 570,858.449 | 3 | 2.333 | 2.256 | 2.141 |
| 12/26/2025 | 0.906 | 1.844 | 4.000 | 580,956.148 | 3 | 2.522 | 2.156 | 2.127 |
| 12/25/2025 | 0.958 | 1.875 | 3.000 | 547,894.517 | 5 | 2.522 | 2.136 | 2.113 |
| 12/24/2025 | 0.958 | 1.875 | 3.000 | 545,658.621 | 3 | 2.435 | 2.07 | 2.066 |
| 12/23/2025 | 1.125 | 2.313 | 4.000 | 438,811.660 | 1 | 2.409 | 2.023 | 2.05 |
| 12/22/2025 | 1.650 | 2.850 | 5.000 | 280,124.070 | 2 | 2.476 | 2.023 | 2.068 |
| 12/19/2025 | 1.781 | 2.969 | 4.000 | 306,706.778 | 1 | 2.478 | 1.956 | 2.069 |
| 12/18/2025 | 3.361 | 5.083 | 9.000 | 190,111.732 | 1 | 2.522 | 1.977 | 2.088 |
| 12/17/2025 | 3.750 | 6.083 | 6.000 | 174,430.685 | 1 | 2.522 | 2 | 2.107 |
| 12/16/2025 | 5.188 | 7.125 | 8.000 | 137,650.670 | 3 | 2.591 | 2 | 2.127 |
| 12/15/2025 | 5.875 | 7.375 | 8.000 | 125,110.917 | 3 | 2.571 | 1.953 | 2.111 |
| 12/12/2025 | 6.000 | 7.583 | 6.000 | 120,328.657 | 3 | 2.391 | 2 | 2.094 |
| 12/11/2025 | 5.917 | 7.500 | 6.000 | 120,536.849 | 2 | 2.435 | 1.977 | 2.077 |

**JOINT EXHIBIT NO. 20**
**Page 10 of 11**

| Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/10/2025 | 5.750 | 7.250 | 3.000 | 121,965.090 | 2 | 2.391 | 1.977 | 2.078 |
| 12/09/2025 | 10.792 | 13.167 | 6.000 | 76,872.945 | 1 | 2.409 | 2 | 2.08 |
| 12/08/2025 | 10.100 | 12.200 | 5.000 | 80,213.786 | 2 | 2.476 | 2 | 2.102 |
| 12/05/2025 | 16.250 | 20.417 | 6.000 | 54,234.122 | 2 | 2.435 | 1.933 | 2.104 |
| 12/04/2025 | 17.000 | 22.667 | 3.000 | 51,911.174 | 2 | 2.435 | 1.932 | 2.106 |
| 12/03/2025 | 37.250 | 39.625 | 4.000 | 23,681.023 | 2 | 2.391 | 1.93 | 2.109 |
| 12/02/2025 | 38.350 | 40.750 | 5.000 | 22,712.513 | 3 | 2.409 | 1.977 | 2.111 |
| 12/01/2025 | 39.938 | 42.000 | 8.000 | 21,453.779 | 4 | 2.381 | 2.023 | 2.091 |
| 11/28/2025 | 39.938 | 42.000 | 8.000 | 21,116.421 | 4 | 2.13 | 2.047 | 2.047 |
| 11/27/2025 | 39.938 | 42.063 | 8.000 | 21,007.128 | 4 | 2 | 2 | 2 |
| 11/26/2025 | 39.938 | 42.063 | 8.000 | 20,899.363 | 4 | 1.87 | 1.951 | 1.951 |
| 11/25/2025 | 39.938 | 42.063 | 8.000 | 20,791.580 | 3 | 1.773 | 1.9 | 1.9 |
| 11/24/2025 | 39.222 | 41.667 | 9.000 | 21,170.493 | 3 | 1.714 | 1.872 | 1.872 |
| 11/21/2025 | 39.857 | 42.000 | 7.000 | 20,431.175 | 3 | 1.565 | 1.842 | 1.842 |
| 11/20/2025 | 39.625 | 42.000 | 8.000 | 20,483.861 | 3 | 1.478 | 1.811 | 1.811 |
| 11/19/2025 | 39.813 | 42.563 | 8.000 | 20,258.665 | 1 | 1.391 | 1.778 | 1.778 |
| 11/18/2025 | 39.389 | 41.944 | 9.000 | 20,431.267 | 2 | 1.409 | 1.8 | 1.8 |
