| | |
|---|---|
| **From:** | "Justin Nielsen" <jnielsen@onsetfinancial.com> |
| **Sent:** | Wed 12/7/2022 11:26:58 PM (UTC) |
| **Subject:** | Re: [External]:Walk through in Brownsville??? |

**From:** Justin Nielsen [jnielsen@onsetfinancial.com] on behalf of Justin Nielsen <jnielsen@onsetfinancial.com>
**Sent:** Wednesday, December 7, 2022 11:26 PM
**To:** James, Edward
**CC:** Remington Atwood
**Subject:** Re: [External]:Walk through in Brownsville???

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ed,
Thank you!!  As I mentioned on the phone, I gave Remington the approval to book the site visit. Also, I spoke with Remington after our call this afternoon and this will never happen again. ALL COMMUNICATION WILL RUN THROUGH YOU GOING FORWARD!

Again, my sincere apologies.  I never meant for this to be a point of concern or frustration.   We certainly try to streamline these processes, but for all the reasons you pointed out (and I agree with) Remington and/or I will run all communication through you Ed.

Best regards,
Justin

Justin Nielsen
CEO
Onset Financial, Inc.

274 West 12300 South
Draper, UT 84020

On Dec 7, 2022, at 3:20 PM, James, Edward <ed.james@firstbrandsgroup.com> wrote:

CONFIDENTIAL                                                                                          FBG_CH1_00097591

**DEBTORS' EXHIBIT NO. 73**
**Page 1 of 2**
**JOINT EXHIBIT NO. 21**
**Page 1 of 2**

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Remington

I informed my operations folks that you are going to be there tomorrow for no more than 10 mins to just check the box that we have inventory as provided on the refreshed listing that I provided . Justin and I had communications on how these are to be handled in the future and ALL communications goes through me ALONE… I will direct traffic from there to make sure we have the right folks paying the detailed attention to my request… Standard protocol and Visitors coming through our plants as we need Executive approvals for visitors and purpose of visits

Edward James
Executive Vice President
127 Public Square Suite 5300, Cleveland, OH 44114
**Direct:** | **Email:** ed.james@firstbrandsgroup.com

---

**DISCLAIMER:** This electronic message together with any attachments is confidential. If you are not the intended recipient, do not copy, disclose, or use the contents in any way. Please also advise us by return e-mail that you have received the message and then please destroy. The sender is not responsible for any changes made to this message and / or any attachments after the message and attachments are initial sent. We use virus scanning software but exclude all liability for viruses or anything similar in this email or any attachment.

CONFIDENTIAL                                                                         FBG_CH1_00097592