| From: | "James, Edward" <ed.james@firstbrandsgroup.com> |
|---|---|
| Sent: | Tue 1/17/2023 9:15:04 PM (UTC) |
| Subject: | RE: First Brands Group - LAM Credit/Due Diligence Questions for Pre Existing Jefferies AR Facility |

**From:** James, Edward [ed.james@firstbrandsgroup.com] on behalf of James, Edward <ed.james@firstbrandsgroup.com>
**Sent:** Tuesday, January 17, 2023 9:15 PM
**To:** Ross Berger
**CC:** Kishore Bukkarayasamudram; keith.dondl@jefferies.com
**Subject:** RE: First Brands Group - LAM Credit/Due Diligence Questions for Pre Existing Jefferies AR Facility

Ross
Just tried u.. Let's discuss live but clearly LAM is not my creditor but provide a facility for the True Sale for the 3 or 4 of our best AM customers with no exposure to any OE customers and been doing so for the last 4 years without issues . The nature of the True Sale facility, LAM is not required to increase , I will let ownership know that we don't have any increases to the capacity as requested this week and we will proceed and manage the facility as it is and work towards answering any other question or clarification with Steve and proceed accordingly. I offered to do that this week when we are in NY or you are welcome to meet with us in CLE . Until then we will manage with the current capacity in place

Ed

**From:** Ross Berger <ross.berger@jefferies.com>
**Sent:** Tuesday, January 17, 2023 1:03 PM
**To:** James, Edward <ed.james@firstbrandsgroup.com>
**Cc:** Kishore Bukkarayasamudram <kishore.bukkaraya@jefferies.com>; keith.dondl@jefferies.com
**Subject:** RE: First Brands Group - LAM Credit/Due Diligence Questions for Pre Existing Jefferies AR Facility

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ed,
Hope you had a good holiday weekend. To be clear, without Kishore coming to Cleveland and meeting with your CFO, Steve, and you to gain comfort there is no possibility of an increase. The conversation last week with you has made clear to the team and to I of the importance in coming to Cleveland and walking through your current on balance sheet and off balance sheet credit facilities. Keith and Kishore will send you follow-up due diligence questions. Given we are one of your largest creditors, I know you will do all you can to answer Kishore and Keith and get them comfortable.
Best,

**From:** James, Edward <ed.james@firstbrandsgroup.com>

CONFIDENTIAL                                                                                 FBG_CH1_00096540

**DEBTORS' EXHIBIT NO. 76**
**Page 1 of 5**
**JOINT EXHIBIT NO. 23**
**Page 1 of 5**

**Sent:** Saturday, January 14, 2023 5:00 PM
**To:** Ross Berger <ross.berger@jefferies.com>; Keith Dondl <keith.dondl@jefferies.com>
**Cc:** Kishore Bukkarayasamudram <kishore.bukkaraya@jefferies.com>
**Subject:** RE: First Brands Group - LAM Credit/Due Diligence Questions for Pre Existing Jefferies AR Facility

Ross
That being said, I want to make sure the work on getting the increase for next week is not conditioned to our visit with each other .. Or is it ?

**From:** Ross Berger <ross.berger@jefferies.com>
**Sent:** Saturday, January 14, 2023 7:04 PM
**To:** James, Edward <ed.james@firstbrandsgroup.com>; keith.dondl@jefferies.com
**Cc:** Kishore Bukkarayasamudram <kishore.bukkaraya@jefferies.com>
**Subject:** RE: First Brands Group - LAM Credit/Due Diligence Questions for Pre Existing Jefferies AR Facility

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ed,
I need to coordinate with Kishore on his schedule too. Waiting for Kishore to see what would work for him and we will revert back.
If you could also give you and your colleague (s) possible availability earlier in week at your offices or the following week at your offices.
Best,


Ross Berger
Managing Director
Jefferies | Leucadia – Trade Finance Group
101 California street, 31st Floor, San Francisco CA 94111
Tel: 415-229-1456



**From:** James, Edward <ed.james@firstbrandsgroup.com>
**Sent:** Saturday, January 14, 2023 3:32 PM
**To:** Ross Berger <ross.berger@jefferies.com>; Keith Dondl <keith.dondl@jefferies.com>
**Cc:** Kishore Bukkarayasamudram <kishore.bukkaraya@jefferies.com>
**Subject:** RE: First Brands Group - LAM Credit/Due Diligence Questions for Pre Existing Jefferies AR Facility

Ross
Sure thing. Steve and I will be in town on the 19th and out on the 20th and much of the time is lock in but Let's plan to meet at Jeffries after our meetings either Thursday after 4 or early morning on Friday say 7.30 to 9 on Friday.  Our flights back is scheduled for 3 on Friday so Thursday is probably better a logic if Friday is not doable

