**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § § | **Case No. 25-90399 (CML)** |
| **Debtors.** | § § § § | **(Jointly Administered)** |

# JOINT EXHIBIT NUMBER 27

**FOR COMBINED HEARING HELD JULY 28–30, 2026**

LAM EXHIBIT NUMBER 8
*Jan. 17, 2023 email forwarding the Jan. 14, 2023 James to Dondl email (Docket No. 3422-8)*

(*Filed Under Seal*)