**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § § | **Case No. 25-90399 (CML)** |
| **Debtors.** | § § § § | **(Jointly Administered)** |

# JOINT EXHIBIT NUMBER 28

**FOR COMBINED HEARING HELD JULY 28–30, 2026**

LAM EXHIBIT NUMBER 9
*Jan. 23, 2023 James to Dondl et al. email (Docket No. 3422-9)*

(*Filed Under Seal*)