**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |
| | § | |

**JOINT EXHIBIT NUMBER 31**

**FOR COMBINED HEARING HELD JULY 28–30, 2026**

LAM EXHIBIT NUMBER 13
*Oct. 26, 2023 Hoffman to Graham email attaching Project Raven diligence request packet
(Docket No. 3422-13)*

(*Filed Under Seal*)