**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § § | **Case No. 25-90399 (CML)** |
| **Debtors.** | § § § § | **(Jointly Administered)** |

# JOINT EXHIBIT NUMBER 33

**FOR COMBINED HEARING HELD JULY 28–30, 2026**

LAM EXHIBIT NUMBER 15
*Oct. 31, 2023 Graham to Baker email re margin loan (Docket No. 3422-15)*

(*Filed Under Seal*)