**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | ) | Case No. 25-90399 (CML) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**AEQUUM CAPITAL FINANCIAL II LLC'S NOTICE AND RESERVATION OF RIGHTS**

      1.      Under the Plan,[2] all Entities holding Claims, Interests, or Causes of Action that are released or exculpated under the Plan are permanently enjoined from, among other things, asserting any right of setoff of any kind against any obligation due from the Debtors, their Estates, the Wind Down Administrator, the Claims Ombudsman, the Litigation Trust and its Assets, the DIP Collateral Trust and its Assets, the ABL Collateral Trust and its Assets, the Released Parties, and/or the Exculpated Parties, unless "such Entity has timely asserted such setoff right either in a filed proof of Claim or in another document filed with the Bankruptcy Court explicitly preserving such setoff or that otherwise indicates that such Entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise." Plan § 13.4(b).

      2.      Aequum Capital Financial II LLC, in its capacity as administrative agent ("Aequum") for the lenders under a revolving credit facility to debtor Broad Street Financial, LLC (such lenders, together with Aequum, the "Aequum Secured Parties"), hereby files this Notice and Reservation of Rights to provide notice in accordance with section 13.4(b) of the Plan that the

---

[1] A complete list of Debtors in these chapter 11 cases may be obtained on the website of Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] The "Plan" means the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* [Docket No. 3448] (as may be amended, modified, or supplemented from time to time). Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Plan.

158955186

Aequum Secured Parties reserve, preserve, and do not waive, release, or relinquish any and all rights of setoff, recoupment, or similar rights that they may have against the Debtors, their Estates, the Wind Down Administrator, the Claims Ombudsman, the Litigation Trust and its Assets, the DIP Collateral Trust and its Assets, the ABL Collateral Trust and its Assets, the Released Parties, the Exculpated Parties, or any successor thereto.

3.      Nothing in this Notice and Reservation of Rights constitutes an admission as to the validity of any claim against the Aequum Secured Parties, or a waiver of any of the Aequum Secured Parties' respective rights, remedies, claims, objections, or defenses under the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Plan, any confirmation order, the *Stipulation and Agreed Order Regarding Adequate Protection of the Aequum Secured Parties* [Docket No. 1018], the *Agreed Order Granting Emergency Motion of Aequum Capital Financial II LLC for Entry of an Order Granting Relief from Automatic Stay* [Docket No. 1820], any applicable loan documents, prior orders of the Court, or applicable law, all of which are expressly reserved.

4.      The Aequum Secured Parties reserve any rights they may have with respect to (i) the jurisdiction of this Bankruptcy Court with respect to the subject matter of any rights of setoff, recoupment, or similar rights reserved or preserved hereby or otherwise under applicable law; and (ii) any right of trial by jury in any proceeding so triable relating to the foregoing.

5.      For the avoidance of doubt, these reservations shall supplement, and shall not replace, limit, waive, impair, or otherwise modify, the reservations previously noticed and set forth in *Aequum Capital Financial II LLC's (I) Objection to Confirmation of the Debtors' Revised Joint Chapter 11 Plan and (II) Reservation of Setoff and Related Rights* [Docket No. 3263], including, without limitation, any rights, claims, defenses, remedies, objections, and reservations asserted or preserved therein.

**BLANK ROME LLP**

Dated: August 6, 2026

/s/ *Jennifer K. Malow*
Jennifer K. Malow (Bar No. 3925677)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: Jennifer.Malow@blankrome.com

Kenneth J. Ottaviano
Stephanie K. Hor-Chen
444 West Lake Street, Suite 1650
Chicago, Illinois 60606
Telephone: (312)776-2500
Facsimile: (312) 776-2601
Email: Ken.Ottaviano@blankrome.com
            Stephanie.HorChen@blankrome.com

-and-

Matthew E. Kaslow (admitted *pro hac vice*)
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555
Email: Matt.Kaslow@blankrome.com

*Counsel for Aequum Capital Financial II LLC*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 6, 2026, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Bankruptcy Court for the Southern District of Texas, using the CM/ECF system. The ECF system will send a "Notice of Electronic Filing" to all counsel of record who have consented in writing to accept service of this document by electronic means.

/s/ *Jennifer K. Malow*
Jennifer K. Malow

3