CONFIDENTIAL

ONSET_00032704
FBG_CH1_00091376

DEBTORS' EXHIBIT NO. 175
Page 1151 of 1907
JOINT EXHIBIT NO. 51
Page 1151 of 1907

CONFIDENTIAL

ONSET_00032705
FBG_CH1_00091377

DEBTORS' EXHIBIT NO. 175
Page 1152 of 1907
JOINT EXHIBIT NO. 51
Page 1152 of 1907

Exhibit A (2)

CONFIDENTIAL

ONSET_00032706
FBG_CH1_00091378

**DEBTORS' EXHIBIT NO. 175**
**Page 1153 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1153 of 1907**

Exhibit A (2)

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AKC | 532 | 26" COOL SNOW TOOL BRUSH 12PK | 40182I | FG | Floor stock | 4 | CONWC | CS | 54 | 0 | 0 | 0 | 21.88 | 1,181.75 | 0 | 0 | 0 | 1181.751776 | FG |
| AKC | 532 | 26" COOL SNOW TOOL BRUSH 12PK | 55170M | FG | Floor stock | 4 | CONWC | CS | 54 | 0 | 0 | 0 | 21.88 | 1,181.75 | 0 | 0 | 0 | 1181.751776 | FG |
| AKC | 532GRG | WWG 26" S/BRSH COOL SNOWTOOL 12PK | 26126M | FG | Floor stock | 4 | CONWC | CS | 54 | 0 | 0 | 0 | 21.48 | 1,160.13 | 0 | 0 | 0 | 1160.132876 | FG |
| AKC | 532GRG | WWG 26" S/BRSH COOL SNOWTOOL 12PK | 40456M | FG | Floor stock | 4 | CONWC | CS | 54 | 0 | 0 | 0 | 21.48 | 1,160.13 | 0 | 0 | 0 | 1160.132876 | FG |
| AKC | 5336R | 2"RND CLRN/MKER LGT ONLY-RED 20PK | 51278C | FG | Picking | 4 | TLITE | CS | 261 | 0 | 0 | 0 | 58.88 | 15,367.68 | 0 | 0 | 0 | 15367.68 | FG |
| AKC | 5336R | 2"RND CLRN/MKER LGT ONLY-RED 20PK | AKC ACTIVE DAMAGE | FG | Floor stock | 4 | TLITE | CS | 83 | 0 | 0 | 0 | 58.88 | 4,887.04 | 0 | 0 | 0 | 4887.04 | FG |
| AKC | 536 | 25" PWR-COOL SNOW TOOL 24 PK | 38470K | FG | Floor stock | 4 | CONWC | CS | 18 | 0 | 0 | 0 | 67.33 | 1,211.92 | 0 | 0 | 0 | 1211.915132 | FG |
| AKC | 5426C | 4" RD LED BACK UP LT 20PK | 59320A | FG | Picking | 4 | TLITE | CS | 9 | 0 | 0 | 0 | 152.75 | 1,374.71 | 0 | 0 | 0 | 1374.714 | FG |
| AKC | 56-60825 | CTN 10 1/2 X 8 9/16 X 6 3/8 | RW919D | PP | Floor stock | 4 | * | PC | 628 | 0 | 0 | 0 | 0.49 | 310.08 | 0 | 0 | 0 | 310.075 | WIP |
| AKC | 56-61530 | UPC LABEL FOR N8002KMX | RWK BIN 065 | PP | Floor stock | 4 | AUXLG | PC | 180 | 0 | 0 | 0 | 0.13 | 23.40 | 0 | 0 | 0 | 23.4 | WIP |
| AKC | 56-61532 | C O O LABEL FOR AZ MEXICO | RWK BIN 066 | PP | Floor stock | 4 | AUXLG | PC | 1313 | 0 | 0 | 0 | 0.13 | 170.69 | 0 | 0 | 0 | 170.69 | WIP |
| AKC | 56-BX-715-1232 | BOXES FOR 715-1232 | RW020C | PP | Floor stock | 4 | LBRCT | PC | 202 | 0 | 0 | 0 | 0.31 | 63.23 | 0 | 0 | 0 | 63.226 | WIP |
| AKC | 56-BX-715-1275 | PRODUCT BOX FOR LEVER ACTION BUCKET PUMP, FOR 25-50 LB /5 GAL PAILS | RW047C | PP | Floor stock | 4 | LBRCT | PC | 70 | 0 | 0 | 0 | 0.25 | 17.50 | 0 | 0 | 0 | 17.5 | WIP |
| AKC | 56-BX-LX-1100 | PRODUCT BOX LX-1100 | RW047B | PP | Floor stock | 4 | LBRCT | PC | 316 | 0 | 0 | 0 | 0.50 | 158.00 | 0 | 0 | 0 | 158 | WIP |
| AKC | 56-BX-LX-1185 | COLOR BOX FOR LX-1185 | RW020C | PP | Floor stock | 4 | LBRCT | PC | 257 | 0 | 0 | 0 | - | - | 0 | 0 | 0 | 0 | WIP |
| AKC | 56-BX-LX-1344 | COLOR BOX FOR LX-1344 | RW047B | PP | Floor stock | 4 | LBRCT | PC | 91 | 0 | 0 | 0 | - | - | 0 | 0 | 0 | 0 | WIP |
| AKC | 56-BX-LX-1400-2/140( | THD DISPLAY FOR LX-1400-2 AND LX-1403 PC | RW917D | PP | Floor stock | 4 | LBRCT | PC | 1000 | 0 | 0 | 0 | 1.00 | 998.75 | 0 | 0 | 0 | 998.75 | WIP |
| AKC | 56-CL-815-5070 | LABEL FOR 815-5070 1000/PACK | RWK BIN 123 | PP | Floor stock | 4 | LBRCT | PC | 604 | 0 | 0 | 0 | 0.04 | 24.16 | 0 | 0 | 0 | 24.16 | WIP |
| AKC | 56-CL-821-6120 | LABEL FOR 821-6120 | RWK BIN 125 | PP | Floor stock | 4 | LBRCT | PC | 3600 | 0 | 0 | 0 | 0.03 | 90.00 | 0 | 0 | 0 | 90 | WIP |
| AKC | 56-CL-LX-1510 | LABEL FOR LX-1510 | RWK BIN 033 | PP | Floor stock | 4 | LBRCT | PC | 700 | 0 | 0 | 0 | 0.03 | 21.00 | 0 | 0 | 0 | 21 | WIP |
| AKC | 56-CL-LX-1514 | LABEL FOR LX-1514 | RWK BIN 009 | PP | Floor stock | 4 | LBRCT | PC | 2189 | 0 | 0 | 0 | 0.04 | 87.56 | 0 | 0 | 0 | 87.56 | WIP |
| AKC | 56-CL-LX-1702 | LABEL FOR LX-1702 | RWK BIN 056 | PP | Floor stock | 4 | LBRCT | PC | 870 | 0 | 0 | 0 | 0.04 | 34.80 | 0 | 0 | 0 | 34.8 | WIP |
| AKC | 56-CL-LX-42 | LX COLOR LABEL (4 X 2) LUMAX | RWK BIN 043 | PP | Floor stock | 4 | LBRCT | PC | 7560 | 0 | 0 | 0 | 0.20 | 1,512.00 | 0 | 0 | 0 | 1512 | WIP |
| AKC | 56-CS-1 | CLAM SHELL 2 x 3 oz. CARTDG 500/CARTON | 58288D | PP | Picking | 4 | LBRCT | PC | 1500 | 0 | 0 | 0 | 0.13 | 195.00 | 0 | 0 | 0 | 195 | WIP |
| AKC | 56-CS-4 | CLAM SHELL 3 x 3 oz. CARTDG | 32182C | PP | Picking | 4 | LBRCT | PC | 2000 | 0 | 0 | 0 | 0.18 | 360.00 | 0 | 0 | 0 | 360 | WIP |
| AKC | 56-CS-5767 | CLAM SHELL 8" x 6" x 1" | RW930A | PP | Floor stock | 4 | LBRCT | PC | 2138 | 0 | 0 | 0 | 1.50 | 3,196.31 | 0 | 0 | 0 | 3196.31 | WIP |
| AKC | 56-CT-2 | CARTON 8 x 6 x 4 KRAFT | RW913A | PP | Floor stock | 4 | LBRCT | PC | 33 | 0 | 0 | 0 | 0.49 | 16.09 | 0 | 0 | 0 | 16.0875 | WIP |
| AKC | 56-CT-35 | CARTON 9.25X7.25X8.625 LX-1246 | RW934A | PP | Floor stock | 4 | LBRCT | PC | 152 | 0 | 0 | 0 | 0.82 | 124.26 | 0 | 0 | 0 | 124.26 | WIP |
| AKC | 56-CT-36 | CARTON 14.575X9.625X10.12 | RW946A | PP | Floor stock | 4 | LBRCT | PC | 132 | 0 | 0 | 0 | 1.64 | 216.15 | 0 | 0 | 0 | 216.15 | WIP |
| AKC | 56-CT-51 | CARTON 18 X 16 X 14 | RW914A | PP | Floor stock | 4 | * | PC | 6 | 0 | 0 | 0 | 2.64 | 15.83 | 0 | 0 | 0 | 15.825 | WIP |
| AKC | 56-CT-8 | CARTON 12 X 10 X 6 | RW923B | PP | Floor stock | 4 | LBRCT | PC | 43 | 0 | 0 | 0 | 0.95 | 40.85 | 0 | 0 | 0 | 40.85 | WIP |
| AKC | 56-CT-LX-1207C | BOX FOR LX-1207-C AND LX-1172 | RW929C | PP | Floor stock | 4 | LBRCT | PC | 350 | 0 | 0 | 0 | 1.69 | 590.63 | 0 | 0 | 0 | 590.625 | WIP |
| AKC | 56-CT-LX-1300 | BROWN CARTON FOR LX-1300 17 3/4 X 3 X 17 1/8 | RWKSTAGE | PP | Floor stock | 4 | LBRCT | PC | 3 | 0 | 0 | 0 | 2.29 | 6.86 | 0 | 0 | 0 | 6.8625 | WIP |
| AKC | 56-I-715-1246 | INSERT FOR 715-1246 | AKC RCV 8 | PP | Floor stock | 4 | LBRCT | PC | 1000 | 0 | 0 | 0 | 0.04 | 40.00 | 0 | 0 | 0 | 40 | WIP |
| AKC | 56-SC-6988787 | SLIDE CARD FOR 6988787 LX-1203 | RW909A | PP | Floor stock | 4 | LBRCT | PC | 500 | 0 | 0 | 0 | 0.07 | 35.00 | 0 | 0 | 0 | 35 | WIP |
| AKC | 56-SC-6988791 | SLIDE CARD FOR 6988791 LX-1400 | RWK BIN 023 | PP | Floor stock | 4 | LBRCT | PC | 180 | 0 | 0 | 0 | 0.03 | 5.40 | 0 | 0 | 0 | 5.4 | WIP |
| AKC | 56-SC-715-1219 | SLIDE CARD FOR 715-1219 | RWK BIN 025 | PP | Floor stock | 4 | LBRCT | PC | 640 | 0 | 0 | 0 | 0.05 | 32.00 | 0 | 0 | 0 | 32 | WIP |
| AKC | 56-SC-715-1259 | SLIDE CARD FOR 715-1259 | RWK BIN 032 | PP | Floor stock | 4 | LBRCT | PC | 100 | 0 | 0 | 0 | 0.05 | 5.00 | 0 | 0 | 0 | 5 | WIP |
| AKC | 56-SC-LX-1207-C | SLIDE CARD FOR LX-1207-C | RWK BIN 005 | PP | Floor stock | 4 | LBRCT | PC | 500 | 0 | 0 | 0 | 0.04 | 18.00 | 0 | 0 | 0 | 18 | WIP |
| AKC | 56-SC-LX-1400 | SLIDE CARD FOR LX-1400 1000/CARTON | RWK BIN 021 | PP | Floor stock | 4 | LBRCT | PC | 481 | 0 | 0 | 0 | 0.03 | 14.43 | 0 | 0 | 0 | 14.43 | WIP |
| AKC | 56-SC-LX-1410 | SLIDE CARD FOR LX-1410 1000/CASE | RWK BIN 043 | PP | Floor stock | 4 | LBRCT | PC | 92 | 0 | 0 | 0 | 0.05 | 4.60 | 0 | 0 | 0 | 4.6 | WIP |
| AKC | 56-SC-LX 1412 | SLIDE CARD FOR LX 1412 | RWK BIN 048 | PP | Floor stock | 4 | LBRCT | PC | 1231 | 0 | 0 | 0 | 0.06 | 73.86 | 0 | 0 | 0 | 73.86 | WIP |
| AKC | 56-SC-LX-1416 | SLIDE CARD FOR LX-1416 | RWKSTAGE | PP | Floor stock | 4 | LBRCT | PC | 56 | 0 | 0 | 0 | 0.03 | 1.68 | 0 | 0 | 0 | 1.68 | WIP |
| AKC | 56-SP-LX-1403 | SLIDE PACK FOR LX-1403 | RWK BIN 010 | PP | Floor stock | 4 | LBRCT | PC | 3 | 0 | 0 | 0 | 0.09 | 0.27 | 0 | 0 | 0 | 0.27 | WIP |
| AKC | 56-TOL-21 | CLEAR LABEL 2 X 1 50K/CARTON | RW929A | PP | Floor stock | 4 | LBRCT | PC | 9600 | 0 | 0 | 0 | 0.01 | 96.00 | 0 | 0 | 0 | 96 | WIP |
| AKC | 56-TOL-32 | FEATURE W/BARCODE/CTN LBL 2820 PER | RW933A | PP | Floor stock | 4 | LBRCT | PC | 89720 | 0 | 0 | 0 | 0.01 | 897.20 | 0 | 0 | 0 | 897.2 | WIP |
| AKC | 5616C | 6" OVAL LED S/U LIGHT ONLY 20PK | 49348C | FG | Picking | 4 | TLITE | CS | 15 | 0 | 0 | 0 | 152.75 | 2,291.19 | 0 | 0 | 0 | 2291.19 | FG |
| AKC | 5616C | 6" OVAL LED S/U LIGHT ONLY 20PK | 82218M | FG | Floor stock | 4 | TLITE | CS | 156 | 0 | 0 | 0 | 152.75 | 23,828.38 | 0 | 0 | 0 | 23828.376 | FG |
| AKC | 5616C | 6" OVAL LED S/U LIGHT ONLY 20PK | 66468M | FG | Floor stock | 4 | TLITE | CS | 108 | 0 | 0 | 0 | 152.75 | 16,496.57 | 0 | 0 | 0 | 16496.568 | FG |
| AKC | 5636C | 6"LED FLUSH MT. B/UP W/O BEZEL 50PK | 59510A | FG | Picking | 4 | TLITE | CS | 4 | 0 | 0 | 0 | 448.64 | 1,794.56 | 0 | 0 | 0 | 1794.56 | FG |
| AKC | 57100OC | OXI-CLEAN TOTAL WASH 100OZ 4PK | 61362A | FG | Floor stock | 4 | CONSC | CS | 87 | 0 | 0 | 0 | 19.16 | 1,667.06 | 0 | 0 | 0 | 1667.0592 | FG |
| AKC | 57100OC | OXI-CLEAN TOTAL WASH 100OZ 4PK | 56492A | FG | Floor stock | 4 | CONSC | CS | 90 | 0 | 0 | 0 | 19.16 | 1,724.54 | 0 | 0 | 0 | 1724.544 | FG |
| AKC | 57104OC | OXI CLEAN 64OZ CAR WASH/PROT 6PK | 60242C | FG | Floor stock | 4 | CONSC | CS | 49 | 0 | 0 | 0 | 29.86 | 1,022.24 | 0 | 0 | 0 | 1022.238 | FG |
| AKC | 57200OC | OXI-CLEAN TOT INTR CLEANER IN PDQ 6P | 57542A | FG | Floor stock | 4 | CONSC | CS | 156 | 0 | 0 | 0 | 16.58 | 2,585.70 | 0 | 0 | 0 | 2585.7 | FG |
| AKC | 57201OC | OXI-CLEAN COMP WHEEL CLEAN 6PK | 64264A | FG | Floor stock | 4 | CONSC | CS | 198 | 0 | 0 | 0 | 16.73 | 3,311.55 | 0 | 0 | 0 | 3311.55 | FG |
| AKC | 57205OC | OXI-CLN TOT INTFLRMT&CRPT CLNR PDQ 6PK | 21192 | FG | Floor stock | 4 | CONSC | CS | 1394 | 0 | 0 | 0 | 18.08 | 25,196.55 | 0 | 0 | 0 | 25196.55 | FG |
| AKC | 57205OC | OXI-CLN TOT INTFLRMT&CRPT CLNR PDQ 6PK | 61278A | FG | Floor stock | 4 | CONSC | CS | 312 | 0 | 0 | 0 | 18.08 | 5,639.40 | 0 | 0 | 0 | 5639.4 | FG |
| AKC | 57205OC | OXI-CLN TOT INTFLRMT&CRPT CLNR PDQ 6PK | 61360A | FG | Floor stock | 4 | CONSC | CS | 312 | 0 | 0 | 0 | 18.08 | 5,639.40 | 0 | 0 | 0 | 5639.4 | FG |
| AKC | 57205OC | OXI-CLN TOT INTFLRMT&CRPT CLNR PDQ 6PK | 63506A | FG | Floor stock | 4 | CONSC | CS | 312 | 0 | 0 | 0 | 18.08 | 5,639.40 | 0 | 0 | 0 | 5639.4 | FG |
| AKC | 57205OC | OXI-CLN TOT INTFLRMT&CRPT CLNR PDQ 6PK | 63542A | FG | Floor stock | 4 | CONSC | CS | 312 | 0 | 0 | 0 | 18.08 | 5,639.40 | 0 | 0 | 0 | 5639.4 | FG |
| AKC | 57205OC | OXI-CLN TOT INTFLRMT&CRPT CLNR PDQ 6PK | 56372A | FG | Floor stock | 4 | CONSC | CS | 312 | 0 | 0 | 0 | 18.08 | 5,639.40 | 0 | 0 | 0 | 5639.4 | FG |
| AKC | 57205OC | OXI-CLN TOT INTFLRMT&CRPT CLNR PDQ 6PK | 66612A | FG | Floor stock | 4 | CONSC | CS | 312 | 0 | 0 | 0 | 18.08 | 5,639.40 | 0 | 0 | 0 | 5639.4 | FG |
| AKC | 57205OCRF | OXI-CLN TOT INTFLRMT&CRPT CLNR PDQ 6PK | 57384A | FG | Floor stock | 4 | CONSC | CS | 156 | 0 | 0 | 0 | 18.18 | 2,835.30 | 0 | 0 | 0 | 2835.3 | FG |
| AKC | 57205OCRF | OXI-CLN TOT INTFLRMT&CRPT CLNR PDQ 6PK | AKC ACTIVE DAMAGE | FG | Floor stock | 4 | CONSC | CS | 30 | 0 | 0 | 0 | 18.18 | 545.25 | 0 | 0 | 0 | 545.25 | FG |
| AKC | 57206OC | OXI CLEAN GLASS-FOAM GLASS & MIRROR CLEANER PDQ 6PK | 81410A | FG | Floor stock | 4 | CONSC | CS | 312 | 0 | 0 | 0 | 13.20 | 4,118.40 | 0 | 0 | 0 | 4118.4 | FG |
| AKC | 57206OC | OXI CLEAN GLASS-FOAM GLASS & MIRROR CLEANER PDQ 6PK | AKC ACTIVE DAMAGE | FG | Floor stock | 4 | CONSC | CS | 4 | 0 | 0 | 0 | 13.20 | 52.80 | 0 | 0 | 0 | 52.8 | FG |
| AKC | 57214OC | OXI-CLEAN ODOR BLASTER PET STAIN PLUS-15OZ PDQ 6PK | 80108A | FG | Picking | 4 | CONSC | CS | 156 | 0 | 0 | 0 | 11.25 | 1,755.00 | 0 | 0 | 0 | 1755 | FG |
| AKC | 57214OC | OXI-CLEAN ODOR BLASTER PET STAIN PLUS-15OZ PDQ 6PK | 82194A | FG | Floor stock | 4 | CONSC | CS | 156 | 0 | 0 | 0 | 11.25 | 1,755.00 | 0 | 0 | 0 | 1755 | FG |
| AKC | 57214OC | OXI-CLEAN ODOR BLASTER PET STAIN PLUS-15OZ PDQ 6PK | 82350A | FG | Floor stock | 4 | CONSC | CS | 312 | 0 | 0 | 0 | 11.25 | 3,510.00 | 0 | 0 | 0 | 3510 | FG |
| AKC | 57214OC | OXI-CLEAN ODOR BLASTER PET STAIN PLUS-15OZ PDQ 6PK | 88350A | FG | Floor stock | 4 | CONSC | CS | 312 | 0 | 0 | 0 | 11.25 | 3,510.00 | 0 | 0 | 0 | 3510 | FG |
| AKC | 57214OCC | OXI-CLN PET STAIN PLUS 6PK | 53290A | FG | Picking | 4 | CONSC | CS | 35 | 0 | 0 | 0 | 10.72 | 375.22 | 0 | 0 | 0 | 375.216912 | FG |
| AKC | 57214OCMX | OXI-CLN PET STAIN PLUS 15OZ 6PK | SHIP | FG | Shipment | 1 | CONSC | CS | 17 | 0 | 0 | 0 | 13.06 | 221.95 | 0 | 0 | 0 | 221.95455 | FG |
| AKC | 57215OC | OXI-CLEAN PET W/BRUSH CAP 6PK | 43182A | FG | Picking | 4 | CONSC | CS | 107 | 0 | 0 | 0 | 19.95 | 2,134.65 | 0 | 0 | 0 | 2134.65 | FG |
| AKC | 57215OC | OXI-CLEAN PET W/BRUSH CAP 6PK | 64300A | FG | Floor stock | 4 | CONSC | CS | 206 | 0 | 0 | 0 | 19.95 | 4,109.70 | 0 | 0 | 0 | 4109.7 | FG |
| AKC | 57215OC | OXI-CLEAN PET W/BRUSH CAP 6PK | BULK008 | FG | Picking | 4 | CONSC | CS | 1 | 0 | 0 | 0 | 19.95 | 19.95 | 0 | 0 | 0 | 19.95 | FG |
| AKC | 57215OC | OXI-CLEAN PET W/BRUSH CAP 6PK | SHIP | FG | Shipment | 4 | CONSC | CS | 15 | 0 | 0 | 0 | 19.95 | 299.25 | 0 | 0 | 0 | 299.25 | FG |
| AKC | 58-LDS-830 | LUMAX DISPLAY SIGN 30 IN X 8 IN | RW041D | FG | Floor stock | 4 | LBRCT | CS | 477 | 0 | 0 | 0 | 6.00 | 2,862.00 | 0 | 0 | 0 | 2862 | FG |
| AKC | 581-E | 48" SPORT & UTILITY BROOM 6PK | NE16073 | FG | Floor stock | 4 | CONWC | CS | 436 | 0 | 0 | 0 | 25.18 | 10,978.45 | 0 | 0 | 0 | 10978.44816 | FG |
| AKC | 583-EP | 52" PIV HEAD SPORT TELEBROOM 6PK | 28086G | FG | Floor stock | 4 | CONWC | CS | 28 | 0 | 0 | 0 | 34.37 | 962.37 | 0 | 0 | 0 | 962.3674598 | FG |
| AKC | 5865A | OBLED MINI CLEARANCE/MARKR AMB 50PK | 59484C | FG | Picking | 4 | TLITE | CS | 4 | 0 | 0 | 0 | 68.03 | 272.14 | 0 | 0 | 0 | 272.136 | FG |
| AKC | 5868A | LED MINI CLRNCE LGT-AMB STD MNT50PK | 58268C | FG | Picking | 4 | TLITE | CS | 4 | 0 | 0 | 0 | 145.28 | 581.12 | 0 | 0 | 0 | 581.12 | FG |
| AKC | 6-19108 | OBSP - 10" PREMIUM TERRY BONNET -6PK | 54108A | FG | Picking | 4 | SGOOD | CS | 55 | 0 | 0 | 0 | 9.23 | 507.74 | 0 | 0 | 0 | 507.738 | FG |
| AKC | 6018 | 18" PUSH BROOM 6PK | NE16118 | FG | Floor stock | 4 | CONSC | CS | 252 | 0 | 0 | 0 | 30.79 | 7,759.66 | 0 | 0 | 0 | 7759.6596 | FG |
| AKC | 6018 | 18" PUSH BROOM 6PK | NE18120P | FG | Picking | 4 | CONSC | CS | 124 | 0 | 0 | 0 | 30.79 | 3,818.25 | 0 | 0 | 0 | 3818.2452 | FG |
| AKC | 61213A | 42" TELESC SQUEE W/8" HEAD 12PK | 30139I | FG | Floor stock | 4 | CONSC | CS | 20 | 0 | 0 | 0 | 27.42 | 548.42 | 0 | 0 | 0 | 548.42222 | FG |
| AKC | 61213A | 42" TELESC SQUEE W/8" HEAD 12PK | 47156C | FG | Picking | 4 | CONSC | CS | 1 | 0 | 0 | 0 | 27.42 | 27.42 | 0 | 0 | 0 | 27.421111 | FG |
| AKC | 61613A | 42" WASH BRUSH 4PK | 30123K | FG | Floor stock | 4 | CONSC | CS | 36 | 0 | 0 | 0 | 28.90 | 1,040.43 | 0 | 0 | 0 | 1040.432976 | FG |
| AKC | 61613A | 42" WASH BRUSH 4PK | 59278D | FG | Floor stock | 4 | CONSC | CS | 2 | 0 | 0 | 0 | 28.90 | 57.80 | 0 | 0 | 0 | 57.801832 | FG |
| AKC | 6302 | MAGNETIC TOWING LTS W/ CASE 6PK | 19213 | FG | Picking | 4 | TLITE | CS | 110 | 0 | 0 | 0 | 96.97 | 10,667.05 | 0 | 0 | 0 | 10667.052 | FG |
| AKC | 6302 | MAGNETIC TOWING LTS W/ CASE 6PK | NE13684 | FG | Floor stock | 4 | TLITE | CS | 183 | 0 | 0 | 0 | 96.97 | 17,746.10 | 0 | 0 | 0 | 17746.0956 | FG |
| AKC | 6305OC | AIR SEAT BLOW GUN KIT 10PK | 50434E | FG | Floor stock | 1 | CONSC | CS | 33 | 0 | 0 | 0 | 67.87 | 2,239.70 | 0 | 0 | 0 | 2239.69614 | FG |
| AKC | 6401 | SG PROFIT CAR #1 RU 4PK | 45254C | FG | Picking | 4 | VEHAC | CS | 46 | 0 | 0 | 0 | 15.55 | 715.39 | 0 | 0 | 0 | 715.392 | FG |
| AKC | 6403 | SG PROFIT CAR #3 RU 4PK | 45540A | FG | Picking | 4 | VEHAC | CS | 1 | 0 | 0 | 0 | 16.70 | 16.70 | 0 | 0 | 0 | 16.704 | FG |
| AKC | 6402 | SG PROFIT CAR #2 RU 4PK | 50372I | FG | Floor stock | 4 | VEHAC | CS | 40 | 0 | 0 | 0 | 16.70 | 868.16 | 0 | 0 | 0 | 868.16 | FG |
| AKC | 6404 | SG PROFIT CAR #4 RU 4PK | 65134K | FG | Floor stock | 4 | VEHAC | CS | 32 | 0 | 0 | 0 | 21.95 | 702.34 | 0 | 0 | 0 | 702.336 | FG |
| AKC | 6416 | SG PROFIT TRUCK #6 RU 2PK | 47494A | FG | Picking | 4 | VEHAC | CS | 9 | 0 | 0 | 0 | 13.94 | 125.50 | 0 | 0 | 0 | 125.5014 | FG |
| AKC | 6700-7 | 3.19SF KWIK DRY PVA CLOTH PDQ 6PK | 26142M | FG | Floor stock | 4 | CONSC | CS | 120 | 0 | 0 | 0 | 16.53 | 1,983.96 | 0 | 0 | 0 | 1983.96 | FG |
| AKC | 6702-6 | 45" MICROFIBER MOP 4PK | 32088A | FG | Picking | 4 | CONSC | CS | 91 | 0 | 0 | 0 | 17.81 | 1,620.35 | 0 | 0 | 0 | 1620.346 | FG |
| AKC | 6702-6 | 45" MICROFIBER MOP 4PK | 35469E | FG | Floor stock | 4 | CONSC | CS | 80 | 0 | 0 | 0 | 17.81 | 1,424.48 | 0 | 0 | 0 | 1424.48 | FG |
| AKC | 6702-6 | 45" MICROFIBER MOP 4PK | 38530G | FG | Floor stock | 4 | CONSC | CS | 64 | 0 | 0 | 0 | 17.81 | 1,139.58 | 0 | 0 | 0 | 1139.584 | FG |
| AKC | 6702-6 | 45" MICROFIBER MOP 4PK | 53950E | FG | Floor stock | 4 | CONSC | CS | 80 | 0 | 0 | 0 | 17.81 | 1,424.48 | 0 | 0 | 0 | 1424.48 | FG |
| AKC | 67046ASPDQ | DLX MCRFBR DIP N WASH MOP 4PK PDQ | 28158G | FG | Floor stock | 4 | CONSC | CS | 48 | 0 | 0 | 0 | 15.65 | 751.30 | 0 | 0 | 0 | 751.296 | FG |
| AKC | 67046ASPDQ | DLX MCRFBR DIP N WASH MOP 4PK PDQ | 29176E | FG | Floor stock | 4 | CONSC | CS | 48 | 0 | 0 | 0 | 15.65 | 751.30 | 0 | 0 | 0 | 751.296 | FG |
| AKC | 67046ASPDQ | DLX MCRFBR DIP N WASH MOP 4PK PDQ | 39506K | FG | Floor stock | 4 | CONSC | CS | 48 | 0 | 0 | 0 | 15.65 | 751.30 | 0 | 0 | 0 | 751.296 | FG |
| AKC | 67046ASPDQ | DLX MCRFBR DIP N WASH MOP 4PK PDQ | 48254I | FG | Floor stock | 4 | CONSC | CS | 48 | 0 | 0 | 0 | 15.65 | 751.30 | 0 | 0 | 0 | 751.296 | FG |
| AKC | 67613 | EXPANDABLE OUTDOOR BROOM 10PK | 41108A | FG | Picking | 1 | CONSC | CS | 4 | 0 | 0 | 0 | 37.29 | 149.18 | 0 | 0 | 0 | 149.17624 | FG |
| AKC | 6988782 | GREASE GUN HEAVY DUTY DELUXE WITH 18" HOSE 12PK | 29144I | FG | Floor stock | 4 | LBRCT | CS | 5 | 0 | 0 | 0 | 117.72 | 588.62 | 0 | 0 | 0 | 588.618 | FG |
| AKC | 6988783 | GREASE GUN HEAVY DUTY DELUXE 12PK | 54446I | FG | Floor stock | 4 | LBRCT | CS | 25 | 0 | 0 | 0 | 101.28 | 2,532.06 | 0 | 0 | 0 | 2532.06 | FG |
| AKC | 6988799 | COUPLER 360 DEGREE GEASE SWIVEL 10PK | 60516A | FG | Picking | 1 | LBRCT | CS | 6 | 0 | 0 | 0 | 56.34 | 338.04 | 0 | 0 | 0 | 338.042328 | FG |
| AKC | 7-660 | HD - 60 PC BAG TERRY TOWEL 6PK | SHIP | FG | Shipment | 4 | SGOOD | CS | 210 | 0 | 0 | 0 | 71.54 | 15,023.40 | 0 | 0 | 0 | 15023.4 | FG |
| AKC | 700-1161 | PLASTIC BATTERY FILLER 64 OZ/2 QT. 20PK | 36146A | FG | Picking | 4 | LBRCT | CS | 6 | 0 | 0 | 0 | 81.65 | 489.89 | 0 | 0 | 0 | 489.888 | FG |
| AKC | 700-1161 | PLASTIC BATTERY FILLER 64 OZ/2 QT. 20PK | SHIP | FG | Shipment | 4 | LBRCT | CS | 3 | 0 | 0 | 0 | 81.65 | 244.94 | 0 | 0 | 0 | 244.944 | FG |
| AKC | 700-3575 | SPOUT FOR BATTERY AND RADIATOR 10PK | 58100C | FG | Picking | 4 | LBRCT | CS | 2 | 0 | 0 | 0 | 12.94 | 25.88 | 0 | 0 | 0 | 25.8772 | FG |
| AKC | 700-3575-B | SPOUT FOR BATTERY AND RADIATOR PC | RW901A | PP | Floor stock | 4 | LBRCT | PC | 552 | 0 | 0 | 0 | 1.13 | 621.00 | 0 | 0 | 0 | 621 | WIP |
| AKC | 7000001855 | "A" CLAMSHELL 10 PK CTN | RW036A | PP | Floor stock | 4 | * | EA | 253 | 0 | 0 | 0 | 0.49 | 122.91 | 0 | 0 | 0 | 122.913978 | WIP |
| AKC | 7000031557 | 24PC FD UNIV DIVIDER | RW024C | PP | Floor stock | 4 | CONSM | PC | 202 | 0 | 0 | 0 | 3.98 | 805.73 | 0 | 0 | 0 | 805.7275 | WIP |
| AKC | 7000031593 | RFID LX-1403RF INSERT | RWKSTAGE | PP | Floor stock | 4 | LBRCT | PC | 1698 | 0 | 0 | 0 | 0.30 | 509.40 | 0 | 0 | 0 | 509.4 | WIP |
| AKC | 7030001023 | 19788(3648)W/C FLR DSPL BODY | RW036C | PP | Floor stock | 4 | CONWC | EA | 105 | 0 | 0 | 0 | 2.91 | 305.39 | 0 | 0 | 0 | 305.3925 | WIP |
| AKC | 7030001845 | 28.25"X 5.50"X6.25" (W/80553) CTN | RW916A | PP | Floor stock | 4 | AUXLG | PC | 96 | 0 | 0 | 0 | 2.23 | 214.44 | 0 | 0 | 0 | 214.44 | WIP |
| AKC | 7030001956 | BOX SOFTGOOD LRG PDQ COVER | RW904D | PP | Floor stock | 4 | * | PC | 417 | 0 | 0 | 0 | 0.78 | 324.74 | 0 | 0 | 0 | 324.73875 | WIP |
| AKC | 7030002017 | 19810PDQ SHIP COVER | RW922D | PP | Floor stock | 4 | CONFT | PC | 119 | 0 | 0 | 0 | 1.00 | 119.30 | 0 | 0 | 0 | 119.2975 | WIP |
| AKC | 7030002053 | RFID LX-1152PHRF CASE | RWKSTAGE | PP | Floor stock | 4 | LBRCT | PC | 3797 | 0 | 0 | 0 | 0.76 | 2,895.21 | 0 | 0 | 0 | 2895.2125 | WIP |
| AKC | 7050001025 | 11 1/4" x 5 1/4" x 6 1/2" CTN | RW913A | PP | Floor stock | 4 | LBRCT | PC | 19 | 0 | 0 | 0 | 0.23 | 4.37 | 0 | 0 | 0 | 4.3662 | WIP |
| AKC | 715-1132 | AIR OPERATED GREASE GUN, CONTINUOUS CYCLE 12PK | SHIP | FG | Shipment | 4 | LBRCT | CS | 1 | 0 | 0 | 0 | 322.26 | 322.26 | 0 | 0 | 0 | 322.26 | FG |
| AKC | 715-1232 | PISTOL GREASE GUN 12PK | 55266G | FG | Floor stock | 4 | LBRCT | CS | 24 | 0 | 0 | 0 | 83.95 | 2,014.85 | 0 | 0 | 0 | 2014.848 | FG |
| AKC | 715-1232 | PISTOL GREASE GUN 12PK | SHIP | FG | Shipment | 4 | LBRCT | CS | 26 | 0 | 0 | 0 | 83.95 | 2,182.75 | 0 | 0 | 0 | 2182.752 | FG |
| AKC | 715-1245 | SUCTION GUN, 18OZ 12PK | SHIP | FG | Shipment | 4 | LBRCT | CS | 39 | 0 | 0 | 0 | 52.07 | 2,030.89 | 0 | 0 | 0 | 2030.888 | FG |
| AKC | 715-1339 | HOSE GREASE 30" WITH 2 SPRINGS 1/8"NPT X 3/8-32 UNEF 7500 PSI TP 10PK | SHIP | FG | Shipment | 1 | LBRCT | CS | 1 | 0 | 0 | 0 | 65.15 | 65.15 | 0 | 0 | 0 | 65.1534 | FG |
| AKC | 715-1576 | PLASTIC BUCKET PUMP NO DRIP NOZZLE 5 GALLON 6PK | 37086C | FG | Picking | 1 | LBRCT | CS | 17 | 0 | 0 | 0 | 50.49 | 858.38 | 0 | 0 | 0 | 858.383048 | FG |
| AKC | 715-1578 | ALUMINUM DRUM WRENCH 3/4" BUNG 2"BAR DUNG 6PK | 46386C | FG | Picking | 1 | LBRCT | CS | 56 | 0 | 0 | 0 | 25.07 | 1,404.17 | 0 | 0 | 0 | 1404.166848 | FG |
| AKC | 715-1578 | ALUMINUM DRUM WRENCH 3/4" BUNG 2"BAR DUNG 6PK | P/AHOLD | FG | Floor stock | 1 | LBRCT | CS | 1 | 0 | 0 | 0 | 25.07 | 25.07 | 0 | 0 | 0 | 25.074408 | FG |
| AKC | 715-1579 | 3/4" MALE BARREL FAUCET WITH EPDM GASKET 6PK | 59338B | FG | Picking | 1 | LBRCT | CS | 2 | 0 | 0 | 0 | 7.60 | 15.20 | 0 | 0 | 0 | 15.2036 | FG |
| AKC | 715-1582 | HEAVY DUTY, QUICK-RELEASE GREASE COUPLER 10PK | 36324C | FG | Picking | 1 | LBRCT | CS | 14 | 0 | 0 | 0 | 79.64 | 1,114.90 | 0 | 0 | 0 | 1114.903692 | FG |
| AKC | 715-1582 | HEAVY DUTY, QUICK-RELEASE GREASE COUPLER 10PK | 45530A | FG | Picking | 1 | LBRCT | CS | 148 | 0 | 0 | 0 | 79.64 | 11,786.12 | 0 | 0 | 0 | 11786.12474 | FG |
| AKC | 720-1071 | TRANSMISSION FUNNEL, STEEL, WITH FLEX PIPE, 18" 12PK | 47290A | FG | Picking | 4 | LBRCT | CS | 2 | 0 | 0 | 0 | 67.02 | 134.05 | 0 | 0 | 0 | 134.0496 | FG |
| AKC | 720-1071 | TRANSMISSION FUNNEL, STEEL, WITH FLEX PIPE, 18" 12PK | 62230E | FG | Floor stock | 4 | LBRCT | CS | 5 | 0 | 0 | 0 | 67.02 | 335.12 | 0 | 0 | 0 | 335.124 | FG |
| AKC | 720-1071 | TRANSMISSION FUNNEL, STEEL, WITH FLEX PIPE, 18" 12PK | 62530C | FG | Floor stock | 4 | LBRCT | CS | 8 | 0 | 0 | 0 | 67.02 | 536.20 | 0 | 0 | 0 | 536.1984 | FG |
| AKC | 720-1074 | GALVANIZED FUNNEL, WITH 12" FLEXIBLE PIPE 12PK | 37134G | FG | Floor stock | 4 | LBRCT | CS | 24 | 0 | 0 | 0 | 33.87 | 812.85 | 0 | 0 | 0 | 812.8512 | FG |
| AKC | 720-1097 | GALVANIZED MEASURE CAN WITH FLEX SPOUT, 4 QT. 6PK | 56246G | FG | Floor stock | 4 | LBRCT | CS | 18 | 0 | 0 | 0 | 34.56 | 622.02 | 0 | 0 | 0 | 622.0152 | FG |
| AKC | 720-1123 | FLOW CONTROL MEASURE CAN WITH FLEX SPOUT, 5 QT. 6PK | 45528K | FG | Floor stock | 4 | LBRCT | CS | 6 | 0 | 0 | 0 | 74.55 | 447.31 | 0 | 0 | 0 | 447.3144 | FG |
| AKC | 720-1306 | FLOW CONTROL MEASURE CAN WITH FLEX SPOUT, 8 QT. 6PK | 55348C | FG | Floor stock | 4 | LBRCT | CS | 4 | 0 | 0 | 0 | 83.34 | 333.35 | 0 | 0 | 0 | 333.3528 | FG |
| AKC | 760-1535 | 8" DELUXE PLASTIC HD (92606K) 50PK | 53146A | FG | Picking | 1 | CONSC | CS | 6 | 0 | 0 | 0 | 86.83 | 520.97 | 0 | 0 | 0 | 520.969744 | FG |
| AKC | 760-1793 | AUTOSPA SPRM DRYING TOWEL 6PK | 62446G | FG | Floor stock | 1 | SGOOD | CS | 103 | 0 | 0 | 0 | 9.60 | 988.68 | 0 | 0 | 0 | 988.6777153 | FG |
| AKC | 760-1832 | 10" BI LEVEL BRUSH YELLOW FIBER 6PK | 55134I | FG | Floor stock | 4 | CONSC | CS | 48 | 0 | 0 | 0 | 19.94 | 957.29 | 0 | 0 | 0 | 957.2928 | FG |
| AKC | 760-4517 | 2PC MICROFIBER DETAILING TOWEL6P | SHIP | FG | Shipment | 4 | SGOOD | CS | 16 | 0 | 0 | 0 | 4.07 | 65.13 | 0 | 0 | 0 | 65.131584 | FG |
| AKC | 760-4518 | 8PC MICRO TOWEL 12X16 (400623 12 | 48388G | FG | Floor stock | 4 | SGOOD | CS | 24 | 0 | 0 | 0 | 25.52 | 612.38 | 0 | 0 | 0 | 612.37848 | FG |
| AKC | 760-4518 | 8PC MICRO TOWEL 12X16 (400623 12 | 49324C | FG | Picking | 4 | SGOOD | CS | 16 | 0 | 0 | 0 | 25.52 | 408.25 | 0 | 0 | 0 | 408.25232 | FG |
| AKC | 760-4518 | 8PC MICRO TOWEL 12X16 (400623 12 | 50012A | FG | Picking | 4 | SGOOD | CS | 3 | 0 | 0 | 0 | 25.52 | 76.55 | 0 | 0 | 0 | 76.54731 | FG |
| AKC | 760-4518 | 8PC MICRO TOWEL 12X16 (400623 12 | 61156E | FG | Floor stock | 4 | SGOOD | CS | 48 | 0 | 0 | 0 | 25.52 | 1,224.76 | 0 | 0 | 0 | 1224.75696 | FG |
| AKC | 760-4518 | 8PC MICRO TOWEL 12X16 (400623 12 | 67240C | FG | Floor stock | 4 | SGOOD | CS | 44 | 0 | 0 | 0 | 25.52 | 1,122.69 | 0 | 0 | 0 | 1122.69388 | FG |
| AKC | 760-4518 | 8PC MICRO TOWEL 12X16 (400623 12 | NE15101 | FG | Floor stock | 4 | SGOOD | CS | 384 | 0 | 0 | 0 | 25.52 | 9,798.06 | 0 | 0 | 0 | 9798.05568 | FG |
| AKC | 760-4519 | 4 SQ. FT. MICROFIBER TOWEL 6PK | 29094E | FG | Floor stock | 4 | SGOOD | CS | 44 | 0 | 0 | 0 | 7.74 | 340.70 | 0 | 0 | 0 | 340.7019 | FG |
| AKC | 760-4532 | 92043 CONTOUR TIRE WIPE 6PK | 36253K | FG | Floor stock | 4 | CONSC | CS | 329 | 0 | 0 | 0 | 2.12 | 697.06 | 0 | 0 | 0 | 697.068695 | FG |
| AKC | 760-4534 | BUG & TAR SPONGE (401068K) 12PK | 29105G | FG | Floor stock | 4 | SGOOD | CS | 16 | 0 | 0 | 0 | 4.52 | 72.36 | 0 | 0 | 0 | 72.3632 | FG |
| AKC | 760-4534 | BUG & TAR SPONGE (401068K) 12PK | 29105K | FG | Floor stock | 4 | SGOOD | CS | 18 | 0 | 0 | 0 | 4.52 | 81.41 | 0 | 0 | 0 | 81.4086 | FG |
| AKC | 760-4535 | 2 IN 1 BUG SPONGE 12 PK | 64554G | FG | Floor stock | 4 | SGOOD | CS | 38 | 0 | 0 | 0 | 15.00 | 570.00 | 0 | 0 | 0 | 570 | FG |
| AKC | 760-4535 | 2 IN 1 BUG SPONGE 12 PK | P/AHOLD | FG | Floor stock | 4 | SGOOD | CS | 6 | 0 | 0 | 0 | 15.00 | 90.00 | 0 | 0 | 0 | 90 | FG |
| AKC | 760-4540 | 91015 DLX NYLON BRUSH 12PK | 37266G | FG | Floor stock | 4 | CONSC | CS | 144 | 0 | 0 | 0 | 6.24 | 899.11 | 0 | 0 | 0 | 899.11368 | FG |
| AKC | 760-4540 | 91015 DLX NYLON BRUSH 12PK | SHIP | FG | Shipment | 4 | CONSC | CS | 4 | 0 | 0 | 0 | 6.24 | 24.98 | 0 | 0 | 0 | 24.97538 | FG |
| AKC | 760-4541 | MICROIBR TERRY SPONGE40110BK12PK | 62108I | FG | Floor stock | 4 | SGOOD | CS | 40 | 0 | 0 | 0 | 12.87 | 514.97 | 0 | 0 | 0 | 514.96648 | FG |
| AKC | 760-4542 | ASPA TOTAL CLEAN ALL OVERBODY 12P | 29189K | FG | Floor stock | 4 | SGOOD | CS | 54 | 0 | 0 | 0 | 20.78 | 1,122.19 | 0 | 0 | 0 | 1122.192414 | FG |
| AKC | 760-4542 | ASPA TOTAL CLEAN ALL OVERBODY 12P | 37410E | FG | Floor stock | 4 | SGOOD | CS | 54 | 0 | 0 | 0 | 20.78 | 1,122.19 | 0 | 0 | 0 | 1122.192414 | FG |
| AKC | 760-4542 | ASPA TOTAL CLEAN ALL OVERBODY 12P | 54168I | FG | Floor stock | 4 | SGOOD | CS | 51 | 0 | 0 | 0 | 20.78 | 1,059.85 | 0 | 0 | 0 | 1059.848391 | FG |
| AKC | 760-4542 | ASPA TOTAL CLEAN ALL OVERBODY 12P | 59528G | FG | Floor stock | 4 | SGOOD | CS | 35 | 0 | 0 | 0 | 20.78 | 727.35 | 0 | 0 | 0 | 727.346555 | FG |
| AKC | 760-4542 | ASPA TOTAL CLEAN ALL OVERBODY 12P | 63408E | FG | Floor stock | 4 | SGOOD | CS | 114 | 0 | 0 | 0 | 20.78 | 2,369.07 | 0 | 0 | 0 | 2369.072874 | FG |
| AKC | 760-4542 | ASPA TOTAL CLEAN ALL OVERBODY 12P | NE15154 | FG | Floor stock | 4 | SGOOD | CS | 863 | 0 | 0 | 0 | 20.78 | 17,934.30 | 0 | 0 | 0 | 17934.29728 | FG |
| AKC | 760-4545 | NYLON DETAIL BRUSH (93001) 6PK | 28112I | FG | Floor stock | 4 | CONSC | CS | 432 | 0 | 0 | 0 | 1.42 | 615.23 | 0 | 0 | 0 | 615.2328 | FG |
| AKC | 760-4553 | ASPA PREM BODY SPONGE 45604AS12P | 48206I | FG | Floor stock | 4 | SGOOD | CS | 45 | 0 | 0 | 0 | 12.63 | 568.56 | 0 | 0 | 0 | 568.557045 | FG |
| AKC | 760-4556 | FIRE HOSE NOZZLE 90049 6PK | 36252E | FG | Floor stock | 4 | CONSC | CS | 240 | 0 | 0 | 0 | 17.12 | 4,109.83 | 0 | 0 | 0 | 4109.832 | FG |
| AKC | 760-4560 | 2 IN 1 DETAIL BRUSH 93044 12PK | 88132C | FG | Floor stock | 4 | CONSC | CS | 261 | 0 | 0 | 0 | 6.59 | 1,720.84 | 0 | 0 | 0 | 1720.83825 | FG |
| AKC | 760-4564 | 3 GALLON GREY BUCKET 94102N 36PK | 57408A | FG | Picking | 1 | CONSC | CS | 3 | 0 | 0 | 0 | 62.96 | 188.89 | 0 | 0 | 0 | 188.89251 | FG |
| AKC | 760-4566 | MICRO MAX BODY DUST WAND 6PK | 54194A | FG | Picking | 1 | CONSC | CS | 21 | 0 | 0 | 0 | 29.01 | 609.19 | 0 | 0 | 0 | 609.18879 | FG |
| AKC | 760-4567 | BODY AND FENDER BRUSH 3PK | 29094A | FG | Picking | 4 | CONSC | CS | 21 | 0 | 0 | 0 | 7.36 | 154.63 | 0 | 0 | 0 | 154.63245 | FG |
| AKC | 760-4567 | BODY AND FENDER BRUSH 3PK | 49446K | FG | Floor stock | 4 | CONSC | CS | 63 | 0 | 0 | 0 | 7.36 | 463.90 | 0 | 0 | 0 | 463.89735 | FG |
| AKC | 760-4567 | BODY AND FENDER BRUSH 3PK | 49504M | FG | Floor stock | 4 | CONSC | CS | 63 | 0 | 0 | 0 | 7.36 | 463.90 | 0 | 0 | 0 | 463.89735 | FG |
| AKC | 760-4567 | BODY AND FENDER BRUSH 3PK | 49506M | FG | Floor stock | 4 | CONSC | CS | 63 | 0 | 0 | 0 | 7.36 | 463.90 | 0 | 0 | 0 | 463.89735 | FG |

LEASE SCHEDULE NO. 026 Page 32 of 152 CARNABY INVENTORY IV, LLC

CONFIDENTIAL ONSET_00032707
FBG_CH1_00091379

DEBTORS' EXHIBIT NO. 175
Page 1154 of 1907
JOINT EXHIBIT NO. 51
Page 1154 of 1907

Exhibit A (2)

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AKC | 78073 | 755-2304 REESE 7W RT ANGLE HARN 1PK | P/AHOLD | FG | Floor stock | 4 | CONLM | CS | 2 | 0 | 0 | 0 | - | - | 0 | 0 | 0 | 0 | FG |
| AKC | 8001898001 | 50060 NV VUESMART INSERT | RWK BIN 070 | PP | Floor stock | 4 | CONVA | PC | 190 | 0 | 0 | 0 | 0.21 | 40.00 | 0 | 0 | 0 | 39.995 | WIP |
| AKC | 8011070103 | 10701NL M/F FNNL W/NO LABEL 12PK | 55506I | FG | Floor stock | 4 | CONFT | CS | 210 | 0 | 0 | 0 | 2.22 | 465.61 | 0 | 0 | 0 | 465.60654 | FG |
| AKC | 809-1012 | 19" METAL HDW/84" EXT POLE 6PK | 50096E | FG | Floor stock | 4 | CONSC | CS | 18 | 0 | 0 | 0 | 24.72 | 444.91 | 0 | 0 | 0 | 444.914334 | FG |
| AKC | 815-1010 | GALVANIZED FUNNEL WITH LOCKING TABS, 8 QUART 20PK | 37098A | FG | Picking | 4 | LBRCT | CS | 3 | 0 | 0 | 0 | 98.95 | 296.84 | 0 | 0 | 0 | 296.838 | FG |
| AKC | 815-1130 | GRIP N SPRAY POWR WND 922156PK | 42508E | FG | Floor stock | 1 | CONSC | CS | 20 | 0 | 0 | 0 | 73.66 | 1,473.22 | 0 | 0 | 0 | 1473.217520 | FG |
| AKC | 815-1130 | GRIP N SPRAY POWR WND 922156PK | 49242C | FG | Picking | 1 | CONSC | CS | 18 | 0 | 0 | 0 | 73.66 | 1,325.90 | 0 | 0 | 0 | 1325.895775 | FG |
| AKC | 81787-HBC | HONDA ADAPTER HARNESS 12PK | 80530A | FG | Picking | 4 | CONLM | CS | 6 | 0 | 0 | 0 | 64.08 | 384.48 | 0 | 0 | 0 | 384.48 | FG |
| AKC | 81794-HBC | FORD ADAPTER HARNESS 12PK | 52530C | FG | Picking | 4 | CONLM | CS | 23 | 0 | 0 | 0 | 65.28 | 1,501.44 | 0 | 0 | 0 | 1501.44 | FG |
| AKC | 81752 | MALLORY FB SPINNER PACK (102PC) | 26142G | FG | Floor stock | 4 | CONWC | CS | 4 | 0 | 0 | 0 | 220.68 | 882.72 | 0 | 0 | 0 | 882.7182798 | FG |
| AKC | 81752 | MALLORY FB SPINNER PACK (102PC) | 28095G | FG | Floor stock | 4 | CONWC | CS | 4 | 0 | 0 | 0 | 220.68 | 882.72 | 0 | 0 | 0 | 882.7182798 | FG |
| AKC | 81752 | MALLORY FB SPINNER PACK (102PC) | 28102G | FG | Floor stock | 4 | CONWC | CS | 4 | 0 | 0 | 0 | 220.68 | 882.72 | 0 | 0 | 0 | 882.7182798 | FG |
| AKC | 81752 | MALLORY FB SPINNER PACK (102PC) | 29108E | FG | Floor stock | 4 | CONWC | CS | 4 | 0 | 0 | 0 | 220.68 | 882.72 | 0 | 0 | 0 | 882.7182798 | FG |
| AKC | 81752 | MALLORY FB SPINNER PACK (102PC) | 31140E | FG | Floor stock | 4 | CONWC | CS | 4 | 0 | 0 | 0 | 220.68 | 882.72 | 0 | 0 | 0 | 882.7182798 | FG |
| AKC | 81752 | MALLORY FB SPINNER PACK (102PC) | 38324E | FG | Floor stock | 4 | CONWC | CS | 4 | 0 | 0 | 0 | 220.68 | 882.72 | 0 | 0 | 0 | 882.7182798 | FG |
| AKC | 81752 | MALLORY FB SPINNER PACK (102PC) | 38506I | FG | Floor stock | 4 | CONWC | CS | 4 | 0 | 0 | 0 | 220.68 | 882.72 | 0 | 0 | 0 | 882.7182798 | FG |
| AKC | 81752 | MALLORY FB SPINNER PACK (102PC) | 50020G | FG | Floor stock | 4 | CONWC | CS | 4 | 0 | 0 | 0 | 220.68 | 882.72 | 0 | 0 | 0 | 882.7182798 | FG |
| AKC | 81752 | MALLORY FB SPINNER PACK (102PC) | 61456C | FG | Floor stock | 4 | CONWC | CS | 8 | 0 | 0 | 0 | 220.68 | 1,765.44 | 0 | 0 | 0 | 1765.43656 | FG |
| AKC | 821-1541 | 29" LONG HANDLE BRUSH 94030 12PK | 55230A | FG | Picking | 4 | CONSC | CS | 7 | 0 | 0 | 0 | 20.09 | 140.65 | 0 | 0 | 0 | 140.651 | FG |
| AKC | 821-2526 | GALVANIZED FUNNEL, OFFSET, WITH SCREEN, 6 QUART 20PK | 51480K | FG | Floor stock | 4 | LBRCT | CS | 5 | 0 | 0 | 0 | 74.30 | 371.49 | 0 | 0 | 0 | 371.49 | FG |
| AKC | 821-5233 | MULTI-PURPOSE FLEX POUR SPOUT/FUNNEL COMBINATION, 1-1/2 QT. 50PK | 56108A | FG | Picking | 4 | LBRCT | CS | 1 | 0 | 0 | 0 | 61.38 | 61.38 | 0 | 0 | 0 | 61.38 | FG |
| AKC | 821-5233 | MULTI-PURPOSE FLEX POUR SPOUT/FUNNEL COMBINATION, 1-1/2 QT. 50PK | 64192C | FG | Floor stock | 4 | LBRCT | CS | 5 | 0 | 0 | 0 | 61.38 | 306.90 | 0 | 0 | 0 | 306.9 | FG |
| AKC | 821-5233 | MULTI-PURPOSE FLEX POUR SPOUT/FUNNEL COMBINATION, 1-1/2 QT. 50PK | NE16097 | FG | Floor stock | 4 | LBRCT | CS | 95 | 0 | 0 | 0 | 61.38 | 5,831.10 | 0 | 0 | 0 | 5831.1 | FG |
| AKC | 821-3015 | GALVANIZED DRAIN PAN, 6 GAL. CAPACITY 4PK | 26080G | FG | Floor stock | 4 | LBRCT | CS | 4 | 0 | 0 | 0 | 47.97 | 191.88 | 0 | 0 | 0 | 191.8752 | FG |
| AKC | 821-3015 | GALVANIZED DRAIN PAN, 6 GAL. CAPACITY 4PK | 26158I | FG | Floor stock | 4 | LBRCT | CS | 4 | 0 | 0 | 0 | 47.97 | 191.88 | 0 | 0 | 0 | 191.8752 | FG |
| AKC | 821-3015 | GALVANIZED DRAIN PAN, 6 GAL. CAPACITY 4PK | 27140G | FG | Floor stock | 4 | LBRCT | CS | 4 | 0 | 0 | 0 | 47.97 | 191.88 | 0 | 0 | 0 | 191.8752 | FG |
| AKC | 821-3015 | GALVANIZED DRAIN PAN, 6 GAL. CAPACITY 4PK | 27180I | FG | Floor stock | 4 | LBRCT | CS | 4 | 0 | 0 | 0 | 47.97 | 191.88 | 0 | 0 | 0 | 191.8752 | FG |
| AKC | 821-3015 | GALVANIZED DRAIN PAN, 6 GAL. CAPACITY 4PK | 28184K | FG | Floor stock | 4 | LBRCT | CS | 4 | 0 | 0 | 0 | 47.97 | 191.88 | 0 | 0 | 0 | 191.8752 | FG |
| AKC | 821-3015 | GALVANIZED DRAIN PAN, 6 GAL. CAPACITY 4PK | 29133G | FG | Floor stock | 4 | LBRCT | CS | 4 | 0 | 0 | 0 | 47.97 | 191.88 | 0 | 0 | 0 | 191.8752 | FG |
| AKC | 821-3015 | GALVANIZED DRAIN PAN, 6 GAL. CAPACITY 4PK | 29167I | FG | Floor stock | 4 | LBRCT | CS | 4 | 0 | 0 | 0 | 47.97 | 191.88 | 0 | 0 | 0 | 191.8752 | FG |
| AKC | 821-3015 | GALVANIZED DRAIN PAN, 6 GAL. CAPACITY 4PK | 29175K | FG | Floor stock | 4 | LBRCT | CS | 4 | 0 | 0 | 0 | 47.97 | 191.88 | 0 | 0 | 0 | 191.8752 | FG |
| AKC | 821-3015 | GALVANIZED DRAIN PAN, 6 GAL. CAPACITY 4PK | 29189G | FG | Floor stock | 4 | LBRCT | CS | 4 | 0 | 0 | 0 | 47.97 | 191.88 | 0 | 0 | 0 | 191.8752 | FG |
| AKC | 821-3015 | GALVANIZED DRAIN PAN, 6 GAL. CAPACITY 4PK | 33127K | FG | Floor stock | 4 | LBRCT | CS | 4 | 0 | 0 | 0 | 47.97 | 191.88 | 0 | 0 | 0 | 191.8752 | FG |
| AKC | 821-3015 | GALVANIZED DRAIN PAN, 6 GAL. CAPACITY 4PK | 36192E | FG | Floor stock | 4 | LBRCT | CS | 4 | 0 | 0 | 0 | 47.97 | 191.88 | 0 | 0 | 0 | 191.8752 | FG |
| AKC | 821-3015 | GALVANIZED DRAIN PAN, 6 GAL. CAPACITY 4PK | 38446E | FG | Floor stock | 4 | LBRCT | CS | 4 | 0 | 0 | 0 | 47.97 | 191.88 | 0 | 0 | 0 | 191.8752 | FG |
| AKC | 821-3015 | GALVANIZED DRAIN PAN, 6 GAL. CAPACITY 4PK | 41492M | FG | Floor stock | 4 | LBRCT | CS | 4 | 0 | 0 | 0 | 47.97 | 191.88 | 0 | 0 | 0 | 191.8752 | FG |
| AKC | 821-3015 | GALVANIZED DRAIN PAN, 6 GAL. CAPACITY 4PK | 44458M | FG | Floor stock | 4 | LBRCT | CS | 4 | 0 | 0 | 0 | 47.97 | 191.88 | 0 | 0 | 0 | 191.8752 | FG |
| AKC | 821-3015 | GALVANIZED DRAIN PAN, 6 GAL. CAPACITY 4PK | 45468I | FG | Floor stock | 4 | LBRCT | CS | 4 | 0 | 0 | 0 | 47.97 | 191.88 | 0 | 0 | 0 | 191.8752 | FG |
| AKC | 821-3015 | GALVANIZED DRAIN PAN, 6 GAL. CAPACITY 4PK | 45468M | FG | Floor stock | 4 | LBRCT | CS | 4 | 0 | 0 | 0 | 47.97 | 191.88 | 0 | 0 | 0 | 191.8752 | FG |
| AKC | 821-3015 | GALVANIZED DRAIN PAN, 6 GAL. CAPACITY 4PK | 49468M | FG | Floor stock | 4 | LBRCT | CS | 4 | 0 | 0 | 0 | 47.97 | 191.88 | 0 | 0 | 0 | 191.8752 | FG |
| AKC | 821-3015 | GALVANIZED DRAIN PAN, 6 GAL. CAPACITY 4PK | NE18067 | FG | Floor stock | 4 | LBRCT | CS | 52 | 0 | 0 | 0 | 47.97 | 2,494.38 | 0 | 0 | 0 | 2494.3776 | FG |
| AKC | 821-3015 | GALVANIZED DRAIN PAN, 6 GAL. CAPACITY 4PK | P/AHOLD | FG | Floor stock | 4 | LBRCT | CS | 10 | 0 | 0 | 0 | 47.97 | 479.69 | 0 | 0 | 0 | 479.688 | FG |
| AKC | 821-3033 | PLASTIC DRAIN PAN, 5 GAL. CAPACITY 60PK | 31127M | FG | Floor stock | 1 | LBRCT | CS | 1 | 0 | 0 | 0 | 570.40 | 570.40 | 0 | 0 | 0 | 570.402518 | FG |
| AKC | 821-3033 | PLASTIC DRAIN PAN, 5 GAL. CAPACITY 60PK | 41540M | FG | Floor stock | 1 | LBRCT | CS | 1 | 0 | 0 | 0 | 570.40 | 570.40 | 0 | 0 | 0 | 570.402518 | FG |
| AKC | 821-3033 | PLASTIC DRAIN PAN, 5 GAL. CAPACITY 60PK | 42434M | FG | Floor stock | 1 | LBRCT | CS | 1 | 0 | 0 | 0 | 570.40 | 570.40 | 0 | 0 | 0 | 570.402518 | FG |
| AKC | 821-3033 | PLASTIC DRAIN PAN, 5 GAL. CAPACITY 60PK | 43350I | FG | Floor stock | 1 | LBRCT | CS | 1 | 0 | 0 | 0 | 570.40 | 570.40 | 0 | 0 | 0 | 570.402518 | FG |
| AKC | 821-3033 | PLASTIC DRAIN PAN, 5 GAL. CAPACITY 60PK | 57182I | FG | Floor stock | 1 | LBRCT | CS | 1 | 0 | 0 | 0 | 570.40 | 570.40 | 0 | 0 | 0 | 570.402518 | FG |
| AKC | 821-3033 | PLASTIC DRAIN PAN, 5 GAL. CAPACITY 60PK | 57302I | FG | Floor stock | 1 | LBRCT | CS | 1 | 0 | 0 | 0 | 570.40 | 570.40 | 0 | 0 | 0 | 570.402518 | FG |
| AKC | 821-3033 | PLASTIC DRAIN PAN, 5 GAL. CAPACITY 60PK | 60032I | FG | Floor stock | 1 | LBRCT | CS | 1 | 0 | 0 | 0 | 570.40 | 570.40 | 0 | 0 | 0 | 570.402518 | FG |
| AKC | 821-3033-B | OESPLASTIC DRAIN PAN, 5 GAL. CAPACITY PC | 26130M | PP | Floor stock | 4 | LBRCT | PC | 60 | 0 | 0 | 0 | 9.40 | 563.98 | 0 | 0 | 0 | 563.976 | WIP |
| AKC | 821-3033-B | OESPLASTIC DRAIN PAN, 5 GAL. CAPACITY PC | 27155M | PP | Floor stock | 4 | LBRCT | PC | 60 | 0 | 0 | 0 | 9.40 | 563.98 | 0 | 0 | 0 | 563.976 | WIP |
| AKC | 821-3033-B | OESPLASTIC DRAIN PAN, 5 GAL. CAPACITY PC | 27178M | PP | Floor stock | 4 | LBRCT | PC | 60 | 0 | 0 | 0 | 9.40 | 563.98 | 0 | 0 | 0 | 563.976 | WIP |
| AKC | 821-3033-B | OESPLASTIC DRAIN PAN, 5 GAL. CAPACITY PC | 28140M | PP | Floor stock | 4 | LBRCT | PC | 60 | 0 | 0 | 0 | 9.40 | 563.98 | 0 | 0 | 0 | 563.976 | WIP |
| AKC | 821-3033-B | OESPLASTIC DRAIN PAN, 5 GAL. CAPACITY PC | 33124M | PP | Floor stock | 4 | LBRCT | PC | 60 | 0 | 0 | 0 | 9.40 | 563.98 | 0 | 0 | 0 | 563.976 | WIP |
| AKC | 821-3033-B | OESPLASTIC DRAIN PAN, 5 GAL. CAPACITY PC | 34177M | PP | Floor stock | 4 | LBRCT | PC | 60 | 0 | 0 | 0 | 9.40 | 563.98 | 0 | 0 | 0 | 563.976 | WIP |
| AKC | 821-3033-B | OESPLASTIC DRAIN PAN, 5 GAL. CAPACITY PC | 34181M | PP | Floor stock | 4 | LBRCT | PC | 60 | 0 | 0 | 0 | 9.40 | 563.98 | 0 | 0 | 0 | 563.976 | WIP |
| AKC | 821-3033-B | OESPLASTIC DRAIN PAN, 5 GAL. CAPACITY PC | 35188M | PP | Floor stock | 4 | LBRCT | PC | 60 | 0 | 0 | 0 | 9.40 | 563.98 | 0 | 0 | 0 | 563.976 | WIP |
| AKC | 821-3033-B | OESPLASTIC DRAIN PAN, 5 GAL. CAPACITY PC | 35505M | PP | Floor stock | 4 | LBRCT | PC | 60 | 0 | 0 | 0 | 9.40 | 563.98 | 0 | 0 | 0 | 563.976 | WIP |
| AKC | 821-3033-B | OESPLASTIC DRAIN PAN, 5 GAL. CAPACITY PC | 36266G | PP | Floor stock | 4 | LBRCT | PC | 32 | 0 | 0 | 0 | 9.40 | 300.79 | 0 | 0 | 0 | 300.7872 | WIP |
| AKC | 821-3033-B | OESPLASTIC DRAIN PAN, 5 GAL. CAPACITY PC | 37528M | PP | Floor stock | 4 | LBRCT | PC | 60 | 0 | 0 | 0 | 9.40 | 563.98 | 0 | 0 | 0 | 563.976 | WIP |
| AKC | 821-3033-B | OESPLASTIC DRAIN PAN, 5 GAL. CAPACITY PC | 40330I | PP | Floor stock | 4 | LBRCT | PC | 60 | 0 | 0 | 0 | 9.40 | 563.98 | 0 | 0 | 0 | 563.976 | WIP |
| AKC | 821-3033-B | OESPLASTIC DRAIN PAN, 5 GAL. CAPACITY PC | 50314I | PP | Floor stock | 4 | LBRCT | PC | 60 | 0 | 0 | 0 | 9.40 | 563.98 | 0 | 0 | 0 | 563.976 | WIP |
| AKC | 821-3033-B | OESPLASTIC DRAIN PAN, 5 GAL. CAPACITY PC | 53374I | PP | Floor stock | 4 | LBRCT | PC | 60 | 0 | 0 | 0 | 9.40 | 563.98 | 0 | 0 | 0 | 563.976 | WIP |
| AKC | 821-3033-B | OESPLASTIC DRAIN PAN, 5 GAL. CAPACITY PC | 60088M | PP | Floor stock | 4 | LBRCT | PC | 60 | 0 | 0 | 0 | 9.40 | 563.98 | 0 | 0 | 0 | 563.976 | WIP |
| AKC | 821-3037 | PLASTIC OIL DRAIN PAN, 5 GAL. CAPACITY, ANTIFREEZE 60PK | 28177M | FG | Floor stock | 1 | LBRCT | CS | 1 | 0 | 0 | 0 | 541.35 | 541.35 | 0 | 0 | 0 | 541.350518 | FG |
| AKC | 821-3037 | PLASTIC OIL DRAIN PAN, 5 GAL. CAPACITY, ANTIFREEZE 60PK | 81182M | FG | Floor stock | 1 | LBRCT | CS | 2 | 0 | 0 | 0 | 541.35 | 1,082.70 | 0 | 0 | 0 | 1082.701036 | FG |
| AKC | 821-3037 | PLASTIC OIL DRAIN PAN, 5 GAL. CAPACITY, ANTIFREEZE 60PK | 84590K | FG | Floor stock | 1 | LBRCT | CS | 2 | 0 | 0 | 0 | 541.35 | 1,082.70 | 0 | 0 | 0 | 1082.701036 | FG |
| AKC | 821-3037 | PLASTIC OIL DRAIN PAN, 5 GAL. CAPACITY, ANTIFREEZE 60PK | NE15083 | FG | Floor stock | 1 | LBRCT | CS | 9 | 0 | 0 | 0 | 541.35 | 4,872.15 | 0 | 0 | 0 | 4872.154662 | FG |
| AKC | 821-3037-B | OESPLASTIC OIL DRAIN PAN, 5 GAL. CAPACITY, ANTIFREEZE PC | 28111M | PP | Floor stock | 4 | LBRCT | PC | 60 | 0 | 0 | 0 | 8.92 | 534.92 | 0 | 0 | 0 | 534.924 | WIP |
| AKC | 821-3037-B | OESPLASTIC OIL DRAIN PAN, 5 GAL. CAPACITY, ANTIFREEZE PC | 43180M | PP | Floor stock | 4 | LBRCT | PC | 60 | 0 | 0 | 0 | 8.92 | 534.92 | 0 | 0 | 0 | 534.924 | WIP |
| AKC | 821-3037-B | OESPLASTIC OIL DRAIN PAN, 5 GAL. CAPACITY, ANTIFREEZE PC | 60024M | PP | Floor stock | 4 | LBRCT | PC | 60 | 0 | 0 | 0 | 8.92 | 534.92 | 0 | 0 | 0 | 534.924 | WIP |
| AKC | 821-3037-B | OESPLASTIC OIL DRAIN PAN, 5 GAL. CAPACITY, ANTIFREEZE PC | 60078M | PP | Floor stock | 4 | LBRCT | PC | 60 | 0 | 0 | 0 | 8.92 | 534.92 | 0 | 0 | 0 | 534.924 | WIP |
| AKC | 821-3038 | DRAINMASTER, 15 QUART, DELUXE 90PK | 27177M | FG | Floor stock | 4 | CONFT | CS | 1 | 0 | 0 | 0 | 472.53 | 472.53 | 0 | 0 | 0 | 472.534236 | FG |
| AKC | 821-3038 | DRAINMASTER, 15 QUART, DELUXE 90PK | 27183M | FG | Floor stock | 4 | CONFT | CS | 1 | 0 | 0 | 0 | 472.53 | 472.53 | 0 | 0 | 0 | 472.534236 | FG |
| AKC | 821-3038 | DRAINMASTER, 15 QUART, DELUXE 90PK | 42386I | FG | Floor stock | 4 | CONFT | CS | 1 | 0 | 0 | 0 | 472.53 | 472.53 | 0 | 0 | 0 | 472.534236 | FG |
| AKC | 821-3038 | DRAINMASTER, 15 QUART, DELUXE 90PK | 43482M | FG | Floor stock | 4 | CONFT | CS | 1 | 0 | 0 | 0 | 472.53 | 472.53 | 0 | 0 | 0 | 472.534236 | FG |
| AKC | 821-3038 | DRAINMASTER, 15 QUART, DELUXE 90PK | 51038M | FG | Floor stock | 4 | CONFT | CS | 1 | 0 | 0 | 0 | 472.53 | 472.53 | 0 | 0 | 0 | 472.534236 | FG |
| AKC | 821-3038 | DRAINMASTER, 15 QUART, DELUXE 90PK | 52036M | FG | Floor stock | 4 | CONFT | CS | 1 | 0 | 0 | 0 | 472.53 | 472.53 | 0 | 0 | 0 | 472.534236 | FG |
| AKC | 821-3038 | DRAINMASTER, 15 QUART, DELUXE 90PK | 52038M | FG | Floor stock | 4 | CONFT | CS | 1 | 0 | 0 | 0 | 472.53 | 472.53 | 0 | 0 | 0 | 472.534236 | FG |
| AKC | 821-3038 | DRAINMASTER, 15 QUART, DELUXE 90PK | 52048M | FG | Floor stock | 4 | CONFT | CS | 1 | 0 | 0 | 0 | 472.53 | 472.53 | 0 | 0 | 0 | 472.534236 | FG |
| AKC | 821-3038 | DRAINMASTER, 15 QUART, DELUXE 90PK | 52050M | FG | Floor stock | 4 | CONFT | CS | 1 | 0 | 0 | 0 | 472.53 | 472.53 | 0 | 0 | 0 | 472.534236 | FG |
| AKC | 821-3038 | DRAINMASTER, 15 QUART, DELUXE 90PK | 53014M | FG | Floor stock | 4 | CONFT | CS | 1 | 0 | 0 | 0 | 472.53 | 472.53 | 0 | 0 | 0 | 472.534236 | FG |
| AKC | 821-3038 | DRAINMASTER, 15 QUART, DELUXE 90PK | 53120M | FG | Floor stock | 4 | CONFT | CS | 1 | 0 | 0 | 0 | 472.53 | 472.53 | 0 | 0 | 0 | 472.534236 | FG |
| AKC | 821-3038 | DRAINMASTER, 15 QUART, DELUXE 90PK | 55024M | FG | Floor stock | 4 | CONFT | CS | 1 | 0 | 0 | 0 | 472.53 | 472.53 | 0 | 0 | 0 | 472.534236 | FG |
| AKC | 821-3038 | DRAINMASTER, 15 QUART, DELUXE 90PK | 55026M | FG | Floor stock | 4 | CONFT | CS | 1 | 0 | 0 | 0 | 472.53 | 472.53 | 0 | 0 | 0 | 472.534236 | FG |
| AKC | 821-3038 | DRAINMASTER, 15 QUART, DELUXE 90PK | 57012M | FG | Floor stock | 4 | CONFT | CS | 1 | 0 | 0 | 0 | 472.53 | 472.53 | 0 | 0 | 0 | 472.534236 | FG |
| AKC | 821-3038 | DRAINMASTER, 15 QUART, DELUXE 90PK | 57014M | FG | Floor stock | 4 | CONFT | CS | 1 | 0 | 0 | 0 | 472.53 | 472.53 | 0 | 0 | 0 | 472.534236 | FG |
| AKC | 821-3038 | DRAINMASTER, 15 QUART, DELUXE 90PK | 57038M | FG | Floor stock | 4 | CONFT | CS | 1 | 0 | 0 | 0 | 472.53 | 472.53 | 0 | 0 | 0 | 472.534236 | FG |
| AKC | 823-1036 | BATTERY AND RADIATOR FILLER, 2.5 GAL. CAPACITY 8PK | 35313E | FG | Floor stock | 4 | LBRCT | CS | 3 | 0 | 0 | 0 | 63.94 | 191.81 | 0 | 0 | 0 | 191.808 | FG |
| AKC | 823-1036 | BATTERY AND RADIATOR FILLER, 2.5 GAL. CAPACITY 8PK | P/AHOLD | FG | Floor stock | 4 | LBRCT | CS | 1 | 0 | 0 | 0 | 63.94 | 63.94 | 0 | 0 | 0 | 63.936 | FG |
| AKC | 823-1087 | BATTERY AND RADIATOR FILLER, 3 GAL. CAPACITY 8PK | NE16061P | FG | Picking | 4 | LBRCT | CS | 3 | 0 | 0 | 0 | 68.38 | 205.13 | 0 | 0 | 0 | 205.128 | FG |
| AKC | 827-3052 | GALVANIZED DRAIN PAN, 3.5 GAL. CAPACITY 12PK | 35289E | FG | Floor stock | 4 | LBRCT | CS | 18 | 0 | 0 | 0 | 40.42 | 727.64 | 0 | 0 | 0 | 727.6392 | FG |
| AKC | 827-3052 | GALVANIZED DRAIN PAN, 3.5 GAL. CAPACITY 12PK | 38518E | FG | Floor stock | 4 | LBRCT | CS | 18 | 0 | 0 | 0 | 40.42 | 727.64 | 0 | 0 | 0 | 727.6392 | FG |
| AKC | 827-3052 | GALVANIZED DRAIN PAN, 3.5 GAL. CAPACITY 12PK | 40374G | FG | Floor stock | 4 | LBRCT | CS | 16 | 0 | 0 | 0 | 40.42 | 646.79 | 0 | 0 | 0 | 646.7904 | FG |
| AKC | 827-3052 | GALVANIZED DRAIN PAN, 3.5 GAL. CAPACITY 12PK | 47382A | FG | Picking | 4 | LBRCT | CS | 7 | 0 | 0 | 0 | 40.42 | 282.97 | 0 | 0 | 0 | 282.9708 | FG |
| AKC | 827-3052 | GALVANIZED DRAIN PAN, 3.5 GAL. CAPACITY 12PK | 53470G | FG | Floor stock | 4 | LBRCT | CS | 16 | 0 | 0 | 0 | 40.42 | 646.79 | 0 | 0 | 0 | 646.7904 | FG |
| AKC | 827-3052 | GALVANIZED DRAIN PAN, 3.5 GAL. CAPACITY 12PK | 60482G | FG | Floor stock | 4 | LBRCT | CS | 18 | 0 | 0 | 0 | 40.42 | 727.64 | 0 | 0 | 0 | 727.6392 | FG |
| AKC | 827-3052 | GALVANIZED DRAIN PAN, 3.5 GAL. CAPACITY 12PK | 65482E | FG | Floor stock | 4 | LBRCT | CS | 36 | 0 | 0 | 0 | 40.42 | 1,455.28 | 0 | 0 | 0 | 1455.2784 | FG |
| AKC | 828 | LH OVER 80"WIDE SUBTITLES ST 50PK | 51132K | FG | Floor stock | 4 | TLITE | CS | 3 | 0 | 0 | 0 | 144.20 | 432.60 | 0 | 0 | 0 | 432.6 | FG |
| AKC | 840-24-116NAPA | BK807-1065 24" ST GR F/S W/HNDL 2P | 65324A | FG | Floor stock | 4 | CONFT | CS | 75 | 0 | 0 | 0 | 23.74 | 1,780.71 | 0 | 0 | 0 | 1780.710152 | FG |
| AKC | 840-24-116NAPA | BK807-1065 24" ST GR F/S W/HNDL 2P | W175 | FG | Picking | 4 | CONFT | CS | 54 | 0 | 0 | 0 | 23.74 | 1,282.11 | 0 | 0 | 0 | 1282.11151 | FG |
| AKC | 841-24-116NAPA | BK807-1063 24" ST RD F/S W/HDLE 2P | 45248I | FG | Floor stock | 4 | CONFT | CS | 75 | 0 | 0 | 0 | 35.12 | 2,634.34 | 0 | 0 | 0 | 2634.342471 | FG |
| AKC | 843-30-116NAPA | BK807-1066 30" CRV GR F/S W/HDL 2P | AKC ACTIVE DAMAGE | FG | Floor stock | 4 | CONFT | CS | 2 | 0 | 0 | 0 | 29.64 | 59.28 | 0 | 0 | 0 | 59.28310654 | FG |
| AKC | 843-30-116NAPA | BK807-1066 30" CRV GR F/S W/HDL 2P | P/AHOLD | FG | Floor stock | 4 | CONFT | CS | 3 | 0 | 0 | 0 | 29.64 | 88.92 | 0 | 0 | 0 | 88.92465981 | FG |
| AKC | 844-30-116 | 30"CURVED RED F/S W/HNDL 2PK | 59252A | FG | Picking | 4 | CONFT | CS | 46 | 0 | 0 | 0 | 42.71 | 1,964.49 | 0 | 0 | 0 | 1964.491132 | FG |
| AKC | 844-30-116 | 30"CURVED RED F/S W/HNDL 2PK | 93576A | FG | Picking | 4 | CONFT | CS | 74 | 0 | 0 | 0 | 42.71 | 3,160.27 | 0 | 0 | 0 | 3160.268342 | FG |
| AKC | 844-30-116NAPA | BK807-1064 30"CRV RED F/S W/HDL 2P | SHIP | FG | Shipment | 4 | CONFT | CS | 20 | 0 | 0 | 0 | 42.72 | 854.31 | 0 | 0 | 0 | 854.3068246 | FG |
| AKC | 844-30-116NAPA | BK807-1064 30"CRV RED F/S W/HDL 2P | W208 | FG | Picking | 4 | CONFT | CS | 113 | 0 | 0 | 0 | 42.72 | 4,826.83 | 0 | 0 | 0 | 4826.833559 | FG |
| AKC | 858FK | 6"OVAL S/T/T W/ GROMMET & PLUG 50PK | 47144A | FG | Picking | 4 | TLITE | CS | 11 | 0 | 0 | 0 | 117.92 | 1,297.12 | 0 | 0 | 0 | 1297.12 | FG |
| AKC | 864 BLACKGRG | WWG PLAST PAIL 8.5 QTS - BLK 6PK | 42480K | FG | Floor stock | 4 | CONSC | CS | 10 | 0 | 0 | 0 | 9.90 | 99.01 | 0 | 0 | 0 | 99.0138039 | FG |
| AKC | 864 BLACKGRG | WWG PLAST PAIL 8.5 QTS - BLK 6PK | 64458C | FG | Floor stock | 4 | CONSC | CS | 24 | 0 | 0 | 0 | 9.90 | 237.63 | 0 | 0 | 0 | 237.6331294 | FG |
| AKC | 885 | BLK 2 GAL SQUEEG BUCKET/BRK 1PK | 27125K | FG | Floor stock | 4 | CONSC | PC | 60 | 0 | 0 | 0 | 4.61 | 276.74 | 0 | 0 | 0 | 276.7433538 | FG |
| AKC | 885 | BLK 2 GAL SQUEEG BUCKET/BRK 1PK | 27033K | FG | Floor stock | 4 | CONSC | PC | 60 | 0 | 0 | 0 | 4.61 | 276.74 | 0 | 0 | 0 | 276.7433538 | FG |
| AKC | 885 | BLK 2 GAL SQUEEG BUCKET/BRK 1PK | 30078I | FG | Floor stock | 4 | CONSC | PC | 60 | 0 | 0 | 0 | 4.61 | 276.74 | 0 | 0 | 0 | 276.7433538 | FG |
| AKC | 885GRG | WWG BUCKET AND BRACKET - BLACK 1PK | 50086I | FG | Floor stock | 4 | CONSC | CS | 51 | 0 | 0 | 0 | 5.38 | 274.35 | 0 | 0 | 0 | 274.352867 | FG |
| AKC | 885GRG | WWG BUCKET AND BRACKET - BLACK 1PK | P/AHOLD | FG | Floor stock | 4 | CONSC | CS | 3 | 0 | 0 | 0 | 5.38 | 16.14 | 0 | 0 | 0 | 16.13840394 | FG |
| AKC | 885R | ROUND SELF-AD REFL - RED 25PK | 50204E | FG | Floor stock | 4 | TLITE | CS | 151 | 0 | 0 | 0 | 11.84 | 1,787.31 | 0 | 0 | 0 | 1787.3115 | FG |
| AKC | 8NY-16A | 8"SPONGE SQUEEG W/12"HNDL 24PK | 36530I | FG | Floor stock | 4 | CONSC | CS | 8 | 0 | 0 | 0 | 63.91 | 511.32 | 0 | 0 | 0 | 511.316659 | FG |
| AKC | 8NYE-48 | 8"SPONG SQUEEG W/48"TELEPOLE12PK | 40050G | FG | Floor stock | 4 | CONSC | CS | 25 | 0 | 0 | 0 | 56.09 | 1,402.16 | 0 | 0 | 0 | 1402.163654 | FG |
| AKC | 8NYE-48 | 8"SPONG SQUEEG W/48"TELEPOLE12PK | 40050I | FG | Floor stock | 4 | CONSC | CS | 25 | 0 | 0 | 0 | 56.09 | 1,402.16 | 0 | 0 | 0 | 1402.163654 | FG |
| AKC | 9-21MB | 2N1 MICROF COVERED BONE SPONGE 12PK | 47180E | FG | Floor stock | 4 | SGOOD | CS | 56 | 0 | 0 | 0 | 9.14 | 511.59 | 0 | 0 | 0 | 511.5936 | FG |
| AKC | 9-27MCB | MICROF APP PAD W/POCKET-BLUE 12PK | 41080A | FG | Picking | 4 | SGOOD | CS | 89 | 0 | 0 | 0 | 5.74 | 511.04 | 0 | 0 | 0 | 511.036 | FG |
| AKC | 9-288 | 2PC APPLICATOR PADS 12PK | 43492G | FG | Floor stock | 4 | SGOOD | CS | 152 | 0 | 0 | 0 | 5.24 | 795.72 | 0 | 0 | 0 | 795.72 | FG |
| AKC | 9-32-6 | EZ GRIP APPLICATOR SPONGE 6PK | 28188A | FG | Picking | 4 | CONSC | CS | 282 | 0 | 0 | 0 | 3.61 | 1,018.58 | 0 | 0 | 0 | 1018.584 | FG |
| AKC | 9-38 | BONE SHAPED SPONGE 24PK | 34165K | FG | Floor stock | 4 | SGOOD | CS | 22 | 0 | 0 | 0 | 9.45 | 207.90 | 0 | 0 | 0 | 207.9 | FG |
| AKC | 9-38 | BONE SHAPED SPONGE 24PK | 87530A | FG | Floor stock | 4 | SGOOD | CS | 44 | 0 | 0 | 0 | 9.45 | 415.80 | 0 | 0 | 0 | 415.8 | FG |
| AKC | 9-38-7 | BONE SHAPED SPONGE CC 14PK | 47506E | FG | Floor stock | 4 | SGOOD | CS | 40 | 0 | 0 | 0 | 5.95 | 238.00 | 0 | 0 | 0 | 238 | FG |
| AKC | 9-5 | CONTOUR SPONGE ERGO SHAPED 12PK | 45372C | FG | Picking | 4 | SGOOD | CS | 36 | 0 | 0 | 0 | 10.35 | 372.60 | 0 | 0 | 0 | 372.6 | FG |
| AKC | 9-5-6 | SPONGE PDQ 6PK | 30177E | FG | Floor stock | 4 | SGOOD | CS | 90 | 0 | 0 | 0 | 5.93 | 533.25 | 0 | 0 | 0 | 533.25 | FG |
| AKC | 9-63 | MICROF SCRUB SPONGE 24PK | 59562C | FG | Picking | 4 | SGOOD | CS | 2 | 0 | 0 | 0 | 16.62 | 33.25 | 0 | 0 | 0 | 33.2472 | FG |
| AKC | 9-908 | PERMA SOFT SPONGE 12PK | 46072M | FG | Floor stock | 4 | SGOOD | CS | 17 | 0 | 0 | 0 | 10.41 | 176.90 | 0 | 0 | 0 | 176.8986 | FG |
| AKC | 9000R | 8MTL SQUEEG HEAD 48PK | 36386G | FG | Floor stock | 4 | CONSC | CS | 24 | 0 | 0 | 0 | 40.30 | 967.14 | 0 | 0 | 0 | 967.1385 | FG |
| AKC | 9000R | 8MTL SQUEEG HEAD 48PK | RWKSTAGE | FG | Floor stock | 4 | CONSC | CS | 4.5 | 0 | 0 | 0 | 40.30 | 181.34 | 0 | 0 | 0 | 181.3384685 | FG |
| AKC | 90049 | FIRE HOSE NOZZLE 6PK | 47050C | FG | Picking | 4 | CONSC | CS | 36 | 0 | 0 | 0 | 18.03 | 649.10 | 0 | 0 | 0 | 649.1016 | FG |
| AKC | 90051 | FIRE HOSE NOZZLE W/ON-OFF 6PK | 27085A | FG | Picking | 4 | CONSC | CS | 192 | 0 | 0 | 0 | 17.04 | 3,270.76 | 0 | 0 | 0 | 3270.7584 | FG |
| AKC | 90060 | 50'CAR WASH HOSE W/METAL ENDS 4PK | 54252G | FG | Floor stock | 4 | CONSC | CS | 16 | 0 | 0 | 0 | 39.06 | 625.00 | 0 | 0 | 0 | 625.000896 | FG |
| AKC | 90060 | 50'CAR WASH HOSE W/METAL ENDS 4PK | 55278G | FG | Floor stock | 4 | CONSC | CS | 43 | 0 | 0 | 0 | 39.06 | 1,679.69 | 0 | 0 | 0 | 1679.689908 | FG |
| AKC | 90060 | 50'CAR WASH HOSE W/METAL ENDS 4PK | 66246M | FG | Floor stock | 4 | CONSC | CS | 32 | 0 | 0 | 0 | 39.06 | 1,250.00 | 0 | 0 | 0 | 1250.001792 | FG |
| AKC | 90063 | 50'QUICK- CONNECT CAR WASH HOSE 4PK | 28087K | FG | Floor stock | 4 | CONSC | CS | 18 | 0 | 0 | 0 | 33.06 | 595.08 | 0 | 0 | 0 | 595.08 | FG |
| AKC | 90063 | 50'QUICK- CONNECT CAR WASH HOSE 4PK | 28089M | FG | Floor stock | 4 | CONSC | CS | 18 | 0 | 0 | 0 | 33.06 | 595.08 | 0 | 0 | 0 | 595.08 | FG |
| AKC | 90063 | 50'QUICK- CONNECT CAR WASH HOSE 4PK | 28117M | FG | Floor stock | 4 | CONSC | CS | 18 | 0 | 0 | 0 | 33.06 | 595.08 | 0 | 0 | 0 | 595.08 | FG |
| AKC | 90063 | 50'QUICK- CONNECT CAR WASH HOSE 4PK | 28118I | FG | Floor stock | 4 | CONSC | CS | 18 | 0 | 0 | 0 | 33.06 | 595.08 | 0 | 0 | 0 | 595.08 | FG |
| AKC | 90063 | 50'QUICK- CONNECT CAR WASH HOSE 4PK | 28119K | FG | Floor stock | 4 | CONSC | CS | 18 | 0 | 0 | 0 | 33.06 | 595.08 | 0 | 0 | 0 | 595.08 | FG |
| AKC | 90063 | 50'QUICK- CONNECT CAR WASH HOSE 4PK | 28144G | FG | Floor stock | 4 | CONSC | CS | 18 | 0 | 0 | 0 | 33.06 | 595.08 | 0 | 0 | 0 | 595.08 | FG |
| AKC | 90063 | 50'QUICK- CONNECT CAR WASH HOSE 4PK | 28149M | FG | Floor stock | 4 | CONSC | CS | 18 | 0 | 0 | 0 | 33.06 | 595.08 | 0 | 0 | 0 | 595.08 | FG |
| AKC | 90063 | 50'QUICK- CONNECT CAR WASH HOSE 4PK | 28150G | FG | Floor stock | 4 | CONSC | CS | 18 | 0 | 0 | 0 | 33.06 | 595.08 | 0 | 0 | 0 | 595.08 | FG |
| AKC | 90063 | 50'QUICK- CONNECT CAR WASH HOSE 4PK | 28150I | FG | Floor stock | 4 | CONSC | CS | 18 | 0 | 0 | 0 | 33.06 | 595.08 | 0 | 0 | 0 | 595.08 | FG |
| AKC | 90063 | 50'QUICK- CONNECT CAR WASH HOSE 4PK | 28153K | FG | Floor stock | 4 | CONSC | CS | 18 | 0 | 0 | 0 | 33.06 | 595.08 | 0 | 0 | 0 | 595.08 | FG |
| AKC | 90063 | 50'QUICK- CONNECT CAR WASH HOSE 4PK | 28153M | FG | Floor stock | 4 | CONSC | CS | 18 | 0 | 0 | 0 | 33.06 | 595.08 | 0 | 0 | 0 | 595.08 | FG |
| AKC | 90064AS | 9 PATTERN NOZZLE 3PK | 33120G | FG | Floor stock | 4 | CONSC | CS | 47 | 0 | 0 | 0 | 21.04 | 989.09 | 0 | 0 | 0 | 989.0868 | FG |
| AKC | 90064AS | 9 PATTERN NOZZLE 3PK | 63612K | FG | Floor stock | 4 | CONSC | CS | 210 | 0 | 0 | 0 | 21.04 | 4,419.32 | 0 | 0 | 0 | 4419.324 | FG |
| AKC | 90072 | CLEAN-SHOT JET NOZZLE 24PK | 30107K | FG | Floor stock | 4 | CONSC | CS | 300 | 0 | 0 | 0 | 16.60 | 4,979.88 | 0 | 0 | 0 | 4979.88 | FG |
| AKC | 90124MI | 90124SHELF-LINK, BLK (CAT) 6 PC 1 PK | 45482I | FG | Floor stock | 4 | CONVA | CS | 52 | 0 | 0 | 0 | 8.61 | 447.57 | 0 | 0 | 0 | 447.5606556 | FG |
| AKC | 90124MI | 90124SHELF-LINK, BLK (CAT) 6 PC 1 PK | 55134E | FG | Floor stock | 4 | CONVA | CS | 36 | 0 | 0 | 0 | 8.61 | 309.86 | 0 | 0 | 0 | 309.8559175 | FG |
| AKC | 90152MI | 90152MI E PATIO TABLE, (SAND) 1 PK | 66374C | FG | Floor stock | 4 | CONVA | CS | 20 | 0 | 0 | 0 | 14.86 | 297.16 | 0 | 0 | 0 | 297.1597066 | FG |
| AKC | 90158MI | 90158MI E WORKBENCH KIT 1 PK | 34169K | FG | Floor stock | 4 | CONVA | CS | 24 | 0 | 0 | 0 | 20.40 | 489.58 | 0 | 0 | 0 | 489.5752325 | FG |
| AKC | 90158MI | 90158MI E WORKBENCH KIT 1 PK | 36026A | FG | Picking | 4 | CONVA | CS | 25 | 0 | 0 | 0 | 20.40 | 509.97 | 0 | 0 | 0 | 509.9742005 | FG |
| AKC | 90158MI | 90158MI E WORKBENCH KIT 1 PK | 40012A | FG | Picking | 4 | CONVA | CS | 24 | 0 | 0 | 0 | 20.40 | 489.58 | 0 | 0 | 0 | 489.5752325 | FG |
| AKC | 90170MI | 90170MI E D-MATE BENCH BRCKT BLK 12P | 35072K | FG | Floor stock | 4 | CONVA | CS | 12 | 0 | 0 | 0 | 73.29 | 879.52 | 0 | 0 | 0 | 879.5157422 | FG |
| AKC | 90172MI | 90172MI DM BENCH BRACKET BLK 2PC 1PK | 40246E | FG | Floor stock | 4 | CONVA | CS | 37 | 0 | 0 | 0 | 12.57 | 465.27 | 0 | 0 | 0 | 465.27019 | FG |
| AKC | 90176MI | 90176MI DM BENCH BRCKT REDW 2PC 1PK | 58290G | FG | Floor stock | 4 | CONVA | CS | 40 | 0 | 0 | 0 | 13.54 | 541.53 | 0 | 0 | 0 | 541.5338 | FG |
| AKC | 90182MI | 90182MI E PIC TABLE KIT (SAND) 1PK | 47384G | FG | Floor stock | 4 | CONVA | CS | 8 | 0 | 0 | 0 | 36.78 | 294.26 | 0 | 0 | 0 | 294.2577594 | FG |
| AKC | 901821MI | 901821 SHED KIT, PEAK ROOF 1PC | 46386A | FG | Picking | 4 | CONVA | PC | 201 | 0 | 0 | 0 | 32.00 | 6,431.82 | 0 | 0 | 0 | 6431.819904 | FG |
| AKC | 9031R | 8HD/12"HNDL ASSEM 24PK | AKC ACTIVE DAMAGE | FG | Floor stock | 4 | CONSC | CS | 1 | 0 | 0 | 0 | 31.97 | 31.97 | 0 | 0 | 0 | 31.9662 | FG |
| AKC | 9033R | 10 DELUXE HEAD - RED PC | 58350C | PP | Picking | 4 | CONSC | PC | 20 | 0 | 0 | 0 | 1.06 | 21.28 | 0 | 0 | 0 | 21.28371 | WIP |
| AKC | 9045RA | 8 MTL HD/EXT HDL ASSEM 24PK | 35314A | FG | Picking | 4 | CONSC | CS | 11 | 0 | 0 | 0 | 59.10 | 650.14 | 0 | 0 | 0 | 650.1436563 | FG |
| AKC | 9045RA | 8 MTL HD/EXT HDL ASSEM 24PK | 51014A | FG | Picking | 4 | CONSC | CS | 14 | 0 | 0 | 0 | 59.10 | 827.46 | 0 | 0 | 0 | 827.4555625 | FG |
| AKC | 9049 | 8 PROF. HEAD / 36" EXT HDLE 24PK | 26100A | FG | Picking | 1 | CONSC | CS | 6 | 0 | 0 | 0 | 58.46 | 350.79 | 0 | 0 | 0 | 350.7874605 | FG |
| AKC | 9050 | 8 PROFESSIONAL HD 48PK | RWKSTAGE | FG | Floor stock | 4 | CONSC | CS | 3.5 | 0 | 0 | 0 | 43.66 | 152.81 | 0 | 0 | 0 | 152.8148913 | FG |
| AKC | 9051 | 10" HD W/DBL WRP NETTING 48PK | 39086G | FG | Floor stock | 4 | CONSC | CS | 18 | 0 | 0 | 0 | 54.11 | 974.00 | 0 | 0 | 0 | 973.99737 | FG |
| AKC | 9057 | 8 PROF. W/ 20" HDL ASSEMBLE 24PK | 56038C | FG | Picking | 1 | CONSC | CS | 6 | 0 | 0 | 0 | 38.55 | 231.27 | 0 | 0 | 0 | 231.2744325 | FG |
| AKC | 92004 | DLX DETAIL BRUSH - COMBO 12PK | P/AHOLD | FG | Floor stock | 4 | CONSC | CS | 160 | 0 | 0 | 0 | 12.47 | 1,995.95 | 0 | 0 | 0 | 1995.9486 | FG |
| AKC | 92012 | DLX WHEEL & BRAKE DUST BRUSH 6PK | 26128K | FG | Floor stock | 4 | CONSC | CS | 108 | 0 | 0 | 0 | 8.10 | 874.47 | 0 | 0 | 0 | 874.4652 | FG |
| AKC | 92012 | DLX WHEEL & BRAKE DUST BRUSH 6PK | 26176G | FG | Floor stock | 4 | CONSC | CS | 108 | 0 | 0 | 0 | 8.10 | 874.47 | 0 | 0 | 0 | 874.4652 | FG |
| AKC | 92012 | DLX WHEEL & BRAKE DUST BRUSH 6PK | 27159G | FG | Floor stock | 4 | CONSC | CS | 108 | 0 | 0 | 0 | 8.10 | 874.47 | 0 | 0 | 0 | 874.4652 | FG |
| AKC | 92014 | GRIP TECH TIRE BRUSH 6PK | 33158M | FG | Floor stock | 4 | CONSC | CS | 96 | 0 | 0 | 0 | 7.06 | 677.86 | 0 | 0 | 0 | 677.856 | FG |

LEASE SCHEDULE NO. 026 Page 33 of 152 CARNABY INVENTORY IV, LLC

CONFIDENTIAL ONSET_00032708
FBG_CH1_00091380

DEBTORS' EXHIBIT NO. 175
Page 1155 of 1907
JOINT EXHIBIT NO. 51
Page 1155 of 1907

Exhibit A (2)

CONFIDENTIAL

ONSET_00032709
FBG_CH1_00091381

**DEBTORS' EXHIBIT NO. 175**
**Page 1156 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1156 of 1907**

CONFIDENTIAL

ONSET_00032710
FBG_CH1_00091382

**DEBTORS' EXHIBIT NO. 175**
**Page 1157 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1157 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032711
FBG_CH1_00091383

**DEBTORS' EXHIBIT NO. 175**
**Page 1158 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1158 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032712
FBG_CH1_00091384

**DEBTORS' EXHIBIT NO. 175**
**Page 1159 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1159 of 1907**

Exhibit A (2)

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AKC | NV521 | 11.5" LED SPOT/FLOODLT BAR 2PK | 53086G | FG | Floor stock | 4 | AUXLG | CS | 48 | 0 | 0 | 0 | 25.30 | 1,214.55 | 0 | 0 | 0 | 1214.5536 | FG |
| AKC | NV528 | 6.5" LED SPOT/FLOOD LIGHT 2PK | 52189G | FG | Floor stock | 4 | AUXLG | CS | 72 | 0 | 0 | 0 | 15.79 | 1,136.79 | 0 | 0 | 0 | 1136.7864 | FG |
| AKC | NV529 | 3.5X2.5 LED LED SPOT/FLOOD LT2PK | 43446I | FG | Floor stock | 4 | AUXLG | CS | 96 | 0 | 0 | 0 | 17.86 | 1,714.15 | 0 | 0 | 0 | 1714.1472 | FG |
| AKC | NV530 | 8"LED REFLECTOR-STYLE LT BAR 2PK | 46012I | FG | Floor stock | 4 | AUXLG | CS | 64 | 0 | 0 | 0 | 37.25 | 2,384.18 | 0 | 0 | 0 | 2384.1792 | FG |
| AKC | NV530 | 8"LED REFLECTOR-STYLE LT BAR 2PK | 46026I | FG | Floor stock | 4 | AUXLG | CS | 64 | 0 | 0 | 0 | 37.25 | 2,384.18 | 0 | 0 | 0 | 2384.1792 | FG |
| AKC | NV530 | 8"LED REFLECTOR-STYLE LT BAR 2PK | 52230G | FG | Floor stock | 4 | AUXLG | CS | 80 | 0 | 0 | 0 | 37.25 | 2,980.22 | 0 | 0 | 0 | 2980.224 | FG |
| AKC | NV5520 | 52" LED DOUBLE ROW LIGHT BAR 4PK | 28142A | FG | Picking | 4 | AUXLG | CS | 4 | 0 | 0 | 0 | 364.75 | 1,459.00 | 0 | 0 | 0 | 1459.000 | FG |
| AKC | NV627 | OES 10PC NOISE REDUCING INSERTS 3PK | 50024K | FG | Floor stock | 4 | AUXLG | CS | 225 | 0 | 0 | 0 | 11.55 | 2,598.75 | 0 | 0 | 0 | 2598.75 | FG |
| AKC | NV627 | OES 10PC NOISE REDUCING INSERTS 3PK | 50026K | FG | Floor stock | 4 | AUXLG | CS | 225 | 0 | 0 | 0 | 11.55 | 2,598.75 | 0 | 0 | 0 | 2598.75 | FG |
| AKC | NV627 | OES 10PC NOISE REDUCING INSERTS 3PK | 58416C | FG | Picking | 4 | AUXLG | CS | 27 | 0 | 0 | 0 | 11.55 | 311.85 | 0 | 0 | 0 | 311.85 | FG |
| AKC | NV627 | OES 10PC NOISE REDUCING INSERTS 3PK | 68162G | FG | Floor stock | 4 | AUXLG | CS | 432 | 0 | 0 | 0 | 11.55 | 4,989.60 | 0 | 0 | 0 | 4989.6 | FG |
| AKC | NV651 | OES2PK BLACK LIGHT BAR COVERS 3PK | 62324E | FG | Floor stock | 4 | AUXLG | CS | 216 | 0 | 0 | 0 | 13.20 | 2,850.49 | 0 | 0 | 0 | 2850.4872 | FG |
| AKC | NV629 | UNIVERSAL MOUNTINGBRACKET4PK | 47312A | FG | Picking | 4 | AUXLG | CS | 45 | 0 | 0 | 0 | 28.84 | 1,298.00 | 0 | 0 | 0 | 1297.998 | FG |
| AKC | PE45T24AZ | 3 SOFT AZ PE S/M CHAMOIS 24PK | 48230C | FG | Picking | 4 | SGOOD | CS | 8 | 0 | 0 | 0 | 109.53 | 876.23 | 0 | 0 | 0 | 876.2250694 | FG |
| AKC | PE45T24AZ | 3 SOFT AZ PE S/M CHAMOIS 24PK | P/AHOLD | FG | Floor stock | 4 | SGOOD | CS | 52 | 0 | 0 | 0 | 109.53 | 5,695.46 | 0 | 0 | 0 | 5695.462851 | FG |
| AKC | PF165R | LED 6" OVAL STT- TRY ME 2PK | 43284C | FG | Picking | 4 | TLITE | CS | 120 | 0 | 0 | 0 | 12.50 | 1,499.69 | 0 | 0 | 0 | 1499.688 | FG |
| AKC | PF165R | LED 6" OVAL STT- TRY ME 2PK | 50290C | FG | Picking | 4 | TLITE | CS | 191 | 0 | 0 | 0 | 12.50 | 2,387.00 | 0 | 0 | 0 | 2387.0034 | FG |
| AKC | PF265A | OELED 6"OV CLR LEN TAIL/TURN AMB 2P | 45242I | FG | Floor stock | 4 | TLITE | CS | 54 | 0 | 0 | 0 | 11.99 | 647.33 | 0 | 0 | 0 | 647.3304 | FG |
| AKC | PF48 | SUBMERSIBLE 8 FUNC COMBO LP 2PK | 48516C | FG | Picking | 4 | TLITE | CS | 216 | 0 | 0 | 0 | 5.94 | 1,282.18 | 0 | 0 | 0 | 1282.176 | FG |
| AKC | PF48 | SUBMERSIBLE 8 FUNC COMBO LP 2PK | 50080G | FG | Floor stock | 4 | TLITE | CS | 216 | 0 | 0 | 0 | 5.94 | 1,282.18 | 0 | 0 | 0 | 1282.176 | FG |
| AKC | PF48 | SUBMERSIBLE 8 FUNC COMBO LP 2PK | 52530G | FG | Floor stock | 4 | TLITE | CS | 216 | 0 | 0 | 0 | 5.94 | 1,282.18 | 0 | 0 | 0 | 1282.176 | FG |
| AKC | RC102 | 10" BI-LEVEL YEL PVC FC | 59446G | PP | Floor stock | 4 | CONSC | PC | 352 | 0 | 0 | 0 | 3.07 | 1,081.17 | 0 | 0 | 0 | 1081.168672 | WIP |
| AKC | RC257 | 60" METAL 25MM POLE BLACK | RWKSTAGE | PP | Floor stock | 4 | CONSC | PC | 24 | 0 | 0 | 0 | 2.33 | 55.90 | 0 | 0 | 0 | 55.90368 | WIP |
| AKC | RC361 | OES MAG WHEEL BRUSH(BULK 93012) | 58162I | PP | Floor stock | 4 | CONSC | PC | 1581 | 0 | 0 | 0 | 0.47 | 738.82 | 0 | 0 | 0 | 738.81711 | WIP |
| AKC | RC578 | BROOM HEAD - OUTDOOR (67613) | 57036C | PP | Picking | 4 | CONSC | PC | 116 | 0 | 0 | 0 | 1.71 | 198.61 | 0 | 0 | 0 | 198.6094 | WIP |
| AKC | RC578 | BROOM HEAD - OUTDOOR (67613) | 61168G | PP | Floor stock | 4 | CONSC | PC | 592 | 0 | 0 | 0 | 1.71 | 1,013.59 | 0 | 0 | 0 | 1013.5928 | WIP |
| AKC | RE779B | OVL DRIVING LIGHT KIT- BLUE LEN3P | 51194G | FG | Floor stock | 4 | AUXLG | CS | 48 | 0 | 0 | 0 | 19.94 | 956.92 | 0 | 0 | 0 | 956.9232 | FG |
| AKC | S10-WSE-30AW | 8"SQUEEG W/EXT.POLE-SHELF PK 10PK | 31133M | FG | Floor stock | 4 | CONSC | CS | 42 | 0 | 0 | 0 | 36.59 | 1,536.68 | 0 | 0 | 0 | 1536.675 | FG |
| AKC | S10-WSE-30AW | 8"SQUEEG W/EXT.POLE-SHELF PK 10PK | 37290I | FG | Floor stock | 4 | CONSC | CS | 42 | 0 | 0 | 0 | 36.59 | 1,536.68 | 0 | 0 | 0 | 1536.675 | FG |
| AKC | S10-WSE-30AW | 8"SQUEEG W/EXT.POLE-SHELF PK 10PK | 57350E | FG | Floor stock | 4 | CONSC | CS | 20 | 0 | 0 | 0 | 36.59 | 731.75 | 0 | 0 | 0 | 731.75 | FG |
| AKC | S10-WSE-30AW | 8"SQUEEG W/EXT.POLE-SHELF PK 10PK | 83386K | FG | Floor stock | 4 | CONSC | CS | 29 | 0 | 0 | 0 | 36.59 | 1,061.04 | 0 | 0 | 0 | 1061.0375 | FG |
| AKC | S10-WSE-30AW | 8"SQUEEG W/EXT.POLE-SHELF PK 10PK | 65108C | FG | Floor stock | 4 | CONSC | CS | 60 | 0 | 0 | 0 | 36.59 | 2,195.25 | 0 | 0 | 0 | 2195.25 | FG |
| AKC | S12-WS2012AWRF | 8"PLAS W/C&20" HNDL SHELF PK 12PK | 34156A | FG | Picking | 4 | CONSC | CS | 5 | 0 | 0 | 0 | 26.02 | 130.08 | 0 | 0 | 0 | 130.0513378 | FG |
| AKC | S24-527PKUS | 22"S/BRSH-"PINK SNOW TOOLS" 24PK | 40540C | FG | Picking | 4 | CONWC | CS | 2 | 0 | 0 | 0 | 42.18 | 84.37 | 0 | 0 | 0 | 84.36986502 | FG |
| AKC | S24-532 | 26" COOL SNOW TOOL W/DSPLY 24PK | 33091M | FG | Floor stock | 4 | CONWC | CS | 7 | 0 | 0 | 0 | 44.51 | 311.60 | 0 | 0 | 0 | 311.5956835 | FG |
| AKC | S24-532 | 26" COOL SNOW TOOL W/DSPLY 24PK | 35444E | FG | Floor stock | 4 | CONWC | CS | 20 | 0 | 0 | 0 | 44.51 | 890.27 | 0 | 0 | 0 | 890.2733614 | FG |
| AKC | S24-582-EPSZPVG | 52"GRY/BL PVT TWST LOCK BM PV24PK | 37098K | FG | Floor stock | 4 | CONWC | CS | 10 | 0 | 0 | 0 | 131.72 | 1,317.21 | 0 | 0 | 0 | 1317.210566 | FG |
| AKC | S24-582-EPSZPVG | 52"GRY/BL PVT TWST LOCK BM PV24PK | 37110K | FG | Floor stock | 4 | CONWC | CS | 10 | 0 | 0 | 0 | 131.72 | 1,317.21 | 0 | 0 | 0 | 1317.210566 | FG |
| AKC | S24-898 | 10"BIG BLADE SCRAPER 24PK | 30072M | FG | Floor stock | 4 | CONWC | CS | 110 | 0 | 0 | 0 | 19.33 | 2,126.67 | 0 | 0 | 0 | 2126.669638 | FG |
| AKC | SC70912 | SC709 SCRUB-PAD 12PK | SHIP | FG | Shipment | 4 | SGOOD | CS | 12 | 0 | 0 | 0 | 36.86 | 442.36 | 0 | 0 | 0 | 442.3640598 | FG |
| AKC | SP250T | 2 SOFT ULTRASOFT CHAMOIS 6PK | 53024A | FG | Picking | 4 | SGOOD | CS | 37 | 0 | 0 | 0 | 20.13 | 744.98 | 0 | 0 | 0 | 744.979457 | FG |
| AKC | SPINNER-4W | SPINNER DISPLAY RACK W/WHEELS 1PK | W218 | FG | Picking | 4 | CONWC | CS | 59 | 0 | 0 | 0 | 25.21 | 1,487.11 | 0 | 0 | 0 | 1487.107921 | FG |
| AKC | T178SA | REFLECTOR - AMBER 10PK | 59462A | FG | Picking | 4 | TLITE | CS | 266 | 0 | 0 | 0 | 2.01 | 534.66 | 0 | 0 | 0 | 534.66 | FG |
| AKC | T280C | 1X12 CONSPICUITY CLEAR 12PK | 45458A | FG | Picking | 4 | TLITE | CS | 97 | 0 | 0 | 0 | 14.80 | 1,435.50 | 0 | 0 | 0 | 1435.503873 | FG |
| AKC | T280C | 1X12 CONSPICUITY CLEAR 12PK | 45528G | FG | Floor stock | 4 | TLITE | CS | 168 | 0 | 0 | 0 | 14.80 | 2,486.23 | 0 | 0 | 0 | 2486.233512 | FG |
| AKC | T430BLKB | 12521/REC BK LAMP 6PK | 52288E | FG | Floor stock | 4 | TLITE | CS | 22 | 0 | 0 | 0 | 9.65 | 212.26 | 0 | 0 | 0 | 212.256 | FG |
| AKC | T5672AHB | OEL FACE W/OBL FILAMENT LAMP 5PK | 58012G | FG | Floor stock | 4 | TLITE | CS | 96 | 0 | 0 | 0 | 10.19 | 978.51 | 0 | 0 | 0 | 978.5088 | FG |
| AKC | T8276R | OESRED CLEARANCE LAMP 5PK | 39078K | FG | Floor stock | 4 | TLITE | CS | 60 | 0 | 0 | 0 | 3.36 | 201.60 | 0 | 0 | 0 | 201.6 | FG |
| AKC | T83B | MULTI FUNCTION LAMP 2PK | 41228A | FG | Picking | 4 | TLITE | CS | 24 | 0 | 0 | 0 | 3.92 | 94.08 | 0 | 0 | 0 | 94.08 | FG |
| AKC | T84B | SUBMERSIB 8 FUNC STT-BULK 2PK | 33153K | FG | Floor stock | 4 | TLITE | CS | 192 | 0 | 0 | 0 | 5.51 | 1,057.42 | 0 | 0 | 0 | 1057.4208 | FG |
| AKC | T84B | SUBMERSIB 8 FUNC STT-BULK 2PK | 35409G | FG | Floor stock | 4 | TLITE | CS | 240 | 0 | 0 | 0 | 5.51 | 1,321.78 | 0 | 0 | 0 | 1321.776 | FG |
| AKC | T84B | SUBMERSIB 8 FUNC STT-BULK 2PK | 60110A | FG | Picking | 4 | TLITE | CS | 144 | 0 | 0 | 0 | 5.51 | 793.07 | 0 | 0 | 0 | 793.0656 | FG |
| AKC | T858R-50 | 50 SEALED OBLONG STT CONT 1CS | 59376A | FG | Picking | 1 | TLITE | CS | 2 | 0 | 0 | 0 | 120.22 | 240.43 | 0 | 0 | 0 | 240.434466 | FG |
| AKC | T92168R | REPLACEMENT LENS FOR T9SUWE 10PK | 40252A | FG | Picking | 4 | TLITE | CS | 239 | 0 | 0 | 0 | 3.56 | 851.32 | 0 | 0 | 0 | 851.318 | FG |
| AKC | T93B | MULTI FUNCTION LAMP 2PK | 40086C | FG | Picking | 4 | TLITE | CS | 288 | 0 | 0 | 0 | 3.75 | 1,080.58 | 0 | 0 | 0 | 1080.576 | FG |
| AKC | T94B | SUBMERSIB 7 FUNC STT-BULK 2PK | 28113K | FG | Floor stock | 4 | TLITE | CS | 48 | 0 | 0 | 0 | 5.51 | 264.36 | 0 | 0 | 0 | 264.3552 | FG |
| AKC | T94B | SUBMERSIB 7 FUNC STT-BULK 2PK | 36228E | FG | Floor stock | 4 | TLITE | CS | 96 | 0 | 0 | 0 | 5.51 | 528.71 | 0 | 0 | 0 | 528.7104 | FG |
| AKC | T956R | SEAL STOP TAIL TURN W/GRMT/PLG 10PK | 29134A | FG | Picking | 4 | TLITE | CS | 80 | 0 | 0 | 0 | 20.64 | 1,650.88 | 0 | 0 | 0 | 1650.88 | FG |
| AKC | T956R | SEAL STOP TAIL TURN W/GRMT/PLG 10PK | 49468G | FG | Floor stock | 4 | TLITE | CS | 80 | 0 | 0 | 0 | 20.64 | 1,650.88 | 0 | 0 | 0 | 1650.88 | FG |
| AKC | T96528R | OESLAMP REPL LENS 355/430 -RED 10PK | 58256A | FG | Picking | 4 | TLITE | CS | 29 | 0 | 0 | 0 | 3.26 | 94.49 | 0 | 0 | 0 | 94.4907 | FG |
| AKC | T983B | REPLACEMENT LENS FOR 83/93 10PK | 26128G | FG | Floor stock | 4 | TLITE | CS | 240 | 0 | 0 | 0 | 4.02 | 964.80 | 0 | 0 | 0 | 964.8 | FG |
| AKC | T983B | REPLACEMENT LENS FOR 83/93 10PK | DOOR05 | FG | Floor stock | 4 | TLITE | CS | 60 | 0 | 0 | 0 | 4.02 | 241.20 | 0 | 0 | 0 | 241.2 | FG |
| AKC | TF1NAPA | 6K821-2733 TF1 NAPA TRANS FNNL 36PK | 40444M | FG | Floor stock | 4 | CONFT | CS | 24 | 0 | 0 | 0 | 29.26 | 702.15 | 0 | 0 | 0 | 702.1465314 | FG |
| AKC | TS25T6 | 2.50 SQFT TANNER'S SEL CHAMOIS 6PK | 35134A | FG | Picking | 4 | SGOOD | CS | 55 | 0 | 0 | 0 | 23.30 | 1,281.23 | 0 | 0 | 0 | 1281.232486 | FG |
| AKC | TS60T6 | 3.50 SQFT TANNER'S SEL CHAMOIS 6PK | 55484K | FG | Floor stock | 4 | SGOOD | CS | 93 | 0 | 0 | 0 | 31.21 | 2,902.60 | 0 | 0 | 0 | 2902.602637 | FG |
| AKC | TS60T6B | 3.5 SQFT TAN SEL 1/BG CHAMOIS 6PK | 29177K | FG | Floor stock | 4 | SGOOD | CS | 100 | 0 | 0 | 0 | 31.99 | 3,198.87 | 0 | 0 | 0 | 3198.868419 | FG |
| AKC | TS70T24ADV | 4SQFT 2/BG TANNERS SEL CHAMOIS 24PK | 35086A | FG | Picking | 4 | SGOOD | CS | 12 | 0 | 0 | 0 | 141.73 | 1,700.74 | 0 | 0 | 0 | 1700.735518 | FG |
| AKC | TS70T24ADV | 4SQFT 2/BG TANNERS SEL CHAMOIS 24PK | 35096C | FG | Picking | 4 | SGOOD | CS | 20 | 0 | 0 | 0 | 141.73 | 2,834.56 | 0 | 0 | 0 | 2834.559197 | FG |
| AKC | TS70T24ADV | 4SQFT 2/BG TANNERS SEL CHAMOIS 24PK | 38252E | FG | Floor stock | 4 | SGOOD | CS | 11 | 0 | 0 | 0 | 141.73 | 1,559.01 | 0 | 0 | 0 | 1559.007558 | FG |
| AKC | TS70T24B | 4 SQFT 1/BG TAN SEL CHAMOIS 24PK | 60098C | FG | Picking | 4 | SGOOD | CS | 10 | 0 | 0 | 0 | 142.15 | 1,421.45 | 0 | 0 | 0 | 1421.454471 | FG |
| AKC | TS90T6 | 6 SQFT T SEL CHAMOIS 6PK | 55348A | FG | Picking | 4 | SGOOD | CS | 26 | 0 | 0 | 0 | 52.20 | 1,357.31 | 0 | 0 | 0 | 1357.311893 | FG |
| AKC | TS96 | 6.5 SQFT T SEL CHAMOIS BULK 6PK | 65200C | FG | Picking | 4 | SGOOD | CS | 6 | 0 | 0 | 0 | 53.93 | 323.61 | 0 | 0 | 0 | 323.6070066 | FG |
| AKC | TSX368 | 1.5 SQFT 1/BG T SEL CHAMOIS 36PK | 38110I | FG | Floor stock | 4 | SGOOD | CS | 11 | 0 | 0 | 0 | 93.02 | 1,023.20 | 0 | 0 | 0 | 1023.19794 | FG |
| AKC | WS2924 | 20"PLAS SPONGE SQUEEG HNDL 24PK | 43540M | FG | Floor stock | 4 | CONSC | CS | 144 | 0 | 0 | 0 | 15.04 | 2,166.07 | 0 | 0 | 0 | 2166.068634 | FG |
| AKC | WS2924A | 8"PLAS SPONGE SQUEEG&20"HNDL 24PK | 41216I | FG | Floor stock | 4 | CONSC | CS | 24 | 0 | 0 | 0 | 47.80 | 1,147.14 | 0 | 0 | 0 | 1147.143843 | FG |
| AKC | WS2924A | 8"PLAS SPONGE SQUEEG&20"HNDL 24PK | 53540M | FG | Floor stock | 4 | CONSC | CS | 24 | 0 | 0 | 0 | 47.80 | 1,147.14 | 0 | 0 | 0 | 1147.143843 | FG |
| AKC | WS2924A | 8"PLAS SPONGE SQUEEG&20"HNDL 24PK | 56456G | FG | Floor stock | 4 | CONSC | CS | 24 | 0 | 0 | 0 | 47.80 | 1,147.14 | 0 | 0 | 0 | 1147.143843 | FG |
| AKC | WS2924A | 8"PLAS SPONGE SQUEEG&20"HNDL 24PK | 64264M | FG | Floor stock | 4 | CONSC | CS | 48 | 0 | 0 | 0 | 47.80 | 2,294.29 | 0 | 0 | 0 | 2294.287686 | FG |
| AKC | WS2924A | 8"PLAS SPONGE SQUEEG&20"HNDL 24PK | NE14092 | FG | Floor stock | 4 | CONSC | CS | 240 | 0 | 0 | 0 | 47.80 | 11,471.44 | 0 | 0 | 0 | 11471.43843 | FG |
| AKC | WS2924AGRG | WWG8"PLAS SPONGE SQUEEG&20"HNDL 24PK | SHIP | FG | Shipment | 4 | CONSC | CS | 10 | 0 | 0 | 0 | 47.70 | 476.97 | 0 | 0 | 0 | 476.9728512 | FG |
| AKC | WS2924U | 20"PLSTC HNDL SQ W/8"HD 24PK | SHIP | FG | Shipment | 4 | CONSC | CS | 54 | 0 | 0 | 0 | 45.35 | 2,449.09 | 0 | 0 | 0 | 2449.08609 | FG |
| AKC | WSH24 | BLK 8" PLAS SQUEEG HD 24PK | 55302I | FG | Floor stock | 4 | CONSC | CS | 90 | 0 | 0 | 0 | 34.75 | 3,127.54 | 0 | 0 | 0 | 3127.535625 | FG |
| AKC | WSH24CC | 8"SPONGE SQUEEG HD UNIT-CC 24PK | 10168 | FG | Picking | 4 | CONSC | CS | 58 | 0 | 0 | 0 | 32.95 | 1,911.06 | 0 | 0 | 0 | 1911.061372 | FG |
| AKC | WSH24CC | 8"SPONGE SQUEEG HD UNIT-CC 24PK | AKC ACTIVE DAMAGE | FG | Floor stock | 4 | CONSC | CS | 48 | 0 | 0 | 0 | 32.95 | 1,581.58 | 0 | 0 | 0 | 1581.584584 | FG |
| AKC | WSH24GRG | WWG 8" SPONGE SQUEEG HEAD UNIT 24PK | 45482C | FG | Picking | 4 | CONSC | CS | 1 | 0 | 0 | 0 | 34.67 | 34.67 | 0 | 0 | 0 | 34.66639583 | FG |
| AKC | WWGS18-583-EPCFP\ | OESWWG48"PV CF 10"HEAD S/BRM 18PK | 54192G | FG | Floor stock | 4 | CONWC | CS | 10 | 0 | 0 | 0 | 127.20 | 1,272.03 | 0 | 0 | 0 | 1272.028375 | FG |
| AKC | WWGS18-583-EPCFP\ | OESWWG48"PV CF 10"HEAD S/BRM 18PK | 62588G | FG | Floor stock | 4 | CONWC | CS | 20 | 0 | 0 | 0 | 127.20 | 2,544.06 | 0 | 0 | 0 | 2544.05675 | FG |
| AKC | WWGS18-583-EPCFP\ | OESWWG48"PV CF 10"HEAD S/BRM 18PK | NE16082 | FG | Floor stock | 4 | CONWC | CS | 140 | 0 | 0 | 0 | 127.20 | 17,808.40 | 0 | 0 | 0 | 17808.39725 | FG |
| AKC | 01047 | 7/16 X 3/4" X8' BLACK 24PK | 51468G | FG | Floor stock | 4 | CONVA | CS | 6 | 0 | 0 | 0 | 72.90 | 437.40 | 0 | 0 | 0 | 437.4 | FG |
| AKC | 05-30UV/C | 5100/BAG BLACK(UV)CABLE TIES BAG | 59546C | FG | Picking | 4 | CONVA | pkg | 980 | 0 | 0 | 0 | 1.01 | 994.09 | 0 | 0 | 0 | 994.0924 | FG |
| AKC | 05007BLK144MI | 05007BLKM144 SML FUNNEL 144 PK | 34161K | FG | Floor stock | 4 | CONFT | CS | 26 | 0 | 0 | 0 | 23.09 | 600.28 | 0 | 0 | 0 | 600.275 | FG |
| AKC | 05007BLK144MI | 05007BLKM144 SML FUNNEL 144 PK | 35242A | FG | Picking | 4 | CONFT | CS | 1 | 0 | 0 | 0 | 23.09 | 23.09 | 0 | 0 | 0 | 23.0875 | FG |
| AKC | 05007BLK144MI | 05007BLKM144 SML FUNNEL 144 PK | 37458K | FG | Floor stock | 4 | CONFT | CS | 32 | 0 | 0 | 0 | 23.09 | 738.80 | 0 | 0 | 0 | 738.8 | FG |
| AKC | 05007MI | 05007MIE GRAY SMALL FUNNEL 72 PK | 32061A | FG | Picking | 4 | CONFT | CS | 60 | 0 | 0 | 0 | 9.19 | 551.57 | 0 | 0 | 0 | 551.574 | FG |
| AKC | 05007MI | 05007MIE GRAY SMALL FUNNEL 72 PK | 44240G | FG | Floor stock | 4 | CONFT | CS | 60 | 0 | 0 | 0 | 9.19 | 551.57 | 0 | 0 | 0 | 551.574 | FG |
| AKC | 05007MI | 05007MIE GRAY SMALL FUNNEL 72 PK | 68602G | FG | Floor stock | 4 | CONFT | CS | 120 | 0 | 0 | 0 | 9.19 | 1,103.15 | 0 | 0 | 0 | 1103.148 | FG |
| AKC | 05007MI | 05007MIE GRAY SMALL FUNNEL 72 PK | P/AHOLD | FG | Floor stock | 4 | CONFT | CS | 42 | 0 | 0 | 0 | 9.19 | 386.10 | 0 | 0 | 0 | 386.1018 | FG |
| AKC | 05015MI | 05015MIE MED GRAY FUNNEL 72PK | 52528G | FG | Floor stock | 4 | CONFT | CS | 32 | 0 | 0 | 0 | 13.34 | 427.02 | 0 | 0 | 0 | 427.0183501 | FG |
| AKC | 05034MI | 05034MIE SUPER FNNL 12 PK | 39132I | FG | Floor stock | 4 | CONFT | CS | 64 | 0 | 0 | 0 | 5.63 | 360.00 | 0 | 0 | 0 | 360.0017946 | FG |
| AKC | 05034MI | 05034MIE SUPER FNNL 12 PK | 39132K | FG | Floor stock | 4 | CONFT | CS | 64 | 0 | 0 | 0 | 5.63 | 360.00 | 0 | 0 | 0 | 360.0017946 | FG |
| AKC | 05034MI | 05034MIE SUPER FNNL 12 PK | 59134I | FG | Floor stock | 4 | CONFT | CS | 64 | 0 | 0 | 0 | 5.63 | 360.00 | 0 | 0 | 0 | 360.0017946 | FG |
| AKC | 05034MI | 05034MIE SUPER FNNL 12 PK | 54326G | FG | Floor stock | 4 | CONFT | CS | 64 | 0 | 0 | 0 | 5.63 | 360.00 | 0 | 0 | 0 | 360.0017946 | FG |
| AKC | 05060MI | 05060MI HAND E FLEX FNNL 12PK | 62582I | FG | Floor stock | 4 | CONFT | CS | 64 | 0 | 0 | 0 | 9.08 | 580.97 | 0 | 0 | 0 | 580.968024 | FG |
| AKC | 05060MI | 05060MI HAND E FLEX FNNL 12PK | 64578I | FG | Floor stock | 4 | CONFT | CS | 64 | 0 | 0 | 0 | 9.08 | 580.97 | 0 | 0 | 0 | 580.968024 | FG |
| AKC | 05062MI | 05062MI HAND-E QUICKFILL FNNL 12P | 47540C | FG | Picking | 4 | CONFT | CS | 72 | 0 | 0 | 0 | 4.99 | 359.40 | 0 | 0 | 0 | 359.401536 | FG |
| AKC | 05062PDQMI | SUPER QUICKFILL FNL CUT CASE 12P | 32176C | FG | Picking | 4 | CONFT | CS | 2 | 0 | 0 | 0 | 5.02 | 10.04 | 0 | 0 | 0 | 10.03794 | FG |
| AKC | 05062PDQMI | SUPER QUICKFILL FNL CUT CASE 12P | 66290A | FG | Floor stock | 4 | CONFT | CS | 80 | 0 | 0 | 0 | 5.02 | 401.52 | 0 | 0 | 0 | 401.5176 | FG |
| AKC | 05068MI | 05068MIE 3 PC ASSORTED FUNNEL 12PK | 35193I | FG | Floor stock | 4 | CONFT | CS | 24 | 0 | 0 | 0 | 11.14 | 267.45 | 0 | 0 | 0 | 267.4520618 | FG |
| AKC | 05068MI | 05068MIE 3 PC ASSORTED FUNNEL 12PK | 43192E | FG | Floor stock | 4 | CONFT | CS | 24 | 0 | 0 | 0 | 11.14 | 267.45 | 0 | 0 | 0 | 267.4520618 | FG |
| AKC | 05068MI | 05068MIE 3 PC ASSORTED FUNNEL 12PK | 56050C | FG | Picking | 4 | CONFT | CS | 24 | 0 | 0 | 0 | 11.14 | 267.45 | 0 | 0 | 0 | 267.4520618 | FG |
| AKC | 05080MI | 05080MIE LESS MESS OIL DRAIN 12PK | 46314A | FG | Picking | 4 | CONFT | CS | 23 | 0 | 0 | 0 | 20.21 | 464.77 | 0 | 0 | 0 | 464.7737846 | FG |
| AKC | 06064BLKMI | 06064BLKMI BLK TRANS FNNL 12PK | 44466E | FG | Floor stock | 4 | CONFT | CS | 32 | 0 | 0 | 0 | 7.32 | 234.19 | 0 | 0 | 0 | 234.192 | FG |
| AKC | 06064MI | 06064MIE GR TRANSMISSION FNNL 12PK | 41290A | FG | Picking | 4 | CONFT | CS | 32 | 0 | 0 | 0 | 7.53 | 241.08 | 0 | 0 | 0 | 241.0769251 | FG |
| AKC | 06064MI | 06064MIE GP TRANSMISSION FNNL 12PK | 41540A | FG | Picking | 4 | CONFT | CS | 14 | 0 | 0 | 0 | 7.53 | 105.47 | 0 | 0 | 0 | 105.4711547 | FG |
| AKC | 0791461553 | NEWSTYLE/ F2/ CUT CPD | RW043A | PP | Floor stock | 4 | CONLM | PC | 275 | 0 | 0 | 0 | 0.02 | 4.32 | 0 | 0 | 0 | 4.3197 | WIP |
| AKC | 0797473842 | UH/ F2/ INSRT CRD | RWKLABEL | PP | Floor stock | 4 | CONLM | PC | 1550 | 0 | 0 | 0 | 0.02 | 25.74 | 0 | 0 | 0 | 25.738339 | WIP |
| AKC | 1010028026 | NEVER FADE EAGLE LEVEL 12 PAIR | 51506A | FG | Picking | 4 | CONLM | EA | 93 | 0 | 0 | 0 | 32.99 | 3,068.08 | 0 | 0 | 0 | 3068.083791 | FG |
| AKC | 1010039025 | SMALL LEVEL 12 PAIR | SHIP | FG | Shipment | 4 | CONLM | EA | 1 | 0 | 0 | 0 | 21.20 | 21.20 | 0 | 0 | 0 | 21.1954146 | FG |
| AKC | 1010039026 | NEVER FADESML LEVEL 6 PAIR | SHIP | FG | Shipment | 4 | CONLM | CS | 18 | 0 | 0 | 0 | 12.49 | 224.73 | 0 | 0 | 0 | 224.730981 | FG |
| AKC | 1010055015 | 5TH WHEEL LEVEL (4) | 39098C | FG | Picking | 4 | CONLM | EA | 182 | 0 | 0 | 0 | 20.12 | 3,662.41 | 0 | 0 | 0 | 3662.412175 | FG |
| AKC | 1010082000 | 08200LEVELING BLOCK SYSTEM S/CHOCK1 | 28072M | FG | Floor stock | 4 | CONLM | CS | 90 | 0 | 0 | 0 | 10.04 | 903.71 | 0 | 0 | 0 | 903.708225 | FG |
| AKC | 1010082000 | 08200LEVELING BLOCK SYSTEM S/CHOCK1 | 28078K | FG | Floor stock | 4 | CONLM | CS | 90 | 0 | 0 | 0 | 10.04 | 903.71 | 0 | 0 | 0 | 903.708225 | FG |
| AKC | 1010082000 | 08200LEVELING BLOCK SYSTEM S/CHOCK1 | 28086G | FG | Floor stock | 4 | CONLM | CS | 90 | 0 | 0 | 0 | 10.04 | 903.71 | 0 | 0 | 0 | 903.708225 | FG |
| AKC | 1010082000 | 08200LEVELING BLOCK SYSTEM S/CHOCK1 | 28092I | FG | Floor stock | 4 | CONLM | CS | 90 | 0 | 0 | 0 | 10.04 | 903.71 | 0 | 0 | 0 | 903.708225 | FG |
| AKC | 1010082000 | 08200LEVELING BLOCK SYSTEM S/CHOCK1 | 65348I | FG | Floor stock | 4 | CONLM | CS | 180 | 0 | 0 | 0 | 10.04 | 1,807.42 | 0 | 0 | 0 | 1807.41645 | FG |
| AKC | 1010120040 | 24" FORCE SLIMLINE SNOWBRUSH 24PK | 52446K | FG | Floor stock | 4 | CONWC | CS | 36 | 0 | 0 | 0 | 27.67 | 996.15 | 0 | 0 | 0 | 996.1499092 | FG |
| AKC | 1010120040 | 24" FORCE SLIMLINE SNOWBRUSH 24PK | 52470I | FG | Floor stock | 4 | CONWC | CS | 36 | 0 | 0 | 0 | 27.67 | 996.15 | 0 | 0 | 0 | 996.1499092 | FG |
| AKC | 1010120040 | 24" FORCE SLIMLINE SNOWBRUSH 24PK | 52506K | FG | Floor stock | 4 | CONWC | CS | 36 | 0 | 0 | 0 | 27.67 | 996.15 | 0 | 0 | 0 | 996.1499092 | FG |
| AKC | 1010120040 | 24" FORCE SLIMLINE SNOWBRUSH 24PK | 52530K | FG | Floor stock | 4 | CONWC | CS | 36 | 0 | 0 | 0 | 27.67 | 996.15 | 0 | 0 | 0 | 996.1499092 | FG |
| AKC | 1010120060 | 61" BLIZ FORCE S/BRM 12PK TP | 59908K | FG | Floor stock | 4 | CONWC | CS | 12 | 0 | 0 | 0 | 89.65 | 1,075.77 | 0 | 0 | 0 | 1075.7738 | FG |
| AKC | 1010120060 | 61" BLIZ FORCE S/BRM 12PK TP | 87410I | FG | Floor stock | 4 | CONWC | CS | 24 | 0 | 0 | 0 | 89.65 | 2,151.55 | 0 | 0 | 0 | 2151.5472 | FG |
| AKC | 1010125001 | 12501 GRIPTRAX TRACTION TOOL 4PR | 52348I | FG | Floor stock | 4 | CONWC | CS | 30 | 0 | 0 | 0 | 19.27 | 578.16 | 0 | 0 | 0 | 578.16 | FG |
| AKC | 1010125001 | 12501 GRIPTRAX TRACTION TOOL 4PR | 81326G | FG | Floor stock | 4 | CONWC | CS | 34 | 0 | 0 | 0 | 19.27 | 655.25 | 0 | 0 | 0 | 655.248 | FG |
| AKC | 1010125001 | 12501 GRIPTRAX TRACTION TOOL 4PR | NE16114 | FG | Floor stock | 4 | CONWC | CS | 660 | 0 | 0 | 0 | 19.27 | 12,719.52 | 0 | 0 | 0 | 12719.52 | FG |
| AKC | 1010125005 | FLEXIBLE GRIPTRAX MAXX 4PK | 42494K | FG | Floor stock | 4 | CONWC | CS | 40 | 0 | 0 | 0 | 34.32 | 1,372.80 | 0 | 0 | 0 | 1372.8 | FG |
| AKC | 1010125005 | FLEXIBLE GRIPTRAX MAXX 4PK | 46194I | FG | Floor stock | 4 | CONWC | CS | 40 | 0 | 0 | 0 | 34.32 | 1,372.80 | 0 | 0 | 0 | 1372.8 | FG |
| AKC | 1010125050 | 12550 BOOT MAT 6PK | 49444G | FG | Floor stock | 4 | CONWC | CS | 54 | 0 | 0 | 0 | 13.35 | 720.87 | 0 | 0 | 0 | 720.8703 | FG |
| AKC | 1010125050 | 12550 BOOT MAT 6PK | 64374E | FG | Floor stock | 4 | CONWC | CS | 48 | 0 | 0 | 0 | 13.35 | 640.77 | 0 | 0 | 0 | 640.7736 | FG |
| AKC | 1010125055 | 12555 3PC BOOT TRAY 6PK | C101A | FG | Picking | 4 | CONWC | CS | 14 | 0 | 0 | 0 | 17.88 | 250.30 | 0 | 0 | 0 | 250.309872 | FG |
| AKC | 1010126010 | OES 12V HEATING PAD TP 6PK | 49302I | FG | Floor stock | 4 | CONWC | CS | 96 | 0 | 0 | 0 | 41.41 | 3,975.26 | 0 | 0 | 0 | 3975.264 | FG |
| AKC | 1010130001 | 11.75" DEICER SCRAPER TRAY 8PK | 32136G | FG | Floor stock | 4 | CONWC | CS | 48 | 0 | 0 | 0 | 15.32 | 735.44 | 0 | 0 | 0 | 735.4368 | FG |
| AKC | 1010130001 | 11.75" DEICER SCRAPER TRAY 8PK | 34143K | FG | Floor stock | 4 | CONWC | CS | 48 | 0 | 0 | 0 | 15.32 | 735.44 | 0 | 0 | 0 | 735.4368 | FG |
| AKC | 1010130001 | 11.75" DEICER SCRAPER TRAY 8PK | 55420C | FG | Picking | 4 | CONWC | CS | 11 | 0 | 0 | 0 | 15.32 | 168.54 | 0 | 0 | 0 | 168.5376 | FG |
| AKC | 1010130020 | 25" PWF ERGO S/BRUSH 24PK | 27094E | FG | Floor stock | 4 | CONWC | CS | 18 | 0 | 0 | 0 | 44.80 | 806.34 | 0 | 0 | 0 | 806.340928 | FG |
| AKC | 1010130020 | 25" PWF ERGO S/BRUSH 24PK | 28174G | FG | Floor stock | 4 | CONWC | CS | 18 | 0 | 0 | 0 | 44.80 | 806.34 | 0 | 0 | 0 | 806.340928 | FG |
| AKC | 1010130020 | 25" PWF ERGO S/BRUSH 24PK | 29068E | FG | Floor stock | 4 | CONWC | CS | 18 | 0 | 0 | 0 | 44.80 | 806.34 | 0 | 0 | 0 | 806.340928 | FG |
| AKC | 1010130020 | 25" PWF ERGO S/BRUSH 24PK | 31061K | FG | Floor stock | 4 | CONWC | CS | 18 | 0 | 0 | 0 | 44.80 | 806.34 | 0 | 0 | 0 | 806.340928 | FG |
| AKC | 1010130020 | 25" PWF ERGO S/BRUSH 24PK | 41074K | FG | Floor stock | 4 | CONWC | CS | 18 | 0 | 0 | 0 | 44.80 | 806.34 | 0 | 0 | 0 | 806.340928 | FG |
| AKC | 1010130020 | 25" PWF ERGO S/BRUSH 24PK | 43456E | FG | Floor stock | 4 | CONWC | CS | 18 | 0 | 0 | 0 | 44.80 | 806.34 | 0 | 0 | 0 | 806.340928 | FG |
| AKC | 1010130020 | 25" PWF ERGO S/BRUSH 24PK | 52408A | FG | Floor stock | 4 | CONWC | CS | 30 | 0 | 0 | 0 | 44.80 | 1,343.90 | 0 | 0 | 0 | 1343.901547 | FG |
| AKC | 1010130020 | 25" PWF ERGO S/BRUSH 24PK | 63132M | FG | Floor stock | 4 | CONWC | CS | 36 | 0 | 0 | 0 | 44.80 | 1,612.68 | 0 | 0 | 0 | 1612.681856 | FG |
| AKC | 1010130020 | 25" PWF ERGO S/BRUSH 24PK | NE13130 | FG | Floor stock | 4 | CONWC | CS | 162 | 0 | 0 | 0 | 44.80 | 7,257.07 | 0 | 0 | 0 | 7257.068352 | FG |
| AKC | 1010130024 | 32" S/BRSH W/ICHSL BLADE 12PC | 53480E | FG | Floor stock | 4 | CONWC | CS | 24 | 0 | 0 | 0 | 27.77 | 666.37 | 0 | 0 | 0 | 666.3720336 | FG |
| AKC | 1010130024 | 32" S/BRSH W/ICHSL BLADE 12PC | 54230I | FG | Floor stock | 4 | CONWC | CS | 24 | 0 | 0 | 0 | 27.77 | 666.37 | 0 | 0 | 0 | 666.3720336 | FG |
| AKC | 1010130024 | 32" S/BRSH W/ICHSL BLADE 12PC | 57264G | FG | Floor stock | 4 | CONWC | CS | 24 | 0 | 0 | 0 | 27.77 | 666.37 | 0 | 0 | 0 | 666.3720336 | FG |
| AKC | 1010130024 | 32" S/BRSH W/ICHSL BLADE 12PC | 58444K | FG | Floor stock | 4 | CONWC | CS | 24 | 0 | 0 | 0 | 27.77 | 666.37 | 0 | 0 | 0 | 666.3720336 | FG |
| AKC | 1010130030 | 34" POWER-FORCE SNOWBRUSH 12PK | 60184A | FG | Picking | 4 | CONWC | CS | 13 | 0 | 0 | 0 | 29.70 | 386.14 | 0 | 0 | 0 | 386.1391786 | FG |
| AKC | 1010130044 | 13044 ICE CHISEL 24PK | P/AHOLD | FG | Floor stock | 4 | CONWC | CS | 3 | 0 | 0 | 0 | 19.23 | 57.69 | 0 | 0 | 0 | 57.6864819 | FG |
| AKC | 1010130050 | 13050 11" POWER-FORCE SCRAPER 24PK | AKC ACTIVE DAMAGE | FG | Floor stock | 4 | CONWC | CS | 3 | 0 | 0 | 0 | 22.98 | 68.95 | 0 | 0 | 0 | 68.9525423 | FG |
| AKC | 1010130059 | 13059 42"T S/BRSH W/ICHSL 12P | 57300E | FG | Floor stock | 4 | CONWC | CS | 30 | 0 | 0 | 0 | 38.29 | 1,148.77 | 0 | 0 | 0 | 1148.767447 | FG |
| AKC | 1010137018 | 3518FD 35" BLIZ F/D 18PC | 87398C | FG | Floor stock | 4 | CONWC | EA | 13 | 0 | 0 | 0 | 56.97 | 740.62 | 0 | 0 | 0 | 740.5248766 | FG |
| AKC | 1010137081 | 13781 35" BLIZ S/BRSHTR PACK 14PC | B/O HOLD | FG | Floor stock | 4 | CONWC | CS | 10 | 0 | 0 | 0 | 35.30 | 353.00 | 0 | 0 | 0 | 352.9988205 | FG |
| AKC | 1010139020 | OES13920 QUILTED MITT SCRPR 12PK | NE15062 | FG | Floor stock | 4 | CONWC | CS | 241 | 0 | 0 | 0 | 26.48 | 6,381.92 | 0 | 0 | 0 | 6381.921 | FG |
| AKC | 1010140012 | 14012 AVALANCHE I/SCRPR TRAY24P | 41168G | FG | Floor stock | 4 | CONWC | CS | 48 | 0 | 0 | 0 | 16.75 | 804.18 | 0 | 0 | 0 | 804.18288 | FG |
| AKC | 1010140035 | 14035 35" TEL PIV C/O S/BRM 6PK | 57492M | FG | Floor stock | 4 | CONWC | CS | 29 | 0 | 0 | 0 | 22.21 | 644.19 | 0 | 0 | 0 | 644.1915 | FG |
| AKC | 1010140035 | 14038 38"FIX PIV C/O S/BRM 6PK | 61600A | FG | Floor stock | 4 | CONWC | CS | 48 | 0 | 0 | 0 | 22.20 | 1,065.72 | 0 | 0 | 0 | 1065.7152 | FG |
| AKC | 1010140038 | 14038 38"FIX PIV C/O S/BRM 6PK | 64552I | FG | Floor stock | 4 | CONWC | CS | 48 | 0 | 0 | 0 | 22.20 | 1,065.72 | 0 | 0 | 0 | 1065.7152 | FG |
| AKC | 1010140038 | 14038 38"FIX PIV C/O S/BRM 6PK | W206 | FG | Picking | 4 | CONWC | CS | 600 | 0 | 0 | 0 | 22.20 | 13,321.44 | 0 | 0 | 0 | 13321.44 | FG |
| AKC | 1010140039 | 14039 50"TEL C/O S/BRM 6PK | 63206K | FG | Floor stock | 4 | CONWC | CS | 21 | 0 | 0 | 0 | 37.05 | 777.97 | 0 | 0 | 0 | 777.9653858 | FG |
| AKC | 1010140039 | 14039 50"TEL C/O S/BRM 6PK | 54336G | FG | Floor stock | 4 | CONWC | CS | 42 | 0 | 0 | 0 | 37.05 | 1,555.93 | 0 | 0 | 0 | 1555.930772 | FG |
| AKC | 1010140039 | 14039 50"TEL C/O S/BRM 6PK | 67576A | FG | Floor stock | 4 | CONWC | CS | 17 | 0 | 0 | 0 | 37.05 | 629.78 | 0 | 0 | 0 | 629.7815628 | FG |
| AKC | 1010140040 | OES 50" XL ICE CHISEL CROSSOVER SNWBRM 12PK | 53312E | FG | Floor stock | 4 | CONWC | CS | 8 | 0 | 0 | 0 | 92.00 | 736.03 | 0 | 0 | 0 | 736.031376 | FG |
| AKC | 1010140052 | 52"AVALANCHE EXTR BRM 12PK | 65374K | FG | Floor stock | 4 | CONWC | CS | 24 | 0 | 0 | 0 | 69.71 | 1,673.08 | 0 | 0 | 0 | 1673.0784 | FG |
| AKC | 1010140052 | 52"AVALANCHE EXTR BRM 12PK | 57492I | FG | Floor stock | 4 | CONWC | CS | 24 | 0 | 0 | 0 | 69.71 | 1,673.08 | 0 | 0 | 0 | 1673.0784 | FG |
| AKC | 1010141021 | 14120Y 11" YEL POLAR VRTX SCRPR 18P | 28187E | FG | Floor stock | 4 | CONWC | CS | 68 | 0 | 0 | 0 | 23.63 | 1,606.74 | 0 | 0 | 0 | 1606.741079 | FG |
| AKC | 1010141021 | 14120Y 11" YEL POLAR VRTX SCRPR 18P | 54185K | FG | Floor stock | 4 | CONWC | CS | 68 | 0 | 0 | 0 | 23.63 | 1,606.74 | 0 | 0 | 0 | 1606.741079 | FG |
| AKC | 1010141021 | 14120Y 11" YEL POLAR VRTX SCRPR 18P | 53314G | FG | Floor stock | 4 | CONWC | CS | 68 | 0 | 0 | 0 | 23.63 | 1,606.74 | 0 | 0 | 0 | 1606.741079 | FG |
| AKC | 1010141035 | 37" ULTRA MAXX FORCE S/BRUSH 12PK | 44050I | FG | Floor stock | 4 | CONWC | CS | 16 | 0 | 0 | 0 | 59.53 | 952.53 | 0 | 0 | 0 | 952.5259534 | FG |
| AKC | 1010141058 | 58" MXF GLACIER S/BROOM 12PK | 37540K | FG | Floor stock | 4 | CONWC | CS | 15 | 0 | 0 | 0 | 111.57 | 1,673.51 | 0 | 0 | 0 | 1673.50653 | FG |
| AKC | 1010141058 | 58" MXF GLACIER S/BROOM 12PK | 45494K | FG | Floor stock | 4 | CONWC | CS | 15 | 0 | 0 | 0 | 111.57 | 1,673.51 | 0 | 0 | 0 | 1673.50653 | FG |
| AKC | 1010141058 | 58" MXF GLACIER S/BROOM 12PK | 45494E | FG | Floor stock | 4 | CONWC | CS | 15 | 0 | 0 | 0 | 111.57 | 1,673.51 | 0 | 0 | 0 | 1673.50653 | FG |
| AKC | 1010141065 | 65" MXF GLACIER S/BROOM 12PK | 63600K | FG | Floor stock | 4 | CONWC | CS | 24 | 0 | 0 | 0 | 102.33 | 2,455.85 | 0 | 0 | 0 | 2455.85378 | FG |
| AKC | 1010141070 | 42"ULT POLAR VORTEX C/O S/BRM 12 | 27128G | FG | Floor stock | 4 | CONWC | CS | 12 | 0 | 0 | 0 | 56.00 | 671.96 | 0 | 0 | 0 | 671.9616 | FG |
| AKC | 1010141070 | 42"ULT POLAR VORTEX C/O S/BRM 12 | 29178M | FG | Floor stock | 4 | CONWC | CS | 12 | 0 | 0 | 0 | 56.00 | 671.96 | 0 | 0 | 0 | 671.9616 | FG |
| AKC | 1010141070 | 42"ULT POLAR VORTEX C/O S/BRM 12 | 30119I | FG | Floor stock | 4 | CONWC | CS | 12 | 0 | 0 | 0 | 56.00 | 671.96 | 0 | 0 | 0 | 671.9616 | FG |
| AKC | 1010141070 | 42"ULT POLAR VORTEX C/O S/BRM 12 | 30122K | FG | Floor stock | 4 | CONWC | CS | 12 | 0 | 0 | 0 | 56.00 | 671.96 | 0 | 0 | 0 | 671.9616 | FG |
| AKC | 1010141070 | 42"ULT POLAR VORTEX C/O S/BRM 12 | 32120I | FG | Floor stock | 4 | CONWC | CS | 16 | 0 | 0 | 0 | 56.00 | 895.95 | 0 | 0 | 0 | 895.9488 | FG |
| AKC | 1010141070 | 42"ULT POLAR VORTEX C/O S/BRM 12 | 61590C | FG | Floor stock | 4 | CONWC | CS | 32 | 0 | 0 | 0 | 56.00 | 1,791.90 | 0 | 0 | 0 | 1791.8976 | FG |
| AKC | 1010141070 | 42"ULT POLAR VORTEX C/O S/BRM 12 | NE13180 | FG | Floor stock | 4 | CONWC | CS | 204 | 0 | 0 | 0 | 56.00 | 11,423.35 | 0 | 0 | 0 | 11423.3472 | FG |

LEASE SCHEDULE NO. 026 Page 38 of 152 CARNABY INVENTORY IV, LLC

CONFIDENTIAL ONSET_00032713

FBG_CH1_00091385

DEBTORS' EXHIBIT NO. 175
Page 1160 of 1907

JOINT EXHIBIT NO. 51
Page 1160 of 1907

CONFIDENTIAL

ONSET_00032714
FBG_CH1_00091386

DEBTORS' EXHIBIT NO. 175
Page 1161 of 1907

JOINT EXHIBIT NO. 51
Page 1161 of 1907

CONFIDENTIAL

ONSET_00032715
FBG_CH1_00091387

**DEBTORS' EXHIBIT NO. 175**
**Page 1162 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1162 of 1907**

CONFIDENTIAL

ONSET_00032716
FBG_CH1_00091388

DEBTORS' EXHIBIT NO. 175
Page 1163 of 1907

JOINT EXHIBIT NO. 51
Page 1163 of 1907

Exhibit A (2)

CONFIDENTIAL

ONSET_00032717
FBG_CH1_00091389

**DEBTORS' EXHIBIT NO. 175**
**Page 1164 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1164 of 1907**

Exhibit A(2)

CONFIDENTIAL

ONSET_00032718
FBG_CH1_00091390

**DEBTORS' EXHIBIT NO. 175**
**Page 1165 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1165 of 1907**

CONFIDENTIAL

ONSET_00032719
FBG_CH1_00091391

**DEBTORS' EXHIBIT NO. 175**
**Page 1166 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1166 of 1907**

Exhibit A (2)

USARB SCHEDULE ENO 696

CARNABY INVENTORY IV, LLC

CONFIDENTIAL

ONSET_00032720
FBG_CH1_00091392

**DEBTORS' EXHIBIT NO. 175**
**Page 1167 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1167 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032721
FBG_CH1_00091393

**DEBTORS' EXHIBIT NO. 175**
**Page 1168 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1168 of 1907**

CONFIDENTIAL

ONSET_00032722
FBG_CH1_00091394

**DEBTORS' EXHIBIT NO. 175**
**Page 1169 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1169 of 1907**

CONFIDENTIAL

ONSET_00032723
FBG_CH1_00091395

**DEBTORS' EXHIBIT NO. 175**
**Page 1170 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1170 of 1907**

CONFIDENTIAL

ONSET_00032724
FBG_CH1_00091396

CONFIDENTIAL

ONSET_00032725
FBG_CH1_00091397

DEBTORS' EXHIBIT NO. 175
Page 1172 of 1907

JOINT EXHIBIT NO. 51
Page 1172 of 1907

Exhibit A (2)

CARNABY INVENTORY IV, LLC

CONFIDENTIAL

ONSET_00032726
FBG_CH1_00091398

**DEBTORS' EXHIBIT NO. 175**
**Page 1173 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1173 of 1907**

CONFIDENTIAL

ONSET_00032727
FBG_CH1_00091399

DEBTORS' EXHIBIT NO. 175
Page 1174 of 1907

JOINT EXHIBIT NO. 51
Page 1174 of 1907

Exhibit A (2)

CONFIDENTIAL

ONSET_00032728
FBG_CH1_00091400

DEBTORS' EXHIBIT NO. 175
Page 1175 of 1907

JOINT EXHIBIT NO. 51
Page 1175 of 1907

CONFIDENTIAL

ONSET_00032729
FBG_CH1_00091401

**DEBTORS' EXHIBIT NO. 175**
**Page 1176 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1176 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032730
FBG_CH1_00091402

**DEBTORS' EXHIBIT NO. 175**
**Page 1177 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1177 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032731
FBG_CH1_00091403

**DEBTORS' EXHIBIT NO. 175**
**Page 1178 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1178 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032732
FBG_CH1_00091404

**DEBTORS' EXHIBIT NO. 175**
**Page 1179 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1179 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032733
FBG_CH1_00091405

DEBTORS' EXHIBIT NO. 175
Page 1180 of 1907

JOINT EXHIBIT NO. 51
Page 1180 of 1907

CONFIDENTIAL

ONSET_00032734
FBG_CH1_00091406

**DEBTORS' EXHIBIT NO. 175**
**Page 1181 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1181 of 1907**

CONFIDENTIAL

ONSET_00032735
FBG_CH1_00091407

**DEBTORS' EXHIBIT NO. 175**
**Page 1182 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1182 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032736
FBG_CH1_00091408

**DEBTORS' EXHIBIT NO. 175**
**Page 1183 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1183 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032737
FBG_CH1_00091409

**DEBTORS' EXHIBIT NO. 175**
**Page 1184 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1184 of 1907**

CONFIDENTIAL

ONSET_00032738
FBG_CH1_00091410

**DEBTORS' EXHIBIT NO. 175**
**Page 1185 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1185 of 1907**

Exhibit A (2)

USABLE SCHEDULE END - 636

CARNABY INVENTORY IV, LLC

CONFIDENTIAL

ONSET_00032739
FBG_CH1_00091411

**DEBTORS' EXHIBIT NO. 175**
**Page 1186 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1186 of 1907**

CONFIDENTIAL

ONSET_00032740
FBG_CH1_00091412

**DEBTORS' EXHIBIT NO. 175**
**Page 1187 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1187 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032741
FBG_CH1_00091413

**DEBTORS' EXHIBIT NO. 175**
**Page 1188 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1188 of 1907**

CONFIDENTIAL

ONSET_00032742
FBG_CH1_00091414

**DEBTORS' EXHIBIT NO. 175**
**Page 1189 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1189 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032743
FBG_CH1_00091415

**DEBTORS' EXHIBIT NO. 175**
**Page 1190 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1190 of 1907**

CONFIDENTIAL

ONSET_00032744
FBG_CH1_00091416

DEBTORS' EXHIBIT NO. 175
Page 1191 of 1907

JOINT EXHIBIT NO. 51
Page 1191 of 1907

Exhibit A (2)

CONFIDENTIAL

ONSET_00032745
FBG_CH1_00091417

**DEBTORS' EXHIBIT NO. 175**
**Page 1192 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1192 of 1907**

CONFIDENTIAL

ONSET_00032746
FBG_CH1_00091418

DEBTORS' EXHIBIT NO. 175
Page 1193 of 1907

JOINT EXHIBIT NO. 51
Page 1193 of 1907

Exhibit A (2)

_[Full-page inventory spreadsheet with dense, illegible rows of product codes, descriptions, and numeric values — not legibly transcribable.]_

CONFIDENTIAL

ONSET_00032747
FBG_CH1_00091419

**DEBTORS' EXHIBIT NO. 175**
**Page 1194 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1194 of 1907**

Exhibit A (2)

LEASE SCHEDULE ENO. 696

CARNABY INVENTORY IV, LLC

CONFIDENTIAL

ONSET_00032748
FBG_CH1_00091420

**DEBTORS' EXHIBIT NO. 175**
**Page 1195 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1195 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032749
FBG_CH1_00091421

**DEBTORS' EXHIBIT NO. 175**
**Page 1196 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1196 of 1907**

CONFIDENTIAL

ONSET_00032750
FBG_CH1_00091422

**DEBTORS' EXHIBIT NO. 175**
**Page 1197 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1197 of 1907**

Exhibit A (2)

_[Dense multi-column inventory data table — contents illegible at available resolution.]_

CONFIDENTIAL

ONSET_00032751
FBG_CH1_00091423

DEBTORS' EXHIBIT NO. 175
Page 1198 of 1907

JOINT EXHIBIT NO. 51
Page 1198 of 1907

CONFIDENTIAL

ONSET_00032752
FBG_CH1_00091424

**DEBTORS' EXHIBIT NO. 175**
**Page 1199 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1199 of 1907**

CONFIDENTIAL

ONSET_00032753
FBG_CH1_00091425

DEBTORS' EXHIBIT NO. 175
Page 1200 of 1907

JOINT EXHIBIT NO. 51
Page 1200 of 1907

Exhibit A (2)

CONFIDENTIAL

ONSET_00032754
FBG_CH1_00091426

**DEBTORS' EXHIBIT NO. 175**
**Page 1201 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1201 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032755
FBG_CH1_00091427

**DEBTORS' EXHIBIT NO. 175**
**Page 1202 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1202 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032756
FBG_CH1_00091428

**DEBTORS' EXHIBIT NO. 175**
**Page 1203 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1203 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032757
FBG_CH1_00091429

DEBTORS' EXHIBIT NO. 175
Page 1204 of 1907

JOINT EXHIBIT NO. 51
Page 1204 of 1907

CONFIDENTIAL

ONSET_00032758
FBG_CH1_00091430

**DEBTORS' EXHIBIT NO. 175**
**Page 1205 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1205 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032759
FBG_CH1_00091431

DEBTORS' EXHIBIT NO. 175
Page 1206 of 1907

JOINT EXHIBIT NO. 51
Page 1206 of 1907

CONFIDENTIAL

ONSET_00032760
FBG_CH1_00091432

**DEBTORS' EXHIBIT NO. 175**
**Page 1207 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1207 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032761
FBG_CH1_00091433

**DEBTORS' EXHIBIT NO. 175**
**Page 1208 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1208 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032762
FBG_CH1_00091434

**DEBTORS' EXHIBIT NO. 175**
**Page 1209 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1209 of 1907**

CONFIDENTIAL

ONSET_00032763
FBG_CH1_00091435

DEBTORS' EXHIBIT NO. 175
Page 1210 of 1907

JOINT EXHIBIT NO. 51
Page 1210 of 1907

CONFIDENTIAL

ONSET_00032764
FBG_CH1_00091436

**DEBTORS' EXHIBIT NO. 175**
**Page 1211 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1211 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032765
FBG_CH1_00091437

**DEBTORS' EXHIBIT NO. 175**
**Page 1212 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1212 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032766
FBG_CH1_00091438

**DEBTORS' EXHIBIT NO. 175**
**Page 1213 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1213 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032767
FBG_CH1_00091439

**DEBTORS' EXHIBIT NO. 175**
**Page 1214 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1214 of 1907**

Exhibit A (2)

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | 26122G | FG | Floor stock | 4 | LBRCT | CS | 23 | 0 | 0 | 0 | 90.40 | 2,079.11 | 0 | 0 | 0 | 2079.108 | FG |
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | 27080E | FG | Floor stock | 4 | LBRCT | CS | 25 | 0 | 0 | 0 | 90.40 | 2,259.90 | 0 | 0 | 0 | 2259.9 | FG |
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | 28175I | FG | Floor stock | 4 | LBRCT | CS | 16 | 0 | 0 | 0 | 90.40 | 1,446.34 | 0 | 0 | 0 | 1446.336 | FG |
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | 30117K | FG | Floor stock | 4 | LBRCT | CS | 25 | 0 | 0 | 0 | 90.40 | 2,259.90 | 0 | 0 | 0 | 2259.9 | FG |
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | 32073I | FG | Floor stock | 4 | LBRCT | CS | 16 | 0 | 0 | 0 | 90.40 | 1,446.34 | 0 | 0 | 0 | 1446.336 | FG |
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | 32081K | FG | Floor stock | 4 | LBRCT | CS | 16 | 0 | 0 | 0 | 90.40 | 1,446.34 | 0 | 0 | 0 | 1446.336 | FG |
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | 32082G | FG | Floor stock | 4 | LBRCT | CS | 16 | 0 | 0 | 0 | 90.40 | 1,446.34 | 0 | 0 | 0 | 1446.336 | FG |
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | 32136E | FG | Floor stock | 4 | LBRCT | CS | 25 | 0 | 0 | 0 | 90.40 | 2,259.90 | 0 | 0 | 0 | 2259.9 | FG |
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | 33088I | FG | Floor stock | 4 | LBRCT | CS | 20 | 0 | 0 | 0 | 90.40 | 1,807.92 | 0 | 0 | 0 | 1807.92 | FG |
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | 33124K | FG | Floor stock | 4 | LBRCT | CS | 16 | 0 | 0 | 0 | 90.40 | 1,446.34 | 0 | 0 | 0 | 1446.336 | FG |
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | 33132K | FG | Floor stock | 4 | LBRCT | CS | 16 | 0 | 0 | 0 | 90.40 | 1,446.34 | 0 | 0 | 0 | 1446.336 | FG |
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | 39086E | FG | Floor stock | 4 | LBRCT | CS | 20 | 0 | 0 | 0 | 90.40 | 1,807.92 | 0 | 0 | 0 | 1807.92 | FG |
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | 41314E | FG | Floor stock | 4 | LBRCT | CS | 21 | 0 | 0 | 0 | 90.40 | 1,898.32 | 0 | 0 | 0 | 1898.318 | FG |
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | 44458K | FG | Floor stock | 4 | LBRCT | CS | 20 | 0 | 0 | 0 | 90.40 | 1,807.92 | 0 | 0 | 0 | 1807.92 | FG |
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | 44480I | FG | Floor stock | 4 | LBRCT | CS | 25 | 0 | 0 | 0 | 90.40 | 2,259.90 | 0 | 0 | 0 | 2259.9 | FG |
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | 53266I | FG | Floor stock | 4 | LBRCT | CS | 25 | 0 | 0 | 0 | 90.40 | 2,259.90 | 0 | 0 | 0 | 2259.9 | FG |
| AKC | LX-1152PHRF | RFID DELUXE PISTOL GREASE GUN 3PK | 21204P | FG | Picking | 1 | LBRCT | CS | 1338 | 0 | 0 | 0 | 24.72 | 33,069.72 | 0 | 0 | 0 | 33069.71899 | FG |
| AKC | LX-1172 | MINI-PISTOL GRIP GREASE GUN WITH 3 OZ. CARTRIDGE 10PK | 37228A | FG | Picking | 4 | LBRCT | CS | 5 | 0 | 0 | 0 | 44.72 | 222.58 | 0 | 0 | 0 | 223.575 | FG |
| AKC | LX-1172HD | MINI-PISTOL GRIP GREASE GUN WITH MULTI-PURPOSE LITHIUM GREASE (HOME DEPOT) 24PK | 38492G | FG | Floor stock | 4 | LBRCT | CS | 12 | 0 | 0 | 0 | 125.42 | 1,505.09 | 0 | 0 | 0 | 1505.088 | FG |
| AKC | LX-1172HD | MINI-PISTOL GRIP GREASE GUN WITH MULTI-PURPOSE LITHIUM GREASE (HOME DEPOT) 24PK | 61528I | FG | Floor stock | 4 | LBRCT | CS | 24 | 0 | 0 | 0 | 125.42 | 3,010.18 | 0 | 0 | 0 | 3010.176 | FG |
| AKC | LX-1173PHRF | RFID MINI-PISTOL GRIP GREASE GUN 4PK | 57240E | FG | Floor stock | 1 | LBRCT | CS | 90 | 0 | 0 | 0 | 24.86 | 2,237.75 | 0 | 0 | 0 | 2237.7537 | FG |
| AKC | LX-1173PHRF | RFID MINI-PISTOL GRIP GREASE GUN 4PK | 60110C | FG | Picking | 1 | LBRCT | CS | 15 | 0 | 0 | 0 | 24.86 | 372.96 | 0 | 0 | 0 | 372.95895 | FG |
| AKC | LX-1186 | BRACKET GREASE GUN HEAVY DUTY WALL OR TRUCK MOUNTED 10PK | 49024C | FG | Picking | 4 | LBRCT | CS | 23 | 0 | 0 | 0 | 36.88 | 818.17 | 0 | 0 | 0 | 818.171 | FG |
| AKC | LX-1209-B | GREASE HOSE 18" WITH SPRING, 1/8" NPT, 7500 PSI (BULK) PC | RWKSTAGE | PP | Floor stock | 4 | LBRCT | PC | 3 | 0 | 0 | 0 | 3.20 | 9.59 | 0 | 0 | 0 | 9.594 | WIP |
| AKC | LX-1211-B | GREASE HOSE 18" WITH 2 SPRINGS, 1/8" NPT X 3/8-32 UNEF, 7500 PSI, TP (BULK) PC | RW005A | PP | Floor stock | 4 | LBRCT | PC | 3 | 0 | 0 | 0 | 3.72 | 11.16 | 0 | 0 | 0 | 11.1618 | WIP |
| AKC | LX-1212-B | GREASE HOSE 30" WITH 2 SPRINGS, 1/8" NPT X 3/8-32 UNEF, 7500 PSI (BULK) PC | AKC RCV 1 | PP | Floor stock | 4 | LBRCT | CS | 21 | 0 | 0 | 0 | 4.71 | 98.83 | 0 | 0 | 0 | 98.8344 | WIP |
| AKC | LX-1214 | GREASE HOSE 30" WITH 2 SPRINGS, 1/8" NPT X 7/16-28 UNEF, 10000 PSI 1PK | 54180A | FG | Picking | 1 | LBRCT | CS | 68 | 0 | 0 | 0 | 9.81 | 667.08 | 0 | 0 | 0 | 667.081632 | FG |
| AKC | LX-1214 | GREASE HOSE 30" WITH 2 SPRINGS, 1/8" NPT X 7/16-28 UNEF, 10000 PSI 1PK | 56086I | FG | Floor stock | 1 | LBRCT | CS | 232 | 0 | 0 | 0 | 9.81 | 2,275.93 | 0 | 0 | 0 | 2275.925568 | FG |
| AKC | LX-1215-B | OES GREASE HOSE 60" WITH 2 SPRINGS, 1/8" NPT X 3/8-32 UNEF, 7500 PSI, TP PC | 60602D | PP | Floor stock | 4 | LBRCT | PC | 167 | 0 | 0 | 0 | 2.79 | 465.93 | 0 | 0 | 0 | 465.93 | WIP |
| AKC | LX-1301 | LEVER ACTION 16 GAL. DRUM PUMP WITH 16" DRUM COVER 1PK | 42086G | FG | Floor stock | 1 | LBRCT | CS | 5 | 0 | 0 | 0 | 19.14 | 95.70 | 0 | 0 | 0 | 95.70047 | FG |
| AKC | LX-1302 | GREASE GUN FILLER PUMP FOR 25-50 LB (11.5-23 KG.) PAILS 5PK | SHIP | FG | Shipment | 4 | LBRCT | CS | 2 | 0 | 0 | 0 | 82.15 | 164.30 | 0 | 0 | 0 | 164.304 | FG |
| AKC | LX-1310-B | UNIV. BEARING PACKER, PLASTIC, BEARING SIZE : 1/2" ID/4-1/2" OD PC | 55144C | PP | Picking | 4 | LBRCT | PC | 570 | 0 | 0 | 0 | 2.85 | 1,622.28 | 0 | 0 | 0 | 1622.277 | WIP |
| AKC | LX-1313 | MANUAL / PNEUMATIC, 2-IN-1 FLUID EXTRACTOR, 2.1G (8L) CAPACITY 1PK | AKC ACTIVE DAMAGE | FG | Floor stock | 1 | LBRCT | CS | 1 | 0 | 0 | 0 | 68.98 | 68.98 | 0 | 0 | 0 | 68.981144 | FG |
| AKC | LX-1313 | MANUAL / PNEUMATIC, 2-IN-1 FLUID EXTRACTOR, 2.1G (8L) CAPACITY 1PK | P/A HOLD | FG | Floor stock | 1 | LBRCT | CS | 3 | 0 | 0 | 0 | 68.98 | 206.94 | 0 | 0 | 0 | 206.943432 | FG |
| AKC | LX-1314-B | MANUAL / PNEUMATIC, 2-IN-1 FLUID EXTRACTOR, 2.6G (10L) CAPACITY PC | 47050E | PP | Floor stock | 4 | LBRCT | CS | 16 | 0 | 0 | 0 | 89.05 | 1,424.80 | 0 | 0 | 0 | 1424.8 | WIP |
| AKC | LX-1314-B | MANUAL / PNEUMATIC, 2-IN-1 FLUID EXTRACTOR, 2.6G (10L) CAPACITY PC | 63386E | PP | Floor stock | 4 | LBRCT | CS | 32 | 0 | 0 | 0 | 89.05 | 2,849.60 | 0 | 0 | 0 | 2849.6 | WIP |
| AKC | LX-1314-B | MANUAL / PNEUMATIC, 2-IN-1 FLUID EXTRACTOR, 2.6G (10L) CAPACITY PC | 64350E | PP | Floor stock | 4 | LBRCT | CS | 32 | 0 | 0 | 0 | 89.05 | 2,849.60 | 0 | 0 | 0 | 2849.6 | WIP |
| AKC | LX-1318 | ROTARY BARREL PUMP 4PK | 61104C | FG | Floor stock | 4 | LBRCT | CS | 30 | 0 | 0 | 0 | 80.26 | 2,407.68 | 0 | 0 | 0 | 2407.68 | FG |
| AKC | LX-1318 | ROTARY BARREL PUMP 4PK | 61230C | FG | Floor stock | 4 | LBRCT | CS | 40 | 0 | 0 | 0 | 80.26 | 3,210.24 | 0 | 0 | 0 | 3210.24 | FG |
| AKC | LX-1318 | ROTARY BARREL PUMP 4PK | 65110I | FG | Floor stock | 4 | LBRCT | CS | 23 | 0 | 0 | 0 | 80.26 | 1,845.89 | 0 | 0 | 0 | 1845.888 | FG |
| AKC | LX-1321 | ROTARY BARREL CHEMICAL PUMP, CORROSION RESISTANT 2PK | 60350D | FG | Floor stock | 1 | LBRCT | CS | 1 | 0 | 0 | 0 | 86.95 | 86.95 | 0 | 0 | 0 | 86.950502 | FG |
| AKC | LX-1322-B | PREMIUM, DUAL-DIRECTION BARREL PUMP PC | 27092I | PP | Floor stock | 4 | LBRCT | PC | 48 | 0 | 0 | 0 | 73.62 | 3,532.86 | 0 | 0 | 0 | 3533.856 | WIP |
| AKC | LX-1324 | ROTARY BARREL CHEMICAL PUMP, GENERAL PURPOSE 4PK | 60554I | FG | Floor stock | 1 | LBRCT | CS | 18 | 0 | 0 | 0 | 101.03 | 1,818.54 | 0 | 0 | 0 | 1818.540072 | FG |
| AKC | LX-1324 | ROTARY BARREL CHEMICAL PUMP, GENERAL PURPOSE 4PK | 61360I | FG | Floor stock | 1 | LBRCT | CS | 12 | 0 | 0 | 0 | 101.03 | 1,212.36 | 0 | 0 | 0 | 1212.360048 | FG |
| AKC | LX-1326 | LEVER ACTION CHEMICAL PUMP, GENERAL PURPOSE 4PK | 67204C | FG | Floor stock | 1 | LBRCT | CS | 24 | 0 | 0 | 0 | 50.96 | 1,223.55 | 0 | 0 | 0 | 1223.552938 | FG |
| AKC | LX-1328 | LEVER ACTION CHEMICAL PUMP, CORROSION RESISTANT 4PK | P/A HOLD | FG | Floor stock | 1 | LBRCT | CS | 1 | 0 | 0 | 0 | 83.78 | 83.78 | 0 | 0 | 0 | 83.78429394 | FG |
| AKC | LX-1330-B | LIFT-ACTION, STEEL BARREL PUMP WITH FIXED STEEL SPOUT PC | 57302A | PP | Picking | 4 | LBRCT | PC | 11 | 0 | 0 | 0 | 7.71 | 84.76 | 0 | 0 | 0 | 84.7605 | WIP |
| AKC | LX-1331 | LIFT-ACTION, STAINLESS STEEL, BARREL PUMP WITH FIXED STEEL SPOUT 1PK | SHIP | FG | Shipment | 1 | LBRCT | CS | 2 | 0 | 0 | 0 | 46.70 | 93.40 | 0 | 0 | 0 | 93.395192 | FG |
| AKC | LX-1334 | LIFT-ACTION, NYLON PUMP, FOR 15-55 GALLON DRUMS WITH 2" BUNG 2PK | 56182C | FG | Picking | 1 | LBRCT | CS | 16 | 0 | 0 | 0 | 22.92 | 366.76 | 0 | 0 | 0 | 366.758584 | FG |
| AKC | LX-1336 | PLASTIC BUCKET PUMP WITH FLEX HOSE AND NON-DRIP NOZZLE 6PK | 52302I | FG | Floor stock | 4 | LBRCT | CS | 16 | 0 | 0 | 0 | 48.99 | 783.82 | 0 | 0 | 0 | 783.8208 | FG |
| AKC | LX-1336 | PLASTIC BUCKET PUMP WITH FLEX HOSE AND NON-DRIP NOZZLE 6PK | SHIP | FG | Shipment | 4 | LBRCT | CS | 5 | 0 | 0 | 0 | 48.99 | 244.94 | 0 | 0 | 0 | 244.944 | FG |
| AKC | LX-1338 | GALLON FLUID PUMP 6PK | AKC ACTIVE DAMAGE | FG | Floor stock | 4 | LBRCT | CS | 1 | 0 | 0 | 0 | 19.63 | 19.63 | 0 | 0 | 0 | 19.6344 | FG |
| AKC | LX-1339 | DIAPHRAGM CHEMICAL PUMP, CORROSION RESISTANT 1PK | 55362C | FG | Picking | 1 | LBRCT | CS | 1 | 0 | 0 | 0 | 53.03 | 53.03 | 0 | 0 | 0 | 53.034396 | FG |
| AKC | LX-1339 | DIAPHRAGM CHEMICAL PUMP, CORROSION RESISTANT 1PK | 58530G | FG | Floor stock | 1 | LBRCT | CS | 14 | 0 | 0 | 0 | 53.03 | 742.48 | 0 | 0 | 0 | 742.481544 | FG |
| AKC | LX-1339-B | DIAPHRAGM CHEMICAL PUMP, CORROSION RESISTANT PC | 59374G | PP | Floor stock | 4 | LBRCT | PC | 48 | 0 | 0 | 0 | 50.92 | 2,444.16 | 0 | 0 | 0 | 2444.16 | WIP |
| AKC | LX-1339-B | DIAPHRAGM CHEMICAL PUMP, CORROSION RESISTANT PC | 58182E | PP | Floor stock | 4 | LBRCT | PC | 48 | 0 | 0 | 0 | 50.92 | 2,444.16 | 0 | 0 | 0 | 2444.16 | WIP |
| AKC | LX-1340 | QUART FLUID PUMP 6PK | 43098A | FG | Picking | 4 | LBRCT | CS | 140 | 0 | 0 | 0 | 13.86 | 1,940.40 | 0 | 0 | 0 | 1940.4 | FG |
| AKC | LX-1345 | MULTI-PURPOSE FLUID TRANSFER PUMP AND SIPHON PUMP KIT 12PK | 30142E | FG | Floor stock | 1 | LBRCT | CS | 18 | 0 | 0 | 0 | 67.65 | 1,217.77 | 0 | 0 | 0 | 1217.768676 | FG |
| AKC | LX-1345 | MULTI-PURPOSE FLUID TRANSFER PUMP AND SIPHON PUMP KIT 12PK | 45218G | FG | Floor stock | 1 | LBRCT | CS | 12 | 0 | 0 | 0 | 67.65 | 811.85 | 0 | 0 | 0 | 811.845384 | FG |
| AKC | LX-1346-B | BRAKE FLUID PUMP (BULK) PC | AKC RCV 1 | PP | Floor stock | 4 | LBRCT | PC | 12 | 0 | 0 | 0 | 4.63 | 55.60 | 0 | 0 | 0 | 55.5984 | WIP |
| AKC | LX-1362 | DIAPHRAGM PUMP KIT, AC, 110V~120V, 50/60HZ. 1PK | 57026E | FG | Floor stock | 1 | LBRCT | CS | 12 | 0 | 0 | 0 | 188.83 | 2,265.94 | 0 | 0 | 0 | 2265.941424 | FG |
| AKC | LX-1362 | DIAPHRAGM PUMP KIT, AC, 110V~120V, 50/60HZ. 1PK | 65132K | FG | Floor stock | 1 | LBRCT | CS | 21 | 0 | 0 | 0 | 188.83 | 3,965.40 | 0 | 0 | 0 | 3965.397492 | FG |
| AKC | LX-1362-20 | DIAPHRAGM PUMP KIT, AC, 110V~120V, 50/60HZ., FOR DEF/UREA/ADBLUE, 20 FT. HOSE 1PK | 46420I | FG | Floor stock | 1 | LBRCT | CS | 6 | 0 | 0 | 0 | 199.27 | 1,195.61 | 0 | 0 | 0 | 1195.605552 | FG |
| AKC | LX-1363 | DIESEL TRANSFER PUMP, 12V DC 1PK | 57122A | FG | Picking | 1 | LBRCT | CS | 5 | 0 | 0 | 0 | 32.53 | 162.65 | 0 | 0 | 0 | 162.65447 | FG |
| AKC | LX-1363-B | DIESEL TRANSFER PUMP, 12V DC PC | 37506A | PP | Picking | 4 | LBRCT | PC | 22 | 0 | 0 | 0 | 31.80 | 699.60 | 0 | 0 | 0 | 699.6 | WIP |
| AKC | LX-1364-B | NOZZLE FOR DEF/AD BLUE, UREA, ECONOMY PC | 56348A | PP | Picking | 4 | LBRCT | PC | 28 | 0 | 0 | 0 | 9.05 | 253.34 | 0 | 0 | 0 | 253.344 | WIP |
| AKC | LX-1372-B | STEEL FRAME PC | 52060G | PP | Floor stock | 4 | LBRCT | PC | 18 | 0 | 0 | 0 | 9.70 | 174.58 | 0 | 0 | 0 | 174.582 | WIP |
| AKC | LX-1373-B | NON-DRIP VALVE WITH HOSE ADAPTER (SET), PPS PC | 58150D | PP | Picking | 4 | LBRCT | PC | 180 | 0 | 0 | 0 | 0.95 | 171.00 | 0 | 0 | 0 | 171 | WIP |
| AKC | LX-1375 | DIESEL FUEL TRANSFER PUMP KIT, 8GPM, 12V, DC 1PK | 42156A | FG | Picking | 1 | LBRCT | CS | 20 | 0 | 0 | 0 | 104.68 | 2,093.65 | 0 | 0 | 0 | 2093.64692 | FG |
| AKC | LX-1375 | DIESEL FUEL TRANSFER PUMP KIT, 8GPM, 12V, DC 1PK | 49386E | FG | Floor stock | 1 | LBRCT | CS | 18 | 0 | 0 | 0 | 104.68 | 1,884.28 | 0 | 0 | 0 | 1884.282228 | FG |
| AKC | LX-1377 | HEAVY-DUTY, EXPLOSION PROOF FUEL TRANSFER PUMP KIT, 15GPM, 12V, DC 1PK | 56360A | FG | Picking | 4 | LBRCT | CS | 24 | 0 | 0 | 0 | 229.05 | 5,497.32 | 0 | 0 | 0 | 5497.3152 | FG |
| AKC | LX-1377 | HEAVY-DUTY, EXPLOSION PROOF FUEL TRANSFER PUMP KIT, 15GPM, 12V, DC 1PK | 57146A | FG | Picking | 4 | LBRCT | CS | 24 | 0 | 0 | 0 | 229.05 | 5,497.32 | 0 | 0 | 0 | 5497.3152 | FG |
| AKC | LX-1378 | HEAVY-DUTY, EXPLOSION PROOF, FUEL TRANSFER PUMP, 15GPM, 12V, DC 1PK | 58276A | FG | Picking | 4 | LBRCT | CS | 1 | 0 | 0 | 0 | 119.35 | 119.35 | 0 | 0 | 0 | 119.3454 | FG |
| AKC | LX-1386 | FLUID EXTRACTOR/DISPENSER, 7 OZ. (200ML) CAPACITY 1PK | 53156A | FG | Picking | 1 | LBRCT | CS | 16 | 0 | 0 | 0 | 12.33 | 197.21 | 0 | 0 | 0 | 197.214304 | FG |
| AKC | LX-1387-B | FLUID EXTRACTOR/DISPENSER, 15 OZ. (450ML) CAPACITY PC | 54108M | PP | Floor stock | 4 | LBRCT | PC | 240 | 0 | 0 | 0 | 12.51 | 3,002.52 | 0 | 0 | 0 | 3002.52 | WIP |
| AKC | LX-1388 | FLUID EXTRACTOR/DISPENSER, 34 OZ. (1L) CAPACITY 1PK | P/A HOLD | FG | Floor stock | 1 | LBRCT | CS | 8 | 0 | 0 | 0 | 24.26 | 194.04 | 0 | 0 | 0 | 194.042 | FG |
| AKC | LX-1400-60 | STANDARD GREASE COUPLER, 1/8" NPT, BULK 60PK | 58518C | FG | Picking | 1 | LBRCT | CS | 79 | 0 | 0 | 0 | 32.12 | 2,537.29 | 0 | 0 | 0 | 2537.290674 | FG |
| AKC | LX-1400-PC | PE CAP FOR GREASE COUPLER 10PK | SHIP | FG | Shipment | 1 | LBRCT | CS | 12 | 0 | 0 | 0 | 1.95 | 23.36 | 0 | 0 | 0 | 23.36184 | FG |
| AKC | LX-1402 | HEAVY-DUTY GREASE COUPLER, 1/8" NPT 10PK | 55444C | FG | Picking | 1 | LBRCT | CS | 45 | 0 | 0 | 0 | 15.32 | 689.48 | 0 | 0 | 0 | 689.48496 | FG |
| AKC | LX-1403-XL-BLANK | HEAVY-DUTY QUICK RELEASE GREASE COUPLER, EXTRA-LONG, 1/8" NPT, BLANK LEVER PC | 54182A | FG | Picking | 4 | LBRCT | CS | 115 | 0 | 0 | 0 | 13.70 | 1,575.04 | 0 | 0 | 0 | 1575.04 | FG |
| AKC | LX-1403-XL-BLANK | HEAVY-DUTY QUICK RELEASE GREASE COUPLER, EXTRA-LONG, 1/8" NPT, BLANK LEVER PC | 58072D | FG | Picking | 4 | LBRCT | CS | 152 | 0 | 0 | 0 | 13.70 | 2,081.79 | 0 | 0 | 0 | 2081.792 | FG |
| AKC | LX-1403RF | RFID HEAVY-DUTY QUICK RELEASE GREASE COUPLER 5PK | B/O HOLD | FG | Floor stock | 1 | LBRCT | CS | 8 | 0 | 0 | 0 | 42.74 | 341.90 | 0 | 0 | 0 | 341.899488 | FG |
| AKC | LX-1409 | 5-1/2" PUSH-TYPE ADAPTER 10PK | 60610C | FG | Picking | 1 | LBRCT | CS | 10 | 0 | 0 | 0 | 19.02 | 190.18 | 0 | 0 | 0 | 190.175 | FG |
| AKC | LX-1410 | NEEDLE NOSE ADAPTER 3/4 IN 1/8 IN 10PK | SHIP | FG | Shipment | 1 | LBRCT | CS | 1 | 0 | 0 | 0 | 8.33 | 8.33 | 0 | 0 | 0 | 8.332176 | FG |
| AKC | LX-1412 | 7" NEEDLE NOSE GREASE DISPENSER 10PK | DOOR17 | FG | Floor stock | 1 | LBRCT | CS | 1 | 0 | 0 | 0 | 17.50 | 17.50 | 0 | 0 | 0 | 17.5 | FG |
| AKC | LX-1413 | MAGNETIC GREASE GUN HOLDER 10PK | SHIP | FG | Shipment | 4 | LBRCT | CS | 8 | 0 | 0 | 0 | 29.72 | 237.72 | 0 | 0 | 0 | 237.72 | FG |
| AKC | LX-1414 | NARROW NEEDLE NOSE GREASE 10PK | 51444A | FG | Picking | 1 | LBRCT | CS | 63 | 0 | 0 | 0 | 15.99 | 1,007.63 | 0 | 0 | 0 | 1007.633088 | FG |
| AKC | LX-1414-B | NARROW NEEDLE NOSE GREASE PC | 58354B | PP | Picking | 4 | LBRCT | PC | 84 | 0 | 0 | 0 | 1.03 | 86.50 | 0 | 0 | 0 | 86.5032 | WIP |
| AKC | LX-1420 | FOUR-WAY GREASE FITTING TOOL, SMALL 10PK | 59538C | FG | Picking | 1 | LBRCT | CS | 13 | 0 | 0 | 0 | 34.96 | 454.45 | 0 | 0 | 0 | 454.448615 | FG |
| AKC | LX-1430 | DRIVE GREASE FITTING TOOL, STRAIGHT 10PK | 60434A | FG | Picking | 4 | LBRCT | CS | 135 | 0 | 0 | 0 | 2.14 | 288.69 | 0 | 0 | 0 | 288.6894 | FG |
| AKC | LX-1434-B | EXTENSION ADAPTER, 14" (BULK) PC | RW007A | PP | Floor stock | 4 | LBRCT | PC | 400 | 0 | 0 | 0 | 2.99 | 1,197.82 | 0 | 0 | 0 | 1197.82 | WIP |
| AKC | LX-1452 | BUTTON HEAD COUPLER FOR 7/8" BUTTON HEAD FITTINGS, 1/8 NPT (F) 10PK | 45348C | FG | Picking | 1 | LBRCT | CS | 11 | 0 | 0 | 0 | 42.36 | 465.98 | 0 | 0 | 0 | 465.982836 | FG |
| AKC | LX-1458-B | GREASE FITTING CAPS, RUBBER, 5 PCS/PACK (BULK) PC | RW005A | PP | Floor stock | 4 | LBRCT | PC | 50 | 0 | 0 | 0 | 0.11 | 5.42 | 0 | 0 | 0 | 5.42 | WIP |
| AKC | LX-1458-B | GREASE FITTING CAPS, RUBBER, 5 PCS/PACK (BULK) PC | RWKSTAGE | PP | Floor stock | 4 | LBRCT | PC | 600 | 0 | 0 | 0 | 0.11 | 65.04 | 0 | 0 | 0 | 65.04 | WIP |
| AKC | LX-1470 | LUBRICATION ACCESSORIES, 11-PIECE KIT 12PK | 34125M | FG | Floor stock | 1 | LBRCT | CS | 189 | 0 | 0 | 0 | 21.42 | 4,048.20 | 0 | 0 | 0 | 4048.19856 | FG |
| AKC | LX-1526 | GALVANIZED MEASURE CAN WITH FLEX SPOUT, 2 QT. 6PK | SHIP | FG | Shipment | 4 | LBRCT | CS | 2 | 0 | 0 | 0 | 27.12 | 54.23 | 0 | 0 | 0 | 54.2304 | FG |
| AKC | LX-1528 | GALVANIZED MEASURE CAN WITH FLEX SPOUT, 4 QT. 6PK | 44386G | FG | Floor stock | 4 | LBRCT | CS | 18 | 0 | 0 | 0 | 34.56 | 622.02 | 0 | 0 | 0 | 622.0152 | FG |
| AKC | LX-1536 | FLOW CONTROL MEASURE CAN WITH FLEX SPOUT, 5 QT. 1PK | 51492C | FG | Picking | 1 | LBRCT | CS | 2 | 0 | 0 | 0 | 13.18 | 26.37 | 0 | 0 | 0 | 26.367467 | FG |
| AKC | LX-1608 | PLASTIC FUNNEL, 6 QT./12PT. 6PK | 58586D | FG | Picking | 1 | LBRCT | CS | 1 | 0 | 0 | 0 | 12.83 | 12.83 | 0 | 0 | 0 | 12.829 | FG |
| AKC | LX-1608-B | PLASTIC FUNNEL, 6 QT./12PT. (BULK) PC | 59090A | PP | Picking | 4 | LBRCT | PC | 12 | 0 | 0 | 0 | 1.49 | 17.86 | 0 | 0 | 0 | 17.856 | WIP |
| AKC | LX-1610 | PLASTIC FLEXIBLE POUR SPOUT 24PK | 47218A | FG | Picking | 1 | LBRCT | CS | 100 | 0 | 0 | 0 | 10.90 | 1,090.25 | 0 | 0 | 0 | 1090.2502 | FG |
| AKC | LX-1638-B | TRANSMISSION PAN ADAPTER FOR OIL LIFT DRAIN, 24" DIA. PC | 56192G | PP | Floor stock | 4 | LBRCT | PC | 12 | 0 | 0 | 0 | 16.54 | 198.43 | 0 | 0 | 0 | 198.432 | WIP |
| AKC | LX-1640-B | TIRE AND TUBE TEST TANK PC | RWKSTAGE | PP | Floor stock | 4 | LBRCT | PC | 24 | 0 | 0 | 0 | 32.18 | 772.20 | 0 | 0 | 0 | 772.2 | WIP |
| AKC | LX-1706 | GALVANIZED FUNNEL, OFFSET, WITH SCREEN, 8 QUART 6PK | P/A HOLD | FG | Floor stock | 1 | LBRCT | CS | 46 | 0 | 0 | 0 | 26.09 | 1,200.10 | 0 | 0 | 0 | 1200.097588 | FG |
| AKC | LX-1708 | GALVANIZED FUNNEL WITH SCREEN, 8 QUART 6PK | 51396A | FG | Picking | 1 | LBRCT | CS | 1 | 0 | 0 | 0 | 31.19 | 31.19 | 0 | 0 | 0 | 31.186934 | FG |
| AKC | LX-1708-B | GALVANIZED FUNNEL WITH SCREEN, 8 QUART (BULK) PC | 62528G | PP | Floor stock | 4 | LBRCT | PC | 160 | 0 | 0 | 0 | 4.15 | 664.22 | 0 | 0 | 0 | 664.224 | WIP |
| AKC | LX-1708T | GALVANIZED TRACTOR FUNNEL WITH LOCKING TABS AND SCREEN, 8 QUART 6PK | DOOR17 | FG | Floor stock | 1 | LBRCT | CS | 1 | 0 | 0 | 0 | 32.54 | 32.54 | 0 | 0 | 0 | 32.538018 | FG |
| AKC | LX-1709 | GALVANIZED DRAIN PAN, 3.5 GAL. CAPACITY 12PK | 42024A | FG | Picking | 1 | LBRCT | CS | 6 | 0 | 0 | 0 | 45.08 | 270.50 | 0 | 0 | 0 | 270.504684 | FG |
| AKC | LX-1709 | GALVANIZED DRAIN PAN, 3.5 GAL. CAPACITY 12PK | 49266A | FG | Picking | 1 | LBRCT | CS | 12 | 0 | 0 | 0 | 45.08 | 541.01 | 0 | 0 | 0 | 541.009368 | FG |
| AKC | LX-1710 | GALVANIZED DRAIN PAN, 6 GAL. CAPACITY 4PK | 51062A | FG | Picking | 4 | LBRCT | CS | 2 | 0 | 0 | 0 | 47.97 | 95.94 | 0 | 0 | 0 | 95.9376 | FG |
| AKC | LX-1710 | GALVANIZED DRAIN PAN, 6 GAL. CAPACITY 4PK | 87426G | FG | Floor stock | 4 | LBRCT | CS | 4 | 0 | 0 | 0 | 47.97 | 191.88 | 0 | 0 | 0 | 191.8752 | FG |
| AKC | LX-1712-B | METAL OIL LIFT DRAIN, 5 GAL. CAPACITY (BULK) PC | 51186G | PP | Floor stock | 4 | LBRCT | PC | 18 | 0 | 0 | 0 | 29.55 | 531.98 | 0 | 0 | 0 | 531.981 | WIP |
| AKC | LX-1712-B | METAL OIL LIFT DRAIN, 5 GAL. CAPACITY (BULK) PC | RWKSTAGE | PP | Floor stock | 4 | LBRCT | PC | 4 | 0 | 0 | 0 | 29.55 | 118.22 | 0 | 0 | 0 | 118.218 | WIP |
| AKC | LX-1722-B | 24" BAND DOLLY, FOR 55 GAL. / 400 LB. CONTAINERS (BULK) PC | 43252G | PP | Floor stock | 4 | LBRCT | PC | 20 | 0 | 0 | 0 | 31.76 | 635.10 | 0 | 0 | 0 | 635.1 | WIP |
| AKC | LX-1722-B | 24" BAND DOLLY, FOR 55 GAL. / 400 LB. CONTAINERS (BULK) PC | 59602A | PP | Picking | 4 | LBRCT | PC | 1 | 0 | 0 | 0 | 31.76 | 31.76 | 0 | 0 | 0 | 31.755 | WIP |
| AKC | LX-1726 | PLASTIC DRUM FAUCET, 2" NPT 6PK | P/A HOLD | FG | Floor stock | 1 | LBRCT | CS | 2 | 0 | 0 | 0 | 33.51 | 67.02 | 0 | 0 | 0 | 67.017164 | FG |
| AKC | LX-1727 | SELF-CLOSING, ALLOY BODY DRUM FAUCET, 3/4" NPT 6PK | SHIP | FG | Shipment | 1 | LBRCT | CS | 2 | 0 | 0 | 0 | 34.75 | 69.51 | 0 | 0 | 0 | 69.5078 | FG |
| AKC | LX-1811 | HEAVY-DUTY NYLON STRAP OIL FILTER WRENCH, 3/8" & 1/2" SQ. DRIVE, FITS OIL FILTERS UP TO 9" (230MM) DIA. 10PK | P/A HOLD | FG | Floor stock | 4 | LBRCT | CS | 4 | 0 | 0 | 0 | 54.29 | 217.14 | 0 | 0 | 0 | 217.14 | FG |

LEASE SCHEDULE NO. 026 Page 96 of 152 CARNABY INVENTORY IV, LLC

CONFIDENTIAL ONSET_00032768
FBG_CH1_00091440

DEBTORS' EXHIBIT NO. 175
Page 1215 of 1907
JOINT EXHIBIT NO. 51
Page 1215 of 1907

CONFIDENTIAL

ONSET_00032769
FBG_CH1_00091441

**DEBTORS' EXHIBIT NO. 175**
**Page 1216 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1216 of 1907**

CONFIDENTIAL

ONSET_00032770
FBG_CH1_00091442

DEBTORS' EXHIBIT NO. 175
Page 1217 of 1907

JOINT EXHIBIT NO. 51
Page 1217 of 1907

CONFIDENTIAL

ONSET_00032771
FBG_CH1_00091443

CONFIDENTIAL

ONSET_00032772
FBG_CH1_00091444

DEBTORS' EXHIBIT NO. 175
Page 1219 of 1907

JOINT EXHIBIT NO. 51
Page 1219 of 1907

CONFIDENTIAL

ONSET_00032773
FBG_CH1_00091445

**DEBTORS' EXHIBIT NO. 175**
**Page 1220 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1220 of 1907**

CONFIDENTIAL

ONSET_00032774
FBG_CH1_00091446

**DEBTORS' EXHIBIT NO. 175**
**Page 1221 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1221 of 1907**

CONFIDENTIAL

ONSET_00032775
FBG_CH1_00091447

**DEBTORS' EXHIBIT NO. 175**
**Page 1222 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1222 of 1907**

CONFIDENTIAL

ONSET_00032776
FBG_CH1_00091448

**DEBTORS' EXHIBIT NO. 175**
**Page 1223 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1223 of 1907**

CONFIDENTIAL

ONSET_00032777
FBG_CH1_00091449

**DEBTORS' EXHIBIT NO. 175**
**Page 1224 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1224 of 1907**

CONFIDENTIAL

ONSET_00032778
FBG_CH1_00091450

DEBTORS' EXHIBIT NO. 175
Page 1225 of 1907

JOINT EXHIBIT NO. 51
Page 1225 of 1907

CONFIDENTIAL

ONSET_00032779
FBG_CH1_00091451

**DEBTORS' EXHIBIT NO. 175**
**Page 1226 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1226 of 1907**

CONFIDENTIAL

ONSET_00032780
FBG_CH1_00091452

CONFIDENTIAL

ONSET_00032781
FBG_CH1_00091453

**DEBTORS' EXHIBIT NO. 175**
**Page 1228 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1228 of 1907**

CONFIDENTIAL

ONSET_00032782
FBG_CH1_00091454

DEBTORS' EXHIBIT NO. 175
Page 1229 of 1907
JOINT EXHIBIT NO. 51
Page 1229 of 1907

CONFIDENTIAL

ONSET_00032783
FBG_CH1_00091455

**DEBTORS' EXHIBIT NO. 175**
**Page 1230 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1230 of 1907**

CONFIDENTIAL

ONSET_00032784
FBG_CH1_00091456

DEBTORS' EXHIBIT NO. 175
Page 1231 of 1907

JOINT EXHIBIT NO. 51
Page 1231 of 1907

CONFIDENTIAL

ONSET_00032785
FBG_CH1_00091457

**DEBTORS' EXHIBIT NO. 175**
**Page 1232 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1232 of 1907**

Exhibit A (2)

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AKC | C6424 | SUBMERSIBLE TRAILER LAMP KIT 2PK | 59518E | FG | Floor stock | 4 | TLITE | CS | 36 | 0 | 0 | 0 | 20.19 | 726.90 | 0 | 0 | 0 | 726.8976 | FG |
| AKC | C6424 | SUBMERSIBLE TRAILER LAMP KIT 2PK | 52288C | FG | Floor stock | 4 | TLITE | CS | 36 | 0 | 0 | 0 | 20.19 | 726.90 | 0 | 0 | 0 | 726.8976 | FG |
| AKC | C6424 | SUBMERSIBLE TRAILER LAMP KIT 2PK | 88444I | FG | Floor stock | 4 | TLITE | CS | 72 | 0 | 0 | 0 | 20.19 | 1,453.80 | 0 | 0 | 0 | 1453.7952 | FG |
| AKC | C7280 | LED OVER 80" APPRD LIGHT KIT 2PK | 27116K | FG | Floor stock | 4 | TLITE | CS | 72 | 0 | 0 | 0 | 35.97 | 2,589.52 | 0 | 0 | 0 | 2589.5232 | FG |
| AKC | C7280 | LED OVER 80" APPRD LIGHT KIT 2PK | 27118I | FG | Floor stock | 4 | TLITE | CS | 72 | 0 | 0 | 0 | 35.97 | 2,589.52 | 0 | 0 | 0 | 2589.5232 | FG |
| AKC | C7280 | LED OVER 80" APPRD LIGHT KIT 2PK | 27120I | FG | Floor stock | 4 | TLITE | CS | 72 | 0 | 0 | 0 | 35.97 | 2,589.52 | 0 | 0 | 0 | 2589.5232 | FG |
| AKC | C7280 | LED OVER 80" APPRD LIGHT KIT 2PK | 44504K | FG | Floor stock | 4 | TLITE | CS | 64 | 0 | 0 | 0 | 35.97 | 2,301.80 | 0 | 0 | 0 | 2301.7984 | FG |
| AKC | C7280RF | LED OVER 80" APPRD LIGHT KIT 2PK | P/A HOLD | FG | Floor stock | 4 | TLITE | CS | 1 | 0 | 0 | 0 | 36.17 | 36.17 | 0 | 0 | 0 | 36.173032 | FG |
| AKC | C7288TM | LED LOW PROFILE STT 6PK | 57204C | FG | Picking | 4 | TLITE | CS | 1 | 0 | 0 | 0 | 50.46 | 50.46 | 0 | 0 | 0 | 50.4612 | FG |
| AKC | C7288TM | LED LOW PROFILE STT 6PK | 57470G | FG | Floor stock | 4 | TLITE | CS | 64 | 0 | 0 | 0 | 50.46 | 3,229.52 | 0 | 0 | 0 | 3229.5168 | FG |
| AKC | C7300 | LED TOWING LIGHT KIT 2PK | 33065C | FG | Picking | 4 | TLITE | CS | 75 | 0 | 0 | 0 | 38.61 | 2,895.39 | 0 | 0 | 0 | 2895.39 | FG |
| AKC | C7300 | LED TOWING LIGHT KIT 2PK | OB URG | FG | Floor stock | 4 | TLITE | CS | 2 | 0 | 0 | 0 | 38.61 | 77.21 | 0 | 0 | 0 | 77.2104 | FG |
| AKC | C7301 | LED LIGHT W/3-WAY PLUG LENS AMBER 6PK | 32062E | FG | Floor stock | 4 | TLITE | CS | 84 | 0 | 0 | 0 | 86.46 | 7,262.64 | 0 | 0 | 0 | 7262.64 | FG |
| AKC | C7302 | LED LIGHT W/3-WAY PLUG LENS RED/BLANK 8PK | 60352C | FG | Picking | 4 | TLITE | CS | 8 | 0 | 0 | 0 | 57.49 | 459.89 | 0 | 0 | 0 | 459.888 | FG |
| AKC | C7423 | LED SUBMERSIBLE TRLR LMP KIT 2PK | 31177K | FG | Floor stock | 4 | TLITE | CS | 72 | 0 | 0 | 0 | 29.94 | 2,155.36 | 0 | 0 | 0 | 2155.3632 | FG |
| AKC | C7423 | LED SUBMERSIBLE TRLR LMP KIT 2PK | 32062I | FG | Floor stock | 4 | TLITE | CS | 72 | 0 | 0 | 0 | 29.94 | 2,155.36 | 0 | 0 | 0 | 2155.3632 | FG |
| AKC | C7423 | LED SUBMERSIBLE TRLR LMP KIT 2PK | 32106G | FG | Floor stock | 4 | TLITE | CS | 72 | 0 | 0 | 0 | 29.94 | 2,155.36 | 0 | 0 | 0 | 2155.3632 | FG |
| AKC | C7423 | LED SUBMERSIBLE TRLR LMP KIT 2PK | 35022I | FG | Floor stock | 4 | TLITE | CS | 96 | 0 | 0 | 0 | 29.94 | 2,873.82 | 0 | 0 | 0 | 2873.8176 | FG |
| AKC | C7423 | LED SUBMERSIBLE TRLR LMP KIT 2PK | 35480E | FG | Floor stock | 4 | TLITE | CS | 96 | 0 | 0 | 0 | 29.94 | 2,873.82 | 0 | 0 | 0 | 2873.8176 | FG |
| AKC | C7423 | LED SUBMERSIBLE TRLR LMP KIT 2PK | 39302E | FG | Floor stock | 4 | TLITE | CS | 96 | 0 | 0 | 0 | 29.94 | 2,873.82 | 0 | 0 | 0 | 2873.8176 | FG |
| AKC | C7425RF | LED TRLR LAMP KIT W/BACK UP 2PK | 26114I | FG | Floor stock | 4 | TLITE | CS | 41 | 0 | 0 | 0 | 35.81 | 1,468.15 | 0 | 0 | 0 | 1468.152108 | FG |
| AKC | C7425RF | LED TRLR LAMP KIT W/BACK UP 2PK | 55193G | FG | Floor stock | 4 | TLITE | CS | 72 | 0 | 0 | 0 | 35.81 | 2,578.22 | 0 | 0 | 0 | 2578.218336 | FG |
| AKC | C7425RF | LED TRLR LAMP KIT W/BACK UP 2PK | 44470I | FG | Floor stock | 4 | TLITE | CS | 72 | 0 | 0 | 0 | 35.81 | 2,578.22 | 0 | 0 | 0 | 2578.218336 | FG |
| AKC | C7426RF | RRD LED TRLR LT KIT OVER 80 W/BACKUP 2PK | 21186P | FG | Picking | 4 | TLITE | CS | 1483 | 0 | 0 | 0 | 37.93 | 56,251.36 | 0 | 0 | 0 | 56251.3586 | FG |
| AKC | C7426RF | RRD LED TRLR LT KIT OVER 80 W/BACKUP 2PK | W159 | FG | Picking | 4 | TLITE | CS | 1872 | 0 | 0 | 0 | 37.93 | 71,096.44 | 0 | 0 | 0 | 71096.43514 | FG |
| AKC | C7483RTM | LED RH STT- 2PK | 33118G | FG | Floor stock | 4 | TLITE | CS | 216 | 0 | 0 | 0 | 10.34 | 2,234.48 | 0 | 0 | 0 | 2234.4768 | FG |
| AKC | C7483RTM | LED RH STT- 2PK | SHIP | FG | Shipment | 4 | TLITE | CS | 13 | 0 | 0 | 0 | 10.34 | 134.48 | 0 | 0 | 0 | 134.4824 | FG |
| AKC | C7600K | STT AMBER LIGHT KIT W/HARNESS/SHEATH 1PK | 54446E | FG | Floor stock | 4 | TLITE | CS | 28 | 0 | 0 | 0 | 64.65 | 1,810.16 | 0 | 0 | 0 | 1810.158 | FG |
| AKC | C7600K | STT AMBER LIGHT KIT W/HARNESS/SHEATH 1PK | 54470I | FG | Floor stock | 4 | TLITE | CS | 72 | 0 | 0 | 0 | 64.65 | 4,654.69 | 0 | 0 | 0 | 4654.692 | FG |
| AKC | C7762 | DUAL LED LIGHT W/4-WAY PLUG LENS RED/AMBER/BLANK 5PK | 53494K | FG | Floor stock | 4 | TLITE | CS | 48 | 0 | 0 | 0 | 107.88 | 5,178.17 | 0 | 0 | 0 | 5178.168 | FG |
| AKC | C789RTM | UNIVERSAL LED STT 2PK | 26102K | FG | Floor stock | 4 | TLITE | CS | 12 | 0 | 0 | 0 | 14.41 | 172.95 | 0 | 0 | 0 | 172.9488 | FG |
| AKC | C8020 | BACK UP LIGHT 4PK | SHIP | FG | Shipment | 4 | TLITE | CS | 3 | 0 | 0 | 0 | 29.34 | 88.03 | 0 | 0 | 0 | 88.032 | FG |
| AKC | C80P | POWER 1 LH OVER 80 STT 2PK | 30106A | FG | Picking | 4 | TLITE | CS | 36 | 0 | 0 | 0 | 11.90 | 428.37 | 0 | 0 | 0 | 428.3712 | FG |
| AKC | C80P | POWER 1 LH OVER 80 STT 2PK | 44480K | FG | Floor stock | 4 | TLITE | CS | 180 | 0 | 0 | 0 | 11.90 | 2,141.86 | 0 | 0 | 0 | 2141.856 | FG |
| AKC | C8393PTM | STT LIGHTS - SINGLE DIODE 2PK | 12117 | FG | Picking | 4 | TLITE | CS | 1110 | 0 | 0 | 0 | 20.69 | 22,966.12 | 0 | 0 | 0 | 22966.12 | FG |
| AKC | C8393PTM | STT LIGHTS - SINGLE DIODE 2PK | NE16044 | FG | Floor stock | 4 | TLITE | CS | 504 | 0 | 0 | 0 | 20.69 | 10,428.77 | 0 | 0 | 0 | 10428.768 | FG |
| AKC | C8393PTMRF | STT LIGHTS - SINGLE DIODE 2PK | 64528I | FG | Floor stock | 4 | TLITE | CS | 72 | 0 | 0 | 0 | 20.91 | 1,505.43 | 0 | 0 | 0 | 1505.42784 | FG |
| AKC | C8393PTMRF | STT LIGHTS - SINGLE DIODE 2PK | 65336M | FG | Floor stock | 4 | TLITE | CS | 72 | 0 | 0 | 0 | 20.91 | 1,505.43 | 0 | 0 | 0 | 1505.42784 | FG |
| AKC | C8393PTMRF | STT LIGHTS - SINGLE DIODE 2PK | 55578K | FG | Floor stock | 4 | TLITE | CS | 72 | 0 | 0 | 0 | 20.91 | 1,505.43 | 0 | 0 | 0 | 1505.42784 | FG |
| AKC | C8393PTMRF | STT LIGHTS - SINGLE DIODE 2PK | SHIP | FG | Shipment | 4 | TLITE | CS | 72 | 0 | 0 | 0 | 20.91 | 1,505.43 | 0 | 0 | 0 | 1505.42784 | FG |
| AKC | C83PTM | LH POWER 1 STT 2PK | 30114A | FG | Picking | 4 | TLITE | CS | 98 | 0 | 0 | 0 | 13.24 | 1,297.91 | 0 | 0 | 0 | 1297.912 | FG |
| AKC | C83PTM | LH POWER 1 STT 2PK | 32146G | FG | Floor stock | 4 | TLITE | CS | 120 | 0 | 0 | 0 | 13.24 | 1,589.28 | 0 | 0 | 0 | 1589.28 | FG |
| AKC | C83PTM | LH POWER 1 STT 2PK | SHIP | FG | Shipment | 4 | TLITE | CS | 6 | 0 | 0 | 0 | 13.24 | 79.46 | 0 | 0 | 0 | 79.464 | FG |
| AKC | C90P | LED POWER1 RH OVER 80 STT 2PK | 30085E | FG | Floor stock | 4 | TLITE | CS | 180 | 0 | 0 | 0 | 11.04 | 1,987.49 | 0 | 0 | 0 | 1987.488 | FG |
| AKC | C93PTM | RH POWER 1 STT 2PK | 45038A | FG | Picking | 4 | TLITE | CS | 60 | 0 | 0 | 0 | 11.90 | 714.00 | 0 | 0 | 0 | 714 | FG |
| AKC | CD-40296ASC | CARD FOR 40296ASC | RW042D | PP | Floor stock | 4 | CONSC | PC | 4191 | 0 | 0 | 0 | 0.30 | 1,247.07 | 0 | 0 | 0 | 1247.065578 | WIP |
| AKC | CD-95209AS | OESAUTO SPA CARD FOR 95209AS | RW023D | PP | Floor stock | 4 | CONSC | PC | 2925 | 0 | 0 | 0 | 0.06 | 171.55 | 0 | 0 | 0 | 171.55125 | WIP |
| AKC | CD760-4568 | CARD FOR 760-4568 | RWX BIN 074 | PP | Floor stock | 4 | SGOOD | PC | 4482 | 0 | 0 | 0 | 0.07 | 303.66 | 0 | 0 | 0 | 303.6555 | WIP |
| AKC | CTN WSH24 | CARTON 20 7/16" X 8 1/4" X 5 3/4" | RW917B | PP | Floor stock | 4 | LBRCT | PC | 424 | 0 | 0 | 0 | 0.70 | 296.80 | 0 | 0 | 0 | 296.8 | WIP |
| AKC | CW1531A | 4" LED CLEARANCE LIGHT-AMBER, 2PK | 33113G | FG | Floor stock | 4 | TLITE | CS | 432 | 0 | 0 | 0 | 3.43 | 1,482.71 | 0 | 0 | 0 | 1482.7104 | FG |
| AKC | CW1536A | SEALED LED RUNNG BOARD/AMBER 2PK | 50206I | FG | Floor stock | 4 | TLITE | CS | 993 | 0 | 0 | 0 | 2.59 | 2,575.64 | 0 | 0 | 0 | 2575.6434 | FG |
| AKC | CW1536A | SEALED LED RUNNG BOARD/AMBER 2PK | SHIP | FG | Shipment | 4 | TLITE | CS | 36 | 0 | 0 | 0 | 2.59 | 93.38 | 0 | 0 | 0 | 93.3768 | FG |
| AKC | CW1586R | LED MINI CLEARANCE LIGHT-RED 2PK | 60010C | FG | Picking | 4 | TLITE | CS | 4 | 0 | 0 | 0 | 3.04 | 12.16 | 0 | 0 | 0 | 12.1568 | FG |
| AKC | CW2523ARF | LED CLEARANCE LIGHT 2PK | 28125E | FG | Floor stock | 4 | TLITE | CS | 12 | 0 | 0 | 0 | 3.56 | 42.67 | 0 | 0 | 0 | 42.669888 | FG |
| AKC | CW2523ARF | LED CLEARANCE LIGHT 2PK | 65108E | FG | Floor stock | 4 | TLITE | CS | 960 | 0 | 0 | 0 | 3.56 | 3,413.59 | 0 | 0 | 0 | 3413.59104 | FG |
| AKC | CW3221ARF | LED MINI CLEARANCE LGT-AMBER 2PK | P/A HOLD | FG | Floor stock | 4 | TLITE | CS | 11 | 0 | 0 | 0 | 3.10 | 34.10 | 0 | 0 | 0 | 34.102464 | FG |
| AKC | CW3221R | LED MINI CLEARANCE LGHT-RED 2PK | 42276A | FG | Picking | 4 | TLITE | CS | 255 | 0 | 0 | 0 | 2.87 | 731.24 | 0 | 0 | 0 | 731.235 | FG |
| AKC | CW523A | LED CLEARANCE LIGHT 2PK | 33168G | FG | Floor stock | 4 | TLITE | CS | 576 | 0 | 0 | 0 | 3.40 | 1,960.47 | 0 | 0 | 0 | 1960.4736 | FG |
| AKC | CW523A | LED CLEARANCE LIGHT 2PK | 49284G | FG | Floor stock | 4 | TLITE | CS | 576 | 0 | 0 | 0 | 3.40 | 1,960.47 | 0 | 0 | 0 | 1960.4736 | FG |
| AKC | CW523A | LED CLEARANCE LIGHT 2PK | 53338E | FG | Floor stock | 4 | TLITE | CS | 576 | 0 | 0 | 0 | 3.40 | 1,960.47 | 0 | 0 | 0 | 1960.4736 | FG |
| AKC | CW542RTM | LED 4" ROUND STT 2PK | 41204C | FG | Picking | 4 | TLITE | CS | 58 | 0 | 0 | 0 | 8.98 | 810.50 | 0 | 0 | 0 | 810.504 | FG |
| AKC | CW542RTMRF | LED 4" ROUND STT 2PK | 54456I | FG | Floor stock | 4 | TLITE | CS | 270 | 0 | 0 | 0 | 9.19 | 2,480.07 | 0 | 0 | 0 | 2480.06664 | FG |
| AKC | CWL0004 | SITE/ PORCH LIGHT 3PK | 53606C | FG | Picking | 4 | AUXLG | CS | 25 | 0 | 0 | 0 | 50.64 | 1,266.03 | 0 | 0 | 0 | 1266.03 | FG |
| AKC | CWL0004 | SITE/ PORCH LIGHT 3PK | 65408K | FG | Floor stock | 4 | AUXLG | CS | 96 | 0 | 0 | 0 | 50.64 | 4,861.56 | 0 | 0 | 0 | 4861.5552 | FG |
| AKC | CWL503TWP | LED ROUND WORK LIGHT SET 2PK | 42038K | FG | Floor stock | 4 | AUXLG | CS | 96 | 0 | 0 | 0 | 25.44 | 2,442.24 | 0 | 0 | 0 | 2442.24 | FG |
| AKC | CWL507TW | LED SQUARE WORK LIGHT SET 2PK | 88468C | FG | Floor stock | 4 | AUXLG | CS | 288 | 0 | 0 | 0 | 18.63 | 5,364.40 | 0 | 0 | 0 | 5364.4032 | FG |
| AKC | CWL507TW | LED SQUARE WORK LIGHT SET 2PK | AKC RCV 6 | FG | Floor stock | 4 | AUXLG | CS | 72 | 0 | 0 | 0 | 18.63 | 1,341.10 | 0 | 0 | 0 | 1341.1008 | FG |
| AKC | CWL5098 | LED RECTANG FLOOD LT, BRN 6X, 24PK | 35038A | FG | Picking | 4 | AUXLG | CS | 29 | 0 | 0 | 0 | 271.77 | 7,881.44 | 0 | 0 | 0 | 7881.4431 | FG |
| AKC | CWL511 | LED LIGHT 2" X 2" SPOT 3PK | 44408A | FG | Picking | 4 | AUXLG | CS | 14 | 0 | 0 | 0 | 103.30 | 1,446.14 | 0 | 0 | 0 | 1446.144 | FG |
| AKC | CWL5212K | 23" WIDEVIEW SLIMLINE BAR 2PK | 46168I | FG | Floor stock | 4 | AUXLG | CS | 30 | 0 | 0 | 0 | 55.38 | 1,661.40 | 0 | 0 | 0 | 1661.4 | FG |
| AKC | CWL527 | 21.5" LED FLD WIDE VIEW LT BAR 2 | 37048C | FG | Floor stock | 4 | AUXLG | CS | 24 | 0 | 0 | 0 | 47.67 | 1,144.17 | 0 | 0 | 0 | 1144.1664 | FG |
| AKC | CWL528 | 6.5" WIDE VIEW WORK LIGHT 2PK | 35482K | FG | Floor stock | 4 | AUXLG | CS | 96 | 0 | 0 | 0 | 15.79 | 1,515.72 | 0 | 0 | 0 | 1515.7152 | FG |
| AKC | CWL5363 | OESLED LIGHT BAR 4PK | 60544A | FG | Picking | 4 | AUXLG | CS | 1 | 0 | 0 | 0 | 172.80 | 172.80 | 0 | 0 | 0 | 172.8048 | FG |
| AKC | CWL552D | LED LIGHT BAR 4PK | 58312A | FG | Floor stock | 4 | AUXLG | CS | 7 | 0 | 0 | 0 | 415.90 | 2,911.27 | 0 | 0 | 0 | 2911.26528 | FG |
| AKC | CWL5523 | LED LIGHT BAR 4PK | 64530A | FG | Floor stock | 4 | AUXLG | CS | 28 | 0 | 0 | 0 | 225.06 | 6,301.57 | 0 | 0 | 0 | 6301.57248 | FG |
| AKC | CWL623079 | OES LED FLOOD LT & REMOTE (1 | 45254I | FG | Floor stock | 4 | AUXLG | CS | 85 | 0 | 0 | 0 | 34.61 | 2,942.26 | 0 | 0 | 0 | 2942.258 | FG |
| AKC | CWL623079 | OES LED FLOOD LT & REMOTE (1 | 45290G | FG | Floor stock | 4 | AUXLG | CS | 85 | 0 | 0 | 0 | 34.61 | 2,942.26 | 0 | 0 | 0 | 2942.258 | FG |
| AKC | D12-222-E | 40"TELE EMERG SHOVEL W/DSPLY 12PK | 55506C | FG | Picking | 4 | CONWC | CS | 3 | 0 | 0 | 0 | 66.94 | 200.83 | 0 | 0 | 0 | 200.808318 | FG |
| AKC | D24-386PKUS | 31"S/BRSH-"PINK SNOW TOOLS" 24PK | 64372M | FG | Floor stock | 4 | CONWC | CS | 24 | 0 | 0 | 0 | 53.35 | 1,280.37 | 0 | 0 | 0 | 1280.368389 | FG |
| AKC | D24-386PKUS | 31"S/BRSH-"PINK SNOW TOOLS" 24PK | 65374M | FG | Floor stock | 4 | CONWC | CS | 24 | 0 | 0 | 0 | 53.35 | 1,280.37 | 0 | 0 | 0 | 1280.368389 | FG |
| AKC | DS58-2BPKUS | BROOM & 31" BRUSH DSPLY-PINK | 35363A | FG | Picking | 4 | CONWC | CS | 2 | 0 | 0 | 0 | 157.53 | 315.06 | 0 | 0 | 0 | 315.0604507 | FG |
| AKC | DS58-3BHPKUS | BRM&ASSORTED BRUSH DSPLY-PINK | 59490G | FG | Floor stock | 4 | CONWC | CS | 4 | 0 | 0 | 0 | 145.13 | 580.52 | 0 | 0 | 0 | 580.515947 | FG |
| AKC | DS58-3BHPKUS | BRM&ASSORTED BRUSH DSPLY-PINK | 56290G | FG | Floor stock | 4 | CONWC | CS | 8 | 0 | 0 | 0 | 145.13 | 1,161.03 | 0 | 0 | 0 | 1161.031894 | FG |
| AKC | DS58-3BHPKUS | BRM&ASSORTED BRUSH DSPLY-PINK | 68266K | FG | Floor stock | 4 | CONWC | CS | 8 | 0 | 0 | 0 | 145.13 | 1,161.03 | 0 | 0 | 0 | 1161.031894 | FG |
| AKC | F24-523 | 24"SLIMLINE 24S/BRSH W/FLR STD 24PK | 45506E | FG | Floor stock | 4 | CONWC | CS | 20 | 0 | 0 | 0 | 34.27 | 685.34 | 0 | 0 | 0 | 685.3387552 | FG |
| AKC | FEK40002 | FRAM COMPACT INFLATOR LI RECHARG 20PK | RWKSTAGE | FG | Floor stock | 4 | VEHAC | CS | 7 | 0 | 0 | 0 | 412.73 | 2,889.11 | 0 | 0 | 0 | 2889.11 | FG |
| AKC | HEADERAZ | AZ WINTER RACK HDR 50PK | 59604C | FG | Picking | 4 | CONWC | CS | 0.18 | 0 | 0 | 0 | 418.04 | 75.25 | 0 | 0 | 0 | 75.24734922 | FG |
| AKC | LB760-4564 | LABEL FOR 760-4564 | RW015A | PP | Floor stock | 4 | CONSC | PC | 5000 | 0 | 0 | 0 | 0.04 | 203.25 | 0 | 0 | 0 | 203.25 | WIP |
| AKC | LT333A | LED CLEARANCE LIGHT - AMBER 2PK | 59440B | FG | Picking | 4 | TLITE | CS | 144 | 0 | 0 | 0 | 3.95 | 568.53 | 0 | 0 | 0 | 568.52928 | FG |
| AKC | LT543 | OESLED SUBMERSIBLE TRLR LMP KIT 12PK | 41348I | FG | Floor stock | 4 | TLITE | CS | 19 | 0 | 0 | 0 | 210.67 | 4,002.77 | 0 | 0 | 0 | 4002.768 | FG |
| AKC | LT543 | OESLED SUBMERSIBLE TRLR LMP KIT 12PK | 41360E | FG | Floor stock | 4 | TLITE | CS | 14 | 0 | 0 | 0 | 210.67 | 2,949.41 | 0 | 0 | 0 | 2949.408 | FG |
| AKC | LX-1100 | GREASE GUN, UTILITY 12PK | 36148E | FG | Floor stock | 4 | LBRCT | CS | 16 | 0 | 0 | 0 | 67.72 | 1,083.46 | 0 | 0 | 0 | 1083.456 | FG |
| AKC | LX-1100 | GREASE GUN, UTILITY 12PK | 36494K | FG | Floor stock | 4 | LBRCT | CS | 16 | 0 | 0 | 0 | 67.72 | 1,083.46 | 0 | 0 | 0 | 1083.456 | FG |
| AKC | LX-1112 | HEAVY DUTY, STANDARD GREASE GUN 12PK | 28159K | FG | Floor stock | 4 | LBRCT | CS | 20 | 0 | 0 | 0 | 71.87 | 1,437.48 | 0 | 0 | 0 | 1437.48 | FG |
| AKC | LX-1112 | HEAVY DUTY, STANDARD GREASE GUN 12PK | 32186K | FG | Floor stock | 4 | LBRCT | CS | 20 | 0 | 0 | 0 | 71.87 | 1,437.48 | 0 | 0 | 0 | 1437.48 | FG |
| AKC | LX-1112 | HEAVY DUTY, STANDARD GREASE GUN 12PK | 34184E | FG | Floor stock | 4 | LBRCT | CS | 16 | 0 | 0 | 0 | 71.87 | 1,149.98 | 0 | 0 | 0 | 1149.984 | FG |
| AKC | LX-1112 | HEAVY DUTY, STANDARD GREASE GUN 12PK | 37480K | FG | Floor stock | 4 | LBRCT | CS | 20 | 0 | 0 | 0 | 71.87 | 1,437.48 | 0 | 0 | 0 | 1437.48 | FG |
| AKC | LX-1112 | HEAVY DUTY, STANDARD GREASE GUN 12PK | 42146G | FG | Floor stock | 4 | LBRCT | CS | 20 | 0 | 0 | 0 | 71.87 | 1,437.48 | 0 | 0 | 0 | 1437.48 | FG |
| AKC | LX-1112 | HEAVY DUTY, STANDARD GREASE GUN 12PK | 42516I | FG | Floor stock | 4 | LBRCT | CS | 25 | 0 | 0 | 0 | 71.87 | 1,796.85 | 0 | 0 | 0 | 1796.85 | FG |
| AKC | LX-1112 | HEAVY DUTY, STANDARD GREASE GUN 12PK | 46604E | FG | Floor stock | 4 | LBRCT | CS | 16 | 0 | 0 | 0 | 71.87 | 1,149.98 | 0 | 0 | 0 | 1149.984 | FG |
| AKC | LX-1112 | HEAVY DUTY, STANDARD GREASE GUN 12PK | 54338G | FG | Floor stock | 4 | LBRCT | CS | 25 | 0 | 0 | 0 | 71.87 | 1,796.85 | 0 | 0 | 0 | 1796.85 | FG |
| AKC | LX-1112 | HEAVY DUTY, STANDARD GREASE GUN 12PK | 54408G | FG | Floor stock | 4 | LBRCT | CS | 25 | 0 | 0 | 0 | 71.87 | 1,796.85 | 0 | 0 | 0 | 1796.85 | FG |
| AKC | LX-1112 | HEAVY DUTY, STANDARD GREASE GUN 12PK | 54444M | FG | Floor stock | 4 | LBRCT | CS | 25 | 0 | 0 | 0 | 71.87 | 1,796.85 | 0 | 0 | 0 | 1796.85 | FG |
| AKC | LX-1112 | HEAVY DUTY, STANDARD GREASE GUN 12PK | 55218E | FG | Floor stock | 4 | LBRCT | CS | 16 | 0 | 0 | 0 | 71.87 | 1,149.98 | 0 | 0 | 0 | 1149.984 | FG |
| AKC | LX-1112 | HEAVY DUTY, STANDARD GREASE GUN 12PK | 55446K | FG | Floor stock | 4 | LBRCT | CS | 25 | 0 | 0 | 0 | 71.87 | 1,796.85 | 0 | 0 | 0 | 1796.85 | FG |
| AKC | LX-1112 | HEAVY DUTY, STANDARD GREASE GUN 12PK | 55456M | FG | Floor stock | 4 | LBRCT | CS | 25 | 0 | 0 | 0 | 71.87 | 1,796.85 | 0 | 0 | 0 | 1796.85 | FG |
| AKC | LX-1123 | HEAVY DUTY, DELUXE GREASE GUN WITH 18" FLEX HOSE & COUPLER 12PK | 44108G | FG | Floor stock | 4 | LBRCT | CS | 25 | 0 | 0 | 0 | 90.78 | 2,269.62 | 0 | 0 | 0 | 2269.62 | FG |
| AKC | LX-1123 | HEAVY DUTY, DELUXE GREASE GUN WITH 18" FLEX HOSE & COUPLER 12PK | 53288G | FG | Floor stock | 4 | LBRCT | CS | 16 | 0 | 0 | 0 | 90.78 | 1,452.56 | 0 | 0 | 0 | 1452.5568 | FG |
| AKC | LX-1123 | HEAVY DUTY, DELUXE GREASE GUN WITH 18" FLEX HOSE & COUPLER 12PK | P/A HOLD | FG | Floor stock | 4 | LBRCT | CS | 3 | 0 | 0 | 0 | 90.78 | 272.35 | 0 | 0 | 0 | 272.3544 | FG |
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | 28137K | FG | Floor stock | 4 | LBRCT | CS | 16 | 0 | 0 | 0 | 90.40 | 1,446.34 | 0 | 0 | 0 | 1446.336 | FG |
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | 31133G | FG | Floor stock | 4 | LBRCT | CS | 20 | 0 | 0 | 0 | 90.40 | 1,807.92 | 0 | 0 | 0 | 1807.92 | FG |
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | 32080C | FG | Floor stock | 4 | LBRCT | CS | 16 | 0 | 0 | 0 | 90.40 | 1,446.34 | 0 | 0 | 0 | 1446.336 | FG |
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | 32081I | FG | Floor stock | 4 | LBRCT | CS | 16 | 0 | 0 | 0 | 90.40 | 1,446.34 | 0 | 0 | 0 | 1446.336 | FG |
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | 33085I | FG | Floor stock | 4 | LBRCT | CS | 25 | 0 | 0 | 0 | 90.40 | 2,259.90 | 0 | 0 | 0 | 2259.9 | FG |
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | 34079E | FG | Floor stock | 4 | LBRCT | CS | 20 | 0 | 0 | 0 | 90.40 | 1,807.92 | 0 | 0 | 0 | 1807.92 | FG |
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | 38266G | FG | Floor stock | 4 | LBRCT | CS | 20 | 0 | 0 | 0 | 90.40 | 1,807.92 | 0 | 0 | 0 | 1807.92 | FG |
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | 39132G | FG | Floor stock | 4 | LBRCT | CS | 16 | 0 | 0 | 0 | 90.40 | 1,446.34 | 0 | 0 | 0 | 1446.336 | FG |
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | 44050G | FG | Floor stock | 4 | LBRCT | CS | 25 | 0 | 0 | 0 | 90.40 | 2,259.90 | 0 | 0 | 0 | 2259.9 | FG |
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | 53372C | FG | Picking | 4 | LBRCT | CS | 4 | 0 | 0 | 0 | 90.40 | 361.58 | 0 | 0 | 0 | 361.584 | FG |
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | DOOR17 | FG | Floor stock | 4 | LBRCT | CS | 1 | 0 | 0 | 0 | 90.40 | 90.40 | 0 | 0 | 0 | 90.396 | FG |
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | NE15155 | FG | Floor stock | 4 | LBRCT | CS | 264 | 0 | 0 | 0 | 90.40 | 23,864.54 | 0 | 0 | 0 | 23864.544 | FG |
| AKC | LX-1152 | HEAVY-DUTY, DELUXE PISTOL GREASE GUN WITH 18" FLEX HOSE 12PK | NE17064 | FG | Floor stock | 4 | LBRCT | CS | 253 | 0 | 0 | 0 | 90.40 | 22,870.19 | 0 | 0 | 0 | 22870.188 | FG |
| AKC | LX-1152PHRF | RRD DELUXE PISTOL GREASE GUN 3PK | RWXLANE01 | FG | Floor stock | 1 | LBRCT | CS | 42 | 0 | 0 | 0 | 24.72 | 1,038.06 | 0 | 0 | 0 | 1038.062928 | FG |
| AKC | LX-1153 | PREMIUM, HEAVY-DUTY, DUAL-LEVERAGE PISTOL GREASE GUN 12PK | 34189A | FG | Picking | 4 | LBRCT | CS | 6 | 0 | 0 | 0 | 141.96 | 851.73 | 0 | 0 | 0 | 851.7312 | FG |
| AKC | LX-1153 | PREMIUM, HEAVY-DUTY, DUAL-LEVERAGE PISTOL GREASE GUN 12PK | 84248K | FG | Floor stock | 4 | LBRCT | CS | 40 | 0 | 0 | 0 | 141.96 | 5,678.21 | 0 | 0 | 0 | 5678.208 | FG |
| AKC | LX-1153 | PREMIUM, HEAVY-DUTY, DUAL-LEVERAGE PISTOL GREASE GUN 12PK | NE17052 | FG | Floor stock | 4 | LBRCT | CS | 102 | 0 | 0 | 0 | 141.96 | 14,479.43 | 0 | 0 | 0 | 14479.4304 | FG |
| AKC | LX-1172 | MINI-PISTOL GRIP GREASE GUN WITH 3 OZ. CARTRIDGE 10PK | 52085E | FG | Floor stock | 4 | LBRCT | CS | 6 | 0 | 0 | 0 | 44.72 | 268.29 | 0 | 0 | 0 | 268.29 | FG |
| AKC | LX-1174 | PUSH-TYPE GREASE GUN, 3 OZ. 10PK | B/O HOLD | PP | Floor stock | 4 | LBRCT | CS | 3 | 0 | 0 | 0 | 27.85 | 83.54 | 0 | 0 | 0 | 83.538 | WIP |
| AKC | LX-1175 | HANDYLUBER, 12V CORDLESS GREASE GUN WITH SINGLE BATTERY, 7000 PSI 3PK | 67542C | FG | Floor stock | 4 | LBRCT | CS | 25 | 0 | 0 | 0 | 206.64 | 5,166.05 | 0 | 0 | 0 | 5166.045 | FG |
| AKC | LX-1175 | HANDYLUBER, 12V CORDLESS GREASE GUN WITH SINGLE BATTERY, 7000 PSI 3PK | 68470E | FG | Floor stock | 4 | LBRCT | CS | 28 | 0 | 0 | 0 | 206.64 | 5,785.97 | 0 | 0 | 0 | 5785.9704 | FG |
| AKC | LX-1175 | HANDYLUBER, 12V CORDLESS GREASE GUN WITH SINGLE BATTERY, 7000 PSI 3PK | NE15591 | FG | Floor stock | 4 | LBRCT | CS | 98 | 0 | 0 | 0 | 206.64 | 20,250.90 | 0 | 0 | 0 | 20250.8964 | FG |
| AKC | LX-1185 | SUCTION GUN, 18 OZ. WITH 12" VINYL HOSE 12PK | 54516A | FG | Picking | 4 | LBRCT | CS | 15 | 0 | 0 | 0 | 51.13 | 766.91 | 0 | 0 | 0 | 766.908 | FG |
| AKC | LX-1186 | BRACKET GREASE GUN HEAVY DUTY WALL OR TRUCK MOUNTED 10PK | 47132G | FG | Floor stock | 4 | LBRCT | CS | 75 | 0 | 0 | 0 | 26.88 | 2,015.78 | 0 | 0 | 0 | 2015.775 | FG |
| AKC | LX-1188 | BRACKET SHOVEL WALL OR TRUCK MOUNTED 10PK | 49120C | FG | Picking | 4 | LBRCT | CS | 47 | 0 | 0 | 0 | 26.88 | 1,263.22 | 0 | 0 | 0 | 1263.219 | FG |
| AKC | LX-1201 | GREASE HOSE, 12", 1/8" NPT, 4500 PSI, THERMOPLASTIC 10PK | 38048C | FG | Picking | 1 | LBRCT | CS | 89 | 0 | 0 | 0 | 19.90 | 1,771.24 | 0 | 0 | 0 | 1771.239018 | FG |
| AKC | LX-1203 | GREASE HOSE, 18", 1/8" NPT, 4500 PSI, THERMOPLASTIC 10PK | 44504C | FG | Picking | 1 | LBRCT | CS | 14 | 0 | 0 | 0 | 23.37 | 327.15 | 0 | 0 | 0 | 327.152476 | FG |
| AKC | LX-1203-BC | GREASE HOSE, 18", 1/8" NPT, 4500 PSI, THERMOPLASTIC, NON-HEXAVALENT(BULK) PC | RWKSTAGE | PP | Floor stock | 4 | LBRCT | CS | 9 | 0 | 0 | 0 | 1.65 | 14.88 | 0 | 0 | 0 | 14.8824 | WIP |
| AKC | LX-1205-B | GREASE HOSE, 12", SPRING, 1/8" NPT, 4500 PSI, THERMOPLASTIC (BULK) PC | RW001A | PP | Floor stock | 4 | LBRCT | PC | 3 | 0 | 0 | 0 | 1.44 | 4.31 | 0 | 0 | 0 | 4.3056 | WIP |
| AKC | LX-1208-G | GREASE HOSE 36" 1/8" NPT 4500 PSI (THERMOPLASTIC) 10PK | 43246C | FG | Picking | 1 | LBRCT | CS | 21 | 0 | 0 | 0 | 52.88 | 1,110.41 | 0 | 0 | 0 | 1110.407928 | FG |
| AKC | LX-1211-B | GREASE HOSE 18" WITH 2 SPRINGS, 1/8" NPT X 3/8-32 UNEF, 7500 PSI, TP (BULK) PC | RWKSTAGE | PP | Floor stock | 4 | LBRCT | PC | 9 | 0 | 0 | 0 | 3.72 | 33.49 | 0 | 0 | 0 | 33.4854 | WIP |
| AKC | LX-1212-B | GREASE HOSE 30" WITH 2 SPRINGS, 1/8" NPT X 3/8-32 UNEF, 7500 PSI (BULK) PC | RWKSTAGE | PP | Floor stock | 4 | LBRCT | CS | 43 | 0 | 0 | 0 | 4.71 | 202.38 | 0 | 0 | 0 | 202.3752 | WIP |
| AKC | LX-1305 | FILLER SOCKET FOR GREASE GUN FILLER PUMP 10PK | 55070C | FG | Picking | 1 | LBRCT | CS | 5 | 0 | 0 | 0 | 10.27 | 51.36 | 0 | 0 | 0 | 51.355 | FG |
| AKC | LX-1305-B | FILLER SOCKET FOR GREASE GUN FILLER PUMP (BULK) PC | RW507A | PP | Floor stock | 4 | LBRCT | PC | 30 | 0 | 0 | 0 | 0.71 | 21.30 | 0 | 0 | 0 | 21.3 | WIP |
| AKC | LX-1310-B | UNIV. BEARING PACKER, PLASTIC, BEARING SIZE: 1/2" ID/4-1/2" OD PC | RWKSTAGE | PP | Floor stock | 4 | LBRCT | PC | 1 | 0 | 0 | 0 | 2.85 | 2.85 | 0 | 0 | 0 | 2.8461 | WIP |
| AKC | LX-1311 | MANUAL FLUID EXTRACTOR, 1.6G (6L) CAPACITY 1PK | 55002G | FG | Floor stock | 1 | LBRCT | CS | 35 | 0 | 0 | 0 | 42.20 | 1,477.01 | 0 | 0 | 0 | 1477.00833 | FG |
| AKC | LX-1311 | MANUAL FLUID EXTRACTOR, 1.6G (6L) CAPACITY 1PK | 60254E | FG | Floor stock | 1 | LBRCT | CS | 17 | 0 | 0 | 0 | 42.20 | 717.40 | 0 | 0 | 0 | 717.404046 | FG |
| AKC | LX-1311-B | MANUAL FLUID EXTRACTOR, 1.6G (6L) CAPACITY PC | AKC ACTIVE DAMAGE | PP | Floor stock | 4 | LBRCT | PC | 3 | 0 | 0 | 0 | 39.59 | 118.78 | 0 | 0 | 0 | 118.779 | WIP |
| AKC | LX-1314 | MANUAL / PNEUMATIC, 2-IN-1 FLUID EXTRACTOR, 2.6G (10L) CAPACITY 1PK | NE16049 | FG | Floor stock | 1 | LBRCT | CS | 266 | 0 | 0 | 0 | 91.72 | 24,397.72 | 0 | 0 | 0 | 24397.72003 | FG |
| AKC | LX-1314-B | MANUAL / PNEUMATIC, 2-IN-1 FLUID EXTRACTOR, 2.6G (10L) CAPACITY PC | 27150I | PP | Floor stock | 4 | LBRCT | CS | 16 | 0 | 0 | 0 | 89.05 | 1,424.80 | 0 | 0 | 0 | 1424.8 | WIP |
| AKC | LX-1316 | HEAVY DUTY, LEVER ACTION BARREL PUMP 6PK | 34186E | FG | Floor stock | 4 | LBRCT | CS | 35 | 0 | 0 | 0 | 63.95 | 2,238.39 | 0 | 0 | 0 | 2238.39 | FG |
| AKC | LX-1316 | HEAVY DUTY, LEVER ACTION BARREL PUMP 6PK | 55110K | FG | Floor stock | 4 | LBRCT | CS | 40 | 0 | 0 | 0 | 63.95 | 2,558.16 | 0 | 0 | 0 | 2558.16 | FG |
| AKC | LX-1316 | HEAVY DUTY, LEVER ACTION BARREL PUMP 6PK | 65158K | FG | Floor stock | 4 | LBRCT | CS | 20 | 0 | 0 | 0 | 63.95 | 1,279.08 | 0 | 0 | 0 | 1279.08 | FG |

LEASE SCHEDULE NO. 026 Page 111 of 152 CARNABY INVENTORY IV, LLC

CONFIDENTIAL ONSET_00032786

FBG_CH1_00091458

DEBTORS' EXHIBIT NO. 175
Page 1233 of 1907

JOINT EXHIBIT NO. 51
Page 1233 of 1907

CONFIDENTIAL

ONSET_00032787
FBG_CH1_00091459

DEBTORS' EXHIBIT NO. 175
Page 1234 of 1907
JOINT EXHIBIT NO. 51
Page 1234 of 1907

CONFIDENTIAL

ONSET_00032788
FBG_CH1_00091460

**DEBTORS' EXHIBIT NO. 175**
**Page 1235 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1235 of 1907**

CONFIDENTIAL

ONSET_00032789
FBG_CH1_00091461

**DEBTORS' EXHIBIT NO. 175**
**Page 1236 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1236 of 1907**

CONFIDENTIAL

ONSET_00032790
FBG_CH1_00091462

DEBTORS' EXHIBIT NO. 175
Page 1237 of 1907

JOINT EXHIBIT NO. 51
Page 1237 of 1907

CONFIDENTIAL

ONSET_00032791
FBG_CH1_00091463

DEBTORS' EXHIBIT NO. 175
Page 1238 of 1907

JOINT EXHIBIT NO. 51
Page 1238 of 1907

CONFIDENTIAL

ONSET_00032792
FBG_CH1_00091464

**DEBTORS' EXHIBIT NO. 175**
**Page 1239 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1239 of 1907**

CONFIDENTIAL

ONSET_00032793
FBG_CH1_00091465

DEBTORS' EXHIBIT NO. 175
Page 1240 of 1907

JOINT EXHIBIT NO. 51
Page 1240 of 1907

CONFIDENTIAL

ONSET_00032794
FBG_CH1_00091466

**DEBTORS' EXHIBIT NO. 175**
**Page 1241 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1241 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032795
FBG_CH1_00091467

DEBTORS' EXHIBIT NO. 175
Page 1242 of 1907

JOINT EXHIBIT NO. 51
Page 1242 of 1907

Exhibit A (2)

USAB SCHEDULE ENO 505

CARNABY INVENTORY IV, LLC

CONFIDENTIAL

ONSET_00032796
FBG_CH1_00091468

**DEBTORS' EXHIBIT NO. 175**
**Page 1243 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1243 of 1907**

CONFIDENTIAL

ONSET_00032797
FBG_CH1_00091469

DEBTORS' EXHIBIT NO. 175
Page 1244 of 1907

JOINT EXHIBIT NO. 51
Page 1244 of 1907

CONFIDENTIAL

ONSET_00032798
FBG_CH1_00091470

DEBTORS' EXHIBIT NO. 175
Page 1245 of 1907

JOINT EXHIBIT NO. 51
Page 1245 of 1907

Exhibit A (2)

CONFIDENTIAL

ONSET_00032799
FBG_CH1_00091471

**DEBTORS' EXHIBIT NO. 175**
**Page 1246 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1246 of 1907**

CONFIDENTIAL

ONSET_00032800
FBG_CH1_00091472

**DEBTORS' EXHIBIT NO. 175**
**Page 1247 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1247 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032801
FBG_CH1_00091473

**DEBTORS' EXHIBIT NO. 175**
**Page 1248 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1248 of 1907**

CONFIDENTIAL

ONSET_00032802
FBG_CH1_00091474

DEBTORS' EXHIBIT NO. 175
Page 1249 of 1907

JOINT EXHIBIT NO. 51
Page 1249 of 1907

CONFIDENTIAL

ONSET_00032803
FBG_CH1_00091475

**DEBTORS' EXHIBIT NO. 175**
**Page 1250 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1250 of 1907**

CONFIDENTIAL

ONSET_00032804
FBG_CH1_00091476

DEBTORS' EXHIBIT NO. 175
Page 1251 of 1907
JOINT EXHIBIT NO. 51
Page 1251 of 1907

Exhibit A (2)

LEASE SCHEDULE EXH. 606

CARNABY INVENTORY IV, LLC

CONFIDENTIAL

ONSET_00032805
FBG_CH1_00091477

DEBTORS' EXHIBIT NO. 175
Page 1252 of 1907

JOINT EXHIBIT NO. 51
Page 1252 of 1907

Exhibit A (2)

CONFIDENTIAL

ONSET_00032806
FBG_CH1_00091478

**DEBTORS' EXHIBIT NO. 175**
**Page 1253 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1253 of 1907**

CONFIDENTIAL

ONSET_00032807
FBG_CH1_00091479

**DEBTORS' EXHIBIT NO. 175**
**Page 1254 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1254 of 1907**

[Dense tabular inventory data — illegible at this resolution]

CONFIDENTIAL

ONSET_00032808
FBG_CH1_00091480

**DEBTORS' EXHIBIT NO. 175**
**Page 1255 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1255 of 1907**

LEASE SCHEDULE ENO  696

CARNABY INVENTORY IV, LLC

CONFIDENTIAL

ONSET_00032809
FBG_CH1_00091481

DEBTORS' EXHIBIT NO. 175
Page 1256 of 1907

JOINT EXHIBIT NO. 51
Page 1256 of 1907

CONFIDENTIAL

ONSET_00032810
FBG_CH1_00091482

**DEBTORS' EXHIBIT NO. 175**
**Page 1257 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1257 of 1907**

CONFIDENTIAL

ONSET_00032811
FBG_CH1_00091483

USANA SCHEDULE END 696

CARNABY INVENTORY IV, LLC

**DEBTORS' EXHIBIT NO. 175**
**Page 1258 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1258 of 1907**

CONFIDENTIAL

ONSET_00032812
FBG_CH1_00091484

**DEBTORS' EXHIBIT NO. 175**
**Page 1259 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1259 of 1907**

CONFIDENTIAL

ONSET_00032813
FBG_CH1_00091485

**DEBTORS' EXHIBIT NO. 175**
**Page 1260 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1260 of 1907**

CONFIDENTIAL

ONSET_00032814
FBG_CH1_00091486

USERS SCHEDULE END  696

CARNABY INVENTORY IV, LLC

**DEBTORS' EXHIBIT NO. 175**
**Page 1261 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1261 of 1907**

CONFIDENTIAL

ONSET_00032815
FBG_CH1_00091487

**DEBTORS' EXHIBIT NO. 175**
**Page 1262 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1262 of 1907**

CONFIDENTIAL

ONSET_00032816
FBG_CH1_00091488

DEBTORS' EXHIBIT NO. 175
Page 1263 of 1907

JOINT EXHIBIT NO. 51
Page 1263 of 1907

Exhibit A (2)

CONFIDENTIAL

ONSET_00032817
FBG_CH1_00091489

DEBTORS' EXHIBIT NO. 175
Page 1264 of 1907
JOINT EXHIBIT NO. 51
Page 1264 of 1907

Exhibit A (2)

CONFIDENTIAL

ONSET_00032818
FBG_CH1_00091490

DEBTORS' EXHIBIT NO. 175
Page 1265 of 1907
JOINT EXHIBIT NO. 51
Page 1265 of 1907

CONFIDENTIAL

ONSET_00032819
FBG_CH1_00091491

DEBTORS' EXHIBIT NO. 175
Page 1266 of 1907

JOINT EXHIBIT NO. 51
Page 1266 of 1907

Exhibit A (2)

CONFIDENTIAL

ONSET_00032820
FBG_CH1_00091492

CONFIDENTIAL

ONSET_00032821
FBG_CH1_00091493

**DEBTORS' EXHIBIT NO. 175**
**Page 1268 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1268 of 1907**

CONFIDENTIAL

ONSET_00032822
FBG_CH1_00091494

**DEBTORS' EXHIBIT NO. 175**
**Page 1269 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1269 of 1907**

CONFIDENTIAL

ONSET_00032823
FBG_CH1_00091495

**DEBTORS' EXHIBIT NO. 175**
**Page 1270 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1270 of 1907**

Exhibit A (2)

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AKC | C7302 | LED LIGHT W/3-WAY PLUG LENS RED/BLANK 8PK | 45080I | FG | Floor stock | 4 | TLITE | CS | 84 | 0 | 0 | 0 | 57.49 | 4,528.82 | 0 | 0 | 0 | 4828.824 | FG |
| AKC | C7423 | LED SUBMERSIBLE TRLR LMP KIT 2PK | 12117 | FG | Picking | 4 | TLITE | CS | 1 | 0 | 0 | 0 | 29.94 | 29.94 | 0 | 0 | 0 | 29.9356 | FG |
| AKC | C7423 | LED SUBMERSIBLE TRLR LMP KIT 2PK | 28063K | FG | Floor stock | 4 | TLITE | CS | 72 | 0 | 0 | 0 | 29.94 | 2,155.36 | 0 | 0 | 0 | 2155.3632 | FG |
| AKC | C7423 | LED SUBMERSIBLE TRLR LMP KIT 2PK | 29176K | FG | Floor stock | 4 | TLITE | CS | 72 | 0 | 0 | 0 | 29.94 | 2,155.36 | 0 | 0 | 0 | 2155.3632 | FG |
| AKC | C7423 | LED SUBMERSIBLE TRLR LMP KIT 2PK | 41338E | FG | Floor stock | 4 | TLITE | CS | 96 | 0 | 0 | 0 | 29.94 | 2,873.82 | 0 | 0 | 0 | 2873.8176 | FG |
| AKC | C7423 | LED SUBMERSIBLE TRLR LMP KIT 2PK | 60470E | FG | Floor stock | 4 | TLITE | CS | 72 | 0 | 0 | 0 | 29.94 | 2,155.36 | 0 | 0 | 0 | 2155.3632 | FG |
| AKC | C7423 | LED SUBMERSIBLE TRLR LMP KIT 2PK | 82312C | FG | Floor stock | 4 | TLITE | CS | 72 | 0 | 0 | 0 | 29.94 | 2,155.36 | 0 | 0 | 0 | 2155.3632 | FG |
| AKC | C7425 | LED TRLR LAMP KIT W/BACK UP 2PK | RWKSTAGE | FG | Floor stock | 4 | TLITE | CS | 1 | 0 | 0 | 0 | 35.81 | 35.61 | 0 | 0 | 0 | 35.6058 | FG |
| AKC | C7425 | LED TRLR LAMP KIT W/BACK UP 2PK | SHIP | FG | Shipment | 4 | TLITE | CS | 84 | 0 | 0 | 0 | 35.61 | 2,990.89 | 0 | 0 | 0 | 2990.8872 | FG |
| AKC | C7425RF | LED TRLR LAMP KIT W/BACK UP 2PK | 30131I | FG | Floor stock | 4 | TLITE | CS | 72 | 0 | 0 | 0 | 35.81 | 2,578.22 | 0 | 0 | 0 | 2578.218336 | FG |
| AKC | C7425RF | LED TRLR LAMP KIT W/BACK UP 2PK | 34114I | FG | Floor stock | 4 | TLITE | CS | 72 | 0 | 0 | 0 | 35.81 | 2,578.22 | 0 | 0 | 0 | 2578.218336 | FG |
| AKC | C7425RF | LED TRLR LAMP KIT W/BACK UP 2PK | 62290G | FG | Floor stock | 4 | TLITE | CS | 96 | 0 | 0 | 0 | 35.81 | 3,437.62 | 0 | 0 | 0 | 3437.624448 | FG |
| AKC | C7425RF | LED TRLR LAMP KIT W/BACK UP 2PK | NE17080 | FG | Floor stock | 4 | TLITE | CS | 1252 | 0 | 0 | 0 | 35.81 | 44,832.35 | 0 | 0 | 0 | 44832.35218 | FG |
| AKC | C7660K | STT AMBER LIGHT KIT W/HARNESS/SHEATH 1PK | 44028G | FG | Floor stock | 4 | TLITE | CS | 35 | 0 | 0 | 0 | 64.65 | 2,262.70 | 0 | 0 | 0 | 2262.6975 | FG |
| AKC | C7602 | DUAL LED LIGHT W/3-WAY PLUG LENS RED/AMBER/BLANK 5PK | 60304C | FG | Picking | 4 | TLITE | CS | 15 | 0 | 0 | 0 | 106.77 | 1,601.48 | 0 | 0 | 0 | 1601.475 | FG |
| AKC | C7701 | DUAL LED LIGHT W/4-WAY PLUG LENS RED/AMBER/BLANK 5PK | 45504E | FG | Floor stock | 4 | TLITE | CS | 33 | 0 | 0 | 0 | 107.88 | 3,558.99 | 0 | 0 | 0 | 3559.9905 | FG |
| AKC | C7702 | DUAL LED LIGHT W/4-WAY PLUG LENS RED/AMBER/BLANK 5PK | 30175I | FG | Floor stock | 4 | TLITE | CS | 20 | 0 | 0 | 0 | 107.88 | 2,157.57 | 0 | 0 | 0 | 2157.57 | FG |
| AKC | C7702 | DUAL LED LIGHT W/4-WAY PLUG LENS RED/AMBER/BLANK 5PK | 52506C | FG | Picking | 4 | TLITE | CS | 45 | 0 | 0 | 0 | 107.88 | 4,854.53 | 0 | 0 | 0 | 4854.5325 | FG |
| AKC | C789RTM | UNIVERSAL LED STT 2PK | 55192A | FG | Picking | 4 | TLITE | CS | 26 | 0 | 0 | 0 | 14.41 | 374.72 | 0 | 0 | 0 | 374.7224 | FG |
| AKC | C789RTMRF | UNIVERSAL LED STT 2PK | 50360E | FG | Floor stock | 4 | TLITE | CS | 144 | 0 | 0 | 0 | 14.30 | 2,058.81 | 0 | 0 | 0 | 2058.809408 | FG |
| AKC | C789RTMRF | UNIVERSAL LED STT 2PK | 53402E | FG | Floor stock | 4 | TLITE | CS | 144 | 0 | 0 | 0 | 14.30 | 2,058.81 | 0 | 0 | 0 | 2058.809408 | FG |
| AKC | C8393PTMRF | STT LIGHTS - SINGLE DIODE 2PK | 54410I | FG | Floor stock | 4 | TLITE | CS | 36 | 0 | 0 | 0 | 20.91 | 752.71 | 0 | 0 | 0 | 752.71392 | FG |
| AKC | C8393PTMRF | STT LIGHTS - SINGLE DIODE 2PK | 59372I | FG | Floor stock | 4 | TLITE | CS | 36 | 0 | 0 | 0 | 20.91 | 752.71 | 0 | 0 | 0 | 752.71392 | FG |
| AKC | C8393PTMRF | STT LIGHTS - SINGLE DIODE 2PK | 61542I | FG | Floor stock | 4 | TLITE | CS | 72 | 0 | 0 | 0 | 20.91 | 1,505.43 | 0 | 0 | 0 | 1505.42784 | FG |
| AKC | C8393PTMRF | STT LIGHTS - SINGLE DIODE 2PK | 64456I | FG | Floor stock | 4 | TLITE | CS | 72 | 0 | 0 | 0 | 20.91 | 1,505.43 | 0 | 0 | 0 | 1505.42784 | FG |
| AKC | C8393PTMRF | STT LIGHTS - SINGLE DIODE 2PK | 64458M | FG | Floor stock | 4 | TLITE | CS | 72 | 0 | 0 | 0 | 20.91 | 1,505.43 | 0 | 0 | 0 | 1505.42784 | FG |
| AKC | C8393PTMRF | STT LIGHTS - SINGLE DIODE 2PK | 64600I | FG | Floor stock | 4 | TLITE | CS | 72 | 0 | 0 | 0 | 20.91 | 1,505.43 | 0 | 0 | 0 | 1505.42784 | FG |
| AKC | C8393PTMRF | STT LIGHTS - SINGLE DIODE 2PK | 65324K | FG | Floor stock | 4 | TLITE | CS | 72 | 0 | 0 | 0 | 20.91 | 1,505.43 | 0 | 0 | 0 | 1505.42784 | FG |
| AKC | C83PTM | LH POWER 1 STT 2PK | 60194E | FG | Floor stock | 4 | TLITE | CS | 120 | 0 | 0 | 0 | 13.24 | 1,589.28 | 0 | 0 | 0 | 1589.28 | FG |
| AKC | C8494P | POWER 1 TRLER LT KIT OVER 80 2PK | 45122A | FG | Picking | 4 | TLITE | CS | 18 | 0 | 0 | 0 | 29.16 | 524.89 | 0 | 0 | 0 | 524.8908 | FG |
| AKC | C84P | LH POWER1 STT OVER 80 2PK | 30141G | FG | Floor stock | 4 | TLITE | CS | 162 | 0 | 0 | 0 | 9.43 | 1,528.24 | 0 | 0 | 0 | 1528.2432 | FG |
| AKC | C93PTM | RH POWER 1 STT 2PK | 45488A | FG | Picking | 4 | TLITE | CS | 1 | 0 | 0 | 0 | 11.90 | 11.90 | 0 | 0 | 0 | 11.9 | FG |
| AKC | C94P | RH POWER1 STT OVER 80 2PK | 64288E | FG | Floor stock | 4 | TLITE | CS | 216 | 0 | 0 | 0 | 8.47 | 1,829.26 | 0 | 0 | 0 | 1829.2608 | FG |
| AKC | C94P | RH POWER1 STT OVER 80 2PK | 68384E | FG | Floor stock | 4 | TLITE | CS | 288 | 0 | 0 | 0 | 8.47 | 2,439.01 | 0 | 0 | 0 | 2439.0144 | FG |
| AKC | CD760-1848 | CARD FOR 760-1848 | RWK BIN 087 | PP | Floor stock | 4 | CONSC | PC | 618 | 0 | 0 | 0 | 0.07 | 41.87 | 0 | 0 | 0 | 41.8695 | WIP |
| AKC | CD760-1852 | CARD FOR 760-1852 | RW033A | PP | Floor stock | 4 | CONSC | PC | 5000 | 0 | 0 | 0 | 0.13 | 630.08 | 0 | 0 | 0 | 630.075 | WIP |
| AKC | CTN 3B5 | 27"x9 9/16"x6 9/16" - RSC | AKC ACTIVE DAMAGE | PP | Floor stock | 4 | LBRCT | PC | 11 | 0 | 0 | 0 | 0.87 | 9.52 | 0 | 0 | 0 | 9.515 | WIP |
| AKC | CTN 3B5 | 27"x9 9/16"x6 9/16" - RSC | RWKSTAGE | PP | Floor stock | 4 | LBRCT | PC | 4 | 0 | 0 | 0 | 0.87 | 3.46 | 0 | 0 | 0 | 3.46 | WIP |
| AKC | CW1536A | SEALED LED RUNNING BOARD/AMBER 2PK | 37374G | FG | Floor stock | 4 | TLITE | CS | 552 | 0 | 0 | 0 | 2.59 | 1,431.78 | 0 | 0 | 0 | 1431.7776 | FG |

LEASE SCHEDULE NO. 026 Page 149 of 152 CARNABY INVENTORY IV, LLC

CONFIDENTIAL

ONSET_00032824

FBG_CH1_00091496

DEBTORS' EXHIBIT NO. 175
Page 1271 of 1907
JOINT EXHIBIT NO. 51
Page 1271 of 1907

Case 26-03005   Document 16-27   Filed in TXSB on 02/19/26   Page 153 of 196

Exhibit A (2)

CONFIDENTIAL

ONSET_00032825
FBG_CH1_00091497

**DEBTORS' EXHIBIT NO. 175**
**Page 1272 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1272 of 1907**

CONFIDENTIAL

ONSET_00032826
FBG_CH1_00091498

**DEBTORS' EXHIBIT NO. 175**
**Page 1273 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1273 of 1907**

each line item as may be more fully described on the referenced invoice(s) and related underlying quotes, purchase orders, etc., and all such Property to include any and all attachments, replacements, parts, substitution, additions, repairs, accessions and accessories incorporated therein and/or affixed thereto.

CONFIDENTIAL

ONSET_00032827
FBG_CH1_00091499

**DEBTORS' EXHIBIT NO. 175**
**Page 1274 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1274 of 1907**

EXHIBIT A (3)

CARNABY INVENTORY V, LLC
MASTER LEASE AGREEMENT NO. OFI445410
LEASE SCHEDULE NO. 027

PROPERTY LOCATION: Horizon Global Americas Inc.'s facility located at 32901 West 193rd Street, Edgerton, Kansas 66021

$ 57,174,930.24

| Valuation Area | Material | From Date | To Date | Opening Stock | Total Receipt Qty | Total Issue Quantities | Closing Stock | Base Unit of Measure | Opening Value | Total Receipt Value | Total Issue Value | Closing Value | Currency | OpnVal GC | Tot Rec GC | Tot Iss GC | Clo Val GC | Group Currency | Mat Grp | Mat Desc | Type | GL Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US50 | 001501 | 2/28/2025 | 3/17/2025 | 9,518.000 | 0.000 | 10.000 | 9,508.00 | ZEA | 2,141.28 | 0.00 | -2.25 | 2,139.03 | USD | 2,141.26 | 0.00 | 2.25 | 2,139.01 | USD | FGB-S | GREASE CAP 1.796 ZINC | FG | 7930 |
| US50 | 001503 | 2/28/2025 | 3/17/2025 | 12,580.000 | 0.000 | 77.000 | 12,503.00 | ZEA | 3,212.32 | 0.00 | -19.66 | 3,192.66 | USD | 3,212.30 | 0.00 | 19.66 | 3,192.64 | USD | FGB-S | GREASE CAP 1.786 ZINC | FG | 7930 |
| US50 | 001505 | 2/28/2025 | 3/17/2025 | 75,006.000 | 0.000 | 0.000 | 75,006.00 | ZEA | 18,176.97 | 0.00 | 0.00 | 18,176.97 | USD | 18,176.95 | 0.00 | 0.00 | 18,176.95 | USD | FGB-S | GREASE CAP 1.988 ZINC | FG | 7930 |
| US50 | 001515 | 2/28/2025 | 3/17/2025 | 18,050.000 | 0.000 | 1.000 | 18,049.00 | ZEA | 6,279.06 | 0.00 | -0.35 | 6,278.71 | USD | 6,279.05 | 0.00 | 0.35 | 6,278.71 | USD | FGB-S | GREASE CAP 2.367 ZINC PLATED | FG | 7930 |
| US50 | 001520 | 2/28/2025 | 3/17/2025 | 15,949.000 | 0.000 | 2.000 | 15,947.00 | ZEA | 4,512.14 | 0.00 | -0.57 | 4,511.57 | USD | 4,512.13 | 0.00 | 0.57 | 4,511.57 | USD | FGB-S | GREASE CAP 2.446 ZINC | FG | 7930 |
| US50 | 001521 | 2/28/2025 | 3/17/2025 | 38,880.000 | 0.000 | 35.000 | 38,845.00 | ZEA | 9,422.20 | 0.00 | -8.49 | 9,413.71 | USD | 9,422.18 | 0.00 | 8.48 | 9,413.70 | USD | FGB-S | GREASE CAP 1.988 ZINC | FG | 7930 |
| US50 | 001523 | 2/28/2025 | 3/17/2025 | 3,409.000 | 0.000 | 17.000 | 3,392.00 | ZEA | 748.61 | 0.00 | -3.74 | 744.87 | USD | 748.62 | 0.00 | 3.73 | 744.89 | USD | FGB-S | GREASE CAP 1.943 PLAIN | FG | 7930 |
| US50 | 001524 | 2/28/2025 | 3/17/2025 | 53,060.000 | 0.000 | 17.000 | 53,043.00 | ZEA | 8,989.32 | 0.00 | -2.89 | 8,986.43 | USD | 8,989.43 | 0.00 | 2.88 | 8,986.55 | USD | FGB-S | GREASE CAP 1.943 ROUND | FG | 7930 |
| US50 | 001526 | 2/28/2025 | 3/17/2025 | 29,993.000 | 0.000 | 0.000 | 29,993.00 | ZEA | 8,105.62 | 0.00 | 0.00 | 8,105.62 | USD | 8,105.61 | 0.00 | 0.00 | 8,105.61 | USD | FGB-S | GREASE CAP 2.722 PLAIN | FG | 7930 |
| US50 | 001531 | 2/28/2025 | 3/17/2025 | 55,256.000 | 0.000 | 0.000 | 55,256.00 | ZEA | 31,220.15 | 0.00 | 0.00 | 31,220.15 | USD | 31,220.13 | 0.00 | 0.00 | 31,220.13 | USD | FGB-S | GREASE CAP 3.157 PLAIN | FG | 7930 |
| US50 | 001601 | 2/28/2025 | 3/17/2025 | 73,618.000 | 0.000 | 12.000 | 73,606.00 | ZEA | 21,098.17 | 0.00 | -3.44 | 21,094.73 | USD | 21,098.18 | 0.00 | 3.44 | 21,094.74 | USD | FGB-S | GREASE CAP 2.333 PLAIN | FG | 7930 |
| US50 | 001602 | 2/28/2025 | 3/17/2025 | 31,666.000 | 0.000 | 2.000 | 31,664.00 | ZEA | 14,947.65 | 0.00 | -0.94 | 14,946.71 | USD | 14,947.62 | 0.00 | 0.94 | 14,946.67 | USD | FGB-S | GREASE CAP 3.255 PLAIN | FG | 7930 |
| US50 | 001604 | 2/28/2025 | 3/17/2025 | 30,672.000 | 0.000 | 30.000 | 30,642.00 | ZEA | 8,391.26 | 0.00 | -8.21 | 8,383.05 | USD | 8,391.25 | 0.00 | 8.21 | 8,383.04 | USD | FGB-S | GREASE CAP 2.446 PLAIN | FG | 7930 |
| US50 | 001605 | 2/28/2025 | 3/17/2025 | 7,523.000 | 0.000 | 34.000 | 7,489.00 | ZEA | 2,978.63 | 0.00 | -13.46 | 2,965.17 | USD | 2,978.66 | 0.00 | 13.46 | 2,965.19 | USD | FGB-S | GREASE CAP 2.722 PLAIN | FG | 7930 |
| US50 | 001607 | 2/28/2025 | 3/17/2025 | 5,590.000 | 0.000 | 30.000 | 5,560.00 | ZEA | 2,514.45 | 0.00 | -13.49 | 2,500.96 | USD | 2,514.44 | 0.00 | 13.49 | 2,500.94 | USD | FGB-S | GREASE CAP 3.155 PLAIN | FG | 7930 |
| US50 | 001609 | 2/28/2025 | 3/17/2025 | 51,821.000 | 0.000 | 46.000 | 51,775.00 | ZEA | 18,230.13 | 0.00 | -16.19 | 18,213.94 | USD | 18,230.11 | 0.00 | 16.18 | 18,213.93 | USD | FGB-S | GREASE CAP 3.125 PLAIN | FG | 7930 |
| US50 | 002220 | 2/28/2025 | 3/17/2025 | 354.000 | 0.000 | 8.000 | 346.00 | ZEA | 1,410.04 | 0.00 | -44.41 | 1,365.63 | USD | 1,410.04 | 0.00 | 44.41 | 1,365.63 | USD | FGEIE | HARNESS WB 4WY FL 20'TR | FG | 7920 |
| US50 | 002230 | 2/28/2025 | 3/17/2025 | 113.000 | 0.000 | 10.000 | 103.00 | ZEA | 809.97 | 0.00 | -71.68 | 738.29 | USD | 809.98 | 0.00 | 71.68 | 738.30 | USD | FGEIE | HARNESS WB 30' | FG | 7920 |
| US50 | 002235 | 2/28/2025 | 3/17/2025 | 11.000 | 0.000 | 0.000 | 11.00 | ZEA | 83.28 | 0.00 | 0.00 | 83.28 | USD | 83.28 | 0.00 | 0.00 | 83.28 | USD | FGEIE | HARNESS WB 35' | FG | 7920 |
| US50 | 002275 | 2/28/2025 | 3/17/2025 | 216.000 | 0.000 | 0.000 | 216.00 | ZEA | 1,529.08 | 0.00 | 0.00 | 1,529.08 | USD | 1,529.09 | 0.00 | 0.00 | 1,529.09 | USD | FGEIE | Wire Connector, 5-Way Flat | FG | 7920 |
| US50 | 002285 | 2/28/2025 | 3/17/2025 | 181.000 | 0.000 | 11.000 | 170.00 | ZEA | 1,550.18 | 0.00 | -94.21 | 1,455.97 | USD | 1,550.18 | 0.00 | 94.21 | 1,455.97 | USD | FGEIE | HARNESS WB 35' | FG | 7920 |
| US50 | 002302 | 2/28/2025 | 3/17/2025 | 324.000 | 0.000 | 0.000 | 324.00 | ZEA | 603.84 | 0.00 | 0.00 | 603.84 | USD | 603.84 | 0.00 | 0.00 | 603.84 | USD | FGEIE | HARNESS CAR 4' | FG | 7920 |
| US50 | 002401 | 2/28/2025 | 3/17/2025 | 177.000 | 0.000 | 0.000 | 177.00 | ZEA | 261.75 | 0.00 | 0.00 | 261.75 | USD | 261.75 | 0.00 | 0.00 | 261.75 | USD | FGEIE | HARNESS TRL 18IN | FG | 7920 |
| US50 | 002402 | 2/28/2025 | 3/17/2025 | 656.000 | 0.000 | 51.000 | 605.00 | ZEA | 1,152.29 | 0.00 | -89.59 | 1,062.70 | USD | 1,152.30 | 0.00 | 89.59 | 1,062.71 | USD | FGEIE | HARNESS WB 18IN | FG | 7920 |
| US50 | 002409 | 2/28/2025 | 3/17/2025 | 304.000 | 0.000 | 0.000 | 304.00 | ZEA | 1,137.81 | 0.00 | 0.00 | 1,137.81 | USD | 1,137.82 | 0.00 | 0.00 | 1,137.82 | USD | FGEIE | HARNESS TRL 4' | FG | 7920 |
| US50 | 002410 | 2/28/2025 | 3/17/2025 | 41.000 | 0.000 | 7.000 | 34.00 | ZEA | 316.89 | 0.00 | -54.10 | 262.79 | USD | 316.90 | 0.00 | 54.11 | 262.80 | USD | FGEIE | HARNESS AG EXT 10' ECON | FG | 7920 |
| US50 | 002415 | 2/28/2025 | 3/17/2025 | 61.000 | 0.000 | 0.000 | 61.00 | ZEA | 962.06 | 0.00 | 0.00 | 962.06 | USD | 962.06 | 0.00 | 0.00 | 962.06 | USD | FGEIE | HARNESS AG EXT 15' PLUG | FG | 7920 |
| US50 | 002425 | 2/28/2025 | 3/17/2025 | 14.000 | 0.000 | 0.000 | 14.00 | ZEA | 200.02 | 0.00 | 0.00 | 200.02 | USD | 200.01 | 0.00 | 0.00 | 200.01 | USD | FGEIE | HARNESS AG EXT 25' PLUG | FG | 7920 |
| US50 | 002430 | 2/28/2025 | 3/17/2025 | 55.000 | 0.000 | 0.000 | 55.00 | ZEA | 1,259.84 | 0.00 | 0.00 | 1,259.84 | USD | 1,259.85 | 0.00 | 0.00 | 1,259.85 | USD | FGEIE | HARNESS AG EXT 30' PLUG | FG | 7920 |
| US50 | 002478 | 2/28/2025 | 3/17/2025 | 48.000 | 0.000 | 0.000 | 48.00 | ZEA | 573.44 | 0.00 | 0.00 | 573.44 | USD | 573.44 | 0.00 | 0.00 | 573.44 | USD | FGEIE | PLUG 7WY TRL 5' | FG | 7920 |
| US50 | 002510 | 2/28/2025 | 3/17/2025 | 22.000 | 0.000 | 0.000 | 22.00 | ZEA | 284.19 | 0.00 | 0.00 | 284.19 | USD | 284.19 | 0.00 | 0.00 | 284.19 | USD | FGEIE | HARNESS AG EXT 10' HD W6 | FG | 7920 |
| US50 | 002515 | 2/28/2025 | 3/17/2025 | 13.000 | 0.000 | 0.000 | 13.00 | ZEA | 199.28 | 0.00 | 0.00 | 199.28 | USD | 199.29 | 0.00 | 0.00 | 199.29 | USD | FGEIE | HARNESS AG EXT 15' HD W6 | FG | 7920 |
| US50 | 002580 | 2/28/2025 | 3/17/2025 | 8.000 | 0.000 | 0.000 | 8.00 | ZEA | 76.92 | 0.00 | 0.00 | 76.92 | USD | 76.92 | 0.00 | 0.00 | 76.92 | USD | FGEIE | MAGNET KIT 90LB PULL | FG | 7920 |
| US50 | 002625 | 2/28/2025 | 3/17/2025 | 15.000 | 0.000 | 0.000 | 15.00 | ZEA | 273.34 | 0.00 | 0.00 | 273.34 | USD | 273.34 | 0.00 | 0.00 | 273.34 | USD | FGEIE | MAGNET KIT 90# PULL -1 | FG | 7920 |
| US50 | 002805 | 2/28/2025 | 3/17/2025 | 289.000 | 0.000 | 0.000 | 289.00 | ZEA | 20.63 | 0.00 | 0.00 | 20.63 | USD | 20.63 | 0.00 | 0.00 | 20.63 | USD | FGSCP | NUT WIRE LGE | FG | 7930 |
| US50 | 0031350300 | 2/28/2025 | 3/17/2025 | 477.000 | 0.000 | 3.000 | 474.00 | ZEA | 444.97 | 0.00 | -2.80 | 442.17 | USD | 444.97 | 0.00 | 2.80 | 442.18 | USD | FGB-S | A-FRAME JACK BOTTOM SUPPRT PL | FG | 7930 |
| US50 | 003232 | 2/28/2025 | 3/17/2025 | 218.000 | 0.000 | 0.000 | 218.00 | ZEA | 649.45 | 0.00 | 0.00 | 649.45 | USD | 649.45 | 0.00 | 0.00 | 649.45 | USD | FGEIE | LAMP COURTESY WPF | FG | 7920 |
| US50 | 003238 | 2/28/2025 | 3/17/2025 | 343.000 | 0.000 | 0.000 | 343.00 | ZEA | 904.80 | 0.00 | 0.00 | 904.80 | USD | 904.80 | 0.00 | 0.00 | 904.80 | USD | FGEIE | LAMP SMCL WPF AMB | FG | 7920 |
| US50 | 003272 | 2/28/2025 | 3/17/2025 | 10.000 | 0.000 | 0.000 | 10.00 | ZEA | 26.76 | 0.00 | 0.00 | 26.76 | USD | 26.76 | 0.00 | 0.00 | 26.76 | USD | FGEIE | LAMP SMCL WPF AMB | FG | 7920 |
| US50 | 003358 | 2/28/2025 | 3/17/2025 | 12.000 | 0.000 | 0.000 | 12.00 | ZEA | 31.81 | 0.00 | 0.00 | 31.81 | USD | 31.81 | 0.00 | 0.00 | 31.81 | USD | FGEIE | REFL RED W/ADH BACK | FG | 7920 |
| US50 | 003440 | 2/28/2025 | 3/17/2025 | 385.000 | 0.000 | 0.000 | 385.00 | ZEA | 295.27 | 0.00 | 0.00 | 295.27 | USD | 295.27 | 0.00 | 0.00 | 295.27 | USD | FGB-S | LENS DUAL AMB REFL | FG | 7930 |
| US50 | 003441 | 2/28/2025 | 3/17/2025 | 325.000 | 0.000 | 0.000 | 325.00 | ZEA | 249.25 | 0.00 | 0.00 | 249.25 | USD | 249.25 | 0.00 | 0.00 | 249.25 | USD | FGB-S | LENS DUAL RED REFL | FG | 7930 |
| US50 | 0050240300 | 2/28/2025 | 3/17/2025 | 175.000 | 0.000 | 7.000 | 168.00 | ZEA | 1,339.43 | 0.00 | -53.58 | 1,285.85 | USD | 1,339.43 | 0.00 | 53.58 | 1,285.85 | USD | FGMTL | BRACKET WELD ON TUBULAR MOUNT | FG | 7920 |
| US50 | 005122 | 2/28/2025 | 3/17/2025 | 79.000 | 0.000 | 2.000 | 77.00 | ZEA | 771.03 | 0.00 | -19.52 | 751.51 | USD | 771.03 | 0.00 | 19.52 | 751.51 | USD | FGMTL | MOUNT TUBULAR WELD-ON | FG | 7920 |
| US50 | 006504 | 2/28/2025 | 3/17/2025 | 173.000 | 0.000 | 6.000 | 167.00 | ZEA | 736.34 | 0.00 | -25.54 | 710.80 | USD | 736.33 | 0.00 | 25.54 | 710.80 | USD | FGB-S | LAMP O80 LH 8 FUNCTION | FG | 7930 |
| US50 | 006564 | 2/28/2025 | 3/17/2025 | 3,657.000 | 0.000 | 13.000 | 3,644.00 | ZEA | 14,533.33 | 0.00 | -51.66 | 14,481.67 | USD | 14,533.32 | 0.00 | 51.66 | 14,481.66 | USD | FGB-S | LAMP O80 RH 7 FUNCTION | FG | 7930 |
| US50 | 007257 | 2/28/2025 | 3/17/2025 | 129.000 | 0.000 | 0.000 | 129.00 | ZEA | 1,177.27 | 0.00 | 0.00 | 1,177.27 | USD | 1,177.26 | 0.00 | 0.00 | 1,177.26 | USD | FGEIE | ADAPTER 7WY SPL | FG | 7920 |
| US50 | 007509 | 2/28/2025 | 3/17/2025 | 239.000 | 0.000 | 0.000 | 239.00 | ZEA | 7,129.04 | 0.00 | 0.00 | 7,129.04 | USD | 7,129.04 | 0.00 | 0.00 | 7,129.04 | USD | FGEIE | LAMP KIT O80 25' HARNESS | FG | 7920 |
| US50 | 008540 | 2/28/2025 | 3/17/2025 | 769.000 | 0.000 | 3.000 | 766.00 | ZEA | 4,178.20 | 0.00 | -16.30 | 4,161.90 | USD | 4,178.22 | 0.00 | 16.30 | 4,161.92 | USD | FGB-S | FENDER PLST WHT 8-12 | FG | 7930 |
| US50 | 008541 | 2/28/2025 | 3/17/2025 | 1,049.000 | 0.000 | 8.000 | 1,041.00 | ZEA | 4,271.05 | 0.00 | -32.57 | 4,238.48 | USD | 4,271.00 | 0.00 | 32.57 | 4,238.43 | USD | FGB-S | FENDER PLST WHT 8-12 | FG | 7930 |
| US50 | 008542 | 2/28/2025 | 3/17/2025 | 174.000 | 0.000 | 3.000 | 171.00 | ZEA | 1,446.93 | 0.00 | -24.95 | 1,421.98 | USD | 1,446.94 | 0.00 | 24.95 | 1,421.99 | USD | FGB-S | FENDER WHITE PLASTIC 12 | FG | 7930 |
| US50 | 008543 | 2/28/2025 | 3/17/2025 | 770.000 | 0.000 | 0.000 | 770.00 | ZEA | 9,485.13 | 0.00 | 0.00 | 9,485.13 | USD | 9,485.11 | 0.00 | 0.00 | 9,485.11 | USD | FGB-S | FENDER WHITE PLASTIC 13 | FG | 7930 |
| US50 | 008549 | 2/28/2025 | 3/17/2025 | 1,128.000 | 0.000 | 1.000 | 1,127.00 | ZEA | 4,983.63 | 0.00 | -4.42 | 4,979.21 | USD | 4,983.64 | 0.00 | 4.42 | 4,979.22 | USD | FGB-S | FENDER WHITE PLASTIC 8-12 | FG | 7930 |
| US50 | 008550 | 2/28/2025 | 3/17/2025 | 1,367.000 | 0.000 | 0.000 | 1,367.00 | ZEA | 5,193.64 | 0.00 | 0.00 | 5,193.64 | USD | 5,193.67 | 0.00 | 0.00 | 5,193.67 | USD | FGB-S | FENDER PLST BLK 8-12 | FG | 7930 |
| US50 | 008551 | 2/28/2025 | 3/17/2025 | 4,239.000 | 0.000 | 75.000 | 4,164.00 | ZEA | 17,372.55 | 0.00 | -307.41 | 17,065.14 | USD | 17,372.61 | 0.00 | 307.37 | 17,065.24 | USD | FGB-S | FENDER PLST BLK 8-12 | FG | 7930 |
| US50 | 008553 | 2/28/2025 | 3/17/2025 | 1,667.000 | 18.000 | 23.000 | 1,662.00 | ZEA | 20,647.87 | 222.95 | -284.88 | 20,585.94 | USD | 20,647.83 | 222.95 | 284.88 | 20,585.90 | USD | FGB-S | FENDER PLST BLK 13 | FG | 7930 |
| US50 | 008554 | 2/28/2025 | 3/17/2025 | 2,017.000 | 28.000 | 339.000 | 1,706.00 | ZEA | 22,495.43 | 312.20 | -3,786.86 | 19,020.87 | USD | 22,495.72 | 312.20 | 3,786.86 | 19,021.12 | USD | FGB-S | FENDER BLACK PLASTIC 14 TIRE | FG | 7930 |
| US50 | 008559 | 2/28/2025 | 3/17/2025 | 597.000 | 0.000 | 0.000 | 597.00 | ZEA | 2,528.50 | 0.00 | 0.00 | 2,528.50 | USD | 2,528.54 | 0.00 | 0.00 | 2,528.54 | USD | FGB-S | FENDER PLST BLK 8-12 | FG | 7930 |
| US50 | 008560 | 2/28/2025 | 3/17/2025 | 889.000 | 0.000 | 0.000 | 889.00 | ZEA | 3,589.52 | 0.00 | 0.00 | 3,589.52 | USD | 3,589.52 | 0.00 | 0.00 | 3,589.52 | USD | FGB-S | FENDER PLST SLVR | FG | 7930 |
| US50 | 008561 | 2/28/2025 | 3/17/2025 | 16,341.000 | 14.000 | 1,310.000 | 15,045.00 | ZEA | 65,482.43 | 56.10 | -5,249.52 | 60,289.01 | USD | 65,482.47 | 56.10 | 5,249.50 | 60,289.08 | USD | FGB-S | FENDER PLST SLVR 8-12 | FG | 7930 |
| US50 | 008563 | 2/28/2025 | 3/17/2025 | 822.000 | 0.000 | 1.000 | 821.00 | ZEA | 10,233.05 | 0.00 | -12.45 | 10,220.60 | USD | 10,233.09 | 0.00 | 12.45 | 10,220.65 | USD | FGB-S | FENDER PLST SLVR 13 | FG | 7930 |
| US50 | 008564 | 2/28/2025 | 3/17/2025 | 1,329.000 | 0.000 | 4.000 | 1,325.00 | ZEA | 16,937.88 | 0.00 | -50.98 | 16,886.90 | USD | 16,937.87 | 0.00 | 50.98 | 16,886.89 | USD | FGB-S | FENDER PLST SLVR 1 | FG | 7930 |
| US50 | 008572 | 2/28/2025 | 3/17/2025 | 295.000 | 0.000 | 2.000 | 293.00 | ZEA | 2,921.19 | 0.00 | -19.80 | 2,901.39 | USD | 2,921.07 | 0.00 | 19.80 | 2,901.27 | USD | FGB-S | FENDER PLST WHT 12 | FG | 7930 |
| US50 | 008573 | 2/28/2025 | 3/17/2025 | 554.000 | 0.000 | 8.000 | 546.00 | ZEA | 7,917.06 | 0.00 | -114.30 | 7,802.76 | USD | 7,917.08 | 0.00 | 114.33 | 7,802.75 | USD | FGB-S | FENDER WHITE PLASTIC 13 | FG | 7930 |
| US50 | 008574 | 2/28/2025 | 3/17/2025 | 1,660.000 | 0.000 | 87.000 | 1,573.00 | ZEA | 24,049.25 | 0.00 | -1,260.41 | 22,788.84 | USD | 24,049.12 | 0.00 | 1,260.41 | 22,788.71 | USD | FGB-S | FENDER PLST WHT 14 | FG | 7930 |
| US50 | 008582 | 2/28/2025 | 3/17/2025 | 3,374.000 | 7.000 | 230.000 | 3,151.00 | ZEA | 29,810.11 | 61.85 | -2,032.11 | 27,839.85 | USD | 29,810.23 | 61.85 | 2,032.11 | 27,839.97 | USD | FGB-S | FENDER PLST BLK 12 | FG | 7930 |
| US50 | 008583 | 2/28/2025 | 3/17/2025 | 1,628.000 | 1.000 | 71.000 | 1,558.00 | ZEA | 19,485.36 | 11.97 | -849.82 | 18,647.51 | USD | 19,485.63 | 11.97 | 849.80 | 18,647.80 | USD | FGB-S | FENDER BLACK PLASTIC 13 | FG | 7930 |
| US50 | 008584 | 2/28/2025 | 3/17/2025 | 1,935.000 | 14.000 | 103.000 | 1,846.00 | ZEA | 23,968.22 | 173.42 | -1,275.86 | 22,866.78 | USD | 23,968.55 | 173.42 | 1,275.86 | 22,866.88 | USD | FGB-S | FENDER BLACK PLASTIC 14 | FG | 7930 |
| US50 | 008585 | 2/28/2025 | 3/17/2025 | 3,083.000 | 5.000 | 105.000 | 2,983.00 | ZEA | 52,277.72 | 84.78 | -1,780.46 | 50,582.04 | USD | 52,278.00 | 84.78 | 1,780.47 | 50,582.31 | USD | FGB-S | FENDER PLST BLK 15 | FG | 7930 |
| US50 | 008592 | 2/28/2025 | 3/17/2025 | 5,274.000 | 0.000 | 629.000 | 4,645.00 | ZEA | 47,750.75 | 0.00 | -5,694.96 | 42,055.79 | USD | 47,750.43 | 0.00 | 5,694.52 | 42,055.50 | USD | FGB-S | FENDER PLST SLVR 12 | FG | 7930 |
| US50 | 008593 | 2/28/2025 | 3/17/2025 | 864.000 | 0.000 | 7.000 | 857.00 | ZEA | 12,449.04 | 0.00 | -100.86 | 12,348.18 | USD | 12,449.10 | 0.00 | 100.86 | 12,348.24 | USD | FGB-S | FENDER PLST SLVR 13 | FG | 7930 |
| US50 | 008594 | 2/28/2025 | 3/17/2025 | 1,484.000 | 0.000 | 106.000 | 1,378.00 | ZEA | 22,718.42 | 0.00 | -1,622.77 | 21,095.65 | USD | 22,718.69 | 0.00 | 1,622.76 | 21,095.93 | USD | FGB-S | FENDER PLST SLVR 14 | FG | 7930 |
| US50 | 008595 | 2/28/2025 | 3/17/2025 | 852.000 | 0.000 | 6.000 | 846.00 | ZEA | 19,768.24 | 0.00 | -124.59 | 19,643.65 | USD | 19,768.16 | 0.00 | 124.59 | 19,643.57 | USD | FGB-S | FENDER PLST SLVR 15 | FG | 7930 |
| US50 | 01097002-010 | 2/28/2025 | 3/17/2025 | 71.000 | 0.000 | 0.000 | 71.00 | ZEA | 219.34 | 0.00 | 0.00 | 219.34 | USD | 219.34 | 0.00 | 0.00 | 219.34 | USD | FGMTL | SPACER BLOCK 10 PACK | FG | 7920 |
| US50 | 0129030-01 | 2/28/2025 | 3/17/2025 | 28.000 | 0.000 | 0.000 | 28.00 | ZEA | 78.48 | 0.00 | 0.00 | 78.48 | USD | 78.49 | 0.00 | 0.00 | 78.49 | USD | WIPMTL | PARTS BAG WINCH HNDL/MT | WIP | 7900 |
| US50 | 01292009-020 | 2/28/2025 | 3/17/2025 | 12.000 | 0.000 | 1.000 | 11.00 | ZEA | 28.50 | 0.00 | -2.38 | 26.12 | USD | 28.50 | 0.00 | 2.38 | 26.13 | USD | FGMTL | CONICAL WASHER 3/8 20PK | FG | 7920 |
| US50 | 0133311500 | 2/28/2025 | 3/17/2025 | 59.000 | 0.000 | 7.000 | 52.00 | ZEA | 405.00 | 0.00 | -48.02 | 356.98 | USD | 404.95 | 0.00 | 48.04 | 356.91 | USD | FGMTL | KIT HANDLE F2 WINCH | FG | 7920 |
| US50 | 0133312300 | 2/28/2025 | 3/17/2025 | 21.000 | 0.000 | 20.000 | 1.00 | ZEA | 126.71 | 0.00 | -120.68 | 6.03 | USD | 126.66 | 0.00 | 120.63 | 6.03 | USD | FGMTL | KIT HANDLE FW1600 F2 | FG | 7920 |
| US50 | 015181 | 2/28/2025 | 3/17/2025 | 1,621.000 | 0.000 | 51.000 | 1,570.00 | ZEA | 10,784.02 | 0.00 | -339.29 | 10,444.73 | USD | 10,784.03 | 0.00 | 339.29 | 10,444.74 | USD | FGB-S | KIT-CRANK W/NUT AND BOLT N AND | FG | 7930 |
| US50 | 0131810301 | 2/28/2025 | 3/17/2025 | 432.000 | 0.000 | 0.000 | 432.00 | ZEA | 3,972.69 | 0.00 | 0.00 | 3,972.69 | USD | 3,972.69 | 0.00 | 0.00 | 3,972.69 | USD | FGMTL | CRANK, 180 NARROW CLEVIS | FG | 7920 |
| US50 | 0152730300 | 2/28/2025 | 3/17/2025 | 354.000 | 0.000 | 23.000 | 331.00 | ZEA | 595.41 | 0.00 | -38.68 | 556.73 | USD | 595.39 | 0.00 | 38.69 | 556.70 | USD | FGMTL | BRKT-MALE SWIVEL-2 OD | FG | 7920 |
| US50 | 0132790300 | 2/28/2025 | 3/17/2025 | 5,994.000 | 0.000 | 34.000 | 5,960.00 | ZEA | 6,738.26 | 0.00 | -38.23 | 6,700.03 | USD | 6,738.16 | 0.00 | 38.22 | 6,699.95 | USD | FGMTL | SWIVEL MOUNT MALE WELD-ON 5/8 | FG | 7920 |
| US50 | 015552 | 2/28/2025 | 3/17/2025 | 300.000 | 0.000 | 0.000 | 300.00 | ZEA | 1,702.32 | 0.00 | 0.00 | 1,702.32 | USD | 1,702.32 | 0.00 | 0.00 | 1,702.32 | USD | FGMTL | NUT ACME W/FF SPL | FG | 7920 |
| US50 | 013006 | 2/28/2025 | 3/17/2025 | 19.000 | 0.000 | 0.000 | 19.00 | ZEA | 426.34 | 0.00 | 0.00 | 426.34 | USD | 426.34 | 0.00 | 0.00 | 426.34 | USD | WIPMTL | RACK & POST 15/21 W/ | WIP | 7900 |
| US50 | 0180080301 | 2/28/2025 | 3/17/2025 | 52.000 | 0.000 | 2.000 | 50.00 | ZEA | 1,252.74 | 0.00 | -48.18 | 1,204.56 | USD | 1,252.74 | 0.00 | 48.18 | 1,204.55 | USD | FGMTL | RACK & POST 15/21 | FG | 7920 |
| US50 | 013098 | 2/28/2025 | 3/17/2025 | 124.000 | 0.000 | 11.000 | 113.00 | ZEA | 628.94 | 0.00 | -55.79 | 573.15 | USD | 628.89 | 0.00 | 55.79 | 573.10 | USD | FGMTL | REMOVABLE BASE & LOCK PIN | FG | 7920 |
| US50 | 0181550317 | 2/28/2025 | 3/17/2025 | 102.000 | 0.000 | 24.000 | 78.00 | ZEA | 2,270.95 | 0.00 | -534.33 | 1,736.62 | USD | 2,270.90 | 0.00 | 534.33 | 1,736.57 | USD | FGMTL | GEARBOX 165 BOLT-ON BULK/50 | FG | 7920 |
| US50 | 018501 | 2/28/2025 | 3/17/2025 | 57.000 | 0.000 | 0.000 | 57.00 | ZEA | 115.72 | 0.00 | 0.00 | 115.72 | USD | 115.72 | 0.00 | 0.00 | 115.72 | USD | FGMTL | KIT-1/2 HOOK PLUNGER PIN FOR | FG | 7920 |
| US50 | 0185100301 | 2/28/2025 | 3/17/2025 | 17.000 | 50.000 | 2.000 | 65.00 | ZEA | 195.14 | 573.94 | -22.96 | 746.12 | USD | 195.14 | 573.94 | 22.96 | 746.13 | USD | FGMTL | RACK & POST 19/23.5 | FG | 7920 |
| US50 | 0185200301 | 2/28/2025 | 3/17/2025 | 174.000 | 0.000 | 5.000 | 169.00 | ZEA | 2,227.20 | 0.00 | -64.00 | 2,163.20 | USD | 2,227.19 | 0.00 | 64.00 | 2,163.19 | USD | FGMTL | JACK RACK&POST 18/23.5 W/BASE | FG | 7920 |
| US50 | 0185300301 | 2/28/2025 | 3/17/2025 | 1.000 | 0.000 | 0.000 | 1.00 | ZEA | 21.35 | 0.00 | 0.00 | 21.35 | USD | 21.35 | 0.00 | 0.00 | 21.35 | USD | FGMTL | RACK & POST ASM 30/34 | FG | 7920 |
| US50 | 0185840301 | 2/28/2025 | 3/17/2025 | 201.000 | 0.000 | 55.000 | 146.00 | ZEA | 711.42 | 0.00 | -194.67 | 516.75 | USD | 711.42 | 0.00 | 194.67 | 516.75 | USD | FGMTL | DISC FOOT REMOVABLE W/PIN 2.1 | FG | 7920 |
| US50 | 018815 | 2/28/2025 | 3/17/2025 | 100.000 | 0.000 | 0.000 | 100.00 | ZEA | 1,185.69 | 0.00 | 0.00 | 1,185.69 | USD | 1,185.69 | 0.00 | 0.00 | 1,185.69 | USD | FGMTL | ADAPTER SERVICE KIT RED KNOB | FG | 7920 |
| US50 | 018917 | 2/28/2025 | 3/17/2025 | 306.000 | 0.000 | 31.000 | 275.00 | ZEA | 532.24 | 0.00 | -53.93 | 478.31 | USD | 532.26 | 0.00 | 53.92 | 478.34 | USD | FGMTL | CRANK ASSY TW W/BOLT & | FG | 7920 |
| US50 | 019141 | 2/28/2025 | 3/17/2025 | 19.000 | 0.000 | 0.000 | 19.00 | ZEA | 455.03 | 0.00 | 0.00 | 455.03 | USD | 455.03 | 0.00 | 0.00 | 455.03 | USD | WIPMTL | GEARBOX 165 HD PRIM RE | WIP | 7900 |
| US50 | 020126 | 2/28/2025 | 3/17/2025 | 172.000 | 0.000 | 0.000 | 172.00 | ZEA | 247.12 | 0.00 | 0.00 | 247.12 | USD | 247.12 | 0.00 | 0.00 | 247.12 | USD | RAWMKS | BEVEL GEAR 7K W/SLOT | RAW | 3000 |
| US50 | 0225270 | 2/28/2025 | 3/17/2025 | 48.000 | 0.000 | 0.000 | 48.00 | ZEA | 4,390.94 | 0.00 | 0.00 | 4,390.94 | USD | 4,390.95 | 0.00 | 0.00 | 4,390.95 | USD | FGMTL | 3.0 IN BN INNER W/LOCK PLAT | FG | 7920 |
| US50 | 0227004300 | 2/28/2025 | 3/17/2025 | 9,300.000 | 0.000 | 0.000 | 9,300.00 | ZEA | 8,823.95 | 0.00 | 0.00 | 8,823.95 | USD | 8,823.93 | 0.00 | 0.00 | 8,823.93 | USD | FGMTL | BOLT 5/8-11 X 3.G | FG | 7920 |
| US50 | 0227005500 | 2/28/2025 | 3/17/2025 | 11,000.000 | 0.000 | 0.000 | 11,000.00 | ZEA | 549.67 | 0.00 | 0.00 | 549.67 | USD | 549.67 | 0.00 | 0.00 | 549.67 | USD | FGMTL | PIN SPRING 1/5X 3/4 | FG | 7920 |
| US50 | 0233000300 | 2/28/2025 | 3/17/2025 | 168.000 | 0.000 | 0.000 | 168.00 | ZEA | 3,047.19 | 0.00 | 0.00 | 3,047.19 | USD | 3,047.19 | 0.00 | 0.00 | 3,047.19 | USD | FGMTL | GSNK RND ADJ WLD 18 | FG | 7920 |
| US50 | 0233010300 | 2/28/2025 | 3/17/2025 | 42.000 | 0.000 | 0.000 | 42.00 | ZEA | 825.51 | 0.00 | 0.00 | 825.51 | USD | 825.49 | 0.00 | 0.00 | 825.49 | USD | FGMTL | GSNK RND ADJ WLD 20 | FG | 7920 |
| US50 | 0233060301 | 2/28/2025 | 3/17/2025 | 32.000 | 0.000 | 0.000 | 32.00 | ZEA | 104.16 | 0.00 | 0.00 | 104.16 | USD | 104.16 | 0.00 | 0.00 | 104.16 | USD | FGMTL | KIT SERVICE PULL PIN A | FG | 7920 |
| US50 | 0233080300 | 2/28/2025 | 3/17/2025 | 98.000 | 0.000 | 0.000 | 98.00 | ZEA | 2,122.03 | 0.00 | 0.00 | 2,122.03 | USD | 2,122.03 | 0.00 | 0.00 | 2,122.03 | USD | FGMTL | GSNK RND ADJ WLD 23 | FG | 7920 |
| US50 | 0233100300 | 2/28/2025 | 3/17/2025 | 300.000 | 0.000 | 0.000 | 300.00 | ZEA | 6,306.00 | 0.00 | 0.00 | 6,306.00 | USD | 6,306.03 | 0.00 | 0.00 | 6,306.03 | USD | FGMTL | ADJ TUBE WLD 20 | FG | 7920 |
| US50 | 0233120300 | 2/28/2025 | 3/17/2025 | 576.000 | 240.000 | 384.000 | 432.00 | ZEA | 15,218.64 | 6,341.10 | -10,145.76 | 11,413.98 | USD | 15,218.74 | 6,341.14 | 10,145.83 | 11,414.05 | USD | FGMTL | ADJ SQ TUBE W/2SET BOLTS | FG | 7920 |
| US50 | 024190 | 2/28/2025 | 3/17/2025 | 27.000 | 0.000 | 27.000 | - | ZEA | 19.57 | 0.00 | -19.57 | - | USD | 19.57 | 0.00 | 19.57 | 0.00 | USD | WIPMTL | HANDLE LATCH HI PROFILE | WIP | 7900 |
| US50 | 024200 | 2/28/2025 | 3/17/2025 | 221.000 | 0.000 | 138.000 | 83.00 | ZEA | 599.84 | 0.00 | -374.56 | 225.28 | USD | 599.84 | 0.00 | 374.59 | 225.25 | USD | FGMTL | COUPLER HIGH PROFILE REPAIR | FG | 7920 |
| US50 | 024202 | 2/28/2025 | 3/17/2025 | 437.000 | 0.000 | 1.000 | 436.00 | ZEA | 990.42 | 0.00 | -2.27 | 988.15 | USD | 990.42 | 0.00 | 2.27 | 988.15 | USD | FGMTL | KIT ADJ HEIGHT COUPLER | FG | 7920 |
| US50 | 0252010201 | 2/28/2025 | 3/17/2025 | 4,845.000 | 0.000 | 110.000 | 4,735.00 | ZEA | 6,058.90 | 0.00 | -137.55 | 5,921.35 | USD | 6,058.87 | 0.00 | 137.55 | 5,921.31 | USD | FGMTL | SNAPPER PIN & CHAIN KIT 5/16 | FG | 7920 |
| US50 | 028242 | 2/28/2025 | 3/17/2025 | 40.000 | 0.000 | 0.000 | 40.00 | ZEA | 1,817.30 | 0.00 | 0.00 | 1,817.30 | USD | 1,817.30 | 0.00 | 0.00 | 1,817.30 | USD | FGMTL | CPLR COL-LOK RND 5K 2 | FG | 7920 |
| US50 | 028243 | 2/28/2025 | 3/17/2025 | 93.000 | 0.000 | 49.000 | 44.00 | ZEA | 3,663.47 | 0.00 | -1,930.21 | 1,733.26 | USD | 3,663.45 | 0.00 | 1,930.20 | 1,733.24 | USD | FGMTL | COUPLER SQUARE MOUNT 7000 LS | FG | 7920 |
| US50 | 028244 | 2/28/2025 | 3/17/2025 | 159.000 | 0.000 | 5.000 | 154.00 | ZEA | 6,069.52 | 0.00 | -190.57 | 5,878.95 | USD | 6,069.93 | 0.00 | 190.88 | 5,879.05 | USD | FGMTL | COUPLER L/BALL 2B 4M | FG | 7920 |
| US50 | 028246 | 2/28/2025 | 3/17/2025 | 300.000 | 0.000 | 0.000 | 300.00 | ZEA | 11,681.52 | 0.00 | 0.00 | 11,681.52 | USD | 11,681.53 | 0.00 | 0.00 | 11,681.53 | USD | FGMTL | CPLR COL-LOK ST 5K 2 | FG | 7920 |
| US50 | 028273 | 2/28/2025 | 3/17/2025 | 40.000 | 0.000 | 0.000 | 40.00 | ZEA | 1,937.15 | 0.00 | 0.00 | 1,937.15 | USD | 1,937.15 | 0.00 | 0.00 | 1,937.15 | USD | FGMTL | CPLR COL-LOK AF 7K 2 | FG | 7920 |
| US50 | 028287 | 2/28/2025 | 3/17/2025 | 1,808.000 | 0.000 | 11.000 | 1,797.00 | ZEA | 81,795.86 | 0.00 | -497.65 | 81,298.21 | USD | 81,795.73 | 0.00 | 497.65 | 81,298.08 | USD | FGMTL | COUPLER L/BALL 2B 8L 7000LB | FG | 7920 |
| US50 | 02828720 | 2/28/2025 | 3/17/2025 | 723.000 | 0.000 | 0.000 | 723.00 | ZEA | 33,099.22 | 0.00 | 0.00 | 33,099.22 | USD | 33,099.22 | 0.00 | 0.00 | 33,099.22 | USD | FGMTL | COUPLER A FRAME 7000 4C LABEL | FG | 7920 |
| US50 | 028288 | 2/28/2025 | 3/17/2025 | 534.000 | 0.000 | 32.000 | 502.00 | ZEA | 23,552.64 | 0.00 | -1,411.39 | 22,141.25 | USD | 23,552.70 | 0.00 | 1,411.40 | 22,141.30 | USD | FGMTL | COUPLER L/BALL 2B 8L 5000LB | FG | 7920 |
| US50 | 028295 | 2/28/2025 | 3/17/2025 | 198.000 | 0.000 | 0.000 | 198.00 | ZEA | 8,603.34 | 0.00 | 0.00 | 8,603.34 | USD | 8,603.34 | 0.00 | 0.00 | 8,603.34 | USD | FGMTL | CPLR COL-LOK AF 7K 2 | FG | 7920 |
| US50 | 028381 | 2/28/2025 | 3/17/2025 | 33.000 | 0.000 | 17.000 | 16.00 | ZEA | 1,574.26 | 0.00 | -810.98 | 763.28 | USD | 1,574.27 | 0.00 | 810.99 | 763.28 | USD | FGMTL | COUPLER LOCK BULK/50 | FG | 7920 |
| US50 | 028382 | 2/28/2025 | 3/17/2025 | 865.000 | 0.000 | 110.000 | 755.00 | ZEA | 34,968.34 | 0.00 | -4,446.85 | 30,521.49 | USD | 34,968.51 | 0.00 | 4,446.86 | 30,521.65 | USD | FGMTL | COUPLER 5000-LB W 3 SQ CHANNEL | FG | 7920 |
| US50 | 02838205 | 2/28/2025 | 3/17/2025 | 28.000 | 0.000 | 0.000 | 28.00 | ZEA | 1,131.93 | 0.00 | 0.00 | 1,131.93 | USD | 1,131.93 | 0.00 | 0.00 | 1,131.93 | USD | FGUSP | COUPLER 5000LB W 3 SQ CHANNEL | FG | 7920 |
| US50 | 028383 | 2/28/2025 | 3/17/2025 | 20.000 | 0.000 | 5.000 | 15.00 | ZEA | 759.99 | 0.00 | -197.50 | 562.49 | USD | 759.92 | 0.00 | 197.49 | 562.43 | USD | FGMTL | COUPLER ROUND STRAIGHT MOUNT | FG | 7920 |
| US50 | 028384 | 2/28/2025 | 3/17/2025 | 279.000 | 0.000 | 4.000 | 275.00 | ZEA | 12,082.09 | 0.00 | -173.22 | 11,908.87 | USD | 12,082.10 | 0.00 | 173.22 | 11,908.88 | USD | FGMTL | COUPLER LOCKLESS BALL 2BB-H | FG | 7920 |
| US50 | 028386 | 2/28/2025 | 3/17/2025 | 87.000 | 0.000 | 11.000 | 76.00 | ZEA | 3,751.87 | 0.00 | -474.37 | 3,277.50 | USD | 3,751.89 | 0.00 | 474.38 | 3,277.51 | USD | FGMTL | COUPLER LOCKLESS BALL 3BB-H | FG | 7920 |
| US50 | 028387 | 2/28/2025 | 3/17/2025 | 1,199.000 | 0.000 | 46.000 | 1,153.00 | ZEA | 49,674.88 | 0.00 | -1,905.78 | 47,769.10 | USD | 49,674.88 | 0.00 | 1,905.79 | 47,769.09 | USD | FGMTL | COUPLER L/BALL 3BB-H 7000LB | FG | 7920 |
| US50 | 02838720 | 2/28/2025 | 3/17/2025 | 175.000 | 0.000 | 0.000 | 175.00 | ZEA | 7,444.49 | 0.00 | 0.00 | 7,444.49 | USD | 7,444.49 | 0.00 | 0.00 | 7,444.49 | USD | FGMTL | COUPLER STRT CHANL 3 WIDTH | FG | 7920 |
| US50 | 028390 | 2/28/2025 | 3/17/2025 | 633.000 | 0.000 | 33.000 | 600.00 | ZEA | 27,419.23 | 0.00 | -1,429.44 | 25,989.79 | USD | 27,419.28 | 0.00 | 1,429.44 | 25,989.84 | USD | FGMTL | ADJUSTABLE COUPLER 386M | FG | 7920 |
| US50 | 028419 | 2/28/2025 | 3/17/2025 | 150.000 | 0.000 | 0.000 | 150.00 | ZEA | 9,686.94 | 0.00 | 0.00 | 9,686.94 | USD | 9,686.94 | 0.00 | 0.00 | 9,686.94 | USD | FGMTL | CPLR COL-LOK AF 12.5K | FG | 7920 |
| US50 | 028420 | 2/28/2025 | 3/17/2025 | 346.000 | 0.000 | 0.000 | 346.00 | ZEA | 17,174.01 | 0.00 | 0.00 | 17,174.01 | USD | 17,174.02 | 0.00 | 0.00 | 17,174.02 | USD | FGMTL | CPLR COL-LOK AF 12.5K | FG | 7920 |
| US50 | 028442 | 2/28/2025 | 3/17/2025 | 168.000 | 0.000 | 7.000 | 161.00 | ZEA | 8,878.59 | 0.00 | -369.94 | 8,508.65 | USD | 8,878.59 | 0.00 | 369.94 | 8,508.65 | USD | FGMTL | COUPLER ROUND TUBE MNT 12500# | FG | 7920 |
| US50 | 028444 | 2/28/2025 | 3/17/2025 | 101.000 | 100.000 | 52.000 | 149.00 | ZEA | 4,223.36 | 4,181.60 | -2,174.42 | 6,230.54 | USD | 4,223.41 | 4,181.59 | 2,174.43 | 6,230.57 | USD | FGMTL | COUPLER SQUARE RECT MOUNT | FG | 7920 |
| US50 | 028461 | 2/28/2025 | 3/17/2025 | 99.000 | 0.000 | 3.000 | 96.00 | ZEA | 5,488.65 | 0.00 | -166.32 | 5,322.33 | USD | 5,488.65 | 0.00 | 166.32 | 5,322.33 | USD | FGMTL | CPLR COL-LOK RND 12.5K | FG | 7920 |
| US50 | 028462 | 2/28/2025 | 3/17/2025 | 527.000 | 0.000 | 18.000 | 509.00 | ZEA | 23,064.68 | 0.00 | -787.80 | 22,276.88 | USD | 23,064.81 | 0.00 | 787.79 | 22,277.02 | USD | FGMTL | COUPLER L/BALL 4B 4H | FG | 7920 |
| US50 | 028463 | 2/28/2025 | 3/17/2025 | 267.000 | 200.000 | 13.000 | 454.00 | ZEA | 12,301.14 | 9,214.28 | -598.92 | 20,916.50 | USD | 12,301.05 | 9,214.27 | 598.93 | 20,916.39 | USD | FGMTL | COUPLER A FRAME TONGUE MOUNT | FG | 7920 |
| US50 | 02846320 | 2/28/2025 | 3/17/2025 | 108.000 | 0.000 | 0.000 | 108.00 | ZEA | 5,030.69 | 0.00 | 0.00 | 5,030.69 | USD | 5,030.70 | 0.00 | 0.00 | 5,030.70 | USD | FGMTL | COUPLER AFRAME 12500 LB 2-5/16 | FG | 7920 |
| US50 | 028482 | 2/28/2025 | 3/17/2025 | 112.000 | 0.000 | 0.000 | 112.00 | ZEA | 5,276.83 | 0.00 | 0.00 | 5,276.83 | USD | 5,276.85 | 0.00 | 0.00 | 5,276.85 | USD | FGMTL | CPLR COL-LOK AF 12.5K | FG | 7920 |
| US50 | 028492 | 2/28/2025 | 3/17/2025 | 104.000 | 0.000 | 0.000 | 104.00 | ZEA | 5,186.43 | 0.00 | 0.00 | 5,186.43 | USD | 5,186.43 | 0.00 | 0.00 | 5,186.43 | USD | FGMTL | CPLR COL-LOK AF 12.5K | FG | 7920 |
| US50 | 028499 | 2/28/2025 | 3/17/2025 | 469.000 | 0.000 | 40.000 | 429.00 | ZEA | 22,192.61 | 0.00 | -1,892.78 | 20,299.83 | USD | 22,192.70 | 0.00 | 1,892.77 | 20,299.93 | USD | FGMTL | COUPLER COLLAR LOK A FRAME | FG | 7920 |
| US50 | 028517 | 2/28/2025 | 3/17/2025 | 48.000 | 0.000 | 0.000 | 48.00 | ZEA | 1,733.47 | 0.00 | 0.00 | 1,733.47 | USD | 1,733.46 | 0.00 | 0.00 | 1,733.46 | USD | FGMTL | CPLR COL-LOK AF 12.5K | FG | 7920 |
| US50 | 028582 | 2/28/2025 | 3/17/2025 | 50.000 | 0.000 | 0.000 | 50.00 | ZEA | 2,071.05 | 0.00 | 0.00 | 2,071.05 | USD | 2,071.05 | 0.00 | 0.00 | 2,071.05 | USD | FGMTL | CPLR COL-LOK RND 12.5K | FG | 7920 |
| US50 | 028584 | 2/28/2025 | 3/17/2025 | 263.000 | 250.000 | 160.000 | 353.00 | ZEA | 11,185.61 | 10,632.70 | -6,804.93 | 15,013.38 | USD | 11,185.62 | 10,632.72 | 6,804.94 | 15,013.40 | USD | FGMTL | CPLR-FG, COL-LOC ADJ 3S | FG | 7920 |
| US50 | 028585 | 2/28/2025 | 3/17/2025 | 827.000 | 1.000 | 63.000 | 765.00 | ZEA | 35,586.19 | 43.03 | -2,710.91 | 32,918.31 | USD | 35,586.12 | 43.03 | 2,710.91 | 32,918.23 | USD | FGMTL | COUPLER RIGID MOUNT ADJUSTABLE | FG | 7920 |
| US50 | 028630 | 2/28/2025 | 3/17/2025 | 698.000 | 0.000 | 8.000 | 690.00 | ZEA | 30,695.78 | 0.00 | -351.82 | 30,343.96 | USD | 30,695.82 | 0.00 | 351.81 | 30,344.01 | USD | FGMTL | COUPLER BALL ADJUSTABLE 12500 | FG | 7920 |
| US50 | 02863020 | 2/28/2025 | 3/17/2025 | 850.000 | 0.000 | 0.000 | 850.00 | ZEA | 48,469.41 | 0.00 | 0.00 | 48,469.41 | USD | 48,469.43 | 0.00 | 0.00 | 48,469.45 | USD | FGMTL | COUPLER BALL ADJUSTABLE 12500 | FG | 7920 |
| US50 | 028655 | 2/28/2025 | 3/17/2025 | 108.000 | 50.000 | 6.000 | 152.00 | ZEA | 6,789.35 | 3,143.22 | -377.18 | 9,555.39 | USD | 6,789.35 | 3,143.22 | 377.19 | 9,555.38 | USD | FGMTL | COUPLER COLLAR LOK A FRAME | FG | 7920 |
| US50 | 028656 | 2/28/2025 | 3/17/2025 | 39.000 | 0.000 | 2.000 | 37.00 | ZEA | 2,430.47 | 0.00 | -124.64 | 2,305.83 | USD | 2,430.47 | 0.00 | 124.64 | 2,305.83 | USD | FGMTL | CPLR COL-LOK AF 15K | FG | 7920 |
| US50 | 028657 | 2/28/2025 | 3/17/2025 | 231.000 | 0.000 | 33.000 | 198.00 | ZEA | 16,333.69 | 0.00 | -2,333.39 | 14,000.30 | USD | 16,333.70 | 0.00 | 2,333.39 | 14,000.31 | USD | FGMTL | COUPLER ADJ CHANNEL MOUNT | FG | 7920 |
| US50 | 0236710301 | 2/28/2025 | 3/17/2025 | 167.000 | 0.000 | 0.000 | 167.00 | ZEA | 9,599.45 | 0.00 | 0.00 | 9,599.45 | USD | 9,599.45 | 0.00 | 0.00 | 9,599.45 | USD | FGMTL | GSNK RND 20K 2-5/16 | FG | 7920 |
| US50 | 0237600300 | 2/28/2025 | 3/17/2025 | 685.000 | 0.000 | 25.000 | 660.00 | ZEA | 51,789.70 | 0.00 | -1,890.14 | 49,899.56 | USD | 51,789.64 | 0.00 | 1,890.13 | 49,899.50 | USD | FGMTL | COUPLER 20K ADJ GOOSENECK | FG | 7920 |
| US50 | 0237610300 | 2/28/2025 | 3/17/2025 | 140.000 | 29.000 | 74.000 | 95.00 | ZEA | 8,032.59 | 1,663.92 | -4,245.81 | 5,450.70 | USD | 8,032.70 | 1,663.92 | 4,245.85 | 5,450.76 | USD | FGMTL | COUPLER 20K ADJ GOOSENECK | FG | 7920 |
| US50 | 0237620300 | 2/28/2025 | 3/17/2025 | 93.000 | 0.000 | 15.000 | 78.00 | ZEA | 6,890.77 | 0.00 | -783.04 | 6,107.73 | USD | 6,890.78 | 0.00 | 783.04 | 6,107.74 | USD | FGMTL | COUPLER 20K ADJ GOOSENECK | FG | 7920 |
| US50 | 0237650300 | 2/28/2025 | 3/17/2025 | 48.000 | 0.000 | 7.000 | 41.00 | ZEA | 2,809.36 | 0.00 | -409.71 | 2,399.65 | USD | 2,809.37 | 0.00 | 409.70 | 2,399.67 | USD | FGMTL | CPLR GSNK RND20K 2-5/16 | FG | 7920 |
| US50 | 0237660300 | 2/28/2025 | 3/17/2025 | 108.000 | 0.000 | 0.000 | 108.00 | ZEA | 8,120.13 | 0.00 | 0.00 | 8,120.13 | USD | 8,120.14 | 0.00 | 0.00 | 8,120.14 | USD | FGMTL | CPLR GSNK RND 20K 2-5/16 | FG | 7920 |
| US50 | 0237690300 | 2/28/2025 | 3/17/2025 | 61.000 | 0.000 | 14.000 | 47.00 | ZEA | 3,547.68 | 0.00 | -814.22 | 2,733.46 | USD | 3,547.70 | 0.00 | 814.23 | 2,733.47 | USD | FGMTL | COUPLER 20K FIXED BASE GOOSNCK | FG | 7920 |
| US50 | 0237710300 | 2/28/2025 | 3/17/2025 | 258.000 | 0.000 | 1.000 | 257.00 | ZEA | 13,630.84 | 0.00 | -52.83 | 13,578.01 | USD | 13,630.84 | 0.00 | 52.83 | 13,578.01 | USD | FGMTL | CPLR GSNK RND 20K 2-5/16 | FG | 7920 |
| US50 | 0237740300 | 2/28/2025 | 3/17/2025 | 890.000 | 0.000 | 52.000 | 838.00 | ZEA | 32,528.26 | 0.00 | -1,900.54 | 30,627.72 | USD | 32,528.25 | 0.00 | 1,900.53 | 30,627.73 | USD | FGMTL | KIT-ROUND GOOSENECK REPL PARTS | FG | 7920 |
| US50 | 0237790300 | 2/28/2025 | 3/17/2025 | 26.000 | 0.000 | 2.000 | 24.00 | ZEA | 1,996.26 | 0.00 | -153.56 | 1,842.70 | USD | 1,996.27 | 0.00 | 153.56 | 1,842.71 | USD | FGMTL | CPLR GSNK PRO SERIES 2 | FG | 7920 |
| US50 | 0237800300 | 2/28/2025 | 3/17/2025 | 58.000 | 0.000 | 3.000 | 55.00 | ZEA | 5,052.67 | 0.00 | -261.35 | 4,791.32 | USD | 5,052.66 | 0.00 | 261.34 | 4,791.32 | USD | FGMTL | CPLR GSNK PRO SERIES 2 | FG | 7920 |
| US50 | 0237820300 | 2/28/2025 | 3/17/2025 | 89.000 | 0.000 | 0.000 | 89.00 | ZEA | 7,931.64 | 0.00 | 0.00 | 7,931.64 | USD | 7,931.66 | 0.00 | 0.00 | 7,931.66 | USD | FGMTL | CPLR GSNK PRO SERIES 2 | FG | 7920 |
| US50 | 0238660300 | 2/28/2025 | 3/17/2025 | 128.000 | 0.000 | 24.000 | 104.00 | ZEA | 8,622.29 | 0.00 | -1,616.68 | 7,005.61 | USD | 8,622.28 | 0.00 | 1,616.68 | 7,005.61 | USD | FGMTL | CPLR GSNK SQ 25K 2-5/16 | FG | 7920 |
| US50 | 023900 | 2/28/2025 | 3/17/2025 | 101.000 | 1.000 | 3.000 | 99.00 | ZEA | 17,433.16 | 172.61 | -517.83 | 17,087.94 | USD | 17,433.23 | 172.61 | 517.82 | 17,088.02 | USD | FGMTL | COUPLER 30K ADJ SQUARE GOOSENECK | FG | 7920 |
| US50 | 0239250300 | 2/28/2025 | 3/17/2025 | 978.000 | 0.000 | 17.000 | 961.00 | ZEA | 95,938.99 | 0.00 | -1,667.64 | 94,271.35 | USD | 95,939.12 | 0.00 | 1,667.65 | 94,271.47 | USD | FGMTL | COUPLER 25K ADJ ROUND GOOSENECK | FG | 7920 |
| US50 | 0239260300 | 2/28/2025 | 3/17/2025 | 341.000 | 0.000 | 25.000 | 316.00 | ZEA | 32,088.23 | 0.00 | -2,352.51 | 29,735.72 | USD | 32,088.17 | 0.00 | 2,352.51 | 29,735.67 | USD | FGMTL | CPLR GSNK RND 25K 2-5/16 | FG | 7920 |
| US50 | 0239330300 | 2/28/2025 | 3/17/2025 | 96.000 | 0.000 | 0.000 | 96.00 | ZEA | 6,141.77 | 0.00 | 0.00 | 6,141.77 | USD | 6,141.78 | 0.00 | 0.00 | 6,141.73 | USD | FGMTL | CPLR GSNK RND 25K 2-5/16 | FG | 7920 |
| US50 | 0239340317 | 2/28/2025 | 3/17/2025 | 406.000 | 0.000 | 23.000 | 383.00 | ZEA | 29,851.98 | 0.00 | -1,691.12 | 28,160.86 | USD | 29,851.98 | 0.00 | 1,691.12 | 28,160.86 | USD | FGMTL | COUPLER GOOSENECK PRIME | FG | 7920 |
| US50 | 0239360300 | 2/28/2025 | 3/17/2025 | 62.000 | 0.000 | 0.000 | 62.00 | ZEA | 5,900.03 | 0.00 | 0.00 | 5,900.03 | USD | 5,900.03 | 0.00 | 0.00 | 5,900.03 | USD | FGMTL | CPLR GSNK RND 25K 2-5/16 | FG | 7920 |
| US50 | 0239380300 | 2/28/2025 | 3/17/2025 | 69.000 | 0.000 | 0.000 | 69.00 | ZEA | 12,155.90 | 0.00 | 0.00 | 12,155.90 | USD | 12,155.91 | 0.00 | 0.00 | 12,155.91 | USD | FGMTL | CPLR GSNK SQ 30K 2-5/16 | FG | 7920 |
| US50 | 0239390300 | 2/28/2025 | 3/17/2025 | 22.000 | 0.000 | 0.000 | 22.00 | ZEA | 2,257.88 | 0.00 | 0.00 | 2,257.88 | USD | 2,257.88 | 0.00 | 0.00 | 2,257.88 | USD | FGMTL | CPLR GSNK RND 25K 2-5/16 | FG | 7920 |
| US50 | 0239410300 | 2/28/2025 | 3/17/2025 | 49.000 | 0.000 | 0.000 | 49.00 | ZEA | 6,925.17 | 0.00 | 0.00 | 6,925.17 | USD | 6,925.18 | 0.00 | 0.00 | 6,925.18 | USD | FGMTL | CPLR GSNK SQ 30K 2-5/16 | FG | 7920 |

CONFIDENTIAL ONSET_00032828
FBG_CH1_00091500

EXHIBIT A (3)

CONFIDENTIAL

ONSET_00032829
FBG_CH1_00091501

**DEBTORS' EXHIBIT NO. 175**
**Page 1276 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1276 of 1907**

EXHIBIT A (3)

CONFIDENTIAL

ONSET_00032830
FBG_CH1_00091502

**DEBTORS' EXHIBIT NO. 175**
**Page 1277 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1277 of 1907**

EXHIBIT A (3)

CONFIDENTIAL

ONSET_00032831
FBG_CH1_00091503

**DEBTORS' EXHIBIT NO. 175**
**Page 1278 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1278 of 1907**

EXHIBIT A (3)

CONFIDENTIAL

ONSET_00032832
FBG_CH1_00091504

**DEBTORS' EXHIBIT NO. 175**
**Page 1279 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1279 of 1907**

EXHIBIT A (1)

CONFIDENTIAL

ONSET_00032833
FBG_CH1_00091505

**DEBTORS' EXHIBIT NO. 175**
**Page 1280 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1280 of 1907**

EXHIBIT A (5)


CONFIDENTIAL

ONSET_00032834
FBG_CH1_00091506

**DEBTORS' EXHIBIT NO. 175**
**Page 1281 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1281 of 1907**

EXHIBIT A (3)

CONFIDENTIAL

ONSET_00032835
FBG_CH1_00091507

DEBTORS' EXHIBIT NO. 175
Page 1282 of 1907
JOINT EXHIBIT NO. 51
Page 1282 of 1907

EXHIBIT A (3)

CONFIDENTIAL

ONSET_00032836
FBG_CH1_00091508

DEBTORS' EXHIBIT NO. 175
Page 1283 of 1907
JOINT EXHIBIT NO. 51
Page 1283 of 1907

EXHIBIT A (3)

CONFIDENTIAL

ONSET_00032837
FBG_CH1_00091509

**DEBTORS' EXHIBIT NO. 175**
**Page 1284 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1284 of 1907**

EXHIBIT A (3)

[Dense inventory/lease schedule table — columns of part numbers, dates, quantities, dollar amounts, and item descriptions — illegible at this resolution]

CONFIDENTIAL

ONSET_00032838
FBG_CH1_00091510

**DEBTORS' EXHIBIT NO. 175**
**Page 1285 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1285 of 1907**

EXHIBIT A (3)

CONFIDENTIAL

ONSET_00032839
FBG_CH1_00091511

**DEBTORS' EXHIBIT NO. 175**
**Page 1286 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1286 of 1907**

EXHIBIT A (3)

CONFIDENTIAL

ONSET_00032840
FBG_CH1_00091512

**DEBTORS' EXHIBIT NO. 175**
**Page 1287 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1287 of 1907**

EXHIBIT A (3)

CONFIDENTIAL

ONSET_00032841
FBG_CH1_00091513

**DEBTORS' EXHIBIT NO. 175**
**Page 1288 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1288 of 1907**

EXHIBIT A (3)

CONFIDENTIAL

ONSET_00032842
FBG_CH1_00091514

**DEBTORS' EXHIBIT NO. 175**
**Page 1289 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1289 of 1907**

EXHIBIT A (3)

CONFIDENTIAL

ONSET_00032843
FBG_CH1_00091515

**DEBTORS' EXHIBIT NO. 175**
**Page 1290 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1290 of 1907**

EXHIBIT A (3)

| | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US50 | 59507 | 2/28/2025 | 3/17/2025 | 1.000 | 0.000 | 0.000 | 1.00 | ZEA | 96.37 | 0.00 | 0.00 | 96.37 | USD | 96.37 | 0.00 | 0.00 | 96.37 | USD | FGB-S | CARGO CARRIER 1.25 ROLA | FG | 7930 |
| US50 | 5973 | 2/28/2025 | 3/17/2025 | 675.000 | 0.000 | 25.000 | 650.00 | ZEA | 8,780.69 | 0.00 | -320.38 | 8,460.31 | USD | 8,755.60 | 0.00 | 320.39 | 8,460.26 | USD | FGB-S | BALL GOOSENK 2-5/16 ZINC | FG | 7930 |
| US50 | 59742 | 2/28/2025 | 3/17/2025 | 271.000 | 0.000 | 0.000 | 271.00 | ZEA | 59,460.71 | 0.00 | 0.00 | 59,460.71 | USD | 59,460.71 | 0.00 | 0.00 | 59,460.71 | USD | FGB-S | TRUCKRACK (1600) ROLA | FG | 7930 |
| US50 | 59799 | 2/28/2025 | 3/17/2025 | 834.000 | 0.000 | 0.000 | 834.00 | ZEA | 168,929.43 | 0.00 | 0.00 | 168,929.43 | USD | 168,929.40 | 0.00 | 0.00 | 168,929.40 | USD | FGB-S | TRUCKRACK TOYOTA | FG | 7930 |
| US50 | 59799-HK2 | 2/28/2025 | 3/17/2025 | 49.000 | 0.000 | 0.000 | 49.00 | ZEA | 940.91 | 0.00 | 0.00 | 940.91 | USD | 940.91 | 0.00 | 0.00 | 940.91 | USD | FGB-S | KIT HARDWARE | FG | 7930 |
| US50 | 5A316K | 2/28/2025 | 3/17/2025 | 1.000 | 0.000 | 0.000 | 1.00 | ZEA | 385.58 | 0.00 | 0.00 | 385.58 | USD | 385.58 | 0.00 | 0.00 | 385.58 | USD | FGMTL | 5TH AIR 16K COMBO | FG | 7920 |
| US50 | 600051 | 2/28/2025 | 3/17/2025 | 38.000 | 0.000 | 0.000 | 38.00 | ZEA | - | 0.00 | 0.00 | - | USD | 0.00 | 0.00 | 0.00 | 0.00 | USD | FGMXG | A-FRAME JACK SPL STAND | FG | 7930 |
| US50 | 6005 | 2/28/2025 | 3/17/2025 | 34.000 | 0.000 | 0.000 | 34.00 | ZEA | 905.63 | 0.00 | 0.00 | 905.63 | USD | 905.63 | 0.00 | 0.00 | 905.63 | USD | FGELE | SHOE & LINING (WHL) | FG | 7920 |
| US50 | 610007 | 2/28/2025 | 3/17/2025 | 1,294.000 | 0.000 | 0.000 | 1,294.00 | ZEA | 29,919.83 | 0.00 | 0.00 | 29,919.83 | USD | 29,919.69 | 0.00 | 0.00 | 29,919.69 | USD | FGMTL | JACK 2TS-15-D | FG | 7920 |
| US50 | 610231 | 2/28/2025 | 3/17/2025 | 50.000 | 0.000 | 0.000 | 50.00 | ZEA | 988.46 | 0.00 | 0.00 | 988.46 | USD | 988.46 | 0.00 | 0.00 | 988.46 | USD | FGMTL | JACK 2TX-10-DX | FG | 7920 |
| US50 | 6109-BSI | 2/28/2025 | 3/17/2025 | 15.000 | 0.000 | 0.000 | 15.00 | ZEA | 311.03 | 0.00 | 0.00 | 311.03 | USD | 311.03 | 0.00 | 0.00 | 311.03 | USD | FGELE | MAGNET AL-KO | FG | 7920 |
| US50 | 6109-NAPA | 2/28/2025 | 3/17/2025 | 24.000 | 0.000 | 0.000 | 24.00 | ZEA | 493.49 | 0.00 | 0.00 | 493.49 | USD | 493.49 | 0.00 | 0.00 | 493.49 | USD | FGELE | MAGNET AL-KO | FG | 7920 |
| US50 | 61300 | 2/28/2025 | 3/17/2025 | 19.000 | 0.000 | 0.000 | 19.00 | ZEA | 2,443.01 | 0.00 | 0.00 | 2,443.01 | USD | 2,443.01 | 0.00 | 0.00 | 2,443.01 | USD | FGMTL | TURRET FOR SILEWINDER | FG | 7920 |
| US50 | 61301 | 2/28/2025 | 3/17/2025 | 454.000 | 4.000 | 116.000 | 342.00 | ZEA | 8,212.71 | 72.36 | -2,098.41 | 6,186.66 | USD | 8,212.78 | 72.36 | 2,098.42 | 6,186.72 | USD | FGMTL | KIT TURRET SPACER | FG | 7920 |
| US50 | 61500 | 2/28/2025 | 3/17/2025 | 103.000 | 0.000 | 0.000 | 103.00 | ZEA | 1,176.98 | 0.00 | 0.00 | 1,176.98 | USD | 1,176.98 | 0.00 | 0.00 | 1,176.98 | USD | FGMTL | LH REVOLUTION WING | FG | 7920 |
| US50 | 61501 | 2/28/2025 | 3/17/2025 | 95.000 | 0.000 | 0.000 | 95.00 | ZEA | 1,096.84 | 0.00 | 0.00 | 1,096.84 | USD | 1,096.84 | 0.00 | 0.00 | 1,096.84 | USD | FGMTL | RH REVOLUTION WING | FG | 7920 |
| US50 | 620009MC | 2/28/2025 | 3/17/2025 | 93.000 | 0.000 | 47.000 | 46.00 | ZEA | 2,934.18 | 0.00 | -1,482.87 | 1,451.31 | USD | 2,934.18 | 0.00 | 1,482.87 | 1,451.32 | USD | FGMTL | JACK 5SS-10-DX | FG | 7920 |
| US50 | 620011MC | 2/28/2025 | 3/17/2025 | 30.000 | 34.000 | 18.000 | 46.00 | ZEA | 1,057.15 | 1,198.10 | -634.29 | 1,620.96 | USD | 1,057.15 | 1,198.10 | 634.39 | 1,620.97 | USD | FGMTL | JACK 5SS-15-DX | FG | 7920 |
| US50 | 620023 | 2/28/2025 | 3/17/2025 | 400.000 | 0.000 | 3.000 | 397.00 | ZEA | 12,454.48 | 0.00 | -93.41 | 12,361.07 | USD | 12,454.44 | 0.00 | 93.41 | 12,361.04 | USD | FGMTL | JACK 5SM-15-D | FG | 7920 |
| US50 | 620057 | 2/28/2025 | 3/17/2025 | 52.000 | 0.000 | 0.000 | 52.00 | ZEA | 1,737.58 | 0.00 | 0.00 | 1,737.58 | USD | 1,737.55 | 0.00 | 0.00 | 1,737.55 | USD | FGMTL | JACK 7SM-10-D | FG | 7920 |
| US50 | 620225 | 2/28/2025 | 3/17/2025 | 1,012.000 | 0.000 | 16.000 | 996.00 | ZEA | 30,738.86 | 0.00 | -485.99 | 30,252.87 | USD | 30,738.85 | 0.00 | 485.99 | 30,252.86 | USD | FGB-S | JACK 3SMX-15-DX9/16 PI | FG | 7930 |
| US50 | 620239 | 2/28/2025 | 3/17/2025 | 9.000 | 300.000 | 0.000 | 309.00 | ZEA | 269.08 | 8,969.46 | 0.00 | 9,238.54 | USD | 269.08 | 8,969.46 | 0.00 | 9,238.54 | USD | FGMTL | JACK, SW 2" OT, 15"TRAVEL | FG | 7920 |
| US50 | 620260 | 2/28/2025 | 3/17/2025 | 900.000 | 0.000 | 0.000 | 900.00 | ZEA | 22,822.20 | 0.00 | 0.00 | 22,822.20 | USD | 22,822.27 | 0.00 | 0.00 | 22,822.27 | USD | FGB-S | JACK 3SSX-15-DX | FG | 7930 |
| US50 | 620308 | 2/28/2025 | 3/17/2025 | 799.000 | 0.000 | 0.000 | 799.00 | ZEA | 23,596.07 | 0.00 | 0.00 | 23,596.07 | USD | 23,596.07 | 0.00 | 0.00 | 23,596.07 | USD | FGB-S | JACK 3SMX-15-DX | FG | 7930 |
| US50 | 620312 | 2/28/2025 | 3/17/2025 | 504.000 | 0.000 | 83.000 | 421.00 | ZEA | 16,730.84 | 0.00 | -2,738.57 | 13,992.27 | USD | 16,730.80 | 0.00 | 2,738.56 | 13,992.24 | USD | FGMTL | JACK 5X-15-D G PIN | FG | 7920 |
| US50 | 620318 | 2/28/2025 | 3/17/2025 | 70.000 | 0.000 | 0.000 | 70.00 | ZEA | 2,270.57 | 0.00 | 0.00 | 2,270.57 | USD | 2,270.57 | 0.00 | 0.00 | 2,270.57 | USD | FGMTL | JACK 2SMX 8 D | FG | 7920 |
| US50 | 620323 | 2/28/2025 | 3/17/2025 | 53.000 | 0.000 | 0.000 | 53.00 | ZEA | 2,002.16 | 0.00 | 0.00 | 2,002.16 | USD | 2,002.16 | 0.00 | 0.00 | 2,002.16 | USD | FGB-S | JACK 3SMX-15-DX | FG | 7930 |
| US50 | 620344 | 2/28/2025 | 3/17/2025 | 1,050.000 | 0.000 | 0.000 | 1,050.00 | ZEA | 23,304.37 | 0.00 | 0.00 | 23,304.37 | USD | 23,304.42 | 0.00 | 0.00 | 23,304.42 | USD | FGB-S | JACK 3SMX-10-DX | FG | 7930 |
| US50 | 62167 | 2/28/2025 | 3/17/2025 | 56.000 | 0.000 | 0.000 | 56.00 | ZEA | 3,509.72 | 0.00 | 0.00 | 3,509.72 | USD | 3,509.69 | 0.00 | 0.00 | 3,509.69 | USD | FGMTL | BALL MOUNT W/HARDWARE | FG | 7920 |
| US50 | 623 | 2/28/2025 | 3/17/2025 | 699.000 | 0.000 | 0.000 | 699.00 | ZEA | 3,880.57 | 0.00 | 0.00 | 3,880.57 | USD | 3,880.57 | 0.00 | 0.00 | 3,880.57 | USD | RAWWIA | CONCTR 4WAY METAL MALE | RAW | 3000 |
| US50 | 629 | 2/28/2025 | 3/17/2025 | 39.000 | 0.000 | 0.000 | 39.00 | ZEA | 363.76 | 0.00 | 0.00 | 363.76 | USD | 363.76 | 0.00 | 0.00 | 363.76 | USD | RAWPUP | CONCTR 6WAY METAL MALE | RAW | 3000 |
| US50 | 630 | 2/28/2025 | 3/17/2025 | 514.000 | 0.000 | 0.000 | 514.00 | ZEA | 3,564.74 | 0.00 | 0.00 | 3,564.74 | USD | 3,564.74 | 0.00 | 0.00 | 3,564.74 | USD | FGB-S | CONCTR 6WAY METAL FEMALE | FG | 7930 |
| US50 | 6300 | 2/28/2025 | 3/17/2025 | 1.000 | 0.000 | 1.000 | - | ZEA | 106.52 | 0.00 | -106.52 | - | USD | 106.52 | 0.00 | 106.52 | 0.00 | USD | FGMTL | REMOVE-A-BALL GOOSENECK | FG | 7920 |
| US50 | 6301020 | 2/28/2025 | 3/17/2025 | 291.000 | 0.000 | 0.000 | 291.00 | ZEA | 6,357.29 | 0.00 | 0.00 | 6,357.29 | USD | 6,357.28 | 0.00 | 0.00 | 6,357.28 | USD | FGB-S | PINTLE COMBO 17/8 BALL | FG | 7930 |
| US50 | 6301120 | 2/28/2025 | 3/17/2025 | 162.000 | 0.000 | 21.000 | 141.00 | ZEA | 3,654.90 | 0.00 | -473.77 | 3,181.13 | USD | 3,654.85 | 0.00 | 473.78 | 3,181.07 | USD | FGB-S | PINTLE COMBO 2INCH BALL | FG | 7930 |
| US50 | 6301220 | 2/28/2025 | 3/17/2025 | 545.000 | 0.000 | 101.000 | 444.00 | ZEA | 12,550.88 | 0.00 | -2,325.95 | 10,224.93 | USD | 12,550.92 | 0.00 | 2,325.95 | 10,224.97 | USD | FGB-S | PINTLE COMBO 25/16 BALL | FG | 7930 |
| US50 | 63013 | 2/28/2025 | 3/17/2025 | 70.000 | 0.000 | 0.000 | 70.00 | ZEA | 1,195.34 | 0.00 | 0.00 | 1,195.34 | USD | 1,195.33 | 0.00 | 0.00 | 1,195.33 | USD | FGB-S | PINTLE HOOK 5TON | FG | 7930 |
| US50 | 63014 | 2/28/2025 | 3/17/2025 | 168.000 | 8.000 | 53.000 | 123.00 | ZEA | 3,033.97 | 144.48 | -957.15 | 2,221.30 | USD | 3,034.02 | 144.48 | 957.17 | 2,221.33 | USD | FGB-S | PINTLE HOOK 10TON | FG | 7930 |
| US50 | 63015 | 2/28/2025 | 3/17/2025 | 130.000 | 0.000 | 15.000 | 115.00 | ZEA | 2,410.03 | 0.00 | -278.08 | 2,131.95 | USD | 2,410.05 | 0.00 | 278.08 | 2,131.97 | USD | FGB-S | PINTLE HOOK 15TON | FG | 7930 |
| US50 | 63016 | 2/28/2025 | 3/17/2025 | 2,463.000 | 0.000 | 25.000 | 2,438.00 | ZEA | 51,489.93 | 0.00 | -522.64 | 50,967.29 | USD | 51,490.07 | 0.00 | 522.64 | 50,967.44 | USD | FGB-S | PINTLE HOOK 30TON | FG | 7930 |
| US50 | 63017 | 2/28/2025 | 3/17/2025 | 12.000 | 0.000 | 0.000 | 12.00 | ZEA | 61.77 | 0.00 | 0.00 | 61.77 | USD | 61.77 | 0.00 | 0.00 | 61.77 | USD | FGB-S | BALL REPLACEMENT 1-7/8 PINTLE | FG | 7930 |
| US50 | 63018 | 2/28/2025 | 3/17/2025 | 513.000 | 0.000 | 0.000 | 513.00 | ZEA | 4,284.96 | 0.00 | 0.00 | 4,284.96 | USD | 4,284.90 | 0.00 | 0.00 | 4,284.90 | USD | FGB-S | BALL REPLACEMENT 2IN PINTLE | FG | 7930 |
| US50 | 63019 | 2/28/2025 | 3/17/2025 | 481.000 | 0.000 | 0.000 | 481.00 | ZEA | 4,682.13 | 0.00 | 0.00 | 4,682.13 | USD | 4,682.12 | 0.00 | 0.00 | 4,682.12 | USD | FGB-S | BALL REPLACEMENT 2-5/16 | FG | 7930 |
| US50 | 63020 | 2/28/2025 | 3/17/2025 | 1,572.000 | 0.000 | 40.000 | 1,532.00 | ZEA | 1,357.83 | 0.00 | -34.55 | 1,323.28 | USD | 1,357.85 | 0.00 | 34.55 | 1,323.30 | USD | FGB-S | PIN SNAPPER 1/4INCH W CHAIN | FG | 7930 |
| US50 | 63022 | 2/28/2025 | 3/17/2025 | 527.000 | 0.000 | 1.000 | 526.00 | ZEA | 9,684.69 | 0.00 | -18.38 | 9,666.31 | USD | 9,684.72 | 0.00 | 18.38 | 9,666.34 | USD | FGB-S | LUNETTE RING ADJUSTABLE W/NO | FG | 7930 |
| US50 | 63023 | 2/28/2025 | 3/17/2025 | 90.000 | 0.000 | 15.000 | 75.00 | ZEA | 2,803.95 | 0.00 | -467.33 | 2,336.62 | USD | 2,803.93 | 0.00 | 467.32 | 2,336.61 | USD | FGB-S | LUNETTE RING 4 BOLT FLANGE | FG | 7930 |
| US50 | 63024 | 2/28/2025 | 3/17/2025 | 106.000 | 0.000 | 8.000 | 98.00 | ZEA | 339.14 | 0.00 | -25.60 | 313.54 | USD | 339.15 | 0.00 | 25.60 | 313.55 | USD | FGB-S | FORGED D RING | FG | 7930 |
| US50 | 63032 | 2/28/2025 | 3/17/2025 | 299.000 | 0.000 | 0.000 | 299.00 | ZEA | 752.40 | 0.00 | 0.00 | 752.40 | USD | 752.42 | 0.00 | 0.00 | 752.42 | USD | FGB-S | SERVICE KIT PINTLE MTG HDWR | FG | 7930 |
| US50 | 6303205 | 2/28/2025 | 3/17/2025 | 28.000 | 0.000 | 0.000 | 28.00 | ZEA | 70.46 | 0.00 | 0.00 | 70.46 | USD | 70.46 | 0.00 | 0.00 | 70.46 | USD | FGUSP | PINTLE HOOK MOUNTING HARDWARE | FG | 7920 |
| US50 | 63033 | 2/28/2025 | 3/17/2025 | 20.000 | 0.000 | 0.000 | 20.00 | ZEA | 90.49 | 0.00 | 0.00 | 90.49 | USD | 90.49 | 0.00 | 0.00 | 90.49 | USD | FGB-S | SERVICE KIT LUNETTE MTG | FG | 7930 |
| US50 | 63034 | 2/28/2025 | 3/17/2025 | 35.000 | 0.000 | 3.000 | 32.00 | ZEA | 312.10 | 0.00 | -26.75 | 285.35 | USD | 312.09 | 0.00 | 26.75 | 285.34 | USD | FGMTL | CHAIN SAFETY 2000LB | FG | 7920 |
| US50 | 63035 | 2/28/2025 | 3/17/2025 | 1.000 | 0.000 | 0.000 | 1.00 | ZEA | 10.12 | 0.00 | 0.00 | 10.12 | USD | 10.12 | 0.00 | 0.00 | 10.12 | USD | FGMTL | CHAIN SAFETY 5000LB 72IN | FG | 7920 |
| US50 | 63036 | 2/28/2025 | 3/17/2025 | 92.000 | 0.000 | 4.000 | 88.00 | ZEA | 2,607.12 | 0.00 | -113.35 | 2,493.77 | USD | 2,607.17 | 0.00 | 113.35 | 2,493.82 | USD | FGB-S | LUNETTE RING ADJUST W CHAN 24K | FG | 7930 |
| US50 | 63041 | 2/28/2025 | 3/17/2025 | 1,097.000 | 0.000 | 16.000 | 1,081.00 | ZEA | 36,668.74 | 0.00 | -534.83 | 36,133.91 | USD | 36,668.72 | 0.00 | 534.82 | 36,133.90 | USD | FGB-S | PINTLE COMBO 2IN BALL | FG | 7930 |
| US50 | 63042 | 2/28/2025 | 3/17/2025 | 124.000 | 0.000 | 7.000 | 117.00 | ZEA | 4,275.28 | 0.00 | -241.36 | 4,033.92 | USD | 4,275.29 | 0.00 | 241.35 | 4,033.95 | USD | FGB-S | PINTLE RECVR MNT 25/16 BALL | FG | 7930 |
| US50 | 63043 | 2/28/2025 | 3/17/2025 | 70.000 | 0.000 | 8.000 | 62.00 | ZEA | 1,742.32 | 0.00 | -199.12 | 1,543.20 | USD | 1,742.33 | 0.00 | 199.12 | 1,543.20 | USD | FGB-S | PINTLE RECEIVER MOUNT 5TON | FG | 7930 |
| US50 | 63045 | 2/28/2025 | 3/17/2025 | 172.000 | 1.000 | 7.000 | 166.00 | ZEA | 2,164.53 | 12.58 | -88.09 | 2,089.02 | USD | 2,164.49 | 12.58 | 88.09 | 2,088.98 | USD | FGB-S | TOW EYELET RECEIVER MOUNT | FG | 7930 |
| US50 | 63051 | 2/28/2025 | 3/17/2025 | 880.000 | 0.000 | 0.000 | 880.00 | ZEA | 3,775.03 | 0.00 | 0.00 | 3,775.03 | USD | 3,775.00 | 0.00 | 0.00 | 3,775.00 | USD | FGB-S | PINTLE REPLACE BALL 2 X 1 1/8 | FG | 7930 |
| US50 | 63052 | 2/28/2025 | 3/17/2025 | 382.000 | 0.000 | 30.000 | 352.00 | ZEA | 1,626.65 | 0.00 | -127.75 | 1,498.90 | USD | 1,626.70 | 0.00 | 127.75 | 1,498.95 | USD | FGB-S | PINTLE REP BALL 2 5/16X 1 1/8 | FG | 7930 |
| US50 | 63056 | 2/28/2025 | 3/17/2025 | 382.000 | 0.000 | 0.000 | 382.00 | ZEA | 4,779.91 | 0.00 | 0.00 | 4,779.91 | USD | 4,779.91 | 0.00 | 0.00 | 4,779.91 | USD | FGB-S | PINTLE HOOK REC MNT 6 HOLE | FG | 7930 |
| US50 | 63057 | 2/28/2025 | 3/17/2025 | 1,538.000 | 0.000 | 114.000 | 1,424.00 | ZEA | 27,945.10 | 0.00 | -2,071.35 | 25,873.75 | USD | 27,945.18 | 0.00 | 2,071.36 | 25,873.82 | USD | FGB-S | PINTLE HOOK REC MNT 8 HOLE | FG | 7930 |
| US50 | 63058 | 2/28/2025 | 3/17/2025 | 81.000 | 0.000 | 3.000 | 78.00 | ZEA | 2,307.73 | 0.00 | -85.47 | 2,222.26 | USD | 2,307.72 | 0.00 | 85.47 | 2,222.24 | USD | FGB-S | PINTLE MT SOLID SHNK 11-3/8 LE | FG | 7930 |
| US50 | 63059 | 2/28/2025 | 3/17/2025 | 138.000 | 0.000 | 12.000 | 126.00 | ZEA | 3,236.43 | 0.00 | -281.42 | 2,955.01 | USD | 3,236.37 | 0.00 | 281.42 | 2,954.94 | USD | FGB-S | PINTLE MT SOLID SHNK 11-3/8 L | FG | 7930 |
| US50 | 63060 | 2/28/2025 | 3/17/2025 | 4.000 | 0.000 | 4.000 | - | ZEA | 97.70 | 0.00 | -97.70 | - | USD | 97.69 | 0.00 | 97.69 | 0.00 | USD | FGB-S | LUNETTE RING 24000 LB | FG | 7930 |
| US50 | 63069 | 2/28/2025 | 3/17/2025 | 178.000 | 0.000 | 1.000 | 177.00 | ZEA | 1,807.32 | 0.00 | -10.15 | 1,797.17 | USD | 1,807.30 | 0.00 | 10.15 | 1,797.14 | USD | FGB-S | LOCKING PIN KIT 3/4x5/8 | FG | 7930 |
| US50 | 63070 | 2/28/2025 | 3/17/2025 | 508.000 | 0.000 | 2.000 | 506.00 | ZEA | 52,731.31 | 0.00 | -207.60 | 52,523.71 | USD | 52,731.26 | 0.00 | 207.60 | 52,523.66 | USD | FGB-S | TRI-BALL MOUNT ADJ CAST | FG | 7930 |
| US50 | 63071 | 2/28/2025 | 3/17/2025 | 379.000 | 0.000 | 3.000 | 376.00 | ZEA | 33,087.78 | 0.00 | -251.99 | 32,835.79 | USD | 33,087.80 | 0.00 | 251.98 | 32,835.82 | USD | FGB-S | BALL MOUNT DUAL ADJUSTABLE | FG | 7930 |
| US50 | 63072 | 2/28/2025 | 3/17/2025 | 562.000 | 0.000 | 8.000 | 554.00 | ZEA | 47,234.69 | 0.00 | -672.38 | 46,562.31 | USD | 47,234.68 | 0.00 | 672.38 | 46,562.30 | USD | FGB-S | PINTLE MOUNT ADJUSTABLE | FG | 7930 |
| US50 | 63075 | 2/28/2025 | 3/17/2025 | 23.000 | 0.000 | 3.000 | 20.00 | ZEA | 1,240.50 | 0.00 | -161.80 | 1,078.70 | USD | 1,240.50 | 0.00 | 161.80 | 1,078.69 | USD | FGB-S | TRI-BALL HEAD UNIT | FG | 7930 |
| US50 | 63076 | 2/28/2025 | 3/17/2025 | 28.000 | 0.000 | 0.000 | 28.00 | ZEA | 1,735.03 | 0.00 | 0.00 | 1,735.03 | USD | 1,735.06 | 0.00 | 0.00 | 1,735.06 | USD | FGB-S | DUAL BALL HEAD UNIT | FG | 7930 |
| US50 | 6308 | 2/28/2025 | 3/17/2025 | 30.000 | 0.000 | 1.000 | 29.00 | ZEA | 198.46 | 0.00 | -6.62 | 191.84 | USD | 198.49 | 0.00 | 6.62 | 191.87 | USD | FGMTL | SERVICE KIT U-BOLT | FG | 7920 |
| US50 | 63080 | 2/28/2025 | 3/17/2025 | 1,037.000 | 0.000 | 0.000 | 1,037.00 | ZEA | 11,904.71 | 0.00 | 0.00 | 11,904.71 | USD | 11,904.71 | 0.00 | 0.00 | 11,904.71 | USD | FGB-S | LOCK ANTI-RATTLE DRAW-TITE | FG | 7930 |
| US50 | 63090 | 2/28/2025 | 3/17/2025 | 103.000 | 0.000 | 0.000 | 103.00 | ZEA | 1,452.77 | 0.00 | 0.00 | 1,452.77 | USD | 1,452.77 | 0.00 | 0.00 | 1,452.77 | USD | FGMTL | ANTI RATTLE DEVICE 1.25 | FG | 7920 |
| US50 | 63091 | 2/28/2025 | 3/17/2025 | 29.000 | 0.000 | 5.000 | 24.00 | ZEA | 366.12 | 0.00 | -63.12 | 303.00 | USD | 366.14 | 0.00 | 63.13 | 303.01 | USD | FGMTL | ANTI RATTLE DEVICE 2IN | FG | 7920 |
| US50 | 63100 | 2/28/2025 | 3/17/2025 | 389.000 | 0.000 | 0.000 | 389.00 | ZEA | 2,778.42 | 0.00 | 0.00 | 2,778.42 | USD | 2,778.35 | 0.00 | 0.00 | 2,778.35 | USD | FGB-S | PIN LOCKING HITCH | FG | 7930 |
| US50 | 63120 | 2/28/2025 | 3/17/2025 | 67.000 | 0.000 | 0.000 | 67.00 | ZEA | 3,513.14 | 0.00 | 0.00 | 3,513.14 | USD | 3,513.11 | 0.00 | 0.00 | 3,513.11 | USD | FGB-S | BIKE CARRIER 2 BIKE FOLD DOWN | FG | 7930 |
| US50 | 63124 | 2/28/2025 | 3/17/2025 | 173.000 | 0.000 | 0.000 | 173.00 | ZEA | 10,410.27 | 0.00 | 0.00 | 10,410.27 | USD | 10,410.28 | 0.00 | 0.00 | 10,410.28 | USD | FGB-S | BIKE CARRIER 4PL REC | FG | 7930 |
| US50 | 63134 | 2/28/2025 | 3/17/2025 | 1,119.000 | 0.000 | 3.000 | 1,116.00 | ZEA | 72,752.29 | 0.00 | -195.06 | 72,557.23 | USD | 72,752.46 | 0.00 | 195.05 | 72,557.41 | USD | FGB-S | BIKE CARRIER 5-SLOT 2PL | FG | 7930 |
| US50 | 63135 | 2/28/2025 | 3/17/2025 | 124.000 | 0.000 | 2.000 | 122.00 | ZEA | 146.15 | 0.00 | -2.36 | 143.79 | USD | 146.18 | 0.00 | 2.36 | 143.82 | USD | FGB-S | SERVICE KIT STRAP | FG | 7930 |
| US50 | 63138 | 2/28/2025 | 3/17/2025 | 438.000 | 0.000 | 0.000 | 438.00 | ZEA | 65,551.69 | 0.00 | 0.00 | 65,551.69 | USD | 65,551.68 | 0.00 | 0.00 | 65,551.68 | USD | FGB-S | BIKE CARRIER 4 BIKE 0-SLOT | FG | 7930 |
| US50 | 63148 | 2/28/2025 | 3/17/2025 | 2.000 | 0.000 | 0.000 | 2.00 | ZEA | 6.22 | 0.00 | 0.00 | 6.22 | USD | 6.23 | 0.00 | 0.00 | 6.23 | USD | FGB-S | SERVICE KIT CRADLE | FG | 7930 |
| US50 | 63153 | 2/28/2025 | 3/17/2025 | 1,966.000 | 0.000 | 26.000 | 1,940.00 | ZEA | 223,953.89 | 0.00 | -2,961.74 | 220,992.15 | USD | 223,953.53 | 0.00 | 2,961.75 | 220,991.78 | USD | FGB-S | RAILED CARGO CARRIER 60"X24" | FG | 7930 |
| US50 | 63155 | 2/28/2025 | 3/17/2025 | 287.000 | 0.000 | 1.000 | 286.00 | ZEA | 28,764.09 | 0.00 | -100.22 | 28,663.87 | USD | 28,764.00 | 0.00 | 100.22 | 28,663.78 | USD | FGB-S | CARGO CARRIER 1.25IN 2PC | FG | 7930 |
| US50 | 63180 | 2/28/2025 | 3/17/2025 | 193.000 | 0.000 | 0.000 | 193.00 | ZEA | 10,560.53 | 0.00 | 0.00 | 10,560.53 | USD | 10,560.51 | 0.00 | 0.00 | 10,560.51 | USD | FGB-S | TOW BAR UNIVERSAL | FG | 7930 |
| US50 | 63181G | 2/28/2025 | 3/17/2025 | 1,473.000 | 0.000 | 128.000 | 1,345.00 | ZEA | 62,046.70 | 0.00 | -5,391.70 | 56,655.00 | USD | 62,046.69 | 0.00 | 5,391.70 | 56,654.99 | USD | FGB-S | TOW BAR W/2PC ADJ ARMS | FG | 7930 |
| US50 | 63201 | 2/28/2025 | 3/17/2025 | 1,387.000 | 0.000 | 0.000 | 1,387.00 | ZEA | 10,123.21 | 0.00 | 0.00 | 10,123.21 | USD | 10,123.24 | 0.00 | 0.00 | 10,123.24 | USD | FGB-S | LOCK STABILIZING PIN 17/32 | FG | 7930 |
| US50 | 63203 | 2/28/2025 | 3/17/2025 | 235.000 | 0.000 | 1.000 | 234.00 | ZEA | 676.86 | 0.00 | -2.88 | 673.98 | USD | 676.84 | 0.00 | 2.88 | 673.96 | USD | FGB-S | PIN 5/8 SS SWIVEL LATCH | FG | 7930 |
| US50 | 63204 | 2/28/2025 | 3/17/2025 | 157.000 | 0.000 | 0.000 | 157.00 | ZEA | 217.26 | 0.00 | 0.00 | 217.26 | USD | 217.26 | 0.00 | 0.00 | 217.26 | USD | FGB-S | PIN 1/2 SWIVEL LATCH | FG | 7930 |
| US50 | 63205 | 2/28/2025 | 3/17/2025 | 85.000 | 0.000 | 4.000 | 81.00 | ZEA | 125.39 | 0.00 | -5.90 | 119.49 | USD | 125.39 | 0.00 | 5.90 | 119.49 | USD | FGB-S | PIN 5/8 SWIVEL LATCH | FG | 7930 |
| US50 | 63217KA | 2/28/2025 | 3/17/2025 | 153.000 | 0.000 | 0.000 | 153.00 | ZEA | 1,278.56 | 0.00 | 0.00 | 1,278.56 | USD | 1,278.56 | 0.00 | 0.00 | 1,278.56 | USD | FGB-S | LOCK RECEIVER 5/8 KEYED ALIKE | FG | 7930 |
| US50 | 63223 | 2/28/2025 | 3/17/2025 | 3,137.000 | 8.000 | 219.000 | 2,926.00 | ZEA | 13,205.13 | 33.68 | -921.90 | 12,316.91 | USD | 13,205.33 | 33.68 | 921.89 | 12,317.11 | USD | FGB-S | LOCK HITCH 5.8IN BLACK SHELL | FG | 7930 |
| US50 | 63224 | 2/28/2025 | 3/17/2025 | 1,261.000 | 0.000 | 12.000 | 1,249.00 | ZEA | 5,148.41 | 0.00 | -49.00 | 5,099.41 | USD | 5,148.44 | 0.00 | 48.99 | 5,099.44 | USD | FGB-S | LOCK BENT PIN 1/2IN DIAMETER | FG | 7930 |
| US50 | 63227 | 2/28/2025 | 3/17/2025 | 2,604.000 | 0.000 | 34.000 | 2,570.00 | ZEA | 27,899.73 | 0.00 | -364.28 | 27,535.45 | USD | 27,899.80 | 0.00 | 364.28 | 27,535.52 | USD | FGB-S | LOCK TRAILER COUPLER 2 5/16 IN | FG | 7930 |
| US50 | 63228 | 2/28/2025 | 3/17/2025 | 2,840.000 | 0.000 | 13.000 | 2,827.00 | ZEA | 30,428.43 | 0.00 | -139.29 | 30,289.14 | USD | 30,428.36 | 0.00 | 139.28 | 30,289.07 | USD | FGB-S | LOCK TRAILER COUPLER 2 IN | FG | 7930 |
| US50 | 63233 | 2/28/2025 | 3/17/2025 | 7.000 | 0.000 | 0.000 | 7.00 | ZEA | 62.88 | 0.00 | 0.00 | 62.88 | USD | 62.88 | 0.00 | 0.00 | 62.88 | USD | FGB-S | LOCK CABLE 5/16IN X10 | FG | 7930 |
| US50 | 63240 | 2/28/2025 | 3/17/2025 | 918.000 | 0.000 | 362.000 | 556.00 | ZEA | 992.66 | 0.00 | -391.45 | 601.21 | USD | 992.69 | 0.00 | 391.45 | 601.24 | USD | FGB-S | PIN & CLIP 5/8IN GRV TRDY | FG | 7930 |
| US50 | 63241 | 2/28/2025 | 3/17/2025 | 265.000 | 0.000 | 9.000 | 256.00 | ZEA | 238.04 | 0.00 | -8.09 | 229.95 | USD | 238.05 | 0.00 | 8.08 | 229.96 | USD | FGB-S | PIN & CLIP 1/2IN GROOVE | FG | 7930 |
| US50 | 63242 | 2/28/2025 | 3/17/2025 | 219.000 | 0.000 | 191.000 | 28.00 | ZEA | 245.34 | 0.00 | -213.97 | 31.37 | USD | 245.35 | 0.00 | 213.98 | 31.37 | USD | FGB-S | PIN & CLIP 5/8IN HOLETRDY | FG | 7930 |
| US50 | 63242-050 | 2/28/2025 | 3/17/2025 | 53.000 | 0.000 | 0.000 | 53.00 | ZEA | 1,882.55 | 0.00 | 0.00 | 1,882.55 | USD | 1,882.53 | 0.00 | 0.00 | 1,882.53 | USD | FGB-S | PIN & CLIP 5/8IN HOLEBULK | FG | 7930 |
| US50 | 63243 | 2/28/2025 | 3/17/2025 | 4,024.000 | 0.000 | 252.000 | 3,772.00 | ZEA | 5,518.33 | 0.00 | -345.57 | 5,172.76 | USD | 5,518.39 | 0.00 | 345.58 | 5,172.81 | USD | FGB-S | PIN & CLIP 2-1/2IN RCVR | FG | 7930 |
| US50 | 63248 | 2/28/2025 | 3/17/2025 | 167.000 | 0.000 | 3.000 | 164.00 | ZEA | 645.87 | 0.00 | -11.60 | 634.27 | USD | 645.87 | 0.00 | 11.60 | 634.27 | USD | FGB-S | LOCK RECEIVER BENT PIN | FG | 7930 |
| US50 | 63250 | 2/28/2025 | 3/17/2025 | 71.000 | 0.000 | 0.000 | 71.00 | ZEA | 517.08 | 0.00 | 0.00 | 517.08 | USD | 517.06 | 0.00 | 0.00 | 517.06 | USD | FGB-S | LOCK RECEIVER DOGBONE | FG | 7930 |
| US50 | 63251 | 2/28/2025 | 3/17/2025 | 138.000 | 0.000 | 2.000 | 136.00 | ZEA | 1,662.84 | 0.00 | -24.10 | 1,638.74 | USD | 1,662.87 | 0.00 | 24.10 | 1,638.77 | USD | FGB-S | LOCK KING PIN | FG | 7930 |
| US50 | 6325166 | 2/28/2025 | 3/17/2025 | 1,930.000 | 0.000 | 252.000 | 1,678.00 | ZEA | 28,561.61 | 0.00 | -3,729.29 | 24,832.32 | USD | 28,561.63 | 0.00 | 3,729.29 | 24,832.34 | USD | FGB-S | LOCK KING PIN | FG | 7930 |
| US50 | 63252 | 2/28/2025 | 3/17/2025 | 456.000 | 0.000 | 42.000 | 414.00 | ZEA | 2,191.63 | 0.00 | -201.86 | 1,989.77 | USD | 2,191.68 | 0.00 | 201.87 | 1,989.82 | USD | FGB-S | LOCK RECEIVER DOGBONE | FG | 7930 |
| US50 | 63253 | 2/28/2025 | 3/17/2025 | 202.000 | 0.000 | 24.000 | 178.00 | ZEA | 815.90 | 0.00 | -96.93 | 718.97 | USD | 815.87 | 0.00 | 96.94 | 718.94 | USD | FGB-S | LOCK RECEIVER BENT PIN | FG | 7930 |
| US50 | 63254 | 2/28/2025 | 3/17/2025 | 220.000 | 0.000 | 6.000 | 214.00 | ZEA | 869.18 | 0.00 | -23.70 | 845.48 | USD | 869.17 | 0.00 | 23.70 | 845.47 | USD | FGB-S | LOCK KING PIN BENT PIN RAIL | FG | 7930 |
| US50 | 63255 | 2/28/2025 | 3/17/2025 | 1,914.000 | 0.000 | 0.000 | 1,914.00 | ZEA | 6,690.23 | 0.00 | 0.00 | 6,690.23 | USD | 6,690.20 | 0.00 | 0.00 | 6,690.20 | USD | FGB-S | SPARE TIRE CABLE LOCK | FG | 7930 |
| US50 | 63256 | 2/28/2025 | 3/17/2025 | 152.000 | 0.000 | 0.000 | 152.00 | ZEA | 2,154.78 | 0.00 | 0.00 | 2,154.78 | USD | 2,154.79 | 0.00 | 0.00 | 2,154.79 | USD | FGB-S | LOCK SET KEYED ALIKE | FG | 7930 |
| US50 | 63258 | 2/28/2025 | 3/17/2025 | 2,623.000 | 0.000 | 10.000 | 2,613.00 | ZEA | 7,572.81 | 0.00 | -28.86 | 7,543.95 | USD | 7,572.76 | 0.00 | 28.87 | 7,543.89 | USD | FGB-S | RECEIVER BENT PIN 3" W/ ERGO | FG | 7930 |
| US50 | 63259 | 2/28/2025 | 3/17/2025 | 794.000 | 0.000 | 20.000 | 774.00 | ZEA | 5,931.42 | 0.00 | -149.40 | 5,782.02 | USD | 5,931.34 | 0.00 | 149.40 | 5,781.93 | USD | FGB-S | LOCK DOGBONE RCVR 5/8 4 SPAN | FG | 7930 |
| US50 | 63260 | 2/28/2025 | 3/17/2025 | 151.000 | 0.000 | 1.000 | 150.00 | ZEA | 1,115.28 | 0.00 | -7.39 | 1,107.89 | USD | 1,115.31 | 0.00 | 7.39 | 1,107.92 | USD | FGB-S | LOCK PROFESSIONAL LIFELONG 3" | FG | 7930 |
| US50 | 63270 | 2/28/2025 | 3/17/2025 | 3,399.000 | 0.000 | 320.000 | 3,079.00 | ZEA | 28,686.58 | 0.00 | -2,700.71 | 25,985.87 | USD | 28,686.57 | 0.00 | 2,700.71 | 25,985.87 | USD | FGB-S | U-HAUL UNIV COUPLER LOCK | FG | 7930 |
| US50 | 63300 | 2/28/2025 | 3/17/2025 | 414.000 | 0.000 | 3.000 | 411.00 | ZEA | 3,561.53 | 0.00 | -25.81 | 3,535.72 | USD | 3,561.53 | 0.00 | 25.81 | 3,535.72 | USD | FGB-S | SOLO HITCH ALIGNMENT SYSTEM | FG | 7930 |
| US50 | 63451 | 2/28/2025 | 3/17/2025 | 81.000 | 0.000 | 0.000 | 81.00 | ZEA | 694.57 | 0.00 | 0.00 | 694.57 | USD | 694.60 | 0.00 | 0.00 | 694.60 | USD | FGB-S | SAFETY CHAIN 25400# 36 LONG | FG | 7930 |
| US50 | 63504 | 2/28/2025 | 3/17/2025 | 522.000 | 0.000 | 2.000 | 520.00 | ZEA | 15,155.07 | 0.00 | -58.06 | 15,097.01 | USD | 15,155.14 | 0.00 | 58.07 | 15,097.07 | USD | FGB-S | CARGO TRAY BAG RAIN PROOF | FG | 7930 |
| US50 | 63302 | 2/28/2025 | 3/17/2025 | 229.000 | 1.000 | 0.000 | 230.00 | ZEA | 2,897.43 | 12.65 | 0.00 | 2,910.08 | USD | 2,897.43 | 12.65 | 0.00 | 2,910.08 | USD | FGB-S | BALL INTERCHANGE 1 7/8 AND 2 | FG | 7930 |
| US50 | 63303 | 2/28/2025 | 3/17/2025 | 162.000 | 0.000 | 0.000 | 162.00 | ZEA | 2,537.15 | 0.00 | 0.00 | 2,537.15 | USD | 2,537.14 | 0.00 | 0.00 | 2,537.14 | USD | FGB-S | BALL INTERCH 17/8, 2, 2 5/16 | FG | 7930 |
| US50 | 63305 | 2/28/2025 | 3/17/2025 | 819.000 | 0.000 | 0.000 | 819.00 | ZEA | 2,079.35 | 0.00 | 0.00 | 2,079.35 | USD | 2,079.35 | 0.00 | 0.00 | 2,079.35 | USD | RAWCST | BALL REPLMNT 1-7/8 | FG | 7930 |
| US50 | 63306 | 2/28/2025 | 3/17/2025 | 786.000 | 0.000 | 0.000 | 786.00 | ZEA | 2,376.43 | 0.00 | 0.00 | 2,376.43 | USD | 2,376.40 | 0.00 | 0.00 | 2,376.40 | USD | RAWCST | BALL REPLACEMENT 2in | RAW | 3000 |
| US50 | 63307 | 2/28/2025 | 3/17/2025 | 249.000 | 0.000 | 0.000 | 249.00 | ZEA | 394.78 | 0.00 | 0.00 | 394.78 | USD | 394.75 | 0.00 | 0.00 | 394.75 | USD | FGB-S | BALL REPLMNT 2-5/16 | FG | 7930 |
| US50 | 63309 | 2/28/2025 | 3/17/2025 | 396.000 | 0.000 | 0.000 | 396.00 | ZEA | 2,520.97 | 0.00 | 0.00 | 2,520.97 | USD | 2,520.97 | 0.00 | 0.00 | 2,520.97 | USD | RAWCST | SHANK REPLACEMENT 1in | FG | 7930 |
| US50 | 63310 | 2/28/2025 | 3/17/2025 | 1,462.000 | 0.000 | 104.000 | 1,358.00 | ZEA | 3,450.59 | 0.00 | -245.46 | 3,205.13 | USD | 3,450.54 | 0.00 | 245.46 | 3,205.08 | USD | FGB-S | BALL 1-7/8D 3/4SH 1-1/2L CHR | FG | 7930 |
| US50 | 63312 | 2/28/2025 | 3/17/2025 | 1,127.000 | 0.000 | 3.000 | 1,124.00 | ZEA | 3,052.74 | 0.00 | -8.13 | 3,044.61 | USD | 3,052.74 | 0.00 | 8.13 | 3,044.61 | USD | FGB-S | BALL 1-7/8D 3/4SH 2-3/8L 2K CH | FG | 7930 |
| US50 | 63314 | 2/28/2025 | 3/17/2025 | 487.000 | 0.000 | 0.000 | 487.00 | ZEA | 1,417.36 | 0.00 | 0.00 | 1,417.36 | USD | 1,417.35 | 0.00 | 0.00 | 1,417.35 | USD | FGB-S | BALL 1-7/8D 3/4SH 3-3/8L 2K CH | FG | 7930 |
| US50 | 63316 | 2/28/2025 | 3/17/2025 | 2,750.000 | 1.000 | 65.000 | 2,686.00 | ZEA | 7,444.74 | 2.71 | -176.03 | 7,271.42 | USD | 7,445.24 | 2.71 | 175.98 | 7,271.97 | USD | FGB-S | BALL 1-7/8D 1SH 2 1/8L 2K CHR | FG | 7930 |
| US50 | 63320 | 2/28/2025 | 3/17/2025 | 2,345.000 | 0.000 | 24.000 | 2,321.00 | ZEA | 5,320.48 | 0.00 | -54.48 | 5,266.00 | USD | 5,320.66 | 0.00 | 54.45 | 5,266.21 | USD | FGB-S | BALL 2D 3/4SH 1-1/2L 3500K CHR | FG | 7930 |
| US50 | 63322 | 2/28/2025 | 3/17/2025 | 1,099.000 | 0.000 | 12.000 | 1,087.00 | ZEA | 3,130.62 | 0.00 | -34.18 | 3,096.44 | USD | 3,130.60 | 0.00 | 34.18 | 3,096.42 | USD | FGB-S | BALL 2D 3/4SH 2-3/8L 3500K CHR | FG | 7930 |
| US50 | 63324 | 2/28/2025 | 3/17/2025 | 735.000 | 0.000 | 0.000 | 735.00 | ZEA | 2,370.92 | 0.00 | 0.00 | 2,370.92 | USD | 2,370.95 | 0.00 | 0.00 | 2,370.95 | USD | FGB-S | BALL 2X5/4X3-3/8 CHR | FG | 7930 |
| US50 | 63326 | 2/28/2025 | 3/17/2025 | 16.000 | 0.000 | 0.000 | 16.00 | ZEA | 55.84 | 0.00 | 0.00 | 55.84 | USD | 55.84 | 0.00 | 0.00 | 55.84 | USD | FGB-S | BALL 2X1X2-1/8 CHR | FG | 7930 |
| US50 | 63330 | 2/28/2025 | 3/17/2025 | 1,560.000 | 0.000 | 86.000 | 1,474.00 | ZEA | 7,149.52 | 0.00 | -394.15 | 6,755.37 | USD | 7,149.56 | 0.00 | 394.14 | 6,755.42 | USD | FGB-S | BALL 2X1-1/4X2-3/4 CHR | FG | 7930 |
| US50 | 63334 | 2/28/2025 | 3/17/2025 | 12,503.000 | 0.000 | 388.000 | 12,115.00 | ZEA | 98,143.71 | 0.00 | -2,114.65 | 96,029.06 | USD | 98,143.60 | 0.00 | 2,114.67 | 96,028.93 | USD | FGB-S | BALL 2-5/16X1-1/4X2-3/4 | FG | 7930 |
| US50 | 63336 | 2/28/2025 | 3/17/2025 | 2,930.000 | 0.000 | 197.000 | 2,733.00 | ZEA | 17,917.63 | 0.00 | -1,204.70 | 16,712.93 | USD | 17,917.65 | 0.00 | 1,204.70 | 16,712.95 | USD | FGB-S | BALL 2-3/16X1-1/4X2-3/4 | FG | 7930 |
| US50 | 63340 | 2/28/2025 | 3/17/2025 | 1,724.000 | 0.000 | 205.000 | 1,519.00 | ZEA | 11,140.40 | 0.00 | -1,324.69 | 9,815.71 | USD | 11,140.32 | 0.00 | 1,324.69 | 9,815.63 | USD | FGB-S | HITCH BALL CHRME 2-5/16X1-1/4X | FG | 7930 |
| US50 | 63345 | 2/28/2025 | 3/17/2025 | 14,791.000 | 0.000 | 408.000 | 14,383.00 | ZEA | 42,219.84 | 0.00 | -1,164.62 | 41,055.22 | USD | 42,219.73 | 0.00 | 1,164.60 | 41,055.12 | USD | FGB-S | BALL 2 X 1 X 2.13 7500 GTW CH | FG | 7930 |
| US50 | 63347 | 2/28/2025 | 3/17/2025 | 3,669.000 | 0.000 | 716.000 | 2,953.00 | ZEA | 14,434.46 | 0.00 | -2,816.86 | 11,617.60 | USD | 14,434.43 | 0.00 | 2,816.86 | 11,617.57 | USD | FGB-S | BALL 2-5/16X1X2-1/8 7500GTW CH | FG | 7930 |
| US50 | 63349 | 2/28/2025 | 3/17/2025 | 1,057.000 | 0.000 | 80.000 | 977.00 | ZEA | 3,359.22 | 0.00 | -254.25 | 3,104.97 | USD | 3,359.33 | 0.00 | 254.26 | 3,105.07 | USD | FGB-S | BALL 2 X 1 X 3.25 CHROME | FG | 7930 |
| US50 | 63351 | 2/28/2025 | 3/17/2025 | 765.000 | 0.000 | 0.000 | 765.00 | ZEA | 7,723.71 | 0.00 | 0.00 | 7,723.71 | USD | 7,723.72 | 0.00 | 0.00 | 7,723.72 | USD | FGB-S | HITCH BALL SS 1-7/8 X 1 X 2-1/8 | FG | 7930 |
| US50 | 63352 | 2/28/2025 | 3/17/2025 | 325.000 | 0.000 | 0.000 | 325.00 | ZEA | 3,496.12 | 0.00 | 0.00 | 3,496.12 | USD | 3,496.12 | 0.00 | 0.00 | 3,496.12 | USD | FGB-S | BALL 2X1X2-1/8SS | FG | 7930 |
| US50 | 6335288 | 2/28/2025 | 3/17/2025 | 402.000 | 0.000 | 1.000 | 401.00 | ZEA | 4,940.46 | 0.00 | -12.29 | 4,928.17 | USD | 4,940.47 | 0.00 | 12.29 | 4,928.18 | USD | FGB-S | HITCH BALL SS 2 X 1 X 2 | FG | 7930 |
| US50 | 63353 | 2/28/2025 | 3/17/2025 | 436.000 | 0.000 | 0.000 | 436.00 | ZEA | 5,529.94 | 0.00 | 0.00 | 5,529.94 | USD | 5,529.93 | 0.00 | 0.00 | 5,529.93 | USD | FGB-S | BALL 2-5/16X1X2-1/8 SS | FG | 7930 |
| US50 | 63364 | 2/28/2025 | 3/17/2025 | 25.000 | 0.000 | 0.000 | 25.00 | ZEA | 212.87 | 0.00 | 0.00 | 212.87 | USD | 212.88 | 0.00 | 0.00 | 212.88 | USD | FGB-S | BALL STD 25K 2 5/16X1 1/4 CH | FG | 7930 |
| US50 | 63380 | 2/28/2025 | 3/17/2025 | 788.000 | 0.000 | 0.000 | 788.00 | ZEA | 2,291.91 | 0.00 | 0.00 | 2,291.91 | USD | 2,291.92 | 0.00 | 0.00 | 2,291.92 | USD | FGB-S | BALL 1-7/8X3/4X1-1/2 CHR 3PACK | FG | 7930 |
| US50 | 63382 | 2/28/2025 | 3/17/2025 | 821.000 | 0.000 | 0.000 | 821.00 | ZEA | 2,502.63 | 0.00 | 0.00 | 2,502.63 | USD | 2,502.62 | 0.00 | 0.00 | 2,502.62 | USD | FGB-S | BALL 1-7/8X3/4X2-3/8 CHR 3PACK | FG | 7930 |
| US50 | 63384 | 2/28/2025 | 3/17/2025 | 1,424.000 | 0.000 | 6.000 | 1,418.00 | ZEA | 4,715.79 | 0.00 | -19.87 | 4,695.92 | USD | 4,715.69 | 0.00 | 19.87 | 4,695.82 | USD | FGB-S | BALL 1-7/8X1X2-1/8 CHR 3 PACK | FG | 7930 |
| US50 | 63387 | 2/28/2025 | 3/17/2025 | 2,030.000 | 0.000 | 33.000 | 1,997.00 | ZEA | 6,948.79 | 0.00 | -112.96 | 6,835.83 | USD | 6,948.81 | 0.00 | 112.96 | 6,835.85 | USD | FGB-S | BALL 2X3/4X1-1/2 CHROME 3 PACK | FG | 7930 |
| US50 | 63388 | 2/28/2025 | 3/17/2025 | 619.000 | 0.000 | 0.000 | 619.00 | ZEA | 1,987.08 | 0.00 | 0.00 | 1,987.08 | USD | 1,987.07 | 0.00 | 0.00 | 1,987.07 | USD | FGB-S | BALL 2X3/4X2-3/8 CHR 3 PACK | FG | 7930 |
| US50 | 63396 | 2/28/2025 | 3/17/2025 | 3,322.000 | 3.000 | 28.000 | 3,297.00 | ZEA | 19,544.80 | 17.65 | -164.73 | 19,397.72 | USD | 19,544.76 | 17.65 | 164.74 | 19,397.67 | USD | FGB-S | BALL 2-5/16X1-1/4X2-3/4 3PACK | FG | 7930 |
| US50 | 63399 | 2/28/2025 | 3/17/2025 | 54.000 | 0.000 | 0.000 | 54.00 | ZEA | 269.41 | 0.00 | 0.00 | 269.41 | USD | 269.41 | 0.00 | 0.00 | 269.41 | USD | FGB-S | BALL 2X1-1/4X2-3/4 CHR 3PACK | FG | 7930 |
| US50 | 63908 | 2/28/2025 | 3/17/2025 | 793.000 | 3.000 | 22.000 | 774.00 | ZEA | 2,993.32 | 12.77 | -93.66 | 2,912.43 | USD | 2,993.31 | 12.77 | 93.67 | 2,912.41 | USD | FGB-S | BALL 2-5/16x1x3-1/8 CHM 3 PACK | FG | 7930 |
| US50 | 63909 | 2/28/2025 | 3/17/2025 | 1,509.000 | 0.000 | 84.000 | 1,425.00 | ZEA | 4,949.12 | 0.00 | -275.51 | 4,673.61 | USD | 4,949.23 | 0.00 | 275.50 | 4,673.73 | USD | FGB-S | BALL 2 X 1 X 2.13 CHROME 3PACK | FG | 7930 |
| US50 | 63911 | 2/28/2025 | 3/17/2025 | 53.000 | 0.000 | 1.000 | 52.00 | ZEA | 2,002.03 | 0.00 | -37.77 | 1,964.26 | USD | 2,002.00 | 0.00 | 37.77 | 1,964.23 | USD | FGMTL | HITCH BAR CLOSED FRONT | FG | 7920 |
| US50 | 63971 | 2/28/2025 | 3/17/2025 | 1,387.000 | 0.000 | 1.000 | 1,386.00 | ZEA | 69,981.08 | 0.00 | -50.45 | 69,930.63 | USD | 69,981.02 | 0.00 | 50.45 | 69,930.56 | USD | FGB-S | WDH SHANK ULTRAFRAME | FG | 7930 |
| US50 | 640801 | 2/28/2025 | 3/17/2025 | 79.000 | 0.000 | 8.000 | 71.00 | ZEA | 577.66 | 0.00 | -58.49 | 519.17 | USD | 577.66 | 0.00 | 58.50 | 519.16 | USD | FGMTL | KIT 4430 5R CPLR REPAIR | FG | 7920 |
| US50 | 6425 | 2/28/2025 | 3/17/2025 | 71.000 | 0.000 | 0.000 | 71.00 | ZEA | 1,449.87 | 0.00 | 0.00 | 1,449.87 | USD | 1,449.87 | 0.00 | 0.00 | 1,449.87 | USD | FGMTL | TEMPLATE FOR 8339 GOOSE | FG | 7920 |
| US50 | 65001 | 2/28/2025 | 3/17/2025 | 46.000 | 0.000 | 8.000 | 38.00 | ZEA | 2,592.79 | 0.00 | -450.92 | 2,141.87 | USD | 2,592.77 | 0.00 | 450.82 | 2,141.96 | USD | FGMTL | HITCH FMR ECONOLINE VAN | FG | 7920 |
| US50 | 65003 | 2/28/2025 | 3/17/2025 | 0.000 | 82.000 | 53.000 | 29.00 | ZEA | - | 4,843.66 | -3,130.67 | 1,712.99 | USD | 0.00 | 4,843.66 | 3,130.66 | 1,713.00 | USD | FGMTL | HITCH FMR DODGE RAM PU | FG | 7920 |
| US50 | 65005 | 2/28/2025 | 3/17/2025 | 102.000 | 0.000 | 7.000 | 95.00 | ZEA | 5,009.40 | 0.00 | -343.77 | 4,665.63 | USD | 5,009.33 | 0.00 | 343.78 | 4,665.56 | USD | FGMTL | HITCH FMR SUBURBAN | FG | 7920 |
| US50 | 65009 | 2/28/2025 | 3/17/2025 | 24.000 | 0.000 | 1.000 | 23.00 | ZEA | 1,231.32 | 0.00 | -51.31 | 1,180.01 | USD | 1,231.36 | 0.00 | 51.31 | 1,180.05 | USD | FGMTL | HITCH FMR JEEP CHEROKEE | FG | 7920 |
| US50 | 650094 | 2/28/2025 | 3/17/2025 | 30.000 | 0.000 | 0.000 | 30.00 | ZEA | 1,007.78 | 0.00 | 0.00 | 1,007.78 | USD | 1,007.78 | 0.00 | 0.00 | 1,007.78 | USD | FGMTL | JACK ACTUATOR TX-8 | FG | 7920 |
| US50 | 650099 | 2/28/2025 | 3/17/2025 | 99.000 | 0.000 | 0.000 | 99.00 | ZEA | 4,610.43 | 0.00 | 0.00 | 4,610.43 | USD | 4,610.43 | 0.00 | 0.00 | 4,610.43 | USD | FGMTL | JACK ACTUATOR 3X-6-X | FG | 7920 |
| US50 | 650103 | 2/28/2025 | 3/17/2025 | 1.000 | 0.000 | 0.000 | 1.00 | ZEA | 32.63 | 0.00 | 0.00 | 32.63 | USD | 32.63 | 0.00 | 0.00 | 32.63 | USD | FGMTL | JACK ACTUATOR TX-12 | FG | 7920 |
| US50 | 65014 | 2/28/2025 | 3/17/2025 | 13.000 | 0.000 | 0.000 | 13.00 | ZEA | 721.17 | 0.00 | 0.00 | 721.17 | USD | 721.19 | 0.00 | 0.00 | 721.19 | USD | FGMTL | HITCH FMR FORD F250/F350 | FG | 7920 |
| US50 | 6502 | 2/28/2025 | 3/17/2025 | 139.000 | 0.000 | 0.000 | 139.00 | ZEA | 12,693.13 | 0.00 | 0.00 | 12,693.13 | USD | 12,693.25 | 0.00 | 0.00 | 12,693.25 | USD | FGB-S | CARGO CARRIER FOLDING FOR 2" | FG | 7930 |
| US50 | 65022 | 2/28/2025 | 3/17/2025 | 76.000 | 0.000 | 25.000 | 51.00 | ZEA | 5,162.37 | 0.00 | -1,698.17 | 3,464.20 | USD | 5,162.38 | 0.00 | 1,698.15 | 3,464.23 | USD | FGMTL | HITCH FMR EXCURSION | FG | 7920 |
| US50 | 65023 | 2/28/2025 | 3/17/2025 | 24.000 | 0.000 | 1.000 | 23.00 | ZEA | 1,324.20 | 0.00 | -55.18 | 1,269.02 | USD | 1,324.21 | 0.00 | 55.18 | 1,269.04 | USD | FGMTL | HITCH FMR SILVERADO | FG | 7920 |
| US50 | 65025 | 2/28/2025 | 3/17/2025 | 30.000 | 0.000 | 3.000 | 27.00 | ZEA | 1,541.51 | 0.00 | -154.15 | 1,387.36 | USD | 1,541.47 | 0.00 | 154.15 | 1,387.32 | USD | FGMTL | HITCH FMR EXPEDITION | FG | 7920 |
| US50 | 65028 | 2/28/2025 | 3/17/2025 | 164.000 | 0.000 | 33.000 | 131.00 | ZEA | 7,931.77 | 0.00 | -1,596.01 | 6,335.76 | USD | 7,931.70 | 0.00 | 1,596.01 | 6,335.69 | USD | FGMTL | HITCH FMR CHEVY PU | FG | 7920 |
| US50 | 65031 | 2/28/2025 | 3/17/2025 | 42.000 | 0.000 | 0.000 | 42.00 | ZEA | 2,610.18 | 0.00 | 0.00 | 2,610.18 | USD | 2,610.21 | 0.00 | 0.00 | 2,610.21 | USD | FGMTL | HITCH FMR TOYOTA SEQUOIA | FG | 7920 |
| US50 | 65033 | 2/28/2025 | 3/17/2025 | 39.000 | 0.000 | 0.000 | 39.00 | ZEA | 2,347.43 | 0.00 | 0.00 | 2,347.43 | USD | 2,347.43 | 0.00 | 0.00 | 2,347.43 | USD | FGMTL | HITCH FMR DODGE RAM PU | FG | 7920 |
| US50 | 6504 | 2/28/2025 | 3/17/2025 | 5.000 | 0.000 | 0.000 | 5.00 | ZEA | 54.63 | 0.00 | 0.00 | 54.63 | USD | 54.63 | 0.00 | 0.00 | 54.63 | USD | FGELE | KIT LIGHT CARGO CARRIER | FG | 7920 |
| US50 | 65043 | 2/28/2025 | 3/17/2025 | 72.000 | 0.000 | 1.000 | 71.00 | ZEA | 4,444.89 | 0.00 | -61.73 | 4,383.16 | USD | 4,444.82 | 0.00 | 61.73 | 4,383.09 | USD | FGMTL | HITCH FMR FORD F150 | FG | 7920 |
| US50 | 65046 | 2/28/2025 | 3/17/2025 | 100.000 | 0.000 | 10.000 | 90.00 | ZEA | 6,909.50 | 0.00 | -690.95 | 6,218.55 | USD | 6,909.42 | 0.00 | 690.94 | 6,218.48 | USD | FGMTL | HITCH FMR DODGE RAM PU | FG | 7920 |
| US50 | 65048 | 2/28/2025 | 3/17/2025 | 49.000 | 0.000 | 2.000 | 47.00 | ZEA | 2,388.02 | 0.00 | -97.48 | 2,290.54 | USD | 2,388.05 | 0.00 | 97.47 | 2,290.58 | USD | FGMTL | HITCH FMR JEEP WRANGLER | FG | 7920 |
| US50 | 65049 | 2/28/2025 | 3/17/2025 | 53.000 | 96.000 | 46.000 | 103.00 | ZEA | 2,942.24 | 5,329.23 | -2,553.59 | 5,717.88 | USD | 2,942.18 | 5,329.23 | 2,553.59 | 5,717.82 | USD | FGMTL | HITCH FMR FORD SUPRDTY | FG | 7920 |
| US50 | 65050 | 2/28/2025 | 3/17/2025 | 15.000 | 1.000 | 5.000 | 11.00 | ZEA | 707.73 | 47.18 | -235.90 | 519.01 | USD | 707.71 | 47.18 | 235.90 | 518.99 | USD | FGMTL | HITCH FMR CHEVY/GMC HD | FG | 7920 |
| US50 | 65052 | 2/28/2025 | 3/17/2025 | 56.000 | 1.000 | 3.000 | 54.00 | ZEA | 3,397.68 | 60.67 | -182.01 | 3,276.34 | USD | 3,397.67 | 60.67 | 182.02 | 3,276.32 | USD | FGMTL | HITCH FMR CHEVY PU | FG | 7920 |
| US50 | 65053 | 2/28/2025 | 3/17/2025 | 123.000 | 0.000 | 5.000 | 118.00 | ZEA | 6,124.46 | 0.00 | -248.93 | 5,875.53 | USD | 6,124.39 | 0.00 | 248.96 | 5,875.43 | USD | FGMTL | HITCH FMR FORD E-SERIES | FG | 7920 |
| US50 | 65060 | 2/28/2025 | 3/17/2025 | 20.000 | 0.000 | 0.000 | 20.00 | ZEA | 1,080.21 | 0.00 | 0.00 | 1,080.21 | USD | 1,080.21 | 0.00 | 0.00 | 1,080.21 | USD | FGMTL | HITCH FMR RAM 3500 | FG | 7920 |

LEASE SCHEDULE NO. 027 Page 17 of 27 CARNABY INVENTORY V, LLC

CONFIDENTIAL ONSET_00032844
FBG_CH1_00091516

DEBTORS' EXHIBIT NO. 175
Page 1291 of 1907
JOINT EXHIBIT NO. 51
Page 1291 of 1907

EXHIBIT A (3)

CONFIDENTIAL

ONSET_00032845
FBG_CH1_00091517

**DEBTORS' EXHIBIT NO. 175**
**Page 1292 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1292 of 1907**

EXHIBIT A (3)

CONFIDENTIAL                                                                         ONSET_00032846
FBG_CH1_00091518

**DEBTORS' EXHIBIT NO. 175**
**Page 1293 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1293 of 1907**

EXHIBIT A (3)

CONFIDENTIAL

ONSET_00032847
FBG_CH1_00091519

**DEBTORS' EXHIBIT NO. 175**
**Page 1294 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1294 of 1907**

EXHIBIT A (3)

CONFIDENTIAL

ONSET_00032848
FBG_CH1_00091520

**DEBTORS' EXHIBIT NO. 175**
**Page 1295 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1295 of 1907**

EXHIBIT A (3)

CONFIDENTIAL

ONSET_00032849
FBG_CH1_00091521

**DEBTORS' EXHIBIT NO. 175**
**Page 1296 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1296 of 1907**

EXHIBIT A (3)

CONFIDENTIAL

ONSET_00032850
FBG_CH1_00091522

DEBTORS' EXHIBIT NO. 175
Page 1297 of 1907
JOINT EXHIBIT NO. 51
Page 1297 of 1907

EXHIBIT A (3)

CONFIDENTIAL

ONSET_00032851
FBG_CH1_00091523

**DEBTORS' EXHIBIT NO. 175**
**Page 1298 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1298 of 1907**

EXHIBIT A (3)

CONFIDENTIAL

ONSET_00032852
FBG_CH1_00091524

**DEBTORS' EXHIBIT NO. 175**
**Page 1299 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1299 of 1907**

EXHIBIT A (3)

CONFIDENTIAL

ONSET_00032853
FBG_CH1_00091525

**DEBTORS' EXHIBIT NO. 175**
**Page 1300 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1300 of 1907**

EXHIBIT A (3)

each line item as may be more fully described on the referenced invoice(s) and related underlying quotes, purchase orders, etc., and all such Property to include any and all attachments, replacements, parts, substitution, additions, repairs, accessions and accessories incorporated therein and/or affixed thereto.

CONFIDENTIAL

ONSET_00032854
FBG_CH1_00091526

**DEBTORS' EXHIBIT NO. 175**
**Page 1301 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1301 of 1907**

EXHIBIT A (4)

CARNABY INVENTORY IV, LLC
MASTER LEASE AGREEMENT NO. OF11445416
LEASE SCHEDULE NO. 027

PROPERTY LOCATION: Horizon Global Americas Inc.'s facility located at Avenida Los Nogales, s/m lotes 4, 8 y 8 (lots 4, 8 and 6) Parque Industrial Villa Florida (Buildings #1 and #2), Reynosa, Tamaulipas, Mexico

*(Inventory spreadsheet table — numerous rows of item data with columns including Part numbers, dates, quantities, values in USD, and descriptions. Data illegible at available resolution.)*

CONFIDENTIAL

ONSET_00032855
FBG_CH1_00091527

DEBTORS' EXHIBIT NO. 175
Page 1302 of 1907
JOINT EXHIBIT NO. 51
Page 1302 of 1907

EXHIBIT A (4)

CONFIDENTIAL

ONSET_00032856
FBG_CH1_00091528

DEBTORS' EXHIBIT NO. 175
Page 1303 of 1907
JOINT EXHIBIT NO. 51
Page 1303 of 1907

EXHIBIT A (4)

CONFIDENTIAL

ONSET_00032857
FBG_CH1_00091529

**DEBTORS' EXHIBIT NO. 175**
**Page 1304 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1304 of 1907**

EXHIBIT A (4)

CONFIDENTIAL

ONSET_00032858
FBG_CH1_00091530

**DEBTORS' EXHIBIT NO. 175**
**Page 1305 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1305 of 1907**

EXHIBIT A (4)

CONFIDENTIAL

ONSET_00032859
FBG_CH1_00091531

DEBTORS' EXHIBIT NO. 175
Page 1306 of 1907
JOINT EXHIBIT NO. 51
Page 1306 of 1907

EXHIBIT A (4)

CONFIDENTIAL

ONSET_00032860
FBG_CH1_00091532

**DEBTORS' EXHIBIT NO. 175**
**Page 1307 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1307 of 1907**

EXHIBIT A (4)

LEASE SCHEDULE NO. 027 Page 7 of 34 CARNABY INVENTORY IV, LLC

CONFIDENTIAL

ONSET_00032861
FBG_CH1_00091533

EXHIBIT A (4)

CONFIDENTIAL

ONSET_00032862
FBG_CH1_00091534

DEBTORS' EXHIBIT NO. 175
Page 1309 of 1907
JOINT EXHIBIT NO. 51
Page 1309 of 1907

EXHIBIT A (4)

LEASE SCHEDULE NO. 027     Page 9 of 34     CARNABY INVENTORY IV, LLC

CONFIDENTIAL

ONSET_00032863
FBG_CH1_00091535

**DEBTORS' EXHIBIT NO. 175**
**Page 1310 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1310 of 1907**

EXHIBIT A (4)

CONFIDENTIAL

ONSET_00032864
FBG_CH1_00091536

DEBTORS' EXHIBIT NO. 175
Page 1311 of 1907
JOINT EXHIBIT NO. 51
Page 1311 of 1907

EXHIBIT A (4)

CONFIDENTIAL

ONSET_00032865
FBG_CH1_00091537

**DEBTORS' EXHIBIT NO. 175**
**Page 1312 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1312 of 1907**

Case 26-03005   Document 16-27   Filed in TXSB on 02/19/26   Page 194 of 196

EXHIBIT A (4)

CONFIDENTIAL

ONSET_00032866
FBG_CH1_00091538

**DEBTORS' EXHIBIT NO. 175**
**Page 1313 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1313 of 1907**

EXHIBIT A (4)

CONFIDENTIAL

ONSET_00032867
FBG_CH1_00091539

**DEBTORS' EXHIBIT NO. 175**
**Page 1314 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1314 of 1907**

EXHIBIT A (4)

CONFIDENTIAL

ONSET_00032868
FBG_CH1_00091540

**DEBTORS' EXHIBIT NO. 175**
**Page 1315 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1315 of 1907**

# Exhibit 25- Part 4

FBG_CH1_00091541

**DEBTORS' EXHIBIT NO. 175**
**Page 1316 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1316 of 1907**

EXHIBIT A (4)

CONFIDENTIAL
ONSET_00032869
FBG_CH1_00091542

DEBTORS' EXHIBIT NO. 175
Page 1317 of 1907
JOINT EXHIBIT NO. 51
Page 1317 of 1907

EXHIBIT A (4)

CONFIDENTIAL

ONSET_00032870
FBG_CH1_00091543

DEBTORS' EXHIBIT NO. 175
Page 1318 of 1907
JOINT EXHIBIT NO. 51
Page 1318 of 1907

EXHIBIT A (4)

CONFIDENTIAL

ONSET_00032871
FBG_CH1_00091544

DEBTORS' EXHIBIT NO. 175
Page 1319 of 1907
JOINT EXHIBIT NO. 51
Page 1319 of 1907

EXHIBIT A (4)

CONFIDENTIAL

ONSET_00032872
FBG_CH1_00091545

DEBTORS' EXHIBIT NO. 175
Page 1320 of 1907
JOINT EXHIBIT NO. 51
Page 1320 of 1907

EXHIBIT A (4)

CONFIDENTIAL

ONSET_00032873
FBG_CH1_00091546

DEBTORS' EXHIBIT NO. 175
Page 1321 of 1907
JOINT EXHIBIT NO. 51
Page 1321 of 1907

Case 26-03005   Document 16-28   Filed in TXSB on 02/19/26   Page 7 of 163

EXHIBIT A (4)

CONFIDENTIAL

ONSET_00032874
FBG_CH1_00091547

**DEBTORS' EXHIBIT NO. 175**
**Page 1322 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1322 of 1907**

EXHIBIT A (4)

CONFIDENTIAL

ONSET_00032875
FBG_CH1_00091548

**DEBTORS' EXHIBIT NO. 175**
**Page 1323 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1323 of 1907**

Case 26-03005   Document 16-28   Filed in TXSB on 02/19/26   Page 9 of 163

EXHIBIT A (4)

CONFIDENTIAL

ONSET_00032876
FBG_CH1_00091549

**DEBTORS' EXHIBIT NO. 175**
**Page 1324 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1324 of 1907**

EXHIBIT A (4)

*[Dense inventory/parts data table — columns include part number, dates, quantities, unit costs in USD, extended values, part codes, and descriptions such as "PASSENGER REAR BRACKET", "MOUNTING BLOCK FRONT", "MOUNTING BLOCK REAR", "STIFFENER BLOCK REAR", "BRACKET", "TUBE SPACER", "CARTON", "ENG PLATE", "HANDLE RH", "HANDLE LH", "PIN INDICATOR", etc. Individual row values are too small and low-resolution to transcribe reliably.]*

CONFIDENTIAL

ONSET_00032877
FBG_CH1_00091550

**DEBTORS' EXHIBIT NO. 175**
**Page 1325 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1325 of 1907**

EXHIBIT A (4)

*[Dense multi-column inventory/lease schedule table — individual cell values illegible at available resolution]*

CONFIDENTIAL

ONSET_00032878
FBG_CH1_00091551

**DEBTORS' EXHIBIT NO. 175**
**Page 1326 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1326 of 1907**

EXHIBIT A (4)

CONFIDENTIAL

ONSET_00032879
FBG_CH1_00091552

DEBTORS' EXHIBIT NO. 175
Page 1327 of 1907
JOINT EXHIBIT NO. 51
Page 1327 of 1907

EXHIBIT A (4)

CONFIDENTIAL

ONSET_00032880
FBG_CH1_00091553

**DEBTORS' EXHIBIT NO. 175**
**Page 1328 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1328 of 1907**

EXHIBIT A (4)

CONFIDENTIAL

ONSET_00032881
FBG_CH1_00091554

DEBTORS' EXHIBIT NO. 175
Page 1329 of 1907

JOINT EXHIBIT NO. 51
Page 1329 of 1907

EXHIBIT A (4)

CONFIDENTIAL

ONSET_00032882
FBG_CH1_00091555

**DEBTORS' EXHIBIT NO. 175**
**Page 1330 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1330 of 1907**

EXHIBIT A (4)

CONFIDENTIAL

ONSET_00032883
FBG_CH1_00091556

**DEBTORS' EXHIBIT NO. 175**
**Page 1331 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1331 of 1907**

EXHIBIT A (4)

CONFIDENTIAL

ONSET_00032884
FBG_CH1_00091557

**DEBTORS' EXHIBIT NO. 175**
**Page 1332 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1332 of 1907**

EXHIBIT A (4)

CONFIDENTIAL

ONSET_00032885
FBG_CH1_00091558

DEBTORS' EXHIBIT NO. 175
Page 1333 of 1907
JOINT EXHIBIT NO. 51
Page 1333 of 1907

EXHIBIT A (4)

CONFIDENTIAL

ONSET_00032886
FBG_CH1_00091559

**DEBTORS' EXHIBIT NO. 175**
**Page 1334 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1334 of 1907**

EXHIBIT A (4)

CONFIDENTIAL

ONSET_00032887
FBG_CH1_00091560

**DEBTORS' EXHIBIT NO. 175**
**Page 1335 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1335 of 1907**

EXHIBIT A (4)

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MX24 | W07774012 | 2/28/2025 | 3/17/2025 | 27.000 | 0.000 | 0.000 | 27.00 | ZEA | 579.14 | 0.00 | 0.00 | 579.14 | USD | 579.85 | 0.00 | 0.00 | 579.85 USD | WIPMTL | WELDMENT | WIP 7900 |
| MX24 | W24706 | 2/28/2025 | 3/17/2025 | 6.000 | 0.000 | 0.000 | 6.00 | ZEA | 172.14 | 0.00 | 0.00 | 172.14 | USD | 172.14 | 0.00 | 0.00 | 172.14 USD | WIPMTL | WELDMENT | WIP 7900 |
| MX24 | W9006 | 2/28/2025 | 3/17/2025 | 1.000 | 0.000 | 0.000 | 1.00 | ZEA | 5.11 | 0.00 | 0.00 | 5.11 | USD | 5.11 | 0.00 | 0.00 | 5.11 USD | WIPMTL | WELDMENT | WIP 7900 |
| MX24 | W3287 | 2/28/2025 | 3/17/2025 | 4.000 | 0.000 | 0.000 | 4.00 | ZEA | 117.71 | 0.00 | 0.00 | 117.71 | USD | 117.71 | 0.00 | 0.00 | 117.71 USD | WIPMTL | WELDMENT | WIP 7900 |
| MX24 | W38619 | 2/28/2025 | 3/17/2025 | 96.000 | 0.000 | 96.000 | | ZEA | 9,793.25 | 0.00 | -9,793.25 | | USD | 9,793.98 | 0.00 | 9,793.98 | 0.00 USD | WIPMTL | WELDMENT -835N DTD | WIP 7900 |
| MX24 | W3682 | 2/28/2025 | 3/17/2025 | 0.000 | 73.000 | 73.000 | 6.00 | ZEA | | 2,864.11 | -2,591.14 | 212.97 | USD | 0.00 | 2,904.11 | 2,591.14 | 212.97 USD | WIPMTL | WELDMENT | WIP 7900 |
| MX24 | W41535 | 2/28/2025 | 3/17/2025 | 1.000 | 0.000 | 0.000 | 1.00 | ZFA | 59.99 | 0.00 | 0.00 | 59.99 | USD | 59.99 | 0.00 | 0.00 | 59.99 USD | WIPMTL | WELDMENT | WIP 7900 |
| MX24 | W41523 | 2/28/2025 | 3/17/2025 | 14.000 | 0.000 | 0.000 | 14.00 | ZEA | 900.18 | 0.00 | 0.00 | 900.08 | USD | 900.08 | 0.00 | 0.00 | 900.08 USD | WIPMTL | WELDMENT | WIP 7900 |
| MX24 | W41990 | 2/28/2025 | 3/17/2025 | 1.000 | 0.000 | 0.000 | 1.00 | ZEA | 89.33 | 0.00 | 0.00 | 89.33 | USD | 89.33 | 0.00 | 0.00 | 89.33 USD | WIPMTL | WELDMENT | WIP 7900 |
| MX24 | W506464 | 2/28/2025 | 3/17/2025 | 1,231.000 | 0.000 | 0.000 | 1,231.00 | ZEA | 1,628.14 | 0.00 | 0.00 | 1,628.13 | USD | 1,628.13 | 0.00 | 0.00 | 1,628.13 USD | HCXBLT | BOLT M16 X 2.00 X 50mm | RAW 3000 |
| MX24 | W5209 | 2/28/2025 | 3/17/2025 | 3.000 | 0.000 | 0.000 | 6.00 | ZEA | 295.40 | 0.00 | 0.00 | 295.40 | USD | 295.40 | 0.00 | 0.00 | 295.46 USD | WIPMTL | WELDMENT | WIP 7900 |
| MX24 | W5379 | 2/28/2025 | 3/17/2025 | 1.000 | 0.000 | 0.000 | 1.00 | ZEA | 32.58 | 0.00 | 0.00 | 32.58 | USD | 32.58 | 0.00 | 0.00 | 32.58 USD | WIPMTL | WELDMENT | WIP 7900 |
| MX24 | W45001 | 2/28/2025 | 3/17/2025 | 1.000 | 0.000 | 0.000 | 1.00 | ZEA | 45.77 | 0.00 | 0.00 | 45.77 | USD | 45.77 | 0.00 | 0.00 | 45.77 USD | WIPMTL | WELDMENT | WIP 7900 |
| MX24 | W65025 | 2/28/2025 | 3/17/2025 | 20.000 | 0.000 | 0.000 | 20.00 | ZEA | 952.62 | 0.00 | 0.00 | 952.62 | USD | 952.62 | 0.00 | 0.00 | 952.62 USD | WIPMTL | WELDMENT | WIP 7900 |
| MX24 | W0757 | 2/28/2025 | 3/17/2025 | 166.000 | 0.000 | 166.000 | | ZEA | 2,924.32 | 0.00 | -2,924.32 | | USD | 2,924.32 | 0.00 | 2,924.32 | 0.00 USD | WIPMTL | WELDMENT | WIP 7900 |
| MX24 | W79078 | 2/28/2025 | 3/17/2025 | 1.000 | 0.000 | 0.000 | 1.00 | ZEA | 46.22 | 0.00 | 0.00 | 46.22 | USD | 46.22 | 0.00 | 0.00 | 46.22 USD | WIPMTL | WELDMENT | WIP 7900 |
| MX24 | W75091 | 2/28/2025 | 3/17/2025 | 1.000 | 0.000 | 0.000 | 1.00 | ZEA | 55.05 | 0.00 | 0.00 | 55.05 | USD | 55.05 | 0.00 | 0.00 | 55.05 USD | WIPMTL | WELDMENT | WIP 7900 |
| MX24 | W75096 | 2/28/2025 | 3/17/2025 | 17.000 | 0.000 | 0.000 | 17.00 | ZEA | 976.29 | 0.00 | 0.00 | 976.29 | USD | 976.29 | 0.00 | 0.00 | 976.29 USD | WIPMTL | WELDMENT | WIP 7900 |
| MX24 | W75101 | 2/28/2025 | 3/17/2025 | 99.000 | 0.000 | 58.000 | 11.00 | ZEA | 2,860.77 | 0.00 | -2,404.70 | 456.07 | USD | 2,860.78 | 0.00 | 2,404.71 | 456.07 USD | WIPMTL | WELDMENT | WIP 7900 |
| MX24 | W75103 | 2/28/2025 | 3/17/2025 | 1.000 | 102.000 | 102.000 | 1.00 | ZEA | 54.23 | 5,422.51 | -5,422.51 | 54.23 | USD | 54.23 | 5,422.50 | 5,422.50 | 54.23 USD | WIPMTL | WELDMENT | WIP 7900 |
| MX24 | W75125 | 2/28/2025 | 3/17/2025 | 13.000 | 0.000 | 0.000 | 13.00 | ZEA | 422.37 | 0.00 | 0.00 | 422.37 | USD | 422.37 | 0.00 | 0.00 | 422.37 USD | WIPMTL | WELDMENT | WIP 7900 |
| MX24 | W75129 | 2/28/2025 | 3/17/2025 | 3.000 | 0.000 | 0.000 | 3.00 | ZEA | 128.23 | 0.00 | 0.00 | 128.23 | USD | 128.23 | 0.00 | 0.00 | 128.23 USD | WIPMTL | WELDMENT | WIP 7900 |

each line item as may be more fully described on the referenced invoice(s) and related underlying quotes, purchase orders, etc., and all such Property to include any and all attachments, replacements, parts, substitution, additions, repairs, accessions and accessories incorporated therein and/or affixed thereto.

LEASE SCHEDULE NO. 027

Page 34 of 34

CARNABY INVENTORY IV, LLC

CONFIDENTIAL

ONSET_00032888
FBG_CH1_00091561

**DEBTORS' EXHIBIT NO. 175**
**Page 1336 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1336 of 1907**

EXHIBIT A (5)

CARNABY INVENTORY IV, LLC
MASTER LEASE AGREEMENT NO. OFH-HS416
LEASE SCHEDULE NO. 007

PROPERTY LOCATION: Horizon Global Americas Inc.'s facility located at Industrial Drive Edificio 11, Polígono Parc. StN. Reynosa Tamaulipas 38797 Mexico

CONFIDENTIAL

ONSET_00032889
FBG_CH1_00091562

**DEBTORS' EXHIBIT NO. 175**
**Page 1337 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1337 of 1907**

EXHIBIT A (5)

CONFIDENTIAL

ONSET_00032890
FBG_CH1_00091563

**DEBTORS' EXHIBIT NO. 175**
**Page 1338 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1338 of 1907**

EXHIBIT A (5)

CONFIDENTIAL                                                                      ONSET_00032891
                                                                                 FBG_CH1_00091564

**DEBTORS' EXHIBIT NO. 175**
**Page 1339 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1339 of 1907**

EXHIBIT A (5)

CONFIDENTIAL

ONSET_00032892
FBG_CH1_00091565

**DEBTORS' EXHIBIT NO. 175**
**Page 1340 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1340 of 1907**

Case 26-03005   Document 16-28   Filed in TXSB on 02/19/26   Page 26 of 163

EXHIBIT A (5)

CONFIDENTIAL

ONSET_00032893
FBG_CH1_00091566

**DEBTORS' EXHIBIT NO. 175**
**Page 1341 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1341 of 1907**

EXHIBIT A (5)

                                         CARNABY INVENTORY-V, LLC

CONFIDENTIAL

ONSET_00032894
FBG_CH1_00091567

DEBTORS' EXHIBIT NO. 175
Page 1342 of 1907
JOINT EXHIBIT NO. 51
Page 1342 of 1907

EXHIBIT A (5)

CONFIDENTIAL

ONSET_00032895
FBG_CH1_00091568

**DEBTORS' EXHIBIT NO. 175**
**Page 1343 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1343 of 1907**

CONFIDENTIAL

ONSET_00032896
FBG_CH1_00091569

**DEBTORS' EXHIBIT NO. 175**
**Page 1344 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1344 of 1907**

EXHIBIT A (5)

CONFIDENTIAL

ONSET_00032897
FBG_CH1_00091570

DEBTORS' EXHIBIT NO. 175
Page 1345 of 1907
JOINT EXHIBIT NO. 51
Page 1345 of 1907

EXHIBIT A (5)

CONFIDENTIAL

ONSET_00032898
FBG_CH1_00091571

**DEBTORS' EXHIBIT NO. 175**
**Page 1346 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1346 of 1907**

EXHIBIT A (5)

CONFIDENTIAL

ONSET_00032899
FBG_CH1_00091572

**DEBTORS' EXHIBIT NO. 175**
**Page 1347 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1347 of 1907**

EXHIBIT A (5)

CONFIDENTIAL

ONSET_00032900
FBG_CH1_00091573

**DEBTORS' EXHIBIT NO. 175**
**Page 1348 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1348 of 1907**

EXHIBIT A (5)

CONFIDENTIAL

ONSET_00032901
FBG_CH1_00091574

**DEBTORS' EXHIBIT NO. 175**
**Page 1349 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1349 of 1907**

EXHIBIT A (5)

CONFIDENTIAL

ONSET_00032902
FBG_CH1_00091575

DEBTORS' EXHIBIT NO. 175
Page 1350 of 1907
JOINT EXHIBIT NO. 51
Page 1350 of 1907

EXHIBIT A (5)

CONFIDENTIAL

ONSET_00032903
FBG_CH1_00091576

EXHIBIT A (5)

CONFIDENTIAL

ONSET_00032904
FBG_CH1_00091577

DEBTORS' EXHIBIT NO. 175
Page 1352 of 1907
JOINT EXHIBIT NO. 51
Page 1352 of 1907

EXHIBIT A (5)

CONFIDENTIAL

ONSET_00032905
FBG_CH1_00091578

**DEBTORS' EXHIBIT NO. 175**
**Page 1353 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1353 of 1907**

EXHIBIT A (5)

CONFIDENTIAL

ONSET_00032906
FBG_CH1_00091579

**DEBTORS' EXHIBIT NO. 175**
**Page 1354 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1354 of 1907**

EXHIBIT A (5)

CONFIDENTIAL

ONSET_00032907
FBG_CH1_00091580

**DEBTORS' EXHIBIT NO. 175**
**Page 1355 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1355 of 1907**

EXHIBIT A (5)

CONFIDENTIAL

ONSET_00032908
FBG_CH1_00091581

**DEBTORS' EXHIBIT NO. 175**
**Page 1356 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1356 of 1907**

Case 26-03005   Document 16-28   Filed in TXSB on 02/19/26   Page 42 of 163

EXHIBIT A (5)

CONFIDENTIAL

ONSET_00032909
FBG_CH1_00091582

**DEBTORS' EXHIBIT NO. 175**
**Page 1357 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1357 of 1907**



## ASSIGNMENT AND TRANSFER OF INVENTORY

This Assignment and Transfer of Inventory (the "Assignment") is dated and effective April 7, 2025, by and between **CARNABY INVENTORY IV, LLC**, 3010 LBJ Freeway, Suite 1200, Dallas, Texas 75234 ("Carnaby" or the "Seller"), **HORIZON GLOBAL AMERICAS INC.**, 127 Public Square, Suite 5300, Cleveland, Ohio 44114 ("Horizon Americas"), and **HOPKINS MANUFACTURING CORPORATION**, 127 Public Square, Suite 5300, Cleveland, Ohio 44114 ("Hopkins") (Horizon Americas and Hopkins are individually and collectively referred to hereinafter as "User"), and **ONSET FINANCIAL, INC.**, 274 West 12300 South, Draper, Utah 84020 (the "Buyer").

WHEREAS, Seller requests Buyer to purchase from Seller Seller's inventory located at each facility as described in more detail on the attached Exhibit A, which by this reference is made a part hereof (the "Property"), and to lease the Property to Seller under the terms and conditions of Lease Schedule No. 027 dated April 7, 2025 (the "Schedule") to Master Lease Agreement No. OFI1445416 dated and effective as of June 28, 2022 (the "Master Lease") (the Master Lease and the Schedule are referred to herein collectively as the "Lease"); and

WHEREAS, Buyer is willing to purchase from Seller and lease the Property to Seller under the terms and conditions of this Assignment and the Lease;

NOW, THEREFORE, in consideration of the mutual promises herein, Seller and Buyer agree as follows:

1.       **Assignment and Transfer of Property**.  Seller agrees to sell, assign and transfer to Buyer and Buyer agrees to purchase and acquire title to the Property, as described in more detail on the attached Exhibit A.  Additionally, Seller also hereby grants a security interest in the Property to Buyer and authorizes Buyer to file any and all UCC-1 financing statements necessary to perfect Buyer's interest in the Property.  Concurrent with the assignment, Buyer agrees to lease the Property to Seller and Seller agrees to accept and lease the Property from Buyer for all purposes under the Lease pursuant to the terms and conditions of the Lease.  As set forth in more detail below and subject to the terms and conditions set forth in Section 4, Lessee intends to allow User to use the Property during the term of the Lease.  Buyer consents to User's use of the Property during the term of the Lease, subject to the Lease and the terms and conditions set forth in Section 4, below.  In connection with Seller's sale of the Property to Buyer, Seller assigns to Buyer all warranties and indemnities from any supplier of raw components or component parts or otherwise with respect to the Property.

2.       **Purchase Price and Payment**.  Buyer and Seller agree that the purchase price of the Property is $160,000,000.00 exclusive of applicable sales taxes (the "Purchase Price") which shall be payable to Seller pursuant to the terms and conditions of this Assignment, and the Lease.  Specifically, the Buyer shall deliver the Purchase Price as directed by Seller in more detail in one or more pay proceeds letters executed by Seller in connection with the Lease.

3.       **Title**.  The parties agree that title and ownership of the Property shall pass from Seller to Buyer upon payment of the Purchase Price specified herein.  Seller will execute and deliver such further documents and do such further acts and things as Buyer may reasonably request in order to fully effect the purposes of this Agreement and properly vest title in the Property with Buyer and protect Buyer's rights in the Property, including, but not limited to, recording or otherwise evidencing transfer of title in the Property to Buyer on any records or with any governmental agencies in the United States and/or Mexico, if so required.  Seller shall provide insurance coverage for the Property from the date title passes to Buyer in accordance with the terms and conditions of the Master Lease, which terms and conditions are incorporated herein by this reference.

4.       **Use of Property**.  Seller's use of the Property as lessee under the Lease includes allowing the Property to be held, possessed, maintained, controlled, and stored by User.  In the ordinary course of its business, the Seller will sell the Property.  When the Property is sold by Seller in the ordinary course, it shall be released from the terms of the Lease, as discussed in more detail below.  By their signatures below, Seller and Buyer, hereby acknowledge and consent to each User's use of the Property, while it is subject to the terms of the Lease.  Each User's use of the Property is further subject to the following representation and warranties that both Seller and each User make hereby in favor and to the benefit of Buyer:

a.   Each User's possession, use, custody, and control of any Property is, and will always be, subject to all of the terms and conditions of the Lease and subordinate to all of Buyer's (as lessor) and Seller's (as lessee) rights, interest and remedies under the Lease.

CONFIDENTIAL

ONSET_00032920
FBG_CH1_00091583

**DEBTORS' EXHIBIT NO. 175**
**Page 1358 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1358 of 1907**

b.  Upon full execution of this Assignment, each User disclaims and waives any ownership, leasehold or other interest in the Property.

c.  While in User's possession and control, except for storing, distributing, conveying, and transferring the Property as inventory in the ordinary course of business, User will (i) not permit the Property to be removed from the respective User's facility, (ii) maintain and keep the Property in good condition and appearance and ready for distribution, transfer and sale in the ordinary course of business, and (iii) permit Buyer and/or its agents to inspect the Property at reasonable times.

d.  User will not permit the Property to become subject to any liens or encumbrances by User or by parties claiming through User. Upon request from Buyer (as lessor), User agrees to cooperate with and assist Buyer (as lessor) in obtaining any landlord and/or mortgage waivers as lessor deems necessary to effectuate the purposes set forth in the Lease.

e.  Buyer and Seller acknowledge that the Property is inventory and will be sold, transferred, assigned, conveyed or distributed by Lessee in its ordinary course of business and will be replenished by Seller also in its ordinary course of business. Buyer (as lessor) acknowledges that, subject to the terms contained in the Lease, Seller is entitled to all proceeds from the sale or transfer of the Property. Upon the sale or transfer of any item or portion of the Property in the ordinary course of Seller's business, Buyer agrees to automatically release all claims of title or ownership it has in and to that item or portion of Property sold, together with any related right, title or interest thereto, provided that such item or portion of Property is replenished with equivalent value Property, or sold for cash to each User at a price greater than originally paid to the respective User for such Property, and such cash proceeds are used by Seller solely to remit the Monthly Rental Lease payments due under the Lease.

5.  **User's Disclaimer of Property**. The parties acknowledge that Horizon Americas and Hopkins each recently transferred any and all rights, title and interest it had to the Property to Seller.

a.  Horizon Americas confirms that it transferred its rights, title and interest in the Property to Seller free and clear of liens, encumbrances or security interests of any kind. To the extent Horizon Americas continues to hold any interest in the Property, it hereby transfers and assigns such interest to Buyer and disclaims any ownership interest therein.

b.  Hopkins confirms that it transferred its rights, title and interest in the Property to Seller free and clear of liens, encumbrances or security interests of any kind. To the extent Hopkins continues to hold any interest in the Property, it hereby transfers and assigns such interest to Buyer and disclaims any ownership interest therein.

6.  **Buyer's Purchase and Performance**. Seller agrees that Buyer's obligations hereunder are expressly subject to the following conditions:

a.  Buyer's receipt of the executed Master Lease, Schedule, Stipulated Loss Schedule, Acceptance and Delivery Certificate for the Property given by Seller in favor of Buyer, UCC searches to be performed against Seller showing no security interests, liens or other encumbrances, partial releases of any UCC liens or encumbrances, evidence of Seller's ownership, and any other documentation reasonably required by Buyer, all in form acceptable to Buyer.

b.  Buyer's receipt of Resolutions in form acceptable to Buyer evidencing Seller's authority to enter into this sale and leaseback transaction with Buyer.

7.  **Taxes**. Seller represents and warrants that it is responsible for and it has paid all sales and use, property and other taxes assessed or due in connection with Seller's purchase, use and possession of the Property prior to the sale to Buyer hereunder. Seller agrees to pay to Buyer an amount equal to all taxes paid, payable or required to be collected by Buyer, however designated, which are levied or based on the rental, on the Lease or on the Property or on its purchase for lease hereunder, or on its use, lease, possession, operation, control or value (including, without limitation, state and local privilege or excise taxes based on gross revenue), any penalties or interest in connection therewith or taxes or amounts in lieu thereof paid or payable by Buyer in respect of the foregoing, but excluding taxes based on Buyer's net income. Buyer shall deliver to Seller a duly executed sales tax exemption certificate for the Property, prior to Buyer's payment of the Purchase Price.

CONFIDENTIAL

ONSET_00032921
FBG_CH1_00091584

**DEBTORS' EXHIBIT NO. 175**
**Page 1359 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1359 of 1907**

8.    **Seller's Representations and Warranties**.  Seller represents and warrants to Buyer that:

a.    Each User is a subsidiary, affiliate or related entity of Seller and that the ultimate management control and ownership of User is held by Seller.

b.    Seller is a limited liability company, duly organized, validly existing and in good standing under the laws of the state, province or country of its incorporation or organization and in all jurisdictions where such qualification is required for it to conduct its business.

c.    Seller has all requisite power and authority to conduct its business, to own and lease its properties and to enter into and perform all of its obligations under this Assignment.

d.    This Assignment has been duly authorized by Seller, and upon execution and delivery by the parties thereto, shall constitute the valid, legal and binding obligation of Seller enforceable in accordance with its terms.

e.    No event has occurred or is continuing which constitutes an event of default under this Assignment. There is no action, suit or proceeding pending or threatened against or effecting Seller, before or by any court, administrative agency or other governmental authority which brings into question the validity of the transaction contemplated by this Assignment or which might materially impair the ability of Seller to perform its obligations under this Assignment or the transaction contemplated hereby.

f.    Neither the execution and delivery by Seller of this Assignment, nor the compliance by Seller with the provisions of any thereof, conflicts with or results in a breach of any of the provisions of the Articles of Incorporation, By-Laws or other charter or organizational documents of Seller, or of any applicable law, judgment, order, writ, injunction, decree, rule or regulation of any court, administrative agency or other governmental authority, or of any agreement or other instrument to which Seller is a party or by which it is bound, or constitutes or will constitute a default under any thereof.

g.    The transaction contemplated by this Assignment complies with all applicable federal, state, municipal or provincial laws, rules and regulations applicable to Seller.

h.    No consent, approval or authorization of or by any court, administrative agency or other governmental authority is required in connection with the execution, delivery, performance or consummation by Seller of the transaction contemplated by this Assignment.

i.    Seller represents and warrants that it has either direct or indirect claims of title or ownership interest in and to the Property and Seller is transferring to Buyer all claims of title and/or ownership interest that it has to Buyer and that the transfer of such claims of title and/or ownership interest constitutes and will vest good and marketable title to the Property in Buyer, free and clear of all liens and encumbrances of any kind or description.  Seller represents and warrants that no other parties, except Seller have claims of title and/or ownership interest in and to the Property.  Except for the allowed use by User of the Property as inventory in the ordinary course, which includes, but is not limited to storing, distributing, conveying, transferring and selling inventory in ordinary course, Seller represents and warrants that the Property is, and at the time of closing will be, located at the premises identified on the Acceptance and Delivery Certificate, in good condition and appearance ready for distribution, transfer and sale in the ordinary course of business.

9.    **Buyer's Representations and Warranties**.  Buyer represents and warrants to Seller that:

a.    Buyer is a corporation duly organized, validly existing and in good standing under the laws of the State of Utah and in all jurisdictions where such qualification is required for it to conduct business.

b.    Buyer has all requisite power and authority to conduct its business, to own and lease its properties and to enter into and perform all of its obligations under this Assignment.

c.    This Assignment has been duly authorized by Buyer, and upon the execution and delivery by the parties thereto, shall constitute the valid, legal and binding obligation of Buyer enforceable in accordance with its terms.

CONFIDENTIAL

ONSET_00032922
FBG_CH1_00091585

DEBTORS' EXHIBIT NO. 175
Page 1360 of 1907
JOINT EXHIBIT NO. 51
Page 1360 of 1907

10.     **Default and Remedies**. In the event any of Seller's representations and warranties made hereunder should be false or misleading in any material respect, or in the event Seller should breach any of its warranties or obligations under this Assignment, Buyer shall be entitled to exercise all rights and remedies available to it at law or in equity together with all of its rights and remedies under the Lease as if they were set forth in this Assignment, and for purposes hereof all such rights and remedies shall be incorporated herein by this reference.

11.     **Successors**. Buyer and Seller agree that this Assignment shall inure to the benefit of and shall be binding upon Seller and Buyer, their respective successors and assigns. Any assignment by Buyer shall not require Seller's prior written approval provided such assignee agrees to observe Buyer's covenant of quiet enjoyment under the Lease. Seller shall not assign any interest in this Assignment without Buyer's prior written consent.

12.     **Survival of Covenants**. Buyer and Seller agree that the warranties, covenants and agreements contained in this Assignment shall survive the passing of title to the Property.

13.     **Miscellaneous**. Section titles are not intended to, and shall not limit or otherwise affect the interpretation of this Assignment. If any provision of this Assignment shall be held to be invalid or unenforceable, the validity and enforceability of the remaining provisions hereof shall not be affected or impaired in any way. Any modifications to this Assignment shall be in writing and shall be signed by both parties and their last known assignees, if any. Any terms capitalized herein shall have the meaning set forth in the Master Lease and the Schedule, which are incorporated herein by reference.

14.     **Entire Agreement**. Seller and Buyer agree that this Assignment and the Lease, together with any amendments, supplements or riders thereto, shall constitute the entire agreement between the parties with respect to the Property and shall supersede all proposals, oral or written, all prior negotiations and all other communications.

15.     **Legal and Administrative Expenses**. Seller shall reimburse Buyer for all charges, costs, expenses and attorney fees incurred by Buyer in connection with this sale/leaseback transaction.

16.     **No Brokers Fee**. Each party represents it has retained no brokers in this transaction and indemnifies the other party against any brokers' or other fees which might result from the indemnifying party's actions.

IN WITNESS WHEREOF, the parties hereto have caused this Assignment to be duly executed by their authorized representatives as of the day and year first above written.

[Signature(s) on following page]

CONFIDENTIAL

ONSET_00032923
FBG_CH1_00091586

**DEBTORS' EXHIBIT NO. 175**
**Page 1361 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1361 of 1907**

[Assignment and Transfer of Inventory Signature Page - Lease Schedule No. 027]

BUYER:                                              SELLER:

**ONSET FINANCIAL, INC.**                           **CARNABY INVENTORY IV, LLC**

BY:  _Kristina Allen_                               BY:  _Edward James_
     Kristina Allen                                      Edward James
TITLE:  Executive Vice President                    TITLE:  Executive Vice President


                                                    and

                                                    **HORIZON GLOBAL AMERICAS INC.**

                                                    BY:  _Edward James_

                                                    TITLE:  Executive Vice President


                                                    and

                                                    **HOPKINS MANUFACTURING CORPORATION**

                                                    BY:  _Edward James_

                                                    TITLE:  Executive Vice President

CONFIDENTIAL                                                    ONSET_00032924
                                                                FBG_CH1_00091587

**DEBTORS' EXHIBIT NO. 175**
**Page 1362 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1362 of 1907**

## EXHIBIT A

All inventory, whether now in place or hereafter acquired, including all such items as they are replenished in the ordinary course of business, as identified by specific part numbers and/or by specific material numbers, consisting of raw components, work in progress, component parts, all after-acquired raw components and all finished goods, maintained, kept and/or stored at (i) Horizon Global Americas Inc.'s facility located at Avenida Los Nogales, s/n lotes 4, 5 y 6 (lots 4, 5 and 6) Parque Industrial Villa Florida (Buildings #1 and #2), Reynosa, Tamaulipas, Mexico, (ii) Horizon Global Americas Inc.'s facility located at Industrial Drive Edificio 11, Prologis Park, S/N, Reynosa Tamaulipas, 88787 Mexico, (iii) Horizon Global Americas Inc.'s facility located at 32901 West 193rd Street, Edgerton, Kansas 66021, (iv) Hopkins Manufacturing Corporation's facility located at 30900 West 185th Street, Edgerton, Kansas 66021, (v) Hopkins Manufacturing Corporation's facility located at 428 Peyton Street, Emporia, Kansas 66801, and (vi) any other future location(s).

CONFIDENTIAL

ONSET_00032925
FBG_CH1_00091588

**DEBTORS' EXHIBIT NO. 175**
**Page 1363 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1363 of 1907**



April 7, 2025

Edward James
Executive Vice President
Carnaby Inventory IV, LLC
3010 LBJ Freeway, Suite 1200
Dallas, Texas 75234

Re:     Lease Schedule No. 027 dated April 7, 2025 (the "Schedule") to Master Lease Agreement No. OFI1445416 dated June 28, 2022 (the "Master Lease") (the Schedule and Master Lease are referred to herein collectively, the "Lease") each by between **ONSET FINANCIAL, INC.** (the "Lessor") and **CARNABY INVENTORY IV, LLC** (the "Lessee"). <u>All defined terms used herein but not defined herein shall have the same meaning ascribed to them in the Lease</u>.

Base Period:              Six (6) Base Period Monthly Rental payments remaining

Monthly Rental:           $38,667,200.00

Lease Commencement Date:  July 1, 2025

Dear Mr. James:

Notice is hereby given that the above referenced Lease has been accepted on April 7, 2025 as more fully described in that Acceptance and Delivery Certificate executed by Lessee.  Now therefore, the Base Period Monthly Rental payments are directed as follows:

All amounts from time to time payable under the Lease to the Lessor shall be paid to the Lessor at 274 West 12300 South, Draper, Utah 84020 as follows:  Six (6) Base Period Monthly Rental payments of $38,667,200.00 commencing on July 1, 2025 through and including the Base Period Monthly Rental payment due on December 1, 2025.

Lessee, by signature below, acknowledges and agrees that the Lease is in full force and effect and Lessee is not in default thereunder; Lessee's obligations to make all payments under the Lease and the rights of Lessor in and to such amounts, shall be as set forth in the Lease; the Lessee has received no notice of a prior, transfer, assignment, hypothecation or pledge of the Lease or of the rents reserved thereunder; and the Lessee will not modify or consent to any modification of the terms of the Lease or enter into any sublease of the Property or assignment of the Lease without the prior written consent of the Lessor; the Lessee will not move the Property from its locations specified in the Acceptance and Delivery Certificate without the prior written consent of  Lessor; the Lessor shall not have any affirmative obligation under the Lease except to take no action to impair Lessee's quiet enjoyment and use of the Property so long as the Lessee is not in default under the terms of the Lease.

[Signature(s) on following page]

CONFIDENTIAL

ONSET_00032926
FBG_CH1_00091589

**DEBTORS' EXHIBIT NO. 175**
**Page 1364 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1364 of 1907**

[Lease Commencement Letter 027 Signature Page]

Sincerely,

**ONSET FINANCIAL, INC.**

BY:   _Kristina Allen_ (signature)
       Kristina Allen
TITLE:   Executive Vice President

Acknowledged by:


LESSEE: **CARNABY INVENTORY IV, LLC**

By:   _Edward James_ (signature)
     Edward James
Title:   Executive Vice President

Date:   March 27, 2025

Page 2 of 2

\\UTSJ-VS-WFS01.OSFI.Local\Lease Operations\Master Library\Schedule Documents\Lease Commencement Letter - Internal.dotx

CONFIDENTIAL

ONSET_00032927
FBG_CH1_00091590

**DEBTORS' EXHIBIT NO. 175**
**Page 1365 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1365 of 1907**



## ACKNOWLEDGEMENT AND WAIVER

This Acknowledgement and Waiver is given April 7, 2025 by **HOPKINS MANUFACTURING CORPORATION** ("Bailee") of 127 Public Square, Suite 5300, Cleveland, Ohio 44114 to **ONSET FINANCIAL, INC.** ("Onset") of 274 West 12300 South, Draper, Utah 84020 as it relates to the following premises: 428 Peyton Street, Emporia, Kansas 66801 (the "Premises").

Bailee is an affiliate of **CARNABY INVENTORY IV, LLC** (the "Lessee"). Bailee acknowledges that pursuant to one or more lease schedules (the "Schedules") which Onset, as Lessor, has or may enter into with Lessee, each of which Schedules incorporate by reference the terms and conditions of that Master Lease Agreement No. OFI1445416 dated June 28, 2022, including any amendments thereto, between Onset and Lessee (the "Master Lease"), Onset has or may lease items of property (all or any part thereof referred to herein as the "Property") to Lessee. Bailee further acknowledges that from time to time Lessee may deliver possession and custody of such Property to Bailee.

As an inducement to Onset to enter into the Schedules, Bailee represents and warrants to Onset as follows:

1. Bailee's possession, use, custody, and control of any Property is, and will always be, subject to all of the terms and conditions of the Schedule and Master Lease and subordinate to all of Onset's and Lessee's rights, interests and remedies under the Schedules.

2. Bailee disclaims and waives any ownership, leasehold or other interest in the Property.

3. While in Bailee's possession and custody, except for storing, distributing, conveying, and transferring the Property as inventory in the ordinary course of business, Bailee will (i) not permit the Property to be removed from the Premises specified in the first paragraph above, (ii) maintain and keep the Property in good condition and appearance and ready for distribution, transfer and sale in the ordinary course of business, and (iii) permit Onset and/or its agents to inspect the Property at reasonable times.

4. Bailee will not permit the Property to become subject to any liens or encumbrances by Bailee or by parties claiming through Bailee. Upon request from Lessor, Bailee agrees to cooperate with and assist Lessor in obtaining any landlord and/or mortgage waivers as Lessor deems necessary to effectuate the purposes set forth herein and in the Lease.

5. Bailee acknowledges Onset's right to assign its rights and interests under this instrument to its underwriters and assigns, and any such assignee shall be an intended third-party beneficiary under this instrument.

6. Bailee acknowledges that, in the event of a default by Lessee in any of its obligations or agreements to Lessor, it is hereby agreed that Lessor may exercise any and all of its available default rights and remedies including, but not limited to, the repossession and sale of the Property. If the Property is in Bailee's possession at the time an event of default by Lessee occurs, then Bailee will make the Property available to Lessor on demand.

[Signature(s) on following page]

\\UTSI-VS-WFS01.OSFI.Local\Lease Operations\Master Library\Acknowledgment & Waiver\A&W - OFI.dotx

CONFIDENTIAL

ONSET_00032933
FBG_CH1_00091591

**DEBTORS' EXHIBIT NO. 175**
**Page 1366 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1366 of 1907**

[Acknowledgement and Waiver – Carnaby Inventory IV, LLC - Signature Page]

**HOPKINS MANUFACTURING CORPORATION**

BY: _____

NAME: Edward James

TITLE: Executive Vice President

\\HTSJ-VS-WF801 OSFI Local\Lease Operations\Master Library\Acknowledgement & Waiver\A&W - OFI.dotx

CONFIDENTIAL

ONSET_00032934
FBG_CH1_00091592

**DEBTORS' EXHIBIT NO. 175**
**Page 1367 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1367 of 1907**



## ACKNOWLEDGEMENT AND WAIVER

This Acknowledgement and Waiver is given February 12, 2024 by **HOPKINS MANUFACTURING CORPORATION** ("Bailee") of 127 Public Square, Suite 5300, Cleveland, Ohio 44114 to **ONSET FINANCIAL, INC.** ("Onset") of 274 West 12300 South, Draper, Utah 84020 as it relates to the following premises: 30900 West 185th Street, Edgerton, Kansas 66021 (the "Premises").

Bailee is an affiliate of **CARNABY INVENTORY IV, LLC** (the "Lessee"). Bailee acknowledges that pursuant to one or more lease schedules (the "Schedules") which Onset, as Lessor, has or may enter into with Lessee, each of which Schedules incorporate by reference the terms and conditions of that Master Lease Agreement No. OFI1445416 dated June 28, 2022, including any amendments thereto, between Onset and Lessee (the "Master Lease"), Onset has or may lease items of property (all or any part thereof referred to herein as the "Property") to Lessee. Bailee further acknowledges that from time to time Lessee may deliver possession and custody of such Property to Bailee.

As an inducement to Onset to enter into the Schedules, Bailee represents and warrants to Onset as follows:

1.    Bailee's possession, use, custody, and control of any Property is, and will always be, subject to all of the terms and conditions of the Schedule and Master Lease and subordinate to all of Onset's and Lessee's rights, interests and remedies under the Schedules.

2.    Bailee disclaims and waives any ownership, leasehold or other interest in the Property.

3.    While in Bailee's possession and custody, except for storing, distributing, conveying, and transferring the Property as inventory in the ordinary course of business, Bailee will (i) not permit the Property to be removed from the Premises specified in the first paragraph above, (ii) maintain and keep the Property in good condition and appearance and ready for distribution, transfer and sale in the ordinary course of business, and (iii) permit Onset and/or its agents to inspect the Property at reasonable times.

4.    Bailee will not permit the Property to become subject to any liens or encumbrances by Bailee or by parties claiming through Bailee. Upon request from Lessor, Bailee agrees to cooperate with and assist Lessor in obtaining any landlord and/or mortgage waivers as Lessor deems necessary to effectuate the purposes set forth herein and in the Lease.

5.    Bailee acknowledges Onset's right to assign its rights and interests under this instrument to its underwriters and assigns, and any such assignee shall be an intended third-party beneficiary under this instrument.

6.    Bailee acknowledges that, in the event of a default by Lessee in any of its obligations or agreements to Lessor, it is hereby agreed that Lessor may exercise any and all of its available default rights and remedies including, but not limited to, the repossession and sale of the Property. If the Property is in Bailee's possession at the time an event of default by Lessee occurs, then Bailee will make the Property available to Lessor on demand.

[Signature(s) on following page]

\\UTS3-VS-WFS01.OSFI.Local\Lease Operations\Master Library\Acknowledgment & Waiver\A&W - OFI.dotx

CONFIDENTIAL

ONSET_00032935
FBG_CH1_00091593

**DEBTORS' EXHIBIT NO. 175**
**Page 1368 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1368 of 1907**

[Acknowledgement and Waiver – Carnaby Inventory IV, LLC - Signature Page]

**HOPKINS MANUFACTURING CORPORATION**

BY: _____

NAME:   Edward James

TITLE:   Executive Vice President

\\HTSJ-VS-WFS01 OSFI Local\Lease Operations\Master Library\Acknowledgement & Waiver\A&W - OFI.dotx

CONFIDENTIAL

ONSET_00032936
FBG_CH1_00091594

**DEBTORS' EXHIBIT NO. 175**
**Page 1369 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1369 of 1907**



## ACKNOWLEDGEMENT AND WAIVER

This Acknowledgement and Waiver is given February 12, 2024 by **HORIZON GLOBAL AMERICAS INC.** ("Bailee") of 127 Public Square, Suite 5300, Cleveland, Ohio 44114 to **ONSET FINANCIAL, INC.** ("Onset") of 274 West 12300 South, Draper, Utah 84020 as it relates to the following premises: 32901 West 193rd Street, Edgerton, Kansas 66021 (the "Premises").

Bailee is an affiliate of **CARNABY INVENTORY IV, LLC** (the "Lessee").  Bailee acknowledges that pursuant to one or more lease schedules (the "Schedules") which Onset, as Lessor, has or may enter into with Lessee, each of which Schedules incorporate by reference the terms and conditions of that Master Lease Agreement No. OFI1445416 dated June 28, 2022, including any amendments thereto, between Onset and Lessee (the "Master Lease"), Onset has or may lease items of property (all or any part thereof referred to herein as the "Property") to Lessee.  Bailee further acknowledges that from time to time Lessee may deliver possession and custody of such Property to Bailee.

As an inducement to Onset to enter into the Schedules, Bailee represents and warrants to Onset as follows:

1.  Bailee's possession, use, custody, and control of any Property is, and will always be, subject to all of the terms and conditions of the Schedule and Master Lease and subordinate to all of Onset's and Lessee's rights, interests and remedies under the Schedules.

2.  Bailee disclaims and waives any ownership, leasehold or other interest in the Property.

3.  While in Bailee's possession and custody, except for storing, distributing, conveying, and transferring the Property as inventory in the ordinary course of business, Bailee will (i) not permit the Property to be removed from the Premises specified in the first paragraph above, (ii) maintain and keep the Property in good condition and appearance and ready for distribution, transfer and sale in the ordinary course of business, and (iii) permit Onset and/or its agents to inspect the Property at reasonable times.

4.  Bailee will not permit the Property to become subject to any liens or encumbrances by Bailee or by parties claiming through Bailee.  Upon request from Lessor, Bailee agrees to cooperate with and assist Lessor in obtaining any landlord and/or mortgage waivers as Lessor deems necessary to effectuate the purposes set forth herein and in the Lease.

5.  Bailee acknowledges Onset's right to assign its rights and interests under this instrument to its underwriters and assigns, and any such assignee shall be an intended third-party beneficiary under this instrument.

6.  Bailee acknowledges that, in the event of a default by Lessee in any of its obligations or agreements to Lessor, it is hereby agreed that Lessor may exercise any and all of its available default rights and remedies including, but not limited to, the repossession and sale of the Property.  If the Property is in Bailee's possession at the time an event of default by Lessee occurs, then Bailee will make the Property available to Lessor on demand.

[Signature(s) on following page]

\\UTSJ-VS-WFS01.OSFI.Local\Lease Operations\Master Library\Acknowledgment & Waiver\A&W - OFI.dotx

CONFIDENTIAL

ONSET_00032937
FBG_CH1_00091595

**DEBTORS' EXHIBIT NO. 175**
**Page 1370 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1370 of 1907**

[Acknowledgement and Waiver – Carnaby Inventory IV, LLC - Signature Page]

**HORIZON GLOBAL AMERICAS INC.**

BY: _____

NAME:   Edward James

TITLE:   Executive Vice President

Page 2 of 2

\\JITSJ-VS-WFS01 OSFI Local\Lease Operations\Master Library\Acknowledgement & Waiver\A&W - OFI.dotx

CONFIDENTIAL

ONSET_00032938
FBG_CH1_00091596

**DEBTORS' EXHIBIT NO. 175**
**Page 1371 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1371 of 1907**



## ACKNOWLEDGEMENT AND WAIVER

This Acknowledgement and Waiver is given April 7, 2025 by **HORIZON GLOBAL AMERICAS INC.** ("Bailee") of 127 Public Square, Suite 5300, Cleveland, Ohio 44114 to **ONSET FINANCIAL, INC.** ("Onset") of 274 West 12300 South, Draper, Utah 84020 as it relates to the following premises: Industrial Drive Edificio 11, Prologis Park, S/N, Reynosa Tamaulipas, 88787 Mexico (the "Premises").

Bailee is an affiliate of **CARNABY INVENTORY IV, LLC** (the "Lessee"). Bailee acknowledges that pursuant to one or more lease schedules (the "Schedules") which Onset, as Lessor, has or may enter into with Lessee, each of which Schedules incorporate by reference the terms and conditions of that Master Lease Agreement No. OFI1445416 dated June 28, 2022, including any amendments thereto, between Onset and Lessee (the "Master Lease"), Onset has or may lease items of property (all or any part thereof referred to herein as the "Property") to Lessee. Bailee further acknowledges that from time to time Lessee may deliver possession and custody of such Property to Bailee.

As an inducement to Onset to enter into the Schedules, Bailee represents and warrants to Onset as follows:

1.  Bailee's possession, use, custody, and control of any Property is, and will always be, subject to all of the terms and conditions of the Schedule and Master Lease and subordinate to all of Onset's and Lessee's rights, interests and remedies under the Schedules.

2.  Bailee disclaims and waives any ownership, leasehold or other interest in the Property.

3.  While in Bailee's possession and custody, except for storing, distributing, conveying, and transferring the Property as inventory in the ordinary course of business, Bailee will (i) not permit the Property to be removed from the Premises specified in the first paragraph above, (ii) maintain and keep the Property in good condition and appearance and ready for distribution, transfer and sale in the ordinary course of business, and (iii) permit Onset and/or its agents to inspect the Property at reasonable times.

4.  Bailee will not permit the Property to become subject to any liens or encumbrances by Bailee or by parties claiming through Bailee. Upon request from Lessor, Bailee agrees to cooperate with and assist Lessor in obtaining any landlord and/or mortgage waivers as Lessor deems necessary to effectuate the purposes set forth herein and in the Lease.

5.  Bailee acknowledges Onset's right to assign its rights and interests under this instrument to its underwriters and assigns, and any such assignee shall be an intended third-party beneficiary under this instrument.

6.  Bailee acknowledges that, in the event of a default by Lessee in any of its obligations or agreements to Lessor, it is hereby agreed that Lessor may exercise any and all of its available default rights and remedies including, but not limited to, the repossession and sale of the Property. If the Property is in Bailee's possession at the time an event of default by Lessee occurs, then Bailee will make the Property available to Lessor on demand.

[Signature(s) on following page]

Page 1 of 2

\\UTSI-VS-WFS01.OSFI.Local\Lease Operations\Master Library\Acknowledgement & Waiver\A&W - OFI.dotx

CONFIDENTIAL

ONSET_00032939
FBG_CH1_00091597

**DEBTORS' EXHIBIT NO. 175**
**Page 1372 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1372 of 1907**

[Acknowledgement and Waiver – Carnaby Inventory IV, LLC - Signature Page]

**HORIZON GLOBAL AMERICAS INC.**

BY: _____

NAME:  Edward James

TITLE:  Executive Vice President

\\HTSJ-VS-WFS01 OSFI Local\Lease Operations\Master Library\Acknowledgement & Waiver\A&W - OFI.docx

CONFIDENTIAL

ONSET_00032940
FBG_CH1_00091598

**DEBTORS' EXHIBIT NO. 175**
**Page 1373 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1373 of 1907**



## ACKNOWLEDGEMENT AND WAIVER

This Acknowledgement and Waiver is given April 7, 2025 by **HORIZON GLOBAL AMERICAS INC.** ("Bailee") of 127 Public Square, Suite 5300, Cleveland, Ohio 44114 to **ONSET FINANCIAL, INC.** ("Onset") of 274 West 12300 South, Draper, Utah 84020 as it relates to the following premises: Avenida Los Nogales, s/n lotes 4, 5 y 6 (lots 4, 5 and 6) Parque Industrial Villa Florida (Buildings #1 and #2), Reynosa, Tamaulipas, Mexico (the "Premises").

Bailee is an affiliate of **CARNABY INVENTORY IV, LLC** (the "Lessee"). Bailee acknowledges that pursuant to one or more lease schedules (the "Schedules") which Onset, as Lessor, has or may enter into with Lessee, each of which Schedules incorporate by reference the terms and conditions of that Master Lease Agreement No. OFI1445416 dated June 28, 2022, including any amendments thereto, between Onset and Lessee (the "Master Lease"), Onset has or may lease items of property (all or any part thereof referred to herein as the "Property") to Lessee. Bailee further acknowledges that from time to time Lessee may deliver possession and custody of such Property to Bailee.

As an inducement to Onset to enter into the Schedules, Bailee represents and warrants to Onset as follows:

1. Bailee's possession, use, custody, and control of any Property is, and will always be, subject to all of the terms and conditions of the Schedule and Master Lease and subordinate to all of Onset's and Lessee's rights, interests and remedies under the Schedules.

2. Bailee disclaims and waives any ownership, leasehold or other interest in the Property.

3. While in Bailee's possession and custody, except for storing, distributing, conveying, and transferring the Property as inventory in the ordinary course of business, Bailee will (i) not permit the Property to be removed from the Premises specified in the first paragraph above, (ii) maintain and keep the Property in good condition and appearance and ready for distribution, transfer and sale in the ordinary course of business, and (iii) permit Onset and/or its agents to inspect the Property at reasonable times.

4. Bailee will not permit the Property to become subject to any liens or encumbrances by Bailee or by parties claiming through Bailee. Upon request from Lessor, Bailee agrees to cooperate with and assist Lessor in obtaining any landlord and/or mortgage waivers as Lessor deems necessary to effectuate the purposes set forth herein and in the Lease.

5. Bailee acknowledges Onset's right to assign its rights and interests under this instrument to its underwriters and assigns, and any such assignee shall be an intended third-party beneficiary under this instrument.

6. Bailee acknowledges that, in the event of a default by Lessee in any of its obligations or agreements to Lessor, it is hereby agreed that Lessor may exercise any and all of its available default rights and remedies including, but not limited to, the repossession and sale of the Property. If the Property is in Bailee's possession at the time an event of default by Lessee occurs, then Bailee will make the Property available to Lessor on demand.

[Signature(s) on following page]

Page 1 of 2

\\UTSI-VS-WFS01.OSFI.Local\Lease Operations\Master Library\Acknowledgment & Waiver\A&W - OFI.dotx

CONFIDENTIAL

ONSET_00032941
FBG_CH1_00091599

[Acknowledgement and Waiver – Carnaby Inventory IV, LLC - Signature Page]

**HORIZON GLOBAL AMERICAS INC.**

BY: _____

NAME: Edward James

TITLE: Executive Vice President

Page 2 of 2

\\HTSJ-VS-WFS01 OSFI Local\Lease Operations\Master Library\Acknowledgement & Waiver\A&W - OFI.dotx

CONFIDENTIAL

ONSET_00032942
FBG_CH1_00091600

**DEBTORS' EXHIBIT NO. 175**
**Page 1375 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1375 of 1907**



**ACCEPTANCE AND DELIVERY CERTIFICATE
TO
LEASE SCHEDULE NO. 027**

Reference is made to Lease Schedule No. 027 dated April 7, 2025 (the "Schedule") which incorporates the terms and conditions of Master Lease Agreement No. OFI1445416 dated June 28, 2022 (the "Master Lease") between **ONSET FINANCIAL, INC.** (the "Lessor") and **CARNABY INVENTORY IV, LLC** (the "Lessee"). The Master Lease and Schedule shall be referenced herein collectively as the Lease. All capitalized terms used herein but not defined herein shall have the same meanings ascribed to them in the Master Lease.

SECTION 1     PROPERTY: All inventory, whether now in place or hereafter acquired, including all such items as they are replenished in the ordinary course of business, as identified by specific part numbers and/or by specific material numbers, consisting of raw components, work in progress, component parts, all after-acquired raw components and all finished goods, maintained, kept and/or stored at (i) Horizon Global Americas Inc.'s facility located at Avenida Los Nogales, s/n lotes 4, 5 y 6 (lots 4, 5 and 6) Parque Industrial Villa Florida (Buildings #1 and #2), Reynosa, Tamaulipas, Mexico, (ii) Horizon Global Americas Inc.'s facility located at Industrial Drive Edificio 11, Prologis Park, S/N, Reynosa Tamaulipas, 88787 Mexico, (iii) Horizon Global Americas Inc.'s facility located at 32901 West 193rd Street, Edgerton, Kansas 66021, (iv) Hopkins Manufacturing Corporation's facility located at 30900 West 185th Street, Edgerton, Kansas 66021, (v) Hopkins Manufacturing Corporation's facility located at 428 Peyton Street, Emporia, Kansas 66801, and (vi) any other future location(s), and other items of Property all as more fully described on the attached Exhibit A, which by reference becomes a part hereof, together with any and all attachments, accessions, additions, enhancements and replacements thereto (collectively, the "Property").

SECTION 2     PROPERTY LOCATION:  Location(s) as set forth on the attached Exhibit A.

SECTION 3     DATE OF ACCEPTANCE: April 7, 2025

SECTION 4     CONDITION OF THE PROPERTY:  Lessee hereby acknowledges that all items of Property described in Section 1 have been delivered and received by Lessee and will be maintained, kept and/or stored at the Property Location in Lessee's ordinary course of business. Lessee hereby unconditionally and irrevocably accepts the Property for all purposes under the Lease.

SECTION 5     DISBURSEMENTS:  By signature below Lessee hereby authorizes and directs Lessor to remit proceeds directly to Lessee in the amount of $160,000,000.00 USD for the Property.

[Signature(s) on following page]

\\UTSJ-VS-WFS01.OSFI.Local\Lease Operations\Master Library\Acceptance and Delivery\Acceptance & Delivery Certificate.dotx

CONFIDENTIAL

ONSET_00032918
FBG_CH1_00091601

**DEBTORS' EXHIBIT NO. 175**
**Page 1376 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1376 of 1907**

[Acceptance and Delivery Certificate Signature Page to Lease Schedule No. 027]

LESSEE:  **CARNABY INVENTORY IV, LLC**

BY:  _____
        Edward James
TITLE:   Executive Vice President

Page 2 of 2

CONFIDENTIAL

ONSET_00032919
FBG_CH1_00091602

CARNABY INVENTORY IV, LLC
MASTER LEASE AGREEMENT NO. OFI1445416
LEASE SCHEDULE NO. 927

PROPERTY LOCATION: Hopkins Manufacturing Corporation's facility located at 428 Peyton Street, Emporia, Kansas 66801

$ 17,810,176.28

CONFIDENTIAL

ONSET_00032628
FBG_CH1_00091603

**DEBTORS' EXHIBIT NO. 175**
**Page 1378 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1378 of 1907**

CONFIDENTIAL

ONSET_00032629
FBG_CH1_00091604

**DEBTORS' EXHIBIT NO. 175**
**Page 1379 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1379 of 1907**

Exhibit A (1)

CONFIDENTIAL

ONSET_00032630
FBG_CH1_00091605

DEBTORS' EXHIBIT NO. 175
Page 1380 of 1907

JOINT EXHIBIT NO. 51
Page 1380 of 1907

CONFIDENTIAL

ONSET_00032631
FBG_CH1_00091606

**DEBTORS' EXHIBIT NO. 175**
**Page 1381 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1381 of 1907**

CONFIDENTIAL

ONSET_00032632
FBG_CH1_00091607

**DEBTORS' EXHIBIT NO. 175**
**Page 1382 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1382 of 1907**

CONFIDENTIAL

ONSET_00032633
FBG_CH1_00091608

CONFIDENTIAL

ONSET_00032634
FBG_CH1_00091609

**DEBTORS' EXHIBIT NO. 175**
**Page 1384 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1384 of 1907**

CONFIDENTIAL

ONSET_00032635
FBG_CH1_00091610

**DEBTORS' EXHIBIT NO. 175**
**Page 1385 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1385 of 1907**

CONFIDENTIAL

ONSET_00032636
FBG_CH1_00091611

**DEBTORS' EXHIBIT NO. 175**
**Page 1386 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1386 of 1907**

CONFIDENTIAL

ONSET_00032637
FBG_CH1_00091612

DEBTORS' EXHIBIT NO. 175
Page 1387 of 1907

JOINT EXHIBIT NO. 51
Page 1387 of 1907

Case 26-03005   Document 16-28   Filed in TXSB on 02/19/26   Page 73 of 163

Exhibit A(1)

USANB SCHEDULE EXO. 606

CARNABY INVENTORY IV, LLC

CONFIDENTIAL

ONSET_00032638
FBG_CH1_00091613

**DEBTORS' EXHIBIT NO. 175**
**Page 1388 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1388 of 1907**

CONFIDENTIAL

ONSET_00032639
FBG_CH1_00091614

**DEBTORS' EXHIBIT NO. 175**
**Page 1389 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1389 of 1907**

CONFIDENTIAL

ONSET_00032640
FBG_CH1_00091615

CARNABY INVENTORY IV, LLC

**DEBTORS' EXHIBIT NO. 175**
**Page 1390 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1390 of 1907**

CONFIDENTIAL

ONSET_00032641
FBG_CH1_00091616

**DEBTORS' EXHIBIT NO. 175**
**Page 1391 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1391 of 1907**

Exhibit A (1)

[Dense inventory spreadsheet data — illegible at available resolution]

CONFIDENTIAL

ONSET_00032642
FBG_CH1_00091617

DEBTORS' EXHIBIT NO. 175
Page 1392 of 1907

JOINT EXHIBIT NO. 51
Page 1392 of 1907

Exhibit A (1)

*[Dense multi-column inventory table — contents illegible at available resolution]*

CONFIDENTIAL

ONSET_00032643
FBG_CH1_00091618

DEBTORS' EXHIBIT NO. 175
Page 1393 of 1907

JOINT EXHIBIT NO. 51
Page 1393 of 1907

Case 26-03005   Document 16-28   Filed in TXSB on 02/19/26   Page 79 of 163

Exhibit A(1)

CONFIDENTIAL

ONSET_00032644
FBG_CH1_00091619

**DEBTORS' EXHIBIT NO. 175**
**Page 1394 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1394 of 1907**

CONFIDENTIAL

ONSET_00032645
FBG_CH1_00091620

DEBTORS' EXHIBIT NO. 175
Page 1395 of 1907

JOINT EXHIBIT NO. 51
Page 1395 of 1907

Exhibit A(1)

_[Dense multi-column inventory table; individual rows illegible at this resolution.]_

CONFIDENTIAL

ONSET_00032646
FBG_CH1_00091621

**DEBTORS' EXHIBIT NO. 175**
**Page 1396 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1396 of 1907**

Case 26-03005 Document 16-28 Filed in TXSB on 02/19/26 Page 82 of 163

Exhibit A (1)

CONFIDENTIAL

ONSET_00032647
FBG_CH1_00091622

**DEBTORS' EXHIBIT NO. 175**
**Page 1397 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1397 of 1907**

CONFIDENTIAL

ONSET_00032648
FBG_CH1_00091623

**DEBTORS' EXHIBIT NO. 175**
**Page 1398 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1398 of 1907**

Exhibit A (1)

USABLE SCHEDULE END 695

CARNABY INVENTORY IV, LLC

CONFIDENTIAL

ONSET_00032649
FBG_CH1_00091624

**DEBTORS' EXHIBIT NO. 175**
**Page 1399 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1399 of 1907**

CONFIDENTIAL

ONSET_00032650
FBG_CH1_00091625

**DEBTORS' EXHIBIT NO. 175**
**Page 1400 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1400 of 1907**

Exhibit A (1)

CONFIDENTIAL

ONSET_00032651
FBG_CH1_00091626

**DEBTORS' EXHIBIT NO. 175**
**Page 1401 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1401 of 1907**

CONFIDENTIAL

USABLE SCHEDULE END  626

CARNABY INVENTORY IV, LLC

ONSET_00032652
FBG_CH1_00091627

DEBTORS' EXHIBIT NO. 175
Page 1402 of 1907

JOINT EXHIBIT NO. 51
Page 1402 of 1907

Exhibit A(1)

CONFIDENTIAL

ONSET_00032653
FBG_CH1_00091628

**DEBTORS' EXHIBIT NO. 175**
**Page 1403 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1403 of 1907**

Case 26-03005   Document 16-28   Filed in TXSB on 02/19/26   Page 89 of 163

Exhibit A (1)

CONFIDENTIAL

ONSET_00032654
FBG_CH1_00091629

DEBTORS' EXHIBIT NO. 175
Page 1404 of 1907

JOINT EXHIBIT NO. 51
Page 1404 of 1907

CONFIDENTIAL

ONSET_00032655
FBG_CH1_00091630

**DEBTORS' EXHIBIT NO. 175**
**Page 1405 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1405 of 1907**

CONFIDENTIAL

ONSET_00032656
FBG_CH1_00091631

DEBTORS' EXHIBIT NO. 175
Page 1406 of 1907

JOINT EXHIBIT NO. 51
Page 1406 of 1907

Exhibit A(1)

CONFIDENTIAL

ONSET_00032657
FBG_CH1_00091632

**DEBTORS' EXHIBIT NO. 175**
**Page 1407 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1407 of 1907**

Case 26-03005   Document 16-28   Filed in TXSB on 02/19/26   Page 93 of 163

Exhibit A(1)

CONFIDENTIAL

ONSET_00032658
FBG_CH1_00091633

DEBTORS' EXHIBIT NO. 175
Page 1408 of 1907

JOINT EXHIBIT NO. 51
Page 1408 of 1907

CONFIDENTIAL

ONSET_00032659
FBG_CH1_00091634

**DEBTORS' EXHIBIT NO. 175**
**Page 1409 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1409 of 1907**

Exhibit A(1)

CONFIDENTIAL

ONSET_00032660
FBG_CH1_00091635

CONFIDENTIAL

ONSET_00032661
FBG_CH1_00091636

CONFIDENTIAL

ONSET_00032662
FBG_CH1_00091637

**DEBTORS' EXHIBIT NO. 175**
**Page 1412 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1412 of 1907**

Exhibit A (1)

CONFIDENTIAL

ONSET_00032663
FBG_CH1_00091638

**DEBTORS' EXHIBIT NO. 175**
**Page 1413 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1413 of 1907**

Exhibit 1(1)

USABLE SCHEDULE END   606

CARNABY INVENTORY IV, LLC

CONFIDENTIAL

ONSET_00032664
FBG_CH1_00091639

**DEBTORS' EXHIBIT NO. 175**
**Page 1414 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1414 of 1907**

CONFIDENTIAL

ONSET_00032665
FBG_CH1_00091640

DEBTORS' EXHIBIT NO. 175
Page 1415 of 1907

JOINT EXHIBIT NO. 51
Page 1415 of 1907

CONFIDENTIAL

ONSET_00032666
FBG_CH1_00091641

DEBTORS' EXHIBIT NO. 175
Page 1416 of 1907

JOINT EXHIBIT NO. 51
Page 1416 of 1907

CONFIDENTIAL

ONSET_00032667
FBG_CH1_00091642

DEBTORS' EXHIBIT NO. 175
Page 1417 of 1907

JOINT EXHIBIT NO. 51
Page 1417 of 1907

CONFIDENTIAL

ONSET_00032668
FBG_CH1_00091643

**DEBTORS' EXHIBIT NO. 175**
**Page 1418 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1418 of 1907**

CONFIDENTIAL

ONSET_00032669
FBG_CH1_00091644

CONFIDENTIAL

ONSET_00032670
FBG_CH1_00091645

**DEBTORS' EXHIBIT NO. 175**
**Page 1420 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1420 of 1907**

CONFIDENTIAL

ONSET_00032671
FBG_CH1_00091646

**DEBTORS' EXHIBIT NO. 175**
**Page 1421 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1421 of 1907**

CONFIDENTIAL

ONSET_00032672
FBG_CH1_00091647

CONFIDENTIAL

ONSET_00032673
FBG_CH1_00091648

**DEBTORS' EXHIBIT NO. 175**
**Page 1423 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1423 of 1907**

CONFIDENTIAL

ONSET_00032674
FBG_CH1_00091649

**DEBTORS' EXHIBIT NO. 175**
**Page 1424 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1424 of 1907**

| HM | PP10 SR | REGRIND BLK REPRO COPOLY RESIN-20 MELT 2 IZOD PP (202) | 18010 | RM | Plating | 4 | CONSC | OZ | 130784 | 0 | 0 | 0 | 0.05 | 6,279.98 | 0 | 0 | 0 | 6279.976 RM |
| HM | PP10 SR | REGRIND BLK REPRO COPOLY RESIN-20 MELT 2 IZOD PP (202) | 18014 | RM | Plating | 4 | CONSC | OZ | 127616 | 0 | 0 | 0 | 0.05 | 5,774.62 | 0 | 0 | 0 | 5774.624 RM |
| HM | PS15 | HI-IMPACT POLYSTYRENE-BLK REPRO | 18022 | RM | Plating | 4 | CONWC | OZ | 48000 | 0 | 0 | 0 | 0.09 | 4,200.00 | 0 | 0 | 0 | 4200 RM |
| HM | RC285 | 48" METAL POLE W/PIVOT BLACK | HM_08_24 | PP | Plating | 4 | CONSC | PC | 1809 | 0 | 0 | 0 | 1.16 | 2,074.01 | 0 | 0 | 0 | 2074.00866 WIP |
| HM | RC542 | 2A66 MASKING TAPE ( 3630 ) | HM_10_25 | PP | Plating | 4 | CON2A | PC | 707 | 0 | 0 | 0 | 2.94 | 2,076.81 | 0 | 0 | 0 | 2076.8129 WIP |
| HM | RC532 | 10" QUAD WITH GRAY FIBER, BLK BLOCK | HM_08_46 | PP | Plating | 4 | CONSC | PC | 235 | 0 | 0 | 0 | 4.48 | 1,052.80 | 0 | 0 | 0 | 1052.8 WIP |
| HM | RD423 | OBSWAND HEAD SUEDE BON+ MICROF BONT | 41100214 | PP | Plating | 4 | CONSC | PC | 768 | 0 | 0 | 0 | 1.94 | 1,466.79 | 0 | 0 | 0 | 1466.790312 WIP |
| HM | RD847 | WHEELA BRUMPER BRSH BLUE | 23050 | PP | Plating | 4 | CONSC | PC | 472 | 0 | 0 | 0 | 1.20 | 565.13 | 0 | 0 | 0 | 565.1256 WIP |
| HM | RM49416 | SG PROFIT TRUCK #6 RU (1 | HM_08_10 | FG | Plating | 4 | VEHAC | PC | 72 | 0 | 0 | 0 | 6.97 | 502.01 | 0 | 0 | 0 | 502.0056 FB |
| HM | 912 EB9.0PRFB | OBS28" FORCE SNOWBRSH RED TRAY 12PK | 42450174 | FG | Plating | 1 | CONWC | CS | 42 | 0 | 0 | 0 | 20.09 | 843.61 | 0 | 0 | 0 | 843.6966333 FB |
| HM | 912 SB9.0PRFB | 52" FORCE PIVOTING SNOWBROOM RED 12PK | 42450 | FG | Plating | 4 | CONWC | CS | 14 | 0 | 0 | 0 | 69.94 | 979.18 | 0 | 0 | 0 | 979.187033 FB |
| HM | 316-69GT | ULTRA MAXX SHBRSH W/OSKY 18PK | 41690044 | FG | Plating | 4 | CONWC | CS | 18 | 0 | 0 | 0 | 55.26 | 995.00 | 0 | 0 | 0 | 995.0623726 FB |
| HM | S24-5275PKUS | 22"SIBRSH-"PINK SNOW TOOLS" 24PK | ACTIVE DMWG | FG | Plating | 4 | CONWC | CS | 13 | 0 | 0 | 0 | 42.18 | 548.46 | 0 | 0 | 0 | 548.4941285 FB |
| HM | S24-539RFB | 26" FORCE REACH SNOWBRUSH 24PK | 41690034 | FG | Plating | 4 | CONWC | CS | 25 | 0 | 0 | 0 | 38.86 | 971.56 | 0 | 0 | 0 | 971.5950205 FB |
| HM | S26.589.35CFF | 29" CARBON FIBER SBRSH 29PK | 42450138 | FG | Plating | 4 | CONWC | CS | 8 | 0 | 0 | 0 | 88.14 | 705.11 | 0 | 0 | 0 | 705.1059136 FB |
| HM | S35-689PKU S | 31"SIBRSH-PINK SNOW TOOLS 30PK | 41400248 | FG | Plating | 4 | CONWC | CS | 16 | 0 | 0 | 0 | 63.90 | 1,022.34 | 0 | 0 | 0 | 1022.321169 FB |
| HM | S6-998PV | OBS"35" ULTRA MAXX SIBRSH W/PV 6PK" | 41400298 | FG | Plating | 4 | CONWC | CS | 30 | 0 | 0 | 0 | 28.45 | 853.49 | 0 | 0 | 0 | 853.4966277 FB |
| HM | S8-098PV | OBS"35" ULTRA MAXX SIBRSH W/PV 8PK" | DD6907 | FG | Plating | 4 | CON2Q | CS | 728 | 0 | 0 | 0 | 28.45 | 20,483.72 | 0 | 0 | 0 | 20483.72465 FB |
| HM | STAPLE WIRE.004 G | #31" GALV STAPLE WIRE ZX-ORANSKY | HM_21 | PP | Plating | 4 | CONWC | OZ | 90232 | 0 | 0 | 0 | 0.12 | 6,946.87 | 0 | 0 | 0 | 6946.865616 WIP |
| HM | TF1X6PA | 8X621-2733 TF1 HARA TRANS PANL 36PK | 42450H SC | FG | Plating | 1 | CONFT | CS | 24 | 0 | 0 | 0 | 29.26 | 702.15 | 0 | 0 | 0 | 702.1460344 FB |
| HM | TS0T724PB | 5 SQFT S/TAS CHANGS 24PK | 42450239 | FG | Plating | 1 | SGOOD | CS | 6 | 0 | 0 | 0 | 151.07 | 906.41 | 0 | 0 | 0 | 906.406109 FB |
| HM | TSC4BAZMX | OBS 1.9QFT AOVA SM CHANGS 48PK | 42450274 | FG | Plating | 4 | SGOOD | CS | 33 | 0 | 0 | 0 | 82.72 | 2,729.65 | 0 | 0 | 0 | 2729.640913 FB |
| HM | WS4212 | 42" ALUMINUM HNDL 12PK | 41100028 | FG | Plating | 4 | CONSC | CS | 10 | 0 | 0 | 0 | 29.75 | 297.55 | 0 | 0 | 0 | 297.54884 FB |
| HM | WS4212 | 42" ALUMINUM HNDL 12PK | 41100042 | FG | Plating | 4 | CONSC | CS | 52 | 0 | 0 | 0 | 29.75 | 1,547.24 | 0 | 0 | 0 | 1547.243568 FB |
| HM | WS4212 | 42" ALUMINUM HNDL 12PK | HM_10_42 | FG | Plating | 1 | CONSC | CS | 22 | 0 | 0 | 0 | 29.75 | 654.60 | 0 | 0 | 0 | 654.603048 FB |

each line item as may be more fully described on the referenced invoice(s) and related underlying quotes, purchase orders, etc., and all such Property to include any and all attachments, replacements, parts, substitution, additions, repairs, accessions and accessories incorporated therein and/or affixed thereto.

CONFIDENTIAL

ONSET_00032675
FBG_CH1_00091650

**DEBTORS' EXHIBIT NO. 175**
**Page 1425 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1425 of 1907**

Exhibit A (2)

CARNABY INVENTORY IV, LLC
MASTER LEASE AGREEMENT NO. OPI5445416
LEASE SCHEDULE NO. 027

PROPERTY LOCATION: Hodkins Manufacturing Corporation's facility located at 30MP West 136th Street, Edgerton, Kansas 49121

$ 48,832,185.44

LEASE SCHEDULE END: 606  CARNABY INVENTORY IV, LLC

CONFIDENTIAL

ONSET_00032676
FBG_CH1_00091651

DEBTORS' EXHIBIT NO. 175
Page 1426 of 1907
JOINT EXHIBIT NO. 51
Page 1426 of 1907

CONFIDENTIAL

ONSET_00032677
FBG_CH1_00091652

DEBTORS' EXHIBIT NO. 175
Page 1427 of 1907
JOINT EXHIBIT NO. 51
Page 1427 of 1907

CONFIDENTIAL

ONSET_00032678
FBG_CH1_00091653

DEBTORS' EXHIBIT NO. 175
Page 1428 of 1907

JOINT EXHIBIT NO. 51
Page 1428 of 1907

CONFIDENTIAL

ONSET_00032679
FBG_CH1_00091654

**DEBTORS' EXHIBIT NO. 175**
**Page 1429 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1429 of 1907**

CONFIDENTIAL

ONSET_00032680
FBG_CH1_00091655

**DEBTORS' EXHIBIT NO. 175**
**Page 1430 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1430 of 1907**

[Dense inventory spreadsheet table — columns and numeric data illegible at this resolution]

CONFIDENTIAL

ONSET_00032681
FBG_CH1_00091656

DEBTORS' EXHIBIT NO. 175
Page 1431 of 1907

JOINT EXHIBIT NO. 51
Page 1431 of 1907

CONFIDENTIAL

ONSET_00032682
FBG_CH1_00091657

DEBTORS' EXHIBIT NO. 175
Page 1432 of 1907

JOINT EXHIBIT NO. 51
Page 1432 of 1907

CONFIDENTIAL

ONSET_00032683
FBG_CH1_00091658

DEBTORS' EXHIBIT NO. 175
Page 1433 of 1907
JOINT EXHIBIT NO. 51
Page 1433 of 1907

CONFIDENTIAL

ONSET_00032684
FBG_CH1_00091659

**DEBTORS' EXHIBIT NO. 175**
**Page 1434 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1434 of 1907**

CONFIDENTIAL

ONSET_00032685
FBG_CH1_00091660

**DEBTORS' EXHIBIT NO. 175**
**Page 1435 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1435 of 1907**

CONFIDENTIAL

ONSET_00032686
FBG_CH1_00091661

DEBTORS' EXHIBIT NO. 175
Page 1436 of 1907

JOINT EXHIBIT NO. 51
Page 1436 of 1907

CONFIDENTIAL

ONSET_00032687
FBG_CH1_00091662

**DEBTORS' EXHIBIT NO. 175**
**Page 1437 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1437 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032688
FBG_CH1_00091663

DEBTORS' EXHIBIT NO. 175
Page 1438 of 1907

JOINT EXHIBIT NO. 51
Page 1438 of 1907

CONFIDENTIAL

ONSET_00032689
FBG_CH1_00091664

**DEBTORS' EXHIBIT NO. 175**
**Page 1439 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1439 of 1907**

CONFIDENTIAL

ONSET_00032690
FBG_CH1_00091665

DEBTORS' EXHIBIT NO. 175
Page 1440 of 1907
JOINT EXHIBIT NO. 51
Page 1440 of 1907

CONFIDENTIAL

ONSET_00032691
FBG_CH1_00091666

DEBTORS' EXHIBIT NO. 175
Page 1441 of 1907
JOINT EXHIBIT NO. 51
Page 1441 of 1907

CONFIDENTIAL

ONSET_00032692
FBG_CH1_00091667

**DEBTORS' EXHIBIT NO. 175**
**Page 1442 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1442 of 1907**

USASE SCHEDULE NO. 696

CARNABY INVENTORY IV, LLC

CONFIDENTIAL

ONSET_00032693
FBG_CH1_00091668

**DEBTORS' EXHIBIT NO. 175**
**Page 1443 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1443 of 1907**

Case 26-03005   Document 16-28   Filed in TXSB on 02/19/26   Page 129 of 163

Exhibit A (2)

CONFIDENTIAL

ONSET_00032694
FBG_CH1_00091669

**DEBTORS' EXHIBIT NO. 175**
**Page 1444 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1444 of 1907**

CONFIDENTIAL

ONSET_00032695
FBG_CH1_00091670

**DEBTORS' EXHIBIT NO. 175**
**Page 1445 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1445 of 1907**

CONFIDENTIAL

ONSET_00032696
FBG_CH1_00091671

**DEBTORS' EXHIBIT NO. 175**
**Page 1446 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1446 of 1907**

CONFIDENTIAL

ONSET_00032697
FBG_CH1_00091672

**DEBTORS' EXHIBIT NO. 175**
**Page 1447 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1447 of 1907**

CONFIDENTIAL

ONSET_00032698
FBG_CH1_00091673

**DEBTORS' EXHIBIT NO. 175**
**Page 1448 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1448 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032699
FBG_CH1_00091674

**DEBTORS' EXHIBIT NO. 175**
**Page 1449 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1449 of 1907**

CONFIDENTIAL

ONSET_00032700
FBG_CH1_00091675

DEBTORS' EXHIBIT NO. 175
Page 1450 of 1907

JOINT EXHIBIT NO. 51
Page 1450 of 1907

Exhibit A (2)

LEASE SCHEDULE NO. 696

CARNABY INVENTORY IV, LLC

CONFIDENTIAL

ONSET_00032701
FBG_CH1_00091676

**DEBTORS' EXHIBIT NO. 175**
**Page 1451 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1451 of 1907**

CONFIDENTIAL

ONSET_00032702
FBG_CH1_00091677

**DEBTORS' EXHIBIT NO. 175**
**Page 1452 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1452 of 1907**

CONFIDENTIAL

ONSET_00032703
FBG_CH1_00091678

**DEBTORS' EXHIBIT NO. 175**
**Page 1453 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1453 of 1907**

CONFIDENTIAL

ONSET_00032704
FBG_CH1_00091679

**DEBTORS' EXHIBIT NO. 175**
**Page 1454 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1454 of 1907**

CONFIDENTIAL

ONSET_00032705
FBG_CH1_00091680

LEASE SCHEDULE EXH. 695   CARNABY INVENTORY IV, LLC

DEBTORS' EXHIBIT NO. 175
Page 1455 of 1907

JOINT EXHIBIT NO. 51
Page 1455 of 1907

CONFIDENTIAL

ONSET_00032706
FBG_CH1_00091681

**DEBTORS' EXHIBIT NO. 175**
**Page 1456 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1456 of 1907**

CONFIDENTIAL

ONSET_00032707
FBG_CH1_00091682

**DEBTORS' EXHIBIT NO. 175**
**Page 1457 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1457 of 1907**

CONFIDENTIAL

ONSET_00032708
FBG_CH1_00091683

**DEBTORS' EXHIBIT NO. 175**
**Page 1458 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1458 of 1907**

CONFIDENTIAL

ONSET_00032709
FBG_CH1_00091684

**DEBTORS' EXHIBIT NO. 175**
**Page 1459 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1459 of 1907**

CONFIDENTIAL

ONSET_00032710
FBG_CH1_00091685

DEBTORS' EXHIBIT NO. 175
Page 1460 of 1907
JOINT EXHIBIT NO. 51
Page 1460 of 1907

CONFIDENTIAL

ONSET_00032711
FBG_CH1_00091686

DEBTORS' EXHIBIT NO. 175
Page 1461 of 1907
JOINT EXHIBIT NO. 51
Page 1461 of 1907

CONFIDENTIAL

ONSET_00032712
FBG_CH1_00091687

**DEBTORS' EXHIBIT NO. 175**
**Page 1462 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1462 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032713
FBG_CH1_00091688

**DEBTORS' EXHIBIT NO. 175**
**Page 1463 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1463 of 1907**

CONFIDENTIAL

ONSET_00032714
FBG_CH1_00091689

DEBTORS' EXHIBIT NO. 175
Page 1464 of 1907

JOINT EXHIBIT NO. 51
Page 1464 of 1907

CONFIDENTIAL

ONSET_00032715
FBG_CH1_00091690

CONFIDENTIAL

ONSET_00032716
FBG_CH1_00091691

DEBTORS' EXHIBIT NO. 175
Page 1466 of 1907
JOINT EXHIBIT NO. 51
Page 1466 of 1907

Exhibit A (2)

CONFIDENTIAL

ONSET_00032717
FBG_CH1_00091692

**DEBTORS' EXHIBIT NO. 175**
**Page 1467 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1467 of 1907**

CONFIDENTIAL

ONSET_00032718
FBG_CH1_00091693

**DEBTORS' EXHIBIT NO. 175**
**Page 1468 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1468 of 1907**

Exhibit A (2)

[Dense inventory data table — columns not individually legible at this resolution]

CONFIDENTIAL

ONSET_00032719
FBG_CH1_00091694

**DEBTORS' EXHIBIT NO. 175**
**Page 1469 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1469 of 1907**

CONFIDENTIAL

ONSET_00032720
FBG_CH1_00091695

**DEBTORS' EXHIBIT NO. 175**
**Page 1470 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1470 of 1907**

CONFIDENTIAL

ONSET_00032721
FBG_CH1_00091696

**DEBTORS' EXHIBIT NO. 175**
**Page 1471 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1471 of 1907**

CONFIDENTIAL

ONSET_00032722
FBG_CH1_00091697

DEBTORS' EXHIBIT NO. 175
Page 1472 of 1907
JOINT EXHIBIT NO. 51
Page 1472 of 1907

Exhibit A (2)

LEASE SCHEDULE END - 606

CARNABY INVENTORY IV, LLC

CONFIDENTIAL

ONSET_00032723
FBG_CH1_00091698

**DEBTORS' EXHIBIT NO. 175**
**Page 1473 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1473 of 1907**

CONFIDENTIAL

ONSET_00032724
FBG_CH1_00091699

**DEBTORS' EXHIBIT NO. 175**
**Page 1474 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1474 of 1907**

CONFIDENTIAL

ONSET_00032725
FBG_CH1_00091700

**DEBTORS' EXHIBIT NO. 175**
**Page 1475 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1475 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032726
FBG_CH1_00091701

**DEBTORS' EXHIBIT NO. 175**
**Page 1476 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1476 of 1907**

CONFIDENTIAL

ONSET_00032727
FBG_CH1_00091702

**DEBTORS' EXHIBIT NO. 175**
**Page 1477 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1477 of 1907**

CONFIDENTIAL

ONSET_00032728
FBG_CH1_00091703

**DEBTORS' EXHIBIT NO. 175**
**Page 1478 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1478 of 1907**

# Exhibit 25- Part 5

FBG_CH1_00091704

**DEBTORS' EXHIBIT NO. 175**
**Page 1479 of 1907**
**JOINT EXHIBIT NO. 51**
**Page 1479 of 1907**

Exhibit A (2)

USABLE SCHEDULE END - 696

CARNABY INVENTORY IV, LLC

CONFIDENTIAL

ONSET_00032729
FBG_CH1_00091705

**DEBTORS' EXHIBIT NO. 175**
**Page 1480 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1480 of 1907**

Exhibit A (2)

CONFIDENTIAL
ONSET_00032730
FBG_CH1_00091706

**DEBTORS' EXHIBIT NO. 175**
**Page 1481 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1481 of 1907**

CONFIDENTIAL

ONSET_00032731
FBG_CH1_00091707

DEBTORS' EXHIBIT NO. 175
Page 1482 of 1907
JOINT EXHIBIT NO. 51
Page 1482 of 1907

Exhibit A (2)

CONFIDENTIAL                                                                                 ONSET_00032732
                                                                                             FBG_CH1_00091708

**DEBTORS' EXHIBIT NO. 175**
**Page 1483 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1483 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032733
FBG_CH1_00091709

DEBTORS' EXHIBIT NO. 175
Page 1484 of 1907

JOINT EXHIBIT NO. 51
Page 1484 of 1907

Case 26-03005   Document 16-29   Filed in TXSB on 02/19/26   Page 7 of 182

Exhibit A (2)

USARE SCHEDULE END 696

CARNABY INVENTORY IV, LLC

CONFIDENTIAL

ONSET_00032734
FBG_CH1_00091710

**DEBTORS' EXHIBIT NO. 175**
**Page 1485 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1485 of 1907**

CONFIDENTIAL

ONSET_00032735
FBG_CH1_00091711

DEBTORS' EXHIBIT NO. 175
Page 1486 of 1907

JOINT EXHIBIT NO. 51
Page 1486 of 1907

Exhibit A (2)

CONFIDENTIAL

ONSET_00032736
FBG_CH1_00091712

**DEBTORS' EXHIBIT NO. 175**
**Page 1487 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1487 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032737
FBG_CH1_00091713

**DEBTORS' EXHIBIT NO. 175**
**Page 1488 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1488 of 1907**

Exhibit A (2)

CONFIDENTIAL

ONSET_00032738
FBG_CH1_00091714

**DEBTORS' EXHIBIT NO. 175**
**Page 1489 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1489 of 1907**

CONFIDENTIAL

ONSET_00032739
FBG_CH1_00091715

DEBTORS' EXHIBIT NO. 175
Page 1490 of 1907

JOINT EXHIBIT NO. 51
Page 1490 of 1907

CONFIDENTIAL

ONSET_00032740
FBG_CH1_00091716

DEBTORS' EXHIBIT NO. 175
Page 1491 of 1907

JOINT EXHIBIT NO. 51
Page 1491 of 1907

CONFIDENTIAL

ONSET_00032741
FBG_CH1_00091717

DEBTORS' EXHIBIT NO. 175
Page 1492 of 1907

JOINT EXHIBIT NO. 51
Page 1492 of 1907

CONFIDENTIAL

ONSET_00032742
FBG_CH1_00091718

**DEBTORS' EXHIBIT NO. 175**
**Page 1493 of 1907**

**JOINT EXHIBIT NO. 51**
**Page 1493 of 1907**

CONFIDENTIAL

ONSET_00032743
FBG_CH1_00091719

DEBTORS' EXHIBIT NO. 175
Page 1494 of 1907

JOINT EXHIBIT NO. 51
Page 1494 of 1907

CONFIDENTIAL

ONSET_00032744
FBG_CH1_00091720

DEBTORS' EXHIBIT NO. 175
Page 1495 of 1907

JOINT EXHIBIT NO. 51
Page 1495 of 1907

Exhibit A (2)

CONFIDENTIAL

ONSET_00032745
FBG_CH1_00091721

DEBTORS' EXHIBIT NO. 175
Page 1496 of 1907

JOINT EXHIBIT NO. 51
Page 1496 of 1907

CONFIDENTIAL

ONSET_00032746
FBG_CH1_00091722

DEBTORS' EXHIBIT NO. 175
Page 1497 of 1907

JOINT EXHIBIT NO. 51
Page 1497 of 1907

CONFIDENTIAL

ONSET_00032747
FBG_CH1_00091723

DEBTORS' EXHIBIT NO. 175
Page 1498 of 1907

JOINT EXHIBIT NO. 51
Page 1498 of 1907

CONFIDENTIAL

ONSET_00032748
FBG_CH1_00091724

DEBTORS' EXHIBIT NO. 175
Page 1499 of 1907

JOINT EXHIBIT NO. 51
Page 1499 of 1907

Exhibit A (2)

CONFIDENTIAL

ONSET_00032749
FBG_CH1_00091725

DEBTORS' EXHIBIT NO. 175
Page 1500 of 1907
JOINT EXHIBIT NO. 51
Page 1500 of 1907