**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**NOTICE OF FILING OF DEMONSTRATIVE TO**
**BE USED BY DEBTORS AT COMBINED HEARING**

**PLEASE TAKE NOTICE** that the Court has scheduled the Combined Hearing[2] to consider confirmation of the Plan and final approval of the Disclosure Statement on July 28, 2026, at 9:00 a.m. (Central Time).

**PLEASE TAKE FURTHER NOTICE** that undersigned counsel intends to present a PowerPoint demonstrative during Mr. Moore's testimony at the Combined Hearing, a copy of which is attached hereto as **Exhibit A**.

---

[1]  A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* (Docket No. 3448) (as amended, supplemented, or otherwise modified from time to time, the "**Plan**") and the Disclosure Statement for Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors (Docket No. 3020), (as amended, supplemented, or otherwise modified from time to time, the "**Disclosure Statement**").

Dated: July 28, 2026
      Houston, Texas

Respectfully submitted,

*/s/  Clifford W. Carlson*
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   gabriel.morgan@weil.com
       clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason H. George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   matt.barr@weil.com
       sunny.singh@weil.com
       andriana.georgallas@weil.com
       kevin.bostel@weil.com
       jason.george@weil.com

*Attorneys for Debtors and Debtors in Possession*

**JOINT EXHIBIT NO. 64**
**Page 2 of 12**

## Certificate of Service

I hereby certify that on July 28, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

    */s/  Clifford W. Carlson*
Clifford W. Carlson

## Exhibit A

**Powerpoint Demonstrative**



## Transfers



| | 90 Day | 1 Year | Full Period |
|---|---|---|---|
| **AR Factoring (ARF) Programs** | | | |
| Leucadia | $ 737,623,204 | | $ 9,400,235,200 |
| Katsumi | 321,413,837 | | 5,685,073,511 |
| **Total Payments to ARF Programs** | **$ 1,059,037,041** | | **$ 15,085,308,711** |
| **Supply Chain Finance (SCF) Programs** | | | |
| Raistone Financing Parties | 188,234,558 | | 1,939,805,707 |
| PrimeRevenue Financing Parties | 162,743,463 | | 1,418,480,533 |
| LiquidX Financing Parties | 76,981,691 | | 979,552,136 |
| YieldStreet Financing Parties | - | | 222,218,046 |
| Orbian Financing Parties | 39,997,124 | | 114,017,780 |
| Interface Financing Parties | - | | 380,708 |
| **Total Payments to SCF Programs** | **$ 467,956,836** | | **$ 4,674,454,910** |
| **Onset** | | | |
| Onset | 46,143,097 | 987,417,170 | 2,331,851,090 |
| **Total Payments to Onset** | **$ 46,143,097** | **$ 987,417,170** | **$ 2,331,851,090** |
| **Insiders** | | | |
| Patrick James | 65,056,679 | 514,700,466 | 965,659,044 |
| Insiders (Ed James, Andy Brumbergs, etc.) | 4,153,621 | 23,083,434 | 23,083,434 |
| **Total Payments to Insiders** | **$ 69,210,300** | **$ 537,783,900** | **$ 988,742,478** |
| **Other** | | | |
| Acquisitions Payments | - | | 1,646,000,000 |
| Helios | 3,920,000 | | 79,931,026 |
| BDO Fees (minimum) | 260,177 | | 4,268,797 |
| Trade Payables | 196,957,131 | | 196,957,131 |
| **Total Other** | **$ 201,137,308** | | **$ 1,927,156,954** |
| **TOTAL PAYMENTS** | **$ 1,843,484,582** | **$ 1,525,201,070** | **$ 25,007,514,143** |

2



JOINT EXHIBIT NO. 64
Page 7 of 12



## Waterfall

| Class | Aggregate Distributions | | | | |
|---|---|---|---|---|---|
| | $0 – $90 million[2] | $90 million – $350 million | $350 million – $1.8 billion | $1.8 billion – $1.9 billion | Over $1.9 billion |
| Class 1 (Litigation Funding) | 100% | 15% | 10% | 10% | 10% |
| Class 2 (DIP A Claims) | – | 85% | 74% | – | – |
| Settled Administrative Expense Claims, Administrative Expense Claims, Priority Tax Claims, Other Priority Claims | – | – | 16% | 90% | – |
| Class 3 (Roll-Up Claims, General Unsecured Claims, First Lien Claims, and Second Lien Claims) | – | – | – | – | 90% |
| **Total** | **100%** | **100%** | **100%** | **100%** | **100%** |

