**Exhibit 2**

**1129(a)(5) Disclosures (Wind Down Administrator)**

## **Identity and Affiliations of the Wind Down Administrator**[3]

Under the Plan, the Wind Down Administrator means the administrator appointed by the FBG Debtors, the Ad Hoc Group SteerCo, and the Creditors' Committee whose duties will include, among other things, effectuating the Wind Down in accordance with the Plan, as contemplated by Section 5.7 of the Plan.

NOTICE IS HEREBY GIVEN that, in accordance with section 1129(a)(5) of the Bankruptcy Code, the identity and affiliations of the Wind Down Administrator are as follows:

Name & Contact Information:

Nate McOmber
G2 Capital Advisors, LLC
420 Boylston Street, 3rd Floor
Boston, MA 02116
nmcomber@g2cap.com

---

[3] Capitalized terms used but not otherwise defined in this Exhibit shall have the meaning assigned to such term in the Plan.