**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FIRST BRANDS GROUP LLC, et al., | ) | Case No. 25-90399 (CML) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |
|  | ) |  |

**ORBIAN CORPORATION AND ORBIAN FINANCIAL SERVICES XXVI LLC'S**
**NOTICE AND RESERVATION OF RIGHTS**

Orbian Corporation and Orbian Financial Services XXVI LLC (collectively, "Orbian") file this *Notice and Reservation of Rights* (this "Reservation of Rights") to provide notice in accordance with section 13.4(b) of the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* [Docket No. 3448] (the "Plan") and respectfully state as follows:[2]

1.      On July 27, 2026, the Debtors filed the Plan.

2.      Section 13.4 of the Plan provides:

[A]ll Entities that have held, hold, or may hold Claims, Interests, or Causes of Action that are (i) released pursuant to the Plan…are permanently enjoined, from and after the Effective Date, from taking any of the following actions against, as applicable, the FBG Debtors, the FBG Debtors' Estates, the Wind Down Administrator, the Claims Ombudsman, the Litigation Trust, the Litigation Trust Assets, the DIP Collateral Trust Assets, the ABL Collateral Trust, the ABL Collateral Trust Assets, the Released Parties, and/or the Exculpated Parties…as applicable, with respect to such Claims, Interests, and Causes of Action:…(D) asserting any right of setoff of any kind against any obligation due from such Entities or against

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these Chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]   Capitalized terms used but not defined in this Reservation of Rights shall have the meanings ascribed to such terms in the Plan.

the property of such Entities on account of or in connection with or with respect to any such Claims, Interests, or Causes of Action **unless (x) such Entity has timely asserted such setoff right…in another document filed with the Bankruptcy Court explicitly preserving such setoff or that otherwise indicates that such Entity asserts, has, or intends to preserve any right of setoff** pursuant to applicable law or otherwise….

Plan, § 13.4(b) (emphasis added).

3.     Through this Reservation of Rights, Orbian hereby provides notice in accordance with section 13.4(b) of the Plan that Orbian reserves, preserves, and does not waive, release, or relinquish any and all rights of setoff, recoupment, or similar rights that Orbian may have against the FBG Debtors, the FBG Debtors' Estates, the Wind Down Administrator, the Claims Ombudsman, the Litigation Trust, the Litigation Trust Assets, the DIP Collateral Trust, the DIP Collateral Trust Assets, the ABL Collateral Trust, the ABL Collateral Trust Assets, the Released Parties, or the Exculpated Parties.

4.     Nothing in this Reservation of Rights constitutes an admission as to the validity of any claim against Orbian or a waiver of any of Orbian's respective rights, remedies, claims, or defenses under the Bankruptcy Code or any other applicable law.

Dated: August 7, 2026

*/s/ J. Frasher Murphy*
J. Frasher Murphy
Texas Bar No. 24013214
David Staab
Texas Bar No. 24093194
**HAYNES AND BOONE, LLP**
2801 North Harwood Street, Suite 2300
Dallas, Texas 75201
Telephone: (214) 651-5246
Facsimile: (214) 200-0629
Email: frasher.murphy@haynesboone.com
Email: david.staab@haynesboone.com

**COUNSEL FOR ORBIAN CORPORATION AND ORBIAN FINANCIAL SERVICES XXVI LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 7, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas via electronic mail upon the parties that receive electronic notices in these cases.

*/s/ J. Frasher Murphy*
J. Frasher Murphy
