**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC**, *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.[1]** | § | **(Jointly Administered)** |
| | § | |

## NOTICE AND RESERVATION OF RIGHTS OF GENUINE PARTS COMPANY, INC.

Genuine Parts Company, Inc. ("GPC"), by and through its undersigned counsel, hereby submits this reservation of rights (this "Reservation of Rights") and respectfully states as follows:

1.      Section 13.4(b) of the Plan[2] provides that, upon the Effective Date, all Entities that hold Claims, Interests, or Causes of Action that are released or exculpated under the Plan will be permanently enjoined from, among other things, asserting any right of setoff against any obligation due from the FBG Debtors, their Estates, the Wind Down Administrator, the Claims Ombudsman, the Litigation Trust and its Assets, the DIP Collateral Trust and its Assets, the ABL Collateral Trust and its Assets, the Released Parties, and/or the Exculpated Parties, unless the Entity asserting such right "has timely asserted such setoff right either in a filed proof of Claim or in another document filed with the Bankruptcy Court explicitly preserving such setoff or that otherwise indicates that such Entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise." *See* Plan § 13.4(b).

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]   As used herein, the "Plan" means the Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors [Dkt. No. 3448], as the same may be amended, restated, supplemented, or otherwise modified from time to time. Capitalized terms used but not otherwise defined in this Reservation of Rights have the meanings given to them in the Plan.

2. In the ordinary course of business both prior to and after the Petition Date, GPC and certain of the FBG Debtors engaged in commercial transactions and dealings that give rise to mutual obligations, credits, chargebacks, rebates, allowances, warranty and return obligations, and other amounts owing between them. As a result, GPC holds rights of setoff and/or recoupment against the FBG Debtors and their Estates arising under the parties' course of dealing, contracts, the Bankruptcy Code (including section 553 thereof), and other applicable law.

3. Accordingly, in accordance with section 13.4(b) of the Plan and notwithstanding section 6.2(c) of the Plan, GPC hereby provides notice that it affirmatively asserts, reserves, and preserves, and does not waive, release, relinquish, or forfeit, any and all rights of setoff, recoupment, netting, deduction, or similar rights, whether arising under contract, common law, equity, the Bankruptcy Code, or other applicable law, that GPC has or may have against the FBG Debtors, their Estates, or any agents, successors or assigns thereof (including, without limitation, the Wind Down Administrator, the Litigation Trust, and any trust or other entity created under the Plan), whether such rights arose before or after the Petition Date.

4. For the avoidance of doubt, GPC asserts that its recoupment rights constitute equitable defenses that are not subject to the preservation requirements of section 13.4(b) of the Plan or otherwise affected by confirmation or consummation of the Plan; nevertheless, and without conceding the issue, GPC expressly preserves such recoupment rights to the fullest extent permitted by applicable law.

5. Nothing contained in this Reservation of Rights is intended to be, nor shall it be construed as either (a) an admission as to the validity, priority, or amount of any Claim or cause of action against GPC, (b) a waiver or limitation of any of GPC's rights, remedies, Claims, defenses, or objections under the Bankruptcy Code or any other applicable law, all of which are

expressly reserved, or (c) a concession that any preservation of rights beyond that set forth herein is required. GPC reserves the right to amend, supplement, or otherwise modify this Reservation of Rights at any time.

Dated: August 7, 2026                          Respectfully submitted,

/s/   *Nathan Q. Rugg*
**BARACK FERRAZZANO**
**KIRSCHBAUM & NAGELBERG LLP**
Nathan Q. Rugg (admitted *pro hac vice*)
Alexander F. Berk (admitted *pro hac vice*)
Samuel R. Rabuck (admitted *pro hac vice*)
200 W. Madison, Suite 3900
Chicago, Illinois, 60606
Telephone: (312) 984-3100
Email(s): nathan.rugg@bfkn.com
                alexander.berk@bfkn.com
                sam.rabuck@bfkn.com

*Counsel for Genuine Parts Company, Inc.*

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on August 7, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system to be served upon all parties receiving electronic notice via ECF.

/s/ *Nathan Q. Rugg*
Nathan Q. Rugg