**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC**, *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**NOTICE OF FILING OF KATSUMI SERVICING, LLC**
**DEMONSTRATIVE TO BE USED BY AT CLOSING ARGUMENTS**

**PLEASE TAKE NOTICE** that on July 28 through July 30, 2026, a hearing (the "Confirmation Hearing") was held before the Honorable Christopher M. Lopez of the United States Bankruptcy Court for the Southern District of Texas (the "Court") to consider confirmation of the Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors (Docket No. 3448) (the "Plan") and final approval of the Disclosure Statement for Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors (Docket No. 3020) (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled closing argument regarding the Confirmation Hearing on August 7, 2026 at 9:00 a.m. (Central Time) ("Closing Arguments").

**PLEASE TAKE FURTHER NOTICE** that undersigned counsel intends to present a PowerPoint demonstrative during Closing Arguments, a copy of which is attached hereto as **Exhibit A.**

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Dated: August 7, 2026
Houston, Texas

/s/  Charles S. Kelley
**MAYER BROWN LLP**
Charles S. Kelley (TX Bar No. 11199580)
700 Louisiana Street, Suite 3400
Houston, Texas 77002
Telephone: (713) 238-3000
Email: ckelley@mayerbrown.com

Sean T. Scott (admitted *pro hac vice*)
Kyle J. TumSuden (admitted *pro hac vice*)
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Email: stscott@mayerbrown.com
        ktumsuden@mayerbrown.com

Richard A. Stieglitz (admitted *pro hac vice*)
Lauren C. Blanchard (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Email: rstieglitz@mayerbrown.com
        lblanchard@mayerbrown.com

*Counsel to Katsumi Servicing, LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 7, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which automatically sends notification of such filing to all attorneys of record.

/s/ *Charles S. Kelley*
Charles S. Kelley