UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 25-90399 |
|---|---|---|---|
| Debtor | | In Re: | First Brands Group, LLC, et al., |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Alyssa M. Radovanovich<br>Klehr Harrison Harvey Branzburg LLP<br>919 N. Market Street, Ste. 1000<br>Wilmington, DE 19801<br>302-426-1189<br>DE Bar No. 7101 |
|---|---|

| Name of party applicant seeks to appear for: | TransImpact, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____    No __✓____

On a separate sheet for each sanction, please supply the full particulars.

| Dated:  8/7/2026 | Signed:  /s/ Alyssa M. Radovanovich |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____          _____
                                                    United States Bankruptcy Judge