Electronic Appearance Sheet

Daniel  Fiorillo , Otterbourg P.C.
Client(s): First-Citizens Bank & Trust Company

Pauline  McTernan , Otterbourg P.C.
Client(s): First-Citizens Bank & Trust Company

John R. Dodd, Baker & McKenzie LLP
Client(s): Arab Banking Corporation B.S.C.

Jiawei Lin, Baker & McKenzie LLP
Client(s): Arab Banking Corporation B.S.C.

Frasher  Murphy, Haynes and Boone, LLP
Client(s): Orbian Corporation and Orbian Financial Services XXVI LLC

Frasher Murphy, Haynes and Boone, LLP
Client(s): Orbian Corporation and Orbian Financial Services XXVI LLC

Doug Deutsch, Clifford Chance US LLP
Client(s): ING Belgium

Sarah Canpbell, Clifford Chance US LLP
Client(s): ING Belgium

AnnElyse Gains, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group of Lenders

Grace Sullivan, Quinn Emanuel
Client(s): Patrick James

Alana Porrazzo, Jennings Haug Keleher McLeod Waterfall LLP
Client(s): RLI Insurance Company

Bryan Kotliar, Morrison & Foerster LLP
Client(s): Onset Financial, Inc.

Erin Jones, Jones Murray LLP
Client(s): Ronald J. Sommers, Chapter 7 Trustee

Justin Kesselman, ArentFox Schiff LLP
Client(s): Wilmington Savings Fund Society FSB

Will Forward, Singer & Levick, P.C.
Client(s): Link Real Estate

Scott Saldaña, Reid Collins & Tsai LLP
Client(s): Ronald Sommers as Chapter 7 SPV Debtor Trustee

Electronic Appearance Sheet

Jack Raisner, Raisner Roupinian LLP
Client(s): WARN Tapia Plaintiffs

Matt Barr, Weil Gotshal
Client(s): Debtors

Jack  Robbins, Quinn Emanuel
Client(s): Patrick James

Douglas Deutsch, Clifford Chance
Client(s): ING Belgium

Dan McGuire, Winston Taylor LLP
Client(s): Bank of America, as ABL Agent

Sunny Singh, Weil, Gotshal & Manges LLP
Client(s): Debtors

James Keefe, Porter Hedges LLP
Client(s): Carnaby Secured Lenders

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): Debtors

Robert Berezin, Weil, Gotshal & Manges LLP
Client(s): Debtors

Jayson Ruff, US DOJ
Client(s): US Trustee

Matthew Barr, Weil, Gotshal & Manges LLP
Client(s): Debtors

Theodore Tsekerides, Weil, Gotshal & Manges LLP
Client(s): Debtors

Jacob Johnson, Alston & Bird LLP
Client(s): UMB Bank NA

Michael Duke, Elsberg
Client(s): Evolution

Jordan Sazant, Proskauer
Client(s): Evolution

Jayson Ruff, US DOJ
Client(s): US Trustee

Electronic Appearance Sheet