| AO 435 (Rev. 10/23) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|
| | **TRANSCRIPT ORDER** | **DUE DATE:** |

*Please Read Instructions:*

| 1. NAME Mark Wulfe, Bracewell LLP | 2. PHONE NUMBER (212) 508-6162 | 3. DATE 8/07/2026 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL mary.kearney@bracewell.com | 5. CITY New York | 6. STATE NY | 7. ZIP CODE 10019 |

| 8. CASE NUMBER 25-90399 | 9. JUDGE Hon. Christopher M. Lopez | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 8/7/2026 | 11. TO 8/7/2026 |
| 12. CASE NAME In re: First Brands Group, LLC | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Houston | 14. STATE Texas |

15. ORDER FOR

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| | PORTIONS | DATE(S) | | PORTION(S) | DATE(S) |
|---|---|---|---|---|---|
| [ ] | VOIR DIRE | | [ ] | TESTIMONY (Specify Witness) | 8/07 entire proceeding |
| [ ] | OPENING STATEMENT (Plaintiff) | | | | |
| [ ] | OPENING STATEMENT (Defendant) | | | | |
| [ ] | CLOSING ARGUMENT (Plaintiff) | | [ ] | PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] | CLOSING ARGUMENT (Defendant) | | | | |
| [ ] | OPINION OF COURT | | | | |
| [ ] | JURY INSTRUCTIONS | | [ ] | OTHER (Specify) | |
| [ ] | SENTENCING | | | | |
| [ ] | BAIL HEARING | | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| 7-Day | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| Next-Day | [ ] | [ ] | NO. OF COPIES 1 | | |
| 2-Hour | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE /s/ Mark Wulfe | PROCESSED BY | |
| 19. DATE 8/07/2026 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY