AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

*Please Read Instructions:*

FOR COURT USE ONLY

DUE DATE:

| 1. NAME Matthew Struble, Esq. | 2. PHONE NUMBER (214) 220-7800 | 3. DATE 8/7/2026 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL Vinson & Elkins LLP   [email: mstruble@velaw.com] | 5. CITY Dallas | 6. STATE TX | 7. ZIP CODE 75201 |

| 8. CASE NUMBER 25-90399 | 9. JUDGE Christopher M. Lopez | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 8/7/2026 | 11. TO 8/7/2026 |
| 12. CASE NAME First Brands Group, LLC, et al. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY HOUSTON | 14. STATE TX |

15. ORDER FOR

☐ APPEAL          ☐ CRIMINAL          ☐ CRIMINAL JUSTICE ACT          ☒ BANKRUPTCY

☐ NON-APPEAL          ☐ CIVIL          ☐ IN FORMA PAUPERIS          ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Entire proceedings | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☒ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|

| 18. SIGNATURE Matthew Struble, Esq. | PROCESSED BY |
|---|---|
| 19. DATE 8/7/2026 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**          COURT COPY          TRANSCRIPTION COPY          ORDER RECEIPT          ORDER COPY