**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | ) Case No. 25-90399 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### NOTICE AND RESERVATION OF RIGHTS OF UMB BANK, N.A.

UMB Bank, N.A., in its capacity as administrative agent ("Administrative Agent") for the lenders (the "Lenders", and together with Administrative Agent, the "UMB Parties") under a revolving credit facility to Global Assets LLC ("Global Assets US") and Global Assets GmbH ("Global Assets Germany," and together with Global Assets US, the "Global Assets SPEs"), by and through its undersigned counsel, hereby files this notice and reservation of rights (the "Notice and Reservation of Rights") with respect to the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* [Docket No. 3448] (as may be amended, modified, or supplemented from time to time, the "Plan").[2]

1. The UMB Parties hereby assert and preserve any rights of setoff, recoupment, and/or similar rights arising under or relating to: (i) that certain Credit Agreement, dated as of December 2, 2024 (as amended, amended and restated, restated, supplemented, modified or otherwise in effect from time to time, the "Credit Agreement"); (ii) that certain Pledge and Security Agreement dated as of December 2, 2024 (as amended, amended and restated, restated,

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

supplemented, modified or otherwise in effect from time to time, the "Security Agreement"); (iii) those certain purchase and sale agreements relating to the Global Assets SPEs' purchase and sale of certain inventory held by non-debtor affiliates Ultinon Motion Germany GmbH and Ultinon Motion Delaware LLC pursuant to the prepetition revolving credit facility entered into by and between the Global Assets SPEs, Carnaby Capital Holdings, LLC, First Brands, the Lenders, and the Administrative Agent; (iv) any and all other Transaction Documents (as defined in the Credit Agreement); and (v) any and all other outstanding amounts, claims, or obligations of any nature.

2.       The foregoing list is non-exclusive and non-exhaustive.  The UMB Parties hereby reserve, preserve, and do not waive, release or relinquish, any rights of setoff, recoupment, and/or similar rights they may have, whether now existing or hereafter determined, against the FBG Debtors, the FBG Debtors' Estates, the Wind Down Administrator, the Claims Ombudsman, the Litigation Trust, the Litigation Trust Assets, the DIP Collateral Trust, the DIP Collateral Trust Assets, the ABL Collateral Trust, the ABL Collateral Trust Assets, the Released Parties, and/or the Exculpated Parties, and/or any other party or successor thereto. The UMB Parties file this Notice and Reservation of Rights in accordance with the Plan, including Section 13.4(b), and to expressly preserve any rights of setoff, recoupment, and similar rights that the UMB Parties may possess. Nothing in this Notice and Reservation of Rights constitutes an admission regarding the validity, amount, or priority of any claims or interests or waives any rights, remedies, claims, defenses, or objections available to the UMB Parties under the Transaction Documents, the Bankruptcy Code, applicable non-bankruptcy law, or otherwise.

3.       For the avoidance of doubt, this Notice and Reservation of Rights does not limit, modify, withdraw, or otherwise affect *UMB Bank, N.A.'s Joinder to Aequum Capital Financial II LLC's (I) Objection to Confirmation of the Debtors' Revised Joint Chapter 11 Plan and (II)*

2

*Reservation of Setoff and Related Rights* [Docket No. 3269], filed by the UMB Parties, or the objections made by counsel for the UMB Parties at the hearing held on August 7, 2026.

[*Remainder of Page Intentionally Left Blank*]

Dated: August 7, 2026

Respectfully submitted,
**ALSTON & BIRD LLP**

*/s/ Jared M. Slade*

Jared M. Slade (TX Bar No. 24060618)
2200 Ross Avenue
Dallas, TX 75201
T: (214) 922-3424
E: Jared.Slade@alston.com

*-and-*

Stephen M. Blank (admitted *pro hac vice*)
90 Park Avenue
New York, New York 10016
T: (212) 210-9400
E: Stephen.Blank@alston.com

*-and-*

Jacob Johnson (admitted *pro hac vice*)
Christopher A. Riley (admitted *pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309
T: (404) 881-7000
E: Jacob.Johnson@alston.com
    Chris.Riley@alston.com

*Counsel for UMB Bank, N.A.*

4

## **CERTIFICATE OF SERVICE**

I certify that on August 7, 2026, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Bankruptcy Court for the Southern District of Texas, using the CM/ECF system. The ECF system will send a "Notice of Electronic Filing" to all counsel of record who have consented in writing to accept service of this document by electronic means.

Dated: August 7, 2026

/s/ *Jared M. Slade*
Jared M. Slade