**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.,* | Case No. 25-90399 (CML) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned counsel hereby appears for Prospect Capital Corporation and Prospect Floating Rate & Alternative Income Fund, Inc., (collectively, "Prospect") which hereby submits this notice of appearance and request for all notices and pleadings in the above-captioned proceeding, and respectfully requests that pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, 9010, and any other such rule governing notice, that Prospect Capital Corporation and Prospect Floating Rate & Alternative Income Fund, Inc. receive copies of all notices, orders, reports, motions, briefs, petitions, memoranda, pleadings, proposed plans, proposed orders, confirmed copies of other documents or instruments (the "Documents") filed in the above captioned bankruptcy proceeding. All such Documents should be served upon the following:

Nicholas S. Forger
COKINOS | YOUNG
1221 Lamar Street, 16th Floor
Houston, Texas 77010
Tel. (713) 535-5500
nforger@cokinoslaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FirstBrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by hand delivery, mail delivery, telephone, e-mail, telegraph, telex, telecopy facsimile or otherwise, and whether or not filed with or delivered to the Bankruptcy Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the administration of the estate.

Dated: August 7, 2026

Respectfully Submitted,

**COKINOS | YOUNG**

By: */s/ Reagan H. "Tres" Gibbs, III*
Reagan H. "Tres" Gibbs, III
Texas Bar No. 24095619
Nicholas S. Forger
Texas Bar No. 24142911
1221 Lamar Street, 16th Floor
Houston, Texas 77010-3039
Tel. (713) 535-5500
Fax (210) 298-5007
tgibbs@cokinoslaw.com
nforger@cokinoslaw.com

**GRANT & EISENHOFER**
Abe Alexander
*(pro hac vice application pending)*
Lauren J. Salamon
*(pro hac vice application pending)*
Edith D. Hanly
*(pro hac vice application pending)*
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501
aalexander@gelaw.com
lsalamon@gelaw.com
ehanly@gelaw.com

*Counsel to Prospect*

3

### CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2026, a true and correct copy of the foregoing document was served via the ECF system for the United States Bankruptcy Code for the Southern District of Texas.

*/s/ Nicholas Forger*
Nicholas Forger