UNITED STATES BANKRUPTCY COURT            SOUTHERN DISTRICT OF TEXAS

## **Motion and Order for Admission *Pro Hac Vice***

| Division | Houston | Main Case Number | 25-90399 |
|---|---|---|---|
| | Debtor | In Re: | First Brands Group, LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Abe Alexander<br>GRANT & EISENHOFER P.A.<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017<br>Tel: (646) 722-8500<br>aalexander@gelaw.com<br>New York - 4939609 |
|---|---|

| Name of party applicant seeks to appear for: | Prospect Capital Corporation and Prospect Floating Rate & Alternative Income Fund, Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/10/2026 | Signed: */s/ Abe Alexander* |
|---|---|

The state bar reports that the applicant's status is:

Dated: | Clerk's signature:

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____

United States Bankruptcy Judge