December 30, 2022

First Brands Group, LLC
127 Public Square, Suite 5300, Cleveland, Ohio, 44114
Attention: Michael Baker, Chief Corporate Strategy Officer

Re: Payment of Specified Refunds

Ladies and Gentlemen,

Reference is made to that certain Agreement and Plan of Merger, dated as of July 29, 2022 (the "Merger Agreement"), by and among First Brands Group, LLC, a Delaware limited liability company ("Parent"), Viper Acquisition, LLC, a Delaware limited liability company and wholly owned subsidiary of parent ("Merger Sub"), Qualitor Acquisition Holdings Inc., a Delaware corporation ("the Company"), Qualitor Holdings LLC, a Delaware limited liability company, solely in its capacity as the representative of the Equityholders (the "Equityholder Representative") and, solely for the purposes of Section 6.15 and Section 9.2(b), Qualitor Holdings LLC, a Delaware limited liability company (the "Principal Seller").

Capitalized terms used but not defined herein have the meaning ascribed to such terms in the Merger Agreement.

By execution below, each of the parties hereto agree and acknowledge, effective as of the date hereof, as follows:

1.  *Payment of the Specified Refunds.*

This letter hereby confirms and restates the obligation of Parent to pay over to the Equityholders the Specified Refunds on the date hereof or, to the extent such Specific Refund has not been received by or credits against the Taxes of the Company or any of its Subsidiaries as of the date hereof, within five days of the date of receipt of the Specified Refund or the filing of any Tax Return utilizing such Specified Refund (in the form of a credit or offset to Taxes otherwise payable), as applicable.

"Specified Refunds" means any Pre-Closing Tax Refunds including, but not limited to (i) $7,288 with respect to the amended 2020 U.S. consolidated corporation income Tax Return of the Company, (ii) $1,122,433 with respect to the 2021 U.S. consolidated corporation income Tax Return of the Company and its consolidated Subsidiaries, (iii) $8,397 with respect to the 2021 Michigan Corporate Income Tax Annual Return of the Company that was credited against the 2022 Tax liability of the Company and affiliates, (iv) $292,380 with respect to the 2021 California Corporation Franchise or Income Tax Return of Pylon and its affiliates, (v) $103,759 with respect to the 2021 Florida Corporate Income/Franchise Tax Return of Pylon, (vi) $24,986 with respect to the 2021 Illinois Corporation Income and Replacement Tax Return of Pylon and (vii) $5,325 with respect to the 2021 Indiana Corporate Adjusted Gross Income Tax Return of Pylon.

CONFIDENTIAL

FBG_CH1_00094998

   2. *Miscellaneous.*

(a) No Further Amendment or Waiver.  Except as expressly set forth herein, all provisions of the Merger Agreement remain in full force and effect, on the terms and subject to the conditions set forth therein.  This letter agreement does not constitute, directly or indirectly, an amendment or waiver of any provision of the Merger Agreement, or any other right, remedy, power or privilege of any party to the Merger Agreement, except to the extent expressly set forth herein.

(b) Effectiveness.  To the extent the terms of this letter agreement are inconsistent with the terms of the Merger Agreement, the terms hereof shall control. This letter agreement and the Merger Agreement contain the complete agreement between the parties hereto and thereto with respect to the subject matter hereof and supersedes all prior agreements and undertakings between the parties hereto and thereto with respect thereto.  Except as expressly provided herein, the Merger Agreement shall remain unchanged and in full force and effect.

(c) Miscellaneous. Article 10 of the Merger Agreement is hereby incorporated into this letter agreement by reference as if fully set forth herein, mutatis mutandis, to the extent this letter agreement applies to the Merger Agreement.

*[Signature pages to follow]*

CONFIDENTIAL

FBG_CH1_00094999

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date set forth above.

PARENT:

**FIRST BRANDS GROUP, LLC**

By: _____
Name:  Michael Baker
Title:   Chief Corporate Strategy Officer

*[Signature Page to Payment of the Specified Refunds Side Letter]*

CONFIDENTIAL

FBG_CH1_00095000

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date set forth above.

EQUITYHOLDER REPRESENTATIVE:

**QUALITOR HOLDINGS LLC**

By: _____
Name:  Gary Cohen
Title:   President

*[Signature Page to Payment of the Specified Refunds Side Letter]*

CONFIDENTIAL

FBG_CH1_00095001

**DEBTORS' EXHIBIT NO. 246**
**Page 4 of 4**