

July 16, 2025


Katsumi Servicing, LLC
c/o Katsumi Global, LLC dba JA
Mitsui Capital Americas
5900 Balcones Drive #20444
Austin, TX 78731
Attention: Bob Gross

Subject: Authorization for Payment

I, Edward James, Executive Vice President of First Brands Group, LLC and each of its subsidiaries and affiliates, write this letter to authorize Katsumi Servicing, LLC, ("KS") acting on behalf of KARS Funding, LLC to make payments to its own account as compensation for services provided in the maintenance and continued underwriting of the existing facility amount of the existing Accounts Receivable Purchase Program for the benefit of First Brands Group, LLC and certain subsidiaries and affiliates ("the Selling Parties").

Compensation is for the maintenance and continued underwriting of the existing facility amount based upon the previous expansion of the Schedule II approved Obligors within the KARS Receivables Purchase Agreement.  The fee due to KS is $1,800,000.00 USD and the fee due to Helios is $4,050,000.00 USD.

The fee payments described in this letter shall be withheld from advance proceeds of Eligible Receivables from the Selling Parties and remitted to the respective accounts identified herein.

Therefore, KS is hereby authorized to withhold the first $5,850,000.00 in advance proceeds from the July 22, 2025, purchase of Eligible Receivables from the Selling Parties, and remit the fee payments to the Compensated Parties in the amounts shown in the above paragraph.

The account information for payment to HSA and Katsumi Servicing is set forth below:

**Payment Instructions for HSA**

| | |
|---|---|
| Name of Bank: | Chase Bank |
| Address of Bank: | 383 Madison Avenue, New York, NY 10017 |
| Bank Routing Number: | 021000021 |
| Account Number: | 300156673 |
| SWIFT Code: | CHASUS33 |
| Account Name: | Helios Strategic Advisors, LLC |



First Brands Group, LLC, 127 Public Square Suite 5300, Cleveland, Ohio  44114

CONFIDENTIAL                                        FBG_CH1_00103870

**DEBTORS' EXHIBIT NO. 253**
**Page 1 of 2**

**Payment Instructions for KS**

| | |
|---|---|
| Name of Bank: | Bank of America |
| Address of Bank: | 100 West 33rd Street, New York, NY 10001 |
| Bank Routing Number | |
| ACH: | 071000039 |
| Wires: | 026009593 |
| Account Number: | 8670808056 |
| Account Name: | Katsumi Servicing, LLC |

The provisions described in this letter are authorized as indicated by my signature below.

Sincerely,



Edward James
Executive Vice President, First Brands Group, LLC and
the other Selling Parties to the RPA

FIRST BRANDS GROUP   |   FRAM   CARTER   Autolite
STRONGARM   ANCO   AIRTEX   TRICO

First Brands Group, LLC, 127 Public Square Suite 5300, Cleveland, Ohio  44114

CONFIDENTIAL                                                                                     FBG_CH1_00103871