July 29, 2024


Katsumi Servicing, LLC
6177 Lake Waldon Drive
Clarkston, MI 48346
Attention:  Mark Benson

Subject: Authorization for Payment

I, Edward James, Executive Vice President of First Brands Group, LLC and each of its subsidiaries and affiliates, write this letter to authorize Katsumi Servicing, LLC, ("KS") acting on behalf of KARS Funding, LLC to make payments to (i) Helios Strategic Advisors, LLC ("HSA") and (ii) to its own account (together "the Compensated Parties") as compensation for services provided in increasing the facility amount of the existing Accounts Receivable Purchase Program for the benefit of First Brands Group, LLC and certain subsidiaries and affiliates ("the Selling Parties").

Compensation is based upon the expansion of the Schedule II approved Obligors within the KARS Receivables Purchase Agreement from $1,100,000,000 to $1,600,000,000. The fee due to KS is $5,900,000. The fee due HSA is $12,100,000.

KS is hereby authorized to withhold its fee, and to withhold and remit the fee to HSA in the amount of $12,100,000.

The fee payments described in this letter shall be withheld from advance proceeds of Eligible Receivables from the Selling Parties and remitted to their respective accounts identified herein.

The account information for payment to HSA and Katsumi Servicing is set forth below:

**Payment Instructions for HSA**

| | |
|---|---|
| Name of Bank: | Chase Bank |
| Address of Bank: | 383 Madison Avenue, New York, NY 10017 |
| Bank Routing Number: | 021000021 |
| Account Number: | 300156673 |
| SWIFT Code: | CHASUS33 |
| Account Name: | Helios Strategic Advisors, LLC |

**Payment Instructions for KS**

| | |
|---|---|
| Name of Bank: | Bank of America |
| Address of Bank: | 100 West 33rd Street, New York, NY 10001 |
| Bank Routing Number | |
| ACH: | 071000039 |
| Wires: | 026009593 |
| Account Number: | 8670808056 |
| Account Name: | Katsumi Servicing, LLC |

CONFIDENTIAL                                              FBG_CH1_00103872

The provisions described in this letter are authorized as indicated by my signature below.

Sincerely,

Edward James
Executive Vice President, First Brands Group, LLC
and the other Selling Parties to the RPA

CONFIDENTIAL

FBG_CH1_00103873