

August 14, 2023


Katsumi Servicing, LLC
6177 Lake Waldon Drive
Clarkston, MI 48346
Attention:  Mark Benson

Subject: Authorization for Payment

I, Edward James, Executive Vice President of First Brands Group, LLC and each of its subsidiaries and affiliates, write this letter to authorize Katsumi Servicing, LLC, ("KS") acting on behalf of KARS Funding, LLC to make payments to (i) Helios Strategic Advisors, LLC ("HSA") and (ii) to its own account (together "the Compensated Parties") as compensation for services provided in increasing the facility amount of the existing Accounts Receivable Purchase Program for the benefit of First Brands Group, LLC and certain subsidiaries and affiliates ("the Selling Parties").

Compensation is based upon the anticipated expansion of the KARS funding program from $800,000,000 to $1,100,000,000.  The fee due to Katsumi Servicing is $4,880,000.  This is an increase from $2,520,000 as referenced in the letter dated July 20, 2023 as well as an increase in the fee due Helios, which is increased from $4,500,000 to $7,320,000 (Please note the increase was communicated through an exchange of emails on August 9, 2023, with the revised second stage calculation shown on the excel spreadsheet named "New Structuring Fee - $1.1 Billion 8.22.2023").

This will be paid in two stages.  The first was paid in the amount of $480,000 paid with proceeds from the purchase relating to $48,000,000 in new capacity for the Big Four Retailers.  The fee paid in the second stage will be in the amount of $4,400,000 paid from the first nomination following the capacity increase of $252,000,000 requested by First Brands on July 14th.

KS is hereby authorized to withhold its fee, and to withhold and remit the fee to HSA in the amount of $7,320,000, which will be paid on the same schedule as above for Katsumi Servicing. The first stage payment of $720,000 has been paid, and the second stage payment of $6,600,000 will be paid upon funding of the second stage.

The fee payments described in this letter shall be withheld from advance proceeds of Eligible Receivables from the Selling Parties, in the amounts and stages identified above.

FIRST BRANDS GROUP, LLC   |   127 PUBLIC SQUARE SUITE 5300   |   CLEVELAND, OH  44114

CONFIDENTIAL

FBG_CH1_00103876

**DEBTORS' EXHIBIT NO. 256**
**Page 1 of 2**




The account information for payment to HSA and Katsumi Servicing is set forth below:

**Payment Instructions for HSA**

|  |  |
|---|---|
| Name of Bank: | Chase Bank |
| Address of Bank: | 383 Madison Avenue, New York, NY 10017 |
| Bank Routing Number: | 021000021 |
| Account Number: | 300156673 |
| SWIFT Code: | CHASUS33 |
| Account Name: | Helios Strategic Advisors, LLC |

**Payment Instructions for KS**

|  |  |
|---|---|
| Name of Bank: | Bank of America |
| Address of Bank: | 100 West 33rd Street, New York, NY 10001 |
| Bank Routing Number | |
| ACH: | 071000039 |
| Wires: | 026009593 |
| Account Number: | 8670808056 |
| Account Name: | Katsumi Servicing, LLC |

The provisions described in this letter are authorized as indicated by my signature below.

Sincerely,

Edward James
Executive Vice President, First Brands Group, LLC
and the other Selling Parties to the RPA

CONFIDENTIAL

FBG_CH1_00103877

**DEBTORS' EXHIBIT NO. 256**
**Page 2 of 2**