April 27, 2023


Katsumi Servicing, LLC
6177 Lake Waldon Drive
Clarkston, MI 48346
Attention:  Mark Benson

Subject: Authorization for Payment

I, Edward James, Executive Vice President of First Brands Group, LLC and each of its subsidiaries and affiliates, write this letter to authorize Katsumi Servicing, LLC, ("KS") acting on behalf of KARS Funding, LLC to make payments to (i) Helios Strategic Advisors, LLC ("HSA") (ii) to Katsumi, Inc. ("KI") (together "the Compensated Parties") and Katsumi Servicing, LLC ("KS" or "the Reimbursed Party"). The payment to KI is for data and technology services in the amount of $2,800,000.  The fee payable to HSA is in the amount of $6,800,000, for a total of $9,600,000 for the Compensated Parties.  The payment to KS is for reimbursement of legal fees and expenses incurred by KS in the amount of $35,252.00.

The fees and reimbursement amount outlined above will be withheld from the proceeds of a purchase of accounts receivable under the existing Receivables Purchase Agreement that is anticipated to occur on Friday, April 28, 2023.

The account information for payment to HSA, KI and KS is set forth below:

**Payment Instructions for HSA**

| | |
|---|---|
| Name of Bank: | Chase Bank |
| Address of Bank: | 383 Madison Avenue, New York, NY 10017 |
| Bank Routing Number: | 021000021 |
| Account Number: | 300156673 |
| SWIFT Code: | CHASUS33 |
| Account Name: | Helios Strategic Advisors, LLC |

1

CONFIDENTIAL

FBG_CH1_00103878

**DEBTORS' EXHIBIT NO. 257**
**Page 1 of 2**

**Payment Instructions for KI**

| | |
|---|---|
| Name of Bank: | Bank of America |
| Address of Bank: | 100 West 33rd Street, New York, NY 10001 |
| Bank Routing Number | |
| ACH: | 071000039 |
| Wires: | 026009593 |
| Account Number: | 8670819323 |
| Account Name: | Katsumi, Inc. |

**Payment Instructions for KS**

| | |
|---|---|
| Name of Bank: | Bank of America |
| Address of Bank: | 100 West 33rd Street, New York, NY 10001 |
| Bank Routing Number | |
| ACH: | 071000039 |
| Wires: | 026009593 |
| Account Number: | 8670808056 |
| Account Name: | Katsumi Servicing, LLC |

The provisions described in this letter are authorized as indicated by my signature below.

Sincerely,


Edward James
Executive Vice President, First Brands Group, LLC
and the other Selling Parties to the RPA

2

CONFIDENTIAL                                                    FBG_CH1_00103879

**DEBTORS' EXHIBIT NO. 257**
**Page 2 of 2**