**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC,** *et al.*, | § § | **Case No. 25-90399 (CML)** |
| **Debtors.**[1] | § § § | **(Jointly Administered)** |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

**PLEASE TAKE NOTICE** that William D. Savitt, having previously filed a *Motion for Admission Pro Hac Vice* [Docket No. 389] to appear on behalf of Jefferies Financial Group, Inc. and certain affiliates and associated funds ("Jefferies"), and having been granted admission pro hac vice by order entered on October 23, 2025 [Docket No. 402], and having previously filed a *Second Amended Notice of Appearance and Demand for Service of Papers* [Docket No. 704], hereby withdraws his appearance on behalf of Jefferies in the above-styled case and requests that he be removed from all service lists in this case.

**PLEASE TAKE FURTHER NOTICE** that the law firm of Wachtell, Lipton, Rosen & Katz and its attorneys of record other than Mr. Savitt, continue to represent Jefferies in the above-styled case.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

1

2

Dated: August 12, 2026  
      New York, NY

Respectfully submitted,

*/s/ William D. Savitt*  
William D. Savitt (admitted *pro hac vice*)  
GIBSON, DUNN & CRUTCHER LLP  
200 Park Avenue  
New York, NY 10166  
Telephone: 212-351-2355  
Email: wsavitt@gibsondunn.com

2

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on August 12, 2026, I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in these cases.

*/s/ William D. Savitt*
William D. Savitt