United States Bankruptcy Court
Southern District of Texas

**ENTERED**

August 12, 2026

Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 25-90399 |
|---|---|---|---|
| Debtor | | In Re: | First Brands Group, LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Abe Alexander<br>GRANT & EISENHOFER P.A.<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017<br>Tel: (646) 722-8500<br>aalexander@gelaw.com<br>New York - 4939609 |
|---|---|

| Name of party applicant seeks to appear for: | Prospect Capital Corporation and Prospect Floating Rate & Alternative Income Fund, Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/10/2026 | Signed: */s/ Abe Alexander* |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Signed:  August 12, 2026

_____
Christopher Lopez
United States Bankruptcy Judge