United States Bankruptcy Court
Southern District of Texas

**ENTERED**
August 12, 2026
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 25-90399 |
|---|---|---|---|
| Debtor | | In Re: | First Brands Group, LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Lauren J. Salamon<br>GRANT & EISENHOFER P.A.<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017<br>Tel: (646) 722-8500<br>lsalamon@gelaw.com<br>New York - 5452800 |
|---|---|

| Name of party applicant seeks to appear for: | Prospect Capital Corporation and Prospect Floating Rate & Alternative Income Fund, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:  8/10/2026 | Signed:  */s/ Lauren J. Salamon* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:                     Clerk's signature: |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Signed: August 12, 2026

_____
Christopher Lopez
United States Bankruptcy Judge