United States Bankruptcy Court
Southern District of Texas

**ENTERED**

August 13, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | § | **Chapter 11** |
|  | § |  |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
|  | § |  |
|  | § | **(Jointly Administered)** |
| **Debtors.[1]** | § |  |

## ORDER FURTHER EXTENDING EXCLUSIVE PERIODS

Upon the motion, dated July 21, 2026 (the "**Motion**"),[2] of First Brands Group, LLC

and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), for entry of an order, pursuant to section 1121(d) of the

Bankruptcy Code, further extending the Exclusive Filing Period and Exclusive Solicitation Period,

all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion

and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and

the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the

Motion having been provided; and such notice having been adequate and appropriate under the

circumstances, and it appearing that no other or further notice need be provided; and this Court

having reviewed the Motion; and upon any hearing held on the Motion; and all objections, if any,

to the Motion having been withdrawn, resolved, or overruled; and this Court having determined

that the legal and factual bases set forth in the Motion establish just cause for the relief granted

---

[1]     A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their respective estates and creditors; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1.  Pursuant to section 1121(d) of the Bankruptcy Code, the Exclusive Filing Period is further extended through and including September 21, 2026.

2.  Pursuant to section 1121(d) of the Bankruptcy Code, the Exclusive Solicitation Period is further extended through and including November 20, 2026.

3.  The extensions of the Exclusive Periods granted herein are without prejudice to the Debtors' rights to seek from this Court further extensions of time pursuant to section 1121(d) of the Bankruptcy Code.

4.  For the avoidance of doubt, the extensions of the Exclusive Periods do not apply to the Carnaby Debtors.

5.  Proper, timely, adequate and sufficient notice of the Motion has been provided in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Bankruptcy Local Rules, and no other or further notice of the Motion or entry of this Order shall be required.

6.  The Debtors are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

7.  This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: August 13, 2026

_____
Christopher Lopez
United States Bankruptcy Judge

2