**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, et al.,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that D. Benjamin Thomas hereby withdraws his appearance as counsel to Evolution Credit Partners in the above-captioned case and requests that he be removed from all service lists in the case.

**PLEASE TAKE FURTHER NOTICE** that the law firm of Reid Collins & Tsai LLP, and its attorneys of record other than D. Benjamin Thomas, continue to represent Evolution Credit Partners and hereby request that all notices in the above-captioned case continue to be served to such attorneys of record.

Dated:  August 13, 2026

/s/ D. Benjamin Thomas

**REID COLLINS & TSAI LLP**
William T. Reid, IV (00788817)
Lisa S. Tsai (24046999)
Scott D. Saldaña (24083780)
Samuel W. Hilliard (24145178)
1301 S. Capital of Texas Hwy, Suite C-300
Austin, Texas 78746
T: 512-647-6100
F: 512-647-6129
Emails:  wreid@reidcollins.com
        ltsai@reidcollins.com
        ssaldaña@reidcollins.com
        shilliard@reidcollins.com

-and-

Eric D. Madden (24013079)
D. Benjamin Thomas (24099991)
Brian J. Bah (24087130)
1601 Elm Street, Suite 4200
Dallas, Texas 75201
T: 214-420-8900
F: 214-420-8909
Emails:  emadden@reidcollins.com
        bthomas@reidcollins.com
        bbah@reidcollins.com

-and-

John Hammel Strauss (*pro hac vice* forthcoming)
420 Lexington Avenue, Suite 2731
New York, NY 10170
T: 212-344-5200
Email: jhstrauss@reidcollins.com

*Counsel for Evolution Credit Opportunity*
*Master Fund II-B, L.P.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 13, 2026, a true and correct copy of this document was served through the Court's Electronic Case Filing (ECF) system on all registered to receive electronic notices.

*/s/ D. Benjamin Thomas*
D. Benjamin Thomas

3