UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston (4) | Main Case Number | 25-90399 |
|---|---|---|---|
| | Debtor | In Re: | First Brands Group, LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jonathan Chan, Esq.<br>CTK Law Group, PC<br>15615 Alton Parkway, Suite 450<br>Irvine, CA 92618<br>(949) 534-2379; jonathan.chan@ctklawgroup.com<br>California; Bar Number: 299662<br>Central District of California; Bar Number 299662 |
|---|---|

| Name of party applicant seeks to appear for: | CTS Global Logistics (Georgia) Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   8/13/2026 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:                          Clerk's signature: |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                                United States Bankruptcy Judge