United States Bankruptcy Court
Southern District of Texas

**ENTERED**
August 14, 2026
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT              SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston (4) | Main Case Number | 25-90399 |
|---|---|---|---|
| Debtor | | In Re: | First Brands Group, LLC |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jonathan Chan, Esq.<br>CTK Law Group, PC<br>15615 Alton Parkway, Suite 450<br>Irvine, CA 92618<br>(949) 534-2379; jonathan.chan@ctklawgroup.com<br>California; Bar Number: 299662<br>Central District of California; Bar Number 299662 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | CTS Global Logistics (Georgia) Inc. |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/13/2026 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Signed: August 14, 2026

_____
Christopher Lopez
United States Bankruptcy Judge