**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC**, *et al.*, | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| | § | |
| **Debtors.**[1] | § | |

**STIPULATION EXTENDING
DEADLINE TO OBJECT TO APPLICATION OF
GLAS TRUST COMPANY LLC, AS ADMINISTRATIVE AGENT,
FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

The above-captioned debtors and debtors in possession (together, the "**Debtors**") and

GLAS Trust Company LLC,[2] as Administrative Agent for the Carnaby II and III Secured Lenders

(the "**Administrative Agent**," and together with the Debtors, the "**Parties**") hereby enter into this

stipulation (this "**Stipulation**") and agree as follows:

**WHEREAS**, on July 23, 2026, the Administrative Agent filed the *Application of GLAS*

*Trust Company LLC, as Administrative Agent, for Allowance and Payment of Administrative*

*Expense Claim* (Docket No. 3345) (the "**Motion**");

**WHEREAS**, the Debtors' deadline to file an objection to the Motion (an "**Objection**") is

currently August 13, 2026 (the "**Objection Deadline**");

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FirstBrands.  The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the *Application of GLAS Trust Company LLC, as Administrative Agent, for Allowance and Payment of Administrative Expense Claim* (Docket No. 3345).

2

**WHEREAS**, the Parties have mutually agreed to extend the Objection Deadline to September 3, 2026 at 11:59 p.m. (Central Time), which may be further extended by either (i) mutual agreement of the Parties or (ii) order of the Bankruptcy Court;

**WHEREAS**, the Parties have mutually agreed that the deadline for the Administrative Agent to file any responsive pleading to the Objection is October 1, 2026 at 11:59 p.m. (Central Time), which may be further extended by either (i) mutual agreement of the Parties or (ii) order of the Bankruptcy Court; and

**WHEREAS**, an initial hearing (which the Parties agree shall be a status conference and not an evidentiary hearing) to establish a schedule for discovery and any and all other dates and deadlines in connection with the relief requested in the Motion (the "**Initial Hearing**") shall be scheduled for no earlier than October 8, 2026 (subject to the availability of the Bankruptcy Court) or on such later date (i) as the Parties may mutually agree in writing (email shall suffice) or (ii) as established by an order of the Bankruptcy Court.

*[Remainder of Page Intentionally Left Blank]*

Houston, Texas
August 14, 2026

/s/ Clifford W. Carlson

**WEIL, GOTSHAL & MANGES LLP**
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Gabriel.Morgan@weil.com
            Clifford.Carlson@weil.com

-and-

**WEIL, GOTSHAL & MANGES LLP**
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason H. George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  matt.barr@weil.com
          sunny.singh@weil.com
          andriana.georgallas@weil.com
          kevin.bostel@weil.com
          jason.george@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

/s/ Allan S. Brilliant

Allan S. Brilliant (admitted pro hac vice)
Gary J. Mennitt (admitted pro hac vice)
Stephen M. Wolpert (admitted pro hac vice)
Eric O. Hilmo (admitted pro hac vice)
**DECHERT LLP**
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Email:  allan.brilliant@dechert.com
          gary.mennitt@dechert.com
          stephen.wolpert@dechert.com
          eric.hilmo@dechert.com

- and -

John F. Higgins (TX Bar No. 09597500)
Megan Young-John (TX Bar No. 24088700)
James A. Keefe (TX Bar No. 24122842)
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
Email:  jhiggins@porterhedges.com
          myoung-john@porterhedges.com
          jkeefe@porterhedges.com

*Counsel to the Carnaby II and III*
*Secured Lenders*

3