# EXHIBIT A

## ABC DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICIES

| Insurer | Policy Number | Attachment/Limit |
|---|---|---|
| Berkshire Hathaway Specialty Insurance Company | 47-EMC-310190-06 | Primary/$10 million |
| XL Specialty Insurance Company | ELU202151-25 | Excess/$10 million xs $10 million |
| Endurance American Insurance Company | DOX30001499505 | Excess/$10 million xs $20 million |
| Markel American Insurance Company | MKLM3MXM000752 | Excess/$10 million xs $30 million |
| Berkley Insurance Company | BPRO8120547 | Excess/$10 million xs $40 million |
| Arch Insurance Company | PCX1000134-05 | Excess/$10 million xs $50 million |
| Federal Insurance Company | G46865017 008 | Excess/$10 million xs $60 million |
| Twin City Fire Insurance Company | 83 PE 0423884-25 | Excess/$10 million xs $70 million |
| Everest National Insurance Company | PC8EX00256-251 | Excess/$10 million xs $80 million |
| Old Republic Insurance Company | ORPRO 13 103159 | Excess/$10 million xs $90 million |