# EXHIBIT B

United States Bankruptcy Court
Southern District of Texas

**ENTERED**
January 07, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE:        §
       §       CASE NO: 25-90399
       §
FIRST BRANDS GROUP, LLC,        §
       Debtors.        §       Jointly Administered
       §       CHAPTER 11

**ORDER REGARDING MOTION FOR ENTRY OF AN ORDER
(I) AUTHORIZING AND, TO THE EXTENT NECESSARY, MODIFYING
THE AUTOMATIC STAY TO ALLOW USE OF PROCEEDS OF
DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICIES
ISSUED TO NON-DEBTOR MAYFAIR ENTERPRISES, LLC
FOR INSUREDS' DEFENSE COSTS OR, IN THE ALTERNATIVE,
(II) CONFIRMING THAT ADVANCEMENT OF DEFENSE COSTS
AND PROVIDING NOTICE IN ACCORDANCE WITH DIRECTORS
AND OFFICERS LIABILITY INSURANCE POLICIES DOES NOT
<u>VIOLATE THE AUTOMATIC STAY</u>
(ECF NO. 798)**

For the reasons stated on the record at the January 7, 2026 hearing, IT IS ORDERED that the Side A Policies[1] and the proceeds of the Side A Policies are not property of the estate under § 541 of the Bankruptcy Code. Thus, the automatic stay under § 362 of the Bankruptcy Code does not apply to the Side A Policies or their proceeds; and it is further

ORDERED that Debtors have an interest in the proceeds of the ABC Policy, and that interest is property of the estate under § 541. The Court denies the request to lift the automatic stay for cause under § 362(d) without prejudice; and it is further

ORDERED that this Order is effective immediately and any applicable stay is waived. The Court retains jurisdiction over the interpretation, interpretation, enforcement, and implementation of this Order.

Signed:   January 07, 2026

_____
Christopher Lopez
United States Bankruptcy Judge

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion at ECF No. 798.