# EXHIBIT D

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 29, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-90399 |
| FIRST BRANDS GROUP, LLC, *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

**<u>May 29, 2026 Order</u>**

In consideration of the Court's orders at ECF Nos. 181 and 195 in Adv. No. 25-03803, and the relief granted therein, the Court orders as follows:

1.      Berkshire Hathaway Specialty Insurance Company (the "**Primary Insurer**") under Policy No. 47-EMC-310190-06 issued by the Primary Insurer to Mayfair Enterprises, LLC (the "**ABC Policy**") and all related Side A Insurers[1] are authorized to make payments, including the advancement of Defense Costs (as defined in the ABC Policy) to, or on behalf of, any eligible party in accordance with terms of the ABC Policy, without further notice or relief of this Court.

2.      The automatic stay set forth in section 362 of the Bankruptcy Code, to the extent applicable, is modified to permit the Primary Insurer and Side A Insurers to pay and/or advance Defense Costs consistent with their obligations under the ABC Policy.

3.      Nothing in this Order shall modify or alter the rights and obligations provided for under the terms and provisions of the ABC Policy.

4.      This Order is effective immediately.

Signed on May 29, 2026

Christopher Lopez
United States Bankruptcy Judge

---

[1] Capitalized terms that are not defined have the meaning ascribed to them in the motion at ECF No. 798.