# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| IN RE FIRST BRANDS GROUP, LLC | § | BANKRUPTCY CASE NO. 25-90399 |
| | § | |
| | § | |
| EDWARD JAMES, | § | |
| | § | |
| Appellant, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4-26-cv-513 |
| | § | |
| OFFICIAL COMMITTEE OF | § | |
| UNSECURED CREDITORS OF FIRST | § | |
| BRANDS GROUP, LLC, *et al.,* | § | |
| | § | |
| Appellees. | § | |
| | § | |
| | § | |
| QBE INSURANCE CORPORATION, *et al.*, | § | |
| | § | |
| Appellants, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4-26-cv-962 |
| | § | |
| OFFICIAL COMMITTEE OF | § | |
| UNSECURED CREDITORS OF FIRST | § | |
| BRANDS GROUP, LLC, *et al.*, | § | |
| | § | |
| Appellees. | § | |
| | § | |

**APPELLEE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**
**STATUS REPORT**

Appellee Official Committee of Unsecured Creditors of First Brands Group, LLC (the "Committee") files this Status Report pursuant to the Court's May 22, 2026 Order, staying the Appeal and Briefing Schedule for an indefinite period (Docket No. 56) and respectfully states as follows:

1. On May 29, 2026, while this appeal was pending, the Bankruptcy Court entered an order regarding the automatic stay "to permit the Primary Insurer and Side A Insurers to pay and/or advance Defense Costs consistent with their obligations under the ABC Policy." Bankr. Dkt. No. 2845 (the "May 29 Order").

2. On June 30, 2026, the Committee, together with (i) Appellants QBE Insurance Corporation, Ironshore Indemnity, Inc., Fair American Insurance and Reinsurance Company, Allianz Global Risks US Insurance Company, Westfield Select Insurance Company, AXIS Insurance Company, and Zurich American Insurance Company (collectively, the "Side A Insurer Appellants"); (ii) Appellant Edward James (together with the Side A Insurer Appellants, the "Appellants"); and (iii) Appellee Katsumi Servicing, LLC (together with the Committee, the "Appellees", and together with the Committee and the Appellants, the "Parties") filed a Joint Status Report noting that the Parties were conferring regarding their differing views of the impact of the May 29 Order on this appeal. Docket No. 57.

3. Today, Appellants filed a status report that they did not share with the Committee and would not file jointly with Appellees. Docket No. 58 (the "Appellants' Status Report"). The Appellants' Status Report requests that this appeal remain stayed to permit the parties to continue to confer regarding the impact of the May 29 Order and the Committee agrees that this appeal should remain stayed. *Id.*

4. According to the Appellants' Status Report filed today, Appellants believe the May 29 Order may moot this appeal. *Id.*

5. The Committee and Katsumi Servicing, LLC, respectively disagree with the Appellants' interpretation of the May 29 Order noting, among other things, that the May 29 Order is limited to Policy No. 47-EMC-310190-06 and makes no mention of the Excess ABC Policies.

6.     The Committee will continue its efforts to confer with the Parties regarding the impact of the May 29 Order on this Appeal.

WHEREFORE, the Committee respectfully submits this Status Report and requests that this appeal remain stayed pursuant to the Court's May 22, 2026 Order (Docket No. 56).  The Committee will file its next status report by August 31, 2026.


Dated July 30, 2026                                    Respectfully Submitted,

                                                       /s/ *Aaron D. Davidson*
                                                       Aaron D. Davidson, Esq.
                                                       Texas Bar No. 24007080
                                                       Seth Van Aalten (admitted *pro hac vice*)
                                                       Justin R. Alberto (admitted *pro hac vice*)
                                                       **COLE SCHOTZ P.C.**
                                                       901 Main Street, Suite 4120
                                                       Dallas, TX 75202
                                                       Tel:        (469) 557-9390
                                                       Fax:        (469) 533-1587
                                                       adavidson@coleschotz.com
                                                       svanaalten@coleschotz.com
                                                       jalberto@coleschotz.com

                                                        -and-

                                                       Robert J. Stark (admitted *pro hac vice*)
                                                       Michael S. Winograd (admitted *pro hac vice*)
                                                       Bennett S. Silverberg (admitted *pro hac vice*)
                                                       **BROWN RUDNICK LLP**
                                                       Seven Times Square
                                                       New York, NY 10036
                                                       Tel:        (212) 209-4800
                                                       Fax:        (212) 209-4801
                                                       rstark@brownrudnick.com
                                                       mwinograd@brownrudnick.com
                                                       bsilverberg@brownrudnick.com

                                                       Daniel J. Healy (admitted *pro hac vice*)
                                                       Jase Panebianco (admitted *pro hac vice*)
                                                       **BROWN RUDNICK LLP**
                                                       1900 N Street NW, 4th Floor

3

Washington, D.C. 20036
Tel:        (202) 536-1700
Fax:       (202) 536-1701
dhealy@brownrudnick.com
jpanebianco@brownrudnick.com

*Co-Counsel to the Official Committee of
Unsecured Creditors*

4

5

## CERTIFICATE OF SERVICE

I hereby certify that, on July 30, 2026, a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case.

/s/ *Aaron D. Davidson*
Aaron D. Davidson