# EXHIBIT F

## Emily Golding

| | |
|---|---|
| **From:** | Bascoy, Alejandro <Alejandro.Bascoy@weil.com> |
| **Sent:** | Friday, August 14, 2026 12:18 PM |
| **To:** | Emily Golding; George, Jason |
| **Subject:** | RE: First Brands - ABC Insurer Motion for Clarification of May 29, 2026 Comfort Order |

No objection to the requested relief.



**Alejandro Bascoy**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
alejandro.bascoy@weil.com
+1 212 310 8927 Direct
+1 212 310 8007 Fax

---

**From:** Emily Golding <egolding@wam.law>
**Sent:** Friday, August 14, 2026 1:06 PM
**To:** Bascoy, Alejandro <Alejandro.Bascoy@weil.com>; George, Jason <Jason.George@weil.com>
**Subject:** RE: First Brands - ABC Insurer Motion for Clarification of May 29, 2026 Comfort Order

Alejandro,

We are finalizing our motion now. Please confirm whether the Debtors' position has changed such that they would oppose the relief sought by my clients and the other Excess ABC Insurers. However, if they do not oppose the relief sought, please confirm that.

Thank you,
Emily



**Emily Golding**
EGolding@wam.law
D: +1 202 599 1121
M: +1 708 205 8120
WAM.law

---

**From:** Emily Golding
**Sent:** Thursday, August 13, 2026 8:03 PM
**To:** 'Bascoy, Alejandro' <Alejandro.Bascoy@weil.com>; George, Jason <Jason.George@weil.com>
**Subject:** RE: First Brands - ABC Insurer Motion for Clarification of May 29, 2026 Comfort Order

Alejandro,

Yes. The source of the definitions is the motion we plan to file on behalf of the excess ABC insurers. We define these terms in our motion because the source of the confusion around the May 29, 2026 order seems to be that the order refers to the "Side A Policies" to mean (in our reading) both the ABC D&O policies and the Side A D&O policies; however, certain parties object to that interpretation, as the ABC policies are not the same thing as Side A policies.

The "ABC Policies" are the following 10 policies (the primary ABC policy plus nine excess ABC policies):

| Insurer | Policy Number | Attachment/Limit |
|---|---|---|
| Berkshire Hathaway Specialty Insurance Company | 47-EMC-310190-06 | Primary/$10 million |
| XL Specialty Insurance Company | ELU202151-25 | Excess/$10 million xs $10 million |
| Endurance American Insurance Company | DOX30001499505 | Excess/$10 million xs $20 million |
| Markel American Insurance Company | MKLM3MXM000752 | Excess/$10 million xs $30 million |
| Berkley Insurance Company | BPRO8120547 | Excess/$10 million xs $40 million |
| Arch Insurance Company | PCX1000134-05 | Excess/$10 million xs $50 million |
| Federal Insurance Company | G46865017 008 | Excess/$10 million xs $60 million |
| Twin City Fire Insurance Company | 83 PE 0423884-25 | Excess/$10 million xs $70 million |
| Everest National Insurance Company | PC8EX00256-251 | Excess/$10 million xs $80 million |
| Old Republic Insurance Company | ORPRO 13 103159 | Excess/$10 million xs $90 million |

The Excess ABC Policies are those highlighted in yellow, and the Excess ABC Insurers (the movants) are the insurers highlighted in yellow. Berkshire has paid out its $10 million in limits already based on the May 29 order.

Let me know if you want to discuss.



**Emily Golding**
EGolding@wam.law
D: +1 202 599 1121
M: +1 708 205 8120
WAM.law

**From:** Bascoy, Alejandro <Alejandro.Bascoy@weil.com>
**Sent:** Thursday, August 13, 2026 5:54 PM

2

**To:** Emily Golding <egolding@wam.law>; George, Jason <Jason.George@weil.com>
**Subject:** RE: First Brands - ABC Insurer Motion for Clarification of May 29, 2026 Comfort Order

Emily – can you clarify the source of definitions of capitalized terms used but not defined in the proposed orders?
Thanks,



**Alejandro Bascoy**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
alejandro.bascoy@weil.com
+1 212 310 8927 Direct
+1 212 310 8007 Fax

---

**From:** Emily Golding <egolding@wam.law>
**Sent:** Thursday, August 13, 2026 5:09 PM
**To:** Bascoy, Alejandro <Alejandro.Bascoy@weil.com>; George, Jason <Jason.George@weil.com>
**Subject:** RE: First Brands - ABC Insurer Motion for Clarification of May 29, 2026 Comfort Order

Alejandro,

Can you please confirm that the Debtors do not oppose the relief sought by the excess ABC insurers? We are finalizing our motion to be filed tomorrow.

