# EXHIBIT G

**Emily Golding**

| | |
|---|---|
| **From:** | Leland Jones <ljones@lrd.law> |
| **Sent:** | Thursday, July 23, 2026 12:56 PM |
| **To:** | Emily Golding |
| **Cc:** | Cribaro-Mello, Camille |
| **Subject:** | Mayfair - BHSI No. LI2510247545 - Berkshire Policy Exhaustion |
| **Attachments:** | 2026-05-29 Order re Insurance.pdf |

Emily,

I represent Berkshire Hathaway Specialty Insurance Company ("Berkshire").

Berkshire issued Executive First Private Company Portfolio Policy No. 47-EMC-310190-06 to Mayfair Enterprises, LLC for the policy period of February 2, 2025 to February 2, 2026 (the "Policy").  The Policy has a Limit of Liability of $10 million.

After receipt of the May 29, 2026 Order (Doc. No. 2845) in the First Brands Bankruptcy proceeding and review and evaluation of defense invoices, Berkshire paid the entire $10 million limit of liability of the Policy in covered Defense Costs incurred on behalf of Insured Persons for covered Claims.  The Policy limit was fully exhausted as of July 14, 2026.

If you have any questions, please let me know.

Sincerely,
Leland



**Leland H. Jones IV**

o: **202.759.1138** | m: **662.392.3652**

4500 East West Hwy., Ste. 150, Bethesda, MD 20814

**lrd.law** | **ljones@lrd.law**

1