**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
|  | : |  |
|  | : | Chapter 11 |
| In re: | : |  |
|  | : |  |
| FIRST BRANDS GROUP, *et al.,* | : | Case No. 25-90399 (CML) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |

**ORDER CLARIFYING THAT THE MAY 29, 2026 ORDER (ECF NO. 2845)**
**MODIFIES THE AUTOMATIC STAY TO AUTHORIZE PAYMENTS, INCLUDING**
**DEFENSE COSTS, BY THE EXCESS ABC INSURERS**

Upon consideration of the motion ("Motion") of the Excess ABC Insurers ("Movants") for

Entry of an Order (I) Clarifying That the *May 29, 2026 Order* (ECF No. 2845) Modifies the

Automatic Stay to Authorize Payments by the Excess ABC Insurers, or Alternatively (II)

Authorizing, and, to the Extent Necessary, Modifying the Automatic Stay to Allow the Excess ABC

Insurers to Make Payments, Including the Advancement of Defense Costs, of Insured Persons; and

this Court having jurisdiction to consider the Motion and the relief requested therein in accordance

with 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28

U.S.C. § 157(b)(2); and that the Court may enter a final order consistent with Article III of the

United States Constitution; and the Court having found that venue of this proceeding and the Motion

in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and

adequate notice of the Motion has been given and that no other or further notice is necessary; and

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

upon the record herein; and after due deliberation thereon; and the Court having determined that there is good and sufficient cause for the relief granted in this order, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1.      The *May 29, 2026 Order* modified the automatic stay as to all ABC Policies, including the Excess ABC Policies listed in Exhibit A to the Motion, so as to permit the Excess ABC Insurers to make payments, including the advancement of Defense Costs, of Insured Persons under the Excess ABC Policies.

2.      Nothing in this Order shall modify or alter the rights and obligations provided for under the terms and provisions of the Excess ABC Policies.

3.      The Movants are authorized to take all actions necessary or appropriate to implement the relief granted in this Order in accordance with the Motion.

4.      The Court retains jurisdiction regarding the interpretation, enforcement, and implementation of this Order

Signed: _____, 2026

_____