**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*, | ) | Case No. 25-90399 (CML) |
| Debtors.[1] | ) | (Jointly Administered) |

**SUMMARY COVER SHEET FOR THIRD INTERIM FEE APPLICATION OF SIMPSON THACHER & BARTLETT LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE SPV ENTITIES FOR THE PERIOD FROM APRIL 1, 2026 THROUGH JUNE 30, 2026**

| | | |
|---|---|---|
| **Name of Applicant:** | **Simpson Thacher & Bartlett LLP (“Simpson Thacher”)** | |
| **Applicant’s Role in Case:** | Conflicts Counsel to the SPV Entities | |
| **Date Order of Employment Signed:** | February 2, 2026, effective *nunc pro tunc* as of December 7, 2025 [Docket No. 1853] | |
| **Interim Application ( X )**<br>**Final Application ( __)** | Third Interim Fee Application | |
| | **Beginning Date** | **End Date** |
| **Time period covered by this Application:** | 4/1/2026 | 6/30/2026 |
| **Time period(s) covered by prior Applications:** | 12/7/2025<br>1/1/2026 | 12/31/2025<br>3/31/2026 |
| **Were the services provided necessary to the administration of or beneficial at the time rendered toward the completion of the case?** Yes | | |
| **Were the services performed in a reasonable amount of time commensurate with the complexity, importance and nature of the issues addressed?** Yes | | |
| **Is the requested compensation reasonable based on the customary compensation charged by comparably skilled practitioners in other non-bankruptcy cases?** Yes | | |
| **Do expense reimbursements represent actual and necessary expenses incurred?** Yes | | |

| **Compensation Breakdown for Time Period Covered by this Application** | |
|---|---|
| Total professional fees requested in this Application: | $837,608.50 |
| Total professional hours covered by this Application: | 455.50 |
| Average hourly rate for professionals: | $1,838.88 |
| Total paraprofessional fees requested in this Application: | $0.00 |
| Total paraprofessional hours covered by this Application: | 0.00 |
| Average hourly rate for paraprofessionals: | N/A |
| **Total fees requested in this Application:** | $837,608.50 |
| **Total expense reimbursements requested in this Application:** | $3,220.73 |

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors’ claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors’ service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

| | |
|---|---|
| **Total fees and expenses requested in this Application:** | **$840,829.23** |
| **Total fees and expenses awarded in all prior Applications:** | $1,998,560.02 |
| **Plan Status:** Chapter 11 Plan of Reorganization for the FBG Debtors filed on April 28, 2026 [Docket No. 2544]; pending confirmation decision. | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*, | ) | Case No. 25-90399 (CML) |
| Debtors.[1] | ) | (Jointly Administered) |

**THIRD INTERIM APPLICATION OF
SIMPSON THACHER & BARTLETT LLP FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE SPV ENTITIES
FOR THE PERIOD OF APRIL 1, 2026, THROUGH JUNE 30, 2026**

**IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE ELECTRONICALLY AT HTTPS://ECF.TXSB.USCOURTS.GOV/ WITHIN TWENTY-ONE DAYS FROM THE DATE THIS MOTION WAS FILED. IF YOU DO NOT HAVE ELECTRONIC FILING PRIVILEGES, YOU MUST FILE A WRITTEN OBJECTION THAT IS ACTUALLY RECEIVED BY THE CLERK WITHIN TWENTY-ONE DAYS FROM THE DATE THIS MOTION WAS FILED. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Simpson Thacher & Bartlett LLP ("**Simpson Thacher**" or "**Applicant**"), as counsel to Viceroy Private Capital, LLC ("**Viceroy**") and certain of its direct and indirect subsidiaries (collectively, the "**SPV Entities**"), hereby submits its third interim application (the "**Application**") for allowance of compensation for professional services rendered and reimbursement of expenses incurred for the period from April 1, 2026, through June 30, 2026 (the "**Third Interim Period**"). In support of this Application, Simpson Thacher submits the certification of Nicholas E. Baker (the "**Baker Certification**") attached hereto as **Exhibit B** and further respectfully states as follows:

1 A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**Simpson Thacher Invoices for Services Rendered During the Third Interim Period**

