# **Exhibit A**

## **Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*, | ) | Case No. 25-90399 (CML) |
| Debtors.[1] | ) | (Jointly Administered) |

**ORDER GRANTING THIRD INTERIM APPLICATION OF SIMPSON THACHER & BARTLETT LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE SPV ENTITIES FOR THE PERIOD OF APRIL 1, 2026, THROUGH JUNE 30, 2026**

The Court has considered the *Third Interim Application of Simpson Thacher & Bartlett LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to the SPV Entities for the Period of April 1, 2026, through June 30, 2026* (the "**Application**") filed by Simpson Thacher & Bartlett LLP (the "**Applicant**"). The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of **$840,829.23** for the period set forth in the Application.

2. The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on an interim basis.

3. The Debtors, as applicable, are hereby authorized and directed to disburse the unpaid amount of compensation and expenses sought under this Application.

1 A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Signed: _________, 2026

______________________________________

Honorable Christopher Lopez
United States Bankruptcy Judge