# <u>Exhibit B</u>

## Baker Certification

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*, | ) | Case No. 25-90399 (CML) |
| Debtors.[1] | ) | (Jointly Administered) |

**CERTIFICATION OF NICHOLAS E. BAKER**
**IN SUPPORT OF THIRD INTERIM APPLICATION OF SIMPSON THACHER & BARTLETT LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE SPV ENTITIES**
**FOR THE PERIOD OF APRIL 1, 2026, THROUGH JUNE 30, 2026**

I, Nicholas E. Baker, hereby certify that:

1. I am a Partner of the firm Simpson Thacher & Bartlett LLP ("**Simpson Thacher**"). Simpson Thacher maintains offices at, among other places, 425 Lexington Ave, New York, New York 10017.

2. This certification (the "**Certification")** is made in connection with Simpson Thacher's third interim fee application, dated August 17, 2026 (the "**Application**"),[2] for compensation and reimbursement of expenses for the period commencing April 1, 2026 through and including June 30, 2026 (the "**Compensation Period**"). I have reviewed the Application and hereby certify that the Application complies with the applicable provisions of the Bankruptcy Code, Federal Rules, Local Rules, and Fee Guidelines.

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Application.

3. I certify that Simpson Thacher has complied with provisions of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (Docket No. 699) (the "**Interim Compensation Procedures Order**") requiring it to provide the Debtors, the attorneys for the Official Committee of Unsecured Creditors, the attorneys for the ad hoc group of lenders, and the United States Trustee for the Southern District of Texas (the "**U.S. Trustee**") with monthly statements of Simpson Thacher's fees and disbursements accrued during the Compensation Period.

4. Attorneys and paraprofessionals assigned to this matter were necessary to assist with the prosecution of the chapter 11 cases of Viceroy and the SPV Entities, the preservation of the SPV Entities' assets, and other matters described in the Application.

5. In accordance with the Fee Guidelines, Simpson Thacher responds to the questions identified therein as follows:

**Question 1:** Did Simpson Thacher agree to any variations from, or alternatives to, Simpson Thacher's standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the Compensation Period? If so, please explain.

**Answer:** No.

**Question 2:** Have any of the professionals included in the Application varied their hourly rate based on geographic location of the bankruptcy case?

**Answer:** No.

**Question 3:** Does the Application include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices? If so, please quantify by hours and fees.

**Answer:** Yes. The time expended performing such work during the Compensation Period is included within Task Code FA.

**Question 4:** Does the Application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify hours and fees.

**Answer:** Yes. The time expended performing such work during the Compensation Period is included within Task Code FA.

**Question 5:** Does the Application include any rate increases since Simpson Thacher's retention in these cases? If so, did the client review and approve those rate increases in advance? Did the client agree when retaining the law firm to accept all future rate increases?

**Answer:** Yes. As disclosed in *Application to Employ Simpson Thacher & Bartlett LLP as Counsel to SPV Entities* [Docket 1179], Simpson Thacher's rates increased effective January 1, 2026. The client was aware of, and agreed to, the customary rate increases. The SPV Entities are aware that Simpson Thacher may increase its rates in the ordinary course of business.

Dated: August 17, 2026
New York, New York

/s/ *Nicholas E. Baker*
Nicholas E. Baker
Partner
Simpson Thacher & Bartlett LLP