**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**NOTICE OF ORAL RULING ON CONFIRMATION
OF CHAPTER 11 PLAN AND FINAL APPROVAL OF
DISCLOSURE STATEMENT SCHEDULED FOR
AUGUST 24, 2026 AT 1:00 P.M. (CENTRAL TIME)**

**PLEASE TAKE NOTICE THAT**, commencing on July 28, 2026 and concluding on August 7, 2026, a hearing was held before the Honorable Christopher M. Lopez of the United States Bankruptcy Court for the Southern District of Texas (the "**Court**") to consider confirmation of the *Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* (Docket No. 3448) (the "**Plan**") and final approval of the *Disclosure Statement for Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors* (Docket No. 2982) (the "**Disclosure Statement**").

**PLEASE TAKE FURTHER NOTICE THAT** the Court will issue its oral ruling on confirmation of the Plan and final approval of the Disclosure Statement on **August 24, 2026 at 1:00 p.m. (Central Time)**. You may participate virtually by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510 and entering the conference code 590153. Video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

[*Remainder of Page Intentionally Left Blank*]

Dated: August 18, 2026
Houston, Texas

Respectfully submitted,

*/s/ Clifford W. Carlson*

WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: gabriel.morgan@weil.com
clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason H. George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: matt.barr@weil.com
sunny.singh@weil.com
andriana.georgallas@weil.com
kevin.bostel@weil.com
jason.george@weil.com

*Attorneys for Debtors and Debtors in Possession*

**Certificate of Service**

I hereby certify that on August 18, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Clifford W. Carlson*
Clifford W. Carlson