**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |
| | § | **Re: Docket No. 3079** |

**JOINT NOTICE OF ADJOURNMENT OF HEARING ON**
**MOTION OF MICHAEL BUENO FOR RELIEF FROM AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that, on June 29, 2026, Michael Bueno filed *Michael Bueno's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1)* (Docket No. 3079) (the "**Motion**") in the above-captioned chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that the Motion was scheduled to be heard on August 25, 2026 at 10:00 a.m. (Central Time).

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the relief requested in the Motion (the "**Hearing**") has been adjourned to **September 18, 2026 at 10:00 a.m. (Central Time)**.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Dated: August 20, 2026

*/s/ Clifford W. Carlson*
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: gabriel.morgan@weil.com
clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matt Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason H. George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: matt.barr@weil.com
sunny.singh@weil.com
andriana.georgallas@weil.com
kevin.bostel@weil.com
jason.george@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

*/s/ Tara LeDay*
HUSCH BLACKWELL LLP
Tara LeDay (SBN 24106701)
Jennifer Pollan (SBN 24150828)
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone: (512) 479-9758
Facsimile: (512) 479-1101
Email: tara.leday@huschblackwell.com
jennifer.pollan@huschblackwell.com

*Attorneys for Michael Bueno*

**Certificate of Service**

I hereby certify that on August 20, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Clifford W. Carlson*
Clifford W. Carlson