**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | **Re: Docket No. 400 & 894** |

**THIRD SUPPLEMENTAL**
**DECLARATION OF MATTHEW S. BARR IN**
**SUPPORT OF APPLICATION OF DEBTORS FOR AUTHORITY**
**TO RETAIN AND EMPLOY WEIL, GOTSHAL & MANGES LLP**
**AS ATTORNEYS FOR DEBTORS EFFECTIVE AS OF PETITION DATE**

Pursuant to 28 U.S.C. § 1746, I, Matthew S. Barr, hereby declare as follows:

1. I am a partner of the firm of Weil, Gotshal & Manges LLP ("**Weil**" or the "**Firm**"), an international law firm with principal offices at 767 Fifth Avenue, New York, New York 10153; and regional offices in Washington, D.C.; Austin, Houston, and Dallas, Texas; Miami, Florida; Boston, Massachusetts; Los Angeles, Redwood Shores, and San Francisco, California; and foreign offices in London, United Kingdom; Frankfurt and Munich, Germany; Paris, France; Brussels, Belgium; and Hong Kong, China.

2. I submit this declaration (this "**Third Supplemental Declaration**") as a supplement to my declaration dated October 22, 2025 (the "**Initial Declaration**") in support of the *Application of Debtors for Authority to Retain and Employ Weil, Gotshal & Manges LLP as Attorneys for Debtors Effective as of Petition Date* (Docket No. 400) (the "**Application**"), the *First Supplemental Declaration of Matthew S. Barr in Support of Application of Debtors for Authority*

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

*to Retain and Employ Weil, Gotshal & Manges LLP as Attorneys for the Debtors Effective as of the Petition Date* (Docket No. 1648) (the "**First Supplemental Declaration**"), dated January 21, 2026, and the *Second Supplemental Declaration of Matthew S. Barr in Support of Application of Debtors for Authority to Retain and Employ Weil, Gotshal & Manges LLP as Attorneys for the Debtors Effective as of the Petition Date* (Docket No. 2703) (the "**Second Supplemental Declaration**" and, together with the Initial Declaration and the First Supplemental Declaration, the "**Prior Declarations**").[2] On December 8, 2025, the Court entered an order approving the Application (Docket No. 894).

3. This Third Supplemental Declaration has been prepared in accordance with paragraph 22 of the Initial Declaration, which provides that if any new material, relevant facts, or relationships are discovered or arise, Weil will promptly file a supplemental disclosure with the Court. Unless otherwise stated in this Third Supplemental Declaration, I have personal knowledge of the facts set forth herein.

**<u>Supplemental Disclosure</u>**

4. In connection with the Debtors' filing for chapter 11 protection, Weil has conducted additional searches within its client database, in accordance with the Firm Disclosure Procedures described in the Initial Declaration. During the course of such review, Weil determined that certain additional "Matched Entities" should be disclosed. Accordingly, Weil discloses the relationships in **<u>Exhibit 1</u>** attached hereto (the "**Disclosure Schedule**").

5. Weil previously has represented, currently represents, and may represent in the future the entities described in the Disclosure Schedule (or their affiliates) in matters unrelated

[2] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Application or the Initial Declaration, as applicable.

to the Debtors' chapter 11 cases. Except as otherwise disclosed herein, in the Application, or in the Prior Declarations, Weil has not represented, does not represent, and will not represent any of such entities in matters directly related to the Debtors or these chapter 11 cases.

6. Except as described in the Initial Declaration, to the best of my knowledge and information, all of the work performed for the Matched Entities is on matters unrelated to these chapter 11 cases and the annual fees for the last twelve months paid to Weil by any entity listed on the Disclosure Schedule did not exceed 1% of Weil's annual gross revenue for each of the past two years, except as previously disclosed.

7. As stated in the Prior Declarations, based on the conflicts searches conducted to date and described in the Initial Declaration and herein, to the best of my knowledge and insofar as I have been able to ascertain, I believe Weil does not hold or represent any interest adverse to the Debtors' estates in the matters upon which Weil has been and is to be employed by the Debtors, and Weil is "disinterested" as such term is defined in section 101(14) of the Bankruptcy Code and modified by section 1107(b) of the Bankruptcy Code.

8. Weil will continue to apply the Firm Disclosure Procedures periodically during the pendency of these chapter 11 cases. To the extent any information disclosed herein requires amendment or modification upon Weil's completion of further review or as additional material, relevant facts, or relationships are discovered or arise, Weil will promptly file a further supplemental declaration stating such amended or modified information.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 24, 2026
New York, New York

*/s/ Matthew S. Barr*
Matthew S. Barr

**Exhibit 1**
**Disclosure Schedule**

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Amazon Advertising LLC | Claimant | Affiliate or Subsidiary of Current Client |
| Aramark Uniform Services | Lease / Contract Counterparty | Current Client or Affiliate or Subsidiary of Current Client |
| Gilbert + Tobin | Ordinary Course Professional | Former Client |
| Loyens & Loyens N.V. | Ordinary Course Professional | Current Client |

**Updates to Previous Disclosure Schedule**[1]

| | | |
|---|---|---|
| U.S. Bank<br>U.S. Bank National Association<br>U.S. Bank Equipment Finance | Other Secured Parties – Issuers of Letters of Credit/UCC Lien Search Results<br>Litigation Counterparties/Notices<br>Other Parties in Interest (Notices of Appearance/Equity Owner Professionals/Other Lender Professionals)<br>Debtors' Banks<br>***Claimant*** | Related to, Affiliate, or Subsidiary of Current or Former Client |
| Wells Fargo<br>Wells Fargo Bank NA<br>Wells Fargo Vendor Financial Services LLC<br>***Wells Fargo Financial Leasing, Inc.*** | Factoring Parties<br>Significant Vendors<br>Other Secured Parties – Issuers of Letters of Credit/UCC Lien Search Results<br>Debtors' Banks<br>Claimant<br>***Lease / Contract Counterparty*** | Current Client or Affiliate or Subsidiary of Current or Former Client or Related to Former Client |

1 Additions to the Disclosure Schedule attached as Exhibit A to the Initial Disclosure are in bold and italicized font.