**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**SECOND SUPPLEMENTAL DECLARATION OF CHARLES M. MOORE IN SUPPORT OF THE APPLICATION OF DEBTORS FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO (A) RETAIN AND EMPLOY ALVAREZ & MARSAL NORTH AMERICA, LLC, (B) DESIGNATE CERTAIN EXECUTIVE OFFICERS, AND (C) ENGAGE ADDITIONAL PERSONNEL, AND (II) GRANTING RELATED RELIEF**

I, Charles M. Moore, make this Second Supplemental Declaration pursuant to 28 U.S.C. § 1746, and state:

1. I am a Managing Director with Alvarez & Marsal North America, LLC (together with employees of its affiliates (all of which are wholly-owned by its parent company and employees), its wholly owned subsidiaries, and independent contractors, "**A&M**"), a restructuring advisory services firm with numerous offices throughout the world.

2. I submit this declaration (this "**Second Supplemental Declaration**") to supplement my Prior Declarations (defined below) that were submitted in connection with A&M's retention in these chapter 11 cases. Unless otherwise stated herein, I have personal knowledge of the facts set forth herein or have been informed of such matters by professionals of A&M.

3. On October 24, 2025, the Debtors filed their *Application of Debtors for Entry of an Order (I) Authorizing the Debtors to (A) Retain and Employ Alvarez & Marsal North*

1 A complete list of the debtors in these chapter 11 cases (the "**Debtors**") may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

*America, LLC, (B) Designate Certain Executive Officers, and (C) Engage Additional Personnel, and (II) Granting Related Relief* [Docket No. 417] (the "**Application**"), and attached thereto as Exhibit A was my declaration in support of the Application (the "**Original Declaration**").

4. On October 31, 2025, the Debtors filed the *Notice of (I) Appointment of Chief Financial Officer and (II) Filing of Revised Proposed Order Authorizing Debtors to Retain and Employ Alvarez & Marsal North America, LLC* [Docket No. 481].

5. On December 8, 2025, the Court entered the *Order (I) Authorizing Debtors to (A) Retain and Employ Alvarez & Marsal North America, LLC, (B) Designate Certain Executive Officers, and (C) Engage Additional Personnel, and (II) Granting Related Relief* [Docket No. 896] (the "**Order**").

6. On March 13, 2026, the Debtors filed the *First Supplemental Declaration of Charles M. Moore in Support of the Application of Debtors for Entry of an Order (I) Authorizing the Debtors to (A) Retain and Employ Alvarez & Marsal North America, LLC, (B) Designate Certain Executive Officers, and (C) Engage Additional Personnel, and (II) Granting Related Relief* [Docket No. 2159] (the "**First Supplemental Declaration**" and together with the Original Declaration, the "**Prior Declarations**").[2]

7. Pursuant to the Order, the Debtors were authorized to, among other things, (i) retain and employ A&M as financial advisor, (ii) designate Charles M. Moore as the interim CEO, (iii) designate Daniel Jerneycic and Gaurav Malhotra as CROs, (iv) designate Paul Kosturos as CFO, and (v) engage A&M to provide additional Engagement Personnel for the Debtors, each in accordance with the terms and conditions set forth in the Engagement Letter.

[2] Capitalized terms used herein and not otherwise defined have the respective meanings set forth in the Prior Declarations.

8. I submit this Second Supplemental Declaration to disclose certain additional information.

**ADDITIONAL POTENTIAL PARTIES IN INTEREST**

9. In connection with its retention by the Debtors in these chapter 11 cases, A&M has undertaken an ongoing analysis to determine whether any material relevant facts or relationships have arisen or been discovered since filing the Prior Declarations. In connection therewith, it has come to A&M's attention that additional entities are involved in the Debtors' chapter 11 cases (the "**New Parties**" and, collectively with Potential Parties in Interest (as defined in the First Supplemental Declaration), the "**Potential Parties in Interest**").

10. Based on the Firm Procedures described in the Original Declaration, known connections between clients of the Firm that have been active within the last three years and the New Parties were compiled for purposes of preparing this Second Supplemental Declaration and these connections are listed in the disclosure schedule attached hereto as **Schedule 1** (the "**Disclosure Schedule**").

11. In addition to the relationships set forth on Schedule 1, A&M has been engaged by a confidential supplier of the Debtors to perform financial advisory services in connection with that supplier's chapter 11 cases. A&M has instituted an information barrier to ensure that confidentiality of information is protected and to ensure that no A&M personnel currently providing services to the supplier will be staffed on this engagement; provided that A&M may utilize personnel to provide technical and administrative support on both engagements. A&M personnel will recuse themselves from work on any disputes and negotiations between such supplier on the one hand and the Debtors on the other hand.

12. Based on the results of its review, to the best of my knowledge, except as set forth in the Prior Declarations or this Second Supplemental Declaration, A&M does not

have an active relationship with any of the Potential Parties in Interest in matters relating to the Debtors' chapter 11 cases.

13. To the extent any information disclosed herein requires amendment or modification upon A&M's completion of further review or as additional party-in-interest information becomes available to it, a further supplemental declaration reflecting such amended or modified information will be submitted to the Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 24, 2026
Oakland County, Michigan

*/s/ Charles M. Moore*
Charles M. Moore, Managing Director
Alvarez & Marsal North America LLC

# **Schedule 1**

**Disclosure Schedule**

**Current and Former Clients of A&M and/or its Affiliates**[1]

Accruent, LLC
Airgas USA, LLC
AM General
Aramark Uniform Services
Arrow Electronics, Inc.
DNV Business Assurance USA Inc
ECP Credit Strategies - A Offshore Holdings, L.P.
Export Development Canada
Facilities Maintenance Group
Fedex Logistics Inc
Freudenberg-Nok General Partnership
Henkel Corporation
Katten Muchin Rosenman LLP
Lasalle Solutions, A Division of MB Equipment Finance, LLC
Lazer Spot Inc Dba Lazer Logistics
Leucadia Asset Management LLC
Linde Gas & Equipment Inc.
Loyens & Loeff N.V.
The Siegfried Group, LLP
Thompson Bros Supplies Inc
Trimech Enterprise Solutions Formerly Adaptive Corporation
U.S. Telepacific Corp
Vestis Service, LLC fka Aramark Uniform & Career Apparel, LLC

---

[1] A&M and/or an affiliate is currently providing or has previously provided certain consulting or interim management services to these parties or their affiliates (including equity holders and joint venture parties) or, with respect to those parties that are investment funds or trusts, to their portfolio or asset managers or their affiliates in wholly unrelated matters.