**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-90399 (cml) |
| | § | Chapter 11 |
| FIRST BRANDS GROUP, LLC, et al. | § | |
| | § | (Jointly Administered) |
| Debtor(s) | § | |
| | § | |
| | § | |

**RIO BRAVO INTERNATIONAL SERVICES, INC.'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE RELATING TO BRAKE PARTS INC., LLC, CASE NO. 25-90477 AND TRICO PRODUCTS CORPORATION, CASE NO. 25-90472**

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

==================================================================

**TO THE HONORABLE, CHRISTOPHER M. LOPEZ, U.S. BANKRUPTCY JUDGE**:

Comes now, RIO BRAVO INTERNATIONAL SERVICES, INC. ("RIO BRAVO"), and files its Motion to Allow Administrative Expense Claims, as a Lessor and Creditor of the Debtors, Brake Parts Inc., LLC and Trico Products Corporation (two subsidiary corporations of First Brands Group, LLC), two Tenants, each under a warehouse agreement, more specifically described hereinafter, requesting the allowance and payment of administrative expenses for post-petition accrued and unpaid rents and related charges under §503(b) set forth herein, and in support would show the following:

## JURISDICTION AND VENUE

This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and

1334, and the current Standing Order of Reference from the United States District Court for the Southern District of Texas. This is a "Core Proceeding" as defined by 28 U.S.C. §157(b). The statutory predicate for the relief requested are §§503(b) and 507 of Title 11, United States Code ("Code"). Claimant confirms its consent to the entry of a final order by the Court in connection with this Application to the extent that it is later determined that the Court cannot enter final orders or judgments consistent with Article III of the United States Constitution. Venue for this case and this Application in this District is proper under 28 U.S.C. §§1408 and 1409.

## BACKGROUND AND INTRODUCTION

Claimant's claim relates to post-petition accrued and unpaid rent for warehouse space to the Debtors for the storage of materials. RIO BRAVO, Creditor ("Lessor"), owns and operates a warehouse in El Paso County, Texas, (hereafter, the "Warehouse"). Brake Parts Inc., LLC and Trico Products Corporation. (collectively, "Debtors") rent storage space in the Warehouse. While still under their contractual obligations, the Debtors filed for bankruptcy and stopped making payments to RIO BRAVO. Debtors' products remain in the Warehouse and no payments for their continuing storage have been made since the initiation of Chapter 11 bankruptcy proceedings. There are no written agreements for warehouseman's liens between the parties. True and correct copies of the Account Ledgers which constitute the two claims are attached hereto as Exhibits "A and B" and are incorporated herein by reference for all purposes.

## BASIS FOR RELIEF

The Bankruptcy Code generally provides administrative priority to claims for "the actual, necessary costs and expenses of preserving the estate," including wages, salaries, or commissions for services rendered after the commencement of the case. *See* 11 U.S.C.§ 503(b)(1)(A). Claimant

has established that the two Debtors have breached their agreements with Claimant by their continued occupancy of the warehouse but its failure to pay rent for the period beginning from the date of Petition to date.

Absent any written instruments, a storage agreement may be found by implication. *See PODS Enterprises, LLC*, 2021 WL 98484, at *4 (holding that a storage agreement was implied by the delivery of goods to the warehouse in Lessee's company marked vehicle); *see also Sw. Sch. Book Depository, Inc. v. Pepper Jones Martinez, Inc., Publishers*, No. 05-92-01790-CV, 1993 WL 332437, at *3-4 (Tex. App—Dallas Aug. 25, 1993, no writ) (holding that no warehouseman's lien exists absent a written or implied agreement to pay rent for storage). Here, no written lien provision exists between the parties. However, if Lessor presents any documentation that complies with the §7.202 form requirements for a warehouse receipt, it will probably establish a statutory warehouseman's lien under §7.209. Absent written documentation, a court may infer a storage agreement from the parties' conduct. To establish an implied agreement, Lessor provides its evidence of delivery method, payment history, and other interactions with Debtor. RIO BRAVO holds a valid warehouseman's lien, it qualifies as a secured creditor under 11 U.S.C. §506 because the lien encumbers property in which the Debtor's estate has an interest.

Texas Business Code Section 7.209 grants Lessor a warehouseman's lien on Debtor's goods if Lessor issued a warehouse receipt or, if an implied storage agreement exists. A statutory warehouseman's lien attaches to goods if the parties created a warehouse receipt or storage agreement. TX. BUS. & COM. CODE §7.209(a).

