Electronic Appearance Sheet

Matt Kaslow, Blank Rome LLP
Client(s): Aequum Capital Financial II LLC

John R. Dodd, Baker & McKenzie LLP
Client(s): Arab Banking Corporation B.S.C.

Jiawei Lin, Baker & McKenzie LLP
Client(s): Arab Banking Corporation B.S.C.

AnnElyse Gains, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group of Lenders

Frasher Murphy, Haynes and Boone, LLP
Client(s): Orbian Corporation and Orbian Financial Services XXVI LLC

Justin Kesselman, ArentFox Schiff LLP
Client(s): Wilmington Savings Fund Society FSB

Mark Sherrill, Chamberlain Hrdlicka
Client(s): Official Committee of Non-Union Retirees

Jayson Ruff, US DOJ
Client(s): US Trustee

Allan Brilliant, Dechert LLp
Client(s): Carnaby II and III Secured Lenders

Michael Duke, Elsberg Baker & Maruri PLLC
Client(s): Evolution

Vianey Garza, Office of the U.S. Trustee
Client(s): U.S. Trustee

Michelle Shriro, Singer & Levick, PC
Client(s): BPP Cannonball Park A, LP

Nicholas Baker, Simpson Thacher & Bartlett
Client(s): Ben Duster as independent director

Erin Jones, Jones Murray LLP
Client(s): Ronald J. Sommers, Chapter 7 Trustee

Jack Raisner, Raisner Roupinian LLP
Client(s): Tapia WARN plaintiffs

James Keefe, Porter Hedges LLP
Client(s): Carnaby Secured Lenders

Electronic Appearance Sheet

Duane Brescia, Clark Hill PLC
Client(s): Zurich American Insurance Company

Alana Porrazzo, Jennings Haug Keleher McLeod Waterfall LLP
Client(s): RLI Insurance Company

Dan McGuire, Winston Taylor LLP
Client(s): Bank of America, as ABL Agent

Emil Kleinhaus, Wachtell Lipton Rosen & Katz
Client(s): LAM Parties

Michael Cassel, Wachtell Lipton Rosen & Katz
Client(s): LAM Parties

Eric Hilmo, Dechert LLP
Client(s): Carnaby Secured Lenders

Sunny Singh, Weil, Gotshal & Manges LLP
Client(s): Debtors

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): Debtors

Matthew Barr, Weil, Gotshal & Manges LLP
Client(s): Debtors

Matthew Kaslow, Blank Rome LLP
Client(s): Aequum Capital Financial II LLC

Erin Dexter, Milbank LLP
Client(s): Silver Point Capital

Douglas Deutsch, Clifford Chance US LLP
Client(s): ING Belgium S.A/N.V.

Lisa Laukitis, Milbank LLP
Client(s): Silver Point Capital

Jason Kestcher, Milbank LLP
Client(s): Silver Point Capital

Scott Saldana, Reid Collins & Tsai LLP
Client(s): Ronald J. Sommers as Ch. 7 SPV Trustee

Matt Barr, Weil Gotshal
Client(s): Debtors

Paul Heath, Vinson & Elkins LLP
Client(s): LAM Parties

Eric Haitz, Bonds Ellis Eppich Schafer Jones LLP
Client(s): AVOCarbon USA

Pauline McTernan, Otterbourg P.C.
Client(s): First-Citizens Bank & Trust Company

Daniel Fiorillo, Otterbourg P.C.
Client(s): First-Citizens Bank & Trust Company

Allan Brilliant, Dechert LLP
Client(s): Carnaby Secured Lenders