United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 24, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-90399 |
| FIRST BRANDS GROUP, LLC, *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

**ORDER DENYING PLAN CONFIRMATION**
**(RE: ECF NO. 3448)**

Confirmation of the Joint Chapter 11 Plan of First Brands Group, LLC and Certain Affiliated Debtors is denied for the reasons stated on the record at the August 24, 2026 hearing.

Signed on August 24, 2026

Christopher Lopez
United States Bankruptcy Judge