UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Case No. 25-90399 |
| FIRST BRANDS GROUP, LLC *et al* | Chapter 11 |
| Debtors. | |

______________________________________/

**ORDER GRANTING THE EMERGENCY MOTION OF RICHARD MERKELZ, JR. TO MODIFY THE AUTOMATIC STAY, AS TO EACH OF THE DEBTORS, SOLELY TO PERMIT NOMINAL PROSECUTION OF ILLINOIS PRODUCT LIABILITY ACTION**

On this day, came on for consideration the Emergency Motion of Richard Merkelz, Jr. to Modify the Automatic Stay, as to Each of the Debtors, Solely to Permit Nominal Prosecution of Illinois Product Liability Action

The Court finds that the motion has merit and should be granted. It is, therefore,

ORDERED that, as to each debtor in these jointly administered cases, including, without limitation, First Brands Group, LLC, Horizon Global Corporation, Horizon Global Company, LLC, Horizon Global Americas, Inc., the stay found in section 362(a) of the Bankruptcy Code is hereby immediately modified to authorize movant to prosecute to judgment against any debtor the Illinois claims and causes of action described in the motion; it is further

ORDERED that the stay remains in place and therefore continues to prohibit any execution of any judgment in favor of movant against any debtor or property of a debtor; and it is further

ORDERED that the 14-day stay found in Bankruptcy Rule 4001(a)(4) is waived.

Signed: September ___, 2026.

______________________________________
UNITED STATES BANKRUPTCY JUDGE