**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**NOTICE OF PAYMENTS TO MARC S. KIRSCHNER,**
**AS EXPERT CONSULTANT AND EXPERT WITNESS**

**PLEASE TAKE NOTICE** that, on August 10, 2026, the Court entered the *Order Authorizing the Retention of Marc S. Kirschner as Expert Consultant and Expert Witness Effective as of June 20, 2026* (Docket No. 3636) (the "**Retention Order**"),[2] pursuant to which the FBG Debtors were authorized to retain and employ Marc S. Kirschner to serve as an expert consultant and expert witness, effective as of June 20, 2026.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 3 of the Retention Order, Mr. Kirschner is not required to file monthly, interim, or final fee applications to receive compensation in accordance with the Fee and Expense Structure; *provided* that the FBG Debtors shall file a notice with the Court reflecting all payments made to Mr. Kirschner upon the conclusion of his Services.

**PLEASE TAKE FURTHER NOTICE** that the FBG Debtors have paid Mr. Kirschner $397,043.91 for his Services in accordance with the Fee and Expense Structure.

---

1 A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

2 Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Retention Order.

Dated: August 26, 2026
Houston, Texas

Respectfully submitted,

*/s/ Clifford W. Carlson*

WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: gabriel.morgan@weil.com
clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason H. George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: matt.barr@weil.com
sunny.singh@weil.com
andriana.georgallas@weil.com
kevin.bostel@weil.com
jason.george@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**Certificate of Service**

I hereby certify that on August 26, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Clifford W. Carlson*
Clifford W. Carlson