**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | **Re: Docket No. 700** |

**NOTICE OF EXCESS FEES FOR KATTEN MUCHIN ROSENMAN LLP**

**PLEASE TAKE NOTICE** that, on November 17, 2025, the Court entered the *Order Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business Effective as of Petition Date* (Docket No. 700) (the "**OCP Order**").[2]

**PLEASE TAKE FURTHER NOTICE** that Katten Muchin Rosenman LLP ("**Katten**") has been retained as a Tier 1 Professional pursuant to the OCP Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 1(vii) of the OCP Order, the fees, excluding costs and reimbursable expenses, of each Tier 1 Professional shall not exceed $350,000 for each month on average over any three-month period on a rolling basis starting from the first full month after the Petition Date (the "**Tier 1 Monthly Cap**") and may not exceed $1,050,000 over a rolling 3-month period starting from the first full month after the Petition Date (the "**Tier 1 3-Month Cap**").

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the OCP Order or the *Order Pursuant to Section 363 of the Bankruptcy Code (I) Approving and Authorizing the Debtors to Enter Into and Perform Under the Consulting Agreement; (II) Authorizing the Sale of Wind Down Assets Free and Clear of All Liens, Claims, and Encumbrances; and (III) Granting Related Relief* (Docket No. 2454) (the "**Wind Down Order**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 1(x) of the OCP Order, to the extent an Ordinary Course Professional seeks compensation in excess of its applicable 3-Month Cap (the "**Excess Fees**"), the Ordinary Course Professional must file with the Court a notice of fees in excess of the applicable cap (the "**Notice of Excess Fees**") and an invoice setting forth, in reasonable detail, the nature of the services rendered and disbursements actually incurred. The Reviewing Parties and other parties in interest shall then have 14 days to file an objection to the Notice of Excess Fees with the Court. If after 14 days no objection is filed, the Excess Fees will be deemed approved, and the Ordinary Course Professional may be paid 100% of its fees and 100% of its expenses without the need to file a fee application.

**PLEASE TAKE FURTHER NOTICE** that, the fees and expenses accrued by Katten during the months ending June 30, 2026 and July 31, 2026 (collectively, the "**Excess Fee Period**") totaled $1,266,346.34 and $606,323.90, respectively. During the Excess Fee Period, Katten efficiently and effectively represented the Debtors related to their wind down pursuant to the Wind Down Order, including the following, among other things:

- negotiating side letters with landlords regarding access and use during the Wind Down;
- issuing Wind Down Sale Notices and communicating regularly with Wind Down Sale Notice Parties regarding ongoing sales;
- negotiating, documenting, and facilitating closing three intellectual property sales;
- negotiating, documenting, and closing various sales of inventory, machinery and equipment, and real estate sales, including the sales of the Debtors' Dalton and Jasper business lines;
- preparing sale orders, notices, and related Bankruptcy Court filings related to the Wind Down;
- negotiating, documenting, and closing the sale of the Debtors' equity in certain Non-Debtor Subsidiaries;
- communicating regularly with potential buyers and buyers regarding various sales;

- preparing for and attending Bankruptcy Court hearings related to the Wind Down;
- analyzing legal issues regarding various matters relevant to the Wind Down; and
- communicating regularly with Hilco and the Debtors' other professionals regarding the foregoing.

In accordance with the procedures set forth above, invoices setting forth, in reasonable detail, the nature of the services rendered and disbursements actually incurred by Katten for the Excess Fee Period are annexed hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, if no objection to this Notice of Excess Fees is received prior to September 10, 2026, Katten's Excess Fees shall be deemed approved and Katten may be paid 100% of its fees and 100% of its expenses for the Excess Fee Period without the need to file a formal fee application.

Dated: August 27, 2026
Houston, Texas

*/s/ Clifford W. Carlson*
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: gabriel.morgan@weil.com
clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Matt.Barr@weil.com
Sunny.Singh@weil.com
Andriana.Georgallas@weil.com
Kevin.Bostel@weil.com
Jason.George@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**Certificate of Service**

I hereby certify that on August 27, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Clifford W. Carlson*
Clifford W. Carlson