**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**NOTICE OF FILING OF REVISED CONVERSION ORDER**

**PLEASE TAKE NOTICE THAT**:

1. In September 2025, First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), each commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**").

2. In an oral ruling on August 24, 2026, the Court denied confirmation of the FBG Debtors' Proposed Plan,[2] ordered that each of the Debtors' Chapter 11 Cases be converted to cases under chapter 7 of the Bankruptcy Code, and directed the Debtors to file a proposed order effectuating such relief no later than August 26, 2026 at 5:00 p.m. (prevailing Central Time).

3. On August 26, 2026, the Debtors filed the *Proposed Conversion Order* (Docket No. 3722-1) (the "**Conversion Order**").

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FirstBrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Proposed Conversion Order.

4. The Debtors hereby file a revised version of the *Proposed Conversion Order* (the "**Revised Conversion Order**"). A changed-pages only redline of the Revised Conversion Order against the Conversion Order is attached hereto as **Exhibit 2**.

5. The U.S. Trustee, the DIP Secured Parties, the ABL Secured Parties, Benjamin Duster, in his capacity as independent manager of Viceroy Private Capital, LLC, and the Creditors' Committee each agree to the form of Revised Conversion Order. The Revised Conversion Order also reflects some comments and input from the Objecting Parties, although the Objecting Parties have not signed off on the form of Revised Conversion Order as of the filing of this notice.

Dated: August 28, 2026
Houston, Texas

/s/ *Clifford W. Carlson*

WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: gabriel.morgan@weil.com
clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason H. George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: matt.barr@weil.com
sunny.singh@weil.com
andriana.georgallas@weil.com
kevin.bostel@weil.com
jason.george@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**Certificate of Service**

I hereby certify that on August 28, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Clifford W. Carlson*
Clifford W. Carlson