**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| FIRST BRANDS GROUP, *et al.*, | : | Case No. 25-90399 (CML) |
| Debtors.[1] | : | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING**

**PLEASE TAKE NOTICE** that upon conferring with counsel for certain proposed interim Chapter 7 Trustees and based on the filing of the proposed *Order (I) Converting Chapter 11 Cases to Cases under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief* (ECF No. 3729-1), Movants XL Specialty Insurance Company, Endurance American Insurance Company, Markel American Insurance Company, Berkley Insurance Company, Arch Insurance Company, Federal Insurance Company, Twin City Fire Insurance Company, Everest National Insurance Company, and Old Republic Insurance Company hereby agree to adjourn the **September 8, 2026** hearing on their *Motion for Entry of an Order (I) Clarifying that the May 29, 2026 Order (ECF No. 2845) Modifies the Automatic Stay to Authorize Payments by the Excess ABC Insurers, or Alternatively (II) Authorizing, and, to the Extent Necessary, Modifying the Automatic Stay to*

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

*Allow the Excess ABC Insurers to Make Payments, Including the Advancement of Defense Costs, of Insured Persons* (ECF No. 3669) to a future date. Movants will file an amended notice of hearing when they have selected a new hearing date after conferring with the interested parties.

Dated: August 31, 2026

By: s/ *Justin S. Levy*
**WERNER AHARI MANGEL LLP**
Justin S. Levy
Tex. Bar No. 24078852
S.D. Tex. No. 1673395
4514 Cole Ave, Suite 600
Dallas, TX 75205
Telephone: 202-599-1131
Email: jlevy@wam.law

*Attorney for XL Specialty Insurance Company and Federal Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2026, I served a true and correct copy of the above and foregoing instrument via the Court's CM/EDF electronic system to all parties consenting to service through the same, and on all parties required by Local Rule 4001-1(a)(4).

s/ *Justin S. Levy*