UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| | | | |
|---|---|---|---|
| Division | Houston | Main Case Number | 25-90399 |
| Debtor | | In Re: | First Brands Group, LLC, et al. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Brian M. Rothschild<br>Parsons Behle & Latimer<br>201 South Main Street, Suite 1800<br>Salt Lake City, UT 84111<br>(801) 532-1234; BRothschild@parsonsbehle.com;<br>ecf@parsonsbehle.com<br>CA: 25273; UT: 15316; ID: 9462 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | WD Electronics, LLC |

Has applicant been sanctioned by any bar association or court? Yes ________ No ✔

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 9/1/2026 | Signed: Brian M. Rothschild |

| | |
|---|---|
| The state bar reports that the applicant's status is: in Good Standing | |
| Dated: | Clerk's signature: |

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: ____________________________

____________________________
United States Bankruptcy Judge