**Information to identify the case:**

Debtor: First Brands Group, LLC (Name) — EIN: 46−2872032

United States Bankruptcy Court: Southern District of Texas

Date case filed in chapter: 11 — 9/28/25

Case number: 25−90399

Date case converted to chapter: 7 — 9/1/26

# Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | First Brands Group, LLC | |
| **2. All other names used in the last 8 years** | fka Crowne Automotive Aftermarket, LLC, fka Trico Group, LLC | |
| **3. Address** | 127 Public Square<br>Suite 5300<br>Cleveland, OH 44114 | |
| **4. Debtor's attorney**<br>Name and address | Clifford William Carlson<br>Weil Gotshal and Manges<br>700 Louisiana Street<br>Suite 3700<br>Houston, TX 77002 | Contact phone 713−546−5248<br>Email: clifford.carlson@weil.com |
| **5. Bankruptcy trustee**<br>Name and address | Eva S Engelhart<br>Ross Banks May Cron and Cavin PC<br>7700 San Felipe<br>Suite 550<br>Houston, TX 77063 | Contact phone 713−626−1200<br>Email: eengelhart@rossbanks.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208 | Hours open:<br>8:00 am − 5:00 pm Monday through Friday<br>Contact phone (713) 250−5500<br>Date: 9/1/26 |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **October 5, 2026 at 09:00 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 592 357 0404, and Passcode 4064005911, OR call 1 346 489 6901**<br>For additional meeting information go to *www.justice.gov/ust/moc.* |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |