# <u>Exhibit A</u>

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**ORDER ALLOWING INTERIM**
**COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES OF DUCERA PARTNERS LLC, INVESTMENT**
**BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FROM JANUARY 1, 2026 THROUGH MARCH 31, 2026**

The Court has considered the *Second Interim Fee Application of Ducera Partners LLC for Compensation for Services and Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the Period from January 1, 2026 through March 31, 2026* (the "Application"),[2] filed by Ducera Partners LLC ("Applicant"), as investment banker to the Official Committee of Unsecured Creditors of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"). The Court orders:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $528,736.36 for the period set forth in the Application.

2. The compensation and reimbursement of expenses allowed in this Order are approved on an interim basis.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

3. The Debtors are authorized to disburse to Applicant any unpaid amounts allowed pursuant to this Order.

Dated: ________________, 2026
Houston, Texas

______________________________________
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE