# Exhibit B

## Scherer Declaration

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**DECLARATION OF JOSHUA SCHERER IN SUPPORT OF SECOND INTERIM FEE APPLICATION OF DUCERA PARTNERS LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 1, 2026 THROUGH MARCH 31, 2026**

I, Joshua Scherer, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a Partner at Ducera Partners LLC (together with its affiliates including, where appropriate, Ducera Securities LLC, collectively, "Ducera") located at 11 Times Square, 36th Floor, New York, New York 10036, and am duly authorized to submit this declaration (this "Declaration") on behalf of Ducera.

2. This declaration is submitted in support of the *Second Interim Fee Application of Ducera Partners LLC for Compensation for Services and Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the Period from January 1, 2026 through March 31, 2026* (the "Application").[2] To the best of my knowledge, information, and belief, formed after reasonable inquiry, the statements contained in the

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Application are true and correct. I have reviewed the Application and hereby certify that the Application complies with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, the Local Rules, the Court Procedures, and Interim Compensation Order.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed on September 2, 2026

**DUCERA PARTNERS LLC**

*/s/ Joshua Scherer*
Joshua Scherer
Partner