# Exhibit C

## Summary of Hours Billed by Ducera

| HOURS BY PROFESSIONAL<br>January 1, 2026, through March 31, 2026 | |
|---|---|
| **TASK** | **HOURS** |
| Mike Genereux | 78.0 |
| Jon Cremeans | 127.5 |
| Andrew Siegelin | 169.5 |
| Jayden Bell | 174.0 |
| **Total** | **549.0** |

# Exhibit D

## Itemization of Services Rendered by Project Category

| DETAILS BY CATEGORY<br>January 1, 2026, through March 31, 2026 | |
|---|---|
| **TASK** | **HOURS** |
| Preparation of Materials / Analyses & Diligence | 359.0 |
| Correspondence with UCC | 62.0 |
| Correspondence with Third Parties | 107.5 |
| UCC Advisor Working Sessions | 20.5 |
| **Total** | **549.0** |

# Exhibit E

## Summary of Hours Billed by Ducera Professional

| January 1, 2026 – January 31, 2026 | | | | |
|---|---|---|---|---|
| **Date** | **Employee Name** | **Hours** | **Category** | **Description** |
| 1/4/26 | Jon Cremeans | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/4/26 | Andrew Siegelin | 1.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/5/26 | Jon Cremeans | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/5/26 | Jayden Bell | 1.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/6/26 | Mike Genereux | 1.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/6/26 | Mike Genereux | 1.0 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 1/6/26 | Jon Cremeans | 2.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/6/26 | Jon Cremeans | 1.5 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 1/6/26 | Andrew Siegelin | 2.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/6/26 | Andrew Siegelin | 3.0 | Preparation of Materials / Analyses & Diligence | Precedent transactions workstream |
| 1/6/26 | Andrew Siegelin | 0.5 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 1/6/26 | Andrew Siegelin | 1.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/6/26 | Jayden Bell | 1.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/6/26 | Jayden Bell | 3.0 | Preparation of Materials / Analyses & Diligence | Precedent transactions workstream |
| 1/6/26 | Jayden Bell | 0.5 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 1/7/26 | Mike Genereux | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/7/26 | Jon Cremeans | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/7/26 | Andrew Siegelin | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/7/26 | Andrew Siegelin | 2.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/7/26 | Jayden Bell | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/8/26 | Mike Genereux | 0.5 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 1/8/26 | Jon Cremeans | 0.5 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 1/8/26 | Andrew Siegelin | 0.5 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 1/8/26 | Jayden Bell | 0.5 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 1/9/26 | Mike Genereux | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/9/26 | Jon Cremeans | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/9/26 | Andrew Siegelin | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/9/26 | Andrew Siegelin | 2.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/9/26 | Jayden Bell | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/11/26 | Jayden Bell | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/12/26 | Mike Genereux | 1.0 | Correspondence with UCC | Meeting with UCC |
| 1/12/26 | Mike Genereux | 0.5 | Preparation of Materials / Analyses & Diligence | Valuation Analysis |
| 1/12/26 | Jon Cremeans | 1.0 | Correspondence with UCC | Meeting with UCC |
| 1/12/26 | Jon Cremeans | 1.5 | Preparation of Materials / Analyses & Diligence | Valuation Analysis |
| 1/12/26 | Jon Cremeans | 3.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/12/26 | Andrew Siegelin | 1.0 | Correspondence with UCC | Meeting with UCC |
| 1/12/26 | Andrew Siegelin | 1.0 | Preparation of Materials / Analyses & Diligence | Valuation Analysis |
| 1/12/26 | Jayden Bell | 0.5 | Correspondence with UCC | Meeting with UCC |
| 1/12/26 | Jayden Bell | 1.5 | Preparation of Materials / Analyses & Diligence | Valuation Analysis |
| 1/13/26 | Mike Genereux | 2.0 | Preparation of Materials / Analyses & Diligence | Valuation Analysis |
| 1/13/26 | Jon Cremeans | 1.5 | Preparation of Materials / Analyses & Diligence | Valuation Analysis |
| 1/13/26 | Andrew Siegelin | 1.5 | Preparation of Materials / Analyses & Diligence | Valuation Analysis |
| 1/13/26 | Jayden Bell | 1.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/13/26 | Jayden Bell | 4.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/13/26 | Jayden Bell | 3.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/14/26 | Mike Genereux | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |

