UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| | | | |
|---|---|---|---|
| Division | Houston | Main Case Number | 25-90399 |
| Debtor | In Re: First Brands Group, LLC | | |

This lawyer, who is admitted to the State Bar of Illinois:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Sanjiv Sarma<br>Smith, Gambrell & Russell, LLP<br>155 N Wacker Dr Ste 3000<br>Chicago, Illinois 60606<br>(312) 360-6032<br>IL ARDC# 6346261 |

Seeks to appear as the attorney for this party:

| | |
|---|---|
| Laboratorio Elettrofisico USA, Inc. | |
| Dated: 9/3/2026 | Signed: /s/ Sanjiv Sarma |

| | |
|---|---|
| COURT USE ONLY: The applicant's state bar reports their status as: ______________________. | |
| Dated: | Signed: ______________________<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: ______________________

______________________
United States Bankruptcy Judge