**Hopkins Manufacturing Corporation**

# Pro Forma Invoice - For Customs Use Only

Tax Identity

Purchase Order Number
PO01291

Customer Number
46996659

Order Number
H2212093

Our Reference
Ana Vaz

Your Reference
TEAM

Order Date
9/25/25

Delivery Address
WD ELECTRONICS
9442 S 670 W
SANDY UT 84070
US - UNITED STATES

Invoice Address
WD ELECTRONICS
9442 S 670 W
SANDY UT 84070
US - UNITED STATES

Ship Via
BEST WAY

Terms of Delivery
FOB FACTORY PREPAID

Forward Agent

Delivery Terms Location

Label Note

Wanted Delivery Date
10/1/25

Terms of Payment
30 Days Net

| Pos | Part No<br>Description | Sales Quantity<br>Price Quantity | Unit<br>Unit | Price<br>Tax % | Disc. % | Net Amount<br>USD |
|---|---|---|---|---|---|---|
| 1 | **48895B**<br>**TAILLIGHT CONVERTER (74") BULK 20PK** | 18,500<br>18,500 | PC<br>PC | 11.74<br>0% | 0.00% | 217,190.00 |

Our Part No: 48895B TAILLIGHT CONVERTER (74") BULK 20PK

| | |
|---|---|
| **Sub Total Amount** | **217,190.00** |
| **Total Exclusive Tax** | **217,190.00** |
| **Tax** | **0.00** |
| **Invoice Amount to Pay** | **217,190.00** |

Visit Address | Invoice Address | Phone | Fax | Bank Giro | Postal Giro | Tax Number

4/23/2026 9:10 AM
Analyzed
XXXXXX2565

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

WD ELECTRONICS

**WD Electronics**
8750 S Sandy Pkwy STE C
Sandy, UT 84070

Bank of Utah
97-10/1243

800341

11/11/2025

PAY TO THE ORDER OF Hopkins Manufacturing $**108,595.00

One hundred eight thousand five hundred ninety-five and 00/100*********************************************************** DOLLARS

Hopkins Manufacturing
PO Box 959692
ST. Louis, MO 63195-9692

MEMO
46996659

Authorized Signature

Security Features Included. Details on back.

⑈800341⑈ ⑆124300107⑆ 3130 2565⑈

Security Features: Results of check alteration:

PAYEE ENDORSEMENT GUARANTEED
HOPKINS MANUFACTURING
XXXXXXXX65
959692

CHECK HERE IF MOBILE DEPOSIT

20251115
US BANK NA ST PAUL MN
>091000022<

Padlock design is a certification mark of Check Payment Systems Association.

**Amount:** $-108,595.00
**Statement Description:** Check
**Check Number:** 800341
**Posted Date:** 11/18/2025
**Type:** Debit
**Status:** Posted