## AJ Somers

**From:** Hopkins Customer Service <CustomerService@hopkinsmfg.com>
**Sent:** Thursday, September 25, 2025 9:05 AM
**To:** cchen@wdelectronics.com
**Cc:** brenda.ruiz@firstbrandsgroup.com
**Subject:** Re: [Request ID: ##216320##] : Re: [Request ID: ##216320##] : Re: [Request ID: ##216320##] : RFQ

Thank you for your order, our internal reference number is H2212093.

Please note that at this moment we only have 167 cs- 3340 pcs available. The rest will be on backorder with a tentative ETA of 11/7

Best regards,

**Ana Montserrat Vaz** | Customer Service Representative
Hopkins Manufacturing Corporation
Office: 800-524-1458

HOPKINS
WHAT DRIVES US, DRIVES YOUR GROWTH

*********

*** EXTERNAL EMAIL *** DO NOT CLICK LINKS ***

Thank you, here is the PDF for PO01291.

---

**From:** Hopkins Customer Service <CustomerService@hopkinsmfg.com>
**Sent:** Wednesday, September 24, 2025 7:17 AM
**To:** Chris Chen <cchen@wdelectronics.com>
**Cc:** brenda.ruiz@firstbrandsgroup.com <brenda.ruiz@firstbrandsgroup.com>
**Subject:** Re: [Request ID: ##216320##] : Re: [Request ID: ##216320##] : RFQ

Good morning, Chris,

Hope you're doing well

I apologize for my delay response

I´ve reach to the correct department and they advised that the tentative date is 11/7

***Please note that this is a tentative date and it's subject to changes***

Best regards,

**Ana Montserrat Vaz** | Customer Service Representative
Hopkins Manufacturing Corporation
Office: 800-524-1458

HOPKINS

WHAT DRIVES US, DRIVES YOUR GROWTH

*********

*** EXTERNAL EMAIL *** DO NOT CLICK LINKS ***

I am following up on the lead-time for 18500 pcs of the 48895B

---

**From:** Sales Support <Sales.Support@hopkinsmfg.com>
**Sent:** Monday, September 22, 2025 9:17 AM
**To:** Chris Chen <cchen@wdelectronics.com>; Customer Service <Customer.Service@hopkinsmfg.com>
**Cc:** Brenda Ruiz <brenda.ruiz@firstbrandsgroup.com>
**Subject:** RE: [Request ID: ##216320##] : RFQ

@Customer Service what is lead time see below

Julie Scott

Sales Support Assistant

Hopkins Manufacturing Corporation

428 Peyton Street

Emporia, KS 66801

P: 620-340-8488

F:800-444-6779

Email: Julie.Scott@hopkinsmfg.com

**WHAT DRIVES US, DRIVES YOUR GROWTH**

---

**From:** Chris Chen <cchen@wdelectronics.com>
**Sent:** Monday, September 22, 2025 10:09 AM
**To:** Sales Support <Sales.Support@hopkinsmfg.com>; Customer Service <Customer.Service@hopkinsmfg.com>
**Cc:** Denise Slaymaker <Denise.Slaymaker@hopkinsmfg.com>
**Subject:** Re: [Request ID: ##216320##] : RFQ

*** EXTERNAL EMAIL *** DO NOT CLICK LINKS ***

Whats the lead-time for QTY 18500?

---

**From:** Sales Support <Sales.Support@hopkinsmfg.com>
**Sent:** Monday, September 22, 2025 8:53 AM
**To:** Chris Chen <cchen@wdelectronics.com>; Sales Support <Sales.Support@hopkinsmfg.com>; Customer Service <Customer.Service@hopkinsmfg.com>
**Cc:** Denise Slaymaker <Denise.Slaymaker@hopkinsmfg.com>
**Subject:** RE: [Request ID: ##216320##] : RFQ

That is your price break.

Julie Scott

Sales Support Assistant

Hopkins Manufacturing Corporation

428 Peyton Street

Emporia, KS 66801

P: 620-340-8488

F:800-444-6779

Email: Julie.Scott@hopkinsmfg.com

**WHAT DRIVES US, DRIVES YOUR GROWTH**

---

**From:** Chris Chen <cchen@wdelectronics.com>
**Sent:** Monday, September 22, 2025 9:26 AM
**To:** Sales Support <Sales.Support@hopkinsmfg.com>; Customer Service <Customer.Service@hopkinsmfg.com>
**Cc:** Denise Slaymaker <Denise.Slaymaker@hopkinsmfg.com>
**Subject:** Re: [Request ID: ##216320##] : RFQ

*** EXTERNAL EMAIL *** DO NOT CLICK LINKS ***

Are there no price breaks for larger quantities?

