# EXHIBIT A

## (Proposed Order)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al*.,<br><br>Debtors. | Chapter 7<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**ORDER GRANTING PRIMEREVENUE, INC.'S MOTION TO STRIKE OR SEAL SCANDALOUS AND DEFAMATORY STATEMENTS UNDER 11 U.S.C. § 107(b)(2)**

This matter came before the Court on PrimeRevenue's[1] *Motion to Strike or Seal Scandalous and Defamatory Statements Under 11 U.S.C. § 107(b)(2) )* [Doc. ___] (the "Motion"). Notice has been given and the Court held a hearing on the Motion on ________, 2026 (the "Hearing"). Objections to the Motion, if any, were resolved and/or overruled at the Hearing. The Court has reviewed the Motion, is advised in the premises, and hereby states as follows:

**IT IS ORDERED:**

The Motion is granted.

**IT IS FURTHER ORDERED**, that the Statements shall be sealed from public record pursuant to 11 U.S.C. § 107(b)(2).

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.