**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | **Case No. 25-90399 (CML)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that, pursuant to 29 U.S.C. § 154(a) and Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned attorney is appearing on behalf of the National Labor Relations Board (the "NLRB"), an Agency of the Federal Government. All notices and papers that are required to be served upon the NLRB must be given to and served upon me at the addresses (including electronic mail address), telephone, and email address indicated below:

Dalford Dean Owens, Jr.
Assistant General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street SE – Fourth
Floor Washington, D.C. 20003
Tel. (202) 273-2934
Facsimile: (202) 273-4244
dean.owens@nlrb.gov

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FirstBrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

oral, whether transmitted or conveyed by hand delivery, mail delivery, telephone, e-mail, telegraph, telex, telecopy facsimile or otherwise, and whether or not filed with or delivered to the Bankruptcy Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the administration of the estate.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notice and Service shall not be deemed or construed to be a waiver of the rights: (i) to have final orders in non-core matters entered only after de novo review by a District court Judge' (ii) to a trial by jury in any proceeding so triable in these cases or any case, controversy, or preceding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to any other rights, claims, actions, setoffs, or recoupments to with the United States is or may be entitled.

Dated: September 9, 2026

Respectfully submitted,

s/ Dean Owens
DALFORD DEAN OWENS, JR.
*Assistant General Counsel*

National Labor Relations Board
Contempt, Compliance, and Special
Litigation Branch
1015 Half Street, S.E. – Fourth Floor
Washington, DC 20570

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026, a true and correct copy of the foregoing document was served via the ECF system for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Dean Owens*
Dalford Dean Owens, Jr.