**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**ORDER ALLOWING INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF WEIL, GOTSHAL & MANGES LLP, ATTORNEYS FOR DEBTORS, FOR THE PERIOD FROM APRIL 1, 2026 THROUGH AND INCLUDING JUNE 30, 2026**

The Court has considered the *Third Interim Fee Application of Weil, Gotshal & Manges LLP, Attorneys for the Debtors, for the Period from April 1, 2026 Through and Including June 30, 2026* (the "**Application**"), filed by Weil, Gotshal & Manges LLP ("**Applicant**"), as attorneys for the chapter 11 debtors in the above-captioned cases (collectively, the "**Debtors**") during the Compensation Period. The Court orders:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $37,258,917.44 for the period set forth in the Application.

2. The compensation and reimbursement of expenses allowed in this Order are approved on an interim basis.

[1] A complete list of the chapter 11 Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The address of the Debtors' corporate headquarters is 127 Public Square, Suite 5300, Cleveland, OH 44114.

3. The Debtors are authorized to disburse any unpaid amounts allowed pursuant to this Order.

Dated: ____________________, 2026
Houston, Texas

______________________________________
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE