**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**ORDER ALLOWING INTERIM
COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF ALVAREZ AND MARSAL NORTH AMERICA LLC,
AS FINANCIAL ADVISOR FOR THE DEBTORS, FOR THE PERIOD FROM
APRIL 1, 2026 THROUGH AND INCLUDING JUNE 30, 2026**

The Court has considered the *Third Interim Fee Application of Alvarez and Marsal North America LLC, as Financial Advisor for the Debtors, for the Period from April 1, 2026 Through and Including June 30, 2026* (the "**Application**"), filed by Alvarez and Marsal North America, LLC ("**Applicant**"), as financial advisor to the chapter 11 debtors in the above-captioned cases (collectively, the "**Debtors**"). The Court orders:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $13,703,895.95 for the period set forth in the Application.

2. The compensation and reimbursement of expenses allowed in this Order are approved on an interim basis.

[1] A complete list of the chapter 11 Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The address of the Debtors' corporate headquarters is 127 Public Square, Suite 5300, Cleveland, OH 44114.

3. The Debtors are authorized to disburse any unpaid amounts allowed pursuant to this Order.

Dated: ____________________, 2026
Houston, Texas

____________________________________
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE