United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 10, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**ORDER GRANTING THIRD INTERIM FEE APPLICATION OF BROWN RUDNICK LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FIRST BRANDS GROUP, LLC, ET AL., FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD FROM APRIL 1, 2026 THROUGH AND INCLUDING JUNE 30, 2026**

The Court has considered the *Third Interim Fee Application of Brown Rudnick LLP as Co-Counsel to the Official Committee of Unsecured Creditors of First Brands Group, LLC, et al., for Compensation for Services Rendered and Reimbursement of Expenses Incurred During the Period from April 1, 2026 Through and Including June 30, 2026* (the "Application"), filed by Brown Rudnick LLP (the "Applicant"). The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $5,392,337.01 for the period set forth in the Application.

2. The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on an interim basis.

[1] A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these Chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

3. The Debtor, as applicable, is hereby authorized and directed to disburse the unpaid amount of compensation and expenses sought under this Application.

Signed: September 10, 2026

Christopher Lopez
United States Bankruptcy Judge