**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| FIRST BRANDS GROUP, LLC, *et al.*, | : | Case No. 25-90399 (CML) |
| | : | |
| Debtors.[1] | : | (Jointly Administered)<br>Re: Docket No. 3679 |

**CERTIFICATE OF NO OBJECTION TO THIRD INTERIM APPLICATION OF SIMPSON THACHER & BARTLETT LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE SPV ENTITIES FOR THE PERIOD OF APRIL 1, 2026 THROUGH JUNE 30, 2026**

1. On August 17, 2026, debtor Viceroy Private Capital, LLC and certain of its direct and indirect subsidiaries (collectively, the "**SPV Entities**") filed the *Third Interim Application of Simpson Thacher & Bartlett LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to the SPV Entities for the Period of April 1, 2026 Through June 30, 2026* [Docket No. 3679] (the "**Application**"), with a proposed order granting the relief requested in the Application attached thereto as Exhibit A (the "**Proposed Order**"). Objections to the relief requested in the Application were required to be filed and served on or prior to September 8, 2026 (the "**Objection Deadline**").

2. In accordance with paragraph 44 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (a) the Objection Deadline has passed, (b) the undersigned counsel is unaware of any objections to the Application, and (c) the undersigned counsel has reviewed the Court's docket and no objection to the Application appears thereon.

---

[1] A complete list of the debtors in these cases (collectively, the "**Debtors**") may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

3. Therefore, the SPV Entities respectfully request entry of the Proposed Order attached hereto as **Exhibit A**.

**FISHEL LAW GROUP**

Dated: September 10, 2026

By:

*/s/ Michael Fishel*

Michael Fishel (Texas Bar No. 24082998)
602 Sawyer, Suite 400
Houston, Texas 77007
Telephone: (713) 294-0379
Email: Michael@fishellawgroup.com

and

**SIMPSON THACHER & BARTLETT LLP**

David R. Zylberberg (admitted *pro hac vice*)
Nicholas E. Baker (admitted *pro hac vice*)
Rachael L. Foust (admitted *pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Email: david.zylberberg@stblaw.com
nbaker@stblaw.com
rachael.foust@stblaw.com

*Attorneys for the SPV Entities*

## CERTIFICATE OF SERVICE

I certify that on September 10, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Michael Fishel*________________
Michael Fishel