**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al*, *et al*.<br><br>Debtors. | Chapter 11<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Sanjiv Sarma, of Smith, Gambrell & Russell, LLP, enters his appearance as attorney for creditor and/or party in interest Laboratorio Elettrofisico USA, Inc. in the above-captioned case and requests, pursuant to Fed. R. Bankr. P. 2002(i), that he be added to the electronic service list and that all notices be served upon him at the email address of ssarma@sgrlaw.com,

Dated: September 11, 2026

Respectfully submitted,

**LABORATORIO ELETTROFISICO USA, INC.,**

By: */s/ Sanjiv Sarma*
One of Their Attorneys

Sanjiv Sarma (IL ARDC #6346261)
SMITH, GAMBRELL & RUSSELL, LLP
155 N. Wacker Dr, Suite 3000
Chicago, Illinois 60606
(312) 360-6032
(312) 360-6520 (fax)
ssarma@sgrlaw.com
bkdocketing@sgrlaw.com

## CERTIFICATE OF SERVICE

I, Sanjiv Sarma, an attorney, hereby certify that on September 11, 2026, I caused a true and correct copy of the attached Notice of Appearance and Request for Notice to be filed with the Court and served via the Court's ECF system to all parties authorized to receive electronic notice in this case.

*/s/ Sanjiv Sarma*