United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 11, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| FIRST BRANDS GROUP, LLC, *et al*., | ) | Case No. 25-90399 (CML) |
| Debtors.[1] | ) | (Jointly Administered) |

**ORDER GRANTING THIRD INTERIM APPLICATION OF SIMPSON THACHER & BARTLETT LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE SPV ENTITIES FOR THE PERIOD OF APRIL 1, 2026, THROUGH JUNE 30, 2026**

The Court has considered the *Third Interim Application of Simpson Thacher & Bartlett LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to the SPV Entities for the Period of April 1, 2026, through June 30, 2026* (the "**Application**") filed by Simpson Thatcher & Bartlett LLP (the "**Applicant**"). The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of **$840,829.23** for the period set forth in the Application.

2. The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on an interim basis.

3. The Debtors, as applicable, are hereby authorized and directed to disburse the unpaid amount of compensation and expenses sought under this Application.

Signed: September 11, 2026

Christopher Lopez
United States Bankruptcy Judge