UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Case No. 25-90399 |
| FIRST BRANDS GROUP, LLC *et al* | Chapter 7 |
| Debtors. | |

______________________________________/

**AGREED ORDER GRANTING THE EMERGENCY MOTION OF RICHARD MERKELZ, JR. TO MODIFY THE AUTOMATIC STAY, AS TO EACH OF THE DEBTORS, SOLELY TO PERMIT NOMINAL PROSECUTION OF ILLINOIS PRODUCT LIABILITY ACTION**
[Related to ECF # 3715]

The Court considers the Emergency Motion of Richard Merkelz, Jr. to Modify the Automatic Stay, as to Each of the Debtors, Solely to Permit Nominal Prosecution of Illinois Product Liability Action assigned ECF # 3715 (the "Motion") and based upon the signatures of counsel below finds that agreement has been reached.

The Court finds that the Motion has merit and should be granted in the manner set forth below. It is, therefore:

1. ORDERED that, as to each of the following debtors -- First Brands Group, LLC, Horizon Global Corporation, Horizon Global Company, LLC, Horizon Global Americas, Inc.,

Trico Technologies Corporation, Trico Products Corporation, and Trico Holding Corporation (hereinafter, the "**Named Debtors**"):

a. The stay found in section 362(a) of the Bankruptcy Code is hereby immediately modified to authorize movant to prosecute to final judgment against the Named Debtors the Illinois claims and causes of action described in the Motion;

b. Other than as set forth in the immediately preceding subparagraph, the stay remains in place and continues to prohibit execution of any such judgment, if any, awarded to movant, against any of the Named Debtors or against any property of the estate of any Named Debtors;

c. By signature of movant's counsel below, movant waives his right to file any proof of claim (or other claim) in any of the bankruptcy cases of any of the Named Debtors, and any such proof of claim (whether already filed or filed in the future) or scheduled claim is hereby disallowed;

d. Nothing in this Order shall be construed as movant having waived his right(s), if any, to look to applicable insurance proceeds or to otherwise look to any non-debtor to be made whole, which rights, to the extent they exist, are hereby strictly preserved;

e. With respect to any and all parties in interest, nothing in this Order shall be construed as any admission of liability whatsoever or any waiver of any defense whatsoever, and all rights and defenses of the Named Debtors, and all other debtors, are hereby expressly preserved; and

f. Northing in this Order shall be construed as in any manner diminishing or impairing the rights of the Named Debtors, or any other debtors, to seek disallowance of

any claim, by any creditor, now or later asserted against the bankruptcy estate of any Named Debtor or against any other debtor; it is further

2. ORDERED that as to any debtor not among the Named Debtors, the motion is denied[1]; and it is further

3. ORDERED that the 14-day stay found in Bankruptcy Rule 4001(a)(4) is waived.

Signed: September ___, 2026.

________________________________________
UNITED STATES BANKRUPTCY JUDGE

AGREED:

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl
(TX 24038592)
1000 Main Street,
36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Fax: (713) 226-6248
jwolfshohl@porterhedges.com

PROPOSED COUNSEL FOR CHAPTER 7 TRUSTEE,
EVA ENGELHART

O'CONNORWECHSLER PLLC
By: ___*/s/ Annie Catmull*____
Annie E. Catmull
State Bar No. 00794932
aecatmull@o-w-law.com
4400 Post Oak Parkway, Suite 2360
Houston, Texas 77027
Telephone: (281) 814-5977

COUNSEL FOR RICHARD MERKELZ, JR.

[1] Except to the extent provided in any other order, if any, of this Court granting the relief sought in the Motion as to a debtor that is not a Named Debtor.