**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-90399 (cml) |
| | § | Chapter 11 |
| FIRST BRANDS GROUP, LLC, et al.[1] | § | |
| | § | (Jointly Administered) |
| Debtor(s) | § | |
| | § | |

# NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on *Rio Bravo International Services, Inc.'s Motion For Allowance And Payment of Administrative Expense Relating To Brake Parts Inc., Llc, Case No. 25-90477 and Trico Products Corporation, Case No. 25-90472 (ECF No. 3699)* is scheduled for **October 23, 2026 at 10:00 a.m. (CT)** in the United States Bankruptcy Court for the Southern District of Texas before the Honorable Christopher Lopez, in Courtroom 402, 515 Rusk, Houston, TX 77002.

**PLEASE TAKE FURTHER NOTICE** that you may participate in the hearing by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility by calling 832-917-1510 and then entering the conference code 590153. Video communication will be by use of the Gotomeeting Platfom1. Connect via the free Gotomeeting Application or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion is available by visiting the website maintained by the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands/. A PACER login and password are required to access documents on the Court's website, and these can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov.

**DATED** on this 15th day of SEPTEMBER, 2026.

Respectfully submitted,

**GORDON DAVIS JOHNSON SHANE & SNIDER P.C.**
4695 N. Mesa Street, Suite 100
El Paso, Texas 79912
Tel: (915) 545-1133
Fax: (915) 545-4433
Email: mshane@eplawyers.com

By: /s/ Michael J. Shane
Michael J. Shane
State Bar No. 00795645
*Attorneys for Claimant,*
*RIO BRAVO INTERNATIONAL SERVICES, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2026, a true and correct copy of the above and foregoing instrument was served via the Court's CM/EDF electronic system to all parties entitled to notice and consenting to service through the same.

/s/ Michael J. Shane
Michael J. Shane