**UNITED STATES BANKRUPTCY COURT** **SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **IN RE:** | § | |
| DEBTOR: | § | **CASE NO.** 25-90399 |
| | § | |
| FIRST BRANDS GROUP, LLC | § | |
| | § | |

USB provided by KROLL of all filed claims, a copy of the final claim registers and the redacted and unredacted creditor matrix.

**DOCUMENT IS:**

[X] IN GREEN FOLDER HELD IN CLERK'S OFFICE

[ ] **IN VAULT SEALED**

[ ] **IN BROWN EXPANDABLE FOLDER**

**INSTRUMENT #**________