# EXHIBIT A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| FIRST BRANDS GROUP, LLC, *et al.*, | Case No. 25-90399 (CML) |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING APPLICATION OF UNITED PARCEL SERVICE, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the application (the "Application")[2] of United Parcel Service, Inc., together with its subsidiaries and affiliates ("UPS") pursuant to sections 503(b)(1)(A) and 507(a)(2) of the Bankruptcy Code for the allowance and payment of the Administrative Claim; and this Court having found that due and proper notice of the Application has been given and no other or further notice of the Application is required; and this Court having found that it has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 1334 and 157; and the Court having found that this Court's consideration of the Application and the relief requested therein is a core proceeding under 28 U.S.C. § 157(b), and that venue of this proceeding and the Application is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that it may enter a final order consistent with Article III of the Constitution; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** as set forth herein.

[1] A complete list of the Debtors in these cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

2. UPS shall have an allowed administrative expense claim (the "Administrative Claim") pursuant to 11 U.S.C. § 503(b)(1)(A) in the amount of $1,121,047.10.

3. Payment of the Administrative Claim shall be made in accordance with the priorities established under the Bankruptcy Code.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Signed on _______________, 2026

________________________________
Christopher M. Lopez
United States Bankruptcy Judge