# EXHIBIT B

## Schedule of UPS Custom House Brokerage Invoices

| Invoice Number | Invoice Date | Amount Due |
|---|---|---|
| 1975449610 | 10/27/2025 | $511.03 |
| 1987627664 | 11/5/2025 | $76.59 |
| 1992579386 | 11/12/2025 | $120.47 |
| 1993688604 | 11/14/2025 | $542.10 |
| 1993938174 | 11/14/2025 | $50.16 |
| 1997637849 | 11/19/2025 | $55.69 |
| 2000602439 | 11/21/2025 | $87.19 |
| 2017261482 | 12/9/2025 | $46.70 |
| 2025457416 | 12/16/2025 | $134.12 |
| 2026725160 | 12/17/2025 | $668.71 |
| 2032163247 | 12/26/2025 | $479.76 |
| 2032259297 | 12/29/2025 | $4.97 |
| 2033525569 | 12/29/2025 | $162.06 |
| 2034001417 | 12/29/2025 | $26.64 |
| 2035162840 | 12/30/2025 | $39,633.99 |
| 2035608261 | 12/31/2025 | $14,222.50 |
| 2037261882 | 12/31/2025 | $1,953.42 |
| 2037276189 | 12/31/2025 | $938.35 |
| 2037677040 | 12/31/2025 | $142.17 |
| 2039104217 | 1/5/2026 | $5.51 |
| 2039712891 | 1/5/2026 | $1,813.41 |
| 2041337186 | 1/5/2026 | $159.57 |
| 2041641767 | 1/5/2026 | $112.31 |
| 2041665652 | 1/5/2026 | $3,805.45 |
| 2041680279 | 1/5/2026 | $1,953.42 |
| 2042426873 | 1/6/2026 | $77.30 |
| 2042428424 | 1/6/2026 | $94.24 |
| 2043514865 | 1/6/2026 | $118.20 |
| 2043562581 | 1/6/2026 | $1,552.30 |
| 2043576898 | 1/6/2026 | $564.08 |
| 2043962710 | 1/6/2026 | $29.17 |
| 2045037001 | 1/7/2026 | $3,577.48 |
| 2047059298 | 1/8/2026 | $144.77 |
| 2047059305 | 1/8/2026 | $7,198.34 |
| 2047059314 | 1/8/2026 | $7,235.64 |
| | | **$88,297.81** |