# EXHIBIT C

## Schedule of UPS SCS Forwarding/Ocean

| Account Name | Invoice Number | Invoice Date | Balance Due |
|---|---|---|---|
| TRICO TECHNOLOGIES CORP | 6229119125 | 16Dec2025 | $ 11,724.11 |
| TRICO TECHNOLOGIES CORP | 6241110564 | 02Jan2026 | $ 153.16 |
| TRICO TECHNOLOGIES CORP | 6241110565 | 02Jan2026 | $ 2,524.96 |
| TRICO TECHNOLOGIES CORP | 6247119876 | 13Jan2026 | $ 5,414.73 |
| TRICO TECHNOLOGIES CORP | 6247119877 | 13Jan2026 | $ 9,495.86 |
| TRICO TECHNOLOGIES CORP | 6260110605 | 29Jan2026 | $ 61.20 |
| TRICO TECHNOLOGIES CORP | 6260110604 | 29Jan2026 | $ 105.47 |
| BRAKE PARTS INC | 6207113141 | 17Nov2025 | $ 50,338.91 |
| BRAKE PARTS INC | 6207113298 | 17Nov2025 | $ 56,845.00 |
| BRAKE PARTS INC | 6209112440 | 19Nov2025 | $ 59,016.90 |
| BRAKE PARTS INC | 6209112441 | 19Nov2025 | $ 58,167.20 |
| BRAKE PARTS INC | 6215115391 | 25Nov2025 | $ 60,185.00 |
| | | | **$ 314,032.50** |