**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| | § |
| **In re:** | § **Chapter 7** |
| | § **(Previously Chapter 11)** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § |
| | § **Case No. 25-90399 (CML)** |
| **Debtors.**[1] | § |
| | § **Jointly Administered** |

**ORDER GRANTING TRUSTEE'S *EMERGENCY* MOTION FOR AUTHORITY TO OPERATE PURSUANT TO 11 U.S.C. § 721 AS OF SEPTEMBER 1, 2026**
**[Related to Docket No. _____]**

On this day came on to be considered the *Trustee's Emergency Motion for Authority to Operate Pursuant to 11 U.S.C. § 721 as of September 1, 2026* (the "Motion")[2] by Eva S. Engelhart, interim chapter 7 trustee (the "Trustee") of the jointly administered bankruptcy estates of First Brands Group, LLC, *et al.*, debtors in the above-styled jointly administered chapter 7 cases. The Court having considered the same is of the opinion that it should be in all things granted; it is therefore **ORDERED** that:

1. Trustee is authorized to operate the FBG Debtors effective September 1, 2026.

2. The Trustee, subject to the express limitations set forth herein, is authorized to take any actions or enter into any further agreements as necessary or advisable to operate the FBG Debtors' businesses on the limited basis described in the Motion and to carry out the chapter 7 transition services and related wind-down activities, including but not limited to the following:

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

i. Make payments as necessary under any order approving the use of cash collateral;

ii. Employ non-professional persons to assist in operations, including but limited to former employees of the FBG Debtors; and

iii. Preserve and protect the FBG Debtors' records.

To the extent applicable, Rules 6004(h) and 6006(d) of the Federal Rules of Bankruptcy Procedure are waived and this Order shall be effective and enforceable immediately upon entry.

3. The Court retains exclusive jurisdiction with respect to all matters, claims, rights or disputes arising from or related to the implementation, interpretation, and enforcement of this Order and any other orders entered in these cases. It is further

4. This Order is without prejudice to, and does not constitute a waiver of, expressly or implicitly, the rights of any party in interest under the Bankruptcy Code or under non-bankruptcy law.

SIGNED ______________

___________________________________
THE HONORABLE CHRISTOPHER M. LOPEZ,
UNITED STATES BANKRUPTCY JUDGE