**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 7** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |
| | § | **Re: Docket No. 3079** |

**JOINT NOTICE OF ADJOURNMENT OF HEARING ON**
**MOTION OF MICHAEL BUENO FOR RELIEF FROM AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that, on June 29, 2026, Michael Bueno filed *Michael Bueno's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1)* (Docket No. 3079) (the "**Motion**") in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that the Motion was scheduled to be heard on September 18, 2026 at 10:00 a.m. (Central Time).

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the relief requested in the Motion (the "**Hearing**") has been adjourned to **October 23, 2026 at 10:00 a.m. (Central Time)** in the United States Bankruptcy Court for the Southern District of Texas before the Honorable Christopher Lopez, in Courtroom 402, 515 Rusk, Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE** that you may participate in the Hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's regular dial-in number. The dial-in number is (832) 917-1510. You will be responsible for your own long-distance charges. Judge Lopez's conference room number is 590153. Each person who speaks

---

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

at the Hearing should be prepared to restate that person's name each time that person speaks in order to assist any transcriber of the audio recording. Parties are encouraged to review the Court's procedures for telephonic appearances located at:

https://www.txs.uscourts.gov/sites/txs/files/Lopez%20Court%20Procedures.pdf

Video communication will be by use of the GoTo platform. The internet site is www.goto.com. A GoTo app is available for download to computers. It is recommended that you download the free GoTo app on each device that will be used to connect to the Hearing. Connecting via web browser only may limit the availability of some GoTo features. Persons connecting by mobile device will need to download the free GoTo app. Once connected to GoTo, a participant should enter the meeting code "JudgeLopez". A participant can also connect using the link on Judge Lopez's homepage on the Southern District of Texas website. Once connected to GoTo, click the settings icon in the upper right corner and enter your name under the personal information setting. Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.

All documents filed in these chapter 7 cases may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: September 16, 2026

*/s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX 24038592)
Eric M. English (TX 24062714)
M. Shane Johnson (TX 24083263)
Grecia V. Sarda (TX 24132092)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
Email: jwolfshohl@porterhedges.com
eenglish@porterhedges.com
sjohnson@porterhedges.com
gsarda@porterhedges.com

***Proposed Counsel to Eva S. Engelhart, Chapter 7 Trustee***

*/s/ Jennifer Pollan*
**HUSCH BLACKWELL LLP**
Tara LeDay (TX 24106701)
Jennifer Pollan (TX 24150828)
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone: (512) 479-9758
Facsimile: (512) 479-1101
Email: tara.leday@huschblackwell.com
jennifer.pollan@huschblackwell.com

***Attorneys for Michael Bueno***

**Certificate of Service**

I hereby certify that on September 16, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl