**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| | : | |
| | : | Chapter 11 |
| In re: | : | |
| | : | |
| FIRST BRANDS GROUP, *et al.*, | : | Case No. 25-90399 (CML) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |

**AMENDED NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a hearing on *Motion for Entry of an Order (I) Clarifying that the May 29, 2026 Order (ECF No. 2845) Modifies the Automatic Stay to Authorize Payments by the Excess ABC Insurers, or Alternatively (II) Authorizing, and, to the Extent Necessary, Modifying the Automatic Stay to Allow the Excess ABC Insurers to Make Payments, Including the Advancement of Defense Costs, of Insured Persons* filed by XL Specialty Insurance Company, Endurance American Insurance Company, Markel American Insurance Company, Berkley Insurance Company, Arch Insurance Company, Federal Insurance Company, Twin City Fire Insurance Company, Everest National Insurance Company, and Old Republic Insurance Company (ECF No. 3669), which was previously scheduled for September 8, 2026, at 10:00a.m., **is now scheduled for October 20, 2026, at 10:00 a.m.** prevailing central time in the United States Bankruptcy Court for the Southern District of Texas before the Honorable Christopher

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Lopez, in Courtroom 402, 515 Rusk, Houston, TX 77002.

**PLEASE TAKE FURTHER NOTICE** that you may participate in the hearing by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility by calling 832-917-1510 and then entering the conference code 590153. Video communication will be by use of the Gotomeeting Platfom1. Connect via the free Gotomeeting Application or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE THAT**, a copy of the Motion is available by visiting the website maintained by the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands/. A PACER login and password are required to access documents on the Court's website, and these can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov.

Dated: September 17, 2026

By: s/ *Justin S. Levy*
**WERNER AHARI MANGEL LLP**
Justin S. Levy
Tex. Bar No. 24078852
S.D. Tex. No. 1673395
4514 Cole Ave, Suite 600
Dallas, TX 75205
Telephone: 202-599-1131
Email: jlevy@wam.law

*Attorney for XL Specialty Insurance Company and Federal Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2026, I served a true and correct copy of the above and foregoing instrument via the Court's CM/EDF electronic system to all parties consenting to service through the same, and on all parties required by Local Rule 4001-1(a)(4).

s/ *Justin S. Levy*