**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On June 26, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the list of parties attached hereto as **Exhibit A**:

- Notice of (I) Filing of (A) Chapter 11 Plan, (B) Disclosure Statement, and (C) Disclosure Statement Motion, (II) Scheduling of Conditional Disclosure Statement Hearing, and (III) Requested Voting Record Date in Connection With Solicitation and Plan Confirmation [Docket No. 2933]

Dated: July 10, 2026

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 10, 2026, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**Exhibit A**

# Exhibit A

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 30752140 | AUTO CARE ASSOCIATION | PMB 422748 | 3030 GREENMOUNT AVE | STE 300 | BALTIMORE | MD | 21218-6907 |
| 30727866 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30840660 | C.E. CONOVER & CO. INC. | 4106 BLANCHE RD | | | BENSALEM | PA | 19020-4430 |
| 30732400 | COALITION FOR AUTO REPAIR EQUALITY | PMB 422748 | 3030 GREENMOUNT AVE | STE 300 | BALTIMORE | MD | 21218-6907 |
| 30741261 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 31218838 | DEUTSCHE BANK AG NEW YORK BRANCH | 1 COLUMN CIR | | | NEW YORK | NY | 10019-8735 |
| 30813371 | DEUTSCHE BANK AG, ACTING BY AND THROUGH ITS NE\ | 1 COLUMBUS CIR | | | NEW YORK | NY | 10019-8735 |
| 30741836 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30732753 | DSSI LLC | 3625 CUMBERLAND BLVD SE | STE 720 | | ATLANTA | GA | 30339-6406 |
| 30753343 | EMPLOYERS ASSOCIATION | 1300 JEFFERSON AVE | STE 109 | | TOLEDO | OH | 43604-3800 |
| 30732889 | ENGINEERED FILTRATION INC | PO BOX 1767 | | | DANDRIDGE | TN | 37725-1767 |
| 30743069 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30753788 | GRAMMER AMERICAS, LLC | 47912 HALYARD DR | STE 106 | | PLYMOUTH | MI | 48170-2796 |
| 30743692 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30743855 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30743863 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30743873 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30753995 | HILTZ PROPANE SYSTEM, INC. | 1442 RIVER PD | | | MARIETTA | PA | 17547-9400 |
| 30719230 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30719663 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30733498 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30720160 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30842471 | LL PATTERSON, ATTORNEY AT LAW LLC | 51 S MAIN ST | | | MIAMISBURG | OH | 45342-2830 |
| 30720808 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30721530 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30722023 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30722183 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30729671 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30722423 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30722800 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30723657 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30730043 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30730073 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30724819 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30756228 | SMART SOFTWARE, INC. | 807 LAS CIMAS PKWY | STE 400 | | AUSTIN | TX | 78746-6188 |
| 30756237 | SMITH LANDSCAPE & LAWNCARE INC | 6280 E COUNTY ROAD | 300 S | | LOGANSPORT | IN | 46947-8431 |
| 30756317 | SPEDE TECHNOLOGIES | 19885 DETROIT RD | | | ROCKY RIVER | OH | 44116-1815 |
| 30730549 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30725867 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30725901 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30726181 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30730705 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30738663 | NAME ON FILE | ADDRESS ON FILE | | | | | |