**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| FIRST BRANDS GROUP, LLC, *et al.*, | ) | Case No. 25-90399 (CML) |
| Debtors.[1] | ) | Jointly Administered |
| EVOLUTION CREDIT OPPORTUNITY MASTER FUND II-B, LP; EVOLUTION CREDIT PARTNERS TRADE FINANCE MASTER L.P.; and EVOLUTION CREDIT OPPORTUNITY MASTER FUND III-B, LP, | ) | Adversary No. 26-03006 (CML) |
| Plaintiffs, | ) | |
| -against- | ) | |
| FIRST BRANDS GROUP, LLC; STRONGARM, LLC; CARTER FUEL SYSTEMS, LLC; TRICO PRODUCTS CORPORATION; ASC INDUSTRIES, INC.; FRAM GROUP OPERATIONS LLC; BRAKE PARTS INC. LLC; CHAMPION LABORATORIES, INC.; WILMINGTON SAVINGS FUND SOCIETY, FSB; BANK OF AMERICA, N.A.; GLAS USA LLC; and SAGARD HOLDINGS MANAGER (US) LLC, | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE OF DISCOVERY**

**PLEASE TAKE NOTICE** that on September 4, 2026, Defendant Bank of America, N.A. ("Bank of America"), by and through its undersigned counsel, served the following discovery on

[1]A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

counsel for Evolution Credit Opportunity Master Fund II-B, L.P., Evolution Credit Partners Trade Finance Master L.P., and Evolution Credit Opportunity Master Fund III-B, LP (collectively, "Evolution"):

- Defendant Bank of America's First Set of Interrogatories to Plaintiff Evolution Credit Opportunity Master Fund II-B, L.P.; Evolution Credit Partners Trade Finance Master L.P.; and Evolution Credit Opportunity Master Fund III-B, LP

- Defendant Bank of America's First Request for Production of Documents to Plaintiff Evolution Credit Opportunity Master Fund II-B, L.P.; Evolution Credit Partners Trade Finance Master L.P.; and Evolution Credit Opportunity Master Fund III-B, LP

*[Remainder of Page Intentionally Left Blank]*

Respectfully submitted,

Dated: September 18, 2026September 18, 2026September 18, 2026

*<u>/s/ Tatianna J. Witter</u>*
Tatianna J. Witter (TX Bar No. 3755867)
WINSTON TAYLOR LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 435-6500
Email: tatianna.witter@winstontaylor.com

*-and-*

Daniel J. McGuire (admitted *pro hac vice*)
Scott Ahmad (admitted *pro hac vice*)
WINSTON TAYLOR LLP
300 N. LaSalle Dr., Suite 4400
Chicago, IL 60654
Telephone: 312-558-5600
Email: dan.mcguire@winstontaylor.com
scott.ahmad@winstontaylor.com

*-and-*

Carrie V. Hardman (admitted *pro hac vice*)
WINSTON TAYLOR LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Email: chardman@winstontaylor.com

*Counsel for Bank of America, N.A.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on 18th day of September 2026, a true and correct copy of the foregoing document was served upon all counsel of record via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Tatianna J. Witter*
Tatianna J. Witter