# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |
| | § | |

**NOTICE OF ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE TRANSACTION FOR DEBTORS' TMD BUSINESS LINE**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On May 7, 2026, First Brands Group, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed with the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") the *Emergency Motion for Order (A) Approving Sale Transaction for Debtors' TMD Business Line, (B) Approving Assumption, Assignment, and Sale of Certain Contracts and Unexpired Leases, and (C) Granting Related Relief* (Docket No. 2590) (the "**Motion**")[2] for the entry of an order (the "**Sale Order**") (a) authorizing the sale of the Debtors' assets related to their TMD business line pursuant to that certain *Asset Purchase Agreement* (the "**APA**" and the sale transaction thereunder, the "**Sale Transaction**"), dated as of May 7, 2026, by and between TNJ Ohio, LLC, an affiliate of JVIS USA (the "**Buyer**"), guaranteed by WMC – KSA Holdings LLC (solely for purposes of Section 6.12 of the APA), and First Brands Group Holdings, LLC and certain of its subsidiaries (the "**Sellers**"), for an aggregate purchase price of approximately $80 million in cash plus certain assumed liabilities, (b) authorizing the assumption and assignment of the Transferred Contracts in connection therewith, and (c) granting related relief.

2. On May 7, 2026, the Debtors filed the *Notice of Cure Costs, Adequate Assurance Information, and Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale Transaction for Debtors' TMD Business Line* (Docket No. 2592) (the "**Cure Notice**") which provided notice of the Debtors' executory contracts and unexpired leases that may be assumed and assigned to the Buyer in connection with the Sale Transaction.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3. On May 14, 2026, the Bankruptcy Court entered the *Order (A) Authorizing and Approving Sale of Debtors' Toledo Molding & Die Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* (Docket No. 2675) (the "**Sale Order**") approving and authorizing the consummation of the Sale Transaction. Pursuant to paragraph 28 of the Sale Order, the Debtors shall file one or more notices identifying the Transferred Contracts ultimately designated for assumption and assignment by the Buyer.

4. On May 15, 2026, the Debtors filed the *Notice of Closing of Sale Transaction* (Docket No. 2684) notifying the Bankruptcy Court that the Sale Transaction closed on May 15, 2026 (the "**Closing Date**").

5. In accordance with the Sale Order and the Cure Notice, any written objection to (i) the proposed cure costs and (ii) adequate assurance of future performance with respect to any Transferred Contract identified in the Cure Notice was to be filed with the Bankruptcy Court by no later than May 12, 2026.

6. Pursuant to paragraph 28 the Sale Order and in accordance with the APA, each Transferred Contract identified on **Exhibit A** hereto has been assumed and assigned to the Buyer as of the Closing Date (or, if applicable, the date on which the cure amounts set forth in **Exhibit A** hereto are paid by the Buyer).

7. Pursuant to the Sale Order, counterparties to Transferred Contracts shall be forever barred from asserting any objection (i) with regard to the amount to cure any default under the applicable Transferred Contract except for those amounts set forth on Exhibit A hereto, and each such amount shall be controlling and will be the only amount necessary to cure outstanding defaults under the applicable Transferred Contract under section 365(b) of the Bankruptcy Code notwithstanding anything to the contrary in the Transferred Contract, or any other document, and the applicable counterparty shall be forever barred from asserting any additional cure or other amounts with respect to such Transferred Contract against the Debtors, the Buyer, or the property of any of them, and (ii) with regard to adequate assurance of future performance of the applicable Transferred Contract and the Buyer shall be deemed to have provided adequate assurance of future performance with respect to the applicable Transferred Contract in accordance with section 365(f)(2)(b) of the Bankruptcy Code notwithstanding anything to the contrary in the transferred contract or any other document.

## Additional Information

8. Copies of the Motion, the APA, and the Sale Order, as well as all exhibits thereto, and all other related documents filed with the Bankruptcy Court, may be obtained free of charge at the website dedicated to the Debtors' chapter 11 cases maintained by their claims and noticing agent, Kroll Restructuring Administration LLC, located at https://restructuring.ra.kroll.com/firstbrands.

