**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **CASE NO. 25-90399 (CML)** |
| | § | |
| ***Debtors*** | § | **(Jointly Administered)** |

**<u>ORDER GRANTING ALPINE ELECTRONICS OF AMERICA, INC.'S MOTION TO COMPEL PAYMENT OF CURE AMOUNT</u>**

On this day, the Court considered Alpine Electronics of America, Inc.'s Motion to Enforce the Sale Order and Compel Payment of Cure Amount (the "Motion"). After considering the Motion, together with any response thereto and the arguments of counsel, if any, the Court finds that the Motion should be GRANTED. It is therefore,

**ORDERED** that the Motion is GRANTED. It is further,

**ORDERED** that TNJ Ohio, LLC is compelled to pay the previously ordered cure amount of $338,803.00 to Alpine Electronics of America, Inc.'s within 7 days of the entry of this Order.

**ORDERED** that if the cure payment is not made by TNJ Ohio, LLC, withing the time period provided by this Order, then WMC-KSA Holdings, LLC, shall pay $338,803.00 to Alpine Electronics of America, Inc.'s within 10 days of the entry of this Order.

Signed:

________________________________
Christopher Lopez
United States Bankruptcy Judge