**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | **Re: Docket Nos. 700, 3723** |

**SECOND NOTICE OF EXCESS FEES FOR KATTEN MUCHIN ROSENMAN LLP**

**PLEASE TAKE NOTICE** that, on November 17, 2025, the Court entered the *Order Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business Effective as of Petition Date* (Docket No. 700) (the "**OCP Order**").[2]

**PLEASE TAKE FURTHER NOTICE** that Katten Muchin Rosenman LLP ("**Katten**") has been retained as a Tier 1 Professional pursuant to the OCP Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 1(vii) of the OCP Order, the fees, excluding costs and reimbursable expenses, of each Tier 1 Professional shall not exceed $350,000 for each month on average over any three-month period on a rolling basis starting from the first full month after the Petition Date (the "**Tier 1 Monthly Cap**") and may not exceed $1,050,000 over a rolling 3-month period starting from the first full month after the Petition Date (the "**Tier 1 3-Month Cap**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 1(x) of the OCP Order, to the extent an Ordinary Course Professional seeks compensation in excess of its applicable

---

1 A complete list of the chapter 11 Debtors in the above-captioned cases may be obtained on the website of the claims and noticing agent retained in the Debtors' chapter 11 cases at https://restructuring.ra.kroll.com/firstbrands. The address of the Debtors' corporate headquarters is 127 Public Square, Suite 5300, Cleveland, OH 44114.

2 Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the OCP Order.

3-Month Cap (the "**Excess Fees**"), the Ordinary Course Professional must file with the Court a notice of fees in excess of the applicable cap (the "**Notice of Excess Fees**") and an invoice setting forth, in reasonable detail, the nature of the services rendered and disbursements actually incurred. The Reviewing Parties and other parties in interest shall then have 14 days to file an objection to the Notice of Excess Fees with the Court. If after 14 days no objection is filed, the Excess Fees will be deemed approved, and the Ordinary Course Professional may be paid 100% of its fees and 100% of its expenses without the need to file a fee application.

**PLEASE TAKE FURTHER NOTICE** that the fees and expenses accrued by Katten during the month ending August 31, 2026 totaled $295,772.66 (the "**August Fees**"). Katten's August Fees are below the Tier 1 Monthly Cap. However, because Katten's fees during the months ending June 30, 2026 and July 31, 2026 exceeded the Tier 1 3-Month Cap, for the reasons set forth in the First Notice of Excess Fees.[3]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the procedures set forth above, Katten hereby seeks payment of the August Fees. Invoices setting forth, in reasonable detail, the nature of the services rendered and disbursements actually incurred by Katten for the month ending August 31, 2026 are attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, if no objection to this Notice of Excess Fees is received prior to October 5, 2026, Katten's August Fees shall be deemed approved and Katten may be paid 100% of its fees and 100% of its expenses for the month ending August 31, 2026 without the need to file a formal fee application.

---

[3] The "**First Notice of Excess Fees**" means *Notice of Excess Fees for Katten Muchin Rosenman LLP* (Docket No. 3723).

Dated: September 21, 2026
Houston, Texas

*/s/ Cindi M. Giglio*
KATTEN MUCHIN ROSENMAN LLP
Steven J. Reisman
Cindi M. Giglio
Grace A. Thompson
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8800
Email: sreisman@katten.com
cgiglio@katten.com
grace.thompson@katten.com

**Certificate of Service**

I hereby certify that on September 21, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Cindi M. Giglio*
Cindi M. Giglio

# Exhibit A

## Invoices

Katten

Direct Billing Inquiries to:
**Lisa Henry**
lisa.henry@katten.com

**50 Rockefeller Plaza**
**New York, NY 10020-1605**

September 11, 2026

First Brands Group, LLC
Attn: Charles Moore
127 Public Square, Suite 5300
Cleveland, OH 44114

Invoice No. 40345035
Client No. 404528
Matter No. 00001

FEIN: 36-2796532

**Re: Wind Down OCP** (404528.00001)

| | |
|---|---|
| For legal services rendered through August 31, 2026 ........................................................ | $295,450.50 |
| Disbursements and other charges ............................................................................................ | $ 322.16 |
| **CURRENT INVOICE TOTAL:** | **$295,772.66** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES

