**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CORELLE BRANDS ACQUISITION HOLDINGS LLC, et al. | ) | Case No. 25-90399 (CML) |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**RESPONDENTS' WITNESS AND EXHIBIT LIST**
**FOR THE HEARING SCHEDULE ON SEPTEMBER 23, 2026**

Argent Institutional Trust, as Litigation Trustee of the Instant Brands Litigation Trust ("Trustee"), Citadel Advisors LLC ("Citadel"), Parabellum Capital LLC ("Parabellum"), Benjamin Xie, Jonny Cheatle, and John Sinna (together, "Respondents") file this Witness and Exhibit List for the hearing scheduled on September 23, 2026 at 10:30am (prevailing Central Time). Respondents reserve the right to amend, supplement, or modify this list.

**WITNESSES**

Respondents may call any of the following witnesses:

1. Alan Halperin;

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or registration numbers in the applicable jurisdictions, are as follows: Corelle Brands (Texas) Inc. (2526); Corelle Brands Acquisition Holdings LLC (9089); Corelle Brands Acquisition Intermediate Holdings Inc. (3303); Corelle Brands Holdings Inc. (3318); Corelle Brands (Charleroi) LLC (7347); Corelle Brands LLC (0566); Corelle Brands (Corning) LLC (8085); Corelle Brands (Latin America) LLC (8862); EKCO Group, LLC (7167); EKCO Housewares, Inc. (0216); EKCO Manufacturing of Ohio, Inc. (7300); Corelle Brands (Canada) Inc. (5817); Instant Brands (Canada) Holding Inc. (4481); Instant Brands Inc. (8272); and Corelle Brands (GHC) LLC (9722). The address of the reorganized debtors' corporate headquarters is 3025 Highland Parkway, Suite 700, Downers Grove, IL 60515.

2. Jonny Cheatle;
3. John Sinna;
4. Martin Olson;
5. Any witness necessary to authenticate or prove admissibility of any document;
6. Any witness called by any other party or listed on any other party-in-interest's witness and/or exhibit list, including any witnesses whose testimony is submitted through deposition designation; and
7. Any witnesses necessary to rebut the evidence or testimony of any witness offered or designated by any other party.

**EXHIBITS**

| EX.# | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Litigation Trust Agreement (Feb. 27, 2024) | | | | |
| 2. | Exhibit C and Annex 1 to Litigation Trust Agreement (Feb. 27, 2024) | | | | |
| 3. | *Findings of Fact, Conclusions of Law, and Order (i) Confirming the Joint Chapter 11 Plan of Reorganization of Instant Brands Acquisition Holdings Inc. and its Debtor Affiliates and (ii) Approving the Disclosure Statement on a Final Basis* (Feb. 23, 2024) (Dkt. No. 1146) | | | | |
| 4. | *Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization of Instant Brands Acquisition Holdings Inc. and its Debtor Affiliates* (Jan. 11, 2024) | | | | |

| EX.# | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 5. | *Notice of Filing Plan Supplement to the Debtors' Combined Disclosure Statement and Joint Chapter 11 Plan* (Feb. 8, 2024) (Dkt. No. 1029) | | | | |
| 6. | Credit Agreement dated as of February 27, 2024 among Instant Brands Litigation Trust, as the Borrower, Acquiom Agency Services LLC, as Administrative Agent, and the Lenders Party Hereto (Feb. 27, 2024) | | | | |
| 7. | Amendment to Credit Agreement (Sept. 5, 2025) | | | | |
| 8. | Letter Agreement between Citadel Credit Master Fund LLC, Citadel Multi-Asset Master Fund Ltd., and InstaLit Funding 1 LLC (Dec. 27, 2024) (Dkt. 1701-1) | | | | |
| 9. | Letter Agreement between Citadel Credit Master Fund LLC, Citadel Multi-Asset Master Fund Ltd., and InstaLit Funding 2 LLC (Dec. 27, 2024) (Dkt. 1701-2) | | | | |
| 10. | Transfer Notice of Litigation Trust Interests transferred from Citadel Multi-Asset Master Fund to InstaLit Funding 1 LLC (Mar. 3, 2025) (Dkt. 1701-3) | | | | |
| 11. | Transfer Notice of Litigation Trust Interests transferred from Citadel Multi-Asset Master Fund to InstaLit Funding 2 LLC (Mar. 3, 2025) (Dkt. 1701-4) | | | | |
| 12. | Email from S. Vasser to A. Halperin et al. re "Instant Brands Litigation Trust Advisory Board" (Mar. 18, 2024) | | | | |
| 13. | Email from A. Halperin to J. Cheatle re "FW: Instant Brands Litigation Transfer – Consent Request" (Mar. 5, 2025) | | | | |

