# Exhibit 2

**EXHIBIT C**

LITIGATION TRUST DISTRIBUTION SCHEDULE

The Litigation Trustee (with the consent of the Litigation Trust Advisory Board) shall make distributions of any proceeds received from the pursuit, administration and liquidation of the Litigation Assets as follows:

(i) **first**, to the payment in full of all accrued and unpaid Litigation Trust expenses (including the fees and expenses of the Litigation Trustee, the Professionals, and the Litigation Trust Advisory Board members) that are accrued, outstanding and due and payable as of the date of such distribution until paid in full;

(ii) **secondly**, any remainder after the payments provided in the immediately preceding clause, to fund the Expense Fund in an amount not to exceed the greater of (i) the amount reserved for the Expense Fund in the Approved Budget then in effect and (ii) $350,000 as provided in Section 3.04(c) of the Litigation Trust Agreement;

(iii) **thirdly**, any remainder after the payments provided in the immediately preceding clause, in or towards the payment of all principal amounts then outstanding on the Litigation Trust Loans (including, for the avoidance of doubt, all accrued paid in kind interest, fees, and premiums in respect of the Litigation Trust Loans) until paid in full;

(iv) **fourthly**, any remainder after the payments provided in the immediately preceding clause and the repayment in full of the Litigation Trust Loans, into the Expense Fund an additional amount approved by the Litigation Trust Advisory Board sufficient to fund the costs and expenses of the Litigation Trust (including as necessary, through the Litigation Trust's dissolution and the satisfaction of the Litigation Trustee's duties in accordance with Section 9.02 of the Litigation Trust Agreement);

(v) **fifthly**, any remainder after the payments provided in the immediately preceding clause, *pro rata* to the holders of Litigation Trust Interests (including to the Distribution Agent as holder of 15% of the Litigation Trust Interests for the benefit of the holders of Allowed General Unsecured Claims (including, for the avoidance of doubt, Disputed General Unsecured Claims to the extent they ultimately become Allowed General Unsecured Claims); provided that such distributions to the Distribution Agent shall include the funding of any Distributions Reserve in respect of any Litigation Trust Interest which remain unallocated due to unresolved Disputed General Unsecured Claims in the Distribution Agent's records) until all such proceeds have been so applied. For the avoidance of doubt, following the receipt of any distribution from the Litigation Trust, the Distribution Agent shall apply such distributions in accordance with Article VIII.B of the Plan.

