# Exhibit 12

| | |
|---|---|
| **From:** | Vasser, Shmuel |
| **To:** | Alan Halperin; Debra J. Cohen; Donna Lieberman |
| **Cc:** | Jonny Cheatle; Martin.olson@ravago.com; dpatel@dplllc.com; CitadelAgreementNotice@citadel.com; Brilliant, Allan |
| **Subject:** | Instant Brands Litigation Trust Advisory Board |
| **Date:** | Monday, March 18, 2024 3:23:21 PM |

Dear all, pursuant to section 4.07(b) of the Litigation Trust Agreement please be advised that Peter Zuckerman has resigned his position as Advisory Board Member. Please be further advised that, pursuant to section 4.07(d) of the Litigation Trust Agreement, Citadel Multi-Asset Master Fund Ltd., as the holder of the majority of Litigation Trust Interests issued on account of Prepetition Term Loans, hereby designates Benjamin Xie, as an employee of Citadel Americas Services LLC, as the successor Advisory Board Member. Except for the above, Mr. Xie's contact details are the same as Mr. Zuckerman's.

Should you have any question, please do not hesitate to contact me. Thank you.

**Shmuel Vasser**

**Dechert LLP**

+1 212 698 3691 Direct

+1 914 806 3012 Mobile

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.