# Exhibit 13

| | |
|---|---|
| **From:** | Alan Halperin |
| **To:** | Jonny Cheatle |
| **Cc:** | Debra J. Cohen |
| **Subject:** | FW: Instant Brands Litigation Transfer - Consent Request |
| **Date:** | Wednesday, March 5, 2025 6:22:29 PM |
| **Attachments:** | image004.jpg<br>image001.jpg<br>image002.jpg<br>image003.jpg |
| **Importance:** | High |

---

Jonny, you now have approval of the sale. Has it closed with Parabellum?

**From:** Dipesh Patel [mailto:dpatel@dplllc.com]
**Sent:** Tuesday, March 4, 2025 4:31 PM
**To:** Jonny Cheatle
**Cc:** Alan Halperin ; Martin.Olson@Ravago.com; Benjamin Xie
**Subject:** Re: Instant Brands Litigation Transfer - Consent Request

Yes

Dipesh Patel
D. Patel Law LLC
Tel: 908-296-0998
Email: dpatel@dplllc.com

On Tue, Mar 4, 2025 at 3:58 PM Jonny Cheatle <Jonny.Cheatle@citadel.com> wrote:

> Dear Trustee and Board Members:
>
> Please reply to this email with a “yes” to signify your consent to the transfer in whole of: (a) 90,407.17 units of interests in the Instant Brands Litigation Trust by Citadel Multi-Asset Master Fund Ltd. to InstaLit Funding 1 LLC, and (b) 74,298.92 units of interests in the Instant Brands Litigation Trust by Citadel Multi-Asset Master Fund Ltd. to InstaLit Funding 2 LLC.
>
> Regards.

**Jonny Cheatle**
O: +1 347-797-5489 | C: +1 347-836-1983

The sender is an attorney. This email may contain privileged attorney-client communications and/or work product

350 Park Avenue, New York, NY 10022
www.Citadel.com