# Exhibit 14

---

**From:** Dipesh Patel <dpatel@dplllc.com>
**Sent:** Tuesday, May 20, 2025 6:55 AM
**To:** Alan Halperin
**Cc:** Debra J. Cohen
**Subject:** Re: IB Trust Invoice - Ravago/DPL External

Alan - payment received, thank you. Separately, Martin from Ravago is retiring and will no longer be the contact at Ravago. Please update the committee list to add Paulo (info below) as the contact.

Thanks,
Dipesh

**Paulo Menezes | Director of Credit**

**Ravago Americas**

1900 Summit Tower Blvd, Orlando, FL 32810

paulo.menezes@ravago.com

Dipesh Patel
D. Patel Law LLC
Tel: 908-296-0998
Email: dpatel@dplllc.com

On Wed, May 7, 2025 at 2:36 PM Alan Halperin <ahalperin@halperinlaw.net> wrote:

> Thanks Dipesh, we will have the queued for payment.
>
> **From:** Dipesh Patel [mailto:dpatel@dplllc.com]
> **Sent:** Friday, May 2, 2025 2:48 PM
> **To:** Alan Halperin <ahalperin@halperinlaw.net>; Debra J. Cohen <dcohen@halperinlaw.net>
> **Subject:** IB Trust Invoice - Ravago/DPL External
>
> Alan and Debra - Attached please find my invoice for services rendered related to trust matters on account of Ravago through April 30, 2025. Please let me know if you have any questions. Thank you.
>
> Regards,
>
> Dipesh

Dipesh Patel

D. Patel Law LLC

Tel: 908-296-0998

Email: dpatel@dplllc.com