# Exhibit 15

| | |
|---|---|
| **From:** | Dipesh Patel |
| **To:** | Debra J. Cohen |
| **Cc:** | Alan Halperin |
| **Subject:** | Re: IB Trust Invoice - Ravago/DPL External |
| **Date:** | Wednesday, June 4, 2025 11:03:06 AM |

Great, thank you.

Dipesh Patel
D. Patel Law LLC
Tel: 908-296-0998
Email: dpatel@dplllc.com

On Wed, Jun 4, 2025 at 10:59 AM Debra J. Cohen <dcohen@halperinlaw.net> wrote:

> Updated per the attached.
>
> **From:** Dipesh Patel [mailto:dpatel@dplllc.com]
>
> **Sent:** Saturday, May 31, 2025 9:11 AM
> **To:** Debra J. Cohen <dcohen@halperinlaw.net>
> **Cc:** Alan Halperin <ahalperin@halperinlaw.net>
> **Subject:** Re: IB Trust Invoice - Ravago/DPL External
>
> Alan and Debra - Good morning. We have decided to further update the contact for Ravago going forward. Below is the updated contact information for the new representative:
>
> Jeff Amato
>
> Regional Credit Manager
>
> 10 Westport Road
>
> Wilton, CT 06987
>
> Cell Phone 614-800-7958
>
> E-mail: jeff.amato@ravago.com
>
> Dipesh Patel
>
> D. Patel Law LLC
>
> Tel: 908-296-0998
>
> Email: dpatel@dplllc.com
>
> On Tue, May 20, 2025 at 8:04 PM Dipesh Patel <dpatel@dplllc.com> wrote:
>
> > Sure, here you go:

Office: 407.875.6641

Dipesh Patel

D. Patel Law LLC

Tel: 908-296-0998

Email: dpatel@dplllc.com

On Tue, May 20, 2025 at 12:08 PM Debra J. Cohen <dcohen@halperinlaw.net> wrote:

> Thank you. we updated the address information, but can you please provide a telephone number?
>
> **From:** Dipesh Patel [mailto:dpatel@dplllc.com]
> **Sent:** Tuesday, May 20, 2025 6:55 AM
> **To:** Alan Halperin <ahalperin@halperinlaw.net>
> **Cc:** Debra J. Cohen <dcohen@halperinlaw.net>
> **Subject:** Re: IB Trust Invoice - Ravago/DPL External
>
> Alan - payment received, thank you. Separately, Martin from Ravago is retiring and will no longer be the contact at Ravago. Please update the committee list to add Paulo (info below) as the contact.
>
> Thanks,
>
> Dipesh
>
> **Paulo Menezes | Director of Credit**
>
> **Ravago Americas**
>
> 1900 Summit Tower Blvd, Orlando, FL 32810
>
> paulo.menezes@ravago.com
>
> Dipesh Patel
>
> D. Patel Law LLC
>
> Tel: 908-296-0998
>
> Email: dpatel@dplllc.com
>
> On Wed, May 7, 2025 at 2:36 PM Alan Halperin <ahalperin@halperinlaw.net> wrote:

Thanks Dipesh, we will have the queued for payment.

**From:** Dipesh Patel [mailto:dpatel@dplllc.com]
**Sent:** Friday, May 2, 2025 2:48 PM
**To:** Alan Halperin <ahalperin@halperinlaw.net>; Debra J. Cohen <dcohen@halperinlaw.net>
**Subject:** IB Trust Invoice - Ravago/DPL External

Alan and Debra - Attached please find my invoice for services rendered related to trust matters on account of Ravago through April 30, 2025. Please let me know if you have any questions. Thank you.

Regards,

Dipesh

Dipesh Patel

D. Patel Law LLC

Tel: 908-296-0998

Email: dpatel@dplllc.com