# Exhibit 16

**From:** Alan Halperin
**To:** "Jonny Cheatle"
**Subject:** RE: [EXTERNAL] FW: Instant Brands--proposed engagement letter
**Date:** Friday, October 3, 2025 2:21:01 PM
**Attachments:** image001.jpg
image002.jpg
image003.jpg
image004.jpg
DPL_Ravago - September 2025 Invoice (Instant Brands Trust)_.pdf

---

Hi Jonny, just tried to reach you – left a voicemail on your cell phone.

1. Just so I am clear, are you saying that the trail retainer is the one open point, but that it is covered by budget and withdrawal right? Or that we need to push back on that?
2. Heard back from Dipesh Patel. Ravago is prepared to resign from the trust oversight board, only caveat is that Dipesh's last bill be paid. He sent it a bit earlier (it is attached) - it totals $2,100, which is less than his remaining budget for the year of $3,280. Please conform this is ok to pay, then I will let Dipesh know we will be issuing the payment to him and the remaining board members can appoint Ravago's replacement as per the terms of the Trust agreement.

Call at 2:30, and zoom at 3 pm, then should free up for as bit after that.
Alan

**From:** Jonny Cheatle [mailto:Jonny.Cheatle@citadel.com]
**Sent:** Thursday, October 2, 2025 1:32 PM
**To:** Alan Halperin
**Subject:** RE: [EXTERNAL] FW: Instant Brands--proposed engagement letter

[redacted]

**Jonny Cheatle**
O: +1 347-797-5489 | C: +1 347-836-1983
The sender is an attorney. This email may contain privileged attorney-client communications and/or work product

350 Park Avenue, New York, NY 10022
www.Citadel.com

**From:** Alan Halperin <ahalperin@halperinlaw.net>
**Sent:** Wednesday, October 1, 2025 5:40 PM
**To:** Jonny Cheatle <Jonny.Cheatle@citadel.com>
**Subject:** [EXTERNAL] FW: Instant Brands--proposed engagement letter

**Caution:** This email originated from outside the firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[redacted]

[redacted]

- [redacted]
- [redacted]
- [redacted]

[redacted]

Alan

---

**From:** Vivek Tata [mailto:vtata@elsberglaw.com]
**Sent:** Wednesday, October 1, 2025 2:44 PM
**To:** Alan Halperin <ahalperin@halperinlaw.net>; Rogan Feng <RFeng@elsberglaw.com>
**Cc:** David Elsberg <delsberg@elsberglaw.com>; Debra J. Cohen <dcohen@halperinlaw.net>
**Subject:** RE: Instant Brands--proposed engagement letter

[redacted]

Vivek Tata
Partner & General Counsel [Bio]

ELSBERG BAKER & MARURI PLLC [Web]
"2025 Boutique of the Year" – Benchmark Litigation
"#1 Best Midsized Firm to Work For" – Vault
212.597.2607 (o)
202.230.6816 (m)

---

**From:** Alan Halperin <ahalperin@halperinlaw.net>
**Sent:** Monday, September 29, 2025 2:33 PM
**To:** Rogan Feng <RFeng@elsberglaw.com>; Vivek Tata <vtata@elsberglaw.com>
**Cc:** David Elsberg <delsberg@elsberglaw.com>; Debra J. Cohen <dcohen@halperinlaw.net>
**Subject:** RE: Instant Brands--proposed engagement letter

[redacted]

Alan

---

**From:** Rogan Feng [mailto:RFeng@elsberglaw.com]
**Sent:** Thursday, September 25, 2025 5:17 PM
**To:** Alan Halperin <ahalperin@halperinlaw.net>; Vivek Tata <vtata@elsberglaw.com>
**Cc:** David Elsberg <delsberg@elsberglaw.com>; Debra J. Cohen <dcohen@halperinlaw.net>
**Subject:** RE: Instant Brands--proposed engagement letter

[redacted]

Rogan Feng
Associate [Bio]

ELSBERG BAKER & MARURI PLLC [Web]
212.597.2613 (o)
617.230.0190 (m)

**From:** Alan Halperin <ahalperin@halperinlaw.net>
**Sent:** Thursday, September 25, 2025 4:38 PM
**To:** Rogan Feng <RFeng@elsberglaw.com>; Vivek Tata <vtata@elsberglaw.com>
**Cc:** David Elsberg <delsberg@elsberglaw.com>; Debra J. Cohen <dcohen@halperinlaw.net>
**Subject:** RE: Instant Brands--proposed engagement letter

