# Exhibit 18

ACCEPTANCE OF APPOINTMENT AND JOINDER

Alan D. Halperin, Esq.
c/o Halperin Battaglia Benzija, LLP
40 Wall Street, 37th Floor
New York, New York 10025

Benjamin Xie
c/o Citadel Enterprise Americas LLC
Southeast Financial Center
200 S Biscayne Boulevard, Suite 3300
Miami, FL 33131
FAO: Legal Department

Jonny Cheatle
C/O Citadel Enterprise Americas LLC
Southeast Financial Center
200 S Biscayne Boulevard, Suite 3300
Miami, FL 33131
FAO: Legal Department

Re: Instant Brands Litigation Trust

I have reviewed the Litigation Trust Agreement dated as of February 27, 2024 (the "Litigation Trust Agreement") and by my signature below, I hereby accept my appointment as a member of the Litigation Trust Advisory Board, and I hereby acknowledge and agree (a) to be bound by the Litigation Trust Agreement, (b) that upon the date hereof, without any further act, deed or conveyance, I shall be vested with all rights, powers, trusts, and duties of a member the Litigation Trust Advisory Board, and (c) to perform and observe, each and every one of the covenants, agreements, terms, conditions, obligations, appointments, duties and liabilities of a member of the Litigation Trust Advisory Board.

My contact information for notice in accordance with Section 11.06 of the Litigation Trust Agreement is as follows:

John L. Sinna
c/o Parabellum Capital LLC
810 Seventh Avenue, Suite 2900
New York, NY 10019
(212) 726-2640
jsinna@parabellumcap.com

Signed by:
John Sinna
D49C63BB79B4420
JOHN L. SINNA
Dated: February 23, 2026

{00356772.1 / 1469-001 }

UNANIMOUS CONSENT OF REMAINING BOARD MEMBERS

Martin Olson of Ravago Americas LLC having resigned from the Oversight Board (the "Board") of the Instant Brands Litigation Trust (the "Trust"), the undersigned remaining board members hereby unanimously consent to the Appointment of John L. Sinna of Parabellum Capital LLC to the Board.

Benjamin Xie, Board Member
Instant Brands Litigation Trust

Jonny Cheatle, Board Member
Instant Brands Litigation Trust