# Exhibit 19

# TRANSFER NOTICE

## (LITIGATION TRUST INTERESTS)

To: Alan Halperin, Litigation Trustee and the Litigation Trust Advisory Board, both of that certain Litigation Trust Agreement, dated as of February 27, 2024, as amended, restated, supplemented or otherwise modified, from time to time (the "**Litigation Trust Agreement**"), by and among, the Litigation Trustee, and Corelle Brands Acquisition Holdings LLC (f/k/a Instant Brands Acquisition Holdings Inc.), on behalf of itself and the other parties set forth

| | |
|---|---|
| Transferor: | **11th Lane Holdings LLC** (the "**Transferor**") |
| Transferee: | **Citadel Multi-Asset Master Fund Ltd** (the "**Transferee**") |
| Trade Date | **November 20, 2024** |
| Effective Date: | **November 26, 2024** |

1. The undersigned Transferor and Transferee hereby confirm to the Litigation Trustee and the Litigation Trust Advisory Board that the Transferor has agreed to transfer to the Transferee, and the Transferee has agreed to accept from the Transferor, **285,403.681480158** units of interests in the Litigation Trust (the "**Transferred Interests**"), which comprises the entirety of the Transferor's interest in the Litigation Trust.

2. The Transferor and the Transferee request the Litigation Trustee effect the transfer of the Transferred Interests on the Trust Register, and upon the execution and delivery by the Litigation Trustee of this Transfer Notice, the Transferred Interests shall be recorded in the name of the Transferee on the Trust Register effective as of the Effective Date.

3. Without characterizing the Litigation Trust Interests as a "security" under applicable securities laws, the Transferee acknowledges that the Litigation Trust Interests have not been registered under the federal laws of the United States, under the securities laws of any State of the United States of America or any other jurisdiction, and represents that the Transferred Interests were not traded on an established securities market or a readily tradeable secondary market (or the substantial equivalent thereof), in either case as defined in IRC section 7704(b). In the event the rights of Litigation Trust Beneficiaries arising under the Litigation Trust Agreement constitute "securities", the parties under the Litigation Trust Agreement intend for the exemption from registration provided by section 1145 of the Bankruptcy Code and under applicable securities laws to have applied to its issuance under the Plan (as defined in the Litigation Trust Agreement).

4. The Transferor is not an "affiliate" (as defined in the U.S. Securities Act of 1933) of the Reorganized Debtors (as defined in the Litigation Trust Agreement).

5. The Transferee is an existing beneficial holder of Litigation Trust Interests and agrees that Transferee will be bound by the terms and conditions of the Litigation Trust Agreement with respect to the Transferred Interests, including, without limitation, with respect to any transfer restrictions set forth therein.

6. All payments and notices in respect of the Litigation Trust Interests transferred to the Transferee are to be made (unless otherwise instructed by the Transferee) to the account and notice contact information on file with the Litigation Trustee**:**

    Bank Name: Bank of New York
    Account With Institution: Citadel Multi-Asset Master Fund Ltd.
    SWIFT Code: IRVTUS3N
    ABA #: 021-000-018
    Account #: 8901652024
    Reference: Instant Brands

7. By his signature below, the Litigation Trustee acknowledges that the Litigation Trustee has received the written consent required by the Litigation Trust Advisory Board in accordance with Sections 2.05(b) and 4.05(c) of the Ligation Trust Agreement.

8. This Transfer Notice may be executed by the Transferor, the Transferee and the Litigation Trustee in counterparts, each of which shall constitute an original and both of which taken together shall constitute one and the same Transfer Notice.

9. Terms defined in the Litigation Trust Agreement shall have the same meaning in this Transfer Notice.

By executing below, the parties hereto duly agree to the terms and conditions of this Transfer Notice:

**TRANSFEROR**

**11TH LANE HOLDINGS LLC**

By: ______________________________
Name: Kenneth S. Eagle
Title: Authorized Signatory

State of New York

County of Kings

Subscribed and Sworn before me this 26th day of November, 2024

by: ______________________________
Notary Signature

Amy Chen
Notary Public, State of New York
Reg. No. 01CH6444442
Qualified in Kings County
Commission Expires November 28, 2026

**TRANSFEREE**

**CITADEL MULTI-ASSET MASTER FUND LTD.**

By: Its Portfolio Manager, Citadel Advisors LLC

By: ______________________________
Name: Antonia Peabody
Title: Authorized Signatory

State of New York

County of New York

Subscribed and Sworn before me this 26 day of November, 2024

by: ______________________________
Notary Signature

BRIDGET HENNESSEY
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01HE6378230
Qualified in Queens County
Commission Expires 12/21/2026

JC

Acknowledged By as of Effective Date:

**ALAN HALPERIN, LITIGATION TRUSTEE OF THE LITIGATION TRUST AGREEMENT**

By: ______________, as Trustee
Name: Alan Halperin
Title: Trustee