# Exhibit 25

United States Bankruptcy Court
Southern District of Texas
ENTERED
April 09, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| ALAN D. HALPERIN, as Litigation Trustee of the Instant Brands Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>CORNELL CAPITAL LLC, CORNELL CAPITAL PARTNERS LP, CC WK CO-INVEST LP, AGATE INFORMATICS CORP., 4060288 CANADA INC., 7326998 CANADA INC., HENRY CORNELL, JUSTINE CHENG, RODRIGO BRAVO, YOUNGHOON PARK, ROBERT WANG, YI QIN, CHRISTOPHER LAROCQUE, BENOIT GADBOIS, NICHOLAS HEWITT, JEFFREY KIST, WILLIAM HESS, CATHERINE LANDMAN, KENNETH WILKES, LAWRENCE MCRAE, and JOHN DUBEL,<br><br>Defendants. | Chapter 11<br><br>Case No. 23-90716 (MI)<br><br>Jointly Administered<br><br>Adv. Proceeding No. 24-03232 (MI) |

**AGREED ORDER REGARDING
<u>THE CORNELL DEFENDANTS' MOTION TO TRANSFER</u>**

[This document relates to Dkt. No. 72]

On February 14, 2025, Defendants Cornell Capital LLC, Cornell Capital Partners LP, CC WK Co-Invest LP, Henry Cornell, Justine Cheng, and Rodrigo Bravo (the "Cornell Defendants") filed the *Motion to Transfer Venue to the Southern District of New York* [Dkt. No. 72] (the "Motion to Transfer"). The Motion to Transfer was joined by Defendants Benoit Gadbois, Nicholas Hewitt, Jeffrey Kist, William Hess, Catherine Landman, Kenneth Wilkes, Lawrence McRae, and John Dubel (the "Former D&O Defendants") [ECF 76], and the relief requested in the Motion to Transfer was consented to by Defendants Agate Informatics Corp., 4060288 Canada Inc., 7326998 Canada Inc., Robert Wang, Yi Qin, and Christopher Larocque (the "Founder and Shareholder

Defendants," and together with the Cornell Defendants and Former D&O Defendants, the "Defendants") [ECF 85].

On March 27, 2025, the Court held a hearing on the Motion to Transfer. At the conclusion of the hearing, counsel for the Plaintiff Alan D. Halperin, as Litigation Trustee of the Instant Brands Litigation Trust, informed the Court that Plaintiff consents to the Motion to Transfer and the terms set forth by the Court at the hearing, to which the Defendants have agreed, and which are ordered herein.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. .Omitted.

2. This Adversary Proceeding is transferred from this Court to the United States District Court for the Southern District of New York, without prejudice to any Party's rights under that Court's Amended Standing Order of Reference Re: Title 11, No. 12-MISC-00032 (Feb. 1, 2012), and without prejudice to any Party's rights to move to withdraw any reference to a bankruptcy court or to seek referral to the bankruptcy court. As used herein, the term "Transferee Court" shall refer collectively to the district and bankruptcy courts of the Southern District of New York.

3. Notwithstanding any provision to the contrary in the Joint Chapter 11 Plan of Reorganization of Instant Brands Acquisition Holdings Inc. and its Debtor Affiliates (as amended, modified, or supplemented) (the "Plan") or the Court's other prior orders in the Main Bankruptcy proceeding (the "Main Bankruptcy Orders"), any claim or defense in this Adversary Proceeding arising from those orders shall be adjudicated exclusively in the Transferee Court and appellate courts of competent jurisdiction. Defendants have waived any right to return to this Court to

adjudicate any such claim or defense in this Adversary Proceeding arising out of the Plan or the Main Bankruptcy Orders.

4. This Court holds that the nationwide service of process and personal jurisdiction over any individual or entity for this Adversary Proceeding under Bankruptcy Rule 7004(d) & (f) extends to the Transferee Court and appellate courts thereto. Any process and complaint for which service is commenced from this Court and for which service is hereafter returned to this Court, including for defendant Younghoon Park, shall automatically be transferred to the Transferee Court.

