Secure 24™

MASTER SERVICE AGREEMENT

BY AND BETWEEN

CROWNE GROUP, LLC

AND

SECURE-24, LLC.



**EXHIBIT A**

# DOCUMENT INDEX

**Master Service Agreement**

The following Appendix and Schedules are incorporated into and made a part of this MSA. The parties acknowledge that there may be multiple Schedules between the parties and that once signed by the parties, all Schedules between the parties are subject to the MSA.

**Appendix 1** Definitions (located at the end of this document)

**Schedule 1 Intentionally Blank**

**Schedule 2** Statement of Work, including Implementation Scope (SOW)

**Schedule 3** Service Level Agreement (SLA)

# MASTER SERVICE AGREEMENT

**THIS MASTER SERVICE AGREEMENT** ("Agreement") is made as of June 13, 2015 ("Effective Date") by and between **Secure-24, LLC, a Delaware limited liability company,** with its principal place of business located at 26955 Northwestern Highway, Southfield, Michigan 48033 ("Secure-24") and Crowne Group, LLC, a Delaware corporation, with its principal place of business located at 127 Public Square, Suite 5110, Cleveland, Ohio 44114 ("Customer"); and

**WHEREAS**, Secure-24 is a premier provider of managed services and hosting centralized business enterprise software; and

**WHEREAS**, Customer desires to engage Secure-24 to provide the services to Customer that are identified in the attached Schedules and any future Schedules executed by the Parties (collectively, the "Services") and Secure-24 is willing to provide the Services in accordance with the terms and conditions contained in this Agreement.

**NOW THEREFORE**, the Parties hereby agree as follows:

## 1. INTERPRETATION

1.1 Defined Terms. The defined terms used in this Agreement will have the meanings set forth in Appendix 1 or stated where they first appear, unless the context clearly requires otherwise.

1.2 Reference to Statutes. A reference to any statute, enactment, order, regulation or other similar instrument will be construed as a reference to the statute, enactment, order, regulation or instrument as amended by any subsequent statute, enactment, order, regulation or instrument or as contained in any subsequent re-enactment thereof.

1.3 Headings. Headings are included in this Agreement for ease of reference only and will not affect the interpretation or construction of this Agreement.

1.4 Waiver of Presumption. The Parties are sophisticated and have been represented by counsel during the negotiation of this Agreement. As a result, any presumption or rules of construction relating to the interpretation of contracts against the drafter thereof should not apply. The Parties hereby waive any such presumption or rule.

## 2. AGREEMENT STRUCTURE

2.1 General. This Agreement sets out the Parties' agreement as to the provision of Services from Secure-24 to Customer.

2.2 Order of Precedence. This Agreement, the Appendix and all Schedules thereto will be construed to be consistent, insofar as reasonably possible. In the event of any conflict between the provisions of the Master Service Agreement (including the Appendix) and the Schedules thereto, the conflict will be resolved in accordance with the following order of precedence: first, the Master Service Agreement Schedules and then the Master Service Agreement. To the extent any Change Orders are agreed upon by Customer and Secure-24, the Change Order shall control in any conflict between the Change Order, the Master Service Agreement Schedules and the Master Service Agreement.

2.3 Amendment, Modification. This Agreement may only be amended, varied or modified by further written agreement of authorized representatives of Secure-24 and Customer.

## 3. SCOPE OF SERVICES

3.1 Services. Secure-24 will be responsible for providing to Customer the Services that are identified in the initial SOW and in any SOWs subsequently executed by the Parties, in accordance with the terms and conditions



EXHIBIT A

of this Agreement. The Services will be provided beginning as of the signature date of the applicable Schedule 2: SOW unless otherwise stated in the applicable SOW or otherwise agreed upon in writing by the Parties.

3.2 Location of Services. The Services will be provided from Secure-24's facilities located at 26955 Northwestern Highway, Southfield, Michigan 48034; Southfield TechneCenter, 21420 Melrose, Ave., Southfield, Michigan' 44675 Helm Court, Plymouth, Michigan; and/or 7135 S. Decatur Blvd, Las Vegas, NV 89118 and any other Secure-24 location as designated by Secure-24 (each a "Service Location"). Some Services may also be performed onsite at Customer locations.

3.3 Acceptance of Deliverables. Customer will designate one or more persons in writing ("Acceptor"), within ten (10) days from the Effective Date, any one of which shall be authorized, to: (i) accept or reject Deliverables (in whole or in part) and (ii) communicate Customer's comments, objections or responses concerning any Deliverable, testing, review or prototype demonstration. The following procedures will apply upon delivery of a Deliverable for which acceptance criteria or acceptance tests are specified in the project documents or otherwise agreed to in writing:

3.3.1 Completion criteria for Deliverables will be as set forth in the SOW or otherwise as agreed upon by the Parties, and if not so set forth, then as agreed within thirty (30) days before the due date of the relevant Deliverable. To the extent practicable, acceptance criteria will be objective, measurable and repeatable tests that are based upon Customer's anticipated production use of the Deliverables.

3.3.2 In the case of components of a Deliverable consisting of documentation ("Documentary Deliverables"), the Acceptor will review the Deliverable and Documentary Deliverable and make any comments, objection or responses prior to the expiration of the applicable Review Period. In the case of hardware, software or infrastructure components of a Deliverable, Secure-24 will conduct the acceptance tests as prescribed in the relevant documents. Upon request, Secure-24 will provide the Acceptor with any documentation or other record of the results of such acceptance tests.

3.3.3 The Acceptor will review the Documentary Deliverables and the record or results of acceptance tests for other Deliverables within the periods after receipt specified in the relevant documents ("Review Periods"), or, if no such Review Period has been specified, within ten (10) business days after receipt. Prior to the end of the relevant Review Period, the Acceptor will deliver to Secure-24 either: (i) written acceptance of the relevant Deliverable, or (ii) a written response specifying in detail how the Deliverable fails to conform to the applicable acceptance criteria. The Documentary Deliverables will be deemed accepted by the Acceptor if the Acceptor fails to otherwise timely object to the Documentary Deliverable within the Review Period.

3.3.4 Customer shall not unreasonably withhold or delay any acceptance, consent or approval of Deliverables. Customer will accept a Documentary Deliverable if it: (i) satisfies the scope of the work in all material respects, and (ii) contains the functionality or other content described in the project documents. Customer will accept a hardware, software, infrastructure or other Deliverable if: (i) it satisfies relevant acceptance criteria or tests in all material respects and is free from faults, or (ii) it is put into production by Customer or upon Customer's approval (other than on a qualified, conditional or other limited bases), or (iii) the Acceptor signs the relevant acceptance documents, without qualification or conditions. If the Customer fails to notify that a Deliverable is unacceptable within ten (10) days after receipt of the Deliverable, Customer shall be deemed to have accepted the Deliverable.

3.3.5 In the event the Acceptor timely notifies Secure-24 in writing that all or any part of a Deliverable is unacceptable within the applicable time period, and if no time period is stated, then within ten (10) days after receipt of the Deliverable, Secure-24 will modify and return to Customer the entire Deliverable for review of the modified portions within ten (10) business days (or such longer or shorter period as may be agreed for a particular project). If and to the extent that any deficiencies remain, these procedures may be repeated as necessary to correct the deficiencies

that remain (or others revealed by further testing or review after corrective work). Upon review and approval of the corrected Deliverable by the Acceptor, the Deliverable will be considered accepted.

3.4 Out-of-Scope Services. Customer may, from time to time, request in writing that Secure-24 perform an Out-of-Scope Service. Upon Secure-24's receipt of Customer's request, Secure-24 shall endeavor to provide Customer with a written proposal for the provisions of the Out-of-Scope Service or a request for any additional time required by Secure-24 to provide a written proposal for such Out-of-Scope Service. Secure-24 will not begin performing any Out-of-Scope Service unless and until the Change has been approved in accordance with the Change Control Procedures (as defined in Section 5.3) and Secure-24 has obtained an executed Change Order.

3.5 Business Continuity and Disaster Recovery. Secure-24 will develop and implement, and shall maintain throughout the Term, as described in and required by the applicable SOW a comprehensive business continuity and disaster recovery plan with respect to the Services.

3.6 Disaster Assistance. In the event of a Disaster, Secure-24 personnel will, at Customer's request, be made available to perform business continuity and Disaster recovery services in cooperation with Customer.

3.7 Excuse from Performance. In addition to the excused performance contemplated under Article 20 (Force Majeure), Secure-24 will be excused from failures to: (a) perform or provide the Services, or (b) meet or exceed the Service Levels described in this Agreement if (i) Customer fails to perform the Customer's retained services and responsibilities as identified in the SOW or in other provisions of this Agreement or due to the other acts or omissions of persons other than Secure-24 (collectively, a "Non-Secure24 Failure"), and (ii) such Non-Secure24 Failure causes or substantially contributes to Secure-24's failure to perform (an "Excused Performance Failure"). A Non-Secure24 Failure includes the failure of a Customer to purchase application support maintenance coverage with respect to Customer owned or licensed Software Applications. In the event of a Non-Secure24 Failure which results in an Excused Performance Failure, Secure-24 will, as soon as reasonably possible under the circumstances, (a) give Customer notice of the Non-Secure24 Failure and the Excused Performance Failure, and (b) use its reasonable efforts to mitigate the adverse consequences of the Customer Failure.

## 4. TRANSITION

4.1 General. Secure-24 will perform or cause its Subcontractors to perform (as the case may be) the Secure-24 functions and services reasonably necessary to facilitate the prompt transition of the Services from Customer's existing service provider to Secure-24, as described in an Transition or Implementation Scope portion of the SOW to be signed by the parties. Customer shall perform (or have performed) the Customer Responsibilities in the SOW. Customer shall also fully cooperate with Servicer Provider and cause Customer's existing service provider to cooperate with Secure-24 to coordinate the transition of the Services, including executing any and all necessary documentation and notices to the existing service provider to deliver Customer Data to Secure-24. Secure-24 shall have no liability hereunder or otherwise for any failure of and/or delay in the transition of the Customer Data and/or Services to Secure-24 caused by the acts and/or omissions of the existing service provider or Customer or any party unrelated to Secure-24.

## 5. OPERATION

5.1 English Language. All records and invoices will be maintained in and all oral and written communications (including without limitation meetings, telephone calls, reports, notices and conferences) will be conducted exclusively in the English language.

5.2 Customer Architecture and Modifications to Customer Architecture. The Services have been designed operate with Customer's information management technical architecture, standards, guidelines, policies and procedures, and Customer's applicable internal controls as described by Customer to Secure-24 (collectively, the "Customer Architecture"). Customer may, from time to time, modify the Customer Architecture (a "Customer Architecture Modification"). Prior to implementing any Customer Architecture Modification, Customer shall give Secure-24 at least ninety (90) days prior written notice, which notice shall describe with specificity the nature, scope and schedule for the Customer Architecture Modification. Secure-24 shall determine whether the proposed Customer Architecture Modification will require Secure-24 to acquire new hardware, software or other resources. If the

Customer Architecture Modification increases Secure-24's costs, the Customer Architecture Modification will be considered a Change that is subject to the Change Control Procedure and Customer shall not implement the Customer Architecture Modification unless and until it completes the Change Control Procedure and provides Secure-24 an executed Change Order. Customer Architecture Modifications that are not a Change, as determined by Secure-24, shall be deemed to be included within the Services.

5.3 Change Control Procedures. Customer or Secure-24 may propose Changes, including any changes occasioned by an acquisition or divestiture. All such Changes will be implemented pursuant to the procedures set forth herein ("Change Control Procedures"). Secure-24 shall not be obligated to implement any Change unless and until Customer's Contract Executive executes and delivers to Secure-24 an executed request for Change (a "Change Order"), describing in sufficient detail the requested Change and agreeing to pay any additional Fees or any adjustment to the Fees, as reasonably determined by Secure-24 are necessitated by the Change. Secure-24 shall not be obligated to implement any Change that it reasonably believes will have adverse effect upon Customer's use or receipt of the Services. Secure-24 is entitled to rely on the instruction of the Customer's Contract Executive if the Customer's Contract Executive disagrees with Secure-24's assessment that a proposed Change may have a potentially adverse effect upon Customer's use or receipt of the Services. Secure-24 may make temporary Changes in its operations without the Customer's approval as may be required by an emergency, but in such cases Secure-24 shall promptly document and report such emergency Changes to Customer. Customer agrees to reimburse Secure-24 for its reasonable, actual costs in implementing such temporary Change. Secure-24 will not be required to comply with any such Change request if its compliance will violate applicable Law. Secure-24 will immediately inform Customer if Secure-24 determines it cannot implement the Change mandated by Customer and comply with applicable Law.

5.4 Access to Service Locations. Subject to the following terms, Secure-24 shall allow Customer access to Service Locations to the extent reasonably determined by Customer for the installation, inspection and scheduled or emergency maintenance of hardware or software relating to the Service ("Customer Activities"). Customer shall notify Secure-24 two (2) business days in advance of any regularly scheduled maintenance that will require access to any Service Location.

5.4.1 Secure-24 shall provide limited and revocable access to those areas of the Service Location required by Customer to perform the Customer Activities. Customer shall be accompanied by a representative of Secure-24 at all times when at the Service Location and Customer agrees not to enter, or otherwise access, the Service Location, or any part of the Service Location, without such Secure-24 representative being present, or without such representative's express prior consent. Customer shall be responsible for any and all damage to or destruction of any buildings, utilities or other structures, or the release of any pollutants, on, under or about the Service Locations, whether caused in whole or in part by Customer or its representatives or agents.

5.4.2 Customer shall not interfere or otherwise impede the operations of Secure-24 at the Service Location, including but not limited to, interruption of electrical, water, gas or other utilities, interference with workers or equipment at the Service Location, construction, drilling or other similar operations on or about (inside or outside of any buildings of) the Service Location, painting, sampling or defacing any of the real or personal property at the Service Location or erection of barriers or other structures in any area of the Service Location in use, or to be used, by the Secure-24. Customer shall notify Secure-24 immediately if it intends to take any of the above actions or such other action which may interfere with Secure-24's operations. Customer shall not commence any such action unless and until it receives the express prior consent of the Manager of the Service Location. Customer shall at all times abide by the safety and other regulations applicable at the Service Location.

5.4.3 Secure-24 shall not be liable to Customer or any other person for interruption of Services or for any other loss, cost or damage caused or related to the improper use or maintenance of Service Location by Customer or third parties provided access to Service Location by Customer in violation of Secure-24's rules and regulations or otherwise and Customer shall reimburse Secure-24 for any damages caused to Secure-24 Service Location as a result of such violation by Customer.



EXHIBIT A

5.4.3 **Export Compliance and Security Classifications.** Customer understands that certain Secure-24 software, data and materials ("Secure-24 Data") may be subject to: (i) U.S. and other export control laws and regulations, or (ii) U.S. Defense Department ("**DoD**") procedures such as those governing release of Controlled or Sensitive but Uncontrolled Technical Data (as defined in applicable regulation) to certain foreign nationals (the "Data Controls"). By entering Secure-24's facilities, a Customer, outside vendor, freight forwarder or provider may be exposed to Secure-24 Data subject to Data Controls. Customer will not transfer or otherwise export or re-export (and will cooperate to prevent such transfers of) any such Secure-24 Data except in compliance with the applicable laws and use restrictions. Customer understands that prohibited transfers include those made to foreign nationals located in the United States or in another country. Customer agrees not to allow any access to any such identified Secure-24 Data by any personnel that Customer employs who are on the U.S. Treasury Department's list of Specially Designated Nationals, on the U.S. Commerce Department's Denied Persons List, Entity List or Unverified List, or who are nationals of Cuba, Iran, Sudan, or Syria, or any other countries that may be added to the list of U.S. embargoed countries from time to time. Customer agrees not to allow access by any personnel that Customer employs that are not U.S. nationals to Secure-24 Data.

## 6. HUMAN RESOURCES

Neither Party's personnel will be eligible to participate in any of the employee benefits or similar programs of the other Party. Secure-24 is responsible for determining, providing and administering all compensation paid and benefits provided to the Contract Staff, and is responsible for withholdings for FICA, federal, state and local income taxes on wages and benefits for the Contract Staff. Customer is responsible for determining, providing and administering all compensation paid and benefits provided to the Customer staff, and is responsible for withholding FICA, federal, state and local income taxes on wages and benefits for the Customer staff. Secure-24 is responsible for ensuring the eligibility of the Contract Staff to work in each jurisdiction where they are providing services to Customer and for reporting to the appropriate federal, state and local agencies all compensation and payment of all applicable taxes arising therefrom. Customer is responsible for ensuring the eligibility of the Customer staff to work in each jurisdiction where they have offices and for reporting to the appropriate federal, state and local agencies all compensation and payment of all applicable taxes arising therefrom. Customer has no authority to supervise, discipline, direct, control or instruct any of Secure-24's personnel.

## 7. STAFFING

7.1 Secure-24 Contract Executive. Secure-24 will appoint a member of Secure-24's staff to be Contract Executive and may change same from time to time upon thirty (30) days advance written notice to Customer. Contract Executive will from the date of this Agreement serve as Secure-24's primary representative under this Agreement. Contract Executive will: (i) serve as Secure-24's single point of accountability for the Services, (ii) have day-to-day authority for undertaking to ensure Customer satisfaction, and (iii) be authorized to act for and on behalf of Secure-24 with respect to all operational matters relating to this Agreement.

7.2 Customer Contract Executive. Customer will appoint an individual ("Customer Contract Executive") who from the date of this Agreement will serve as the primary Customer representative under this Agreement. The Customer Contract Executive will have overall responsibility for managing and coordinating the performance of Customer's obligations under this Agreement and will be authorized to act for and on behalf of Customer with respect to all operational matters relating to this Agreement. Notwithstanding the foregoing, the Customer Contract Executive may, upon notice to Secure-24, delegate such of his or her responsibilities to other Customer employees ("Acceptor" as defined in 3.3), as the Customer Contract Executive deems appropriate.

7.3 Contract Staff. Secure-24 will appoint a sufficient number of individuals to the Contract Staff so that the Services are provided in a proper and timely manner in accordance with generally accepted industry practices.

7.4 Subcontractors. Secure-24 may subcontract the performance of Services, without Customer's consent or approval. No subcontracting will release Secure-24 from its responsibility for its obligations under this Agreement. Secure-24 will be responsible for the work and activities of any Subcontractor, including compliance with the terms of this Agreement. Secure-24 will be responsible for all payments to its Subcontractors and will indemnify, defend and hold Customer harmless from and against all Claims by its Subcontractors



EXHIBIT A

**8. SERVICE LEVELS**

8.1 General. Secure-24 will perform the Services at and maintain the Service Levels in accordance with Schedule 3 SLA.

8.2 Adjustment. The Customer Contract Executive and Contract Executive will review the Services for the preceding twelve (12) months during the last calendar quarter of every Contract Year. They will mutually agree on any adjustment to the Services for the following Contract Year, that (i) require periodic adjustment pursuant to Schedule 2 or Schedule 3 to reflect any improved performance capabilities associated with advances in the technology and methods used to perform the Services, or (ii) are no longer appropriate because of an increase or change to the Services. The Customer Contract Executive and Secure-24 Contract Executive are also empowered to adjust other Services for other reasons they deem appropriate.

8.3 Reports, Measurement and Monitoring Tools. Secure-24 will provide Customer with access to online, graphical performance, utilization and status reports in the form typically provided by Secure-24, as Secure-24 deems necessary or required, to measure and report Secure-24's performance of the Services against the applicable Service Levels. Such reports will permit reporting at a level of detail sufficient to verify compliance with the Service Levels.

