NTT

## Invoice

| | |
|---|---|
| **Number:** | **8200021294** |
| Invoice Date: | Sep 1, 2025 |
| Due Date: | Oct 1, 2025 |
| **PO Number:** | |
| Customer No.: | 2000325 |
| Telephone: | +118003320076 |
| E-mail: | AM.US.NTTMSA-InvoicingInquiries@global.ntt |
| Payment Terms: | Due 30 days from inv.date |

NTT Managed Services Americas, LLC
4000 Town Center, Suite 200
Southfield, MI 48750 U.S.
VAT: 383630952

## Customer

Crowne Group, LLC
127 Public Square, Suite 5110
Key Tower
CLEVELAND OH 44114
USA
VAT: 46-2872032

## End Customer/Ship-to

Crowne Group, LLC
127 Public Square, Suite 5110
Key Tower
CLEVELAND OH 44114
USA

| Order No. / *Item* | Description / *Description* | *Period* | *Qty.* | *Amount* |
|---|---|---|---|---|
| 1100017449 | **PRJ0132332** | | | |
| *10* | *Hyperion Renewal* | *09/01/25-09/30/25* | *1* | *10,982.89* |

| | |
|---|---|
| Subtotal: | 10,982.89 |
| State tax 0.00%: | 0.00 |
| **TOTAL(USD):** | **10,982.89** |

**Payment Method:** Bank Transfer (Incoming)
**SWIFT** MRMDUS33
**Account Number** 000299456

Remit to:

NTT Managed Services Americas, LLC
PO Box 360789
Pittsburgh, PA 15251-6789

**EXHIBIT B**

NTT

## Invoice

| | |
|---|---|
| **Number:** | **8200027163** |
| Invoice Date: | Apr 15, 2026 |
| Due Date: | May 15, 2026 |
| **PO Number:** | |
| Customer No.: | 2000325 |
| Telephone: | +118003320076 |
| E-mail: | AM.US.NTTMSA-InvoicingInquiries@global.ntt |
| Payment Terms: | Due 30 days from inv.date |

NTT Managed Services Americas, LLC
4000 Town Center, Suite 200
Southfield, MI 48750 U.S.
VAT: 383630952

## Customer

Crowne Group, LLC
127 Public Square, Suite 5110
Key Tower
CLEVELAND OH 44114
USA
VAT: 46-2872032

## End Customer/Ship-to

Crowne Group, LLC
127 Public Square, Suite 5110
Key Tower
CLEVELAND OH 44114
USA

| Order No. / *Item* | Description / *Description* | *Period* | *Qty.* | *Amount* |
|---|---|---|---|---|
| 1100017449 | **PRJ0132332** | | | |
| *10* | *Hyperion Renewal* | *04/01/26-04/30/26* | *1* | *10,982.89* |

| | |
|---|---|
| Subtotal: | 10,982.89 |
| State tax 0.00%: | 0.00 |
| **TOTAL(USD):** | **10,982.89** |

**Payment Method:** Bank Transfer (Incoming)
**SWIFT** MRMDUS33
**Account Number** 000299456

Remit to:

NTT Managed Services Americas, LLC
PO Box 360789
Pittsburgh, PA 15251-6789

**EXHIBIT B**

NTT

## Invoice

| | |
|---|---|
| **Number:** | **8200028184** |
| Invoice Date: | May 15, 2026 |
| Due Date: | Jun 14, 2026 |
| **PO Number:** | |
| Customer No.: | 2000325 |
| Telephone: | +118003320076 |
| E-mail: | AM.US.NTTMSA-InvoicingInquiries@global.ntt |
| Payment Terms: | Due 30 days from inv.date |

NTT Managed Services Americas, LLC
4000 Town Center, Suite 200
Southfield, MI 48750 U.S.
VAT: 383630952

## Customer

Crowne Group, LLC
127 Public Square, Suite 5110
Key Tower
CLEVELAND OH 44114
USA
VAT: 46-2872032

## End Customer/Ship-to

Crowne Group, LLC
127 Public Square, Suite 5110
Key Tower
CLEVELAND OH 44114
USA

| Order No. | Description | | | |
|---|---|---|---|---|
| ***Item*** | ***Description*** | ***Period*** | ***Qty.*** | ***Amount*** |
| 1100017449 | **PRJ0132332** | | | |
| *10* | *Hyperion Renewal* | *05/01/26-05/31/26* | *1* | *10,982.89* |

| | |
|---|---|
| Subtotal: | 10,982.89 |
| State tax 0.00%: | 0.00 |
| **TOTAL(USD):** | **10,982.89** |

**Payment Method:** Bank Transfer (Incoming)

**SWIFT** MRMDUS33

**Account Number** 000299456

Remit to:

NTT Managed Services Americas, LLC
PO Box 360789
Pittsburgh, PA 15251-6789

**EXHIBIT B**

NTT

## Invoice

| | |
|---|---|
| **Number:** | **8200028971** |
| Invoice Date: | Jun 15, 2026 |
| Due Date: | Jul 15, 2026 |
| **PO Number:** | |
| Customer No.: | 2000325 |
| Telephone: | +118003320076 |
| E-mail: | AM.US.NTTMSA-InvoicingInquiries@global.ntt |
| Payment Terms: | Due 30 days from inv.date |

NTT Managed Services Americas, LLC
4000 Town Center, Suite 200
Southfield, MI 48750 U.S.
VAT: 383630952

## Customer

Crowne Group, LLC
127 Public Square, Suite 5110
Key Tower
CLEVELAND OH 44114
USA
VAT: 46-2872032

