**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, et al.,<br><br>Debtors. | Chapter 7<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**ORDER GRANTING THE APPLICATION OF NTT DATA SERVICES, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM FOR POST-PETITION SERVICES**

Came on for consideration the *Application for Allowance and Payment of Administrative Expense Claim for Post-Petition Services* (the "Application") filed by NTT Managed Services Americas, LLC ("NTT"), a creditor in the above-entitled and numbered case, and the Court having considered the Motion and any responses filed thereto; and sufficient cause appearing to me. It is therefore:

ORDERED that the Motion is granted; and it is further

ORDERED that NTT's is hereby allowed an administrative expense claim in the total amount of $66,995.63; and it is further

ORDERED that this Order is without prejudice to NTT's right to assert administrative claims incurred after the filing of the Application.

SIGNED: __________________, 2026

CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE