**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | **(Previously Chapter 11)** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**NOTICE OF THE CONVERTING DEBTORS' (I) SCHEDULE OF UNPAID POSTPETITION DEBTS PURSUANT TO BANKRUPTCY RULE 1019(E)(1)(A) AND (II) STATEMENT REGARDING SCHEDULES AND STATEMENTS PURSUANT TO BANKRUPTCY LOCAL RULE 1019-1**

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rule 1019(e)(1)(A) and Paragraph 2(c) of the Conversion Order,[2] attached hereto as **Exhibit A** is a schedule of unpaid debts incurred from the Petition Date through September 1, 2026, and attached hereto as **Exhibit B** is the notice information for holders of such unpaid debts.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Paragraph 2(c) of the Conversion Order and Bankruptcy Local Rule 1019-1, the Converting Debtors state that they are unaware of any material changes to the schedules of assets and liabilities and statements of financial affairs filed with this Court in the prior Chapter 11 Cases. The Converting Debtors reserve all rights to amend or supplement this notice, including **Exhibit A** and **Exhibit B** attached

---

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The FBG Debtors' service address for their chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002. The service address for the chapter 7 estates of the Converting Debtors other than the FBG Debtors is Ronald J. Sommers, Chapter 7 Trustee c/o Jones Murray LLP, Erin E. Jones, 602 Sawyer, Suite 400 Houston, Texas 77007.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the *Order (I) Converting Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief* (Docket No. 3748) (the "**Conversion Order**"), or the *Declaration of Charles M. Moore in Support of Debtors' Chapter 11 Petitions* (Docket No. 22), as applicable.

hereto, and the schedules of assets and liabilities and statements of financial affairs filed in the Chapter 11 Cases, as necessary or appropriate.

[*Remainder of Page Intentionally Left Blank*]

Houston, Texas
September 22, 2026

*/s/ Clifford W. Carlson*
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: gabriel.morgan@weil.com
clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason H. George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: matt.barr@weil.com
sunny.singh@weil.com
andriana.georgallas@weil.com
kevin.bostel@weil.com
jason.george@weil.com

*Attorneys for Pre-Conversion Debtors in Possession*

**Certificate of Service**

I certify that on September 22, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Clifford W. Carlson*
Clifford W. Carlson