**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| FIRST BRANDS GROUP, LLC, *et al.*, | ) | Case No. 25-90399 (CML) |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | **Re: Docket No. 3152** |

**CERTIFICATE OF COUNSEL REGARDING VALEO NORTH AMERICA, INC. AND VALEO SISTEMAS ELECTRICOS, S.A. DE C.V.'S APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Pursuant to the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned counsel represents to the Court as follows:

1. On July 9, 2026, Valeo North America, Inc. ("Valeo NA") and Valeo Sistemas Electricos, S.A. de C.V. ("Valeo Sistemas", and together with Valeo NA, "Valeo") filed *Valeo North America, Inc. and Valeo Sistemas Electricos, S.A. de C.V.'s Application for Allowance and Payment of Administrative Expense Claim* [Docket No. 3152] (the "Application") seeking allowance and payment of an administrative expense claim in the amount of $645,513.60 (the "Administrative Expense Claim"). A proposed order granting the relief requested in the Application was attached to the Application as Exhibit B ("Application Proposed Order").

2. Objections to the relief requested in the Application were required to be filed and served on or prior to July 30, 2026 ("Objection Deadline").

3. On September 1, 2026, the Court entered the order converting the Debtors' chapter 11 cases to cases under chapter 7 [Docket No. 3748]. On the same day, Eva S. Engelhart of Ross

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Banks May Cron and Cavin PC was appointed as the Chapter 7 Trustee in these cases [Docket No. 3753].

4. Through negotiations with the Debtors, the Objection Deadline was eventually extended to September 14, 2026 to allow the Chapter 7 Trustee to review the Application.

5. On September 23, 2026, Valeo's counsel reached out to counsel to the Chapter 7 Trustee to discuss the Application. Counsel to the Chapter 7 Trustee indicated that the Chapter 7 Trustee had no objection to the Application, subject to one change that is incorporated into the proposed order granting the relief requested in the Application attached hereto (the "Proposed Order").

6. No other responses to the relief requested in the Application were filed on the docket or received informally by Valeo by the Objection Deadline.

7. Valeo respectfully requests entry of the attached Proposed Order. A redline showing the comparison of the Proposed Order against the Application Proposed Order is attached.

September 24, 2026
Houston, Texas

*/s/ Victoria Argeroplos*

**JACKSON WALKER LLP**
Zachary McKay (TX Bar No. 24073600)
Victoria Argeroplos (TX Bar No. 24105799)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 308-4134
Email: zmckay@jw.com
vargeroplos@jw.com

-and-

**HONIGMAN LLP**
E. Todd Sable
Annie Dreisbach
660 Woodward Avenue, Suite 2290
Detroit, Michigan 48226-3506

Telephone: (313) 465-7000
Email: tsable@honigman.com
adreisbach@honigman.com

*Co-Counsel to Valeo*

## CERTIFICATE OF SERVICE

I certify that on September 24, 2026, I caused the foregoing to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Victoria Argeroplos*
Victoria Argeroplos