**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | Case No. 25-90399 (CML) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION TO SECOND INTERIM FEE APPLICATION DUCERA PARTNERS LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 1, 2026 THROUGH MARCH 31, 2026**

1. On September 2, 2026, Cole Schotz P.C., efficiency and local counsel to the Official Committee of Unsecured Creditors appointed in the above-captioned chapter 11 cases (the "**Committee**") filed the *Second Interim Fee Application of Ducera Partners LLC for Compensation for Services and Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the Period from January 1, 2026 Through March 31, 2026* [Docket No. 3757] (the "**Application**"), with a proposed order granting the relief requested in the Application attached thereto as **Exhibit A** (the "**Proposed Order**").

2. Objections to the relief requested in the Application were required to be filed and served on or prior to September 23, 2026 (the "**Objection Deadline**").

3. In accordance with paragraph 44 of the Procedures for Complex Cases in the Southern District of Texas, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) the Objection Deadline has passed, (ii) the undersigned counsel is unaware of any objection to the Application, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the Application appears thereon.

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

4. Accordingly, the Committee respectfully requests that the Court enter the Proposed Order attached hereto as **Exhibit A**, which has not been changed from the Proposed Order submitted with the Application, at its earliest convenience.

**[*Remainder of page intentionally left blank*]**

Dated: September 24, 2026
Dallas, Texas

Respectfully submitted,

*/s/ Ian R. Phillips*

Ian R. Phillips
Texas Bar No. 24091239
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Justin R. Alberto, Esq. (admitted *pro hac vice*)
**COLE SCHOTZ P.C.**
901 Main Street, Suite 4120
Dallas, TX 75202
Telephone: (469) 557-9390
Facsimile: (469) 533-1587
iphillips@coleschotz.com
svanaalten@coleschotz.com
jalberto@coleschotz.com

*-and-*

Robert J. Stark, Esq. (admitted *pro hac vice*)
Jeffrey L. Jonas, Esq. (admitted *pro hac vice*)
Michael S. Winograd, Esq. (admitted *pro hac vice*)
Bennett S. Silverberg, Esq. (admitted *pro hac vice*)
Kenneth J. Aulet, Esq. (admitted *pro hac vice*)
Andrew M. Carty, Esq. (admitted *pro hac vice*)
Hayden A. Miller, Esq. (admitted *pro hac vice*)
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
rstark@brownrudnick.com
jjonas@brownrudnick.com
mwinograd@brownrudnick.com
bsilverberg@brownrudnick.com
kaulet@brownrudnick.com
acarty@brownrudnick.com
hmiller@brownrudnick.com

Tristan G. Axelrod, Esq. (admitted *pro hac vice*)
Matthew A. Sawyer, Esq. (admitted *pro hac vice*)
**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
taxelrod@brownrudnick.com
msawyer@brownrudnick.com

*Counsel to the Official Committee*
*of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of September, 2026, a true and correct copy of the foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

*/s/ Ian R. Phillips*
Ian R. Phillips, Esq. (TX Bar No. 24091239)

# **EXHIBIT A**

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**ORDER ALLOWING INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF DUCERA PARTNERS LLC, INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 1, 2026 THROUGH MARCH 31, 2026**

The Court has considered the *Second Interim Fee Application of Ducera Partners LLC for Compensation for Services and Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the Period from January 1, 2026 through March 31, 2026* (the "Application"),[2] filed by Ducera Partners LLC ("Applicant"), as investment banker to the Official Committee of Unsecured Creditors of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"). The Court orders:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $530,051.54 for the period set forth in the Application.

2. The compensation and reimbursement of expenses allowed in this Order are approved on an interim basis.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

3. The Debtors are authorized to disburse to Applicant any unpaid amounts allowed pursuant to this Order.

Dated: __________________, 2026
Houston, Texas

________________________________________
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE