**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**ORDER GRANTING APPLICATION OF WD ELECTRONICS, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS**

This matter is before the Court on *WD Electronics, LLC's Request for Payment of Administrative Expenses Pursuant to Section 503 of the Bankruptcy Code* (Dkt. No. 3762) (the **"Application"**). The Court, having reviewed the application; no applications having been filed; and the Court finding that (a) the Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B), and (c) good cause exists for granting the relief requested in the Application,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** as set forth herein.

2. WD Electronics, LLC is allowed an administrative expense claim against the estates of the Debtors in the aggregate amount of $108,595.00.

3. Notwithstanding the provisions of Rule 6004(h) of the Federal Rules of Bankruptcy Procedure, this Order is effective upon entry, and the Debtors are hereby authorized and directed

to pay the sum of $108,595.00 to WD Electronics, LLC, on the next business date immediately following the date of entry of this Order on the Docket for this case.

4. Nothing contained in this Order shall affect any other claims that WD Electronics, LLC holds or may hold against the Debtors in these chapter 11 cases.

5. The Court shall retain jurisdiction over the matters arising from or related to interpretation, implementation, or enforcement of this order.

Dated: _______________, 2026.
Houston, Texas.

_______________________________
CHRISTOPHER M. LOPEZ
U.S. BANKRUPTCY JUDGE