AHLSTROM

March 6, 2026

Trico Product Corp.
FRAM Group Operations LLC
Champion Laboratories Inc
127 Public Square
Suite 3500
Cleveland, OH 44114
Attn: Scott Wallace

via email scott.wallace@firstbrandsgroup.com

Weil, Gotshal & Manges LLP
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Attn: Clifford W. Carlson

via email clifford.carlson@weil.com

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Kevin Bostel, Loren Findlay, and Jared Barlow

via email kevin.bostel@weil.com, loren.findlay@weil.com, jarred.barlow@weil.com

*Subject: Ahlstrom – First Brands Companies Trade Agreement*
*NOTICE OF TERMINATION*

Dear Mr. Wallace, Mr. Carson, Mr. Bostel, Ms. Findlay, and Mr. Barlow,

On February 23, 2026, Ahlstrom Filtration LLC ("Ahlstrom") provided (i) Trico Products Corp., (ii) FRAM Group Operations LLC, and (iii) Champion Laboratories Inc (individually and collectively, the "Company") a Notice of Default under the January 8, 2026 Trade Agreement (the "Trade Agreement").

As of March 6, 2026, the Company has failed to make the following payments (each of which was specifically noticed in the February 23, 2026 Notice of Default):

| *Company* | *Reference* | *Posting Date* | *Due Date* | *Amount Due* |
|---|---|---|---|---|
| Trico Products Corp. | 26UTN0121 | 1/20/2026 | 2/19/2026 | $3,323.11 |
| Champion Laboratories Inc | 26UTN0136 | 1/22/2026 | 2/21/2026 | $52,727.35 |
| Champion Laboratories Inc | 26UTN0137 | 1/22/2026 | 2/21/2026 | $46,715.50 |
| Champion Laboratories Inc | 26UTN0118 | 1/20/2026 | 2/19/2026 | $78,513.86 |

The Company has failed to cure the payment default within 10 days after receiving written notice of such default.

Therefore, in accordance with Section 5.d. of the Trade Agreement, Ahlstrom terminates the Trade Agreement effective March 6, 2026. As of March 6, 2026, Ahlstrom (i) has no obligation to continue to provide goods or services to the Company and (ii) reserves its rights to file a timely proof of claim or seek an administrative expense claim on account of unpaid amounts due and owing to Ahlstrom.

If the Company has any questions or requires any additional information, please contact me via email at chris.parsons@ahlstrom.com or via phone at 920.455.9277.

Sincerely,

Signed by:
Chris Parsons
A5C7499A3F2F492...

Chris Parsons
Senior Legal Counsel, Corporate Secretary
Ahlstrom Filtration LLC