AHLSTROM

February 23, 2026

Champion Laboratories Inc. via email scott.wallace@firstbrandsgroup.com
FRAM Group Operations LLC
127 Public Square
Suite 3500
Cleveland, OH 44114
Attn: Scott Wallace

Weil, Gotshal & Manges LLP via email clifford.carlson@weil.com
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Attn: Clifford W. Carlson

Weil, Gotshal & Manges LLP via email kevin.bostel@weil.com, loren.findlay@weil.com, jarred.barlow@weil.com
767 Fifth Avenue
New York, New York 10153
Attn: Kevin Bostel, Loren Findlay, and Jarred Barlow

*Subject: Ahlstrom – First Brands Companies Trade Agreement*
*Notice of Default*

Dear Mr. Wallace, Mr. Carson, Mr. Bostel, Ms. Findlay, and Mr. Barlow,

Ahlstrom Filtration LLC ("Ahlstrom") and debtor entities (i) Trico Products Corp., (ii) FRAM Group Operations LLC, (iii) Champion Laboratories Inc, and (iv) First Brands Group, LLC (collectively, "First Brands Companies") entered into a Trade Agreement, effective January 8, 2026 (the "Trade Agreement"). In accordance with Section 3.c.ii. of the Trade Agreement, Ahlstrom provided the various First Brands Companies with net 30 day terms with respect to all purchase orders placed after Ahlstrom received portions of the Supplier Payment (as defined in Section 2 of the Trade Agreement). FRAM Group Operations LLC, Champion Laboratories Inc. and Trico Products Corp. have failed to pay for goods in accordance with these payment terms, and Ahlstrom provides this Notice of Default.

Specifically, as of the date of this letter, the following payments have not been made:

| *Company* | *Reference* | *Posting Date* | *Due Date* | *Amount Due* |
|---|---|---|---|---|
| FRAM Group Operations LLC | 26UTN0104 | 1/19/2026 | 2/18/2026 | $14,032.13 |
| Champion Laboratories Inc. | 26UTN0118 | 1/20/2026 | 2/19/2026 | $78,513.86 |
| Champion Laboratories Inc. | 26UTN0119 | 1/20/2026 | 2/19/2026 | $66,802.62 |
| Champion Laboratories Inc. | 26UTN0137 | 1/22/2026 | 2/21/2026 | $46,715.50 |
| Champion Laboratories Inc. | 26UTN0136 | 1/22/2026 | 2/21/2026 | $52,727.35 |
| Trico Products Corp. | 26UTN0115 | 1/20/2026 | 2/19/2026 | $64,806.68 |
| Trico Products Corp. | 26UTN0121 | 1/20/2026 | 2/19/2026 | $3,323.11 |
| Trico Products Corp. | 26UTN0122 | 1/20/2026 | 2/19/2026 | $50,487.82 |

In accordance with Section 5.d. of the Trade Agreement, by this letter, Ahlstrom provides the First Brands Companies with this second written notice of default. If the First Brands Companies fail to cure their respective payment defaults within ten (10) days of the date of the first notice of default dated February 18, 2026 (i.e., by February 28, 2026), Ahlstrom terminates the Trade Agreement with no additional notice of such termination to be provided. If the First Brands Companies fail to pay the respective full amounts due by February 28, 2026, Ahlstrom shall have no obligation to continue to provide goods or services to any of the First Brands Companies and (ii) reserves its rights to file a timely proof of claim or seek an administrative expense claim on account of unpaid amounts due and owing to Ahlstrom.

If the First Brands Companies have any questions or require any additional information, please contact Jonas Hästö, Ahlstrom Associate General Counsel, via email at jonas.hasto@ahlstrom.com or via phone at +358 40 8371279.

Sincerely,

DocuSigned by:
Willy Bordignon
BB19A68DFBAA467...

Willy Bordignon
Ahlstrom Filtration LLC
VP Filtration



Ahlstrom Filtration LLC
205 Nebo Road
Madisonville, KY 42431