Schedule of Outstanding Invoices and Amounts Due Under the First Brands Post-Petition Trade Agreement

| Customer | Reference | Posting Date | Net due date | Amount in local currency |
|---|---|---|---|---|
| AH22226846 | 26UTN0264 | 2/3/2026 | 3/5/2026 | $ 65,522.45 |
| AH22226846 | 26UTN0266 | 2/3/2026 | 3/5/2026 | $ 77,878.11 |
| AH22226846 | 26UTN0259 | 1/31/2026 | 3/2/2026 | $ 3,638.70 |
| AH22226846 | 26UVN0356 | 1/30/2026 | 3/1/2026 | $ 19,576.14 |
| AH22226846 | 26UTN0159 | 1/26/2026 | 2/25/2026 | $ 23,083.40 |
| AH22226846 | 26UTN0136 | 1/22/2026 | 2/21/2026 | $ 52,727.35 |
| AH22226846 | 26UTN0137 | 1/22/2026 | 2/21/2026 | $ 46,715.50 |
| AH22226846 | 26UTN0118 | 1/20/2026 | 2/19/2026 | $ 78,513.86 |
| ***CHAMP TOTALS*** | | | | ***$ 367,655.51*** |

| Customer | Reference | Posting Date | Net due date | Amount in local currency |
|---|---|---|---|---|
| 1000051955 | 26UTN0260 | 1/31/2026 | 3/2/2026 | $ 4,269.83 |
| 1000051955 | 26UTN0261 | 1/31/2026 | 3/2/2026 | $ 36,388.23 |
| 1000051955 | 26UVN0360 | 1/30/2026 | 3/1/2026 | $ 23,837.79 |
| 1000051955 | 26UVN0361 | 1/30/2026 | 3/1/2026 | $ 16,061.01 |
| 1000051955 | 26UTN0184 | 1/29/2026 | 2/28/2026 | $ 44,360.44 |
| 1000051955 | 26UTN0185 | 1/29/2026 | 2/28/2026 | $ 47,395.23 |
| 1000051955 | 26UTN0186 | 1/29/2026 | 2/28/2026 | $ 58,552.03 |
| 1000051955 | 26UTN0187 | 1/29/2026 | 2/28/2026 | $ 30,111.90 |
| 1000051955 | 26UTN0188 | 1/29/2026 | 2/28/2026 | $ 13,738.31 |
| 1000051955 | 26UVN0279 | 1/29/2026 | 2/28/2026 | $ 69,970.80 |
| 1000051955 | 26UVN0280 | 1/29/2026 | 2/28/2026 | $ 85,239.92 |
| 1000051955 | 26UTN0121 | 1/20/2026 | 2/19/2026 | $ 3,323.11 |
| ***TRICO TOTALS*** | | | | ***$ 433,248.60*** |

| Customer | Reference | Posting Date | Net due date | Amount in local currency |
|---|---|---|---|---|
| US000352 | 26UTN0254 | 1/31/2026 | 3/2/2026 | 24,315.39 |
| US000352 | 26UTN0190 | 1/29/2026 | 2/28/2026 | 63,988.96 |
| US000352 | 26UTN0193 | 1/29/2026 | 2/28/2026 | 64,252.41 |
| ***FRAM TOTALS*** | | | | ***152,556.76*** |

| | |
|---|---|
| **Total First Brand Accounts Post Petition Trade Agreement Rec. Due** | **$ 953,460.87** |