# EXHIBIT A

ECF

**U.S. District Court**
**Southern District of New York (Foley Square)**
**CRIMINAL DOCKET FOR CASE #: 1:26-cr-00029-AT All Defendants**

Case title: USA v. JAMES

Date Filed: 01/27/2026

---

Assigned to: Judge Analisa Torres

**Defendant (1)**

**Patrick James**
*also known as*
Sealed Defendant 1

represented by

**Erica Perdomo**
Quinn Emanuel Urquhart & Sullivan LLP
2601 S. Bayshore Drrive
Suite 1550
Miami, FL 33133
305-402-4880
Email: ericaperdomo@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Sara Catherine Clark**
Quinn Emanuel Urquhart & Sullivan
700 Louisiana St.
Ste 3900
Houston, TX 77002
713-221-7010
Fax: 713-221-7100
Email: saraclark@quinnemanuel.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Scott Hartman**
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, NY 10016
212-849-7000
Email: scotthartman@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**William Anthony Burck**
Quinn Emanuel Urquhart & Sullivan
555 13th Street NW
Suite 600
Washington, DC 20004
202-538-8120
Fax: 202-538-8100
Email: williamburck@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:225.F CONTINUING CRIMINAL ENTERPRISE (CONTINUING FINANCIAL CRIMES ENTERPRISE)<br>(1) | |
| 18:1349.F ATTEMPT AND CONSPIRACY TO COMMIT WIRE FRAUD AND BANK FRAUD<br>(2) | |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION<br>(3-4) | |
| 18:1344A.F BANK FRAUD<br>(5) | |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION<br>(6) | |
| 18:1344A.F BANK FRAUD<br>(7) | |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION<br>(8) | |
| 18:1956-4999.F MONEY LAUNDERING - FRAUD, OTHER (CONSPIRACY)<br>(9) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Analisa Torres

**Defendant (2)**

| | | |
|---|---|---|
| **Edward James**<br>*also known as*<br>Sealed Defendant 2 | represented by | **Seth David DuCharme**<br>Bracewell LLP<br>Bracewell LLP<br>31 West 52nd Street |

Suite 1900
10019
New York, NY 10019
212-508-6165
Email: seth.ducharme@bracewell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Alexander Shargel**
Bracewell LLP
31 West 52nd Street
Suite 1900
New York, NY 10019
212-508-6100
Email: david.shargel@bracewell.com
*ATTORNEY TO BE NOTICED*

**Nicole Boeckmann**
Bracewell LLP
31 W. 52nd Street
Suite 1900
New York, NY 10019-0019
212-508-6103
Email: nicole.boeckmann@bracewell.com
*ATTORNEY TO BE NOTICED*

**Scott Hartman**
(See above for address)
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1349.F ATTEMPT AND CONSPIRACY TO COMMIT WIRE FRAUD AND BANK FRAUD<br>(2) | |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION<br>(3-4) | |
| 18:1344A.F BANK FRAUD<br>(5) | |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION<br>(6) | |
| 18:1344A.F BANK FRAUD<br>(7) | |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION<br>(8) | |
| 18:1956-4999.F MONEY LAUNDERING - FRAUD, OTHER (CONSPIRACY)<br>(9) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

**Plaintiff**

**USA** represented by

**Marguerite Boughton Colson**
DOJ-USAO
Southern District of New York
1 St. Andrew's Plaza
New York, NY 10007
212-637-2587
Email: marguerite.colson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Nicholas William Chiuchiolo**
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
212-637-1247
Email: Nicholas.Chiuchiolo@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Peter John Davis**
United States Attorney's Office
One St. Andrew's Plaza
New York, NY 10007
212-637-2468
Email: peter.davis2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Sarah Mortazavi**
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007

212-637-2520
Email: sarah.mortazavi@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/27/2026 | 1 | UNREDACTED INDICTMENT FILED as to Sealed Defendant 1, Sealed Defendant 2. (jm) **(Not for Public view pursuant to Standing Order of the court, 24-mc-184.)** (Entered: 01/29/2026) |
| 01/27/2026 | 2 | SEALED REDACTED INDICTMENT as to Sealed Defendant 1 (1) count(s) 1, 2, 3-4, 5, 6, 7, 8, 9, Sealed Defendant 2 (2) count(s) 2, 3-4, 5, 6, 7, 8, 9. (jm) (Main Document 2 replaced on 1/29/2026) (jm). (Entered: 01/29/2026) |
| 01/29/2026 | 3 | Order to Unseal Indictment as to Sealed Defendant 1, Sealed Defendant 2. (Signed by Magistrate Judge Henry J Ricardo on 1/29/26)(jm) (Main Document 3 replaced on 1/29/2026) (jm). (Entered: 01/29/2026) |
| 01/29/2026 | | INDICTMENT UNSEALED as to Patrick James, Edward James. (jm) (Entered: 01/29/2026) |
| 01/29/2026 | | Case Designated ECF as to Patrick James, Edward James. (jm) (Entered: 01/29/2026) |
| 01/29/2026 | | Case as to Patrick James, Edward James ASSIGNED to Judge Analisa Torres. (jm) (Entered: 01/29/2026) |
| 01/29/2026 | | Attorney update in case as to Patrick James, Edward James. Attorney Nicholas William Chiuchiolo,Marguerite Boughton Colson,Peter John Davis,Sarah Mortazavi for USA added. (jm) (Entered: 01/29/2026) |
| 01/29/2026 | 6 | NOTICE OF ATTORNEY APPEARANCE: Seth David DuCharme appearing for Edward James. Appearance Type: Retained. (DuCharme, Seth) (Entered: 01/29/2026) |
| 01/29/2026 | 7 | NOTICE OF ATTORNEY APPEARANCE: Nicole Boeckmann appearing for Edward James. Appearance Type: Retained. (Boeckmann, Nicole) (Entered: 01/29/2026) |
| 01/29/2026 | 8 | NOTICE OF ATTORNEY APPEARANCE: David Alexander Shargel appearing for Edward James. Appearance Type: Retained. (Shargel, David) (Entered: 01/29/2026) |
| 01/29/2026 | 9 | NOTICE OF ATTORNEY APPEARANCE: Scott Hartman appearing for Patrick James. Appearance Type: Retained. (Hartman, Scott) (Entered: 01/29/2026) |
| 01/29/2026 | 10 | NOTICE OF ATTORNEY APPEARANCE: William Anthony Burck appearing for Patrick James. Appearance Type: Retained. (Burck, William) (Entered: 01/29/2026) |
| 01/29/2026 | | Arrest of Edward James in the United States District Court - Northern District of Ohio. (jm) (Entered: 01/30/2026) |
| 01/29/2026 | | Arrest of Patrick James in the United States District Court - Northern District of Ohio. (jm) (Entered: 02/02/2026) |
| 01/30/2026 | 11 | Rule 5(c)(3) Documents Received as to Edward James from the United States District Court - Northern District of Ohio. (jm) (Entered: 01/30/2026) |
| 02/02/2026 | 12 | Rule 5(c)(3) Documents Received as to Patrick James from the United States District Court - Northern District of Ohio. (jm) (Entered: 02/02/2026) |

