Electronic Appearance Sheet

Alan Lott, none
Client(s): personal inquiry

darin sadow, freestone grove
Client(s): na

Allan Brilliant, Dechert LLP
Client(s): Carnaby II and III Secured Parties

Matthew Summers, Ballard Spahr LLP
Client(s): Comcast

Margaret Vesper, Ballard Spahr LLP
Client(s): Comcast

AnnElyse Gains, Gibson Dunn
Client(s): Ad Hoc Group of Lenders

Robert Marsters, Gibson Dunn
Client(s): Ad Hoc Group of Lenders

Michelle Shriro, Singer & Levick, PC
Client(s): BPP Cannonball Park LP

Angela Herring, Wachtell, Lipton, Rosen & Katz
Client(s): LAM Parties

Julie Parsons, Linebarger Goggan Blair & Sampson
Client(s): Cameron County, Hidalgo County, City of McAllen