IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al*.,<br><br>Debtors. | Chapter 7<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING PRIMEREVENUE, INC.'S MOTION TO STRIKE OR SEAL SCANDALOUS AND DEFAMATORY STATEMENTS UNDER 11 U.S.C. § 107(b)(2)**

1. On September 4, 2026, PrimeRevenue, Inc. ("PrimeRevenue") filed its *Motion to Strike or Seal Scandalous and Defamatory Statements Under 11 U.S.C. § 107(b)(2)* [Doc. 3766] (the "Motion") along with a proposed order attached thereto as Exhibit A (the "Proposed Order"). The Motion and notice of the Motion, were served by operation of the Court's CM/ECF system via email to all ECF participants registered to receive notice in this case. No objections or responses to the Motion were made or filed within the 21-day period contemplated in Local Bankruptcy Rule 9013-1 (the "Objection Deadline").

2. In accordance with paragraph 44 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) the Objection Deadline has passed, (ii) the undersigned counsel is unaware of any objection to the Motion, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the Motion appears thereon.

**WHEREFORE,** PrimeRevenue respectfully requests entry of the Proposed Order[1] in the form attached hereto as **Exhibit A**.

[1] In accordance with paragraph 44 of the *Procedures for Complex Cases in the Southern District of Texas*, changes made to the Proposed Order attached to the Motion are reflected in the attached redline comparison accompanying the Proposed Order.

This 29th day of September, 2026.

**TAFT STETTINIUS & HOLLISTER LLP**

*/s/ Brian J. Levy*
Brian J. Levy
Georgia Bar No. 302518
blevy@taftlaw.com
Two Alliance Center
3560 Lenox Road NE, Suite 2000
Atlanta, Georgia 30326
Telephone: (404) 233-7000

COUNSEL FOR PRIMEREVENUE, INC.

*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that this day I electronically filed the foregoing *Certificate of No Objection Regarding PrimeRevenue, Inc.'s Motion to Strike or Seal Scandalous and Defamatory Statements Under 11 U.S.C. § 107(b)(2)* with the Clerk of Court using the CM/ECF system which will automatically send an email notification of such filing to the attorneys of record.

This 29th day of September, 2026.

**TAFT STETTINIUS & HOLLISTER LLP**

*/s/ Brian J. Levy*
Brian J. Levy
Georgia Bar No. 302518
blevy@taftlaw.com
3343 Peachtree Road NE
Suite 1600
Atlanta, Georgia 30326
Telephone: (404) 233-7000

COUNSEL FOR PRIMEREVENUE, INC.
*Admitted Pro Hac Vice*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al*.,<br><br>Debtors. | Chapter 7<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**ORDER GRANTING PRIMEREVENUE, INC.'S MOTION TO STRIKE OR SEAL SCANDALOUS AND DEFAMATORY STATEMENTS UNDER 11 U.S.C. § 107(b)(2)**

This matter came before the Court on *PrimeRevenue's Motion to Strike or Seal Scandalous and Defamatory Statements Under 11 U.S.C. § 107(b)(2)* [Doc. 3766] (the "Motion"). No objections to the Motion were filed. The Court has reviewed the Motion, is advised in the premises, and hereby states as follows:

**IT IS ORDERED:**

The Motion is granted.

**IT IS FURTHER ORDERED**, pursuant to 11 U.S.C. § 107(b)(2), that the Clerk shall seal from the public record Doc. 3188, at ¶¶ 62, 101–02 and Doc. 3190, at ¶ 54.

**Redline Comparison of above Proposed Order against the Proposed Order attached as Exhibit A to the Motion**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**ORDER GRANTING PRIMEREVENUE, INC.'S MOTION TO STRIKE OR SEAL SCANDALOUS AND DEFAMATORY STATEMENTS UNDER 11 U.S.C. § 107(b)(2)**

This matter came before the Court on PrimeRevenue's[1] *PrimeRevenue's Motion to Strike or Seal Scandalous and Defamatory Statements Under 11 U.S.C. § 107(b)(2)* [Doc. 3766] (the "Motion"). No objections to the Motion were filed. The Court has reviewed the Motion, is advised in the premises, and hereby states as follows:

**IT IS ORDERED:**

The Motion is granted.

~~**IT IS FURTHER ORDERED**, that the Statements shall be sealed from public record~~

**IT IS FURTHER ORDERED**, pursuant to 11 U.S.C. § 107(b)(2), that the Clerk shall seal from the public record Doc. 3188, at ¶¶ 62, 101–02 and Doc. 3190, at ¶ 54.

~~[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.~~

| **Summary report: Litera Compare for Word 11.8.0.56 Document comparison done on 9/29/2026 1:10:47 PM** | |
|---|---|
| **Style name:** TaftStandard | |
| **Intelligent Table Comparison:** Active | |
| **Original DMS:** iw://taftlaw.cloudimanage.com/ACTIVE/304550249/1 | |
| **Modified DMS:** iw://taftlaw.cloudimanage.com/ACTIVE/304550249/2 | |
| **Changes:** | |
| Add | 7 |
| ~~Delete~~ | 6 |
| ~~Move From~~ | 0 |
| Move To | 0 |
| Table Insert | 0 |
| ~~Table Delete~~ | 0 |
| Table moves to | 0 |
| ~~Table moves from~~ | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 13 |