**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**ORDER GRANTING FINAL FEE APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS TAX ADVISOR TO THE DEBTORS FOR THE PERIOD FROM SEPTEMBER 28, 2025 THROUGH JANUARY 31, 2026**

The Court has considered the *Final Fee Application of Ernst & Young LLP, as Tax Advisors for the Debtors* (the "**Application**"), filed by Ernst & Young LLP, as tax advisors to the chapter 11 debtors in the above-captioned cases (the "**Applicant**"). The Court orders:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $2,641,697.03 for the period set forth in the Application.

2. The compensation and reimbursement of expenses allowed in this Order are approved on a final basis.

3. The Debtors are authorized to disburse any unpaid amounts allowed by paragraphs 1 or 2 of this Order.

Dated: ________, 2026
Houston, Texas

______________________________
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE

---

[1] A complete list of the chapter 11 Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The address of the Debtors' corporate headquarters is 127 Public Square, Suite 5300, Cleveland, OH 44114.