EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | ) | Case No. 25-90399 (CML) |
| Debtors. | ) | (Jointly Administered) |

**DECLARATION OF HORACE W. JORDAN, JR. IN SUPPORT OF KINGSBRIDGE'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM**

I, Horace W. Jordan, Jr., pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury as follows:

1. I hereby submit this declaration (the "Declaration") in support of Kingsbridge's Motion for Allowance of Administrative Expense Claim (the "Motion"). I am authorized to make this Declaration in my capacity as Executive Vice President and General Counsel of Kingsbridge Holdings, LLC ("Kingsbridge"). If called to testify as a witness in this matter, I would competently testify as to the below.

2. I have read the foregoing Motion and know from my own knowledge that the allegations and facts contained therein are true and correct to the best of my knowledge, information, and belief.

***a. Master Lease Agreement.***

3. On or about November 28, 2017, IEMFS, Ltd. d/b/a GSG Financial ("IEMFS"), as lessor, and Debtor Champion Laboratories, Inc., as lessee, entered into Master Lease Agreement

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these Chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

No. xx409 (the "Master Lease") wherein IEMFS agreed to lease to the Debtor and the Debtor agreed to lease from IEMFS the equipment identified in each Schedule executed thereunder, together with all replacements, parts, attachments, accessories and substitutions therefor and the Debtor promised to pay the lease payments according to the terms of the payment schedule shown on each schedule thereto. See Master Lease, ¶ 1, attached hereto as Exhibit 1.

4. In accordance with the Master Lease, IEMFS, Ltd. d/b/a GSG Financial purchased equipment from the vendor, Total Fleet Solutions, Ltd., for subsequent lease to Champion Laboratories, Inc.

5. To induce IEMFS to enter into the Master Lease and lease schedules thereto with the Debtor Champion Laboratories, Inc., co-debtor UCI International Holdings, Inc. guaranteed the payment of all the Debtor's obligations to IEMFS. See Exhibit 1.

6. Paragraph 3 of the Master Lease provides that "after the original Lease term expires the Schedule will automatically renew for successive one month terms unless (a) you send us written notice that you do not want it to renew or at least 60 days, but no more than 120 days, before the end of any term, or (b) following renewal we terminate the Schedule upon 60 days prior written notice to you. See Master Lease, ¶ 3, attached hereto as Exhibit 1.

***b. Lease No. 002.***

7. On or about January 31, 2018, IEMFS, as lessor, and Champion Laboratories, Inc., as lessee, entered into Equipment Schedule No. 002 to the Master Lease ("Lease No. 002") pursuant to which IEMFS leased to Champion Laboratories, Inc. the equipment more fully described on Schedule A to Lease No. 002, including but not limited to certain forklifts, batteries, chargers, and order pickers (the "Lease No. 002 Equipment"). See Lease No. 002 attached hereto as Exhibit 2.

8. Pursuant to Lease No. 002, the Lease No. 002 Equipment is to remain located at the Debtor's facility at 329 Industrial Drive, Albion, Illinois 62806. See Exhibit 2.

9. Pursuant to Lease No. 002, the Debtor Champion Laboratories, Inc. agreed to make forty-eight (48) consecutive monthly lease payments of $15,052.16, plus applicable taxes. Lease No. 002 also reflects an end of term purchase option for fair market value. See Exhibit 2.

10. On or about March 28, 2018, IEMFS assigned all its rights, title and interest in Lease No. 002, the Lease No. 002 Equipment, and right to payment under Lease No. 002 to Kingsbridge. See Purchase and Sale Agreement and Assignment of Lease regarding Lease No. 002 attached hereto as Exhibit 3.

11. The Debtor Champion Laboratories, Inc. defaulted on Lease No. 002 by failing to make the monthly lease payment of $15,052.16 due for March 1, 2025, and all payments due thereafter. Pre-petition, the Debtor Champion Laboratories, Inc. failed to make seven (7) monthly lease payments of $15,052.16, totaling $105,365.12 due for March 1, 2025 to September 1, 2025.

***c. Lease No. 003.***

12. On or about August 23, 2018, IEMFS, as lessor, and Champion Laboratories, Inc., as lessee, entered into Equipment Schedule No. 003 to the Master Lease ("Lease No. 003") pursuant to which IEMFS leased to Champion Laboratories, Inc. the equipment more fully described on Schedule A to Lease No. 003, including but not limited to certain forklifts, batteries, chargers, and order pickers (the "Lease No. 003 Equipment"). See Lease No. 003 attached hereto as Exhibit 4.

