# EXHIBIT B

| Name | Title | Rate* | Year First Licensed | Hours | Amount |
|---|---|---|---|---|---|
| De Luca, Martin | Partner | $2,580.00 | 2011 | 557.6 | $1,438,608.00 |
| Waisbren, Benjamin | Partner | $1,666.19 | 1982 | 462.9 | $771,280.00 |
| Goebel, Blake | Partner | $1,440.00 | 2010 | 476.7 | $686,448.00 |
| Gordon, Robert | Partner | $1,861.93 | 1989 | 269.3 | $501,417.00 |
| Baeza, Rossana | Associate | $1,056.03 | 2018 | 458.7 | $484,400.00 |
| Villanueva, Rebecca | Associate | $821.74 | 2025 | 499.0 | $410,046.00 |
| Bianchi, Val | Associate | $948.92 | 2022 | 368.2 | $349,394.00 |
| Derrick, Geoffrey | Partner | $1,400.00 | 2013 | 232.4 | $325,360.00 |
| Smith, Andrew | Partner | $1,804.72 | 1993 | 143.0 | $258,075.00 |
| Sen, Dev | Partner | $1,700.00 | 1990 | 144.4 | $245,480.00 |
| Hersey, Andrew | Associate | $993.35 | 2022 | 226.3 | $224,796.00 |
| Quaye, Joshua | Associate | $1,040.00 | 2019 | 191.1 | $198,744.00 |
| Mandoli, Gregory | Of Counsel | $1,266.56 | 1995 | 155.5 | $196,950.00 |
| Betz, Thomas | Associate | $840.00 | 2025 | 214.3 | $180,012.00 |
| Wesley, Adam | Paralegal | $468.96 | N/A | 271.9 | $127,511.00 |
| Miller, Douglas | Partner | $1,670.00 | 2005 | 69.9 | $116,733.00 |
| Collins, Crystal | Paralegal | $470.00 | N/A | 219.5 | $103,165.00 |
| Gomez, Nazly Duarte | Associate | $870.00 | 2021 | 115.6 | $100,571.98 |
| Munoz, Valeria | Staff Attorney | $544.09 | 2024 | 178.6 | $97,175.00 |
| Salam, Sabrina | Paralegal | $470.00 | N/A | 199.8 | $93,906.00 |
| Liu, Anita | Associate | $1,040.00 | 2022 | 89.8 | $93,392.00 |
| Panuccio, Jesse | Partner | $1,556.07 | 2006 | 52.7 | $82,005.00 |
| Bueno-Ordonez, Domenica | Paralegal | $470.00 | N/A | 137.6 | $64,672.00 |
| Scordato, Victoria | Associate | $970.00 | 2022 | 61.6 | $59,752.00 |
| Mathew, Adrianna | Staff Attorney | $570.00 | 2026 | 75.3 | $42,921.00 |
| Robinson, Kathryn | Paralegal | $565.00 | N/A | 65.0 | $36,725.00 |
| Grazia Peluso, Maria | Associate | $1,120.00 | 2020 | 30.6 | $34,272.00 |
| Zonca, Stefano | Partner | $1,700.00 | 1993 | 9.0 | $15,300.00 |
| Zack, Stephen | Partner | $1,880.00 | 1972 | 7.1 | $13,348.00 |
| Smyth, Michael | Associate | $1,120.00 | 2019 | 9.2 | $10,304.00 |
| Langham, Luke | Paralegal | $470.00 | N/A | 19.2 | $9,024.00 |
| Jacobs, Michael | Partner | $1,510.00 | 2012 | 2.7 | $4,077.00 |
| Nielson, Scott | Associate | $1,120.00 | 2018 | 2.2 | $2,464.00 |
| McConnell, Brenna | Paralegal | $470.00 | N/A | 4.2 | $1,974.00 |
| Anderson, Alison | Partner | $1,440.00 | 2011 | 0.6 | $864.00 |
| Ahn, Devika | Paralegal | $500.00 | N/A | 0.3 | $150.00 |
| **Total** | | **$1,225.77** | | **6,021.8** | **$7,381,315.98** |

*Hourly rates shown are the implied hourly rates shown because non-working travel time is billed at half-rates.