# EXHIBIT C

## COMPARABLE RATE DISCLOSURES

The average hourly rate for all BSF attorneys based in the U.S. for 2026 is $1,238.00, and the blended hourly rate for all BSF attorneys who rendered services to the Debtors during this Application Period was $1,214.82.