**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **FIRST BRANDS GROUP, et al.** | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that, pursuant to 29 U.S.C. § 154(a) and Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned attorney is appearing on behalf of interested parties Markel American Insurance Company and Berkley Insurance Company. All notices and papers that are required to be served upon Markel American Insurance Company and Berkley Insurance Company must be given to and served upon me at the address (including electronic mail address), telephone, and email address indicated below:

Cary Joy Economou
WERNER AHARI MANGEL LLP
4514 Cole Ave, Suite 600
Dallas, TX 75205
Telephone: 202-599-1069
Email: ceconomou@wam.law

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by hand delivery, mail delivery, telephone, e-mail,

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands/. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

telegraph, telex, telecopy facsimile or otherwise, and whether or not filed with or delivered to the Bankruptcy Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the administration of the estate.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notice and Service shall not be deemed or construed to be a waiver of the rights: (i) to have final orders in non-core matters entered only after de novo review by a District court Judge; (ii) to a trial by jury in any proceeding so triable in these cases or any case, controversy, or preceding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to any other rights, claims, actions, setoffs, or recoupments to which Markel American Insurance Company and/or Berkley Insurance Company are or may be entitled.

Dated: October 1, 2026

Respectfully Submitted,

*/s/ Cary Joy Economou*

**WERNER AHARI MANGEL LLP**
Cary Joy Economou
Tex. Bar No. 24082201
S.D. Tex. No. 1125319
4514 Cole Ave, Suite 600
Dallas, TX 75205
Telephone: 202-599-1069
Email: ceconomou@wam.law

***Attorney for Berkley Insurance Company***

**Certificate of Service**

I certify that on October 1, 2026, a copy of the foregoing document was served electronically via the Court's Electronic Case Filing System on all parties registered for such service in this case.

/s/ *Cary Joy Economou*
Cary Joy Economou
TX Bar No. 24082201