**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | **(Previously Chapter 11)** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**ORDER ALLOWING INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF WEIL, GOTSHAL & MANGES LLP, ATTORNEYS FOR DEBTORS, FOR THE PERIOD FROM APRIL 1, 2026 THROUGH AND INCLUDING JUNE 30, 2026**

The Court has considered the *Third Interim Fee Application of Weil, Gotshal & Manges LLP, Attorneys for the Debtors, for the Period from April 1, 2026 Through and Including June 30, 2026* (the "**Application**"), filed by Weil, Gotshal & Manges LLP ("**Applicant**"), as attorneys for the chapter 11 debtors in the above-captioned cases (collectively, the "**Debtors**") during the Compensation Period. The Court orders:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $37,258,917.44 for the period set forth in the Application.

2. The compensation and reimbursement of expenses allowed in this Order are approved on an interim basis.

[1] A complete list of the ~~chapter 11~~ Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands~~. The address of the Debtors' corporate headquarters is 127 Public Square, Suite 5300, Cleveland, OH 44114~~.

3. The Debtors are authorized to disburse any unpaid amounts allowed pursuant to this Order.

Dated: ____________________, 2026
Houston, Texas

_______________________________________
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE