**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 7** |
| | § | **(Previously Chapter 11)** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | **Re: Docket No. 3772** |

**CERTIFICATE OF NO OBJECTION**
**TO THIRD INTERIM FEE APPLICATION OF**
**ALVAREZ AND MARSAL NORTH AMERICA LLC, AS**
**FINANCIAL ADVISOR FOR THE DEBTORS, FOR THE PERIOD**
**FROM APRIL 1, 2026 THROUGH AND INCLUDING JUNE 30, 2026**

1. On September 9, 2026, undersigned counsel, on behalf of Alvarez and Marsal North America LLC ("**A&M**"), filed the *Third Interim Fee Application of Alvarez and Marsal North America LLC, as Financial Advisor for the Debtors, for the Period from April 1, 2026 Through and Including June 30, 2026* (Docket No. 3772) (the "**Application**"), with a proposed order granting the relief requested in the Application attached thereto as Exhibit A (the "**Proposed Order**"). Objections to the Application were required to be filed and served on or prior to September 30, 2026 (the "**Objection Deadline**").

2. In accordance with paragraph 44 of the *Procedures for Complex Cases in the Southern District of Texas*, undersigned counsel files this Certificate of No Objection and represents to the Court that (i) the Objection Deadline has passed, (ii) undersigned counsel is unaware of any objection to the Application, and (iii) undersigned counsel has reviewed the Court's docket and no objection to the Application appears thereon.

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.

3. Since filing the Application, undersigned counsel, on behalf of A&M, has made certain non-substantive changes to the Proposed Order, a revised version of which is attached hereto as **Exhibit A** (the "**Revised Proposed Order**"). A redline of the Revised Proposed Order marked against the Proposed Order is attached hereto as **Exhibit B**.

4. Accordingly, undersigned counsel respectfully request entry of the Revised Proposed Order.

Dated: October 1, 2026
Houston, Texas

*/s/ Clifford W. Carlson*
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: gabriel.morgan@weil.com
clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason H. George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: matt.barr@weil.com
sunny.singh@weil.com
andriana.georgallas@weil.com
kevin.bostel@weil.com
jason.george@weil.com

## Certificate of Service

I hereby certify that on October 1, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Clifford W. Carlson*
Clifford W. Carlson