**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | **(Previously Chapter 11)** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**ORDER ALLOWING INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ALVAREZ AND MARSAL NORTH AMERICA LLC, AS FINANCIAL ADVISOR FOR THE DEBTORS, FOR THE PERIOD FROM APRIL 1, 2026 THROUGH AND INCLUDING JUNE 30, 2026**

The Court has considered the *Third Interim Fee Application of Alvarez and Marsal North America LLC, as Financial Advisor for the Debtors, for the Period from April 1, 2026 Through and Including June 30, 2026* (the "**Application**"), filed by Alvarez and Marsal North America, LLC ("**Applicant**"), as financial advisor to the chapter 11 debtors in the above-captioned cases (collectively, the "**Debtors**"). The Court orders:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $13,703,895.95 for the period set forth in the Application.

2. The compensation and reimbursement of expenses allowed in this Order are approved on an interim basis.

1 A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.

3. The Debtors are authorized to disburse any unpaid amounts allowed pursuant to this Order.

Dated: ____________________, 2026
Houston, Texas

________________________________________
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE