**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 7** |
| | § | **(Previously Chapter 11)** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | |
| | § | **Case No. 25-90399 (CML)** |
| **Debtors.**[1] | § | |
| | § | **Jointly Administered** |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO TWELFTH NOTICE OF REJECTION OF CERTAIN UNEXPIRED LEASES AND ABANDONMENT OF PROPERTY IN CONNECTION THEREWITH**

[Relates to Docket No. 3746]

1. On September 1, 2026, First Brands Group, LLC and its debtor affiliates (the "Debtors") filed the *Twelfth Notice of Rejection of Certain Unexpired Leases* [Docket No. 3746] (the "Rejection Notice"), with a proposed order granting the relief requested in the Rejection Notice attached thereto as Exhibit A (the "Proposed Order").

2. Also on September 1, 2026, the Debtors caused a copy of the Rejection Notice to be served on the affected parties. *See Affidavit of Service* [Docket No. 3787].

3. In accordance with section 7(d) of the Procedures Order (as defined in the Rejection Notice), objections to the Rejection Notice were required to be filed and served on or prior to September 15, 2026 (the "Objection Deadline"). The deadline for receipt of responses to the Rejection Notice has passed.

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The FBG Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

4. Eva S. Engelhart, as the interim chapter 7 trustee for the FBG Debtors (the "Trustee"), represents to the Court that the Trustee is unaware of any responses to the Rejection Notice and that counsel has reviewed the Court's docket and no responses appear thereon.

5. A copy of the proposed *Order Approving the (I) Rejection of Certain Unexpired Leases; (II) and Abandonment of Property in Connection Therewith; and (III) Granting Related Relief* (the "Proposed Order") is attached hereto.

6. The Trustee respectfully requests that the Court enter the Proposed Order.

[*Remainder of page intentionally left blank*]

Dated: October 1, 2026.

Respectfully Submitted,

By: *<u>/s/ Joshua W. Wolfshohl</u>*

**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
Eric M. English (TX Bar No. 24062714)
M. Shane Johnson (TX Bar No. 24083263)
Grecia V. Sarda (TX Bar No. 24132092)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
eenglish@porterhedges.com
sjohnson@porterhedges.com
gsarda@porterhedges.com

*Proposed Counsel for the*
*Chapter 7 Trustee, Eva S. Engelhart*

**CERTIFICATE OF SERVICE**

I certify that on October 1, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl