**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | **(Previously Chapter 11)** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**NOTICE OF SERVICES TO FBG CHAPTER 7 DEBTORS**

**PLEASE TAKE NOTICE THAT**:

1. On September 1, 2026, the Court entered the *Order (I) Converting Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief* (Docket No. 3748) (the "**Conversion Order**"),[2] which converted the Converting Debtors' chapter 11 cases to cases under chapter 7 of the Bankruptcy Code.

2. On September 1, 2026, the United States Trustee appointed Eva S. Engelhart as the interim chapter 7 trustee for the FBG Debtors (the "**FBG Debtor Trustee**"), as reflected in the notices of chapter 7 bankruptcy case filed on the FBG Debtors' dockets. *See, e.g.*, *Notice of Chapter 7 Bankruptcy Case* (Docket No. 3753). Also on September 1, 2026, the United States Trustee appointed Ronald J. Sommers as the interim chapter 7 trustee for the remaining Converting Debtors other than the FBG Debtors (the "**SPV Debtor Trustee**"), as reflected on such

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Conversion Order.

remaining Converting Debtors' dockets.[3] *See, e.g.*, *Notice of Chapter 7 Bankruptcy Case* (Case No. 25-90385, Docket No. 5). On September 16, 2026, the SPV Debtor Trustee filed a rejection of his appointment as the interim chapter 7 trustee as to Carnaby Inventory IV, LLC, Carnaby Inventory Holdings IV, LLC, Carnaby FA, LLC, and Carnaby FA Holdings, LLC (collectively, the "**Onset SPV Debtors**"). *See, e.g.*, *Notice of Rejection of Trustee Appointment* (Case No. 25-90466, Docket No. 19). On September 17, 2026, the United States Trustee appointed Catherine Stone Curtis as the interim chapter 7 trustee for the Onset SPV Debtors (the "**Onset SPV Debtor Trustee**" and, together with the FBG Debtor Trustee and the SPV Debtor Trustee, the "**Trustees**"), as reflected on the Onset SPV Debtors' dockets. *See, e.g.*, *Notice of Chapter 7 Bankruptcy Case* (Case No. 25-90466, Docket No. 21).

3. Pursuant to paragraph 9 of the Conversion Order, "the Trustee may request that any previously retained professional continue to provide services to the chapter 7 estate (at which point a notice of such retention, including any economic terms and engagement letter shall be filed on the docket)."

4. The FBG Debtor Trustee has requested that Weil, Gotshal & Manges LLP ("**Weil**") and Alvarez & Marsal North America, LLC ("**A&M**") provide certain transition services to the Converting Debtors that are FBG Debtors (the "**FBG Converting Debtors**"), as legal counsel and financial advisor, respectively. Weil and A&M also intend to assist all the Converting Debtors in complying with their obligations and duties arising under the Bankruptcy Code, the

[3] The Court previously entered an order converting the chapter 11 cases of Patterson Inventory, LLC, Patterson Inventory Holdings, LLC, Starlight Inventory I, LLC, and Starlight Inventory Holdings I, LLC (together, the "**Evolution SPV Debtors**") to chapter 7, on April 9, 2026. Docket No. 2396. Also on April 9, 2026, Mr. Sommers was appointed as interim chapter 7 trustee of the Evolution SPV Debtors' chapter 7 cases, as reflected on the Evolution SPV Debtors' dockets. *See, e.g.*, *Notice of Chapter 7 Bankruptcy Case* (Case No. 25-90395, Docket No. 11).

Bankruptcy Rules, and the Conversion Order. The services requested or contemplated to be provided by Weil and/or A&M, as applicable, include:

- taking such actions to assist the Converting Debtors in fulfilling any of their duties, including their duties arising from sections 341, 343, or 521 of the Bankruptcy Code, Bankruptcy Rule 1019, or the Conversion Order, such as, among others, (i) filing the post conversion schedules, (ii) turning over estate property and records, and (iii) preparing for, appearing and submitting for examinations at the meetings required by section 341 of the Bankruptcy Code;
- meeting and coordinating with the FBG Debtor Trustee and the FBG Debtor Trustee's advisors to provide background information;
- providing documents and materials to the FBG Debtor Trustee and the FBG Debtor Trustee's advisors;
- transitioning various matters to the FBG Debtor Trustee and/or its advisors, including (but not limited to) ongoing litigation, claims reconciliation, treasury management, liquidation activities, compliance with duties and obligations under bankruptcy laws, court orders, and other applicable laws (including preparing tax returns), and general case administration; and
- providing additional services or assistance as requested by the FBG Debtor Trustee relating to transitioning administration of the FBG Converting Debtors' estates and chapter 11 cases to chapter 7 (the foregoing services, collectively, the "**FBG Chapter 7 Transition Services**").

5. Weil and A&M are providing the FBG Chapter 7 Transition Services from the Conversion Date until the date that is forty-five (45) days after the filing of this notice, which date may be extended upon the written consent of the FBG Debtor Trustee and Weil and/or A&M, as applicable.

6. The FBG Chapter 7 Transition Services will be provided by (i) Weil under the same terms and conditions of its engagement letter with the FBG Converting Debtors dated as of August 5, 2025 (subject to any ordinary course rate increases), as approved by the *Order Authorizing Retention and Employment of Weil, Gotshal & Manges LLP* (Docket No. 894) (the "**Weil Chapter 7 Transition Services Agreement**"), and (ii) A&M under the same terms and conditions of its engagement letter with the FBG Converting Debtors dated as of October 24, 2025

(subject to any ordinary course rate increases), as approved and modified by the *Order (I) Authorizing Debtors to (A) Retain and Employ Alvarez & Marsal North America, LLC, (B) Designate Certain Executive Officers, and (C) Engage Additional Personnel, and (II) Granting Related Relief* (Docket No. 896) (the "**A&M Chapter 7 Transition Services Agreement**"). The terms and conditions of the Weil Chapter 7 Transition Services Agreement and the A&M Chapter 7 Transition Services Agreement will apply and be binding and enforceable in the Converting Debtors' chapter 7 cases in the same way as those approved and ordered in the chapter 11 cases.

7. To the extent that the SPV Debtor Trustee and/or the Onset SPV Debtor Trustee request any transition services, a separate notice may be filed in accordance with the procedures set forth in the Conversion Order.

8. Absent the express consent of the DIP Agent and/or the ABL Agent, as applicable, all fees or expenses incurred by Weil or A&M for performance of the FBG Chapter 7 Transition Services will be (i) considered Post-Conversion Fees as described in the Conversion Order, and (ii) subject to, and payable pursuant to, and the parties are ordered to comply with, all of the terms of the Conversion Order, including the Post-Conversion Maximum Fees Amount and the requirements of paragraph 2(b)(iv) of the Conversion Order.

*[Remainder of Page Intentionally Left Blank]*

Houston, Texas
October 1, 2026

Respectfully submitted,

By: */s/ Joshua W. Wolfshohl*

**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX 24038592)
Eric M. English (TX 24062714)
M. Shane Johnson (TX 24083263)
Grecia V. Sarda (TX 24132092)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Fax: (713) 226-6248
jwolfshohl@porterhedges.com
eenglish@porterhedges.com
sjohnson@porterhedges.com
gsarda@porterhedges.com

**PROPOSED COUNSEL FOR THE CHAPTER 7 TRUSTEE, EVA S. ENGELHART**

**Certificate of Service**

I certify that on October 1, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl