# Exhibit A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| FIRST BRANDS GROUP, LLC, *et al.*, | ) | Case No. 25-90399 (CML) |
| Debtors.[1] | ) | (Jointly Administered) |

**FIRST AND FINAL FEE APPLICATION OF THE FISHEL LAW GROUP, AS TEXAS COUNSEL TO THE SPV DEBTORS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD DECEMBER 16, 2025 THROUGH AUGUST 31, 2026**

The Court has considered the First and Final Fee Application of the Fishel Law Group, as Texas Counsel to the SPV Debtors, for Final Allowance of Compensation and Reimbursement of Expenses for the Period December 16, 2025 Through August 31, 2026 (the "Application"). The Court finds that notice was sufficient, that the compensation and reimbursement requested satisfy the applicable standards of section 330 of the Bankruptcy Code, and that good cause exists for the relief requested. It is therefore ORDERED:

1. FLG is allowed on a final basis compensation for professional services in the amount of $29,830.00 and reimbursement of expenses in the amount of $1,100.00 for the period December 16, 2025 through August 31, 2026.

2. All amounts previously paid to FLG on account of fees and expenses during the Compensation Period are credited against the amounts finally allowed by this Order.

3. The appropriate payor(s) are authorized and directed to pay FLG the remaining unpaid balance of $11,628.00, subject to and in accordance with the Conversion Order, the Final DIP Order, and any other applicable orders governing the source and allocation of payment.

4. This Court retains jurisdiction with respect to all matters arising from or related to

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

the implementation of this Order.

Dated: ________

____________________________________
THE HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE