# **Exhibit B**

## **Fishel Certification**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| FIRST BRANDS GROUP, LLC, *et al.*, | ) | Case No. 25-90399 (CML) |
| Debtors.[1] | ) | (Jointly Administered) |

**CERTIFICATION OF MICHAEL FISHEL IN SUPPORT OF FIRST AND FINAL FEE APPLICATION OF THE FISHEL LAW GROUP**

I, Michael Fishel, hereby certify that:

1. I am the founder and a member of The Fishel Law Group ("FLG"). I am admitted to practice in the State of Texas and before this Court.

2. I have reviewed FLG's First and Final Fee Application (the "Application"). To the best of my knowledge, information, and belief, the statements contained in the Application are true and correct, and the Application complies with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Bankruptcy Local Rules, the Procedures for Complex Cases in the Southern District of Texas, the Interim Compensation Order, the Conversion Order, and the applicable fee guidelines.

3. FLG served monthly fee statements for December 2025 through May 2026. FLG did not file interim fee applications. FLG did not serve monthly fee statements for June through August 2026, and no amounts for those months were paid. All amounts actually received by FLG have been credited in the Application.

4. The services for which compensation is requested were necessary or beneficial at the time rendered, were performed in a reasonable amount of time, and were appropriately limited to FLG's Texas local counsel role. FLG sought to avoid duplication of work performed

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

by Simpson Thacher and other professionals.

5. In accordance with the applicable fee guidelines, FLG responds as follows:

**Question 1:** Did FLG agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms for services pertaining to this engagement?

Answer: No.

**Question 2:** Did any professional vary his or her hourly rate based on the geographic location of the bankruptcy case?

Answer: No.

**Question 3:** Does the Application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices?

Answer: No.

**Question 4:** Does the Application include time or fees for reviewing time records to redact privileged or other confidential information?

Answer: No.

**Question 5:** Does the Application include any rate increases since FLG's retention in these cases?

Answer: No. FLG billed Michael Fishel at $950.00 per hour throughout the Compensation Period.

Dated: October 3, 2026<br>Houston, Texas

*/s/ Michael Fishel*<br>Michael Fishel