# Exhibit C

## Invoices

# INVOICE

Date: 02/23/2026
Due On: 03/10/2026

The FISHEL Law Group

602 Sawyer, Suite 400
Houston, TX 77007
(713) 294-0379
michael@FishelLawGroup.com
www.FishelLawGroup.com

## Subcommittee of Board of Viceroy Private Capital

For all professional services rendered and recorded through December 31, 2025, in connection with First Brands RX

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 12/16/2025 | Case Administration: Draft and revise Notice of Appearance (.3); correspondence with N. Baker relating same (.2); draft and revise pro hac vices (.2); file pleadings (.2) | 0.90 | $950.00 | $855.00 |
| Expense | 12/16/2025 | E112 Court fees: Pro Hac Vices | 7.00 | $100.00 | $700.00 |
| Service | 12/21/2025 | Case Administration: Review latest pleadings | 0.20 | $950.00 | $190.00 |
| Service | 12/31/2025 | Retention/Fee Applications: Review retention documents for co-counsel | 0.30 | $950.00 | $285.00 |
| | | | | **Total** | **$2,030.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Fees Due (80%) | Expenses | Balance Due |
|---|---|---|---|---|
| Dec 2025 | 03/10/2026 | $1,064.00 | $700.00 | **$1,764.00** |
| | | | **20% Outstanding Balance** | **$266.00** |
| | | | **Total Amount Outstanding** | **$2,030.00** |

02/23/2026

Payment Instructions

**By Check:**

Please make checks payable to:
Fishel Law PLLC
602 Sawyer, Suite 400
Houston, TX 77007

**By Wire:**

Bank Name: Bank of America
Account Name: Fishel Law PLLC
Routing Number (wire): 026009593
Routing Number (ACH): 111000025
Account Number: 488133993680

**EIN: 39-2278263**

# INVOICE

Date: 02/23/2026
Due On: 03/10/2026

602 Sawyer, Suite 400
Houston, TX 77007
(713) 294-0379
michael@FishelLawGroup.com
www.FishelLawGroup.com

## Subcommittee of Board of Viceroy Private Capital

For all professional services rendered and recorded from January 1, 2026, through January 31, 2026 in connection with First Brands RX

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 01/04/2026 | Retention/Fee Applications: Prepare retention application and related documents | 2.60 | $950.00 | $2,470.00 |
| Service | 01/05/2026 | Retention/Fee Applications: Continue to review and revise retention documents for FLG and STB in connection with filing same | 1.20 | $950.00 | $1,140.00 |
| Service | 01/07/2026 | Hearing and Court Matters: Attend status hearing, motion for intervention hearing and motion to squash | 3.30 | $950.00 | $3,135.00 |
| Service | 01/09/2026 | Case Administration: Review examiner order | 0.10 | $950.00 | $95.00 |
| Service | 01/12/2026 | Case Administration: Correspondence with T. Fogg relating to redacted filings | 0.10 | $950.00 | $95.00 |
| Service | 01/14/2026 | Case Administration: Review and file notice of adjournment | 0.20 | $950.00 | $190.00 |
| Service | 01/23/2026 | Retention/Fee Applications: Review comments from J. Ruff relating to UST comments to proposed retention order and correspondence with J. Ruff relating to same | 0.10 | $950.00 | $95.00 |
| Service | 01/26/2026 | Retention/Fee Applications: Correspondence with N. Baker relating to certificate of no objection regarding retention applications (.1); review and revise certificate of no objection relating to Simpson Thacher retention application (.2); correspondence with R. Foust relating to same (.1) | 0.40 | $950.00 | $380.00 |

02/23/2026

| | | | | | |
|---|---|---|---|---|---|
| Service | 01/27/2026 | Retention/Fee Applications: Draft and revise certificate of no objection relating to The Fishel Law Group retention application and prepare for filing (.3); prepare for filing Simpson Thacher retention application (.1) | 0.40 | $950.00 | $380.00 |
| | | | | **Total** | **$7,980.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Fees Due 80% | Expenses | Balance Due |
|---|---|---|---|---|
| Jan 2026 | 03/10/2026 | $6,384.00 | $0.00 | $6,384.00 |
| | | | **20% Outstanding Balance** | **$1,596.00** |
| | | | **Total Amount Outstanding** | **$7,980.00** |

