**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | **(Previously Chapter 11)** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**FINAL ORDER ALLOWING COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES OF ALVAREZ AND MARSAL NORTH AMERICA LLC, AS FINANCIAL ADVISOR TO THE CHAPTER 11 DEBTORS**

The Court has considered the *Fourth Interim and Final Fee Application of Alvarez & Marsal North America, LLC, as Financial Advisor to the Chapter 11 Debtors* (the "**Application**"), filed by Alvarez and Marsal North America, LLC ("**Applicant**"), as financial advisor to the chapter 11 debtors in the above-captioned cases (collectively, the "**Debtors**"). The Court orders:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $89,113,603.54 for the period set forth in this Application.

2. The compensation and reimbursement of expenses allowed in this Order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

---

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.

3. The Debtors are authorized to disburse any unpaid amounts allowed pursuant to this Order.

Dated: ____________________, 2026
Houston, Texas

____________________________________
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE