# Exhibit A

## Giglio Declaration

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| FIRST BRANDS GROUP, LLC., *et al.*,[1] | ) | Case No. 25-90399 (CML) |
| Debtors.[2] | ) | (Jointly Administered) |

**DECLARATION OF CINDI M. GIGLIO IN SUPPORT OF THE APPLICATION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF KATTEN MUCHIN ROSENMAN LLP AS SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE EFFECTIVE AS OF THE CONVERSION DATE**

I, Cindi M. Giglio, state the following under penalty of perjury:

1. I am a partner of the law firm of Katten Muchin Rosenman LLP, located at 50 Rockefeller Plaza, New York, New York 10020 ("Katten" or the "Firm"). I am one of the lead attorneys from Katten working on the above-captioned chapter 7 cases (the "Chapter 7 Cases"). I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the Southern District of New York and the United States Bankruptcy Court for the Southern District of Texas. There are no disciplinary proceedings pending against me. This Declaration is submitted pursuant to sections 327(e), 328(a), 329, and 504 of title 11 of the United

---

1 A complete list of the "Debtors" in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The FBG Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

2 The FBG Debtors do not include the 16 additional SPV debtors in the Carnaby Capital Holdings SPV silo or the "Previously Converted Debtors", comprised of: (i) Patterson Inventory, LLC, (ii) Patterson Inventory Holdings, LLC, (iii) Starlight Inventory I, LLC, and (iv) Starlight Inventory Holdings I, LLC. The Previously Converted Debtors' chapter 11 cases were previously converted to cases under chapter 7 of the Bankruptcy Code on April 9, 2026. *See* Docket No. 2396. Ronald J. Sommers serves as the chapter 7 trustee for these debtors' estates.

States Code (the "Bankruptcy Code"), Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules of the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Local Rules").

2. I am duly authorized to make this declaration (the "Giglio Declaration") on behalf of Katten in support of the *Application of the Chapter 7 Trustee for Entry of an Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Special Counsel to the Chapter 7 Trustee Effective as of the Conversion Date* (the "Application")[3] in connection with the above-referenced Chapter 7 Cases.

3. The facts set forth in this Declaration are based upon my personal knowledge, discussions with other Katten attorneys, and the firm's client/matter records that were reviewed by me or by other Katten attorneys acting under my supervision and direction. To the extent any information disclosed herein requires amendment or modification, as additional information becomes available to me, I will file a supplemental declaration with the Court reflecting such amended or modified information.

## Katten's Qualifications

4. The Chapter 7 Trustee seeks to retain Katten to render independent legal services because of Katten's recognized expertise and extensive experience in, among other areas, distressed asset sales, monetization, and liquidations, particularly in bankruptcy cases. Since its engagement by the Debtors effective as of April 30, 2026 and by the Chapter 7 Trustee effective September 1, 2026, Katten has provided extensive legal services related to the Wind Down Sales,

[3] Capitalized terms used in this Giglio Declaration but not defined herein have the meanings given to such terms in the Application.

including, among other things, negotiating with prospective buyers for the Wind Down Assets, drafting and negotiating sale documentation, establishing value-preserving administrative efficiencies for the Wind Down Sales, navigating and resolving complex disputes among key stakeholders, working closely with Hilco with respect to the foregoing, and advising the Debtors and then the Chapter 7 Trustee on all aspects of the Wind Down Sales.

5. Katten is well qualified to continue to represent the Chapter 7 Trustee with respect to the Wind Down Sales in an efficient and timely manner. Katten's historical and institutional knowledge obtained during its pre-conversion work with the Debtors cannot be replaced without expending significant time, money, and other resources. Forcing the Chapter 7 Trustee to retain new counsel, that would lack Katten's institutional knowledge, would waste critical estate resources and impede these Chapter 7 Cases and the efficient administration and liquidation of the estates. Given the foregoing, by the Application the Chapter 7 Trustee requests authority to retain Katten as special counsel under 11 U.S.C. § 327(e) so Katten may continue providing necessary legal services to the Chapter 7 Trustee.

6. The Chapter 7 Trustee has filed or intends to file applications to approve the retention of Porter Hedges LLP ("Porter Hedges") as her primary counsel and Troutman Pepper Locke LLP ("Troutman") as special counsel in connection with these Chapter 7 Cases. The services of Katten shall complement, and not duplicate, the services to be rendered by Porter Hedges and Troutman. In particular, Troutman is proposed special counsel with respect to accounts receivable monetization and Katten is proposed special counsel with respect to the monetization of all other classes of Wind Down Assets. Katten is mindful of the need to avoid duplication of services and appropriate procedures will be implemented to ensure that there is no such duplication.

7. Based on the foregoing, I believe that Katten is well-qualified and aptly able to represent the Chapter 7 Trustee in these Chapter 7 Cases in an efficient and cost-effective manner, and that the employment of Katten is in the best interests of the FBG Debtors' estates.

**Professional Compensation**

8. Katten shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Chapter 7 Cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and any other applicable procedures and orders of the Court. By filing the Application, the Chapter 7 Trustee has agreed to compensate Katten for the work performed on her behalf in the Chapter 7 Cases, subject to Court approval.

9. Katten and the Chapter 7 Trustee have not agreed to any variations from, or alternatives to, Katten's standard billing arrangements for this engagement. The hourly rates and corresponding rate structure Katten will use in these Chapter 7 Cases are the same as the hourly rates and corresponding rate structure that Katten used in the Chapter 11 Cases and uses in other bankruptcy cases, as well as in similar complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required.

10. Katten operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors.

11. Katten will charge the following hourly rates set forth in the table below for services rendered in these Chapter 7 Cases:

| Billing Category[4] | U.S. Range |
|---|---|
| Partner | $1,370 - $2,645 |
| Of Counsel | $1,220 - $2,310 |
| Counsel and Special Staff | $670 - $1,775 |
| Associate | $835 - $1,315 |
| Paralegal | $350 - $945 |

12. Katten's hourly rates are set at a level designed to compensate Katten fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses. Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions.[5] Katten will provide ten (10) business days' notice to the Chapter 7 Trustee and the U.S. Trustee in connection with any increase of Katten's hourly billing rates that are set forth in this Application.

13. Katten rendered independent legal services to the Debtors before the Conversion Date, using the hourly rates listed above and in the Giglio Declaration. Moreover, these hourly rates are consistent with the rates that Katten charges in other comparable bankruptcy cases, regardless of their locations. The rate structure provided by Katten is appropriate and not significantly different from (a) the rates that Katten charges for other similar types of

---

4 Although Katten does not anticipate using contract attorneys during these Chapter 7 Cases, in the unlikely event that it becomes necessary to use contract attorneys, Katten will not charge a markup to the Chapter 7 Trustee with respect to fees billed by such attorneys. Moreover, any contract attorneys or non-attorneys who are employed by the Chapter 7 Trustee in connection with work performed by Katten will be subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code. While the rate ranges provided for in this Application may change if an individual leaves or joins Katten, and if any such individual's billing rate falls outside the ranges disclosed above, Katten does not intend to update the ranges for such circumstances.

5 For example, like many of its peer law firms, Katten typically increases the hourly billing rate of attorneys and paraprofessionals once a year in the form of: (i) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion and (ii) periodic increases within each attorney's and paraprofessional's current level of seniority. The step increases do not constitute "rate increases" (as the term is used in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013). As set forth in the Proposed Order, Katten will provide ten business-days' notice to the Chapter 7 Trustee and the U.S. Trustee before implementing any periodic increases.

representations or (b) the rates that other comparable counsel would charge to do work substantially similar to the work Katten will perform in these Chapter 7 Cases.

14. It is Katten's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is also Katten's policy to charge its clients only the amount actually incurred by Katten in connection with such items. Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals, and lodging.

15. To ensure compliance with all applicable deadlines in these Chapter 7 Cases, from time-to-time Katten utilizes the services of overtime secretaries. In addition, Katten professionals also may charge their overtime meals and overtime transportation to the Chapter 7 Trustee consistent with prepetition practices.

16. Katten currently charges its clients $0.10 per page for standard black and white duplication and $0.25 per page for color duplication. Katten does not charge its clients for incoming facsimile transmissions. Computer-assisted legal research is used whenever the researcher determines that it is more cost effective than using other (non-computer assisted legal research) techniques. Katten will charge for these expenses in a manner and at rates consistent with charges made generally to its other clients, subject to the Bankruptcy Local Rules.

17. Pursuant to Bankruptcy Rule 2016(b), Katten has neither shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, associates, and contract attorneys associated with Katten or (b) any compensation another person or party has received or may receive.

18. Katten did not receive any payments from the Debtors in the 90 days prior to the Petition Date.

**Katten's Disclosure Procedures**

19. Katten has a large and diversified legal practice that encompasses the representation of, and representations adverse to, select individuals, funds, institutions, partnerships, limited liability companies, and corporations, some of which are or may consider themselves to be (or in the case of committees, the members may consider themselves to be) creditors or parties in interest in the Chapter 7 Cases, or otherwise to have interests in these Chapter 7 Cases.

20. In preparing this Declaration, I used a set of procedures developed by Katten to comply with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and any other applicable procedures and orders of the Court regarding the retention of professionals by estate fiduciaries under the Bankruptcy Code (the "Katten Disclosure Procedures"). Pursuant to the Katten Disclosure Procedures, I performed, or caused to be performed, the following actions to identify the parties relevant to this Declaration and to ascertain Katten's connection to such parties:

(a) Katten has conducted, and continues to conduct, research into its connections with the Debtors, their creditors, and other parties in interest in the Chapter 11 Cases and the Chapter 7 Cases. As part of this inquiry, Weil, Gotshal & Manges LLP, the Debtors' counsel in the Chapter 11 Cases, provided Katten with a list of names of individuals and entities that may be parties in interest in the Chapter 11 Cases and Porter Hedges LLP, proposed primary counsel to the Chapter 7 Trustee, provided Katten with a supplemental list of potential parties in interest (collectively, the "Potential Party List"), the categories of which are annexed hereto as **Schedule 1** (each a "Potential Party in Interest").

(b) Katten maintains a database containing the name of each current and former client, the name of the parties who are or were related or adverse to such current or former client, and the names of the Katten personnel who are or were responsible for current or former matters for such client for the last ten years (the "Database"). Katten maintains the Database to include additional entities that become related to current and former clients.

(c) Katten compared the names included in the Potential Party List to the names in the Database to identify any matches, determine whether such matches are current or former clients, and identify the Katten personnel responsible for such matters (the "Client Match List").

(d) Using information in the Database and by making specific inquiries of Katten personnel, an attorney working under my supervision and I verified that, except as disclosed herein, Katten does not represent any entity on the Client Match List in connection with the Chapter 11 Cases or the Chapter 7 Cases, or in any matter related to the Debtors. An attorney under my supervision and I then reviewed the Client Match List and deleted obvious name coincidences. The remaining client connections were compiled for purposes of preparing this Declaration. In particular, to the best of my knowledge, information, and belief, Katten represented within the last ten years or currently represents the entities identified on the schedule attached hereto as **Schedule 2** in matters unrelated to the Chapter 11 Cases, the Chapter 7 Cases, or to the Debtors.

(e) Katten employs screening procedures to identify Katten attorneys that represented parties on the Potential Party List in matters related to the Debtors but unrelated to the Chapter 11 Cases or Chapter 7 Cases, and related to other Potential Parties in Interest in connection with the Chapter 11 Cases or Chapter 7 Cases. If applicable, Katten attorneys that represent or previously represented: (i) parties on the Potential Party List in matters directly adverse to the Debtors but unrelated to the Chapter 11 Cases or Chapter 7 Cases; (ii) the Debtors in matters unrelated to the Chapter 11 Cases or the Chapter 7 Cases; or (iii) parties on the Potential Party List in matters related to the Chapter 11 Cases or the Chapter 7 Cases but not adverse to the Debtors (collectively, the "Screened Katten Attorneys") will not perform work in connection with Katten's representation of the Chapter 7 Trustee and will not have access to confidential information related to the representation. Katten's formal ethical screen provides sufficient safeguards and procedures to prevent imputation of conflicts by isolating the Screened Katten Attorneys and protecting confidential information. Under Katten's screening procedures, the following occurs when a wall is established: (1) notice goes out to the Screened Katten Attorneys informing them that they cannot work on, access, bill time, or discuss with anyone the matters from which they are walled; (2) notice goes out to all Katten personnel stating that the Screened Katten Attorneys are walled from the specific matters and that personnel must not assign any work to, share any records with or discuss any aspect, either verbally or via electronic means, with the Screened Katten Attorneys; (3) restricted stickers are being used to flag physical files belonging to each matter, further notifying all personnel of the wall in place; (4) the Screened Katten Attorneys are unable to access physical files in the records management system relating to the matters from

> which they are walled; (5) the Screened Katten Attorneys are unable to enter time on the matters from which they are walled; and (6) the Screened Katten Attorneys are unable to access electronic documents in the document management libraries from which they are walled.

21. As a matter of retention and disclosure policy, I will continue to apply the Katten Disclosure Procedures as additional information concerning entities having a connection to the Debtors is developed and will file appropriate supplemental disclosures with this Court, if warranted.

**Katten's Disclosable Connections with Parties in Interest**

22. To the best of my knowledge, information, and belief, neither Katten, nor any of its partners, counsel, or associates, has any connection to any Potential Party in Interest, except as described in this Declaration and the attached **Schedule 2**. Out of an abundance of caution, I am disclosing certain representations, which are not, to my understanding, disqualifying or problematic under either section 327(e) of the Bankruptcy Code or applicable standards of professional ethics.

23. During the Chapter 11 Cases, Katten represented Hilco in connection with the Debtors' engagement of Hilco as (i) appraiser pursuant to the *Order Authorizing Retention and Employment of Hilco Global as Appraisers for Debtors Effective as of October 7, 2025* [Docket No. 898]; and (ii) consultant pursuant to the Wind Down Order. Katten continues to represent Hilco in these Chapter 7 Cases with respect to its services under the Wind Down Order. Although Katten has determined its representation of Hilco does not create a conflict of interest, out of an abundance of caution, Katten has obtained a conflicts waiver from Hilco with respect to Katten's representation of the Chapter 7 Trustee. In the unlikely event litigation arises between the Chapter 7 Trustee and Hilco, Katten will not represent either party. Hilco and the Chapter 7 Trustee are

aligned in maximizing value of the FBG Debtors' estates and, therefore, Katten's representation of Hilco is not adverse to the FBG Debtors in the matters for which Katten is to be retained.

24. Certain Katten attorneys and paraprofessionals represent or represented TecAlliance, a contract counterparty of the Debtors in the Chapter 11 Cases. None of the Katten attorneys representing the Chapter 7 Trustee represented TecAlliance in the Chapter 11 Cases or will represent TecAlliance in the Chapter 7 Cases. Moreover, the Katten attorneys and paraprofessionals representing TecAlliance (i) have not represented Hilco in connection with the Chapter 11 Cases or Chapter 7 Cases; (ii) will not represent the Chapter 7 Trustee in the Chapter 7 Cases; and (iii) have been and will be Screened Katten Attorneys.

25. Prior to employment at Katten, one Katten attorney represented First Citizens Bank & Trust Company and certain of its affiliates and Pemberton in matters related to the Chapter 11 Cases. This Screened Katten Attorney (i) has not represented the Debtors or Hilco in connection with the Chapter 11 Cases; (ii) will not represent the Chapter 7 Trustee in the Chapter 7 Cases; and (iii) has been and will be a Screened Katten Attorney.

26. Any entities listed on **Schedule 1** that are part of client groups that represented more than one percent of Katten's revenue for fiscal year 2026 are identified as such on **Schedule 2**.

27. For the avoidance of doubt, Katten will not commence a cause of action in the Chapter 7 Cases against the entities identified herein or in **Schedule 2** attached hereto that are current clients of Katten unless Katten has an applicable waiver from such entity allowing Katten to commence such an action. To the extent that a waiver does not exist or is not obtained from such client and it is necessary for the Chapter 7 Trustee to commence an action against that client, the Chapter 7 Trustee will be represented in such particular matter by conflicts counsel.

28. From time to time, certain debt holders of the Debtors may be represented by Katten in connection with trading activity involving outstanding debt of the Debtors. To the extent Katten becomes aware of such representation through the Katten Disclosure Procedures, the Katten attorneys representing these debt holders would be Screened Katten Attorneys and would not perform work relating to Katten's representation of the Chapter 7 Trustee.

29. From time to time, Katten may represent certain parties with respect to derivatives products including finance-linked swap and deal-contingent transactions that could involve outstanding debt of the Debtors. To the extent Katten becomes aware of such representation through the Katten Disclosure Procedures, the Katten attorneys representing these entities would be Screened Katten Attorneys and would not perform work relating to Katten's representation of the Chapter 7 Trustee.

30. From time to time, Katten has referred work to other professionals retained in the Chapter 11 Cases or that may be retained in the Chapter 7 Cases. Likewise, certain such professionals have referred work to Katten.

31. Certain insurance companies pay the legal bills of Katten clients. Some of these insurance companies may be involved in these Chapter 7 Cases. None of these insurance companies, however, are Katten clients as a result of the fact that they pay legal fees on behalf of Katten clients.

32. It is possible that certain Katten attorneys or employees hold interests in mutual funds or other investment vehicles that may own interests in the Debtors.

33. Despite the efforts described above to identify and disclose Katten's connections with the Potential Party List, because Katten is an international firm with hundreds of attorneys in several offices worldwide, and because the Debtors consist of corporate enterprises with numerous

creditors and other relationships, I am unable to state with absolute certainty that every client representation or other connection has been disclosed.

34. Katten will review its Database periodically during the course of its engagement in these Chapter 7 Cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Katten will use reasonable efforts to identify such further developments and will file promptly a supplemental declaration, as required by Bankruptcy Rule 2014(a).

35. By reason of the foregoing, I believe Katten is eligible for employment and retention by the Chapter 7 Trustee pursuant to sections 327(e) and 328(a) of the Bankruptcy Code and the applicable Bankruptcy Rules and Bankruptcy Local Rules.

36. To the best of my knowledge, information, and belief formed after reasonable inquiry, Katten neither holds nor represents an interest adverse to the FBG Debtors or their estates with respect to the matters for which Katten is to be retained. Further, except as provided herein or **Schedule 2** attached hereto, to the best of my knowledge, information, and belief formed after reasonable inquiry: (a) Katten has no connection with the Debtors, their affiliates, their creditors, the U.S. Trustee, any person employed in the office of the U.S. Trustee, any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the Southern District of Texas, or any other entity with an actual or potential interest in the Chapter 7 Cases or their respective attorneys or accountants; (b) Katten was not a prepetition creditor, equity security holder, or insider of the Debtors; and (c) none of Katten's attorneys is or was, within two years of the Petition Date, a director, officer, or employee of the Debtors.

37. Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Katten does not hold or represent

an interest adverse to the FBG Debtors or their estates with respect to matters on which Katten is to be retained by the Chapter 7 Trustee and (b) Katten has no connection to the Debtors, their creditors, or other parties in interest, except as disclosed herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: October 5, 2026

*/s/ Cindi M. Giglio*
Cindi M. Giglio
Partner, Katten Muchin Rosenman LLP

**Schedule 1**

The following lists contain the names of reviewed entities as described more fully in the *Declaration of Cindi M. Giglio in Support of the Application of the Chapter 7 Trustee for Entry of an Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Special Counsel to the Chapter 7 Trustee Effective as of the Conversion Date* (the "Giglio Declaration").[1] Where the names of the entities reviewed are incomplete or ambiguous, the scope of the search was intentionally broad and inclusive, and Katten Muchin Rosenman LLP reviewed each entity in its records, as more fully described in the Giglio Declaration, matching the incomplete or ambiguous name.

| **Categories** |
|---|
| Debtors |
| Non-Debtor Subsidiaries of FBG and Viceroy |
| Bankruptcy Judges and Chambers Staff (Southern District of Texas) |
| Banks/Lender/UCC Lien Parties/Administrative Agents |
| Benefit Providers (Workers Compensation/Pension Plans/Third Party Administrators) |
| Claimant |
| Clerk of the Court |
| Company's Foreign Legal Counsel |
| Current and Former Directors, Managers, and Officers of the Debtors |
| Current Directors, Managers, and Officers of Non-Debtor Subsidiaries of FBG and Viceroy |
| Debtors' Ordinary Course Professionals |
| Debtors' Trade and Brand Names for the Last 8 Years |
| Debtors' Banks |
| Debtors' or Trustees' Professionals |
| Employee Unions |
| Equity Owners and Other Affiliates |
| Factoring Parties |
| Former Directors, Managers, and Officers of Non-Debtor Subsidiaries of FBG and Viceroy |
| Insurance Carriers and Surety Bond Providers |
| Known Affiliates - JV |
| Landlords and Parties to Leases |
| Litigation Counterparties/Notices |
| Official Committee of Unsecured Creditors—Members and Professionals |
| Ordinary Course Professionals |

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Giglio Declaration.

| |
|---|
| Other Lenders and Agents |
| Other Parties in Interest (Notices of Appearance/Equity Owner Professionals/Other Lender Professionals) |
| Other Secured Parties – Issuers of Letters of Credit/UCC Lien Search Results |
| Other Significant Creditors |
| Parties on Adversary Proceeding 25-03808 |
| Plan Objectors |
| Regulatory and Government (Federal, State, and Local) |
| Sale Parties |
| Senior Facilities Agents & Lenders |
| Senior Facilities, SPV Facilities, Factoring, and Supply Chain Financing Professionals |
| Significant Customers |
| Significant Vendors |
| SPV Facilities Agents & Lenders |
| Supply Chain Financing Parties |
| Top 30 Creditors (Excluding Insiders) |
| U.S. Attorney's Office (for the Southern District of Texas) |
| United States Trustee and Staff (for the Southern District of Texas) |
| Utilities (Providers/Brokers) |

## Potential Parties in Interest

**DEBTORS**

AIRTEX INDUSTRIES, LLC
AIRTEX PRODUCTS, LP
APC INTERMEDIATE HOLDINGS, LLC
APC PARENT, LLC
ASC INDUSTRIES, INC.
AUTOLITE OPERATIONS LLC
AVM EXPORT, INC.
BPI ACQUISITION COMPANY, LLC
BPI EC, LLC
BPI HOLDINGS INTERNATIONAL, LLC
BRAKE PARTS INC CHINA LLC
BRAKE PARTS INC INDIA LLC
BRAKE PARTS INC LLC
BROAD STREET FINANCIAL HOLDINGS, LLC
BROAD STREET FINANCIAL, LLC
CARDONE INDUSTRIES, INC.
CARNABY CAPITAL HOLDINGS, LLC
CARNABY CAPITAL, LLC
CARNABY FA HOLDINGS, LLC
CARNABY FA, LLC
CARNABY INVENTORY HOLDINGS II, LLC
CARNABY INVENTORY HOLDINGS III, LLC
CARNABY INVENTORY HOLDINGS IV, LLC
CARNABY INVENTORY II, LLC
CARNABY INVENTORY III, LLC
CARNABY INVENTORY IV, LLC
CARRAND COMPANIES, INC.
CARTER CARBURETOR HOLDINGS, LLC
CARTER CARBURETOR, LLC
CARTER FUEL EXPORT, INC.
CARTER FUEL SYSTEMS, LLC
CHAMPION LABORATORIES, INC.
CWD HOLDING, LLC
CWD INTERMEDIATE HOLDINGS I, LLC
CWD INTERMEDIATE HOLDINGS II, LLC
CWD, LLC
DALTON CORPORATION
DALTON CORPORATION, ASHLAND MANUFACTURING FACILITY
DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY
DALTON CORPORATION, STRYKER MACHINING FACILITY CO.
DALTON CORPORATION, WARSAW MANUFACTURING FACILITY
EAGLE CASTING HOLDINGS, LLC
EAGLE CASTING, LLC
EAGLE MACHINING, LLC
FIRST BRANDS GROUP HOLDINGS, LLC
FIRST BRANDS GROUP INTERMEDIATE, LLC
FIRST BRANDS GROUP, LLC
FRAM GROUP IP LLC
FRAM GROUP OPERATIONS LLC
FRAMAUTO HOLDINGS, LLC
FUEL FILTER TECHNOLOGIES, INC.
GLOBAL ASSETS GMBH
GLOBAL ASSETS LLC
GLOBAL LEASE ASSETS HOLDINGS, LLC
GLOBAL REMAN VENTURES, LLC
HEATHERTON HOLDINGS, LLC
HOPKINS ACQUISITION, INC.
HOPKINS MANUFACTURING CORPORATION
HORIZON EURO FINANCE LLC
HORIZON GLOBAL AMERICAS INC.
HORIZON GLOBAL COMPANY LLC
HORIZON GLOBAL CORPORATION
HORIZON INTERNATIONAL HOLDINGS LLC
IBI INTERNATIONAL HOLDING COMPANY, INC.
INTERNATIONAL BRAKE INDUSTRIES, INC.
JASPER ACQUISITION CORP.
JASPER RUBBER PRODUCTS, INC.
KTRI HOLDINGS, INC.
KTRI OFFSHORE HOLDINGS, LLC
LONGMAN ENTERPRISES, INC.
PATTERSON INVENTORY HOLDINGS, LLC
PATTERSON INVENTORY, LLC
PHNX ACQUISITION CORP.
PREMIER MARKETING GROUP, LLC
PYLON MANUFACTURING CORP.
PYLON SOUTH BEND, INC.
QUALIS AUTOMOTIVE, L.L.C.
QUALIS ENTERPRISES, LLC
QUALITOR ACQUISITION INC.
QUALITOR AUTOMOTIVE, LLC
QUALITOR SUBSIDIARY H, INC.
QUALITOR SUBSIDIARY S, INC.
QUALITOR, INC.
REMAN MANAGEMENT INTERNATIONAL LLC
SDC TX, LLC
SMART CHOICE, LLC
SPECIALTY PUMPS GROUP, INC.
STARLIGHT INVENTORY HOLDINGS I, LLC
STARLIGHT INVENTORY I, LLC
STRONGARM, LLC
TAE BRAKES, LLC
TAE CHINA HOLDINGS, INC.
TOLEDO MOLDING & DIE, LLC
TRANSPORTATION AFTERMARKET ENTERPRISE, LLC
TRICO HOLDING CORPORATION
TRICO PRODUCTS CORPORATION
TRICO TECHNOLOGIES CORPORATION
TRIDONEX USA LLC
UCI ACQUISITION HOLDINGS (NO. 4) LLC

