**Exhibit A**

**Employment Order**

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 23, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| FIRST BRANDS GROUP, LLC, *et al.*, | : | Case No. 25-90399 (CML) |
| Debtors.[1] | : | (Jointly Administered) |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
OKIN ADAMS BARTLETT CURRY LLP AS COUNSEL FOR THE EXAMINER
(Relates to ECF No. 1781)**

The Court considered the *Application for an Order Pursuant to Section 327(a) and 328(a) of the Bankruptcy Code Authorizing the Employment and Retention of Okin Adams Bartlett Curry LLP* ("Okin Adams") *as Bankruptcy Counsel for the Examiner* (the "Application")[2] and the Declaration of Matthew S. Okin (the "Okin Declaration") submitted in support of the Application. The Court hereby finds that based upon the representations made in the Application and Okin Declaration: (i) Okin Adams is a "disinterested person" as that term is defined under section 101(14) of the Bankruptcy Code, and as provided and disclosed in the Application and the Okin Declaration; (ii) the employment of Okin Adams is necessary and appropriate under the circumstances; and (iii) the Application should be GRANTED. It is therefore hereby **ORDERED** that:

1. The Examiner is authorized to employ and retain Okin Adams to represent the Examiner as local bankruptcy counsel in these Cases.

[1] A complete list of the Debtors in the Cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for the Cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Application.

2. Okin Adams shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Cases in compliance with sections 330 and 331 of the Bankruptcy Code and the applicable provisions of the Bankruptcy Rules and Bankruptcy Local Rules. For billing purposes, Okin Adams shall keep its time in one-tenth (1/10) hour increments.

3. Okin Adams shall make reasonable efforts to comply with the U.S. Trustee's requests for information and additional disclosures during the Cases.

4. Okin Adams shall make reasonable efforts to avoid any duplication of services provided by any of the Examiner's other retained professionals in the Cases.

5. Okin Adams shall provide reasonable notice to the Debtors, the UST, and any statutory committee appointed in the Cases of any professional rate increases, and shall file such notice with the Court.

6. To the extent the Application or Okin Declaration are inconsistent with this Order, the terms of this Order shall control.

7. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: February 23, 2026

Christopher Lopez
United States Bankruptcy Judge