**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| FIRST BRANDS GROUP, LLC, *et al.*, | : | Case No. 25-90399 (CML) |
| Debtors. | : | (Jointly Administered) |

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION**
**OF OKIN ADAMS BARTLETT CURRY LLP, COUNSEL FOR THE EXAMINER,**
**FOR THE PERIOD OF JANUARY 12, 2026 THROUGH SEPTEMBER 1, 2026**
**(Relates to Docket No. ___)**

The Court considered the *First and Final Fee Application of Okin Adams Bartlett Curry LLP, Counsel for the Examiner, for the Period of January 12, 2026 Through September 1, 2026* (the "Application"),[1] filed by Okin Adams Bartlett Curry LLP (the "Applicant") in its capacity as counsel for the Examiner in the above-captioned cases. The Court, having considered the Application, evidence, arguments of counsel, and objections, if any; and based on the matters reflected in the record of the hearing held on the Application, if any; it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; that this is a core proceeding pursuant to 28 U.S.C. § 157(b); that notice of the Application was sufficient; and that good cause has been shown for the award of fees and expenses during the Application Period; finds that the Application should be GRANTED. Therefore, it is hereby **ORDERED** that:

1. Applicant is allowed compensation and reimbursement of expenses on a final basis in the amount of $242,498.05 for the period set forth in the Application.

2. The compensation and reimbursement of expenses allowed in this Order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

3. The Debtors' estates are authorized to disburse any unpaid amounts allowed by paragraphs 1 or 2 of this Order.

Signed: ________________________, 2026.

______________________________________
THE HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE