**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

## AFFIDAVIT OF SERVICE

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On September 30, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Fee Application Service List attached hereto as **Exhibit A**:

- Final Fee Application of Ernst & Young LLP for Compensation of Services Rendered and Reimbursement of Expenses as Tax Advisor to the Debtors for the Period from September 28, 2025 through January 31, 2026 [Docket No. 3840]

Dated: October 1, 2026

*/s/ Nelson Crespin*
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 1, 2026, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**Exhibit A**

# Exhibit A

Fee Application Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
| --- | --- | --- |
| Brown Rudnick LLP | Attn: Robert J. Stark, Jeffrey L. Jonas, Michael S. Winograd, Bennett S. Silverberg, Kenneth J. Aulet, Andrew M. Carty, Elizabeth C. Castano | rstark@brownrudnick.com; jjonas@brownrudnick.com; mwinograd@brownrudnick.com; bsilverberg@brownrudnick.com; kaulet@brownrudnick.com; acarty@brownrudnick.com; ecastano@brownrudnick.com |
| Brown Rudnick LLP | Attn: Tristan G. Axelrod, Matthew A. Sawyer | taxelrod@brownrudnick.com; msawyer@brownrudnick.com |
| Cole Schotz P.C. | Attn: Seth Van Aalten, Justin R. Alberto, Ian R. Phillips, Justin Alberto | svanaalten@coleschotz.com; jalberto@coleschotz.com; iphillips@coleschotz.com; jalberto@coleschotz.com |
| First Brands Group, LLC | Attn: Charles M. Moore, Interim Chief Executive Officer | cmoore@alvarezandmarsal.com |

# Exhibit A

Fee Application Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Gibson, Dunn & Crutcher LLP | Attn: Scott Greenberg, AnnElyse Gains, Stephen Silverman, Jason Z. Goldstein, Christina Brown, Jonathan Dunworth, Josh Berland, Jordan Lancaster Estes, Christopher Michael Joralemon | sgreenberg@gibsondunn.com; agains@gibsondunn.com; SSilverman@gibsondunn.com; JGoldstein@gibsondunn.com; christina.brown@gibsondunn.com; JDunworth@gibsondunn.com; JBerland@gibsondunn.com; jestes@gibsondunn.com; cjoralemon@gibsondunn.com |
| Gibson, Dunn & Crutcher LLP | Attn: AnnElyse Scarlett Gains | agains@gibsondunn.com |
| Office of the United States Trustee | Attn: Jayson B. Ruff | jayson.b.ruff@usdoj.gov |
| Weil, Gotshal & Manges LLP | Attn: Gabriel A. Morgan, Clifford W. Carlson | gabriel.morgan@weil.com; clifford.carlson@weil.com |
| Weil, Gotshal & Manges LLP | Attn: Matthew S. Barr, Sunny Singh, Andriana Georgallas, Jason H. George, Kevin Bostel | matt.barr@weil.com; sunny.singh@weil.com; andriana.georgallas@weil.com; kevin.bostel@weil.com; jason.george@weil.com; |