**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **FIRST BRANDS GROUP, et al.** | § | **Case No. 25-90399 (CML)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**NOTICE OF SUBSTITUTION OF COUNSEL**
(Related to Docket No. 3669)

Under Federal Rule of Bankruptcy Procedure 9010 and 11 U.S.C. § 1109, the undersigned notifies the Court that CARY JOY ECONOMOU of WERNER AHARI MENGEL LLP will be substituted as attorney of record for ARCH INSURANCE COMPANY, Excess ABC Insurer in this case.

Dated: October 7, 2026

Respectfully Submitted,

*/s/ Simon R. Mayer*
Philip G. Eisenberg
Texas Bar Number 24033923
Simon R. Mayer
Texas Bar Number 24060243
**TROUTMAN PEPPER LOCKE LLP**
600 Travis Street, Suite 2800
Houston, TX 77002
Telephone: 713-226-1200
Facsimile: 713-226-3717
Email: peisenberg@troutman.com
simon.mayer@troutman.com

***Former Attorneys for Arch Insurance Company***

*/s/ Cary Joy Economou*
**WERNER AHARI MANGEL LLP**
Cary Joy Economou
Tex. Bar No. 24082201
S.D. Tex. No. 1125319
4514 Cole Ave, Suite 600
Dallas, TX 75205
Telephone: 202-599-1069
Email: ceconomou@wam.law

***Attorney for Arch Insurance Company***

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands/. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**Certificate of Service**

I certify that on October 7, 2026, a copy of the foregoing document was served electronically via the Court's Electronic Case Filing System on all parties registered for such service in this case.

*/s/ Cary Joy Economou*
Cary Joy Economou
TX. Bar No. 24082201