UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| | | | |
|---|---|---|---|
| Division | Houston | Main Case Number | 25-90399 |
| Debtor | In Re: First Brands Group, LLC, et al. | | |

This lawyer, who is admitted to the State Bar of Pennsylvania and New Jersey:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | John A. Gagliardi, Esquire<br>Wetzel Gagliardi Fetter & Lavin LLC<br>122 S. Church Street<br>West Chester, PA 19382<br>484-887-0779, Ext. 102<br>PA/88230; NJ/012682001 |

Seeks to appear as the attorney for this party:

| | |
|---|---|
| Michael Templin | |
| Dated: 10/08/2026 | Signed: /s/John A. Gagliardi |

| | |
|---|---|
| COURT USE ONLY: The applicant's state bar reports their status as: ______________________. | |
| Dated: | Signed: ______________________<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: ______________________

______________________
United States Bankruptcy Judge