**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused the following document to be served on the date set forth via First-Class Mail on the list of parties attached hereto as **Exhibit A**:

- Notice of (I) Conditional Approval of Disclosure Statement (II) Approval of (a) Solicitation and Voting Procedures, (B) Administrative Expense Claims Consent Program Opt-in Procedures, (C) Preference Settlement Opt-in Procedures, (III) Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation of Plan, and (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan [Docket No. 3004]

On July 13, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the list of parties attached hereto as **Exhibit B**:

- Notice of (I) Filing of (A) Chapter 11 Plan, (B) Disclosure Statement, and (C) Disclosure Statement Motion, (II) Scheduling of Conditional Disclosure Statement Hearing, and (III) Requested Voting Record Date in Connection With Solicitation and Plan Confirmation [Docket No. 2933]

[*Remainder of page intentionally left blank*]

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Dated: September 9, 2026

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of Kings

Subscribed and sworn (or affirmed) to me on September 9, 2026, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | DATE OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 30739143 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30739271 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30739282 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30739293 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 6, 2026 |
| 30752131 | ATS APPLIED TECH SYS | 47800 GRATIOT AVE | # 110 | | CHESTERFIELD | MI | 48051-2763 | July 6, 2026 |
| 30752140 | AUTO CARE ASSOCIATION | PMB 422748 | 3030 GREENMOUNT AVE | STE 300 | BALTIMORE | MD | 21218-6907 | July 6, 2026 |
| 30752141 | AUTO CARE ASSOCIATION | 3030 GREENMOUNT AVE | STE 300 | | BALTIMORE | MD | 21218-6907 | July 6, 2026 |
| 30739354 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30737072 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30739489 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 6, 2026 |
| 30739491 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 6, 2026 |
| 30739493 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 6, 2026 |
| 30739785 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30718374 | BENTON COUNTY TAX COLLECTOR OFFICE | 2113 W WALNUT ST | | | ROGERS | AR | 72756-3245 | July 20, 2026 |
| 30739806 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30727866 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 6, 2026 |
| 30739901 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30739971 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30740302 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30741065 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30840660 | C.E. CONOVER & CO. INC. | 4106 BLANCHE RD | | | BENSALEM | PA | 19020-4430 | July 6, 2026 |
| 30741037 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 6, 2026 |
| 30732400 | COALITION FOR AUTO REPAIR EQUALITY | PMB 422748 | 3030 GREENMOUNT AVE | STE 300 | BALTIMORE | MD | 21218-6907 | July 6, 2026 |
| 30741108 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30741115 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30766543 | COGENCY GLOBAL INC | 1 WINNERS CIR | STE 204 | | ALBANY | NY | 12205-5974 | July 20, 2026 |
| 30744310 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 6, 2026 |
| 30741261 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30786922 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30741334 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30786930 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30741409 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 6, 2026 |
| 30741528 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30813370 | DEUTSCHE BANK AG NEW YORK BRANCH | 1 COLUMBUS CIR | | | NEW YORK | NY | 10019-8735 | July 20, 2026 |
| 30813371 | DEUTSCHE BANK AG, ACTING BY AND THROUGH ITS NEW YORK BRANCH | 1 COLUMBUS CIR | | | NEW YORK | NY | 10019-8735 | July 20, 2026 |
| 30741836 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30742025 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |

Exhibit A

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | DATE OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 30742032 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30818523 | DSSI | 3625 CUMBERLAND BLVD SE | STE 720 | | ATLANTA | GA | 30339-6406 | July 20, 2026 |
| 30753158 | DSSI LLC | 3625 CUMBERLAND BLVD SE | STE 720 | | ATLANTA | GA | 30339-6406 | July 20, 2026 |
| 30742146 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30742173 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30742213 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30753343 | EMPLOYERS ASSOCIATION | 1300 JEFFERSON AVE | STE 109 | | TOLEDO | OH | 43604-3800 | July 20, 2026 |
| 30840748 | ENGINEERED FILTRATION INC | PO BOX 1767 | | | DANDRIDGE | TN | 37725-1767 | July 20, 2026 |
| 30843448 | EQUISTAR CHEMICALS, LP | 2800 POST OAK BLVD | STE S100 | | HOUSTON | TX | 77056-0170 | July 20, 2026 |
| 30742573 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30753643 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 6, 2026 |
| 30742793 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 6, 2026 |
| 30728533 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30743042 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30743207 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30753697 | GENESIS SERVICE | 138 CLARENCE ST | | | BELLEVILLE | MI | 48111-2772 | July 20, 2026 |
| 30753699 | GENESIS SERVICE ASSOCIATES | 138 CLARENCE ST | | | BELLEVILLE | MI | 48111-2772 | July 20, 2026 |
| 30753700 | GENESIS SERVICE ASSOCIATES LLC | 138 CLARENCE ST | | | BELLEVILLE | MI | 48111-2772 | July 20, 2026 |
| 30753701 | GENESIS SERVICE ASSOCIATES, LLC | 138 CLARENCE ST | | | BELLEVILLE | MI | 48111-2772 | July 20, 2026 |
| 30743275 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30743300 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30743343 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 6, 2026 |
| 30743581 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30743644 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30743692 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 6, 2026 |
| 30743842 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30743855 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30743863 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30743873 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 6, 2026 |
| 30744033 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30744155 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 6, 2026 |
| 30733380 | HENNES COMMUNICATIONS | 20046 WALKER RD | | | SHAKER HTS | OH | 44122-3645 | July 20, 2026 |
| 30753995 | HILTZ PROPANE SYSTEM, INC. | 1442 RIVER PD | | | MARIETTA | PA | 17547-9400 | July 6, 2026 |
| 30719230 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30719657 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 6, 2026 |
| 30719894 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30719940 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |

