**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On July 24, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the list of parties attached hereto as **Exhibit A**:

- Notice of Filing of (I) Filing of Plan Supplement and Liquidation Analysis, (II) Combined Objection Deadline for Final Approval of Disclosure Statement and Plan, and (III) Related Deadlines [Docket No. 3049]

On July 28, 2026, at my direction and under my supervision, employees of Kroll caused the following document with an Adequate Assurance Letter to be served via First-Class Mail on the list of parties attached hereto as **Exhibit B**:

- Notice of Cure Costs, Adequate Assurance Information, and Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale Transaction for Debtors' TMD Business Line.

On July 28, 2026, at my direction and under my supervision, employees of Kroll caused the following document with an Adequate Assurance Letter to be served via First-Class Mail on the list of parties attached hereto as **Exhibit C**:

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

- Amended Notice of Cure Costs, Adequate Assurance Information, and Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale Transaction for Debtors' TMD Business Line.

On July 28, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the list of parties attached hereto as **Exhibit D**:

- Notice of (I) Conditional Approval of Disclosure Statement (II) Approval of (A) Solicitation and Voting Procedures, (B) Administrative Expense Claims Consent Program Opt-In Procedures, (C) Preference Settlement Opt-In Procedures, (III) Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation of Plan, and (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan [Docket No. 3004]

Dated: September 17, 2026

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 17, 2026, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

**Exhibit A**

Exhibit A

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 31218720 | 2600 WBB, LLC | C/O SOVEREIGN PARTNERS LLC | 780 3RD AVE | RM 2201 | NEW YORK | NY | 10017-2179 |
| 31404702 | AIR DYNAMICS TESTING | 150 W CLINTON ST | STE 2 | | DANVILLE | IN | 46122-2516 |
| 30752131 | ATS APPLIED TECH SYS | 47800 GRATIOT AVE | # 110 | | CHESTERFIELD | MI | 48051-2763 |
| 30752140 | AUTO CARE ASSOCIATION | PMB 422748 | 3030 GREENMOUNT AVE | STE 300 | BALTIMORE | MD | 21218-6907 |
| 30739489 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30739491 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30739493 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30718374 | BENTON COUNTY TAX COLLECTOR OFFICE | 2113 W WALNUT ST | | | ROGERS | AR | 72756-3245 |
| 30727866 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30841590 | BLUESTAR ENERGY SERVICES, INC. D/B/A BLUESTAR ENERGY SOLUTIONS | 1155 PERIMETER CTR | STE 500 | ATTN: CONTRACT ADMINISTRATION | SANDY SPRING | GA | 30338-5460 |
| 30740257 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30740302 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30752653 | CHICAGO OFFICE TECHNOLOGY GROUP | 910 PASQUINELLI DR | | | WESTMONTH | IL | 60559-5526 |
| 31404705 | CHICAGO RIVET & MACHINE | 27755 DIEHL RD | STE 300 | | WARRENVILLE | IL | 60555-4034 |
| 30732400 | COALITION FOR AUTO REPAIR EQUALITY | PMB 422748 | 3030 GREENMOUNT AVE | STE 300 | BALTIMORE | MD | 21218-6907 |
| 30741261 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30741334 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30813370 | DEUTSCHE BANK AG NEW YORK BRANCH | 1 COLUMBUS CIR | | | NEW YORK | NY | 10019-8735 |
| 31384833 | DEUTSCHE BANK AG NEW YORK DE1L156826 | 1 COLUMBUS CIR | | | NEW YORK | NY | 10019-8735 |
| 30741836 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30742032 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 31404707 | DSSI LLC | 3625 CUMBERLAND BLVD SE | STE 720 | | ATLANTA | GA | 30339-6406 |
| 30732767 | DUDEK AND BOCK SPRING MFG CO. | 910 PASQUINELLI DR | | | WESTMONT | IL | 60559-5526 |
| 30742173 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30753343 | EMPLOYERS ASSOCIATION | 1300 JEFFERSON AVE | STE 109 | | TOLEDO | OH | 43604-3800 |
| 31404710 | ENERCO CORPORATION | 325 WRIGHT INDUSTRIAL PKWY | | | POTTERVILLE | MI | 48876-9541 |
| 30840748 | ENGINEERED FILTRATION INC | PO BOX 1767 | | | DANDRIDGE | TN | 37725-1767 |
| 31404711 | E-TEKNET INC | 219 S WILLIAM DILLARD DR | STE 141 | | GILBERT | AZ | 85233-5530 |
| 30742573 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 31404712 | FLATSIX, LLC | 2018 S 1ST ST | STE 216 | | MILWAUKEE | WI | 53207-1110 |
| 30753643 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30742793 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30728533 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30753701 | GENESIS SERVICE ASSOCIATES, LLC | 138 CLARENCE ST | | | BELLEVILLE | MI | 48111-2772 |
| 30743300 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30757125 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30753788 | GRAMMER AMERICAS, LLC | 47912 HALYARD DR | STE 106 | | PLYMOUTH | MI | 48170-2796 |
| 30743692 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30743842 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30743855 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30743863 | NAME ON FILE | ADDRESS ON FILE | | | | | |

