**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 25-90399 (CML)** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al*** | § | **CHAPTER 7** |
| | § | |
| **DEBTORS[1]** | § | **(Jointly Administered)** |
| | § | |

**CAMERON COUNTY'S NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #931 FILED WITH KROLL IN THE CARTER FUEL SYSTEMS, LLC CASE NO. 25-90422**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW, **CAMERON COUNTY,** by and through its undersigned attorney, and shows the Court as follows:

1. On or about 11/07/2025, Cameron County filed a Proof of Claim (Claims Agent No. 931) with Kroll in the Carter Fuel Systems, LLC Case No. 25-90422 for ad valorem property taxes in the amount of $ 249,221.76.
2. Cameron County hereby withdraws that Proof of Claim.

Respectfully Submitted,

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
2700 Via Fortuna Drive, Ste.500 (78746)
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675 (Telephone)
(512) 443-5114 (Facsimile)

*By: /s/ Diane W. Sanders*
DIANE W. SANDERS
State Bar No. 16415500

[1] A complete list of the "Debtors" in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Claim has been served electronically to the ECF participants in this case and additionally by Frist Class mail to the parties listed below on this 8th day of October, 2026.

FIRST BRANDS GROUP, LLC
127 PUBLIC SQUARE
SUITE 5300
CLEVELAND, OH 44114

**DEBTOR**

CLIFFORD WILLIAM CARLSON
WEIL GOTSHAL AND MANGES
700 LOUISIANA ST., STE 3700
HOUSTON, TX 77002

**ATTORNEY FOR DEBTORS**

EVA S. ENGELHART
ROSS BANKS MAY CRON & CAVIN, PC
7700 SAN FELIPE SUITE 550
HOUSTON, TX 77063

**TRUSTEE**

*/s/ Diane W. Sanders*
DIANE W. SANDERS