**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al.*,<br><br>Debtors. [1] | Chapter 7<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**CHAPTER 7 TRUSTEE RONALD SOMMERS' STATEMENT IN RESPONSE TO EXCESS ABC INSURERS' MOTION FOR CLARIFICATION**

**[Relates to Docket No. 3669]**

Ronald J. Sommers, the Chapter 7 Trustee (the "Trustee") for the bankruptcy estates of Debtors Patterson Inventory, LLC, Patterson Inventory Holdings, LLC, Starlight Inventory I, LLC, and Starlight Inventory Holdings I, LLC (the "Previously Converted Debtors") and the interim Chapter 7 Trustee for the bankruptcy estates of Global Assets LLC, Global Lease Assets Holdings, LLC, Global Assets GmbH, Carnaby Capital Holdings, LLC, Broad Street Financial Holdings, LLC, Broad Street Financial, LLC, Carnaby Inventory II, LLC, Carnaby Inventory Holdings II, LLC, Carnaby Inventory III, LLC , and Carnaby Inventory Holdings III, LLC (collectively, with the Previously Converted Debtors, the "SPV Debtors"), hereby submits this statement in response to the *Motion for Clarification or, Alternatively, for Relief from the Automatic Stay* (Dkt. 3669, the "Motion"). In support of this statement in response, the Trustee respectfully states as follows:

The SPV Debtors are each a "Subsidiary" of Mayfair Enterprises, LLC and thus are each an "Insured" under the ABC Policies described in the Motion. The Trustee agrees that clarification is needed to harmonize the rulings made (1) on the record at the January 7, 2026 hearing, (2) in

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is 127 Public Square, Suite 5300, Cleveland, Ohio 44114.

the January 7, 2026 order [Dkt. 1231], and (3) in the May 29, 2026 Order [Dkt. 2845], particularly in light of Insurers' pending appeal of the January 7 rulings and the related jurisdictional arguments raised in the objection filed by the Official Committee of Unsecured Creditors [Dkt. 3695]. However, the Trustee does not oppose or object to any efforts by the Insurers or any Insureds to obtain relief from the automatic stay consistent with the Court's prior rulings, reserving all other rights.

Dated: October 9, 2026

Respectfully submitted,

**REID COLLINS & TSAI LLP**

*/s/ Scott D. Saldaña*
William T. Reid, IV (00788817)
Lisa S. Tsai (24046999)
Scott D. Saldaña (24083780)
Samuel W. Hilliard (24145178)
1301 S. Capital of Texas Hwy, Suite C-300
Austin, Texas 78746
Telephone: (512) 647-6100
Facsimile: (512) 647-6129
Email: wreid@reidcollins.com
ltsai@reidcollins.com
ssaldana@reidcollins.com
shilliard@reidcollins.com

-and-

John Hammel Strauss (*pro hac vice*)
420 Lexington Avenue, Suite 2731
New York, New York 10170
Telephone: (212) 344-5200
Email: jhstrauss@reidcollins.com

-and-

Brian J. Bah (24087130)
1601 Elm Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 420-8900

Facsimile: (214) 420-8909
Email: bbah@reidcollins.com

*Proposed Special Litigation Counsel for Ronald J. Sommers, Chapter 7 Trustee for the SPV Debtors*

-and-

**JONES MURRAY LLP**
Erin E. Jones
Chris R. Murray
602 Sawyer, Suite 400
Houston, Texas 77007
Telephone: (832) 529-1999
Facsimile: (832) 529-3393
Email: erin.jones@jonesmurray.com
chris@jonesmurray.com

*Proposed Counsel for Ronald J. Sommers, Chapter 7 Trustee for the SPV Debtors*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of October, 2026, the undersigned caused a true and correct copy of the foregoing document to be served upon all parties via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Scott D. Saldaña*
Scott D. Saldaña