United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 09, 2026
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 25-90399 |
|---|---|---|---|
| Debtor | In Re: First Brands Group, LLC, et al. | | |

This lawyer, who is admitted to the State Bar of Pennsylvania and New Jersey:

| | |
|---|---|
| Name | John A. Gagliardi, Esquire |
| Firm | Wetzel Gagliardi Fetter & Lavin LLC |
| Street | 122 S. Church Street |
| City & Zip Code | West Chester, PA 19382 |
| Telephone | 484-887-0779, Ext. 102 |
| Licensed: State & Number | PA/88230; NJ/012682001 |

Seeks to appear as the attorney for this party:

| Michael Templin | |
|---|---|
| Dated: 10/08/2026 | Signed: /s/John A. Gagliardi |

| COURT USE ONLY: The applicant's state bar reports their status as: ______________________. | |
|---|---|
| Dated: | Signed: ______________________ Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Signed: October 09, 2026

Christopher Lopez
United States Bankruptcy Judge