**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

## AFFIDAVIT OF SERVICE

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On October 5, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Fee Application Service List attached hereto as **Exhibit A**:

- Fourth Interim and Final Fee Application of Alvarez & Marsal North America, LLC, as Financial Advisor to the Chapter 11 Debtors [Docket No. 3860]

On October 5, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Chapter 7 Fee Application Service List attached hereto as **Exhibit B**:

- Final Fee Application of Ernst & Young LLP for Compensation of Services Rendered and Reimbursement of Expenses as Tax Advisor to the Debtors for the Period from September 28, 2025 through January 31, 2026 [Docket No. 3840]

[*Remainder of page intentionally left blank*]

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Dated: October 7, 2026

*<u>/s/ Nelson Crespin</u>*
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 7, 2026, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*<u>/s/ PAUL PULLO</u>*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

**Exhibit A**

# Exhibit A

Fee Application Service List

Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to Official Committee of Unsecured Creditors of First Brands Group, LLC | Brown Rudnick LLP | Attn: Robert J. Stark, Jeffrey L. Jonas, Michael S. Winograd, Bennett S. Silverberg, Kenneth J. Aulet, Andrew M. Carty, Elizabeth C. Castano<br>7 Times Square<br>New York NY 10036 | rstark@brownrudnick.com<br>jjonas@brownrudnick.com<br>mwinograd@brownrudnick.com<br>bsilverberg@brownrudnick.com<br>kaulet@brownrudnick.com<br>acarty@brownrudnick.com<br>ecastano@brownrudnick.com |
| Counsel to Official Committee of Unsecured Creditors of First Brands Group, LLC | Brown Rudnick LLP | Attn: Tristan G. Axelrod, Matthew A. Sawyer<br>One Financial Center<br>Boston MA 02111 | taxelrod@brownrudnick.com<br>msawyer@brownrudnick.com |
| Counsel to Official Committee of Unsecured Creditors of First Brands Group, LLC | Cole Schotz P.C. | Attn: Seth Van Aalten, Justin R. Alberto, Ian R. Phillips, Justin Alberto<br>901 Main Street<br>Suite 4120<br>Dallas TX 75202 | svanaalten@coleschotz.com<br>jalberto@coleschotz.com<br>iphillips@coleschotz.com<br>jalberto@coleschotz.com |
| Debtor | First Brands Group, LLC | Attn: Charles M. Moore, Interim Chief Executive Officer<br>755 West Big Beaver Road<br>Suite 750<br>Troy OH 48084 | cmoore@alvarezandmarsal.com |
| Counsel to Ad Hoc Group of Lenders | Gibson, Dunn & Crutcher LLP | Attn: AnnElyse Scarlett Gains<br>1050 Connecticut Avenue, N.W.<br>Washington DC 20036-5306 | agains@gibsondunn.com |
| Counsel to Ad Hoc Group of Lenders | Gibson, Dunn & Crutcher LLP | Attn: Scott Greenberg, AnnElyse Gains, Stephen Silverman, Jason Z. Goldstein, Christina Brown, Jonathan Dunworth, Josh Berland, Jordan Lancaster Estes, Christopher Michael Joralemon<br>200 Park Avenue<br>New York NY 10166-0193 | sgreenberg@gibsondunn.com<br>agains@gibsondunn.com<br>SSilverman@gibsondunn.com<br>JGoldstein@gibsondunn.com<br>christina.brown@gibsondunn.com<br>JDunworth@gibsondunn.com<br>JBerland@gibsondunn.com<br>jestes@gibsondunn.com<br>cjoralemon@gibsondunn.com |
| Counsel to Ronald J. Sommers, chapter 7 trustee | Jones Murray LLP | Attn: Erin E. Jones, Christopher R. Murray<br>602 Sawyer St.<br>Suite 400<br>Houston TX 77007 | erin@jonesmurray.com<br>chris@jonesmurray.com |
| Chapter 7 estates of Carnaby IV, LLC, Carnaby IV Holdings, LLC, Carnaby FA, LLC, and Carnaby FA Holdings LLC | McGinnis Lochridge | Attn: Catherine Stone Curtis<br>P.O. BOX 720788<br>McAllen TX 78504 | ccurtis@mcginnislaw.com |

Exhibit A
Fee Application Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| United States Trustee Southern District of Texas | Office of the United States Trustee | Attn: Jayson B. Ruff<br>515 Rusk Street, Suite 3516<br>Houston TX 77002 | jayson.b.ruff@usdoj.gov |
| Counsel to the Carnaby II and III Secured Parties, Chapter 7 Trustee for FGB Debtors, Eva Engelhart | Porter Hedges LLP | Attn: John F. Higgins, Megan Young-John, James A. Keefe, Joshua W. Wolfshohl, Eric M. English, M. Shane Johnson, Grecia V. Sarda<br>1000 Main Street 36th Floor<br>Houston TX 77002 | jhiggins@porterhedges.com<br>myoung-john@porterhedges.com<br>jkeefe@porterhedges.com<br>jwolfshohl@porterhedges.com<br>EEnglish@porterhedges.com<br>SJohnson@porterhedges.com<br>GSarda@porterhedges.com |
| Counsel to the Debtor and Debtor in Possession | Weil, Gotshal & Manges LLP | Attn: Gabriel A. Morgan, Clifford W. Carlson<br>700 Louisiana Street, Suite 3700<br>Houston TX 77002 | gabriel.morgan@weil.com<br>clifford.carlson@weil.com |
| Counsel to the Debtor and Debtor in Possession | Weil, Gotshal & Manges LLP | Attn: Matthew S. Barr, Sunny Singh, Andriana Georgallas, Jason H. George, Kevin Bostel<br>767 Fifth Avenue<br>New York NY 10153 | matt.barr@weil.com<br>sunny.singh@weil.com<br>andriana.georgallas@weil.com<br>kevin.bostel@weil.com<br>jason.george@weil.com |

# **Exhibit B**

# Exhibit B

Chapter 7 Fee Application Service List

Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Chapter 7 Trustee for SPV Debtors, Ronald J. Sommers | Jones Murray LLP | Attn: Erin E. Jones, Christopher R. Murray | erin@jonesmurray.com; chris@jonesmurray.com |
| Chapter 7 estates of Carnaby IV, LLC, Carnaby IV Holdings, LLC, Carnaby FA, LLC, and Carnaby FA Holdings LLC | McGinnis Lochridge | Attn: Catherine Stone Curtis | ccurtis@mcginnislaw.com |
| Chapter 7 Trustee for FGB Debtors, Eva Engelhart | Porter Hedges LLP | Attn: Joshua W. Wolfshohl, Eric M. English, M. Shane Johnson, Grecia V. Sarda | jwolfshohl@porterhedges.com EEnglish@porterhedges.com SJohnson@porterhedges.com GSarda@porterhedges.com |