**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 7** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | **Re: Docket Nos. 3792, 3799** |

**PRELIMINARY JOINT OBJECTION OF BANK OF AMERICA, N.A., IN ITS CAPACITY AS ABL AGENT TO EMERGENCY MOTION OF EVOLUTION CREDIT PARTNERS TO COMPEL TURNOVER AND DEPOSIT OF DISPUTED POST-PETITION ACCOUNTS RECEIVABLE PROCEEDS INTO THE COURT REGISTRY [DOCKET NO. 3792] AND JOINDER OF CHAPTER 7 SPV DEBTORS' TRUSTEE RONALD SOMMERS IN EVOLUTION CREDIT PARTNERS' EMERGENCY MOTION TO COMPEL TURNOVER AND DEPOSIT OF DISPUTED POST-PETITION ACCOUNTS RECEIVABLE PROCEEDS INTO THE COURT REGISTRY [DOCKET NO. 3799]**

Bank of America, N.A., in its capacity as the agent (the "ABL Agent") for the prepetition secured ABL lenders of the majority of the First Brands Group, LLC debtors (collectively, the "FBG Debtors") in the converted chapter 7 cases, by and through its undersigned counsel, submits this preliminary joint objection (this "Objection") to the *Emergency Motion of Evolution Credit Partners to Compel Turnover and Deposit of Disputed Post-petition Accounts Receivable Proceeds into the Court Registry* [Docket No. 3792] (the "Second Evolution Turnover Motion") and the *Joinder of Chapter 7 SPV Debtors' Trustee Ronald Sommers in Evolution Credit Partners' Emergency Motion to Compel Turnover and Deposit of Disputed Post-petition Accounts Receivable Proceeds into the Court Registry* [Docket No. 3799] (the "Trustee's Joinder"). In support of its Objection, the ABL Agent states as follows:

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.

1. The ABL Agent reads the Second Evolution Turnover Motion as seeking substantially the same result that Evolution Credit Partners ("Evolution") sought in the *Emergency Motion of Evolution Credit Partners to Compel Segregation and Turnover of Post-petition Accounts Receivable Collected* [Docket No. 3144] (the "First Evolution Turnover Motion" and together with the Second Evolution Turnover Motion, the "Evolution Turnover Motions").

2. On July 15, 2026, the ABL Agent filed the *Limited Objection of Bank of America, N.A., in Its Capacity as ABL Agent to Emergency Motion of Evolution Credit Partners to Compel Segregation and Turnover of Post-petition Accounts Receivable Collected* [Docket No. 3209] (the "ABL Objection"). On that same date, the Ad Hoc Group filed the *Preliminary Objection of the Ad Hoc Group to Evolution's Emergency Motion to Compel Segregation and Turnover of Post-petition Accounts Receivable Collected* [Docket No. 3208] (the "AHG Objection").

3. On July 16, 2026, the Debtors filed the *Debtors' Objection to Emergency Motion of Evolution Credit Partners to Compel Segregation and Turnover of Post-petition Accounts Receivable Collected* [Docket No. 3218] (the "Debtors' Objection," and, together with the ABL Objection and the AHG Objection, the "Prior Objections").

4. Given the significant substantive overlap between the Prior Objections, in the interest of judicial economy, the ABL Agent will not restate its previous ABL Objection. The ABL Agent fully incorporates, as though restated herein, the ABL Objection in response to the Second Evolution Turnover Motion and the Trustee's Joinder thereto.

5. Additionally, the ABL Agent hereby adopts and joins the AHG Objection and the Debtors' Objection.

6. Finally, the ABL Agent also joins the *Trustee's Objection to the Emergency Motion of Evolution Credit Partners to Compel Turnover and Deposit of Disputed Post-Petition Accounts*

*Receivable Proceeds into the Court Registry*, being filed contemporaneously by Eva S. Engelhart, the chapter 7 trustee for the FBG Debtors, and *The Ad Hoc Group's Objection to Evolution's Emergency Motion to Compel Turnover and Deposit of Disputed Post-Petition Accounts Receivable Proceeds Into the Court Registry*, being filed contemporaneously by the Ad Hoc Group.

**CONCLUSION**

WHEREFORE, for the reasons stated in the ABL Objection, as well as those stated herein, the ABL Agent respectfully requests that the Court deny the Second Evolution Turnover Motion and Trustee's Joinder thereto, and grant such other and further relief as is just and proper.

Dated: October 12, 2026

*/s/ Tatianna J. Witter*
Tatianna J. Witter
WINSTON TAYLOR LLP
800 Capitol St., Suite 2400
Houston, TX 77002-2925
Telephone: 713-651-2600
Email: tatianna.witter@winstontaylor.com

*and*

Daniel J. McGuire (admitted *pro hac vice*)
Scott Ahmad (admitted *pro hac vice)*
WINSTON TAYLOR LLP
300 N. LaSalle, Suite 4400
Chicago, IL 60654
Telephone: 312-558-5600
Email: dan.mcguire@winstontaylor.com
scott.ahmad@winstontaylor.com

*and*

Carrie V. Hardman (admitted *pro hac vice*)
WINSTON TAYLOR LLP
200 Park Avenue
New York, NY 10166
Telephone: 212-294-6700
Email: carrie.hardman@winstontaylor.com

*Counsel for Bank of America, N.A.*

**CERTIFICATE OF SERVICE**

I certify that on October 12, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Tatianna J. Witter*
Tatianna J. Witter