**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| | § | Chapter 11 |
| In re: | § | |
| | § | Case No. 25-90399 (CML) |
| FIRST BRANDS GROUP, *et al.*, | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

**NOTICE OF INTENT TO ADDUCE TESTIMONY FROM A REMOTE LOCATION BY TELEPHONE AND VIDEO TECHNOLOGY**

1. This Notice is filed pursuant to Bankruptcy Local Rule 9017-1(c)(2)(B) by Berkley Insurance Company.

2. This Notice pertains to the following matter scheduled to be heard in this case on October 20, 2026, at 10:00 a.m. (Central Time) (the "Hearing"): a. *Motion for Entry of an Order (I) Clarifying that the May 29, 2026 Order [ECF No. 2845] Modifies the Automatic Stay to Authorize Payments by the Excess ABC Insurers, or Alternatively (II) Authorizing, and to the Extent Necessary, Modifying the Automatic Stay to Allow the Excess ABC Insurers to Make Payments, Including the Advancement of Defense Costs, of Insured Persons* [ECF No. 3669] ("Motion").

3. Cary Economou (or Emily Golding or Justin Levy) of Werner Ahari Mangel LLP may call the following witness to testify at the Hearing by telephone and video technology: Glenn Godfrey of Berkley Professional Liability.

   a. Gotomeeting Platfom1, https://www.gotomeet.me/JudgeLopez; Code: Judge Lopez

4. Berkley Insurance Company intends to call this witness by telephone and video technology for the convenience of the witness, as the primary relief requested by the Motion – clarification of the *May 29 Order* – does not require an evidentiary hearing. If the Court reaches the alternative relief requested by the Motion – whether the Excess ABC Insurers' request for relief from the automatic stay should be granted – Berkley Insurance Company will further attempt to minimize the burden on the

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

witness by filing a declaration containing the witness's relevant testimony in advance of the hearing.

5. Any party-in-interest may object to this notice in advance of the Hearing. If no party-in-interest files a timely objection, the Court will allow the identified witness to give testimony remotely using the Court's telephone and video technology. If the Court does not authorize the testimony to be taken remotely, the witness and any objectors must appear in person at the Hearing.

6. This Notice may be withdrawn or amended at any point prior to the Hearing.

Dated: October 13, 2026

*<u>/s/ Cary Joy Economou</u>*

**WERNER AHARI MANGEL LLP**
Cary Joy Economou
Tex. Bar No. 24082201
S.D. Tex. No. 1125319
4514 Cole Ave, Suite 600
Dallas, TX 75205
Telephone: 202-599-1069
Email: ceconomou@wam.law

***Attorney for Berkley Insurance Company***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 13, 2026, I served a true and correct copy of the above and foregoing instrument via the Court's CM/EDF electronic system to all parties consenting to service through the same, and on all parties required by Local Rule 4001-1(a)(4).

*<u>/s/ Cary Joy Economou</u>*

**WERNER AHARI MANGEL LLP**
Cary Joy Economou
Tex. Bar No. 24082201
S.D. Tex. No. 1125319
4514 Cole Ave, Suite 600
Dallas, TX 75205
Telephone: 202-599-1069
Email: ceconomou@wam.law