**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| FIRST BRANDS GROUP, *et al.*, | § | Chapter 11 |
| | § | |
| Debtors. | § | Case No. 25-90399 (CML) |
| | § | |
| | § | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

**PLEASE TAKE NOTICE THAT** that the undersigned Walker Wilcox Matousek LLP hereby enters its appearance on behalf of Old Republic Insurance Company ("Old Republic"), a creditor and party in-interest in the above-referenced case, and pursuant to 11 U.S.C. § 342, Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010, and respectfully requests that all notices which are given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned, at the address listed below and further requests to be added to any Master Service List maintained in this case:

Tony L. Draper
WALKER WILCOX MATOUSEK, LLP
1001 McKinney, Suite 2000
Houston, Texas 77002
Telephone: (713) 654-8001
Facsimile: (713) 343-6571
E-mail: tdraper@walkerwilcox.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure but also includes, without limitation, notice of any orders, plans, disclosure statements, applications, complaints, demands, hearings, motions, petitions, settlements, pleadings or requests, whether formal or informal, written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that this Request for Service of Papers shall not be deemed or construed as: (a) waiver of the right to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (b) waiver of a right to trial by jury in any proceeding so eligible in this case or in any case, controversy or proceeding related to this case; (c) waiver of the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) waiver of the right to contest jurisdiction or appropriate venue to this proceeding or any related proceeding; or (e) waiver of any other rights or claims, actions, defenses, setoffs or recoupments which Old Republic has or may hereafter obtain, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Old Republic, expressly reserves. This Request for Service of Paper is not and shall not be construed to be a consent by Old Republic pursuant to 28 U.S.C. § 157(c)(2).

Respectfully submitted this 13th day of October, 2026.

**WALKER WILCOX MATOUSEK LLP**

By: */s/ Tony L. Draper*
Tony L. Draper
Texas State Bar No. 00798156
1001 McKinney, Suite 2000
Houston, Texas 77002
Telephone: (713) 343-6556
Facsimile: (713) 343-6571
tdraper@walkerwilcox.com

**COUNSEL FOR OLD REPUBLIC INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13th, 2026, a true and correct copy of the foregoing pleading was served electronically on all parties registered for service through the Court's ECF system.

*/s/ Tony L. Draper*____
Tony L. Draper