KROLL

October 5th, 2026

Re: First Brands Group, LLC Case No. 25-90399

Dear Administrator,

In accordance with the Order (I) Converting Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon and (III) Granting Related Relief, in the First Brands Group LLC, et al., Case No. 25-90399 filed on September 1st, 2026, (Docket No. 3748), we are forwarding five (5) unprocessed hardcopy claims received by us post Chapter 7.

Please note that the final claims registers and creditor matrix have been filed, and the USB containing all claim images has been transmitted to the Court.

Should you have any questions, please feel free to contact me at Nadia.Aboawad@kroll.com

Sincerely,

**Nadia Aboawad**
**Senior Consultant, Documents Processing and Controls, Kroll Restructuring Administration**
**Nadia.Aboawad@kroll.com**

**T +1 212 450 2808 | M +1 347 569 7417**

KROLL

**Kroll, LLC | www.kroll.com**

United States Courts
Southern District of Texas
FILED

OCT - 7 2026

Nathan Ochsner, Clerk of Court

**Village of Fayette**
102 W Main St
P O Box 87
Fayette OH 43521

**DUE DATE: 10/15/26**

| | |
|---|---|
| Account : | 00211550 |
| Service Address : | 705 N FAYETTE ST |
| Service From : | 08/17/26 |
| Service To : | 09/21/26 |

332

| | |
|---|---|
| NET AMOUNT : | **16180.79** |
| AMOUNT PAID | |
| Pay this amount after the 15th GROSS AMOUNT: | 16191.28 |

**EAGLE MACHINING**
**705 N FAYETTE ST**
**FAYETTE OH 43521**

**Make check payable to: Village of Fayette**
**PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE**

**Village of Fayette**
102 W Main St
P O Box 87
Fayette OH 43521
Telephone: 419-237-2116

| | |
|---|---|
| Account | 00211550 |
| Service Address: | 705 N FAYETTE ST |
| Service From : | 08/17/26 |
| Service To : | 09/21/26 |

332

| SERVICE | METER READINGS CURRENT | PREVIOUS | USED | | AMOUNT |
|---|---|---|---|---|---|
| PAST DUE BALANCE | | | | | 16075.93 |
| WATER | 2999768 | 2999452 | 316 | GAL | 74.79 |
| SEWER | | | | | 30.07 |

ACCOUNT : 00211550

| | | | |
|---|---|---|---|
| PAY NET ON OR BEFORE : | 10/15/26 | NET AMOUNT : | **16180.79** |
| PAY GROSS AFTER : | 10/15/26 | GROSS AMOUNT : | **16191.28** |

The Village of Fayette will be implementing a new option for receiving your monthly water/sewer statement. To update your information and select your preferred method of delivery, please call the Village at **419-237-2116** or email: dkuebeck@villageoffayette.com
If you choose to email, please include your **name, address, phone number, email address** and verify if you would like to enroll in paperless billing or paper billing.

VILLAGE OF FAYETTE HOURS: Monday-Friday 8:00AM-4:00PM

After the 15th of the month a 10% penalty will be assessed. PAST DUE BALANCE DUE IMMEDIATELY. Accounts in arrears are subject to disconnect. This institution is an equal opportunity provider and employer.



Pay your Water Bill ONLINE

New Payment Method Option: ONLINE Utility Bill Payment Portal
The Village of Fayette is now offering a simple and secure online payment option for utility billing hosted by EVOLV.
To make a payment, just go to the Village website at: https://www.villageoffayette.com/
and click on the appropriate payment link icon. Convenience fees apply.

**United States Bankruptcy Court, Southern District of Texas**

**Fill in this information to identify the case (Select only one Debtor per claim form):**

**Debtor Name and Case Number:**

Eagle Machining, LLC (25-90489)

Modified Official Form 410

# Proof of Claim

**04/25**

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Village of Fayette, Ohio
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor ______

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? ______

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent? (if different)** |
|---|---|
| Name: Village of Fayette, Ohio | Name: |
| Number Street: 102 W Main St. PO Box 87 | Number Street: |
| City: Fayette State: OH ZIP Code: 43521 | City State ZIP Code |
| Contact phone: 419-237-2116 | Contact phone: |
| Contact email: administrator@villageoffayette.com | Contact email: |

Uniform claim identifier (if you use one): ______

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known)______ Filed on ______ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? ______

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

- ☐ No
- ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 1 5 5 0

**7. How much is the claim?** $ 104.86

**Does this amount include interest or other charges?**

- ☑ No
- ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Utility Services Provided

**9. Is all or part of the claim secured?**

- ☑ No
- ☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

- ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
- ☐ Motor vehicle
- ☐ Other. Describe: ______

**Basis for perfection:** ______

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**: $______

**Amount of the claim that is secured:** $______

**Amount of the claim that is unsecured:** $______(The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $______

**Annual Interest Rate** (when case was filed)______%

- ☐ Fixed
- ☐ Variable

**10. Is this claim based on a lease?**

- ☑ No
- ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $______

**11. Is this claim subject to a right of setoff?**

- ☑ No
- ☐ Yes. Identify the property: ______

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | **Amount entitled to priority** |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $________ |
| ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $________ |
| ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $________ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $________ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $________ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(  ) that applies. | $________ |

* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** $________

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 09/23/2026
MM / DD / YYYY

[signature]
Signature

**Name of the person who is completing and signing this claim:**

Name: BRYAN (First name) — (Middle name) STAMBAUGH (Last name)

Title: VILLAGE ADMINISTRATOR

Company: VILLAGE OF FAYETTE
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 102 W Main St. PO Box 87 (Number Street)
Fayette (City) OH (State) 43521 (ZIP Code)

Contact phone 419-237-2116 Email administrator@villageoffayette.com

**Village of Fayette**
102 W Main St
P O Box 87
Fayette OH 43521

**DUE DATE: 10/15/26**

| | |
|---|---|
| Account : | 00213500 |
| Service Address : | 214 E INDUSTRIAL PKWY |
| Service From : | 08/17/26 |
| Service To : | 09/22/26 |

355

0 05590 91176 7

| | |
|---|---|
| NET AMOUNT : | **559.09** |
| AMOUNT PAID | |
| Pay this amount after the 15th GROSS AMOUNT: | 563.04 |

**EAGLE MACHINING**
**705 N FAYETTE ST**
**FAYETTE OH 43521**

**Make check payable to: Village of Fayette**
**PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE**

**Village of Fayette**
102 W Main St
P O Box 87
Fayette OH 43521
Telephone: 419-237-2116

| | |
|---|---|
| Account | 00213500 |
| Service Address: | 214 E INDUSTRIAL PKWY |
| Service From : | 08/17/26 |
| Service To : | 09/22/26 |

355

0 05590 91176 7

| SERVICE | METER READINGS | | USED | | AMOUNT |
|---|---|---|---|---|---|
| | CURRENT | PREVIOUS | | | |
| PAST DUE BALANCE | | | | | 519.60 |
| WATER | 8108 | 8106 | 2 | GAL | 27.59 |
| SEWER | | | | | 11.90 |

ACCOUNT : 00213500

| | | | |
|---|---|---|---|
| PAY NET ON OR BEFORE : | 10/15/26 | NET AMOUNT : | **559.09** |
| PAY GROSS AFTER : | 10/15/26 | GROSS AMOUNT : | **563.04** |

The Village of Fayette will be implementing a new option for receiving your monthly water/sewer statement. To update your information and select your preferred method of delivery, please call the Village at **419-237-2116** or email: dkuebeck@villageoffayette.com
If you choose to email, please include your **name, address, phone number, email address** and verify if you would like to enroll in paperless billing or paper billing.

VILLAGE OF FAYETTE HOURS: Monday-Friday 8:00AM-4:00PM

After the 15th of the month a 10% penalty will be assessed. PAST DUE BALANCE DUE IMMEDIATELY.
Accounts in arrears are subject to disconnect. This institution is an equal opportunity provider and employer.

Pay your Water Bill ONLINE

New Payment Method Option: ONLINE Utility Bill Payment Portal
The Village of Fayette is now offering a simple and secure online payment option for utility billing hosted by EVOLV.
To make a payment, just go to the Village website at: https://www.villageoffayette.com/
and click on the appropriate payment link icon. Convenience fees apply.

**United States Bankruptcy Court, Southern District of Texas**

**Fill in this information to identify the case (Select only one Debtor per claim form):**

**Debtor Name and Case Number:**

Eagle Machining, LLC (25-90489)

Modified Official Form 410

# Proof of Claim

**04/25**

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Village of Fayette, Ohio
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor ____________

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? ____________

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Village of Fayette, Ohio<br>Name | Name |
| 102 W Main St. PO Box 87<br>Number Street | Number Street |
| Fayette OH 43521<br>City State ZIP Code | City State ZIP Code |
| Contact phone 419-237-2116 | Contact phone |
| Contact email administrator@villageoffayette.com | Contact email |

Uniform claim identifier (if you use one): ____________

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known)______ Filed on ________ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? ____________

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 3 5 0 0

**7. How much is the claim?**

$ 39.49. **Does this amount include interest or other charges?**

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Utility Services Provided

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: ____________

**Basis for perfection:** ____________

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $____________

**Amount of the claim that is secured:** $____________

**Amount of the claim that is unsecured:** $____________ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $____________

**Annual Interest Rate** (when case was filed)_______%

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $____________

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: ____________

| | | |
|---|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $________ |
| | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $________ |
| | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $________ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $________ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $________ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)( ) that applies. | $________ |
| | * Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment. | |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☑ No<br>☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $________ |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 09/23/2026
MM / DD / YYYY

Signature

**Name of the person who is completing and signing this claim:**

Name: BRYAN (First name) — Middle name — STAMBAUGH (Last name)

Title: VILLAGE ADMINISTRATOR

Company: VILLAGE OF FAYETTE
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 102 W Main St. PO Box 87 (Number Street)
Fayette (City) OH (State) 43521 (ZIP Code)

Contact phone 419-237-2116 Email administrator@villageoffayette.com