**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **CASE NO. 25-90399 (CML)** |
| | § | |
| ***Debtors*** | § | **(Jointly Administered)** |

**CERTIFICATE OF NO OBJECTION**
[Docket #3809]

The undersigned certifies that as of October 13, 2026, they have received no answer, objection, or other responsive pleading to Alpine Electronics of America Inc.'s Motion to Enforce Sale Order and Compel Payment of Cure Amount (Docket #3809) (the "Motion"). The Motion was filed with this Court on September 18, 2026, at docket number 3809. The undersigned certifies that the Motion was served upon all parties required to receive notice.

The undersigned further certifies that they have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Wherefore, the undersigned respectfully requests that the Court grant the relief requested in the Motion and pursuant to the proposed order filed at docket number 3809-2 at the earliest convenience of the Court.

Dated: October 13, 2026

Respectfully submitted,

ANDREWS MYERS P.C.

*/s / T. Josh Judd*
T. Josh Judd
SBN: 24036866
Alexander W. Wilson
State Bar No. 24144276
1885 Saint James Place, 15th Floor
Houston, TX 77056
Tel: 713-850-4200
Fax: 713-850-4211
jjudd@andrewsmyers.com
awilson@andrewsmyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2026, a true and correct copy of the foregoing Motion was served via the Court's Electronic Notification System on all parties entitled to such notice and via U.S. Mail, CMRRR to the parties listed below at the address listed.

TNJ Ohio LLC
Attention: Jason Murar, President
42400 Merrill Road
Sterling Heights, MI 48314

Timothy Bradley
42400 Merrill Road
Sterling Heights, MI 48314

*/s/ T. Josh Judd*
T. JOSH JUDD