UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| | | | |
|---|---|---|---|
| Division | Houston | Main Case Number | 25-90399 (CML) |
| Debtor | | In Re: First Brands Group, LLC, et al. | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Victoria Klevan<br>Elsberg Baker & Maruri PLLC<br>350 5th Avenue, Floor 38<br>New York, NY 10118<br>T: 212-597-2957; E: vklevan@elsberglaw.com<br>State Bar of New York: 6178404 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Evolution Credit Partners |

Has applicant been sanctioned by any bar association or court? Yes ________ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 10/12/2026 | Signed: /s/Victoria Klevan |

| | |
|---|---|
| The state bar reports that the applicant's status is: | |
| Dated: | Clerk's signature: |

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: ____________________________

____________________________________
United States Bankruptcy Judge