**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| | § | **Chapter 11** |
| **In re:** | § | |
| | § | **Case No. 25-90399 (CML)** |
| **FIRST BRANDS GROUP, *et al.*,** | § | |
| | § | **(Jointly Administered)** |
| **Debtors.** | § | |

**<u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICES</u>**

**PLEASE TAKE NOTICE THAT** that the undersigned Phelps Dunbar LLP hereby enters its appearance on behalf of TWIN CITY FIRE INSURANCE COMPANY ("Twin City"), a party in-interest in the above-referenced case, and pursuant to 11 U.S.C. § 342, Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010, and respectfully requests that all notices which are given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned, at the address listed below and further requests to be added to any Master Service List maintained in this case:

Sara E. Nau
PHELPS DUNBAR, LLP
1001 Fannin, Suite 2200
Houston, Texas 77002
Telephone: (713) 686-1386
Facsimile: (713) 686-1388
E-mail: sara.nau@phelps.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure but also includes,

without limitation, notice of any orders, plans, disclosure statements, applications, complaints, demands, hearings, motions, petitions, settlements, pleadings or requests, whether formal or informal, written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that this Request for Service of Papers shall not be deemed or construed as: (a) waiver of the right to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (b) waiver of a right to trial by jury in any proceeding so eligible in this case or in any case, controversy or proceeding related to this case; (c) waiver of the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) waiver of the right to contest jurisdiction or appropriate venue to this proceeding or any related proceeding; or (e) waiver of any other rights or claims, actions, defenses, setoffs or recoupments which Twin City has or may hereafter obtain, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Twin City, expressly reserves. This Request for Service of Paper is not and shall not be construed to be a consent by Twin City pursuant to 28 U.S.C. § 157(c)(2).

Respectfully submitted this 13th day of October, 2026.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: */s/ Sara E. Nau*___________________
Sara E. Nau
TBN: 24083551
1001 Fannin Street, Suite 2200
Houston, Texas 77002
Telephone: 713-626-1386
Telecopier: 713-626-1388
Email: sara.nau@phelps.com

**ATTORNEY FOR TWIN CITY FIRE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2026, I served a true and correct copy of the above and foregoing instrument via the Court's CM/EDF electronic system to all parties consenting to service through the same, and on all parties required by Local Rule 4001-1(a)(4).

*/s/ Sara E. Nau*
Sara E. Nau