United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 14, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | **(Previously Chapter 11)** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**ORDER ALLOWING INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LAZARD FRÈRES & CO. LLC, AS INVESTMENT BANKER FOR THE DEBTORS, FOR THE PERIOD FROM APRIL 1, 2026 THROUGH AND INCLUDING JUNE 30, 2026**

The Court has considered the *Third Interim Fee Application of Lazard Frères & Co. LLC, as Investment Banker for the Debtors, for the Period from April 1, 2026 Through and Including June 30, 2026* (the "**Application**"), filed by Lazard Frères & Co. LLC ("**Applicant**"), as investment banker to the chapter 11 debtors in the above-captioned cases (collectively, the "**Debtors**"). The Court orders:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $9,905,245.92 for the period set forth in the Application.

2. The compensation and reimbursement of expenses allowed in this Order are approved on an interim basis.

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.

3. The Debtors are authorized to disburse any unpaid amounts allowed pursuant to this Order.

Signed: October 14, 2026

Christopher Lopez
United States Bankruptcy Judge