# Exhibit A

## CASE ADMINISTRATION (B110)

| Timekeeper | Rate/Hour | Hours | Total |
|---|---|---|---|
| Mark D. Sherrill (MDS3) | $ 1,150.00 | 1.90 | $ 2,185.00 |
| Lara A. Coleman (LAC2) | $ 365.00 | 0.70 | $ 255.50 |
| TOTALS: | | **2.60** | **$ 2,440.50** |
| **AVERAGE HOURLY RATE:** | **$ 938.65** | | |

## CONVERSION/DISMISSAL (B115)

| Timekeeper | Rate/Hour | Hours | Total |
|---|---|---|---|
| Mark D. Sherrill (MDS3) | $ 1,150.00 | 3.10 | $ 3,565.00 |
| TOTALS: | | **3.10** | **$ 3,565.00** |
| **AVERAGE HOURLY RATE:** | **$ 1,150.00** | | |

## FEE/EMPLOYMENT APPLICATIONS (B160)

| Timekeeper | Rate/Hour | Hours | Total |
|---|---|---|---|
| Mark D. Sherrill (MDS3) | $ 1,150.00 | 9.30 | $ 10,695.00 |
| Lara A. Coleman (LAC2) | $ 365.00 | 16.40 | $ 5,986.00 |
| TOTALS: | | **25.70** | **$ 16,681.00** |
| **AVERAGE HOURLY RATE:** | **$ 649.07** | | |

## EMPLOYEE BENEFITS/PENSIONS (B220)

| Timekeeper | Rate/Hour | Hours | Total |
|---|---|---|---|
| Mark D. Sherrill (MDS3) | $ 1,150.00 | 47.90 | $ 55,085.00 |
| Joshua A. Sutin (JAS2) | $ 825.00 | 18.00 | $ 14,850.00 |
| Jeffrey M. Della Rocco (JMD2) | $ 425.00 | 8.80 | $ 3,740.00 |
| Lara A. Coleman (LAC2) | $ 365.00 | 0.60 | $ 219.00 |
| TOTALS: | | **75.30** | **$ 73,894.00** |
| **AVERAGE HOURLY RATE:** | **$ 981.33** | | |

## PLAN AND DISCLOSURE STATEMENT (B320)

| Timekeeper | Rate/Hour | Hours | Total |
|---|---|---|---|
| Mark D. Sherrill (MDS3) | $ 1,150.00 | 2.20 | $ 2,530.00 |
| Lara A. Coleman (LAC2) | $ 365.00 | 0.50 | $ 182.50 |
| TOTALS: | | **2.70** | **$ 2,712.50** |
| **AVERAGE HOURLY RATE:** | **$ 1,004.63** | | |