# Exhibit B

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.
ATTORNEYS AT LAW

1200 Smith Street, Suite 1400
Houston, Texas 77002-4310
Telephone (713) 658-1818

Employer ID: 82-3774540

191 Peachtree St., N.E.
Forty-Sixth Floor
Atlanta, Georgia 30303
Telephone (404) 659-1410

August 31, 2026
Invoice # 2149017
Mark D Sherrill

Non-Union Retirees-First Brands Group
11191 Sugar Creek Ave.
Mount Carmel, IL 62863

---

## INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending July 31, 2026:

**Client.Matter: 260682 - 000000**

RE: Non-Union Retirees of First Brands Foods, LLC

| | |
|---|---|
| Total Professional Services | $ 83,372.00 |
| Total Disbursements Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 83,372.00** |

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.
ATTORNEYS AT LAW

1200 Smith Street, Suite 1400
Houston, Texas 77002-4310
Telephone (713) 658-1818

Employer ID: 82-3774540

191 Peachtree St., N.E.
Forty-Sixth Floor
Atlanta, Georgia 30303
Telephone (404) 659-1410

August 31, 2026
Invoice #: 2149017

Non-Union Retirees-First Brands Group
11191 Sugar Creek Ave.
Mount Carmel, IL 62863

# REMITTANCE ADVICE

**Client.Matter: 260682 - 000000**
**RE: Non-Union Retirees of First Brands Foods, LLC**

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 83,372.00** |

Please return this advice with payment to:

Chamberlain, Hrdlicka, White, Williams & Aughtry
HOU1091
PO Box 650998
Dallas, TX 75265-0998

**<u>Wire/ACH Transfer Instructions:</u>**

| | |
|---|---|
| Account name: | Chamberlain, Hrdlicka, White, Williams & Aughtry |
| Account number: | 502876485 |
| ABA number (routing): | 114000093 |
| Bank: | Frost Bank |
| Address: | 3707 Richmond Avenue<br>Houston, Texas 77046 |
| Swift number: | FRSTUS44 |

**To pay online go to: https://www.chamberlainlaw.com/client-payment-portal**

**TERMS: PAYMENT DUE UPON RECEIPT**

Client.Matter: 260682 - 000000

August 31, 2026
Invoice #: 2149017

**PROFESSIONAL SERVICES**

B110 Case Administration

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 7/14/26 | MDS3 | B110 | | DRAFT COMMITTEE BY-LAWS. | .50 | 575.00 |
| 7/14/26 | MDS3 | B110 | | COMMUNICATIONS WITH COMMITTEE MEMBERS REGARDING BYLAWS. | .20 | 230.00 |
| 7/23/26 | LAC2 | B110 | | RECEIVE, REVIEW AND PROVIDE COMMENTS TO COMMITTEE BYLAWS. | .20 | 73.00 |
| 7/23/26 | LAC2 | B110 | | CORRESPOND WITH MR. SHERRILL REGARDING COMMITTEE BYLAWS. | .20 | 73.00 |
| 7/23/26 | LAC2 | B110 | | CORRESPOND WITH MR. EVANS REGARDING COMMITTEE BYLAWS. | .10 | 36.50 |
| 7/25/26 | MDS3 | B110 | | PREPARE FOR AND PARTICIPATE IN COMMITTEE MEETING. | .90 | 1,035.00 |
| 7/27/26 | LAC2 | B110 | | CORRESPOND WITH MR. EVANS REGARDING COMMITTEE BYLAWS. | .20 | 73.00 |
| 7/27/26 | MDS3 | B110 | | COMMUNICATIONS WITH L. COLEMAN REGARDING BYLAWS. | .30 | 345.00 |

B160 Fee/Employment Applications

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 7/10/26 | MDS3 | B160 | | COMMUNICATIONS WITH DEBTORS' COUNSEL REGARDING MATTERS RELATED TO RETENTION APPLICATION. | .40 | 460.00 |
| 7/10/26 | MDS3 | B160 | | COMMUNICATIONS WITH L. COLEMAN REGARDING RETENTION APPLICATION. | .40 | 460.00 |
| 7/13/26 | LAC2 | B160 | | DRAFT APPLICATION TO EMPLOY. | 2.40 | 876.00 |
| 7/13/26 | LAC2 | B160 | | DRAFT PROPOSED ORDER FOR EMPLOYMENT APPLICATION. | .50 | 182.50 |
| 7/13/26 | LAC2 | B160 | | DRAFT DECLARATION OF M. SHERRILL IN SUPPORT OF APPLICATION TO EMPLOY. | 1.20 | 438.00 |
| 7/13/26 | LAC2 | B160 | | PREPARE EXHIBITS FOR DECLARATION IN SUPPORT OF APPLICATION TO EMPLOY. | .40 | 146.00 |

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 7/13/26 | MDS3 | B160 | | COMMUNICATIONS WITH L. COLEMAN REGARDING RETENTION APPLICATION. | .40 | 460.00 |
| 7/13/26 | MDS3 | B160 | | EDIT AND REVISE EMPLOYMENT APPLICATION AND RELATED DOCUMENTS. | .80 | 920.00 |
| 7/13/26 | MDS3 | B160 | | COMMUNICATIONS WITH J. EVANS REGARDING COMPENSATION PROCEDURES. | .20 | 230.00 |
| 7/14/26 | LAC2 | B160 | | REVIEW REVISED APPLICATION TO EMPLOY AND QUESTIONS/COMMENTS RELATED TO SAME. | .40 | 146.00 |
| 7/14/26 | LAC2 | B160 | | CONFER WITH MR. SHERRILL REGARDING EMPLOYMENT AND SERVICE OF APPLICATION TO EMPLOY. | .20 | 73.00 |
| 7/14/26 | LAC2 | B160 | | COORDINATE REGARDING EXPEDITED SETTING ON APPLICATION TO EMPLOY. | .20 | 73.00 |
| 7/14/26 | LAC2 | B160 | | DISCUSSION ADDITIONAL MODIFICATIONS WITH MR. SHERRILL REGARDING EMPLOYMENT APPLICATION. | .20 | 73.00 |
| 7/14/26 | LAC2 | B160 | | REVISE EXHIBITS FOR DECLARATION FOR APPLICATION TO EMPLOY TO INCLUDE ADDITIONAL PARTIES. | .30 | 109.50 |
| 7/14/26 | LAC2 | B160 | | REVISE APPLICATION TO EMPLOY RELATED TO NOTICE PROVISIONS. | .30 | 109.50 |
| 7/14/26 | LAC2 | B160 | | REVISE DECLARATION ON APPLICATION TO EMPLOY TO INCLUDE ADDITIONAL PROVISION. | .20 | 73.00 |
| 7/14/26 | MDS3 | B160 | | COMMUNICATIONS WITH L. COLEMAN REGARDING RETENTION APPLICATION AND RELATED DOCUMENTS. | .40 | 460.00 |
| 7/14/26 | MDS3 | B160 | | EDIT AND REVISE EMPLOYMENT APPLICATION AND RELATED DOCUMENTS. | .90 | 1,035.00 |
| 7/14/26 | MDS3 | B160 | | COMMUNICATIONS WITH DEBTORS' COUNSEL REGARDING NOTICING OF RETENTION APPLICATION. | .30 | 345.00 |
| 7/15/26 | LAC2 | B160 | | CORRESPOND WITH MR. EVANS REGARDING APPLICATION TO EMPLOY AND NEXT STEPS. | .10 | 36.50 |
| 7/15/26 | MDS3 | B160 | | COMMUNICATIONS WITH L. COLEMAN REGARDING RETENTION | .30 | 345.00 |

