**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIRST BRANDS GROUP, LLC, et al.,**[1] | § | **Case No. 25-90399 (cml)** |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

**ORDER APPROVING FINAL FEE APPLICATION OF**
**CHAMBERLAIN HRDLICKA WHITE WILLIAMS & AUGHTRY, P.C.**

*[Related to Doc. No. _______]*

CAME FOR CONSIDERATION on the *Final Fee Application of Chamberlain Hrdlicka, White, Williams & Aughtry, P.C.* ("**Application**") and the Court, after considering the Application finds that finds that (i) proper notice of the Application was given pursuant to Rule 9013 and no further notice is necessary; (ii) the compensation requested is for actual, necessary services rendered by Applicant and that the reimbursement of expenses requested is for actual, necessary expenses; (iii) the services were necessary to the administration of, and/or beneficial at the time at which the service was rendered toward, this bankruptcy case (iv) the services were performed within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed; (v) the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title; (vi) none of the services were unnecessarily duplicative; (vii) no objections to the Application were filed or otherwise raised; and (viii) all fees and expenses sought by the Application should be and are approved on a final basis.

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Accordingly, it is therefore

**ORDERED** that the Application is hereby approved, and that Chamberlain, Hrdlicka, White, Williams & Aughtry, P.C. shall be awarded fees in the amount of $99,293.00; and it is further

**ORDERED** that the outstanding balance $20,969.60 on a final basis is authorized to be paid to Chamberlain, Hrdlicka, White, Williams & Aughtry, P.C.

**Signed: ____________________________**

____________________________________

**Christopher M. Lopez,**
**United States Bankruptcy Judge**