**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING**
**APPLICATION OF UNITED PARCEL SERVICE, INC. FOR**
**ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

The undersigned counsel to United Parcel Service, Inc., together with its subsidiaries and affiliates ("UPS"), hereby certifies that she has received no answer, objection or any other responsive pleading with respect to the *Application of United Parcel Service, Inc. for Allowance and Payment of Administrative Expense Claim* [Docket No. 3793] (the "Application"). The Application required written objections to be filed within twenty-one calendar days of service, no later than October 6, 2026. The undersigned further certifies that she has reviewed the Court's docket in these Chapter 7 cases and no answer, objection or other responsive pleading to the Application appears thereon.

Dated: October 15, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Kristen L. Perry*

Kristen L. Perry (State Bar No. 24090015)
kristen.perry@faegredrinker.com
2323 Ross Avenue, Suite 1700
Dallas, TX 75201
Telephone: (469) 357-2500
Facsimile: (469) 327-0860

*Counsel for United Parcel Service, Inc.*

[1] A complete list of the Debtors in these cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 15, 2026, a true and correct copy of the foregoing document was electronically filed and served via CM/ECF on all parties that have entered an appearance and requested service in the above-referenced case.

*/s/ Kristen L. Perry*
Kristen L. Perry