United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 15, 2026
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 25-90399 |
|---|---|---|---|
| Debtor | | In Re: | First Brands Group, LLC |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Matthew A. Hamermesh<br>Hangley Aronchick Segal Pudlin & Schiller<br>1735 Market St., Suite 2600<br>(215) 496-7054, mhamermesh@hangley.com<br>Pennsylvania, #82313 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Ironshore Indemnity, Inc. |

Has applicant been sanctioned by any bar association or court? Yes ________ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 10/14/2026 | Signed: [signature] |

| | |
|---|---|
| The state bar reports that the applicant's status is: | |
| Dated: | Clerk's signature: |

## Order

**This lawyer is admitted *pro hac vice*.**

Signed: October 15, 2026

[signature]
Christopher Lopez
United States Bankruptcy Judge