**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PATTERSON INVENTORY, LLC, *et. al.*,[1] | § | Case No. 25-90392 (CML) |
| | § | |
| Debtors. | § | Chapter 7 |
| | § | (Jointly Administered) |

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FIRST BRANDS GROUP, LLC *et. al.* | § | Case No. 25-90399 |
| | § | |
| Debtors. [2] | § | Chapter 7 |
| | § | (Jointly Administered) |

**NOTICE OF HEARINGS**

NOTICE IS GIVEN that the Court will hold a hearing on **October 21, 2026** at **9:00 a.m. (CST)** in the above-captioned cases, respectively on: (i) Case No. 25-90392, Dkt. No. 93, *Emergency Application to Authorize the Evolution SPV Debtors' Trustee to Collect Certain Accounts Receivable Pursuant to the Wind Down Order*; (ii) Case No. 25-90392, Dkt. No. 100, *SPV Debtors' Trustee's Emergency Application to Authorize the SPV Debtors' Trustee to Sell Inventory Pursuant to the Wind Down Order*; (iii) Case No. 25-90399, Dkt No. 3144 *Emergency Motion of Evolution Credit Partners to Compel Segregation and Turnover of Post-Petition Accounts Receivable Collected*; (iv) Case No. 25-90399, Dkt No. 3792 and 3799, *Emergency Motion of Evolution Credit Partners to Compel Turnover and Deposit of Disputed Post-Petition Accounts*

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Patterson Inventory, LLC (2872) (Case No. 25-90392); Patterson Inventory Holdings, LLC (0079) (Case No. 25-90393); Starlight Inventory I, LLC (6698) (Case No. 25-90394); and Starlight Inventory Holdings I, LLC (6472) (Case No. 25-90395). The Debtors' mailing address is 127 Public Square, Suite 5300, Cleveland, OH 44114.
[2] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.

*Receivable Proceeds into the Court Registry* and *Joinder of Chapter 7 SPV Debtors' Trustee Ronald Sommers in Evolution Credit Partners' Emergency Motion to Compel Turnover and Deposit of Disputed Post-Petition Accounts Receivable Proceeds into the Court Registry*; and (v) Case No. 25-90399, Dkt. No. 3796, *Emergency Authority to Operate Pursuant to 11 U.S.C. § 721 Effective as of September 1, 2026* filed by Ms. Engelhart.

Parties are authorized to participate in person at 515 Rusk Avenue, Courtroom 402, Houston, Texas 77002 or virtually over telephone and video conference subject to the Local Bankruptcy Rules and Court's procedures regarding remote appearances by counsel and/or witness testimony. Instructions for virtual participation can be found on the Court's website at: United States Bankruptcy Judge Christopher M. Lopez | Southern District of Texas.

Dated: October 15, 2026.

Respectfully submitted,

**JONES MURRAY LLP**

*/s/ Erin E. Jones*
Erin E. Jones
State Bar No.: 24032478
Jones Murray LLP
602 Sawyer, Suite 400
Houston, Texas 77007
Telephone: (832) 529-1999
Email: erin@jonesmurray.com

*Counsel for Chapter 7 Trustee for SPV Debtors, Ronald J. Sommers*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 15th day of October 2026, she caused a true and correct copy of the foregoing to be served electronically via CM/ECF to all parties registered to receive such service in the above-referenced proceedings.

*/s/ Erin E. Jones*
Erin E. Jones