**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | § **Chapter 7** |
| | § **(Previously Chapter 11)** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § |
| | § **Case No. 25-90399 (CML)** |
| **Debtors.**[1] | § |
| | § **Jointly Administered** |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO TRUSTEE'S EMERGENCY MOTION FOR AUTHORITY TO OPERATE PURSUANT TO 11 U.S.C. § 721 EFFECTIVE AS OF SEPTEMBER 1, 2026**

[Relates to Docket No. 3796]

1. On September 16, 2026, Eva S. Engelhart, the chapter 7 Trustee (the "Trustee") of the jointly administered bankruptcy estates of First Brands Group, LLC, First Brands Group Holdings, LLC's direct and indirect subsidiaries, and Viceroy Private Capital, LLC (collectively, the "FBG Debtors"), in the above-styled jointly administered chapter 7 cases (the "Cases"), filed the *Trustee's Emergency Motion for Authority to Operate Pursuant to 11 U.S.C. § 721 Effective as of September 1, 2026* (the "Motion") [Docket No. 3796], which was accompanied by a proposed form of the *Order Granting Trustee's Emergency Motion for Authority to Operate Pursuant to 11 U.S.C. § 721 as of September 1, 2026* [Docket No. 3796-1] (the "Original Proposed Order").

2. The deadline for receipt of responses to the Motion has passed.

3. The Trustee has received informal responses to the Motion. The Trustee has resolved the responses by agreeing to modify the Original Proposed Order. Accordingly, attached hereto is a revised proposed form of *Order Granting Trustee's Emergency Motion for Authority*

[1] A complete list of the "Debtors" in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

*to Operate Pursuant to 11 U.S.C. § 721 as of September 1, 2026* (the "Revised Proposed Order"). Also attached hereto as **Exhibit A** is a redline of the Revised Proposed Order marked against the Original Proposed Order.

4. The undersigned represents to the Court that the Trustee is unaware of any other responses to the Motion and that counsel has reviewed the Court's docket and no other responses or objections appear thereon.

5. The Trustee respectfully requests that the Court enter the attached Revised Proposed Order at the earliest convenience of the Court.

Dated: October 15, 2026

Respectfully submitted,

By: */s/ Joshua W. Wolfshohl*

**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
Eric M. English (TX Bar No. 24062714)
M. Shane Johnson (TX Bar No. 24083263)
Grecia V. Sarda (TX Bar No. 24132092)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
eenglish@porterhedges.com
sjohnson@porterhedges.com
gsarda@porterhedges.com

***Proposed Bankruptcy Counsel for the Chapter 7 Trustee, Eva S. Engelhart***

**CERTIFICATE OF SERVICE**

I certify that on October 15, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl