# EXHIBIT A

# Invoice

IA Mechanical Inc
1465 Ventura Dr.
Cumming, GA, 30040

| | |
|---|---|
| **Reference Nbr.:** | **000842** |
| **Date:** | 24-Mar-2025 |
| **Due Date:** | 23-Apr-2025 |
| **Terms:** | NET30 |
| **Customer ID:** | CDAL001 |
| **Customer PO:** | 421928 |

| BILL TO: | SHIP TO: |
|---|---|
| Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America | Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America |

| SALESPERSON | PROJECT |
|---|---|
| | Dalton Mechanical Skilled Labor |

| NO. | ITEM | AMOUNT |
|---|---|---|
| 1 | Week 7 – March 16 – March 22 - Skilled Labor Resources | 64,235.00 |
| 2 | Materials | 789.32 |

NOTE:

| | |
|---|---|
| **Sales Total:** | 65,024.32 |
| **Tax Total:** | 0.00 |
| **Discount Total:** | 0.00 |
| **Total (USD):** | **65,024.32** |

**PLEASE FOLLOW PAYMENT INSTRUCTIONS BELOW:**
**CHECK PAYMENTS ARE REMITTED TO THE ADDRESS**
**1465 VENTURA DRIVE CUMMING,GA 30040**

**ACH PAYMENT INFORMATION**

| | |
|---|---|
| **Beneficiary Account No:** | [redacted] |
| **Beneficiary Name** | **IA MECHANICAL INC** |
| **Bank Routing Number (ABA):** | [redacted] |
| **Bank Name:** | [redacted] |

# Invoice

IA Mechanical Inc
1465 Ventura Dr.
Cumming, GA, 30040

| | |
|---|---|
| **Reference Nbr.:** | **000855** |
| **Date:** | 31-Mar-2025 |
| **Due Date:** | 30-Apr-2025 |
| **Terms:** | NET30 |
| **Customer ID:** | CDAL001 |
| **Customer PO:** | 421928 |

| BILL TO: | SHIP TO: |
|---|---|
| Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America | Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America |

| SALESPERSON | | PROJECT |
|---|---|---|
| | | Dalton Mechanical Skilled Labor |

| NO. | ITEM | AMOUNT |
|---|---|---|
| 1 | Week 8 – March 23 – March 29 - Skilled Labor Resources | 63,750.00 |

NOTE:

| | |
|---|---|
| **Sales Total:** | 63,750.00 |
| **Tax Total:** | 0.00 |
| **Discount Total:** | 0.00 |
| **Total (USD):** | **63,750.00** |

**PLEASE FOLLOW PAYMENT INSTRUCTIONS BELOW:**
**CHECK PAYMENTS ARE REMITTED TO THE ADDRESS**
**1465 VENTURA DRIVE CUMMING,GA 30040**

**ACH PAYMENT INFORMATION**

| | |
|---|---|
| **Beneficiary Account No:** | [redacted] |
| **Beneficiary Name** | **IA MECHANICAL INC** |
| **Bank Routing Number (ABA):** | [redacted] |
| **Bank Name:** | [redacted] |

# Invoice

IA Mechanical Inc
1465 Ventura Dr.
Cumming, GA, 30040

| | |
|---|---|
| **Reference Nbr.:** | **000893** |
| **Date:** | 08-Apr-2025 |
| **Due Date:** | 08-May-2025 |
| **Terms:** | NET30 |
| **Customer ID:** | CDAL001 |
| **Customer PO:** | 421928 |

| BILL TO: | SHIP TO: |
|---|---|
| Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America | Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America |

| SALESPERSON | | PROJECT |
|---|---|---|
| | | Dalton Mechanical Skilled Labor |

| NO. | ITEM | AMOUNT |
|---|---|---|
| 1 | Week 9 – March 30 – April 5 - Skilled Labor Resources | 61,700.00 |

NOTE:

| | |
|---|---|
| **Sales Total:** | 61,700.00 |
| **Tax Total:** | 0.00 |
| **Discount Total:** | 0.00 |
| **Total (USD):** | **61,700.00** |

**PLEASE FOLLOW PAYMENT INSTRUCTIONS BELOW:**
**CHECK PAYMENTS ARE REMITTED TO THE ADDRESS**
**1465 VENTURA DRIVE CUMMING,GA 30040**

**ACH PAYMENT INFORMATION**

| | |
|---|---|
| **Beneficiary Account No:** | [redacted] |
| **Beneficiary Name** | **IA MECHANICAL INC** |
| **Bank Routing Number (ABA):** | [redacted] |
| **Bank Name:** | [redacted] |

