# EXHIBIT B

Instrument Prepared By
And Recording Requested By

2025071587 MECH $25.00
07/31/2025 10:32:42A 3 PGS
Deborah A Wright
Kosciusko County Recorder IN
Recorded as Presented

*Space above this line for recorder's use only*

# INDIANA MECHANIC'S LIEN

STATE OF INDIANA
COUNTY OF KOSCIUSKO COUNTY

Notice is hereby given that this Mechanic's Lien, the "Lien," is filed as of 07/02/2025, (the "Effective Date"), by IA MECHANICAL INC, located at 1465 VENTURA DRIVE, CUMMING, GA 30040 (the "Claimant"), claims a construction lien in the sum of $502,750.71 for labor, services, materials, and/or equipment furnished for improvement to certain real property owned by DALTON CORPORATION (collectively, the "Owner"), located at 1900 E JEFFERSON ST WARSAW IN 46580, and with the legal description of: A part of the northwest quarter of Section 26, Township 32 North, Range 5 East, in Wayne Township, Kosciusko County, Indiana, more particularly described as: Plat 4-48-152, Lots 97 through 102, Lots 139 through 144, and the south part of Lots 148 and 149, in the subdivision known as Mount Memorial Addition to Winona Park, including portions of vacated Lincoln Street, Jefferson Street, and vacated alleys, as more fully described in parcel no. 43-04-33-400-091.000-025, as recorded in the office of the Recorder of Kosciusko County, Indiana (the "Property").

This Lien is claimed, separately and severally, as to both the buildings and improvements thereon, and the said real property.

The Claimant and DALTON CORPORATION entered into a contract on 01/31/2025 whereby the Claimant provided the following labor, services, materials, and/or equipment at the Property (the "Work"): Monthly mechanical plant maintenance, for the total amount of $789,502.30.

The first day of the Work on the Property by the Claimant was 02/03/2025. The last day of the Work on the Property by the Claimant was 05/14/2025 (the "Completion Date").

As of the Effective Date, the Claimant has: (check one)

- ☒ Received payment of $286,751.59.
- ☐ NOT received any payment.

The Owner has failed to pay the Balance Due despite demands and requests for payment. Accordingly, the Claimant declares that claim amount of $502,750.71. is justly due to the Claimant.

The Claimant declares that the contents of this Lien are true and correct to the best of their knowledge. Subscribed and sworn to as of the Effective Date.

**Claimant Signature:** ______________ Date: 07/24/2025

Prepared By: LLOYD BRATTON

Title:Controller

Claimant Name: IA MECHANICAL, INC.

CARRIE N SENADOS
MY COMMISSION EXPIRES
NOTARY PUBLIC
DECEMBER 28, 2025
FORSYTH COUNTY, GEORGIA

## NOTARY ACKNOWLEDGMENT

State of Georgia

County of Forsyth

The foregoing instrument was acknowledged before me on this 24th day of July 25, by the undersigned, Lloyd Bratton, who is personally known to me or satisfactorily proven to me to be the person whose name is subscribed to the within instrument.

______________

**Notary Public**

**Printed Name** Carrie N. Senados

My Commission Expires: 12/28/25

# PROOF OF SERVICE

I, Lloyd Bratton (the "Server"), served a copy of the Mechanic's Lien in the following manner:

Owner or Purported Owner Name: DALTON CORPORATION (the "Recipient")
Address: 1900 E JEFFERSON ST WARSAW IN 46580
Date of Service: 7/29/25 Time: 10 : 07 ☒ AM ☐ PM

The Recipient received the documents by: (check one)

☒ - **Mail.** The Server sent the documents in the mail via: (check one)

- ☐ Standard Mail
- ☒ Certified Mail
- ☒ FedEx
- ☐ UPS
- ☐ Other:____________________.

☐ - **Direct Service.** The Server handed the documents to a person identified as the Recipient.

☐ - **Someone at the Residence/Workspace.** The Server handed the documents to a person who identified as living/working at the residence/workspace and stated their name is:_________________.

☐ - **Left at the Residence/Workspace.** The Server left the documents in the following area: _____________________.

☐ - **Recipient Rejected Delivery.** The Server delivered the documents to the Recipient in person and the Recipient did not accept delivery.

☐ - **Other:**_____________________________________.

I declare under penalty of perjury under the laws located in this State that the foregoing is true and correct.

