# EXHIBIT C

United States Bankruptcy Court, Southern District of Texas

**Fill in this information to identify the case (Select only one Debtor per claim form):**

**Debtor:** Dalton Corporation, Warsaw Manufacturing Facility

**Case Number:** 25-90482

# Modified Official Form 410

# Proof of Claim

**4/25**

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

IA Mechanical Inc.

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No

☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|
| Address1: | 4119 Montrose Blvd Suite 470 | |
| Address2: | | |
| Address3: | | |
| Address4: | | |
| City: | Houston | |
| State: | TX | |
| Postal Code: | 77006 | |
| Country: | | |
| Contact phone | 281-755-7320 | |
| Contact email | elias@yazbecklaw.com | |

**Uniform Claim Identifier (if you use one)**

**4. Does this claim amend one already filed?**

☑ No

☐ Yes. Claim number on court claims registry (if known)

Filed on MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No

☐ Yes. Who made the earlier filing?

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

- [x] No
- [ ] Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ $502,750.71. **Does this amount include interest or other charges?**

- [x] No
- [ ] Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Goods and Services

**9. Is all or part of the claim secured?**

- [ ] No
- [x] Yes. The claim is secured by a lien on property.

**Nature of property:**

- [x] Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
- [ ] Motor vehicle
- [ ] Other. Describe: ____________________

**Basis for perfection:** Mechanic's Lien

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**: $____________

**Amount of the claim that is secured:** $ $502,750.71

**Amount of the claim that is unsecured:** $ $0 (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ $502,750.71

**Annual Interest Rate** (when case was filed)_______%

- [ ] Fixed
- [ ] Variable

**10. Is this claim based on a lease?**

- [x] No
- [ ] Yes. **Amount necessary to cure any default as of the date of the petition.** $____________

**11. Is this claim subject to a right of setoff?**

- [x] No
- [ ] Yes. Identify the property: ____________________

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

- [x] No
- [ ] Yes. *Check one:*

| | **Amount entitled to priority** |
|---|---|
| [ ] Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $__________ |
| [ ] Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $__________ |
| [ ] Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $__________ |
| [ ] Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $__________ |
| [ ] Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $__________ |
| [ ] Other. Specify subsection of 11 U.S.C. § 507(a)(     ) that applies. | $__________ |

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

- [x] No
- [ ] Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** $__________

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

- [ ] I am the creditor.
- [x] I am the creditor's attorney or authorized agent.
- [ ] I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
- [ ] I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Elias Marwan Yazbeck 02/18/2026

Electronic Signature    Date

**Name of the person who is completing and signing this claim**

Name: Elias Marwan Yazbeck
First name    Middle name    Last name

Title/Company: Attorney for IA Mechanical Inc.

Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 4119 Montrose Blvd., Suite 470
Number    Street

Houston    TX    77006
City    State    ZIP Code    Country

Contact phone: 281-755-7320    Email: elias@yazbecklaw.com

## Additional Noticing Addresses (if provided):

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

---

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

## Additional Supporting Documentation Provided

☑ Yes
☐ No

---

Attachment Filename:

260218 Proof of Claim (Signed).pdf

Fill in this information to identify the case:

Debtor 1 Dalton Corporation, Warsaw Manufacturing Facility

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Texas
(State)

Case number 25-90482

Official Form 410

# Proof of Claim

12/15

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

IA Mechanical Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

c/o Elias Yazbeck
Name

4119 Montrose Blvd Suite 470
Number Street

Houston Texas 77006
City State ZIP Code

Contact phone 281-755-7320

Contact email elias@yazbecklaw.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**Where should payments to the creditor be sent? (if different)**

***See Payment Instructions Attached**

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) ______ Filed on ________ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**

$ 502,750.71

**Does this amount include interest or other charges?**

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Goods & Services

**9. Is all or part of the claim secured?**

☐ No
☑ Yes. The claim is secured by a lien on property.

