**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al.*,<br><br>Debtors. [1] | Chapter 7<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**EVOLUTION'S WITNESS AND EXHIBIT LIST**
**FOR THE HEARING ON OCTOBER 20, 2026**

Evolution Credit Opportunity Master Fund II-B, L.P., Evolution Credit Partners Trade Finance Master, L.P., Evolution Credit Opportunity Master Fund III-B, LP, and certain other Evolution-affiliated funds (collectively, "Evolution") respectfully files this witness and exhibit list for the hybrid hearing to be held on October 20, 2026 at 10:00 a.m. (prevailing Central Time) (the "Hearing") before the Honorable Judge Chrisotpher Lopez, United States Bankruptcy Judge, Courtroom 402, 515 Rusk Street, Houston, Texas 77002 as follows:

**WITNESSES**

Evolution may call any of the following witnesses at the Hearing:

1. Any witnesses listed or called by any other party;

2. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other parties.

**EXHIBITS**

| Ex. | Description | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|
| 1. | *Appellants' Status Report* [Case No. 26-cv-00513, Docket No. 58] | | | | |
| 2. | *Appellants' Status Report* [Case No. 26-cv-00513, Docket No. 61] | | | | |

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is 127 Public Square, Suite 5300, Cleveland, Ohio 44114.

| | | | | | |
|---|---|---|---|---|---|
| | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy case | | | | |
| | Any exhibit introduced by any other party. | | | | |
| | Rebuttal or impeachment exhibits as necessary. | | | | |

**RESERVATION OF RIGHTS**

Evolution reserves all rights to amend, supplement, or remove any witnesses and/or exhibits prior to the Hearing. Evolution also reserves all rights to use any exhibits presented by any other party and to take the Court to take judicial notice of any document.

Respectfully submitted this 16th day of October, 2026,

**GRAY REED**

By: */s/ Jason S. Brookner*
Jason S. Brookner
Texas Bar No. 24033684
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7000
Facsimile: (713) 986-7100
Email: jbrookner@grayreed.com

- and -

**ELSBERG BAKER & MARURI PLLC**
Michael Duke (admitted *pro hac vice*)
David Elsberg (admitted *pro hac vice*)
Vivek Tata (admitted *pro hac vice*)
Garrett Gerber (admitted *pro hac vice*)
Andrew Parks (admitted *pro hac vice*)
Ella Epstein (admitted *pro hac vice*)
350 Fifth Avenue, 38th Floor
New York, NY 10018
Telephone: (212) 597-2600
Email: mduke@elsberglaw.com
delsberg@elsberglaw.com
vtata@elsberglaw.com
ggerber@elsberglaw.com
aparks@elsberglaw.com
eepstein@elsberglaw.com

- and -

**PROSKAUER ROSE LLP**
Vincent Indelicato (admitted *pro hac vice*)
Matthew R. Koch (admitted *pro hac vice*)
Eleven Times Square
New York, NY 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Email: vindelicato@proskauer.com
mkoch@proskauer.com

- and -

Charles A. Dale (admitted *pro hac vice*)
One International Plaza
Boston, MA 02110-2600
Telephone: (617) 526-9600
Email: cdale@proskauer.com

- and -

Jordan E. Sazant (admitted *pro hac vice*)
70 West Madison St., Ste. 3800
Chicago, IL 60602
Telephone: (312) 962-3500
Email: jsazant@proskauer.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of October, 2026, the undersigned caused a true and correct copy of the foregoing document to be served upon all parties via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jason Brookner*
Jason Brookner