**Exhibit 1**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE FIRST BRANDS GROUP, LLC | § | BANKRUPTCY CASE NO. 25-90399 |
| EDWARD JAMES,<br><br>Appellant,<br>v.<br><br>OFFICIAL COMMITTEE OF UNSECRUED CREDITORS OF FIRST BRANDS GROUP, LLC *et al.*,<br><br>Appellees. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-26-513 |
| QBE Insurance Corporation, Ironshore Indemnity, Inc., Fair American Insurance and Reinsurance Company, Allianz Global Risks US Insurance Company, Westfield Select Insurance Company, AXIS Insurance Company, and Zurich American Insurance Company,<br><br>Appellants,<br>v.<br><br>OFFICIAL COMMITTEE OF UNSECRUED CREDITORS OF FIRST BRANDS GROUP, LLC *et al.*,<br><br>Appellees. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 26-962 |

**APPELLANTS' STATUS REPORT**

Appellants Edward James, QBE Insurance Corporation, Ironshore Indemnity, Inc., Fair American Insurance and Reinsurance Company, Allianz Global Risks US Insurance Company, Westfield Select Insurance Company, AXIS Insurance Company, and Zurich American Insurance Company file this Status Report pursuant to the Court's May 22, 2026 Order, staying the Appeal

and Briefing Schedule for an indefinite period (Docket Entry No. 56), and respectfully state as follows:

1. At its core, this Appeal involves a dispute over whether defense costs can be paid under the Primary ABC Policy and Excess ABC Policies. That dispute seems to have been resolved by the Bankruptcy Court's recent comfort order, which modified the automatic stay, to the extent applicable, and authorized the Primary ABC Insurer and "any other insurance carrier of a directors and officers insurance policy listed in Exhibit C"—which includes the Excess ABC Insurers—to make payments "in accordance with the terms of the ABC Policy," to which the Excess ABC Policies follow form. *See* Bankr. Dkt. No. 2845 (the "Comfort Order") (incorporating defined terms from Bankr. Dkt. No. 798 (the "Motion for Relief")).

2. On July 15, 2026, Appellants emailed Appellees to confer about the impact of the Comfort Order on the Appeal. Appellants explained their understanding that: (1) the Comfort Order authorized "the Primary Insurer and Side A Insurers to pay and/or advance Defense Costs consistent with their obligations under the ABC Policy"; (2) the Comfort Order notes that "Side A Insurers" has the meaning ascribed to it in the Motion for Relief filed at Bankr. Dkt. No. 798; (3) the Motion for Relief defines "Side A Insurers" to include "any other insurance carrier of a directors and officers insurance policy listed on Exhibit C to the Emergency Motion"; (4) Exhibit C to the Emergency Motion lists the Excess ABC Insurers and Excess ABC Policies; and (5) the Comfort Order therefore authorizes the Excess ABC Insurers to pay defense costs under the Excess ABC Policies. *See* Bankr. Dkt. No. 2845; Bankr. Dkt. No. 798; Bankr. Dkt. No. 10-3.

3. Appellees did not respond to Appellants' July 15 email.

4. On July 29, 2026, Appellants sent another email to Appellees, following up on their July 15 email and advising that Appellants plan to file a file a separate status report, which will

note Appellants' efforts to confer and request that the Appeal remain stayed pending further developments in the bankruptcy case.

5. On July 29 and July 30, 2026, Appellants received responses from Appellees. Appellants will continue their efforts to confer regarding the impact of the Comfort Order on this Appeal.

WHEREFORE, Appellants respectfully submit this Status Report and request that this appeal remain stayed pursuant to the Court's May 22, 2026 Order (Docket Entry No. 56). Appellants will file their next status report by August 31, 2026.

Dated: July 30, 2026

*/s/ Rachel B. Goldman*
Rachel B. Goldman (admitted pro hac vice)
David A. Shargel (admitted pro hac vice)
Mark Wulfe (Texas Bar No. 24088381)
**BRACEWELL LLP**
31 West 52nd Street
New York, New York 10019
Telephone: 212-408-6100
Email: rachel.goldman@bracewell.com
Email: david.shargel@bracewell.com
Email: mark.wulfe@bracewell.com

*Attorneys for Edward James*

*/s/ Howard L. Close*
Howard L. Close
Texas Bar No. 04406500
Ronnie L. Flack Jr.
Texas Bar No. 24095655
Daniela Mondragón
Texas Bar No. 24096750
**WRIGHT CLOSE BARGER & GUZMAN, LLP**
700 Louisiana St., Suite 3000
Houston, Texas 77002

Telephone: (713) 572-4321
Facsimile: (713) 572-4320
close@wcbglaw.com
flack@wcbglaw.com
mondragon@wcbglaw.com

*Counsel for QBE Insurance Corporation, Ironshore Indemnity, Inc., Fair American Insurance and Reinsurance Company, Allianz Global Risks US Insurance Company, Westfield Select Insurance Company, AXIS Insurance Company, and Zurich American Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 30, 2026, a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system on to all parties authorized to receive electronic notice in this case.

*/s/ Mark Wulfe*
Mark Wulfe