**Exhibit 2**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE FIRST BRANDS GROUP, LLC | § | BANKRUPTCY CASE NO. 25-90399 |
| | § | |
| EDWARD JAMES, | § | |
| Appellant, | § | CIVIL ACTION NO. H-26-513 |
| v. | § | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FIRST BRANDS GROUP, LLC *et al.*, | § | |
| Appellees. | § | |
| | § | |
| QBE Insurance Corporation, Ironshore Indemnity, Inc., Fair American Insurance and Reinsurance Company, Allianz Global Risks US Insurance Company, Westfield Select Insurance Company, AXIS Insurance Company, and Zurich American Insurance Company, | § | CIVIL ACTION NO. 26-962 |
| Appellants, | § | |
| v. | § | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FIRST BRANDS GROUP, LLC *et al.*, | § | |
| Appellees. | § | |

**APPELLANTS' STATUS REPORT**

Appellants Edward James, QBE Insurance Corporation, Ironshore Indemnity, Inc., Fair American Insurance and Reinsurance Company, Allianz Global Risks US Insurance Company, Westfield Select Insurance Company, AXIS Insurance Company, and Zurich American Insurance Company file this Status Report pursuant to the Court's May 22, 2026 Order, staying the Appeal

and Briefing Schedule for an indefinite period (Docket Entry No. 56), and respectfully state as follows:

1. As detailed in Appellants' prior status report, the Excess ABC Insurers filed a motion in the Bankruptcy Court on August 14, 2026, seeking (i) clarification that the May 29 Comfort Order modifies the automatic stay to authorize payments by the Excess ABC Insurers; or (ii) alternatively, and to the extent necessary, modification of the automatic stay to allow the Excess ABC Insurers to make payments and advance defense costs under the Excess ABC Policies. Bankr. Dkt. No. 3669 (the "Excess ABC Insurers' Motion").

2. The Official Committee of Unsecured Creditors of First Brands Group, LLC (the "UCC") filed an Objection to the Excess ABC Insurers' Motion on August 22, 2026. Bankr. Dkt. No. 3695. The UCC was subsequently dissolved on September 1, 2026 when the chapter 11 cases were converted to cases under chapter 7 of the Bankruptcy Code. *See* Bankr. Dkt. No. 3748.

3. On September 25, 2026, certain Appellants filed joinders to the Excess ABC Insurers' Motion. Bankr. Dkt. Nos. 3824, 3825.

4. A hearing on the Excess ABC Insurers' Motion is scheduled for October 20, 2026 before the Honorable Christopher Lopez. Bankr. Dkt. No. 3800.

5. If the Bankruptcy Court grants the Excess ABC Insurers' Motion and clarifies that the May 29 Comfort Order authorizes payments under the Excess ABC Policies, then this Appeal effectively will be resolved. Appellants therefore respectfully request that this Appeal remain stayed pending the ruling on the Excess ABC Insurers' Motion.

WHEREFORE, Appellants respectfully submit this Status Report and request that this Appeal remain stayed pursuant to the Court's May 22, 2026 Order (Docket Entry No. 56). Appellants will file their next status report by November 10, 2026.

Dated: September 30, 2026

Respectfully submitted,

*/s/ Anna J. Schaffner*

Kimberly M. Melvin (admitted pro hac vice)
Anna J. Schaffner (admitted pro hac vice)
**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20036
kmelvin@wiley.law
aschaffner@wiley.law
Tel.: (202) 719-7000
Fax: (202) 719-7049

*Attorneys for QBE Insurance Corporation*

*/s/ Rachel B. Goldman*

Rachel B. Goldman (admitted pro hac vice)
David A. Shargel (admitted pro hac vice)
Mark Wulfe (Texas Bar No. 24088381)
**BRACEWELL LLP**
31 West 52nd Street
New York, New York 10019
Telephone: 212-408-6100
Email: rachel.goldman@bracewell.com
Email: david.shargel@bracewell.com
Email: mark.wulfe@bracewell.com

*Attorneys for Edward James*

*/s/ Howard L. Close*

Howard L. Close
Texas Bar No. 04406500
Ronnie L. Flack Jr.
Texas Bar No. 24095655
Daniela Mondragón
Texas Bar No. 24096750
**WRIGHT CLOSE BARGER & GUZMAN, LLP**
700 Louisiana St., Suite 3000
Houston, Texas 77002
Telephone: (713) 572-4321
Facsimile: (713) 572-4320

close@wcbglaw.com
flack@wcbglaw.com
mondragon@wcbglaw.com

*Counsel for QBE Insurance Corporation, Ironshore Indemnity, Inc., Fair American Insurance and Reinsurance Company, Allianz Global Risks US Insurance Company, Westfield Select Insurance Company, AXIS Insurance Company, and Zurich American Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 30, 2026, a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system on all parties authorized to receive electronic notice in this case.

*/s/ Anna J. Schaffner*
Anna J. Schaffner