UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

| | | | |
|---|---|---|---|
| Division | Houston | Main Case Number | 25-90399 |
| Debtor | In Re: First Brands Group, LLC, et al. | | |

This lawyer, who is admitted to the State Bar of District of Columbia:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Emily Golding<br>Werner Ahari Mangel LLP<br>2112 Pennsylvania Avenue, NW, Suite 200<br>Washington, DC 20037<br>(202) 599-1121, egolding@wam.law<br>District of Columbia, 1645269 |

Seeks to appear as the attorney for this party:

| | |
|---|---|
| XL Specialty Insurance Company and Federal Insurance Company | |
| Dated: 10/16/2026 | Signed: /s/ Emily Golding |

| | |
|---|---|
| COURT USE ONLY: The applicant's state bar reports their status as: ____________________. | |
| Dated: | Signed: ____________________<br>Deputy Clerk |

## Order

This lawyer is admitted *pro hac vice*.

Dated: ____________________

____________________________
United States Bankruptcy Judge