**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| FIRST BRANDS GROUP, *et al.*, | : | Case No. 25-90399 (CML) |
| Debtors.[1] | : | (Jointly Administered) |

**PATRICK JAMES' WITNESS AND EXHIBIT LIST FOR**
**HEARING SCHEDULED FOR OCTOBER 20, 2026**

[1] A complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands (collectively, the affiliated debtors and debtors in possession are referred to herein as "**First Brands**" or the "**Debtors**" or the "**Company**"). The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

| | |
|---|---|
| **Main Case No**: 25-90399 (CML) | **Name of Debtor**: First Brands Group, LLC, *et al.* |
| | |
| | **Judge**: Christopher Lopez |
| **Witnesses:** | **Courtroom Deputy**: Yesenia Lila |
| Any witness called or designated by any other party | **Hearing Date and Time**: October 20, 2026 at 10:00 a.m. |
| Any witness necessary to rebut the evidence or testimony of any witness offered or designated by any other party | **Party's Name**: Patrick James |
| | **Attorneys' Names**: See signature blocks |
| | **Attorneys' Phone**: See signature blocks |
| | **Nature of Proceeding**: Motion for Entry of An Order (I) Clarifying That The May 29, 2026 Order (ECF No. 2845) Modifies The Automatic Stay To Authorize Payments By The Excess Abc Insurers, Or Alternatively (II) Authorizing, And, To The Extent Necessary, Modifying The Automatic Stay To Allow The Excess Abc Insurers To Make Payments, Including The Advancement Of Defense Costs, Of Insured Persons (ECF Nos. 1231, 2845, 3669, 3695, 3824, 3825, 3848, 3876) |

**EXHIBITS**

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| A | Berkshire Hathaway Specialty Insurance Company Primary Policy | | | | |
| B | AXA XL Excess Policy | | | | |
| C | Sompo Excess Policy | | | | |
| D | Markel Excess Policy | | | | |
| E | Berkley Excess Policy | | | | |
| F | Arch Excess Policy | | | | |
| G | Chubb Excess Policy | | | | |
| H | Hartford Excess Binder | | | | |
| I | Everest Excess Policy | | | | |
| J | Old Republic Excess Policy | | | | |
| K | Side A AIG Binder | | | | |
| L | Side A QBE Binder (Excess) | | | | |
| M | Side A Beazley Binder (Excess) | | | | |
| N | Side A Liberty Binder (Excess) | | | | |
| O | Side A ATRI Endorsement (Excess) | | | | |
| P | Side A Allianz Binder (Excess) | | | | |
| Q | Side A Westfield Endorsement (Excess) | | | | |
| R | Side A Zurich Endorsement (Excess) | | | | |
| S | Side A Axis Endorsement (Excess) | | | | |
| T | Side A GAIG Policy (Excess) | | | | |
| U | Scheduling Order, *United States v. Patrick James, et al.*, Case No. 26-cr-29 (AT) (S.D.N.Y.) ECF No. 140 | | | | |
| V | Any other pleading filed by a party in this case | | | | |
| W | Any exhibit identified or offered by any other party | | | | |
| X | Any document or pleading filed in the above-captioned cases or in *First Brands Group, et al. v. Patrick* | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| | *James, et al.*, Adv. Proc. No. 25-3803 (CML) | | | | |

Patrick James reserves the right to supplement or amend this Witness and Exhibit List at any time before the Hearing.

Dated: October 16, 2026

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

*/s/ Cameron M. Kelly*

Cameron M. Kelly
TX SBN: 24120936
700 Louisiana Street, Suite 3900
Houston, Texas 77002
Telephone: (713) 221-7000
cameronkelly@quinnemanuel.com

James C. Tecce*
Anil Makhijani*
Grace Sullivan*
295 5th Avenue
New York, NY 10016
Telephone: (212) 849-7000

-and-

**DEBEVOISE & PLIMPTON LLP**
Erica S. Weisgerber*
Matthew J. Sorensen*
Emily Morgan*
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
eweisgerber@debevoise.com
mjsorensen@debevoise.com
elmorgan@debevoise.com
*admitted *pro hac vice*

*Attorneys for Patrick James*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2026, I served a true and correct copy of the foregoing document via the Court's EM/ECF electronic system to all parties consenting to service through the same.

*/s/ Cameron Kelly*
Cameron Kelly