# EXHIBIT B

## FILED UNDER SEAL