# EXHIBIT E

## FILED UNDER SEAL