# EXHIBIT F

## FILED UNDER SEAL