# EXHIBIT G

## FILED UNDER SEAL