# EXHIBIT H

## FILED UNDER SEAL