# EXHIBIT I

## FILED UNDER SEAL