# EXHIBIT K

## FILED UNDER SEAL