# EXHIBIT L

## FILED UNDER SEAL