# EXHIBIT M

## FILED UNDER SEAL