# EXHIBIT N

## FILED UNDER SEAL