# EXHIBIT O

## FILED UNDER SEAL