# EXHIBIT P

## FILED UNDER SEAL