# EXHIBIT Q

## FILED UNDER SEAL