# EXHIBIT R

## FILED UNDER SEAL