# EXHIBIT S

## FILED UNDER SEAL