# EXHIBIT T

## FILED UNDER SEAL