**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| FIRST BRANDS GROUP, *et al.*, | : | Case No. 25-90399 (CML) |
| Debtors.[1] | : | (Jointly Administered) |

**ORDER GRANTING PATRICK JAMES' MOTION FOR ENTRY OF AN ORDER AUTHORIZING PATRICK JAMES TO FILE EXHIBITS UNDER SEAL**

Upon consideration of the motion (the "Motion")[2] of Patrick James ("Movant") for entry of an order (the "Order") authorizing the filing of Exhibits A, B, C, D, E, F, G, H, I, J, K, L, M, N, O, P, Q, R, S, and T (collectively, the "Exhibits") of *Patrick James' Witness and Exhibit List for Hearing Scheduled for October 20, 2026* (ECF No. 3922) (the "Witness and Exhibit List") under seal, the Court having jurisdiction to consider this matter and relief requested therein under 28 U.S.C. § 1334; consideration of this Motion being a core proceeding pursuant to 28 U.S.C. § 157; venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; notice of the Motion having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing; it is hereby:

1. ORDERED that the Movant is authorized to file under seal an unredacted version of Exhibits A, B, C, D, E, F, G, H, I, J, K, L, M, N, O, P, Q, R, S, and T to the Witness and Exhibit List; it is further

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2. ORDERED that the Movant is authorized to take all actions necessary to effectuate the relief requested pursuant to this Order in accordance with the Motion; it is further

3. ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Signed: ____________, 2026

______________________________________
UNITED STATES BANKRUPTCY JUDGE