**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | (Previously Chapter 11) |
| FIRST BRANDS GROUP, LLC, *et al.*, | ) | |
| | ) | Case No. 25-90399 (CML) |
| Debtors.[1] | ) | (Jointly Administered) |

**SUMMARY COVER SHEET FOR THE FOURTH INTERIM AND FINAL FEE APPLICATION OF SIMPSON THACHER & BARTLETT LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE SPV ENTITIES FOR THE FOURTH INTERIM PERIOD FROM JULY 1, 2026 THROUGH SEPTEMBER 1, 2026 AND THE FINAL FEE PERIOD FROM DECEMBER 7, 2025 THROUGH SEPTEMBER 1, 2026**

| | | |
|---|---|---|
| **Name of Applicant:** | **Simpson Thacher & Bartlett LLP** (“**Simpson Thacher**”) | |
| **Applicant’s Role in Case:** | Conflicts Counsel to the SPV Entities | |
| **Date Order of Employment Signed:** | February 2, 2026, effective *nunc pro tunc* as of December 7, 2025 [Docket No. 1853] | |
| **Interim Application** ( X ) **No. 4**<br>**Final Application** ( X ) | Fourth Interim and Final Fee Application | |
| | **Beginning Date** | **End Date** |
| **Time period covered by this Application for which interim compensation has not previously been awarded:** | 7/1/2026 | 9/1/2026 |
| **Time period(s) covered by prior Applications:** | 12/7/2025<br>1/1/2026<br>4/1/2026 | 12/31/2025<br>3/31/2026<br>6/30/2026 |
| **Were the services provided necessary to the administration of or beneficial at the time rendered toward the completion of the case?** Yes | | |
| **Were the services performed in a reasonable amount of time commensurate with the complexity, importance and nature of the issues addressed?** Yes | | |

1 A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors’ claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors’ service address for the chapter 7 estates of Viceroy Private Capital, LLC, First Brands Group Holdings, LLC (“FBGH”), and FBGH’s Debtor subsidiaries is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002. The service address for the chapter 7 estates of Global Assets LLC, Global Lease Assets Holdings, LLC, Carnaby Capital Holdings, LLC, Broad Street Financial Holdings, LLC, Broad Street Financial, LLC, Carnaby Inventory II, LLC, Carnaby Inventory Holdings II, LLC, Carnaby Inventory III, LLC, Carnaby Inventory Holdings III, LLC, Carnaby Capital, LLC, Global Assets GmbH, and Eagle Casting Holdings, LLC is Ronald J. Sommers, Chapter 7 Trustee c/o Jones Murray LLP, Erin E. Jones, 602 Sawyer, Suite 400 Houston, Texas 77007. The service address for the chapter 7 estates of Carnaby IV, LLC, Carnaby IV Holdings, LLC, Carnaby FA, LLC, and Carnaby FA Holdings LLC is Catherine Stone Curtis, McGinnis Lochridge P.O. BOX 720788, McAllen, Texas 78504.

| | |
|---|---|
| **Is the requested compensation reasonable based on the customary compensation charged by comparably skilled practitioners in other non-bankruptcy cases?** Yes | |
| **Do expense reimbursements represent actual and necessary expenses incurred?** Yes | |

