# <u>Exhibit A</u>

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | (Previously Chapter 11) |
| FIRST BRANDS GROUP, LLC, *et al.*, | ) | |
| | ) | Case No. 25-90399 (CML) |
| Debtors.[1] | ) | (Jointly Administered) |

**ORDER GRANTING FOURTH INTERIM AND FINAL FEE APPLICATION OF SIMPSON THACHER & BARTLETT LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE SPV ENTITIES FOR THE FOURTH INTERIM PERIOD OF JULY 1, 2026, THROUGH SEPTEMBER 1, 2026, AND THE FINAL FEE PERIOD OF DECEMBER 7, 2025, THROUGH SEPTEMBER 1, 2026**

The Court has considered the *Fourth Interim and Final Fee Application of Simpson Thacher & Bartlett LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to the SPV Entities for the Fourth Interim Period of July 1, 2026, through September 1, 2026, and the Final Fee Period of December 7, 2025, through September 1, 2026* (the "**Application**") filed by Simpson Thacher & Bartlett LLP (the "**Applicant**"). The Court orders:

1. The Applicant is allowed (a) compensation and reimbursement of expenses in the amount of **$3,358,005.66** for the Final Fee Period set forth in the Application, inclusive of interim

---

1 A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for the chapter 7 estates of Viceroy Private Capital, LLC, First Brands Group Holdings, LLC ("FBGH"), and FBGH's Debtor subsidiaries is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002. The service address for the chapter 7 estates of Global Assets LLC, Global Lease Assets Holdings, LLC, Carnaby Capital Holdings, LLC, Broad Street Financial Holdings, LLC, Broad Street Financial, LLC, Carnaby Inventory II, LLC, Carnaby Inventory Holdings II, LLC, Carnaby Inventory III, LLC, Carnaby Inventory Holdings III, LLC, Carnaby Capital, LLC, Global Assets GmbH, and Eagle Casting Holdings, LLC is Ronald J. Sommers, Chapter 7 Trustee c/o Jones Murray LLP, Erin E. Jones, 602 Sawyer, Suite 400 Houston, Texas 77007. The service address for the chapter 7 estates of Carnaby IV, LLC, Carnaby IV Holdings, LLC, Carnaby FA, LLC, and Carnaby FA Holdings LLC is Catherine Stone Curtis, McGinnis Lochridge P.O. BOX 720788, McAllen, Texas 78504.

compensation and reimbursement of expenses in the amount of **$518,616.41** for the Fourth Interim Period, and (b) interim compensation of **$45,000.00** as an estimate in connection with preparation of the Application.

2. The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis, other than compensation allowed with respect to preparation of the Application, which is approved on an interim basis.

3. The Debtors, as applicable, are hereby authorized and directed to disburse the unpaid amount of compensation and expenses sought under this Application.

Signed: __________, 2026

________________________________________
Honorable Christopher Lopez
United States Bankruptcy Judge