# Exhibit D

## Simpson Thacher Monthly Invoice & Summaries
## (September 1, 2026)

## Summary of Fees by Professional

| Name of Professional | Department | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Fogg, Taylor | Corporate | 2024 | $1,235.00 | 0.20 | $247.00 |
| Foust, Rachael | Corporate | 2018 | $1,865.00 | 0.30 | $559.50 |
| | **ASSOCIATE** | | | **0.50** | **$806.50** |
| | **Total** | | | **0.50** | **$806.50** |

## Summary of Expenses

| Service Description | Amount |
|---|---|
| Court and Pacer Fees | $1.60 |
| Transcripts | $1,406.50 |
| Printing, Word Processing & Document Support | - |
| Online Research Fees | - |
| Local Travel | $84.54 |
| Meals – Local | - |
| **Out-of-Town Travel:** | |
| Transportation (Airfare) | - |
| Out-of-Town Travel | - |
| Hotel | $450.44 |
| Meals | - |
| ***TOTAL:*** | **$1,943.08** |

Invoice No. 010713306

October 15, 2026

SUBCOMMITTEE OF BOARD OF VICEROY PRIVATE CAPITAL

Simpson Thacher & Bartlett LLP
425 Lexington Avenue, New York, New York 10017-3954

| | |
|---|---|
| For all professional services rendered and recorded through September 1, 2026, in connection with First Brands RX. | $806.50 |
| Disbursements and Other Charges | $1,943.08 |
| **AMOUNT DUE** | **$2,749.58** |

| | |
|---|---|
| TAX IDENTIFICATION NUMBER: | 13-5395280 |
| REMITTANCE FOR PAYMENT BY CHECK: | SIMPSON THACHER & BARTLETT LLP<br>P. O. BOX 29008<br>NEW YORK, NEW YORK 10087-9008 |
| OR FOR PAYMENT BY WIRE/ACH: | JPMORGAN CHASE, 270 PARK AVENUE, NEW YORK CITY<br>FOR THE ACCOUNT OF<br>SIMPSON THACHER & BARTLETT LLP<br>ACCOUNT #127057338<br>ABA #021000021<br>SWIFT CODE : CHASUS33<br>PLEASE CONFIRM WIRE INSTRUCTIONS BY CALLING ACCOUNTS RECEIVABLE DEPARTMENT 212-455-2344<br><br>SEND REMITTANCE AND ALL OTHER INQUIRIES TO<br>LIST-ACCOUNTSRECEIVABLE@LISTS.STBLAW.COM |

PLEASE REFERENCE THE INVOICE NUMBER ABOVE WITH YOUR REMITTANCE

CLIENT: 006592 SUBCOMMITTEE OF BOARD OF VICEROY PRIVATE CAPITAL
MATTER: 0001 FIRST BRANDS RX

| Timekeeper Name | Date | Description | Hours | Amount |
|---|---|---|---|---|
| **CA - Case Administration** | | | | |
| Fogg, Taylor | 09/01/26 | Review 9/1 docket filings. | 0.20 | 247.00 |
| Foust, Rachael | 09/01/26 | Review conversion order and correspond internally and with Weil re same | 0.30 | 559.50 |
| **CA - Case Administration Total** | | | **0.50** | **806.50** |
| **TOTAL** | | | **0.50** | **$806.50** |

| Disbursement Category | Timekeeper | Date | Description | Amount |
|---|---|---|---|---|
| Hotel | Baker, Nicholas | 07/28/26 | NICHOLAS BAKER - ; Lodging in Texas for First Brands' confirmation hearing. American Express: JW Marriott Houston Houston TX American Express: JW Marriott Houston Houston TX Jul 28, 2026; Nicholas Baker 11363. | 450.44 |
| Trial transcripts | Zylberberg, David | 07/28/26 | VERITEXT CORP. - Transcript - Jennifer Malow (Blank Rome) David Zylberberg 17941 - Inv. #:9472225 Inv.Date:073126 | 427.75 |
| Local travel | Baker, Nicholas | 07/29/26 | NICHOLAS BAKER - ; Local taxi from hotel in Houston. American Express: TAXI New York NY American Express: TAXI New York NY Jul 29, 2026; Nicholas Baker 11363. | 84.54 |
| Trial transcripts | Zylberberg, David | 07/29/26 | VERITEXT CORP. - Transcript - Jacob Rhine Herz (Orrick) David Zylberberg 17941 - Inv. #:9476894 Inv.Date:080426 | 465.45 |
| Trial transcripts | Zylberberg, David | 07/30/26 | VERITEXT CORP. - Transcript - Charles Kelley David Zylberberg 17941 - Inv. #:9490260 Inv.Date:081026 | 513.30 |
| Pacer | Hartofilis, Peter | 09/01/26 | Court: TXSDC Description: Docket Report Search: 4:26-cv-00073 Start date: 04/07/2026 | 0.10 |
| Pacer | Hartofilis, Peter | 09/01/26 | Court: TXSDC Description: Docket Report Search: 4:26-cv-00073 Start date: 04/07/2026 | 0.10 |
| Pacer | Hartofilis, Peter | 09/01/26 | Court: TXSBK Description: Docket Report Search: 25-03803 Fil or Ent: filed From: 07/23/2026 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included | 0.20 |
| Pacer | Hartofilis, Peter | 09/01/26 | Court: NYSDC Description: Docket Report Search: 1:26- | 0.10 |

CLIENT: 006592 SUBCOMMITTEE OF BOARD OF VICEROY PRIVATE CAPITAL
MATTER: 0001 FIRST BRANDS RX

| Disbursement Category | Timekeeper | Date | Description | Amount |
|---|---|---|---|---|
| | | | cr-00029-AT Start date: 08/31/2026 | |
| Pacer | Hartofilis, Peter | 09/01/26 | Court: TXSBK Description: Docket Report Search: 25-03800 Fil or Ent: filed From: 08/17/2026 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included | 0.20 |
| Pacer | Hartofilis, Peter | 09/01/26 | Court: TXSBK Description: Docket Report Search: 25-03803 Fil or Ent: filed From: 07/23/2026 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included | 0.20 |
| Pacer | Hartofilis, Peter | 09/01/26 | Court: TXSBK Description: Docket Report Search: 25-03803 Fil or Ent: filed From: 07/23/2026 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included | 0.20 |
| Pacer | Hartofilis, Peter | 09/01/26 | Court: NYSDC Description: Docket Report Search: 1:26-cr-00029-AT Start date: 08/31/2026 | 0.10 |
| Pacer | Hartofilis, Peter | 09/01/26 | Court: TXSBK Description: Docket Report Search: 25-03800 Fil or Ent: filed From: 08/17/2026 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included | 0.20 |
| Pacer | Hartofilis, Peter | 09/01/26 | Court: TXSBK Description: Docket Report Search: 25-03800 Fil or Ent: filed From: 08/17/2026 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included | 0.20 |

**TOTAL** **$1,943.08**