# Exhibit H

## Good Faith Allocation by Debtor SPV Entity

| Debtor SPV Entity | Fees | Expenses[1] | Total |
|---|---|---|---|
| Viceroy Private Capital, LLC | $444,602.32 | $1,145.50 | **$445,747.82** |
| Carnaby Capital, LLC | $239,035.25 | $1,145.50 | **$240,180.75** |
| Global Lease Assets Holdings, LLC[2] | $0.00 | $1,145.49 | **$1,145.49** |
| Broad Street Financial Holdings, LLC | $88,535.16 | $1,145.50 | **$89,680.66** |
| Broad Street Financial, LLC | $88,535.16 | $1,145.49 | **$89,680.65** |
| Carnaby Capital Holdings, LLC | $239,035.26 | $1,145.49 | **$240,180.75** |
| Global Assets GmbH | $214,371.78 | $1,145.50 | **$215,517.28** |
| Global Assets LLC | $214,371.78 | $1,145.49 | **$215,517.27** |
| Carnaby Inventory Holdings II, LLC | $56,683.61 | $1,145.50 | **$57,829.11** |
| Carnaby Inventory Holdings III, LLC | $56,683.60 | $1,145.50 | **$57,829.10** |
| Carnaby Inventory II, LLC | $56,683.61 | $1,145.49 | **$57,829.10** |
| Carnaby Inventory III, LLC | $56,683.60 | $1,145.50 | **$57,829.10** |
| Carnaby FA Holdings, LLC | $239,035.26 | $1,145.49 | **$240,180.75** |
| Carnaby FA, LLC | $239,035.24 | $1,145.50 | **$240,180.74** |
| Carnaby Inventory Holdings IV, LLC | $239,035.26 | $1,145.50 | **$240,180.76** |
| Carnaby Inventory IV, LLC | $239,035.25 | $1,145.49 | **$240,180.74** |
| Eagle Casting Holdings, LLC | $239,035.26 | $1,145.50 | **$240,180.76** |
| Patterson Inventory Holdings, LLC | $95,888.22 | $1,145.49 | **$97,033.71** |
| Patterson Inventory, LLC | $95,888.21 | $1,145.50 | **$97,033.71** |
| Starlight Inventory Holdings I, LLC | $95,888.21 | $1,145.49 | **$97,033.70** |
| Starlight Inventory I, LLC | $95,888.21 | $1,145.50 | **$97,033.71** |
| **Total:** | **$3,333,950.25** | **$24,055.41** | **$3,358,005.66** |

[1] Expenses allocated *pro-rata*.

[2] Not an obligor.