# EXHIBIT A

## CERTIFICATION OF Damon Goduto REGARDING COMPLIANCE WITH FEE GUIDELINES

I, Damon Goduto, hereby certify as follows:

I am the Founding Partner of Lineal Services, LLC ("Lineal"), the eDiscovery, digital forensics, and technical support services provider to the Examiner appointed in the above-captioned cases (the "Examiner"). I am authorized to submit this certification on behalf of Lineal.

This certification is provided pursuant to: (a) the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, promulgated by the Office of the United States Trustee (the "U.S. Trustee Fee Guidelines"); and (b) the procedures and requirements applicable in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, including the Bankruptcy Local Rules, where applicable (collectively, the "Local Rules and Procedures").

I have reviewed the First and Final Fee Application of Lineal Services, LLC, Electronic Discovery Service Provider to the Examiner, for the Period from January 5, 2026 through and including March 31, 2026 (the "Application"). In connection with its preparation, I have exercised reasonable diligence to ensure that the Application complies, in all material respects, with the U.S. Trustee Fee Guidelines and the Local Rules and Procedures, including those governing fee applications in complex chapter 11 cases.

To the best of my knowledge, information, and belief, formed after reasonable inquiry:

**Timekeeping and Billing Judgment.** Lineal's time records were recorded contemporaneously and describe the services provided with sufficient detail to permit meaningful review. The services for which compensation is sought were actually rendered and were reasonable, necessary, and beneficial when performed. Lineal exercised appropriate billing judgment, including the exclusion or reduction of excessive, duplicative, or non-compensable time.

**Staffing and Efficiency.** Work was assigned to appropriate levels of personnel with due regard for efficiency and cost, and Lineal made reasonable efforts to avoid duplicating services provided by the Examiner's other professionals, as required by paragraph 4 of the Retention Order.

**Expenses.** The expenses requested are actual and necessary expenses incurred in connection with Lineal's services to the Examiner, are appropriately documented, are reasonable in amount, and are not of a type ordinarily considered overhead.

**Rates.** The rates charged by Lineal are those set forth in the Engagement Letter approved by the Retention Order, are consistent with the rates Lineal charges for comparable services in non-bankruptcy matters, and are reasonable under the circumstances. Lineal did not increase its rates during the Compensation Period.

**No Billing of Non-Compensable Activities.** The Application does not seek compensation for services that are clerical in nature or otherwise non-compensable under applicable law, the U.S. Trustee Fee Guidelines, or the Local Rules and Procedures.

**Fee Sharing.** No agreement or understanding exists for the sharing of compensation with any other entity, except as permitted by section 504 of the Bankruptcy Code.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: October 16, 2026

Atlanta, GA

/s/ Damon Goduto
Damon Goduto
Founding Partner, Lineal Services, LLC