**EXHIBIT B**

**SUMMARY OF FEES AND EXPENSES FOR THE COMPENSATION PERIOD**

## 1. Fees and Expenses by Month

| Month | Fees Incurred | Fees Paid (80%) | Lineal Holdback (20%) | Expenses Incurred and Paid (100%) | Total Paid |
|---|---|---|---|---|---|
| January 2026 | $212,365.00 | $169,892.00 | $42,473.00 | $87,408.87 | $257,300.87 |
| February 2026 | $80,581.25 | $64,465.00 | $16,116.25 | $113,825.02 | $178,290.02 |
| March 2026 | $1,065.00 | $852.00 | $213.00 | $73,209.88 | $74,061.88 |
| April 2026 | $ 1,215.00 | $0 | NA | $ 73,209.88 (unpaid) | $0 |
| May 2026 | $ 67.50 | $0 | NA | $ 15,016.94 (unpaid) | $0 |
| June 2026 | $0 | $0 | NA | $ 15,016.94 (unpaid) | $0 |
| July 2026 | $0 | $0 | NA | $ 15,016.94 (unpaid) | $0 |
| August 2026 | $0 | $0 | NA | $ 15,016.94 (unpaid) | $0 |
| **Total** | **$295,293.75** | **$235,209.00** | **$58,802.25** | **$407,721.41 (total of paid and unpaid)** | **$509,652.77** |

Payment of $509,652.77 was received by Lineal by electronic funds transfer on June 2, 2026.

## 2. Rates Under the Engagement Letter

| Service | Rate | Unit |
|---|---|---|
| Forensics (scoping, collection, consultancy, extraction, imaging, analysis) | $300.00 | Per hour |
| Expert consulting (expert analysis, testimony, affidavits) | $375.00 | Per hour |
| Review workflow and analytics consulting | $275.00 | Per hour |

| Service | Rate | Unit |
|---|---|---|
| Project management | $225.00 | Per hour |
| Project analyst / technical time | $150.00 | Per hour |
| Forensic travel time | $150.00 | Per hour |
| Document review management | $125.00 | Per hour |
| US document review (first pass and QC) | $55.00 | Per hour |
| RelativityOne data hosting (includes processing, analytics, productions) | $8.00 | Per GB per month |
| RelativityOne data processing | $15.00 | Per GB |
| Nuix data processing | $30.00 | Per GB |
| AI data processing (Relativity aiR, Discernis, eDiscovery Ai) | $0.09 | Per document |
| RelativityOne users | $40.00 | Per user per month |
| Cellebrite Elite collections | $1,500.00 | Per device |
| Hard drive for data transfers | $200.00 | Per drive |
| Managed review, Amplify model: document analysis / full review | $0.25 / $1.00 | Per document reviewed |

