# EXHIBIT C

## COMPARABLE RATE DISCLOSURES

The rates charged by Lineal during the Compensation Period are the rates set forth in the Engagement Letter, which was approved by the Retention Order. Lineal's hourly rates for professional services ranged from $50.00 to $375.00 per hour. [Lineal's standard rates for comparable services provided to non-bankruptcy clients in 2026 are $$150 to $400 per hour, with an average of $227.01 per hour.] The blended hourly rate for all Lineal professionals who rendered services to the Examiner during the Compensation Period was [$202.53].