**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | **(Previously Chapter 11)** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**FINAL ORDER ALLOWING COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES OF LAZARD FRÈRES & CO. LLC, AS INVESTMENT BANKER FOR THE DEBTORS**

The Court has considered the *Fourth Interim and Final Fee Application of Lazard Frères & Co. LLC, as Investment Banker for the Debtors* (the "**Application**"), filed by Lazard Frères & Co. LLC ("**Applicant**"), as investment banker to the chapter 11 debtors in the above-captioned cases (collectively, the "**Debtors**"). The Court orders:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $38,887,880.18 for the period set forth in the Application.

2. The compensation and reimbursement of expenses allowed in this Order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

3. The Debtors are authorized to disburse any unpaid amounts allowed pursuant to this Order.

4. Nothing herein, including entry of this Order and/or the payment of fees/expenses pursuant to this Order (or any other previously entered order of this Court), shall be deemed or implied to bar, waive, or prevent the FBG Debtors' estates and/or the DIP Secured

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.

Parties from asserting any and all claims or causes of action against any other party for the reimbursement of amounts incurred by non-DIP Loan Parties and paid to Applicant under the Final DIP Order. Nothing in this Order shall be deemed or implied to waive any surcharge or other rights of the FBG Debtors' estates and/or the DIP Secured Parties against any other party, including the estates and/or lenders of any non-DIP Loan Party.

Dated: ____________________, 2026
Houston, Texas

________________________________________
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE