**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**EDWARD JAMES' WITNESS AND EXHIBIT LIST**
**FOR HEARING ON OCTOBER 20, 2026**

Edward James ("Mr. James") files this this witness and exhibit list for the hearing on the *Motion for Entry of an Order (I) Clarifying that the May 29, 2026 Order (Dkt. No. 2845) Modifies the Automatic Stay to Authorize Payments by the Excess ABC Insurers, or Alternatively (II) Authorizing, and, to the Extent Necessary, Modifying the Automatic Stay to Allow the Excess ABC Insurers to Make Payments, Including the Advancement of Defense Costs, of Insured Persons* (Dkt. No. 3669) to be held on October 20, 2026, at 10:00 a.m. (prevailing Central Time) (the "Hearing") before the Honorable Judge Christopher M. Lopez, United States Bankruptcy Judge, as follows:

**WITNESSES**

Mr. James may call any of the following witnesses at the Hearing:

1. Any witnesses listed or called by any other party; and
2. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other parties.

[1] A complete list of the chapter 11 Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The address of the Debtors' corporate headquarters is 127 Public Square, Suite 5300, Cleveland, OH 44114.

## EXHIBITS

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED / NOT ADMITTED |
|---|---|---|---|---|
| 1. | Letter from Beazley Insurance Company, Inc., dated October 6, 2026 [Filed under seal] | | | |
| 2. | Any document or pleaded filed in the above-captioned cases | | | |
| 3. | Any exhibit identified or offered by any other party | | | |
| 4. | Rebuttal or impeachment exhibits (if any) | | | |

## RESERVATION OF RIGHTS

Mr. James reserves his right to supplement or amend this Witness and Exhibit List at any time before the Hearing.

Dated: October 16, 2026.

Respectfully submitted,

**BRACEWELL LLP**

*/s/ Rachel B. Goldman*

Rachel B. Goldman (admitted *pro hac vice*)
David A. Shargel (admitted *pro hac vice*)
Mark Wulfe (Texas Bar No. 24088381)
31 West 52nd Street
New York, New York 10019
Telephone: 212-408-6100
Email: rachel.goldman@bracewell.com
Email: david.shargel@bracewell.com
Email: mark.wulfe@bracewell.com

*Attorneys for Edward James*

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 16, 2026, I caused a true and correct copy of the foregoing document to be served by electronic mail via the Court's ECF system on all parties authorized to receive electronic notice in this case.

*/s/ Rachel B. Goldman*
Rachel B. Goldman

# EXHIBIT 1

# FILED UNDER SEAL