# Exhibit 1

# Hilco Global and SB360 Engaged to Market and Sell Inventory Assets and Machinery & Equipment for First Brands Group

NORTHBROOK, IL — April 30, 2026 — A joint venture of **SB360 Capital Partners** and Hilco Global is selling highly-desirable First Brands Group's inventory and Machinery & Equipment ("M&E") from select business units. Prior to its chapter 11 proceedings, First Brands Group was one of the automotive aftermarket industry's largest and most recognized independent parts manufacturers and distributors selling to blue chip companies like GM, Nissan, Napa, and O'Reilly Auto Parts.

Hilco Global and SB360 are conducting a full-scale marketing effort to qualify prospective buyers for the available inventory and M&E, which spans multiple well-known and in-demand brands including Cardone, Raybestos, Autolite, and Trico, amongst others. The sale is a rare opportunity for automotive parts competitors, distributors, wholesalers, retailers, and resellers to acquire market share through acquired production facilities and/or by purchasing premium-branded products at compelling values.

**Brands Available for Purchase**
The inventory available for sale encompasses product lines from some of the most trusted names in the automotive aftermarket industry, including:

**Brakes**
Braking and steering components including rotors, friction, hardware & hydraulics, boosters, calipers and electronics, notable brands include:

- Cardone
- Centric
- International Brake Industries (IBI)
- Raybestos
- StopTech

**Maintenance Parts (Filters and Plugs)**

- Autolite – spark plugs;
- Champion Lab – automotive, heavy-duty, industrial, and private label filtration products;
- Fram – 'Do it yourself' oil, engine air, fuel, and cabin filters; and
- Trico – full portfolio of premium beam, hybrid, conventional, winter, and rear wiper blades.

**Towing and Trailer Equipment**

- Hopkins – towing after-market accessories, winter tools, auxiliary lighting, safety products, fluid management and cleaning accessories; and
- StrongArm – gas springs and lift support products.

"These are category-defining brands with deep market penetration and loyal customer bases," said a representative at Hilco Global. "Our teams bring decades of experience executing large-scale inventory disposition programs, and we are committed to connecting these high-quality products with the right buyers."

**M&E Available for Purchase**
The M&E available for sale offers the opportunity for buyers to purchase turn-key operations. Key equipment available for sale includes:

- Plastic Manufacturing: Injection Molding, Blow Molding Extrusion
- Rubber Manufacturing
- Foundry
- CNC Machining
- Stamping
- Wire Manufacturing
- Assembly
- Paper Filter Production

In addition to the asset sales, the joint venture is providing support to manage and collect outstanding accounts receivables and advising on the overall wind-down of discontinued business units.

**Parties interested in inventory and/or M&E are encouraged to contact FirstBrandsLiquidation@Hilcoglobal.com**

***About First Brands Group*** – First Brands Group™ is a global automotive parts company that develops, markets and sells premium products through a portfolio of market-leading brands including: Raybestos® complete brake solutions, Centric Parts® replacement brake components, StopTech® performance brakes, FRAM® filtration products, Luber-finer® filtration products, TRICO® wiper blades, ANCO® wiper blades, Michelin® licensed wiper blades, Carter® fuel and water pumps, Autolite® spark plugs, StrongArm® lift supports, Carlson® brake hardware, CARDONE® new and remanufactured replacement parts, and a towing & trailering portfolio composed of REESE®, DRAWTITE®, BULLDOG®, TEKONSHA®, FULTON®, Westfalia® along with Hopkins® universal owned and licensed brands and Philips® licensed aftermarket lighting. The First Brands Group™ portfolio of world-class brands offers best-in-class technology, industry-leading engineering capabilities and superior customer service.

***About SB360 Capital Partners*** – SB360 Capital Partners (**sb360.com**), a Schottenstein Affiliate, is a premier retail advisory, asset monetization, and equity investment firm serving businesses across North America. The firm invests equity capital to support growth opportunities, fund business turnarounds, and provide liquidity to businesses navigating change. SB360 encompasses business groups involved in advisory services, asset disposition, luxury diamond and jewelry assets, new store sets, and commercial real estate advisory and investment. The firm's lending arm, Second Avenue Capital Partners, provides asset-based loans for middle-market companies. SB360's principals hold extensive financial interests in internationally recognized retail and wholesale companies, consumer brands, financial service operations, and commercial, residential and industrial real estate properties.

***About Hilco Global*** – Hilco Global, a subsidiary of ORIX Corporation USA, is a diversified financial services company that delivers integrated professional services and capital solutions helping clients maximize value and drive performance across the retail, commercial and industrial, real estate, manufacturing, brand and intellectual property sectors, and more. Hilco Global provides a range of customized solutions to healthy, stressed, and distressed companies to resolve complex situations and enhance long-term enterprise value. Hilco Global works to deliver the best possible result by aligning interests with clients and providing strategic advice and, in many instances, the capital required to complete the deal. Hilco Global is based in Northbrook, Illinois and

has more than 810 professionals operating on four continents. Visit www.hilcoglobal.com.

BACK TO ALL NEWS

A SCHOTTENSTEIN AFFILIATE

**Headquarters**
75 Second Avenue, Suite 570
Needham, Massachusetts 02494
516.829.2400

**info@sb360.com**



Copyright © 2026 SB360 Capital Partners, LLC. All Rights Reserved. | Privacy Notice