# Exhibit 9
# FILED UNDER SEAL

## PURSUANT TO PROTECTIVE ORDER
## (Case No. 25-90399, Docket No. 408)