**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| FIRST BRANDS GROUP, LLC, *et al.*, | ) | Case No. 25-90399 (CML) |
| Debtors.[1] | ) | Jointly Administered |
| In re: | ) | Chapter 7 |
| PATTERSON INVENTORY, LLC, *et al.*, | ) | Case No. 25-90392 (CML) |
| Debtors.[2] | ) | Jointly Administered |

**WITNESS AND EXHIBIT LIST OF EVOLUTION AND RONALD J. SOMMERS**
**FOR THE OMNIBUS HEARING ON OCTOBER 21, 2026**

Evolution Credit Partners ("Evolution")[3] and Ronald J. Sommers, the Chapter 7 Trustee for the bankruptcy estates of the Evolution SPV Debtors[4] file this Witness and Exhibit List for the Omnibus Hearing scheduled on October 21, 2026, at 9:00 a.m. (prevailing Central Time), wherein the following motions will be heard:

i. Case No. 25-90399, Docket No. 3144, *Emergency Motion of Evolution Credit Partners to Compel Segregation and Turnover of Post-Petition Accounts Receivable Collected*, dated July 8, 2026;

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Patterson Inventory, LLC (2872) (Case No. 25-90392); Patterson Inventory Holdings, LLC (0079) (Case No. 2590393); Starlight Inventory I, LLC (6698) (Case No. 25-90394); and Starlight Inventory Holdings I, LLC (6472) (Case No. 25-90395). The Debtors' mailing address is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[3] "Evolution" means, collectively, Evolution Credit Opportunity Master Fund II-B, L.P., Evolution Credit Partners Trade Finance Master L.P., and Evolution Credit Opportunity Master Fund III-B, LP.

[4] The "Evolution SPV Debtors" mean, collectively, Patterson Inventory Holdings, LLC, Patterson Inventory, LLC, Starlight Inventory Holdings I, LLC, and Starlight Inventory I, LLC.

ii. Case No. 25-90399, Docket No. 3792, *Emergency Motion of Evolution Credit Partners to Compel Turnover and Deposit of Disputed Post-Petition Accounts Receivable Proceeds into the Court Registry*, September 15, 2026;

iii. Case No. 25-90399, Docket No. 3796, *Emergency Authority to Operate Pursuant to 11 U.S.C. § 721 Effective as of September 1, 2026*, dated September 16, 2026;

iv. Case No. 25-90392, Docket No. 93, *Emergency Application to Authorize the Evolution SPV Debtors' Trustee to Collect Certain Accounts Receivable Pursuant to the Wind Down Order*, September 9, 2026 (sealed version at Docket No. 94); and

v. Case No. 25-90392, Docket No. 99, *SPV Debtors' Trustee's Emergency Application to Authorize the SPV Debtors' Trustee to Sell Inventory Pursuant to the Wind Down Order*, dated October 6, 2026 (sealed version at Docket No. 100);

**Witnesses**

1. Daniel Jerneycic, for Case No. 25-90399, Dkt Nos. 3144, 3792, and 3796;
2. David Overbeeke, for Case No. 25-90392, Dkt Nos. 94 and 99;
3. Alexander McKeown, for Case No. 25-90392, Dkt Nos. 94 and 99;
4. Any witness called or listed by any other party in interest for any other noticed motion;
5. Any witness necessary to authenticate any document introduced, as necessary; and
6. Impeachment witnesses, as necessary.

**Exhibits**

| Ex No. | Description | OFFERED | OBJECTION | ADMITTED | Disposition |
|---|---|---|---|---|---|
| ***Exhibits for Evolution's Motions at Case No. 25-90399, Docket Nos. 3144 and 3792 and FBG Trustee's Motion at Case No. 25-90399, Docket No. 3796*** | | | | | |
| 1. | Stipulation and Agreed Order Regarding Adequate Protection Among Debtors and Evolution Credit Partners, dated November 9, 2025 [Docket No. 609] | | | | |
| 2. | Declaration of Daniel Jerneycic in Connection with Trustee's Objection to the Emergency Motion of Evolution Credit Partners to Compel Turnover and Deposit of Disputed Post-Petition Accounts Receivable Proceeds into the Court Registry [Docket No. 3879-1] | | | | |
| 3. | First Brands Group, LLC's Objections and Answers to Evolution Credit Partners' First Set of Interrogatories, with Verification by Eva S. Engelhart, Chapter 7 Trustee, dated October 16, 2026 | | | | |
| 4. | Transcript of January 20, 2026 Hearing before the Honorable Christopher M. Lopez [Docket No. 1672] | | | | |
| 5. | Cash Management Order [Docket No. 604] | | | | |
| 6. | Final DIP Order [Docket No. 608] | | | | |
| 7. | Evolution's *Emergency* Motion to Enforce Stipulation and Agreed Order Regarding Adequate Protection Among Debtors and Evolution Credit Partners [Docket No. 1076] | | | | |

