EXHIBIT 9

*Native Spreadsheet Titled "BPI Sales x Location Cash Application Detail 9.29 – 6.5" (FBG_EVL_00028761)*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**