EXHIBIT 10

*Native Spreadsheet Titled "BPI Daily Cash Balances (20261001)"*
*(FBG_EVL_00028762)*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**