EXHIBIT 11

*Native Spreadsheet Titled "Project Overdrive – Debtor Cash 2026.10.8"*
*(FBG_EVL_00028784)*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**