EXHIBIT 12

*Bank of America Statement for First Brands Group, LLC Concentration (Master) Account x6975, January 3, 2026 – February 6, 2026 (FBG_EVL_00028938)*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**