EXHIBIT 13

*Bank of America Statement for First Brands Group, LLC Concentration (Master) Account x6975, May 9, 2026 – June 5, 2026 (FBG_EVL_00028849)*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**