EXHIBIT 14

*Bank of America Statement for Brake Parts Inc LLC Lockbox Collection Account x7312, January 3, 2026 – February 6, 2026 (FBG_EVL_00028928)*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**