EXHIBIT 15

*Western Alliance Bank Deposit Activity Reports for Patterson Inventory, LLC Segregated Account x8871, March 12, 2026 through April 7, 2026 (FBG_EVL_00028885)*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**