# EXHIBIT 16

*Western Alliance Bank Deposit Activity Reports for Starlight Inventory I, LLC Segregated Account x1438, March 12, 2026 through April 7, 2026 (FBG_EVL_00028908)*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**