EXHIBIT 17

*Western Alliance Bank Statements for Patterson Inventory, LLC Segregated Account x8871, September 1–30, 2026 (FBG_EVL_00028789)*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**