EXHIBIT 18

*Western Alliance Bank Statements for Starlight Inventory I, LLC Segregated Account x1438, September 1–30, 2026 (FBG_EVL_00028796)*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**