EXHIBIT 19

*Summary Exhibit – "BPI Daily Cash Balances (20261001) vShare (1)" (modified version of FBG_EVL_00028762), submitted pursuant to FRE 1006*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**