EXHIBIT 22

*Native Spreadsheet titled "BPI US AR_2026-07-03," Reflecting Brake Parts Inc. LLC Accounts Receivable by Customer and Invoice as of July 3, 2026, sent by the FBG Debtors to the SPV Trustee by Email*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**