EXHIBIT 25

*Uncommitted Inventory Finance Agreement by and between Patterson Inventory, LLC, and Evolution Credit Opportunity Master Fund II-B, L.P., dated November 9, 2023*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**