EXHIBIT 26

*Uncommitted Inventory Finance Agreement by and between Starlight Inventory I, LLC, and Evolution Credit Opportunity Master Fund II-B, L.P., dated March 28, 2024*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**