EXHIBIT 33

*Exhibit 1 to Application to Collect Accounts Receivable (Docket No. 94-1): Schedule of Brake Parts Inc. LLC Accounts Receivable by Business Unit*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**