EXHIBIT 34

*Exhibit 2 to Application to Collect Accounts Receivable (Docket No. 94-1): Schedule of Brake Parts Inc LLC Accounts Receivable as of August 1, 2026*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**