EXHIBIT 35

*Exhibit 3 to Application to Collect Accounts Receivable (Docket No. 94-1): May 19, 2026 Demand Letters from Katten Muchin Rosenman LLP, on Behalf of the FBG Debtors*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**