EXHIBIT 36

*Exhibit 4 to Application to Collect Accounts Receivable (Docket No. 94-1): Hilco Collections Tracker for Largest Customer Accounts*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**