EXHIBIT 37

*Exhibit 5 to Application to Collect Accounts Receivable (Docket No. 94-1): June 2026 Emails regarding Accounts Receivable Settlements (HILCO_0003615)*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**