EXHIBIT 38

*Exhibit 6 to Application to Collect Accounts Receivable (Docket No. 94-1): May-June 2026 Emails regarding Accounts Receivable Settlements (HILCO_0003637)*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**