EXHIBIT 39

*Exhibit 7 to Application to Collect Accounts Receivable (Docket No. 94-1): May-June 2026 Emails regarding Accounts Receivable Settlements (HILCO_0003647)*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**