EXHIBIT 40

*Exhibit 8 to Application to Collect Accounts Receivable (Docket No. 94-1): August 2026 Emails regarding Accounts Receivable negotiations with top customer*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**