EXHIBIT 43

*Exhibit A to Overbeeke Declaration: June 2026 Parts Authority Sale Emails*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**