EXHIBIT 44

*Exhibit B to Overbeeke Declaration: June 2026 Inventory Sale Proposal Emails*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**