EXHIBIT 45

*Exhibit C to Overbeeke Declaration: July 2026 P Inventory Sale Proposal Emails*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**