EXHIBIT 46

*Exhibit D to Overbeeke Declaration: August 2026 Inventory Sale Proposal Emails*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**