EXHIBIT 48

*Exhibit F to Overbeeke Declaration: June 2026 Inventory Sale Proposal Emails*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**