EXHIBIT 51

*Exhibit I to Overbeeke Declaration: September 2026Inventory Sale Proposal Emails*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**