EXHIBIT 52

*Declaration of H. David Overbeeke in Support of the Chapter 7 Trustee's Application to Employ and Retain H. David Overbeeke as Consultant to the Trustee [Docket No. 50-1]*

# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 25-90392 (CML) |
| PATTERSON INVENTORY, LLC, *et al.*,[1] | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | (Joint Administration Requested) |

**DECLARATION OF H. DAVID OVERBEEKE IN SUPPORT OF THE CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY AND RETAIN H. DAVID OVERBEEKE AS CONSULTANT TO THE TRUSTEE**

1. I, H. David Overbeeke, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge, information, and belief.

2. I am over the age of eighteen, am competent to make this declaration, and have personal knowledge of the facts set forth herein. I am the Chief Executive Officer of Champion RCO. I submit this declaration in support of the Application of Ronald J. Sommers, the chapter 7 trustee (the **"Trustee"**), to employ and retain me as a consultant to the Trustee in the above-captioned cases.

3. I have more than three decades of senior executive experience in the automotive, manufacturing, and distribution industries, including as President and Chief Executive Officer of Brake Parts Inc. My experience includes inventory management and disposition, supply-chain and accounts-receivable management, and mergers and acquisitions. I believe I am qualified to assist the Trustee with the marketing and sale of the Debtors' inventory and the collection of related accounts receivable.

---

[11]The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Patterson Inventory, LLC (2872) (Case No. 25-90392); Patterson Inventory Holdings, LLC (0079) (Case No. 25-90393); Starlight Inventory I, LLC (6698) (Case No. 25-90394); and Starlight Inventory Holdings I, LLC (6472) (Case No. 25-90395). A motion to jointly administer these chapter 7 cases is pending. The Debtors' mailing address is 127 Public Square, Suite 5300, Cleveland, OH 44114.

4. *Connections and Disclosures.* In connection with my proposed engagement, I have considered my relationships with the Debtors and with parties in interest. To the best of my knowledge, and except as disclosed in this declaration, neither I nor the companies I own or control hold or represent any interest adverse to the Debtors' estates. I disclose the following connections so that the Court and parties in interest may evaluate them:

(a) I previously owned and served as President and Chief Executive Officer of Brake Parts Inc. (**"BPI"**), which my investor group sold to First Brands Group (**"FBG"**) in a transaction that closed on July 31, 2020;

(b) following that sale, at the request of Patrick James—FBG's owner and former Chief Executive Officer—I served as an advisor to Mr. James for approximately six months in connection with the acquisition and integration of BPI;

(c) I hold ownership interests in companies that compete with FBG, including Spektrum/Dynamic Friction Corp. (brake wholesale) and Maval Industries (steering remanufacturing); and

(d) I hold ownership interests in companies that have been vendors to FBG, including XLD Brake Hardware, which is currently owed approximately $2.4 million in accounts receivable by FBG.

5. I understand that the Debtors and the FBG entities assert competing interests in certain property, including inventory the Trustee has engaged me to assist in marketing and selling. I do not believe that the connections described above cause me to hold or represent an interest adverse to the Debtors' estates; however, I have disclosed them fully so that the Court and parties in interest may make that determination.

6. *Source of Compensation.* Under my consulting agreement with the Trustee (the **"Consulting Agreement"**), my compensation consists of a monthly fee of $25,000, a fee equal to three percent (3%) of the gross proceeds from the sale of the subject inventory, and reimbursement of reasonable out-of-pocket expenses. My compensation and expenses are payable by Evolution Credit Opportunity Master Fund II-B, L.P., and not from the assets of the Debtors' estates. I have no agreement with any other person or entity to share any compensation received in connection with this engagement, other than with the companies I own or control in the ordinary course.

7. *Disinterestedness.* Based on the foregoing, and except as disclosed in this declaration, I do not hold or represent an interest adverse to the Debtors' estates, and I believe I am a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

8. If any facts disclosed in this declaration change, or if I become aware of any additional connection or interest that should be disclosed, I will promptly file a supplemental declaration.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ~~May~~ June 19TH ____, 2026.

/s/ H. David Overbeeke
H. David Overbeeke