EXHIBIT 53

*Order Authorizing the Employment and Retention of H. David Overbeeke as Consultant to the Chapter 7 Trustee Effective as of May 14, 2026 [Docket No. 81]*

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 23, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 25-90392 (CML) |
| PATTERSON INVENTORY, LLC, *et al.*,[1] | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | (Joint Administration Requested) |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF H. DAVID OVERBEEKE AS CONSULTANT TO THE CHAPTER 7 TRUSTEE EFFECTIVE AS OF MAY 14, 2026**

Upon consideration of the Application of Ronald J. Sommers, the chapter 7 trustee (the **"Trustee"**), to employ and retain H. David Overbeeke (the **"Consultant"**) as a consultant to the Trustee, the Declaration of H. David Overbeeke filed in support thereof, the Consulting Agreement attached thereto, and the entire record in these cases; and the Court having found that notice of the Application was appropriate under the circumstances and that no further notice is required; and the Court having found good cause for the relief requested; it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Application is GRANTED as set forth herein.

2. The Trustee is authorized, pursuant to sections 327(a) and 328(a) of the Bankruptcy Code, to employ and retain the Consultant as a consultant to the Trustee, effective as of May 14, 2026, on the terms set forth in the Consulting Agreement.

[111]The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Patterson Inventory, LLC (2872) (Case No. 25-90392); Patterson Inventory Holdings, LLC (0079) (Case No. 25-90393); Starlight Inventory I, LLC (6698) (Case No. 25-90394); and Starlight Inventory Holdings I, LLC (6472) (Case No. 25-90395). A motion to jointly administer these chapter 7 cases is pending. The Debtors' mailing address is 127 Public Square, Suite 5300, Cleveland, OH 44114.

3. The Court finds that the Consultant is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and does not hold or represent an interest adverse to the Debtors' estates, and that the terms of the Consultant's compensation are reasonable under section 328(a) of the Bankruptcy Code.

4. The Consultant's compensation and reimbursement of expenses shall be subject to the approval of the Court under the applicable provisions of the Bankruptcy Code; the Consultant's compensation and expenses are payable by Evolution Credit Opportunity Master Fund II-B, L.P., and not from the assets of the Debtors' estates.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: July 22, 2026

Christopher Lopez
United States Bankruptcy Judge