EXHIBIT 54

*October 16, 2026 Email from D. Kamensky, on behalf of Evolution, to Katten regarding FrictionOne Inventory Sale Proposal*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**