# EXHIBIT 8

Electronic Appearance Sheet

AnnElyse Scarlett Gains, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group of Lenders

Tom Howley, Howley Law PLLC
Client(s): Ad Hoc Group of Lenders

Courtney E. Giles, Baker & McKenzie LLP
Client(s): Arab Banking Corporation B.S.C.

Daniel McGuire, Winston & Strawn LLP
Client(s): Bank of America, N.A.

Gregory Gartland, Winston & Strawn LLP
Client(s): Bank of America, N.A.

Douglas Deutsch, Clifford Chance US LLP
Client(s): ING Belgium

Sarah Campbell, Clifford Chance US LLP
Client(s): ING Belgium

Charles Dale, Proskauer
Client(s): Evolution

Vincent Indelicato, Proskauer
Client(s): Evolution

Dan McGuire, Winston & Strawn LLP
Client(s): Bank of America, N.A., as ABL Agent

Andrew Carty, Brown Rudnick
Client(s): Official Creditors Committee

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): Debtors

Ashley Jeri ch o, Dickinson Wright PLLC
Client(s): FCA US LLC

Robert Berezin, Weil, Gotshal & Manges LLP
Client(s): Debtors

Connie Lahn, Barnes & Thornburg LLP
Client(s): Polaris