# EXHIBIT NOS. 9-15 FILED UNDER SEAL