# EXHIBIT NOS. 25-33 FILED UNDER SEAL