**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | **(Previously Chapter 11)** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | |
| | § | **Case No. 25-90399 (CML)** |
| **Debtors.**[1] | § | |
| | § | **Jointly Administered** |

**ORDER (I) AUTHORIZING THE FILING UNDER SEAL OF CERTAIN EXHIBITS TO THE TRUSTEE'S WITNESS AND EXHIBIT LIST FOR THE OCTOBER 21, 2026 HEARING AND (II) GRANTING RELATED RELIEF**

[Related to Docket Nos. 3938 & 3936]

Upon the motion (the "Motion")[2] of the Trustee for entry of an order (this "Order") (a) authorizing the Trustee to file under seal the Sealed Exhibits to the Trustee's Witness and Exhibit List for Hearing on October 21, 2026 [Docket No. 3938] (the "W&E List"), and (b) granting related relief, all as more fully set forth in the Motion; and the Court having reviewed the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1408; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and

[1] A complete list of the "Debtors" in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

upon the record herein; and after due deliberation thereon; and the Court having determined that there is good and sufficient cause for the relief granted in this Order, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. Pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Bankruptcy Local Rule 9037-1, the Trustee is authorized to file the Sealed Exhibits under seal, which shall remain under seal and confidential and shall not be made available to anyone without the consent of the Trustee or further order from this Court (after notice and hearing); provided, however, that unredacted copies of the Sealed Exhibits shall be provided on a strictly confidential basis to (i) the U.S. Trustee, Evolution Credit Partners, and Ronald J. Sommers, as chapter 7 trustee of the SPV Debtors, and (ii) any additional party for which, upon good faith review of a request, the Trustee consents to receiving the Confidential Information.

2. Except as otherwise agreed to by the Trustee, any materials filed in these cases by any party other than the Trustee that reference or disclose any of the Confidential Information shall be filed under seal and served only on those parties authorized to receive the Sealed Exhibits.

3. Any party who receives the Confidential Information in accordance with this Order shall not disclose or otherwise disseminate such Confidential Information to any other person or entity.

4. The Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

*[Remainder of Page Intentionally Left Blank]*

5. The Court retains jurisdiction regarding the interpretation, enforcement, and implementation of this Order.

Dated: ____________________, 2026

________________________________________
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE