**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| FIRST BRANDS GROUP, *et al.*, | Case No. 25-90399 (CML) |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING MOTION OF EDWARD JAMES FOR ENTRY OF AN ORDER AUTHORIZING FILING OF EXHIBITS UNDER SEAL**

Upon consideration of the motion (the "Motion") of Edward James ("Mr. James") for entry of an order authorizing the filing under seal of Exhibit A to the *Reply of Edward James in Support of Joinder to the Excess ABC Insurers' Motion for Entry of an Order (I) Clarifying that the May 29, 2026 Order (Dkt. No. 2845) Modifies the Automatic Stay to Authorize Payments by the Excess ABC Insurers, or Alternatively (II) Authorizing, and, to the Extent Necessary, Modifying the Automatic Stay to Allow the Excess ABC Insurers to Make Payments, Including the Advancement of Defense Costs, of Insured Persons (Dkt. No. 3669)* (Dkt No. 3928) ("Exhibit A") and Exhibit 1 to *Edward James' Witness and Exhibit List for Hearing on October 20, 2026* (Dkt. No. 3131) ("Exhibit 1"), the Court having jurisdiction to consider this matter and the relief requested therein pursuant to 28 U.S.C. § 1334; consideration of this Motion being a core proceeding pursuant to 28 U.S.C. § 157; venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; notice of the Motion having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing; it is hereby:

[1] A complete list of the chapter 11 Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The address of the Debtors' corporate headquarters is 127 Public Square, Suite 5300, Cleveland, OH 44114.

1. ORDERED that Mr. James is authorized to file Exhibit A and Exhibit 1 under seal;

2. ORDERED that Exhibit A and Exhibit 1 shall remain under seal unless otherwise ordered by the Court;

3. ORDERED that Mr. James is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order; and it is further

4. ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: _______________, 2026

_____________________________________
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE