**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | **(Previously Chapter 11)** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | |
| | § | **Case No. 25-90399 (CML)** |
| **Debtors.**[1] | § | |
| | § | **Jointly Administered** |

**TRUSTEE'S FIRST SUPPLEMENTAL WITNESS AND EXHIBIT LIST**
**FOR HEARING ON OCTOBER 21, 2026**

Eva S. Engelhart, the chapter 7 Trustee (the "Trustee") of the jointly administered bankruptcy estates of First Brands Group, LLC, First Brands Group Holdings, LLC's direct and indirect subsidiaries, and Viceroy Private Capital, LLC (collectively, the "FBG Debtors"),[2] in the above-styled jointly administered chapter 7 cases (the "Bankruptcy Cases"), respectfully files this this amended witness and exhibit list for the ***hybrid hearing*** to be held on **October 21, 2026, at 9:00 a.m. (prevailing Central Time)** (the "**Hearing**") before the Honorable Judge Christopher M. Lopez, United States Bankruptcy Judge, Courtroom 402, 515 Rusk Street, Houston, Texas 77002 as follows:

**WITNESSES**

The Trustee may call any of the following witnesses at the Hearing, whether in person or by proffer:

---

[1] A complete list of the "Debtors" in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

[2] The FBG Debtors do not include the 16 additional SPV debtors in the Carnaby Capital Holdings SPV silo or the "Previously Converted Debtors."

1. Daniel Jerneycic, Alvarez & Marsal North America, LLC;

2. Alexander McKeown, Hilco Global Capital Solutions, an affiliate of Hilco Merchant Resources, LLC, Hilco Receivables, LLC, and Hilco Global Professional Services, LLC (collectively, "Hilco")

3. Any witnesses listed or called by any other party;

4. Any witnesses necessary to establish that notice of hearing has been provided; and

5. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other parties.

