**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| FIRST BRANDS GROUP, *et al.*, | : | Case No. 25-90399 (CML) |
| Debtors.[1] | : | (Jointly Administered) |

**JOINDER OF EVEREST NATIONAL INSURANCE COMPANY IN THE OMNIBUS REPLY IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER (I) CLARIFYING THAT THE MAY 29, 2026 ORDER (ECF NO. 2845) MODIFIES THE AUTOMATIC STAY TO AUTHORIZE PAYMENTS BY THE EXCESS ABC INSURERS, OR ALTERNATIVELY (II) AUTHORIZING, AND, TO THE EXTENT NECESSARY, MODIFYING THE AUTOMATIC STAY TO ALLOW THE EXCESS ABC INSURERS TO MAKE PAYMENTS, INCLUDING THE ADVANCEMENT OF DEFENSE COSTS, OF INSURED PERSONS [DKT. 3941]**

Everest National Insurance Company ("Everest") hereby files this joinder ("Joinder") in the Omnibus Reply in Support of Motion For Entry of an Order (I) Clarifying That the May 29, 2026 Order (Ecf No. 2845) Modifies The Automatic Stay to Authorize Payments by the Excess ABC Insurers, or Alternatively (II) Authorizing, and, to the Extent Necessary, Modifying the Automatic Stay to Allow the Excess ABC Insurers to Make Payments, Including the Advancement of Defense Costs, of Insured Persons [Dkt. 3941] (the "Omnibus Reply").

Everest issued an Excess ABC Policy. Everest hereby joins in and adopts the reasoning and arguments of the Excess ABC Insurers as stated in the Omnibus Reply.

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

By: /s/Tony L. Draper
**WALKER WILCOX MATOUSEK LLP**
Tony L. Draper
Tex. Bar No. 00798156
S.D. Tex. No. 24352
1001 McKinney Street, Suite 2000
Houston, TX 77002
Telephone: 713-654-8001
Email: tdraper@walkerwilcox.com

*Attorney for Everest Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, I served a true and correct copy of the above and foregoing instrument via the Court's CM/EDF electronic system to all parties consenting to service through the same, and on all parties required by Local Rule 4001-1(a)(4).

*/s/ Tony L. Draper*