**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | § **Chapter 7** |
| | § **(Previously Chapter 11)** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § |
| | § **Case No. 25-90399 (CML)** |
| **Debtors.**[1] | § |
| | § **Jointly Administered** |

**STIPULATION AND AGREED ORDER EXTENDING DEADLINE FOR EVA S. ENGELHART, CHAPTER 7 TRUSTEE, TO RESPOND TO THE FIRST AND FINAL FEE APPLICATION OF OKIN ADAMS BARTLETT CURRY LLP, COUNSEL FOR THE EXAMINER, FOR THE PERIOD OF JANUARY 12, 2026 THROUGH SEPTEMBER 1, 2026**

[Relates to Docket No. 3862]

**WHEREAS**, on September 24, 2025, Global Assets LLC and 12 debtor affiliates each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), and commencing on September 28, 2025, First Brands Group, LLC and the remaining Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the Bankruptcy Court.

**WHEREAS**, on September 1, 2026, the Court entered the *Order (I) Converting Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief* [Docket No. 3748] (the "Conversion Order"),[2] which converted the Converting Debtors' chapter 11 cases to cases under chapter 7 of the Bankruptcy Code.

[1] A complete list of the "Debtors" in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Conversion Order.

**WHEREAS**, on September 1, 2026, the United States Trustee appointed Eva S. Engelhart as the interim chapter 7 trustee for the FBG Debtors (the "FBG Debtor Trustee"), as reflected in the notices of chapter 7 bankruptcy case filed on the FBG Debtors' dockets. *See* Docket No. 3753.

**WHEREAS**, on October 6, 2026, Okin Adams Bartlett Curry LLP ("Okin Adams") filed its *First and Final Fee Application* [Docket No. 3862] (the "Final Fee Application") requesting allowance and payment on a final basis of professional fees and reimbursable expenses for professional services rendered as counsel for Martin De Luca, the court-appointed examiner, for the period of January 12, 2026 through September 1, 2026.

**WHEREAS**, the deadline for all parties to file a response to the Final Fee Application is October 27, 2026 ("Original Response Deadline").

**WHEREAS**, the FBG Debtor Trustee and Okin Adams (the "Parties") have agreed to extend the Original Response Deadline of the FBG Debtor Trustee to and including November 30, 2026, in order to aid in a more efficient transition of the chapter 11 bankruptcy cases to cases under chapter 7.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED BY THE PARTIES HERETO AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED THAT:**

1. The above recitals are incorporated by reference herein with the same force and effect as if fully set forth hereafter.

2. The deadline for the FBG Debtor Trustee to file a response and/or objection to the Final Fee Application is extended to and including **November 30, 2026**.

3. Nothing herein shall be construed to prohibit the Parties from seeking further extensions by agreement and/or by further order of the Court.

4. Notwithstanding anything in the Bankruptcy Code or the Bankruptcy Rules to the contrary, this *Stipulation and Agreed Order* shall be effective immediately upon the Court's approval.

5. The Court has exclusive jurisdiction and power regarding the implementation, interpretation, and enforcement of this *Stipulation and Agreed Order*.

**IT IS SO ORDERED.**

Dated: ___________________, 2026.

_____________________________________
**HONORABLE CHRISTOPHER M. LOPEZ**
**UNITED STATES BANKRUPTCY JUDGE**

**Agreed as to form and substance:**

| | |
|---|---|
| **Porter Hedges LLP**<br><br>By: */s/ Joshua W. Wolfshohl*<br>Joshua W. Wolfshohl (TX Bar No. 24038592)<br>Eric M. English (TX Bar No. 24062714)<br>M. Shane Johnson (TX Bar No. 24083263)<br>Grecia V. Sarda (TX Bar No. 24132092)<br>1000 Main St., 36th Floor<br>Houston, Texas 77002<br>Telephone: (713) 226-6000<br>Facsimile: (713) 226-6248<br>jwolfshohl@porterhedges.com<br>eenglish@porterhedges.com<br>sjohnson@porterhedges.com<br>gsarda@porterhedges.com<br><br>***Proposed Bankruptcy Counsel for the Chapter 7 Trustee, Eva S. Engelhart*** | **Okin Adams Bartlett Curry LLP**<br><br>By: /s/ *Matthew S. Okin*<br>Matthew S. Okin (TX Bar No. 00784695)<br>Ryan A. O'Connor (TX Bar No. 24098190)<br>1113 Vine St., Suite 240<br>Houston, Texas 77002<br>Telephone: (713) 228-4100<br>Facsimile: (346) 247-7158<br>mokin@okinadams.com<br>roconnor@okinadams.com<br><br>***Former Attorney for the Examiner*** |



18752611

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was duly served by electronic transmission to all registered ECF users appearing in the case on October 19, 2026.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl