**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | ) | Case No. 25-90399 (CML) |
| Debtors. | ) | (Jointly Administered) |

**AEQUUM CAPITAL FINANCIAL II LLC'S JOINDER TO EVOLUTION'S JOINDER TO THE OBJECTIONS OF THE UCC AND KATSUMI SERVICING, LLC TO THE EXCESS ABC INSURERS' MOTION FOR CLARIFICATION OR, ALTERNATIVELY, RELIEF FROM THE AUTOMATIC STAY**

Aequum Capital Financial II LLC, in its capacity as administrative agent ("Aequum") for the lenders under a revolving credit facility to debtor Broad Street Financial, LLC, hereby joins (this "Joinder") in *Evolution's Joinder to the Objections of the UCC and Katsumi Servicing, LLC to the Excess ABC Insurers Motion for Clarification or, Alternatively, Relief From the Automatic Stay* [Docket No. 3893] (the "Evolution Objection"),[2] and respectfully states as follows:

**JOINDER**

1. Aequum joins in full the Evolution Objection.

2. Accordingly, for the reasons set forth in the Evolution Objection, Aequum respectfully requests that the Court deny the Excess ABC Insurers' Motion and grant such other relief as the Court deems just and proper.

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is 127 Public Square, Suite 5300, Cleveland, Ohio 44114.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Evolution Objection.

**RESERVATION OF RIGHTS**

3. Aequum reserves the right to amend or supplement this Joinder; to join in any additional related pleadings; and to participate in any hearing regarding the Evolution Objection, the Excess ABC Insurers' Motion, and/or any related matters.

Respectfully submitted,

Dated: October 19, 2026

**BLANK ROME LLP**

*<u>/s/ Jennifer K. Malow</u>*
Jennifer K. Malow (Bar No. 3925677)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: Jennifer.Malow@blankrome.com

Kenneth J. Ottaviano (admitted *pro hac vice*)
Stephanie K. Hor-Chen (admitted *pro hac vice*)
444 West Lake Street, Suite 1650
Chicago, Illinois 60606
Telephone: (312)776-2500
Facsimile: (312) 776-2601
Email: Ken.Ottaviano@blankrome.com
Stephanie.HorChen@blankrome.com

-and-

Matthew E. Kaslow (admitted *pro hac vice*)
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555
Email: Matt.Kaslow@blankrome.com

*Counsel for Aequum Capital Financial II LLC*

**CERTIFICATE OF SERVICE**

I certify that on October 19, 2026, I electronically filed the foregoing document(s) with the Clerk of the Court for the U.S. Bankruptcy Court for the Southern District of Texas, using the CM/ECF system. The ECF system will send a "Notice of Electronic Filing" to all counsel of record who have consented in writing to accept service of this document by electronic means.

*/s/ Jennifer K. Malow*
Jennifer K. Malow