United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 20, 2026
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| | | | |
|---|---|---|---|
| Division | Houston | Main Case Number | 25-90399 |
| Debtor | | In Re: | First Brands Group LLC |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Danielle L. Gilmore<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>213-443-3206 daniellegilmore@quinnemanuel.com<br>California State Bar No. 171457 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Patrick James |

Has applicant been sanctioned by any bar association or court? Yes ________ No ✔

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 10/19/2026 | Signed: /s/ Danielle L. Gilmore |

| | |
|---|---|
| The state bar reports that the applicant's status is: | |
| Dated: | Clerk's signature: |

## Order

**This lawyer is admitted *pro hac vice*.**

Signed: October 20, 2026

Christopher Lopez
United States Bankruptcy Judge