**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 7 (Previously Ch. 11) |
| FIRST BRANDS GROUP, LLC, et al., [1] | Case No. 25-90399-CML |
| Debtors. | Jointly Administered |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO APPLICATION OF APPLIED INDUSTRIAL TECHNOLOGIES, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS**

On July 31, 2026, Creditor Applied Industrial Technologies, Inc., filed an Application for Allowance and Payment of Administrative Claims (Doc. 3545) (the "Application"), in the above-styled jointly administered chapter 7 cases, which was accompanied by a proposed Order granting the Application (Doc. 3545-1). The deadline for filing objections to the Application has passed.

The undersigned represents to the Court that he is unaware of any responses or objections to the Application, and that he has reviewed the Court's current docket and no responses or objections appear thereon. Counsel for Creditor Applied Industrial Technologies, Inc., therefore respectfully requests that the Court enter the proposed Order.

Submitted this 20th day of October 2026.

*/s/ Austin B. Alexander*
Austin B. Alexander
Georgia Bar No. 926059

*Counsel for Applied Industrial Technologies, Inc.*

**THOMPSON HINE LLP**
Two Alliance Center, Suite 1600
3560 Lenox Road, N.E.
Telephone: 404-541-2900
Facsimile: 404-541-2905
Atlanta, Georgia 30326
austin.alexander@thompsonhine.com

[1] A complete list of the Debtors in these Chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these Chapter 7 cases is 127 Public Square, Suite 5300, Cleveland, Ohio 44114

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing CERTIFICATE OF NO OBJECTION WITH RESPECT TO APPLICATION OF APPLIED INDUSTRIAL TECHNOLOGIES, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS with the Clerk of Court via the CM/ECF system which will provide automatic electronic notification of such filing to all counsel of record.

This 20th day of October 2026.

*/s/ Austin B. Alexander*
Austin B. Alexander
Georgia Bar No. 926059