**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | Case No. 25-90399 (CML) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENT TO FINAL FEE APPLICATION OF COLE SCHOTZ P.C. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENTOF EXPENSES AS EFFICIENCY AND LOCAL COUNSELTO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM OCTOBER 13, 2025 THROUGH OCTOBER 16, 2026**

**PLEASE TAKE NOTICE** that, on October 16, 2026, Cole Schotz P.C. ("Cole Schotz") filed the *Final Fee Application of Cole Schotz P.C. for Compensation for Services and Reimbursement of Expenses as Efficiency and Local Counsel to the Official Committee of Unsecured Creditors for the Period from October 13, 2025 through October 16, 2026* [Docket No. 3915] (the "Final Fee Application")[2] with the United States Bankruptcy Court for the Southern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Final Fee Application, Cole Schotz requested final approval of $3,025,882.50[3] in fees and $44,281.38 in expenses incurred for the period commencing October 13, 2025 through October 16, 2026 (the "Final Period").

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Final Fee Application.

[3] This amount included an estimated $30,000.00 in additional fees and expenses incurred after September 1, 2026 (the "Conversion Date" and the period following the Conversion Date, the "Post-Conversion Period")

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Final Fee Application, Cole Schotz stated it would supplement the Final Fee Application before the objection deadline to the Final Fee Application by disclosing the actual amount of fees and expenses incurred by Cole Schotz after the Post-Conversion Date and during the Post-Conversion Period related to (i) the preparation and prosecution of the Final Fee Application and (ii) the conversion of the Chapter 11 Cases to Chapter 7 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that as set forth in the invoices attached to this supplement as **Exhibit A**, Cole Schotz has incurred $26,107.50 in fees and $92.80 in actual and necessary expenses during the Post-Conversion Period.

**PLEASE TAKE FURTHER NOTICE** that Cole Schotz requests final approval and allowance of compensation for professional services rendered and reimbursement for actual and necessary expenses incurred during the Final Period in the amount of $3,066,364.18.

[*Remainder of Page Intentionally Left Blank*]

in connection with, among other things, (i) the preparation and prosecution of the Final Fee Application and (ii) the conversion of the Chapter 11 Cases to Chapter 7 of the Bankruptcy Code.

Dated: October 20, 2026

Respectfully submitted,

*/s/ Aaron D. Davidson*
Aaron D. Davidson, Esq.
Texas Bar No. 24007080
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Justin R. Alberto, Esq. (admitted *pro hac vice*)
**COLE SCHOTZ P.C.**
901 Main Street, Suite 4120
Dallas, TX 75202
Tel: (469) 557-9390
Fax: (469) 533-1587
iphillips@coleschotz.com
svanaalten@coleschotz.com
jalberto@coleschotz.com

*Efficiency and Local Counsel to the Official Committee of Unsecured Creditors of First Brands Group, LLC, et al.*

**Certificate of Service**

I hereby certify that on October 20, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Aaron D. Davidson*
Aaron D. Davidson