| 11/17/2025 | 39.389 | 42.056 | 9.000 | 20,332.075 | 1 | 1.381 | 1.794 | 1.794 |
| 11/14/2025 | 38.861 | 41.694 | 9.000 | 20,375.957 | 2 | 1.348 | 1.818 | 1.818 |
| 11/13/2025 | 39.179 | 41.821 | 7.000 | 20,071.541 | 1 | 1.391 | 1.813 | 1.813 |
| 11/12/2025 | 38.750 | 41.583 | 6.000 | 20,247.610 | 1 | 1.565 | 1.839 | 1.839 |
| 11/11/2025 | 36.100 | 38.700 | 5.000 | 21,949.359 | 4 | 1.591 | 1.867 | 1.867 |
| 11/10/2025 | 36.100 | 38.700 | 5.000 | 21,842.414 | 1 | 1.476 | 1.793 | 1.793 |
| 11/07/2025 | 34.700 | 37.300 | 5.000 | 22,531.711 | 2 | 1.522 | 1.821 | 1.821 |
| 11/06/2025 | 35.000 | 38.400 | 5.000 | 22,203.992 | 2 | 1.478 | 1.815 | 1.815 |
| 11/05/2025 | 35.000 | 38.000 | 4.000 | 22,100.701 | 2 | 1.435 | 1.808 | 1.808 |
| 11/04/2025 | 39.955 | 42.091 | 11.000 | 19,372.488 | 2 | 1.409 | 1.8 | 1.8 |
| 11/03/2025 | 39.688 | 41.688 | 8.000 | 19,448.294 | 1 | 1.381 | 1.792 | 1.792 |
| 10/31/2025 | 40.091 | 42.091 | 11.000 | 18,949.230 | 1 | 1.826 | 1.826 | 1.826 |
| 10/30/2025 | 40.045 | 42.136 | 11.000 | 18,893.004 | 1 | 1.864 | 1.864 | 1.864 |
| 10/29/2025 | 40.091 | 42.136 | 11.000 | 18,781.941 | 1 | 1.905 | 1.905 | 1.905 |
| 10/28/2025 | 40.000 | 42.000 | 11.000 | 16,751.134 | 1 | 1.95 | 1.95 | 1.95 |
| 10/27/2025 | 39.886 | 41.977 | 11.000 | 16,734.444 | 1 | 2 | 2 | 2 |
| 10/24/2025 | 39.900 | 42.000 | 10.000 | 16,492.246 | 1 | 2.056 | 2.056 | 2.056 |
| 10/23/2025 | 39.455 | 42.000 | 11.000 | | 1 | 2.118 | 2.118 | 2.118 |
| 10/22/2025 | 39.700 | 42.150 | 10.000 | | 1 | 2.188 | 2.188 | 2.188 |
| 10/21/2025 | 39.775 | 42.225 | 10.000 | | 1 | 2.267 | 2.267 | 2.267 |
| 10/20/2025 | 39.417 | 41.917 | 9.000 | | 1 | 2.357 | 2.357 | 2.357 |
| 10/17/2025 | 39.556 | 42.167 | 9.000 | | 1 | 2.462 | 2.462 | 2.462 |
| 10/16/2025 | 39.778 | 42.611 | 9.000 | | 1 | 2.583 | 2.583 | 2.583 |
| 10/15/2025 | 39.750 | 43.179 | 7.000 | | 1 | 2.727 | 2.727 | 2.727 |
| 10/14/2025 | 40.375 | 43.625 | 4.000 | | 3 | 2.9 | 2.9 | 2.9 |
| 10/10/2025 | 45.333 | 47.833 | 3.000 | | 3 | 2.625 | 2.625 | 2.625 |
| 10/09/2025 | 48.167 | 50.111 | 9.000 | | 1 | 2.571 | 2.571 | 2.571 |
| 10/08/2025 | 49.150 | 51.400 | 10.000 | | 1 | 2.833 | 2.833 | 2.833 |
| 10/07/2025 | 49.531 | 52.094 | 8.000 | | 1 | 3.2 | 3.2 | 3.2 |
| 10/06/2025 | 49.667 | 52.333 | 6.000 | | 1 | 3.75 | 3.75 | 3.75 |
| 10/03/2025 | 51.875 | 55.625 | 4.000 | | 4 | 4.667 | 4.667 | 4.667 |
| 10/02/2025 | 54.250 | 59.000 | 4.000 | | 5 | 5 | 5 | 5 |
| 10/01/2025 | 54.250 | 59.000 | 4.000 | | | | | |