CONFIDENTIAL

FBG_CH1_00096541

Crazy that we have yet to meet in person so will be good to catch up the team in person and we can discuss opportunities to grow this year with the current request plus the HZ business coming online

**From:** Ross Berger <ross.berger@jefferies.com>
**Sent:** Saturday, January 14, 2023 3:53 PM
**To:** James, Edward <ed.james@firstbrandsgroup.com>; keith.dondl@jefferies.com
**Cc:** Kishore Bukkarayasamudram <kishore.bukkaraya@jefferies.com>
**Subject:** RE: First Brands Group - LAM Credit/Due Diligence Questions for Pre Existing Jefferies AR Facility

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ed,
Let me see if Kishore and I can make it to NYC to meet with you and your colleagues next week.
What would be the day (s) and times you would have available to meet at our Jefferies headquarters building at 520 Madison avenue..
Best,

**From:** James, Edward <ed.james@firstbrandsgroup.com>
**Sent:** Saturday, January 14, 2023 9:22 AM
**To:** Keith Dondl <keith.dondl@jefferies.com>
**Cc:** Kishore Bukkarayasamudram <kishore.bukkaraya@jefferies.com>; Ross Berger <ross.berger@jefferies.com>
**Subject:** RE: First Brands Group - LAM Credit/Due Diligence Questions for Pre Existing Jefferies AR Facility

[External Message]

Keith
See responses and we can discuss further if needed on Monday

**From:** Keith Dondl <keith.dondl@jefferies.com>
**Sent:** Friday, January 13, 2023 9:51 PM
**To:** James, Edward <ed.james@firstbrandsgroup.com>
**Cc:** Kishore Bukkarayasamudram <kishore.bukkaraya@jefferies.com>; Ross Berger <ross.berger@jefferies.com>
**Subject:** First Brands Group - LAM Credit/Due Diligence Questions for Pre Existing Jefferies AR Facility

EXTERNAL SENDER - CAUTION: This email originated from outside of our organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**Hi Ed,**

*Thank you for the call today.  As discussed, please see below a summary of the questions we are looking for answers to:*

CONFIDENTIAL                                                           FBG_CH1_00096542

**DEBTORS' EXHIBIT NO. 76**
**Page 3 of 5**
**JOINT EXHIBIT NO. 23**
**Page 3 of 5**

1.  What is the aggregate $ amount of all **Inventory** financing facilities in place and what are the due dates for each of these facilities? Only ABL has the Inventory collateral in the US  – Facility size of the ABL - $250 M. No other facility otherwise

2.  What is the aggregate $ amount of all **Payables** facilities in place and what are the due dates for each of these facilities?

    a.  NONE.
    b.  Suppliers provide the extension of terms and our ABL lenders on various platforms reviews our financial positions and provides any SCF facilities on these platforms for Suppliers to take advantage of discounting their invoices if they choose to do so. FBG is not a party to these facilities .
    c.  Our PAYABLE on the Balance Sheet reflects all outstanding AP balances. We can discuss further on Monday if further clarification is needed

3.  What is the aggregate $ amount of all **AR securitization** facilities in place and what are the due dates for each of these facilities? Securitization .. See Audit in 2021 for this facility size . Covers customers that is not participates on the Jefferies program

4.  Are there any other **AR facilities** in place in addition to the Jefferies A/R facility with our group? See response above on customers covered.

5.  What is your projection of the Cash Interest Expense for the full year 2023 assuming current interest rates remain constant? For now Q3 financials present this information and the cashflow impact . Also sharing 5 year plan.  We will share the 2023 Budget when this is ready

6.  What was FBG's actual annual AR Factoring costs for 2022? See Q3 for EBITDA reconciliation for all Interest and factoring costs. Jeffries is the highest interest as the Securitization has 2% interest. You should be able to derive what Jeffries is changing in this no

7.  How much of the $1B in cash is domiciled in the US? As mentioned, the $1 Billion proforma in the lender deck relates to $425 plus reserved for the HZN acquisition. We highlight what cash is unrestricted whether domestic or foreign in our lender deck and you can rely on this for your response.. We can discuss further on Monday if there is something specific that you are looking on the domestic question

8.  Can you please provide some dates for an onsite visit over the next few weeks for our annual review which is past due at this point.

CONFIDENTIAL

FBG_CH1_00096543

9.  Can you please help facilitate a call with FBG's CFO as it has been quite some time since last we spoke with him.

Best regards,

Keith Dondl

Jefferies | Leucadia Asset Management – Trade Finance Group
520 Madison Avenue | New York, NY 10022
Tel:  212-778-8463
Cell: 845-745-1544
keith.dondl@jefferies.com | www.jefferies.com

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited.

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited.

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited.

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited.

FBG_CH1_00096544

DEBTORS' EXHIBIT NO. 76
Page 5 of 5
JOINT EXHIBIT NO. 23
Page 5 of 5