4

**JOINT EXHIBIT NO. 64**
**Page 8 of 12**

## Waterfall



**Illustrative Recoveries**

![Bar chart showing illustrative recoveries]

| Distributable Proceeds | $90M | $350M | 1.0B | $1.8B | $1.9B | $3.0B |
|---|---|---|---|---|---|---|
| Class 1 | $90 | $129 | $194 | $280 | $286 | $394 |
| Class 2 | | $221 | $702 | $1,335 | $1,335 | $1,335 |
| Admin & Priority | | | $104 | $241 | $300 | $300 |
| Class 3 | | | | | | $971 |

Legend: ■ Class 1  ■ Class 2  ■ Admin & Priority  ■ Class 3

5

**JOINT EXHIBIT NO. 64**
**Page 9 of 12**



**JOINT EXHIBIT NO. 64**
**Page 10 of 12**

## Liquidation Analysis



|  | | | | | Chapter 7 Liquidation | | | | |
|---|---|---|---|---|---|---|---|---|---|
| $ in Millions | Global Notes | April 2026 Trial Balance | Adj | Est. Liquidation Date Balance | Gross Recovery % | Gross Recovery | Less: Direct Expenses | Net Recovery | Net Recovery % |
| **Asset Proceeds** | | | | | | | | | |
| Cash | [A] | $302 | ($277) | $25 | – | – | – | – | – |
| Accounts Receivable, net | [B] | 410 | (6) | 404 | 17% | 69 | (6) | 63 | 16% |
| Inventory | [C] | 1,241 | (837) | 404 | 5% | 21 | (12) | 9 | 2% |
| Goodwill & Intangible Assets, net | [D] | 2,124 | (2,124) | – | – | – | – | – | – |
| Investment in Subsidiaries | [E] | 3,986 | – | 3,986 | – | – | – | – | – |
| Intercompany Receivable (Payable), net | [F] | – | – | – | – | – | – | – | – |
| Real Property, net | [G] | 149 | (134) | 14 | 100% | 14 | (1) | 14 | 96% |
| Machinery & Equipment, net | [H] | 490 | (463) | 27 | 40% | 11 | (4) | 7 | 25% |
| All Other Assets | [I] | 661 | (110) | 551 | – | – | – | – | – |
| **Total Asset Proceeds** | | $9,362 | ($3,951) | $5,411 | 2% | $116 | ($23) | $92 | 2% |

| Wind Down Costs | | Amount | Burden % |
|---|---|---|---|
| Wind Down Professionals | [J] | 20 | 22% |
| Chapter 7 Operating Costs | [K] | 5 | 5% |
| Chapter 7 Trustee Fee | [L] | 3 | 3% |
| Liquidator Overhead Expenses | [M] | 3 | 3% |
| **Total Wind Down Costs** | | $30 | 33% |

| **Net Proceeds Available for Secured Claims** | | | $62 | |
|---|---|---|---|---|

| Secured Claims | | Est. Claim | Amount | Recovery % |
|---|---|---|---|---|
| DIP A Claims | [N] | 1,520 | 14 | 1% |
| Roll-Up Claims | [O] | 4,061 | – | – |
| ABL Claims | [P] | 427 | 48 | 11% |
| First Lien Claims | [Q] | 2,317 | – | – |
| Second Lien Claims | [Q] | 730 | – | – |
| **Total Secured Claims** | | $9,054 | $62 | 1% |

| **Net Proceeds Available for Admin & Priority Claims** | | | – | |
|---|---|---|---|---|

| Admin & Priority Claims | | Est. Claim | Amount | Recovery % |
|---|---|---|---|---|
| Administrative Claims | [R] | 222 | – | – |
| Priority Claims | | 77 | – | – |
| **Total Admin & Priority Claims** | | $300 | – | – |

| **Remaining Proceeds for Unsecured Claims** | | | – | |
|---|---|---|---|---|

| Unsecured Claims | | Est. Claim | Amount | Recovery % |
|---|---|---|---|---|
| General Unsecured Claims | | 5,641 | – | – |
| **Total Unsecured Claims** | | $5,641 | – | – |

7

**JOINT EXHIBIT NO. 64**
**Page 11 of 12**



**JOINT EXHIBIT NO. 64**
**Page 12 of 12**