Thank you,
Emily

 | **Emily Golding**
EGolding@wam.law
D: +1 202 599 1121
M: +1 708 205 8120
WAM.law

---

**From:** Emily Golding
**Sent:** Wednesday, August 12, 2026 3:36 PM
**To:** Bascoy, Alejandro <Alejandro.Bascoy@weil.com>; George, Jason <Jason.George@weil.com>
**Subject:** RE: First Brands - ABC Insurer Motion for Clarification of May 29, 2026 Comfort Order

Alejandro,

Attached are the two alternative DRAFT proposed orders we plan to file with the motion. As our primary request for relief, we are asking that the Court clarify the May 29, 2026 order allows the excess ABC insurers to pay. If, however, the Court did not intend to allow the excess ABC insurers to pay, we are alternatively asking for the Court to modify the automatic stay to permit the excess ABC insurers to pay.

Please let me know if you would like to discuss.

Thank you,
Emily



**Emily Golding**
EGolding@wam.law
D: +1 202 599 1121
M: +1 708 205 8120
WAM.law

---

**From:** Bascoy, Alejandro <Alejandro.Bascoy@weil.com>
**Sent:** Wednesday, August 12, 2026 10:47 AM
**To:** Emily Golding <egolding@wam.law>; George, Jason <Jason.George@weil.com>
**Subject:** RE: First Brands - ABC Insurer Motion for Clarification of May 29, 2026 Comfort Order

Hi Emily –

Could you please send us a draft of the proposed order once ready?

We can review and then confirm the Debtors' position regarding the specific relief being requested.

Thank you,



**Alejandro Bascoy**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
alejandro.bascoy@weil.com
+1 212 310 8927 Direct
+1 212 310 8007 Fax

---

**From:** Emily Golding <egolding@wam.law>
**Sent:** Wednesday, August 12, 2026 11:33 AM
**To:** Bascoy, Alejandro <Alejandro.Bascoy@weil.com>; George, Jason <Jason.George@weil.com>
**Subject:** First Brands - ABC Insurer Motion for Clarification of May 29, 2026 Comfort Order

Alejandro,

As you may recall, I represent XL Specialty Insurance Company and Federal Insurance Company, both of whom issued excess ABC D&O insurance policies to Mayfair Enterprises. During our July 6, 2026 call, we discussed the Bankruptcy Court's May 29, 2026 Order, which appears to allow for payments to Insured Persons under the ABC insurance policies. As discussed, the wording of the order has created some confusion, as at certain parties to the Bankruptcy have now indicated that they would object to any interpretation of the order that allows the excess ABC insurers to pay Insured Person Defense Costs.

On our call, you indicated that the Debtors view the May 29, 2026 Order as allowing payments under the excess ABC policies and/or would not object to the excess ABC insurers seeking to clarify the May 29, 2026 Order in a way that allows for payments to Insured Persons under those policies. Please confirm the Debtors' position.

We will be filing a motion for clarification of the May 29, 2026 Order to allow the excess ABC insurers to pay Insured Person Defense Costs covered under the excess ABC policies or, alternatively, seeking to life the automatic stay as to the excess ABC policies if the May 29, 2026 Order was not intended to allow payments under the excess ABC policies. We will need to state the Debtors' position in that motion.

Thank you,
Emily



**Emily Golding**
EGolding@wam.law
D: +1 202 599 1121
M: +1 708 205 8120
WAM.law

**This is a transmission from the law firm of Werner Ahari Mangel LLP and may contain information which is privileged and/or confidential. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (202) 599-1030.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.
**This is a transmission from the law firm of Werner Ahari Mangel LLP and may contain information which is privileged and/or confidential. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (202) 599-1030.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.
**This is a transmission from the law firm of Werner Ahari Mangel LLP and may contain information which is privileged and/or confidential. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (202) 599-1030.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.