1. During the Third Interim Period, Simpson Thacher professionally and diligently represented the interests of Viceroy and the SPV Entities with respect to a variety of complex matters and issues, including but not limited to:

a. participating in settlement negotiations among the Debtors and various secured and unsecured creditor constituencies, including negotiating, filing, and obtaining approval of a settlement between Debtor Global Assets Germany GMBH and UMB Bank, N.A.;

b. advising the client with respect to numerous litigation and conflicts matters, including in the main chapter 11 cases and across multiple adversary proceedings, and participating in discovery efforts, document review, and deposition preparation and attendance in connection therewith;

c. reviewing and analyzing numerous documents and conducting diligence with respect to the assets of the SPV Entities;

d. drafting materials and attending numerous meetings of the conflicts subcommittee of the special committee of the board of Viceroy and advising the conflicts manager with respect to numerous matters regarding developments in the chapter 11 cases;

e. updating and communicating with the secured lenders of the SPV Entities, including calls and correspondence with counsel regarding settlement proposals and case developments; and

f. attending to case administration tasks, including monitoring the docket and case calendar and attending numerous hearings and status conferences in the chapter 11 cases and pending adversary proceedings

2. In support of this Application, Simpson Thacher submits its monthly statements and invoices for services rendered from April 1, 2026 to June 30, 2026, which are attached hereto as **Exhibits C - E**, and summarized below:

| Exhibit No. | Period Covered | Fees | Expenses | Total Compensation | Total Paid | Remaining Outstanding Balance |
|---|---|---|---|---|---|---|
| **C** | Apr. 1, 2026 – Apr. 30, 2026 | $241,586.50 | $211.82 | $241,798.32 | $0.00 | $241,798.32 |
| **D** | May 1, 2026 – May 31, 2026 | $328,361.50 | $630.79 | $328,992.29 | $0.00 | $328,992.29 |
| **E** | Jun. 1, 2026 – Jun. 30, 2026 | $267,660.50 | $2,378.12 | $270,038.62 | $0.00 | $270,038.62 |
| ***GRAND TOTAL*** | | **$837,608.50** | **$3,220.73** | **$840,829.23** | **$0.00** | **$840,829.23** |

3. Accordingly, through this Application, Simpson Thacher seeks payment of the outstanding balance of **$837,608.50** in fees and **$3,220.73** in expenses incurred but unpaid from April 1, 2026, through June 30, 2026.

4. Although every effort has been made to include all fees and expenses incurred during the Third Interim Period, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Third Interim Period. Simpson Thacher reserves the right to seek allowance of such fees and expenses in a subsequent fee application. Subsequent fee applications will be filed in accordance with section 330 of title 11 of the United States Code, rule 2016(a) of the Federal Rules of Bankruptcy Procedure, rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Southern District of Texas, and the *Procedures for Complex Cases in the Southern District of Texas.*

WHEREFORE, Simpson Thacher, as co-counsel to the Debtor, respectfully requests that the Court enter an order in the form attached hereto as **Exhibit A** (the "**Order**"): (a) granting it interim allowance in the amount of **$837,608.50** as compensation for professional services rendered and unpaid and **$3,220.73** for reimbursement of expenses incurred and unpaid during the Third Interim Period; (b) authorizing the Debtors to disburse to Simpson Thacher the outstanding balance of **$840,829.23**; and (c) granting such other further relief as this Court deems proper.

Respectfully submitted this 17th day of August 2026.

**FISHEL LAW GROUP**

By:
*/s/ Michael Fishel*___________________

Michael Fishel (Texas Bar No. 24082998)
602 Sawyer, Suite 400
Houston, Texas 77007
Telephone: (713) 294-0379
Email: Michael@fishellawgroup.com

and

**SIMPSON THACHER & BARTLETT LLP**

Elisha D. Graff (admitted *pro hac vice*)
Bryce L. Friedman (admitted *pro hac vice*)
David R. Zylberberg (admitted *pro hac vice*)
Nicholas E. Baker (admitted *pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Email: egraff@stblaw.com
bfriedman@stblaw.com
david.zylberberg@stblaw.com
nbaker@stblaw.com

*Attorneys for the SPV Entities*

**Certificate of Service**

The undersigned hereby certifies that on the 17th day of August 2026, he caused a true and correct copy of the foregoing document by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Michael Fishel*
Michael Fishel