Post-petition.

Accordingly, pursuant to §§503(b) and 507(C)(2) of the Code, Claimant is entitled to payment of accrued and unpaid rents and charges arising post-petition under with the Debtors as administrative expenses.

**RESERVATION OF RIGHTS**

Claimant does not intend to waive and hereby does not waive any rights it may otherwise assert against the two Debtors with respect to services provided or use provided to these Debtors regarding the leasehold after the Effective Date of any Plan(s) of Debtors. Claimant reserves all of its respective rights to amend and/or supplement its Claims asserted in this Application as the circumstances may require.

**NOTICE**

Claimant is providing notice of this Application to: (i) the United States Trustee; (ii) the Debtors; (iii) the counsel for the Debtors; (iv) and all parties registered to receive notice through the Court's CM/ECF System which includes the United States Trustee and counsel for the Creditor's Committee and counsel for the Debtors and others. Claimant submits that, in light of the nature of the relief requested by this Application, no other or further notice need be given.

**NO PRIOR REQUEST**

No previous request for the relief sought herein has been made to this or any other court.

**CONCLUSION AND PRAYER**

Based on the reasons set forth herein, Claimant respectfully requests that the Court enter the Proposed Order (attached) substantially in the form attached hereto, granting the allowance and directing the payment of Claimant's claim against Brake Parts Inc., LLC in the amount of $662,191.86; and payment of Claimant's claim against Trico Products Corporation of

**$**1,937,460.44, pursuant to §§503(b) and 507(C)(2) of the Code and that the Court grant Claimant such other and further relief, at law or in equity, to which Claimant may show itself to be justly entitled.

**DATED** on this 24th day of August, 2026.

Respectfully submitted,

**GORDON DAVIS JOHNSON SHANE & SNIDER P.C.**
4695 N. Mesa Street, Suite 100
El Paso, Texas 79912
Tel: (915) 545-1133
Fax: (915) 545-4433
Email: mshane@eplawyers.com

By: ***/s/ Michael J. Shane***
Michael J. Shane
State Bar No. 00795645
*Attorneys for Claimant,*
*RIO BRAVO INTERNATIONAL SERVICES, INC.*

## CERTIFICATE OF ACCURACY

I hereby certify that the foregoing statements are true and accurate to the best of my knowledge. This statement is being made pursuant to Bankruptcy Local Rule 9013-1(i).

**CERTIFICATE OF SERVICE**

I certify that on the 24th day of August, 2026 a true and correct copy of the foregoing Application has been served via the Court's Electronic Filing System (CM/ECF) upon all parties requesting notice in this proceeding and that copies were sent to the following parties via Email or regular U.S. Mail.

**Ronald Sommers, Trustee**
1400 Post Oak Blvd., Suite 300
Houston, TX 77056-6656
*Trustee*

**First Brands Group, LLC**
127 Public Square, Suite 5300
Cleveland, OH 44114-1219
*Debtor*

**Clifford W. Carlson**
**Gabriel A. Morgan**
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Emails:clifford.carlson@weil.com;
gabriel.morgan@weil.com
*Attorneys for Debtors*

**WEIL, GOTSHAL & MANGES LLP**
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason H. George
767 Fifth Avenue
New York, New York 10153
Emails: matt.barr@weil.com
sunny.singh@weil.com
andriana.georgallas@weil.com
kevin.bostel@weil.com
jason.george@weil.com
*Attorneys for Debtors*
*and Debtors in Possession*

***/s/ Michael J. Shane***
Michael J. Shane

**Company** RIO BRAVO INTERNATIONAL SERVICES INC
**From Date** 20-AUG-2026
**To Date** 20-AUG-2026
**Customer** **BRAKE PARTS INC LLC**