| | | | | |
|---|---|---|---|---|
| 1/14/26 | Mike Genereux | 1.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/14/26 | Jon Cremeans | 1.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/14/26 | Andrew Siegelin | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/14/26 | Jayden Bell | 0.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/14/26 | Jayden Bell | 1.5 | Preparation of Materials / Analyses & Diligence | Valuation Analysis |
| 1/15/26 | Mike Genereux | 1.0 | Preparation of Materials / Analyses & Diligence | Valuation Analysis |
| 1/15/26 | Jon Cremeans | 2.0 | Preparation of Materials / Analyses & Diligence | Valuation Analysis |
| 1/15/26 | Jon Cremeans | 2.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/15/26 | Andrew Siegelin | 2.0 | Preparation of Materials / Analyses & Diligence | Valuation Analysis |
| 1/15/26 | Jayden Bell | 3.5 | Preparation of Materials / Analyses & Diligence | Valuation Analysis |
| 1/15/26 | Jayden Bell | 4.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/16/26 | Mike Genereux | 0.5 | Preparation of Materials / Analyses & Diligence | Valuation Analysis |
| 1/16/26 | Jon Cremeans | 2.5 | Preparation of Materials / Analyses & Diligence | Valuation Analysis |
| 1/16/26 | Jon Cremeans | 3.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/16/26 | Jon Cremeans | 2.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/16/26 | Andrew Siegelin | 2.0 | Preparation of Materials / Analyses & Diligence | Valuation Analysis |
| 1/16/26 | Jayden Bell | 3.0 | Preparation of Materials / Analyses & Diligence | Valuation Analysis |
| 1/16/26 | Jayden Bell | 2.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/16/26 | Jayden Bell | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/17/26 | Jayden Bell | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/18/26 | Jayden Bell | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/19/26 | Mike Genereux | 2.0 | Correspondence with UCC | Meeting with UCC |
| 1/19/26 | Jon Cremeans | 1.0 | Correspondence with UCC | Meeting with UCC |
| 1/19/26 | Jon Cremeans | 2.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/19/26 | Andrew Siegelin | 1.0 | Correspondence with UCC | Meeting with UCC |
| 1/19/26 | Jayden Bell | 0.5 | Correspondence with UCC | Meeting with UCC |
| 1/19/26 | Jayden Bell | 2.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/19/26 | Jayden Bell | 4.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/20/26 | Mike Genereux | 4.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/20/26 | Jon Cremeans | 4.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/20/26 | Andrew Siegelin | 4.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/20/26 | Jayden Bell | 4.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/20/26 | Jayden Bell | 4.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/21/26 | Mike Genereux | 2.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/21/26 | Mike Genereux | 1.0 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 1/21/26 | Jon Cremeans | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/21/26 | Jon Cremeans | 1.0 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 1/21/26 | Andrew Siegelin | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/21/26 | Andrew Siegelin | 1.0 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 1/21/26 | Andrew Siegelin | 2.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/21/26 | Jayden Bell | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/21/26 | Jayden Bell | 1.0 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 1/22/26 | Andrew Siegelin | 1.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/22/26 | Jayden Bell | 1.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/22/26 | Jayden Bell | 2.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/23/26 | Mike Genereux | 1.0 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 1/23/26 | Mike Genereux | 0.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/23/26 | Mike Genereux | 0.5 | Correspondence with UCC | Meeting with UCC |
| 1/23/26 | Jon Cremeans | 0.5 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 1/23/26 | Jon Cremeans | 1.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/23/26 | Jon Cremeans | 0.5 | Correspondence with UCC | Meeting with UCC |
| 1/23/26 | Jon Cremeans | 1.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/23/26 | Andrew Siegelin | 0.5 | UCC Advisor Working Sessions | UCC Professionals Meeting |

| | | | | |
|---|---|---|---|---|
| 1/23/26 | Andrew Siegelin | 0.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/23/26 | Andrew Siegelin | 0.5 | Correspondence with UCC | Meeting with UCC |
| 1/23/26 | Andrew Siegelin | 2.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/23/26 | Jayden Bell | 0.5 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 1/23/26 | Jayden Bell | 0.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/23/26 | Jayden Bell | 0.5 | Correspondence with UCC | Meeting with UCC |
| 1/23/26 | Jayden Bell | 3.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/25/26 | Jayden Bell | 1.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/26/26 | Mike Genereux | 2.0 | Correspondence with UCC | Meeting with UCC |
| 1/26/26 | Jon Cremeans | 1.0 | Correspondence with UCC | Meeting with UCC |
| 1/26/26 | Jon Cremeans | 2.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/26/26 | Andrew Siegelin | 1.0 | Correspondence with UCC | Meeting with UCC |
| 1/26/26 | Jayden Bell | 0.5 | Correspondence with UCC | Meeting with UCC |
| 1/27/26 | Andrew Siegelin | 3.0 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 1/27/26 | Andrew Siegelin | 1.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/27/26 | Jayden Bell | 1.5 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 1/28/26 | Mike Genereux | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/28/26 | Jon Cremeans | 1.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/28/26 | Andrew Siegelin | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/28/26 | Andrew Siegelin | 2.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/28/26 | Jayden Bell | 0.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/29/26 | Andrew Siegelin | 2.0 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 1/29/26 | Andrew Siegelin | 2.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/29/26 | Jayden Bell | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 1/30/26 | Mike Genereux | 0.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/30/26 | Mike Genereux | 1.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/30/26 | Jon Cremeans | 0.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/30/26 | Jon Cremeans | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/30/26 | Andrew Siegelin | 0.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/30/26 | Andrew Siegelin | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/30/26 | Jayden Bell | 0.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/30/26 | Jayden Bell | 0.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 1/31/26 | Jayden Bell | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| **Total** | | **190.5** | | |