---

**From:** Sales Support <Sales.Support@hopkinsmfg.com>
**Sent:** Monday, September 22, 2025 7:08 AM
**To:** Customer Service <Customer.Service@hopkinsmfg.com>; Chris Chen <cchen@wdelectronics.com>; Sales Support <Sales.Support@hopkinsmfg.com>
**Cc:** Denise Slaymaker <Denise.Slaymaker@hopkinsmfg.com>
**Subject:** RE: [Request ID: ##216320##] : RFQ

48895B 11.74 each 20PC/case

Julie Scott

Sales Support Assistant

Hopkins Manufacturing Corporation

428 Peyton Street

Emporia, KS 66801

P: 620-340-8488

F:800-444-6779

Email: Julie.Scott@hopkinsmfg.com

WHAT DRIVES US, DRIVES YOUR GROWTH

---

**From:** Customer Service <Customer.Service@hopkinsmfg.com>
**Sent:** Monday, September 22, 2025 8:01 AM
**To:** cchen@wdelectronics.com; Sales Support <Sales.Support@hopkinsmfg.com>
**Cc:** Denise Slaymaker <Denise.Slaymaker@hopkinsmfg.com>
**Subject:** Re: [Request ID: ##216320##] : RFQ

Good morning,

Hope you're doing well

I see on system that at this moment we have 167 cs- 3340 pcs of item 48895B

I'm looping in my sales team, so they can provide you with pricing

Sales, please see below

Thanks in advance for your assistance

Best regards,

**Ana Montserrat Vaz** | Customer Service Representative

Hopkins Manufacturing Corporation

Office: 800-524-1458

HOPKINS

**WHAT DRIVES US, DRIVES YOUR GROWTH**

*********

*** EXTERNAL EMAIL *** DO NOT CLICK LINKS ***

Hi,

We are looking for QTY of 20,000 of 48895B trailer brake controller, can you please provide me with a quote and lead-time?

**Chris Chen**
Sr. Buyer
cchen@wdelectronics.com

WDElectronics.com

385.250.9360

**AJ Somers**

**From:** Ana Vaz <Ana.Vaz@hopkinsmfg.com>
**Sent:** Friday, October 3, 2025 3:09 PM
**To:** Chris Chen; Jessica Danford
**Cc:** Brenda Ruiz; Diana Vertiz
**Subject:** RE: Shipping info order H2188603

Good afternoon, Chris!

For that matter I have looped in Jessica from accounting

Jessica, please see below

Thanks in advance!

Have a great weekend!

Best regards,

**Ana Montserrat Vaz** | Customer Service Representative
Hopkins Manufacturing Corporation
Office: 800-524-1458

HOPKINS
WHAT DRIVES US, DRIVES YOUR GROWTH

---

**From:** Chris Chen <cchen@wdelectronics.com>
**Sent:** Friday, October 3, 2025 1:12 PM
**To:** Ana Vaz <Ana.Vaz@hopkinsmfg.com>
**Cc:** Brenda Ruiz <Brenda.Ruiz@hopkinsmfg.com>; Diana Vertiz <Diana.Vertiz@hopkinsmfg.com>
**Subject:** Re: Shipping info order H2188603

*** EXTERNAL EMAIL *** DO NOT CLICK LINKS ***

Okay, thank you. Are you able to help us find out what our net term limits are?

---

**From:** Ana Vaz <Ana.Vaz@hopkinsmfg.com>
**Sent:** Friday, October 3, 2025 12:51 PM
**To:** Chris Chen <cchen@wdelectronics.com>
**Cc:** Brenda Ruiz <Brenda.Ruiz@hopkinsmfg.com>; Diana Vertiz <Diana.Vertiz@hopkinsmfg.com>
**Subject:** Shipping info order H2188603

Hi Chris!

Hope youre doing well

We just received confirmation from our shipping team that 167 CS of item 48895B will be shipping today!

I'll send over the shipping details as soon as they are available in the system.

At the moment, we do not have an ETA for the next availability of this product, but we've already reached out to our inventory team and will share any updates as soon as we receive them.

Wishing you a great weekend!