Dated: May 29, 2026
Houston, Texas

*/s/ Clifford W. Carlson*

WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: gabriel.morgan@weil.com
clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason H. George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: matt.barr@weil.com
sunny.singh@weil.com
andriana.georgallas@weil.com
kevin.bostel@weil.com
jason.george@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**Certificate of Service**

I hereby certify that on May 29, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Clifford W. Carlson*
Clifford W. Carlson

# Exhibit A

## Transferred Contracts

**First Brands Group**
TMD Cure Claims

| Counterparty Name | Document Title | Debtor Name | Cure Claim Reconciled |
|---|---|---|---|
| MAGNA ELECTRONICS LLC | COMMODITY-SPECIFIC MULTI-PARTY AGREEMENT FOR TRIANGULAR DIRECTED TIER 2 SOURCING DATED: 01/07/2019 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | $1,742,192 |
| KW PLASTICS | VENDOR SCHEDULE CONTRACT DATED: 06/01/2015 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | 1,600,598 |
| VALEO NORTH AMERICA, INC. | SERVICE AGREEMENT- CHANGE TO CONTRACT DATED: 12/04/2023 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | 1,237,380 |
| INTELIGENTE TECHNOLOGIES, LLC | REPRESENTATIVE PURCHASE ORDER AGREEMENT AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | 1,066,433 |
| DECOFINMEX S.A. DE C.V. | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 1,057,977 |
| ST CLAIR TECHNOLOGIES | REPRESENTATIVE PURCHASE ORDER AGREEMENT AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | 692,555 |
| BLOW MOLDED SOLUTIONS LLC | REPRESENTATIVE PURCHASE ORDER AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 685,913 |
| FORMERRA LLC | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 522,760 |
| CELANESE POLYMERS HOLDINGS, INC | REPRESENTATIVE PURCHASE ORDER AGREEMENT AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | 515,152 |
| PACKAGING CORPORATION OF AMERICA | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 469,676 |
| TEKNOR APEX/THERMOPLASTIC | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 369,119 |
| INTEGRITY TOOL AND MOLD DE MEXICO S DE RL DE CV | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 367,000 |
| VALEO MEXICO CO., LTD. | COMMODITY-SPECIFIC MULTI-PARTY AGREEMENT FOR TRIANGULAR DIRECTED TIER 2 SOURCING DATED: 07/12/2018 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | 340,877 |
| ALPINE ELECTRONICS OF AMERICA, INC. | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 338,803 |
| WIX/M&H FILTRATION TECHNOLOGY | VENDOR SCHEDULE CONTRACT DATED: 08/11/2021 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | 301,650 |
| ORBIS CORPORATION | REPRESENTATIVE PURCHASE ORDER AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 297,905 |
| VITESCO TECHNOLOGIES USA, LLC | VENDOR SCHEDULE CONTRACT DATED: 09/16/2021 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | 255,888 |
| CARRDAN CORPORATION | VENDOR SCHEDULE CONTRACT DATED: 10/01/2014 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | 246,822 |
| STANDEX ELECTRONICS INC | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 236,513 |
| AUDIA ELASTOMERS | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 206,509 |
| PLASTOMER CORPORATION | REPRESENTATIVE PURCHASE ORDER AGREEMENT AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | 201,076 |