Matter 00001: Wind Down OCP

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 01 Aug 26 | Thompson, Grace A. | Correspondence with C. Giglio regarding responses to sale questions, and provide comments to same (1.10); correspondence with A&M on rent obligations (.10); review post-closing updates regarding Walbro Asia (.10) | 1.30 |
| 01 Aug 26 | Giglio, Cindi M. | Correspondence related to inventory sales (1.90) | 1.90 |
| 01 Aug 26 | Riley, Rachel | Review emails from G. Thompson regarding the Patterson sale (.30) | 0.30 |
| 03 Aug 26 | Kraver, Jessica G. | Update form of BOS and send to P. Gleason (.30) | 0.30 |
| 03 Aug 26 | Thompson, Grace A. | Attend to matters regarding Patterson and City of Industry sales, including correspondence with Hilco on next steps, call with Winston/FTI, call with chapter 7 trustee counsel, follow-up with Parts Authority, correspondence with Weil regarding A/R requests, correspondence with chapter 7 trustee counsel responding to sale questions, revise provisions of Patterson bill of sale and related correspondence (2.60); follow-up regarding Friction One sale matters, lender signoff, etc., coordinate finalization and execution of same (.50); correspondence with buyer, Katten, and Weil regarding Jasper post-closing matters (.30); correspondence regarding upcoming IP sale (.10) | 3.50 |
| 03 Aug 26 | Borenstein, Evan S. | Attn to correspondence regarding name change process for Jasper (.20) | 0.20 |
| 03 Aug 26 | Post, Ethan E. | Review Vinson Elkins and Katten restructuring comments to Parts Authority bill of sale for Patterson location (.60) | 0.60 |
| 03 Aug 26 | Giglio, Cindi M. | Calls and emails regarding inventory issues (1.20) | 1.20 |
| 04 Aug 26 | Caleca, Alexandra R. | Review various foreign trademark office databases to identify and confirm ownership of pump-related IP portfolio to compare with schedules provided by debtor (4.40) | 4.40 |
| 04 Aug 26 | Thompson, Grace A. | Correspondence regarding outstanding diligence requested by landlords for upcoming auctions (.20); attend to matters regarding Patterson and COI sales, including follow-up with Parts Authority on drafts and next steps, correspondence with Katten/Weil regarding A/R matters, respond to chapter 7 questions (.60); correspondence regarding potential Hopkins purchaser (.10); attend to matters regarding M&E stipulation, including correspondence with lenders and Weil, call with PWP, call with B. Bonham (.60) | 1.50 |
| 04 Aug 26 | Giglio, Cindi M. | Call with D. McGuire and related follow up (.50) | 0.50 |
| 05 Aug 26 | Thompson, Grace A. | Attend to matters regarding Patterson and COI sales, including call with Hilco, call with Parts Authority team, review PA markup to Patterson bill of sale and related correspondence with V&E regarding customs questions, call with Patterson counsel, emails with E. Post on draft (2.70); respond to questions from GDC/HCG regarding closed sales and coordinate production of closing sets, and review related updates on post-closing Dalton real estate matters (.60); attend to matters regarding M&E stipulation, including | 4.20 |

## PROFESSIONAL SERVICES

Matter 00001: Wind Down OCP

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | correspondence with lenders and Hilco regarding budget matters, call with A. Leggiero regarding Planters and M&E matters, draft detailed update to Planters and related follow-up with lenders (.70); call with C. Giglio (.10) | |
| 05 Aug 26 | Post, Ethan E. | Review Porter Hedges/Parts Authority comments to Patterson bill of sale (1.10) | 1.10 |
| 05 Aug 26 | Giglio, Cindi M. | Call with G. Thompson (.10); call with Hilco (.40); call with PA counsel (.50); correspond regarding PG1 proceeds(.20); correspond and calls regarding rent/remaining inventory (.50) | 1.70 |
| 05 Aug 26 | Ward, Katie | Follow up with title on recorded documents regarding Dalton (.10); provide final closing documents to G. Thompson regarding Dalton and Jasper(.10) | 0.20 |
| 06 Aug 26 | Kraver, Jessica G. | Review response letter from MPA regarding Centric inventory and correspond with Hilco team regarding same (.50); correspond with G. Thompson regarding Centric inventory (.20) | 0.70 |
| 06 Aug 26 | Thompson, Grace A. | Attend to matters regarding Patterson and COI sales, including calls throughout the day with D. Dye, follow-up with chapter 7 trustee counsel, calls throughout the day with C. Giglio, respond to stakeholder questions and discuss strategic next steps, correspondence with Weil regarding rent payment considerations, draft bill of sale for Patterson/Friction One revised transaction, revise COI/Parts Authority bill of sale, incorporating latest considerations, correspondence with Parts Authority on next steps, attend to issues regarding rent and end of week deadlines, provide ongoing updates to chapter 7 trustee team regarding sale matters (4.50); follow up regarding M&E stipulation (.20); review and issue Wind Down Sale Notice regarding revised PGI - Costa Rica transaction and related correspondence with Hilco (.20); review new letter from MPA and related correspondence with Katten IP team on next steps (.30) | 5.20 |
| 06 Aug 26 | Glover, Wade A. | Attend to issues related to pre-closing officer and director resignation and removal for Walbro Asia and affiliates (1.00) | 1.00 |
| 06 Aug 26 | Giglio, Cindi M. | Review drafts and correspondence regarding Patterson (1.00) | 1.00 |
| 07 Aug 26 | Kraver, Jessica G. | Various correspondence regarding response to letter from MPA regarding Centric inventory (.30) | 0.30 |
| 07 Aug 26 | Caleca, Alexandra R. | Review Reply letter regarding MPA Inventory and related email correspondence regarding same (.60) | 0.60 |
| 07 Aug 26 | Thompson, Grace A. | Attend to matters regarding Patterson and COI sales, including call with C. Giglio, call with D. Dye, updates throughout the day to ABLs and chapter 7 trustee team, calls and correspondence with Friction One and counsel regarding sale, gating items, and next steps, revise Patterson/Friction One bill of sale, attend to matters regarding lease payment and related correspondence with various parties, review Parts | 6.10 |