| EX.# | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 14. | Email from D. Patel to A. Halperin re "IB Trust Invoice – Ravago/DPL External" (May 20, 2025) | | | | |
| 15. | Email from D. Patel to D. Cohen re "Re: IB Trust Invoice – Ravago/DPL External" (June 4, 2025) | | | | |
| 16. | Email from A. Halperin to J. Cheatle re "RE: [EXTERNAL] FW: Instant Brands—proposed engagement letter" (Oct. 3, 2025) | | | | |
| 17. | Common Interest Agreement between Alan Halperin, in his capacity as Trustee of the Trust, Martin Olson, Benjamin Xie, Jonny Cheatle, John Sinna, Citadel, and Parabellum (Mar. 10, 2025) | | | | |
| 18. | Acceptance of Appointment and Joinder of J. Sinna (Feb. 23, 2026) | | | | |
| 19. | Transfer Notice of Litigation Trust Interests transferred from 11th Lane Holdings LLC to Citadel Multi-Asset Master Fund Ltd. (Nov. 26, 2024) | | | | |
| 20. | Transcript of the Deposition of John Sinna (Sept. 9, 2026) | | | | |
| 21. | Transcript of the Deposition of Martin Olson (Sept. 10, 2026) | | | | |
| 22. | Transcript of the Deposition of Alan Halperin (Sept. 16, 2026) | | | | |
| 23. | Transcript of the Deposition of Jonny Cheatle (Sept. 18, 2026) | | | | |
| 24. | Complaint against Cornell Capital LLC et al. filed in *Halperin v. Cornell Capital et al.*, Case No. 4:24-ap-03232 (Bankr. S.D. Tex.) (Nov. 13, 2024) (Dkt. No. 1) | | | | |

| EX.# | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 25. | *Agreed Order Regarding the Cornell Defendants' Motion to Transfer*, *Halperin v. Cornell Capital et al.*, Case No. 4:24-ap-03232 (Bankr. S.D. Tex.) (Apr. 9, 2025) (Dkt. No. 126) | | | | |
| 26. | *Opinion & Order* denying Defendants' Motions to Dismiss, *Halperin v. Cornell Capital et al.*, Case No. 1:25-cv-04890-MMG (S.D.N.Y.) (Aug. 5, 2026) (Dkt. No. 121) | | | | |
| 27. | *The Trustee's Emergency Motion in Support of a Proposed Order to Show Cause Regarding the Delaware Action Filed Against the Trustee* (Aug. 28, 2026) (Dkt. No. 1686) | | | | |
| 28. | *Joinder in Litigation Trustee's Objection to Cornell Capital LLC's Motion for Expedited Discovery and Response to Order to Show Cause* filed by DLA Piper LLP (US) (Aug. 29, 2026) (Dkt. No. 1694) | | | | |
| 29. | Assignment Agreement between Citadel Credit Master Fund LLC and Citadel Multi-Asset Master Fund Ltd.; Saratoga Investment Corp CLO 2013-1 Ltd.; Monroe Capital MML CLO 2017-1, Monroe Capital MML CLO VII, Ltd., Monroe Capital MML CLO X, LLC, Monroe Capital MML CLO XI, Ltd., Monroe Capital MML CLO XII, Ltd.; Jefferies Leveraged Credit Products LLC; and the Instant Brands Litigation Trust (Mar. 8, 2024) | | | | |
| 30. | Email from A. Halperin to J. Sinna et al. re "Instant Brands – Amended Common Interest Agreement" (Mar. 11, 2025) | | | | |

| EX.# | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 31. | Rebuttal or impeachment exhibits | | | | |
| 32. | Any item docketed in the above-captioned cases | | | | |
| 33. | Any exhibit identified, introduced or offered by any other party | | | | |

DATED: September 21, 2026

Respectfully submitted,

**MCKOOL SMITH, P.C.**

By: */s/ Joshua J. Newcomer*
Joshua J. Newcomer (SBN 24060329)
600 Travis St. Suite 7000
Houston, TX 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344
Email: jnewcomer@mckoolsmith.com

and

**ELSBERG BAKER & MARURI PLLC**
Vivek Tata (*pro hac vice*)
350 Fifth Avenue, 38th Floor
New York, NY 10118
Telephone: (212) 597-2400
Email: vtata@elsberglaw.com

***ATTORNEYS FOR THE LITIGATION TRUSTEE***

**DECHERT LLP**

By: */s/Allan S. Brilliant*
Allan S. Brilliant (admitted pro hac vice)
Gary Mennitt (admitted pro hac vice)
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Email: allan.brilliant@dechert.com
gary.mennitt@dechert.com

***ATTORNEYS FOR CITADEL ADVISORS LLC, JONNY CHEATLE, AND BENJAMIN XIE***

**RAINES FELDMAN LITTRELL LLP**

By: */s/ John C. Martin*
John C. Martin (admitted *pro hac vice*)
30 North LaSalle Street, Suite 3100
Chicago, IL 60602
Telephone: (312) 704-2172
Email: jmartin@raineslaw.com

- *and* -

**FISHEL LAW GROUP**

Michael Fishel (SBN 24082998)
602 Sawyer, Suite 400
Houston, TX 77007
Telephone: (713) 294-0379
Email: michael@fishellawgroup.com

***ATTORNEYS FOR PARABELLUM CAPITAL LLC AND JOHN SINNA***

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing instrument has been served on all counsel of record through the Court's CM/ECF system on system on this 21st day of September 2026.

*/s/ Joshua J. Newcomer*
Joshua J. Newcomer