**LITIGATION TRUST DISTRIBUTION SCHEDULE**
**Annex 1 – Prepetition Term Loan Claims**

Prepetition Term Loan Lender Registry

| Lender Name | Fund Manager | Claim Number | Principal Outstanding | Trust Interests | Contact Name | Contact Address | Contact Phone | Contact Email | Wire Instructions |
|---|---|---|---|---|---|---|---|---|---|
| 11th Lane Holdings LLC | Centre Lane Partners | 10647 | $131,264,707.80 | 285,403.68 | Kenneth Eagle | One Grand Central Place, Suite 2200; New York, NY 10165 | 973-449-6502 | keagle@centrelanepartners.com | Bank name: JPMorgan Chase Bank, N.A. Bank routing number: 021000021 Account name: 11th Lane Holdings, LLC Account number: 741866260 |
| Citadel Credit Master Fund LLC | Citadel Limited Partnership | 10647 | $7,400,000.00 | 16,089.53 | Jordan Zahn | Citadel Multi-Asset Master Fund LLC C/O Citadel Enterprise Americas LLC; Southeast Financial Center, 200 S Biscayne Boulevard, Suite 3300; Miami, FL 33131 | 1 212-847-8497 | creditmo@citadel.com | Beneficiary Bank Name: The Bank of New York Mellon Beneficiary Bank SWIFT BIC: IRVTUS3N Beneficiary Fed ABA 021-000-018 Ultimate Beneficiary Account Name: Citadel Credit Master Fund LLC Ultimate Beneficiary Swift: 8901545147 Ref: {Borrower's Name} |
| Citadel Multi-Asset Master Fund Ltd. (1) | Citadel Limited Partnership | 10647 | $239,642,716.25 | 521,045.71 | Jordan Zahn | Citadel Multi-Asset Master Fund Ltd. C/O Citadel Enterprise Americas LLC; Southeast Financial Center; 200 S Biscayne Boulevard, Suite 3300; Miami, FL 33131 | 1 212-847-8497 | creditmo@citadel.com | Beneficiary Bank Name: The Bank of New York Mellon Beneficiary Bank SWIFT BIC: IRVTUS3N Beneficiary Fed ABA 021-000-018 Ultimate Beneficiary Account Name: Citadel Multi-Asset Master Fund Ltd. Ultimate Beneficiary Swift: 8901652024 Ref: {Borrower's Name} |
| MONROE CAPITAL MML CLO 2017-1, LTD. | Monroe Capital Management LLC | 10647 | $1,303,125.00 | 2,833.33 | Primary Contact: Monroe Capital Management C/O Jenny Le; Other Contact: U.S. Bank N.A. C/O Steven Hewitt; Monroe Capital Management C/O Tess Cross; Andrea Berdusco; Jeff Williams | Primary Address: 311 South Wacker Drive Suite 6400; Other Address: U.S. Bank N.A.; 1 Federal Street, 3rd Floor; Boston, MA 02110 | Primary Phone: 312.429.6597; Other Phone: 617.603.6744 | Primary Email: jle@monroecap.com; CLOadmin@monroecap.com; Other Email: Monroe.Capital.MML.2017.1@usbank.com; tcross@monroecap.com; aberdusco@monroecap.com; jwilliams@monroecap.com | Bank N.A.; ABA: 091-000-022; Account: 104793099623; Account Name: Monroe Capital MML CLO 2017-1 Ltd.; Ref: Monroe Capital MML CLO 2017-1 Ltd./Borrower's Name; Tax Witholding Form: Form W-8 |
| Monroe Capital MML CLO VII, Ltd | Monroe Capital Management LLC | 10647 | $1,303,125.00 | 2,833.33 | Primary Contact: Monroe Capital Management C/O Jenny Le; Other Contact: U.S. Bank N.A. C/O Steven Hewitt; Monroe Capital Management C/O Tess Cross; Andrea Berdusco; Jeff Williams | Primary Address: 311 South Wacker Drive Suite 6400; Other Address: U.S. Bank N.A.; 1 Federal Street, 3rd Floor; Boston, MA 02110 | Primary Phone: 312.429.6597; Other Phone: 617.603.6744 | Primary Email: Monroe.Capital.MML.CLO.VII@usbank.com; CLOadmin@monroecap.com; Other Email: Monroe.Capital.MML.CLO.VII@usbank.com; tcross@monroecap.com; aberdusco@monroecap.com; jwilliams@monroecap.com | Bank Name: U.S. Bank N.A.; ABA: 091-000-022; Account: 104793569393; Account Name: Monroe Capital MML CLO VII Ltd.; Ref: Monroe Capital MML CLO VII Ltd./Borrower's Name; Tax Witholding Form: |
| Monroe Capital MML CLO X, LLC | Monroe Capital Management LLC | 10647 | $1,737,500.00 | 3,777.78 | Primary Contact: Monroe Capital Management C/O Jenny Le; Other Contact: U.S. Bank N.A. C/O Mike Kam; Monroe Capital Management C/O Tess Cross; Andrea Berdusco; Jeff Williams | Primary Address: 311 South Wacker Drive Suite 6400; Other Address: U.S. Bank N.A.; 1 Federal Street, 3rd Floor; Boston, MA 02110 | Primary Phone: 312.429.6597; Other Phone: 617.603.6717 | Primary Email: Monroe.Capital.MML.CLO.X@usbank.com; CLOadmin@monroecap.com; Other Email: Monroe.Capital.MML.CLO.X@usbank.com; tcross@monroecap.com; aberdusco@monroecap.com; jwilliams@monroecap.com | Bank N.A.; ABA: 091-000-022; Account: 104794357145; Account Name: Monroe Capital MML CLO X, LLC; Ref: Borrower's Name/Monroe Capital MML CLO X, LLC; Tax Witholding Form: Form W-8 |
| Monroe Capital MML CLO XI, Ltd | Monroe Capital Management LLC | 10647 | $4,343,750.00 | 9,444.44 | Primary Contact: Monroe Capital Management C/O Jenny Le; Other Contact: U.S. Bank N.A. C/O Mike Kam; Monroe Capital Management C/O Tess Cross; Andrea Berdusco; Jeff Williams | Primary Address: 311 South Wacker Drive Suite 6400; Other Address: U.S. Bank N.A.; 1 Federal Street, 3rd Floor; Boston, MA 02110 | Primary Phone: 312.429.6597; Other Phone: 617.603.6717 | Primary Email: Monroe.Capital.MML.CLO.XI@usbank.com; CLOadmin@monroecap.com; Other Email: Monroe.Capital.MML.CLO.XI@usbank.com; tcross@monroecap.com; aberdusco@monroecap.com; jwilliams@monroecap.com | Bank Name: U.S. Bank N.A.; ABA: 091-000-022; Account: 104796840924; Account Name: Monroe Capital MML CLO XI, Ltd.; Ref: Borrower's Name/Monroe Capital MML CLO XI, Ltd.; Tax Witholding Form: Form W-8 |
| Saratoga Investment Corp. CLO 2013-1, Ltd. | Saratoga Partners | 10647 | $3,942,575.64 | 8,572.19 | Thomas Inglesby and Jonathan Crawford | 535 Madison Avenue, 4th, New York, NY 10022 | 212-906-7848; 212-906-7892 | tinglesby@saratogapartners.com; jcrawford@saratogapartners.com | Bank N.A.; ABA: 091-000-022; Account Number: 104790062509; Account Name: Saratoga Inv Corp 2013-1, Ltd.; Ref: Saratoga Inv Corp 2013-1, Ltd.; Reference: Saratoga Inv Corp 2013-1, Ltd. |

(1) Citadel Multi-Asset Master Fund Ltd. holds $180,950,598 in pre-petition term loan claims. However, it purchased litigation trust interests associated with an additional $58,692,118 of pre-petition term loan claims from Jefferies Leveraged Credit Products, LLC by letter agreements dated October 4, 2023 (relating to $54,348,368 of claims) and February 23, 2024 (relating to $4,343,750 of claims purchased by Jefferies Leveraged Credit Products, LLC from Monroe Capital MML CLO XII, Ltd.).