[redacted]

Alan

**From:** Rogan Feng [mailto:RFeng@elsberglaw.com]
**Sent:** Thursday, September 25, 2025 2:32 PM
**To:** Vivek Tata <vtata@elsberglaw.com>; Alan Halperin <ahalperin@halperinlaw.net>
**Cc:** David Elsberg <delsberg@elsberglaw.com>; Debra J. Cohen <dcohen@halperinlaw.net>
**Subject:** RE: Instant Brands--proposed engagement letter

[redacted]

Rogan Feng
Associate [Bio]

ELSBERG BAKER & MARURI PLLC [Web]
212.597.2613 (o)
617.230.0190 (m)

**From:** Vivek Tata <vtata@elsberglaw.com>
**Sent:** Thursday, September 18, 2025 5:44 PM
**To:** Alan Halperin <ahalperin@halperinlaw.net>
**Cc:** David Elsberg <delsberg@elsberglaw.com>; Rogan Feng <RFeng@elsberglaw.com>; Debra J. Cohen <dcohen@halperinlaw.net>
**Subject:** Re: Instant Brands--proposed engagement letter

[redacted]

**From:** Alan Halperin <ahalperin@halperinlaw.net>

**Date:** Wednesday, September 17, 2025 at 2:57 PM
**To:** Vivek Tata <vtata@elsberglaw.com>
**Cc:** David Elsberg <delsberg@elsberglaw.com>, Rogan Feng <RFeng@elsberglaw.com>, Debra J. Cohen <dcohen@halperinlaw.net>
**Subject:** Re: Instant Brands--proposed engagement letter

[redacted]

Alan Halperin
Halperin Battaglia Benzija, LLP
212-765-9100

Sent from my iPhone, please excuse any typos!

On Sep 17, 2025, at 12:44 PM, Vivek Tata <vtata@elsberglaw.com> wrote:

[redacted]

Vivek Tata

Partner & General Counsel [Bio]<http://www.elsberglaw.com/trial-attorneys/vivek-tata>

---

ELSBERG BAKER & MARURI PLLC [Web]<http://www.elsberglaw.com/>

212.597.2607 (o)

202.230.6816 (m)

(he/him/his)

---

From: Alan Halperin <ahalperin@halperinlaw.net>
Sent: Wednesday, September 17, 2025 1:12:22 PM
To: Vivek Tata <vtata@elsberglaw.com>
Cc: David Elsberg <delsberg@elsberglaw.com>; Rogan Feng <RFeng@elsberglaw.com>; Debra J. Cohen <dcohen@halperinlaw.net>
Subject: Re: Instant Brands--proposed engagement letter

[redacted]

Alan Halperin
Halperin Battaglia Benzija, LLP
212-765-9100

Sent from my iPhone, please excuse any typos!

On Sep 16, 2025, at 5:17 PM, Vivek Tata <vtata@elsberglaw.com> wrote:

[redacted]

Vivek Tata

Partner & General Counsel [Bio]<http://www.elsberglaw.com/trial-attorneys/vivek-tata>>

ELSBERG BAKER & MARURI PLLC [Web]<http://www.elsberglaw.com/>>

212.597.2607 (o)

202.230.6816 (m)

(he/him/his)

From: Alan Halperin <ahalperin@halperinlaw.net>
Sent: Tuesday, September 16, 2025 6:16:46 PM
To: Vivek Tata <vtata@elsberglaw.com>
Cc: David Elsberg <delsberg@elsberglaw.com>; Rogan Feng <RFeng@elsberglaw.com>; Debra J. Cohen <dcohen@halperinlaw.net>
Subject: Re: Instant Brands--proposed engagement letter

[redacted]

Alan Halperin
Halperin Battaglia Benzija, LLP
212-765-9100

Sent from my iPhone, please excuse any typos!