Signed: April 09, 2025

Marvin Isgur
United States Bankruptcy Judge

[*Parties' Signature Pages to Follow*]

Dated: April 8, 2025

Respectfully Submitted,

**MCKOOL SMITH, P.C.**

By: *_/s/ Joshua Newcomer (by permission)_*
Joshua Newcomer
600 Travis St # 7000
Houston, TX 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344
Email: jnewcomer@mckoolsmith.com

Kyle A. Lonergan (admitted *pro hac vice*)
James H. Smith (admitted *pro hac vice*)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 402-9400
Facsimile: (212) 402-9444
Email: klonergan@mckoolsmith.com
jsmith@mckoolsmith.com

*Attorneys for Plaintiff*

[SIGNATURES CONTINUED ON FOLLOWING PAGES]

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Ariel N. Lavinbuk (admitted *pro hac vice*)
2000 K Street NW, 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
Email: alavinbuk@kramerlevin.com

-and-

Daniel B. Goldman (admitted *pro hac vice*)
Rachael Ringer (admitted *pro hac vice*)
David E. Blabey Jr. (admitted *pro hac vice*)
Boaz Cohen (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Email: dgoldman@kramerlevin.com
rringer@kramerlevin.com
dblabey@kramerlin.com
bcohen@kramerlevin.com

**BOIES SCHILLER FLEXNER LLP**
Jonathan D. Schiller (admitted *pro hac vice*)
Marc Ayala (admitted *pro hac vice*)
David Barillari (admitted *pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
Email: jschiller@bsfllp.com
mayala@bsfllp.com
dbarillari@bsfllp.com

-and-

**PORTER HEDGES LLP**
By: <u>/s/ *John F. Higgins (by permission)*</u>
John F. Higgins (TX 09597500)
M. Shane Johnson (TX 24083263)
Megan Young-John (TX 24088700)
1000 Main Street, 36th Floor
Houston, TX 77002
Telephone: (713) 226-6000
Facsimile: (713) 228-1331
Email: jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

*Counsel for Defendants Cornell Capital LLC, Cornell Capital Partners LP, CC WK Co-Invest LP, Henry Cornell, Justine Cheng and Rodrigo Bravo*

**DENTONS US LLP**
Kristen B. Weil (admitted *pro hac vice*)
Lee Whidden (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: kristen.weil@dentons.com
lee.whidden@dentons.com

**DENTONS US LLP**
By: <u>/s/ *Casey Doherty (by permission)*</u>
Casey Doherty (TX 24078431)
1300 Post Oak Blvd., Suite 650
Houston, TX 77056
Telephone: (713) 658-4600
Facsimile: (713) 658-4689
Email: casey.doherty@dentons.com

*Counsel for Defendants Robert Wang, Yi Qin, Christopher LaRocque, Agate Informatics Corp., 4060288 Canada Inc., and 7326998 Canada Inc.*

[SIGNATURES CONTINUED ON FOLLOWING PAGE]

**GREENBERG TRAURIG, LLP**
Joseph P. Davis III
(*pro hac vice* forthcoming)
Mian R. Wang (*pro hac vice* forthcoming)
Alison T. Holdway
(*pro hac vice* forthcoming)
One International Place, Suite 2000
Boston, Massachusetts 02110
Telephone: (617) 310-6000
Facsimile: (617) 310-6001
Email: DavisJo@gtlaw.com
WangM@gtlaw.com
Alison.Holdway@gtlaw.com

**GREENBERG TRAURIG, LLP**
By: /s/ *Shari L. Heyen (by permission)*
Shari L. Heyen (TX 09564750)
Emily D. Nasir (TX 24118477)
1000 Louisiana Street, Suite 6700
Houston, Texas 77002
Telephone: (713) 374-3500
Facsimile: (713) 374-3505
Email: HeyenS@gtlaw.com
Emily.Nasir@gtlaw.com

*Counsel for Benoit Gadbois, Nicholas Hewitt, Jeffrey Kist, William Hess, Catherine Landman, Kenneth Wilkes, Lawrence McRae, and John Dubel*