8.4 Root Cause Analyses. In the event of any failure to provide the Services in accordance with the applicable Service Levels (excepted where excused), Secure-24 will within five (5) business days of such failure, or such other time period as may be specified in the applicable SLA or as may be mutually agreed, (i) perform a root-cause analysis to identify the cause of such failure, and (ii) provide Customer with a report detailing the cause of, and procedure for correcting such failure. Upon Customer's approval of such procedure, implement such procedure as per mutually agreed timeframe, and provide Customer with assurance satisfactory to Customer that such failure will not recur following the completion of the implementation of the procedure.

8.5 Service Credits. If Secure-24 fails to provide the Services in accordance with the applicable Service Levels, Customer will be entitled to receive the service credits set forth in the SLA ("Service Credits"). Notwithstanding anything herein to the contrary, in no event shall the Customer receive Service Credits for any time in which Services are interrupted in order for Secure-24 to perform scheduled or emergency maintenance. The Service Credits shall be Customer's sole right to recover damages against Secure-24 for any failure to provide Services, and Customer hereby waives any claims for other damages incurred by Customer or to seek other remedies to which it may be entitled hereunder as a result of such failure. No Service Credits will be payable for failures excused under Section 3.7 or Article 20. Notwithstanding anything in this Agreement or the Service Level Agreements to the contrary, Secure-24 will not credit Customer for Service Level Agreement penalties related to application downtime for any Customer owned or licensed Software Application for which the Customer does not have a current maintenance agreement in place with respect to such Software with the vendor or manufacturer of the Software ("Non-Supported Software"). Any application support requests related to Non-Supported Software will be directed to Customer for Customer's resolution. Customer will be responsible for contacting the manufacturer of the Non-Supported Software for support and will be responsible for charges associated with application support for Non-Supported Software.

**9. PAYMENT TERMS**

9.1 Fees. In consideration of Secure-24 providing the Services, Customer will pay to Secure-24 the Fees as set forth in the applicable SOW.

9.2 Invoicing. Any non-recurring (one-time) Fees identified in the SOW(s) attached hereto and the first full month and the last month's MRR Fee will be invoiced upon execution of this Agreement. Partial and pro-rated monthly MRR Fees for partial or incremental Services shall commence as of the applicable Access Turn Over dates and will continue until the Service Commencement Date. Full (not pro-rated) monthly recurring Fees will be invoiced for the full Initial Term commencing as of the Service Commencement Date. The invoicing schedule is included in Schedule 2 (SOW). Secure-24 will invoice Customer on a monthly basis in advance for the Services to be performed in the following month, except for Fees which are charged for Usage Based Services. Fees for Usage Based Services

shall be invoiced monthly in arrears. Months billed on a pro-rated/partial basis shall not reduce the length of the Initial Term.

9.2.1 Secure-24 will invoice the Fees in United States Dollars and Customer will pay all invoices in United States Dollars.

9.2.2 Each of Secure-24's invoices will: (i) set forth (a) any Pass-Through Expenses, and (b) any Service Credits credited or issued during the period to which such invoice relates, and (ii) reflect any adjustment to or change in the Fees implemented during the period to which such invoice relates.

9.3 Payment. The Fees will be due and payable to Secure-24 on the date of the invoice and shall become past due if not paid within thirty (30) days after the date of invoice. Any past due payment shall accrue interest at a rate equal to 1.5% per month (prorated on a daily basis beginning on the thirty-first (31st) day after the date of the invoice) or at the highest rate allowed by law, whichever is lower.

9.4 Taxes. Customer and Secure-24 will each bear sole responsibility for: (i) all taxes, assessments and other real property-related levies on its owned or leased real property, and (ii) any withholding or other tax assessable on inter-company payments or reimbursements to, from or among their respective Affiliates or payments to Subcontractors as a result of or in connection with this Agreement. The Fees invoiced in accordance with this Agreement and payable to Secure-24 under this Agreement are exclusive of all sales, service, use, gross receipts, excise, value-added, and other transactional taxes that are imposed by the State of Michigan on Secure-24 for Services provided by to or on behalf of, and on payments received from, Customer. Secure-24 will include any taxes mandated by the State of Michigan on invoices to Customer, all of which shall be Customer's obligation. Customer will pay all such taxes to Secure-24. Secure-24, after receiving payment from Customer, will remit all applicable taxes to the appropriate Michigan taxing authority in a timely manner. The Customer shall have the obligation to pay any use, service, sales, gross receipts, excise, value-added and/or other transactional taxes imposed by any taxing authority other than the State of Michigan, including those applicable in any state or country in which the Customer maintains a presence. The Parties will otherwise reasonably cooperate with each other to minimize all applicable taxes to the extent legally permissible.

9.5 Disputed Amounts. Customer may reasonably dispute an amount on an invoice but may not withhold payment for the same, unless such a dispute is related to non-recurring variable charges billed in arrears under a Statement of Work. In event of such dispute, Customer will timely notify Secure-24 in writing of the disputed amount, with an explanation of the reasons therefor no later than the date such payment is due to Secure-24. Customer must dispute an amount, if at all, within sixty (60) days after the date of the invoice, failing which Customer forever waives the right to dispute any amount on such invoice, unless the reason for the dispute was not known by the Customer until after the sixty day period, in which case Customer shall have an additional sixty (60) day period to initiate the dispute. Following notification of a disputed invoice charge, the Parties will use their reasonable endeavors to resolve the disputed amount within thirty (30) days. If the dispute is not resolved within sixty (60) days, then either Party may immediately escalate the dispute with respect to such disputed amounts to the Chief Operating Officer of the other Party for resolution or pursue legal proceedings. If the dispute is resolved in favor of Customer, Secure-24 shall, at its option, either return the agreed upon amount to Customer within five (5) business days or provide a credit against the next invoices payable by Customer to Secure-24.

## 10. COMPLIANCE AND AUDIT

10.1 Compliance with Laws. Each Party will obtain and maintain all Authorizations applicable to such Party at its own expense. Secure-24 will comply with all Laws, including Regulatory Requirements, applicable to Secure-24's delivery of the Services in Michigan and its performance of this Agreement. Customer will comply with all Laws, including Regulatory Requirements, applicable to Customer's receipt of Services and its performance of this Agreement. In particular, Secure-24 will comply with applicable privacy laws in the State of Michigan.

10.2 Changes in Laws. Secure-24 will be responsible for identifying and becoming familiar with any changes in Laws that are related to Secure-24's delivery or performance of the Services. Customer will be responsible

for identifying and becoming familiar with any changes in Laws that are related to Customer's receipt and use of the Services or performance of its obligations under this Agreement.

10.3 Secure-24 Certifications. Upon request, and at such reasonable intervals as Customer or its auditors may specify, but not more than once in any calendar year, Contract Executive will certify to Customer that, to the best of his or her knowledge, after reasonable inquiry: (i) its charges and reports are accurate and complete in all material respects; (ii) there are no material unbilled charges or known material unasserted claims; (iii) Secure-24 has reported all known material breaches of security, suspected fraud or other irregularities or reportable incidents that may constitute violations of law, breaches of this Agreement or Customer's or Secure-24's ethics or corporate social responsibility policies; (iv) Secure-24 has reported to Customer all apparent material weaknesses and deficiencies in the Customer Controls of which Secure-24 is aware (including, without limitation, any such controls contained in or related to the supported applications); and (v) make such other factual certifications concerning its Services and performance as Customer or its auditors may reasonably request. For purposes of these certifications, reasonable materiality standards may be reasonably specified by Customer or its auditors.

10.4 Customer Certifications. Upon request, and at such reasonable intervals as Secure-24 or its auditors may specify, but not more than once in any calendar year, the Customer's Contract Executive will certify to Secure-24 that, to the best of his or her knowledge, after reasonable inquiry: (i) there are no material unbilled charges or known material unasserted claims; (ii) Customer has reported all known material breaches of security, suspected fraud or other irregularities or reportable incidents that may constitute violations of law, breaches of this Agreement or Customer's or Secure-24's ethics or corporate social responsibility policies; (iii) Customer has reported to Secure-24 all apparent material weaknesses and deficiencies in the Customer Controls of which Customer is aware (including, without limitation, any such controls contained in or related to the supported applications); and (iv) make such other factual certifications concerning its Services and performance by Secure-24 as Secure-24 or its auditors may reasonably request. For purposes of these certifications, reasonable materiality standards may be reasonably specified by Secure-24 or its auditors.

10.5 Audit. Secure-24 will provide Customer, at Customer's sole cost and expense, upon Customer's reasonable request, audit support in the event Customer is audited by a regulatory authority with jurisdiction over Customer. Customer shall reimburse Secure-24 for any and all costs incurred by Secure-24 in providing such audit support. Nothing herein shall be deemed to grant Customer or its auditors the right to access Services Locations or records regarding other customers of Secure-24. Any audits for which Secure-24 shall provide audit support shall be conducted in a manner so as not to disrupt Secure-24's performance of Services and other normal operations or interfere with other customers of Secure-24.

10.6 Control Rules. Without limiting the generality of the foregoing and subject to this Section and the confidentiality provisions of this Agreement and Customer's obligation to pay for same, Secure-24 will to the extent applicable to Customer, provide, or cause its auditor to provide, Customer with descriptions of controls, tests of controls and audit reports to enable Customer to fulfill its legal obligations under the Securities Act of 1933; the Securities Exchange Act of 1934; the Sarbanes Oxley Act of 2002; related rules and regulations of the Securities and Exchange Commission, including Regulation S-X; the rules, regulations and listing standards of the New York Stock Exchange; the rules, regulations and standards of the Public Company Accounting Oversight Board; and any other financial control or disclosure requirement imposed by law on public companies, as such legal requirements may be amended or modified from time to time (the "Control Rules"). Customer shall reimburse Secure-24 for any reasonable fees or costs incurred by to provide such Control Rules or to the extent Secure-24 provides duplicate copies of previously supplied information.

10.6.1 Secure-24 will reasonably assist Customer to comply with the Control Rules by: (i) placing in operation as of the Service Commencement Date and thereafter maintaining the internal controls and procedures related to the Services as agreed upon by Secure-24 and Customer (the "Customer Controls"); (ii) documenting such Customer Controls; (iii) conducting periodic internal assessments to test whether Customer Controls are operating effectively, (iv) cooperating with Customer and its auditor in connection with testing the effectiveness of the Customer Controls; (vi) issuing such interim or annual certifications as Customer may reasonably request pursuant to this Agreement; and (vii) correcting any material weakness or significant deficiency as defined by the Control Rules or any other deficiency that would prevent Customer from complying with the



EXHIBIT A

Control Rules. To the extent Customer implements additional or alternative Customer Controls, not less than ninety (90) days prior to such implementation, Customer shall notify Secure-24 of its intent to implement such additional or alternative Customer Controls and the Change Control Procedure described above shall be applicable to such additions and/or alterations.

10.6.2 Whenever Secure-24 obtains a SSAE 16 audit report on internal controls placed in operation and tests of operating effectiveness of those controls for Secure-24, and any Subcontractors (the "Secure-24 SSAE 16 Report"), Secure-24 will provide Customer with a copy of SSAE 16 Report at no additional charge.

10.6.3 Customer may request that Secure-24 coordinate a SSAE 16audit report on any or all of the Customer Controls (the "Customer Specific SSAE 16 Report"). Customer will pay or reimburse Secure-24 for the actual cost of preparing any such Customer Specific SSAE 16Report.

10.7 Records. Secure-24 will maintain and provide reasonable access, upon Customer's written request, to those records, documents and other information relating to this Agreement and the provision of the Services until the latest to occur of: (i) two (2) years from the date Secure-24 generates a record that may be audited pursuant to this Agreement, and (ii) the expiration of such longer period as may be required under Secure-24's record retention policies for those records as same may be amended from time to time. At any time after expiration or termination of this Agreement, Secure-24 may retire its retention obligation under this Section by providing a copy of such documents and records not previously delivered to Customer to Customer in a mutually agreed format. Secure-24 shall provide Customer with copies of previously undelivered and requested records, documents and other information relative to the Services provided to Customer, without additional charge to Customer; provided, however, that if Customer requests such data in a customized format that Secure-24 notifies Customer will cause Secure-24 to incur additional expenses to Secure-24, Customer shall reimburse Secure-24 for such expenses.

## 11. TERM AND TERMINATION

11.1 Initial Term. The term of this Agreement will commence on the Effective Date and will continue until the later of three (3) years from the Service Commencement Date or the last Service under a Service Description in effect on the Effective Date (the "Initial Term"), subject to Section 11.8, unless this Agreement is (i) sooner terminated in accordance with this Article 11 or (ii) extended in accordance with its terms or by mutually agreed amendment.

11.2 Renewal. Unless either party provides notice to the other that it does not wish to renew this Agreement no later than ninety (90) days prior to the end of the Initial Term of this Agreement, this Agreement will automatically renew for a one-year period (the "Renewal Term(s)"). Either party may allow this Agreement to expire by giving notice to the other party, no later than ninety (90) days prior to the end of the then-current Term, that it does not wish to renew this Agreement. Renewal will be at the then-current Service Levels and will be subject to an increase in Fees if and as specified in the SOW or as set forth in any notice from Secure-24 to Customer regarding an increase in such Fees delivered with ninety (90) days prior to the Renewal date.

11.3 Termination by Customer. Unless otherwise agreed by the Parties, Customer may terminate this Agreement, in whole but not in part:

11.3.1 by not less than sixty (60) days' notice to Secure-24, in connection with an Event of Default by Secure-24.

(a) For the purposes of this Agreement, an Event of Default by shall mean if Secure-24 (i) is responsible for any material failure or combination of material failures defined by Schedule 3 as unacceptable service, unless such failure is excused pursuant to Section 3.7 above or Article 20 below, or (ii) breaches any material warranty, representation or covenant or fails to perform any material obligation, and such breach is not remedied within thirty (30) days of notice of the breach;

11.3.2 by not less than ninety (90) days' notice to Secure-24 if Secure-24 becomes insolvent or makes an assignment for the benefit of creditors, or if a receiver or similar officer will be appointed to take charge of all or part of the assets of Secure-24;

11.3.3 for convenience, or in the event this Agreement is terminated in whole or in part by Secure-24 in accordance with Subsections 1 through 3 of Section 11.4, then Customer shall pay Secure-24 an Early Termination Fee as follows: if the notice of termination occurs prior to commencement of the full MRR or during the first twelve months after the Service Commencement Date; then Customer must pay one-hundred percent (100%) of the remaining MRR Fees due for months 1 through 12, plus pay the sum of four (4) months total MRR Fees and give Secure-24 no less than five (5) months prior written notice before the termination is effective, for a total of no less than twenty-one (21) months of total Fees due; or if the termination occurs during months thirteen through thirty-six of the Term, the Customer shall give Secure-24 no less than three (3) months prior written notice before Termination is effective and pay the corresponding amount listed in the tables below:

| Termination Notification Schedule – Year 2 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month of Effective Termination | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| Months of Fees Owed by Customer | 6 | 6 | 6 | 5 | 5 | 5 | 4 | 4 | 4 | 3 | 3 | 3 |

| Termination Notification Schedule – Year 3 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month of Effective Termination | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 |
| Months of Fees Owed by Customer | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 |

11.3.4 The Parties agree that in lieu of any notice required under this Section 11.3.3, Customer may elect to pay Secure-24 an amount equal to the Fees for such notice period (or any portion thereof if notice is provided for a partial period).

11.3.5 With respect to Customer's termination notice of termination under Section 11.3.3, Customer shall indicate to Secure-24 the effective date of the termination (which such termination must occur within the applicable time period covered by the Early Termination Fee as set forth in the subsections above).

11.3.6 With respect to any automatic Renewal Term under Section 11.2, the Customer shall give at least three (3) months' prior written notice to Secure-24 prior to terminating the Renewal Term for convenience. Notwithstanding the previous sentence, Section 11.3.3 shall apply in its entirety to any new Statement of Work or non-automatic Renewal Term unless otherwise stated in the Statement of Work.

11.4 Termination by Secure-24. Secure-24 may terminate this Agreement and the Services without liability to Customer as follows:



EXHIBIT A

11.4.1 Upon thirty (30) days prior written notice for Customer's failure to pay any invoice for Services billed in arrears or in advance and Customer fails to cure such failure to pay within thirty (30) days after receipt of written notice specifying such breach.

11.4.2 Upon sixty (60) days prior written notice, or upon shorter notice if mandated by law, if Customer violates in a material way a material provision of Secure-24's Acceptable Use Policy, as may be modified by Secure-24 from time to time, or if Customer violates any law, rule, regulation or policy of any governmental authority related to the Services, or if Customer makes a material misrepresentation to Secure-24 in connection with the ordering or delivery of the Services, or, with or without prior notice, if a court or other governmental authority prohibits Secure-24 from furnishing the Services and Customer fails to cure such alleged violation within sixty (60) days after receipt of written notice.

11.4.3 Upon sixty (60) days prior written notice if Customer misappropriates Secure-24's proprietary rights and fails to cure such misappropriation of rights within sixty (60) days after receipt of written notice specifying such alleged misappropriation.

11.5 Continued Performance. During any period commencing upon notice of termination and continuing until the effective date of termination specified in any such notice, Secure-24 will perform the Services in accordance with terms and conditions and performance standards in effect as of the date on which notice of termination is given, subject to Secure-24's receipt of such adequate assurances of the timely and full payment of all Fees, which shall consist of funds deposited in escrow or a letter of credit (either of which must be acceptable to Secure-24 in its sole discretion). In addition, upon Customer's request, Secure-24 will provide to Customer such information and other cooperation as may be reasonably necessary for (i) Customer and/or its outside advisers to prepare requests for proposals or other similar documentation related to selection of a successor to Secure-24 and (ii) a third party to prepare a reasonably informed, non-qualified offer to perform similar services. The types of information and cooperation to be provided by Secure-24 will be at least as comprehensive as those initially provided by Customer to Secure-24 prior to the Effective Date. Secure-24 will not be required to produce information concerning its costs (other than any costs from time to time reimbursed by Customer).

11.6 Termination Assistance. Except when terminated by Secure-24 for default by the Customer as set forth in Section 11.4.1 and 11.4.2 and such default remains uncured, in which case Secure-24 shall have no obligation to continue to provide Services or Termination Assistance to Customer, in connection with the natural expiration or any other termination of this Agreement, the Parties will, commencing promptly after the giving of any notice of termination or at least ninety (90) days prior to expiration of this Agreement in accordance with its terms, jointly develop a plan, to effect the orderly transition to Customer or its designee from Secure-24 the Services then being performed or managed by Secure-24. The plan shall include at least Secure-24 providing, as promptly as practicable, complete data file(s) of all Customer data in a format mutually agreeable to Customer within fourteen (14) days of written request by Customer. Such plan will be completed by the Parties within thirty (30) days and will set forth the tasks and actions to be performed by Secure-24 and Customer, the time for completing such tasks and actions, and the criteria for declaring the transition completed. The Parties and their employees and agents will cooperate in good faith to execute such plan and each Party will perform those tasks and actions assigned to it in such plan. Fees for Termination Assistance will be based on the same charging metrics as those used in calculating the Fees, or if not applicable, at the rate card rates in effect on the date of termination or expiration, as set forth in the SOW. Customer will pay Secure-24 on a monthly basis, in advance, for any costs or expenses reasonably incurred by Secure-24 in delivering those portions of Termination Assistance not contemplated under the charging metrics identified in the SOW. Notwithstanding anything herein to the contrary, if Secure-24 terminates this Agreement as provided in Section 11.4.1, Secure-24 agrees to provide Termination Assistance to the Customer only if the Customer pays in full any outstanding invoices and deposits into escrow, with a party acceptable to Secure-24 and upon such terms and conditions as acceptable to Secure-24, funds in an amount equal to the estimated fees quoted by Secure-24 for performance of the Service and Termination Assistance at the then applicable rate. The escrow agreement will provide, at minimum, if the Customer fails to pay any invoice for Services and/or Termination Assistance when due, Secure-24 shall have the right, without notice to Customer, to present the invoice to the escrow agent and receive the escrowed funds in the amount of the outstanding invoice after providing written notification to the Customer. Secure-24 may stop Termination Assistance Services if there is not at least the remaining estimated fees in escrow at any time after providing written notification to the Customer.