## End Customer/Ship-to

Crowne Group, LLC
127 Public Square, Suite 5110
Key Tower
CLEVELAND OH 44114
USA

| Order No. / *Item* | Description / *Description* | *Period* | *Qty.* | *Amount* |
|---|---|---|---|---|
| 1100017449 | **PRJ0132332** | | | |
| *10* | *Hyperion Renewal* | *06/01/26-06/30/26* | *1* | *10,982.89* |

| | |
|---|---|
| Subtotal: | 10,982.89 |
| State tax 0.00%: | 0.00 |
| **TOTAL(USD):** | **10,982.89** |

**Payment Method:** Bank Transfer (Incoming)
**SWIFT** MRMDUS33
**Account Number** 000299456

Remit to:

NTT Managed Services Americas, LLC
PO Box 360789
Pittsburgh, PA 15251-6789

**EXHIBIT B**

NTT

**Invoice**

| | |
|---|---|
| **Number:** | **8200029518** |
| Invoice Date: | Jul 1, 2026 |
| Due Date: | Jul 31, 2026 |
| **PO Number:** | |
| Customer No.: | 2000325 |
| Telephone: | +118003320076 |
| E-mail: | AM.US.NTTMSA-InvoicingInquiries@global.ntt |
| Payment Terms: | Due 30 days from inv.date |

NTT Managed Services Americas, LLC
4000 Town Center, Suite 200
Southfield, MI 48750 U.S.
VAT: 383630952

## Customer

Crowne Group, LLC
127 Public Square, Suite 5110
Key Tower
CLEVELAND OH 44114
USA
VAT: 46-2872032

## End Customer/Ship-to

Crowne Group, LLC
127 Public Square, Suite 5110
Key Tower
CLEVELAND OH 44114
USA

| Order No. / *Item* | Description / *Description* | *Period* | *Qty.* | *Amount* |
|---|---|---|---|---|
| 1100017449 | **PRJ0132332** | | | |
| *10* | *Hyperion Renewal* | *07/01/26-07/31/26* | *1* | *10,982.89* |

| | |
|---|---|
| Subtotal: | 10,982.89 |
| State tax 0.00%: | 0.00 |
| **TOTAL(USD):** | **10,982.89** |

**Payment Method:** Bank Transfer (Incoming)

**SWIFT** MRMDUS33

**Account Number** 000299456

Remit to:

NTT Managed Services Americas, LLC
PO Box 360789
Pittsburgh, PA 15251-6789

EXHIBIT B

NTT

## Invoice

| | |
|---|---|
| **Number:** | **8200030663** |
| Invoice Date: | Aug 9, 2026 |
| Due Date: | Sep 8, 2026 |
| **PO Number:** | |
| Customer No.: | 2000325 |
| Telephone: | +118003320076 |
| E-mail: | AM.US.NTTMSA-InvoicingInquiries@global.ntt |
| Payment Terms: | Due 30 days from inv.date |

NTT Managed Services Americas, LLC
4000 Town Center, Suite 200
Southfield, MI 48750 U.S.
VAT: 383630952

## Customer

Crowne Group, LLC
127 Public Square, Suite 5110
Key Tower
CLEVELAND OH 44114
USA
VAT: 46-2872032

## End Customer/Ship-to

Crowne Group, LLC
127 Public Square, Suite 5110
Key Tower
CLEVELAND OH 44114
USA

| Order No. / *Item* | Description / *Description* | *Period* | *Qty.* | *Amount* |
|---|---|---|---|---|
| 1100017449 | **PRJ0132332** | | | |
| *10* | *Hyperion Renewal* | *08/01/26-08/31/26* | *1* | *10,982.89* |

| | |
|---|---|
| Subtotal: | 10,982.89 |
| State tax 0.00%: | 0.00 |
| **TOTAL(USD):** | **10,982.89** |

**Payment Method:** Bank Transfer (Incoming)

**SWIFT** MRMDUS33

**Account Number** 000299456

Remit to:

NTT Managed Services Americas, LLC
PO Box 360789
Pittsburgh, PA 15251-6789

**EXHIBIT B**

NTT

## Invoice

| | |
|---|---|
| **Number:** | **8200031385** |
| Invoice Date: | Sep 15, 2026 |
| Due Date: | Oct 15, 2026 |
| **PO Number:** | |
| Customer No.: | 2000325 |
| Telephone: | +118003320076 |
| E-mail: | AM.US.NTTMSA-InvoicingInquiries@global.ntt |
| Payment Terms: | Due 30 days from inv.date |

NTT Managed Services Americas, LLC
4000 Town Center, Suite 200
Southfield, MI 48750 U.S.
VAT: 383630952

## Customer

Crowne Group, LLC
127 Public Square, Suite 5110
Key Tower
CLEVELAND OH 44114
USA
VAT: 46-2872032

## End Customer/Ship-to

Crowne Group, LLC
127 Public Square, Suite 5110
Key Tower
CLEVELAND OH 44114
USA

| Order No. / *Item* | Description / *Description* | *Period* | *Qty.* | *Amount* |
|---|---|---|---|---|
| 1100017449 | **PRJ0132332** | | | |
| *10* | *Hyperion Renewal* | *09/01/26-09/30/26* | *1* | *10,982.89* |

| | |
|---|---|
| Subtotal: | 10,982.89 |
| State tax 0.00%: | 0.00 |
| **TOTAL(USD):** | **10,982.89** |

**Payment Method:** Bank Transfer (Incoming)

**SWIFT** MRMDUS33

**Account Number** 000299456

Remit to:

NTT Managed Services Americas, LLC
PO Box 360789
Pittsburgh, PA 15251-6789

**EXHIBIT B**