| | | |
|---|---|---|
| 02/03/2026 | 13 | ORDER as to Patrick James, Edward James: The Court will hold an initial conference in this matter on February 4, 2026, at 2:00 p.m. in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. SO ORDERED. (Initial Appearance set for 2/4/2026 at 02:00 PM in Courtroom 15D, 500 Pearl Street, New York, NY 10007 before Judge Analisa Torres) (Signed by Judge Analisa Torres on 2/3/2026) (lnl) (Entered: 02/03/2026) |
| 02/03/2026 | 14 | LETTER MOTION addressed to Magistrate Judge Robyn F. Tarnofsky from Seth DuCharme dated February 3. 2026 re: Request for Bond Modification . Document filed by Edward James. (DuCharme, Seth) (Entered: 02/03/2026) |
| 02/04/2026 | 15 | Minute Entry for proceedings held before Magistrate Judge Robyn F. Tarnofsky:Initial Appearance on disposition sheet as to Edward James held on 2/4/2026. Deft counsel Seth DuCharme. AUSA Marguerite Colson. DISPOSITION: $25,000,000 PRB; Secured by $1,000,000 deposited with the court; Secured by his residence; Travel restricted to SDNY/EDNY/NDOH; Temporary additional travel upon consent of AUSA and approval of PTS; Home detention; Def. to pay all of cost of location monitoring as determined by PTS; Def. not to possess firearm/ destructive devices/other weapons; Def. to be released on own signature; Remaining conditions to be met by: 2/18/2026. No contact with identified witnesses or victims outside presence of counsel; Def. will properly report to PTS in district of supervision; No private air travel; No air travel except for court appearances or as approved by PTS or Court; No new financial accounts; Location monitoring by phone/watch, if unavailable in NDOH def. has option of remaining there with location monitoring by bracelet or relocating to a district w/ option of monitoring by watch/cell phone and travel restriction adjusted as necessary. (jw) (Entered: 02/05/2026) |
| 02/04/2026 | | Minute Entry for proceedings held before Magistrate Judge Robyn F. Tarnofsky:Arraignment on disposition sheet as to Edward James (2) Count 2,3-4,5,6,7,8,9 held on 2/4/2026. Deft arraigned and pleads not guilty. Next conference before District Judge on 2pm on February 4, 2026. Will discuss with Judge Torres. (jw) (Entered: 02/05/2026) |
| 02/04/2026 | | Minute Entry for proceedings held before Magistrate Judge Robyn F. Tarnofsky: Plea entered by Edward James (2) Count 2,3-4,5,6,7,8,9 Not Guilty. (jw) (Entered: 02/05/2026) |
| 02/04/2026 | | Set/Reset Deadlines/Hearings as to Edward James: Pretrial Conference set for 2/4/2026 at 02:00 PM before Judge Analisa Torres. (jw) (Entered: 02/05/2026) |
| 02/04/2026 | 16 | Minute Entry for proceedings held before Magistrate Judge Robyn F. Tarnofsky:Initial Appearance on disposition sheet as to Patrick James held on 2/4/2026. $50,000,000 PRB; To be co-signed by two FRP; Secured by $5,000,000 deposited with the court, secured by residence; Travel restricted to SDNY/EDNY/NDOH; Temporary additional travel upon consent of AUSA and approval of PTS; Surrender travel documents and no new applications; Pretrial supervision: As directed by PTS; Home detention; Def. to pay all of cost of location monitoring ad determined by PTS; Location monitoring by cell phone/ watch; Def. not to possess firearm/destructive device/other weapon; Def. to be released on own signature; Remaining conditions to be met by: 2/18/2026. Additional conditions: No new financial accounts; No contact with identified witnesses or victims outside presence of counsel; Defendant will promptly report to PTS in EDNY; He will reside in a home on Long Island and will not relocated from there without prior approval of PTS or the Court; No private air travel; No air travel except for court appearances or as approved by PTS or Court. (jw) (Entered: 02/05/2026) |
| 02/04/2026 | | Minute Entry for proceedings held before Magistrate Judge Robyn F. Tarnofsky:Arraignment on disposition sheet as to Patrick James (1) Count 1,2,3- |

| | | |
|---|---|---|
| | | 4,5,6,7,8,9 held on 2/4/2026. Deft arraigned and pleads not guilty. Next conference set before District Judge on 2pm on February 4, 2026. Will discuss with Judge Torres (jw) (Entered: 02/05/2026) |
| 02/04/2026 | | Minute Entry for proceedings held before Magistrate Judge Robyn F. Tarnofsky: Plea entered by Patrick James (1) Count 1,2,3-4,5,6,7,8,9 Not Guilty. (jw) (Entered: 02/05/2026) |
| 02/04/2026 | 17 | APPEARANCE Bond Entered as to Patrick James; $50,000,000 PRB; To be co-signed by two (2) FRP; Secured by $5,000,000 in cash deposited with the court; Secured by residence; ADDITIONAL CONDITIONS... (job) (Main Document 17 replaced on 2/18/2026) (job). (Entered: 02/06/2026) |
| 02/04/2026 | 18 | ARREST Bond Entered as to Edward James; $25,000,000 PRB; Secured by $1,000,000 deposited with the court; Secured by his residence; ADDITIONAL CONDITIONS... (job) (Entered: 02/09/2026) |
| 02/04/2026 | | Minute Entry for proceedings held before Judge Analisa Torres: Pretrial Conference as to Patrick James, Edward James held on 2/4/2026. Initial conference held for Defendants Patrick James and Edward James before the Hon. Analisa Torres in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Defendant Patrick James present with attorneys Scott Hartman and William Anthony Burck (retained). Defendant Edward James present with attorneys Seth DuCharme, Nicole Boeckmann, and David Shargel (retained). AUSA Marguerite Colson present for the Government. Court reporter present. A status conference was set for April 27, 2026, at 2:00 p.m., in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Motions by Defendants due May 1, 2026. Government responses due May 15, 2026, and Defendant replies due May 22, 2026. Trial was set for July 13, 2026 at 9:00 a.m. Time was excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) until April 27, 2026, for the reasons stated on the record. (Motions due by 5/1/2026. Responses due by 5/15/2026. Replies due by 5/22/2026. Status Conference set for 4/27/2026 at 02:00 PM in Courtroom 15D, 500 Pearl Street, New York, NY 10007 before Judge Analisa Torres.) (lnl) Modified on 4/1/2026 (lnl). (Entered: 02/26/2026) |
| 02/04/2026 | | Set/Reset Hearings as to Patrick James, Edward James: Jury Trial set for 7/13/2026 at 09:00 AM before Judge Analisa Torres. (lnl) (Entered: 04/01/2026) |
| 02/13/2026 | 19 | LETTER by USA as to Patrick James, Edward James addressed to Judge Analisa Torres from USA dated February 13, 2026 re: Proposed Protective Order Document filed by USA. (Attachments: # 1 Proposed Order Protective Order)(Mortazavi, Sarah) (Entered: 02/13/2026) |
| 02/17/2026 | 20 | PROTECTIVE ORDER as to Patrick James, Edward James...regarding procedures to be followed that shall govern the handling of confidential material. SO ORDERED. (Signed by Judge Analisa Torres on 2/17/2026) (bw) (Entered: 02/17/2026) |
| 02/18/2026 | 21 | LETTER MOTION addressed to Judge Analisa Torres from Seth DuCharme dated February 18, 2026 re: Request for Bond Modification . Document filed by Edward James. (DuCharme, Seth) (Entered: 02/18/2026) |
| 02/19/2026 | 22 | ORDER as to Patrick James, Edward James: Defendant Edward James seeks modification of his bond conditions to include travel to the Southern District of Ohio, where certain immediate family members reside. See ECF No. 21. The motion is GRANTED; Defendant Edward James's conditions of bond are modified to permit travel to the Southern District of Ohio. Pretrial Services' approval is required for all such travel. SO ORDERED. (Signed by Judge Analisa Torres on 2/19/2026) (lnl) (Entered: 02/19/2026) |