13. Pursuant to Lease No. 003, the Lease No. 003 Equipment is to remain located at the Debtor's facility at 200 South 4th Steet, Albion, Illinois 62806. See Exhibit 4.

14. Pursuant to Lease No. 003, the Debtor Champion Laboratories, Inc. agreed to make sixty (60) consecutive monthly lease payments of $17,313.72, plus applicable taxes. Lease No. 003 also reflects an end of term purchase option for fair market value. See Exhibit 4.

15. On or about December 31, 2018, IEMFS assigned all its rights, title and interest in Lease No. 003, the Lease No. 003 Equipment, and right to payment under Lease No. 003 to Kingsbridge. See Purchase and Sale Agreement and Assignment of Lease regarding Lease Nos. 003 and 004 attached hereto as Exhibit 5.

16. The Debtor Champion Laboratories, Inc. defaulted on Lease No. 003 by failing to make the monthly lease payment of $17,313.72, due for March 1, 2025, and all payments due thereafter. Pre-petition, the Debtor Champion Laboratories, Inc. failed to make seven (7) monthly lease payments of $17,313.72, totaling $121,196.04 due for March 1, 2025 to September 1, 2025.

***d. Lease No. 004.***

17. On or about December 11, 2018, IEMFS, as lessor, and Champion Laboratories, Inc., as lessee, entered into Equipment Schedule No. 004 to the Master Lease ("Lease No. 004") pursuant to which IEMFS leased to Champion Laboratories, Inc. the equipment more fully described on Schedule A to Lease No. 002, including but not limited to certain forklifts, batteries, and chargers (the "Lease No. 004 Equipment"). See Lease No. 004 attached hereto as Exhibit 6.

18. Pursuant to Lease No. 004, the Lease No. 004 Equipment is to remain located at the Debtor's facility at 200 South 4th Steet, Albion, Illinois 62806. See Exhibit 6.

19. Pursuant to Lease No. 004, the Debtor Champion Laboratories, Inc. agreed to make forty-eight (48) consecutive monthly lease payments of $12,662.50, plus applicable taxes. Lease No. 004 also reflects an end of term purchase option for fair market value. See Exhibit 6.

20. On or about December 31, 2018, IEMFS assigned all its rights, title and interest in Lease No. 004, the Lease No. 004 Equipment, and right to payment under Lease No. 004 to Kingsbridge. See Purchase and Sale Agreement and Assignment of Lease regarding Lease Nos. 003 and 004 attached hereto as Exhibit 5.

21. The Debtor Champion Laboratories, Inc. defaulted on Lease No. 004 by failing to make the monthly lease payment of $12,662.50 due for March 1, 2025, and all payments due thereafter. Pre-petition, the Debtor Champion Laboratories, Inc. failed to make seven (7) monthly lease payments of $12,662.50, totaling $88,637.50 due for March 1, 2025 to September 1, 2025.

22. On August 1, 2019, IEMFS d/b/a GSG Financial, a wholly owned subsidiary of OnPoint Group, announced completion of its company name change to OnPoint Capital, LLC.

***e. Lease No. 010.***

23. On or about June 25, 2019, OnPoint Capital, LLC, formerly known as IEMFS ("OnPoint Capital"), as lessor, and Champion Laboratories, Inc., as lessee, entered into Equipment Schedule No. 010 to the Master Lease ("Lease No. 010") pursuant to which OnPoint Capital leased to Champion Laboratories, Inc. the equipment more fully described on Schedule A to Lease No. 010, including but not limited to (1) forklift (the "Lease No. 010 Equipment"). See Lease No. 010 attached hereto as Exhibit 7.

24. Pursuant to Lease No. 010, the Lease No. 010 Equipment is to remain located at the Debtor's facility at 200 South 4th Steet, Albion, Illinois 62806. See Exhibit 7.

25. Pursuant to Lease No. 010, the Debtor Champion Laboratories, Inc. agreed to make sixty (60) consecutive monthly lease payments of $478.33, plus applicable taxes. Lease No. 010 also reflects an end of term purchase option for fair market value. See Exhibit 7.

26. On or about June 28, 2019, OnPoint Capital, LLC, formerly known as IEMFS, assigned all its rights, title and interest in Lease No. 010, the Lease No. 010 Equipment, and right to payment under Lease No. 010 to Kingsbridge. See Purchase and Sale Agreement and Assignment of Lease regarding Lease No. 010 attached hereto as Exhibit 8.