Payment Instructions

**By Check:**

Please make checks payable to:
Fishel Law PLLC
602 Sawyer, Suite 400
Houston, TX 77007

**By Wire:**

Bank Name: Bank of America
Account Name: Fishel Law PLLC
Routing Number (wire): 026009593
Routing Number (ACH): 111000025
Account Number: 488133993680

**EIN: 39-2278263**

The FISHEL Law Group

602 Sawyer, Suite 400
Houston, TX 77007
(713) 294-0379
michael@FishelLawGroup.com
www.FishelLawGroup.com

# INVOICE

Date: 04/06/2026
Due On: 04/21/2026

## Subcommittee of Board of Viceroy Private Capital

For all professional services rendered and recorded through February 28, 2026, in connection with First Brands RX

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 02/02/2026 | Retention/Fee Applications: Correspondence with R. Foust relating to order approving Simpson Thacher retention | 0.10 | $950.00 | $95.00 |
| Service | 02/09/2026 | Case Administration: Call with N. Baker to discuss collateral dispute with respect to certain debtor entity | 0.10 | $950.00 | $95.00 |
| Service | 02/10/2026 | Retention/Fee Applications: Correspondence with R. Foust relating to interim compensation procedures order (.2); finalize and file retention documents (.2) | 0.40 | $950.00 | $380.00 |
| Service | 02/19/2026 | Case Administration: Review various filings and case updates | 0.50 | $950.00 | $475.00 |
| Service | 02/20/2026 | Case Administration: Review joint notice to adjourn and file same | 0.20 | $950.00 | $190.00 |
| Service | 02/23/2026 | Retention/Fee Applications: Prepare monthly invoices statements pursuant to interim compensation order | 0.60 | $950.00 | $570.00 |
| Service | 02/27/2026 | Case Administration: Review recently filed pleadings for case updates | 0.40 | $950.00 | $380.00 |
| | | | | **Total** | **$2,185.00** |

04/06/2026

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On | Fees Due | | Balance Due |
|---|---|---|---|---|
| Feb 2026 | 04/21/2026 | $2,185.00 | | $1,748.00 |
| | | | **20% Outstanding Balance** | **$437.00** |
| | | | **Total Amount Outstanding** | **$2,185.00** |

Payment Instructions

**By Check:**

Please make checks payable to:
Fishel Law PLLC
602 Sawyer, Suite 400
Houston, TX 77007

**By Wire:**

Bank Name: Bank of America
Account Name: Fishel Law PLLC
Routing Number (wire): 026009593
Routing Number (ACH): 111000025
Account Number: 488133993680

**EIN: 39-2278263**

# INVOICE

Date: 04/06/2026
Due On: 04/21/2026

602 Sawyer, Suite 400
Houston, TX 77007
(713) 294-0379
michael@FishelLawGroup.com
www.FishelLawGroup.com

Viceroy Private Capital, LLC

## Subcommittee of Board of Viceroy Private Capital

For all professional services rendered and recorded through March 31, 2026, in connection with First Brands RX

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 03/06/2026 | Case Administration: Review recently filed pleadings for case updates | 0.50 | $950.00 | $475.00 |
| Service | 03/09/2026 | Case Administration: Review, finalize, and prepare for filing certificate of no objection and notice of continuance | 0.30 | $950.00 | $285.00 |
| Service | 03/12/2026 | Case Administration: Review correspondence from L. Laukitis relating to mediation issues | 0.10 | $950.00 | $95.00 |
| Service | 03/13/2026 | Case Administration: Review recently filed pleadings for case update | 0.30 | $950.00 | $285.00 |
| Service | 03/20/2026 | Case Administration: Review recently filed pleadings for case update | 0.30 | $950.00 | $285.00 |
| Service | 03/26/2026 | Case Administration: Review and file joint notice of adjournment relating to certain UMB matters | 0.20 | $950.00 | $190.00 |
| Service | 03/27/2026 | Case Administration: Review recently filed pleadings for case update | 0.40 | $950.00 | $380.00 |

**Total** **$1,995.00**

04/04/2026

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On | Fees Due | Payments Received | Balance Due |
|---|---|---|---|---|
| March 2026 | 04/21/2026 | $1,995.00 | | $1,596.00 |
| | | | **20% Outstanding Balance** | **399.00** |
| | | | **Total Amount Outstanding** | **$1,995.00** |