UCI INTERNATIONAL HOLDINGS PARENT INC.
UCI INTERNATIONAL HOLDINGS, INC.
UCI INTERNATIONAL, LLC
UCI PENNSYLVANIA, INC.
UCI-AIRTEX HOLDINGS, INC.
UNITED COMPONENTS, LLC
UNIVERSAL AUTO FILTER LLC
VICEROY PRIVATE CAPITAL, LLC
VIPER ACQUISITION I, INC.
VIPER ACQUISITION, INC.
WALBRO LLC
WALBRO MIDCO LLC
WEM US CO

**NON-DEBTOR SUBSIDIARIES OF FBG AND VICEROY**

AH FORGINGS PROPRIETARY LIMITED
AIRTEX (TIANJIN) AUTO PARTS, INC.
AIRTEX PRODUCTS, S.A.
AIRTEX TIANJIN AUTO PARTS HOLDING COMPANY LIMITED
ALTILON DE MEXICO, SA DE CV
ASC (BEIJING) CONSULTING (HOLDINGS) COMPANY LIMITED
ASC (TIANJIN) AUTO PARTS INC.
ASC (TIANJIN) WATER PUMP CO., LTD.
ASC INTERNATIONAL INCORPORATED
ASC TIANJIN (HOLDINGS) COMPANY LIMITED
AUTO-ELECTRICOS DE MEXICO S.A.P.L. DE C.V.
AUTOPARTS HOLDINGS (LUXEMBOURG) I S.A.R.L.
AUTOPARTS HOLDINGS (LUXEMBOURG) S.A.R.L.
AZTEC CORPORATION
BPI BRAKE MANUFACTURING JUAREZ, S.A. DE C.V.
BPI BRAKING SYSTEMS (QINGDAO) CO., LTD.
BPI BRAKING SYSTEMS MEXICO, S.A. DE C.V.
BPI DISTRIBUTION MEXICO S.A. DE C.V.
BRAKE PARTS EUROPE GMBH
BRAKE PARTS HOLDINGS, INC.
BRAKE PARTS INC INVESTMENT LIMITED
BRAKE PARTS INC HONG KONG LIMITED
BRAKE PARTS INDIA PRIVATE LIMITED
BROAD STREET INVENTORY HOLDINGS, LLC
BROAD STREET INVENTORY, LLC
C.P. WITTER LIMITED
CARDONE DE MEXICO, S DE R.L. DE C.V.
CARDONE INDUSTRIES ULC
CARNABY CAPITAL GMBH
CARNABY CARGO HOLDINGS, LLC
CARNABY CARGO, LLC
CARNABY INVENTORY HOLDINGS I, LLC
CARNABY INVENTORY HOLDINGS V, LLC
CARNABY INVENTORY HOLDINGS VI, LLC
CARNABY INVENTORY I, LLC
CARNABY INVENTORY V, LLC
CARNABY INVENTORY VI, LLC
CEQUENT BERMUDA HOLDINGS LTD.
CEQUENT ELECTRICAL PRODUCTS DE MEXICO, S. DE R. L. DE C.V.
CEQUENT MEXICO HOLDINGS B.V.
CEQUENT NEDERLAND HOLDINGS B.V.
CEQUENT SALES COMPANY DE MÉXICO, S. DE R.L. DE C.V.
CEQUENT TOWING PRODUCTS OF CANADA LTD.
CEQUENT UK LIMITED
CHAMPION LABORATORIES (EUROPE) LIMITED
CHAMPION LABORATORIES TRADING (SHANGHAI) CO., LTD.
CI SUPPLY, LLC
CLOBAL CAPITAL GMBH
COFO – IBEX GMBH
COFO – PWK GMBH
COFO - RÄUCHLE GMBH
COFO MANUFACTURING A. S.
CRYSTA S.P.A.
DIEPERSDORF PLASTIC MANUFACTURING GMBH
FENVES ENGINEERED TECHNOLOGY PRIVATE LIMITED
FHG AUTOMOTIVES & FORGINGS PRIVATE LIMITED
FILTROS CHAMPION LABORATORIES, S. DE R.L. DE C.V.
FILTROS CHAMPION SALES DE MEXICO, S. DE R.L. DE C.V.
FMP AUTOMOTIVE (MALAYSIA) SDN BHD.
FMP DISTRIBUTION CO., LTD.
FMP GROUP (AUSTRALIA) PTY LIMITED
FMP GROUP (THAILAND) LTD.
FMP GROUP AUSTRALIA HOLDINGS PTY LTD
FMP GROUP HOLDINGS 1 (THAILAND) LTD.
FMP GROUP HOLDINGS 2 (THAILAND) LTD
FMP GROUP PTY LIMITED
FOX ACQUISITION COMPANY PTY. LTD.
FRAM DE ARGENTINA S.A.U.
FRAM DO BRASIL INDÚSTRIA DE FILTROS LTDA.
FRAM FILTRATION OPERATIONS MEXICO, S.A. DE C.V.
FRAM GROUP (CANADA) INC.
FRAM GROUP HOLDINGS MEXICO, S.A. DE C.V.
FRAM GROUP OPERATIONS MEXICALI, S.A. DE C.V.

FRAM GROUP OPERATIONS MEXICO CITY, S.A. DE C.V.
FRAM GROUP SERVICES MEXICO S.A., DE C.V.
FRAM GROUP TRADING (SHANGHAI) CO., LTD.
FRAMAUTO INTERNATIONAL HOLDINGS, INC.
GENEVA TOOL SOLUTIONS LLC
GLOBAL LEASE ASSETS HOLDINGS, LLC
GLOBAL LEASE ASSETS, LLC
GLOBAL TECHNOLOGIES PARTNERS, LLC
GLOBAL TECHNOLOGIES S.A.R.L.
GOC AUTOMOTIVE MALAYSIA SDN. BHD.
HENRICHS BETEILIGUNGSGESELLSCHAFT MBH
HOPKINS CANADA, INC.
HOPKINS MANUFACTURING DE MEXICO S. DE R.L. DE CV
HORIZON GLOBAL (SHANGHAI) TRADING CO. LTD.
HORIZON GLOBAL (SOUTH AFRICA) (PTY) LTD
HORIZON GLOBAL DIGITAL LIMITED
HORIZON GLOBAL EUROPEAN HOLDINGS LIMITED
HORIZON GLOBAL GERMANY GMBH
HORIZON GLOBAL HONG KONG HOLDINGS LIMITED
HORIZON GLOBAL SOURCING OPERATIONS AND INNOVATION CENTER INDIA PVT LTD
HZ LUX HOLDINGS S.A.R.L.
HZ LUX S.A.R.L
HZN SOURCING OY
IBI AUTO COMPONENTS (SHANGHAI) CO., LTD.
IBI LATIN AMERICA, S DE RL DE CV
KOVIL OY
LIBERTY I B.V.
LIBERTY II B.V.
LINDEN PLASTIC MANUFACTURING GMBH
LINDEN S.R.O.
LONGKOU HAIMENG MACHINERY CO., LTD.
LUMILEDS ILUMINAÇÃO BRASIL LTDA.
LUMILEDS INDIA PRIVATE LTD.
LUMILEDS ITALY SRL
LUMILEDS JAPAN GK
LUMILEDS KOREA LTD.
LUMILEDS LUXEON DE IBERIA, SL
LUMILEDS POLAND SA
LUMILEDS TAIWAN CO. LTD.
LUMILEDS TECHNOLOGY (HUBEI) CO., LTD.
MAYFAIR ENTERPRISES, LLC
MAYFAIR INVENTORY HOLDINGS, LLC
MAYFAIR INVENTORY, LLC
MONOFLEX NORDIC AB
NEW NETHERLANDS LAMPSCO
NOVARES CORPORATION US INC
NOVARES GROUP S.A.S
NOVARES INTERMEDIATE HOLDINGS INC
NOVARES MEXICO A LLC
NOVARES MEXICO B LLC
NOVARES MEXICO EC DIFFUSION S DE RL DE CV
NOVARES MEXICO ENGINE COMPONENTS S DE RL DE CV
NOVARES MEXICO NORTH SRL DE CV
NOVARES MEXICO SA DE CV
NOVARES US ENGINE COMPONENTS, INC
NOVARES US LLC
NOVASTAR BRANDS GROUP, LLC
PLASTICS GERMANY 1 GMBH
PYLON AUTOMOTIVE MEXICO S DE RL DE CV
QUALITOR AUTOMOTIVE TRADING (SHANGHAI) CO., LTD
QUALITOR AUTOMOTIVE UK LTD.
S.I.A.R.R. SAS
S.I.A.R.R. SAS
SC COLLATERAL FINANCE, LLC
SECURUS INSURANCE, LLC
SHANGHAI BPI TRADING CO., LTD
SHINE ACQUISITION CO., LLC
SMK PLASTIC MANUFACTURING GMBH
SPARTACUS SHIPPING CO LLC
SPARTACUS SHIPPING LLC
STARLIGHT INVENTORY HOLDINGS II, LLC
STARLIGHT INVENTORY HOLDINGS III, LLC
STARLIGHT INVENTORY II, LLC
STARLIGHT INVENTORY III, LLC
STRATEGIC GLOBAL CO LLC
SUBENSAMBLES INTERNACIONALES, S. DE R.L. DE C.V
TALLERES MECANICOS MONTSERRAT, S.A. DE C.V.
TELJS B.V.
TELJS HOLDING B.V.
TERWA HOLDING B.V.
TERWA INNOVATION B.V.
TMD INTERNATIONAL HOLDINGS LLC
TMD MEXICO LLC
TOLEDO MOLDING DE MEXICO SRL DE CV CELAYA
TRICO ANCO DISTRIBUCION DE MEXICO S. DE R.L. DE C.V
TRICO AUTOMOTIVE SYSTEMS (SUZHOU), LTD.
TRICO BELGIUM S.A.
TRICO COMPONENTES, S.A. DE C.V.
TRICO DISTRIBUIDORA S.A. DE C.V.
TRICO INVESTMENTS CORPORATION
TRICO ITALY S.R.L.

TRICO LATINAMERICANA S.A.
TRICO LATINAMERICANA DO BRASIL, LTDA.
TRICO LIMITED
TRICO PRODUCTS PTY. LTD.
TRICO SUZHOU INVESTMENTS LIMITED
TRICO WIPERS PLOIESTI S. R. L.
TRIDONEX, S DE R.L. DE C.V.
TULIP TRANSPORTATION LLC
UCI (BEIJING) CONSULTING COMPANY LTD.
ULTINON MOTION (THAILAND) CO., LTD.
ULTINON MOTION COMMERCIAL CANADA INC.
ULTINON MOTION COMMERCIAL FRANCE
ULTINON MOTION DELAWARE LLC
ULTINON MOTION GERMANY GMBH
ULTINON MOTION HOLDING BV
ULTINON MOTION HONG KONG CO. LIMITED
ULTINON MOTION NETHERLANDS B.V.
ULTINON MOTION SWEDEN AB
ULTINON MOTION US HOLDCO, INC.
VCAA HOLDINGS, LLC
VCAA, LLC
VICEROY LOGISTICS LLC
VICEROY TRANSPORTATION LLC
WALBRO (THAILAND) CO. LTD.
WALBRO (TIANJIN) INDUSTRIES CO. LTD.
WALBRO CO., LTD.
WALBRO FUEL SYSTEMS AND TECHNOLOGY (THAILAND) CO., LTD.
WALBRO INTERNATIONAL HOLDING B.V.
WALBRO ITALY S.R.L.
WALBRO LOS MOCHIS S. DE R.L. DE C.V.
WALBRO SUISSE GROUP GMBH
WEM NEWCO, LLC (MERGED INTO CARTER CARBURETOR LLC)
WESTFALIA NORDIC AB
WESTFALIA-AUTOMOTIVE BETEILIGUNGSGESELLSCHAFT MBH
WESTFALIA-AUTOMOTIVE DENMARK APS
WESTFALIA-AUTOMOTIVE GMBH
WESTFALIA-AUTOMOTIVE HOLDING GMBH
WESTFALIA-AUTOMOTIVE ITALIA S.R.L.
WESTFALIA-AUTOMOTIVE POLSKA SP. ZO.O
WINNING PLASTICS A.S.
WITTER BRASOV SRL

**BANKRUPTCY JUDGES AND CHAMBERS STAFF (SOUTHERN DISTRICT OF TEXAS)**

AARON JACKSON
AKEITA HOUSE
ANA CASTRO
CHIEF JUDGE EDUARDO V. RODRIGUEZ
JEANNIE CHAVEZ
JUDGE ALFREDO R PÉREZ
JUDGE CHRISTOPHER M. LOPEZ
JUDGE JEFFREY P. NORMAN
JUDGE MARVIN ISGUR
ROSARIO SALDANA
SHANNON HOLDEN
SIERRA THOMAS-ANDERSON
TRACEY CONRAD
TYLER LAWS
YESENIA LILA
ZILDE MARTINEZ

**BANKS/LENDER/UCC LIEN PARTIES/ADMINISTRATIVE AGENTS**

CARVAL CONTINGENT CREDIT FUND LP
CARVAL GCF MASTER FUND I LP
CVI AA MASTER FUND I LP
CVI AV MASTER FUND I LP
CVI CSF MASTER FUND I LP
CVI CVF V POOLING FUND I LP
CVI EMCOF US, LLC
EVOLUTION CREDIT OPPORTUNITY MASTER FUND III-B, LP
EVOLUTION CREDIT PARTNERS TRADE FINANCE MASTER L.P. (AS SUCCESSOR IN INTEREST TO EVOLUTION CREDIT PARTNERS TRADE FINANCE L.P.)
GLAS TRUST COMPANY LLC
LENDINGCLUB BANK, NATIONAL ASSOCIATION
ONSET FINANCIAL, INC.
PATHWARD, NATIONAL ASSOCIATION
UMB BANK, N.A

**BENEFIT PROVIDERS (WORKERS COMPENSATION/PENSION PLANS/THIRD PARTY ADMINISTRATORS)**

AETNA INC.
ANTHEM BLUE CROSS BLUE SHIELD ASSOCIATION
ARCHIVE HEALTH LLC
BLUE CROSS BLUE SHIELD
CENTRAL STATES PENSION FUND
CONSOCIATE HEALTH
DELTA DENTAL
EMPOWER ANNUITY INSURANCE COMPANY OF AMERICA
VSP VISION

**CLAIMANT**

528649 ONTARIO LIMITED
618 SUPPLY LLC
828 LOGISTICS LLC
A-1 AUTOMOTIVE CORE SUPPLIER CO., INC

ACCRUENT, LLC
ACTION SALES + MARKETING
AEGIS COMPONENTS INC.
AEQUUM CAPITAL FINANCIAL II LLC
AIRBOSS RUBBER COMPOUNDING (NC), LLC
AIRGAS USA, LLC
AIRPARTS COMPANY, INC.
AIRTECH LLC, DBA AIR TECHNOLOGIES
AJW PARTS BROKER LLC
AKROMOLD (GODERICH) LIMITED
ALDER WOOD, LLC
ALLIANCE PARTS WAREHOUSE, LLC
AMAZON ADVERTISING LLC
ANHUI GUANRUN AUTOMOBILE STEERING SYSTEM CO., LTD
ANHUI PHOENIX FILTER CO., LTD
ANHUI TOSO IMPORT AND EXPORT TRADING CO.,LTD.
ANJI ZHITONG HARDWARE CO., LTD
ARCHEY, JANETTE NICOLE
ARCHIVE HEALTH, LLC
ARIZONA DEPARTMENT OF REVENUE
ARMSTRONG TRANSPORT GROUP
ARROW ELECTRONICS, INC.
ASAHI KASEI PLASTICS MEXICO
ATLANTIC TOOLING AND FABRICATING
ATM CARRIERS LLC
AUTOMOTIVE PARTS SERVICE GROUP LLC
AVNET INC.
B&C ENTERPRISES, INC.
B&G INTERNATIONAL PRODUCTS INC.
BASF CORPORATION
BELL EXPRESS LOGISTICS
BEST UNISON INTERNATIONAL LIMITED
BESTER, DAMITA RENEE
BINATIONAL INDUSTRIAL SERVICES, LLC
BOHAC, MELISSA
BOSHI INDUSTRIES LIMITED
BPP CANNONBALL PARK A LP
BPS CORES INC
BRANTSANDPATENTS BV
BREHOB CORPORATION
BROWNSVILLE INDEPENDENT SCHOOL DISTRICT
BROWNSVILLE PUBLIC UTILITIES BOARD
BRYSON, JAMES LAWSON
BUCKHORN INC.
BUENO, MICHAEL
BUFFALO CORE SUPPLY
BURNS, PATRICK BRIAN
C.E. CONOVER & CO., INC.
CAB ASSIGNEE OF DONGGUAN RETOP FILTER MATERIAL CO LTD
CAB ASSIGNEE OF WEBCOR PACKAGING CORPORATION
CAB ASSIGNEE OF ZHENJIANG FINEWORLD AUTOMOTIVE TECHNOLOGY CO LTD
CAMACHO, CESAR
CAMERON COUNTY
CANON FINANCIAL SERVICES, INC.
CARRDAN CORPORATION
CASEY, SHARON
CEQUENT NEDERLAND HOLDINGS B.V.
CHAIRS, CORDNEY DEON
CHIN PECH CO., LTD.
CHINA-BASE NINGBO TRADE CO, LTD
CITY OF BOWLING GREEN OHIO MUNICIPAL UTILITIES
CITY OF LOGANSPORT
CIXI CIFT CONTROL CABLES CO., LTD
CIXI XINXIN PLUSH DRESS CO., LTD.
CLINE, STEVEN TYLER
COBBINS, ANTONIO C
COLE TRANSPORTATION INC, DBA COVAR TRANSPORTATION
COMMERCE.COM US, INC.
COMMONWEALTH OF PA-UCTS
COMPTROLLER OF MARYLAND
COMPUTADORAS MEGACENTRO
CONSILIO LLC
CONSOLIDATED ELECTRICAL DISTRIBUTORS INC
CONSOLIDATED METALS, INC.
CONSUMERS ENERGY COMPANY
COPPER HILL INC.
CORTES ALTAMIRANO, ADRIANA DANIELA
COSTCO WHOLESALE CORPORATION
COUNTRY A'S PALLET
COUNTY OF DUBOIS
CROWN CREDIT COMPANY
CROWN EQUIPMENT CORPORATION
DAKOTA FINANCIAL, DBA HAULPAY
DARKE COUNTY TREASURER
DAVILA, JUAN ANTONIO
DE LAGE LANDEN FINANCIAL SERVICES, INC.
DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE
DEPATIE FLUID POWER CO.
DERBY FABRICATING SOLUTIONS LLC
DNV BUSINESS ASSURANCE USA INC
DOCUSIGN
DOMINION ENERGY SOUTH CAROLINA
DONGGUAN ANCHI AUTO PARTS CO LTD
DURHAM BDR LLC
EAST WEST MANUFACTURING, LLC
EATON
ECP CREDIT STRATEGIES - A OFFSHORE HOLDINGS, L.P.
EDITORIAL E IMPRESOS COATLICUE
EDWARDS COUNTY COLLECTOR

ELHC VIII LLC
EMINENT PALACE INTERNATIONAL LIMITED
EMMETEC S.R.L.
EMPAQUES RIO GRANDE SA DE CV
EMPLOYMENT DEVELOPMENT DEPARTMENT
ENERGIZER AUTO
ENNVEE TECHNOGROUP, INC
ESTAMPADOS MONTERREY, SA DE CV
EULER HERMES AGENT FOR B&G INTERNATIONAL PRODUCTS INC.
EULER HERMES AGENT FOR KW PLASTICS
EULER HERMES AGENT FOR LOUIS PADNOS IRON AND METAL COMPANY
EULER HERMES AGENT FOR SPRAY PRODUCTS CORPORATION
EVEREST TRANSPORTATION SYSTEMS LLC
EVOLUTION CREDIT OPPORTUNITY MASTER FUND II-B, L.P.
EVOLUTION CREDIT PARTNERS TRADE FINANCE MASTER, L.P.
EXOTRAC LLC DBA E-Z TRACE LLC
EXPORT DEVELOPMENT CANADA
FACILITIES MAINTENANCE GROUP
FASANARA SECURITIZATION S.A. ACTING IN RESPECT OF ITS COMPARTMENT BW
FAYETTEVILLE PUBLIC UTILITIES
FEDEX LOGISTICS INC
FILTROS ACULCO
FINDLAY PLUMBING & HEATING INC.
FLORES ANDAVERDE, ISMAEL
FLORIDA DEPARTMENT OF REVENUE
FLUID CONCEPTS, INC.
FOSHAN CHIMING TECHNOLOGY CO.,LTD
FOSHAN YONGHEXIN RUBBER TECHNOLOGY CO., LTD. (FOSHAN SHUNDE HUANRUN IMPORT AND EXPORT CO., LTD.)
FOUTS, JOSHUA
FOX ROTHSCHILD LLP
FRANCHISE TAX BOARD
FREEPOINT ENERGY SOLUTIONS LLC
FREUDENBERG-NOK GENERAL PARTNERSHIP
FU, TRACY
FUCHS LUBRICANTS CO.
FUTURE ELECTRONICS
FUZE LOGISTICS SERVICES INC.
GAI, KENNETH
GANTT-THOMAS & ASSOCIATES
GILES, JOSEPH
GLAS TRUST COMPANY LLC
GOFORTH, LORI
GREEN BAY PACKAGING INC
GS FINANCIAL NETWORK INC.
GUIYANG SABOMAN TECHNOLOGY DEVELOPMENT CO., LTD.
H&O DIE SUPPLY, INC.
HACKETT, SHEMCHO LASHAWN
HARBOR INDUSTRIAL CORP.
HC ORIENTAL LIGHTING CO., LIMITED
HEBEI YUETONG TEXTILES CO., LTD.
HENKEL CORPORATION
HERNANDEZ ESPINOSA, LORENZO
HERNANDEZ, MARÍA GUADALUPE DE LA ROSA
HEYUAN KOSHEN INSULATOR CO.,LTD
HIDALGO COUNTY
HK ELECTRIC
HK SHENGLIAN CAR FITTING LIMITED
HKC SALES LIMITED
HURON INC.
IFG NORTH AMERICA, LLC TRADING AS THE INTERFACE FINANCIAL GROUP
IMPRESOS RTM SA DE CV
INDCRAFT EXPORTS
INDIANA AMERICAN WATER
INDIANA DEPARTMENT OF REVENUE
INDUCONTROL, SA DE CV
INDUSTRIAL SUPPLEMENTS CNC LLC
INFORMATION PROFESSIONALS INC.
INFUSION FREIGHT SERVICES LLC
INJECTEC, INC.
INNOVATIVE ENGINEERED SOLUTIONS OF MINSTER, LLC
INSIGHT DIRECT USA, INC.
INTACT INSURANCE
INTEGRATED MICRO-ELECTRONICS, INC.
INTERNATIONAL ALL PART MASTERS LLC
INTERNATIONAL CHEMICAL COMPANY
IOWA DEPARTMENT OF REVENUE
IP VIII 185TH STREET, LLC
IP XXII 193 STREET, LLC
ISLEY, TAMMY JEAN
ITW DYNATEC
J & D CORE SUPPLY INC.
JHJ INTERNATIONAL TRANSPORTATION CO., LTD. QINGDAO BRANCH
JNP SOFTWARE INTERNATIONAL INC
JUSTICE LAW CORPORATION
JYUH FU INDUSTRIES CORPORATION
KABS PACKAGING LLC
KAM KIU (HONG KONG) LIMITED
KB COMPONENTS PLACELL AB
KD BUYER LLC
KELLY, JORDAN SHAY RYAN
KEUANKAEW, BUNSEE
KEY PACKAGING CO, INC.
KEYSTONE AUTOMOTIVE OPERATIONS, INC.
KIM SUPPLY CO. INC.
KING CHO MACHINERY INDUSTRIAL CO., LTD.
KING, STEPHEN
KINGSBRIDGE HOLDINGS, LLC

KIRBY RISK CORPORATION
KITKAT (IL) LLC
KUNSHAN SUNTECH TOOLING CO LTD
KUNSHAN YUKAI HARDWARE SPRING CO., LTD
LAM TFG I SPV LLC
LAZER SPOT INC., DBA LAZER LOGISTICS
LESHA (THAILAND) CO., LTD.
LEWIS SPRING AND MFG. COMPANY
LIBERTY LABELS LLC D/B/A LIBERTY LABELS
LINDE GAS & EQUIPMENT INC.
LOCKER, EVA MIRANDA
LOERA CUSTOMS BROKERAGE, INC.
LOUISIANA WORKS FORMERLY LOUISIANA WORKFORCE COMMISSION
LOVE'S SOLUTIONS LLC C/O TRAMUC BROKERAGE LLC
LUCKY, CHRIS
MACHINERY + PLANNING INC
MACOMB COUNTY TREASURER'S OFFICE ATTN: LAWRENCE ROCCA, TREASURER
MAJOR MOVES HOTSHOT LLC
MAKSTEEL HOLDINGS ULC
MARBACH AMERICA INC.
MARELLI EUROPE SPA
MARLETTE ROOFING & SHEET METAL CO.
MARSHALL ASSOCIATES, INC.
MASSACHUSETTS DEPARTMENT OF REVENUE: BANKRUPTCY UNIT
MASSACHUSETTS DEPT. OF UNEMPLOYMENT ASSISTANCE
MATHIAS, ROBERT
MAXINFO GROUP CORPORATION
MCMASTER-CARR SUPPLY CO
MCMINN III, JAMES ROBERT
MENDIETA, VICTOR MANUEL
MENTOR GMBH & CO. PRAEZISIONS-BAUTEILE KG
MERCHANTS SECURITY SYSTEMS INC
MERCURY PROMOTIONS AND FULFILLMENT
MEXECOLOGY, INC
MIDWEST KNIFE GRINDING, INC.
MIDWEST SECURITY SOLUTIONS
MILKOVICH, EILEEN HENNESSY
MISCIO CONSULTING LLC
MOODY'S RATINGS
MOORE PALLET LLC
MOTOR PARTS GROUP LLC
MOUNTAIN VALLEY EXPRESS, LLC
MSC INDUSTRIAL SUPPLY
MUANG, PETER THANG SIAN
MVT LOGISTICS, LLC
NANPI COUNTY WEIDA HARDWARE MANUFACTURING CO., LTD.
NATIONAL LABOR RELATIONS BOARD
NICHOLS PORTLAND, INC.
NINGBO CITY FRESH TECHNOLOGY CO., LTD.
NINGBO DAIKO AUTO PARTS CO LTD
NINGBO GOLDY INTERNATIONAL TRADE CO., LTD
NINGBO GOLDY INTERNATIONAL TRADE CO., LTD.
NINGBO LIPINGE MACHINE INDUSTRY CO., LTD.
NINGBO LISAN STAINLESS STEEL PRODUCTS CO.,LTD
NINGBO SKYWARD AUTO PARTS CO., LTD
NINGBO WANDE TOOLS INDUSTRIAL CO., LTD.
NINGBO XIANLONG AUTOMOBILE FITTINGS CO., LTD
NINGHAI ZHONGJIE BRUSH CO., LTD.
NJ DEPT. OF LABOR, DIV. EMPLOYER ACCOUNTS
NM TAXATION & REVENUE DEPARTMENT
NORDSON CORPORATION
NORTHERN INDIANA PUBLIC SERVICE COMPANY
NORTHERN PRECISION INC.
NORTHWEST BUSINESS SERVICES LLC
NOVA PACIFIC, INC
NP WHITAKER AVE. INDUSTRIAL, LLC
NPD TECHNOLOGIES INC.
OAK HARBOR FREIGHT LINES
ODEL INNOVATORS SERVICES
OHIO BUREAU OF WORKERS' COMPENSATION
OHIO DEPARTMENT OF TAXATION
OHIO TRANSMISSION LLC, DBA OTP INDUSTRIAL SOLUTIONS; OTC INDUSTRIAL TECHNOLOGIES
OLIVER CARBIDE PRODUCTS
OMANS, TIFFANY LOUISE
ORBIAN CORP. AND ORBIAN FINANCIAL SERVICES XXVI LLC
OREGON DEPARTMENT OF REVENUE
ORNELAS CONSTRUCTION
OSCO INC.
PHILLIPS JR, BILLY RAY
PHILPOTT, ROBERT
PIONEER INDUSTRIAL CORPORATION
PLASTIC OMNIUM AUTO INERGY (USA) LLC
PNG LOGISTICS CO., LLC
POLIMEROS Y DERIVADOS S.A. DE C.V.
PREMIER INDUSTRIAL MACHINE, LLC
PROTECH POWDER COATINGS INC
PROTRANS
PSKB, INC.
PUBLIPAK SA DE CV
QI AUTOMOTIVE CO LTD
QINGDAO CARFLEX AUTO PARTS CO., LTD.