Exhibit A

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | DATE OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 30719950 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30719973 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30719980 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30719981 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30733498 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30720160 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30720251 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30729206 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30720323 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30734697 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 6, 2026 |
| 30720470 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30734013 | LL PATTERSON LLC | 51 S MAIN ST | | | MIAMISBURG | OH | 45342-2830 | July 20, 2026 |
| 30842471 | LL PATTERSON, ATTORNEY AT LAW LLC | 51 S MAIN ST | | | MIAMISBURG | OH | 45342-2830 | July 6, 2026 |
| 30720732 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 6, 2026 |
| 30720808 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30734071 | LYONDELLBASELL ADVANCED POLY | 2800 POST OAK BLVD | STE 5100 | | HOUSTON | TX | 77056-6170 | July 20, 2026 |
| 30729364 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30754782 | MARGARITABURG, LLC DBA | MARGARITAVILLE RESORT GATLINBURG | 1900 N WINSTON RD | STE 300 | KNOXVILLE | TN | 37919-3605 | July 20, 2026 |
| 30721530 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30754977 | MIDCOM DATA TECHNOLOGIES, INC. | 2625 E OAKLEY PARK RD | STE 125 | | COMMERCE TWP | MI | 48390-1638 | July 6, 2026 |
| 30721871 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 6, 2026 |
| 30722022 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30722023 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30722101 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30722183 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30729671 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30722258 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30787636 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 6, 2026 |
| 30722423 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30722468 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30784659 | NM Taxation & Revenue Department | PO Box 50129 | | | Albuquerque | NM | 87181-0129 | July 20, 2026 |
| 30722780 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30722800 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30723120 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30723307 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 6, 2026 |
| 30723615 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30723657 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30723698 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 6, 2026 |

Exhibit A

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | DATE OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 30730043 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 6, 2026 |
| 30730073 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 6, 2026 |
| 30737452 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30724066 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 6, 2026 |
| 30724089 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30724157 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 6, 2026 |
| 30724555 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30787915 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30756053 | SANITATION DISTRICT NO 1 SANITATION | 1045 EATON DR | | | FT WRIGHT | KY | 41017-9681 | July 20, 2026 |
| 30756054 | SANITATION DISTRICT NO 1 STORMWATER | 1045 EATON DR | | | FT WRIGHT | KY | 41017-9681 | July 20, 2026 |
| 30737725 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30737836 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30843577 | SMART SOFTWARE, INC. | 807 LAS CIMAS PKWY | STE 400 | | AUSTIN | TX | 78746-6188 | July 20, 2026 |
| 30725429 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30725487 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30756317 | SPEDE TECHNOLOGIES | 19885 DETROIT RD | | | ROCKY RIVER | OH | 44116-1815 | July 20, 2026 |
| 30731464 | STORE MASTER FUNDING XIV, LLC | KUTAK ROCK LLP | ATTENTION: LAUREN E. WALKER | 2001 16TH ST | DENVER | CO | 80202-5296 | July 20, 2026 |
| 30730548 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30730549 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30725867 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30725901 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30726062 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30726071 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30738222 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30726181 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30726201 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 6, 2026 |
| 30726300 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30726601 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30726809 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30726857 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30730866 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30727188 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |
| 30718918 | WOODRIVER ENERGY | 2402 17TH ST | STE 1170 | | DENVER | CO | 80202-1334 | July 20, 2026 |
| 30738663 | NAME ON FILE | ADDRESS ON FILE | | | | | | July 20, 2026 |

**Exhibit B**

Exhibit B

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 30744155 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30719940 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30720470 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30737836 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30731464 | STORE MASTER FUNDING XIV, LLC | KUTAK ROCK LLP | ATTENTION: LAUREN E. WALKER | 2001 16TH ST | DENVER | CO | 80202-5296 |