Exhibit A

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 30743873 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30744033 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30753924 | HEALTH EQUITY, INC.- WAGEWORKS | 121 W SCENIC POINTE DR | | | DRAPER | UT | 84020-6129 |
| 30733380 | HENNES COMMUNICATIONS | 20046 WALKER RD | | | SHAKER HTS | OH | 44122-3645 |
| 30744408 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30753995 | HILTZ PROPANE SYSTEM, INC. | 1442 RIVER RD | | | MARIETTA | PA | 17547-9400 |
| 30719230 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30754089 | ID ADDITIVES, INC. | 915 W HILLGROVE AVE | | | LAGRANGE | IL | 60525-5823 |
| 30754133 | INDIANA CAST METALS ASSOC. | P O BOX 236 | | | NEWBURGH | IN | 47629-0236 |
| 30719843 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30719973 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30733498 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30720160 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30729206 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30720620 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 31404715 | LJ DISTRIBUTION INC | 4960 S GILBERT RD # 1-633 | | | CHANDLER | AZ | 85249-5982 |
| 30842471 | LL PATTERSON, ATTORNEY AT LAW LLC | 51 S MAIN ST | | | MIAMISBURG | OH | 45342-2830 |
| 30720808 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30729364 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 31404716 | MACHINE TOOL DESIGN & FAB LLC | 226 HERITAGE DR | | | TIFFIN | OH | 44883-9504 |
| 30721530 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30754977 | MIDCOM DATA TECHNOLOGIES, INC. | 2625 E OAKLEY PARK RD | STE 125 | | COMMERCE TWP | MI | 48390-1638 |
| 30722023 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30722183 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30729671 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30722385 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30722423 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30722800 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 31404718 | PHOENIX NAP, LLC | 3402 E UNIVERSITY DR | | | PHOENIX | AZ | 85034-7200 |
| 31404719 | PLYMOUTH SPRING CO. | 281 LAKE AVE | | | BRISTOL | CT | 06010-7322 |
| 31388984 | PURE BODYWATER | 4035 BOCA CHICA BLVD | STE 3 | | BROWNSVILLE | TX | 78521-6160 |
| 31404720 | R.E. CARROLL, INC | 850 BEAR TAVERN RD | STE 308 | | EWING | NJ | 08628-1018 |
| 30723657 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30723698 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 31404721 | RCT GLOBAL, INC. | 8250 N LOOP DR | | | EL PASO | TX | 79907-4235 |
| 30723758 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30730073 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30724504 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30724706 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30724735 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 31404723 | SGS NORTH AMERICA INC | 100 BROADACREE DR | STE 200 | | BLOOMFIELD | NJ | 07003-3156 |

Exhibit A

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 30756237 | SMITH LANDSCAPE & LAWNCARE INC | 6280 E COUNTY ROAD | 300 S | | LOGANSPORT | IN | 46947-8431 |
| 30756317 | SPEDE TECHNOLOGIES | 19885 DETROIT RD | | | ROCKY RIVER | OH | 44116-1815 |
| 30730548 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30730549 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30725867 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30725901 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30726181 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30726300 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 31404726 | UCA GROUP INC. | 1875 BIG TIMBER RD | STE A | | ELGIN | IL | 60123-1149 |
| 30726601 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30726857 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30730866 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30727188 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30718918 | WOODRIVER ENERGY | 2402 17TH ST | STE 1170 | | DENVER | CO | 80202-1334 |
| 30738663 | NAME ON FILE | ADDRESS ON FILE | | | | | |

# **Exhibit B**

Exhibit B

| ADDRESS ID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 30817278 | ALPINE ELECTRONICS OF AMERICA, INC. | 19145 GRAMERCY PLACE | TORRANCE | CA | 90501 |
| 30733954 | LEON INTERIORS INC. | 88 E 48TH ST | HOLLAND | MI | 49423 |

**Exhibit C**

Exhibit C

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| 30731508 | ABC GROUP SALGA ASSOCIATES | TI FLUID SYSTEMS | 4650 KINGSGATE | OXFORD | | OX4 2SU | UNITED KINGDOM |
| 30731697 | ALPINE ELECTRONICS OF AMERICA, INC. | 2150 195TH ST | | TORRANCE | CA | 90501 | |
| 30732957 | EXCO AUTOMOTIVE SOLUTIONS L.P. | DBA POLYTECH | 1550 WEST MAPLE ROAD | TROY | MI | 48084 | |
| 30814683 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 30733954 | LEON INTERIORS INC. | 88 E 48TH ST | | HOLLAND | MI | 49423 | |

**Exhibit D**

Exhibit D

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 30752653 | CHICAGO OFFICE TECHNOLOGY GROUP | 910 PASQUINELLI DR | | WESTMONTH | IL | 60559-5526 |
| 30753159 | DSSI LLC | 3625 CUMBERLAND BLVD SE | STE 720 | ATLANTA | GA | 30339-6406 |
| 30728936 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 30733846 | KISCO SYSTEMS LLC | 54 DANBURY | | RIDGEFIELD | CT | 06877 |
| 31011093 | LYONDELLBASELL ADVANCED POLYMERS INC | 2800 POST OAK BLVD | STE 5100 | HOUSTON | TX | 77056-6170 |
| 30722385 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 30722808 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 30755863 | RESILIENCE | 10901 KENWOOD RD | | BLUE ASH | OH | 45242-2813 |