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | APPLICATION. | | |
| 7/15/26 | MDS3 | B160 | | EDIT AND REVISE RETENTION APPLICATION. | .50 | 575.00 |
| 7/16/26 | LAC2 | B160 | | FINALIZE APPLICATION TO EMPLOY AND RELATED DOCUMENTS. | .30 | 109.50 |
| 7/16/26 | LAC2 | B160 | | CORRESPOND WITH MR. SHERRILL REGARDING RETENTION. | .10 | 36.50 |
| 7/16/26 | LAC2 | B160 | | EMAIL TO KROLL REGARDING SERVICE OF RETENTION APPLICATION. | .10 | 36.50 |
| 7/16/26 | MDS3 | B160 | | COMMUNICATIONS WITH L. COLEMAN REGARDING FILING RETENTION APP. | .30 | 345.00 |
| 7/16/26 | MDS3 | B160 | | COMMUNICATIONS WITH KROLL TEAM REGARDING SERVICE OF RETENTION APPLICATION. | .20 | 230.00 |
| 7/16/26 | MDS3 | B160 | | COMMUNICATIONS WITH J. BARLOW REGARDING PROPOSED ORDER. | .20 | 230.00 |
| 7/17/26 | MDS3 | B160 | | COMMUNICATIONS WITH L. COLEMAN REGARDING HEARING DATE FOR RETENTION APPLICATION. | .30 | 345.00 |
| 7/20/26 | LAC2 | B160 | | CORRESPOND WITH MS. SALDANA REGARDING SETTING OF APPLICATION TO EMPLOY. | .10 | 36.50 |
| 7/20/26 | LAC2 | B160 | | TELEPHONE CALL WITH MS. SALDANA REGARDING OBJECTION AND RETENTION APPLICATION HEARINGS. | .10 | 36.50 |
| 7/20/26 | LAC2 | B160 | | CONFER WITH MR. SHERRILL REGARDING SETTING. | .10 | 36.50 |
| 7/21/26 | LAC2 | B160 | | DRAFT NOTICE OF HEARING FOR APPLICATION TO EMPLOY. | .50 | 182.50 |
| 7/21/26 | LAC2 | B160 | | CORRESPOND WITH MS. SALDANA REGARDING NOTICE OF HEARING TO EMPLOY. | .10 | 36.50 |
| 7/21/26 | LAC2 | B160 | | CORRESPOND WITH KROLL REGARDING SERVICE OF NOTICE. | .10 | 36.50 |
| 7/21/26 | LAC2 | B160 | | CONFER WITH M. SHERRILL REGARDING SERVICE OF NOTICE. | .10 | 36.50 |
| 7/21/26 | MDS3 | B160 | | COMMUNICATIONS WITH L. COLEMAN REGARDING NOTICE OF HEARING. | .20 | 230.00 |
| 7/21/26 | MDS3 | B160 | | COMMUNICATIONS WITH NOTICING AGENT REGARDING NOTICE OF HEARING. | .20 | 230.00 |
| 7/24/26 | LAC2 | B160 | | REVIEW AND EDIT EMERGENCY MOTION TO MODIFY US TRUSTEE'S ORDER ON APPOINTMENT OF NON- | .20 | 73.00 |

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | UNION RETIREES COMMITTEE. | | |
| 7/24/26 | LAC2 | B160 | | EMAIL TO MS. SALDANA REGARDING SETTING. | .10 | 36.50 |
| 7/27/26 | LAC2 | B160 | | REVISE AND FINALIZE AMENDED PROPOSED ORDER FOR RETENTION APPLICATION TO ALIGN WITH COMMENTS FROM DEBTOR'S COUNSEL. | .10 | 36.50 |
| 7/27/26 | LAC2 | B160 | | CORRESPOND WITH M. SHERRILL REGARDING PROPOSED ORDER FOR RETENTION APPLICATION. | .10 | 36.50 |
| 7/27/26 | MDS3 | B160 | | COMMUNICATIONS WITH L. COLEMAN REGARDING PROPOSED ORDER. | .30 | 345.00 |
| 7/27/26 | MDS3 | B160 | | ANALYZE REVISED PROPOSED ORDER. | .30 | 345.00 |
| 7/27/26 | MDS3 | B160 | | COMMUNICATIONS WITH R. SALDANA REGARDING PROPOSED ORDER FOR APPLICATION TO EMPLOY. | .20 | 230.00 |
| 7/29/26 | MDS3 | B160 | | COMMUNICATIONS WITH LENDERS REGARDING FEE ESTIMATE. | .20 | 230.00 |

B220 Employee Benefits/Pensions

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 7/10/26 | MDS3 | B220 | | COMMUNICATIONS WITH J. EVANS REGARDING PENSION LETTER. | .30 | 345.00 |
| 7/11/26 | MDS3 | B220 | | COMMUNICATIONS WITH J. SUTIN AND J. DELLA ROCCO REGARDING SECTION 1114 ISSUES. | .50 | 575.00 |
| 7/11/26 | MDS3 | B220 | | COMMUNICATIONS WITH J. EVANS REGARDING DEBTOR PROPOSAL AND RELATED DOCUMENTS. | .40 | 460.00 |
| 7/11/26 | MDS3 | B220 | | ANALYSIS OF DEBTOR PROPOSAL. | .60 | 690.00 |
| 7/12/26 | JAS2 | B220 | | ANALYSIS OF M. SHERRILL CORRESPONDENCE AND ATTACHED RETIREE COMMITTEE MOTION AND ORDER. | .30 | 247.50 |
| 7/12/26 | JAS2 | B220 | | REVIEW OF PROPOSAL FOR RETIREES, DISCLOSURE STATEMENT, AND NOTICE OF FILING PLAN SUPPLEMENT AND LIQUIDATION EXCERPT. | 1.10 | 907.50 |

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 7/12/26 | JAS2 | B220 | | TAX/ERISA ANALYSIS REGARDING EMPLOYEE BENEFIT LAW ON CURRENT OFFER BY DEBTORS' COUNSEL. | .20 | 165.00 |
| 7/12/26 | MDS3 | B220 | | ANALYZE SECTION 1114 ISSUES. | .80 | 920.00 |
| 7/12/26 | MDS3 | B220 | | COMMUNICATIONS WITH DEBTORS' COUNSEL REGARDING DOCUMENTS SUPPORTING PROPOSAL. | .50 | 575.00 |
| 7/13/26 | JAS2 | B220 | | REVIEW OF RETIREE INSURANCE DOCUMENTS AND TAX/ERISA ANALYSIS OF SAME. | 1.80 | 1,485.00 |
| 7/13/26 | MDS3 | B220 | | COMMUNICATIONS WITH DEBTORS' COUNSEL REGARDING SUPPORTING DOCUMENTS. | .30 | 345.00 |
| 7/13/26 | MDS3 | B220 | | ANALYZE SUPPORTING DOCUMENTS. | .80 | 920.00 |
| 7/13/26 | MDS3 | B220 | | COMMUNICATIONS WITH DEBTORS' COUNSEL REGARDING CALL. | .30 | 345.00 |
| 7/13/26 | MDS3 | B220 | | COMMUNICATIONS WITH COMMITTEE MEMBERS REGARDING FOLLOW-UP CALL. | .30 | 345.00 |
| 7/13/26 | MDS3 | B220 | | ANALYZE AUTHORITIES REGARDING SECTION 1114 ISSUES. | .50 | 575.00 |
| 7/14/26 | JAS2 | B220 | | REVIEW OF PLAN DOCUMENTS AND PREPARE ARGUMENTS FOR CALL WITH DEBTORS' COUNSEL. | .70 | 577.50 |
| 7/14/26 | JAS2 | B220 | | VIDEO CALL WITH DEBTORS' COUNSEL AND LISTEN TO DOWNLOAD OF INFORMATION AND DEBTORS PROPOSED OFFER/MOTIONS AND ANALYSIS OF TAX/ERISA RELATED TO SAME. | .60 | 495.00 |
| 7/14/26 | JAS2 | B220 | | TELEPHONE CALL WITH M. SHERRILL AND J. DELLA ROCCO TO DISCUSS STRATEGIES FOR RESPONDING TO DEBTORS' COUNSEL'S OFFER. | .40 | 330.00 |
| 7/14/26 | JMD2 | B220 | | ANALYZE AND REVIEW PROPOSED PLAN DOCUMENTS IN PREPARATION FOR CALL WITH WEIL TEAM RELATED TO RETIREE BENEFITS. | .20 | 85.00 |
| 7/14/26 | JMD2 | B220 | | ATTEND CALL WITH WEIL TEAM REGARDING RETIREE BENEFITS. | .60 | 255.00 |
| 7/14/26 | JMD2 | B220 | | POST-WEIL CONFERENCE WITH J. SUTIN AND M. SHERRILL. | .10 | 42.50 |
| 7/14/26 | MDS3 | B220 | | NUMEROUS COMMUNICATIONS WITH CLIENT MEMBERS REGARDING TIMING OF CALL. | .40 | 460.00 |