MECHANICAL

IA Mechanical Inc
1465 Ventura Dr.
Cumming, GA, 30040

# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **000901** |
| **Date:** | 14-Apr-2025 |
| **Due Date:** | 14-May-2025 |
| **Terms:** | NET30 |
| **Customer ID:** | CDAL001 |
| **Customer PO:** | 421928 |

| BILL TO: | SHIP TO: |
|---|---|
| Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America | Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America |

| SALESPERSON | | PROJECT |
|---|---|---|
| | | Dalton Mechanical Skilled Labor |

| NO. | ITEM | AMOUNT |
|---|---|---|
| 1 | Week 10 – April 6th – April 12th - Skilled Labor Resources | 58,027.50 |

NOTE:

| | |
|---|---|
| **Sales Total:** | 58,027.50 |
| **Tax Total:** | 0.00 |
| **Discount Total:** | 0.00 |
| **Total (USD):** | **58,027.50** |

**PLEASE FOLLOW PAYMENT INSTRUCTIONS BELOW:**
**CHECK PAYMENTS ARE REMITTED TO THE ADDRESS**
**1465 VENTURA DRIVE CUMMING,GA 30040**

**ACH PAYMENT INFORMATION**

| | |
|---|---|
| **Beneficiary Account No:** | [redacted] |
| **Beneficiary Name** | **IA MECHANICAL INC** |
| **Bank Routing Number (ABA):** | [redacted] |
| **Bank Name:** | [redacted] |

MECHANICAL

IA Mechanical Inc
1465 Ventura Dr.
Cumming, GA, 30040

# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **000909** |
| **Date:** | 22-Apr-2025 |
| **Due Date:** | 22-May-2025 |
| **Terms:** | NET30 |
| **Customer ID:** | CDAL001 |
| **Customer PO:** | 421928 |

| BILL TO: | SHIP TO: |
|---|---|
| Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America | Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America |

| SALESPERSON | | PROJECT |
|---|---|---|
| | | Dalton Mechanical Skilled Labor |

| NO. | ITEM | AMOUNT |
|---|---|---|
| 1 | Week 11 – April 13 – April 19 - Skilled Labor Resources | 51,171.60 |

NOTE:

| | |
|---|---|
| **Sales Total:** | 51,171.60 |
| **Tax Total:** | 0.00 |
| **Discount Total:** | 0.00 |
| **Total (USD):** | **51,171.60** |

**PLEASE FOLLOW PAYMENT INSTRUCTIONS BELOW:**
**CHECK PAYMENTS ARE REMITTED TO THE ADDRESS**
**1465 VENTURA DRIVE CUMMING,GA 30040**

**ACH PAYMENT INFORMATION**

| | |
|---|---|
| **Beneficiary Account No:** | [redacted] |
| **Beneficiary Name** | **IA MECHANICAL INC** |
| **Bank Routing Number (ABA):** | [redacted] |
| **Bank Name:** | [redacted] |

MECHANICAL

# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **000926** |
| **Date:** | 01-May-2025 |
| **Due Date:** | 31-May-2025 |
| **Terms:** | NET30 |
| **Customer ID:** | CDAL001 |
| **Customer PO:** | 421928 |

IA Mechanical Inc
1465 Ventura Dr.
Cumming, GA, 30040

| BILL TO: | SHIP TO: |
|---|---|
| Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America | Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America |

| SALESPERSON | | PROJECT |
|---|---|---|
| | | Dalton Mechanical Skilled Labor |

| NO. | ITEM | AMOUNT |
|---|---|---|
| 1 | Week 12 – April 20 – April 26 - Skilled Labor Resources | 59,174.00 |

NOTE:

| | |
|---|---|
| **Sales Total:** | 59,174.00 |
| **Tax Total:** | 0.00 |
| **Discount Total:** | 0.00 |
| **Total (USD):** | **59,174.00** |

**PLEASE FOLLOW PAYMENT INSTRUCTIONS BELOW:**
**CHECK PAYMENTS ARE REMITTED TO THE ADDRESS**
**1465 VENTURA DRIVE CUMMING,GA 30040**

**ACH PAYMENT INFORMATION**

| | |
|---|---|
| **Beneficiary Account No:** | [redacted] |
| **Beneficiary Name** | **IA MECHANICAL INC** |
| **Bank Routing Number (ABA):** | [redacted] |
| **Bank Name:** | [redacted] |