**Server's Signature:** [signature] Date: 7/29/25

Printed Name: LLOYD BRATTON

Duly Entered for Taxation Subject to
Final Acceptance for Transfer this
Dec 22, 2025
Alyssa Schmucker
Auditor of Kosciusko County
SS

2025120808 AFFD $25.00
12/22/2025 10:36:31 AM 3 PGS
Deborah A Wright
Kosciusko County Recorder IN
Recorded as Presented

**Instrument No. 2025071587**
**Parcel No. 43-11-09-200-706.000-032**

## AFFIDAVIT OF SCRIVENER'S ERROR

Comes now, Lloyd Bratton ("Affiant"), being duly sworn upon his oath, who deposes and says:

1. That he was the preparer of a certain Indiana Mechanic's Lien drafted on behalf of IA Mechanical Inc dated July 24, 2025 and recorded as Instrument No. 2025071587 (the "Lien").

2. Affiant affirms that a scrivener's error was made in the legal description and parcel number for the Lien and needs to be corrected.

3. Affiant affirms that the correct legal description and parcel number for the Lien is as follows:

**See attached Exhibit "A"**

4. This Affidavit is made to correct the scrivener's error in the Lien as herein described. The correction effected hereby shall be deemed to be effective as of the date of the execution of the Lien.

FURTHER AFFIANT SAYETH NOT.

Executed this 22 day of December, 2025.

Lloyd Bratton

RECEIVED
Kosciusko County Recorder
Date: 12/22/2025
Time: 10:24:54 AM

STATE OF Georgia )
)SS:
COUNTY OF Forsyth )

Before me, a Notary Public in and for said County and State, personally appeared Lloyd Bratton, who acknowledged the execution of the foregoing Affidavit of Scrivener's Error.

Witness my hand and Notarial Seal this 22 day of December, 2025.

CARRIE N SENADOS
MY COMMISSION EXPIRES
NOTARY PUBLIC
DECEMBER 28, 2025
FORSYTH COUNTY, GEORGIA

Notary Public: Carrie N. Senados
County of: Forsyth
Commission Expires: 12|28|2025

I affirm, under the penalties for perjury, that I have taken reasonable care to redact each Social Security number in this document, unless required by law. [/s/ Thomas R. Steele].

This instrument prepared by Thomas R. Steele, Robinson Farthing Spandau Williams, 8500 Keystone Crossing, Suite 470, Indianapolis, Indiana 46240.

# EXHIBIT "A"

Lots Ninety-Seven (97), Ninety-Eight (98), Ninety-nine (99), One Hundred (100), One Hundred One (101), One Hundred Two (102), One Hundred Thirty-Nine, One Hundred Forty (140), One Hundred Forty-One (141), One Hundred Forty-Two (142), One Hundred Forty-Three (143) and One Hundred Forty-Four (144), One Hundred Forty-Eight (148) and One Hundred and Forty-Nine (149) in Mount Memorial Addition to the Town, Now City of Warsaw, recorded in Plat Book1, page 78, in the Office of the Recorder of Kosciusko County, Indiana.

Also, vacated alley lying between Lot 97 thru 102 and Lots 139 thru 144 and the Right of Way of the Pennsylvania Railroad; vacated alley lying between Lots 147 thru 150 and Lot 183 in Mount Memorial Addition to the Town, now City of Warsaw, as vacated under Cause Number 16425 on October 26, 1925 in Kosciusko Circuit Court.

Also, the South 13 1/2 feet of that part of Jefferson Street lying between Lincoln Street and Lindberg Street in the City of Warsaw; and Lincoln Street described as follows, to wit:

Beginning 13 1/2 feet North of the Northwest corner of Lot 97 in Mount Memorial Addition to Warsaw; thence West to the East line of Lot 24 in Red-Ker Addition to the City of Warsaw; thence South to the Right-of-Way of the Pennsylvania Railroad; thence Southeasterly along said Right-of-Way to the East line of Lincoln Street; thence North along the East line of said Street to the Place of Beginning, as vacated by the Board of Public Works and Safety of the City of Warsaw on May 16, 1967 and recorded in Miscellaneous Record 45, page 335 in the records of the Recorder of Kosciusko County, Indiana.

Excepting that portion of the following described tract that falls within the above descriptions:

Beginning at a point on the West line of Lindberg Street in the City of Warsaw, 49.5 feet North of the Northeast corner of said Lot Number One Hundred Fifty (150) a distance of Eighty (80) feet; thence West Four Hundred Fifteen (415) feet; thence North Six (6) feet; thence East Two (2) feet; thence North Two (2) feet; thence East Three Hundred Sixty-One (361) feet to the Place of Beginning.

**Parcel No. 43-11-09-200-706.000-032**

**Commonly known as: 1900 E Jefferson Street, Warsaw, Indiana 46580**