**Nature of property:**

☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: ______________________

**Basis for perfection:** Mechanic's Lien

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $______________

**Amount of the claim that is secured:** $ 502,750.71

**Amount of the claim that is unsecured:** $ 0 (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ 502,750.71

**Annual Interest Rate** (when case was filed)______%

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $______________

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: ______________________

242

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check all that apply:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ |

* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 02 / 18 / 2026 (MM / DD / YYYY)

Signature: Erin Riley

**Print the name of the person who is completing and signing this claim:**

Name: First name: Erin  Middle name:  Last name: Riley

Title: CFO

Company: IA Mechanical Inc.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 1465 Ventura Drive (Number Street)
Cumming (City) GA (State) 30040 (ZIP Code)

Contact phone: 770-255-1340  Email: eriley@industrialaccess.com

PLEASE FOLLOW PAYMENT INSTRUCTIONS BELOW:
CHECK PAYMENTS ARE REMITTED TO THE ADDRESS
1465 VENTURA DRIVE CUMMING,GA 30040

ACH PAYMENT INFORMATION

| | |
|---|---|
| **Beneficiary Account No:** | **20002128217** |
| **Beneficiary Name** | **IA MECHANICAL INC** |
| **Bank Routing Number (ABA):** | **084000026** |
| **Bank Name:** | **FIRST HORIZON BANK** |

# Invoice

IA Mechanical Inc
1465 Ventura Dr.
Cumming, GA, 30040

| | |
|---|---|
| **Reference Nbr.:** | **000842** |
| **Date:** | 24-Mar-2025 |
| **Due Date:** | 23-Apr-2025 |
| **Terms:** | NET30 |
| **Customer ID:** | CDAL001 |
| **Customer PO:** | 421928 |

| BILL TO: | SHIP TO: |
|---|---|
| Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America | Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America |

| SALESPERSON | | PROJECT |
|---|---|---|
| | | Dalton Mechanical Skilled Labor |

| NO. | ITEM | AMOUNT |
|---|---|---|
| 1 | Week 7 – March 16 – March 22 - Skilled Labor Resources | 64,235.00 |
| 2 | Materials | 789.32 |

NOTE:

| | |
|---|---|
| **Sales Total:** | 65,024.32 |
| **Tax Total:** | 0.00 |
| **Discount Total:** | 0.00 |
| **Total (USD):** | **65,024.32** |

**PLEASE FOLLOW PAYMENT INSTRUCTIONS BELOW:**
**CHECK PAYMENTS ARE REMITTED TO THE ADDRESS**
**1465 VENTURA DRIVE CUMMING,GA 30040**

**ACH PAYMENT INFORMATION**

| | |
|---|---|
| **Beneficiary Account No:** | **20002128217** |
| **Beneficiary Name** | **IA MECHANICAL INC** |
| **Bank Routing Number (ABA):** | **084000026** |
| **Bank Name:** | **FIRST HORIZON BANK** |

MECHANICAL

IA Mechanical Inc
1465 Ventura Dr.
Cumming, GA, 30040

# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **000855** |
| **Date:** | 31-Mar-2025 |
| **Due Date:** | 30-Apr-2025 |
| **Terms:** | NET30 |
| **Customer ID:** | CDAL001 |
| **Customer PO:** | 421928 |

| BILL TO: | SHIP TO: |
|---|---|
| Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America | Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America |

| SALESPERSON | | PROJECT |
|---|---|---|
| | | Dalton Mechanical Skilled Labor |

| NO. | ITEM | AMOUNT |
|---|---|---|
| 1 | Week 8 – March 23 – March 29 - Skilled Labor Resources | 63,750.00 |

NOTE:

| | |
|---|---|
| **Sales Total:** | 63,750.00 |
| **Tax Total:** | 0.00 |
| **Discount Total:** | 0.00 |
| **Total (USD):** | **63,750.00** |

**PLEASE FOLLOW PAYMENT INSTRUCTIONS BELOW:**
**CHECK PAYMENTS ARE REMITTED TO THE ADDRESS**
**1465 VENTURA DRIVE CUMMING,GA 30040**

**ACH PAYMENT INFORMATION**

| | |
|---|---|
| **Beneficiary Account No:** | **20002128217** |
| **Beneficiary Name** | **IA MECHANICAL INC** |
| **Bank Routing Number (ABA):** | **084000026** |
| **Bank Name:** | **FIRST HORIZON BANK** |

MECHANICAL

# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **000893** |
| **Date:** | 08-Apr-2025 |
| **Due Date:** | 08-May-2025 |
| **Terms:** | NET30 |
| **Customer ID:** | CDAL001 |
| **Customer PO:** | 421928 |