| **Fourth Interim Period (July 1, 2026 – September 1, 2026)** | |
|---|---|
| Total professional fees requested for the Fourth Interim Period: | $514,571.00 |
| Total professional hours covered by the Fourth Interim Period: | 271.00 |
| Average hourly rate for professionals: | $1,898.79 |
| Total paraprofessional fees requested for the Fourth Interim Period: | $0.00 |
| Total paraprofessional hours covered by the Fourth Interim Period: | 0 |
| Average hourly rate for paraprofessionals: | N/A |
| Total fees requested for the Fourth Interim Period: | $514,571.00 |
| Total expense reimbursements requested for the Fourth Interim Period: | $4,045.41 |
| **Total fees and expenses requested for the Fourth Interim Period:** | **$518,616.41** |
| **Final Fee Period (December 7, 2025 – September 1, 2026)** | |
| Total professional fees requested in this Application: | $3,333,950.25 |
| Total professional hours covered by this Application: | 1,797.30 |
| Average hourly rate for professionals: | $1,854.98 |
| Total paraprofessional fees requested in this Application: | $0.00 |
| Total paraprofessional hours covered by this Application: | 0 |
| Average hourly rate for paraprofessionals: | N/A |
| Est. unbilled fees spent on post-conversion fee application preparation: | $45,000.00 |
| Total fees requested in this Application: | $3,333,950.25 |
| Total expense reimbursements requested this Application: | $24,055.41 |
| **Total fees and expenses requested in this Application (inclusive of paid amounts):** | **$3,358,005.66** |
| **Total paid fees and expenses awarded in all prior Applications:** | **$2,839,389.25** |

**Plan Status:** On August 24, 2026, the Court denied confirmation of the Plan (Docket No. 3710) and ordered that the Debtors' chapter 11 cases be converted to cases under chapter 7 of the Bankruptcy Code. On September 1, 2026, the Court entered an order converting the Debtors' chapter 11 cases to cases under chapter 7 of the Bankruptcy Code (Docket No. 3748) (the "**Conversion Order**").

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | (Previously Chapter 11) |
| FIRST BRANDS GROUP, LLC, *et al.*, | ) | |
| | ) | Case No. 25-90399 (CML) |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**FOURTH INTERIM AND FINAL FEE APPLICATION**
**OF SIMPSON THACHER & BARTLETT LLP**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES AS COUNSEL TO THE SPV ENTITIES FOR THE FOURTH**
**INTERIM PERIOD OF JULY 1, 2026, THROUGH SEPTEMBER 1, 2026, AND**
**THE FINAL FEE PERIOD OF DECEMBER 7, 2025, THROUGH SEPTEMBER 1, 2026**

**IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE ELECTRONICALLY AT HTTPS://ECF.TXSB.USCOURTS.GOV/ WITHIN TWENTY-ONE DAYS FROM THE DATE THIS APPLICATION WAS FILED. IF YOU DO NOT HAVE ELECTRONIC FILING PRIVILEGES, YOU MUST FILE A WRITTEN OBJECTION THAT IS ACTUALLY RECEIVED BY THE CLERK WITHIN TWENTY-ONE DAYS FROM THE DATE THIS APPLICATION WAS FILED. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Simpson Thacher & Bartlett LLP ("**Simpson Thacher**" or "**Applicant**"), as counsel to Viceroy Private Capital, LLC ("**Viceroy**") and certain of its direct and indirect subsidiaries (collectively, the "**SPV Entities**"), hereby submits its fourth interim and final fee application

1 A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for the chapter 7 estates of Viceroy Private Capital, LLC, First Brands Group Holdings, LLC ("FBGH"), and FBGH's Debtor subsidiaries is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002. The service address for the chapter 7 estates of Global Assets LLC, Global Lease Assets Holdings, LLC, Carnaby Capital Holdings, LLC, Broad Street Financial Holdings, LLC, Broad Street Financial, LLC, Carnaby Inventory II, LLC, Carnaby Inventory Holdings II, LLC, Carnaby Inventory III, LLC, Carnaby Inventory Holdings III, LLC, Carnaby Capital, LLC, Global Assets GmbH, and Eagle Casting Holdings, LLC is Ronald J. Sommers, Chapter 7 Trustee c/o Jones Murray LLP, Erin E. Jones, 602 Sawyer, Suite 400 Houston, Texas 77007. The service address for the chapter 7 estates of Carnaby IV, LLC, Carnaby IV Holdings, LLC, Carnaby FA, LLC, and Carnaby FA Holdings LLC is Catherine Stone Curtis, McGinnis Lochridge P.O. BOX 720788, McAllen, Texas 78504.