## 3. Lineal Professionals Who Performed Services

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Name | Title / Role | Rate | Hours | Amount |
|---|---|---|---|---|
| Snyder, Amy | Document review management | $ 125.00 | 3.25 | $ 406.25 |
| Keck, Andrew | Expert Consulting - Travel Time | $ 187.50 | 8 | $ 1,500.00 |
| Keck, Andrew | Expert Consulting | $ 375.00 | 4 | $ 1,500.00 |
| Peters, Andrew | Forensics Services - Travel Time | $ 150.00 | 12.4 | $ 1,860.00 |
| Shah, Suraj | Forensics Services - Travel Time | $ 150.00 | 13 | $ 1,950.00 |
| Shil, Sribash | Forensics Services - Travel Time | $ 150.00 | 14 | $ 2,100.00 |
| Granadillo, Raul | Forensics Services | $ 50.00 | 20 | $ 1,000.00 |
| Chong, Jay | Forensics Services | $ 300.00 | 7.3 | $ 2,190.00 |
| Collins, Laura | Forensics Services | $ 300.00 | 47.5 | $ 14,250.00 |
| Feist, Sam | Forensics Services | $ 300.00 | 74.6 | $ 22,380.00 |
| Foley, Eric | Forensics Services | $ 300.00 | 16 | $ 4,800.00 |
| Goduto, Damon | Forensics Services | $ 300.00 | 65.3 | $ 19,590.00 |
| Kansara, Pranav | Forensics Services | $ 300.00 | 3.5 | $ 1,050.00 |
| Keck, Andrew | Forensics Services | $ 300.00 | 33.5 | $ 10,050.00 |
| Krunal Modi | Forensics Services | $ 300.00 | 19.8 | $ 5,940.00 |
| Missumi, Rodrigo | Forensics Services | $ 300.00 | 6.7 | $ 2,010.00 |
| Modi, Krunal | Forensics Services | $ 300.00 | 60.3 | $ 18,090.00 |
| Pandya, Jaymin | Forensics Services | $ 300.00 | 15.5 | $ 4,650.00 |
| Peng Wong, Chee | Forensics Services | $ 300.00 | 28 | $ 8,400.00 |
| Peters, Andrew | Forensics Services | $ 300.00 | 39 | $ 11,700.00 |
| Shah, Suraj | Forensics Services | $ 300.00 | 21.6 | $ 6,480.00 |
| Shil, Sribash | Forensics Services | $ 300.00 | 84.1 | $ 25,230.00 |
| Sleight, Ryan | Forensics Services | $ 300.00 | 2.2 | $ 660.00 |
| Ukey, Ankit | Forensics Services | $ 300.00 | 29.7 | $ 8,910.00 |
| Vaidya, Sachin | Forensics Services | $ 300.00 | 13.7 | $ 4,110.00 |
| Abebe, DJ | Project analyst | $ 150.00 | 52.6 | $ 7,890.00 |
| Butler, Carol | Project analyst | $ 150.00 | 10 | $ 1,500.00 |
| Chau, Sydney | Project analyst | $ 150.00 | 3.7 | $ 555.00 |
| Christian, Johny | Project analyst | $ 150.00 | 3.7 | $ 555.00 |
| Darshil Patel | Project analyst | $ 150.00 | 6 | $ 900.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Elliot, Tom | Project analyst | $ | 150.00 | 0.5 | $ | 75.00 |
| Foley, Eric | Project analyst | $ | 150.00 | 4 | $ | 600.00 |
| Gotla, Vijayababu | Project analyst | $ | 150.00 | 1.2 | $ | 180.00 |
| Hurst, Mark | Project analyst | $ | 150.00 | 0.6 | $ | 90.00 |
| Jyoti, Jyoti | Project analyst | $ | 150.00 | 0.8 | $ | 120.00 |
| Kansara, Pranav | Project analyst | $ | 150.00 | 11.5 | $ | 1,725.00 |
| Keck, Andrew | Project analyst | $ | 150.00 | 8 | $ | 1,200.00 |
| Kee Jing Kai, Melvin | Project analyst | $ | 150.00 | 2.5 | $ | 375.00 |
| Khan, Sarfraj | Project analyst | $ | 150.00 | 7.9 | $ | 1,185.00 |
| Madhubabu Kalapala | Project analyst | $ | 150.00 | 3.5 | $ | 525.00 |
| Mahajan, Pavan | Project analyst | $ | 150.00 | 6.1 | $ | 915.00 |
| McCullough, Ian | Project analyst | $ | 150.00 | 4.1 | $ | 615.00 |
| Miles, John | Project analyst | $ | 150.00 | 0.3 | $ | 45.00 |
| Nayee, Sapna | Project analyst | $ | 150.00 | 2.4 | $ | 360.00 |
| Nelson, Christian | Project analyst | $ | 150.00 | 10.4 | $ | 1,560.00 |
| Palivela Srikrishna | Project analyst | $ | 150.00 | 5 | $ | 750.00 |
| Panchal, Rakshit | Project analyst | $ | 150.00 | 11.2 | $ | 1,680.00 |
| Pandya, Jaymin | Project analyst | $ | 150.00 | 14.2 | $ | 2,130.00 |
| Patel, Darshil | Project analyst | $ | 150.00 | 3.8 | $ | 570.00 |
| Patel, Palak | Project analyst | $ | 150.00 | 0.6 | $ | 90.00 |
| Patel, Smit | Project analyst | $ | 150.00 | 3.9 | $ | 585.00 |
| Mahajan, Pavan | Project analyst | $ | 150.00 | 6.6 | $ | 990.00 |
| Sleight, Ryan | Project analyst | $ | 150.00 | 7.3 | $ | 1,095.00 |
| Sojaliya, Jignesh | Project analyst | $ | 150.00 | 18.8 | $ | 2,820.00 |
| Tarver, Neal | Project analyst | $ | 150.00 | 3.3 | $ | 495.00 |
| Ukey, Ankit | Project analyst | $ | 150.00 | 5.8 | $ | 870.00 |
| Vaidya, Sachin | Project analyst | $ | 150.00 | 14.9 | $ | 2,235.00 |
| Valluru, Pradeep | Project analyst | $ | 150.00 | 2.9 | $ | 435.00 |
| Vasani, Shailesh | Project analyst | $ | 150.00 | 2.2 | $ | 330.00 |
| Veera Rajesh, Peyyala | Project analyst | $ | 150.00 | 1.4 | $ | 210.00 |
| Agu, Lydia | Project management | $ | 225.00 | 0.6 | $ | 135.00 |

| | | | | |
|---|---|---|---|---|
| Briers, Bianca | Project management | $ 225.00 | 0.8 | $ 180.00 |
| Chau, Sydney | Project management | $ 225.00 | 32.7 | $ 7,357.50 |
| Hay, Sydnie | Project management | $ 225.00 | 108.7 | $ 24,457.50 |
| Jyoti, Jyoti | Project management | $ 225.00 | 1 | $ 225.00 |
| Leung, Ceci | Project management | $ 225.00 | 7.1 | $ 1,597.50 |
| Mehboob, Gulpanrha | Project management | $ 225.00 | 1 | $ 225.00 |
| Nelson, Christian | Project management | $ 225.00 | 182.1 | $ 40,972.50 |
| OBrien, Kim | Project management | $ 225.00 | 0.5 | $ 112.50 |
| Patel, Palak | Project management | $ 225.00 | 8.9 | $ 2,002.50 |
| Peters, Andrew | Project management | $ 225.00 | 2.5 | $ 562.50 |
| Singh, Amit | Project management | $ 225.00 | 1 | $ 225.00 |
| Tarver, Neal | Project management | $ 225.00 | 0.5 | $ 112.50 |
| Yang, Lexus | Project management | $ 225.00 | 0.3 | $ 67.50 |
| **Total** | | **$ 202.53** | **1232.35** | **$ 295,293.75** |