| Ex No. | Description | OFFERED | OBJECTION | ADMITTED | Disposition |
|---|---|---|---|---|---|
| 8. | Debtors' (I) Objection to Evolution's Emergency Motion to Enforce Stipulation and Agreed Order Regarding Adequate Protection Among Debtors and Evolution Credit Partners and (II) Emergency Request for Use of Alleged Cash Collateral [Docket No. 1280] | | | | |
| 9. | Native Spreadsheet Titled "BPI Sales x Location Cash Application Detail 9.29 – 6.5" (FBG_EVL_00028761) **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |
| 10. | Native Spreadsheet Titled "BPI Daily Cash Balances (20261001)" (FBG_EVL_00028762) **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |
| 11. | Native Spreadsheet Titled "Project Overdrive – Debtor Cash 2026.10.8" (FBG_EVL_00028784) **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |
| 12. | Bank of America Statement for First Brands Group, LLC Concentration (Master) Account x6975, January 3, 2026 – February 6, 2026 (FBG_EVL_00028938) **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |
| 13. | Bank of America Statement for First Brands Group, LLC Concentration (Master) Account x6975, May 9, 2026 – June 5, 2026 (FBG_EVL_00028849) **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |

| Ex No. | Description | OFFERED | OBJECTION | ADMITTED | Disposition |
|---|---|---|---|---|---|
| 14. | Bank of America Statement for Brake Parts Inc LLC Lockbox Collection Account x7312, January 3, 2026 – February 6, 2026 (FBG_EVL_00028928) **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |
| 15. | Western Alliance Bank Deposit Activity Reports for Patterson Inventory, LLC Segregated Account x8871, March 12, 2026 through April 7, 2026 (FBG_EVL_00028885) **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |
| 16. | Western Alliance Bank Deposit Activity Reports for Starlight Inventory I, LLC Segregated Account x1438, March 12, 2026 through April 7, 2026 (FBG_EVL_00028908) **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |
| 17. | Western Alliance Bank Statements for Patterson Inventory, LLC Segregated Account x8871, September 1–30, 2026 (FBG_EVL_00028789) **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |
| 18. | Western Alliance Bank Statements for Starlight Inventory I, LLC Segregated Account x1438, September 1–30, 2026 (FBG_EVL_00028796) **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |

| Ex No. | Description | OFFERED | OBJECTION | ADMITTED | Disposition |
|---|---|---|---|---|---|
| 19. | Summary Exhibit – "BPI Daily Cash Balances (20261001) vShare (1)" (modified version of FBG_EVL_00028762), submitted pursuant to FRE 1006 **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |
| 20. | Deposition Transcript Excerpts of Charles M. Moore (pp. 760–61) | | | | |
| 21. | Declaration of Daniel Jerneycic [Docket No. 1285] | | | | |
| 22. | Native Spreadsheet titled "BPI US AR_2026-07-03," Reflecting Brake Parts Inc. LLC Accounts Receivable by Customer and Invoice as of July 3, 2026, produced by the FBG Debtors to the SPV Trustee **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |
| 23. | Stipulation and Agreed Interim Order Regarding Adequate Protection Among Debtors and Evolution Credit Partners [Docket No. 147] | | | | |
| 24. | Transcript of January 13, 2026 Hearing before the Honorable Christopher M. Lopez | | | | |
| 25. | Uncommitted Inventory Finance Agreement by and between Patterson Inventory, LLC, and Evolution Credit Opportunity Master Fund II-B, L.P., dated November 9, 2023 **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |

| Ex No. | Description | OFFERED | OBJECTION | ADMITTED | Disposition |
|---|---|---|---|---|---|
| 26. | Uncommitted Inventory Finance Agreement by and between Starlight Inventory I, LLC, and Evolution Credit Opportunity Master Fund II-B, L.P., dated March 28, 2024 **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |
| 27. | Evolution Credit Partners' First Set of Interrogatories to First Brands Group, LLC, dated October 1, 2026 | | | | |
| ***Exhibits for SPV Trustee's Motions at Case No. 25-90392, Docket Nos. 93 and 99*** | | | | | |
| 28. | Wind Down Order and Consulting Agreement (Exhibit 1) [Case No. 25-90399, Docket No. 2454] | | | | |
| 29. | Declaration and Disclosure Statement of Cindi M. Giglio, on Behalf of Katten Muchin Rosenman LLP [Case No. 25-90399, Docket No. 2947] | | | | |
| 30. | Declaration and Disclosure Statement of Mark. A. Silverman on Behalf of Troutman Pepper Locke LLP [Case No. 25-90399, Docket No. 3581] | | | | |
| 31. | Order Extending Wind Down Order to Chapter 7 Trustee and Related Relief [Case No. 25-90392, Docket No. 61] | | | | |
| 32. | Order (I) Converting Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief [Case No. 25-90399, Docket No. 3748] | | | | |

| Ex No. | Description | OFFERED | OBJECTION | ADMITTED | Disposition |
|---|---|---|---|---|---|
| 33. | Exhibit 1 to Application to Collect Accounts Receivable (Docket No. 94-1): Schedule of Brake Parts Inc. LLC Accounts Receivable by Business Unit **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |
| 34. | Exhibit 2 to Application to Collect Accounts Receivable (Docket No. 94-1): Schedule of Brake Parts Inc LLC Accounts Receivable as of August 1, 2026 **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |
| 35. | Exhibit 3 to Application to Collect Accounts Receivable (Docket No. 94-1): May 19, 2026 Demand Letters from Katten Muchin Rosenman LLP, on Behalf of the FBG Debtors **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |
| 36. | Exhibit 4 to Application to Collect Accounts Receivable (Docket No. 94-1): Hilco Collections Tracker for Largest Customer Accounts **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |
| 37. | Exhibit 5 to Application to Collect Accounts Receivable (Docket No. 94-1): June 2026 Emails regarding Accounts Receivable Settlements (HILCO_0003615) **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |

| Ex No. | Description | OFFERED | OBJECTION | ADMITTED | Disposition |
|---|---|---|---|---|---|
| 38. | Exhibit 6 to Application to Collect Accounts Receivable (Docket No. 94-1): May-June 2026 Emails regarding Accounts Receivable Settlements (HILCO_0003637) **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |
| 39. | Exhibit 7 to Application to Collect Accounts Receivable (Docket No. 94-1): May-June 2026 Emails regarding Accounts Receivable Settlements (HILCO_0003647) **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |
| 40. | Exhibit 8 to Application to Collect Accounts Receivable (Docket No. 94-1): August 2026 Emails regarding Accounts Receivable negotiations with top customer **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |
| 41. | Transcript of January 20, 2026 Hearing before the Honorable Christopher M. Lopez [Case No. 25-90399, Docket No. 1672] | | | | |
| 42. | Declaration of H. David Overbeeke in Support of the Emergency Application to Authorize the SPV Debtors' Trustee to Sell Inventory Pursuant to the Wind Down Order [Docket No. 100-2] **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |
| 43. | Exhibit A to Overbeeke Declaration: June 2026 Parts Authority Sale Emails **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |

| Ex No. | Description | OFFERED | OBJECTION | ADMITTED | Disposition |
|---|---|---|---|---|---|
| 44. | Exhibit B to Overbeeke Declaration: June 2026 Inventory Sale Proposal Emails – **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |
| 45. | Exhibit C to Overbeeke Declaration: July 2026 Inventory Sale Proposal Emails **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |
| 46. | Exhibit D to Overbeeke Declaration: August 2026 Inventory Sale Proposal Emails **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |
| 47. | Exhibit E to Overbeeke Declaration: August 2026 Inventory Sale Proposal Emails **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |
| 48. | Exhibit F to Overbeeke Declaration: June 2026 Inventory Sale Proposal Emails **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |
| 49. | Exhibit G to Overbeeke Declaration: June 2026 Inventory Sale Proposal Emails **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |
| 50. | Exhibit H to Overbeeke Declaration: August 2026 Inventory Sale Proposal Emails **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |

| Ex No. | Description | OFFERED | OBJECTION | ADMITTED | Disposition |
|---|---|---|---|---|---|
| 51. | Exhibit I to Overbeeke Declaration: September 2026 Inventory Sale Proposal Emails **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |
| 52. | Declaration of H. David Overbeeke in Support of the Chapter 7 Trustee's Application to Employ and Retain H. David Overbeeke as Consultant to the Trustee [Case No. 25-90392, Docket No. 50-1] | | | | |
| 53. | Order Authorizing the Employment and Retention of H. David Overbeeke as Consultant to the Chapter 7 Trustee Effective as of May 14, 2026 [Case No. 25-90392, Docket No. 81] | | | | |
| 54. | October 16, 2026 Email from D. Kamensky, on behalf of Evolution, to Katten regarding FrictionOne Inventory Sale Proposal **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]** | | | | |
| 55. | Transcript of September 28, 2026 Hearing before the Honorable Christopher M. Lopez [Case No. 25-90399] | | | | |
| | Any document or pleading filed with the Court in the above-captioned cases | | | | |
| | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | | | | |
| | Any exhibit listed by any other party | | | | |
| | Any document or pleading filed with the Court in the above-captioned cases | | | | |

**Reservation of Rights**

Evolution reserves the right to use and/or present demonstratives for any purpose. Evolution also reserves the right to use exhibits, demonstratives, and testimony not listed here for impeachment purposes at the hearing.

Evolution further reserves the right to supplement or otherwise amend this Witness and Exhibit List prior to the hearing.

*Remainder of page intentionally left blank.*

Respectfully submitted this 19th day of October 2026.

**GRAY REED**

*/s/ Jason S. Brookner*
Jason S. Brookner
Texas Bar No. 24033684
Emily F. Shanks
Texas Bar No. 24110350
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7000
Facsimile: (713) 986-7100
Email: jbrookner@grayreed.com
eshanks@grayreed.com

-and-

**PROSKAUER ROSE LLP**
Vincent Indelicato (admitted *pro hac vice*)
Matthew R. Koch (admitted *pro hac vice*)
Eleven Times Square
New York, NY 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Email: vindelicato@proskauer.com
mkoch@proskauer.com

-and-

Charles A. Dale (admitted *pro hac vice*)
One International Plaza
Boston, MA 02110-2600
Telephone: (617) 526-9600
Email: cdale@proskauer.com

*Counsel for Evolution*

**JONES MURRAY LLP**

*/s/ Erin E. Jones*
Erin E. Jones
Chris R. Murray
602 Sawyer, Suite 400
Houston, Texas 77007
Telephone: (832) 529-1999
Facsimile: (832) 529-3393
Email: erin.jones@jonesmurray.com
chris@jonesmurray.com

*Counsel for Ronald J. Sommers, Chapter 7 Trustee for the Evolution SPV Debtors*

-and-

**ELSBERG BAKER & MARURI PLLC**
Michael Duke (admitted *pro hac vice*)
David Elsberg (admitted *pro hac vice*)
Vivek Tata (admitted *pro hac vice*)
Andrew Parks (admitted *pro hac vice*)
Ella Epstein (admitted *pro hac vice*)
Victoria Klevan (admitted *pro hac vice*)
350 Fifth Avenue, 38th Floor
New York, NY 10118
Telephone: (212) 597-2600
Email: mduke@elsberglaw.com
delsberg@elsberglaw.com
vtata@elsberglaw.com
aparks@elsberglaw.com
eepstein@elsberglaw.com
vklevan@elsberglaw.com

*Counsel for Evolution and Special Litigation Counsel for Ronald J. Sommers, Chapter 7 Trustee for the Evolution SPV Debtors*

**Certificate of Service**

I certify that on October 19, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jason S. Brookner*
Jason S. Brookner