**EXHIBITS**

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Declaration of Daniel Jerneycic in Connection with Trustee's Objection to the Emergency Motion of Evolution Credit Partners to Compel Turnover and Deposit of Disputed Post-Petition Accounts Receivable Proceeds into the Court Registry [Docket No. 3879-1] | | | | |
| 2. | [Corrected] Declaration of Alexander McKeown in Support of Trustee's Objection to the SPV Trustee's Application to Collect Accounts Receivable | | | | |
| 3. | Stipulation and Agreed Order Regarding Adequate Protection Among Debtors and Evolution Credit Partners [Docket No. 609] | | | | |
| 4. | Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief [Docket No. 608] | | | | |
| 5. | Final Cash Management Order [Docket No. 604] | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 6. | Transcript of January 13, 2026 Hearing [Docket No. 1356] | | | | |
| 7. | Transcript of January 20, 2026 Hearing [Docket No. 1672] | | | | |
| 8. | Courtroom Minutes of January 20, 2026 Hearing [Docket No. 1405] | | | | |
| 9. | Bank of America Account Statements for Segregated Accounts ending x8871, March 2026 – September 2026 [Filed Under Seal] | | | | |
| 10. | Bank of America Account Statements for Segregated Accounts ending x1438, March 2026 – September 2026 [Filed Under Seal] | | | | |
| 11. | Bank of America Account Statements for Concentration Account ending x6975, September 2025 – September 2026 [Filed Under Seal] | | | | |
| 12. | Bank of America Account Statement for BPI Collection Account ending x7312, September 2025 – September 2026 [Filed Under Seal] | | | | |
| 13. | Bank of America Account Statement for BPI Collection Account ending x9852, November 2025 – September 2026 [Filed Under Seal] | | | | |
| 14. | Bank of America Account Statement for BPI Collection Account ending x0667, September 2025 – August 2026 [Filed Under Seal] | | | | |
| 15. | Bank of America Account Statement for BPI Collection Account ending x7294, September 2025- September 2026 [Filed Under Seal] | | | | |
| 16. | Evolution's Emergency Motion for Adequate Protection [Docket No. 1892] | | | | |
| 17. | Emergency Motion of Evolution Credit Partners to Compel Turnover and Deposit of Disputed Post-Petition Accounts Receivable Proceeds into the Court Registry [Docket No. 3792] | | | | |
| 18. | Complaint [Adv. Pro. No. 26-03006, Docket No. 1] | | | | |
| 19. | Summary Judgment Order [Adv. Pro. No. 26-03006, Docket No. 67] | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 20. | Joint Motion of Evolution and SPV Debtors' Trustee Ronald J. Sommers for an Order Amending the Case Caption and Authorizing the Filing of a Second Amended Complaint [Adv. Pro. No. 25-03800, Docket No. 56] | | | | |
| 21. | Wind Down Order, with Consulting Agreement attached as Exhibit 1 [Docket No. 2454] | | | | |
| 22. | Order Extending Authority to Chapter 7 Trustee [Case No. 25-90392, Docket No. 61] | | | | |
| 23. | Application to Employ Troutman Pepper Locke LLP [Docket No. 3873] | | | | |
| 24. | Application to Employ Clark Hill PLC [Docket No. 3875] | | | | |
| 25. | Spreadsheet of BPI AR as of April 14, 2026 (Exhibit 1 to SPV Trustee's Emergency Application) [Case No. 25-90392, Docket No. 94-2] [Filed Under Seal] | | | | |
| 26. | Spreadsheet of BPI AR as of August 1, 2026 (Exhibit 2 to SPV Trustee's Emergency Application) [Case No. 25-90392, Docket No. 94-3] [Filed Under Seal] | | | | |
| 27. | Demand Letters Sent to Customers (Exhibit 3 to SPV Trustee's Emergency Application) [Case No. 25-90392, Docket No. 94-4] [Filed Under Seal] | | | | |
| 28. | Hilco Collections Tracker (Exhibit 4 to SPV Trustee's Emergency Application) [Case No. 25-90392, Docket No. 94-5] [Filed Under Seal] | | | | |
| 29. | Correspondence between Katten, Evolution, and the SPV Debtors Trustee (Exhibit 8 to SPV Trustee's Emergency Application) [Case No. 25-90392, Docket No. 94-9] [Filed Under Seal] | | | | |
| 30. | BPI Daily Cash Balances Workbook [Filed Under Seal] | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 31. | Project Overdrive – Debtor Cash Workbook, October 8, 2026 [Filed Under Seal] | | | | |
| 32. | BPI Sales x Location Cash Application Report, September 29, 2025 – June 5, 2026 [Filed Under Seal] | | | | |
| 33. | Bank of America Account Statement for BPI Collection Account ending x3518, September 2025 – September 2026 [Filed Under Seal] | | | | |
| 34. | Stipulation and Agreed Interim Order Regarding Adequate Protection Among Debtors and Evolution Credit Partners [Docket No. 216] | | | | |
| 35. | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy cases, Case No. 25-90392, and related adversary proceedings | | | | |
| 36. | Any exhibit introduced by any other party | | | | |
| 37. | Rebuttal or impeachment exhibits as necessary | | | | |

**RESERVATION OF RIGHTS**

The Trustee reserves her right to amend, supplement, or remove any witnesses and/or exhibits prior to the Hearing. The Trustee also reserves her right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document.

[*Remainder of Page Intentionally Blank*]

Houston, Texas
October 19, 2026

Respectfully submitted,

By: *<u>/s/ Joshua W. Wolfshohl</u>*

**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX 24038592)
Eric M. English (TX 24062714)
M. Shane Johnson (TX 24083263)
Jordan Stevens (TX 24106467)
Grecia V. Sarda (TX 24132092)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Fax: (713) 226-6248
jwolfshohl@porterhedges.com
eenglish@porterhedges.com
sjohnson@porterhedges.com
jstevens@porterhedges.com
gsarda@porterhedges.com

**PROPOSED COUNSEL FOR THE CHAPTER 7 TRUSTEE, EVA S. ENGELHART**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on October 19, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*<u>/s/ Joshua W. Wolfshohl</u>*
Joshua W. Wolfshohl