**Pre-Petition Balance**

| Transaction Num | Transaction Date | GL Date | Document Type | Amount | Currency | Transaction Type | Maturity Date |
|---|---|---|---|---|---|---|---|
| 20371 | 30-APR-2024 | 30-APR-2024 | Invoice | 42,928.98 | USD | 05INV03_STORAGE | 30-MAY-2024 |
| 20372 | 30-APR-2024 | 30-APR-2024 | Invoice | 7,015.50 | USD | 05INV03_STORAGE | 30-MAY-2024 |
| 20886 | 30-JUL-2024 | 30-JUL-2024 | Invoice | 172.25 | USD | 05INV03_SHIPMENTS | 29-AUG-2024 |
| 22017 | 31-JAN-2025 | 31-JAN-2025 | Invoice | 12,441.32 | USD | 05INV03_SHIPMENTS | 02-MAR-2025 |
| 22019 | 31-JAN-2025 | 31-JAN-2025 | Invoice | 3,566.25 | USD | 05INV03_OVERTIME | 02-MAR-2025 |
| 22018 | 31-JAN-2025 | 31-JAN-2025 | Invoice | 478.52 | USD | 05INV03_SHIPMENTS | 02-MAR-2025 |
| 22015 | 31-JAN-2025 | 31-JAN-2025 | Invoice | 1,701.38 | USD | 05INV03_SHIPMENTS | 02-MAR-2025 |
| 22016 | 31-JAN-2025 | 31-JAN-2025 | Invoice | 8,506.88 | USD | 05INV03_SHIPMENTS | 02-MAR-2025 |
| 22021 | 31-JAN-2025 | 31-JAN-2025 | Invoice | 85,127.45 | USD | 05INV03_STORAGE | 02-MAR-2025 |
| 22022 | 31-JAN-2025 | 31-JAN-2025 | Invoice | 180.00 | USD | 05FA03_PALLETS | 02-MAR-2025 |
| 3119 | 31-JAN-2025 | 31-JAN-2025 | Debit Memo | 12,005.77 | USD | 05DN03_PAY MADE CB | 02-MAR-2025 |
| 22020 | 31-JAN-2025 | 31-JAN-2025 | Invoice | 520.00 | USD | 05INV03_OTHER SERV | 02-MAR-2025 |
| 22214 | 28-FEB-2025 | 28-FEB-2025 | Invoice | 11,537.46 | USD | 05INV03_SHIPMENTS | 29-MAY-2025 |
| 22213 | 28-FEB-2025 | 28-FEB-2025 | Invoice | 1,435.54 | USD | 05INV03_SHIPMENTS | 29-MAY-2025 |
| 22217 | 28-FEB-2025 | 28-FEB-2025 | Invoice | 3,375.00 | USD | 05INV03_OVERTIME | 29-MAY-2025 |
| 22218 | 28-FEB-2025 | 28-FEB-2025 | Invoice | 600.00 | USD | 05INV03_OTHER SERV | 29-MAY-2025 |
| 22219 | 28-FEB-2025 | 28-FEB-2025 | Invoice | 23,515.85 | USD | 05INV03_STORAGE | 29-MAY-2025 |
| 3135 | 28-FEB-2025 | 28-FEB-2025 | Debit Memo | 2,192.07 | USD | 05DN03_PAY MADE CB | 29-MAY-2025 |
| 22215 | 28-FEB-2025 | 28-FEB-2025 | Invoice | 10,208.26 | USD | 05INV03_SHIPMENTS | 29-MAY-2025 |
| 22216 | 28-FEB-2025 | 28-FEB-2025 | Invoice | 638.02 | USD | 05INV03_SHIPMENTS | 29-MAY-2025 |
| 22220 | 28-FEB-2025 | 28-FEB-2025 | Invoice | 45.00 | USD | 05FA03_PALLETS | 29-MAY-2025 |
| 22402 | 31-MAR-2025 | 31-MAR-2025 | Invoice | 4,088.45 | USD | 05INV03_STORAGE | 30-APR-2025 |
| 3148 | 31-MAR-2025 | 31-MAR-2025 | Debit Memo | 4,088.45 | USD | 05DN03_PAY MADE CB | 30-APR-2025 |
| 3163 | 30-APR-2025 | 30-APR-2025 | Debit Memo | 8,679.20 | USD | 05DN03_PAY MADE CB | 30-MAY-2025 |
| 3177 | 30-MAY-2025 | 30-MAY-2025 | Debit Memo | 5,395.24 | USD | 05DN03_PAY MADE CB | 29-JUN-2025 |
| 22785 | 30-MAY-2025 | 30-MAY-2025 | Invoice | 945.00 | USD | 05INV03_OVERTIME | 29-JUN-2025 |
| 22784 | 30-MAY-2025 | 30-MAY-2025 | Invoice | 1,488.72 | USD | 05INV03_SHIPMENTS | 29-JUN-2025 |