## February 1, 2026 – February 28, 2026

| Date | Employee Name | Hours | Category | Description |
|---|---|---|---|---|
| 2/1/26 | Jayden Bell | 1.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/2/26 | Mike Genereux | 1.5 | Correspondence with UCC | Meeting with UCC |
| 2/2/26 | Mike Genereux | 0.5 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 2/2/26 | Jon Cremeans | 1.5 | Correspondence with UCC | Meeting with UCC |
| 2/2/26 | Andrew Siegelin | 1.0 | Correspondence with UCC | Meeting with UCC |
| 2/2/26 | Andrew Siegelin | 3.0 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 2/2/26 | Jayden Bell | 0.5 | Correspondence with UCC | Meeting with UCC |
| 2/2/26 | Jayden Bell | 3.0 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 2/3/26 | Mike Genereux | 2.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/3/26 | Jon Cremeans | 2.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/3/26 | Andrew Siegelin | 2.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/3/26 | Andrew Siegelin | 1.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/3/26 | Jayden Bell | 2.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/4/26 | Mike Genereux | 2.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/4/26 | Mike Genereux | 2.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/4/26 | Jon Cremeans | 2.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/4/26 | Jon Cremeans | 2.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |

| | | | | |
|---|---|---|---|---|
| 2/4/26 | Jon Cremeans | 3.0 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 2/4/26 | Andrew Siegelin | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/4/26 | Andrew Siegelin | 2.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/4/26 | Andrew Siegelin | 3.0 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 2/4/26 | Jayden Bell | 0.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/4/26 | Jayden Bell | 2.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/4/26 | Jayden Bell | 2.5 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 2/5/26 | Mike Genereux | 0.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/5/26 | Mike Genereux | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/5/26 | Mike Genereux | 1.5 | Preparation of Materials / Analyses & Diligence | Mediation Waterfall Analysis |
| 2/5/26 | Jon Cremeans | 0.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/5/26 | Jon Cremeans | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/5/26 | Andrew Siegelin | 0.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/5/26 | Andrew Siegelin | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/5/26 | Andrew Siegelin | 3.0 | Preparation of Materials / Analyses & Diligence | Mediation Waterfall Analysis |
| 2/5/26 | Jayden Bell | 0.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/5/26 | Jayden Bell | 0.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/5/26 | Jayden Bell | 1.5 | Preparation of Materials / Analyses & Diligence | Mediation Waterfall Analysis |
| 2/5/26 | Jayden Bell | 4.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/5/26 | Jayden Bell | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/6/26 | Mike Genereux | 1.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/6/26 | Mike Genereux | 1.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/6/26 | Mike Genereux | 2.0 | Preparation of Materials / Analyses & Diligence | Mediation Waterfall Analysis |
| 2/6/26 | Jon Cremeans | 1.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/6/26 | Jon Cremeans | 2.0 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 2/6/26 | Jon Cremeans | 3.0 | Preparation of Materials / Analyses & Diligence | Mediation Waterfall Analysis |
| 2/6/26 | Andrew Siegelin | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/6/26 | Andrew Siegelin | 3.0 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 2/6/26 | Andrew Siegelin | 3.0 | Preparation of Materials / Analyses & Diligence | Mediation Waterfall Analysis |
| 2/6/26 | Jayden Bell | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/6/26 | Jayden Bell | 3.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/6/26 | Jayden Bell | 1.5 | Preparation of Materials / Analyses & Diligence | Mediation Waterfall Analysis |
| 2/7/26 | Mike Genereux | 0.5 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 2/7/26 | Jon Cremeans | 0.5 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 2/7/26 | Andrew Siegelin | 0.5 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 2/7/26 | Jayden Bell | 0.5 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 2/8/26 | Mike Genereux | 0.5 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 2/8/26 | Jon Cremeans | 0.5 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 2/8/26 | Andrew Siegelin | 0.5 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 2/8/26 | Jayden Bell | 0.5 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 2/9/26 | Mike Genereux | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/9/26 | Mike Genereux | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/9/26 | Mike Genereux | 1.0 | Correspondence with UCC | Meeting with UCC |
| 2/9/26 | Mike Genereux | 1.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/9/26 | Mike Genereux | 0.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/9/26 | Mike Genereux | 1.5 | Preparation of Materials / Analyses & Diligence | Mediation Waterfall Analysis |
| 2/9/26 | Jon Cremeans | 1.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/9/26 | Jon Cremeans | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/9/26 | Jon Cremeans | 1.0 | Correspondence with UCC | Meeting with UCC |
| 2/9/26 | Jon Cremeans | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/9/26 | Jon Cremeans | 0.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/9/26 | Jon Cremeans | 1.0 | Preparation of Materials / Analyses & Diligence | Mediation Waterfall Analysis |
| 2/9/26 | Andrew Siegelin | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |

| | | | | |
|---|---|---|---|---|
| 2/9/26 | Andrew Siegelin | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/9/26 | Andrew Siegelin | 1.0 | Correspondence with UCC | Meeting with UCC |
| 2/9/26 | Andrew Siegelin | 0.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/9/26 | Andrew Siegelin | 0.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/9/26 | Jayden Bell | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/9/26 | Jayden Bell | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/9/26 | Jayden Bell | 1.0 | Correspondence with UCC | Meeting with UCC |
| 2/9/26 | Jayden Bell | 0.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/9/26 | Jayden Bell | 0.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/9/26 | Jayden Bell | 2.0 | Preparation of Materials / Analyses & Diligence | Mediation Waterfall Analysis |
| 2/10/26 | Mike Genereux | 0.5 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 2/10/26 | Mike Genereux | 1.0 | Correspondence with UCC | Meeting with Committee member |
| 2/10/26 | Mike Genereux | 1.0 | Correspondence with UCC | Meeting with UCC |
| 2/10/26 | Mike Genereux | 0.5 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 2/10/26 | Mike Genereux | 0.5 | Correspondence with UCC | Meeting with UCC |
| 2/10/26 | Mike Genereux | 2.0 | Preparation of Materials / Analyses & Diligence | Mediation Waterfall Analysis |
| 2/10/26 | Jon Cremeans | 0.5 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 2/10/26 | Jon Cremeans | 0.5 | Correspondence with UCC | Meeting with Committee member |
| 2/10/26 | Jon Cremeans | 1.0 | Correspondence with UCC | Meeting with UCC |
| 2/10/26 | Jon Cremeans | 1.0 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 2/10/26 | Jon Cremeans | 0.5 | Correspondence with UCC | Meeting with UCC |
| 2/10/26 | Andrew Siegelin | 0.5 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 2/10/26 | Andrew Siegelin | 0.5 | Correspondence with UCC | Meeting with Committee member |
| 2/10/26 | Andrew Siegelin | 1.0 | Correspondence with UCC | Meeting with UCC |
| 2/10/26 | Andrew Siegelin | 0.5 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 2/10/26 | Andrew Siegelin | 0.5 | Correspondence with UCC | Meeting with UCC |
| 2/10/26 | Andrew Siegelin | 1.5 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 2/10/26 | Andrew Siegelin | 3.0 | Preparation of Materials / Analyses & Diligence | Mediation Waterfall Analysis |
| 2/10/26 | Jayden Bell | 0.5 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 2/10/26 | Jayden Bell | 0.5 | Correspondence with UCC | Meeting with Committee member |
| 2/10/26 | Jayden Bell | 0.5 | Correspondence with UCC | Meeting with UCC |
| 2/10/26 | Jayden Bell | 0.5 | UCC Advisor Working Sessions | UCC Professionals Meeting |
| 2/10/26 | Jayden Bell | 0.5 | Correspondence with UCC | Meeting with UCC |
| 2/10/26 | Jayden Bell | 4.0 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 2/10/26 | Jayden Bell | 2.0 | Preparation of Materials / Analyses & Diligence | Mediation Waterfall Analysis |
| 2/11/26 | Mike Genereux | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/11/26 | Jon Cremeans | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/11/26 | Andrew Siegelin | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/11/26 | Andrew Siegelin | 3.0 | Preparation of Materials / Analyses & Diligence | DIP Economics Analysis |
| 2/11/26 | Jayden Bell | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/11/26 | Jayden Bell | 2.0 | Preparation of Materials / Analyses & Diligence | DIP Economics Analysis |
| 2/12/26 | Mike Genereux | 1.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/12/26 | Mike Genereux | 1.0 | Preparation of Materials / Analyses & Diligence | DIP Economics Analysis |
| 2/12/26 | Jon Cremeans | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/12/26 | Jon Cremeans | 3.0 | Preparation of Materials / Analyses & Diligence | DIP Economics Analysis |
| 2/12/26 | Jon Cremeans | 1.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/12/26 | Andrew Siegelin | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/12/26 | Andrew Siegelin | 2.5 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 2/12/26 | Andrew Siegelin | 2.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/12/26 | Jayden Bell | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/12/26 | Jayden Bell | 1.5 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 2/12/26 | Jayden Bell | 3.0 | Preparation of Materials / Analyses & Diligence | DIP Economics Analysis |
| 2/12/26 | Jayden Bell | 2.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |

| | | | | |
|---|---|---|---|---|
| 2/13/26 | Jon Cremeans | 2.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/13/26 | Jon Cremeans | 2.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/13/26 | Andrew Siegelin | 1.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/13/26 | Andrew Siegelin | 1.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/13/26 | Jayden Bell | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/14/26 | Jayden Bell | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/15/26 | Jayden Bell | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/16/26 | Mike Genereux | 1.5 | Correspondence with UCC | Meeting with UCC |
| 2/16/26 | Mike Genereux | 0.5 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 2/16/26 | Mike Genereux | 0.5 | Preparation of Materials / Analyses & Diligence | Advisor Fees Analysis |
| 2/16/26 | Jon Cremeans | 1.0 | Correspondence with UCC | Meeting with UCC |
| 2/16/26 | Jon Cremeans | 4.0 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 2/16/26 | Andrew Siegelin | 1.0 | Correspondence with UCC | Meeting with UCC |
| 2/16/26 | Andrew Siegelin | 3.0 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 2/16/26 | Andrew Siegelin | 3.5 | Preparation of Materials / Analyses & Diligence | Advisor Fees Analysis |
| 2/16/26 | Jayden Bell | 0.5 | Correspondence with UCC | Meeting with UCC |
| 2/16/26 | Jayden Bell | 3.0 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 2/16/26 | Jayden Bell | 2.5 | Preparation of Materials / Analyses & Diligence | Advisor Fees Analysis |
| 2/16/26 | Jayden Bell | 2.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/17/26 | Mike Genereux | 0.5 | Preparation of Materials / Analyses & Diligence | Advisor Fees Analysis |
| 2/17/26 | Jon Cremeans | 1.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/17/26 | Andrew Siegelin | 1.0 | Preparation of Materials / Analyses & Diligence | Advisor Fees Analysis |
| 2/17/26 | Andrew Siegelin | 2.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/17/26 | Jayden Bell | 2.0 | Preparation of Materials / Analyses & Diligence | Advisor Fees Analysis |
| 2/17/26 | Jayden Bell | 2.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/17/26 | Jayden Bell | 2.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/17/26 | Jayden Bell | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/18/26 | Mike Genereux | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/18/26 | Mike Genereux | 2.0 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 2/18/26 | Jon Cremeans | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/18/26 | Jon Cremeans | 1.5 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 2/18/26 | Andrew Siegelin | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/18/26 | Jayden Bell | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/18/26 | Jayden Bell | 2.5 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 2/19/26 | Jon Cremeans | 1.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/19/26 | Jon Cremeans | 2.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/19/26 | Andrew Siegelin | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/19/26 | Andrew Siegelin | 2.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/19/26 | Andrew Siegelin | 1.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/19/26 | Jayden Bell | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/20/26 | Andrew Siegelin | 2.5 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 2/20/26 | Andrew Siegelin | 1.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/20/26 | Andrew Siegelin | 2.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/20/26 | Jayden Bell | 4.0 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 2/23/26 | Mike Genereux | 1.0 | Correspondence with UCC | Meeting with UCC |
| 2/23/26 | Jon Cremeans | 1.0 | Correspondence with UCC | Meeting with UCC |
| 2/23/26 | Andrew Siegelin | 1.0 | Correspondence with UCC | Meeting with UCC |
| 2/23/26 | Andrew Siegelin | 2.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/23/26 | Jayden Bell | 1.0 | Correspondence with UCC | Meeting with UCC |
| 2/24/26 | Jon Cremeans | 2.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/24/26 | Andrew Siegelin | 3.0 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 2/24/26 | Andrew Siegelin | 1.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/24/26 | Andrew Siegelin | 1.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |

| | | | | |
|---|---|---|---|---|
| 2/24/26 | Andrew Siegelin | 3.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/24/26 | Jayden Bell | 1.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/24/26 | Jayden Bell | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/25/26 | Mike Genereux | 1.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/25/26 | Jon Cremeans | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/25/26 | Andrew Siegelin | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/25/26 | Jayden Bell | 0.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 2/26/26 | Mike Genereux | 1.0 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 2/26/26 | Jon Cremeans | 1.5 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 2/26/26 | Andrew Siegelin | 2.0 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 2/26/26 | Jayden Bell | 2.0 | Preparation of Materials / Analyses & Diligence | IOI Analysis and Summarization |
| 2/27/26 | Andrew Siegelin | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 2/27/26 | Andrew Siegelin | 2.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| **Total** | | **266.0** | | |

| March 1, 2026 – March 31, 2026 | | | | |
|---|---|---|---|---|
| **Date** | **Employee Name** | **Hours** | **Category** | **Description** |
| 3/2/26 | Mike Genereux | 1.0 | Correspondence with UCC | Meeting with UCC |
| 3/2/26 | Jon Cremeans | 2.0 | Correspondence with UCC | Meeting with UCC |
| 3/2/26 | Jon Cremeans | 3.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/2/26 | Andrew Siegelin | 1.0 | Correspondence with UCC | Meeting with UCC |
| 3/2/26 | Jayden Bell | 1.0 | Correspondence with UCC | Meeting with UCC |
| 3/2/26 | Jayden Bell | 3.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/3/26 | Andrew Siegelin | 1.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/3/26 | Jayden Bell | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/4/26 | Mike Genereux | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 3/4/26 | Mike Genereux | 1.5 | Correspondence with UCC | Meeting with UCC |
| 3/4/26 | Jon Cremeans | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 3/4/26 | Jon Cremeans | 2.0 | Correspondence with UCC | Meeting with UCC |
| 3/4/26 | Andrew Siegelin | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 3/4/26 | Andrew Siegelin | 1.0 | Correspondence with UCC | Meeting with UCC |
| 3/4/26 | Jayden Bell | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 3/4/26 | Jayden Bell | 0.5 | Correspondence with UCC | Meeting with UCC |
| 3/5/26 | Jayden Bell | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/6/26 | Andrew Siegelin | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/6/26 | Jayden Bell | 1.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/7/26 | Andrew Siegelin | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/7/26 | Jayden Bell | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/8/26 | Jayden Bell | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/9/26 | Mike Genereux | 1.0 | Correspondence with UCC | Meeting with UCC |
| 3/9/26 | Jon Cremeans | 1.0 | Correspondence with UCC | Meeting with UCC |
| 3/9/26 | Jon Cremeans | 2.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/9/26 | Jon Cremeans | 1.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/9/26 | Andrew Siegelin | 1.0 | Correspondence with UCC | Meeting with UCC |
| 3/9/26 | Jayden Bell | 1.0 | Correspondence with UCC | Meeting with UCC |
| 3/10/26 | Jon Cremeans | 2.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/10/26 | Andrew Siegelin | 1.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/10/26 | Jayden Bell | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/11/26 | Mike Genereux | 1.5 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 3/11/26 | Jon Cremeans | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 3/11/26 | Andrew Siegelin | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 3/11/26 | Jayden Bell | 1.0 | Correspondence with 3rd Parties / Other Professionals / Company | Meeting with Debtor advisors |
| 3/12/26 | Jon Cremeans | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |

| | | | | |
|---|---|---|---|---|
| 3/13/26 | Andrew Siegelin | 2.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/13/26 | Andrew Siegelin | 1.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/13/26 | Jayden Bell | 1.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/13/26 | Jayden Bell | 3.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/14/26 | Andrew Siegelin | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/15/26 | Jayden Bell | 1.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/16/26 | Mike Genereux | 1.0 | Correspondence with UCC | Meeting with UCC |
| 3/16/26 | Jon Cremeans | 1.0 | Correspondence with UCC | Meeting with UCC |
| 3/16/26 | Jon Cremeans | 1.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/16/26 | Andrew Siegelin | 1.0 | Correspondence with UCC | Meeting with UCC |
| 3/16/26 | Andrew Siegelin | 1.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/16/26 | Andrew Siegelin | 1.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/16/26 | Jayden Bell | 1.0 | Correspondence with UCC | Meeting with UCC |
| 3/17/26 | Jon Cremeans | 2.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/17/26 | Andrew Siegelin | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/17/26 | Andrew Siegelin | 3.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/17/26 | Jayden Bell | 2.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/18/26 | Jon Cremeans | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/18/26 | Jayden Bell | 2.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/19/26 | Andrew Siegelin | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/19/26 | Andrew Siegelin | 2.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/19/26 | Andrew Siegelin | 3.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/19/26 | Jayden Bell | 3.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/20/26 | Jon Cremeans | 1.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/20/26 | Andrew Siegelin | 0.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/20/26 | Andrew Siegelin | 3.0 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/20/26 | Jayden Bell | 3.5 | Preparation of Materials / Analyses & Diligence | Internal strategy/materials discussion |
| 3/23/26 | Mike Genereux | 1.0 | Correspondence with UCC | Meeting with UCC |
| 3/23/26 | Jon Cremeans | 2.0 | Correspondence with UCC | Meeting with UCC |
| 3/23/26 | Andrew Siegelin | 1.0 | Correspondence with UCC | Meeting with UCC |
| 3/23/26 | Jayden Bell | 1.0 | Correspondence with UCC | Meeting with UCC |
| **Total** | | **92.5** | | |

# Exhibit F

## Summary of Expenses Incurred by Ducera

| DETAILS BY CATEGORY<br>January 1, 2026 – March 31, 2026 | |
|---|---|
| **Expense Category** | **Amount** |
| Meals | $3,106.43 |
| Ground Transportation | $629.93 |
| **Total** | **$3,736.36** |