Best regards,

**Ana Montserrat Vaz** | Customer Service Representative
Hopkins Manufacturing Corporation
Office: 800-524-1458

HOPKINS

**WHAT DRIVES US, DRIVES YOUR GROWTH**

**AJ Somers**

| | |
|---|---|
| **From:** | Hopkins Customer Service <CustomerService@hopkinsmfg.com> |
| **Sent:** | Monday, April 6, 2026 10:09 AM |
| **To:** | cchen@wdelectronics.com |
| **Subject:** | Re: [Request ID: ##379749##] : Re: Hopkins Customer Service [Request ID :##309822##] Re: [Request ID: ##265176##] : RE: [Request ID: ##252141##] : RE: WD Electronics Net Term Limit |

**External Sender** - From: (Hopkins Customer Service <CustomerService@hopkinsmfg.com>)
This message came from outside your organization.

Learn More

Good day

Due to ongoing negotiations related to the court process, shipments from our DCs are temporarily paused.

Please be assured that we are actively working with the relevant parties to resume shipping as quickly as possible. Our intention is to reestablish shipments and restart order processing at the earliest opportunity so we can continue providing you with the service you expect.

We truly value your business and sincerely apologize for any inconvenience this may cause. If you have any questions or need further clarification, please reach out to your First Brands sales representative.

Thank you for your understanding and continued partnership.

Sincerely,

**Ana Montserrat Vaz** | Customer Service Representative
Hopkins Manufacturing Corporation
Office: 800-524-1458

HOPKINS

WHAT DRIVES US, DRIVES YOUR GROWTH

*********

*** EXTERNAL EMAIL *** DO NOT CLICK LINKS ***

I am chasing the update on the order H2212093. Please provide update on when the PO can be fulfilled

---

**From:** Chris Chen <cchen@wdelectronics.com>
**Sent:** Wednesday, February 25, 2026 4:19 PM
**To:** Hopkins Customer Service <CustomerService@hopkinsmfg.com>
**Subject:** Re: Hopkins Customer Service [Request ID :##309822##] Re: [Request ID: ##265176##] : RE: [Request ID: ##252141##] : RE: WD Electronics Net Term Limit

Hi Hopkins,

It's been over a month now. Do you have any updates on the open PO for the trailer brake controller?

---

**From:** Hopkins Customer Service <CustomerService@hopkinsmfg.com>
**Sent:** Friday, January 23, 2026 11:42 PM
**To:** Chris Chen <cchen@wdelectronics.com>
**Subject:** Hopkins Customer Service [Request ID :##309822##] Re: [Request ID: ##265176##] : RE: [Request ID: ##252141##] : RE: WD Electronics Net Term Limit

Dear Chris Chen,

Thank you for contacting Hopkins.

We have received your email and have assigned it to request ID 309822. A member of our team will be in touch as soon as possible. While our response time is generally within the same day, it might take us until the following business day to get back to you. Please be sure to reference your request ID 309822 regarding any other communication related to your initial request.

If you need immediate assistance during normal business hours, don't hesitate to give us a call!

If you are submitting a purchase order, please note that they are typically processed the same day if received by 2pm ET/1pm CT, but please allow 1 and no more than 2 business days for confirmation.

Regards,
Hopkins

************************************************

Re: [Request ID: ##265176##] : RE: [Request ID: ##252141##] : RE: WD Electronics Net Term Limit

*** EXTERNAL EMAIL *** DO NOT CLICK LINKS ***

Do we have any updated delivery date for the order?

---

**From:** Hopkins Customer Service <CustomerService@hopkinsmfg.com>
**Sent:** Tuesday, December 2, 2025 8:53 AM
**To:** jessica.danford@hopkinsmfg.com <jessica.danford@hopkinsmfg.com>

**Cc:** Chris Chen <cchen@wdelectronics.com>
**Subject:** Re: [Request ID: ##265176##] : RE: [Request ID: ##252141##] : RE: WD Electronics Net Term Limit

Good morning, everyone,

Per your request below, the ETA for the item you have requested remains the same; it has not changed so far. However, please remember that these ETAs are subject to change.

Once the product is fulfilled and ready for distribution, we will require an additional week to ensure proper delivery.

Kind regards.

**Omar Morales Vega** | Customer Service Representative
Hopkins Manufacturing Corporation
Office: 800-524-1458

*********

Good Morning Ana,

Do you have an updated ETA for this part? Will it still be available by12/8?