**First Brands Group**

TMD Cure Claims

| Counterparty Name | Document Title | Debtor Name | Cure Claim Reconciled |
|---|---|---|---|
| ITW CIP | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 138,898 |
| GROTE INDUSTRIES LLC | SUMMARY OF COMMODITY-SPECIFIC MULTI-PARTY AGREEMENT DATED: 02/22/2021 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | 127,172 |
| SEMBLEX CORPORATION | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 122,924 |
| S&A INDUSTRIES CORP. | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 114,913 |
| CONTINENTAL AUTOMOTIVE GMBH | YEARLY PRICING AND SUPPLY AGREEMENT FISCAL YEAR 2016 DATED: 01/01/2016 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | 114,374 |
| WASHINGTON PENN PLASTICS | VENDOR SCHEDULE CONTRACT DATED: 07/28/2025 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | 100,003 |
| CYPRIUM LLC | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 83,235 |
| TERMAX CORPORATION | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 82,173 |
| JOHNSON ELECTRIC NORTH AMERICA, INC | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 75,172 |
| VIKING PRODUCTS, INC. | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 69,598 |
| 401 WALL STREET, LLC | LEASE AGREEMENT DATED: 01/01/2024 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | 67,528 |
| CEBI USA, INC | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 63,959 |
| DOUG BROWN PACKAGING PRODUCTS | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 49,099 |
| MAVERICK LABEL LLC | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 47,628 |
| AMERICAN SEAL & GASKET, INC. | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 47,035 |
| BUCKEYE TELESYSTEM | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 45,918 |
| OHIO BUSINESS MACHINES LLC | LEASE AGREEMENT DATED: 12/05/2023 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | 43,141 |
| NETTELHOFF COLECTORES MEXICO | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 42,160 |
| FLAMBEAU INC | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 37,479 |
| ARMADA RUBBER MFG COMPANY | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 37,000 |
| AKWEL CADILLAC USA, INC. | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 35,312 |
| EFC INTERNATIONAL | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 32,162 |

**First Brands Group**
TMD Cure Claims

| Counterparty Name | Document Title | Debtor Name | Cure Claim Reconciled |
|---|---|---|---|
| REUTTER FG S. DE R.L. DE C.V. | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 31,877 |
| ADVANCED COMPOSITES | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 26,772 |
| QUALITY TOOL COMPANY | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 26,150 |
| ITW DELTAR FASTENERS | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 20,683 |
| YANFENG INTERNATIONAL AUTOMOTIVE TECHNOLOGY US I LLC | SELF-BILLING AGREEMENT DATED: 12/15/2023 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | 16,044 |
| DATANATIONAL CORPORATION | CUSTOM PROGRAMMING AND SUPPORT SERVICES AGREEMENT DATED: 02/19/2025 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | 14,245 |
| COOPER STANDARD AUTOMOTIVE | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 11,340 |
| MIDWEST MOLDING INC. | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 11,029 |
| LYONDELL BASELL | VENDOR SCHEDULE CONTRACT DATED: 09/09/2023 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | 10,943 |
| WESTAFLEX TUBOS FLEXIVEIS LTDA | REPRESENTATIVE PURCHASE ORDER AGREEMENT AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | 7,956 |
| MICO INDUSTRIES, INC. | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 6,711 |
| VALTEC, LLC | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 5,420 |
| NIFCO AMERICA | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 4,412 |
| ARGENT TAPE & LABEL, INC. | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 4,370 |
| ARGENT AUTOMOTIVE SYSTEMS INC | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 4,320 |
| EMHART FASTENING TEKNOLOGIES | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 3,758 |
| POWER & SIGNAL GROUP | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 3,307 |
| UNIFORM COLOR COMPANY | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 2,480 |
| PROGRESSIVE FINISHING, INC. | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | 2,451 |
| EXCO AUTOMOTIVE SOLUTIONS L.P. | REPRESENTATIVE PURCHASE ORDER AGREEMENT AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | 1,813 |