## PROFESSIONAL SERVICES

Matter 00001: Wind Down OCP

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | Authority COI markup and related correspondence (3.60); attend confirmation hearing closing arguments with attention to matters involving case/sale timing, lien/proceeds matters, etc. (partial billed) (2.00); follow-up regarding Onset/Maplan (.10); follow-up regarding M&E stipulation (.10); respond to Weil question regarding Walbro Asia sale (.10); review and issue Wind Down Sale Notice for Trico/Super Steel and related correspondence with Hilco (.20) | |
| 07 Aug 26 | Giglio, Cindi M. | Call with G. Thompson (.30); review Centric correspondence (.30); attend portion of closing arguments (1.00); attend to landlord/inventory discussions (.40); Further correspondence related to Patterson (.50) | 2.50 |
| 08 Aug 26 | Thompson, Grace A. | Correspondence throughout the day with Parts Authority and Friction One regarding COI / Patterson sales; send updates and markup to chapter 7 trustee (1.30) | 1.30 |
| 08 Aug 26 | Giglio, Cindi M. | Correspond regarding COI (.40) | 0.40 |
| 09 Aug 26 | Thompson, Grace A. | Correspondence regarding Friction One next steps (.20) | 0.20 |
| 10 Aug 26 | Kraver, Jessica G. | Correspond with Hilco regarding Centric inventory and revise correspondence regarding same (.20); call with G. Thompson regarding same (.50); follow-up correspondence with G. Thompson and Friction One counsel regarding call to discuss Centric inventory (.30); review status update from G. Thompson (.10) | 1.10 |
| 10 Aug 26 | Caleca, Alexandra R. | Receive and review internal Katten correspondence regarding response to MPA's letter (.10) | 0.10 |
| 10 Aug 26 | Thompson, Grace A. | Attend to matters regarding Patterson and COI, including call with Hilco, respond to questions from stakeholders and related conferring with C. Wray, communications with Katten regarding MPA matters, meeting with chapter 7 counsel, calls with E. Zhang throughout the day, call with R. Gould, follow-up calls with E. Zhang, follow-up call with D. Dye, further follow-up call with E. Zhang, emails with Weil and A&M on next steps and rent matters, further correspondence with R. Sommers and E. Jones regarding Patterson sale and responding to questions, respond to Friction One questions regarding real estate matters, emails with A&M regarding stakeholder questions (4.80); call with J. Kraver (.50); call with Z. Schlichterz regarding Dalton utilities matters and related follow-up with A&M (.30); review updates regarding Dalton tax matters and other post-closing matters (.20): correspondence regarding PGI2 proceeds and stipulation (.30) | 6.10 |
| 11 Aug 26 | Kraver, Jessica G. | Prepare for and attend call with Foley (Friction One counsel) to discuss MPA letter regarding Centric inventory (1.80); call with A. Caleca (.20); follow-up correspondence with G. Thompson regarding same (.10) | 2.10 |

## PROFESSIONAL SERVICES

Matter 00001: Wind Down OCP

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 11 Aug 26 | Caleca, Alexandra R. | Call with J. Kraver to discuss MPA/Friction One inventory (.20); attention to correspondence regarding same (.10); receive and review e-mail from P. Gleason regarding pumps IP and updated schedule of same (.30); compare revised schedule with underlying data obtained from D. Schalk to determine next steps (1.50) | 2.10 |
| 11 Aug 26 | Thompson, Grace A. | Attend to matters regarding Patterson and COI sales, including call with Foley regarding IP/MPA matters and related emails about Centric inventory, correspondence regarding rent matters including with Winston, A&M and First Brands, call with D. Dye, calls with E. Zhang, follow-up and outreach throughout the day with E. Jones regarding Patterson, further updates regarding rent matters, emails with C. Wray and A&M regarding SVP accounts, further correspondence regarding sale diligence, response to key stakeholders' questions regarding Patterson sale and related follow up with Katten team, emails regarding next steps, attending to strategic communications throughout the day and evening regarding Patterson approval and next steps, emails with Weil (5.90); emails regarding PGI2 proceeds and sales involving Planters Bank (.30); correspondence regarding Maplan distribution (.20); emails with C. Wray regarding miscellaneous other sales, objections to same (.20); update regarding Pumps IP sale (.10) | 6.70 |
| 11 Aug 26 | Giglio, Cindi M. | Corresponding regarding Patterson (.50) | 0.50 |
| 12 Aug 26 | Thompson, Grace A. | Call with Katten/Hilco call with C. Wray, call with D. Dye call with D. McGuire, correspondence with various stakeholders regarding sale approval matters and potential next steps, attend to matters regarding rent payment, review updates from chapter 7 team and various questions regarding inventory sales, draft detailed email to chapter 7 and ABL counsel regarding rent and go-forward options, correspondence with Hilco regarding responses to stakeholders, email A. Yager regarding motion and next steps, (3.80); respond to E. Hilmo questions (.10); updates to M&E stipulation and emails with D. Waguespack, Milbank regarding same (.20) | 4.10 |
| 13 Aug 26 | Kraver, Jessica G. | Review background correspondence regarding Metelli License Agreement and review License Agreement (.60) | 0.60 |
| 13 Aug 26 | Caleca, Alexandra R. | Conduct trademark and patent diligence to revise and supplement Pumps IP schedules in preparation for potential sale (6.20); prepare summary of additional trademarks identified and discrepancies uncovered (.30); review US copyright office database in connection with same (.70) | 7.20 |
| 13 Aug 26 | Yager, Allison E. | Revise motion regarding wind down sales (2.00); draft declaration in support of same (1.10); review background documents from G. Thompson regarding | 4.60 |