On Sep 16, 2025, at 6:05 PM, Vivek Tata <vtata@elsberglaw.com> wrote:

[redacted]

Vivek Tata

Partner & General Counsel [Bio]<http://www.elsberglaw.com/trial-attorneys/vivek-tata>
<http://www.elsberglaw.com/trial-attorneys/vivek-tata>>>

---

ELSBERG BAKER & MARURI PLLC [Web]<http://www.elsberglaw.com/>
<http://www.elsberglaw.com/>>>

212.597.2607 (o)

202.230.6816 (m)

(he/him/his)

---

From: Alan Halperin <ahalperin@halperinlaw.net>
Sent: Tuesday, September 16, 2025 5:51:27 PM
To: Vivek Tata <vtata@elsberglaw.com>; David Elsberg <delsberg@elsberglaw.com>; Rogan Feng <RFeng@elsberglaw.com>
Cc: Debra J. Cohen <dcohen@halperinlaw.net>
Subject: RE: Instant Brands--proposed engagement letter

[redacted]

From: Vivek Tata [mailto:vtata@elsberglaw.com]
Sent: Tuesday, September 16, 2025 4:21 PM
To: Alan Halperin <ahalperin@halperinlaw.net>; David Elsberg <delsberg@elsberglaw.com>; Rogan Feng <RFeng@elsberglaw.com>
Cc: Debra J. Cohen <dcohen@halperinlaw.net>

Subject: Re: Instant Brands--proposed engagement letter

[redacted]

[redacted]

Vivek Tata

Partner & General Counsel [Bio]<http://www.elsberglaw.com/trial-attorneys/vivek-tata>
<http://www.elsberglaw.com/trial-attorneys/vivek-tata>>>

---

ELSBERG BAKER & MARURI PLLC [Web]<http://www.elsberglaw.com/>
<http://www.elsberglaw.com/>>>

212.597.2607 (o)

202.230.6816 (m)

(he/him/his)

---

From: Vivek Tata <vtata@elsberglaw.com< span="">>>
Sent: Monday, September 15, 2025 5:25:13 PM
To: Alan Halperin <ahalperin@halperinlaw.net< span="">>>; David Elsberg
<delsberg@elsberglaw.com< span="">>>; Rogan Feng <RFeng@elsberglaw.com< span="">>>
Cc: Debra J. Cohen <dcohen@halperinlaw.net< span="">>>
Subject: Re: Instant Brands--proposed engagement letter

[redacted]

From: Alan Halperin <ahalperin@halperinlaw.net< span="">>>
Date: Monday, September 15, 2025 at 5:19 PM
To: Vivek Tata <vtata@elsberglaw.com< span="">>>, David Elsberg <delsberg@elsberglaw.com< span="">>>, Rogan Feng <RFeng@elsberglaw.com< span="">>>
Cc: Debra J. Cohen <dcohen@halperinlaw.net< span="">>>
Subject: RE: Instant Brands--proposed engagement letter

[redacted]

[redacted]

[redacted]

Alan

From: Vivek Tata [mailto:vtata@elsberglaw.com]
Sent: Wednesday, September 3, 2025 10:58 AM
To: Alan Halperin <ahalperin@halperinlaw.net< span="">>>; David Elsberg <delsberg@elsberglaw.com< span="">>>; Rogan Feng <RFeng@elsberglaw.com< span="">>>
Subject: RE: Instant Brands--proposed engagement letter

[redacted]

[redacted]

Vivek Tata

Partner & General Counsel [Bio]<http://www.elsberglaw.com/trial-attorneys/vivek-tata>
<http://www.elsberglaw.com/trial-attorneys/vivek-tata>>>

---

ELSBERG BAKER & MARURI PLLC [Web]<http://www.elsberglaw.com/>
<http://www.elsberglaw.com/>>>

“2025 Boutique of the Year” – Benchmark Litigation

“#1 Best Midsized Firm to Work For” – Vault

212.597.2607 (o)

202.230.6816 (m)

From: Vivek Tata
Sent: Friday, August 29, 2025 12:26 PM
To: ahalperin@halperinlaw.net< span="">>; David Elsberg <delsberg@elsberglaw.com< span="">>>; Rogan Feng <RFeng@elsberglaw.com< span="">>>
Subject: Instant Brands--proposed engagement letter

[redacted]

[redacted]

[redacted]

Sincerely,

Vivek Tata

Partner & General Counsel [Bio]<http://www.elsberglaw.com/trial-attorneys/vivek-tata>
<http://www.elsberglaw.com/trial-attorneys/vivek-tata>>>

---

ELSBERG BAKER & MARURI PLLC [Web]<http://www.elsberglaw.com/>
<http://www.elsberglaw.com/>>>

“2025 Boutique of the Year” – Benchmark Litigation

“#1 Best Midsized Firm to Work For” – Vault

212.597.2607 (o)

202.230.6816 (m)