EXHIBIT A

11.7 Phased or Partial Termination. Upon no less than ninety (90) days prior written notice, Customer may elect to terminate any discrete and otherwise severable portion of the Service or Services and in such event Customer shall pay to Secure-24 the Early Termination Fee (as allocable to the terminated Services only) and the Service or Services selected by Customer to be terminated shall be scheduled in phases (by business unit, Service Description, location or otherwise) as Customer may reasonably direct in order to accommodate its business needs. Upon payment of the Early Termination Fee, the Fees will be reduced proportionally as such Services are phased out and discontinued. In the event of a partial termination, and subject to Section 11.6 above, Secure-24 will provide Termination Assistance related to the affected Services.

11.8 Extension of Services. Except when terminated by Secure-24 for a default by the Customer as set forth in Section 11.4.1 and 11.4.2 and such default remains uncured, in which case Secure-24 shall have no obligation to continue to provide Services to Customer (including, but not limited to Termination Assistance), at Customer's request, Secure-24 will provide upon written request to Customer for up to eighteen (18) months after the natural expiration date of the Term or, if applicable, the effective date of any other type of termination of the Services being performed by Secure-24 prior to such date, including, without limitation, Termination Assistance. Thereafter, Secure-24 will provide such support and service related to termination and transition as Customer may reasonably request at Secure-24's then-current standard rates. This Agreement will continue to govern the performance of all such Services during such period, except that the charges for such Services will be at the rates of Secure-24 charged to its other customers in effect as of the date of expiration or termination. Customer agrees that any engagement for Services after expiration of the Term, or, if applicable, the effective date of termination, under this Section shall be for a minimum of six (6) months, unless otherwise agreed to by Secure-24 in writing.

## 12. INTELLECTUAL PROPERTY RIGHTS

12.1 Customer Software and Materials. Neither Secure-24 nor any Subcontractor shall have any ownership interest in any Customer Software, Customer Materials or other intellectual property that Customer provides to Secure-24, discloses to Secure-24 or allows Secure-24 to use in any way. Subject to Secure-24 identifying, defining the scope of, and complying with all Consents, Customer grants to Secure-24 a limited, non-exclusive and non-transferable right to use the Customer Software and Customer Materials, directly or through permitted Subcontractors, solely in and for performing the Services pursuant to this Agreement and to the extent permitted under any applicable third party agreements.

12.2 Secure-24 Software and Materials. Customer shall not have any ownership interest in any Secure-24 Software, Secure-24 Materials or other intellectual property that Secure-24 provides to Customer, discloses to Customer or allows Customer to use in any way. Subject to Customer identifying, defining the scope of, and complying with all Consents, Secure-24 grants to Customer a limited, non-exclusive and non-transferable right to use Software and Secure-24 Materials, solely in and for performing the Services pursuant to this Agreement and to the extent permitted under any applicable third party agreements.

## 13. CUSTOMER DATA AND INTANGIBLE PROPERTY

13.1 Customer Data. Neither Secure-24 nor any Subcontractor will have any right, title or interest in or to any Customer Data.

13.1.1 Without Customer's approval, Customer Data will not be used by Secure-24 or Subcontractors other than in connection with providing the Services or otherwise complying with Secure-24's obligations under this Agreement, nor will Customer Data be commercially exploited by or on behalf of Secure-24 or Subcontractors.

13.1.2 Secure-24 will endeavor to: (i) negotiate in good faith and execute the necessary undertakings related to certain Customer Data that constitutes personally identifiable information, and (ii) prior to any disclosure of such Customer Data to any Subcontractor, cause such Subcontractor to execute and abide by such additional undertakings.

13.1.3 Notwithstanding Section 15.1, Customer Processed Data shall be secured in accordance with the detailed architecture and scope of security set forth in the Statement of Work.

13.2 Customer Intangible Property. Upon Customer's request at any time, Secure-24 will: (i) provide Customer with physical and electronic access to all or any part of the Customer Data, Customer Software, related documentation or other intangible property of Customer, including all work-in-progress (collectively, "Customer Intangible Property") in Secure-24's possession or control, (ii) promptly return to Customer all or any part of such Customer Intangible Property, and (iii) erase or destroy all or any part of such Customer Intangible Property, in each case to the extent so requested by Customer; provided, however, that Secure-24 may retain a copy thereof to the extent, and for so long as, reasonably necessary to perform the Services, Termination Assistance or other activities reasonably related to termination or expiration.

13.3 IP Addresses. Notwithstanding the foregoing, all IP numbers and addresses that may be assigned to Customer by Secure-24 are owned by Secure-24, and Secure-24 reserves, in its sole discretion, the right to change or remove any and all such IP numbers and addresses.

## 14. SECURITY

14.1 Security Protocol. Secure-24 has developed and shall maintain throughout the Term a comprehensive Security plan (the "Security Protocol").

14.1.1 Customer may request revisions to the Security Protocol from time to time during the Term.

14.1.2 If Customer requests changes such Security Protocol in a manner that results in substantial cost increases to Secure-24, Secure-24's compliance with the new Security Protocol will be subject to the Change Control Procedures. Customer will give Secure-24 reasonable advance notice of any requested changes in the Security Protocol, but in no event less than ninety (90) days prior to the date Customer would like to implement such revisions.

14.1.3 If Secure-24 intends to implement a material change to the Security Protocol (other than pursuant to Customer's request), Secure-24 will notify Customer.

14.1.4 If Secure-24 discovers or is notified of a breach or potential breach of security relating to the Security Protocol, Secure-24 will immediately (i) notify the Customer Contract Executive of such breach or potential breach, and (ii) exert commercially reasonable efforts to attempt to remedy the effects of the breach or potential breach.

## 15. CONFIDENTIALITY.

15.1 The recipient of Confidential Information will maintain its confidentiality at least to the same extent and manner as the recipient protects its own Confidential Information, but in no event less than a reasonable manner, including implementation of all technical, physical, and organizational measures to keep Confidential Information of Customer secure and protect it against unauthorized or unlawful processing and accidental loss, destruction or damage.

15.1.1 Neither Customer nor Secure-24 will disclose, publish, release, transfer or otherwise make available Confidential Information of, or obtained from, the other Party in any form to, or for the use or benefit of, any person or entity without such other Party's consent.

15.1.2 Notwithstanding the foregoing, Customer and Secure-24 will be permitted to disclose relevant aspects of the other's Confidential Information to its officers, directors, agents, professional advisors, contractors, subcontractors and employees and to the officers, directors, agents, professional advisors, auditors, contractors, subcontractors and employees of its Affiliates, to the extent such disclosure is not restricted under any Authorization, or Consent, but only to the extent that such disclosure is reasonably necessary for the performance of its duties and obligations or the determination, preservation or exercise of its rights and remedies under this Agreement.

15.1.3 The recipient of any Confidential Information will take all reasonable measures to ensure that Confidential Information of the disclosing Party is not disclosed or duplicated in contravention of the provisions of this Agreement by such officers, directors, agents, professional advisors, contractors, subcontractors and employees, whether during or after the term of their employment or engagement by the recipient.

15.1.4 When Secure-24 provides Customer's Confidential Information to any such person or entity, including any employee or Affiliate, Secure-24 will require such person or entity to sign, or confirm that it has signed, a confidentiality agreement with terms substantially the same as those described in this Article.

15.1.5 Upon expiration or termination of the Agreement, after completion of transition to a successor Secure-24, each Party will return or destroy the other Party's Confidential Information.

15.1.6 The obligations in this Article will not restrict any disclosure made pursuant to any Law. The recipient will give prompt notice to the disclosing Party of any demand for such disclosure.

15.2 Unauthorized Use or Disclosure. Without limiting either Party's rights in respect of a breach of this Article, each Party will: (i) promptly notify the other Party of any attempted or actual unauthorized possession, use or knowledge of the other Party's Confidential Information by any person or entity that may become known to such Party; (ii) promptly furnish to the other Party full details of the attempted or actual unauthorized possession, use or knowledge; and (iii) assist the other Party in investigating or preventing the recurrence of any attempted or actual unauthorized possession, use or knowledge of Confidential Information. Each Party will cooperate with the other Party in any investigation or litigation deemed necessary by the other Party to protect its confidentiality or proprietary rights. Unless otherwise agreed, the Party responsible for the unauthorized possession, use or knowledge of the other Party's Confidential Information will bear the costs incurred in any such investigation or litigation.

15.3 **WAIVER OF WARRANTIES. EXCEPT AS EXPRESSLY PROVIDED IN THIS AGREEMENT OR A SERVICE DESCRIPTION, ALL IMPLIED AND STATUTORY WARRANTIES AND CONDITIONS, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED OR STATUTORY WARRANTY OR CONDITION OF MERCHANTABILITY, FITNESS FOR PARTICULAR PURPOSE OR SATISFACTORY QUALITY ARE HEREBY OVERRIDDEN, EXCLUDED AND DISCLAIMED. NEITHER SECURE-24, ITS EMPLOYEES, AFFILIATES, AGENTS, SUPPLIERS, SUB-CONTRACTORS, THIRD-PARTY INFORMATION PROVIDERS, MERCHANTS, LICENSORS OR THE LIKE, WARRANT THAT THE SERVICES WILL NOT BE INTERRUPTED OR ERROR FREE; NOR DO ANY OF THEM MAKE ANY WARRANTY AS TO THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE SERVICES OR AS TO THE ACCURACY, RELIABILITY OR CONTENT OF ANY INFORMATION SERVICES OR MERCHANDISE CONTAINED IN OR PROVIDED THROUGH THE SERVICES. SECURE-24 IS NOT LIABLE FOR THE CONTENT OR LOSS OF ANY DATA TRANSFERRED EITHER TO OR FROM CUSTOMER OR STORED BY CUSTOMER OR ANY OF CUSTOMER'S CLIENTELE VIA THE SERVICE(S) PROVIDED BY SECURE-24.**

15.4 Survival of Representations and Warranties. The representations and warranties of the Parties under this Article shall survive expiration or termination of this Agreement only with respect to claims that accrued during the Term (including the provision of Termination Assistance and extension of Services under Section 11.8).

## 16. REPRESENTATIONS AND COVENANTS

16.1 Customer Covenants. Customer covenants and agrees with Secure-24 that:

16.1.1 the Customer Software and Customer Materials or any enhancement or modification to the Customer Software or Customer Materials performed by Customer, or any other work or item provided to Customer by Secure-24 or Subcontractors and mandated by Customer or

used in the performance of the Services and mandated by Customer, shall not infringe upon or misappropriate, or will not infringe upon or misappropriate the proprietary rights of any third party,

16.1.2 Customer shall not, and shall not permit others to, rearrange, disconnect, remove, attempt to repair, or otherwise tamper with any equipment used to provide the Services,

16.1.3 Customer shall not improperly use or maintain a Service Location or allow a Customer third party provided access to a Service Location by Customer, to do so in violation of Secure-24's rules and policies provided to Customer or made known to persons entering the Service Location,

16.1.4 Customer shall, at all times, comply with material provisions of Secure-24's Acceptable Use Policy and Privacy Policy, as same may be modified by Secure-24 from time to time, and

16.1.5 Customer is solely responsible for the content of any communications transmitted via the Services.

16.2 Secure-24 Covenants. Secure-24 covenants and agrees with Customer that:

16.2.1 None of the Services, Deliverables, Secure-24 Software, Secure-24 Materials, Commissioned Work or any enhancement or modification to the Customer Software or Customer Materials performed by Secure-24 or Subcontractors, or any other work or item provided to Customer by Secure-24 or Subcontractors and not mandated by Customer, or used in the performance of the Services and not mandated by Customer, infringe upon or misappropriate, or will infringe upon or misappropriate the proprietary rights of any third party (except as may have been caused by (i) Secure-24's compliance with Customer's designs or directions, but only to the extent that there were no non-infringing means to comply with Customer's designs or directions or (ii) a modification or unauthorized Use or combination by Customer or its agents);

16.2.2 Secure-24 will take commercially reasonable measures to prevent the introduction into or proliferation of any Malicious Code in the Deliverables, Customer Software or Customer's operating systems or environment.

16.2.3 without the consent of Customer, Secure-24 will take reasonable measures and due care not to intentionally insert into the Deliverables, Customer Software or any Secure-24 Software or Secure-24 Materials used to provide the Services any code that would have the effect of disabling or otherwise shutting down all or any portion of Customer's operating systems or environment;

16.2.4 upon Customer's request, or promptly following its own discovery, Secure-24 shall, as part of the Services, correct any errors in reports or other Services attributable to errors and omissions of Secure-24, its employees and subcontractors, or to failures of computers, networks, systems or other resources provided by Secure-24;

16.2.5 without the consent of Customer, Secure-24 will not insert into any Deliverables, Customer Software or Customer's operating systems or environment any code that is made generally available to the public on open source code licensing terms or on other terms that would require Customer to make the source code thereof publicly available;

16.2.6 Secure-24 will have and maintain adequate facilities, equipment and a duly qualified staff as necessary to perform the Services in an efficient, professional and timely manner and as described in each Service Description; and

16.2.7 The Deliverables and any and all fixes, updates, enhancements and modifications thereto provided by Secure-24, will function in accordance with their Specifications prior to

implementation and for the period specified in the applicable Service Description or other commissioning document, unless such malfunction or non-conformance with Specifications is caused by (i) a modification other than by or on behalf of Secure-24, (ii) a use contra-indicated in the Service Description or Secure-24 provided documentation or (iii) defects in Customer supplied components or materials .

17. <u>INDEMNIFICATION</u>

17.1 <u>Secure-24 Indemnity</u>. Subject to the terms of Section 18.3 below, Secure-24 will indemnify, defend and hold Customer, its officers, directors, employees, agents and Affiliates, and their respective officers, directors, employees and agents (collectively, the "Customer Indemnitees"), harmless from and against, any Claims resulting from, arising out of or relating to Secure-24's gross negligence or willful misconduct: or

17.1.1 relating to a violation of Law by Secure-24, unless such compliance is a requirement under a Service Description, there is no way practical to comply with the requirement and comply with Law, and Secure-24 has previously informed Customer that Secure-24 cannot comply with both the requirement and Law;

17.1.2 relating to (a) a work-related injury of Secure-24 employees or its agents, or (b) employee benefits of Secure-24 employees;

17.1.3 relating to any amounts, including taxes, interest and penalties, assessed against Customer that are the obligation of Secure-24 pursuant to this Agreement; or

17.1.4 relating to personal injury (including death) or real or tangible personal property loss or damage resulting from Secure-24's proven negligent and/or intentional acts or omissions.

Secure-24 will indemnify Customer from any actual costs and expenses reasonably incurred in connection with the enforcement of this Section.

17.2 <u>Customer Indemnity</u>. Customer will indemnify, defend and hold Secure-24, its officers, directors, employees, agents and Affiliates, and their respective officers, directors, employees and agents (collectively, the "Secure-24 Indemnitees"), harmless from and against, any Claims resulting from, arising out of or relating to Customer's gross negligence or willful misconduct: or

17.2.1 relating to Customer's failure to obtain, maintain or comply with the Authorizations and Consents;

17.2.2 relating to (a) a violation of Law by Customer, (b) a work-related injury caused by the intentional or willful misconduct of Customer or Customer agents, (c) employee benefits of Customer employees;

17.2.3 relating to any amounts, including taxes, interest and penalties, assessed against Secure-24 that are the obligation of Customer pursuant to this Agreement; or

17.2.4 relating to personal injury (including death) or real or tangible personal property loss or damage resulting from Customer's acts or omissions.

17.2.5 arising in whole or in part, directly or indirectly, from or out of the Customer Activities performed while at Secure-24's Service Locations, or Customer's failure to abide by any of the terms of Section 5.4.

Customer will indemnify Secure-24 from any actual costs and expenses reasonably incurred in connection with the enforcement of this Section.

17.3 Intellectual Property Indemnity. Subject to the provisions of this Section, Customer and Secure-24 each agree to defend the other against any third party action to the extent that such action is based on a claim that the Customer Software or Customer Materials, in the case of Customer, and the Services, the Deliverables, Software or Materials (not mandated by Customer), in the case of Secure-24, or the Confidential Information provided by or on behalf of the other Party (each an "Indemnified Item"), (i) infringes a copyright under United States or other applicable law, (ii) infringes a patent granted under United States or other applicable laws, (iii) constitutes an unlawful disclosure, use or misappropriation of another party's trade secret or (iv) violates any other intellectual property rights in any country. The indemnitor will bear the expense of such defense and pay any damages and reasonable attorneys' fees that are attributable to such claim finally awarded by a court of competent jurisdiction.

17.3.1 If an Indemnified Item becomes the subject of a claim under this Section, or in the indemnitor's opinion is likely to become the subject of such a claim, then the indemnitor may, at its option, (i) modify the Indemnified Item to make it non-infringing or cure any claimed misuse of another's trade secret, provided such modification does not adversely affect the functionality of the Indemnified Item, (ii) procure for the indemnitee the right to continue using the Indemnified Item pursuant to this Agreement, or (iii) replace the Indemnified Item with an Indemnified Item that is substantially equivalent that is non-infringing or that is free of claimed misuse of another's trade secret. Any costs associated with implementing any of the above alternatives will be borne by the indemnitor. If none of the foregoing courses of action is practical, the allegedly infringing Item will be withdrawn, and the scope, charges and Service Levels will be equitably adjusted to reflect such withdrawal.

17.3.2 With respect to any Software provided or developed by a Party pursuant to this Agreement, such Party will have no liability to the other Party under this Section, (i) to the extent that any claim of infringement is based upon the use of the Software in connection or in combination with equipment, devices or Software not supplied by that Party or use of the Software in a manner for which the Software was not designed, (ii) for infringements that arise solely as a result of the implementation by that Party of functionality requirements presented by the other Party where there is no non-infringing alternative to such implementation, and the other Party has been so advised by that Party prior to implementation, and (iii) for fixes, updates, modifications, enhancements and improvements to the Software made by any Party other than that Party or its subcontractors (unless directed to do so by the other Party, and there was no non-infringing alternative to accomplish such modification, enhancement or improvement).

17.4 Indemnitee Responsibilities. If any third party claim is commenced against a Party entitled to indemnification under this Article, the indemnitee will provide notice of the claim and copies of all related documentation to the indemnitor. Such notice and documentation will be provided as promptly as possible. The indemnitee will cooperate, at the cost of the indemnitor, in all reasonable respects with the indemnitor and its attorneys in the investigation, trial and defense of such claim and any appeal. The indemnitee may, at its own cost and expense, participate, through its attorneys or otherwise, in such investigation, trial and defense of such claim and any appeal. In such case, the indemnitor will cooperate with the indemnitee's attorneys.

17.5 Settlement. An indemnitor will have no liability with respect to any settlement reached without its prior written consent. Settlements of indemnified claims will be subject to the indemnitee's approval, which will not be unreasonably withheld or delayed; provided, however, that such consent may be given or withheld in the indemnitee's sole discretion to the extent the settlement admits liability, stipulates to any declaratory or equitable remedy, or affects the indemnitee's intellectual property or Confidential Information.