| | | |
|---|---|---|
| 02/19/2026 | 23 | LETTER MOTION addressed to Judge Analisa Torres from Scott A. Hartman dated February 19, 2026 re: Order Directing Deposit of Funds into an Interest-Bearing Account . Document filed by Patrick James. (Attachments: # 1 Proposed Order Directing Deposit of Funds into an Interest-Bearing Account)(Hartman, Scott) (Entered: 02/19/2026) |
| 02/20/2026 | 24 | MEMO ENDORSEMENT 23 LETTER MOTION as to Patrick James (1)....ENDORSEMENT... GRANTED. The Court will enter an order in due course. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 23. SO ORDERED (Signed by Judge Analisa Torres on 2/20/26) (jw) (Entered: 02/20/2026) |
| 02/20/2026 | 25 | ORDER DIRECTING DEPOSIT OF FUNDS INTO AN INTEREST-BEARING ACCOUNT as to Patrick James, Edward James. Pursuant to Local Civil Rule 67.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and upon the application of Defendant Patrick James for an order directing that $5,000,000.00 in cash bail posted in connection with the February 4, 2026, Appearance Bond be invested in an interest-bearing account, it is hereby: ORDERED that the Clerk of Court is directed to deposit the sum of $5,000,000.00 currently held in the Court's registry into an interest-bearing account within the Court Registry Investment System ("CRIS"); and it is further ORDERED that the funds shall remain in the CRIS account until further order of the Court; and it is further ORDERED that the Clerk of Court shall deduct from the income earned on the investment a fee equal to ten percent (10%) of the income earned, not to exceed the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office. SO ORDERED. (Signed by Judge Analisa Torres on 2/20/2026) (bw) (Entered: 02/20/2026) |
| 03/03/2026 | 26 | TRANSCRIPT of Proceedings as to Patrick James and Edward James held on 2/4/2026 before Magistrate Judge Robyn F. Tarnofsky. Court Reporter/Transcriber: Kristen Carannante, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/24/2026. Redacted Transcript Deadline set for 4/3/2026. Release of Transcript Restriction set for 6/1/2026. (ras) (Entered: 03/03/2026) |
| 03/03/2026 | 27 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Patrick James and Edward James. Notice is hereby given that an official transcript of a proceeding held on 2/4/2026 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days... (ras) (Entered: 03/03/2026) |
| 03/09/2026 | 28 | MOTION to Quash *and Preclude Use of Evidence Obtained Through Post-Indictment Grand Jury Subpoena and Memorandum of Law in Support*. Document filed by Patrick James. (Attachments: # 1 Proposed Order Staying Grand Jury Subpoena Return Date)(Hartman, Scott) (Entered: 03/09/2026) |
| 03/09/2026 | 29 | DECLARATION of Scott Hartman in Support as to Patrick James re: 28 MOTION to Quash *and Preclude Use of Evidence Obtained Through Post-Indictment Grand Jury Subpoena and Memorandum of Law in Support*.. (Attachments: # 1 Exhibit 1 - CTA Grand Jury Subpoena, # 2 Exhibit 2 - Debtors' Complaint, # 3 Exhibit 3 - Debtors' Motion, # 4 Exhibit 4 Bankruptcy TRO, # 5 Exhibit 5 - 11/10/25 Hearing Transcript, # 6 Exhibit 6 - 11/12/25 Hearing Transcript)(Hartman, Scott) (Entered: 03/09/2026) |
| 03/09/2026 | 30 | DECLARATION of Gary Laufenberg in Support as to Patrick James re: 28 MOTION to Quash *and Preclude Use of Evidence Obtained Through Post-Indictment Grand Jury Subpoena and Memorandum of Law in Support*.. (Hartman, Scott) (Entered: 03/09/2026) |

| | | |
|---|---|---|
| 03/11/2026 | 31 | LETTER MOTION addressed to Judge Analisa Torres from Nicole Boeckmann dated March 11, 2026 re: Request for Permission to Open New Bank Accounts . Document filed by Edward James. (Boeckmann, Nicole) (Entered: 03/11/2026) |
| 03/11/2026 | 32 | ORDER as to Patrick James, Edward James: it is hereby: ORDERED that the March 11, 2026 return date of the grand jury subpoena dated February 25, 2026 (the "Subpoena"), issued to Cooperative Title Agency of Florida, directed to its agent Gary Laufenberg, is hereby STAYED pending resolution of the Motion; and it is further ORDERED that Cooperative Title Agency of Florida shall not be required to produce any documents or materials in response to the Subpoena until further order of the Court; and it is further ORDERED that the Government shall preserve all documents and materials, if any, already produced in response to the Subpoena, and shall not review, use, or disclose any such materials pending resolution of the Motion or further order of the Court; and it is further ORDERED that this stay shall remain in effect until the Court has ruled on the Motion, or until further order of the Court. SO ORDERED. (Signed by Judge Analisa Torres on 3/11/2026) (lnl) (Entered: 03/11/2026) |
| 03/11/2026 | 33 | ORDER as to Patrick James, Edward James: The Court has reviewed Defendant Patrick James' motion to quash a grand jury subpoena dated February 25, 2026. See Mot. at 1, ECF No. 28. By March 20, 2026, the Government shall respond to the motion. The Government may submit materials relating to the subpoena for in camera review to the Court in connection with its response. See Mot. at 12. SO ORDERED. (Signed by Judge Analisa Torres on 3/11/2026) (lnl) (Entered: 03/11/2026) |
| 03/11/2026 | 34 | TRANSCRIPT of Proceedings as to Patrick James re: Conference held on 2/4/26 before Judge Analisa Torres. Court Reporter/Transcriber: Amy Walker, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/1/2026. Redacted Transcript Deadline set for 4/13/2026. Release of Transcript Restriction set for 6/9/2026. (Moya, Goretti) (Entered: 03/11/2026) |
| 03/11/2026 | 35 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Patrick James. Notice is hereby given that an official transcript of a Conference proceeding held on 2/4/26 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 03/11/2026) |
| 03/12/2026 | 36 | ***** Amended by Order, Doc.# 39 , filed on 3/13/2026. ***** MEMO ENDORSEMENT as to Edward James (2) granting 31 LETTER MOTION addressed to Judge Analisa Torres from Nicole Boeckmann dated March 11, 2026 re: Request for Permission to Open New Bank Accounts. ENDORSEMENT: GRANTED. Defendant Edward James is granted permission to open two new "identically named accounts at new financial institutions." EdwardJames is only granted this permission to the extent that it is necessary to effectuate the transfer and closure of two of his existing financial accounts. Edward James shall inform pretrial services and the Government of the details of any new financial accounts as soon as those accounts are opened. (Signed by Judge Analisa Torres on 3/12/2026) (ap); Modified on 3/13/2026 (bw). (Entered: 03/12/2026) |
| 03/12/2026 | 37 | MEMORANDUM in Opposition by USA as to Patrick James re 28 MOTION to Quash *and Preclude Use of Evidence Obtained Through Post-Indictment Grand Jury Subpoena and Memorandum of Law in Support*.. (Colson, Marguerite) (Entered: 03/12/2026) |