27. The Debtor Champion Laboratories, Inc. defaulted on Lease No. 010 by failing to make the monthly lease payment of $478.33 due for April 1, 2025, and all payments due thereafter. Pre-petition, the Debtor Champion Laboratories, Inc. failed to make six (6) monthly lease payments of $478.33, totaling $2,869.98 due for April 1, 2025 to September 1, 2025.

***f. Lease No. 011.***

28. On or about June 24, 2019, OnPoint Capital, formerly known as IEMFS, as lessor, and Champion Laboratories, Inc., as lessee, entered into Equipment Schedule No. 011 to the Master Lease ("Lease No. 011") pursuant to which OnPoint Capital leased to Champion Laboratories, Inc. the equipment more fully described on Schedule A to Lease No. 011, including but not limited to (1) Presto Lift Walker Stacker, S/N" GC1509035 (the "Lease No. 011 Equipment"). See Lease No. 011 attached hereto as Exhibit 9.

29. Pursuant to Lease No. 011, the Lease No. 011 Equipment is to remain located at the Debtor's facility at 200 South 4th Steet, Albion, Illinois 62806. See Exhibit 9.

30. Pursuant to Lease No. 011, the Debtor Champion Laboratories, Inc. agreed to make forty-eight (48) consecutive monthly lease payments of $196.27, plus applicable taxes. Lease No. 011 also reflects an end of term purchase option for fair market value. See Exhibit 9.

31. On or about August 30, 2019, OnPoint Capital assigned all its rights, title and interest in Lease No. 011, the Lease No. 011 Equipment, and right to payment under Lease No.

011 to Kingsbridge. See Purchase and Sale Agreement and Assignment of Lease regarding Lease No. 011 attached hereto as Exhibit 10.

32. The Debtor Champion Laboratories, Inc. defaulted on Lease No. 011 by failing to make the monthly lease payment of $196.27 due for March 1, 2025, and all payments due thereafter. Pre-petition, the Debtor Champion Laboratories, Inc. failed to make seven (7) monthly lease payments of $196.27, totaling $1,373.89 due for March 1, 2025 to September 1, 2025.

***g. Lease No. 012.***

33. On or about November 20, 2019, OnPoint Capital, as lessor, and Champion Laboratories, Inc., as lessee, entered into Equipment Schedule No. 012 to the Master Lease ("Lease No. 012") pursuant to which OnPoint Capital leased to Champion Laboratories, Inc. the equipment more fully described on Schedule A to Lease No. 012, including but not limited to (1) forklift, order pickers, batteries and chargers (the "Lease No. 012 Equipment"). See Lease No. 012 attached hereto as Exhibit 11.

34. Pursuant to Lease No. 012, the Lease No. 012 Equipment is to remain located at the Debtor's facility at 329 Industrial Drive, Albion, Illinois 62806. See Exhibit 11.

35. Pursuant to Lease No. 012, the Debtor Champion Laboratories, Inc. agreed to make sixty-three (63) consecutive monthly lease payments of $9,202.05, plus applicable taxes. Lease No. 012 also reflects an end of term purchase option for fair market value. See Exhibit 11.

36. On or about December 27, 2019, OnPoint Capital assigned all its rights, title and interest in Lease No. 012, the Lease No. 012 Equipment, and right to payment under Lease No. 012 to Kingsbridge. See Purchase and Sale Agreement and Assignment of Lease regarding Lease Nos. 012 and 13 attached hereto as Exhibit 12.

37. The Debtor Champion Laboratories, Inc. defaulted on Lease No. 012 by failing to make the monthly lease payment of $9,202.05 due for April 1, 2025, and all payments due thereafter. Pre-petition, the Debtor Champion Laboratories, Inc. failed to make six (6) monthly lease payments of $9,202.05, totaling $55,212.30 due for April 1, 2025 to September 1, 2025.

***h. Lease No. 013.***

38. On or about November 20, 2019, OnPoint Capital, as lessor, and Champion Laboratories, Inc., as lessee, entered into Equipment Schedule No. 013 to the Master Lease ("Lease No. 013") pursuant to which OnPoint Capital leased to Champion Laboratories, Inc. the equipment more fully described on Schedule A to Lease No. 013, including but not limited to reach trucks, batteries, and chargers (the "Lease No. 013 Equipment"). See Lease No. 013 attached hereto as Exhibit 13.

39. Pursuant to Lease No. 013, the Lease No. 013 Equipment is to remain located at the Debtor's facility at 329 Industrial Drive, Albion, Illinois 62806. See Exhibit 11.