Payment Instructions

**By Check:**

Please make checks payable to:
Fishel Law PLLC
602 Sawyer, Suite 400
Houston, TX 77007

**By Wire:**

Bank Name: Bank of America
Account Name: Fishel Law PLLC
Routing Number (wire): 026009593
Routing Number (ACH): 111000025
Account Number: 488133993680

**EIN: 39-2278263**

# INVOICE

Date: 06/09/2026
Due On: 06/24/2026

602 Sawyer, Suite 400
Houston, TX 77007
(713) 294-0379
michael@FishelLawGroup.com
www.FishelLawGroup.com

Viceroy Private Capital, LLC

## Subcommittee of Board of Viceroy Private Capital

For all professional services rendered and recorded through March 31, 2026, in connection with First Brands RX

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 04/02/2026 | Case Administration: Review Examiner status report (.1); review and file Joinder to response to conversion motion (.3) | 0.40 | $950.00 | $380.00 |
| Service | 04/04/2026 | Retention/Fee Applications: Prepare and finalize FLG February and March 2026 fee statements | 0.60 | $950.00 | $570.00 |
| Service | 04/08/2026 | Case Administration: Review and finalize Joint Notice of Adjournment (.1); prepare and file same (.1) | 0.20 | $950.00 | $190.00 |
| Service | 04/10/2026 | Case Administration: Review various pleadings in connection with case update | 0.40 | $950.00 | $380.00 |
| Service | 04/17/2026 | Case Administration: Review pleadings in connection with weekly case update | 0.50 | $950.00 | $475.00 |
| Service | 04/21/2026 | Retention/Fee Applications: Review, finalize and file D. Zylberberg supplemental declaration | 0.20 | $950.00 | $190.00 |
| Service | 04/24/2026 | Case Administration: Review newly filed pleadings for case update | 0.20 | $950.00 | $190.00 |
| Service | 04/28/2026 | Case Administration: Review examiner report | 0.40 | $950.00 | $380.00 |
| Service | 04/30/2026 | Case Administration: Review, finalize and file notice of adjournment of hearing | 0.20 | $950.00 | $190.00 |

**Total** **$2,945.00**

06/09/2026

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On | Fees Due (80%) | Payments Received | Balance Due |
|---|---|---|---|---|
| April 2026 | 06/24/2026 | $2,356.00 | $0.00 | $2,356.00 |
| | | | **20% Outstanding Balance** | **$589.00** |
| | | | **Total Amount Outstanding** | **$2,945.00** |

Payment Instructions

**By Check:**

Please make checks payable to:
Fishel Law PLLC
602 Sawyer, Suite 400
Houston, TX 77007

**By Wire:**

Bank Name: Bank of America
Account Name: Fishel Law PLLC
Routing Number (wire): 026009593
Routing Number (ACH): 111000025
Account Number: 488133993680

**EIN: 39-2278263**

# INVOICE

Date: 06/09/2026
Due On: 06/23/2026

The FISHEL Law Group

602 Sawyer, Suite 400
Houston, TX 77007
(713) 294-0379
michael@FishelLawGroup.com
www.FishelLawGroup.com

Viceroy Private Capital, LLC

## Subcommittee of Board of Viceroy Private Capital

For all professional services rendered and recorded through March 31, 2026, in connection with First Brands RX

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 05/04/2026 | Case Administration: Review and file stipulation extending time to answer | 0.20 | $950.00 | $190.00 |
| Service | 05/06/2026 | Case Administration: Review plan and disclosure statement | 1.00 | $950.00 | $950.00 |
| Service | 05/13/2026 | Case Administration: Review UST motion to convert cases | 0.20 | $950.00 | $190.00 |
| Service | 05/14/2026 | Case Administration: Correspondence with G. Cabrera relating to certain procedural issues in adversary proceeding (.1); research issue in connection with same (.1); prepare pro hacs for adversary (.2) | 0.40 | $950.00 | $380.00 |
| Expense | 05/14/2026 | Court Filings - Pro Hac: Pro Hac Vices for N. Baker, G. Cabrera, B. Friedman, and D. Zylberberg in pending adversary proceeding | 4.00 | $100.00 | $400.00 |
| Service | 05/15/2026 | Retention/Fee Applications: Review, prepare and file Second Interim Fee Application for Simpson Thacher | 0.50 | $950.00 | $475.00 |
| Service | 05/15/2026 | Case Administration: Review additional pleadings for recent developments | 0.60 | $950.00 | $570.00 |
| Service | 05/21/2026 | Case Administration: Review and finalize for filing Global Assets Germany GmbH's Motion For Approval of Settlement With UMB Bank, N.A. Pursuant to Federal Rule of Bankruptcy Procedure 9019 | 0.30 | $950.00 | $285.00 |