QINGDAO KEMEI TRAILER CO., LTD
QUALITY BOLCA SA DE CV
QUALITY PARTS SUPPLY
QUANXING MACHINING GROUP CO LTD
R & L CREATIONS LTD.
RARE IMPORT-EXPORT LLC
REED SMITH, LLP
RELEX LOGISTICS INC
REXFORD INDUSTRIAL - 14421 BONELLI, LLC
RHODE ISLAND DIVISION OF TAXATION
RIO BRAVO INTERNATIONAL SERVICES INC
RIVER BEND HOSE SPECIALTY INC.
RMO MSF PTY LTD ATF MUIRHEAD FAMILY SUPERANNUATION FUND
ROTO-GRAPHIC PRINTING, INC.
R-PAC SOLUCIONES TEXTILES S. DE R.L. DE C.V.
RR DONNELLEY & SONS COMPANY
RR MULTISERVICES LLC
RS MARKETING SALES.COM LLC
RYDER INTEGRATED LOGISTICS, INC
S.I.D.E.E.
SAJONES CO. LTD
SANYCO INDUSTRIES LTD.
SAP AMERICA, INC.
SEYFARTH SHAW LLP
SEYFERTH BLUMENTHAL & HARRIS LLC
SHANDONG XINYI AUTO PARTS MANUFACTURING CO., LTD.
SHANGHAI ACMA PLASTICS CO., LTD
SHANGHAI SWEET AUTO PARTS CO LTD
SHENZHEN HUAYISHENG MOULD CO., LTD
SHENZHEN TIMEAST CHENG PRECISION INDUSTRY CO.,LTD.
SHIN YUH CHERNG INDUSTRIAL CO., LTD.
SHIN-ETSU POLYMER AMERICA, INC.
SHORT RUN STAMPING COMPANY
SHUCHI FRICTION ADDITIVES PRIVATE LIMITED
SI EMPAQUES REYNOSA SA DE CV
SINDICATO NACIONAL INDEPENDIENTE DE TRABAJADORES DE INDUSTRIAS Y DE SERVICIOS MOVIMIENTO 20/32
SKILLWORK LLC
SMARTESTENERGY US LLC
SMURFIT KAPPA NORTH AMERICA LLC AND AFFILIATES
SOUTHERN CALIFORNIA CARBIDE
ST. JOSEPH WATER & ICE CORP.
STA INTERNATIONAL
STATE OF MICHIGAN, UNEMPLOYMENT INSURANCE AGENCY, TAX OFFICE
STATE OF MINNESOTA DEPARTMENT OF REVENUE
STATE OF NEW JERSEY-DIVISION OF TAXATION BANKRUPTCY UNIT
STEEL WAREHOUSE MEXICO, S. DE R.L. DE C.V.
STOLLE MACHINERY COMPANY, LLC
STOVER, BONNIE
STRATTEC POWER ACCESS, LLC
STRATTON, CHRISTOPHER
SUPPLY CHAIN INVESTMENTS LLC
SUZHOU BRAKE AUTO PARTS TRADING CO., LTD.
SYNTAX
TAAP, LLC
TACOM AUTO PARTS CO., LTD
TAI THAI RUBBER CO., LTD
TANAWORKS AUTOMOTIVE, INC.
TEKLIN INC
TENNESSEE DEPARTMENT OF REVENUE
TERRA WORLDWIDE LOGISTICS LLC D/B/A AMERICAN GLOBAL LOGISTICS
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
THANG, MANG SIAN
THE BLUEBIRD GROUP, LLC
THE NUGENT SAND COMPANY, INC.
THE OSLO NEVADA TRUST BARRY D. RUDOLPH
THE ROBERT D. STEWART COMPANY D/B/A THE STEWART COMPANY
THE SERVANTS INC.
THOMPSON BROS SUPPLIES INC
THREAD BANK
TIERNEY INDUSTRIAL WAREHOUSE INC.
TITAN ENTERPRISES OPCO INC., DBA TRP LABORATORIES
TITANIUM AMERICAN LOGISTICS, INC.
TN DEPT OF LABOR - BUREAU OF UNEMPLOYMENT INSURANCE
TOLEDO MOLDING & DIE
TONG CHIEH TRADING CO., LTD
TOTAL QUALITY LOGISTICS, LLC
TOYOTA INDUSTRIES COMMERCIAL FINANCE INC.
TRANSFORM SR BRANDS MANAGEMENT LLC
TRI COUNTY TARP, LLC
TRIMECH ENTERPRISE SOLUTIONS FORMERLY ADAPTIVE CORPORATION
U.S. BANK NATIONAL ASSOCIATION
U.S. TELEPACIFIC CORP
UMB BANK, N.A.
UNILOY, INC.
USA DEBT RECOVERY SOLUTIONS INC. ASSIGNEE OF NINGBO SANZO IMPORT AND EXPORT CO., LTD.
USA DEBT RECOVERY SOLUTIONS INC. ASSIGNEE OF YANTAI STAMPING AUTO PARTS CO., LTD

USA DEBT RECOVERY SOLUTIONS INC. ASSIGNEE OF YUHUAN JIANGHONG MACHINERY CO., LTD.
USA DEBT RECOVERY SOLUTIONS INC. ASSIGNEE OF YUHUAN WEIYU AUTOMOBILE PARTS CO., LTD
USA DEBT RECOVERY SOLUTIONS, INC., ASSIGNEE OF SHUYANG SULIN IMPORT & EXPORT CO.,LTD
USA DEBT RECOVERY SOLUTIONS, INC., ASSIGNEE OF ZHEJIANG REAL SHIELD FILTRATION TECHNOLOGY CO., LTD.
USA DEBT RECOVERY SOLUTIONS, INC., ASSIGNEE OF BRAKE PARTS INC LLC
USA DEBT RECOVERY SOLUTIONS, INC. ASSIGNEE OF CIXI CIFT CONTROL CABLES CO., LTD
VESTIS SERVICE, LLC FKA ARAMARK UNIFORM & CAREER APPAREL, LLC
WARREN SCREW PRODUCTS, INC
WEBBING PRODUCTS PTY LTD
WEBER, CARLETON JAMES
WEICHAI TORCH TECHNOLOGY CO., LTD.
WEIFANG HENGTAI AUTO PARTS CO.,LTD
WELLS FARGO VENDOR FINANCIAL SERVICES, LLC
WELLSPAN OCCUPATIONAL HEALTH
WENZHOU DONGQI AUTO PARTS MANUFACTURE CO.,LTD.
WENZHOU HOYA IMPORT AND EXPORT
WENZHOU LIBANG ENTERPRISE CO., LTD
WENZHOU TOPWEST IMPORT AND EXPORT CO., LTD
WESTAFLEX TUBOS FLEXIVEIS LTDA
WESTERN INDUSTRIES PLASTIC PRODUCTS LLC
WESTROCK CONVERTING LLC AND AFFILIATES
WHIBCO OF NEW JERSEY INC.
WILLIAMSON PRINTING
WJ BAKER COMPANY
WOOD LANE INDUSTRIES
WORLDWIDE TRADE PARTNERS LLC
WUXI BAISLY TEXTILE CO., LTD.
WUXI HUAFENG CAR AND MOTOR FITTINGS CO., LTD.
YANTAI STAMPING AUTO PARTS CO., LTD.
YODER LUMBER LLC
YUHUAN WEIYU AUTOMOBILE PARTS CO., LTD.
ZHANGJIAGANG SUNNY METAL CO., LTD
ZHEJIANG JINHUI MACHINE CO LTD
ZHEJIANG KAITUO ELECTRONICS CO., LTD
ZHEJIANG NEW SORL AUTO PARTS CO., LTD
ZHEJIANG ODM TRANSMISSION TECHNOLOGY CO., LTD
ZHEJIANG REAL SHIELD FILTRATION TECHNOLOGY CO., LTD.
ZHEJIANG XINSHENG ALUMINUM TECHNOLOGY CO., LTD
ZHENJIANG SUN-HONEST TUBE MANUFACTURING CO., LTD

**CLERK OF THE COURT**

DARLENE HANSEN
NATHAN OCHSNER

**COMPANY'S FOREIGN LEGAL COUNSEL**

ENSAFRICA
HANNES SNELLMAN OR CASTREN & SNELLMAN
LOYENS LOEFF
NAGASHIMA OHNO & TSUNEMATSU
NORTON ROSE FULBRIGHT OR DLA PIPER
SKILS S.R.O.
ASHURST
AZB PARTNERS
FANGDA LAW FIRM
FELSBERG ADVOGADOS
GALICIA
GIANNI & ORIGONI
GOODMANS LLP
GORRISSEN FEDERSPIEL
KIM & CHANG
KINSTELLAR
LCS & PARTNERS
LCW PARTNERSHIP
LENZ & STAEHELIN
MANNHEIMER SWARTLING
ORÍA, COLOMBRES & SARAVIA ABOGADOS
RYMARZ ZDORT MARUTA
URIA MENENDEZ
WALKERS GLOBAL LAW FIRM

**CURRENT AND FORMER DIRECTORS, MANAGERS, AND OFFICERS OF THE DEBTORS**

BENJAMIN DUSTER
DONALD PUGLISI
ED JAMES
LISA MARIE RUTH
MICHAEL BAKER
NEAL GOLDMAN
NEW DALTON HOLDINGS CORPORATION
PATRICK JAMES
PETER ANDREW BRUMBERGS
PUGLISI AND ASSOCIATES
SCOTT WALLACE
SHEKHAR KUMAR

STEPHEN GRAHAM
TRANSIER ADVISORS
WILLIAM TRANSIER

**CURRENT DIRECTORS, MANAGERS, AND OFFICERS OF NON-DEBTOR SUBSIDIARIES OF FBG AND VICEROY**

AIDE FERNANDA BANDA MENDOZA
AISHWARYA RAJ
ALEJANDRO EZEQUIEL VARELA
ALEJANDRO ROJAS VERA
AMY MIDDEGAAL
ANNA CHIECHI
ANTHONY HUBERT KEARNEY
BK CORPORATE INTERNATIONAL B.V.
BOGANG CAI
CATALIN NAUIU
CHIE, ITOH
DANIEL MALDONADO ALCANTARA
DAVID PARKER
EDUARDO GALLEGOS MOYEDA
ESTEBAN ROBERTO WALENTEN
FARIS BIN ABDULLAH @ PATRICK CHEN YEE CHING
FREDERIC SIPAHI
GONZALO MARTIN LOPEZ SURIANO
GUOQIANG LI
GUSTAVO ALEGRE
GYANENDU SHEKHAR PANDEY
JHARKHAND INDIA RANCHI
JULIO CESAR APAEZ TOSCANO
LEILA APARECIDA VERONI
LUM EU GEN
MARCO ANTONIO MARTINEZ FERNANDEZ
NICOLAS CRISAFULLI
PRAPAT ASAWADISAYANGKU
ROXANA TENT
RUENGRIT POOPRASERT
SUSHIL NARAYANAN KUTTY NAIR
VÍCTOR FELICIANO ESQUIVEL IBARRA
VINCENT RANIC
VIRIDIANA LLANES LÓPEZ
VORACHAR CHOWCHANKIT
WILGRIST NOMINEES LIMITED
ZHANG HUA LEI

**DEBTORS' TRADE AND BRAND NAMES FOR THE LAST 8 YEARS**

AIRTEX PRODUCTS S.A.U.
ANCO
APC INTERMEDIATE HOLDINGS, INC.
APC MERGECO, INC.
APC PARENT, INC.
AUTOLITE
AVM INDUSTRIES, LLC
BARGMAN
BPI ACQUISITION COMPANY, INC.
BPI HOLDINGS INTERNATIONAL, INC.
BULLDOG
CARLSON QUALITY BRAKE PARTS
CARTER FUEL SYSTEMS
CENTRIC PARTS
CEQUENT CONSUMER PRODUCTS, INC.
CEQUENT PERFORMANCE PRODUCTS, INC.
CROWNE AUTOMOTIVE AFTERMARKET, LLC
CWD ACQUISITION, LLC
CWD HOLDING CORP.
CWD INTERMEDIATE HOLDING CORP.
CWD INTERMEDIATE HOLDINGS, INC.
DRAW-TITE
FRAM
FULTON
HOPKINS
HOPPY HOLDINGS CORP.
INTERNATIONAL BRAKE INDUSTRIES, INC.
LUBER-FINER
MCR INTERNATIONAL, INC.
MICHELIN
OCULUS LLC
PETROCLEAR
PHILIPS
PHX MERGER SUB, INC.
PROJECT LIBERTY CORPORATION
QUALIS ENTERPRISES, INC.
RAYBESTOS
REESE
STRONGARM
TEKONSHA
TOLEDO MOLDING & DIE, INC.
TRANSPORTATION AFTERMARKET ENTERPRISE, INC.
TRICO
TRICO GROUP HOLDINGS, LLC
TRICO GROUP, LLC
VIPER ACQUISITION II, LLC
WEEKEND MERGER SUB, INC.
WEM NEWCO, LLC
WESBAR
WESTFALIA

**DEBTORS' BANKS**

BANAMEX
BANK UNITED
BANORTE
BBVA
CIBC
CITIBANK
CITIZENS
FIRST CITIZENS BANK AND TRUST COMPANY

HSBC
JP MORGAN CHASE BANK
PNC
REGIONS BANK
SCOTIABANK
SIMPSON THATCHER & BARTLETT LLP
SOUTHSTATE
THE FISHEL LAW GROUP
WELLS FARGO

**DEBTORS' OR TRUSTEES' PROFESSIONALS**

ALVAREZ & MARSAL HOLDINGS, LLC
C STREET ADVISORY GROUP
CLARK HILL PLC
ELSBERG BAKER & MARURI PLLC
HILCO
JONES MURRAY LLP
KPMG
KROLL INC.
LAZARD INC.
PORTER HEDGES LLP
TROUTMAN PEPPER LOCKE LLP
WEIL, GOTSHAL & MANGES LLP

**EMPLOYEE UNIONS**

CHEMICAL AND PRODUCTION WORKERS UNION LOCAL NO. 30
INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, U.A.W., LOCAL UNION NO. 2021
INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, U.A.W., LOCAL UNION NO. 2413
INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, U.A.W., LOCAL UNION NO. 9699
PLASTIC WORKERS UNION LOCAL NO. 18
SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL NO. 252
UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, LOCAL UNION NO. 4863

**EQUITY OWNERS AND OTHER AFFILIATES**

AZTEC CORPORATION
BRAKE PARTS HOLDINGS, INC.
GLOBAL TECHNOLOGIES PARTNERS, LLC
GLOBAL TECHNOLOGIES S.A.R.L.
MAYFAIR ENTERPRISES, LLC
NORTHLIGHT GROUP LLC
NOVARES GROUP S.A.S.
PATRICK JAMES
VICEROY PRIVATE CAPITAL, LLC

**FACTORING PARTIES**

ARAB BANKING CORPORATION B.S.C.
BANK OF AMERICA
DEUTSCHE BANK
EVOLUTION CAPITAL PARTNERS
FACTOFRANCE S.A.
HSBC
ING BELGIUM S.A./N.V.
KATSUMI (JA MITSUI CAPITAL)
LEUCADIA ASSET MANAGEMENT
PRIME REVENUE
SANTANDER
TRUIST
UBS (RAISTONE)

**FORMER DIRECTORS, MANAGERS, AND OFFICERS OF NON-DEBTOR SUBSIDIARIES OF FBG AND VICEROY**

ALEXANDER HUBERTINA DIJK
ALLAN PIERRE GOURET
ANDREA GALLUZZI
ANDREA SALAROLI
ANDREEA - DORINA ALEXANDRESCU-DRAGUS
ANDRÉS MARCELO YÉPIZ MÉNDEZ
ANDRI WAHYU
ARKADIUSZ KANIA
ARMIN LATZ
DARIUSZ MIKOLAJ PIETA
EMANUELA ZANI
FORVIS MAZARS ADVISORY SERVICES
HAWKING ZHANG
INTERTRUST (UK) LIMITED
JASON LIM
JORGE JIMENEZ SEGURA
KUMBLE AMRITH PRABHU
LEAH SOHN
MAREK SOBIERAJ
MARIA LORENA SALAMANCA CUEVAS
MATTHEW LIEBSON
NEERAJ PARMAR
NGUYEN THANH TAN
SAMRISH BHANJA
SERGIO ARÉVALO PÉREZ
VIVEK KUMAR

**INSURANCE CARRIERS AND SURETY BOND PROVIDERS**

15 KINGS GRANT PARTNERS LLC
ACE
ACE AMERICAN INSURANCE COMPANY
ACE AMERICAN INSURANCE COMPANY ACE FIRE UNDERWRITERS INSURANCE COMPANY, ET AL.
AIG
ALIGN CLAIMS SERVICES, INC.
ALLIANZ
ALLIED WORLD
AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY
AMTRUST
ANV
APPLIED UNDERWRITERS
ARCADIAN
ARCADIAN RISK CAPITAL UK LTD
ARCELORMITTAL WIRE FRANCE
ARCH
ARCH ESSENTIAL EXCESS POLICY
ARCH SPECIALTY INSURANCE COMPANY
ARGO RE LTD. (BDA)
ARGONAUT
ASCOT
ASP
ASSOCIATED INDUSTRIES INSURANCE CO, INC
ATRADIUS
ATRI
AVALON RISK MANAGEMENT INSURANCE
AVANTE AEROPUERTO S.A. DE C.V.
AVNET INC.
AXA XL
AXIS
AXIS INSURANCE COMPANY
BALANCE PARTNERS
BANCO ACTINVER S.A. DE C.V.
BANCO ACTINVER S.A. INSTITUCION DE
BANCO REGIONAL DE MONTERREY
BANCO SANTANDER BRASIL SA
BANCO SANTANDER MEXICO S.A.
BEAZLEY USA SERVICES, INC.
BERKLEY INSURANCE COMPANY
BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY
BOWHEAD
BOWRING MARSH (BERMUDA) LTD
BRI WESTPARK IV QOZB LP
C AND U AMERICAS LLC
CA SHEA & COMPANY
CANADA BORDER SERVICES AGENCY ASSESSMENT AND REVENUE MANAGEMENT
CANOPIUS
CANOPIUS CNP 4444 LLOYD'S
CELERITY
CERTAIN UNDERWRITERS AT LLOYD'S - 0132
CHUBB
CHUBB ACE AMERICAN INSURANCE COMPANY
CHUBB BERMUDA
CIBANCO SAIBM
CNA
COBBS ALLEN CAPITAL, LLC, DBA CAC SPECIALTY
COMMERCE AND INDUSTRY INSURANCE COMPANY
CONSUMERS GAS COMPANY
CONVEX INSURANCE, UK LIMITED
COVINGTON SPECIALTY INSURANCE COMPANY
CRUM & FORSTER
DISTINGUISHED PROGRAMS INSURANCE BROKERAGE LLC
DUAL COMMERCIAL LLC
EAST WEST BANK
EMERALD UK
EMPORIA PARTNERS LLC
ENCOVA MUTUAL INSURANCE GROUP INC.
ENDURANCE
ENTEC POLYMERS INC.
ENVIRONMENTAL RISK UNDERWRITING OFFICER
EVEREST NATIONAL INSURANCE COMPANY
FAIR AMERICAN INSURANCE AND REINSURANCE COMPANY
FAST TRACK
FEDERAL INSURANCE COMPANY
GAIC
GDF SUEZ MEXICO COMERCIALIZADORA
GENERAL SECURITY NATIONAL INSURANCE COMPANY
GREAT AMERICAN INSURANCE GROUP
GUY CARP - FRONTED BY ZURICH
HAMILTON HAM 4000 LLOYD'S
HANNOVER
HARTFORD LIFE AND ACCIDENT
HDI GLOBAL SPECIALTY SE
HERAEUS PRECIOUS METALS GMBH & CO.
HIS
HIS 0033 LLOYD'S
HISCOX
HOMELAND INSURANCE COMPANY OF NEW YORK
HUDSON INSURANCE GROUP
I&G DIRECT REAL ESTATE 34 LP

IGO INSURANCE AGENCY
INEOS USA LLC
INIGO EXCESS CONSORTIUM
INTACT INSURANCE SPECIALTY SOLUTIONS
IRONSHORE
JAMES RIVER
JPMORGAN CHASE BK
KENWAL STEEL CORPORATION
KITKAT (IL) LLC
KNIGHT SPECIALTY INSURANCE COMPANY
KONINKLIJKE PHILIPS N.V.
LANDMARK AMERICAN INSURANCE COMPANY
LEXINGTON INSURANCE COMPANY
LIBERTY MUTUAL
LLOYD'S OF LONDON
MARKEL AMERICAN INSURANCE COMPANY
MARSH USA, LLC
MSIG
MUNICH RE
NATIONAL UNION FIRE INSURANCE COMPANY
OLD REPUBLIC PROFESSIONAL LIABILITY, INC.
ORION INDEMNITY
PANTHEON SPECIALTY
PARTNER RE
PINNACLEPOINT
PRODUCTOS LAMINADOS DE MONTERREY
QBE
QBE UK LIMITED
RANDALL METALS CORPORATION
RESILIENCE
RLI
RLI INSURANCE COMPANY
ROKSTONE GROUP LTD
RSUI GROUP
SAMSUNG FIRE & MARINE INSURANCE CO.
SCOR
SECURUS INSURANCE,LLC
SOARUS LLC
SOMPO INTERNATIONAL
STARR
STARSTONE
SUMMIT SPECIALTY INSURANCE COMPANY
SWISS RE CORPORATE SOLUTIONS CAPACITY INSURANCE CORPORATION
TANGO
TEMPLAR
TENEDORA DE PARQUES INDUSTRIALES
THE MARINE INSURANCE COMPANY LTD
THE PRINCETON EXCESS AND SURPLUS LINES INSURANCE COMPANY
THE RESIN ENTERPRISE INC.
THE TRAVELERS INDEMNITY COMPANY
TRAVELERS
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
U.S. CUSTOMS AND BORDER PROTECTION
UNICREDIT BANK AUSTRIA
VANTAGE RISK
WESTERN SURETY COMPANY
WESTFIELD INSURANCE
XL SPECIALTY INSURANCE COMPANY
XPO LOGISTICS FREIGHT INC.
ZURICH
ZURICH AMERICAN INSURANCE COMPANY
ZURICH GLOBAL, LTD.
ZURICH INSURANCE COMPANY LTD

**KNOWN AFFILIATES – JV**

ALESTER TECHNOLOGIES HOLDINGS, LLC
BOND ASSET MANAGEMENT
BOWERY FINANCE HOLDINGS, LLC
BOWERY FINANCE II, LLC
BOWERY FINANCE, LLC
BUTTERWORTH CAPITAL MANAGEMENT LLC
EAGLE ARGENTINA S.A.U.
EAGLE DO BRASIL LTDA.
EXECUTIVE AMERICAN MORTGAGE COMPANY, LLC
GRAMMER AG
HORIZON GLOBAL SOURCING OPERATIONS
IGNITE ACQUISITION SUB, LLC
JASPER RUBBER PRODUCTS ESOP TRUST
LAMPS HOLDING B.V.
LANDON CAPITAL PARTNERS LLC
NOVA CAP GP INV XIV LP
ONCAP III LP
ONEX CORPORATION
PATRICK JAMES FAMILY TRUST
PETERSON AMERICAN CORPORATION
SA EAGLE HOLDINGS, LLC
WINNING IP LUDENSCHEID GMBH
WINNING IP OBERLUNGWITZ GMBH
WINNING PLASTICS - DIEPERSDORF GMBH
WINNING PLASTICS - LINDEN GMBH
WINNING PLASTICS - SMK GMBH
YOUNG AT HEART ENTERTAINMENT LLC

**LANDLORDS AND PARTIES TO LEASES**

127 PS FEE OWNER, LLC
15 KINGS GRANT ASSOCIATES, L.P.
1600 INDUSTRIAL LLC
1995 BILLY MITCHELL BOULEVARD, INC.
2600 WBB, LLC
401 WALL STREET, LLC
705 NORTH FAYETTE STREET, LLC
ACRI, INC.