Client.Matter: 260682 - 000000

August 31, 2026
Invoice #: 2149017

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 7/14/26 | MDS3 | B220 | | PREPARE FOR AND PARTICIPATE IN CALL WITH DEBTORS' COUNSEL REGARDING PROPOSAL. | .90 | 1,035.00 |
| 7/14/26 | MDS3 | B220 | | COMMUNICATIONS WITH COMMITTEE MEMBERS REGARDING 1114(M) ISSUES. | .30 | 345.00 |
| 7/14/26 | MDS3 | B220 | | CONFER WITH J. SUTIN AND J. DELLA ROCCO REGARDING STATUS AND STRATEGY. | .30 | 345.00 |
| 7/14/26 | MDS3 | B220 | | CONFER WITH J. EVANS REGARDING 1114(m) ISSUES. | .20 | 230.00 |
| 7/15/26 | JAS2 | B220 | | ATTEND FIRST MEETING WITH CLIENT TO DISCUSS INFORMATION KNOWN AND STRATEGIES TO CONSIDER. | .80 | 660.00 |
| 7/15/26 | JAS2 | B220 | | REVIEW OF CORRESPONDENCE FROM M. SHERRILL AND DEBTORS' MOTION TO MODIFY BENEFITS AND DECLARATION IN SUPPORT OF MODIFICATION MOTION. | .30 | 247.50 |
| 7/15/26 | JAS2 | B220 | | WORK WITH J. DELLA ROCCO ON DEVELOPING PROPOSED COUNTEROFFER TO DEBTORS' COUNSEL. | .20 | 165.00 |
| 7/15/26 | JAS2 | B220 | | TAX/ERISA AND WELFARE LAW ANALYSIS OF PROPOSED COUNTER-OFFER. | .20 | 165.00 |
| 7/15/26 | JMD2 | B220 | | ATTEND COMMITTEE MEETING DISCUSSING PLAN AND POTENTIAL COUNTER-OFFER. | .80 | 340.00 |
| 7/15/26 | JMD2 | B220 | | WORK ON PROPOSED LANGUAGE FOR COUNTEROFFER AND SEND SAME TO J. SUTIN AND M. SHERRILL FOR REVIEW. | .20 | 85.00 |
| 7/15/26 | MDS3 | B220 | | ANALYZE 1114 MOTION. | .50 | 575.00 |
| 7/15/26 | MDS3 | B220 | | COMMUNICATIONS WITH COMMITTEE REGARDING SAME. | .30 | 345.00 |
| 7/15/26 | MDS3 | B220 | | PREPARE FOR AND PARTICIPATE IN COMMITTEE MEETING. | 1.30 | 1,495.00 |
| 7/15/26 | MDS3 | B220 | | COMMUNICATIONS WITH J. DELLA ROCCO REGARDING COUNTEROFFER. | .30 | 345.00 |
| 7/15/26 | MDS3 | B220 | | COMMUNICATIONS WITH J. EVANS REGARDING FOLLOW-UP QUESTIONS. | .30 | 345.00 |
| 7/16/26 | JAS2 | B220 | | REVIEW OF QUESTIONS FROM COMMITTEE MEMBERS REGARDING BENEFIT PLANS. | .20 | 165.00 |
| 7/16/26 | JAS2 | B220 | | WORK WITH J. DELLA ROCCO TO | .20 | 165.00 |

Client.Matter: 260682 - 000000

August 31, 2026
Invoice #: 2149017

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | RESPOND WITH ANSWERS AND STRATEGIES FOR CLIENT TO CONSIDER. | | |
| 7/16/26 | MDS3 | B220 | | COMMUNICATIONS WITH S. MARGULIS REGARDING NEGOTIATIONS. | .30 | 345.00 |
| 7/16/26 | MDS3 | B220 | | COMMUNICATIONS WITH J. SUTIN AND J. DELLA ROCCO REGARDING COMMITTEE QUESTIONS. | .20 | 230.00 |
| 7/16/26 | MDS3 | B220 | | EDIT AND REVISE CONFIRMATION OBJECTION. | .80 | 920.00 |
| 7/16/26 | MDS3 | B220 | | COMMUNICATIONS WITH J. DELLA ROCCO REGARDING COUNTERPROPOSAL. | .40 | 460.00 |
| 7/17/26 | JAS2 | B220 | | TELEPHONE CALL WITH UNION RETIREE COMMITTEE ATTORNEYS TO SHARE INFORMATION AND DISCUSS STRATEGIES. | .30 | 247.50 |
| 7/17/26 | JAS2 | B220 | | TAX/ERISA ANALYSIS OF VESTED BENEFITS UNDER CURRENT BENEFIT PLAN INFORMATION. | .40 | 330.00 |
| 7/17/26 | JAS2 | B220 | | WORK WITH M. SHERRILL AND J. DELLA ROCCO ON PROPOSED RESPONSE TO DEBTORS' COUNSEL AND RESPONDING TO CLIENT'S QUESTIONS. | .60 | 495.00 |
| 7/17/26 | JMD2 | B220 | | WORK WITH M. SHERRILL AND J. SUTIN ON COUNTER-OFFER LANGUAGE. | .40 | 170.00 |
| 7/17/26 | JMD2 | B220 | | ANALYSIS AND REVIEW OF COMMITTEE MEMBER QUESTIONS AND DRAFT EMAIL CORRESPONDENCE ADDRESSING SAME. | 1.00 | 425.00 |
| 7/17/26 | JMD2 | B220 | | CALL WITH UNION MEMBERS COUNSEL. | .70 | 297.50 |
| 7/17/26 | JMD2 | B220 | | WORK ON REVISIONS TO COUNTER-OFFER LANGUAGE. | .30 | 127.50 |
| 7/17/26 | MDS3 | B220 | | COMMUNICATIONS WITH DEBTORS' COUNSEL REGARDING PROPOSAL. | .20 | 230.00 |
| 7/17/26 | MDS3 | B220 | | COMMUNICATIONS WITH J. SUTIN AND J. DELLA ROCCO REGARDING COUNTER-OFFER. | .40 | 460.00 |
| 7/17/26 | MDS3 | B220 | | COMMUNICATIONS WITH B. SHRODE REGARDING COUNTER-OFFER. | .20 | 230.00 |
| 7/17/26 | MDS3 | B220 | | COMMUNICATIONS WITH S. HULL REGARDING CALL. | .20 | 230.00 |

Client.Matter: 260682 - 000000

August 31, 2026
Invoice #: 2149017

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 7/17/26 | MDS3 | B220 | | PREPARE FOR AND PARTICIPATE IN CALL REGARDING COUNTER. | .70 | 805.00 |
| 7/17/26 | MDS3 | B220 | | ANALYZE 1114 CASE LAW. | .60 | 690.00 |
| 7/17/26 | MDS3 | B220 | | COMMUNICATIONS WITH J. EVANS REGARDING CONFIRMATION OBJECTION. | .30 | 345.00 |
| 7/17/26 | MDS3 | B220 | | COMMUNICATIONS WITH J. SUTIN REGARDING VESTING ISSUES. | .20 | 230.00 |
| 7/17/26 | MDS3 | B220 | | FOLLOW-UP WITH J. DELLA ROCCO REGARDING COUNTEROFFER. | .30 | 345.00 |
| 7/19/26 | MDS3 | B220 | | COMMUNICATIONS WITH J. GAITHER REGARDING OBJECTION. | .20 | 230.00 |
| 7/20/26 | JAS2 | B220 | | WORK ON MEMO TO ARGUE VEST RETIREE HEALTH CARE UNDER CERTAIN PLAN DOCUMENTS. | .20 | 165.00 |
| 7/20/26 | JAS2 | B220 | | TAX/ERISA ANLAYSIS OF MEMO. | .20 | 165.00 |
| 7/20/26 | JAS2 | B220 | | REVIEW OF PBGC STIPULATION AND CORRESPONDENCE TO M. SHERRILL REGARDING THE COMMITTEE EVALUATING OF TAKING OVER THE 401(h) PLAN IS VIABLE AND WARRANTED. | .30 | 247.50 |
| 7/20/26 | JAS2 | B220 | | WORK ON COMMENTS TO COUNTER PROPOSAL TO DEBTORS' COUNSEL ON RETIREE BENEFITS AND LEGAL PROTECTIONS. | .20 | 165.00 |
| 7/20/26 | JAS2 | B220 | | ASSIST WITH DOCUMENTING CLIENT'S PRUDENCE, DILIGENCE AND CARE REGARDING TAX/ERISA COMPLIANCE. | .10 | 82.50 |
| 7/20/26 | JMD2 | B220 | | CONFER WITH J. SUTIN REGARDING NON-UNION RETIREE PLANS | .30 | 127.50 |
| 7/20/26 | MDS3 | B220 | | COMMUNICATIONS WITH J. SUTIN REGARDING VESTING ISSUES. | .30 | 345.00 |
| 7/20/26 | MDS3 | B220 | | ANALYSIS OF RESEARCH REGARDING VESTING ISSUES. | .40 | 460.00 |
| 7/20/26 | MDS3 | B220 | | COMMUNICATIONS WITH J. SUTIN AND J. DELLA ROCCO REGARDING PBGC STIPULATION. | .30 | 345.00 |
| 7/20/26 | MDS3 | B220 | | COMMUNICATIONS WITH J. SUTIN AND J. DELLA ROCCO REGARDING COUNTEROFFER. | .30 | 345.00 |
| 7/20/26 | MDS3 | B220 | | COMMUNICATIONS WITH COMMITTEE REGARDING COUNTEROFFER. | .30 | 345.00 |
| 7/20/26 | MDS3 | B220 | | COMMUNICATIONS WITH DEBTORS' COUNSEL REGARDING STATUS. | .20 | 230.00 |