MECHANICAL

IA Mechanical Inc
1465 Ventura Dr.
Cumming, GA, 30040

# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **000932** |
| **Date:** | 06-May-2025 |
| **Due Date:** | 05-Jun-2025 |
| **Terms:** | NET30 |
| **Customer ID:** | CDAL001 |
| **Customer PO:** | 421928 |

| BILL TO: | SHIP TO: |
|---|---|
| Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America | Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America |

| SALESPERSON | | PROJECT |
|---|---|---|
| | | Dalton Mechanical Skilled Labor |

| NO. | ITEM | AMOUNT |
|---|---|---|
| 1 | Week 13 – April 27 – May 3 - Skilled Labor Resources | 62,808.29 |

NOTE:

| | |
|---|---|
| **Sales Total:** | 62,808.29 |
| **Tax Total:** | 0.00 |
| **Discount Total:** | 0.00 |
| **Total (USD):** | **62,808.29** |

**PLEASE FOLLOW PAYMENT INSTRUCTIONS BELOW:**
**CHECK PAYMENTS ARE REMITTED TO THE ADDRESS**
**1465 VENTURA DRIVE CUMMING,GA 30040**

**ACH PAYMENT INFORMATION**

| | |
|---|---|
| **Beneficiary Account No:** | [redacted] |
| **Beneficiary Name** | **IA MECHANICAL INC** |
| **Bank Routing Number (ABA):** | [redacted] |
| **Bank Name:** | [redacted] |

**MECHANICAL**

# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **000942** |
| **Date:** | 12-May-2025 |
| **Due Date:** | 11-Jun-2025 |
| **Terms:** | NET30 |
| **Customer ID:** | CDAL001 |
| **Customer PO:** | 421928 |

IA Mechanical Inc
1465 Ventura Dr.
Cumming, GA, 30040

| BILL TO: | SHIP TO: |
|---|---|
| Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America | Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America |

| SALESPERSON | | PROJECT |
|---|---|---|
| | | Dalton Mechanical Skilled Labor |

| NO. | ITEM | AMOUNT |
|---|---|---|
| 1 | Week 14 – May 4 – May 10 - Skilled Labor Resources | 52,055.00 |

NOTE:

| | |
|---|---|
| **Sales Total:** | 52,055.00 |
| **Tax Total:** | 0.00 |
| **Discount Total:** | 0.00 |
| **Total (USD):** | **52,055.00** |

**PLEASE FOLLOW PAYMENT INSTRUCTIONS BELOW:**
**CHECK PAYMENTS ARE REMITTED TO THE ADDRESS**
**1465 VENTURA DRIVE CUMMING,GA 30040**

**ACH PAYMENT INFORMATION**

| | |
|---|---|
| **Beneficiary Account No:** | [redacted] |
| **Beneficiary Name** | **IA MECHANICAL INC** |
| **Bank Routing Number (ABA):** | [redacted] |
| **Bank Name:** | [redacted] |

IA MECHANICAL

IA Mechanical Inc
1465 Ventura Dr.
Cumming, GA, 30040

# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **000958** |
| **Date:** | 21-May-2025 |
| **Due Date:** | 20-Jun-2025 |
| **Terms:** | NET30 |
| **Customer ID:** | CDAL001 |
| **Customer PO:** | 421928 |

| BILL TO: | SHIP TO: |
|---|---|
| Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America | Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America |

| SALESPERSON | PROJECT |
|---|---|
| | Dalton Mechanical Skilled Labor |

| NO. | ITEM | AMOUNT |
|---|---|---|
| 1 | Week 15 – May 11 – May 16 - Skilled Labor Resources | 29,040.00 |

NOTE:

| | |
|---|---|
| **Sales Total:** | 29,040.00 |
| **Tax Total:** | 0.00 |
| **Discount Total:** | 0.00 |
| **Total (USD):** | **29,040.00** |

**PLEASE FOLLOW PAYMENT INSTRUCTIONS BELOW:**
**CHECK PAYMENTS ARE REMITTED TO THE ADDRESS**
**1465 VENTURA DRIVE CUMMING,GA 30040**

**ACH PAYMENT INFORMATION**

| | |
|---|---|
| **Beneficiary Account No:** | [redacted] |
| **Beneficiary Name** | **IA MECHANICAL INC** |
| **Bank Routing Number (ABA):** | [redacted] |
| **Bank Name:** | [redacted] |