IA Mechanical Inc
1465 Ventura Dr.
Cumming, GA, 30040

| BILL TO: | SHIP TO: |
|---|---|
| Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America | Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America |

| SALESPERSON | | PROJECT |
|---|---|---|
| | | Dalton Mechanical Skilled Labor |

| NO. | ITEM | AMOUNT |
|---|---|---|
| 1 | Week 9 – March 30 – April 5 - Skilled Labor Resources | 61,700.00 |

NOTE:

| | |
|---|---|
| **Sales Total:** | 61,700.00 |
| **Tax Total:** | 0.00 |
| **Discount Total:** | 0.00 |
| **Total (USD):** | **61,700.00** |

**PLEASE FOLLOW PAYMENT INSTRUCTIONS BELOW:**
**CHECK PAYMENTS ARE REMITTED TO THE ADDRESS**
**1465 VENTURA DRIVE CUMMING,GA 30040**

**ACH PAYMENT INFORMATION**

| | |
|---|---|
| **Beneficiary Account No:** | **20002128217** |
| **Beneficiary Name** | **IA MECHANICAL INC** |
| **Bank Routing Number (ABA):** | **084000026** |
| **Bank Name:** | **FIRST HORIZON BANK** |

MECHANICAL

IA Mechanical Inc
1465 Ventura Dr.
Cumming, GA, 30040

# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **000901** |
| **Date:** | 14-Apr-2025 |
| **Due Date:** | 14-May-2025 |
| **Terms:** | NET30 |
| **Customer ID:** | CDAL001 |
| **Customer PO:** | 421928 |

| BILL TO: | SHIP TO: |
|---|---|
| Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America | Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America |

| SALESPERSON | | PROJECT |
|---|---|---|
| | | Dalton Mechanical Skilled Labor |

| NO. | ITEM | AMOUNT |
|---|---|---|
| 1 | Week 10 – April 6th – April 12th - Skilled Labor Resources | 58,027.50 |

NOTE:

| | |
|---|---|
| **Sales Total:** | 58,027.50 |
| **Tax Total:** | 0.00 |
| **Discount Total:** | 0.00 |
| **Total (USD):** | **58,027.50** |

**PLEASE FOLLOW PAYMENT INSTRUCTIONS BELOW:**
**CHECK PAYMENTS ARE REMITTED TO THE ADDRESS**
**1465 VENTURA DRIVE CUMMING,GA 30040**

**ACH PAYMENT INFORMATION**

| | |
|---|---|
| **Beneficiary Account No:** | **20002128217** |
| **Beneficiary Name** | **IA MECHANICAL INC** |
| **Bank Routing Number (ABA):** | **084000026** |
| **Bank Name:** | **FIRST HORIZON BANK** |

MECHANICAL

IA Mechanical Inc
1465 Ventura Dr.
Cumming, GA, 30040

# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **000909** |
| **Date:** | 22-Apr-2025 |
| **Due Date:** | 22-May-2025 |
| **Terms:** | NET30 |
| **Customer ID:** | CDAL001 |
| **Customer PO:** | 421928 |

| BILL TO: | SHIP TO: |
|---|---|
| Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America | Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America |

| SALESPERSON | | PROJECT |
|---|---|---|
| | | Dalton Mechanical Skilled Labor |

| NO. | ITEM | AMOUNT |
|---|---|---|
| 1 | Week 11 – April 13 – April 19 - Skilled Labor Resources | 51,171.60 |

NOTE:

| | |
|---|---|
| **Sales Total:** | 51,171.60 |
| **Tax Total:** | 0.00 |
| **Discount Total:** | 0.00 |
| **Total (USD):** | **51,171.60** |

**PLEASE FOLLOW PAYMENT INSTRUCTIONS BELOW:**
**CHECK PAYMENTS ARE REMITTED TO THE ADDRESS**
**1465 VENTURA DRIVE CUMMING,GA 30040**

**ACH PAYMENT INFORMATION**

| | |
|---|---|
| **Beneficiary Account No:** | **20002128217** |
| **Beneficiary Name** | **IA MECHANICAL INC** |
| **Bank Routing Number (ABA):** | **084000026** |
| **Bank Name:** | **FIRST HORIZON BANK** |