(the "**Application**") for (i) interim allowance of compensation for professional services rendered and reimbursement of expenses incurred for the period from July 1, 2026, through September 1, 2026 (the "**Fourth Interim Period**") and (ii) final allowance of compensation for professional services rendered and reimbursement of expenses incurred for the period from December 7, 2025, through September 1, 2026 (the "**Final Fee Period**"). In support of this Application, Simpson Thacher respectfully states as follows:

## Jurisdiction and Venue

1. The United States Bankruptcy Court for the Southern District of Texas (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Bankruptcy Local Rules of the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Local Rules**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 699] (the "**Interim Compensation Procedures Order**").

## Relief Requested

3. Simpson Thacher respectfully requests that the Court enter an order (i) allowing, on an interim basis, (a) compensation for professional services rendered during the Fourth Interim Period in the amount of $514,571.00 and (b) reimbursement of actual and necessary expenses incurred during the Fourth Interim Period in the amount of $4,045.41, for a total of $518,616.41; (ii) allowing, on a final basis, (a) compensation for professional services rendered during the Final

Fee Period in the amount of $3,333,950.25 and (b) reimbursement of actual and necessary expenses incurred during the Final Fee Period in the amount of $24,055.41, for a total of $3,358,005.56, and (iii) allowing, on an interim basis, $45,000.00 as an estimate in connection with preparation of this Application.

4. This Application has been prepared in accordance with sections 330(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Bankruptcy Local Rule 2016-1, the Court Procedures for Judge Christopher M. Lopez (the "**Court Procedures**"), the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "**UST Fee Guidelines**" and, collectively with the Court Procedures, the "**Fee Guidelines**"), and the Interim Compensation Procedures Order.

5. A proposed form of order granting the relief requested herein is attached hereto as **Exhibit A** (the "**Proposed Order**").

## Background

6. In September 2025, First Brands Group, LLC and its debtor affiliates (collectively, the "**Debtors**") each commenced with the Court a voluntary case under chapter 11 of the Bankruptcy Code.

7. On April 9, 2026, the Court entered an order converting the chapter 11 cases of (i) Patterson Inventory, LLC, (ii) Patterson Inventory Holdings, LLC, (iii) Starlight Inventory I, LLC, and (iv) Starlight Inventory Holdings I, LLC, to cases under chapter 7 of the Bankruptcy Code [Docket No. 2396].

8. On September 1, 2026, the Court entered an order converting the chapter 11 cases of the other Debtors to cases under chapter 7 of the Bankruptcy Code [Docket No. 3748] (the "**Conversion Order**").

**Retention of Simpson Thacher**

9. On January 5, the SPV Entities filed the *SPV Entities' Application for Order Authorizing the Retention and Employment of Simpson Thacher & Bartlett LLP as Counsel to the SPV Entities* [Docket No. 1179] (the "**Retention Application**").

10. On February 2, 2026, the Court entered an order [Docket No. 1853] (the "**Retention Order**") authorizing the retention and employment of Simpson Thacher as conflicts counsel to the SPV Entities, effective *nunc pro tunc* as of December 7, 2025.

**Summary of Services Rendered During the Fourth Interim Period**

11. During the Fourth Interim Period, Simpson Thacher professionally and diligently represented the interests of Viceroy and the SPV Entities with respect to a variety of complex matters and issues, including but not limited to:

a. advising the client with respect to numerous litigation and conflicts matters, including in the main chapter 11 cases and across multiple adversary proceedings, and attendance at hearings and status conferences in connection therewith;

b. reviewing, negotiating and analyzing the FBG Debtors' chapter 11 plan and related documents, litigation trust funding and joint prosecution agreement term sheets; analyzing and summarizing plan objections filed by the SPV Entities' secured lenders and the related declarations; conferring with Debtors' counsel and the SPV Entities' secured lenders counsel regarding plan terms, settlement proposals, and confirmation order language; and preparing for and attending the confirmation hearings and advising the conflicts manager on the plan process and confirmation outcome;