**EXHIBIT "A"**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 22982 | 30-JUN-2025 | 30-JUN-2025 | Invoice | 1,860.90 | USD | 05INV03_SHIPMENTS | 30-JUL-2025 |
| 22983 | 30-JUN-2025 | 30-JUN-2025 | Invoice | 1,732.50 | USD | 05INV03_OVERTIME | 30-JUL-2025 |
| 22984 | 30-JUN-2025 | 30-JUN-2025 | Invoice | 139,055.90 | USD | 05INV03_STORAGE | 30-JUL-2025 |
| 22981 | 30-JUN-2025 | 30-JUN-2025 | Invoice | 16,428.92 | USD | 05INV03_SHIPMENTS | 30-JUL-2025 |
| 22980 | 30-JUN-2025 | 30-JUN-2025 | Invoice | 4,891.46 | USD | 05INV03_SHIPMENTS | 30-JUL-2025 |
| 3189 | 30-JUN-2025 | 30-JUN-2025 | Debit Memo | 4,503.45 | USD | 05DN03_PAY MADE CB | 30-JUL-2025 |
| 22985 | 30-JUN-2025 | 30-JUN-2025 | Invoice | 45.00 | USD | 05FA03_PALLETS | 30-JUL-2025 |
| 22979 | 30-JUN-2025 | 30-JUN-2025 | Invoice | 7,443.52 | USD | 05INV03_SHIPMENTS | 30-JUL-2025 |
| 3207 | 31-JUL-2025 | 31-JUL-2025 | Debit Memo | 4,166.76 | USD | 05DN03_PAY MADE CB | 30-AUG-2025 |
| 23208 | 31-JUL-2025 | 31-JUL-2025 | Invoice | 4,200.28 | USD | 05INV03_SHIPMENTS | 30-AUG-2025 |
| 23209 | 31-JUL-2025 | 31-JUL-2025 | Invoice | 9,410.74 | USD | 05INV03_SHIPMENTS | 30-AUG-2025 |
| 23210 | 31-JUL-2025 | 31-JUL-2025 | Invoice | 14,887.04 | USD | 05INV03_SHIPMENTS | 30-AUG-2025 |
| 23211 | 31-JUL-2025 | 31-JUL-2025 | Invoice | 2,233.06 | USD | 05INV03_SHIPMENTS | 30-AUG-2025 |
| 23212 | 31-JUL-2025 | 31-JUL-2025 | Invoice | 82,785.80 | USD | 05INV03_STORAGE | 30-AUG-2025 |
| 23213 | 31-JUL-2025 | 31-JUL-2025 | Invoice | 105.00 | USD | 05FA03_PALLETS | 30-AUG-2025 |
| 3209 | 13-AUG-2025 | 13-AUG-2025 | Debit Memo | 16,405.98 | USD | 05DN03_PAY MADE CB | 11-NOV-2025 |
| 23411 | 30-AUG-2025 | 30-AUG-2025 | Invoice | 1,169.70 | USD | 05INV03_SHIPMENTS | 29-SEP-2025 |
| 23414 | 30-AUG-2025 | 30-AUG-2025 | Invoice | 903.86 | USD | 05INV03_SHIPMENTS | 29-SEP-2025 |
| 23417 | 30-AUG-2025 | 30-AUG-2025 | Invoice | 48,872.15 | USD | 05INV03_STORAGE | 29-SEP-2025 |
| 23416 | 30-AUG-2025 | 30-AUG-2025 | Invoice | 90.00 | USD | 05INV03_OTHER SERV | 29-SEP-2025 |
| 23415 | 30-AUG-2025 | 30-AUG-2025 | Invoice | 472.50 | USD | 05INV03_OVERTIME | 29-SEP-2025 |
| 23413 | 30-AUG-2025 | 30-AUG-2025 | Invoice | 13,930.02 | USD | 05INV03_SHIPMENTS | 29-SEP-2025 |
| 23412 | 30-AUG-2025 | 30-AUG-2025 | Invoice | 3,296.42 | USD | 05INV03_SHIPMENTS | 29-SEP-2025 |
| 3227 | 30-AUG-2025 | 30-AUG-2025 | Debit Memo | 16,622.76 | USD | 05DN03_PAY MADE CB | 29-SEP-2025 |
| 23624 | 30-SEP-2025 | 30-SEP-2025 | Invoice | 20,310.18 | USD | 05INV03_SHIPMENTS | 30-OCT-2025 |
| 23627 | 30-SEP-2025 | 30-SEP-2025 | Invoice | 472.50 | USD | 05INV03_OVERTIME | 30-OCT-2025 |
| 23623 | 30-SEP-2025 | 30-SEP-2025 | Invoice | 1,010.20 | USD | 05INV03_SHIPMENTS | 30-OCT-2025 |
| 23628 | 30-SEP-2025 | 30-SEP-2025 | Invoice | 60,629.00 | USD | 05INV03_STORAGE | 30-OCT-2025 |