# Exhibit G

## Itemization of Expenses Incurred by Ducera

| Deal | Report Date | Transaction # | Category | Amount | Transaction Date | Employee Name |
|---|---|---|---|---|---|---|
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 23.24 | 1/4/26 | Andrew Siegelin |
| First Brands | 1/31/2026 | SL-12640-83 | Meals | 35.47 | 1/5/26 | Jayden Bell |
| First Brands | 1/31/2026 | SL-12640-83 | Meals | 36.52 | 1/6/26 | Jayden Bell |
| First Brands | 2/6/2026 | F119D9D75D78418B8EC5 | Meals | 18.07 | 1/6/26 | Jon Cremeans |
| First Brands | 2/6/2026 | F119D9D75D78418B8EC5 | Meals | 26.06 | 1/6/26 | Jon Cremeans |
| First Brands | 2/6/2026 | F119D9D75D78418B8EC5 | Ground Transportation | 76.63 | 1/6/26 | Jon Cremeans |
| First Brands | 2/6/2026 | F119D9D75D78418B8EC5 | Meals | 42.50 | 1/6/26 | Jon Cremeans |
| First Brands | 1/31/2026 | SL-12640-83 | Meals | 36.52 | 1/7/26 | Jayden Bell |
| First Brands | 1/31/2026 | SL-12640-83 | Meals | 1.28 | 1/9/26 | Jayden Bell |
| First Brands | 2/6/2026 | F119D9D75D78418B8EC5 | Ground Transportation | 45.98 | 1/9/26 | Jon Cremeans |
| First Brands | 2/6/2026 | F119D9D75D78418B8EC5 | Meals | 39.27 | 1/9/26 | Jon Cremeans |
| First Brands | 1/31/2026 | SL-12640-83 | Meals | 36.52 | 1/12/26 | Jayden Bell |
| First Brands | 1/31/2026 | SL-12640-83 | Meals | 36.52 | 1/13/26 | Jayden Bell |
| First Brands | 2/6/2026 | F119D9D75D78418B8EC5 | Ground Transportation | 80.00 | 1/13/26 | Jon Cremeans |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 29.91 | 1/13/26 | Andrew Siegelin |
| First Brands | 1/31/2026 | SL-12640-83 | Meals | 36.52 | 1/14/26 | Jayden Bell |
| First Brands | 2/6/2026 | F119D9D75D78418B8EC5 | Ground Transportation | 66.99 | 1/14/26 | Jon Cremeans |
| First Brands | 2/6/2026 | F119D9D75D78418B8EC5 | Ground Transportation | 87.93 | 1/14/26 | Jon Cremeans |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 25.68 | 1/14/26 | Andrew Siegelin |
| First Brands | 1/31/2026 | SL-12640-83 | Meals | 36.52 | 1/15/26 | Jayden Bell |
| First Brands | 2/6/2026 | F119D9D75D78418B8EC5 | Ground Transportation | 41.98 | 1/15/26 | Jon Cremeans |
| First Brands | 2/6/2026 | F119D9D75D78418B8EC5 | Ground Transportation | 19.02 | 1/15/26 | Jon Cremeans |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 30.57 | 1/15/26 | Andrew Siegelin |
| First Brands | 1/31/2026 | SL-12640-83 | Meals | 0.23 | 1/16/26 | Jayden Bell |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 25.54 | 1/16/26 | Andrew Siegelin |
| First Brands | 1/31/2026 | SL-12640-83 | Meals | 36.52 | 1/19/26 | Jayden Bell |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 44.83 | 1/19/26 | Andrew Siegelin |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 28.15 | 1/19/26 | Andrew Siegelin |
| First Brands | 1/31/2026 | SL-12640-83 | Meals | 36.52 | 1/20/26 | Jayden Bell |
| First Brands | 2/6/2026 | F119D9D75D78418B8EC5 | Ground Transportation | 50.99 | 1/20/26 | Jon Cremeans |
| First Brands | 1/31/2026 | SL-12640-83 | Meals | 36.52 | 1/21/26 | Jayden Bell |
| First Brands | 1/31/2026 | SL-12640-83 | Meals | 36.75 | 1/22/26 | Jayden Bell |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 29.91 | 1/22/26 | Andrew Siegelin |
| First Brands | 1/31/2026 | SL-12640-83 | Meals | 0.23 | 1/23/26 | Jayden Bell |
| First Brands | 1/31/2026 | SL-12640-83 | Meals | 35.67 | 1/25/26 | Jayden Bell |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 46.14 | 1/26/26 | Andrew Siegelin |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 31.55 | 1/26/26 | Andrew Siegelin |
| First Brands | 1/31/2026 | SL-12640-83 | Meals | 35.97 | 1/27/26 | Jayden Bell |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 20.33 | 1/27/26 | Andrew Siegelin |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 31.55 | 1/27/26 | Andrew Siegelin |
| First Brands | 2/6/2026 | F119D9D75D78418B8EC5 | Ground Transportation | 92.44 | 1/28/26 | Jon Cremeans |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 31.55 | 1/28/26 | Andrew Siegelin |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 26.07 | 1/28/26 | Andrew Siegelin |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 31.55 | 1/29/26 | Andrew Siegelin |
| First Brands | 1/31/2026 | SL-12640-83 | Meals | 36.61 | 1/30/26 | Jayden Bell |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 27.33 | 1/30/26 | Andrew Siegelin |
| First Brands | 2/28/2026 | SL-12640-84 | Meals | 36.61 | 2/1/26 | Jayden Bell |
| First Brands | 2/28/2026 | SL-12640-84 | Meals | 36.68 | 2/2/26 | Jayden Bell |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 44.90 | 2/2/26 | Andrew Siegelin |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 46.14 | 2/2/26 | Andrew Siegelin |
| First Brands | 3/5/2026 | 90F4A06BC05B4FEDBD96 | Meals | 18.29 | 2/2/26 | Jon Cremeans |
| First Brands | 2/28/2026 | SL-12640-84 | Meals | 36.63 | 2/3/26 | Jayden Bell |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 26.07 | 2/3/26 | Andrew Siegelin |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 39.42 | 2/3/26 | Andrew Siegelin |
| First Brands | 2/28/2026 | SL-12640-84 | Meals | 36.08 | 2/4/26 | Jayden Bell |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 23.38 | 2/4/26 | Andrew Siegelin |
| First Brands | 3/5/2026 | 90F4A06BC05B4FEDBD96 | Meals | 38.73 | 2/4/26 | Jon Cremeans |
| First Brands | 2/28/2026 | SL-12640-84 | Meals | 36.08 | 2/5/26 | Jayden Bell |
| First Brands | 2/28/2026 | SL-12640-84 | Meals | 33.80 | 2/6/26 | Jayden Bell |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 33.87 | 2/6/26 | Andrew Siegelin |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 51.32 | 2/6/26 | Andrew Siegelin |
| First Brands | 2/28/2026 | SL-12640-84 | Meals | 36.08 | 2/9/26 | Jayden Bell |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 31.55 | 2/9/26 | Andrew Siegelin |