Thank you,

**Jessica Danford (She/Her/Hers)** | Credit & Collections Administrator
Hopkins Manufacturing Corporation | 428 Peyton Street, Emporia, KS 66801
P: 620-591-8269 | F: 800.444.6779 | Email: Jessica.Danford@Hopkinsmfg.com

---

**From:** Customer Service <Customer.Service@hopkinsmfg.com>
**Sent:** Tuesday, November 11, 2025 7:55 AM
**To:** Sales Support <Sales.Support@hopkinsmfg.com>
**Cc:** Jessica Danford <Jessica.Danford@hopkinsmfg.com>; cchen@wdelectronics.com
**Subject:** Re: [Request ID: ##252141##] : RE: WD Electronics Net Term Limit

Good morning

The tentative ETA for 18,500 pcs of item 48895B is 12/8

**Please remember the ETA´s is an estimated date and it's subject to changes**

Best regards,

**Ana Montserrat Vaz** | Customer Service Representative
Hopkins Manufacturing Corporation
Office: 800-524-1458

WHAT DRIVES US, DRIVES YOUR GROWTH

*********

This request needs to go to customer.service@hopkinsmfg.com

I have added them to the email.

Julie Scott
Sales Support Assistant
Hopkins Manufacturing Corporation
428 Peyton Street
Emporia, KS 66801
P: 620-340-8488
F:800-444-6779
Email: Julie.Scott@hopkinsmfg.com

WHAT DRIVES US, DRIVES YOUR GROWTH

---

**From:** Chris Chen <cchen@wdelectronics.com>
**Sent:** Monday, November 10, 2025 4:38 PM
**To:** Jessica Danford <Jessica.Danford@hopkinsmfg.com>; Sales Support <Sales.Support@hopkinsmfg.com>
**Subject:** Re: WD Electronics Net Term Limit

*** EXTERNAL EMAIL *** DO NOT CLICK LINKS ***

That sounds good. But can you please provide me with an updated lead-time for the 18500 pcs of the 48895B?

---

**From:** Jessica Danford <Jessica.Danford@hopkinsmfg.com>
**Sent:** Monday, November 3, 2025 8:46 AM
**To:** Chris Chen <cchen@wdelectronics.com>
**Subject:** RE: WD Electronics Net Term Limit

Correct, that is what I mean in this case.

The cost for half of this order is $108,595 based on what I am seeing for the order on my end. The Pro-Forma invoice for this is attached for your reference.

Thank you,

**Jessica Danford (She/Her/Hers)** | Credit & Collections Administrator

Hopkins Manufacturing Corporation | 428 Peyton Street, Emporia, KS 66801

P: 620-591-8269 | F: 800.444.6779 | Email: Jessica.Danford@Hopkinsmfg.com

---

**From:** Chris Chen <cchen@wdelectronics.com>
**Sent:** Thursday, October 30, 2025 4:11 PM
**To:** Jessica Danford <Jessica.Danford@hopkinsmfg.com>
**Subject:** Re: WD Electronics Net Term Limit

*** EXTERNAL EMAIL *** DO NOT CLICK LINKS ***

Hi Jessica,

So are you saying that pay half upfront when 9250 pcs become available?

So would that be 108,595 or 54,297.50?

---

**From:** Jessica Danford <Jessica.Danford@hopkinsmfg.com>
**Sent:** Tuesday, October 14, 2025 3:08 PM
**To:** Chris Chen <cchen@wdelectronics.com>
**Subject:** RE: WD Electronics Net Term Limit

HI Chris,

Thank you for providing details regarding the circumstances. I understand why you would be hesitant in this circumstance. Would you be willing to pay for half of the cost of this order up front when the product becomes available? I believe this will be a good middle ground between meeting my original request and addressing your concerns. Please let me know if this is amendable. I am currently double checking when the product will be available, and I can make sure to reach back out as soon as the product is available again.

Thank you,

**Jessica Danford (She/Her/Hers)** | Credit & Collections Administrator

Hopkins Manufacturing Corporation | 428 Peyton Street, Emporia, KS 66801

P: 620-591-8269 | F: 800.444.6779 | Email: Jessica.Danford@Hopkinsmfg.com

---

**From:** Chris Chen <cchen@wdelectronics.com>
**Sent:** Thursday, October 9, 2025 3:38 PM
**To:** Jessica Danford <Jessica.Danford@hopkinsmfg.com>
**Subject:** Re: WD Electronics Net Term Limit

*** EXTERNAL EMAIL *** DO NOT CLICK LINKS ***

Hi Jessica,

I hope this message finds you well.

Regarding the 50% prepayment request due to the large order quantity, we would appreciate some clarification on the possibility of raising our account limit. Over the past year, we have consistently placed orders exceeding $25K, and we believe an adjustment could facilitate smoother transactions moving forward.