**First Brands Group**
TMD Cure Claims

| Counterparty Name | Document Title | Debtor Name | Cure Claim Reconciled |
|---|---|---|---|
| SUMMIT POLYMERS,INC. | REPRESENTATIVE PURCHASE ORDER AGREEMENT AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | 1,806 |
| DIVERSIFIED GRAPHICS, INC. | REPRESENTATIVE PURCHASE ORDER AGREEMENT AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | 1,563 |
| AMERICAN METAL & PLASTICS INC. | VENDOR SCHEDULE CONTRACT DATED: 06/01/2019 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | 1,404 |
| LEON INTERIORS INC. | REPRESENTATIVE PURCHASE ORDER AGREEMENT AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | 1,310 |
| WOORY AMERICA INC | REPRESENTATIVE PURCHASE ORDER AGREEMENT AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | 203 |
| DERBY FABRICATING SOLUTIONS | TRADE AGREEMENT AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | - |
| ENTEC POLYMERS LLC | VENDOR SCHEDULE CONTRACT DATED: 02/02/2023 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | - |
| AML SYSTEMS | REPRESENTATIVE PURCHASE ORDER AGREEMENT AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | - |
| BRADFORD COMPANY | REPRESENTATIVE PURCHASE ORDER AGREEMENT AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | - |
| GRANT INDUSTRIES, INC. | REPRESENTATIVE PURCHASE ORDER AGREEMENT AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | - |
| INTELIGENTE TECHNOLOGIES, LLC | REPRESENTATIVE PURCHASE ORDER AGREEMENT AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | - |
| INTELIGENTE TECHNOLOGIES, LLC | REPRESENTATIVE PURCHASE ORDER AGREEMENT AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | - |
| MATCOR AUTOMOTIVE (BROWN) | REPRESENTATIVE PURCHASE ORDER AGREEMENT AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | - |
| PLASTOMER CORPORATION | REPRESENTATIVE PURCHASE ORDER AGREEMENT AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | - |
| SOUTHCO, INC. | REPRESENTATIVE PURCHASE ORDER AGREEMENT AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | - |
| US FARATHANE CORPORATION | REPRESENTATIVE PURCHASE ORDER AGREEMENT AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | - |
| LEGGERA THIXO TECHNOLOGIES LLC | REPRESENTATIVE CONTRACT PURSUANT TO DEFAULT LETTER DATED: 10/03/2024 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | - |
| DATANATIONAL CORPORATION | WORK ORDER DATED: 02/19/2025 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | - |
| STORE MASTER FUNDING XIV, LLC | LEASE AGREEMENT DATED: 08/04/2017 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | - |
| CARRDAN CORPORATION | VENDOR SCHEDULE CONTRACT DATED: 01/01/2023 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | - |
| ENTEC POLYMERS LLC | VENDOR SCHEDULE CONTRACT DATED: 10/23/2023 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | - |

**First Brands Group**

TMD Cure Claims

| Counterparty Name | Document Title | Debtor Name | Cure Claim Reconciled |
|---|---|---|---|
| KW PLASTICS | VENDOR SCHEDULE CONTRACT DATED: 10/01/2014 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | - |
| ENTEC POLYMERS LLC | VENDOR SCHEDULE CONTRACT DATED: 01/23/2015 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | - |
| JBA INTERNATIONAL, INC. | CUSTOMER AGREEMENT DATED: 09/23/1996 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | - |
| YANFENG INTERNATIONAL AUTOMOTIVE TECHNOLOGY US I LLC | SELF-BILLING AGREEMENT DATED: 07/20/2023 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | - |
| CARRDAN CORPORATION | VENDOR SCHEDULE CONTRACT DATED: 12/28/2023 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | - |
| PLASTOMER CORPORATION | VENDOR SCHEDULE CONTRACT DATED: 09/22/2025 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | - |
| INTELIGENTE TECHNOLOGIES, LLC | VENDOR SCHEDULE CONTRACT DATED: 08/14/2025 AND ALL RELATED DOCUMENTS | TOLEDO MOLDING & DIE, LLC | - |
| ABC GROUP SALGA ASSOCIATES | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | - |
| CREATIVE FOAM CORPORATION | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | - |
| DRS INDUSTRIAL, LLC | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | - |
| EMHART TEKNOLOGIES | REPRESENTATIVE REPRESENTATIVE VENDOR SCHEDULE CONTRACT AND ALL RELATED AGREEMENTS | TOLEDO MOLDING & DIE, LLC | - |
| INFOR (US), LLC | SOFTWARE AGREEMENT | TOLEDO MOLDING & DIE, LLC | - |