## PROFESSIONAL SERVICES

Matter 00001: Wind Down OCP

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | same (.30); call with G. Thompson and R. Riley regarding same (1.20) | |
| 13 Aug 26 | Thompson, Grace A. | Attend meeting with lenders (.60); attend call with A. McKeown regarding various sale matters (.50); attend to matters regarding Patterson and COI sales, including call with I. Gold, call with D. Spiers regarding rent, call with D. Dye, call with E. Zhang regarding sale matters, correspondence regarding COI rent matters (3.20); call with R. Riley and A. Yager regarding sale and motion (1.20); attend to matters regarding location expenses, including review of materials from A&M, call with Hilco and A&M and related follow-up (.70); call with C. Carlson (.10); review updates regarding 1995 Billy Mitchell location expenses (.20); review updates regarding McHenry sale (.10) | 6.60 |
| 13 Aug 26 | Giglio, Cindi M. | Emails regarding inventory sales (.40) | 0.40 |
| 13 Aug 26 | Riley, Rachel | Call with G. Thompson and A. Yager regarding pending sale matters (1.20); review and analyze background emails related the Parts Authority sale and internal notes on the same (2.90) | 3.10 |
| 14 Aug 26 | Ash, Karen Artz | Review question raised with respect to European licensee; review license and asset sale agreement draft and provide guidance (.80) | 0.80 |
| 14 Aug 26 | Kraver, Jessica G. | Review pumps IP diligence summary from A. Caleca in preparation for call with Hilco and confer regarding same (.20); correspondence with K. Ash regarding Metelli license in preparation for call (.40); attend call with Hilco to discuss same and next steps (.50); confer with G. Thompson regarding rejected/assumed status of Metelli license and address follow-ups from call (.30) | 1.40 |
| 14 Aug 26 | Caleca, Alexandra R. | Finalize and send revised Pumps IP schedules to Hilco team (1.30); review license agreement and correspond internally regarding impact on proposed sales (.40); prepare for and attend call with Hilco team to discuss status of bids and timeline (.60); prepare executive summary of license agreement (.40) | 2.70 |
| 14 Aug 26 | Thompson, Grace A. | Attend to matters regarding sale proceeds, including follow-up regarding Maplan/Onset, reviewing A. McKeown / W. Johnston questions regarding Wind Down Order provisions and related correspondence, revise PGI stipulation and related correspondence with Milbank/GDC/Planters (1.60); attend to matters regarding Patterson/COI, including providing further comments to motion, emails with Katten team, call with D. Dye, review markup from PH (1.70); review and formally notice ASC sale, and email to consent parties (.20); correspondence regarding auction matters, landlord objection, etc. (.20); review McHenry updates (.10); correspondence regarding Trico sale (.10) | 3.90 |
| 14 Aug 26 | Riley, Rachel | Analyze documents and previous correspondence in | 1.70 |