17.6 Limitation. The indemnitor's liability to pay or reimburse amounts owed with respect to any indemnified claim will be limited to the extent of the indemnitor's proportional contribution to the relevant Claim. No indemnitor will be liable for any amounts owed with respect to Claims suffered by the indemnitee to the extent attributable to the indemnitee's negligence or willful misconduct.

17.7 Subrogation. In the event an indemnitor indemnifies an indemnitee pursuant to this Article, the indemnitor will, upon payment in full of such indemnity, be subrogated to all of the rights of the indemnitee with respect to the Claim to which such indemnity relates.



**EXHIBIT A**

## 18. DAMAGES

18.1 Exceptions to Limitations. This Article 18 does not exclude or limit liability (i) for Secure-24's termination of this Agreement other than in accordance with the terms of this Agreement, (ii) for either Party's indemnification obligations with respect to Claims under Section 17.3, (iii) for either Party's breach of Section 15.1, (iv) a Party's gross negligence, fraud or willful misconduct, (v) for fees owed to Secure-24 for Services performed, (vi) Early Termination Fees, and (vii) to the extent prohibited by law.

18.2 Disclaimer of Consequential Damages. Subject to (i) any right Customer or Secure-24 may have to repudiate, rescind or otherwise terminate this Agreement that may arise hereunder and (ii) Section 18.1, both Parties' liability hereunder will be for actual direct damages only and the Parties hereby disclaim liability to the other for any punitive, special, incidental or consequential damages or lost profits.

18.3 Limitation on Secure-24 Liability. Subject to Section 18.1, Secure-24's aggregate liability for damages to Customer during the entire Term will not exceed the lesser of: (i) Customer's actual, proven direct damages, or (ii) the total Fees for the twelve (12) months immediately preceding the last act or omission giving rise to such claim for liability, unless the liability arises out of an act or omission during the first twelve (12) months after the Effective Date, in which case 's aggregate liability for Customer's actual, proven direct damages will not exceed the estimated amount of Fees that would be payable during the first twelve (12) months of the Agreement.

18.4 Fees and Costs. In any proceeding, the Party prevailing on all of its claims will be entitled to recover, in addition to its damages (which are subject to limitations stated elsewhere in this Agreement), its reasonable attorneys' fees, expert witness fees, and other ordinary and necessary costs of litigation, as determined by the court. Those costs include, without limitation, attorneys' fees and costs of any legal proceedings brought to enforce a judgment or decree.

18.5 Injunctive Relief. The Parties agree that in the event of any breach or threatened breach of any provision of this Agreement concerning (i) Confidential Information, (ii) intellectual property rights or (iii) other matters for which equitable rights are expressly provided in this Agreement, money damages would be an inadequate remedy. Accordingly, those provisions may be enforced by the preliminary or permanent, mandatory or prohibitory injunction or other order of a court of competent jurisdiction.

## 19. INSURANCE

19.1 General. Secure-24 will maintain such insurance as Secure-24 deems reasonable during the term of this Agreement.

19.2 Damage to Property. Secure-24 is not responsible for the risk of loss of, or damage to, any property of Customer at a Secure-24 Service Location, unless such loss or damage was caused by the proven willful acts or omissions of Secure-24 or an agent of Secure-24.

19.3 Prior to commencing any Customer Activities at Secure-24 Service Facilities, and thereafter upon request by Secure-24, Customer shall provide Secure-24 with proof of: (a) general liability insurance with a combined single limit (CSL) for bodily injury and property damage of at least one Million Dollars ($1,000,000) per occurrence and at least two Million Dollars ($2,000,000) in the aggregate; and (b) workers compensation insurance with statutory limits required in the state where the Customer Activities are to be performed and employer's liability coverage with limits of at least $1,000,000. If Customer shall subcontract any of the Customer Activities, Customer shall provide Secure-24 with the identity of such subcontractors, a description of the work to be performed by such subcontractors and proof that such subcontractors have in force the insurance coverages and limits required herein.

## 20. FORCE MAJEURE

20.1 Excuse from Performance. If and to the extent that a Party's performance of any of its obligations pursuant to this Agreement, other than in connection with the payment of the Fees to Secure-24, is prevented, hindered or delayed by fire, flood, earthquake, elements of nature or acts of God, acts of war, acts of a public enemy, acts of a nation or any state, territory, province or other political division, terrorism, riots, civil disorders, rebellions or

revolutions, epidemics, theft, quarantine restrictions, freight embargoes, failure of public utilities, or any other similar cause beyond the reasonable control and without the fault or negligence of such Party (each, a "Force Majeure Event"), and such non-performance, hindrance or delay could not have been prevented by reasonable precautions, then the non-performing, hindered or delayed Party will be excused for such non-performance, hindrance or delay, as applicable, of those obligations affected by the Force Majeure Event, for as long as such Force Majeure Event continues.

20.1.1 The foregoing excuse from non-performance is conditioned upon such Party continuing to use its best efforts to recommence performance whenever and to whatever extent possible without delay, including through the use of alternate sources, workaround plans, backup or emergency power, redundant telecommunications circuits, or other means.

20.1.2 Notwithstanding the foregoing, the acts or omissions of a Party's agents, subcontractors, representatives, materialmen, suppliers or other third parties providing products or services to such Party will not constitute a Force Majeure Event (unless such acts or omissions are themselves the product of a Force Majeure Event).

20.1.3 The occurrence of a Force Majeure Event does not excuse, limit or otherwise affect Secure-24's obligation to provide either normal recovery procedures or any other Disaster Recovery services specified in this Agreement or in any Service Description (unless Secure-24's non-performance is itself the product of a Force Majeure Event).

20.2 Responsibilities of Parties. The Party whose performance is prevented, hindered or delayed by a Force Majeure Event will:

20.2.1 immediately notify the other Party of the occurrence of the Force Majeure Event and describe in reasonable detail the nature of the Force Majeure Event and such Party's good faith estimate of the likely duration of such Force Majeure Event.

20.2.2 with the cooperation of the other Party, exercise all reasonable efforts to mitigate the extent of any non-performance, hindrance or delay caused by a Force Majeure Event and any adverse consequences of such Force Majeure Event, including, in the case of Secure-24, (i) performance of required work or the provision of the Services with the use of Secure-24's qualified management or other employees or Subcontractors, as permitted by this Agreement, and (ii) cooperating with Customer's efforts to secure necessary replacement services from third party vendors and suppliers.

20.2.3 immediately notify the other Party of the cessation of such Force Majeure Event.

## 21. NOTICES

21.1 General. Any notice or other communication which either Party hereto is required or authorized by this Agreement to give or make to the other will be given or made either by reputable air courier service, or by facsimile transmission confirmed by electronic confirmation, addressed to the other Party in the manner referred to below and, if that notice is not returned as being undelivered within seven (7) days of dispatch of that notice or communication in the case of reputable overnight delivery or air courier service, such communication will be deemed for the purposes of this Agreement to have been given or made after three (3) days, if sent by reputable overnight delivery or air courier service.

21.2 Addresses. For the purposes of Section 21.1 above, the address of each Party will be:

21.2.1 For Secure-24:

Secure-24, LLC.
Attn: General Counsel
26955 Northwestern Highway
Southfield, Michigan 48033

Fax: (248) 856-2535

21.2.2 For Customer:

Crowne Group, LLC
Attn: Stephen Graham, CFO
127 Public Square, Suite 5110
Cleveland, Ohio 44114

21.2.3 Either Party may change its address for service by notice as provided in this Article.

## 22. RELATIONSHIP

22.1 Independent Parties. Secure-24 and Customer are independent entities. This Agreement will not constitute, create or give effect to a joint venture, pooling arrangement, principal/agency relationship, partnership relationship, employer/employee or formal business organization of any kind and neither Secure-24 nor Customer will have the right to bind the other without the other's express prior written consent.

22.1 Non-Solicitation. During the term of this Agreement and for a period of 2 years thereafter, Customer will not in any way, directly or indirectly: (i) induce or attempt to induce any employee or contractor of Secure-24 to discontinue his or her association with Secure-24; (ii) otherwise interfere with or disrupt Secure-24's relationship with its employees and contractors; (iii) discuss employment opportunities or provide information about competitive employment to any of Secure-24's employees or contractors; or (iv) solicit, entice, or hire away any employee or contractor of Secure-24.

## 23. SEVERABILITY

If any provision of this Agreement is held invalid, illegal or unenforceable for any reason by any court of competent jurisdiction, such provision will be separable from the remainder of the provisions hereof which will continue in full force and effect as if this Agreement had been executed with the invalid provisions eliminated.

## 24. WAIVER

The failure of either Party to insist upon strict performance of any provision of this Agreement, or the failure of either Party to exercise any right or remedy to which it is entitled hereunder or thereunder, will not constitute a waiver thereof and will not cause a diminution of the obligations established by this Agreement. A waiver of any default will not constitute a waiver of any subsequent default. No waiver of any of the provisions of this Agreement will be effective unless it is expressly stated to be a waiver and communicated to the other Party in writing.

## 25. PUBLICITY

Except (i) with the written consent of the other party on a case-by-case basis or (ii) to comply with disclosure requirements in accordance with securities regulations, neither Party will make any press announcements or publicize this Agreement or any matters relating to any of the transactions contemplated hereby or use any the other party's name or trademark in any way whatsoever.

## 26. GOVERNING LAW

26.1 General. This Agreement will be governed by and construed in accordance with the laws of the State of Michigan and applicable U.S. federal laws, without giving effect to its principles of conflict of laws. The Parties hereby submit and consent to the exclusive jurisdiction of competent courts within Oakland County, Michigan. They irrevocably agree that all actions or proceedings relating to and permitted this Agreement will be litigated in those courts. Each of the Parties waives any objection which it may have based on improper venue or *forum non conveniens* to the conduct of any such action or proceeding.

26.2 Binding Nature. This Agreement is binding on Secure-24 and Customer and their respective successors and permitted assignees.

## 27. ASSIGNMENT AND DIVESTITURE

Either party may assign or transfer this Agreement to a related party or unrelated party pursuant to a sale, merger or other business reorganization of the party or any of its operating units.

## 28. GOOD FAITH

Whenever this Agreement requires or contemplates any action, consent or approval, each Party will act reasonably and in good faith and will not unreasonably withhold or delay such action, consent or approval, unless the Agreement expressly establishes some other standard, such as exercise of a Party's sole discretion.

## 29. FURTHER ASSURANCES

Each party will provide such further documents or instruments required by the other Party as may be reasonably necessary or desirable to give effect to this Agreement and to carry out its provisions.

## 30. NO THIRD PARTY BENEFICIARIES

Nothing in this Agreement, express or implied, is intended to confer rights, benefits, remedies, obligations or liabilities on any person (including, without limitation, any employees of the Parties) other than the Parties or their respective successors or permitted assigns.

## 31. ENTIRE AGREEMENT

This Agreement constitutes the entire agreement between the Parties in connection with its subject matter and supersedes all prior communications and agreements between the Parties relating to its subject matter. This Agreement may be executed in one or more counterparts, each of which will be deemed an original, but all of which taken together will constitute one and the same instrument.

## 32. COUNTERPARTS; ELECTRONIC SIGNATURES

This Agreement may be executed in counterparts and delivered by means of an electronic image scan (such as a PDF file) or facsimile, each of which when so executed and delivered shall constitute an original, but all of which, when taken together, shall constitute one contract.

**IN WITNESS WHEREOF**, this Agreement is hereby executed by the duly authorized representatives of the Parties, as set forth below.

| Secure-24, LLC. | Crowne Group, LLC |
|---|---|
| By: | By: |
| Print Name: Shawn Peralta | Print Name: Stephon Graham |
| Title: CFO | Title: Chief Financial Officer |
| Date: 24 JUN 2015 | Date: 6/23/2015 |

APPROVED



**EXHIBIT A**

## APPENDIX 1 TO MASTER SERVICE AGREEMENT

## DEFINITIONS

| TERM | DEFINITION |
|---|---|
| "Access Turn Over" | Means the date that Secure-24 has provided to the Customer access to an applicable listed environment(s), or a discrete unit thereof based on the SOF or SOW line item details (i.e. a single server), or when such environment or discrete unit thereof is available for use for the project, regardless of whether or not the Customer has provided access to its End Users or uses such (partial) environment. |
| "Affiliate" | Means, with respect to an entity, any other entity Controlling, Controlled by or under common Control with that entity. |
| "Authorizations" and/or "Consents" | Means any notice, consent, license or authorization from any regulatory, governmental or other authority necessary, required or customary for a Party to enter into or perform its obligations under this Agreement. |
| "Change" | Means any change with respect to the scope or performance of the Services. |
| "Claim" | Means all claims for Losses asserted by third parties. |
| "Confidential Information" | Means all information that relates to the business, affairs, products, developments, trade secrets, know how, personnel, customers and suppliers of either Party that has been designated as "confidential information" by a Party but excluding any information (i) independently developed by the receiving Party without using the Confidential Information of the disclosing Party, (ii) publicly disclosed by an entity other than the receiving Party under no duty of confidentiality or (iii) rightfully in the possession of the receiving Party without a duty of confidentiality prior to the receipt of such information. |
| "Customer Data" | Means any and all data provided to Secure-24 by Customer, its agents or customers, or collected by Secure-24 in the course of its performance of the Services and any and all data generated or compiled from or using such data, in the provision of the Services, including, without limitation, any personal data of any Customer employee or contractor and any data concerning any of Customer's customers. |
| "Customer Materials" | Means any materials, documentation, manuals, guidelines, business processes, methodologies, database rights, designs, drawings, Confidential Information or other items licensed or owned by Customer and used by Customer to support its IT or other operations, excluding Customer Software and excluding Secure-24 Software and Secure-24 Materials. |
| "Customer Processed Data" | Means Customer Data that is processed or stored (e.g. through hardware and/or software) in the course of its performance of the Services and any and all data generated or compiled from or using such data, (e.g. as stored |

| TERM | DEFINITION |
|---|---|
| | in or processed through hardware or software) in the provision of the Services. |
| "Customer Software" | Means the Software owned by and/or licensed by Customer, including the Software to be hosted on behalf of Customer by Secure-24, but excluding Secure-24 Software and Secure-24 Materials. |
| "Contract Executives" | Means the Customer Contract Executive and Secure-24 Contract Executive collectively. |
| "Contract Staff" | Means Contract Executive, the Key Secure-24 Personnel and any other employee of Secure-24, Secure-24 Affiliates or its or their Subcontractors that perform the Services. |
| "Contract Year" | Means each 12-month period starting on the Effective Date. |
| "Control" (and derivatives) | Means, with respect to an entity, the legal, beneficial, or equitable ownership, directly or indirectly, of fifty percent (50%) or more of the capital stock (or other ownership interest ordinarily having voting rights), or the direct or indirect power to direct the management and policies of the entity. |
| "Deliverable(s)" | Means all Software, and related documentation, manuals, knowledge-bases, training materials, literary works or items that Secure-24 may develop, or have developed, for delivery to Customer pursuant to or in connection with this Agreement, which may include, without limitation, any modification or enhancement of, or derivative work based upon, the Customer Software or Customer Materials, and developed by Secure-24 or any of its Affiliates, Subcontractors or other agents as part of the Service. Notwithstanding the foregoing, "Deliverables" will not include Secure-24 Software, Secure-24 Third Party Software or Secure-24 Materials. |
| "Disaster" | Means any unplanned interruption or disruption of the Services that at a minimum materially impairs the ability of Secure-24 to deliver the Services in the manner specified in the applicable Service Description. Such events may include, but are not limited to, loss of a Secure-24 Service Location, loss of power to a Secure-24 Service Location that results in an inability to provide the Services, or inability to access a Secure-24 Service Location that results in an inability to provide the Services. |
| "Disaster Recovery" | Means the restoration by Secure-24 of the critical processing functions as identified in a Disaster Recovery/Business Recovery Plan that is mutually agreed to by the Parties. |
| "Escrow Account" | Means, an account established with a third party escrow agent. |
| "Law" or "Laws" | Means any treaty, directive, statute, legislation or other law enacted by any federal, state or local government in a relevant jurisdiction, including any Regulatory Requirement contemplated thereunder. |

| TERM | DEFINITION |
|---|---|
| "Losses" | Means any and all loss, liability, damage or expense, finally awarded by a court of competent jurisdiction, assessed by a governmental entity, or paid in settlement by the indemnifying party, including without limitation interest, penalties, reasonable attorneys' fees, court costs, costs of arbitration, and reasonable costs of investigation. |
| "Malicious Code" | Means any virus, worm, Trojan horse, time bomb, spyware or other malicious code intended to interrupt, corrupt, disable or damage computer programs, systems, environments or data, or to permit unauthorized access thereto, but not software keys or other code designed to ensure compliance with applicable licenses. |
| "Master Service Agreement" | Means this Agreement (including this Appendix) and its Schedules. |
| "MRR" | Means the monthly recurring revenue Fee as listed on the Statement of Work (may also be called "Monthly Charge") |
| "Out-of-Scope Service" | Means a service that is not within the scope of the Services. |
| "Party" or "Parties" | Means either or both of Secure-24 or Customer or its or their Group Members, as appropriate. |
| "Pass-Through Expenses" | Means fees and costs incurred by Secure-24 for the benefit of the Customer as described in the SOW, or as otherwise agreed upon by the Parties. |
| "Regulatory Requirement" | Means any applicable regulation, ordinance, government decree or other government requirement with respect to a Party's performance of its obligations under this Agreement. Secure-24 shall be obligated to comply with Regulatory Requirements applicable to it in the State of Michigan and, to the extent applicable, the federal laws of the United States of America. Customer shall be obligated to comply with Regulatory Requirements applicable to it in the State of Michigan, the federal laws of the United States of America and any other jurisdiction that Customer has or maintains a presence. |
| "Schedule" | Means, the Schedules attached to this Agreement and/or any future Schedules entered into by the parties, in each case whenever the context so requires or admits. |
| "Secure-24 Materials" | Means any materials, documentation, manuals, guidelines, business processes, methodologies, database rights, designs, drawings, Confidential Information or other items licensed or owned by Secure-24 and used by Secure-24 to perform the Services, excluding Secure-24 Software and the Customer Software and Customer Materials. |
| "Secure-24 Software" | Means the Software owned by Secure-24. |
| "Secure-24 Third Party Software" | Means any software licensed by Secure-24 or any of its Affiliates, Subcontractors or other agents from a third party. |
| "Service Commencement Date" | Means the date of the last Access Turn Over for all of the environments listed in the initial Statement of Work (SOW). |
| "Service Description" | Means the SOW and any subsequent Service Description that the Parties mutually agree to add to this Agreement for new or additional Services. |



EXHIBIT A

| TERM | DEFINITION |
|---|---|
| "Service Level" | Means the standards prescribed for the performance and quality of the Services pursuant to this Agreement. |
| "Service Locations" | Means the Secure-24 locations set forth in Section 3.2, as may be Changed by the Parties from time to time in accordance with the Change Control Procedures. |
| "Software" | Means any application, operating system, middleware component, tools, utilities or other computer program, in object or source code form as applicable in the circumstances. |
| "Specifications" | Means technical and functional documentation describing the Applications or Deliverables, as approved by Customer. |
| "Term" | Means the Initial Term or a Renewal Term as such are described in Article 11, as applicable. |
| "Third Party" | Means an entity other than Secure-24 and its Affiliates and other than Customer and its Affiliates. |
| "Usage Based Services" | Services which are billed based on actual usage, such as SAN storage, client copies and such. |

Secure-24

248-784-1021
www.Secure-24.com

# MSA Schedule 2
# Statement of Work

## V1.0

**Customer Name: Crowne Group, LLC**

**Project Alias: Hyperion Hosting**

**Contract #: _______**



**EXHIBIT A**

Secure-24

248-784-1021
www.Secure-24.com

This Statement of Work ("SOW") is subject to the Master Services Agreement between Crowne Group, LLC ("Customer") and Secure-24, LLC ("Secure-24") dated June 23, 2015 (the "Agreement") and is Schedule 2 of the Agreement. Capitalized terms used but not defined herein shall have the meanings set forth in the Agreement.