| | | |
|---|---|---|
| 03/13/2026 | 38 | LETTER MOTION addressed to Judge Analisa Torres from Nicole Boeckmann dated March 13, 2026 re: Request Regarding Interest-Bearing Account . Document filed by Edward James. (Boeckmann, Nicole) (Entered: 03/13/2026) |
| 03/13/2026 | 39 | ORDER as to Patrick James, Edward James. The Court AMENDS its order entered at ECF No. 36. The conditions of Defendant Edward James's pre-trial release are MODIFIED and Edward James is granted permission to open identically named financial accounts at up to two new financial institutions, in line with his request at ECF No. 31. Edward James shall inform pretrial services and the Government of the details of any new financial accounts as soon as those accounts are opened. SO ORDERED. (Signed by Judge Analisa Torres on 3/13/2026) (bw) (Entered: 03/13/2026) |
| 03/16/2026 | 40 | LETTER MOTION addressed to Judge Analisa Torres from Nicole Boeckmann dated March 13, 2026 re: 38 LETTER MOTION addressed to Judge Analisa Torres from Nicole Boeckmann dated March 13, 2026 re: Request Regarding Interest-Bearing Account . re: for order directing the Clerk of Court to deposit funds in an interest-bearing account (amended to include proposed order) . Document filed by Edward James. (Attachments: # 1 Proposed Order Proposed order for deposit of funds in interest bearing account) (Shargel, David) (Entered: 03/16/2026) |
| 03/16/2026 | 41 | ORDER DIRECTING DEPOSIT OF FUNDS INTO AN INTEREST-BEARING ACCOUNT as to Patrick James, Edward James. ORDERED that the Clerk of Court is directed to deposit the sum of $1,000,000.00 currently held in the Court's registry into an interest-bearing account within the Court Registry Investment System ("CRIS"); and it is further ORDERED that the funds shall remain in the CRIS account until further order of the Court; and it is further ORDERED that the Clerk of Court shall deduct from the income earned on the investment a fee equal to ten percent (10%) of the income earned, not to exceed the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office. (Signed by Judge Analisa Torres on 3/16/2026) (Forwarded to Finance Unit via email on 3/16/2026) (ap) (Entered: 03/16/2026) |
| 03/18/2026 | 42 | REPLY MEMORANDUM OF LAW in Support as to Patrick James re: 28 MOTION to Quash *and Preclude Use of Evidence Obtained Through Post-Indictment Grand Jury Subpoena and Memorandum of Law in Support*. . (Hartman, Scott) (Entered: 03/18/2026) |
| 04/10/2026 | 43 | LETTER by Patrick James addressed to Judge Analisa Torres from Scott A. Hartman dated April 10, 2026 re: Request for Conference (Attachments: # 1 Exhibit A - 3/18/2026 Defense Letter re: Brady Material, # 2 Exhibit B - 3/18/2026 Defense Letter re: Bill of Particulars, # 3 Exhibit C - 4/3/2026 Government Response Letter re: Brady Material, # 4 Exhibit D - 4/3/2026 Government Response Letter re: Bill of Particulars, # 5 Exhibit E - 4/10/2026 Defense Response Letter re: Brady Material)(Hartman, Scott) (Entered: 04/10/2026) |
| 04/12/2026 | 44 | LETTER MOTION addressed to Judge Analisa Torres from Seth DuCharme dated April 12, 2026 re: Request for Adjournment of Pretrial Motions Deadline and Trial Date . Document filed by Edward James. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (DuCharme, Seth) (Entered: 04/12/2026) |
| 04/15/2026 | 45 | LETTER by USA as to Patrick James, Edward James addressed to Judge Analisa Torres from United States dated April 15, 2026 re: Adjournment of Trial Date Document filed by USA. (Colson, Marguerite) (Entered: 04/15/2026) |
| 04/15/2026 | 46 | LETTER REPLY TO RESPONSE to Motion by Edward James addressed to Judge Analisa Torres from Seth DuCharme dated April 15, 2026 re 44 LETTER MOTION addressed to Judge Analisa Torres from Seth DuCharme dated April 12, 2026 re: Request |

| | | |
|---|---|---|
| | | for Adjournment of Pretrial Motions Deadline and Trial Date .. (Shargel, David) (Entered: 04/15/2026) |
| 04/17/2026 | 47 | LETTER by Patrick James addressed to Judge Analisa Torres from Scott Hartman dated April 17, 2026 re: Reply in Further Support of Request for Conference (ECF No. 43 ) (Hartman, Scott) (Entered: 04/17/2026) |
| 04/21/2026 | 48 | LETTER MOTION addressed to Judge Analisa Torres from Scott Hartman dated April 21, 2026 re: Permission to Open New Bank Account . Document filed by Patrick James. (Hartman, Scott) (Entered: 04/21/2026) |
| 04/22/2026 | | *****DELETED DOCUMENT. Deleted document number 49. ORDER, as to Patrick James (1), Edward James (2). The document was incorrectly filed in this case. (bw)** (Entered: 04/23/2026) |
| 04/23/2026 | 49 | ORDER as to Patrick James, Edward James. The Court has reviewed Defendants Patrick James' and Edward James' letters seeking an adjournment of the trial date. See ECF No. 43 at 1 (Patrick James' letter, requesting a 2027 trial date); ECF No. 44 at 1 (Edward James' letter, seeking a "Fall of 2026" trial date); see also ECF No. 55 (Government's response). The conference scheduled for April 27, 2026, is, accordingly, ADJOURNED sine die. The motions schedule is likewise ADJOURNED sine die. By April 30, 2026, the Government shall inform the Court when it expects to complete discovery. By that same date, the parties shall provide their current best estimate of the length of trial. Thereafter, the Court shall set a trial date and motions schedule. SO ORDERED. (Signed by Judge Analisa Torres on 4/23/2026) (bw) (Entered: 04/23/2026) |
| 04/23/2026 | | Terminate Deadlines and Hearings as to Patrick James, Edward James: Terminated - Motions due by 5/1/2026. Responses due by 5/15/2026. Replies due by 5/22/2026. Status Conference set for 4/27/2026 at 02:00 PM in Courtroom 15D, 500 Pearl Street, New York, NY 10007 before Judge Analisa Torres. [*** NOTE: SEE ORDER, DOC.# 49 . ***] (bw) (Entered: 04/23/2026) |
| 04/24/2026 | 50 | CONSENT LETTER by USA as to Patrick James, Edward James addressed to Judge Analisa Torres from United States dated April 24, 2026 re: Exclusion of Time Document filed by USA. (Colson, Marguerite) (Entered: 04/24/2026) |
| 04/24/2026 | 51 | MEMO ENDORSEMENT as to Patrick James...ENDORSEMENT...GRANTED. Mr. James is granted permission to open a new, identically named bank account at a financial institution. By May 8, 2026, Mr. James shall identify the financial institution at which he is opening the new bank account to the Court (Signed by Judge Analisa Torres on 4/24/26)(jw) (Entered: 04/24/2026) |
| 04/24/2026 | 52 | ENDORSED LETTER as to Patrick James, Edward James addressed to Judge Analisa Torres from AUSA Marguerite B. Colson dated April 24, 2026 re: On February 4, 2026, the Court held an initial conference in the above-captioned case. At that conference, time was excluded under the Speedy Trial Act until April 27, 2026, when the Court scheduled a status conference. The April 27 conference has been adjourned sine die and the parties have been directed to supply information by April 30 regarding the completion of discovery and trial scheduling (ECF No. 49). With the consent of counsel for defendants Patrick James and Edward James, the Government writes to request that time be excluded until May 27, 2026. ENDORSEMENT: GRANTED. Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served outweigh the interests of the public and the Defendants in a speedy trial and because the exclusion will allow the parties time to review discovery and continue discussions regarding a disclosure schedule and pre-trial motions. SO ORDERED. (Signed by Judge Analisa Torres on 4/24/2026) (bw) (Entered: 04/27/2026) |

| | | |
|---|---|---|
| 04/30/2026 | 53 | LETTER by USA as to Patrick James, Edward James addressed to Judge Analisa Torres from United States dated April 30, 2026 re: Discovery Timeline and Estimated Trial Length Document filed by USA. (Colson, Marguerite) (Entered: 04/30/2026) |
| 04/30/2026 | 54 | LETTER by Patrick James addressed to Judge Analisa Torres from Defendant Patrick James dated April 30, 2026 re: the Government's Letter Concerning the Status of Discovery and the Parties' Estimates for the Length of Trial (ECF No. 53) (Hartman, Scott) (Entered: 04/30/2026) |
| 05/01/2026 | 55 | MOTION for Sara Catherine Clark to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-32788569. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Patrick James. (Attachments: # 1 Proposed Order Granting Admission Pro Hac Vice, # 2 Affidavit \| Declaration of Sara Clark, # 3 Exhibit A - Certificate of Good Standing Texas Supreme Court, # 4 Exhibit B - Certificate of Good Standing D.C.)(Clark, Sara) (Entered: 05/01/2026) |
| 05/04/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 55 MOTION for Sara Catherine Clark to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-32788569. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 05/04/2026) |
| 05/04/2026 | | ORDER granting 55 Motion for Sara Catherine Clark to Appear Pro Hac Vice as to Patrick James (1). (Signed by Judge Analisa Torres on 5/4/2026) (tr) (Entered: 05/04/2026) |
| 05/05/2026 | 56 | ORDER as to Patrick James, Edward James: Defendant's motion to quash the grand jury subpoena is DENIED.3 The stay entered by the Court at ECF No. 32 is LIFTED; the return date of the grand jury subpoena dated February 25, 2026, is MODIFIED to May 14, 2026. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 28. (Signed by Judge Analisa Torres on 5/5/2026) (See ORDER set forth) (ap) (Entered: 05/05/2026) |
| 05/08/2026 | 57 | LETTER MOTION addressed to Judge Analisa Torres from Scott Hartman dated May 8, 2026 re: Extension of Time of Court's April 24, 2026 Order . Document filed by Patrick James. (Hartman, Scott) (Entered: 05/08/2026) |
| 05/08/2026 | 58 | MEMO ENDORSEMENT as to Patrick James (1) granting 57 LETTER MOTION addressed to Judge Analisa Torres from Scott Hartman dated May 8, 2026 re: Extension of Time of Court's April 24, 2026 Order. ENDORSEMENT: GRANTED. (Signed by Judge Analisa Torres on 5/8/2026) (ap) (Entered: 05/08/2026) |
| 05/08/2026 | 59 | ORDER as to Patrick James, Edward James: Trial in this matter is set for February 9, 2027, at 9:00 a.m. in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Defense motions are due on August 3, 2026. By August 31, 2026, the Government shall respond. By September 14, 2026, Defendants shall file their replies, if any. The Court shall hold a status conference in this matter on June 22, 2026 at 2:00 p.m. in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Time is excluded under the Speedy Trial Act until June 22, 2026, because the Court finds that the ends of justice served by such an exclusion outweigh the best interest of the public and Defendants in a speedy trial, because the exclusion will allow the parties to review and continue conducting discovery. See 18 U.S.C. § 3161(h)(7)(A). The Clerk of Court is respectfully directed to terminate the motion at ECF No. 44. Time excluded from 5/8/2026 until 6/22/2026. (Motions due by 8/3/2026. Responses due by 8/31/2026. Replies due by 9/14/2026. Jury Trial set for 2/9/2027 at 09:00 AM in Courtroom 15D, 500 Pearl Street, New York, NY 10007 before Judge Analisa Torres. Status Conference set for 6/22/2026 at 02:00 PM in Courtroom 15D, 500 Pearl Street, |