40. Pursuant to Lease No. 013, the Debtor Champion Laboratories, Inc. agreed to make sixty-three (63) consecutive monthly lease payments of $7,920.41, plus applicable taxes. Lease No. 013 also reflects an end of term purchase option for fair market value. See Exhibit 13.

41. On or about December 27, 2019, OnPoint Capital assigned all its rights, title and interest in Lease No. 013, the Lease No. 013 Equipment, and right to payment under Lease No. 013 to Kingsbridge. See Purchase and Sale Agreement and Assignment of Lease regarding Lease Nos. 012 and 013 attached hereto as Exhibit 12.

42. The Debtor Champion Laboratories, Inc. defaulted on Lease No. 013 by failing to make the monthly lease payment of $7,920.41 due for April 1, 2025, and all payments due

thereafter. Pre-petition, the Debtor Champion Laboratories, Inc. failed to make six (6) monthly lease payments of $7,920.41, totaling $47,522.46 due for April 1, 2025 to September 1, 2025.

***i. Lease No. 017.***

43. On or about November 12, 2019, OnPoint Capital, as lessor, and Champion Laboratories, Inc., as lessee, entered into Equipment Schedule No. 017 to the Master Lease ("Lease No. 017") pursuant to which OnPoint Capital leased to Champion Laboratories, Inc. the equipment more fully described on Schedule A to Lease No. 017, including but not limited to reach trucks, batteries, and chargers (the "Lease No. 017 Equipment"). See Lease No. 017 attached hereto as Exhibit 14.

44. Pursuant to Lease No. 017, the Lease No. 017 Equipment is to remain located at the Debtor's facility at 200 South 4th Street, Albion, Illinois 62806. See Exhibit 14.

45. Pursuant to Lease No. 017, the Debtor Champion Laboratories, Inc. agreed to make sixty (60) consecutive monthly lease payments of $408.94, plus applicable taxes. Lease No. 017 also reflects an end of term purchase option for fair market value. See Exhibit 14.

46. On or about November 29, 2019, OnPoint Capital assigned all its rights, title and interest in Lease No. 017, the Lease No. 017 Equipment, and right to payment under Lease No. 017 to Kingsbridge. See Purchase and Sale Agreement and Assignment of Lease regarding Lease No. 017 attached hereto as Exhibit 15.

47. The Debtor Champion Laboratories, Inc. defaulted on Lease No. 017 by failing to make the monthly lease payment of $408.94 due for April 1, 2025, and all payments due thereafter. Pre-petition, the Debtor Champion Laboratories, Inc. failed to make six (6) monthly lease payments of $408.94, totaling $2,453.64 due for April 1, 2025 to September 1, 2025.

48. On or about May 12, 2025, OnPoint Capital announced that it had completed its company name change to NextGen Equipment Finance LLC ("NextGen).

***j. Status of Kingsbridge Equipment.***

49. Kingsbridge has not recovered the Lease No. 002 Equipment, the Lease No. 003 Equipment, the Lease No. 004 Equipment, the Lease No.010 Equipment, the Lease No. 011 Equipment, the Lease No. 012 Equipment, the Lease No. 013 Equipment, the Lease No. 017 Equipment (collectively, the "Equipment") from the Debtors.

50. Kingsbridge's Equipment remains located at the Debtors' facilities at (i) 200 South 4th Street, Albion, Illinois 62806; and (ii) 329 Industrial Drive, Albion, Illinois 62806.

51. The Debtors have acquired no equity interest in the Equipment, as the underlying agreements are true leases.

52. The Debtors are liable to Kingsbridge for all unpaid post-petition lease payments with respect to Lease Nos. 002, Lease No. 003, Lease No. 004, Lease No. 010, Lease No. 011, and Lease No. 017, which include the amounts due for September 2025 to March 2026 in the aggregate amount of $167,315.46.

53. The Debtors are liable to Kingsbridge for all unpaid post-petition lease payments with respect to Lease Nos. 002, 012 and 013, which include the amounts due for September 2025, October 2025, May 2026, June 2026 and July 2026 in the aggregate amount of $160,873.10. The Debtors have been credited for the post-petition payment of $160,873.10 which was applied to the monthly amounts due under Lease Nos. 002, 012 and 013 for the months of November 2025 to April 2026.

[Remainder of Page Intentionally Left Blank]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated this 29th day of September, 2026

Respectfully Submitted,

Horace W. Jordan, Jr.