06/09/2026

| | | | | | |
|---|---|---|---|---|---|
| Service | 05/25/2026 | Case Administration: Review various objections to plan and settlement and evaluate potential impact on Viceroy debtors | 0.80 | $950.00 | $760.00 |
| Service | 05/26/2026 | Case Administration: Review, finalize and file Joint Notice of Adjournment of Certain Matters of UMB Bank, N.A. and The UMB Lenders | 0.20 | $950.00 | $190.00 |
| | | | | **Total** | **$4,390.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Fees Due (80%) | Expenses | Balance Due |
|---|---|---|---|---|
| May 2026 | 07/09/2026 | $3,192.00 | $400.00 | $3,591.00 |
| | | | **20% Fee Outstanding Balance** | **$798.00** |
| | | | **Total Amount Outstanding** | **$4,390.00** |

Payment Instructions

**By Check:**

Please make checks payable to:
Fishel Law PLLC
602 Sawyer, Suite 400
Houston, TX 77007

**By Wire:**

Bank Name: Bank of America
Account Name: Fishel Law PLLC
Routing Number (wire): 026009593
Routing Number (ACH): 111000025
Account Number: 488133993680

**EIN: 39-2278263**

# INVOICE

Date: 08/07/2026
Due On: 08/31/2026

602 Sawyer, Suite 400
Houston, TX 77007
(713) 294-0379
michael@FishelLawGroup.com
www.FishelLawGroup.com

Viceroy Private Capital, LLC

## Subcommittee of Board of Viceroy Private Capital

For all professional services rendered and recorded through March 31, 2026, in connection with First Brands RX

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 06/03/2026 | Case Administration: Finalize and file Stipulation and Agreed Order Extending Defendants Broad Street Financial, LLC and Broad Street Financial Holdings, LLC's Time to Answer Complaint | 0.20 | $950.00 | $190.00 |
| Service | 06/05/2026 | Case Administration: Review filed pleadings for case updates | 0.20 | $950.00 | $190.00 |
| Service | 06/08/2026 | Retention/Fee Applications: Correspondence with R. Foust relating to certificate of no objection relating to second interim fee application (.1); review, finalize and file same (.2) | 0.30 | $950.00 | $285.00 |
| Service | 06/09/2026 | Retention/Fee Applications: Draft, revise and finalize April and May monthly fee statements | 0.60 | $950.00 | $570.00 |
| Service | 06/12/2026 | Case Administration: Review filed pleadings for case updates | 0.20 | $950.00 | $190.00 |
| Service | 06/15/2026 | Case Administration: Prepare and file settlement CNO and correspondence with R. Foust relating to same | 0.40 | $950.00 | $380.00 |
| Service | 06/17/2026 | Case Administration: Review filed plan | 1.50 | $950.00 | $1,425.00 |
| Service | 06/26/2026 | Case Administration: Review recently filed pleadings for case updates | 0.60 | $950.00 | $570.00 |
| | | | | **Total** | **$3,800.00** |

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On | Fees Due | Expenses | Balance Due |
|---|---|---|---|---|
| June 2026 | 10/31/2026 | $3,800.00 | $0.00 | $3,800.00 |
| | | | **Outstanding Balance** | **$3,800.00** |

Payment Instructions

**By Check:**

Please make checks payable to:
Fishel Law PLLC
602 Sawyer, Suite 400
Houston, TX 77007

**By Wire:**

Bank Name: Bank of America
Account Name: Fishel Law PLLC
Routing Number (wire): 026009593
Routing Number (ACH): 111000025
Account Number: 488133993680

**EIN: 39-2278263**

# INVOICE

Date: 08/03/2026
Due On: 08/31/2026

The FISHEL Law Group

602 Sawyer, Suite 400
Houston, TX 77007
(713) 294-0379
michael@FishelLawGroup.com
www.FishelLawGroup.com

Viceroy Private Capital, LLC

## Subcommittee of Board of Viceroy Private Capital

For all professional services rendered and recorded through July 31, 2026, in connection with First Brands RX