ALBION REALTY, LLC
ALLESEE DEVELOPMENT INC.
ARAMARK UNIFORM SERVICES
ARC CGLGNIN001, LLC
ARC CGMARSC001, LLC
BADGER INDUSTRIAL TRUCKS INC.
BBJ VENTURES, LLC
BCI IV PIONEER DC LLC
BECKNELL HOLDINGS LLC
BEST PRICE 3PL LLC
BPP SHIRAZ PARK A LP
BRI WESTPARK IV QOZB LP
CAL-SOUTHWEST I-LOLDIN
CCA FINANCIAL, LLC
CHASE CARDONE PROPERTIES LLC
CKC DATA SOLUTIONS, LLC
DUBOIS COUNTY MUSEUM, INC.
ELHC VIII, LLC
EMPORIA PARTNERS, LLC
FAYETTE INDUSTRIAL PROPERTIES, LTD.
FAYETTE REALTY LLC
GOLDSTAR WAREHOUSING, LTD.
HETU PROPERTIES, LLC
I&G DIRECT REAL ESTATE 34, LP
IPXXII 193 STREET, LLC
KITKAT (IL) LLC
LASALLE SOLUTIONS, A DIVISION OF MB EQUIPMENT FINANCE, LLC
LBA RV-COMPANY XVII, LP,
MILWOOD PARTNERS
MKIEZI PROPERTIES, LLC
NP WHITAKER AVE INDUSTRIAL, LLC
PHILADELPHIA WATER LOGS, LLC
PHOENIX JCR BROWNSVILLE INDUSTRIAL INVESTORS LLC
PV BROWNSVILLE LLC
PYRAMID WAREHOUSING, LTD
QR FAA DC LP
REXAIR LLC
REXFORD INDUSTRIAL -14421 BONELLI, LLC
RICOH USA, INC.
STAG SOUTH BEND, LLC
STORE CAPITAL ACQUISITIONS, LLC
STORE MASTER FUNDING XIV, LLC
VIP PACK US
VOLUNTEER INDUSTRIAL II, LLC
WELLS FARGO FINANCIAL LEASING, INC.
WPF INVESTMENTS
WYANDOT INDUSTRIES, INC.

**LITIGATION COUNTERPARTIES / NOTICES**

ACCELANCE PARTNERS LLC
ACHILLES SEIBERT GMBH
ACRI, INC.
ACTION SALES + MARKETING, INC.
ADVANCED TECHNOLOGY SERVICES, INC.
AEMSA
AFCO CREDIT CORPORATION D/B/A AFCO DIRECT
AHB TOOLING & MACHINERY LLC
ALVIN PRATER
AMANDA WEATHERFORD
ANDREW BROWN
APAG ELETRONIK LLC
ARAKYTA, LLC
ARBOR INSPECTION SERVICES, LLC
ARCTIC WOLF NETWORKS INC.
ASHLEY O'SHEA
ASSOCIATED MATERIAL HANDLING INDUSTRIES, INC.
AZUCENA ITURRIAGA
BJ PALLET LLC
BLUE CURRENT HOLDING LLC
BOMBARDIER RECREATIONAL PRODUCTS, INC.
BOYD MACHINE & REPAIR CO. INC.
BPREP 1805 S. WILMINGTON LLC
BRIAN HINTON
BRIAN KOWALSKI
BRP US INC.
BRP-ROTAX GMBH & CO.KG
CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION
CARLOS MONTOYA TORRES
CECILIO AVILA
CHAMPION LABORATORIES, INC.
CHARLES AND CAROL MAGER
CHARLES DODD (C.R. DODD ASSOCIATES)
CHEMICAL AND PRODUCTION WORKERS UNION, LOCAL NO. 30
CHEMICAL AND PRODUCTION WORKERS UNION, LOCAL NO. 30, AFL-CIO
CITY OF WAUSAU, WISCONSIN
CLEANING UP, LLC
CODY MOLICA
CODY S. MOLICA
COLLISON-GOLL LTD.
COLTER CLAY LISTON
COMPLETE DRIVES, INC.
CONSOLIDATED PROPERTIES-OAKS, LLC
CONTINENTAL AUTOMOTIVE GMBH
CONTINENTAL AUTOMOTIVE MEXICANA, S. DE R.L. DE C.V.
CONVEYORS AND EQUIPMENT, INC.
COYOTE LOGISTICS, LLC
CREDITORS ADJUSTMENT BUREAU, INC. (ASSIGNOR TO BLACKLINE SYSTEMS, INC.)
CT CHARLTON & ASSOCIATES, INC.
DANIEL ARNETT

DANIEL EZEQUIEL HERNANDEZ, INDIVIDUALLY, AND ON BEHALF OF OTHER MEMBERS OF THE GENERAL PUBLIC SIMILARLY SITUATED
DANIEL VILLALTA
DARRIN BAUER
DATA INTEGRATION SPECIALISTS, LLC
DAVID CORDISCO
DAVID SPEIRS
DELL FINANCIAL SERVICES LLC
DEVIN NICHOLS
DMITRY EGOROV
DOUGLAS LAGOS
DYNAMIC SUPPLY SOLUTIONS LLC
EAST WEST MANUFACTURING, LLC
EDUARDO HERRERA
EDWARD ANDERSEN AND SHARREL ANDERSEN
ELIZABETH VANSIPE
ENERGIZER AUTO, INC.
ENGTECH SOLUTIONS INC.
EP INDUSTRIES
ERPCE SYSTEMS, SASU
ERS, INC. D/B/A PRISM SPECIALTIES
FIFTH THIRD BANK, NATIONAL ASSOCIATION
FISKER GROUP INC.
FISKER INC.
FISKER TN LLC
FL STARKE INDUSTRIES, LLC
G&C HILLSBORO INVESTORS, LLC
G. RICE.
GALBRETH LANDSCAPE LLC D/B/A GALBRETH LANDSCAPE & SNOW REMOVAL
GANTT-THOMAS AND ASSOCIATES, INC.
GARRY THOMPSON
GARY E. DAVIS
GARY MILLER
GATES ENGINEERED LUBRICANTS, LLC
GORMAN INDUSTRIAL SUPPLY CO.
GRAMMER INC.
GRAVITY TECHNOLOGY SOLUTIONS LLC
GREAT LAKES REPRESENTATIVES, INC.
GUADALUPE VASQUEZ
HEALTH PAYER CONSORTIUM
HENGST SE
HERIBERTO VALIENTE
HETU PROPERTIES, LLC
HIGHLINE AFTERMARKET ACQUISITION, LLC
HIT CONSULTING, LLC
HOLM HICKS WHITE & ASSOCIATES LTD.
HOPEWELL HEATING AND AIR CONDITIONING LLC
HORIZON GLOBAL AMERICAS INC.
HYUNDAI AUTO CANADA CORP
IA MECHANICAL INC.
INGO ERDMAN
INTERNATIONAL EQUITY RESEARCH CORP.
ISIAH ALFORD
ITU ABSORBTECH, INC.
JAMES B. JOYNES
JANICE KONTAK
JASON BUCHANAN
JENNIFER NEVAREZ
JENNIFER RUSSOMANNO
JENNIFER SMALLBRIDGE
JERONIMO HERRERA
JMARC ENGINEERING & SALES, LLC
JOAN PATTERSON
JOANNA SALAZAR
JOEL BRATER
JOHN MEDINI
JOSEPH SOBCZAK
JOSHUA JAMES
JUNIOR ADAN MEJIA
K. GUENTER
KAMALUDDIN MOHAMMED
KAMPS, INC.
KEITH BRAGGER
KENNETH GREGORY
KENNETH JAMES LOWE
KENNETH PORTER
KIMBERLY BRYANT
KING MARKETING LTD.
LAURA TOELLNER
LAURALEE LISTER
LEAH BYRDSELL, ET AL.
LEHMAN, LEE & XU BEIJING BRANCH
LIBBI ROBEL
LUMILEDS HOLDING BV
LUMILEDS LLC
MADISON STAYER
MARELLI EUROPE S.P.A. (ITALY)
MAURER’S TEXTILE RENTAL SERVICES, INC.
MAXINFO GROUP CORPORATION
MCDEVITT, MARSHA
MEGAN NUSS
MELISSA ELPERS
MICHAEL TEMPLIN
MODINEER CO., LTD.
MONGOOSE FREIGHT SOLUTIONS LLC
MONICA SANCHEZ
MORQUI ENTERPRISES LLC
MOTLAKARO GODFREY LEPOTA
MSC INDUSTRIAL SUPPLY CO.
N. GARON
NEW PENN MOTOR EXPRESS, LLC
NGS, INC.
PACKAGING CORPORATION OF AMERICA
PATRICIA TAYLOR
PAVE TECHNOLOGY CO., INC.

PLATINUM IPR LLC
PLZ CORP.
POLARIS INDUSTRIES, INC.
PROFESSIONAL REPRESENTATIVES OF THE SOUTHWEST (PROS)
PRO-REPS SALES LLC
PSA
PSKB, INC.
RAYMOND HANDLING CONCEPTS CORPORATION
REBECCA CORTEZ
RICHARD MERKELZ, JR.
RICKY WANG
ROBERT ANTHONY KOBETITSCH
ROBERT BOSCH LLC
ROBERT PONTON
RODNEY WORSTELL
RXO CAPACITY SOLUTIONS, LLC
SARA STAYER
SCAN TOP ENTERPRISE CO., LTD
SEALED AIR CORPORATION D/B/A AUTOMATED PACKAGING SYSTEMS
SERVICE CHAMP, LLC
SILT TRANSPORTATION, INC.
SIRVA WORLDWIDE, INC.
SKYWORKS, LLC
SOKTIDA KHROENG
SONNY FRISCO BALDERAS
STAG INDUSTRIAL HOLDINGS, LLC
STATE FARM INSURANCE COMPANY
STEAM LOGISTICS, LLC
STEVEN AND PAULA ELIZARDO
STEVEN R. BODEMAN
STRATOSPHERE QUALITY, LLC
TALL SALES COMPANY, INC.
TARIMAS HEREBIA
TENET HEALTHCARE
THERMO KING LLC
TERRA ENERGY INC.
TERRY COPELAND
THE BLUEBIRD GROUP, LLC
THE MANITOBA PUBLIC INSURANCE CORPORATION
THE ROBERT D. STEWART COMPANY D/B/A THE STEWART COMPANY
THERMO KING LLC
THERMO KING PUERTO RICO MANUFACTURA, INC.
THERM-O-LINK OF TEXAS, INC.
THOMAS MEEHAN
THOMAS MULLER
TITAN LEGAL SERVICES
TONYA WASHINGTON
TORQUE CAPITAL GROUP, LLC
TOYO INK AMERICA, LLC
TRANE TECHNOLOGIES MANUFACTURING LLC
TRANSFORM SR. BRANDS MANAGEMENT, LLC
TRAVIS HARRIS
TREDDY JOHNSON
TRICO BELGIUM S.A.
TRIGO CHINA (SCSI SUZHOU)
TRIGO QUALITY SUPPORT CO. LTD.
TROY BEAVER REALTY, LLC
U.S. BANK EQUIPMENT
UNITED MANUFACTURING, INC.
UNITED STATES OF AMERICA
US LAWNS #552 AKA BARRON’S LAWN SERVICE
USA CORE SUPPLY, INC.
USF HOLLAND LLC
USF REDDAWAY INC.
VGP HOLDINGS LLC
VOLKSWAGEN GROUP OF AMERICA, INC.
VV5660 LLC
WILLIAM HARROD
WILLIAM TOELLNER
WINNING GROUP
YELLOW LOGISTICS, INC.
YRC ENTERPRISE SERVICES, INC.
YRC INC.
ZOKO MARKETING AND DISTRIBUTION LTD. (GUR FILTER)

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS—MEMBERS AND PROFESSIONALS**

DUCERA PARTNERS LLC
FASANARA CAPITAL
FIRST-CITIZENS BANK & TRUST COMPANY
MOTION INDUSTRIES
NAPIER PARK GLOBAL CAPITAL (US) LP
NARDELLO & CO
PENSION BENEFIT GUARANTY CORPORATION
RAISTONE PURCHASING LLC
T.H.I. GROUP (SHANGHAI) LTD
TRANSEND LOGISTICS, LLC
YUSIN BRAKE CORPORATION

**ORDINARY COURSE PROFESSIONALS**

AIRD & BERLIS LLC
ALEXANDER HOLBURN BEAUDIN + LANG LLP
BAKER & HOSTETLER LLP
BALLARD SPAHR
BEVERIDGE & DIAMOND
BOBER MARKEY FEDOROVICH

DAY PITNEY LLP
DEHAY & ELLISTON LLP
DELOITTE & TOUCHE LLP
FOLEY & LARDNER LLP
FOX ROTHSCHILD LLP
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
FRILOT LLC
GILBERT + TOBIN
GOODMANS LLP
GORDON REES SCULLY MANSUKHANI, LLP
HACKER STEPHENS LLP
HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
KELLEY JASONS MCGOWAN SPINELLI HANNA & REBER LLP
KERN, SEGAL & MURRAY
KRUGGEL & LAWTON LLC
KYL J. KIRBY, ATTORNEY AND COUNSELOR AT LAW, P.C.
LEECH TISHMAN
LOYENS & LOEFF N.V.
MALLETTE INC.
MCAFEE TAFT
MCMILLAN LLP
MG+M THE LAW FIRM
MICHAEL BEST & FRIEDRICH LLP
MOORE DOEREN MAYHEW, P.C.
REED SMITH LLP
RICHARDSON PLOWDEN & ROBINSON, P.A.
RYAN TAX COMPLIANCE SERVICES, LLC
SEGAL GCSE LLP
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
SEYFARTH SHAW LLP
SINARS SLOWIKOWSKI TOMASKA LLC
SPILMAN THOMAS & BATTLE, PLLC
SPROUSE LAW FIRM
STOLL KEENON OGDEN PLLC
THE SIEGFRIED GROUP, LLP
UNGRIA INTERNATIONAL INC.
VANZETTA & ASSOCIATI
VARNUM
VINSON & ELKINS LLP
WARNER NORCROSS & JUDD LLP
WIGGIN & DANA LLP
WILSON ELSER MOSKOWITZ EDELMAN & DICKER
WTP ADVISORS
YUKEVICH CAVANAUGH

**OTHER LENDERS AND AGENTS**

ACQUIOM AGENCY SERVICES LLC
BANCO SANTANDER, S.A.
BANCO SANTANDER, S.A.
INTERPATH
UBS

**OTHER PARTIES IN INTEREST (NOTICES OF APPEARANCE/EQUITY OWNER PROFESSIONALS/OTHER LENDER PROFESSIONALS)**

673753 ONTARIO LIMITED, DBA TRAFFIX
A&O SHEARMAN
AB CARVAL INVESTORS L.P.
ACAR LEASING LTD
ADVANCE AUTO PARTS, INC.
AEQUUM CAPITAL FINANCIAL II LLC
AFTERMARKET AUTO PARTS ALLIANCE, INC.
AIS PORT
AIS PORTFOLIO SERVICES, LLC
ALLIANCE AUTOMOTIVE GROUP (EU),
ALLY BANK LEASE TRUST
AM TFG, LAM TFG I SPV, LAM TFG II,
ARAB BANKING CORPORATION B.S.C.
ARC CGLGNIN001, LLC
ARC CGMARSC001, LLC
AVO CARBON USA, INC.
BANK OF AMERICA, N.A.
BDO USA, P.C.
BPP SHIRAZ PARK A LP
BPREP 1805 S. WILMINGTON LLC
BROWNSVILLE INDEPENDENT SCHOOL DISTRICT
CARNABY II AND III SECURED PARTIES
CARRDAN CORPORATION
CARVAL CONTINGENT CREDIT FUND LP,
CARVAL GCF MASTER FUND I LP,
CHRISTOPHER L PHILLIPPE
CITY OF MCALLEN, HIDALGO COUNTY, CAMERON COUNTY
CSI LEASING
CVI AA MASTER FUND I LP,
CVI AV MASTER FUND I LP,
CVI CSF MASTER FUND I LP,
CVI CVF V POOLING FUND I LP, AND
CVI EMCOF US, LLC,
DEBEVOISE & PLIMPTON LLP
EVOLUTION CREDIT PARTNERS
FACTOFRANCE
FCA US LLC
FIRST GUARANTY BANK
FORD MOTOR CREDIT COMPANY LLC
FTI CONSULTING
GENUINE PARTS COMPANY
GENUINE PARTS COMPANY,
GIBSON, DUNN & CRUTCHER LLP
GLAS TRUST COMPANY LLC,
GORMAN INDUSTRIAL SUPPLY CO.
GPC ASIA PACIFIC LIMITED,

GPC ASIA PACIFIC PTY LTD.,
GRAMMER AMERICAS LLC
GRAMMER INC.
HOWLEY LAW PLLC
INDUSTRIAL REALTY GROUP LLC
ING BELGIUM S.A./N.V.
JEFFERIES FINANCIAL GROUP INC.
KATSUMI SERVICING, LLC
KITKAT (IL) LLC
LAM TFG
LAM TFG I SPV LLC,
LAM TFG II
LAM TRADE FINANCE GROUP II LLC
LAM TRADE FINANCE GROUP LLC,
LBA RV-COMPANY XVII, LP
LEUCADIA ASSET MANAGEMENT LLC
LEUCADIA ASSET MANAGEMENT LLC,
LOEB & LOEB LLP
LORDCO PARTS LTD
MARTIN TITANIUM AMERICAN LOGISTICS, INC.
MAYFAIR ENTERPRISES, LLC
MITSUBISHI HC CAPITAL AMERICA, INC.
MOTION INDUSTRIES (CANADA) INC.,
MOTION INDUSTRIES (MEXICO) INC.,
MOTION INDUSTRIES, INC.,
NIGEL CRIGHTON
NTT DATA AMERICAS, INC.
OEC GROUP
OMNISOURCE, LLC
ONSET FINANCIAL INC
ORACLE AMERICA, INC.
PATRICK JAMES
PENSION BENEFIT GUARANTY CORPORATION
PHOENIX BROWNSVILLE INDUSTRIAL INVESTORS LLC
QINGDAO CARFLEX AUTO PARTS CO., LTD
RAISTONE CAPITAL LLC
RAISTONE PURCHASING LLC -SERIES XXXII
RAISTONE PURCHASING LLC-SERIES XXVIII
RANDALL METALS CORPORATION
SILVER POINT CAPITAL LP
SORTECH LLC
SOUTHERN MACHINERY REPAIR, INC.
SRE MIAMI, LLC
STEPHEN GRAHAM
STORE CAPITAL ACQUISITIONS, LLC
STORE MASTER FUNDING IV, LLC
STORE MASTER FUNDING XIV, LLC
T.H.I. GROUP LTD.
TARRANT COUNTY
THE CITY OF JASPER, INDIANA
THE COMPTROLLER OF PUBLIC ACCOUNTS, REVENUE ACCOUNTING DIVISION (TEXAS COMPTROLLER)
THE REINALT-THOMAS CORPORATION D/B/A DISCOUNT TIRE
TITANIUM AMERICAN LOGISTICS, INC.
TN DEPT OF REVENUE
TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC.
TRANSEND LOGISTICS, LLC
TRIMAS CORPORATION
TRUIST BANK
U.S. BANK NATIONAL ASSOCIATION
UAP (CANADA) INC.
UMB BANK, N.A.
UNIFORM COLOR COMPANY
UNITED STEEL, PAPER & FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL & SERVICE WORKERS INTERNATIONAL UNION
VEHICLE ASSET UNIVERSAL LEASING TRUST
VOLKSWAGEN GROUP OF AMERICA, INC.
VOLVO PENTA OF THE AMERICAS, LLC
WASHINGTON PENN PLASTICS CO., INC.
WHIRLPOOL CORPORATION
WHITE AND CASE
WILLIAM CHRISTOPHER HARROD
WILMINGTON SAVINGS FUND SOCIETY, FSB
XL PARTS, LLC

**OTHER SECURED PARTIES – ISSUERS OF LETTERS OF CREDIT/UCC LIEN SEARCH RESULTS**

15 KINGS GRANT PARTNERS, LLC
1970 GROUP INC
ACE AMERICAN INSURANCE COMPANY ACE FIRE UNDERWRITERS INSURANCE COMPANY, ET AL.
AEQUUM CAPITAL FINANCIAL II LLC
ARCELORMITTAL WIRE FRANCE
AVALON RISK MANAGEMENT INSURANCE AGENCY, LLC FOR THE BENEFIT OF THE SUREITES IT REPRESENTS
AVANTE AEROPUERTO S.A. DE C.V.
AVNET INC.
AVTECH CAPITAL LLC
BANCO ACTINVER, S.A. DE C.V.
BANCO SANTANDER BRASIL SA
BANCO SANTANDER MEXICO S.A. AV. VASCO DE QUIR
BANCO SANTANDER MEXICO S.A.
BANK OF AMERICA
BANK OF THE WEST
BFG CORPORATION
BRI WESTPARK IV QOZB LP
BRANCH BANKING AND TRUST COMPANY
C AND U AMERICAS, LLC
CANON FINANCIAL SERVICES INC

CARNABY FA, LLC
CARNABY INVENTORY IV, LLC
CISCO SYSTEMS CAPITAL CORP.
CITIBANK, N.A.
COMMERCE BANK
CORPORATION SERVICE COMPANY
CROWN CREDIT COMPANY
CROWN EQUIPMENT CORPORATION
CT CORPORATION SYSTEM
DE LAGE LANDEN FINANCIAL SERVICES, INC.
DEUTSCHE BANK
DEUTSCHE BANK TRUST COMPANY AMERICAS
DEVON BANK
EAST WEST BANK
EMPORIA PARTNERS, LLC
ENCOVA MUTUAL INSURANCE GROUP, INC., ET AL.
ENTEC POLYMERS INC.
EQUIPMENT FINANCE GROUP, LLC
EVOLUTION CREDIT OPPORTUNITY MASTER FUND II-B LP
EVOLUTION CREDIT PARTNERS TRADE FINANCE, LP
FIRST GUARANTY BANK
GDF SUEZ MEXICO COMERCIALIZADORA, S. DE R.L. DE C.V.
GREAT AMERICAN INSURANCE COMPANY
GREENVILLE NATIONAL BANK
HARBOR CAPITAL LEASING LLC
HERAEUS PRECIOUS METALS GMBH + CO. KG
HYG FINANCIAL SERVICES, INC.
I&G DIRECT REAL ESTATE 34, LP
IBM CREDIT LLC
INDUSTRIAL LEASING, LLC
INEOS USA LLC, DBA INEOS OLEFINS & POLYMERS USA
INGRAM MICRO FLEXIBLE
INSIGHT GLOBAL FINANCE
JAPAN STEEL WORKS AMERICA INC.
JP MORGAN CHASE BANK
KARS FUNDING, LLC
KENWAL STEEL CORPORATION
KITKAT (IL) LLC
KONINKLIJKE PHILIPS N.V.
LAM TRADE FINANCE GROUP LLC
LENDING CLUB BANK NA
MAGID GLOVE AND SAFETY MFG CO LLC
MITSUBISHI HC CAPITAL (U.S.A.) INC.
MUFG BANK LTD
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. ET AL.
NEXTGEN EQUIPMENT FINANCE, LLC
OH - CUYAHOGA COUNTY COURT OF COMMON PLEAS
OLD REPUBLIC INSURANCE COMPANY
ORBIAN FINANCIAL SERVICES
PEAPACK CAPITAL CORPORATION
PEOPLE'S UNITED BANK, NA
PLANTERS BANK
PNC EQUIPMENT FINANCE, LLC
PRIME ALLIANCE BANK INC
PRODUCTOS LAMINADOS DE MONTERREY, S.A. DE C.V.
QUALITOR INVENTORY HOLDINGS, LLC
RAISTONE PURCHASING LLC - SERIES XXXIII
RALOY LUBRICANTES, S.A. DE C.V.
RANDALL METALS CORPORATION
RAYMOND LEASING CORPORATION
ROYAL BANK OF CANADA
SG EQUIPMENT FINANCE USA CORP
SHI INTERNATIONAL CORP
SOARUS LLC
SOMERSET CAPITAL GROUP, LTD
SUNTRUST BANK
TEXAS CAPITAL BANK
THE BANK OF NOVA SCOTIA
THE RESIN ENTERPRISE, INC.
THE TRAVELERS INDEMNITY COMPANY
TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC.
TRI-WAY MANUFACTURING INC., DBA TRI-WAY MOLD & ENGEINEERING
TRUIST BANK
U.S. BANK EQUIPMENT FINANCE
VOESTALPINE KREMS GMBH
WAELZHOLZ NORTH AMERICA, LLC
WELLS FARGO BANK NA
WESTERN SURETY COMPANY
XPO LOGISTICS FREIGHT, INC.