Client.Matter: 260682 - 000000

August 31, 2026
Invoice #: 2149017

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 7/20/26 | MDS3 | B220 | | ATTEND HEARING ON MOTION TO COMPEL. | 1.10 | 1,265.00 |
| 7/21/26 | MDS3 | B220 | | COMMUNICATIONS WITH K. VINSON AND OTHERS REGARDING COUNTEROFFER. | .30 | 345.00 |
| 7/21/26 | MDS3 | B220 | | FINALIZE AND CONVEY COUNTEROFFER TO DEBTORS. | .50 | 575.00 |
| 7/21/26 | MDS3 | B220 | | FOLLOW-UP COMMUNICATIONS WITH DEBTORS' COUNSEL REGARDING CALL. | .30 | 345.00 |
| 7/21/26 | MDS3 | B220 | | EDIT AND REVISE 1114 OBJECTION. | .80 | 920.00 |
| 7/21/26 | MDS3 | B220 | | ANALYZE AUTHORITIES REGARDING 1114 OBJECTION. | .50 | 575.00 |
| 7/21/26 | MDS3 | B220 | | EDIT AND REVISE MOTION TO MODIFY. | .40 | 460.00 |
| 7/21/26 | MDS3 | B220 | | ATTENTION TO SCHEDULING OF STATUS CONFERENCE. | .30 | 345.00 |
| 7/22/26 | JAS2 | B220 | | VIDEO CALL WITH DEBTORS' COUNSEL TO DISCUSS CLIENT'S COUNTER PROPOSAL, CLARIFY OPEN ITEMS AND EXPLAIN VESTED BENEFIT ARGUMENTS. | .50 | 412.50 |
| 7/22/26 | JAS2 | B220 | | VIDEO CONFERENCE WITH M. SHERRILL AND J. DELLA ROCCO TO DISCUSS DEBTORS REQUEST, IMPACT ON CLIENT AND STRATEGIES FOR CLIENT TO CONSIDER. | .30 | 247.50 |
| 7/22/26 | JAS2 | B220 | | ATTEND MEETING WITH CLIENT COMMITTEE TO DISCUSS DEBTORS' COUNSEL'S PROPOSAL AND POTENTIAL COUNTER PROPOSAL ARGUMENTS FOR CLIENT TO CONSIDER. | .60 | 495.00 |
| 7/22/26 | JAS2 | B220 | | TAX/ERISA ANALYSIS OF VESTED BENEFIT ARGUMENTS UNDER 5TH CIRCUIT LAW. | .30 | 247.50 |
| 7/22/26 | JAS2 | B220 | | REVIEW OF CORRESPONDENCE AND ATTACHMENT REGARDING PBGC STATEMENT ON 401(H) PLAN AND IMPACT ON CLIENT. | .30 | 247.50 |
| 7/22/26 | JAS2 | B220 | | TAX/ERISA ANALYSIS OF ATTACHMENTS FROM DEBTORS' COUNSEL. | .10 | 82.50 |
| 7/22/26 | JAS2 | B220 | | REVIEW OF CORRESPONDENCE AND ATTACHMENTS FROM DEBTORS' COUNSEL. | .30 | 247.50 |

Client.Matter: 260682 - 000000

August 31, 2026
Invoice #: 2149017

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 7/22/26 | JAS2 | B220 | | PREPARE STRATEGIES FOR CLIENT TO CONSIDER. | .20 | 165.00 |
| 7/22/26 | JMD2 | B220 | | EMAIL CORRESPONDENCE WITH WEIL TEAM. | .30 | 127.50 |
| 7/22/26 | JMD2 | B220 | | CONFER WITH J. SUTIN AND M. SHERRILL REGARDING CASE. | .50 | 212.50 |
| 7/22/26 | JMD2 | B220 | | ANALYSIS AND REVIEW OF NON-UNION RETIREE PLAN DOCUMENT. | .50 | 212.50 |
| 7/22/26 | JMD2 | B220 | | PREPARE FOR AND ATTEND CALL WITH WEIL TEAM. | .50 | 212.50 |
| 7/22/26 | MDS3 | B220 | | PREPARE FOR AND PARTICIPATE IN CALL WITH DEBTORS' COUNSEL REGARDING COUNTERPROPOSAL. | .60 | 690.00 |
| 7/22/26 | MDS3 | B220 | | CONFER WITH J. SUTIN AND J. DELLA ROCCO REGARDING COUNTERPROPOSAL. | .30 | 345.00 |
| 7/22/26 | MDS3 | B220 | | COMMUNICATIONS WITH J. SUTIN REGARDING UNION PROPOSAL. | .20 | 230.00 |
| 7/22/26 | MDS3 | B220 | | COMMUNICATIONS WITH J. DELLA ROCCO REGARDING HEALTH PLAN PROVISIONS. | .30 | 345.00 |
| 7/22/26 | MDS3 | B220 | | ANALYZE AUTHORITIES REGARDING VESTING ISSUES. | 1.00 | 1,150.00 |
| 7/22/26 | MDS3 | B220 | | PREPARE FOR AND PARTICIPATE IN COMMITTEE CALL. | .80 | 920.00 |
| 7/22/26 | MDS3 | B220 | | ANALYZE NOTICE OF STATUS CONFERENCE. | .20 | 230.00 |
| 7/22/26 | MDS3 | B220 | | COMMUNICATIONS WITH J. EVANS REGARDING BY-LAWS. | .30 | 345.00 |
| 7/22/26 | MDS3 | B220 | | FOLLOW-UP COMMUNICATIONS WITH DEBTORS' COUNSEL REGARDING PLAN QUESTIONS. | .50 | 575.00 |
| 7/23/26 | JAS2 | B220 | | TAX AND ERISA ANALYSIS OF VESTED BENEFITS ARGUMENTS AND DEVELOPING LANGUAGE FOR MOTION ON SAME. | .40 | 330.00 |
| 7/23/26 | JAS2 | B220 | | REVIEW OF DEBTORS' COUNSEL'S CORRESPONDENCE ASKING FOR CLARIFICATION AND WORK WITH J. DELLA ROCCO TO PROVIDE RESPONSE. | .30 | 247.50 |
| 7/23/26 | JAS2 | B220 | | REVIEW OF CORRESPONDENCE AND ATTACHMENTS FROM DEBTORS' COUNSEL ON PROPOSED COUNTER OFFER TO CLIENT. | .20 | 165.00 |
| 7/23/26 | JAS2 | B220 | | TAX/ERISA ANALYSIS OF SAME AND | .20 | 165.00 |