MECHANICAL

IA Mechanical Inc
1465 Ventura Dr.
Cumming, GA, 30040

# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **000926** |
| **Date:** | 01-May-2025 |
| **Due Date:** | 31-May-2025 |
| **Terms:** | NET30 |
| **Customer ID:** | CDAL001 |
| **Customer PO:** | 421928 |

| BILL TO: | SHIP TO: |
|---|---|
| Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America | Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America |

| SALESPERSON | | PROJECT |
|---|---|---|
| | | Dalton Mechanical Skilled Labor |

| NO. | ITEM | AMOUNT |
|---|---|---|
| 1 | Week 12 – April 20 – April 26 - Skilled Labor Resources | 59,174.00 |

NOTE:

| | |
|---|---|
| **Sales Total:** | 59,174.00 |
| **Tax Total:** | 0.00 |
| **Discount Total:** | 0.00 |
| **Total (USD):** | **59,174.00** |

**PLEASE FOLLOW PAYMENT INSTRUCTIONS BELOW:**
**CHECK PAYMENTS ARE REMITTED TO THE ADDRESS**
**1465 VENTURA DRIVE CUMMING,GA 30040**

**ACH PAYMENT INFORMATION**

| | |
|---|---|
| **Beneficiary Account No:** | **20002128217** |
| **Beneficiary Name** | **IA MECHANICAL INC** |
| **Bank Routing Number (ABA):** | **084000026** |
| **Bank Name:** | **FIRST HORIZON BANK** |

IA MECHANICAL

IA Mechanical Inc
1465 Ventura Dr.
Cumming, GA, 30040

# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **000932** |
| **Date:** | 06-May-2025 |
| **Due Date:** | 05-Jun-2025 |
| **Terms:** | NET30 |
| **Customer ID:** | CDAL001 |
| **Customer PO:** | 421928 |

| BILL TO: | SHIP TO: |
|---|---|
| Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America | Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America |

| SALESPERSON | | PROJECT |
|---|---|---|
| | | Dalton Mechanical Skilled Labor |

| NO. | ITEM | AMOUNT |
|---|---|---|
| 1 | Week 13 – April 27 – May 3 - Skilled Labor Resources | 62,808.29 |

NOTE:

| | |
|---|---|
| **Sales Total:** | 62,808.29 |
| **Tax Total:** | 0.00 |
| **Discount Total:** | 0.00 |
| **Total (USD):** | **62,808.29** |

**PLEASE FOLLOW PAYMENT INSTRUCTIONS BELOW:**
**CHECK PAYMENTS ARE REMITTED TO THE ADDRESS**
**1465 VENTURA DRIVE CUMMING,GA 30040**

**ACH PAYMENT INFORMATION**

| | |
|---|---|
| **Beneficiary Account No:** | **20002128217** |
| **Beneficiary Name** | **IA MECHANICAL INC** |
| **Bank Routing Number (ABA):** | **084000026** |
| **Bank Name:** | **FIRST HORIZON BANK** |

MECHANICAL

IA Mechanical Inc
1465 Ventura Dr.
Cumming, GA, 30040

# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **000942** |
| **Date:** | 12-May-2025 |
| **Due Date:** | 11-Jun-2025 |
| **Terms:** | NET30 |
| **Customer ID:** | CDAL001 |
| **Customer PO:** | 421928 |

| BILL TO: | SHIP TO: |
|---|---|
| Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America | Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America |

| SALESPERSON | | PROJECT |
|---|---|---|
| | | Dalton Mechanical Skilled Labor |

| NO. | ITEM | AMOUNT |
|---|---|---|
| 1 | Week 14 – May 4 – May 10 - Skilled Labor Resources | 52,055.00 |

NOTE:

| | |
|---|---|
| **Sales Total:** | 52,055.00 |
| **Tax Total:** | 0.00 |
| **Discount Total:** | 0.00 |
| **Total (USD):** | **52,055.00** |

**PLEASE FOLLOW PAYMENT INSTRUCTIONS BELOW:**
**CHECK PAYMENTS ARE REMITTED TO THE ADDRESS**
**1465 VENTURA DRIVE CUMMING,GA 30040**