c. negotiating with counsel for the FBG Debtors and lenders to certain of the SPV Entities with respect to a potential settlement and joint prosecution agreement of claims and causes of action;

d. reviewing and analyzing numerous documents and conducting diligence with respect to the assets of the SPV Entities;

e. drafting materials and attending numerous meetings of the conflicts subcommittee of the special committee of the board of Viceroy and advising the conflicts manager with respect to numerous matters regarding developments in the chapter 11 cases;

f. updating and communicating with the secured lenders of the SPV Entities, including calls and correspondence with counsel regarding settlement proposals and case developments; and

g. attending to case administration tasks, including monitoring the docket and case calendar and attending numerous hearings and status conferences in the chapter 11 cases and pending adversary proceedings.

12. In support of this Application, Simpson Thacher submits its monthly invoices and summary tables for services rendered during the Fourth Interim Period, which are attached hereto as **Exhibits C – E**, and summarized below:

| Exhibit No. | Period Covered | Fees | Expenses | Total Compensation | Total Paid | Remaining Outstanding Balance |
|---|---|---|---|---|---|---|
| **B** | July 1, 2026 – July 31, 2026 | $397,450.50 | $1,717.73 | $399,168.23 | $0.00 | $399,168.23 |
| **C** | Aug. 1, 2026 – Aug. 31, 2026 | $116,314.00 | $384.60 | $116,698.60 | $0.00 | $116,698.60 |
| **D** | Sept. 1, 2026 | $806.50 | $1,943.08 | $2,749.58 | $0.00 | $2,749.58 |
| ***GRAND TOTAL*** | | **$514,571.00** | **$4,045.41** | **$518,616.41** | **$0.00** | **$518,616.41** |

13. Accordingly, through this Application, Simpson Thacher seeks interim allowance and payment of the outstanding balance of **$514,571.00** in fees and **$4,045.41** in expenses incurred but unpaid during the Fourth Interim Period.

## Summary of Prior Monthly Fee Statements and Interim Fee Applications

14. Pursuant to the Interim Compensation Procedures Order, Simpson Thacher submitted monthly fee statements (the "**Monthly Fee Statements**") and interim fee applications [Docket Nos. 1934, 2676, and 3679] (the "**Interim Fee Applications**"). The Monthly Fee Statements and Interim Fee Applications contain detailed daily time logs describing the actual and necessary services provided and expenses incurred by Simpson Thacher during the periods covered thereby. The prior Interim Fee Applications, which were publicly filed and include the applicable Monthly Fee Statements or invoices, are summarized below:

| Exhibit No. | Period Covered | Fees | Expenses | Total Compensation | Total Paid | Remaining Outstanding Balance |
|---|---|---|---|---|---|---|
| **E** | **First Interim Application [Docket No. 1934]** | | | | | |
| | Dec. 7, 2025 – Dec. 31, 2025 | $565,146.50 | $3,948.05 | $569,094.55 | $569,094.55 | $0.00 |
| **F** | **Second Interim Application [Docket No. 2676]** | | | | | |
| | Jan. 1, 2026 – Jan 31, 2026 | $707,661.25 | $6,713.59 | $714,374.84 | $714,374.84 | $0.00 |
| | Feb. 1, 2026 – Feb. 28, 2026 | $343,470.50 | $5,668.53 | $349,139.03 | $349,139.03 | $0.00 |
| | Mar. 1. 2026 – Mar. 31, 2026 | $365,492.50 | $459.10 | $365,951.60 | $365,951.60 | $0.00 |
| **G** | **Third Interim Application [Docket No. 3679]** | | | | | |
| | Apr. 1, 2026 – Apr. 30, 2026 | $241,586.50 | $211.82 | $241,798.32 | $241,798.32 | $0.00 |
| | May 1, 2026 – May 31, 2026 | $328,361.50 | $630.79 | $328,992.29 | $328,992.29 | $0.00 |
| | Jun. 1, 2026 – Jun. 30, 2026 | $267,660.50 | $2,378.12 | $270,038.62 | $270,038.62 | $0.00 |
| **Totals:** | | **$2,819,379.25** | **$20,010.00** | **$2,839,389.25** | **$2,839,389.25** | **$0.00** |