| 23629 | 30-SEP-2025 | 30-SEP-2025 | Invoice | 2,940.00 | USD | 05FA03_PALLETS | 30-OCT-2025 |
| 23626 | 30-SEP-2025 | 30-SEP-2025 | Invoice | 1,010.20 | USD | 05INV03_SHIPMENTS | 30-OCT-2025 |
| 23625 | 30-SEP-2025 | 30-SEP-2025 | Invoice | 6,114.32 | USD | 05INV03_SHIPMENTS | 30-OCT-2025 |
| 3247 | 30-SEP-2025 | 30-SEP-2025 | Debit Memo | 34,422.76 | USD | 05DN03_PAY MADE CB | 30-OCT-2025 |
| | | | **Total Pre-Petition** | **775,299.44** | | | |
| **Post-petition balance** | | | | | | | |
| 3258 | 31-OCT-2025 | 31-OCT-2025 | Debit Memo | 2,192.07 | USD | 05DN03_PAY MADE CB | 29-JAN-2026 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 23824 | 31-OCT-2025 | 31-OCT-2025 | Invoice | 30.00 | USD | 05FA03_PALLETS | 29-JAN-2026 |
| 23816 | 31-OCT-2025 | 31-OCT-2025 | Invoice | 372.18 | USD | 05INV03_SHIPMENTS | 29-JAN-2026 |
| 23817 | 31-OCT-2025 | 31-OCT-2025 | Invoice | 593.22 | USD | 05INV03_SHIPMENTS | 29-JAN-2026 |
| 23819 | 31-OCT-2025 | 31-OCT-2025 | Invoice | 638.02 | USD | 05INV03_SHIPMENTS | 29-JAN-2026 |
| 23825 | 31-OCT-2025 | 31-OCT-2025 | Invoice | 420.00 | USD | 05INV03_OVERTIME | 29-JAN-2026 |
| 23823 | 31-OCT-2025 | 31-OCT-2025 | Invoice | 15.00 | USD | 05FA03_PALLETS | 29-JAN-2026 |
| 23820 | 31-OCT-2025 | 31-OCT-2025 | Invoice | 123.65 | USD | 05INV03_STORAGE | 29-JAN-2026 |
| 24238 | 29-DEC-2025 | 29-DEC-2025 | Invoice | 45.00 | USD | 05FA03_PALLETS | 28-JAN-2026 |
| 24237 | 29-DEC-2025 | 29-DEC-2025 | Invoice | 15.00 | USD | 05FA03_PALLETS | 28-JAN-2026 |
| 24232 | 29-DEC-2025 | 29-DEC-2025 | Invoice | 195.00 | USD | 05INV03_OTHER SERV | 28-JAN-2026 |
| 24230 | 29-DEC-2025 | 29-DEC-2025 | Invoice | 840.00 | USD | 05INV03_OVERTIME | 28-JAN-2026 |
| 24228 | 29-DEC-2025 | 29-DEC-2025 | Invoice | 3,190.08 | USD | 05INV03_SHIPMENTS | 28-JAN-2026 |
| 24227 | 29-DEC-2025 | 29-DEC-2025 | Invoice | 10,048.76 | USD | 05INV03_SHIPMENTS | 28-JAN-2026 |
| 24226 | 29-DEC-2025 | 29-DEC-2025 | Invoice | 17,811.28 | USD | 05INV03_SHIPMENTS | 28-JAN-2026 |
| 24225 | 29-DEC-2025 | 29-DEC-2025 | Invoice | 797.52 | USD | 05INV03_SHIPMENTS | 28-JAN-2026 |
| 3307 | 30-JAN-2026 | 30-JAN-2026 | Debit Memo | 1,244.00 | USD | 05DN03_PAY MADE CB | 01-MAR-2026 |
| 24423 | 30-JAN-2026 | 30-JAN-2026 | Invoice | 7,042.63 | USD | 05INV03_SHIPMENTS | 01-MAR-2026 |
| 24426 | 30-JAN-2026 | 30-JAN-2026 | Invoice | 15.40 | USD | 05INV03_OTHER SERV | 01-MAR-2026 |
| 24428 | 30-JAN-2026 | 30-JAN-2026 | Invoice | 2,203.40 | USD | 05INV03_STORAGE | 01-MAR-2026 |
| 24433 | 30-JAN-2026 | 30-JAN-2026 | Invoice | 2,053.70 | USD | 05INV03_STORAGE | 30-APR-2026 |
| 24435 | 30-JAN-2026 | 30-JAN-2026 | Invoice | 611,442.50 | USD | 05INV03_STORAGE | 30-APR-2026 |
| 24436 | 30-JAN-2026 | 30-JAN-2026 | Invoice | 863.45 | USD | 05INV03_STORAGE | 30-APR-2026 |
| | | **Total Post-petition balance** | | **662,191.86** | | | |
| | | ***Total Balance as of 8.31.2026*** | | ***1,437,491.30*** | | | |