| Deal | Report Date | Transaction # | Category | Amount | Transaction Date | Employee Name |
|---|---|---|---|---|---|---|
| First Brands | 2/28/2026 | SL-12640-84 | Meals | 31.88 | 2/10/26 | Jayden Bell |
| First Brands | 3/5/2026 | 90F4A06BC05B4FEDBD96 | Meals | 18.29 | 2/10/26 | Jon Cremeans |
| First Brands | 3/5/2026 | 90F4A06BC05B4FEDBD96 | Meals | 21.66 | 2/10/26 | Jon Cremeans |
| First Brands | 2/28/2026 | SL-12640-84 | Meals | 35.89 | 2/11/26 | Jayden Bell |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 26.07 | 2/11/26 | Andrew Siegelin |
| First Brands | 2/28/2026 | SL-12640-84 | Meals | 36.08 | 2/12/26 | Jayden Bell |
| First Brands | 4/29/2026 | 01D3EE4BB98945FF89C2 | Ground Transportation | 35.00 | 2/12/26 | Mike Genereux |
| First Brands | 4/29/2026 | 01D3EE4BB98945FF89C2 | Ground Transportation | 1.00 | 2/12/26 | Mike Genereux |
| First Brands | 2/28/2026 | SL-12640-84 | Meals | 36.08 | 2/17/26 | Jayden Bell |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 31.55 | 2/17/26 | Andrew Siegelin |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 23.54 | 2/17/26 | Andrew Siegelin |
| First Brands | 3/5/2026 | 90F4A06BC05B4FEDBD96 | Meals | 18.29 | 2/17/26 | Jon Cremeans |
| First Brands | 2/28/2026 | SL-12640-84 | Meals | 36.63 | 2/18/26 | Jayden Bell |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 26.07 | 2/19/26 | Andrew Siegelin |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 28.97 | 2/19/26 | Andrew Siegelin |
| First Brands | 3/5/2026 | 90F4A06BC05B4FEDBD96 | Meals | 14.10 | 2/19/26 | Jon Cremeans |
| First Brands | 2/28/2026 | SL-12640-84 | Meals | 36.19 | 2/20/26 | Jayden Bell |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 59.23 | 2/20/26 | Andrew Siegelin |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 45.35 | 2/23/26 | Andrew Siegelin |
| First Brands | 2/28/2026 | SL-12640-84 | Meals | 36.60 | 2/24/26 | Jayden Bell |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 42.30 | 2/24/26 | Andrew Siegelin |
| First Brands | 3/2/2026 | 2F869B7A17BB4FB887D0 | Meals | 42.30 | 2/25/26 | Andrew Siegelin |
| First Brands | 3/5/2026 | 90F4A06BC05B4FEDBD96 | Meals | 21.66 | 2/25/26 | Jon Cremeans |
| First Brands | 2/28/2026 | SL-12640-84 | Meals | 36.60 | 2/26/26 | Jayden Bell |
| First Brands | 3/31/2026 | BA3CBFE90CDF457F969E | Meals | 47.94 | 2/27/26 | Andrew Siegelin |
| First Brands | 3/31/2026 | BA3CBFE90CDF457F969E | Meals | 29.80 | 3/2/26 | Andrew Siegelin |
| First Brands | 3/31/2026 | BA3CBFE90CDF457F969E | Meals | 35.97 | 3/2/26 | Andrew Siegelin |
| First Brands | 3/31/2026 | SL-12640-85 | Meals | 36.60 | 3/2/26 | Jayden Bell |
| First Brands | 4/13/2026 | F951BE7AF01D448E9118 | Ground Transportation | 31.97 | 3/2/26 | Jon Cremeans |
| First Brands | 3/31/2026 | BA3CBFE90CDF457F969E | Meals | 28.97 | 3/3/26 | Andrew Siegelin |
| First Brands | 3/31/2026 | BA3CBFE90CDF457F969E | Meals | 24.51 | 3/4/26 | Andrew Siegelin |
| First Brands | 3/31/2026 | BA3CBFE90CDF457F969E | Meals | 28.97 | 3/4/26 | Andrew Siegelin |
| First Brands | 3/31/2026 | SL-12640-85 | Meals | 36.73 | 3/4/26 | Jayden Bell |
| First Brands | 3/31/2026 | SL-12640-85 | Meals | 36.31 | 3/6/26 | Jayden Bell |
| First Brands | 3/31/2026 | BA3CBFE90CDF457F969E | Meals | 28.97 | 3/9/26 | Andrew Siegelin |
| First Brands | 3/31/2026 | BA3CBFE90CDF457F969E | Meals | 44.83 | 3/9/26 | Andrew Siegelin |
| First Brands | 3/31/2026 | SL-12640-85 | Meals | 36.52 | 3/9/26 | Jayden Bell |
| First Brands | 3/31/2026 | BA3CBFE90CDF457F969E | Meals | 28.97 | 3/10/26 | Andrew Siegelin |
| First Brands | 3/31/2026 | SL-12640-85 | Meals | 36.60 | 3/11/26 | Jayden Bell |
| First Brands | 3/31/2026 | SL-12640-85 | Meals | 36.05 | 3/13/26 | Jayden Bell |
| First Brands | 3/31/2026 | SL-12640-85 | Meals | 36.73 | 3/15/26 | Jayden Bell |
| First Brands | 3/31/2026 | BA3CBFE90CDF457F969E | Meals | 25.35 | 3/16/26 | Andrew Siegelin |
| First Brands | 3/31/2026 | BA3CBFE90CDF457F969E | Meals | 30.02 | 3/17/26 | Andrew Siegelin |
| First Brands | 3/31/2026 | BA3CBFE90CDF457F969E | Meals | 28.97 | 3/19/26 | Andrew Siegelin |
| First Brands | 3/31/2026 | BA3CBFE90CDF457F969E | Meals | 35.97 | 3/20/26 | Andrew Siegelin |
| **Total Expenses** | | | | **$ 3,736.36** | | |