Additionally, as we understand the current situation, the items in question are on backorder, with no clear lead-time for fulfillment. Specifically, PO01185, valued at $117,400, was originally scheduled for delivery in mid-September, but it remains unfulfilled. PO01291, valued at $217,190, currently has an uncertain lead-time extending potentially into November.

Given these delays and the absence of a confirmed shipping schedule, we are hesitant to prepay the requested amount. We would be willing to cover the excess cost if the items were ready for shipment, but without a concrete delivery date, we find it difficult to commit to the prepayment terms at this time.

We value our business relationship and are eager to find a mutually agreeable solution. Please let us know how we can proceed in a way that addresses both parties' concerns.

Thank you for your understanding, and I look forward to your response.

---

**From:** Jessica Danford <Jessica.Danford@hopkinsmfg.com>
**Sent:** Thursday, October 9, 2025 2:22 PM
**To:** Chris Chen <cchen@wdelectronics.com>
**Subject:** RE: WD Electronics Net Term Limit

Hi Chris,

Apologies for the delayed response. Your current credit limit is $25K.

Thank you,

**Jessica Danford (She/Her/Hers)** | Credit & Collections Administrator

Hopkins Manufacturing Corporation | 428 Peyton Street, Emporia, KS 66801

P: 620-591-8269 | F: 800.444.6779 | Email: Jessica.Danford@Hopkinsmfg.com

---

**From:** Chris Chen <cchen@wdelectronics.com>
**Sent:** Thursday, October 9, 2025 2:18 PM
**To:** Jessica Danford <Jessica.Danford@hopkinsmfg.com>
**Subject:** Re: WD Electronics Net Term Limit

*** EXTERNAL EMAIL *** DO NOT CLICK LINKS ***

Hi Jessica,

I am following up on my inquiry sent over 6 days ago. Please respond.

---

**From:** Chris Chen <cchen@wdelectronics.com>
**Sent:** Friday, October 3, 2025 2:26 PM
**To:** Jessica Danford <Jessica.Danford@hopkinsmfg.com>
**Subject:** Re: WD Electronics Net Term Limit

I understand our account is set up with Net 30 terms, but could you confirm what our credit limit is under those terms?

You mentioned to Cortney that, due to the order quantity, a 50% upfront payment would be required, even though these items are on backorder without a confirmed lead time. Before we adjust the order quantity, we'd like to know our Net 30 credit limit so we can plan accordingly.

---

**From:** Jessica Danford <Jessica.Danford@hopkinsmfg.com>
**Sent:** Friday, October 3, 2025 2:10 PM
**To:** Chris Chen <cchen@wdelectronics.com>
**Subject:** RE: WD Electronics Net Term Limit

Hi Chris,

Your account has NET 30 day payment terms at this time.

Thank you,

**Jessica Danford (She/Her/Hers)** | Credit & Collections Administrator

Hopkins Manufacturing Corporation | 428 Peyton Street, Emporia, KS 66801

P: 620-591-8269 | F: 800.444.6779 | Email: Jessica.Danford@Hopkinsmfg.com

---

**From:** Chris Chen <cchen@wdelectronics.com>
**Sent:** Friday, October 3, 2025 12:31 PM
**To:** Jessica Danford <Jessica.Danford@hopkinsmfg.com>
**Subject:** WD Electronics Net Term Limit

*** EXTERNAL EMAIL *** DO NOT CLICK LINKS ***

Hi Jessica,

I am trying to find out what our net 30 term limits are. Our account number is 46996659.

**Chris Chen**

Sr. Buyer

cchen@wdelectronics.com

---

☐ WDElectronics.com

☐ 385.250.9360

**AJ Somers**

**From:** Brian M. Rothschild
**Sent:** Monday, April 27, 2026 4:40 PM
**To:** AJ Somers
**Subject:** FW: Hopkins Manufacturing - Status and Administrative Claim

Here is the latest. Can we sign up for alerts with Kroll, please? Figure out how to do that, please. For now, not much to do.