**PROFESSIONAL SERVICES**
Matter 00001: Wind Down OCP

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | connection with inventory sales (1.70) | |
| 15 Aug 26 | Thompson, Grace A. | Emails regarding 1995 Billy Mitchell and diligence questions (.10) | 0.10 |
| 16 Aug 26 | Yager, Allison E. | Review G. Thompson edits to motion regarding wind down sales (.30) | 0.30 |
| 17 Aug 26 | Kraver, Jessica G. | Address various correspondence regarding updated pumps IP schedules and summary of Metelli license (.30) | 0.30 |
| 17 Aug 26 | Caleca, Alexandra R. | Revise executive summary of Metelli license agreement (.30); confer with J. Kraver regarding presentation of disclosure of same (.10); finalize and circulate summary of license (.20); incorporate updates to patent schedule (2.2); finalize schedules and circulate same (.30); exchange emails regarding P. Gleason regarding owning entity confirmation (.10); exchange further emails regarding Matelli license impact on schedules (.10); confer with J. Kraver and follow up with G. Thompson regarding potential rejection of license under Plan and next steps (.20); attention to additional e-mail correspondence regarding same (.20) | 3.70 |
| 17 Aug 26 | Yager, Allison E. | Revise motion regarding wind down sales and declaration in support of same (.70); attend call with Katten team regarding wind down sales (.60) | 1.30 |
| 17 Aug 26 | Thompson, Grace A. | Calls and emails with C. Giglio (1.00); call with Katten team (.60); call with C. Wray regarding sale matters (.50); attend to matters regarding Patterson and COI, including reviewing markup from buyer counsel for COI, call with Winston regarding sale expenses, correspondence regarding outstanding diligence questions for chapter 7 trustee regarding sales; mark-up COI bill of sale and related correspondence with Parts Authority, responsive email to chapter 7 trustee (1.70); follow-up with A&M regarding distribution of sale proceeds (.10); follow-up regarding consents for various sales (.10); correspondence regarding Pumps IP sale and questions related to chapter 11 (.10); correspondence regarding 1995 Billy Mitchell landlord matters and taxes (.20) | 4.30 |
| 17 Aug 26 | Glover, Wade A. | Attend to issues raised by local counsel regarding Walbro Asia transaction (1.00) | 1.00 |
| 17 Aug 26 | Giglio, Cindi M. | Discovery call (.40) | 0.40 |
| 17 Aug 26 | Riley, Rachel | Review correspondence from G. Thompson regarding potential sales status (.50); call with C. Giglio, G. Thompson, and A. Yager regarding sale motion (.60); review emails with A&M regarding the sales (.40); analyze email correspondence regarding inventory sales (1.90) | 3.40 |
| 18 Aug 26 | Kraver, Jessica G. | Correspond with P. Gleason regarding form of IP Assignment and review comments from PGI Northstar on Airtex BoS and provide comments on same (.70); review and respond to correspondence from P. Gleason and D. Peress regarding US Motorworks bid (.30) | 1.00 |

## PROFESSIONAL SERVICES

Matter 00001: Wind Down OCP

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 18 Aug 26 | Caleca, Alexandra R. | Correspond with P. Gleason regarding upcoming auction logistics (.10); attention to request of P. Gleason regarding form of IP Assignment (.10); confer with J. Kraver regarding same (.10); review marked Bill of Sale from US Motor Works (.20); review markup of BOS from PGI (.50); attention to correspondence from J. Kraver regarding counter-proposal (.10) | 1.10 |
| 18 Aug 26 | Thompson, Grace A. | Email regarding Airtex license and relate Pumps IP sale (.10); attend to matters regarding Patterson and COI, including correspondence regarding diligence requests and revise/send responsive email, emails with Hilco regarding same, follow-up with I. Gold, revise Patterson bill of sale with Friction One and related correspondence regarding revisions, call with Katten team, send formal Wind Down Sale Notice regarding COI and request applicable consents, emails about stakeholder question on COI sale, call with Friction One and Hilco regarding McHenry and Patterson sales (2.50); attend to matters regarding sale expenses, including emails with Hilco (.20); emails regarding 1995 Billy Mitchell (.10); email regarding Jasper name change (.10); email to W. Johnston regarding PGI2 proceeds and location expenses (.10); calls and correspondence with C. Giglio regarding various sale matters (.90) | 4.00 |
| 18 Aug 26 | Giglio, Cindi M. | Review /edits of chapter 7 responses (.40); calls and communications with G. Thompson (.90); call with team regarding sales (.50) | 1.80 |
| 18 Aug 26 | Riley, Rachel | Review and analyze draft correspondence from G. Thompson regarding sales (.50); analyze Protective Order and confidentiality issues regarding sales (.90); emails with G. Thompson (.30); call with G. Thompson, C. Giglio and D. Dye regarding sale (.50) | 2.20 |
| 19 Aug 26 | Kraver, Jessica G. | Review revisions to BOS and IP Assignment from US Motorworks and correspond with P. Gleason regarding same (.60) | 0.60 |
| 19 Aug 26 | Caleca, Alexandra R. | Correspond with G. Thompson and P. Gleason regarding auction scheduling and mechanics for pumps IP (.20) | 0.20 |
| 19 Aug 26 | Thompson, Grace A. | Attend to matters regarding Patterson/COI, McHenry inventory sales, including call with Friction One, call with R. Gould, call with J. George, respond to Evolution question on COI proceeds, emails with customs counsel, correspondence regarding COI signoff, and related emails (2.60); correspondence regarding IP auction (.30); correspondence regarding rejection of certain leases (.20) | 3.10 |
| 19 Aug 26 | Giglio, Cindi M. | Attend to correspondence regarding sale matters (.50) | 0.50 |
| 19 Aug 26 | Riley, Rachel | Review correspondence regarding the bill of sale (.40); emails with G. Thompson and D. Dye regarding the same (.30) | 0.70 |
| 20 Aug 26 | Kraver, Jessica G. | Correspond with D. Peress regarding notice to Airtex | 0.80 |