This SOW describes both the Transition Services that will occur prior to the steady state services and the In Scope Services for steady state that follow transition.

## IN SCOPE APPLICATIONS:

The party listed in the applicable box in the chart below shall be responsible for the corresponding Activity.

**Software Management & Licensing**

| | | Activity | | | |
|---|---|---|---|---|---|
| **Software Name** | **Version** | **Installation** | **Data Migration** | **Ongoing Support** | **Licensing** |
| Microsoft Windows Operating System | 2012 | Secure-24 | N/A | Secure-24 | Secure-24 |
| Microsoft Active Directory | 2012 | Secure-24 | N/A | Secure-24 | Secure-24 |
| Sophos Anti-Virus | Latest | Secure-24 | N/A | Secure-24 | Secure-24 |
| Microsoft SQL Database | 2012 R2 Std. | Secure-24 | N/A | Secure-24 | Secure-24 |
| Oracle Hyperion Application | 11.1.2.4 | Secure-24 | N/A | Secure-24 | Customer |
| Microsoft Excel | TBD | Secure-24 | N/A | Secure-24 | Customer |
| Any software not explicitly listed in this table | | Customer | Customer | Customer | Customer |

## TRANSITION PHASE - IN SCOPE ACTIVITIES

(a) Transition Services. Transition Services shall consist of the Services that are required for Secure-24 to assume the In Scope Services for the In Scope Applications per the Ongoing Support Phase Section of the SOW below. During Transition, Secure-24 will:

(i) Prepare a Project Management Plan, as further described in subsection (b) below;

(ii) Receive the requisite knowledge from Customer and Customer Third Parties; and

(iii) Perform the Transition Services in accordance with the Project Management Plan described in Subsection (b) below.



EXHIBIT A

(b) Project Management Plan. Secure-24 will prepare a Project Management Plan for Customer's approval. The Project Management Plan will address tasks necessary to complete the Transition Services, such as:

(1) Transition Milestones;

(2) Transition Deliverables;

(3) Personnel/staffing requirements and necessary skill sets;

(4) Transition schedule;

(5) Communication plan required to interface with Customer and its third party providers;

(6) Status Reporting;

(7) Description of the tools/processes to be used for Transition, if any.

(c) Project Manager. Secure-24 will assign a project manager to manage the Transition Services with the following tasks:

- Create a project plan with time lines for migration
- Schedule weekly meetings with Customer
- Measure deliverables and milestones
- Confirm delivery of requirements with Customer
- Manage stakeholders
- The Secure-24 project manager may handle several projects and coordinate Secure-24 resources only

The Project Manager time is covered as part of the Transition Phase of this SOW and not an additional fee.

(d) Hours: Standard project working hours are Monday through Friday from 8:00 AM to 5:00 PM in client's local time zone. Supported standard times zones are Eastern, Central, Mountain or Pacific.

- Production migrations generally utilize a 24x7 execution window

- To avoid project slippages, both Secure-24 and Customer need to be responsive and provide resources and information within a reasonable amount of time of it being requested

(e) Tasks. Secure-24 will:

1) Install operating system software with agreed upon version and patch levels.

2) Install Microsoft SQL database software with agreed upon version and patch levels.

3) Install Hyperion software version 11.1.2.4 and agreed upon patch levels.

4) Configure daily backups for servers.

5) Configure monitoring and alarming for servers with standard templates.

6) Configure 10 named users with access to ITIL ticketing and support system.

Secure-24

248-784-1021
www.Secure-24.com

7) Configure Customer's contacts for change management in ITIL ticketing and support system.

8) Configure 10 users for access of the my.Secure-24 portal

9) Assist Customer in testing the application accessibility.

10) Configure Secure-24 network to support 1 security zones (internal) for server connectivity.

11) Configure SSL VPN (no RSA tokens) for 25 concurrent users

12) Configure servers and software with the following configurations:

**Virtual Server Resource Allocation**

| Server Name/ Function | Data Center Location | Operating System Version | Applications Installed | VIRTUAL CPU | VIRTUAL RAM (GB) | Storage Protection Plan | Landscape | OS Storage (GB) | App/DB Storage (GB) | Logs Storage (GB) |
|---|---|---|---|---|---|---|---|---|---|---|
| Prod Foundation | Plymouth, MI - DCD | Windows 2012 Std R2 | FS, RA, FR, EPMA | 4 | 16 | Onsite/Offsite | Production | 90 | 30 | - |
| Prod HFM | Plymouth, MI - DCD | Windows 2012 Std R2 | HFM, FDMEE | 8 | 16 | Onsite/Offsite | Production | 90 | 30 | - |
| Prod MS SQL | Plymouth, MI - DCD | Windows 2012 Std R2 | MS SQL 2012 Std. | 4 | 8 | App Consistent Onsite/Offsite | Production | 70 | 100 | 30 |
| QA/DR Foundation | Las Vegas, NV - DCE | Windows 2012 Std R2 | FS, RA, FR, EPMA | 4 | 16 | Onsite | Non-Production | 90 | 30 | - |
| QA/DR HFM | Las Vegas, NV - DCE | Windows 2012 Std R2 | HFM, FDMEE | 8 | 16 | Onsite | Non-Production | 90 | 30 | - |
| QA/DR MS SQL | Las Vegas, NV - DCE | Windows 2012 Std R2 | MS SQL 2012 Std. | 4 | 8 | App Consistent Onsite/Offsite | Non-Production | 70 | 200 | 60 |
| Prod vFiler | Plymouth, MI - DCD | vFiler | | - | - | Onsite/Offsite | Production | 0 | 100 | - |
| Non-Prod vFiler | Las Vegas, NV - DCE | vFiler | | - | - | Onsite | Non-Production | 0 | 150 | - |
| AD 1 | Plymouth, MI - DCD | Windows 2012 Std | Active Directory | 1 | 2 | Onsite | Non-Production | 55 | | |
| AD 2 | Las Vegas, NV - DCE | Windows 2012 Std | Active Directory | 1 | 2 | Onsite | Non-Production | 55 | | |
| Jumpbox | Las Vegas, NV - DCE | Windows 2012 Std | Hyperion Cleints | 8 | 16 | Onsite | Non-Production | 90 | | |
| VIRTUAL TOTALS: | | | | 42 vCPUs | 100 GB | | | 700 | 670 | 90 |

(f) Deliverables. Secure-24 will provide the following Deliverables:

- Project Management Plan

# TRANSITION PHASE - OUT OF SCOPE ACTIVITIES

Services not described as In Scope above are out of scope, including:

1) Install or configure any software not explicitly listed under in scope activities.
2) Configure custom application code and custom settings.
3) Test custom application code and load test application.
4) Perform user acceptance testing (UAT) or load testing of the application.



EXHIBIT A

## Transition Phase Customer Responsibilities

Customer will perform or provide the following in support of the Transition Services:

1. Support the transitioning of and transfer the requisite knowledge pertaining to the In Scope Applications and related Application Development and Support Services to the Secure-24 team by providing key Customer staff (i.e., technical staff and subject matter experts on In Scope Applications) for clarifications /questions.
2. Provide an appropriate point of contact to clarify the various queries during the course of this project.
3. Provide access to available user and technical documentation to the Secure-24 resources as needed for this project.
4. Provide all the necessary expertise and information to cover the statutory and regulatory requirements applicable to Customer in a timely manner.
5. Provide access to production and non-production environments to Secure-24 onsite and offshore team members.
6. Adhere to the Service Levels during the Transition period.
7. Provide timely support in validation and testing in order to complete any fixes to data and/or program to support the closure of Tickets.
8. Perform Security administration (User Creation and Access rights).
9. During the Transition period, Customer SMEs from Customer team will be reasonably available to provide knowledge transfer.
10. Provide Level 1 support in order to route the issues for In-Scope applications to Secure-24.
11. Customer is responsible for providing any SSL certificates.

## ONGOING SUPPORT PHASE:

The charts below describe the Ongoing Support Services to be provided for In Scope Applications as Access Turnover occurs for an In Scope Application. Access Turn Over means the date that Secure-24 has provided to the Customer access to an applicable listed environment(s), or a discrete unit thereof based on the SOF line item details (i.e. a single server), or when such environment or discrete unit thereof is available for use for the project, regardless of whether or not the Customer has provided access to its End Users or uses such (partial) environment.

Secure-24 shall perform the In Scope Activities. Out of Scope Activities remain the responsibility of Customer. In addition, Services and tasks not listed are out of scope.

| IT Service Management |
|---|

| | Activity | |
|---|---|---|
| | In Scope | Out of Scope |
| **Technical Support Line** | | |
| 24 x 7 - Provide a phone number, e-mail address and web interface for up to ten (10) named technical resources to log requests | X | |
| Up to ten (10) Named Portal Users, Email incidents, Service Request creation, Email change approvals, Hosted Environment Metrics, Live Chat Support | X | |
| Route requests through the Secure-24 support chain or escalation paths | X | |
| **Account Management** | | |
| Assign both a primary and a backup Client Service Manager who shall be responsible for the relationship with Customer on a day to day basis | X | |
| Provide a named contact for escalation and management of Customer relationship matters | X | |
| Schedule monthly coordination sessions with Customer (or at less frequent interval upon Customer request) | X | |
| OS Hardware Maintenance Contract Renewals | X | |
| Provide SLA based reporting for the Customer | X | |
| Schedule annual review meetings to review performance metrics and overall health status of the Customer's environment and relationship | X | |
| Follow up on Customer's response to Secure-24's customer satisfaction survey | X | |
| **Hardware Failures** | | |
| Identify hardware failures via systems monitoring and/or visual inspection. Secure-24 will open ticket and inform customer to coordinate timing of replacement based upon severity. | X | |
| Request the Customer to shut-down the required systems. If Customer does not promptly shut down the required systems, Secure-24 may do so in order to coordinate the hardware replacement and restore Services. | X | |
| In the event that Secure-24 is not an authorized agent or does not hold the support contract then the Customer will be responsible to engage the vendor. | | X |
| Upon request, Customer shall confirm that impacted Services are restored. | | X |
| **Incident Management** | | |
| Secure-24 and/or the Customer shall have the authority to initiate an Incident | X | |
| Secure-24, with Customer involvement to provide necessary information, shall categorize all incidents to facilitate accurate routing. | X | |
| Perform incident prioritization to help verify that incidents are handled with proper urgency as described in the SLA. | X | |
| **Problem Management** | | |



EXHIBIT A

Secure-24
248-784-1021
www.Secure-24.com

| | | |
|---|---|---|
| Secure-24 and/or the Customer shall have the authority to initiate a request to investigate the root cause underlying any Critical Severity incidents ("Problem Request"). Secure-24 will investigate and provide report for Root Cause Analysis for Problem Requests and open appropriate requests to resolve corrective actions. | X | |
| **Change Management** | | |
| Secure-24 and/or the Customer shall have the authority to initiate a request to add, modify or remove anything that could have an effect on Services ("Change Request"). Secure-24 will log Change Requests in a request tracking system to provide tracking and accountability. | X | |
| Define the steps required to execute the requested change, including proposing a time for change, type of change, priority, risks, and a roll back plan. | X | |
| Secure-24 Change Advisory Board or Change Approver will review Change Requests as based upon Change Type (Emergency, Routine, Comprehensive) , Customer-facing changes will require a Customer Approval in addition to Secure-24 Approval. | X | |
| Perform approved Change Request, test and close Change Requests. For Change Requests requiring customer testing, Customer will be informed by Secure-24 for testing/acceptance of change prior to close. | X | |
| Evaluate all submitted requests for impact on the existing environment. If Secure-24 determines that implementing a request will compromise, or significantly change the existing architecture, the request will be out of scope. Out of scope services are subject to Change Control procedures. | X | |
| The Customer's defined change approvers shall review the proposed plan for executing the change on dedicated systems and approve or decline it. | | X |
| **Access Management** | | |
| Determine which Secure-24 employees and designates will be allowed access to Secure-24 managed systems and what privileges they will be granted. | X | |
| Upon Customer request Secure-24 shall provide a list of users who have access to a system and what level of access each user has on the specified system. | X | |
| **Capacity Management** | | |
| Upon request Secure-24 shall evaluate infrastructure/system utilization and recommend actions and/or upgrades to address anticipated capacity constraints. Customer may also be involved in resolution of capacity constraints. | X | |
| **Performance Management** | | |
| Provide the Customer with access to Customer infrastructure/system performance and utilization statistics via the Customer portal. | X | |



EXHIBIT A

| | | |
|---|---|---|
| Identify bottlenecks related to CPU utilization, memory utilization or disk utilization for managed servers. | X | |
| Upon request Secure-24 will provide the Customer with recommended performance improvement opportunities. The Customer may also be involved in executing some of the performance improvements. | X | |
| Performance monitoring into issues with root cause being customer-managed systems. | | X |
| **Log Management** | | |
| Secure-24 will retain logs for a minimum of 30 days for forensics and troubleshooting. | X | |
| Log analysis (please see specific application section) | | X |
| **Monitoring & Alarming** | | |
| Secure-24 shall establish monitoring and alarming thresholds for basic health checks (CPU, disk utilization, host alive) and other basic system health checks | X | |
| Customized health checks or advanced alarming | | X |
| **Patch Management** | | |
| Secure-24, with the involvement of Customer, shall establish a recurring automated patching window (not to exceed monthly patching). This is necessary to help keep the environment in compliance with vendor support contracts. | X | |
| Secure-24 will be responsible for OS layer (KB Article) patching. | X | |
| Secure-24 provided patch management solution | X | |
| Secure-24 provides a schedule of quarterly patch windows. "Dev" environments will be patched first, with "Prod" environments the following quarter. | X | |
| Applying OEM vendor supplied patches | X | |
| Applying Third Party or non-OEM vendor supplied patches | | X |
| Troubleshooting and break fix services associated with customer applications/code. | | X |
| Customers ensure their applications are safe for patching and all pending functional changes are complete. Customer is responsible for application testing upon completion.. | | X |
| Selecting and/or publishing a list of subsets of patches. | | X |
| Patching windows outside of regularly scheduled window. | | X |
| **Audit Assistance** | | |
| Upon customer request Secure-24 shall provide up to 24 hours of Audit Assistance per year. (Excludes periodic and ad-hoc security/compliance reporting). | X | |
| **Troubleshooting of Application Issues for Unmanaged Applications** | | |
| The identification of bottlenecks impacting non-Secure-24 managed applications beyond CPU utilization, memory utilization or disk utilization | | X |



EXHIBIT A

| | | |
|---|---|---|
| Requests to cross reference logs which are not offloaded to troubleshoot any issue which is not currently causing a production outage | | X |
| Log analysis for applications managed by Customer or Third Party | | X |
| Firewall discovery requests for unmanaged, third party applications. | | X |
| Installation of Customer provided or third party software not explicitly listed as in scope in the Software Table in Section IV above. Install files, licenses, activation keys, and/or support contract details are to be provided by the Customer. | | X |
| The Customer will be responsible for any Customer provided/managed software as well as third party software programs. The Customer shall procure and provide software maintenance/support and provide Secure-24 with support contact information prior to the installation of the software. | | X |
| The troubleshooting of third party software not explicitly listed as in scope | | X |

## Cloud Management

| | Activity | |
|---|---|---|
| | In Scope | Out of Scope |
| **Cloud Environment** | | |
| Cluster Resource Allocation – Clusters will be fully hardware redundant | X | |
| Server Memory Allocation - The amount of allocated memory in a cluster will be allocated 100% (no over-commitment of memory) | X | |
| Virtual Machine CPU's – There are up to 8 allowable vCPU's that can be configured for an individual VM. | X | |
| Virtual Machine Disks – Virtual disks are allowed to be up to 1.8 TB in size | X | |
| **Cluster Settings** | | |
| Automated resource load-balancing, Virtual Machines may move between physical hosts as necessary to accommodate for performance and maintenance. | X | |
| High Availability, Virtual Machines will be automatically restarted on a different physical host in the event of a physical host failure. | X | |
| **Reporting** | | |
| Reports for CPU Ready Time, Disk Latency and Memory utilization on a virtual machine basis are available upon request once per month. | X | |



EXHIBIT A

| | | |
|---|---|---|
| Cluster Level Reporting, reports on physical underlying infrastructure which support virtual assets | | X |
| **Hypervisor Settings** | | |
| Virtual hosts are monitored with default suite of monitoring tools. | X | |
| Advanced host settings | | X |
| **Virtual Machine Settings** | | |
| Fault tolerant virtual machines are not currently supported. However, Secure-24 supports High Availability (HA). | | X |
| Virtual machine level reservations | | X |
| Virtual machine level NPIV | | X |
| Custom Storage DRS rules | | X |
| Live host migration for virtual machines is supported and does not require a change control process. | X | |
| Live storage migration is supported and does not require a change control process. Additionally VMware will perform automated live storage migrations. | X | |
| Guest affinity rules that keep together specific virtual machines within a cluster, or those that keep specific virtual machines apart within a cluster are supported. This requires prior Secure-24 and Customer approval | X | |
| Physical host affinity rules that tie a particular virtual machine to a specified host are not supported. | | X |
| Virtual Machine Snapshots are available and will be subject to the Change Management Process at maximum allowed time for snapshot to exist is 48 hours at which time it will be deleted without warning. (Note: Snapshots may result in production performance degradation.) | X | |
| **Storage** | | |
| Access to Enterprise class SAN or NAS storage | X | |
| Raw LUN Mapping and RDM | | X |
| Clustered VMDK disks | | X |
| Datastore level reporting | | X |
| **Virtualization Management Center** | | |
| Virtualization management software monitoring | X | |
| Customer access into virtualization management center | | X |