| | | |
|---|---|---|
| | | New York, NY 10007 before Judge Analisa Torres). (Signed by Judge Analisa Torres on 5/8/2026)(ap) (Entered: 05/08/2026) |
| 05/13/2026 | 60 | NOTICE OF ATTORNEY APPEARANCE: Sara Catherine Clark appearing for Patrick James. Appearance Type: Retained. (Clark, Sara) (Entered: 05/13/2026) |
| 05/19/2026 | 61 | SECOND MOTION for Extension of Time *to May 22, 2026 to identify the financial institution at which Defendant is opening a new bank account*. Document filed by Patrick James. (Hartman, Scott) (Entered: 05/19/2026) |
| 05/19/2026 | 62 | LETTER by Patrick James addressed to Judge Analisa Torres from Scott Hartman dated May 19, 2026 re: Supplement to 2nd Motion for Extension of Time for Defendant to identify the financial institution for which Defendant is opening an account [DE 61]. Defendant needs to extend deadline further to June 5, 2026. (Hartman, Scott) (Entered: 05/19/2026) |
| 05/20/2026 | 63 | MEMO ENDORSEMENT as to Patrick James, Edward James re: We represent Defendant Patrick James in the above-referenced matter and respectfully request a second two-week extension of the deadline to identify the financial institution at which Mr. James is opening a new bank account. The Courts April 24, 2026, Order (ECF No. 51) set an initial deadline of May 8, 2026. On May 8, 2026, the Court granted Mr. Jamess first request for a two-week extension, extending the deadline to May 22, 2026 (ECF No. 58). The new proposed deadline is June 5, 2026....ENDORSEMENT...Granted. SO ORDERED (Signed by Judge Analisa Torres on 5/20/26)(jw) (Entered: 05/20/2026) |
| 06/01/2026 | 64 | SEALED DOCUMENT placed in vault. (jus) (Entered: 06/01/2026) |
| 06/01/2026 | 65 | SEALED DOCUMENT placed in vault. (jus) (Entered: 06/01/2026) |
| 06/01/2026 | 66 | SEALED DOCUMENT placed in vault. (jus) (Entered: 06/01/2026) |
| 06/01/2026 | 67 | SEALED DOCUMENT placed in vault. (jus) (Entered: 06/01/2026) |
| 06/05/2026 | 68 | LETTER MOTION addressed to Judge Analisa Torres from Scott Hartman dated June 5, 2026 re: 62 Letter, re: One-week extension of the current June 5, 2026, deadline for Mr. James to identify the financial institution at which he is opening a new bank account. *The new proposed deadline is June 12, 2026*. Document filed by Patrick James. (Hartman, Scott) (Entered: 06/05/2026) |
| 06/05/2026 | 69 | MEMO ENDORSEMENT as to Patrick James (1) granting 68 LETTER MOTION addressed to Judge Analisa Torres from Scott Hartman dated June 5, 2026 re: 62 Letter, re: One-week extension of the current June 5, 2026, deadline for Mr. James to identify the financial institution at which he is opening a new bank account. The new proposed deadline is June 12, 2026. ENDORSEMENT: GRANTED. Defendant Patrick James shall identify the financial institution at which he is opening a new bank account by June 12, 2026. The Clerk of Court is respectfully directed to tenninate the motion at ECF No. 68. SO ORDERED. (Signed by Judge Analisa Torres on 6/5/2026) (lnl) (Entered: 06/05/2026) |
| 06/08/2026 | 70 | LETTER MOTION addressed to Judge Analisa Torres from Scott Hartman dated June 8, 2026 re: Bond Modification . Document filed by Patrick James. (Hartman, Scott) (Entered: 06/08/2026) |
| 06/12/2026 | 71 | LETTER by Patrick James addressed to Judge Analisa Torres from Scott Hartman dated June 12, 2026 re: Compliance with Court Order entered 5/8/2026 (Hartman, Scott) (Entered: 06/12/2026) |
| 06/17/2026 | 72 | MEMO ENDORSEMENT as to Patrick James (1) granting 70 LETTER MOTION addressed to Judge Analisa Torres from Scott Hartman dated June 8, 2026 re: Bond |

| | | |
|---|---|---|
| | | Modification. ENDORSEMENT: GRANTED. (Signed by Judge Analisa Torres on 6/17/2026) (ap) (Entered: 06/17/2026) |
| 06/18/2026 | 73 | LETTER MOTION addressed to Judge Analisa Torres from Seth DuCharme dated June 18, 2026 re: Request for Bond Modification . Document filed by Edward James. (DuCharme, Seth) (Entered: 06/18/2026) |
| 06/18/2026 | 74 | CONSENT LETTER by USA as to Patrick James addressed to Judge Analisa Torres from United States dated June 18, 2026 re: Adjournment of Conference and Exclusion of Time Document filed by USA. (Colson, Marguerite) (Entered: 06/18/2026) |
| 06/22/2026 | 75 | MEMO ENDORSEMENT as to Patrick James, Edward James re: On May 8, 2026, the Court issued an order setting trial in the above-captioned matter to begin on February 9, 2027. (ECF No. 59). The Courts order also scheduled a status conference for June 22, 2026 and excluded time through that date from computation under the Speedy Trial Act. (Id.). The parties anticipate no issues to raise with the Court on June 22 and therefore respectfully request to adjourn the status conference until a date convenient to the Court during the first or second week of October....ENDORSEMENT...GRANTED. The status conference currently scheduled for June 22, 2026 is ADJOURNED to October 5, 2026, at 11:00 a.m. in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007( Status Conference set for 10/5/2026 at 11:00 AM in Courtroom 15D, 500 Pearl Street, New York, NY 10007 before Judge Analisa Torres.). (Signed by Judge Analisa Torres on 6/22/26)(jw) (Entered: 06/22/2026) |
| 06/22/2026 | 76 | MEMO ENDORSEMENT as to Patrick James, Edward James on re: 73 CONSENT LETTER by USA as to Patrick James addressed to Judge Analisa Torres from United States dated June 18, 2026 re: Adjournment of Conference and Exclusion of Time. ENDORSEMENT: GRANTED. The status conference currently scheduled for June 22, 2026 is ADJOURNED to October 5, 2026, at 11:00 a.m. in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Time is excluded through February 9, 2027, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) (A), because the Court finds that the exclusion will serve the ends of justice and outweighs the defendant's and the public's best interest in a speedy trial, because the exclusion will allow the parties to review discovery, prepare pre-trial motions, and continue disclosure discussions. This order supersedes the Court's prior order entered at ECF No. 75. (Status Conference set for 10/5/2026 at 11:00 AM in Courtroom 15D, 500 Pearl Street, New York, NY 10007 before Judge Analisa Torres) (Signed by Judge Analisa Torres on 6/22/2026) (ap) (Entered: 06/22/2026) |
| 06/23/2026 | 77 | ENDORSED LETTER as to (26-Cr-29-2) Edward James addressed to Judge Analisa Torres from Attorney Seth D. DuCharme dated June 18, 2026 re: We represent Defendant Edward James in the above-referenced matter and respectfully write to request that the Court modify Mr. James' conditions of pretrial release to replace home confinement with a curfew.... IV. Conclusion. For these reasons, Mr. James respectfully requests that the Court modify his conditions of pretrial release to replace home confinement with a curfew at a time to be designated by Pretrial Services, with travel restricted to the Southern and Eastern Districts of New York and the Northern and Southern Districts of Ohio, and enhanced telephonic location monitoring at a frequency to be set by Pretrial Services. ENDORSEMENT: GRANTED. SO ORDERED. (Signed by Judge Analisa Torres on 6/23/2026) (bw) (Entered: 06/23/2026) |
| 06/25/2026 | 78 | MOTION for Erica Lauren Perdomo to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-33043907. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Patrick James. (Attachments: # 1 Affidavit / Declaration of Erica L. Perdomo, # 2 Exhibit A - Certificate of Good Standing (FL), # 3 |