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 07/02/2026 | Adv. Proceeding: Review, prepare and file stipulation to extend answer deadline (.1); correspondence with G. Cabrera relating to same (.1) | 0.20 | $950.00 | $190.00 |
| Service | 07/10/2026 | Case Administration: Review recently filed pleadings for case developments | 0.30 | $950.00 | $285.00 |
| Service | 07/17/2026 | Case Administration: Review recently filed pleadings for case developments | 0.30 | $950.00 | $285.00 |
| Service | 07/24/2026 | Case Administration: Review recently filed pleadings for case developments | 0.40 | $950.00 | $380.00 |
| Service | 07/28/2026 | Plan and DS: Review updates and summary of first day of confirmation hearing | 0.70 | $950.00 | $665.00 |
| Service | 07/30/2026 | Adv. Proceeding: Review, revise and prepare for filing Notice and Reservation of Rights of The SPV Debtors | 0.20 | $950.00 | $190.00 |
| Service | 07/30/2026 | Plan and DS: Review updates and summary of second and third days of confirmation hearing | 0.80 | $950.00 | $760.00 |
| Service | 07/31/2026 | Adv. Proceeding: Review and prepare for filing stipulation and agreed order relating to time to answer complaint | 0.20 | $950.00 | $190.00 |
| Service | 07/31/2026 | Adv. Proceeding: Correspondence with G. Cabrera relating to stipulation to extend answer date | 0.10 | $950.00 | $95.00 |
| | | | | **Total** | **$3,040.00** |

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On | Fees Due | Expenses | Balance Due |
|---|---|---|---|---|
| July 2026 | 10/31/2026 | $3,040.00 | $0.00 | $3,040.00 |
| | | | **Outstanding Balance** | **$3,040.00** |

Payment Instructions

**By Check:**

Please make checks payable to:
Fishel Law PLLC
602 Sawyer, Suite 400
Houston, TX 77007

**By Wire:**

Bank Name: Bank of America
Account Name: Fishel Law PLLC
Routing Number (wire): 026009593
Routing Number (ACH): 111000025
Account Number: 488133993680

**EIN: 39-2278263**

# INVOICE

Date: 09/15/2026
Due On: 10/21/2026

The FISHEL Law Group

602 Sawyer, Suite 400
Houston, TX 77007
(713) 294-0379
michael@FishelLawGroup.com
www.FishelLawGroup.com

Viceroy Private Capital, LLC

## Subcommittee of Board of Viceroy Private Capital

For all professional services rendered and recorded through August 31, 2026, in connection with First Brands RX

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 08/07/2026 | Plan and DS: Review summary of closing arguments from confirmation hearing | 0.30 | $950.00 | $285.00 |
| Service | 08/07/2026 | Retention/Fee Applications: Prepare and finalize FLG June and July 2026 fee statements | 0.60 | $950.00 | $570.00 |
| Service | 08/17/2026 | Case Administration: Review and finalize for fling STB Third Application for Compensation | 0.50 | $950.00 | $475.00 |
| Service | 08/24/2026 | Plan and DS: Review oral ruling denying confirmation | 0.50 | $950.00 | $475.00 |
| Service | 08/28/2026 | Case Administration: Review, finalize, and file stipulation extending deadline to answer | 0.20 | $950.00 | $190.00 |
| Service | 08/29/2026 | Case Administration: Review revised conversion order | 0.30 | $950.00 | $285.00 |
| Service | 08/31/2026 | Retention/Fee Applications: Prepare and finalize FLG August 2026 fee statements | 0.30 | $950.00 | $285.00 |

**Total** **$2,565.00**

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On | Fees Due | Expenses | Balance Due |
|---|---|---|---|---|
| August 2026 | 10/21/2026 | $2,565.00 | $0.00 | $2,565.00 |
| | | | **Outstanding Balance** | **$2,565.00** |

Payment Instructions

**By Check:**

Please make checks payable to:
Fishel Law PLLC
602 Sawyer, Suite 400
Houston, TX 77007

**By Wire:**

Bank Name: Bank of America
Account Name: Fishel Law PLLC
Routing Number (wire): 026009593
Routing Number (ACH): 111000025
Account Number: 488133993680

**EIN: 39-2278263**