**OTHER SIGNIFICANT CREDITORS**

AEQUUM CAPITAL FINANCIAL II LLC
AEQUUM SECURED PARTIES
ARAB BANKING CORPORATION B.S.C.
BANK OF AMERICA, N.A.
CARNABY II AND III SECURED PARTIES
COMMONWEALTH EDISON COMPANY
CONSTELLATION NEWENERGY GAS DIVISION, LLC
CONSTELLATION NEWENERGY, INC.
EVOLUTION CREDIT PARTNERS
FACTOFRANCE
GRAMMER AMERICAS LLC
GRAMMER INC
INDIANA MICHIGAN POWER COMPANY
ING BELGIUM S.A./N.V.
KATSUMI SERVICING, LLC
KITKAT (IL) LLC
LBA RV-COMPANY XVII, LP

LEUCADIA ASSET MANAGEMENT LLC
METROPOLITAN COMPANY
OHIO POWER COMPANY
ONSET FINANCIAL, INC.
PATRICK JAMES
RAISTONE CAPITAL LLC
RAISTONE PURCHASING LLC -SERIES XXXII
RAISTONE PURCHASING LLC-SERIES XXVIII
STORE CAPITAL ACQUISITIONS, LLC
STORE MASTER FUNDING IV, LLC
TOLEDO EDISON COMPANY
UMB BANK, N.A.
UMB LENDERS

**PARTIES ON ADVERSARY PROCEEDING 25-03808**

ALBION REALTY, LLC
ALESTER TECHNOLOGIES LLC
BATTERY PARK HOLDINGS LLC
BOND STREET ASSET MANAGEMENT LLC
IGNITE ACQUISITION HOLDINGS LLC
LARCHMONT LLC
PATRICK JAMES
PEGASUS AVIATION, LLC
THE PATRICK JAMES TRUST
ASILIA CREDIT INVESTMENTS, LLC
CORAL DUNES LLC,
DALE P. HOLT,
EDWARD JAMES,
HOLT INVESTMENTS 201 LLC
JA GARDNER HOLDINGS
JCMC INVESTMENTS GROUP LLC
JONATHAN GARDNER,
JOSHUA TREE HOLDINGS, LLC
JUSTIN NIELSEN,
NIELSEN INVESTMENTS,
ONSET FINANCIAL INC.
OPTIMUS PRIVATE CAPITAL LLC
SCOTT MILLER,
SEDDIE LLC
TODD PEDERSEN,
YUMA III LLC

**PLAN OBJECTORS**

BRITTANY JOHNSON
BROWNSVILLE ISD
CHAD COMPTON
CITY OF MCALLEN
GIANCARLO HERNANDEZ
KYLE BENNETT
LEUCADIA ASSET MANAGEMENT LLC
MARIA TAPIA
ORBIAN CORPORATION
RONALD J. SOMMERS
THE TEXAS COMMISSION ON ENVIRONMENTAL QUALITY
UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA

**REGULATORY AND GOVERNMENT (FEDERAL, STATE, AND LOCAL)**

ALABAMA DEPARTMENT OF REVENUE
ALABAMA SECRETARY OF STATE
ARIZONA DEPARTMENT OF REVENUE
ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION
ARKANSAS EXCISE TAX AUTHORITY
ASCENSION PARISH SALES AND USE TAX AUTHORITY
BENTON COUNTY TAX COLLECTOR OFFICE
BOONE COUNTY ADMINISTRATION BUILDING - INCOME TAX SECTION
BOONE COUNTY ADMINISTRATION BUILDING - PROPERTY TAX SECTION
BRADFORD COUNTY TAX COLLECTOR
CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION
CALIFORNIA FRANCHISE TAX BOARD
CALIFORNIA SECRETARY OF STATE
CAMERON COUNTY TAX OFFICE
CANADA REVENUE AGENCY
CASS COUNTY TREASURER’S OFFICE
CCA - DIVISION OF TAXATION
CITY OF GREEN, OH - INCOME TAX DIVISION
CITY OF INDEPENDENCE, OH
CITY OF PHILADELPHIA, PA DEPARTMENT OF REVENUE
CITY OF TOLEDO, OH
COLORADO DEPARTMENT OF REVENUE
COLORADO SECRETARY OF STATE
CONNECTICUT BUSINESS SERVICES
CONNECTICUT DEPARTMENT OF REVENUE
CONNECTICUT STATE DEPARTMENT OF REVENUE SERVICES
CORPORATIONS DIVISION OF THE SECRETARY OF THE COMMONWEALTH OF MASSACHUSETTS
DARKE COUNTY AUDITOR OFFICE
DELAWARE DIVISION OF CORPORATIONS
DUBOIS COUNTY TAX ASSESSOR OFFICE
EDWARDS COUNTY, IL CHIEF COUNTY ASSESSMENT OFFICERS
FLORIDA DEPARTMENT OF REVENUE - INCOME TAX SECTION
FLORIDA DEPARTMENT OF REVENUE - SALES AND USE TAX SECTION
FLORIDA DEPARTMENT OF STATE
FOSTORIA, OH DEPARTMENT OF FINANCE

GEORGIA CORPORATIONS DIVISION
GEORGIA DEPARTMENT OF REVENUE - FRANCHISE TAX SECTION
GEORGIA DEPARTMENT OF REVENUE - INCOME TAX SECTION
GEORGIA DEPARTMENT OF REVENUE
GIBSON COUNTY AUDITOR
GREENVILLE, OH - INCOME TAX DIVISION
HAWAII DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS BUSINESS REGISTRATION DIVISION
HAWAII EXCISE TAX AUTHORITY
IDAHO SECRETARY OF STATE BUSINESS SERVICES
IDAHO STATE TAX COMMISSION
ILLINOIS DEPARTMENT OF BUSINESS SERVICES
ILLINOIS DEPARTMENT OF REVENUE
INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
INDIANA DEPARTMENT OF REVENUE
INDIANA SECRETARY OF STATE
INTERNAL REVENUE SERVICE
IOWA DEPARTMENT OF REVENUE
IOWA SECRETARY OF STATE
KANSAS DEPARTMENT OF REVENUE
KANSAS SECRETARY OF STATE
KENTUCKY DEPARTMENT OF REVENUE
KENTUCKY SECRETARY OF STATE
KOSCIUSKO COUNTY TAX COLLECTOR OFFICE
LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
LOUISIANA DEPARTMENT OF REVENUE
LOUISIANA SECRETARY OF STATE BUSINESS DIVISION
MAINE REVENUE SERVICES
MARION COUNTY TAX COLLECTOR OFFICE
MARYLAND BUSINESS EXPRESS
MARYLAND REVENUE ADMINISTRATION DIVISION
MASSACHUSETTS DEPARTMENT OF REVENUE
MAUMEE INCOME TAX COMMISSIONER
MCHENRY COUNTY TAX ASSESSOR OFFICE
MICHIGAN DEPARTMENT OF TREASURY
MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
MINNESOTA DEPARTMENT OF REVENUE
MINNESOTA SECRETARY OF STATE
MISSISSIPPI DEPARTMENT OF REVENUE
MISSOURI DEPARTMENT OF REVENUE
MISSOURI SECRETARY OF STATE
MONTANA DEPARTMENT OF REVENUE
NEBRASKA DEPARTMENT OF REVENUE
NEVADA DEPARTMENT OF TAXATION
NEVADA SECRETARY OF STATE
NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION
NEW HAMPSHIRE SECRETARY OF STATE
NEW JERSEY DIVISION OF TAXATION - SALES AND USE SECTION
NEW MEXICO DEPARTMENT OF TAXATION AND REVENUE
NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
NJ DIVISION OF TAXATION
NORTH CAROLINA DEPARTMENT OF REVENUE
NORTH CAROLINA SECRETARY OF STATE
NORTH DAKOTA SALES AND USE TAX AUTHORITY
NORTH DAKOTA SECRETARY OF STATE
NYC DEPARTMENT OF FINANCE
OHIO CENTRAL COLLECTIONS AGENCY MUNICIPAL INCOME TAX
OHIO DEPARTMENT OF TAXATION
OHIO REGIONAL INCOME TAX AGENCY
OKLAHOMA SECRETARY OF STATE
OKLAHOMA TAX COMMISSION
OREGON DEPARTMENT OF REVENUE
PA DEPARTMENT OF REVENUE
PBGC
RHODE ISLAND SECRETARY OF STATE
ROCHESTER HILLS TREASURER OFFICE
SCHUYLKILL COUNTY TAX CLAIM BUREAU
SHELBY TOWNSHIP TREASURER’S OFFICE
SOUTH CAROLINA DEPARTMENT OF REVENUE
SOUTH DAKOTA DEPARTMENT OF REVENUE
SOUTH DAKOTA SECRETARY OF STATE
ST. JOSEPH COUNTY TREASURER
STANISLAUS COUNTY TAX COLLECTOR
STATE OF HAWAII DEPARTMENT OF TAXATION
STRYKER, OH INCOME TAX DEPARTMENT
TENNESSEE DEPT OF REVENUE
TENNESSEE SECRETARY OF STATE
TEXAS COMPTROLLER
U.S. CUSTOMS AND BORDER PROTECTION
UTAH DEPARTMENT OF INSURANCE
UTAH DIVISION OF CORPORATIONS
UTAH STATE TAX COMMISSION
VIRGINIA DEPARTMENT OF TAXATION
VIRGINIA STATE CORPORATIONS COMMISSION
WASHINGTON EXCISE TAX AUTHORITY
WASHINGTON SECRETARY OF STATE
WAYNE COUNTY TREASURER AND COLLECTOR
WEST VIRGINIA SECRETARY OF STATE
WEST VIRGINIA STATE TAX DEPARTMENT

WISCONSIN DEPARTMENT OF FINANCIAL INSTITUTIONS
WISCONSIN DEPARTMENT OF REVENUE

**SALE PARTIES**

ACTIVE DYNAMICS GROUP
AETNA TRUCK PARTS, INC.
AM GENERAL
FARRIS WHOLESALE
GROTE INDUSTRIES, INC.
MIDDLEGROUND
O'REILLY AUTO PARTS
OSJL / HOME BUYS
PGI
PRESS SEALS
SUMMIT WAREHOUSING
WAREHOUSE DESIGN
WORLD TRADING

**SENIOR FACILITIES AGENTS & LENDERS**

720 EAST LLC
ADAM S Q5-R5 TRADING, LTD.
AEGON ASSET MANAGEMENT UK PLC
AEGON USA
AEGON USA INVESTMENT MANAGEMENT, LLC
AEGON USA INVESTMENT MANAGEMENT, LLC
AGL CLO CREDIT MANAGEMENT
AGL CREDIT MANAGEMENT
AGL CREDIT MANAGEMENT
AIP LLC
ALCENTRA LIMITED
ALCENTRA NY LLC
ALLSTATE INSURANCE COMPANY
ALLSTATE INVESTMENT MANAGEMENT COMPANY
AMERICAN MONEY MANAGEMENT CORPORATION
AMERICAN MONEY MANAGEMENT CORPORATION
ANGEL ISLAND CAPITAL MANAGEMENT
ANGELO GORDON
ANTARES CAPITAL ADVISERS LLC
ANTARES CAPITAL LP
ANTHELION CAPITAL PARTNERS LLC
APEX CREDIT PARTNERS LLC
APOLLO CAPITAL MANAGEMENT LP
AQUARIAN CREDIT PARTNERS
ARENA CAPITAL ADVISORS LLC
ARENA INVESTORS LP
ASSURED INVESTMENT MANAGEMENT LLC
ATTESTOR LIMITED
BANK OF AMERICA
BANK OF NOVA SCOTIA
BARCLAYS
BDCM
BEACH POINT CAPITAL MANAGEMENT
BENEFIT STREET PARTNERS, LLC
BLACK DIAMOND CAPITAL MANAGEMENT LLC
BLACK DIAMOND CAPITAL MANAGEMENT LLC
BLACK DIAMOND CLO 2021 1 ADVISER LLC
BLUEMOUNTAIN CAPITAL MANAGEMENT LLC
BNP PARIBAS ASSET MANAGEMENT
BOSTON MANAGEMENT AND RESEARCH
BRACEBRIDGE CAPITAL
BROOKFIELD
BRYAM RIDGE, LLC
CANARAS CAPITAL MANAGEMENT, LLC
CENTERBRIDGE
CIFC ASSET MANAGEMENT LLC
CITADEL ADVISORS LLC
CITCO BANK CANADA
CITCO FUND SERVICES (IRELAND) LIMITED
CITIBANK
CLEARLAKE CAPITAL GROUP
COLUMBIA CENT CLO ADVISERS LLC
COLUMBIA MANAGEMENT
COLUMBIA THREADNEEDLE INVESTMENTS
CQS (UK) LLP
CROW HOLDINGS
CSAM
DEUTSCHE BANK
DIAMETER CAPITAL PARTNERS LP
DSC MERIDIAN CAPITAL
EATON VANCE
ELLINGTON MANAGEMENT
EMPOWER CAPITAL MANAGEMENT
EN INVESTMENT COMPANY
FFI FUND LTD.
FIDELITY INVESTMENTS
FRANKLIN ADVISORS INC.
FRANKLIN TEMPLETON INVESTMENTS
FRANKLIN TEMPLETON INVESTMENTS
FS INVESTMENTS
FS/EIG ADVISOR, LLC
FUTURE STANDARD
FYI LTD.
GENERATE ADVISORS LLC
GLAS USA LLC
GLENDON CAPITAL MANAGEMENT LP
GOLDMAN SACHS ASSET MANAGEMENT
GOLDMAN SACHS LENDING PARTNERS LLC
GREAT ELM CAPITAL MANAGEMENT
HBK INVESTMENTS L.P.
HBK SERVICES LLC
HG VORA CAPITAL MANAGEMENT

HIGH YIELD FIXED INCOME DESK OF GOLDMAN SACHS ASSET MANGEMENT, L.P.
ICG ALTERNATIVE INVESTMENT LIMITED
ICG MANAGER LIMITED
INVICO CAPITAL CORPORATION
IRRADIANT PARTNERS, LP
JEFFERIES LLC
JP MORGAN INVESTMENT MANAGEMENT INC
KAYNE ANDERSON CAPITAL ADVISORS LP
KENNEDY LEWIS LOAN MANAGEMENT LLC
KENNEDY LEWIS MANAGEMENT LP
LCM ASSET MANAGEMENT
LMR PARTNERS LLP
LOGAN CIRCLE PARTNERS, LP
LOOMIS, SAYLES & COMPANY, LLC
LORD ABBETT & CO LLC
MARATHON ASSET MANAGEMENT LP
MCGINTY ROAD PARTNERS LP
MERCED CAPITAL
METLIFE INVESTMENT MANAGEMENT LLC
METROPOLITAN LIFE INSURANCE COMPANY
METROPOLITAN WEST ASSET MANAGEMENT LLC
METROPOLITAN WEST ASSET MANAGEMENT, LLC
MJX ASSET MANAGEMENT LLC
MONARCH ALTERNATIVE CAPITAL LP
MONARCH ALTERNATIVE CAPITAL, LP
MONROE CAPITAL ASSET MANAGEMENT LLC
MONROE CAPITAL MANAGEMENT ADVISORS, LLC
MORGAN STANLEY
MORGAN STANLEY EATON VANCE CLO CM LLC
MORGAN STANLEY EATON VANCE CLO MANAGER LLC
MORGAN STANLEY INVESTMENT MANAGEMENT INC
MUDRICK CAPITAL MANAGEMENT
MUFG SECURITIES AMERICAS INC
NGC CAPITAL MANAGEMENT LLC
NORTHWESTERN MUTUAL
NUT TREE CAPITAL MANAGEMENT LP
NYL INVESTORS LLC
OAKTREE CAPITAL MANAGEMENT LP
OCTAGON CREDIT INVESTORS
OCTAGON CREDIT INVESTORS, LLC
OFS CLO MANAGEMENT
OFS CLO MANAGEMENT II
OFS CLO MANAGEMENT LLC
OFS CLO MANAGEMENT, III
OLIFANT FUND, LTD.
ORIENTAL BANK
OSP LLC
PACIFIC INVESTMENT MANAGEMENT COMPANY
PALMER SQUARE CAPITAL MANAGEMENT, LLC
PALOMA PARTNERS MANAGEMENT CO
PARTNERS GROUP (USA) INC
PARTNERS GROUP UK MANAGEMENT LTD
PARTNERS GROUP US MANAGEMENT CLO LLC
PENTWATER CAPITAL MANAGEMENT LP
PGIM, INC.
PIMCO
PINEBRIDGE INVESTMENTS
POST ADVISORY GROUP LLC
PPM AMERICA, INC.
PPM LOAN MANAGEMENT COMPANY LLC
PROSPECT CAPITAL MANAGEMENT
PRUDENTIAL INSURANCE
PUTNAM INVESTMENTS / FRANKLIN TEMPLETON
PZENA INVESTMENT MANAGEMENT LLC
Q GLOBAL CAPITAL MANAGEMENT LP
RBC ROYAL BANK
REDWOOD CAPITAL MANAGEMENT
RIVA RIDGE CAPITAL MANAGEMENT LP
ROMARK CLO ADVISORS LLC
ROYAL BANK OF CANADA
SAGARD
SAGARD HOLDINGS MANAGEMENT (US), LLC
SAGARD HOLDINGS MANAGER (US) LLC
SANCUS CAPITAL MANAGEMENT
SARATOGA INVESTMENT CORP
SHENKMAN CAPITAL MANAGEMENT INC
SIEMENS FINANCIAL SERVICES
SONA ASSET MANAGEMENT
SOUND POINT CAPITAL MANAGEMENT, LP
STATE OF WISCONSIN INVESTMENT BOARD
STATE STREET BANK & TRUST
STEELE CREEK INVESTMENT MANAGEMENT
SVP
SYCAMORE PARTNERS
SYCAMORE PARTNERS CREDIT OPPORTUNITIES LLC
SYCAMORE TREE CAPITAL PARTNERS
SYMETRA INVESTMENT MANAGEMENT COMPANY
TCW ASSET MANAGEMENT COMPANY LLC
TCW GROUP INC
TCW INVESTMENT MANAGEMENT COMPANY LLC
THE BANK OF NOVA SCOTIA
THRIVENT ASSET MANAGEMENT LLC
TRUIST
UBS ASSET MANAGEMENT AMERICAS LLC
US BANK

VÄRDE PARTNERS
VOYA ALTERNATIVE ASSET MANAGEMENT LLC
WARWICK CAPITAL CLO MANAGEMENT LLC
WEISS ASSET MANAGEMENT
WELLINGTON MANAGEMENT COMPANY LLP
WESPATH
WESTERN ALLIANCE BANK
WESTERN ASSET MANAGEMENT
WTW DIVERSIFIED CREDIT
XYQ CAYMAN LTD
Z CAPITAL CLO MANAGEMENT LLC
ZAIS GROUP LLC

**SENIOR FACILITIES, SPV FACILITIES, FACTORING, AND SUPPLY CHAIN FINANCING PROFESSIONALS**

ALSTON & BIRD LLP
ARENTFOX SCHIFF LLP
BAKER MCKENZIE LLP
BLANK ROME LLP
CLIFFORD CHANCE
DECHERT LLP
DENTONS
EVERCORE GROUP L.L.C.
GIBSON, DUNN & CRUTCHER LLP
GLENN AGRE BERGMAN & FUENTES LLP
HERBERT SMITH FREEHILLS KRAMER (US) LLP
HOWLEY LAW PLLC
MAYER BROWN LLP
MORRISON FOERSTER
ORRICK, HERRINGTON & SUTCLIFFE LLP
PORTER HEDGES LLP
PROSKAUER
WINSTON & STRAWN LLP

**SPV FACILITIES AGENTS & LENDERS**

AEQUUM CAPITAL FINANCIAL II, LLC
CARVAL CONTINGENT CREDIT FUND LP
CARVAL GCF MASTER FUND I LP
EVOLUTION CREDIT OPPORTUNITY MASTER FUND II-B, L.P.
EVOLUTION CREDIT OPPORTUNITY MASTER FUND II-B, L.P.
FB PIEROGI LLC
GLAS TRUST COMPANY, LLC
ONSET FINANCIAL, INC.
PATHWARD, NATIONAL ASSOCIATION
SILVER POINT CAPITAL, L.P.
UMB BANK, N.A.

**SIGNIFICANT CUSTOMERS**

ADVANCE AUTO PARTS
AMAZON
APSG
AUTOZONE
BENDIX COMMERCIAL VEHICLE SYS
BHTC
BMW
CANADIAN TIRE CORP LTD
COSTCO
DAIMLER TRUCKS
DETROIT MANUFACTURING SYSTEMS LLC
ENTR. ROBERT THIBERT INC.
FACTORY MOTOR PARTS
FAURECIA
FCA US LLC
FISHER AUTO PARTS WHSE
FORD MOTOR COMPANY
GENERAL MOTOR LLC
GRUPO MORSA DE MEXICO S.A. DE C.V.
HARLEY DAVIDSON
HONDA
HOPKINS MANUFACTURING CORPORATION
HUSQVARNA
KIEKERT
LES SCHWAB TIRE CENTERS
LIBERTY MOLDS INC.
LUCID USA, INC.
MACK TRUCKS
MANN HUMMEL PUROLATOR FILTERS
MANN+HUMMEL FILTRATION TECH US
MOLLERTECH ENGINEERING GMBH
NAPA
NISSAN
OZARK AUTOMOTIVE MASTER
PARTS AUTHORITY
R. H. SHEPPARD CO., INC.
SAS AUTOMOTRIZ
SMP AUTOMOTIVE SYSTEMS ME
STELLANTISMEXICO
SUBARU
TESLA
TRACTOR SUPPLY
UAP CANADA
UNI-SELECT
UNITED AUTO SUPPLY
VISTEON
VOLKSWAGEN
VOLVO
WALMART
YANFENG US AUTOMOTIVE INT
ZONE COMPRA

**SIGNIFICANT VENDORS**

15 KINGS GRANT PARTNERS LLC
1995 BILLY MITCHELL BOULEVARD, INC.

360 SOLUTIONS, DBA ACE
3LP WALWORTH INDUSTRIAL LLC
6250 RIDGEWOOD RD OWNER LLC
A DUIE PYLE
A L SOLUTIONS US INC
A N WEBBER INC
A T&T
A-1 AUTOMOTIVE CO. INC.
A1 AUTOMOTIVE CORE SUPPLY
AAA COOPER
AAM POWDER METAL COMPONENTS, INC
ABC TECHNOLOGIES
ACCELANCE PARTNERS LLC
ACCUFORM MANUFACTURING
ACME MACHELL COMPANY
ACRI, INC.
ADP, INC.
ADV MECHANICS S.A. DE C.V.
ADVANCE AUTO PARTS FOUNDATION
ADVANCED FILTRATION SYSTEMS
AEGIS COMPONENTS INC.
AEROTEK SERVICES INC
AFTERMARKET AUTO PARTS ALLIANCE INC
AHLSTROM ENGINE FILTRATION LLC
AHLSTROM FILTRATION
AIRBOSS OF AMERICA, INC.
AIREIT OPERATING PARTNERSHIP LP
AIRMAR
AIRMAR TRANSPORTES INTERNACIONAL SA DE CV
AKROCHEM CORPORATION
AKRON FIRESTONE COUNTRY CLUB
AKWEL
ALBERTA USED OIL - CANADIAN FUNDS
ALEPH AMERICA CORPORATION
ALEXANDER WINTON & ASSOCIATRES INC
ALL INJECT S.A. DE C.V.
ALL PART PRODUCTS AND SERVICES
ALL PARTS MASTER
ALLIED UNIVERSAL SECURITY SERVICES
ALPINE ELECTRONICS OF AMERICA, INC.
ALTUGLAS LLC
AMERICAN COLLOID COMPANY
AMERICAN ELECTRIC POWER
AMERICAN GLOBAL LOGISTICS
AMERICAN METAL & PLASTICS INC.
AMERICAN MITSUBA CORP
AMERICAN SUPPLY CHAIN SOLUTIONS
AMERILUX LOGISTICS LLC
AMRAPALI PLASTIC INDUSTRIES
ANDREW LABADY
ANGLE ADVISORS LLC
ANHUI GUANRUN AUTOMOBILE
ANHUI PHOENIX FILTER CO LTD
ANHUI PHOENIX INTERANTIONAL CO., LT
ANHUI TOSO IMPORT AND EXPORT TRADIN
ANJI ZHITONG HARDWARE CO., LTD.
ANTONINO RAMIREZ LOGISTIC
AON
APAG ELEKTRONIK LLC
APPLIED INDUSTRIAL TECHNOLOGIES
APTIV SERVICES US, LLC
ARCELOR MITTAL CANADA
ARCELOR MITTAL MARNAVAL
ARCELORMITTAL LONG PROD.
ARCHER ADVANCED RUBBER / MARANZ INC.
ARCHER CARGO
ARLANXEO USA LLC
ARMSTRONG TRANSPORT GROUP
ARP MATERIAL
ASAHI KASEI PLASTICS
ASCEND PERFORMANCE MATERIALS, INC.
ASH PALLET MANAGEMENT INC
ASK CHEMICALS LP
ASTEMO AMERICAS, INC.
AUTO CAST DE MEX.SA DE CV
AUTO TRANSPORTES ROMEDU S
AUTOCAM(CHINA) AUTOMOTIVE
AUTOMOTIVE ECUS LLC
AUTOMOTIVE PARTS SERVICE GROUP, LLC
AUTOTRANSPORTES FRONTERIZOS MG SA D
AUTOTUBE LIMITED
AVI PALLETS LLC
AVIENT
AVNET ELECTRONICS MKTG
AVO CARBON USA, INC
AXA SEGUROS
AZB & PARTNERS
B & H PATTERN, INC.
BAKELITE LLC
BAKER & HOSTETLER LLP
BALDWIN FILTERS INC.
BAMBERGER AMCO POLYMERS INC
BANCA MIFEL SOCIEDAD ANON
BASELL POLIOLEFINAS S DE RL DE CV
BASF
BASF MEXICANA S.A. DE C.V.
BE JOY LLC
BECKER LOGISTICS
BECKNELL INDUSTRIAL OPERATING PARTNERSHI
BEIJING DELPHI WANYUAN ENGIN
BEKAERT CORPORATION
BENDER ELECTRICAL CONTRACTING LTD
BEST AUTOMOTIVE INC.
BEST UNISON INTERNATIONAL CO., LTD.
BEST UNISON INTERNATIONAL CO., LTD.
BGM ELECTRONIC SERVICES
BH MOULD INDUSTRIAL LIMITED
BINATIONAL INDUSTRIAL SER
BIPLAS MEDICAL LTD
BLOW MOLDED SOLUTIONS LLC

BLUE CROSS BLUE SHEILD
BOBER MARKEY FEDOROVICH & CO
BOLES PARTS SUPPLY INC.
BOLT EXPRESS
BOSTIK INCORPORATED
BOUTWELL OWENS
BOXHAWK WAREHOUSING
BPP SHIRAZ PARK A LP
BRI WESTPARK IV QOZB LP
BROWN CONSTRUCTION INC
BRP-ROTAX GMBH & CO.KG
BRYAN CAVE LEIGHTON PAISNER
BTT SOLUTIONS MEX S DE RL DE CV
BUFFALO CORE SUPPLY
BYLINE FINANCIAL GROUP
BYM INDUSTRIAL
C A T GLOBAL INC
C CROSS LOGISTICS
C&E AGENTES ADUANALES
C&U USA INC
CABAY & COMPANY
CAMPBELL, INC.
CANCARB LIMITED
CAPGEMINI AMERICA
CAPIN VYBORNY LLC
CAPITAL RX LTD, DBA VERCIFY
CAPLUGS
CARCORP USA
CARDENAL EXPRESS
CAREY EXCAVATION, INC.
CARFLEX AUTO PARTS
CARPAK CORP
CARRDAN CORPORATION
CARRIER VIBRATING EQUIP, I
CBRE INC
CELANESE CORPORATION
CELANESE POLYMER PRODUCTS, LLC
CFE CALIFICADOS S.A. DE C.V.
CGR
CH REED
CHASE PLASTIC SERVICES, INC.
CHASE/CARDONE PROPERTIES, LLC
CHEMSOL SERVICES
CHIAPHUA COMPONENTS AUTOMOTIVE
CHIN PECH CO. LTD
CHIPS MANUFACTURING LLC.
CHONGQING YUHUI MACHINERY CO LTD
CHURCH & DWIGHT CO INC
CIB
CIKAUTXO DE MEXICO S DE RL DE CV
CIKAUTXO SK S.R.O.
CIMCO RESOURCES, INC.
CINTAS CORP.
CITY OF BG MUNICIPAL UTILITIES
CITY OF JASPER
CIXI CIFT CONTROL CABLES CO LTD
CIXI XINXIN PLUSH DRESS CO., LTD.
CLAMPITT PAPER CO OF SAN ANTONIO
CLASSIC FASTENERS
CLIFFORD CHANCE US LLP
CLUB DEMONSTRATIONS SERVICES, INC
CMX NORTH AMERICA
COGNITUS CONSULTING, LLC
COLLISON-GOLL LTD.
COMCAST
COMERCIALIZADORA DE AUTOPARTES MONROY SA DE CV
COMERCIALIZADORA LOGINET SA DE CV
COMERCIALIZADORA LUBRIES SA DE CV
COMISION FEDERAL DE ELECTRICIAD
COMMERCIAL SPRING AND TOOL
COMMERCIAL TRAFFIC CO
COMMONWEALTH EDISON
COMPASS LOGISTICS
COMPRESSAIR
COMPUTER PACKAGES INC.
CONRAD MECHANICAL INC
CONSILIO
CONSOCIATE HEALTH
CONSTELLATION NEWENERGY INC
CONTINENTAL AUTOMOTIVE SYST US INC
CONTRATO DE FIDEICOMISO DE ADMINISTRACION NUMERO 851-02391
COPO TEXTILE MEXICO S.A. DE C.V.
CORPORATE TRAFFIC LOGISTICS
CORPORATIVO ADUANAL TRUJILLO Y ASOC
CORRIE MACCOLL NORTH
CORRUGADOS DE BAJA CALIF
COVAR TRANSPORTATION
COYOTE LOGISTICS, LLC
CP MONTERREY S DE RL DE CV
CRANE WORLDWIDE LOGISTICS
CROWN CREDIT COMPANY
CROWN EQUIPMENT CO
CROWN LIFT TRUCKS
CSI LEASING, INC.
CT TS WIRE PROCESSING
CTC INTERNATIONAL GROUP INC.
CTS GLOBAL SUPPLY CHAIN SOLUTIONS
CUSTOM ALLOY LIGHT METALS
CYBER WATCH SYSTEMS LLC
CYMEZ
DACHSER DE MEXICO SA DE CV
DAERYANG INDUSTRY CO LTD
DAEWHA FUEL PUMP IND LTD
DAIDO METAL
DANHIL DE MEXICO SA DE CV
DATANATIONAL CORPORATION
DATASITE LLC
DAY PITNEY LLP
DAYTON POWER AND LIGHT CO
DECATUR PLASTIC PRODUCTS, INC.