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | PREPARE STRATEGIES FOR CLIENT/TEAM TO CONSIDER. | | |
| 7/23/26 | JAS2 | B220 | | ASSIST WITH DOCUMENTING CLIENT'S PRUDENCE, DILIGENCE AND CARE REGARDING FIDUCIARY DUTIES TO PLAN PARTICIPANTS. | .30 | 247.50 |
| 7/23/26 | JMD2 | B220 | | RECEIPT AND REVIEW OF WEIL TEAM CORRESPONDENCE REGARDING LIFE INSURANCE PLANS. | .20 | 85.00 |
| 7/23/26 | JMD2 | B220 | | DETAILING ANALYSIS OF SAME IN EMAIL TO J. SUTIN AND M. SHERRILL. | .40 | 170.00 |
| 7/23/26 | MDS3 | B220 | | COMMUNICATIONS WITH DEBTORS' COUNSEL REGARDING PLAN QUESTIONS. | .60 | 690.00 |
| 7/23/26 | MDS3 | B220 | | COMMUNICATIONS WITH J. SUTIN AND J. DELLA ROCCO REGARDING PLAN QUESTIONS. | .30 | 345.00 |
| 7/23/26 | MDS3 | B220 | | COMMUNICATIONS WITH UNION LAWYERS REGARDING CALL. | .30 | 345.00 |
| 7/23/26 | MDS3 | B220 | | COMMUNICATIONS WITH DEBTORS' COUNSEL REGARDING UPDATED PROPOSAL. | .20 | 230.00 |
| 7/23/26 | MDS3 | B220 | | ANALYSIS OF PROPOSAL. | .40 | 460.00 |
| 7/23/26 | MDS3 | B220 | | COMMUNICATIONS WITH J. SUTIN REGARDING PROPOSAL. | .20 | 230.00 |
| 7/23/26 | MDS3 | B220 | | COMMUNICATIONS WITH L. COLEMAN REGARDING BY-LAWS. | .30 | 345.00 |
| 7/24/26 | JAS2 | B220 | | ATTEND MEETING WITH DEBTORS' COUNSEL TO DISCUSS PROPOSAL FROM DEBTORS ON RETIREE HEALTH AND LIFE INSURANCE. | .30 | 247.50 |
| 7/24/26 | JAS2 | B220 | | WORK ON MOTION TO DESCRIBE VESTED BENEFITS AND LEGAL ANALYSIS FOR SAME. | .70 | 577.50 |
| 7/24/26 | JAS2 | B220 | | TELEPHONE CALL WITH UNION RETIREES' COUNSEL TO STRATEGIZE ON BEST WAY TO ALIGN TO GET MORE BENEFITS FOR ALL RETIREES. | .30 | 247.50 |
| 7/24/26 | JAS2 | B220 | | REVIEW OF CLIENT CORRESPONDENCE REGARDING PROPOSED COUNTER OFFER AND STRATEGIES TO CONSIDER. | .20 | 165.00 |
| 7/24/26 | JAS2 | B220 | | TAX/ERISA ANALYSIS OF PROPOSED COUNTER OFFER AND STRATEGIES. | .10 | 82.50 |
| 7/24/26 | LAC2 | B220 | | DRAFT PROPOSED ORDER OUTLINE. | .10 | 36.50 |
| 7/24/26 | LAC2 | B220 | | CORRESPOND WITH M. SHERRILL | .10 | 36.50 |

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | REGARDING PROPOSED ORDER OUTLINE FOR OBJECTION. | | |
| 7/24/26 | LAC2 | B220 | | REVIEW AND EDIT OBJECTION TO DEBTOR'S EMERGENCY MOTION TO MODIFY RETIREE BENEFITS. | .30 | 109.50 |
| 7/24/26 | LAC2 | B220 | | CORRESPOND WITH M. SHERRILL REGARDING OBJECTION TO DEBTOR'S EMERGENCY MOTION TO MODIFY RETIREE BENEFITS. | .10 | 36.50 |
| 7/24/26 | MDS3 | B220 | | COMMUNICATIONS WITH DEBTORS' COUNSEL REGARDING PROPOSAL. | .30 | 345.00 |
| 7/24/26 | MDS3 | B220 | | PREPARE FOR AND PARTICIPATE IN CALL REGARDING PROPOSAL. | .60 | 690.00 |
| 7/24/26 | MDS3 | B220 | | PREPARE FOR AND PARTICIPATE IN CALL WITH UNION COUNSEL REGARDING HEARING. | .40 | 460.00 |
| 7/24/26 | MDS3 | B220 | | PREPARATIONS FOR UNION COUNSEL CALL REGARDING HEARING. | 1.00 | 1,150.00 |
| 7/24/26 | MDS3 | B220 | | COMMUNICATIONS WITH L. COLEMAN REGARDING FILING 1114 OBJECTION. | .40 | 460.00 |
| 7/24/26 | MDS3 | B220 | | FINALIZE 1114 OBJECTION. | .80 | 920.00 |
| 7/24/26 | MDS3 | B220 | | COMMUNICATIONS WITH J. SUTIN REGARDING ERISA LANGUAGE. | .30 | 345.00 |
| 7/24/26 | MDS3 | B220 | | COMMUNICATIONS WITH J. SUTIN AND J. DELLA ROCCO REGARDING STRATEGY. | .30 | 345.00 |
| 7/24/26 | MDS3 | B220 | | COMMUNICATIONS WITH COMMITTEE MEMBERS REGARDING PROPOSAL AND CALL ON SAME. | .40 | 460.00 |
| 7/25/26 | JAS2 | B220 | | TELEPHONE CALL WITH UNION RETIREES' COUNSEL TO DISCUSS STATUS OF NEGOTIATIONS WITH DEBTORS' COUNSEL AND RELATED LEGAL MATTERS. | .30 | 247.50 |
| 7/25/26 | JAS2 | B220 | | REVIEW OF DEBTORS' COUNSEL'S REVISED PROPOSAL DUE TO SETTLING WITH UNION RETIREES' COUNSEL. | .30 | 247.50 |
| 7/25/26 | JAS2 | B220 | | WORK WITH M. SHERRILL ON RESPONSE TO DEBTORS' REVISED OFFER. | .30 | 247.50 |
| 7/25/26 | JAS2 | B220 | | REVIEW OF CLIENT CORRESPONDENCE. | .10 | 82.50 |
| 7/25/26 | JAS2 | B220 | | WORK WITH M. SHERRILL ON DRAFTING COUNTER PROPOSAL TO DEBTORS' COUNSEL. | .20 | 165.00 |

Client.Matter: 260682 - 000000

August 31, 2026
Invoice #: 2149017

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 7/25/26 | JAS2 | B220 | | TAX/ERISA ANALYSIS OF COUNTER PROPOSAL. | .20 | 165.00 |
| 7/25/26 | JAS2 | B220 | | VIDEO CONFERENCE WITH CLIENT TO DISCUSS MEETINGS AND NEGOTIATIONS WITH DEBTORS' COUNSEL AND UNION RETIREES' COUNSEL. | .40 | 330.00 |
| 7/25/26 | JAS2 | B220 | | PREPARE STRATEGIES FOR CLIENT TO CONSIDER AND UNDERSTAND. | .30 | 247.50 |
| 7/25/26 | JAS2 | B220 | | REVIEW OF DEBTORS' COUNSELS' REVISED PROPOSED OFFER. | .10 | 82.50 |
| 7/25/26 | JAS2 | B220 | | TAX/ERISA ANALYSIS OF PROPOSED OFFER. | .10 | 82.50 |
| 7/25/26 | MDS3 | B220 | | PREPARE FOR AND PARTICIPATE IN CALL WITH UNION LAWYERS. | .30 | 345.00 |
| 7/25/26 | MDS3 | B220 | | COMMUNICATIONS WITH K. VINSON REGARDING PROPOSAL. | .30 | 345.00 |
| 7/25/26 | MDS3 | B220 | | COMMUNICATIONS WITH J. SUTIN REGARDING DATA. | .30 | 345.00 |
| 7/25/26 | MDS3 | B220 | | COMMUNICATIONS WITH J. SUTIN REGARDING DRAFT COUNTEROFFER. | .30 | 345.00 |
| 7/25/26 | MDS3 | B220 | | COMMUNICATIONS WITH COMMITTEE REGARDING COUNTEROFFER. | .40 | 460.00 |
| 7/25/26 | MDS3 | B220 | | COMMUNICATIONS WITH DEBTORS' COUNSEL REGARDING COUNTEROFFER. | .40 | 460.00 |
| 7/26/26 | JAS2 | B220 | | REVIEW OF CLIENT RESPONSE TO OFFER. | .10 | 82.50 |
| 7/26/26 | JAS2 | B220 | | REVIEW OF DEBTORS' COUNSELS' OFFER AND TAX/ERISA ANALYSIS OF SAME. | .20 | 165.00 |
| 7/26/26 | MDS3 | B220 | | PREPARE FOR AND PARTICIPATE IN CALL WITH DEBTORS' COUNSEL REGARDING COMMITTEE COUNTEROFFER. | .80 | 920.00 |
| 7/26/26 | MDS3 | B220 | | CONFER WITH C. CARLSON REGARDING COUNTEROFFER. | .30 | 345.00 |
| 7/26/26 | MDS3 | B220 | | COMMUNICATIONS WITH J. SUTIN REGARDING STATUS. | .30 | 345.00 |
| 7/26/26 | MDS3 | B220 | | ANALYZE PROPOSAL FROM DEBTORS. | .30 | 345.00 |
| 7/26/26 | MDS3 | B220 | | COMMUNICATIONS WITH COMMITTEE REGARDING PROPOSAL. | .30 | 345.00 |
| 7/27/26 | JAS2 | B220 | | REVIEW OF COMMITTEE MEMBER'S CORRESPONDENCE. | .10 | 82.50 |
| 7/27/26 | JAS2 | B220 | | REVIEW OF CORRESPONDENCE WITH | .10 | 82.50 |