**ACH PAYMENT INFORMATION**

| | |
|---|---|
| **Beneficiary Account No:** | **20002128217** |
| **Beneficiary Name** | **IA MECHANICAL INC** |
| **Bank Routing Number (ABA):** | **084000026** |
| **Bank Name:** | **FIRST HORIZON BANK** |

IA MECHANICAL

IA Mechanical Inc
1465 Ventura Dr.
Cumming, GA, 30040

# Invoice

| | |
|---|---|
| **Reference Nbr.:** | **000958** |
| **Date:** | 21-May-2025 |
| **Due Date:** | 20-Jun-2025 |
| **Terms:** | NET30 |
| **Customer ID:** | CDAL001 |
| **Customer PO:** | 421928 |

| BILL TO: | SHIP TO: |
|---|---|
| Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America | Dalton Corporation<br>1900 E. Jefferson Street<br>Warsaw IN 46580<br>United States of America |

| SALESPERSON | | PROJECT |
|---|---|---|
| | | Dalton Mechanical Skilled Labor |

| NO. | ITEM | AMOUNT |
|---|---|---|
| 1 | Week 15 – May 11 – May 16 - Skilled Labor Resources | 29,040.00 |

NOTE:

| | |
|---|---|
| **Sales Total:** | 29,040.00 |
| **Tax Total:** | 0.00 |
| **Discount Total:** | 0.00 |
| **Total (USD):** | **29,040.00** |

**PLEASE FOLLOW PAYMENT INSTRUCTIONS BELOW:**
**CHECK PAYMENTS ARE REMITTED TO THE ADDRESS**
**1465 VENTURA DRIVE CUMMING,GA 30040**

**ACH PAYMENT INFORMATION**

| | |
|---|---|
| **Beneficiary Account No:** | **20002128217** |
| **Beneficiary Name** | **IA MECHANICAL INC** |
| **Bank Routing Number (ABA):** | **084000026** |
| **Bank Name:** | **FIRST HORIZON BANK** |

IA Mechanical Inc.
1465 Ventura Drive • Cumming, GA 30040
Office: 770-255-1388 • Fax: 770-255-1375

IA Mechanical Inc.
1465 Ventura Drive
Cumming, GA 30040
Date: July 10, 2025

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Tony Goodman, Plant Manager
Dalton Corporation
1900 E. Jefferson Street
Warsaw, IN 46580

RE: Notice of Filed Mechanic's Lien – 1900 E. Jefferson Street, Warsaw, IN 46580

Dear Mr. Goodman,

Please be advised that enclosed is a copy of the Mechanic's Lien Statement that has been recorded with the Kosciusko County Recorder's Office. This lien has been filed by IA Mechanical Inc. for unpaid labor and services provided at the above-referenced property pursuant to Indiana Code § 32-28-3.

The lien secures the unpaid balance of $502,750.71 related to Purchase Order 421928. The final day services were performed was May 14, 2025, and this lien reflects the outstanding balance as of the date of filing.

We request your immediate attention to this matter. Should you wish to resolve the outstanding balance or discuss payment, please contact me at your earliest convenience.

Sincerely,

Erin Riley
Chief Financial Officer
IA Mechanical Inc.
eriley@industrialaccess.com
(770) 255-1388

Enclosure: Recorded Mechanic's Lien Statement

Instrument Prepared By
And Recording Requested By

*Space above this line for recorder's use only*

# INDIANA MECHANIC'S LIEN

STATE OF INDIANA
COUNTY OF KOSCIUSKO COUNTY

Notice is hereby given that this Mechanic's Lien, the "Lien," is filed as of 07/02/2025, (the "Effective Date"), by IA MECHANICAL INC, located at 1465 VENTURA DRIVE, CUMMING, GA 30040 (the "Claimant"), claims a construction lien in the sum of $502,750.71 for labor, services, materials, and/or equipment furnished for improvement to certain real property owned by DALTON CORPORATION (collectively, the "Owner"), located at 1900 E JEFFERSON ST WARSAW IN 46580, and with the legal description of: Parcel No. 43-04-33-400-091.000-025 (the "Property").

This Lien is claimed, separately and severally, as to both the buildings and improvements thereon, and the said real property.

The Claimant and DALTON CORPORATION entered into a contract on 01/31/2025 whereby the Claimant provided the following labor, services, materials, and/or equipment at the Property (the "Work"): Monthly mechanical plant maintenance, for the total amount of $789,502.30.