15. Detailed descriptions of the services rendered and out-of-pocket expenses incurred during the Final Fee Period are included in the Monthly Fee Statements and invoices and Interim Fee Applications, which are included in the exhibits hereto and incorporated herein by reference.

16. Simpson Thacher is seeking final allowance of compensation for services rendered in the amount of $3,333,950.25 and reimbursement of actual and necessary out-of-pocket expenses incurred in the amount of $24,055.41, for a total allowance of $3,358,005.66 during the Final Fee Period. To date, Simpson Thacher has received payments in the amount of $2,839,389.25 on account of fees and expenses incurred during the Final Fee Period, with a total unpaid amount of **<u>$518,616.41</u>**.

**<u>Professional Services Rendered and Expenses Incurred During the Final Fee Period</u>**

17. During the Final Fee Period, Simpson Thacher incurred expenses and expended time and rendered services to the SPV Entities in each of the task categories set forth below (the "**Categories**") that were both necessary and beneficial to the SPV Entities and their estates, creditors, and other parties in interest. More detailed and itemized descriptions of the services provided by Simpson Thacher for each of the Categories are set forth in the Monthly Fee

Statements, invoices, and Interim Fee Applications, which are attached hereto and are incorporated herein by reference.

| Task Code | Matter Description | Billed Hours | Fees Requested |
|---|---|---|---|
| AA | Asset Analysis and Recovery | 125.90 | $215,237.00 |
| AD | Asset Disposition | 9.00 | $20,567.00 |
| CA | Case Administration | 257.40 | $391,767.50 |
| CC | Creditor Communications | 127.80 | $282,166.50 |
| CG | Corporate Governance and Board Matters | 204.20 | $355,318.00 |
| CH | Court Hearings | 243.30 | $455,940.00 |
| CM | Claims Administration and Objections | 11.80 | $21,091.50 |
| FA | Fee/Employment Applications | 90.30 | $151,994.50 |
| FI | Financings/Cash Collateral | 3.90 | $7,816.50 |
| IC | Intercompany Issues | 625.40 | $1,246,544.50 |
| LI | Litigation: Contested Matters and Adversary Proceedings | 0.90 | $1,493.50 |
| PL | Plan/Disclosure Statement | 59.50 | $132,859.00 |
| TV | Non-Working Travel Time[2] | 37.90 | $51,154.75 |
| | ***TOTAL:*** | **1,797.30** | **$3,333,950.25** |

| Service Description | Amount |
|---|---|
| Court and Pacer Fees | $1,067.30 |
| Transcripts | $1,737.10 |
| Printing, Word Processing & Document Support | $4,803.52 |
| Online Research Fees | $3,323.88 |
| Local Travel | $1,491.96 |
| Meals – Local | $804.21 |
| **Out-of-Town Travel:** | |
| Transportation (Airfare) | $6,044.00 |
| Out-of-Town Travel | $372.98 |
| Hotel | $3,829.10 |
| Meals | $581.36 |
| ***TOTAL:*** | **$24,055.41** |

[2] Non-working travel time is billed a 50% of applicable hourly rate.

**Good Faith Allocation of Professional Fees and Expenses Incurred for the Final Fee Period**

18. In accordance with the Interim Compensation Procedures Order, Simpson Thacher recorded its time such that fees and expenses could be allocated to each of the SPV Entities, to the extent reasonably allocable. A summary of Simpson Thacher's good faith allocations among the Debtor SPV Entities is included in **Exhibit H** hereto.