**Company** RIO BRAVO INTERNATIONAL SERVICES INC
**From Date** 31-AUG-2026
**To Date** 31-AUG-2026
**Customer** **TRICO PRODUCTS CORP**

**Pre-Petition Balance**

| Transaction Num | Transaction Date | GL Date | Document Type | Amount | Currency | Transaction Type | Maturity Date |
|---|---|---|---|---|---|---|---|
| 19717 | 26-DEC-2023 | 31-DEC-2023 | Invoice | 664.95 | USD | FacturaSInicial | 25-JAN-2024 |
| 3 | 31-JAN-2024 | 31-JAN-2024 | Credit Memo | -7,020.32 | USD | 05CM03_OTHER SERV | 31-JAN-2024 |
| 2973 | 28-MAY-2024 | 28-MAY-2024 | Debit Memo | 73.61 | USD | 05DN03_PAY MADE CB | 27-JUN-2024 |
| 2994 | 28-JUN-2024 | 28-JUN-2024 | Debit Memo | 73.61 | USD | 05DN03_PAY MADE CB | 28-JUL-2024 |
| 22758 | 29-MAY-2025 | 29-MAY-2025 | Invoice | 165.00 | USD | 05FA03_PALLETS | 28-JUN-2025 |
| 22765 | 29-MAY-2025 | 29-MAY-2025 | Invoice | 145.00 | USD | 05FA03_RETURNREQUEST | 28-JUN-2025 |
| 22722 | 29-MAY-2025 | 29-MAY-2025 | Invoice | 1,378.13 | USD | 05INV03_OVERTIME | 28-JUN-2025 |
| 22950 | 26-JUN-2025 | 26-JUN-2025 | Invoice | 360.00 | USD | 05FA03_RETURNREQUEST | 26-JUL-2025 |
| 22907 | 26-JUN-2025 | 26-JUN-2025 | Invoice | 1,207.50 | USD | 05INV03_OVERTIME | 26-JUL-2025 |
| 22940 | 26-JUN-2025 | 26-JUN-2025 | Invoice | 120.00 | USD | 05FA03_PALLETS | 26-JUL-2025 |
| 22927 | 26-JUN-2025 | 26-JUN-2025 | Invoice | 74,056.75 | USD | 05INV03_STORAGE | 26-JUL-2025 |
| 22893 | 26-JUN-2025 | 26-JUN-2025 | Invoice | 25,201.68 | USD | 05INV03_SHIPMENTS | 26-JUL-2025 |
| 23092 | 31-JUL-2025 | 31-JUL-2025 | Invoice | 96,669.05 | USD | 05INV03_STORAGE | 30-AUG-2025 |
| 23109 | 31-JUL-2025 | 31-JUL-2025 | Invoice | 80.00 | USD | 05FA03_RETURNREQUEST | 30-AUG-2025 |
| 23101 | 31-JUL-2025 | 31-JUL-2025 | Invoice | 165.00 | USD | 05FA03_PALLETS | 30-AUG-2025 |
| 23072 | 31-JUL-2025 | 31-JUL-2025 | Invoice | 22,436.96 | USD | 05INV03_SHIPMENTS | 30-AUG-2025 |
| 23082 | 31-JUL-2025 | 31-JUL-2025 | Invoice | 3,465.00 | USD | 05INV03_OVERTIME | 30-AUG-2025 |
| 3221 | 29-AUG-2025 | 29-AUG-2025 | Debit Memo | 71.36 | USD | 05DN03_PAY MADE CB | 28-SEP-2025 |
| 23381 | 29-AUG-2025 | 29-AUG-2025 | Invoice | 90.00 | USD | 05FA03_PALLETS | 28-SEP-2025 |
| 23389 | 29-AUG-2025 | 29-AUG-2025 | Invoice | 145.00 | USD | 05FA03_RETURNREQUEST | 28-SEP-2025 |
| 23370 | 29-AUG-2025 | 29-AUG-2025 | Invoice | 80,073.05 | USD | 05INV03_STORAGE | 28-SEP-2025 |
| 23362 | 29-AUG-2025 | 29-AUG-2025 | Invoice | 25.00 | USD | 05INV03_OTHER SERV | 28-SEP-2025 |
| 23355 | 29-AUG-2025 | 29-AUG-2025 | Invoice | 2,073.75 | USD | 05INV03_OVERTIME | 28-SEP-2025 |
| 23344 | 29-AUG-2025 | 29-AUG-2025 | Invoice | 17,545.48 | USD | 05INV03_SHIPMENTS | 28-SEP-2025 |
| 3245 | 30-SEP-2025 | 30-SEP-2025 | Debit Memo | 7.06 | USD | 05DN03_PAY MADE CB | 30-OCT-2025 |
| 23589 | 30-SEP-2025 | 30-SEP-2025 | Invoice | 164,573.40 | USD | 05INV03_STORAGE | 30-OCT-2025 |
| 23595 | 30-SEP-2025 | 30-SEP-2025 | Invoice | 40.00 | USD | 05FA03_RETURNREQUEST | 30-OCT-2025 |