Brian

PARSONS BEHLE & LATIMER
**Brian M. Rothschild**
Attorney at Law • Shareholder
Salt Lake City • Direct +1 801.536.6762

**From:** Bajramovic, Adi
**Sent:** Saturday, April 25, 2026 8:23 AM
**To:** Brian M. Rothschild
**Cc:** Bostel, Kevin ; First Brands Vendor Team ; George, Jason ; Haughey, Nicholas ; Hawkins, Connor
**Subject:** RE: Hopkins Manufacturing - Status and Administrative Claim

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.
Report Suspicious

*Confidential // Subject to FRE 408*

Brian,

Apologies for the delay. As you may be aware, the Debtors' current financing is limited pursuant to the *Order (I) Approving Funding Arrangement with Certain OEM Customers; (II) Modifying the Automatic Stay; and (III) Granting Related Relief* (Docket No. 1848), which supports the Debtors' original equipment manufacturer-related operations. The Debtors' aftermarket operations have ceased operating and are in the process of being wound down. Therefore, the Debtors are not in a position at this time to issue a refund or to deliver the goods WD Electronics, LLC sought to purchase.

Further, the Debtors are working on a proof of claim form for administrative expense claims which will be posted to Kroll's website in these cases. There is no deadline currently for filing an administrative expense proof of claim, but a deadline and applicable procedures/instructions will likely be set forth in connection with a chapter 11 plan that we aim to file in the coming weeks.

We appreciate your continued patience in the interim and please let us know if you have any questions.

Thank you,
Adi

Weil

**Adi Bajramovic**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Adi.Bajramovic@weil.com
+1 212 310 8587 Direct
+1 929 594 6364 Mobile

---

**From:** Brian M. Rothschild <BRothschild@parsonsbehle.com>
**Sent:** Tuesday, April 21, 2026 3:13 PM
**To:** George, Jason <Jason.George@weil.com>
**Cc:** First Brands Vendor Team <FirstBrands.Vendor.Team@weil.com>
**Subject:** RE: Hopkins Manufacturing - Status and Administrative Claim

Just following up on this. Thanks.

PARSONS BEHLE & LATIMER

**Brian M. Rothschild**
Attorney at Law
Direct +1 801.536.6762

---

**From:** George, Jason <Jason.George@weil.com>
**Sent:** Monday, April 13, 2026 6:44 PM
**To:** Brian M. Rothschild <BRothschild@parsonsbehle.com>
**Cc:** First Brands Vendor Team <FirstBrands.Vendor.Team@weil.com>
**Subject:** RE: Hopkins Manufacturing - Status and Administrative Claim

Brian, thanks for reaching out. Copying in a few others on the team to look into this issue.

Weil

**Jason George**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
jason.george@weil.com
+1 212 310 8021 Direct
+1 917 536 1154 Mobile
+1 212 310 8007 Fax

---

**From:** Brian M. Rothschild <BRothschild@parsonsbehle.com>
**Sent:** Monday, April 13, 2026 8:12 PM
**To:** Barr, Matt <Matt.Barr@weil.com>; Singh, Sunny <sunny.singh@weil.com>; Georgallas, Andriana <Andriana.Georgallas@weil.com>; Bostel, Kevin <Kevin.Bostel@weil.com>; George, Jason <Jason.George@weil.com>
**Subject:** Hopkins Manufacturing - Status and Administrative Claim

Hello all:

This firm represents WD Electronics, LLC ("WD"). WD has been doing business with Hopkins Manufacturing for years, purchasing inventory from Hopkins Manufacturing. A few days ago, an employee of Hopkins Manufacturing informed WD that it would cease doing business. Prior to this disclosure, no one at Hopkins Manufacturing ever informed WD that Hopkins Manufacturing was the subject of a chapter 11 case.

On November 11, 2025, months after the petition date, WD paid Hopkins Manufacturing in excess of $100,000 in deposits on future purchases of inventory. WD requested return of the deposit, but has not received any kind of answer.

Can you please tell me whether Hopkins Manufacturing will refund WD's post-petition deposit? If not, please let me know the status of the chapter 11 cases and whether there has been any administrative claims bar date and any other information as to how to assert a claim for return of these funds.

Sincerely,

Brian

PARSONS BEHLE & LATIMER

A Professional Law Corporation

**Brian M. Rothschild**
Attorney at Law
Admitted in California, Idaho, and Utah
**Parsons Behle & Latimer**
201 South Main Street, Suite 1800 • Salt Lake City, Utah 84111
Main +1 801.532.1234 • Direct +1 801.536.6762 • Fax +1 801.536.6111

**parsonsbehle.com** • BRothschild@parsonsbehle.com • vCard

**CONFIDENTIALITY NOTICE:** This electronic mail message and any attachment(s) are confidential and may also contain privileged attorney-client information or work product. The message is intended only for the use of the addressee. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, distribute, or copy this communication. If you have received the message in error, please immediately notify us by reply electronic mail or by telephone at +1 801.532.1234, and delete this original message.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.