**PROFESSIONAL SERVICES**
Matter 00001: Wind Down OCP

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | bidders regarding Metelli license (.20); review correspondence with P. Gleason regarding auction procedures (.10); attend call with P. Gleason, D. Peress, A. Caleca and G. Thompson to discuss bids and auction prep (.50) | |
| 20 Aug 26 | Caleca, Alexandra R. | Prepare for and attend touchbase call with Hilco team and Katten regarding Pumps IP (.60); receive and review database of sets of IP bids and redlines from all potential bidders (1.30); prepare comparison of the foregoing for evaluation (.80); further review of revised Bills of Sale and IP Assignment Agreements to evaluate potential red flags per request of Hilco (1.40) | 4.10 |
| 20 Aug 26 | Thompson, Grace A. | Call with C. Giglio (.40); correspondence regarding distribution of proceeds for Onset/Maplan, PGI2 (.20); attend to matters regarding IP auction, including call with Katten/Hilco, correspondence regarding auction, review of materials from Hilco, emails with Weil about IP auction (1.10); attend call with lenders (.60); further calls throughout the day with C. Giglio and A. McKeown (.40); attend to matters regarding Patterson/ COI sales, including responding to various lender outreach, follow-up with PA and chapter 7 trustee, revise PA/FBG bill of sale and circulate seeking PA/7 signoff (.90); respond to questions regarding Dalton sale (.10); review Jasper name change documents and respond to Weil (.20) | 3.90 |
| 20 Aug 26 | Giglio, Cindi M. | Check in with G. Thompson and correspondence regarding Patterson and other deals (1.20); discuss upcoming auction and emails regarding same (.50) | 1.70 |
| 21 Aug 26 | Kraver, Jessica G. | Review revisions to Airtex BOS from various bidders in preparation for call with Hilco and correspond regarding same (.50); attend call with Hilco to discuss same (.40); review revised draft of Metelli BOS from A. Caleca and further revise same (.70); review revised draft of US Motorworks BOS from A. Caleca (.20); correspond with Hilco regarding same (.10) | 1.90 |
| 21 Aug 26 | Caleca, Alexandra R. | Prepare for and attend call with Hilco team regarding FBG Pumps bids (.80); circulate comparison chart regarding proposed bids (.10); receive and review updated redlines of Bills of Sale from bidders (.40); prepare and revise further markups of Matelli and US Motorwork Bills of Sale (1.20); review MPA letters to incorporate additional proposed language reflecting issues raised therein and advise J. Kraver of same (1.30); finalize schedule to be attached to winning sale and assignment docs (.10); attention to internal correspondence regarding same (.20) | 3.70 |
| 21 Aug 26 | Thompson, Grace A. | Attend to matters regarding Patterson/COI, including update to stakeholders regarding sales, emails with PA/7 trustee, emails regarding COI M&E and other questions from landlords (.40); email with A&M regarding sale proceeds (.10); review update regarding McHenry sale (.10) | 0.60 |

## PROFESSIONAL SERVICES

Matter 00001: Wind Down OCP

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 21 Aug 26 | Giglio, Cindi M. | Attend to matters regarding ongoing sales (.70) | 0.70 |
| 22 Aug 26 | Thompson, Grace A. | Calls and correspondence regarding Hilco extension, including call with D. McGuire (.40) | 0.40 |
| 24 Aug 26 | Caleca, Alexandra R. | Review redline and prepare responsive markup of Bill of Sale from Light Ray per request of P. Gleason and circulate same (.80) | 0.80 |
| 24 Aug 26 | Thompson, Grace A. | Attend to matters regarding sale proceeds and distribution, call with W. Johnston and C. Wray regarding sale proceeds and requirements for distribution (1.10); attend oral ruling on confirmation, with attention to matters relevant to sales and Hilco engagement (1.60); attend to matters regarding McHenry sale, including call with Freshfields, correspondence regarding Friction One, correspondence regarding FTZ (.80); follow-up with parties regarding Patterson/COI sales, including revision to Patterson/Parts Authority bill of sale, emails with relevant parties (.50); attend to matters regarding implications of conversion, including calls with A. McKeown, calls with C. Giglio, and correspondence with Hilco, Katten, A&M, etc. (1.80); emails regarding Jasper name change (.10); review updates for IP auction (.20) | 6.10 |
| 24 Aug 26 | Glover, Wade A. | Attend to post-closing issues raised by Buyer's counsel for Walbro Asia sale (.80) | 0.80 |
| 24 Aug 26 | Giglio, Cindi M. | Call regarding McHenry; correspondence regarding sales; listen to confirmation ruling and related follow-up; calls with G. Thompson (2.70) | 2.70 |
| 25 Aug 26 | Kraver, Jessica G. | Address various correspondence regarding auction and Light Ray BOS (.50) | 0.50 |
| 25 Aug 26 | Caleca, Alexandra R. | Attention to email correspondence with Matelli's counsel at Cozen O'Connor regarding markup of Matelli Bill of Sale (.10); email and call with M. Benedek of Cozen regarding same (.20); review redline prepared by Cozen (.10); provide internal update regarding open issues discussed and identified in Matelli BOS (.10); attend to follow up issues including running additional redline and circulating form IP Assignment Agreement to Cozen (.30); prepare for and attend Auction (.80); provide information to G. Thompson to prepare Notice (.10); review post-auction correspondence from backup bidders (.20); prepare signature pages for debtors and circulate same (.30) | 2.20 |
| 25 Aug 26 | Thompson, Grace A. | Attend IP auction and follow-up discussion with Hilco, attend to next steps, prepare Wind Down Sale Notice, coordinate debtor signature and signoff, review changes to bill of sale reflecting auction, and related correspondence with Katten and Hilco (1.70); correspondence regarding distribution of proceeds and related matters (.30); attend to matters regarding implications of conversion, including Hilco's role, continued access to owned and leased locations, upcoming auctions, efforts to finalize sales prior to | 4.70 |