## Network Management

| | Activity | |
|---|---|---|
| | **In Scope** | **Out of Scope** |



EXHIBIT A

| Defense In Depth | | |
|---|---|---|
| Secure-24 deploys all networks within its datacenters following the principle of least privilege. Customer can make requests to enable network communication between resources by providing specific details including the source IP/network, destination IP/network and application or network port. | X | |
| Secure-24 will provide a logically separated network which is separate from other Customer networks | X | |
| Secure-24 shall maintain firewall policies in accordance with Change Management (up to 100 firewall policies per device). | X | |
| Secure-24 shall provide two (2) server security zones, Internal and External (DMZ). | X | |
| Secure-24 will discover applications and ports to accommodate firewall policies where Secure-24 is application owner on both source and destination application. | X | |
| Design and management of Customer networks environment outside of the Secure-24 datacenter. This includes, but is not limited to, physical network devices, IP allocations, and routing design. | | X |
| For security purposes, Customer must request Service Requests for specific firewall requests (source IP, destination IP and ports) for Customer access to applications hosted at Secure-24. Firewall discovery for customer managed applications (in either source IP or destination IP) are out of scope. | | X |
| Secure-24 shall provide basic intrusion detection system and intrusion prevention system (IDS/IPS) services for managed networks within Secure-24's datacenters. IDS/IPS will be applied to externally "untrusted" security zones by default. Customer may request to exclude IDS/IPS from being applied to Customer wide area network (WAN) facing segments of applicable virtual private networks (VPN). | X | |
| Customized IDS/IPS services, (customer-unique IDS/IPS rules) | | X |
| Basic DoS mitigation services includes standard behavioral analysis | X | |
| Advanced or custom profiles for DoS mitigation services for specific applications. Reporting for IDS/IPS and DoS mitigation. | | X |
| Internet clean pipe network services for advanced real-time protection against targeted DDoS attacks | | X |
| **Security Logging, Visibility and Response** | | |
| Security Logging - Collection and off-loading of operating system (OS) logs using Secure-24 default logging policies. | X | |
| Non-OS Logging: Up to 25 average logs per second (LPS) per month per non-OS log source. Includes log sources supported natively by logging system only. | | X |
| Security Logging Visibility - Up to four (4) standard SIEM reports delivered on a weekly basis | | X |
| Full SIEM Security Logging Response - Active response based upon SIEM correlation and alarming rules | | X |

| | | |
|---|---|---|
| Customized SIEM reporting alarms, customized SIEM rules and customized SIEM reporting | | X |
| **Host-based Intrusion Prevention System (HIPS)** | | |
| Standard Host-based intrusion prevention system (HIPS) installed on each Customer OS hosted by Secure-24. File Integrity Monitoring: Secure-24 will monitor up to fifty (50) files as frequently at a ten (10) minute schedule | | X |
| File Integrity Monitoring: Secure-24 will monitor up to fifty (50) files as frequently at a ten (10) minute schedule | | X |
| Advanced HIPS services and customization | | X |
| Real-time on-access monitoring of file access | | X |
| **IP Management** | | |
| Secure-24 shall allocate and provide private IP address ranges for all devices within the Secure-24 datacenters. | X | |
| Requests for specific IP addresses (public or private). | | X |
| Secure-24 shall provide up to one (1) public IP per datacenter using network address translation (NAT) | X | |
| IPv4 Address space | X | |
| IPv6 Address space | | X |
| Design and management of Customer networks environment outside of the Secure-24 datacenter. This includes, but is not limited to, physical network devices, IP allocations, and routing design. | | X |
| Migration of existing firewall configuration to Secure-24 supported firewall. Requests to do so are out of scope. | | X |
| Remote access to Customer headquarters or branch offices. | | X |
| **Network Connectivity** | | |
| Basic SSL VPN with Two Factor Authentication for administrative access for up to ten (10) names users | | X |
| Basic SSL VPN without Two Factor Authentication for administrative access for up to 25 concurrent users | X | |
| IPsec VPN - Site to Site for up to two (2) VPN's between Secure-24 and Customer site | | X |
| MPLS Circuits for up to two (2) MPLS circuits between Secure-24 and Customer site | | X |
| Point-to-Point Circuits for up to two (2) MPLS circuits between Secure-24 and Customer site | | X |
| MPLS with VPN Backup for up to two (2) MPLS circuits between Secure-24 and Customer site | | X |
| **Customer Managed Router and Out-of-band (OOB) equipment:** Customer to provide third party router for remote management by Customer only if MPLS is in scope above. Please Note: Any router provided by Customer is required to include an out of band access POTS line and/or out of band network accommodations. | | X |
| Circuit migration(s) | | X |



EXHIBIT A

## Backup and Recovery

| | Activity | |
|---|---|---|
| | In Scope | Out of Scope |
| **Backup and Recovery Management** | | |
| Secure-24 will provide managed backup and recovery for systems within the Secure-24 datacenter per the listed Server Configuration table | X | |
| Upon Customer request, Secure-24 will restore a system to any state available based on RPO/RTO within the Service Level Agreement (SLA) up to two (2) system refreshes per month. | X | |
| Monitor backups for success or failure and shall provide access to the success and failure logs of backup jobs via the Customer portal. | X | |
| Upon contract expiration Customer backup data will be held for 30 days unless otherwise explicitly agreed upon. | X | |
| Customer access to backup Environment | | X |
| Backup data sent to Customer site for retention | | X |
| Daily Change Rate Assumption: Customers can take advantage of up to 5% change rate per system backup per daily average and 10% change rate per application backup per daily average. Systems that exceed this change rate assumption will incur additional costs for more accelerated change rates. | X | |
| **Image Consistent Backup** | | |
| Production Backup: Secure-24 will hold seven (7) daily copies and four (4) weekly copies within the Primary Array replicated to a secondary site. Daily Full backups will also be held onsite on a separate Backup Array for thirty (30) days. | X | |
| Non-Production Backup: Secure-24 will hold seven (7) daily copies and four (4) weekly copies within the Primary Array. Daily Full backups will also be held onsite on a separate Backup Array for thirty (30) days. No offsite copies of data will be provided. | X | |
| Any backup not listed under application backups will be considered image consistent and will be crash consistent/file system only | X | |
| **Long Term Retention (Retention beyond 30 days)** | | |
| Secure-24 will provide Long Term retention stored on-site of backups utilizing a disk to disk backup solution. Monthly copies will be retained for one (1) year, yearly copies will be retained for Term of Agreement. | | X |
| Long term retention will be billed as actual consumed backup space per Customer specific pricing chart. | | X |

| Application Backups | | |
|---|---|---|
| Full daily database backups (for all Prod systems) | X | |
| Full weekly database backups, archive daily (for all Non-prod systems) | X | |
| Oracle Database: Secure-24 will provide Oracle Database backups. See application section for details | | X |
| Microsoft SQL Database: Secure-24 will provide Microsoft SQL Database backups. See application section for details | X | |
| Microsoft Exchange: Secure-24 will provide Microsoft Exchange backups. See application section for details | | X |
| Microsoft SharePoint: Secure-24 will provide Microsoft SharePoint backups. See application section for details | | X |

## Disaster Recovery

| | Activity | |
|---|---|---|
| | In Scope | Out of Scope |
| **Disaster Recovery (DR) - Management** | | |
| Provide data backup and restoration services for disaster recovery for devices specified in the below DR options per system:<br><br>In the event of a disaster replicated hosts are promoted to production and service is restored. In cases where the non-production environments are used for DR. Customer agrees that some non-production environments are not architected to be exact replicas of production and as a result they may not be able to handle an equal load to production | | X |
| **DR Option 1:** Hypervisor-based virtual replication DR for hosts specified (See Server Configuration table for specific applicable systems) | | X |
| **DR Option 2:** Storage based replication technology for DR (See Server Configuration table for specific applicable systems) | | X |
| **DR Option 3:** Application based replication (Please see application section Server Configuration table for specific method and applicable systems). | | X |
| **Disaster Recovery (DR) - Methodology** | | |
| Upon Customer request, Secure-24 will conduct a basic non-intrusive Disaster Recovery Test ("DR Test") and fail-over the Secure-24 managed applications in a working state to the disaster recover site for systems identified with "DR" in Server Configuration table. | | X |

| | | |
|---|---|---|
| For Customer managed applications Secure-24 will provide the server in the last known state within RPO as per Service-Level Agreement (SLA). | | X |
| Upon Customer request, Secure-24 shall participate in up to one (1) successful disaster recovery fail over test per calendar year. Basic non-intrusive DR Tests may include up to ten (10) systems. If issues are identified during a fail over test which require remediation on the part of Secure-24, additional tests will be performed after remediation. Customer request must be submitted with at least 45 business days prior to the scheduled test date. Secure-24 and Customer will mutually agree upon the specific data and time. | | X |
| Secure-24 will provide a method of access to the disaster recovery environment during a disaster recovery fail over. The parties agree that during a disaster recovery fail over the method of access may or may not change from the method used to access the production environment. By default a non-intrusive DR Test is limited to five (5) named users. Verification of user access to applications and data in-scope for DR, qualifies for a successful DR test. | | X |
| In an actual DR scenario Customer is responsible for any network or DNS changes required to route user access to Secure-24 DR site. | | X |
| Fail over of production IP addresses or networks. | | X |

## Active Directory Management

| | Activity | |
|---|---|---|
| | In Scope | Out of Scope |
| **Active Directory Management** | | |
| Trust management between domains | X | |
| Manage computer and group objects for Secure-24 managed AD environments | X | |
| Design new environments only for Secure-24 managed devices | X | |
| Provide GPO linking only for Secure-24 managed devices | X | |
| Support login scripts that were supplied by Secure-24 | X | |
| Provide directory delegation recommendations and guidance based upon customer requirements | X | |
| Promote, demote, and provide support for Secure-24 managed object | X | |
| Manage adding, removing and modifying domain trusts | X | |
| DNS changes within managed Active Directory environments, where DNS hosting is provided by Secure-24 | X | |
| Miscellaneous attribute modification and customized reporting | | X |

| | | |
|---|---|---|
| Requests to support a distributed file system | | X |
| DHCP Server Management (typically done at the local site) | | X |
| **Access Management** | | |
| Add/change/remove users and/or permissions based on acceptable policies set by the Secure-24 Security Group. | X | |
| Domain administrator groups for named accounts is limited to Secure-24 Engineers designated by the S24 Security group to administration access. | X | |
| Remediation of changes made by Customer with privileged administrator access to systems. | | X |
| **Monitoring & Alarming** | | |
| Secure-24 shall monitor for Active Directory File Replication, host-alive, Distributed file system service, domain name service, netlogon, Kerberos key distribution service, and required domain services for managed Microsoft Active Directory environments. | X | |
| Secure-24 adds the following monitors Active Directory Domain Services – Secure-24 will monitor this critical Active Directory service ensuring it is available on the designated domain controller. | X | |
| Basic active directory logging (default to Active Directory) | X | |
| Customized Active Directory Logging and Archiving | | X |
| GPO and FSMO Management for Managed Secure-24 Accounts and Systems | X | |
| Secure-24 will support login scripts that were supplied by Secure-24 | X | |
| DNS Changes for Secure-24 Managed Systems | X | |
| Advanced Security Reporting within Active Directory | | X |
| Management of Customer created organization units. | | X |
| Custom GPO redesign and consulting | | X |

## Microsoft Operating System Management

| | Activity | |
|---|---|---|
| | In Scope | Out of Scope |
| **Access Management** | | |
| Add, change, and remove local users and user rights on managed Microsoft Windows servers. | X | |
| Full administrator access is granted to all Secure-24 engineers responsible for managing the customer environment | X | |

| | | |
|---|---|---|
| Upon Customer request, Secure-24 will add local administrative access for Customer managed-applications (service accounts). See Software Management section under On-going Support for list of applicable Customer managed applications. | X | |
| **End User Management** (add-on): Upon Customer request, Secure-24 shall add, change, and remove Active Directory users and user rights on managed Microsoft Active Directory environments based on customer requirements and Secure-24 policies. | | X |
| **General** | | |
| OS Hardware Maintenance - Incident/Problem resolution for physical and/or virtual systems. | X | |
| **File and Print Folder Permissions:** Upon Customer request, folder creation and access management. | | X |
| Disk quotas for users | | X |
| Configuration/Troubleshooting of remote systems not hosted with Secure-24 unless explicitly contracted. | | X |
| Application troubleshooting and monitoring not covered in the customer application SLA is considered out of scope. (IE applications installed by the customer and not directly supported by Secure-24) | | X |
| Certificate management and certificate authorizations (CA) | | X |
| **Versions Supported** | | |
| Windows Server 2008 and later | X | |
| Standard and enterprise versions supported | X | |
| Versions prior to Windows Server 2008 | | X |

## Oracle Hyperion Management Services

| | Activity | |
|---|---|---|
| | In Scope | Out of Scope |
| **Access Management** | | |
| Integrate Hyperion and LDAP | X | |
| Provisioning of Customer administrative users within Hyperion | X | |
| Provisioning of Customer end users within Hyperion | | X |
| **Oracle Hyperion Operations Management** | | |
| Install and configurations of supported in-scope Hyperion Modules (please see below) | X | |
| Troubleshoot connectivity between Hyperion modules | X | |

| | | |
|---|---|---|
| Perform startup, restart, and shutdown of application service upon customer request or by Secure-24 discretion following the appropriate change management procedures | X | |
| Support windows file-sharing as the standard for inbox transfers | X | |
| Ensure availability of end user Smartview connectivity | | X |
| Escalate issues to Oracle Support | X | |
| Upgrades between Hyperion releases (for example, 11.1.2.1 to 11.1.2.3) | | X |
| **Supported Hyperion Modules** | | |
| **Foundations Modules**<br>Foundation Services (FS)<br>Oracle HTTP Server (OHS)<br>Reporting and Analysis (RA)<br>Financial Reporting (FR)<br>Web Analytic (WA)<br>Enterprise Performance Management Architect (EPMA)<br>Interactive Reporting (IR) | X | |
| **Essbase Modules**<br>Essbase (ESB)<br>Essbase Administration Services (EAS)<br>Analytics Provider Services (APS) | | X |
| **Planning Modules**<br>Hyperion Planning (HYP)<br>Hyperion Capital Asset Planning (CAPEX)<br>Hyperion Workforce Planning (HWP) | | X |
| **Standalone Modules** | | |
| Disclosure Management (DM) | | X |
| Data Relationship Management (DRM) | | X |
| Financial Data Quality Management (FDM) | X | |
| Hyperion Financial Close (HFCM) | | X |
| Financial Management (HFM) | X | |
| Strategic Finance (HSF) | | X |
| Oracle Business Intelligence (OBI) | | X |
| Hyperion Performance Score Card (OSSM) | | X |
| Oracle Data Integrator (ODI) | | X |
| Essbase Analytical Link (EAL) | | X |
| **Exalytics Management** | | |
| Provide patching and monitoring services for the Oracle Linux and Exalytics systems. | | X |
| Provide patching and management of the OVM systems and maintain separation between development and UAT Essbase instances on the same physical server by utilizing OVM partitioning | | X |
| **Other** | | |



EXHIBIT A

| | | |
|---|---|---|
| Creation of business rules, reports and books | | X |
| Support connectivity issues with inbox and outbox for transfer methods other than Windows file share | | X |
| Creating scripts automating functional application tasks. This includes but is not limited to backup and configuration scripts | | X |
| Support for any Hyperion related technology not listed inside this Agreement | | X |
| Customer will be responsible for maintaining an active support agreement with Oracle and must provide Secure-24 with access to use that agreement to support Customer environment. Secure-24 will not provide access to any managed environment without access to the CSI number. | | X |

## MSSQL Management Services

| | Activity | |
|---|---|---|
| | **In Scope** | **Out of Scope** |
| **MSSQL Services** | | |
| Database level patch management | X | |
| Space management for data file | X | |
| Database buffer and memory management | X | |
| Refresh Non-production from Production systems from production (four per year) | X | |
| Any database level changes performed by Customer or Secure-24 will require a CHGT approval from both Customer and Secure-24 | X | |
| Installation of reporting and integration packages (SSRS/SSAS/SSIS) | X | |
| Ongoing support for reporting and integration packages (SSRS/SSAS/SSIS) | | X |
| **Access Management** | | |
| Secure-24 shall provide Active Directory integration for authentication of database users assuming Active Directory is part of the environment. | X | |
| Upon Customer request, Secure-24 shall add, change, and remove local database users and user rights on managed MS SQL environments based on customer requirements and Secure-24 policies | X | |
| Secure-24 will provide Customer database access required to manage application related database schemas only | X | |
| Administrative access to MS SQL. (Administrative access is managed by Secure-24) | | X |
| **MSSQL-specific Backups** | | |
| Standard backup archive logs every 4 hours | X | |



EXHIBIT A

| | | | |
|---|---|---|---|
| Custom database-level backups | | | X |
| **Customer Responsibilities** | | | |
| SQL statements, joins, and queries | | | X |
| Detailed environmental assessments, performance recommendations and DBA consulting | | | X |
| Data architectural management: including data modelling, schema updates, creating partitioning, data archiving and other database development type activities. | | | X |
| Database release upgrades (for example SQL 2003 to SQL 2008) | | | X |
| Detailed environmental assessments, performance recommendations and DBA consulting | | | X |
| Execution of any DML statements such as INSERT, UPDATE, DELETE | | | X |

**FEES AND PAYMENT**: Fees are set forth in table below. In accordance with Section 9.2 of the Agreement, the first month's Monthly Charge shall be invoiced and due upon the Agreement Effective Date. Partial and pro-rated Monthly Charges for partial or incremental Services shall commence as of the applicable Access Turn Over dates and will continue until the Service Commencement Date. Monthly Charges (non-pro-rated) will commence as of the Service Commencement Date and continue monthly for the 36 month Term. Out of Scope Services may be requested via Change Order or a separate statement of work.

**TERM:** This SOW shall commence as of the Agreement Effective Date and shall continue for 36 months from the Service Commencement Date.

**Secure-24**

248-784-1021
www.Secure-24.com

| Secure-24 Hosting Services for 36 Months | Monthly Charges | One Time Charge |
|---|---|---|
| **Support Services** | | |
| 24x7 Service Desk for 10 Named Technical Contacts and Access to the my.secure-24.com Portal<br>Basic ITIL Based Request Management System<br>Access to Named Client Service Manager for Regular Status Meetings and 24x7 Severity 1 Issue Escalation Management<br>Named Project Manager to Facilitate Implementation and/or Transition Services | | |
| **Hosting Services** | | |
| First Class Data Center Services (Physical Security, Floor Space, Cross Connects, Redundant Power, Access Control, etc.) | | |
| **Operating System Support Services** | | |
| Microsoft Windows Operating System Patching/Support - 9 Server(s)<br>24x7 Systems Monitoring and Alarming<br>Antivirus Management for 9 Microsoft Windows Operating Systems | | |
| **Application Support Services** | | |
| Microsoft SQL Database Software Patching/Support/DBA Services - 2 Server(s)<br>Active Directory Software Patching/Support - 2 Server(s) | | |
| **Hyperion Application Support Services** | | |
| Installation of Hyperion Software<br>Ongoing Hyperion Application Framework Management Services - Patching, Tuning, DBA Services<br>24x7 Hyperion Specific Application Monitoring and Alarming | | |
| **Hardware/Software Provided by Secure-24** | | |
| 100 GB of vRAM Licensed for Microsoft Windows Server Operating System<br>8 vCPU Licenses for Microsoft SQL Server Standard Edition | $11,785 | $0 |
| **Secure-24 Virtual Machine Services** | | |
| 100 GB of vRAM | | |
| **Storage and Backups** | | |
| 1.4 TB of Enterprise Class Network Attached Storage<br>Onsite NAS Backups (0.44 TB/Full) - 30 Days Held Onsite, 0 Days Held Offsite<br>Onsite/Offsite NAS Backups (0.43 TB/Full) - 30 Days Held Onsite, 4 Weeks Held Offsite<br>Application Consistent Onsite/Offsite NAS Backups (0.53 TB/Full) - 30 Days Held Onsite, 4 Weeks Held Offsite | | |
| **Network/Security Services** | | |
| Internet Bandwidth: 1 Mbit/s<br>Access to Highly Available Multi-Tiered Firewall and Security Infrastructure<br>Access to Highly Available Core Fiber & Ethernet Switching Infrastructure<br>25 Concurrent SSL VPN Users and 0 Site to Site VPNs for Secure Remote Access<br>Log Offloading for 10 Devices | | |
| **Disaster Recovery Services** | | |
| Nighly Offsite Datta Protection - No Guranteed RTO | | |
| **Out of Scope (Provided by Client)** | | |
| Application Management, Support and Upgrades/Patching for Applications not explicitly listed in scope)<br>Hyperion Application Functional Support & Migration of Existing Data<br>Hyperion Application and Microsoft Excel Licensing<br>RTO Guarantee for DR<br>End User Help Desk | | |

| CONTRACT BILLING SCHEDULE | | | |
|---|---|---|---|
| Billing Phase | Phase 0 | Phase 1 | Phase 2* |
| Billing Trigger | Agreement Effective Date | Access Turn Over of QA Systems | Access Turn Over of Production Systems |
| Billing Terms | Upon Receipt | Net 30 | Net 30 |
| One Time Charge | $0 | - | - |
| First Month's Full Monthly Charges | $11,785 | - | - |
| Ongoing Monthly Charges | - | $5,893 | $11,785 |
| | | | *Service Commencement Date - 36 Month Initial Term Starts |