| | | |
|---|---|---|
| | | Exhibit B - Certificate of Good Standing (DC), # 4 Proposed Order Granting Motion) (Perdomo, Erica) (Entered: 06/25/2026) |
| 06/25/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 78 MOTION for Erica Lauren Perdomo to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-33043907. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 06/25/2026) |
| 06/26/2026 | 79 | ORDER granting 78 Motion for Erica Lauren Perdomo to Appear Pro Hac Vice as to Patrick James (1). (Signed by Judge Analisa Torres on 6/26/2026) (tr) (Entered: 06/26/2026) |
| 06/29/2026 | 80 | NOTICE OF ATTORNEY APPEARANCE: Erica Perdomo appearing for Patrick James. Appearance Type: Retained. (Perdomo, Erica) (Entered: 06/29/2026) |
| 07/01/2026 | 81 | LETTER MOTION addressed to Judge Analisa Torres from Seth DuCharme dated July 1, 2026 re: Request for Extension of Pretrial Motions Deadline . Document filed by Edward James as to Patrick James, Edward James. (DuCharme, Seth) (Entered: 07/01/2026) |
| 07/10/2026 | 82 | LETTER MOTION addressed to Judge Analisa Torres from Seth DuCharme dated July 10, 2026 re: Request to Travel to Middle District of Florida . Document filed by Edward James. (DuCharme, Seth) (Entered: 07/10/2026) |
| 07/14/2026 | 83 | MEMO ENDORSEMENT as to Patrick James (1), Edward James (2) granting in part 81 LETTER MOTION addressed to Judge Analisa Torres from Seth DuCharme dated July 1, 2026 re: Request for Extension of Pretrial Motions Deadline. ENDORSEMENT: GRANTED IN PART. By September 4, 2026, Defendants shall file their motions. By October 19, 2026, the Government shall file its responses. By November 2, 2026, the Defendants may file their replies, if any. (Signed by Judge Analisa Torres on 7/14/2026) (ap) (Entered: 07/14/2026) |
| 07/14/2026 | | Set/Reset Deadlines as to Patrick James, Edward James: Motions due by 9/4/2026. Responses due by 10/19/2026. Replies due by 11/2/2026. (ap) (Entered: 07/14/2026) |
| 07/14/2026 | 84 | MEMO ENDORSEMENT as to Edward James (2) granting 82 LETTER MOTION addressed to Judge Analisa Torres from Seth DuCharme dated July 10, 2026 re: Request to Travel to Middle District of Florida. ENDORSEMENT: GRANTED. (Signed by Judge Analisa Torres on 7/14/2026) (ap) (Entered: 07/14/2026) |
| 07/18/2026 | 85 | MOTION for Bill of Particulars . Document filed by Patrick James. (Attachments: # 1 Proposed Order Granting Motion)(Hartman, Scott) (Entered: 07/18/2026) |
| 07/18/2026 | 86 | DECLARATION of Scott Hartman in Support as to Patrick James re: 85 MOTION for Bill of Particulars .. (Attachments: # 1 Exhibit A - Correspondence dated April 17, 2026) (Hartman, Scott) (Entered: 07/18/2026) |
| 07/20/2026 | 87 | ORDER as to Patrick James, Edward James: By motion dated July 18, 2026, Defendant Patrick James moves for a bill of particulars identifying: (1) the identities of any alleged co-conspirators; (2) the financial institutions allegedly affected or defrauded by certain conduct charged in the Indictment; (3) the allegedly false and misleading statements made in furtherance of certain counts charged in the Indictment; and (4) the "identities of any alleged victims and any other third party described in Count One [of the Indictment]." See ECF No. 85 at 2. By August 20, 2026, the Government shall respond. By September 3, 2026, Defendant Patrick James may file a reply. (Responses due by 8/20/2026) (Signed by Judge Analisa Torres on 7/20/2026) (ap) (Entered: 07/20/2026) |
| 07/22/2026 | 88 | LETTER by USA as to Patrick James, Edward James addressed to Judge Analisa Torres from Peter J. Davis dated July 22, 2026 re: Request for Briefing Schedule Document filed |

| | | |
|---|---|---|
| | | by USA. (Davis, Peter) (Entered: 07/22/2026) |
| 07/23/2026 | 89 | LETTER MOTION addressed to Judge Analisa Torres from Nicole Boeckmann dated July 23, 2026 re: Request for Permission to Open a Home Equity Line of Credit and a New Credit Card Account . Document filed by Edward James. (Boeckmann, Nicole) (Entered: 07/23/2026) |
| 07/23/2026 | 90 | MEMO ENDORSEMENT as to Patrick James, Edward James on re: 88 LETTER by USA as to Patrick James, Edward James addressed to Judge Analisa Torres from Peter J. Davis dated July 22, 2026 re: Request for Briefing Schedule. ENDORSEMENT: GRANTED. By July 31, 2026, Defendant Edward James shall file his bill of particulars. By August 31, 2026, the Government shall file a consolidated opposition to both defendants' motions. By September 14, 2026, Defendants shall file replies, if any. (Responses due by 8/31/2026. Replies due by 9/14/2026) (Signed by Judge Analisa Torres on 7/23/2026) (ap) (Entered: 07/23/2026) |
| 07/31/2026 | 91 | MOTION for Bill of Particulars . Document filed by Edward James. (DuCharme, Seth) (Entered: 07/31/2026) |
| 07/31/2026 | 92 | DECLARATION of Seth D. DuCharme in Support as to Edward James re: 91 MOTION for Bill of Particulars .. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(DuCharme, Seth) (Entered: 07/31/2026) |
| 08/04/2026 | 93 | SEALED DOCUMENT placed in vault. (sov) (Entered: 08/04/2026) |
| 08/10/2026 | 94 | JOINT LETTER MOTION addressed to Judge Analisa Torres from Scott Hartman and Seth D. DuCharme dated August 10, 2026 re: Leave to Seal . Document filed by Patrick James, Edward James. (Hartman, Scott) (Entered: 08/10/2026) |
| 08/12/2026 | 95 | LETTER MOTION addressed to Judge Analisa Torres from United States dated August 12, 2026 re: Reply to Joint Request to Seal and Submit Ex Parte . Document filed by USA as to Patrick James, Edward James. (Colson, Marguerite) (Entered: 08/12/2026) |
| 08/14/2026 | 96 | SEALED DOCUMENT placed in vault. (sov) (Entered: 08/14/2026) |
| 08/14/2026 | 97 | SEALED DOCUMENT placed in vault. (sov) (Entered: 08/14/2026) |
| 08/14/2026 | 98 | MEMO ENDORSEMENT 89 LETTER MOTION as to Edward James (2)....ENDORSEMENT...Defendant's request is GRANTED (Signed by Judge Analisa Torres on 8/14/2026) (jw) (Entered: 08/14/2026) |
| 08/17/2026 | 99 | ORDER as to Patrick James, Edward James: Defendants, Patrick James and Edward James, jointly seek "leave to submit, where necessary, limited portions of their anticipated pretrial motions ex parte and under seal...." Defs. Ltr., ECF No. 94 at 1; see also Gov't Opp. Ltr., ECF No. 95. Defendants state that "Courts in this District routinely permit criminal defendants to file narrowly tailored portions of pretrial motions ex parte and under seal" but then cite a litany of motionsincluding "motions for severance, motions to compel production of Brady and Giglio materials, and motions for pretrial disclosure of Jencks Act material"they might file. Id. at 12 (emphasis added). In support of their request, Defendants merely state that these motions "cannot be fully presented to the Court without revealing sensitive aspects of the defense." Id. at 2. Despite Defendants' insistence that they are not "seek[ing] blanket authorization to litigate the substance of [their] motions outside the Government's presence," granting their vague, wide-ranging request would have such an effect. Id. at 2. Accordingly, the Court DENIES Defendants' request without prejudice to renewal, provided that Defendants specify the pretrial motion they seek to file ex parte and under seal and demonstrate why they are entitled to conceal the identified information from the Government and the public. Any renewed request may be filed ex parte and under seal. The Clerk of Court is respectfully directed to terminate |