DECOFINMEX S.A. DE C.V.
DEF PROVEEDORA Y CONSTRUCCION
DELGO TRANSPORTADORA DE PERSONAL S DE RL DE CV
DELL
DEPATIE FLUID POWER
DERBY FABRICATING SOLUTIONS
DERI 2000 SAN. VE TIC. LTD STI
DEXTER DE MATAMOROS SA DE CV
DEXTER STAMPING COMPANY LLC
DI GENIMEX JERSEY LTD.
DI SHIN YUH CHERNG INDUSTRIAL CO., LTD
DI ZHEIJANG CHENGKANG MACHINERY
DI ZHEJIANG DK CITY CORPORATION
DI ZHEJIANG LIFENG AUTO ACCESSORIES CO., LTD.
DISPLAY PRODUCTS - PAINT
DISPLAY PRODUCTS S DE RL DE CV
DISTRIBUTION SYSTEMS LTD
DIVERSIFIED PATTERN & ENG
DJP AUTO PARTS USA INC.
DLH BOWLES
DLR CORE SUPPLY
DODGE LOGISTICS LLC
DOHRN TRANSFER CO
DONGGUAN RETOP FILTER MATERIAL CO LTD
DSSI LLC, DBA AMICUS US
DSV 4PL INC
DSV AIR & SEA SAU
DSV SOLUTIONS
DTE ENERGY
DUKE ENERGY
DYNACAST LLC
DYNAPLAS LTD
E M BITTNER INC
E R S INC
EAGLE NONWOVENS INCORPORATED
EAST WEST EL PASO, LLC
EFC INTERNATIONAL
EFFBE-CZ LLP
EKK EAGLE SALES AMERICA
ELKEM MATERIALS, INC.
EMBASSY POWDER METALS, INC
EMINENT PALACE INTERNATIONAL LTD.
EMPIRE REFRACTORY SERVICES IND
EMPORIA PARTNERS, LLC
EMSCO OH
ENGIE
ENGLAND LOGISTICS INC
ENNVEE TECHNOGROUP INC
ENTEC POLYMERS LLC
ENVALIOR ENGINEERING MATERIALS INC.
ENVASES MICROONDA SA DE CV
ENVASES MICROONDAS
EQUISTAR CHEMICALS LP
ERNST & YOUNG LLP
ERS, INC. D/B/A PRISM SPECIALTIES
ESCOTO CUSTOMS BROKERS INC
ESI EXTRUSION SERVICES
ESTAMPADOS MONTERREY
ESTES EXPRESS LINES
ETIQUETAS ADHESIVAS EL AGUILA
ETSI GLOBAL, LLC
ETSI SALES
EVEREST TRANSPORTATION SYSTEMS LLC
EVERWIN PRECISION HONG KONG
EXPONENT, INC.
F/1622 FIBRA MACQUARIE MEXICO
FACTORY MOTOR PARTS
FAIRLANE INDUSTRIES INC
FASHAN/SHUNDE/YONGHEXING RUBBER PLANT
FASTENAL
FAYETTEVILLE PUBLIC UTILITIES
FB TRADE FINANCE SPV
FEDERATED AUTO PARTS DISTRIBUTORS
FEDEX
FENORESINAS S.A. DE C.V.
FERRE ACEROS METALICOS DE
FERROGLOBE
FIBRA MACQUARIE MEXICO
FIBRA MTY
FIBRA PROLOGIS
FIDEICOMISO
FITCH RATINGS, INC
FITZMARK LLC
FLAMBEAU
FONDERIA MECCANICA
FORMERRA, LLC
FORTEQ UK LIMITED
FOSECO, INC.
FOSHAN NANHAI LENTTO METAL
FOX ROTHSCHILD LLP
FREIGHTQUOTE.COM
FREUDENBERG
FREUDENBERG-NOK SEALING TECH
FRICTION ONE BRAKE TECHNOLOGY (XIANTAO) CO., LTD.
FUCHS LUBRICANTS COMPANY
FUKOKU
FUTAI
FUTURE ELECTRONICS
FUZE, INC.
G & C HILLSBORO INVESTORS
G-3 CHICKADEE PURCHASER
GAROSO ELECTRIC AND HARDWARE
GAS NATURAL DE JUAREZ
G-COR AUTOMOTIVE CORPORATION
GENERAL FASTENERS COMPANY
GENIMEX JERSEY LTD.
GERGONNE PLASTICOS INDUSTRIALES

GFI DIGITAL
GIBBS TECHNOLOGY COMPANY
GL PRECISION
GLOBAL NET LEASE OPERATING
GLORIA SOLEDAD PILLADO CHAVEZ
GLS US FREIGHT INC
GLTEK CORPORATION
GM FINANCIAL
GM OF CANADA LTD
GOLDSTAR WAREHOUSING, LTD
GONHER DE MEXICO, SA DE CV
GORMAN INDUSTRIAL SUPPLY
GPD STUDIO LEGALE E TRIBUTARIO
GRAND TRAVERSE CONTAINER
GRAVITY TECHNOLOGY SOLUTIONS LLC
GRUPO COLLADO
GRUPO TL AVITIA
GUIYANG SABOMAN TECHNOLOGY DEVELOPMENT CO LTD
GUIZHOU SABOMAN MICRONIZED MINING
GUTIERREZ TRUCKING LLC
GWL REALTY ADVISORS
HANOVER REALTY
HC ORIENTAL LIGHTING CO., LTD
HC ORIENTAL TEXTILE CO LTD
HD SHIPPING SOLUTIONS
HERAEUS
HERAEUS PRECIOUS METALS GMBH & CO.
HERRAMENTAL Y CONSUMIBLES DEL NORTE
HERRERA TRANS TRUCKING
HEYUAN KOSHEN INSULATOR
HISCO
HITACHI ASTEMO AMERICAS, INC.
HK METALCRAFT MANUFACTUING CORP
HKC SALES LIMITED
HNRY LOGISTICS
HOLLINGSWORTH LLC
HONDA TRADING
HOPEWELL HEATING AND AIR CONDITIONING LLC
HTT INC.
HUIRUN ELECTRICAL MACHINERY (ACHR)
HURON INC.
HYDRAFORCE INC
IA MECHANICAL INC.
IB ABEL
ICONIC LIVING AT THE 9
IDEAL CLAMP PRODUCTS
IFT FAA DC, LP
IGS INDUSTRIAL
IGS INDUSTRIAL FUND III SAPI DE CV
IGS-CENTI / FIDEICOMISO PROYECTO I
IKD CO LTD
IMPACT AUTOMATION INC
IMPRESOS RTM
IMPRESOS RTM SA DE CV
INDIANA AMERICAN WATER
INDUCONTROL SA DE CV
INEOS OLEFINS & POLYMERS
INFOR GLOBAL SOLUTIONS,INC
INFUSION FREIGHT SERVICES LLC
INGEVITY CORPORATION
INMOBILIARIA AYUSA SA DE CV
INMOBILIARIA ORANGE COUNTRY S.A. DE C.V.
INSIGHT
INSTALACIONES ELECTROMECANICAS DE CD JUAREZ SA DE CV
INTEGRATED MICRO-ELECT
INTEGRITY TOOL AND MOLD
INTEGRITY TOOL AND MOLD DE MEXICO S DE RL DE CV
INTELIGENTE TECHNOLOGIES, LLC
INTERNATIONAL CHEMICAL
IPFS CORPORATION
IPVIII 185 STREET, LLC
IPXXII 193 STREET LLC
ITS TRAFFIC SYSTEMS INC
ITU ABSORBTECH, INC.
ITW DYNATEC DIV OF ILLINOIS TOOL WORKS
ITW SHAKEPROOF AUTOMOTIVE
ITW STAMPTECH FASTENERS
J&D CORE SUPPLY INC
J.V. EQUIPMENT
JADE STERLING STEEL CO.
JB HUNT
JDD-MOLDES PARA A INDUSTRIA DE PLAS
JEC CUSTOMS HOUSE BROKERAGE
JEWELL COKE COMPANY LP
JHJ INTERNATIONAL
JIANDE KANGYI CLEANING SUPPLIES CO. LTD
JIAXING SHUNTIAN MACHINERY CO., LTD
JING MEI AUTOMOTIVE (USA) INC
JING MEI I/O REYNOSO INTERNATIONAL
JJ CORES INTERNATIONAL
JOHNSON MATTHEY INC
JOINHANDS AUTO SPARE PARTS CO LTD
JOSE EDUARDO RODRIGUEZ PALLARES
JYUH FU INDUSTRIES CORP.
K DISPLAY CORP
KABS PACKAGING
KAINOS WORKSMART INC
KANGRIM PRECISION CO LTD
KATSUMI SERVICING LLC
KAWASAKI MOTORS CORP USA
KENSA LOGISTICS MEXICO S.A. DE C.V.
KENWAL STEEL CORP
KEY PACKAGING CO INC
KEYBANK NA

KEYENCE CORPORATION OF AMERICA
KEYENCE MEXICO SA DE CV
KIM SUPPLY CO
KING CHO MACHINERY INDUSTRIAL CO. LTD.
KOAIR INDUSTRIAL CO LTD
KOLEKTOR GROUP D.O.O.
KOPAR
KOTEK AMERICA INC
KPMG LLP
KW PLASTICS
LACROIX ELECTRONICS MI LLC
LANCASTER FOUNDRY
LANDA DIGITAL PRINTING EQUIPMENT S DE RL DE CV
LAUFER
LAUFER GROUP INTERNATIONAL
LAW OFFICES OF GUY A. LEWIS, PLLC
LBA RV COMPANY XVII LP
LEADER TOOL CO
LEGGERA THIXO TECHNOLOGIES LLC
LESHA
LESHA (THAILAND) CO LTD
LIBERTY LABELS
LIBERTY MOLDS INC.
LINYI TIANYI ELECTRIC CO LTD
LITOPROCESS SA DE CV
LIVINGSTON INTERNATIONAL INC.
LKQ BEST AUTOMOTIVE CORP
LOBO INDUSTRIAL
LOGILITY
LOGIS SERVICIOS DE COMERCIO EXTERIOR SA DE CV
LOGISTICA LEX S DE RL DE CV
LOUIS PADNOS IRON & METAL
LS AUTOMOTIVE TECHNOLOGIES CO LTD
LUCERITO MICHACA AGUILAR
LUEN JIN ENTERPRISES
LUEN JIN ENTERPRISES CO.LTD
LUF-LUX INDUSTRIAL CO. LTD
LUMILEDS NETHERLANDS B.V.
LUSIDA RUBBER PRODUCTS INC.
LUX INDUSTRIES
LYDALL PERFORMANCE MATERIALS INC
LYONDELLBASELL ADVANCED POLYMERS
M HOLLAND COMPANY
MAC MONTACARGAS CORP
MACALLISTER MACH CO, INC
MACALLISTER MACHINERY
MADERAS Y EMBALAJES DE DURANGO SA DE CV
MAGNA ELECTRONICS TECHNOLOGY
MAGNI INDUSTRIES, INC
MAHLE BEHR
MAKSTEEL
MANAGEMENT AND LOGISTICAL PLANNING SA DE CV
MANKIEWICZ MEXICO Y COMPANIA
MANTENIMIENTO INTEGRAL FINSA SA
MAPLAN + PLANNING INC
MARTHA OLIVIA LAURENZANA
MASERGY COMM., INC.
MASTER MOLD DEL NORESTE
MATERIALS GROUP, LLC, THE
MATHESON TRI GAS INC
MAXINFO GROUP CORPORATION
MCI COMMODITIES
MCI CORES
MEIBORG BROTHERS
MELCO ENGRAVING & TEXTURING
MEREDITH BAER HOME
MERIDIAN MOVING & STORAGE
METALEX CORPORATION
MEXECOLOGY
MEXPRESS TRANSPORTATION INC
MH EQUIPMENT COMPANY
MICHAEL L CARR
MICHELIN LIFESTYLE LIMITED
MICROSOFT CORPORATION
MID AMERICAN METALS
MIGHTY DISTRIBUTING SYSTEM
MILACRON MARKETING CO LLC
MILLER & CO LLC
MILTEC INC
MILWOOD HOLDINGS, LLC C/O
MITSUI & CO
MITSUI DE MEXICO S. DE R.L . DE
MOD43 INC
MODE TRANSPORTATION
MONGOOSE FREIGHT SOLUTIONS LLC
MOODYS INVESTORS SERVICE
MORGAN POLYMER SEALS, LLC
MOTION INDUSTRIES INC.
MOTOR PARTS GROUP, LLC
MOVILPARTS REPRESENTACION
MPI PRODUCTS, LLC
MR LUBE CANADA LP
MRO COMMSA SA DE CV
MADISON LLC
MSC INDUSTRIAL SUPPLY
MULTI PARTS SUPPLY USA, INC.
MURSIX CORPORATION
MVT LOGISTICS
MXBRAKE
MYRNA BARCENAS VALLADARES
N.A. WILLIAMS CO., INC
NA WILLIAMS
NESTOR ALFREDO SANCHEZ PEREZ
NEXEO PLASTICS, LLC
NGOC PHUONG MANUFACTURING & TRADING COMPANY LTD.

NGS, INC.
NINGBO CITY FRESH TECH CO
NINGBO DAIKO AUTO PART CO.
NINGBO GOLDY INTERNATIONAL TRADE CO
NINGBO HENGJIN MACHINERY MFG CO LTD
NINGBO LIPINGE MACHINE
NINGBO QIANHAO METAL PRODUCT CO LTD
NINGBO ROCKET AUTOMOBILE PARTS
NINGBO SANZO IMPORT AND EXPORT
NINGBO UNITED MACHINE CO., LTD
NINGBO WANDE TOOLS INDUSTRIAL CO LT
NINGBO XIANLONG AUTOPARTS
NINGBO YEXING AUTOMOTIVE PART CO LTD
NINGBO YEXING AUTOMOTIVE PART CO LTD
NINGBO-XIANLONG AUTOPARTS
NINGHAI FIRST-RATE INJECTION MOULD
NINGHAI ZHONGJIE BRUSH CO., LTD.
NIPPON PAINT AUTOMOTIVE AMERICAS
NIPSCO
NISSAN
NOLAN & CUNNINGS, INC.
NORDSON CORP.
NORMA ELIZABETH CANALES AGUILERA
NORTH AMERICAN HOGANAS
NORTHERN PRECISION, INC.
NOVAPACIFIC INC.
NP WHITAKER AVE INDUSTRIAL, LLC
NPD TECHNOLOGY INC.
NPN360
NTT DATA AMERICAS, INC.
NTT DATA INC
OAK HARBOR FREIGHT LINES
OEC SHIPPING
OHIO VALLEY PRECISION, INC
OMNI SYSTEMS INC
OMNISOURCE CORPORATION
ONE REIMER ADVANTAGE INC
ONESOURCE VIRTUAL INC
ONPOINT CAPITAL LLC
OPEN TEXT INC
OPTIMAS OE SOLUTIONS LLC
ORACLE AMERICA, INC.
ORBIAN MANAGEMENT LIMITED
ORBIS CORPORATION
OSCAR DAVID CHAVIRA SOTO
PACKAGING CORPORATION OF AMERICA
PALLET PARTNERS OF AMERICA LLC
PARKER HANNIFIN CORPORATION
PARKER SEAL GROUP
PAT & JEFF ENTERPRISE CO.LTD
PATEL TOWEL INDUSTRIES
PAUL A HARRISON-SENECA COUNTY TREAS
PAUL HASTINGS LLP
PAULA FORTUNA CABRERA
PAX MACHINE WORKS INC
PCA
PECO-PAYMENT PROCESSING
PERFECT PATTERNS
PERIMETER INTERNATIONAL, DBA PGL
PETER-LACKE MEXICO S.A DE C.V
PG MADERAS Y TRIPLAY SA
PHILADELPHIA GAS WORKS
PHOENIX JCR BVILLE INDUS
PLASTIC OMNIUM (USA) LLC
PLASTOMER CORPORATION
PLZ CORP
PNEUMATIC SCALE
POLIMEROS APPL, S.A. DE C.V.
POLIMEROS Y DERIVADOS SA
POLLAK NA
PORTER PRECISION PRODUCTS
PPG INDUSTRIES INC
PRECIX
PRET ADVANCED MATERIALS, LLC
PRIMEREVENUE, INC.
PRIMETRADE, INC.
PRM TRUCKING INC
PRODUCTOS LAMINADOS DE MONTERREY
PROMOTORA DE MADERAS
PRONTO NETWORK COOPERATIVE
PROTECCION TECNICA PREMIE
PROTECH CHEMICALS LTD
PROTECT AND SERVE SECURITY
PROTRANS INTERNATIONAL LLC
PSI MOLDED PLASTICS
PUBLIC UTILITIES BOARD
PUROLATOR INC
PV BROWNSVILLE, LLC
QAD
QI AUTOMOTIVE CO LTD
QINGDAO CARFLEX AUTO PARTS CO LIMITED
QINGDAO KANGCAI TRADE CO., LTD
QINGDAO KEMEI TRAILER
QINGDAO SUNSONG CO LTD
QIS AUTOMOTIVE, INC.
QUALITY PARTS SUPPLY LTD
QUANXING MACHINING GROUP CO LTD.
QUELTRO S.A. DE C.V.
QUINN EMANUEL URQUHART & SULLIVAN, LLP
RADIANT ROAD & RAIL
RALOY LUBRICANTES SA DE CV
RANDALL METALS CORPORATION
RARE IMPORT-EXPORT, LLC
RAYLOC DIVISION GENUINE PARTS
RAYMOND HANDLING CONCEPTS
RAYMOND LEASING CORPORATION (ASSOCIATED MATERIAL HANDLING INDUSTRIES, INC.)

RAYMOND LEASING CORPORATION (ASSOCIATED MATERIAL HANDLING INDUSTRIES, INC.)
REA MAGNET WIRE CO., INC
REBUILDERS AUTOMOTIVE SUPPLY
RECYCLER CORE CO. INC.
REDDAWAY
REEDSMITH LLP
RENAISSANCE PARK, LLC
RENAULT
RENNCO AUTOMATION SYSTEMS, INC.
REPUBLIC
RESIN ENTERPRISE, INC.
RESIN RESOURCE
RESORTES Y PRODUCTOS METALICO
REVATI WELLNESS
REXFORD INDUSTRIAL
REYNOLDS GRAPHIC ARTS INC
REYNOSO INTERNATIONAL SYS
RIGHT WAY TRANSPORTATION, INC., ET AL.
RILEY WELDING & FABRICATING
RIMINI STREET INC
RIO BRAVO INTERNATIONAL
RITAR POWER (VIETNAM) COMPANY LIMITED
RIVER BEND HOSE SPECIALTY
RIVER CITY WOOD PRODUCTS
ROADMASTERS
ROBERT BOSCH CORPORATION
ROBERT BOSCH LLC
ROCIO KARINA GUTIERREZ DE HOYOS
ROEHM AMERICA LLC
ROLER MACHINE SHOP INC
ROSS ARONSTAM MORITZ LLP
ROSS CLARK MATERIAL HANDLING
R-PAC SOLUCIONES TEXTILES
RPG GUYS LLC
RR DONNELLY
RR MULTISERVICES LLC
RWI LOGISTICS
SABIC INNOVATIVE PLASTICS
SAGE CAPITAL INVESTMENTS, LLC
SAJONES CO. LTD
SANYCO INDUSTRIES LTD
SAP AMERICA INC
SAP SUCCESSFACTORS, INC.
SARAH SUGDEN
SAU HOI MOULD MANUFACTURI
SAUBER PRINT LLC
SCHRADER INTERNATIONAL INC
SCOTLAND ENTERPRISES, INC
SDI SOURCING DIRECT
SEGEPO-FSM INC.
SEGUROS ATLAS
SEKTAM OF INDEPENDENCE
SELECT TOOL INC.
SELEE CORPORATION
SEQUOIA FINANCIAL GROUP
SERA CO., LTD
SERVIACERO PLANOS
SERVICIO INTERNACIONAL DE LOGISTICA Y TRANSPORTE
SERVICIOS INMOBILIARIOS PARA EL DESARROLLO
SEYFARTH SHAW LLP
SEYFERTH BLUMENTHAL & HARRIS LLC
SHANDONG LIANCHENG AUTO PARTS CO.,LTD
SHANDONG XINYI AUTO PARTS MANUFACTURING CO LTD
SHANGHAI JINGCO MACHINERY CO., LTD.
SHANGHAI SWEET AUTO PARTS
SHARP ELECTRONICS CORPORATION
SHERWIN WILLIAMS
SHIN YUH CHERNG INDUSTRIAL CO., LTD
SHIN-ETSU POLYMER AMERICA
SHORR PACKAGING CORP.
SHUYANG SULIN IMPORT & EXPORT CO.
SI EMPAQUES REYNOSA
SIAM FUKOKU CO.,LTD
SILT LOGISTICS LLC
SILT TRANSPORTATION, INC.
SINARS SLOWIKOWSKI TOMASKA LLC
SINOMAG TECHNOLOGY
SLEEK BRAKE PRODUCTS
SMURFIT KAPPA
SMURFIT WESTROCK
SOARUS LLC
SOCEM ED
SOLUTIONS FOR MATERIALS HANDLING CORP
SOLVAY ADVANCED POLYMERS
SOLVAY SPECIALITY POLYMERS USA LLC
SOURCING DIRECT INTERNATIONAL
SOUTHERN MACHINERY REPAIR INC
SOUTHWIRE COMPANY, LLC
SPANTEK
SPARTA TRANSPORTES DE PERSONAL
SPEC 4 INTERNATIONAL INC.
SPECIALLITY MOULDS AND ENGINEERING
SPECIALTY PRODUCTS
SPI AUTOMOTIVE NA INC.
SPRAY PRODUCTS
ST CLAIR TECHNOLOGIES
ST JOSEPH PLASTICS
ST. CLAIR TECHNOLOGIES, INC.
STACI CORP (DBA VEXOS)
STAG JANESVILLE, LLC
STAIMAN RECYCLING
STANDEX ELECTRONICS
STEAM LOGISTICS, LLC
STEEL WAREHOUSE