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | UNION COMMITTEE ATTORNEYS AND TAX/ERISA ANALYSIS OF SAME. | | |
| 7/27/26 | JMD2 | B220 | | CONFER WITH M. SHERRILL REGARDING SETTLEMENT PROPOSAL. | .20 | 85.00 |
| 7/27/26 | JMD2 | B220 | | ANALYSIS AND REVIEW OF SETTLEMENT AGREEMENT CALCULATIONS. | .80 | 340.00 |
| 7/27/26 | JMD2 | B220 | | COMPARE SAME TO NON-UNION RETIREE CENSUS DATA. | .70 | 297.50 |
| 7/27/26 | MDS3 | B220 | | COMMUNICATIONS WITH A. ADLER REGARDING DEBTOR PROPOSAL. | .30 | 345.00 |
| 7/27/26 | MDS3 | B220 | | COMMUNICATIONS WITH COMMITTEE MEMBERS REGARDING DEBTOR PROPOSAL. | .60 | 690.00 |
| 7/27/26 | MDS3 | B220 | | COMMUNICATIONS WITH J. EVANS REGARDING BYLAWS. | .40 | 460.00 |
| 7/27/26 | MDS3 | B220 | | CONFER WITH S. HULL REGARDING STATUS. | .40 | 460.00 |
| 7/27/26 | MDS3 | B220 | | C COMMUNICATIONS WITH DEBTORS COUNSEL REGARDING ACCEPTANCE. | .40 | 460.00 |
| 7/27/26 | MDS3 | B220 | | COMMUNICATIONS WITH J. DELLA ROCCO REGARDING DRAFT AGREEMENT AND EXHIBIT. | .30 | 345.00 |
| 7/27/26 | MDS3 | B220 | | ANALYZE AGREEMENT AND EXHIBIT. | .90 | 1,035.00 |
| 7/27/26 | MDS3 | B220 | | COMMUNICATIONS WITH A. BAJRAMOVIC REGARDING AGREEMENT AND EXHIBIT. | .30 | 345.00 |
| 7/28/26 | JAS2 | B220 | | REVIEW OF M. SHERRILL CORRESPONDENCE AND ATTACHED SETTLEMENT AGREEMENT TO CONFIRM ACCURACY. | .30 | 247.50 |
| 7/28/26 | MDS3 | B220 | | COMMUNICATIONS WITH A. BAJRAMOVIC REGARDING PROPOSED ORDER. | .30 | 345.00 |
| 7/28/26 | MDS3 | B220 | | PREPARE FOR AND PARTICIPATE IN HEARING REGARDING 1114 MOTION. | 1.20 | 1,380.00 |
| 7/28/26 | MDS3 | B220 | | CONFER WITH A. BASCOY REGARDING 1114 MOTION HEARING. | .20 | 230.00 |
| 7/31/26 | MDS3 | B220 | | CONFER WITH M. MOORE REGARDING LIFE INSURANCE TREATMENT. | .30 | 345.00 |
| 7/31/26 | MDS3 | B220 | | COMMUNICATIONS WITH A. HOUTZ REGARDING NOTICE TO RETIREES. | .30 | 345.00 |

Client.Matter: 260682 - 000000

August 31, 2026
Invoice #: 2149017

B320 Plan and Disclosure Statement

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 7/10/26 | MDS3 | B320 | | ANALYZE PLAN AND DISCLOSURE STATEMENT. | .80 | 920.00 |
| 7/11/26 | MDS3 | B320 | | COMMUNICATIONS WITH DEBTORS' COUNSEL REGARDING STATUS. | .30 | 345.00 |
| 7/20/26 | LAC2 | B320 | | RECEIVE, REVIEW AND PROVIDE COMMENTS TO PLAN OBJECTION. | .30 | 109.50 |
| 7/20/26 | LAC2 | B320 | | CORRESPOND WITH MR. SHERRILL REGARDING PLAN OBJECTION. | .20 | 73.00 |
| 7/20/26 | MDS3 | B320 | | EDIT AND REVISE CONFIRMATION OBJECTION. | .30 | 345.00 |
| 7/20/26 | MDS3 | B320 | | COMMUNICATIONS WITH L. COLEMAN REGARDING OBJECTION. | .30 | 345.00 |
| 7/27/26 | MDS3 | B320 | | PREPARATION FOR CONFIRMATION HEARING. | .50 | 575.00 |

TOTAL PROFESSIONAL SERVICES $ 83,372.00

**SUMMARY OF PROFESSIONAL SERVICES**

| Init | Timekeeper | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|---|
| JAS2 | Joshua A Sutin | Shareholder | 18.00 | 825.00 | 14,850.00 |
| MDS3 | Mark D Sherrill | Shareholder | 53.10 | 1,150.00 | 61,065.00 |
| JMD2 | Jeffrey M Della Rocco | Associate | 8.70 | 425.00 | 3,697.50 |
| LAC2 | Lara A Coleman | Paralegal | 10.30 | 365.00 | 3,759.50 |
| | | | **90.10** | | **$ 83,372.00** |

**TOTAL THIS INVOICE** **$ 83,372.00**

Client.Matter: 260682 - 000000

August 31, 2026
Invoice #: 2149017

**TIME TASK SUMMARY**

| Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 2.60 | 2,440.50 |
| B160 | Fee/Employment Applications | 15.50 | 11,152.50 |
| B220 | Employee Benefits/Pensions | 69.30 | 67,066.50 |
| B320 | Plan and Disclosure Statement | 2.70 | 2,712.50 |
| | **TOTAL** | **90.10** | **$ 83,372.00** |

**LIFE-TO_DATE INCURRED (INCLUDING CURRENT INVOICE)**

| | |
|---|---|
| Fees | $ 83,372.00 |
| Disbursements | $ .00 |
| Totals | $ 83,372.00 |

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.
ATTORNEYS AT LAW

1200 Smith Street, Suite 1400
Houston, Texas 77002-4310
Telephone (713) 658-1818

Employer ID: 82-3774540

191 Peachtree St., N.E.
Forty-Sixth Floor
Atlanta, Georgia 30303
Telephone (404) 659-1410

September 23, 2026
Invoice # 2150942
Mark D Sherrill

Non-Union Retirees-First Brands Group
11191 Sugar Creek Ave.
Mount Carmel, IL 62863

# INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending August 31, 2026:

**Client.Matter: 260682 - 000000**

RE: Non-Union Retirees of First Brands Group

| | |
|---|---|
| Total Professional Services | $ 12,093.50 |
| Total Disbursements Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 12,093.50** |
| Previous Balance | $ 16,674.40 |
| **TOTAL BALANCE DUE** | **$ 28,767.90** |

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.
ATTORNEYS AT LAW

1200 Smith Street, Suite 1400
Houston, Texas 77002-4310
Telephone (713) 658-1818

Employer ID: 82-3774540

191 Peachtree St., N.E.
Forty-Sixth Floor
Atlanta, Georgia 30303
Telephone (404) 659-1410

September 23, 2026
Invoice #: 2150942

Non-Union Retirees-First Brands Group
11191 Sugar Creek Ave.
Mount Carmel, IL 62863

## REMITTANCE ADVICE

**Client.Matter: 260682 - 000000**
**RE: Non-Union Retirees of First Brands Group**

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 12,093.50** |
| Previous Balance | $ 16,674.40 |
| **TOTAL BALANCE DUE** | **$ 28,767.90** |

Please return this advice with payment to:

Chamberlain, Hrdlicka, White, Williams & Aughtry
HOU1091
PO Box 650998
Dallas, TX 75265-0998

**Wire/ACH Transfer Instructions:**

| | |
|---|---|
| Account name: | Chamberlain, Hrdlicka, White, Williams & Aughtry |
| Account number: | 502876485 |
| ABA number (routing): | 114000093 |
| Bank: | Frost Bank |
| Address: | 3707 Richmond Avenue<br>Houston, Texas 77046 |
| Swift number: | FRSTUS44 |