The first day of the Work on the Property by the Claimant was 02/03/2025. The last day of the Work on the Property by the Claimant was 05/14/2025 (the "Completion Date").

As of the Effective Date, the Claimant has: (check one)

- ☒ Received payment of $286,751.59.
- ☐ NOT received any payment.

The Owner has failed to pay the Balance Due despite demands and requests for payment. Accordingly, the Claimant declares that claim amount of $502,750.71. is justly due to the Claimant.

The Claimant declares that the contents of this Lien are true and correct to the best of their knowledge. Subscribed and sworn to as of the Effective Date.

**Claimant Signature:** ____________________ Date: 07/10/2025

By: Lloyd Bratton
Title: Financial Controller
Claimant Name: IA MECHANICAL INC.

CARRIE N SENADOS
MY COMMISSION EXPIRES
NOTARY PUBLIC
DECEMBER 28, 2025
FORSYTH COUNTY, GEORGIA

## NOTARY ACKNOWLEDGMENT

State of Georgia
County of Forsyth

The foregoing instrument was acknowledged before me this 10th day of July 25, by the undersigned, Lloyd Bratton, who is personally known to me or satisfactorily proven to me to be the person whose name is subscribed to the within instrument.

____________________
**Notary Public**
My Commission Expires: 12/28/25

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE KOSCIUSKO SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF KOSCIUSKO | ) | CAUSE NO. |

IA MECHANICAL INC. )
)
Plaintiff, )
)
v. )
)
DALTON CORPORATION and )
)
STATE OF INDIANA, DEPARTMENT OF REVENUE )
)
Defendants. )

**AFFIDAVIT OF DEBT**

Comes now Affiant, and states:

1. I, Erin Riley, am the Chief Financial Officer of IA Mechanical Inc. ("IA Mechanical") authorized to provide the following statements for and on behalf of IA Mechanical. I am of adult age and am fully authorized to make the following representations. I am familiar with the record keeping practices of IA Mechanical. The following representations are true according to documents kept in the normal course of IA Mechanical's business and/or my personal knowledge.

2. On or about January 31, 2025, IA Mechanical provided Dalton Corporation ("Dalton") with an initial quote to provide labor and furnish materials (the "Services") to the real property located at 1900 E Jefferson Street, Warsaw, Indiana 46580 (the "Real Estate") to which Dalton accepted said quote and ordered performance by IA Mechanical. Dalton agreed to compensate IA Mechanical for the Services on the Real Estate at the quoted rates provided.

3. IA Mechanical fully performed and completed the Services and subsequently sent invoices after each week of work completed.

4. Nine (9) invoices sent by IA Mechanical to Dalton for the Services remain unpaid, totaling $502,750.71.

5. IA Mechanical is the original and current owner of this debt.

6. Dalton has a total unpaid principal balance of $502,750.71. That amount is due and owing to IA Mechanical. This account was opened on January 31, 2025 for payment of the Services as contractually agreed upon and ordered by Dalton.

7. IA Mechanical seeks attorney fees and costs incurred to collect the unpaid balance.

8. IA Mechanical has made a demand for payment, but Dalton has failed to and refused to pay.

I swear or affirm under the penalties of perjury that the foregoing representations are true.

Dated: 12/22/2025 Signature of Affiant: Erin [signature]

[signature] Karen Lee Masters

KAREN LEE MASTERS
My Commission Expires
NOTARY PUBLIC
12-07-2027
FORSYTH COUNTY, GEORGIA

Duly Entered for Taxation Subject to Final Acceptance for Transfer this
Dec 22, 2025
[signature]
Auditor of Kosciusko County
ss

2025120808 AFFD $25.00
12/22/2025 10:36:31 AM 3 PGS
Deborah A Wright
Kosciusko County Recorder IN
Recorded as Presented

**Instrument No. 2025071587**
**Parcel No. 43-11-09-200-706.000-032**

## AFFIDAVIT OF SCRIVENER'S ERROR

Comes now, Lloyd Bratton ("Affiant"), being duly sworn upon his oath, who deposes and says:

1. That he was the preparer of a certain Indiana Mechanic's Lien drafted on behalf of IA Mechanical Inc dated July 24, 2025 and recorded as Instrument No. 2025071587 (the "Lien").