**Basis for Allowance of Compensation and Reimbursement of Expenses**

19. Section 331 of the Bankruptcy Code provides for compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation. Section 330(a)(1) of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). In determining the amount of reasonable compensation, the Court considers the nature, extent, and value of such services, taking into account all relevant factors, including those set forth in section 330(a)(3) of the Bankruptcy Code.

20. In *Barron & Newburger, P.C. v. Tex. Skyline, Ltd. (In re Woerner)*, 783 F.3d 266 (5th Cir. 2015), the Fifth Circuit held that a court may allow compensation for services that are "reasonably likely to benefit" the estate, and that a court should adjudge the reasonableness of requested compensation "at the time at which the service was rendered." *Id.* at 273–74. Simpson Thacher submits that the compensation requested in this Application is reasonable and necessary, meets the requirements of section 330 of the Bankruptcy Code as delineated by the Fifth Circuit, and should be approved.

21. Simpson Thacher billed a total of 1,797.30 hours during the Final Fee Period. Simpson Thacher charged the SPV Entities its customary rates for comparable services, as

disclosed in the Retention Application. Simpson Thacher incurred a total of $24,055.41 in actual and necessary expenses on behalf of the SPV Entities during the Final Fee Period. Simpson Thacher charged the actual cost of expenses incurred, without enhancement or other administrative charge.

22. Simpson Thacher has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these cases. No promises have been received by Simpson Thacher or any member thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.

23. Although every effort has been made to include all fees and expenses incurred during the Final Fee Period, some fees and expenses might not be included in this Application due to delays caused by accounting and processing. Simpson Thacher reserves the right to seek allowance of any such fees and expenses, including fees and expenses incurred in connection with the preparation and prosecution of this Application, by supplemental filing or submission in accordance with the Conversion Order. The undersigned has reviewed the requirements of Bankruptcy Local Rule 2016-1 and certifies to the best of his or her information, knowledge, and belief that this Application complies with that Rule.

## Notice

24. Notice of this Application will be served on any party entitled to notice pursuant to Bankruptcy Rule 2002 and any other party entitled to notice pursuant to Bankruptcy Local Rule 9013-1(d).

## Conclusion

WHEREFORE, Simpson Thacher, as counsel to the SPV Entities, respectfully requests that the Court enter an order substantially in the form of the Proposed Order: (a) granting it interim allowance in the amount of **$514,571.00** as compensation for professional services rendered and **$4,045.41** for reimbursement of expenses incurred during the Fourth Interim Period; (b) granting it final allowance in the amount of **$3,333,950.25** as compensation for professional services rendered and **$24,055.41** for reimbursement of expenses incurred during the Final Fee Period, inclusive of all amounts previously allowed on an interim basis; (c) authorizing the Debtors to disburse to Simpson Thacher the difference between the amounts allowed and any amounts previously paid, currently **$518,616.41**; (d) allowing, on an interim basis in accordance with the Conversion Order, **$45,000.00** as an estimate in connection with preparation of this Application, and (e) granting such other further relief as this Court deems proper.

Respectfully submitted this 16th day of October 2026.

**FISHEL LAW GROUP**

By:
*/s/ Michael Fishel*___________________
Michael Fishel (Texas Bar No. 24082998)
602 Sawyer, Suite 400
Houston, Texas 77007
Telephone: (713) 294-0379
Email: Michael@fishellawgroup.com

and

**SIMPSON THACHER & BARTLETT LLP**

Bryce L. Friedman (admitted *pro hac vice*)
David R. Zylberberg (admitted *pro hac vice*)
Nicholas E. Baker (admitted *pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Email: bfriedman@stblaw.com
david.zylberberg@stblaw.com
nbaker@stblaw.com

*Attorneys for the SPV Entities*

**Certificate of Service**

The undersigned hereby certifies that on the 16th day of October 2026, he caused a true and correct copy of the foregoing document by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Michael Fishel*
Michael Fishel