**EXHIBIT "B"**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 23594 | 30-SEP-2025 | 30-SEP-2025 | Invoice | 255.00 | USD | 05FA03_PALLETS | 30-OCT-2025 |
| 23583 | 30-SEP-2025 | 30-SEP-2025 | Invoice | 25.00 | USD | 05INV03_OTHER SERV | 30-OCT-2025 |
| 23576 | 30-SEP-2025 | 30-SEP-2025 | Invoice | 26,158.68 | USD | 05INV03_SHIPMENTS | 30-OCT-2025 |
| 23580 | 30-SEP-2025 | 30-SEP-2025 | Invoice | 2,572.50 | USD | 05INV03_OVERTIME | 30-OCT-2025 |
| | | | **Total Pre-Petition** | **512,897.20** | | | |
| **Post-petition balance** | | | | | | | |
| 24420 | 30-JAN-2026 | 30-JAN-2026 | Invoice | 358.35 | USD | 05INV03_OVERTIME | 01-MAR-2026 |
| 24419 | 30-JAN-2026 | 30-JAN-2026 | Invoice | 15,067.95 | USD | 05INV03_SHIPMENTS | 01-MAR-2026 |
| 24421 | 30-JAN-2026 | 30-JAN-2026 | Invoice | 13,711.15 | USD | 05INV03_STORAGE | 01-MAR-2026 |
| 24422 | 30-JAN-2026 | 30-JAN-2026 | Invoice | 30.00 | USD | 05FA03_PALLETS | 01-MAR-2026 |
| 24629 | 27-FEB-2026 | 27-FEB-2026 | Invoice | 9,008.02 | USD | 05INV03_SHIPMENTS | 29-MAR-2026 |
| 24633 | 27-FEB-2026 | 27-FEB-2026 | Invoice | 15.00 | USD | 05FA03_PALLETS | 29-MAR-2026 |
| 24632 | 27-FEB-2026 | 27-FEB-2026 | Invoice | 57,783.45 | USD | 05INV03_STORAGE | 29-MAR-2026 |
| 24631 | 27-FEB-2026 | 27-FEB-2026 | Invoice | 554.46 | USD | 05INV03_OTHER SERV | 29-MAR-2026 |
| 24630 | 27-FEB-2026 | 27-FEB-2026 | Invoice | 3,735.06 | USD | 05INV03_OVERTIME | 29-MAR-2026 |
| 3328 | 27-FEB-2026 | 27-FEB-2026 | Debit Memo | 73.61 | USD | 05DN03_PAY MADE CB | 29-MAR-2026 |
| 24825 | 31-MAR-2026 | 31-MAR-2026 | Invoice | 2,019.98 | USD | 05INV03_SHIPMENTS | 30-APR-2026 |
| 24826 | 31-MAR-2026 | 31-MAR-2026 | Invoice | 110.26 | USD | 05INV03_OVERTIME | 30-APR-2026 |
| 24827 | 31-MAR-2026 | 31-MAR-2026 | Invoice | 2,835.90 | USD | 05INV03_STORAGE | 30-APR-2026 |
| 24841 | 01-APR-2026 | 01-APR-2026 | Invoice | 1,216,040.10 | USD | 05INV03_STORAGE | 01-MAY-2026 |
| 24840 | 30-APR-2026 | 30-APR-2026 | Invoice | 114,049.50 | USD | 05INV03_STORAGE | 30-MAY-2026 |
| 25031 | 31-MAY-2026 | 31-MAY-2026 | Invoice | 117,851.15 | USD | 05INV03_STORAGE | 30-JUN-2026 |
| 25235 | 30-JUN-2026 | 30-JUN-2026 | Invoice | 114,049.50 | USD | 05INV03_STORAGE | 30-JUL-2026 |
| 25427 | 31-JUL-2026 | 31-JUL-2026 | Invoice | 117,851.15 | USD | 05INV03_STORAGE | 30-AUG-2026 |
| 25633 | 31-AUG-2026 | 31-AUG-2026 | Invoice | 117,851.15 | USD | 05INV03_STORAGE | 30-SEP-2026 |
| | 31-AUG-2026 | 31-AUG-2026 | Invoice | 34,464.70 | USD | LEGAL FEES | 30-SEP-2026 |
| | | | **Total Post-petition balance** | **1,937,460.44** | | | |
| | | | ***Total Balance as of 8.31.2026*** | ***2,450,357.64*** | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-90399 (cml) |
| | § | Chapter 11 |
| FIRST BRANDS GROUP, LLC, et al. | § | |
| | § | (Jointly Administered) |
| Debtor(s) | § | |
| | § | |
| | § | |