## PROFESSIONAL SERVICES

Matter 00001: Wind Down OCP

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | conversion, calls with C. Giglio, calls with Hilco, review V&E analysis of FTZ-tariff issues relevant to conversion, and attend to discussions with various interested parties (2.50); follow-up with Parts Authority, email to Patterson landlord, COI landlord (.20) | |
| 25 Aug 26 | Giglio, Cindi M. | Calls to provide Hilco with advice related to all asset classes in light of case conversion; follow up on open sales issues; related calls with G. Thompson (3.30) | 3.30 |
| 26 Aug 26 | Kraver, Jessica G. | Review various correspondence with Hilco and Light Ray and revised drafts of BOS and IP Assignment (1.00) | 1.00 |
| 26 Aug 26 | Caleca, Alexandra R. | Receive and review request from Light Ray's counsel at Dunnington to obtain docket entry (.10); correspond with P. Gleason and circulate same (.10); correspond internally with ream regarding conversion and impact of same (.10); receive and review revisions to IP Assignment from Dunnington (.40); review proposed indemnity language for inclusion in Bill of Sale and advise Hilco team regarding same (.30); revise Bill of Sale and circulate clean and redline of same (.30); prepare responsive email to Dunnington regarding inquires on Notice, debtor/seller entities and final schedules (.10); review further revisions to Bill of Sale and confer with G. Thompson regarding same (.20); incorporate additional language regarding conversion and advise Hilco of same (.10); review Matelli license to determine scope and timing of potential royalties (.10); prepare and send summary email to Hilco regarding changes to IP Assignment and open issues (.40); call with P. Gleason to discuss same (.10); confer with G. Thompson regarding further assurances language and next steps (.20); incorporate further revisions to Bill of Sale to prepare final form and circulate same to Hilco (.50); emails with Dunnington regarding same (.10); receive and review additional proposed language regarding purchase price and payment mechanics and confirm same with P. Gleason (.30); consider further revisions to Assignment (.50); exchange correspondence internally with Dunnington to prepare final BOS and circulate same (.20); revise and send counter markup of IP Assignment to Dunnington (.50); touch base with J. Kraver regarding same (.10) | 6.50 |
| 26 Aug 26 | Thompson, Grace A. | Attend to matters regarding implications of conversion, including calls with C. Giglio, calls with A. McKeown, call with D. Dye, addressing Debtors'/Hilco's continued access to owned and leased locations for ongoing sales, auctions, and buyer pick-ups, correspondence regarding the foregoing (1.90); follow-up with regarding COI and Patterson sales, including emails to Parts Authority and landlords, email to V&E regarding sale matters, emails with Weil regarding rejection procedures (.40); | 3.30 |