Out of Scope and Incremental Services may be requested at the applicable rates in the charts below:



EXHIBIT A

Secure-24

248-784-1021
www.Secure-24.com

Out of Scope Services will be billed monthly in arrears at the applicable Hourly Rates, for actual hours worked. If hours are bought on a pre-paid basis, actual hours will be tracked against the purchased allotment and reported monthly Incremental Services: The applicable

| Secure-24 Incremental Price List | Monthly Charge | One Time Charge |
|---|---|---|
| **Virtual RAM**<br>2GB of Virtual RAM on Secure-24 Highly Available Virtual Machine Cluster<br>Includes 1 vCPU per 2 GB of RAM | $29.88 | $29.88 |
| **Virtual CPU**<br>1 vCPU on Secure-24 Highly Available Virtual Machine Cluster<br>Only needed if system has a requirement for more than 1 vCPU per 2GB of RAM | $29.88 | $29.88 |
| **SAN - Bronze Tier - Prod**<br>1GB of Fiber Attached Enterprise Storage on Bronze Tier<br>Daily Incremental, Weekly Full Backups to Disk - 30 Days Held Onsite, 30 Days Held Offsite | $86.17 | $86.17 |
| **SAN - Silver Tier - Prod**<br>1GB of Fiber Attached Enterprise Storage on Silver Tier<br>Daily Incremental, Weekly Full Backups to Disk - 30 Days Held Onsite, 30 Days Held Offsite | $99.42 | $99.42 |
| **SAN - Bronze Tier - Non-Prod**<br>1GB of Network Attached Enterprise Storage on Bronze Tier<br>Daily Incremental, Weekly Full Backups to Disk - 30 Days Held Onsite, 0 Days Held Offsite | $71.46 | $71.46 |
| **SAN - Silver Tier - Non-Prod**<br>1GB of Fiber Attached Enterprise Storage on Silver Tier<br>Daily Incremental, Weekly Full Backups to Disk - 30 Days Held Onsite, 0 Days Held Offsite | $84.70 | $84.70 |
| **Backups for Databases**<br>1GB of Protectected Data<br>Incremental Backups ever 4 Hours, Full Backups Nightly | $77.94 | $77.94 |
| **Internet Bandwidth**<br>Internet Bandwidth: "1"Mbit/s "CIR" to 3 ISPs (Burstable to 100Mbit) | $59.96 | $59.96 |
| **Additional Managed Windows Virtual Machine**<br>2 vCPUs, 4 GB of vRAM, 64 GB of NAS Silver Tier Prod Storage<br>Microsoft Windows Operating System Patching/Support<br>24x7 Systems Monitoring and Alarming<br>Log Offloading<br>Antivirus Management for Microsoft Windows Operating System<br>Microsoft Windows Server 2012 R2 Standard Operating System | $397.68 | $397.68 |
| **Additional Managed Redhat Linux Virtual Machine**<br>2 vCPUs, 4 GB of vRAM, 64 GB of NAS Silver Tier Prod Storage<br>Red Hat Enterprise Linux Operating System Patching/Support<br>24x7 Systems Monitoring and Alarming<br>Log Offloading<br>Red Hat Enterprise Linux 6 Basic Operating System | $456.96 | $456.96 |
| **Remote Access Services - End User**<br>SSL Remote Access for 1 Concurrent User without Two Factor Authentication | $19.99 | $19.99 |

Secure-24

248-784-1021
www.Secure-24.com

One-Time Charge(s) will be invoiced and due upon receipt of a valid change order (fully signed document or fully approved BCO). Monthly Charges shall commence upon Access Turn Over of the applicable Service/item.

| Secure-24 Out of Scope Labor Rate | Hourly Rate | Prepaid Hourly Rate |
|---|---|---|
| **Altiris Team**<br>Altiris Team Out of Scope Project Engagement Labor Cost | $150.00 | $135.00 |
| **Application Virtualization Team**<br>Application Virtualization Team Out of Scope Project Engagement Labor Cost | $150.00 | $135.00 |
| **Backup Team**<br>Backup Team Out of Scope Project Engagement Labor Cost | $150.00 | $135.00 |
| **Data Center Team**<br>Data Center Team Out of Scope Project Engagement Labor Cost | $150.00 | $135.00 |
| **BAs & Development Team**<br>BAs & Development Team Out of Scope Project Engagement Labor Cost | $150.00 | $135.00 |
| **Exchange Team**<br>Exchange Team Out of Scope Project Engagement Labor Cost | $225.00 | $200.00 |
| **Executive Delivery Managers Team**<br>Executive Delivery Managers Team Out of Scope Project Engagement Labor Cost | $225.00 | $200.00 |
| **Helpdesk Team**<br>Helpdesk Team Out of Scope Project Engagement Labor Cost | $80.00 | $72.00 |
| **Hyperion Team**<br>Hyperion Team Out of Scope Project Engagement Labor Cost | $225.00 | $200.00 |
| **IT Business Services Team**<br>IT Business Services Team Out of Scope Project Engagement Labor Cost | $225.00 | $200.00 |
| **Project Manager Team**<br>Project Manager Team Out of Scope Project Engagement Labor Cost | $150.00 | $135.00 |
| **Linux Team**<br>Linux Team Out of Scope Project Engagement Labor Cost | $150.00 | $135.00 |
| **Microsoft Team**<br>Microsoft Team Out of Scope Project Engagement Labor Cost | $150.00 | $135.00 |
| **Network Team**<br>Network Team Out of Scope Project Engagement Labor Cost | $150.00 | $135.00 |
| **Oracle DBA Team**<br>Oracle DBA Team Out of Scope Project Engagement Labor Cost | $175.00 | $155.00 |
| **PeopleSoft Team**<br>PeopleSoft Team Out of Scope Project Engagement Labor Cost | $225.00 | $200.00 |
| **SAP Team**<br>SAP Team Out of Scope Project Engagement Labor Cost | $225.00 | $200.00 |
| **India Team**<br>India Team Out of Scope Project Engagement Labor Cost | $80.00 | $72.00 |
| **SharePoint Team**<br>SharePoint Team Out of Scope Project Engagement Labor Cost | $225.00 | $200.00 |
| **Storage/SAN Team**<br>Storage/SAN Team Out of Scope Project Engagement Labor Cost | $150.00 | $135.00 |
| **System Monitoring Team**<br>System Monitoring Team Out of Scope Project Engagement Labor Cost | $150.00 | $135.00 |
| **CSM Team**<br>CSM Team Out of Scope Project Engagement Labor Cost | $150.00 | $135.00 |
| **VMWare Team**<br>VMWare Team Out of Scope Project Engagement Labor Cost | $150.00 | $135.00 |
| **Security and Compliance Officer Team**<br>Security and Compliance Officer Team Out of Scope Project Engagement Labor Cost | $150.00 | $135.00 |

EXHIBIT A

**Secure-24**

248-784-1021
www.Secure-24.com

**Schedule 2: Statement of Work**
**Accepted and Agreed:**

**Crowne Group, LLC**

By: ______________________

Print Name: Stephen Graham

Title: Chief Financial Officer

Date: 6/23/2015

**Secure-24, LLC.**

By: ______________________

Print Name: Shawn Peralta

Title: CFO

Date: 24 JUN 2015

APPROVED

Customer Billing Contact Info

Name: ______________________

Phone : ______________________

Fax: ______________________

E-mail: ______________________

Sales Representative

Name: ______________________

Company (Reseller): ______________________

E-mail: ______________________

SOF# ______________________



EXHIBIT A

# MSA Schedule 3

# Service Level Agreement

This Service Level Agreement ("SLA") is the SLA portion of Schedule 2 to, and is subject to, the Master Services Agreement between Crowne Group ("Customer"), and Secure-24, LLC (the "Agreement") dated June 23, 2015. This SLA defines Service Levels for the Services, and describes the manner in which they will be computed, reported and administered.

## 1. DEFINITIONS

The following capitalized terms shall have the meanings assigned below. All other capitalized terms shall have the meanings stated when the terms first appear, or those assigned by the Agreement.

"Actual Uptime" shall mean, of the Scheduled Uptime, the aggregate number of minutes in any calendar month during which the applicable Services are available for use by Customer.

"Amount at Risk" means, with respect to any month during the Term, fifteen percent (15%) of Secure-24's total Monthly Charges for the applicable month (excluding Pass-Through Expenses, if any).

"Availability" shall mean the extent to which Secure-24 Services are actually available for use by Customer during the Scheduled Uptime for such Services. Availability will be expressed as Actual Uptime divided by Scheduled Uptime, with the result expressed as a percentage. (i.e., Availability % = (Actual Uptime in minutes / Scheduled Uptime in minutes) × 100.00).

"Business Day" shall mean Monday through Friday from 08:00 to 17:00, EST or EDT, excluding holidays observed by Customer (currently: New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day and Christmas Day).

"Business Hour" shall mean one hour during a Business Day.

"Fault" means an unexcused failure to meet a Service Level. Faults are excused in accordance with the Agreement or due to a Force Majeure Event.

"Incident" means a single event or series of substantially contemporaneous related events that result in the occurrence of one or more Faults.

"Measurement Period" means monthly, on a calendar month basis, unless otherwise stated below in an accompanying table, or agreed in writing by the Parties.

"Monthly Fee" means, with respect to any month during the Term, the total amount of the Monthly Charges (excluding only reimbursable expenses, and pass-throughs) to be paid by Customer to Secure-24 for Services under the Agreement during that month.

"Planned Maintenance Window" means Routine, Comprehensive and Emergency Maintenance as defined below. Customer shall be given notice, the approval of which shall not be reasonably withheld.

"Routine Maintenance" means maintenance performed on high availability (N+1 or greater) infrastructure that will cause no impact to service, and/or service degradation not to exceed 15 seconds.

"Comprehensive Maintenance" means maintenance performed on any infrastructure which has significant risk of or requires Customer environment down time.



EXHIBIT A

"Emergency Maintenance" means maintenance performed when significant performance/security risk or impact to Customer has been identified. In the event that service to Customer is impacted Secure-24 will perform the emergency maintenance to restore service promptly and will follow applicable crisis management and Disaster Recovery procedures. If a potential risk is identified but is not impacting service, Secure-24 will give as advance notice and freeze any changes that may further risk the environment until the preventative maintenance has been successfully performed.

"Scheduled Uptime" shall be calculated as:

Scheduled Uptime = OT – PM

PM = Planned Maintenance Window time in minutes within one month
OT = Operation time calculated as the total minutes in the applicable calendar month.

"Service Credit" means the amount determined by multiplying the applicable credit percentage listed in the applicable table in Section 5 below for the Fault times the Monthly Charge for the month in which the Fault occurs. For availability related Service Credits, credits will be based on Availability per Application or System. Secure-24 will calculate Service Credits based upon the percentage of the impacted Application or Server's MRR line item equivalent for which are applied to the given month(s).

"Service Level" means each of those levels of performance specified by the tables in Section 5.

## 2. EFFECTIVENESS OF SERVICE LEVELS

### 2.1. Timing

All Service Levels shall be measured and reported beginning on the Service Commencement Date unless a different date is specified in the applicable attached tables, or as otherwise mutually agreed in writing, in which case such other agreed upon date shall govern. Service Levels shall not otherwise be effective (and no Service Credits shall be payable for Faults) until the date specified and agreed by the parties.

## 3. SERVICE LEVEL MANAGEMENT AND ADMINISTRATION

### 3.1. Service Level Reports

Secure-24 shall provide monthly reports with the following information:

(a) performance of all Service Levels, including relevant calculations;

(b) summaries of root cause analyses and corrective action required by the Agreement (the root cause analysis report (RCA) itself to be reported separately, in reasonable detail, within five (5) business days of the incident necessitating such RCA, and with updates provided to the Customer related to such event being provided at least every four (4) hours during an escalation by a Customer Service Manager);

(c) significant changes that have occurred or are anticipated that may affect Service Level performance; and

(d) Secure-24 comments on Service Level performance and trends.

Secure-24 will make information concerning Service Level and Service Credit calculations available to Customer upon request.

**3.2. Service Level Adjustments and Additions**

(a) Service Levels for a new service, system or function (a "New Service") shall be determined by mutual agreement in accordance with the Change Control Procedure.

(b) Unless otherwise agreed, an initial Service Level observance will begin after Service Commencement Data for that system. Service Levels as of the Effective Date are identified in the accompanying tables. The Parties will work in good faith to add or modify existing Service Level(s), no more than four (4) times during any calendar year, and upon at least sixty (60) days' prior notice to the other Party.

**3.3. Service Level Review**

At intervals reasonably determined by Customer, or upon either Party's request, the Parties will meet and confer to discuss additions to, deletions from, or modifications of Service Levels and related items (such as New Services) to reflect changes in Customer's business requirements, objectives, operations or the manner or technologies used to deliver Services. Modifications from time to time agreed to will be approved in accordance with the Change Control Procedures, or through written amendment of this Schedule and related contract documents.

## 4. SERVICE CREDITS

**4.1. Service Credits**

Secure-24 shall credit Service Credits to Customer in arrears, in the monthly invoices, after the end of the month in which such Fault occurred. Invoices shall indicate the month the Service Credit was earned.

**4.2. Maximum Service Credits**

The maximum, cumulative amount payable as Service Credits for any single month shall not exceed the Amount at Risk.

**4.3. Remedies**

The Service Credits shall be Customer's sole right to recover damages against Secure-24 for any failure to provide Services, and Customer hereby waives any claims for other damages incurred by Customer or to seek other remedies to which it may be entitled hereunder as a result of such failure.

## 5. SERVICE LEVEL TABLES

### A. PRODUCTION APPLICATION AVAILABILITY

| Performance Area | Compliance Date | Performance Metric |
|---|---|---|
| Production Application Availability | Service Commencement Date. | 99.5% Production Application Availability for all applications managed in Secure-24 facilities which are in production as measured via application uptime. |

| SLA: Production Application Availability | |
|---|---|
| **Objective** | Track and measure overall application availability to the Customer |
| **Definition** | Secure-24 will track and measure application availability to the Customer. Any Incidents will be subtracted from Actual Uptime per Section 1 Definitions to determine overall application availability. |
| | **Method** |
| **Data Capture** | Availability calculated per Section 1 Definitions |
| **Measurement Interval** | Minutes |
| **Reporting Period** | Constant |
| **Hours of Support** | 24x7x365 |
| **Resource Range** | Secure-24 hosted Applications per SOW section "Software Management & Licensing" |
| | Server availability is already factored within application availability (since applications reside atop servers) therefore any incidents that negatively affect application availability and server availability will be counted towards applicable application availability ONLY, and NOT server availability in addition, as not to double the impact of an individual incident. |

| Application Availability | Service Credit Percentage |
|---|---|
| <99.5% | 2.5% |
| <99.0% | 5% |
| <98.50% | 10% |
| <98.00% | 15% |

Note: Excludes planned maintenance windows and approved change controls.

B. SERVER AVAILABILITY

| Performance Area | Compliance Date | Performance Metric |
|---|---|---|
| Server Availability | Service Commencement Date. | 99.9% Availability for servers managed in Secure-24 facilities which are in production as measured via server uptime. |

| SLA: Server Availability | |
|---|---|
| **Objective** | Track and measure overall server availability to the Customer |
| **Definition** | Secure-24 will track and measure server availability to the Customer. Any incidents will be subtracted from Actual Uptime per Section 1 Definitions to determine overall production server availability. |
| **Method** | |
| **Data Capture** | Availability calculated per Section 1 Definitions |
| **Measurement Interval** | Seconds |
| **Reporting Period** | Constant |
| **Hours of Support** | 24x7x365 |
| **Resource Range** | All Customer servers hosted by Secure-24 |

| Server Availability | Service Credit Percentage |
|---|---|
| <99.9% | 2.5% |
| <99.5% | 5% |
| <99.0% | 7.5% |
| <98.50% | 10% |
| <98.00% | 15% |

Note: Excludes planned maintenance windows and approved change controls.

C. INCIDENT RESPONSE MANAGEMENT

Incident Response Time

| Performance Area | Compliance Date | Performance Metric |
|---|---|---|
| Severity Level 1 | Service Commencement Date. | 99% of Incident response times for managed devices in Secure-24 datacenters shall be less than or equal to 30 minutes. |
| Severity Level 2 | Service Commencement Date. | 99% of Incident response times for managed devices in Secure-24 datacenters shall be less than or equal to 2 hours. |
| Severity Level 3 | Service Commencement Date | 99% of Incident response times for managed devices in Secure-24 datacenters shall be less than or equal to 1 business day. |
| Severity Level 4 | Service Commencement Date | 99% of Incident response times for managed devices in Secure-24 datacenters shall be less than or equal to 4 business days. |

Incident Examples of Priority and Severity

| | |
|---|---|
| Incident Request Priority A | A failure of the Production Environment (or any component thereof) has occurred so as to render the Production Environment incapable of providing System Availability from an entire data center. Addressing Priority A Incidents will take precedence over all other Services and other lower priority Incidents. Also known as Severity Level 1. |
| Incident Request Priority B | Major problems exist with the Production Environment. The Incident affects large portions of client community. This includes high visibility problems involving upper management or time sensitive issues. Examples of this Priority level include inability to process service orders according to business priorities, month end transaction generation for financial closing processes, and interfaces that have a financial impact are not operating. Also known as Severity Level 2. |
| Incident Request Priority C | There is an issue with the Production Environment (or any component thereof) that affects a few users on a regular basis, thereby preventing work from being accomplished. Also known as Severity Level 3. |
| Incident Request Priority D | An informational inquiry or non-reoccurring Incident exists with the Production Environment (or any component thereof) that affects a few users. Also known as Severity Level 4. |

| SLA: Incident Response Management | |
|---|---|
| **Objective** | To ensure that any impacts to services provided are recorded and responded to, and are being actively managed by Secure-24 within expected timelines. |
| **Definition** | Incident Management and Resolution requests are prioritized based upon impact and urgency of each reported incident. Each priority has a different response timeframe with examples shown above in "Incident Examples of Priority and Severity". To track this measurement the number of requests responded to within stated timeframes is divided by the total number of requests responded over the same time period.<br>Calculation: The following formula is used to determine the Incident Response rate:<br><br>Incident Response Rate = $\frac{\textit{Requests responded to within the response timeframes}}{\textit{Total Incidents responded to}}$ |
| **Method** | |
| **Data Capture** | The Request Management system tracks updates and resolution of every Incident Request, responses are captured by the system and reported monthly |
| **Measurement Interval** | Percentage Responded to within applicable SLA timeframes |
| **Reporting Period** | Monthly |
| **Hours of Support** | 24x7x365. |
| **Resource Range** | All Secure-24 received incident requests |

| Incident Response | Service Credit Percentage |
|---|---|
| <99.9% | 2.5% |
| <99.5% | 5% |
| <99.0% | 7.5% |
| <98.50% | 10% |
| <98.00% | 15% |



**EXHIBIT A**

D. **Backup SLA**

The credit for generation backup misses will be based on the point in time that Secure-24 should have had a scheduled backup completed and the actual point in time to which data was recovered.

For data lost as the sole result of Secure-24 action or inaction, subject to Sections 3.7 and 19 of the Agreement, the following service levels and credits shall apply:

**Back-Up Service Level and Credits**

| 1 Generation Missed | 2 Generation Missed | 3 Generation Missed | 4 Generations Missed | 5 Generations Missed |
|---|---|---|---|---|
| 2.5% | 5% | 7.5% | 10% | 15% |

The percentages in the above chart shall apply against the MRR for the applicable Services for which the data backup miss occurred.