| | | |
|---|---|---|
| | | the motions at ECF Nos. 94, 95. (Signed by Judge Analisa Torres on 8/17/2026)(ap) (Entered: 08/18/2026) |
| 08/20/2026 | 100 | JOINT LETTER MOTION addressed to Judge Analisa Torres from Seth DuCharme and Scott Hartman dated August 20, 2026 re: Request for Pretrial Scheduling Order . Document filed by Edward James as to Patrick James, Edward James. (DuCharme, Seth) (Entered: 08/20/2026) |
| 08/27/2026 | 101 | LETTER by USA as to Patrick James, Edward James addressed to Judge Analisa Torres from United States dated August 27, 2026 re: Pretrial Schedule Document filed by USA. (Attachments: # 1 Exhibit Exhibits A, A-1, and A-2)(Colson, Marguerite) (Entered: 08/27/2026) |
| 08/28/2026 | 102 | LETTER MOTION addressed to Judge Analisa Torres from Scott Hartman dated August 28, 2026 re: Requesting for the court to Stay compliance of two trial subpoenas and briefing schedule . Document filed by Patrick James. (Hartman, Scott) (Entered: 08/28/2026) |
| 08/31/2026 | 103 | MEMORANDUM in Opposition by USA as to Patrick James, Edward James re 85 MOTION for Bill of Particulars ., 91 MOTION for Bill of Particulars .. (Colson, Marguerite) (Entered: 08/31/2026) |
| 09/03/2026 | 104 | PRETRIAL SCHEDULE 100 LETTER MOTION as to Patrick James (1), Edward James (2). In addition, the parties shall attend a pretrial conference on February 1, 2027 at 12:00 p.m. in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. The Clerk of Court is respectfully instructed to terminate the motion at ECF No. 100. (Signed by Judge Analisa Torres on 9/3/2026) (jw) (Entered: 09/03/2026) |
| 09/03/2026 | | Set/Reset Deadlines/Hearings as to Patrick James, Edward James: Pretrial Conference set for 2/1/2027 at 12:00 PM in Courtroom 15D, 500 Pearl Street, New York, NY 10007 before Judge Analisa Torres (jw) (Entered: 09/03/2026) |
| 09/03/2026 | 105 | MEMO ENDORSEMENT 102 LETTER MOTION as to Patrick James (1)....ENDORSEMENT... GRANTED. Patrick James' compliance with the subpoenas is STAYED pending resolution of his motion to quash. By September 4, 2026, shall file his motion to quash. By September 11, 2026, the Government shall file its response (Signed by Judge Analisa Torres on 9/3/26) (jw) (Entered: 09/04/2026) |
| 09/03/2026 | | Set/Reset Deadlines/Hearings as to Patrick James: Motions due by 9/4/2026. Government Responses due by 9/11/2026. (jw) (Entered: 09/04/2026) |
| 09/04/2026 | 106 | MOTION to Quash *and Memorandum of Law of Patrick James in Support of Motion to Quash Subpoena Duces Tecum and Subpoena Ad Testificandum Served by the Government*. Document filed by Patrick James. (Attachments: # 1 Proposed Order re: Motion to Quash)(Hartman, Scott) (Entered: 09/04/2026) |
| 09/04/2026 | 107 | DECLARATION of Scott Hartman in Support as to Patrick James re: 106 MOTION to Quash *and Memorandum of Law of Patrick James in Support of Motion to Quash Subpoena Duces Tecum and Subpoena Ad Testificandum Served by the Government*.. (Attachments: # 1 Exhibit 1 - Subpoena 1, # 2 Exhibit 2 - Subpoena 2, # 3 Exhibit 3 - Notice Letter, # 4 Exhibit 4 - Transcript, # 5 Exhibit 5 - Notice of Dismissal, # 6 Exhibit 6 - First Amended Complaint, # 7 Exhibit 7 - Answer)(Hartman, Scott) (Entered: 09/04/2026) |
| 09/04/2026 | 108 | MOTION and Memorandum of Law in Support of Patrick James's Motion to Sever Trials . Document filed by Patrick James. (Attachments: # 1 Proposed Order for Severed Trials) (Hartman, Scott) (Entered: 09/04/2026) |