STEEL WAREHOUSE CLEVELAND LLC
STEEL WAREHOUSE MEXICO S DE RL DECV
STELLANTIS
STELLAR INDUSTRIAL SUPPLY
STERLING INDUSTRIAL, LLC
STERN STEEL LLC
STRATOSPHERE QUALITY, LLC
STRATTEC SECURITY CORP.
STUTSMAN LOGISTICS INC
SUMINISTROS BASICOS INDUSTRIALES
SUMINISTROS BASICOS INDUSTRIALES SA DE CV
SUMMIT BAY GROUP
SUN DIGITAL SA DE CV
SUN MICROSTAMPING TECH
SUNBELT RENTALS
SUNSET TRANSPORTATION
SUSMAN GODFREY LLP
SUZHOU BRAKE AUTO PARTS TRADING CO LTD
SUZHOU SONAVOX ELECTRONICS CO.LTD
SUZHOU ZHENYE MOLD CO LTD
SW PERFORMANCE LTD
SYTECH S DE R L DE C V
T I FLUID SYSTEMS
T T I INC
TA DEDICATED INC
TA SYSTEMS INC
TAAP, LLC
TACOM AUTO PARTS CO LTD
TAI THAI RUBBER CO LTD
TAIGENE ELECTRIC MACHINERY
TAIZHOU GAOLING MACHINERY CO.,LTD
TAIZHOU LIKE TRADING CO.LTD
TANAWORKS AUTOMOTIVE INC
TATA AUTOCOMP
TEAM MIDWEST MARKETING GROUP
TECHNICAL SEALING SYSTEM
TEKNOR APEX/THERMOPLASTIC
TEMPCO MEXICO, S.A. DE C.V.
TEMPEL
TEMPEL DE MEXICO
TEX-CAL PROPERTIES LLC
TFORCE FREIGHT INC
THE COMMUNITY FOUNDATION OF THE OZARKS
THE GOODYEAR TIRE&RUBBER
THE RECYCLER CORE CO INC
THE TOP DIE CASTING CO
THERM-O-LINK OF TEXAS, INC.
THERMOPAC INDUSTRIES
THI GROUP SHANGHAI LTD
THOMSON REUTERS
TI AUTOMOTIVE
TICONA
TICONA POLYMERS, INC.
TITAN PALLET SOLUTIONS
TITAN STEEL CORPORATION
TITANIUM AMERICAN LOGISTICS INC
TK GROUP INTERNATIONAL
TOKAI CARBON CB LTD.
TOP SEAL S.A DE C.V
TOYO INK AMERICA, LLC
TRADING PLATFORM LLC
TRAFFIX USA INC
TRAMUC TRANSPORT
TRANSEND LOGISTICS
TRANSPADILLA
TRANSPLACE MEXICO LLC
TRAVELERS INDEMNITY
TRINSEO DE MEXICO S. DE R.L. DE C.V
TROY BEAVER REALTY, LLC
TRUELOVE & MACLEAN INC
TTI CLEVELAND
TTI INC
TULTIPACK
U S PATENT CERTIFICATE INC
U.S. PATTERN COMPANY, INC.
UACL LOGISTICS LLC
UBER FREIGHT
ULTIMA PLASTICS LLC
UNGRIA INTERNATIONAL INC.
UNITED GASKET
UNITED GASKET CORP
UNITED MANUFACTURING INC
UNITED STATES CUSTOMS BORDER PATROL
UPS
US SILICONES
US TREASURY-FRB NEW YORK
USI
USI (UNIVSCIENINDUST)
USI INSURANCE SERVICES LLC
USI(UNIV.SCIEN.INDUST.)
USMFG, INC.
VALEO FRONT END
VALEO NORTH AMERICA
VALEO SERVICE
VARNUM LLP
VDM METALS USA, LLC
VECTOR GLOBAL LOGISTICS
VERITIV OPERATING
VERITIV S A DE C V
VERLITE
VESTIS GROUP INC., DBA VESTIS SERVICES LLC
VEXOS
VG MANUFACTURING PROCESS
VICTORY PACKAGING LP
VIDON PLASTICS, INC.
VIP PACK (USA), LLC
VISION TOOL CO.,LTD.
VITESCO TECHNOLOGIES

VITESCO TECHNOLOGIES CZECH REPUBLIC
VOLUNTEER INDUSTRIAL II, LLC
VON WOBESER Y SIERRA SC
WAELZHOLZ NORTH AMERICA
WAINWRIGHT-A DIVISION OF
WALTON 3 FIDEICOMISO INDUSTRIAL IV
WARSAW ENG & FABRICATING
WASHINGTON PENN PLASTIC CO, INC.
WAUPACA FOUNDRY INC
WAYFINDER LOGISTICS LLC
WAYNE-VAUGHN EQUIPMENT
WEICHAI TORCH AUTOMOBILE SEALS BRANCH
WEICHAI TORCH TECHNOLOGY CO., LTD
WEIFANG HENGTAI AUTO PARTS CO LTD
WELCH PACKAGING
WELLCHARTER INTNAT'L CORP
WELLS FARGO
WENZHON ZOREN AUTO ELECTRIC CONTROL
WENZHOU DONGQI AUTO PARTS MANUFACTURE CO LTD
WENZHOU HUIRUN IMPORT & EXPORT CO LTD
WENZHOU LIBANG ENTERPRISE CO LTD
WENZHOU MOTRON TECHNOLOGY
WENZHOU ZOREN AUTO ELECTRIC CONTROL CO LTD
WESTERN INDUSTRIES PLASTIC PRODUCTS
WESTERN INDUSTRIES PLASTIC PRODUCTS LLC
WHITE TOOL & DIE LLC
WHITLEY PENN LLP
WIGGIN & DANA LLP
WIX FILTRATION CORP
WIX/M&H FILTRATION TECHNOLOGY
WORK GROW GIVE
WORKDAY, INC.
WORLDWIDE TRADE PARTNERS LLC
WPC HOLDCO LLC
WUXI BAISLY TEXTILE CO., LTD.
WUXI YINYI AUTO PARTS MANUFACTURE CO., LTD
XEROX CORPORATION
XINLIDA AUTO PARTS LLC
XPO LOGISTICS
YANTAI HUIJIE SCIENCE & TECHNOLOGY
YANTAI HUIJIE TECHNOLOGY
YANTAI STAMPING AUTO PARTS CO., LTD. (FORMERLY KNOWN AS PAP AUTO PRODUCTS CORP.
YOUNKER PRODUCTS CO LTD
YRC FREIGHT
YUHUAN BOHAI MACHINERY CO.,LTD
YUHUAN JIANGHONG MACHINERY CO LTD
YUHUAN WEIYU AUTOMOBILE PARTS CO LTD
YUKEVICH CAVANAUGH
YUN SHENG INDUSTRY CO LTD
YUSEN LOGISTICS CHINA CO LTD
YUSIN BRAKE CORP TAIWAN BRANCH
YUSIN BRAKE CORPORATION
YUYAO SHUANGLI APPLIANCE CO., LTD.
ZAPP PRECISION WIRE, INC.
ZATKOFF SEALS PACKINGS
ZBYTOWSKI ERIC
ZHANGJIAGANG SUNNY METAL CO LTD
ZHANGJIAGANG SUNNY METAL CO LTD
ZHANGZHOU - SAJONES CHANGSHAN
ZHEIJANG CHENGKANG MACHINERY
ZHEJIANG DK CITY CORPORATION
ZHEJIANG HONGLI (A/LIST) TOOLS CO.
ZHEJIANG JINHUI MACHINE CO.LTD
ZHEJIANG JINJIA AUTOMOBILE PARTS CO., LTD
ZHEJIANG LAIEN FILTRATION SYSTEM CO
ZHEJIANG LAIEN FILTRATION SYSTEM CO LTD
ZHEJIANG LIFENG AUTO ACCESSORIES CO., LTD.
ZHEJIANG NEW SORL AUTO PARTS
ZHEJIANG ODM TRANSMISSION
ZHEJIANG REAL SHIELD FILTRATION TECH CO
ZHEJIANG RENCHI AUTO PARTS CO. LTD
ZHEJIANG RUIXU AUTO PARTS (REAL SHIELD)
ZHEJIANG RUNVA MECHANICAL & ELECTRICAL
ZHEJIANG WEITAI AUTOMOBILE PARTS
ZHEJIANG XINSHENG ALUMINUM TECHNOLOGY
ZHEJIANG XINSHENG ALUMINUM TECHNOLOGY
ZHENJIANG FINE METAL AUTOMOTIVE COMPONENTS
ZHENJIANG FINE METAL AUTOMOTIVE COMPONENTS
ZHENJIANG FINEWORLD AUTOMOTIVE TECHNOLOGY
ZHENJIANG SUN-HONEST TUBE
ZHONGDING USA INC.
ZOKO MARKETING AND DISTRIBUTION LTD. (GUR FILTER)
ZONE COMPRA Z DE RL DE CV
ZOP LLC
ZORN COMPRESSOR INC
ZULMA YANETH ARATO CASILLAS
ZURICH COMPANIA DE SEGUROS SA

**SUPPLY CHAIN FINANCING PARTIES**

1977 OCONNOR
BAML
BAML CHINA
BAML NA/INDIA
CIT BANK
CITIC CHINA
EVOLUTION CAPITAL
FASANARA
HFS RESEARCH
INTERFACE
IVY
LIQUIDX
NAPIER
NEW MEX PAPER FUND
NOMURA
PEMBERTON
PRIME REVENUE
RAISTONE
SOUTHSTATE
TFC
TRUIST
US BANK
WAFRA (WSS)
WANAKA FUND LTD
ZENITH GROUP ADVISORS

**TOP 30 CREDITORS (EXCLUDING INSIDERS)**

1977 OCONNOR
AMERICAN GLOBAL LOGISTICS
CARDONE HOLDCO LP
DSSI LLC, DBA AMICUS US
EVOLUTION CREDIT PARTNERS
FASANARA
FEDEX
FUTURE ELECTRONICS CORP
HFS
INTERNAL REVENUE SERVICE
IVY
KATSUMI GLOBAL, LLC
LEUCADIA ASSET MANAGEMENT (FACTORING HOUSE OF JEFFERIES)
NAPIER
NOMURA
ORBIAN MANAGEMENT LIMITED
PEMBERTON CAPITAL ADVISORS LLP
RAISTONE
RANDALL METALS CORPORATION
REBUILDERS AUTOMOTIVE SUPPLY
RESORTES Y PRODUCTOS METALICOS
SHIN YUH CHERNG INDUSTRIAL CO., LTD
SMURFIT KAPPA
SOUTHSTATE BANK, N.A.
THE CIT GROUP
THI GROUP SHANGHAI LTD
TRADE FINANCE COMPANY
VERITIV OPERATING
WAFRA (WSS)
YUSIN BRAKE CORPORATION

**U.S. ATTORNEY'S OFFICE (FOR THE SOUTHERN DISTRICT OF TEXAS)**

NICHOLAS GANJEI

**UNITED STATES TRUSTEE AND STAFF (FOR THE SOUTHERN DISTRICT OF TEXAS)**

ALETHEA CALUZA
ALICIA BARCOMB
ALINA SAMKO-YU
ANDREW JIMENEZ
CHRISTOPHER R. TRAVIS
CHRISTY SIMMONS
GLENN OTTO
GWEN SMITH
HA NGUYEN
HECTOR DURAN
IVETTE GERHARD
JANA WHITWORTH
JAYSON B. RUFF
KEVIN M. EPSTEIN, UNITED STATES TRUSTEE (REGION 7)
LINDA MOTTON
LUCI JOHNSON-DAVIS
MAYRA GAONA
MILLIE APONTE SALL, ASSISTANT U.S. TRUSTEE
RAJALAKSHMI KRISHNAN
RAMONA D. ELLIOTT, ACTING DIRECTOR OF THE U.S. TRUSTEE PROGRAM
SAMANTHA CHILTON
VIANEY GARZA
YASMINE RIVERA

**UTILITIES (PROVIDERS/BROKERS)**

ACC BUSINESS
ACME ELECTRIC COMPANY
AEP ELECTRIC
AMEREN ILLINOIS
AMERICAN ELECTRIC POWER
AMERICAN RECYCLING CENTER
AMERIGAS
AQUA OHIO
AT&T
ATMOS ENERGY
AVS BROADBAND AGRI-VALLEY
BAVARIAN
BERTOLOTTI PATTERSON DISP
BOONE COUNTY WATER

BOROUGH OF HANOVER
BRIGHTSPEED
BROWNSVILLE GMS
BUCKEYE TELESYSTEM
CENTURYLINK BUSINESS
CHINA TELECOM
CITY OF ALBION
CITY OF BAD AXE
CITY OF BG MUNICIPAL UTILITIES
CITY OF EDGERTON KANSAS
CITY OF EMPORIA
CITY OF FAIRFIELD
CITY OF GRAND RAPIDS-WATER
CITY OF JASPER
CITY OF TIFFIN SEWER REVENUE DEPT
CITY OF WARSAW WASTEWATER
CLEAN HARBORS ENVIRONMENTAL
COLUMBIA GAS OF OHIO
COMCAST
COMMONWEALTH EDISON
CONSTELLATION NEWENERGY
CONSUMERS ENERGY
CONSUMERS GAS
DAYTON POWER AND LIGHT CO
DEPT OF PUBLIC UTILITIES – TOLEDO, OH
DIRECTV
DOMINION ENERGY
DTE ENERGY
DUKE ENERGY
EMTERRA ENVIRONMENTAL
ENGIE
EP ELECTRIC
EVERGY
FAYETTEVILLE PUBLIC UTILITIES
FERRELLGAS
FREEPOINT ENERGY SOLUTIONS
FRONTIER
FULLNET ADVANCED COMMUNICATION
GARRATT CALLAHAN
GATEWAY RECYCLING
GEXPRO
GFL ENVIRONMENTAL
GRAND STRAND WATER & SEWER
GREENVILLE WATERWORKS
HARLINGEN WATERWORKS SYS
HERITAGE CRYSTAL CLEAN
HIMCO WASTE AWAY SERVICES
HOLLAND ELECTRIC
INDIANA AMERICAN WATER
INDIANA MICHIGAN POWER
INDUSTRIAL WATER SERVICES
INTERSTATE GAS SUPPLY
INTRADO
IP MATRIX S.A. DE C.V.
JOHNSON COUNTY RWD
JORDAN WASTE
KANSAS GAS
KOSCIUSKO REMC
LEVEL 3 COMMUNICATIONS
LOGANSPORT MUNICIPAL
LUMEN
MARCO RURAL WATER CO
MASERGY
MET-ED
METROPOLITAN TELECOMMUNICATIONS
MIAMI PUBLIC UTILITIES
MIAMI VALLEY LIGHTING
MID-ATLANTIC COOPERATIVE
NIPSCO
OHIO GAS
OHIO POWER COMPANY
OKLAHOMA NATURAL GAS
OOMA
PHILADELPHIA GAS WORKS
POTEMPA RECYCLING GROUP
PPL ELECTRIC UTILITIES
PUBLIC UTILITIES BOARD
REDFISH RECYCLING
REPUBLIC
RUMPKE
SAN GABRIEL VALLEY WATER
SANITATION DISTRICT NO 1
SEMCO ENERGY SERVICES
SKYSPAN WIRELESS
SMARTEST ENERGY US HOLDING INC
SOUTH BEND WATER WORKS
SOUTHERN CALIF EDISON
SOUTHERN INDIANA PROPANE
SPARKLIGHT
SPECTRUM
SPRINT
SUBURBAN NATURAL GAS COMPANY
SUBURBAN PROPANE
SYMMETRY GAS BILL
TEXAS GAS SERVICE
THOMPSON BROS SUPPLIES
THUMB CELLULAR
TOLEDO EDISON
TPX COMMUNICATIONS
TURLOCK IRRIGATION DISTRICT
TXU ENERGY RETAIL
UGI ENERGY SERVICES
UGI UTILITIES
VALICOR ENVIRONMENTAL SERVICES
VALLEY VISTA SERVICES
VALUNET FIBER
VECTREN ENERGY DELIVERY
VERIZON
VILLAGE OF CAREY UTILITIES
VILLAGE OF CASS CITY
WABASH COMMUNICATIONS
WABASH VALLEY SERVICE

WASTE MANAGEMENT
WASTE REPURPOSING
WATER REVENUE BUREAU
WAYNE-WHITE COUNTIES ELECTRIC COOPERATIVE
WHO'S CALLING
WM CORPORATE SERVICES
WOODRIVER ENERGY
YELLOW DUMPSTER
ZAYO GROUP

**Schedule 2**

**Katten's Disclosable Connections with Potential Parties in Interest**

| NAME OF ENTITY SEARCHED | CATEGORY | STATUS |
|---|---|---|
| 1970 GROUP INC | OTHER SECURED PARTIES – ISSUERS OF LETTERS OF CREDIT/UCC LIEN SEARCH RESULTS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| ACE | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| ACQUIOM AGENCY SERVICES LLC | OTHER LENDERS AND AGENTS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| ADP, INC. | SIGNIFICANT VENDORS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| AEGON USA INVESTMENT MANAGEMENT, LLC | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| AETNA, INC | BENEFIT PROVIDERS (WORKERS COMPENSATION/PENSION PLANS/THIRD PARTY ADMINISTRATORS) | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| AFCO CREDIT CORPORATION D/B/A AFCO DIRECT | LITIGATION COUNTERPARTIES/NOTICES | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| AIG | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| AIP LLC | SENIOR FACILITIES AGENTS & LENDERS | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| AIRD & BERLIS LLC | ORDINARY COURSE PROFESSIONALS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| AIREIT OPERATING PARTNERSHIP LP | SIGNIFICANT VENDORS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| ALEJANDRO ROJAS VERA | CURRENT DIRECTORS, MANAGERS, AND OFFICERS OF NON-DEBTOR SUBSIDIARIES OF FBG AND VICEROY | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| ALLIANCE AUTOMOTIVE GROUP (EU) | OTHER PARTIES IN INTEREST (NOTICES OF APPEARANCE/EQUITY OWNER PROFESSIONALS/OTHER LENDER PROFESSIONALS) | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| ALLIANZ | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| ALLIED WORLD | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| ALVAREZ & MARSAL HOLDINGS, LLC | DEBTORS' OR TRUSTEES' PROFESSIONALS | FORMER CLIENT IN UNRELATED MATTER(S) |
| ANGELO GORDON[1] | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| ANTARES CAPITAL ADVISERS LLC | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |

[1] This entity is part of a client group that represented more than one percent of Katten's revenue for fiscal year 2026.

| | | |
|---|---|---|
| ANTARES CAPITAL LP | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| AON | SIGNIFICANT CUSTOMERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| APOLLO CAPITAL MANAGEMENT LP | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| APPLIED UNDERWRITERS | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | FORMER CLIENT IN UNRELATED MATTER(S) |
| APSG | SIGNIFICANT CUSTOMERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| ARENA INVESTORS, LP | SENIOR FACILITIES AGENTS & LENDERS | FORMER CLIENT IN UNRELATED MATTER(S) |
| ASCEND PERFORMANCE MATERIALS, INC. | SIGNIFICANT VENDORS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| ASHURST | COMPANY'S FOREIGN LEGAL COUNSEL | FORMER CLIENT IN UNRELATED MATTER(S) |
| ASP | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| AT&T | SIGNIFICANT VENDORS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| ATRADIUS | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | FORMER CLIENT IN UNRELATED MATTER(S) |
| AXA XL | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | FORMER CLIENT IN UNRELATED MATTER(S) |
| AXIS | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| BANAMEX | DEBTORS' BANKS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| BANCO SANTANDER BRASIL SA | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| BANCO SANTANDER MEXICO S.A. | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| BANCO SANTANDER S.A. | OTHER LENDERS AND AGENTS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| BANK OF AMERICA | FACTORING PARTIES; SENIOR FACILITIES AGENTS & LENDERS; OTHER PARTIES IN INTEREST (NOTICES OF APPEARANCE/EQUITY OWNER PROFESSIONALS/OTHER LENDER PROFESSIONALS) | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| BANK OF NOVA SCOTIA | SENIOR FACILITIES AGENTS & LENDERS; OTHER SECURED PARTIES – ISSUERS OF LETTERS OF CREDIT/UCC LIEN SEARCH RESULTS; SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| BANK OF THE WEST[2] | OTHER SECURED PARTIES – ISSUERS OF LETTERS OF CREDIT/UCC LIEN SEARCH RESULTS | ACTIVE CLIENT IN UNRELATED MATTER(S) |

[2] This entity is part of a client group that represented more than one percent of Katten's revenue for fiscal year 2026.

| | | |
|---|---|---|
| BARCLAYS | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| BBVA | DEBTORS' BANKS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| BEACH POINT CAPITAL MANAGEMENT | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| BEAZLEY USA SERVICES, INC. | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| BECKNELL HOLDINGS LLC | LANDLORDS AND PARTIES TO LEASES | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| BECKNELL INDUSTRIAL OPERATING PARTNERSHI | SIGNIFICANT VENDORS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| BENDIX COMMERCIAL VEHICLE SYS | SIGNIFICANT CUSTOMERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| BENEFIT STREET PARTNERS | SENIOR FACILITIES AGENTS & LENDERS | FORMER CLIENT IN UNRELATED MATTER(S) |
| BLACK DIAMOND CLO 2021 1 ADVISER LLC | SENIOR FACILITIES AGENTS & LENDERS | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| BLUE CROSS BLUE SHIELD | BENEFIT PROVIDERS (WORKERS COMPENSATION/PENSION PLANS/THIRD PARTY ADMINISTRATORS) | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| BLUEMOUNTAIN CAPITAL MANAGEMENT LLC | SENIOR FACILITIES AGENTS & LENDERS | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| BMW | SIGNIFICANT CUSTOMERS | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| BNP PARIBAS ASSET MANAGEMENT | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| BROOKFIELD | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| CARDONE HOLDCO LP | TOP 30 CREDITORS (EXCLUDING INSIDERS); SIGNIFICANT CONTRACT COUNTERPARTIES | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| CARDONE INDUSTRIES ULC | NON-DEBTOR SUBSIDIARIES OF FBG AND VICEROY | FORMER CLIENT IN UNRELATED MATTER(S) |
| CARVAL CONTINGENT CREDIT FUND LP | BANKS/LENDER/UCC LIEN PARTIES/ADMINISTRATIVE AGENTS | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| CARVAL GCF MASTER FUND I LP | BANKS/LENDER/UCC LIEN PARTIES/ADMINISTRATIVE AGENTS | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| CBRE INC | SIGNIFICANT VENDORS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| CENTERBRIDGE | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| CHRISTOPHER R. TRAVIS | UNITED STATES TRUSTEE AND STAFF (FOR THE SOUTHERN DISTRICT OF TEXAS) | FORMER CLIENT IN UNRELATED MATTER(S) |
| CHUBB | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| CHUBB BERMUDA | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | FORMER CLIENT IN UNRELATED MATTER(S) |
| CIBC | DEBTORS' BANKS | ACTIVE CLIENT IN UNRELATED MATTER(S) |

| | | |
|---|---|---|
| CIFC ASSET MANAGEMENT LLC | SENIOR FACILITIES AGENTS & LENDERS | FORMER CLIENT IN UNRELATED MATTER(S) |
| CISCO SYSTEMS CAPITAL CRP | OTHER SECURED PARTIES – ISSUERS OF LETTERS OF CREDIT/UCC LIEN SEARCH RESULTS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| CIT BANK | SUPPLY CHAIN FINANCING PARTIES | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| CITADEL ADVISORS LLC | SENIOR FACILITIES AGENTS & LENDERS | FORMER CLIENT IN UNRELATED MATTER(S) |
| CITIBANK[3] | DEBTORS' BANKS; OTHER SECURED PARTIES – ISSUERS OF LETTERS OF CREDIT/UCC LIEN SEARCH RESULTS; SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| CITIC CHINA | SUPPLY CHAIN FINANCING PARTIES | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| CITIZENS | DEBTORS' BANKS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| CLEARLAKE CAPITAL GROUP | SENIOR FACILITIES AGENTS & LENDERS | FORMER CLIENT IN UNRELATED MATTER(S) |
| CNA | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| COLUMBIA GAS OF OHIO | UTILITIES (PROVIDERS/BROKERS) | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| COMCAST | SIGNIFICANT VENDORS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| COMMERCE AND INDUSTRY INSURANCE COMPANY | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| COMMERCE BANK | OTHER SECURED PARTIES – ISSUERS OF LETTERS OF CREDIT/UCC LIEN SEARCH RESULTS | FORMER CLIENT IN UNRELATED MATTER(S) |
| COMMONWEALTH EDISON | SIGNIFICANT VENDORS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| COMMONWEALTH EDISON COMPANY | OTHER SIGNIFICANT CREDITORS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| CONSTELLATION NEWENERGY | UTILITIES (PROVIDERS/BROKERS) | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| CONSTELLATION NEWENERGY GAS DIVISION, LLC | OTHER SIGNIFICANT CREDITORS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| CONSTELLATION NEWENERGY, INC. | OTHER SIGNIFICANT CREDITORS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| CONTINENTAL AUTOMOTIVE GMBH | LITIGATION COUNTERPARTIES/NOTICES | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| CONTINENTAL AUTOMOTIVE SYST US INC | SIGNIFICANT VENDORS | FORMER CLIENT IN UNRELATED MATTER(S) |
| COSTCO | SIGNIFICANT CUSTOMERS | FORMER CLIENT IN UNRELATED MATTER(S) |
| CQS (UK) LLP | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |

[3] This entity is part of a client group that represented more than one percent of Katten's revenue for fiscal year 2026.