**To pay online go to: https://www.chamberlainlaw.com/client-payment-portal**

**TERMS: PAYMENT DUE UPON RECEIPT**

Client.Matter: 260682 - 000000

September 23, 2026
Invoice #: 2150942

## PROFESSIONAL SERVICES

B115 Conversion/Dismissal

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 8/24/26 | MDS3 | B115 | | Attend hearing on confirmation and conversion ruling. | 1.20 | 1,380.00 |
| 8/24/26 | MDS3 | B115 | | Communications with L. Coleman regarding same. | .20 | 230.00 |
| 8/26/26 | MDS3 | B115 | | Analyze proposed conversion order. | .30 | 345.00 |
| 8/26/26 | MDS3 | B115 | | Communications with debtors' counsel regarding same. | .20 | 230.00 |
| 8/27/26 | MDS3 | B115 | | Communications with debtors' counsel regarding proposed language in conversion order. | .30 | 345.00 |
| 8/28/26 | MDS3 | B115 | | Analyze revised proposed order for conversion and related documents. | .30 | 345.00 |

B160 Fee/Employment Applications

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 8/20/26 | MDS3 | B160 | | Communications with L. Coleman regarding compensation procedures. | .30 | 345.00 |
| 8/20/26 | LAC2 | B160 | | BRIEFLY REVIEW OPEN TIME IN ANTICIPATION OF INTERIM FEE REQUEST. | .10 | 36.50 |
| 8/20/26 | LAC2 | B160 | | CORRESPOND WITH MR. SHERRILL REGARDING INTERIM COMP. | .20 | 73.00 |
| 8/27/26 | MDS3 | B160 | | Communications with L. Coleman regarding interim comp procedures. | .20 | 230.00 |
| 8/27/26 | LAC2 | B160 | | SUMMARIZE INTERIM COMPENSATION PROCEDURES IN ANTICIPATION OF FIRST FEE STATEMENT. | .50 | 182.50 |
| 8/27/26 | LAC2 | B160 | | CORRESPOND WITH MR. SHERRILL REGARDING FIRST FEE STATEMENT. | .20 | 73.00 |
| 8/31/26 | LAC2 | B160 | | Review and revise WIP for first monthly fee statement. | 2.30 | 839.50 |
| 8/31/26 | LAC2 | B160 | | CORRESPOND WITH M. SHERRILL REGARDING FINAL INVOICE FOR JULY FEE STATEMENT. | .10 | 36.50 |

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 8/31/26 | MDS3 | B160 | | Confer with L. Coleman regarding status. | .20 | 230.00 |
| 8/31/26 | MDS3 | B160 | | Analyze invoice. | .30 | 345.00 |
| 8/31/26 | MDS3 | B160 | | Communications with notice parties regarding monthly statement. | .20 | 230.00 |

B220 Employee Benefits/Pensions

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 8/01/26 | MDS3 | B220 | | Communications with A. Houtz regarding W-4 paragraph. | .20 | 230.00 |
| 8/04/26 | MDS3 | B220 | | Communications with S. Margolis regarding draft notice to retirees. | .40 | 460.00 |
| 8/05/26 | MDS3 | B220 | | Communications with S. Margolis regarding retiree notice. | .20 | 230.00 |
| 8/06/26 | MDS3 | B220 | | Communications with committee regarding status. | .30 | 345.00 |
| 8/08/26 | MDS3 | B220 | | Communications with S. Margolis regarding retiree health communication. | .30 | 345.00 |
| 8/11/26 | MDS3 | B220 | | Analyze docket with regard to status of confirmation hearing. | .30 | 345.00 |
| 8/14/26 | JMD2 | B220 | | RECEIPT AND REVIEW OF NON-UNION PARTICIPANT CENSUS; CONFER WITH M. SHERRILL REGARDING SAME | .10 | 42.50 |
| 8/14/26 | MDS3 | B220 | | Communications with debtors' counsel regarding missing addresses. | .30 | 345.00 |
| 8/14/26 | MDS3 | B220 | | Communications with J. Della Rocco regarding same. | .20 | 230.00 |
| 8/15/26 | MDS3 | B220 | | Multiple communications with J. Gaither regarding retiree addresses. | .30 | 345.00 |
| 8/17/26 | MDS3 | B220 | | Communications with S. Margolis regarding retiree addresses. | .30 | 345.00 |
| 8/17/26 | MDS3 | B220 | | Communications with J. Gaither regarding same. | .30 | 345.00 |
| 8/18/26 | MDS3 | B220 | | Analyze docket and pleadings, including notice of oral ruling. | .20 | 230.00 |
| 8/19/26 | MDS3 | B220 | | Communications with committee regarding status and notice of oral ruling. | .30 | 345.00 |
| 8/19/26 | MDS3 | B220 | | Communications with J. Sutin regarding same. | .20 | 230.00 |
| 8/19/26 | MDS3 | B220 | | Communications with K. Vinson and S. Margulis regarding retiree addresses. | .30 | 345.00 |

Client.Matter: 260682 - 000000

September 23, 2026
Invoice #: 2150942

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 8/20/26 | MDS3 | B220 | | Communications with S. Margolis regarding retiree addresses. | .30 | 345.00 |
| 8/25/26 | MDS3 | B220 | | Communications with debtors' counsel regarding retiree issues post-conversion. | .20 | 230.00 |
| 8/25/26 | MDS3 | B220 | | Prepare for and participate in conference call regarding same. | .30 | 345.00 |
| 8/28/26 | MDS3 | B220 | | Communications with S. Margolis regarding W-9s and retiree contact information. | .30 | 345.00 |
| 8/28/26 | MDS3 | B220 | | Communications with J. Evans regarding same. | .20 | 230.00 |
| 8/31/26 | MDS3 | B220 | | Communications with retirees regarding life insurance payment. | .30 | 345.00 |

TOTAL PROFESSIONAL SERVICES $ 12,093.50

**SUMMARY OF PROFESSIONAL SERVICES**

| Init | Timekeeper | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|---|
| MDS3 | Mark D Sherrill | Shareholder | 9.40 | 1,150.00 | 10,810.00 |
| JMD2 | Jeffrey M Della Rocco | Associate | .10 | 425.00 | 42.50 |
| LAC2 | Lara A Coleman | Paralegal | 3.40 | 365.00 | 1,241.00 |
| | | | **12.90** | | **$ 12,093.50** |

**TOTAL THIS INVOICE** **$ 12,093.50**

Client.Matter: 260682 - 000000

September 23, 2026
Invoice #: 2150942

**ACCOUNTS RECEIVABLE INVOICES OUTSTANDING**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 2149017 | 8/31/26 | 83,372.00 | 66,697.60 | 16,674.40 |

| | |
|---|---|
| **Prior Balance** | **$ 16,674.40** |
| Current Invoice | $ 12,093.50 |
| **TOTAL BALANCE DUE** | **$ 28,767.90** |

Client.Matter: 260682 - 000000

September 23, 2026
Invoice #: 2150942

### TIME TASK SUMMARY

| Code | Description | Hours | Amount |
|---|---|---|---|
| B115 | Conversion/Dismissal | 2.50 | 2,875.00 |
| B160 | Fee/Employment Applications | 4.60 | 2,621.00 |
| B220 | Employee Benefits/Pensions | 5.80 | 6,597.50 |
| | **TOTAL** | **12.90** | **$ 12,093.50** |

### LIFE-TO_DATE INCURRED (INCLUDING CURRENT INVOICE)

| | |
|---|---|
| Fees | $ 95,465.50 |
| Disbursements | $ .00 |
| Totals | $ 95,465.50 |

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.
ATTORNEYS AT LAW

1200 Smith Street, Suite 1400
Houston, Texas 77002-4310
Telephone (713) 658-1818

Employer ID: 82-3774540

191 Peachtree St., N.E.
Forty-Sixth Floor
Atlanta, Georgia 30303
Telephone (404) 659-1410

October 8, 2026
Invoice # 2154174
Mark D Sherrill

Non-Union Retirees-First Brands Group
11191 Sugar Creek Ave.
Mount Carmel, IL 62863

# INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending September 30, 2026:

**Client.Matter: 260682 - 000000**

RE: Non-Union Retirees of First Brands Group

| | |
|---|---|
| Total Professional Services | $ 1,876.50 |
| Total Disbursements Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,876.50** |