2. Affiant affirms that a scrivener's error was made in the legal description and parcel number for the Lien and needs to be corrected.

3. Affiant affirms that the correct legal description and parcel number for the Lien is as follows:

**See attached Exhibit "A"**

4. This Affidavit is made to correct the scrivener's error in the Lien as herein described. The correction effected hereby shall be deemed to be effective as of the date of the execution of the Lien.

FURTHER AFFIANT SAYETH NOT.

Executed this 22 day of December, 2025.

[signature]
Lloyd Bratton

RECEIVED
Kosciusko County Recorder
Date: 12/22/2025
Time: 10:24:54 AM

STATE OF Georgia )
)SS:
COUNTY OF Forsyth )

Before me, a Notary Public in and for said County and State, personally appeared Lloyd Bratton, who acknowledged the execution of the foregoing Affidavit of Scrivener's Error.

Witness my hand and Notarial Seal this 22 day of December, 2025.

CARRIE N SENADOS NOTARY PUBLIC MY COMMISSION EXPIRES DECEMBER 28, 2025 FORSYTH COUNTY, GEORGIA

Notary Public: Carrie N. Senados
County of: Forsyth
Commission Expires: 12/28/2025

I affirm, under the penalties for perjury, that I have taken reasonable care to redact each Social Security number in this document, unless required by law. [/s/ Thomas R. Steele].

This instrument prepared by Thomas R. Steele, Robinson Farthing Spandau Williams, 8500 Keystone Crossing, Suite 470, Indianapolis, Indiana 46240.

**EXHIBIT "A"**

Lots Ninety-Seven (97), Ninety-Eight (98), Ninety-nine (99), One Hundred (100), One Hundred One (101), One Hundred Two (102), One Hundred Thirty-Nine, One Hundred Forty (140), One Hundred Forty-One (141), One Hundred Forty-Two (142), One Hundred Forty-Three (143) and One Hundred Forty-Four (144), One Hundred Forty-Eight (148) and One Hundred and Forty-Nine (149) in Mount Memorial Addition to the Town, Now City of Warsaw, recorded in Plat Book1, page 78, in the Office of the Recorder of Kosciusko County, Indiana.

Also, vacated alley lying between Lot 97 thru 102 and Lots 139 thru 144 and the Right of Way of the Pennsylvania Railroad; vacated alley lying between Lots 147 thru 150 and Lot 183 in Mount Memorial Addition to the Town, now City of Warsaw, as vacated under Cause Number 16425 on October 26, 1925 in Kosciusko Circuit Court.

Also, the South 13 1/2 feet of that part of Jefferson Street lying between Lincoln Street and Lindberg Street in the City of Warsaw; and Lincoln Street described as follows, to wit:

Beginning 13 1/2 feet North of the Northwest corner of Lot 97 in Mount Memorial Addition to Warsaw; thence West to the East line of Lot 24 in Red-Ker Addition to the City of Warsaw; thence South to the Right-of-Way of the Pennsylvania Railroad; thence Southeasterly along said Right-of-Way to the East line of Lincoln Street; thence North along the East line of said Street to the Place of Beginning, as vacated by the Board of Public Works and Safety of the City of Warsaw on May 16, 1967 and recorded in Miscellaneous Record 45, page 335 in the records of the Recorder of Kosciusko County, Indiana.

Excepting that portion of the following described tract that falls within the above descriptions:

Beginning at a point on the West line of Lindberg Street in the City of Warsaw, 49.5 feet North of the Northeast corner of said Lot Number One Hundred Fifty (150) a distance of Eighty (80) feet; thence West Four Hundred Fifteen (415) feet; thence North Six (6) feet; thence East Two (2) feet; thence North Two (2) feet; thence East Three Hundred Sixty-One (361) feet to the Place of Beginning.

**Parcel No. 43-11-09-200-706.000-032**

**Commonly known as: 1900 E Jefferson Street, Warsaw, Indiana 46580**

Electronic Proof of Claim Confirmation: 3950-1-MMTQG-309040908

Claim Electronically Submitted on (UTC) : 2026-02-18T16:22:39.192Z

Submitted by: IA Mechanical Inc.
elias@yazbecklaw.com