**ORDER GRANTING APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES OF RIO BRAVO INTERNATIONAL SERVICES, INC.**

On this day came to be considered the "Application for Allowance and Payment of Administrative Expenses of RIO BRAVO INTERNATIONAL SERVICES, INC. ("Application") filed by RIO BRAVO INTERNATIONAL SERVICES, INC. ("Claimant") and the Court having considered the Application, and having found that sufficient Notice and opportunity to object to the Application has been provided to the creditors and parties in interest under the circumstances, and that any objections to the Application have been withdrawn or overruled,

IT IS THEREFORE ORDERED that the relief requested by the Application is hereby approved and Granted as provided herein; and

IT IS FURTHER ORDERED that RIO BRAVO INTERNATIONAL SERVICES, INC. is hereby awarded the sum of $662,191.86 from Debtor Brake Parts Inc., LLC as an allowed administrative claim pursuant to §§503(a) and 507(a)(1) under Title 11, United States Code; and

IT IS FURTHER ORDERED that RIO BRAVO INTERNATIONAL SERVICES, INC. is hereby awarded the sum of $1,937,460.44 from Debtor Trico Products Corporation as an allowed administrative claim pursuant to §§503(a) and 507(a)(1) under Title 11, United States Code; and

IT IS FURTHER ORDERED that this Order is effective upon entry and the Debtor Brake Parts Inc., LLC is hereby authorized and directed to pay the sum of $662,191.86, to RIO BRAVO INTERNATIONAL SERVICES, INC. on the next business date immediately following the date of entry of this Order on the Docket for this case notwithstanding the provisions of Rule 6004(h) of the Federal Rules of Bankruptcy Procedure; and

IT IS FURTHER ORDERED that this Order is effective upon entry and the Debtor Trico Products Corporation is hereby authorized and directed to pay the sum of $1,937,460.44, to RIO BRAVO INTERNATIONAL SERVICES, INC. on the next business date immediately following the date of entry of this Order on the Docket for this case notwithstanding the provisions of Rule 6004(h) of the Federal Rules of Bankruptcy Procedure; and

IT IS ORDERED that the Court retains jurisdiction over the matters arising from or related to the implementation, interpretation, or enforcement of this order.

Signed: August _______, 2026.

______________________________
Christopher M. Lopez
United States Bankruptcy Judge