**PROFESSIONAL SERVICES**
Matter 00001: Wind Down OCP

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | provide comments and respond to IP team's questions regarding Light Ray sale (.30); coordinate debtor signoff and finalization of second Waupaca sale (.10); provide comments on Hilco presentation for upcoming inventory and A/R efforts and related correspondence with D. Dye (.50) | |
| 26 Aug 26 | Giglio, Cindi M. | Advice related to issues for sale (1.70) | 1.70 |
| 27 Aug 26 | Kraver, Jessica G. | Review revised drafts of IP Assignment and various correspondence regarding same (.80) | 0.80 |
| 27 Aug 26 | Caleca, Alexandra R. | Attend to matters regarding IP sale, including finalizing IP Assignment, calls and emails with Dunnington regarding open matters (reps, further assurances, etc.), conferring internally and with P. Gleason, further revisions to bill of sale, finalize, compile and obtain signatures for sale (5.20) | 5.20 |
| 27 Aug 26 | Thompson, Grace A. | Attend to matters regarding COI and Patterson, including follow-up with chapter 7 trustee and Parts Authority, emails throughout the day with landlords, call with D. Dye, calls with Parts Authority and counsel, respond to landlord questions regarding rejection procedures (1.10); further comments on Hilco decks for upcoming stakeholder meetings, related call with D. Dye, and related correspondence (.60); attend lender call and related follow-up (.80); respond to further questions from Katten IP team, including emails to Weil regarding rep language/previous sales (.50); emails with A. Felix regarding Mexico engagement (.10) | 3.10 |
| 27 Aug 26 | Giglio, Cindi M. | Attend to Patterson/COI issues; follow up on LLC agreement (1.80) | 1.80 |
| 28 Aug 26 | Thompson, Grace A. | Attend to matters regarding City of Industry sale, including calls with M. Shriro, C. Giglio, D. Dye, etc.; correspondence throughout the day with buyer's counsel, Katten, Hilco, chapter 7 trustee, landlord counsels, A&M, etc.; attending to lease rejection/extension matters; review proposed conversion order and objections thereto, for issues relevant to sales and Hilco retention (3.70) | 3.70 |
| 28 Aug 26 | Giglio, Cindi M. | Attend to closing of various sales throughout the day (2.70) | 2.70 |
| 29 Aug 26 | Giglio, Cindi M. | Continue discussions related to COI/Patterson (.40) | 0.40 |
| 30 Aug 26 | Thompson, Grace A. | Continued follow-up regarding City of Industry sale, including emails, call with landlords, etc. (.60) | 0.60 |
| 31 Aug 26 | Thompson, Grace A. | Attend to matters regarding wind down sales, including related to City of Industry; calls and correspondence with C. Giglio, buyer's counsel, C. Carlson, landlord counsels, D. Dye, E. English, Weil, etc. throughout the day; attend to issues regarding end of month landlord matters, rejection, and extension; attend to closing matters and updates to key stakeholders (3.60); begin drafting care package for new chapter 7 trustee regarding wind down sales and related correspondence with Hilco regarding business inserts (2.80) | 6.40 |

## PROFESSIONAL SERVICES

Matter 00001: Wind Down OCP

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 31 Aug 26 | Giglio, Cindi M. | Work on closings prior to conversion (1.50) | 1.50 |
| | | **TOTALS:** | **205.60** |

## SUMMARY OF PROFESSIONAL SERVICES

Matter 00001: Wind Down OCP

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 20032 | Ash, Karen Artz | 0.80 | 2,220.00 | $1,776.00 |
| 44844 | Borenstein, Evan S. | 0.20 | 1,820.00 | $364.00 |
| 44107 | Caleca, Alexandra R. | 44.60 | 1,315.00 | $58,649.00 |
| 44904 | Giglio, Cindi M. | 29.30 | 2,070.00 | $60,651.00 |
| 44853 | Glover, Wade A. | 2.80 | 1,470.00 | $4,116.00 |
| 41653 | Kraver, Jessica G. | 13.40 | 1,495.00 | $20,033.00 |
| 44854 | Post, Ethan E. | 1.70 | 1,395.00 | $2,371.50 |
| 45025 | Riley, Rachel | 11.40 | 1,370.00 | $15,618.00 |
| 44616 | Thompson, Grace A. | 95.00 | 1,295.00 | $123,025.00 |
| 46246 | Ward, Katie | 0.20 | 990.00 | $198.00 |
| 44491 | Yager, Allison E. | 6.20 | 1,395.00 | $8,649.00 |
| | **TOTAL:** | **205.60** | | **$295,450.50** |

**TOTAL FEES:** **$295,450.50**

## DISBURSEMENTS

Matter 00001: Wind Down OCP

| Date | Description | Amount |
|---|---|---|
| 16 Jul 26 | Vendor: JP Morgan Commercial Card; Invoice#: JPMCC_JULY26_2; Date: 7/31/2026 - PNCC July 2026 - PHV Fee for A. Yager | 100.00 |
| 10 Aug 26 | Vendor: Federal Express (all US offices) Invoice#: 940582594 Date: 8/3/2026 - - Trking# 874863754000, on 7/27/2026 to: Nate Walker | 108.62 |
| 10 Aug 26 | Vendor: Federal Express (all US offices) Invoice#: 941456522 Date: 8/10/2026 - - Trking# 874979776510, on 8/3/2026 to: Husqvarna Group | 19.84 |
| 10 Aug 26 | Vendor: Federal Express (all US offices) Invoice#: 941456522 Date: 8/10/2026 - - Trking# 875124239830, on 8/4/2026 to: Indiana Dept. of Environmental Mgmt | 19.96 |
| 31 Aug 26 | Westlaw Legal Research: THOMPSON,GRACE on 8/14/2026 | 73.74 |
| | **TOTAL DISBURSEMENTS:** | **$322.16** |

## SUMMARY OF DISBURSEMENTS

Matter 00001: Wind Down OCP

| | |
|---|---|
| Courier | $148.42 |
| Service Fees | $100.00 |
| Legal Research | $73.74 |
| **TOTAL DISBURSEMENTS:** | **$322.16** |
| **MATTER TOTAL:** | **$295,772.66** |