Each occurrence of a daily (every 24 hours) in-scope back up for a particular device will be considered a "Generation". With regard to the first generation back-up, if it does not run successfully at the first scheduled back-up, then Secure-24 has a 24 hour cure period to re-run the back-up successfully. If Secure-24 does not successfully re-run the back-up within such 24 hour period, then the "1 Generation Missed" SLA credit shall apply.

Agreed and Accepted:

Crowne Group ("Customer")

Signed: [signature]

Name/Title: Stephen Graham, CFO

Date: 6/23/2015

Secure-24, LLC

Signed: [signature]

Name/Title: Shawn Peralta, CFO

Date: 24 JUN 2015



**EXHIBIT A**

Secure-24

# 2021 Renewal Amendment and Statement of Work

## Version 1

**Customer Name: Crowne Group, LLC**

**Project Alias: Hyperion/OS Upgrades and 2021 Hosting Renewal**



EXHIBIT A

Secure-24


**1 SCOPE OF WORK OVERVIEW AND OBJECTIVES .......... 4**

1.1 IN SCOPE APPLICATIONS .......... 4

**2 UPGRADE PHASE – IN-SCOPE ACTIVITIES .......... 5**

2.1 UPGRADE SERVICES .......... 5
2.2 PROJECT MANAGEMENT PLAN .......... 5
2.3 PROJECT MANAGER .......... 5
2.4 HOURS .......... 5
2.5 TASKS .......... 6
2.6 DELIVERABLES .......... 6

**3 UPGRADE PHASE – OUT OF SCOPE ACTIVITIES .......... 7**

**4 ONGOING SUPPORT PHASE .......... 8**

**5 FEES AND PAYMENT .......... 9**

5.1 TERM .......... 9
5.2 EARLY TERMINATION .......... 9
5.3 FEES .......... 9
5.4 ESTIMATED BILLING SCHEDULE .......... 9
5.5 OUT OF SCOPE AND INCREMENTAL SERVICES .......... 10
*5.5.1 Out of Scope Labor Rate Card .......... 11*
*5.5.2 Incremental Services Rate Card .......... 12*

**6 SIGNATURES .......... 13**




EXHIBIT A

Secure-24

This 2021 Renewal Amendment and Statement of Work ("SOW") is subject to the Master Services Agreement between Crowne Group, LLC ("Customer") and Secure-24, LLC ("Secure-24") dated June 24, 2015 ("Agreement") and is a Schedule 2 of the Agreement. Capitalized terms used but not defined herein shall have the meanings set forth in the Agreement.

Customer has requested Hyperion and operating system (OS) upgrades and to renew services. This Amendment renews Customer's Services for the Term described below and the SOW describes Upgrade Services that will occur prior to the steady state services.

As of the Service Commencement Date, this SOW replaces in its entirety all prior Statements of Work, as amended, any Service Order Forms and any Billable Change Orders in place between Secure-24 and Customer.

The parties agree to make the following modifications to the Master Services Agreement as of the signature date of this Amendment and continuing for the remainder of the Term:

The following Section 13.1.4 is added to Article 13 (Customer Data):

> 13.1.4 Customer Data. Customer shall obtain all necessary Consents and approvals with regard to the use and/or hosting of Customer Data and Customer represents that it has a lawful basis for the collection of Customer Data. Customer shall comply with applicable Law in its transmission of Customer Data to and from Secure-24. Customer Data shall not contain any types or categories of data that require control requirements that are not in scope of the applicable SOW.

Section 21.2.1: Secure-24's address for purposes of Section 21.1. is updated to the following:

> NTT Managed Services Americas, LLC d/b/a Secure-24, LLC
> Attn: General Counsel
> 4000 Town Center, Suite 200
> Southfield, MI 48075



EXHIBIT A

Secure-24

# 1 Scope of Work Overview and Objectives

## 1.1 In Scope Applications

The party listed in the applicable box in the chart below shall be responsible for the corresponding Activity.

Software Management & Licensing

For Software for which Customer provides the Licensing but the Ongoing Support is a Secure-24 Activity, the licensed software version must be fully supported by the software Licensor. For versions no longer supported by the Licensor ("Non-Supported Software"), Secure-24 suggests that Customer upgrade the applicable software to a fully supported version, or if no such version is available, to a comparable supported software. All Service Levels for Non-Supported Software are waived except for Incident Response, until such Non-Supported Software is brought to a current and fully supported version.

The following chart identifies the general responsibilities per software component. More specific responsibilities may be defined in the Ongoing Support section of the SOW under each software component's respective section. Additional Licensing information is also included in the Fees Section and pricing table, which specifies the quantities for applicable licensing. With regard to the chart below, the party listed in the applicable box is responsible for the corresponding Activity.

Customer understands that any Microsoft application licensing provided by Customer must have and maintain Software Assurance (SA) to be eligible to be installed in Secure-24 hosted environment and **Customer must supply Microsoft and Secure-24 with a "Microsoft License Mobility through Software Assurance" form within ten (10) days of installation.** "Licensing Verification" forms can be found at http://www.microsoftvolumelicensing.com

.

| | | Activity | | | |
|---|---|---|---|---|---|
| **Software Name** | **Version** | **Installation** | **Data Migration** | **Ongoing Support** | **Licensing** |
| Microsoft Windows OS | 2019 | Secure-24 | Secure-24 | Secure-24 | Secure-24 |
| Microsoft Active Directory | 2019 | Secure-24 | Secure-24 | Secure-24 | Secure-24 |
| Anti-Virus Software (for Windows Systems Only) | Current | Secure-24 | Secure-24 | Secure-24 | Secure-24 |
| Microsoft SQL DB | 2019 | Secure-24 | Secure-24 | Secure-24 | Secure-24 |
| Microsoft Excel | 2019 | Secure-24 | N/A | Secure-24 | Customer |
| Hyperion | 11.2 | Secure-24 | Secure-24 | Secure-24 | Customer |
| Any software not explicitly listed in this table | | Customer | Customer | Customer | Customer |



EXHIBIT A

Secure-24

## 2 Upgrade Phase – In-Scope Activities

### 2.1 Upgrade Services

Upgrade Services shall consist of the Services that are required for Secure-24 to upgrade the Hyperion and OS as detailed in this Amendment. Secure-24 will:

1) Prepare a Project Management Plan, as further described in subsection (b) below;
2) Receive the requisite knowledge from Customer and Customer Third Parties; and
3) Perform the Transition Services in accordance with the Project Management Plan described below.

### 2.2 Project Management Plan

Secure-24 will prepare a Project Management Plan for Customer's approval. The Project Management Plan will address tasks necessary to complete the Transition Services, such as:

1) Upgrade Milestones;
2) Upgrade Deliverables;
3) Personnel/staffing requirements and necessary skill sets;
4) Upgrade schedule;
5) Communication plan required to interface with Customer and its third party providers;
6) Status Reporting;
7) Description of the tools/processes to be used for Transition, if any.

### 2.3 Project Manager

Secure-24 will assign a project manager to manage the Transition Services with the following tasks:

1) Create a project plan with timelines for migration
2) Schedule weekly meetings with Customer
3) Measure deliverables and milestones
4) Confirm delivery of requirements with Customer
5) Manage stakeholders
6) The Secure-24 project manager may handle several projects and coordinates Secure-24 resources only

### 2.4 Hours

Standard project working hours are Monday through Friday from 8:00 AM to 5:00 PM in Customer's local time zone. Supported standard times zones are Eastern, Central, Mountain or Pacific.

1) Production migrations generally utilize a 24x7 execution window
2) To avoid project slippages, both Secure-24 and Customer need to be responsive and provide resources and information within 24-hours of it being requested



EXHIBIT A

Secure-24

## 2.5 Tasks

Secure-24 will:

1) Install Operating System software with agreed upon version and patch levels.
2) Install Microsoft SQL database software with agreed upon version and patch levels.
    a. Perform migration of existing data.
3) Install Hyperion 11.2 software with agreed upon version and patch levels and
    a. Perform migration of existing data.
4) Configure daily backups for servers.
5) Configure monitoring and alarming for servers with standard templates.
6) Configure application monitoring and alarming with the help of the Customer developers.
7) Assist Customer in testing the application accessibility.

## 2.6 Deliverables

Secure-24 will provide the following deliverables:

1) Project Management Plan

## 3 Upgrade Phase – Out of Scope Activities

Services not described as In Scope above are out of scope, including:

1) Install or configure any software not explicitly listed under in scope activities.
2) Configure custom application code and custom settings.
3) Test custom application code and load test application.
4) Perform user acceptance testing (UAT) or load testing of the application.

## 4 Ongoing Support Phase

Ongoing support continues as detailed in the SOW.

# 5 Fees and Payment

## 5.1 Term

This Amendment is effective as of its signing by both parties and continues for thirty-six (36) months following the Service Commencement Date.

## 5.2 Early Termination

For the purposes of Section 11.3.3 of the Agreement, the Service Commencement Date for the SOW will be re-set to the Service Commencement Date for the Services under this Amendment.

## 5.3 Fees

Fees are set forth in the table below. Ongoing Monthly Charges shall commence as of the Access Turn Over Date for the applicable Services as detailed in the Estimated Billing Schedule below.

| NTT Managed Services - 36 Month Term | | |
|---|---|---|
| **Service Description** | **Monthly Total** | **Setup Total** |
| **Base Charges** | | |
| Base ITIL/Ticketing/SN, Client Success Manager, Client Architect, & Project Management | $1,019.24 | $0.00 |
| **Cloud Foundation Services** | | |
| Cloud Foundation Services | $1,354.94 | N/A |
| **OS Management Charges (Cost Parity On Any Cloud)** | | |
| Monitoring & Alarming - Qty 9 | $200.52 | $0.00 |
| OS Support - Qty 9 | $806.04 | $0.00 |
| OS Patching - Qty 9 | $51.72 | $0.00 |
| Logging OS Only - Qty 9 | $32.47 | $0.00 |
| **OS Security Charges (Cost Parity On Any Cloud)** | | |
| SIEM - Qty 9 | $68.37 | $0.00 |
| SOC - Qty 9 | $60.00 | $0.00 |
| Antivirus Protection - Qty 9 | $47.19 | $0.00 |
| **NTT Cloud Charges - Production** | | |
| NTT Compute, NTT Storage | $1,462.10 | $0.00 |
| Platform Usage Charges - VPN, Firewalls, Network, Jump Box, LDAP/IPA (If Applicable) | $2,387.15 | $0.00 |
| **NTT Cloud Charges - Disaster Recovery** | | |
| NTT DR Compute, NTT DR Storage | $269.15 | $0.00 |
| **Network** | | |
| Network Labor | | $0.00 |
| Redundant Internet Bandwidth -1 MBit/s of Average Usage, Burstable to 1Gbit/s | $131.12 | |
| 1 - Public IP Addresses | | |
| **Disaster Recovery Management** | | |
| Disaster Recovery Base Services | $948.64 | N/A |
| DR Replication - Qty 5 | $217.01 | $0.00 |
| **Security Services** | | |
| 2 Site to Site VPN - 25 SSL VPN Users | $889.76 | N/A |
| **Application Support** | | |
| Oracle Hyperion Labor | $776.76 | $0.00 |
| MS SQL DB Labor | $173.96 | $0.00 |
| Microsoft Labor | $86.76 | $0.00 |
| **TOTAL PRICE** | **$10,982.89** | **$0.00** |

## 5.4 Estimated Billing Schedule

| ESTIMATED BILLING SCHEDULE | | | |
|---|---|---|---|
| **Billing Phase** | **Phase 0** | **Phase 1** | **Phase 2 (Service Commencement Date)** |
| **Billing Trigger** | **Amendment Effective Date** | **Access Turn Over of QAS Environment** | **Access Turn Over of Prod Environment** |
| One Time Setup Charge | $0.00 | - | - |



EXHIBIT A

Secure-24

| | | | |
|---|---|---|---|
| Current Environment Monthly Charge | $11,785.00 | $11,785.00 | $0 |
| New Environment Charge | $0.00 | $5,491.00 | $10,982.89 |
| TOTAL Ongoing Monthly Charges (Recurring) | $11,785.00 | $17,276.00 | $10,982.89 |

### 5.5 Out of Scope and Incremental Services

Out of Scope and Incremental Services may be requested at the applicable rates in the charts below.

Out of Scope Services will be billed monthly in arrears at the applicable Hourly Rates, for actual hours worked. If hours are bought on a pre-paid basis, actual hours will be tracked against the purchased allotment and reported monthly.

Incremental Services may be added to the SOW via a signed amendment between the Parties or via an approved BCO. Such additions from the Incremental Rates listed below will be co-terminus with this SOW. Subject to any early termination provisions in the Agreement or this SOW, Customer may decommission components from the Services at the Incremental Rates listed below. Such decommissions from the Incremental Rates listed below will be co-terminus with this SOW.

Secure-24

### 5.5.1 Out of Scope Labor Rate Card

| NTT Out of Scope Labor Rate | Hourly Rate |
|---|---|
| **ADC Team (Out of Scope)**<br>ADC Team Out of Scope Project Engagement Labor Cost | $150.00 |
| **Altiris Team (Out of Scope)**<br>Altiris Team Out of Scope Project Engagement Labor Cost | $150.00 |
| **App-V Team (Out of Scope)**<br>Application Virtualization Team Out of Scope Project Engagement Labor Cost | $150.00 |
| **Backup Team (Out of Scope)**<br>Backup Team Out of Scope Project Engagement Labor Cost | $150.00 |
| **BAs & Development Team (Out of Scope)**<br>BAs & Development Team Out of Scope Project Engagement Labor Cost | $150.00 |
| **Continuous Improvement Team (Out of Scope)**<br>Continuous Improvement Team Out of Scope Project Engagement Labor Cost | $150.00 |
| **CSM Team (Out of Scope)**<br>CSM Team Out of Scope Project Engagement Labor Cost | $150.00 |
| **Data Center Team (Out of Scope)**<br>Data Center Team Out of Scope Project Engagement Labor Cost | $150.00 |
| **Database Services Team (Out of Scope)**<br>Database Services Team Out of Scope Project Engagement Labor Cost | $175.00 |
| **Exchange Team (Out of Scope)**<br>Exchange Team Out of Scope Project Engagement Labor Cost | $225.00 |
| **Helpdesk Team (Out of Scope)**<br>Helpdesk Team Out of Scope Project Engagement Labor Cost | $150.00 |
| **Hyperion Team (Out of Scope)**<br>Hyperion Team Out of Scope Project Engagement Labor Cost | $225.00 |
| **India Team (Out of Scope)**<br>India Team Out of Scope Project Engagement Labor Cost | $60.00 |
| **Linux Team (Out of Scope)**<br>Linux Team Out of Scope Project Engagement Labor Cost | $150.00 |
| **Microsoft Team (Out of Scope)**<br>Microsoft Team Out of Scope Project Engagement Labor Cost | $150.00 |
| **Network Team (Out of Scope)**<br>Network Team Out of Scope Project Engagement Labor Cost | $150.00 |
| **PeopleSoft Team (Out of Scope)**<br>PeopleSoft Team Out of Scope Project Engagement Labor Cost | $225.00 |
| **Premier Services Team (Out of Scope)**<br>Premier Services Team Out of Scope Project Engagement Labor Cost | $225.00 |
| **Project Manager Team (Out of Scope)**<br>Project Manager Team Out of Scope Project Engagement Labor Cost | $150.00 |
| **SAP Team (Out of Scope)**<br>SAP Team Out of Scope Project Engagement Labor Cost | $225.00 |
| **Security Team (Out of Scope)**<br>Security Team Out of Scope Project Engagement Labor Cost | $150.00 |
| **SharePoint Team (Out of Scope)**<br>SharePoint Team Out of Scope Project Engagement Labor Cost | $225.00 |
| **Storage/SAN Team (Out of Scope)**<br>Storage/SAN Team Out of Scope Project Engagement Labor Cost | $150.00 |
| **System Monitoring Team (Out of Scope)**<br>System Monitoring Team Out of Scope Project Engagement Labor Cost | $150.00 |
| **VMWare Team (Out of Scope)**<br>VMWare Team Out of Scope Project Engagement Labor Cost | $150.00 |



EXHIBIT A

Secure-24

### 5.5.2 Incremental Services Rate Card

| Secure-24 Incremental Price List | Monthly Charge | One Time Charge |
|---|---|---|
| **Virtual RAM**<br>2GB of Virtual RAM on Secure-24 Highly Available Virtual Machine Cluster<br>Includes 1 vCPU per 2 GB of RAM | $29.88 | $29.88 |
| **Virtual CPU**<br>1 vCPU on Secure-24 Highly Available Virtual Machine Cluster<br>Only needed if system has a requirement for more than 1 vCPU per 2GB of RAM | $29.88 | $29.88 |
| **SAN - Bronze Tier - Prod**<br>1GB of Fiber Attached Enterprise Storage on Bronze Tier<br>Daily Incremental, Weekly Full Backups to Disk - 30 Days Held Onsite, 30 Days Held Offsite | $86.17 | $86.17 |
| **SAN - Silver Tier - Prod**<br>1GB of Fiber Attached Enterprise Storage on Silver Tier<br>Daily Incremental, Weekly Full Backups to Disk - 30 Days Held Onsite, 30 Days Held Offsite | $99.42 | $99.42 |
| **SAN - Bronze Tier - Non-Prod**<br>1GB of Network Attached Enterprise Storage on Bronze Tier<br>Daily Incremental, Weekly Full Backups to Disk - 30 Days Held Onsite, 0 Days Held Offsite | $71.46 | $71.46 |
| **SAN - Silver Tier - Non-Prod**<br>1GB of Fiber Attached Enterprise Storage on Silver Tier<br>Daily Incremental, Weekly Full Backups to Disk - 30 Days Held Onsite, 0 Days Held Offsite | $84.70 | $84.70 |
| **Backups for Databases**<br>1GB of Protectected Data<br>Incremental Backups ever 4 Hours, Full Backups Nightly | $77.94 | $77.94 |
| **Internet Bandwidth**<br>Internet Bandwidth: "1"Mbit/s "CIR" to 3 ISPs (Burstable to 100Mbit) | $59.96 | $59.96 |
| **Additional Managed Windows Virtual Machine**<br>2 vCPUs, 4 GB of vRAM, 64 GB of NAS Silver Tier Prod Storage<br>Microsoft Windows Operating System Patching/Support<br>24x7 Systems Monitoring and Alarming<br>Log Offloading<br>Antivirus Management for Microsoft Windows Operating System<br>Microsoft Windows Server 2012 R2 Standard Operating System | $397.68 | $397.68 |
| **Additional Managed Redhat Linux Virtual Machine**<br>2 vCPUs, 4 GB of vRAM, 64 GB of NAS Silver Tier Prod Storage<br>Red Hat Enterprise Linux Operating System Patching/Support<br>24x7 Systems Monitoring and Alarming<br>Log Offloading<br>Red Hat Enterprise Linux 6 Basic Operating System | $456.96 | $456.96 |
| **Remote Access Services - End User**<br>SSL Remote Access for 1 Concurrent User without Two Factor Authentication | $19.99 | $19.99 |



EXHIBIT A

Secure-24

## 6 Signatures

**SOW Project Alias: Hyperion/OS Upgrades and 2021 Hosting Renewal**

**Agreed and accepted by:**

| Crowne Group, LLC | SECURE-24, LLC |
|---|---|
| By: [signature] | By: Beth Mier |
| Name: Steve Graham | Name: Beth Mier |
| Title: CFO | Title: General Counsel |
| Date: 3/18/2021 | Date: 8/23/2021 |

LN

RP



EXHIBIT A