| | | |
|---|---|---|
| 09/04/2026 | 109 | DECLARATION of Scott Hartman in Support as to Patrick James re: 108 MOTION and Memorandum of Law in Support of Patrick James's Motion to Sever Trials .. (Attachments: # 1 Exhibit 42 - Onset Complaint)(Hartman, Scott) (Entered: 09/04/2026) |
| 09/04/2026 | 110 | ORDER as to Patrick James, Edward James. The Court modifies the order issued on September 3, 2026 at ECF No. 105 to state that TriState Capital Bank's and Robert Rutts compliance with the subpoenas is STAYED pending resolution of Patrick James motion to quash. No deadlines are affected by this order (Signed by Judge Analisa Torres on 9/4/2026)(jw) (Entered: 09/04/2026) |
| 09/04/2026 | 111 | MOTION to Sever Defendant *Edward James*. Document filed by Edward James. (DuCharme, Seth) (Entered: 09/04/2026) |
| 09/04/2026 | 112 | DECLARATION of Seth D. DuCharme in Support as to Edward James re: 111 MOTION to Sever Defendant *Edward James*.. (Attachments: # 1 Exhibit FF, # 2 Exhibit GG, # 3 Exhibit HH)(DuCharme, Seth) (Entered: 09/04/2026) |
| 09/04/2026 | 113 | MOTION and Memorandum of Law in Support of Defendant's Motion to Compel Production of Rule 16 Discovery and Brady/Giglio Material Held by First Brands Group, LLC . Document filed by Patrick James. (Attachments: # 1 Proposed Order Granting Motion to Compel)(Hartman, Scott) (Entered: 09/04/2026) |
| 09/04/2026 | 114 | MOTION to Dismiss . Document filed by Edward James. (DuCharme, Seth) (Entered: 09/04/2026) |
| 09/04/2026 | 115 | DECLARATION of Scott Hartman in Support as to Patrick James re: 113 MOTION and Memorandum of Law in Support of Defendant's Motion to Compel Production of Rule 16 Discovery and Brady/Giglio Material Held by First Brands Group, LLC .. (Attachments: # 1 Exhibit 1 - Fees 1, # 2 Exhibit 2 - Fees 2, # 3 Exhibit 3 - Fees 3, # 4 Exhibit 4 - Fees 4, # 5 Exhibit 5 - Brief 1, # 6 Exhibit 6 - Motion 1, # 7 Exhibit 7 - Declaration 1, # 8 Exhibit 8 - Petition, # 9 Exhibit 9 - Fees 5, # 10 Exhibit 10 - Fees 6, # 11 Exhibit 12 - Complaint, # 12 Exhibit 13 - Transcript 1, # 13 Exhibit 15 - Fees 7, # 14 Exhibit 16 - Amended Complaint, # 15 Exhibit 17 - Motion 2, # 16 Exhibit 18 - Online Article, # 17 Exhibit 19 - Notice 1, # 18 Exhibit 20 - Motion 3, # 19 Exhibit 21 - Order 1, # 20 Exhibit 22 - Order 2, # 21 Exhibit 23 - Opinion 1, # 22 Exhibit 24 - Report 1, # 23 Exhibit 25 - Declaration 2, # 24 Exhibit 26 - Declaration 3, # 25 Exhibit 27 - Plan 1, # 26 Exhibit 28 - Plan 2, # 27 Exhibit 29 - Transcript 2, # 28 Exhibit 30 - Transcript 3, # 29 Exhibit 31 - Transcript 4, # 30 Exhibit 32 - Transcript 5, # 31 Exhibit 34 - Letter 2, # 32 Exhibit 35 - Letter 3, # 33 Exhibit 37 - Letter 5, # 34 Exhibit 40 - Brief 2, # 35 Exhibit 41 - Transcript 6, # 36 Exhibit 42 - Order 3, # 37 Exhibit 43 - Order 4)(Hartman, Scott) (Entered: 09/04/2026) |
| 09/04/2026 | 116 | MOTION to Compel Disclosure of Brady Material Held by The Government and Memorandum of Law in Support. . Document filed by Patrick James. (Attachments: # 1 Proposed Order for Motion to Compel)(Hartman, Scott) (Entered: 09/04/2026) |
| 09/04/2026 | 117 | DECLARATION of Scott Hartman in Support as to Patrick James re: 116 MOTION to Compel Disclosure of Brady Material Held by The Government and Memorandum of Law in Support. .. (Attachments: # 1 Exhibit 1- Letter 1, # 2 Exhibit 2 - Letter 2, # 3 Exhibit 6 - Letter 3, # 4 Exhibit 8 - Letter 4, # 5 Exhibit 9 - Email, # 6 Exhibit 10 - Letter 5, # 7 Exhibit 17 - Webpage)(Hartman, Scott) (Entered: 09/04/2026) |
| 09/04/2026 | 118 | MOTION to Preclude *The Introduction of Untimely Disclosed Evidence and Compel Production of Discovery*. Document filed by Edward James. (DuCharme, Seth) (Entered: 09/04/2026) |
| 09/04/2026 | 119 | MOTION and Memorandum Law in Support of Defendant Patrick James's Motion to Compel Production of Rule 16 Discovery and Brady/Giglio Material Held by Other |

| | | |
|---|---|---|
| | | Government Entities . Document filed by Patrick James. (Attachments: # 1 Proposed Order for Motion to Compel)(Hartman, Scott) (Entered: 09/04/2026) |
| 09/04/2026 | 120 | DECLARATION of Scott Hartman in Support as to Patrick James re: 119 MOTION and Memorandum Law in Support of Defendant Patrick James's Motion to Compel Production of Rule 16 Discovery and Brady/Giglio Material Held by Other Government Entities .. (Attachments: # 1 Exhibit 1 - FRE 1006 excerpt of Schedule of Professional Fees of Weil, # 2 Exhibit 2 - FRE 1006 excerpt of Schedule of Professional Fees for Alvarez & Marsal, # 3 Exhibit 3 - Letter 1, # 4 Exhibit 9 - Letter 2, # 5 Exhibit 12 - Letter 3, # 6 Exhibit 14 - Letter 4, # 7 Exhibit 15 - Order)(Hartman, Scott) (Entered: 09/04/2026) |
| 09/04/2026 | 121 | DECLARATION of Seth D. DuCharme in Support as to Edward James re: 118 MOTION to Preclude *The Introduction of Untimely Disclosed Evidence and Compel Production of Discovery*.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit BB, # 29 Exhibit CC, # 30 Exhibit DD, # 31 Exhibit EE, # 32 Exhibit FF, # 33 Exhibit GG, # 34 Exhibit HH, # 35 Exhibit II, # 36 Exhibit JJ, # 37 Exhibit KK, # 38 Exhibit LL, # 39 Exhibit MM, # 40 Exhibit NN, # 41 Exhibit OO, # 42 Exhibit PP, # 43 Exhibit QQ, # 44 Exhibit RR)(DuCharme, Seth) (Entered: 09/04/2026) |
| 09/04/2026 | 122 | MOTION to Suppress *Evidence Obtained Pursuant to Search Warrants*. Document filed by Edward James. (DuCharme, Seth) (Entered: 09/04/2026) |
| 09/04/2026 | 123 | DECLARATION of Seth D. DuCharme in Support as to Edward James re: 122 MOTION to Suppress *Evidence Obtained Pursuant to Search Warrants*.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(DuCharme, Seth) (Entered: 09/04/2026) |
| 09/11/2026 | 124 | LETTER by USA as to Patrick James, Edward James addressed to Judge Analisa Torres from United States dated September 11, 2026 re: Opposition to Patrick James Motion to Quash Third-Party Subpoena Document filed by USA. (Attachments: # 1 Exhibit Revised Tristate Subpoena)(Colson, Marguerite) (Entered: 09/11/2026) |
| 09/14/2026 | 125 | LETTER MOTION addressed to Judge Analisa Torres from Seth DuCharme dated September 14, 2026 re: Request to Travel to the District of Arizona . Document filed by Edward James. (DuCharme, Seth) (Entered: 09/14/2026) |
| 09/14/2026 | 126 | MEMO ENDORSEMENT as to Edward James (2) granting 125 LETTER MOTION addressed to Judge Analisa Torres from Seth DuCharme dated September 14, 2026 re: Request to Travel to the District of Arizona. ENDORSEMENT: GRANTED. (ap) (Entered: 09/14/2026) |
| 09/14/2026 | 127 | LETTER by USA as to Patrick James, Edward James addressed to Judge Analisa Torres from Peter J. Davis dated September 14, 2026 re: Request for Unredacted Motions and Exhibits Document filed by USA. (Davis, Peter) (Entered: 09/14/2026) |
| 09/14/2026 | 128 | REPLY MEMORANDUM OF LAW in Support as to Patrick James re: 85 MOTION for Bill of Particulars . . (Hartman, Scott) (Entered: 09/14/2026) |
| 09/14/2026 | 129 | REPLY MEMORANDUM OF LAW in Support as to Edward James re: 91 MOTION for Bill of Particulars . . (DuCharme, Seth) (Entered: 09/14/2026) |
| 09/14/2026 | 130 | DECLARATION of Seth D. DuCharme in Support as to Edward James re: 129 Reply Memorandum of Law in Support of Motion. (Attachments: # 1 Exhibit A, # 2 Exhibit B, |

| | | |
|---|---|---|
| | | # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(DuCharme, Seth) (Entered: 09/14/2026) |
| 09/17/2026 | 131 | JOINT LETTER MOTION addressed to Judge Analisa Torres from Seth DuCharme and Scott Hartman dated September 17, 2026 re: 127 Letter re: Response to Government's Letter Motion Seeking Disclosure of Ex Parte Severance Submissions . Document filed by Edward James as to Patrick James, Edward James. (DuCharme, Seth) (Entered: 09/17/2026) |
| 09/22/2026 | 132 | LETTER REPLY TO RESPONSE to Motion by Patrick James addressed to Judge Analisa Torres from Scott Hartman dated 09/22/2026 re 106 MOTION to Quash *and Memorandum of Law of Patrick James in Support of Motion to Quash Subpoena Duces Tecum and Subpoena Ad Testificandum Served by the Government*.. (Hartman, Scott) (Entered: 09/22/2026) |