| | | |
|---|---|---|
| DELTA DENTAL | BENEFIT PROVIDERS (WORKERS COMPENSATION/PENSION PLANS/THIRD PARTY ADMINISTRATORS) | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| DELTA DENTAL OF OHIO | BENEFIT PROVIDERS (WORKERS COMPENSATION/PENSION PLANS/THIRD PARTY ADMINISTRATORS) | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| DERBY FABRICATING SOLUTIONS | SIGNIFICANT VENDORS; CLAIMANT | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| DEUTSCHE BANK | FACTORING PARTIES; OTHER SECURED PARTIES – ISSUERS OF LETTERS OF CREDIT/UCC LIEN SEARCH RESULTS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| DIRECTV | UTILITIES (PROVIDERS/BROKERS) | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| EAST WEST BANK | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| ELLINGTON MANAGEMENT GROUP | SENIOR FACILITIES AGENTS & LENDERS | FORMER CLIENT IN UNRELATED MATTER(S) |
| ENGIE | SIGNIFICANT VENDORS | FORMER CLIENT IN UNRELATED MATTER(S) |
| EQUISTAR CHEMICALS LP | SIGNIFICANT VENDORS | FORMER CLIENT IN UNRELATED MATTER(S) |
| ERNST & YOUNG | SIGNIFICANT VENDORS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| EULER HERMES AGENT FOR B&G INTERNATIONAL PRODUCTS, INC | CLAIMANT | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| EVOLUTION CREDIT OPPORTUNITY MASTER FUND II-B LP | CLAIMANT; BANKS/LENDER/UCC LIEN PARTIES/ADMINISTRATIVE AGENTS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| EVOLUTION CREDIT PARTNERS | BANKS/LENDER/UCC LIEN PARTIES/ADMINISTRATIVE AGENTS; OTHER PARTIES IN INTEREST (NOTICES OF APPEARANCE/EQUITY OWNER PROFESSIONALS/OTHER LENDER PROFESSIONALS); CLAIMANT; OTHER SIGNIFICANT CREDITORS; TOP 30 CREDITORS (EXCLUDING INSIDERS) | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| EVOLUTION CREDIT PARTNERS TRADE FINANCE MASTER FUND LP (AS SUCCESSOR IN INTEREST TO EVOLUTION CREDIT PARTNERS TRADE FINANCE L.P.) | BANKS/LENDER/UCC LIEN PARTIES/ADMINISTRATIVE AGENTS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| FEDERAL INSURANCE COMPANY | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| FEDEX | SIGNIFICANT VENDORS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| FIDEICOMISO | SIGNIFICANT VENDORS | FORMER CLIENT IN UNRELATED MATTER(S) |
| FIDELITY INVESTMENTS | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |

| | | |
|---|---|---|
| FIFTH THIRD BANK, NATIONAL ASSOCIATION | LITIGATION COUNTERPARTIES/NOTICES | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| FIRST CITIZENS BANK AND TRUST COMPANY | DEBTORS' BANKS; OFFICIAL COMMITTEE OF UNSECURED CREDITORS—MEMBERS AND PROFESSIONALS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| FORD MOTOR COMPANY | SIGNIFICANT CUSTOMERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| FORD MOTOR CREDIT COMPANY LLC | OTHER PARTIES IN INTEREST (NOTICES OF APPEARANCE/EQUITY OWNER PROFESSIONALS/OTHER LENDER PROFESSIONALS) | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| FRAM DE ARGENTINA S.A.U. ET AL | NON-DEBTOR SUBSIDIARIES OF FBG AND VICEROY | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| FRANKLIN TEMPLETON INVESTMENTS | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| GARY MILLER | LITIGATION COUNTERPARTIES/NOTICES | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| GENERATE ADVISORS LLC | SENIOR FACILITIES AGENTS & LENDERS | FORMER CLIENT IN UNRELATED MATTER(S) |
| GIBSON DUNN & CRUTCHER LLP | OTHER PARTIES IN INTEREST (NOTICES OF APPEARANCE/EQUITY OWNER PROFESSIONALS/OTHER LENDER PROFESSIONALS) | FORMER CLIENT IN UNRELATED MATTER(S) |
| GLAS TRUST COMPANY LLC | BANKS/LENDER/UCC LIEN PARTIES/ADMINISTRATIVE AGENTS | FORMER CLIENT IN UNRELATED MATTER(S) |
| GLAS USA LLC | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| GLENDON CAPITAL MANAGEMENT LP | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| GM FINANCIAL | SIGNIFICANT VENDORS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| GOLDMAN SACHS ASSET MANAGEMENT | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| GREAT AMERICAN INSURANCE COMPANY | OTHER SECURED PARTIES – ISSUERS OF LETTERS OF CREDIT/UCC LIEN SEARCH RESULTS | FORMER CLIENT IN UNRELATED MATTER(S) |
| GREAT AMERICAN INSURANCE GROUP | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | FORMER CLIENT IN UNRELATED MATTER(S) |
| HANOVER REALTY | SIGNIFICANT VENDORS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| HAWAII DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS BUSINESS REGISTRATION DIVISION | REGULATORY AND GOVERNMENT (FEDERAL, STATE, AND LOCAL) | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| HAWAII EXCISE TAX AUTHORITY | REGULATORY AND GOVERNMENT (FEDERAL, STATE, AND LOCAL) | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| HDI GLOBAL SPECIALTY SE | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| HERAEUS | SIGNIFICANT VENDORS | ACTIVE CLIENT IN UNRELATED MATTER(S) |

| | | |
|---|---|---|
| HERAEUS PRECIOUS METALS GMBH & CO. | SIGNIFICANT VENDORS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| HERBERT SMITH FREEHILLS KRAMER (US) LLP | SENIOR FACILITIES, SPV FACILITIES, FACTORING, AND SUPPLY CHAIN FINANCING PROFESSIONALS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| HFS | TOP 30 CREDITORS (EXCLUDING INSIDERS) | FORMER CLIENT IN UNRELATED MATTER(S) |
| HILCO | DEBTORS' OR TRUSTEES' PROFESSIONALS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| HONDA | SIGNIFICANT CUSTOMERS | FORMER CLIENT IN UNRELATED MATTER(S) |
| HSBC | DEBTORS' BANKS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| HYG FINANCIAL SERVICES, INC. | OTHER SECURED PARTIES – ISSUERS OF LETTERS OF CREDIT/UCC LIEN SEARCH RESULTS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| ICG ALTERNATIVE INVESTMENT LIMITED | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| ICG MANAGER LIMITED | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| INSIGHT | SIGNIFICANT VENDORS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| INTERFACE | SUPPLY CHAIN FINANCING PARTIES | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, U.A.W., LOCAL UNION NO. 2021 | EMPLOYEE UNIONS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, U.A.W., LOCAL UNION NO. 2413 | EMPLOYEE UNIONS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, U.A.W., LOCAL UNION NO. 9699 | EMPLOYEE UNIONS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| INTERTRUST (UK) LIMITED | FORMER DIRECTORS, MANAGERS, AND OFFICERS OF NON-DEBTOR SUBSIDIARIES OF FBG AND VICEROY | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| ITW DYNATEC DIV OF ILLINOIS TOOL WORKS | SIGNIFICANT VENDORS | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| ITW SHAKEPROOF AUTOMOTIVE | SIGNIFICANT VENDORS | FORMER CLIENT IN UNRELATED MATTER(S) |
| ITW STAMPTECH FASTENERS | SIGNIFICANT VENDORS | FORMER CLIENT IN UNRELATED MATTER(S) |
| IVY | SUPPLY CHAIN FINANCING PARTIES | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| JAMES RIVER | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |

| | | |
|---|---|---|
| JEFFERIES FINANCIAL GROUP, INC | OTHER PARTIES IN INTEREST (NOTICES OF APPEARANCE/EQUITY OWNER PROFESSIONALS/OTHER LENDER PROFESSIONALS) | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| JEFFERIES LLC | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| JOSHUA TREE HOLDINGS, LLC | PARTIES ON ADVERSARY PROCEEDING 26-03005 | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| JP MORGAN CHASE BANK | DEBTORS' BANKS; OTHER SECURED PARTIES – ISSUERS OF LETTERS OF CREDIT/UCC LIEN SEARCH RESULTS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| JP MORGAN INVESTMENT MANAGEMENT, INC | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| KAWASAKI MOTORS CORP USA | SIGNIFICANT VENDORS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| KAYNE ANDERSON CAPITAL ADVISORS LP | SENIOR FACILITIES AGENTS & LENDERS | FORMER CLIENT IN UNRELATED MATTER(S) |
| KENNEDY LEWIS MANAGEMENT LP | SENIOR FACILITIES AGENTS & LENDERS | FORMER CLIENT IN UNRELATED MATTER(S) |
| KENNETH GREGORY | LITIGATION COUNTERPARTIES/NOTICES | FORMER CLIENT IN UNRELATED MATTER(S) |
| KEYBANK NA | SIGNIFICANT VENDORS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| KNIGHT SPECIALTY INSURANCE COMPANY | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| KPMG | DEBTORS' OR TRUSTEES' PROFESSIONALS; SIGNIFICANT VENDORS | FORMER CLIENT IN UNRELATED MATTER(S) |
| KROLL INC | DEBTORS' OR TRUSTEES' PROFESSIONALS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| LAM TFG | OTHER PARTIES IN INTEREST (NOTICES OF APPEARANCE/EQUITY OWNER PROFESSIONALS/OTHER LENDER PROFESSIONALS) | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| LAM TFG I SPV LLC | OTHER PARTIES IN INTEREST (NOTICES OF APPEARANCE/EQUITY OWNER PROFESSIONALS/OTHER LENDER PROFESSIONALS) | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| LAM TFG II | OTHER PARTIES IN INTEREST (NOTICES OF APPEARANCE/EQUITY OWNER PROFESSIONALS/OTHER LENDER PROFESSIONALS) | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| LAM TRADE FINANCE GROUP II LLC | OTHER PARTIES IN INTEREST (NOTICES OF APPEARANCE/EQUITY OWNER PROFESSIONALS/OTHER LENDER PROFESSIONALS) | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| LAM TRADE FINANCE GROUP LLC | OTHER PARTIES IN INTEREST (NOTICES OF APPEARANCE/EQUITY OWNER | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |

| | | |
|---|---|---|
| | PROFESSIONALS/OTHER LENDER PROFESSIONALS) | |
| LAZARD, INC | DEBTORS' OR TRUSTEES' PROFESSIONALS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| LENDINGCLUB BANK, NATIONAL ASSOCIATION | BANKS/LENDER/UCC LIEN PARTIES/ADMINISTRATIVE AGENTS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| LES SCHWAB TIRE CENTERS | SIGNIFICANT CUSTOMERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| LEUCADIA ASSET MANAGEMENT | TOP 30 CREDITORS (EXCLUDING INSIDERS); OTHER PARTIES IN INTEREST (NOTICES OF APPEARANCE/EQUITY OWNER PROFESSIONALS/OTHER LENDER PROFESSIONALS) | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| LEXINGTON INSURANCE COMPANY | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| LIBERTY MUTUAL | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| LINDEN PLASTIC MANUFACTURING GMBH | NON-DEBTOR SUBSIDIARIES OF FBG AND VICEROY | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| LINDEN S.R.O. | NON-DEBTOR SUBSIDIARIES OF FBG AND VICEROY | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| LIVINGSTON INTERNATIONAL, INC | SIGNIFICANT VENDORS | FORMER CLIENT IN UNRELATED MATTER(S) |
| LLOYD'S OF LONDON | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| LMR PARTNERS LLP | SENIOR FACILITIES AGENTS & LENDERS | FORMER CLIENT IN UNRELATED MATTER(S) |
| LOEB & LOEB | OTHER PARTIES IN INTEREST (NOTICES OF APPEARANCE/EQUITY OWNER PROFESSIONALS/OTHER LENDER PROFESSIONALS) | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| LORD ABBETT & CO LLC | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| LYONDELLBASELL ADVANCED POLYMERS | SIGNIFICANT VENDORS | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| MAGID GLOVE AND SAFETY MFG CO LLC | OTHER SECURED PARTIES – ISSUERS OF LETTERS OF CREDIT/UCC LIEN SEARCH RESULTS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| MARATHON ASSET MANAGEMENT LP | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| MERCED CAPITAL, L.P. | SENIOR FACILITIES AGENTS & LENDERS | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| METLIFE INVESTMENT MANAGEMENT LLC | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| METROPOLITAN LIFE INSURANCE COMPANY | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| MICHAEL BAKER | CURRENT AND FORMER DIRECTORS, MANAGERS, AND OFFICERS OF THE DEBTORS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| MICROSOFT CORPORATION | SIGNIFICANT VENDORS | ACTIVE CLIENT IN UNRELATED MATTER(S) |

| | | |
|---|---|---|
| MITSUBISHI HC CAPITAL AMERICA, INC. | OTHER PARTIES IN INTEREST (NOTICES OF APPEARANCE/EQUITY OWNER PROFESSIONALS/OTHER LENDER PROFESSIONALS) | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| MITSUI & CO | SIGNIFICANT VENDORS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| MITSUI DE MEXICO S. DE R.L . DE | SIGNIFICANT VENDORS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| MONROE CAPITAL ASSET MANAGEMENT LLC | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| MONROE CAPITAL MANAGEMENT ADVISORS LLC | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| MORGAN STANLEY[4] | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| MSC INDUSTRIAL SUPPLY | CLAIMANT; LITIGATION COUNTERPARTIES/NOTICES | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| MSIG | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| MUDRICK CAPITAL MANAGEMENT | SENIOR FACILITIES AGENTS & LENDERS | FORMER CLIENT IN UNRELATED MATTER(S) |
| MUFG BANK LTD | OTHER SECURED PARTIES – ISSUERS OF LETTERS OF CREDIT/UCC LIEN SEARCH RESULTS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| MUFG SECURITIES AMERICAS INC. | SENIOR FACILITIES AGENTS & LENDERS | FORMER CLIENT IN UNRELATED MATTER(S) |
| MUNICH RE | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| NAPIER | SUPPLY CHAIN FINANCING PARTIES; OFFICIAL COMMITTEE OF UNSECURED CREDITORS—MEMBERS AND PROFESSIONALS | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| NARDELLO & CO | OFFICIAL COMMITTEE OF UNSECURED CREDITORS—MEMBERS AND PROFESSIONALS | FORMER CLIENT IN UNRELATED MATTER(S) |
| NATIONAL UNION FIRE INSURANCE COMPANY | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. ET. AL | OTHER SECURED PARTIES – ISSUERS OF LETTERS OF CREDIT/UCC LIEN SEARCH RESULTS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| NEAL GOLDMAN | CURRENT AND FORMER DIRECTORS, MANAGERS, AND OFFICERS OF THE DEBTORS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| NGS, INC. (PENDING) | LITIGATION COUNTERPARTIES/NOTICES | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| NIPSCO | SIGNIFICANT VENDORS | FORMER CLIENT IN UNRELATED MATTER(S) |
| NISSAN | SIGNIFICANT CUSTOMERS | FORMER CLIENT IN UNRELATED MATTER(S) |

[4] This entity is part of a client group that represented more than one percent of Katten's revenue for fiscal year 2026.

| | | |
|---|---|---|
| NOMURA | SUPPLY CHAIN FINANCING PARTIES | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| NORTHWESTERN MUTUAL | SENIOR FACILITIES AGENTS & LENDERS | FORMER CLIENT IN UNRELATED MATTER(S) |
| NORTON ROSE FULBRIGHT OR DLA PIPER | COMPANY'S FOREIGN LEGAL COUNSEL | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| NYL INVESTORS LLC | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| OAKTREE CAPITAL MANAGEMENT LP | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| OAKTREE CAPITAL MANAGEMENT LP | SENIOR FACILITIES AGENTS & LENDERS | FORMER CLIENT IN UNRELATED MATTER(S) |
| OCTAGON CREDIT INVESTORS | SENIOR FACILITIES AGENTS & LENDERS | FORMER CLIENT IN UNRELATED MATTER(S) |
| OEC GROUP | OTHER PARTIES IN INTEREST (NOTICES OF APPEARANCE/EQUITY OWNER PROFESSIONALS/OTHER LENDER PROFESSIONALS) | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| OH - CUYAHOGA COUNTY COURT OF COMMON PLEAS | OTHER SECURED PARTIES – ISSUERS OF LETTERS OF CREDIT/UCC LIEN SEARCH RESULTS | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| OHIO GAS | UTILITIES (PROVIDERS/BROKERS) | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| OHIO TRANSMISSION LLC DBA OTP INDUSTRIAL SOLUTIONS; OTC INDUSTRIAL TECHNOLOGIES | CLAIMANT | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| OLD REPUBLIC INSURANCE COMPANY | OTHER SECURED PARTIES – ISSUERS OF LETTERS OF CREDIT/UCC LIEN SEARCH RESULTS | FORMER CLIENT IN UNRELATED MATTER(S) |
| ONCAP III LP | KNOWN AFFILIATES - JV | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| ONEX CORPORATION | KNOWN AFFILIATES - JV | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| ONSET FINANCIAL, INC | BANKS/LENDER/UCC LIEN PARTIES/ADMINISTRATIVE AGENTS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| PACIFIC INVESTMENT MANAGEMENT COMPANY | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| PACKAGING CORPORATION OF AMERICA | LITIGATION COUNTERPARTIES/NOTICES | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| PARTNERS GROUP (USA) INC | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| PATHWARD, NATIONAL ASSOCIATION | BANKS/LENDER/UCC LIEN PARTIES/ADMINISTRATIVE AGENTS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| PCA | SIGNIFICANT VENDORS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| PENTWATER CAPITAL MANAGEMENT LP | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| PEOPLE'S UNITED BANK, NA | OTHER SECURED PARTIES – ISSUERS OF LETTERS OF | FORMER CLIENT IN UNRELATED MATTER(S) |

| | | |
|---|---|---|
| | CREDIT/UCC LIEN SEARCH RESULTS | |
| PGIM, INC. | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| PIMCO | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| PINEBRIDGE INVESTMENTS | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| PNC | DEBTORS' BANKS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| POST ADVISORY GROUP LLC | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| PPM AMERICA INC | SENIOR FACILITIES AGENTS & LENDERS | FORMER CLIENT IN UNRELATED MATTER(S) |
| PRUDENTIAL INSURANCE | SENIOR FACILITIES AGENTS & LENDERS | FORMER CLIENT IN UNRELATED MATTER(S) |
| PUTNAM INVESTMENTS / FRANKLIN TEMPLETON | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | SIGNIFICANT VENDORS | FORMER CLIENT IN UNRELATED MATTER(S) |
| RAISTONE | SUPPLY CHAIN FINANCING PARTIES; OTHER PARTIES IN INTEREST (NOTICES OF APPEARANCE/EQUITY OWNER PROFESSIONALS/OTHER LENDER PROFESSIONALS); TOP 30 CREDITORS (EXCLUDING INSIDERS) | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| RBC ROYAL BANK | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| REDWOOD CAPITAL MANAGEMENT | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| REED SMITH LLP | CLAIMANT; SIGNIFICANT VENDORS | FORMER CLIENT IN UNRELATED MATTER(S) |
| REGIONS BANK | DEBTORS' BANKS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| RENAISSANCE PARK, LLC | SIGNIFICANT VENDORS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| RIVA RIDGE CAPITAL MANAGEMENT LP | SENIOR FACILITIES AGENTS & LENDERS | FORMER CLIENT IN UNRELATED MATTER(S) |
| RLI | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | FORMER CLIENT IN UNRELATED MATTER(S) |
| ROYAL BANK OF CANADA | OTHER SECURED PARTIES – ISSUERS OF LETTERS OF CREDIT/UCC LIEN SEARCH RESULTS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| RR DONNELLY | SIGNIFICANT VENDORS; CLAIMANT | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| SAGE CAPITAL INVESTMENTS, LLC | SIGNIFICANT VENDORS | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| SANTANDER | FACTORING PARTIES | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| SARATOGA INVESTMENT CORP | SENIOR FACILITIES AGENTS & LENDERS | FORMER CLIENT IN UNRELATED MATTER(S) |

| | | |
|---|---|---|
| SCOTIABANK | DEBTORS' BANKS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| SHERWIN WILLIAMS | SIGNIFICANT VENDORS | FORMER CLIENT IN UNRELATED MATTER(S) |
| SILVER POINT CAPITAL LP | OTHER PARTIES IN INTEREST (NOTICES OF APPEARANCE/EQUITY OWNER PROFESSIONALS/OTHER LENDER PROFESSIONALS) | FORMER CLIENT IN UNRELATED MATTER(S) |
| SOUND POINT CAPITAL MANAGEMENT LP | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| SOUTHSTATE | DEBTORS' BANKS; TOP 30 CREDITORS (EXCLUDING INSIDERS) | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| SPECTRUM | UTILITIES (PROVIDERS/BROKERS) | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| SPRAY PRODUCTS | SIGNIFICANT VENDORS | FORMER CLIENT IN UNRELATED MATTER(S) |
| STACI CORP (DBA VEXOS) | SIGNIFICANT VENDORS | FORMER CLIENT IN UNRELATED MATTER(S) |
| STATE FARM INSURANCE COMPANY[5] | LITIGATION COUNTERPARTIES/NOTICES | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| STATE OF WISCONSIN INVESTMENT BOARD | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| STATE STREET BANK & TRUST | SENIOR FACILITIES AGENTS & LENDERS | FORMER CLIENT IN UNRELATED MATTER(S) |
| SUNSET TRANSPORTATION | SIGNIFICANT VENDORS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| SUNTRUST BANK | OTHER SECURED PARTIES – ISSUERS OF LETTERS OF CREDIT/UCC LIEN SEARCH RESULTS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| SYCAMORE PARTNERS | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| T.H.I. GROUP LTD | OTHER PARTIES IN INTEREST (NOTICES OF APPEARANCE/EQUITY OWNER PROFESSIONALS/OTHER LENDER PROFESSIONALS) | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| TCW ASSET MANAGEMENT COMPANY LLC | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| TCW GROUP INC | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| TEMPEL | SIGNIFICANT VENDORS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| TENET HEALTHCARE | LITIGATION COUNTERPARTIES/NOTICES | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| TERRA ENERGY INC | LITIGATION COUNTERPARTIES/NOTICES | FORMER CLIENT IN UNRELATED MATTER(S) |
| TESLA | SIGNIFICANT CUSTOMERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |

[5] This entity represented more than one percent of Katten's revenue for fiscal year 2026.

| | | |
|---|---|---|
| TEXAS CAPITAL BANK | OTHER SECURED PARTIES – ISSUERS OF LETTERS OF CREDIT/UCC LIEN SEARCH RESULTS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| TEXAS GAS SERVICE | UTILITIES (PROVIDERS/BROKERS) | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| TFC | SUPPLY CHAIN FINANCING PARTIES | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| THE CIT GROUP | TOP 30 CREDITORS (EXCLUDING INSIDERS) | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| THE TRAVELERS INDEMNITY COMPANY | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| THI GROUP SHANGHAI LTD | SIGNIFICANT VENDORS | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| THOMSON REUTERS | SIGNIFICANT VENDORS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| THOMSON REUTERS TAX & ACCOUNTING INC | SIGNIFICANT VENDORS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| TI AUTOMOTIVE | SIGNIFICANT VENDORS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| TOYO INK AMERICA, LLC | LITIGATION COUNTERPARTIES/NOTICES | FORMER CLIENT IN UNRELATED MATTER(S) |
| TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC | OTHER PARTIES IN INTEREST (NOTICES OF APPEARANCE/EQUITY OWNER PROFESSIONALS/OTHER LENDER PROFESSIONALS) | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| TRAFFIX USA INC | SIGNIFICANT VENDORS | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| TRANSFORM SR BRANDS MANAGEMENT LLC | CLAIMANT; LITIGATION COUNTERPARTIES/NOTICES | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| TRAVELERS | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| TRUIST | FACTORING PARTIES; OTHER PARTIES IN INTEREST (NOTICES OF APPEARANCE/EQUITY OWNER PROFESSIONALS/OTHER LENDER PROFESSIONALS) | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| TTI CLEVELAND | SIGNIFICANT VENDORS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| TTI INC | SIGNIFICANT VENDORS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| U.S. BANK EQUIPMENT | LITIGATION COUNTERPARTIES/NOTICES; OTHER SECURED PARTIES – ISSUERS OF LETTERS OF CREDIT/UCC LIEN SEARCH RESULTS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| U.S. BANK NATIONAL ASSOCIATION | OTHER PARTIES IN INTEREST (NOTICES OF APPEARANCE/EQUITY OWNER PROFESSIONALS/OTHER LENDER PROFESSIONALS) | ACTIVE CLIENT IN UNRELATED MATTER(S) |

| | | |
|---|---|---|
| UBER FREIGHT | SIGNIFICANT VENDORS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| UBS | OTHER LENDERS AND AGENTS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| UBS (RAISTONE) | FACTORING PARTIES | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| UBS ASSET MANAGEMENT (AMERICAS) LLC | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| UMB BANK, N.A. | BANKS/LENDER/UCC LIEN PARTIES/ADMINISTRATIVE AGENTS; CLAIMANT; OTHER PARTIES IN INTEREST (NOTICES OF APPEARANCE/EQUITY OWNER PROFESSIONALS/OTHER LENDER PROFESSIONALS); OTHER SIGNIFICANT CREDITORS; SPV FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| UMB LENDERS | OTHER SIGNIFICANT CREDITORS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| UNICREDIT BANK AUSTRIA | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| US BANK | SENIOR FACILITIES AGENTS & LENDERS; SUPPLY CHAIN FINANCING PARTIES | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| VARDE PARTNERS | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| VEHICLE ASSET UNIVERSAL LEASING TRUST | OTHER PARTIES IN INTEREST (NOTICES OF APPEARANCE/EQUITY OWNER PROFESSIONALS/OTHER LENDER PROFESSIONALS) | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| VEXOS | SIGNIFICANT VENDORS | FORMER CLIENT IN UNRELATED MATTER(S) |
| VOLKSWAGEN | SIGNIFICANT CUSTOMERS; LITIGATION COUNTERPARTIES/NOTICES | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| VSP VISION | BENEFIT PROVIDERS (WORKERS COMPENSATION/PENSION PLANS/THIRD PARTY ADMINISTRATORS) | FORMER CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| WAFRA (WSS) | SUPPLY CHAIN FINANCING PARTIES | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| WEISS ASSET MANAGEMENT | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| WELLS FARGO | DEBTORS' BANKS; OTHER SECURED PARTIES – ISSUERS OF LETTERS OF CREDIT/UCC LIEN SEARCH RESULTS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| WELLS FARGO FINANCIAL LEASING, INC. | LANDLORDS AND PARTIES TO LEASES | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| WELLS FARGO VENDOR FINANCIAL SERVICES, LLC | CLAIMANT | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| WESTERN ALLIANCE BANK | SENIOR FACILITIES AGENTS & LENDERS | FORMER CLIENT IN UNRELATED MATTER(S) |

| | | |
|---|---|---|
| WILLIAM TRANSIER | CURRENT AND FORMER DIRECTORS, MANAGERS, AND OFFICERS OF THE DEBTORS | ACTIVE CLIENT IN UNRELATED MATTER(S) |
| WILMINGTON SAVINGS FUND SOCIETY, FSB | OTHER PARTIES IN INTEREST (NOTICES OF APPEARANCE/EQUITY OWNER PROFESSIONALS/OTHER LENDER PROFESSIONALS) | FORMER CLIENT IN UNRELATED MATTER(S) |
| XL SPECIALTY INSURANCE COMPANY | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | FORMER CLIENT IN UNRELATED MATTER(S) |
| Z CAPITAL CLO MANAGEMENT LLC | SENIOR FACILITIES AGENTS & LENDERS | ACTIVE CLIENT AFFILIATE IN UNRELATED MATTER(S) |
| ZURICH | INSURANCE CARRIERS AND SURETY BOND PROVIDERS | FORMER CLIENT IN UNRELATED MATTER(S) |