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.
ATTORNEYS AT LAW

1200 Smith Street, Suite 1400
Houston, Texas 77002-4310
Telephone (713) 658-1818

Employer ID: 82-3774540

191 Peachtree St., N.E.
Forty-Sixth Floor
Atlanta, Georgia 30303
Telephone (404) 659-1410

October 8, 2026
Invoice #: 2154174

Non-Union Retirees-First Brands Group
11191 Sugar Creek Ave.
Mount Carmel, IL 62863

# REMITTANCE ADVICE

**Client.Matter: 260682 - 000000**
**RE: Non-Union Retirees of First Brands Group**

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 1,876.50** |

Please return this advice with payment to:

Chamberlain, Hrdlicka, White, Williams & Aughtry
HOU1091
PO Box 650998
Dallas, TX 75265-0998

**Wire/ACH Transfer Instructions:**

| | |
|---|---|
| Account name: | Chamberlain, Hrdlicka, White, Williams & Aughtry |
| Account number: | 502876485 |
| ABA number (routing): | 114000093 |
| Bank: | Frost Bank |
| Address: | 3707 Richmond Avenue<br>Houston, Texas 77046 |
| Swift number: | FRSTUS44 |

**To pay online go to: https://www.chamberlainlaw.com/client-payment-portal**

**TERMS: PAYMENT DUE UPON RECEIPT**

Client.Matter: 260682 - 000000

October 8, 2026
Invoice #: 2154174

**PROFESSIONAL SERVICES**

B115 Conversion/Dismissal

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 9/01/26 | MDS3 | B115 | | ANALYZE CONVERSION ORDER (0.2); COMMUNICATIONS WITH L. COLEMAN REGARDING SAME (0.2); COMMUNICATIONS WITH COMMITTEE REGARDING DISSOLUTION AND RELATED ISSUES (0.2). | .60 | 690.00 |

B160 Fee/Employment Applications

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 9/15/26 | MDS3 | B160 | | COMMUNICATIONS WITH E. CORRADO REGARDING FEE APPLICATION. | .50 | 575.00 |
| 9/16/26 | MDS3 | B160 | | COMMUNICATIONS WITH E. CORRADO REGARDING FEE APPLICATION. | .30 | 345.00 |
| 9/28/26 | LAC2 | B160 | | CONFER WITH MR. SHERRILL REGARDING FINAL FEE APPLICATION. | .10 | 36.50 |

B220 Employee Benefits/Pensions

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 9/17/26 | MDS3 | B220 | | COMMUNICATIONS WITH B. WEBB REGARDING W-9. | .20 | 230.00 |

TOTAL PROFESSIONAL SERVICES $ 1,876.50

**SUMMARY OF PROFESSIONAL SERVICES**

Client.Matter: 260682 - 000000

October 8, 2026
Invoice #: 2154174

| Init | Timekeeper | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|---|
| MDS3 | Mark D Sherrill | Shareholder | 1.60 | 1,150.00 | 1,840.00 |
| LAC2 | Lara A Coleman | Paralegal | .10 | 365.00 | 36.50 |
| | | | **1.70** | | **$ 1,876.50** |

**TOTAL THIS INVOICE** **$ 1,876.50**

Client.Matter: 260682 - 000000

October 8, 2026
Invoice #: 2154174

**TIME TASK SUMMARY**

| Code | Description | Hours | Amount |
|---|---|---|---|
| B115 | Conversion/Dismissal | .60 | 690.00 |
| B160 | Fee/Employment Applications | .90 | 956.50 |
| B220 | Employee Benefits/Pensions | .20 | 230.00 |
| | **TOTAL** | **1.70** | **$ 1,876.50** |

**LIFE-TO_DATE INCURRED (INCLUDING CURRENT INVOICE)**

| | |
|---|---|
| Fees | $ 97,342.00 |
| Disbursements | $ .00 |
| Totals | $ 97,342.00 |

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.
ATTORNEYS AT LAW

1200 Smith Street, Suite 1400
Houston, Texas 77002-4310
Telephone (713) 658-1818

Employer ID: 82-3774540

191 Peachtree St., N.E.
Forty-Sixth Floor
Atlanta, Georgia 30303
Telephone (404) 659-1410

October 14, 2026
Invoice # 2155403
Mark D Sherrill

Non-Union Retirees-First Brands Group
11191 Sugar Creek Ave.
Mount Carmel, IL 62863

---

## INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending October 14, 2026:

**Client.Matter: 260682 - 000000**

RE: Non-Union Retirees of First Brands Group

| | |
|---|---|
| Total Professional Services | $ 5,056.00 |
| Total Disbursements Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 5,056.00** |
| Previous Balance | $ 20,969.60 |
| **TOTAL BALANCE DUE** | **$ 26,025.60** |

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.
ATTORNEYS AT LAW

1200 Smith Street, Suite 1400
Houston, Texas 77002-4310
Telephone (713) 658-1818

Employer ID: 82-3774540

191 Peachtree St., N.E.
Forty-Sixth Floor
Atlanta, Georgia 30303
Telephone (404) 659-1410

October 14, 2026
Invoice #: 2155403

Non-Union Retirees-First Brands Group
11191 Sugar Creek Ave.
Mount Carmel, IL 62863

# REMITTANCE ADVICE

**Client.Matter: 260682 - 000000**
**RE: Non-Union Retirees of First Brands Group**

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 5,056.00** |
| Previous Balance | $ 20,969.60 |
| **TOTAL BALANCE DUE** | **$ 26,025.60** |

Please return this advice with payment to:

Chamberlain, Hrdlicka, White, Williams & Aughtry
HOU1091
PO Box 650998
Dallas, TX 75265-0998

**Wire/ACH Transfer Instructions:**

| | |
|---|---|
| Account name: | Chamberlain, Hrdlicka, White, Williams & Aughtry |
| Account number: | 502876485 |
| ABA number (routing): | 114000093 |
| Bank: | Frost Bank |
| Address: | 3707 Richmond Avenue<br>Houston, Texas 77046 |
| Swift number: | FRSTUS44 |

**To pay online go to: https://www.chamberlainlaw.com/client-payment-portal**

**TERMS: PAYMENT DUE UPON RECEIPT**

Client.Matter: 260682 - 000000

October 14, 2026
Invoice #: 2155403

**PROFESSIONAL SERVICES**

B160 Fee/Employment Applications

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 10/14/26 | LAC2 | B160 | | PREPARE TABLES FOR FEE APPLICATION (.8); DRAFT FINAL FEE APPLICATION (2.6); DRAFT PROPOSED ORDER (.4); DRAFT NOTICE OF FILING (.4); PREPARE EXHIBITS (.2) | 4.40 | 1,606.00 |
| 10/14/26 | MDS3 | B160 | | REVIEW AND COMMENT ON FINAL FEE APPLICATION. | 3.00 | 3,450.00 |

TOTAL PROFESSIONAL SERVICES $ 5,056.00

**SUMMARY OF PROFESSIONAL SERVICES**

| Init | Timekeeper | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|---|
| MDS3 | Mark D Sherrill | Shareholder | 3.00 | 1,150.00 | 3,450.00 |
| LAC2 | Lara A Coleman | Paralegal | 4.40 | 365.00 | 1,606.00 |
| | | | **7.40** | | **$ 5,056.00** |

**TOTAL THIS INVOICE** **$ 5,056.00**

Client.Matter: 260682 - 000000

October 14, 2026
Invoice #: 2155403

**ACCOUNTS RECEIVABLE INVOICES OUTSTANDING**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 2149017 | 8/31/26 | 83,372.00 | 66,697.60 | 16,674.40 |
| 2150942 | 9/23/26 | 12,093.50 | 9,674.80 | 2,418.70 |
| 2154174 | 10/08/26 | 1,876.50 | .00 | 1,876.50 |

| | |
|---|---|
| **Prior Balance** | **$ 20,969.60** |
| Current Invoice | $ 5,056.00 |
| **TOTAL BALANCE DUE** | **$ 26,025.60** |

Client.Matter: 260682 - 000000

October 14, 2026
Invoice #: 2155403

**TIME TASK SUMMARY**

| Code | Description | Hours | Amount |
|---|---|---|---|
| B160 | Fee/Employment Applications | 7.40 | 5,056.00 |
| | **TOTAL** | **7.40** | **$ 5,056.00** |

**LIFE-TO_DATE INCURRED (INCLUDING CURRENT INVOICE)**

| | |
|---|---|
| Fees | $ 102,398.00 |
| Disbursements | $ .00 |
| Totals | $ 102,398.00 |