# Exhibit A

## Post-Conversion Period Invoices

COLE SCHOTZ P.C.

Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

FEDERAL ID# 22-2113414

NJ — NY — DE — MD — DC — FL — TX

FIRST BRANDS GROUP, LLC
ATTN: CHARLES MOORE
255 W HAMLIN ROAD
ROCHESTER HILLS, MI 48309

| | |
|---|---|
| Invoice Date: | October 6, 2026 |
| Invoice Number: | 1049500 |
| Matter Number: | 70476-0001 |

**Re:** OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2026

**CASE ADMINISTRATION** **0.60** **267.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/02/26 | PVR | EMAIL TO AND FROM J. DOUGHERTY AND EFILE REDACTED VERSION OF APPELLANTS REPLY | 0.40 | 178.00 |
| 09/17/26 | PVR | RETRIEVE AND REVIEW TRUSTEE'S EMERGENCY MOTION FOR AUTHORITY TO OPERATE AND UPDATE CASE CALENDAR RE: OUR OBJECTION DEADLINE | 0.20 | 89.00 |

**FEE APPLICATION MATTERS/OBJECTIONS** **7.30** **4,830.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/01/26 | ADL | REVIEW AND COMMENT ON JULY FEE STATEMENT | 0.80 | 800.00 |
| 09/02/26 | PVR | EMAIL FROM AND TO A. DE LEO AND RESEARCH RE: PREVIOUS FILING RE: DUCERA SECOND INTERIM FEE APPLICATION | 0.20 | 89.00 |
| 09/02/26 | ADL | REVIEW DUCERA FEE APPLICATION AND COORDINATE FILING OF SAME | 0.30 | 300.00 |
| 09/02/26 | PVR | TELEPHONE FROM AND EMAIL TO A. DE LEO AND REVIEW, REVISE AND PREPARE UPDATED DUCERA SECOND INTERIM FEE APP, EXHIBIT A – PROPOSED ORDER, EXHIBIT B – SCHERER DECLARATION AND EXHIBITS C – G FOR FILING | 0.40 | 178.00 |
| 09/02/26 | PVR | EMAIL FROM AND TO A. DE LEO AND EFILE SECOND INTERIM FEE STATEMENT FOR DUCERA | 0.40 | 178.00 |
| 09/02/26 | PVR | UPDATE CASE CALENDAR RE: OBJ. DEADLINE RE: SECOND INTERIM FEE STATEMENT FOR DUCERA | 0.10 | 44.50 |
| 09/02/26 | PVR | UPDATE CHART OF PROFESSIONAL FEES | 0.10 | 44.50 |
| 09/08/26 | PVR | EMAIL FROM AND TO A. DE LEO AND PREPARE CNO RE: BROWN RUDNICK 3RD INTERIM FEE APPLICATION AND EXHIBIT A – PROPOSED ORDER FOR FILING | 0.30 | 133.50 |
| 09/08/26 | PVR | EMAIL FROM AND TO A. DE LEO AND PREPARE CNO RE: COLE SCHOTZ 3RD INTERIM FEE APPLICATION AND EXHIBIT A – PROPOSED ORDER FOR FILING | 0.30 | 133.50 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/09/26 | ADL | REVIEW CNOS RE: BROWN RUDNICK AND COLE SCHOTZ THIRD INTERIM FEE APPLICATIONS AND COORDINATE FILING OF SAME | 0.30 | 300.00 |
| 09/09/26 | PVR | TELEPHONE AND EMAIL FROM A. DE LEO AND FURTHER REVISE DRAFT CNOS RE: THIRD INTERIM FEE APPLICATIONS FOR BROWN RUDNICK AND FOR COLE SCHOTZ | 0.20 | 89.00 |
| 09/09/26 | PVR | EFILE CNO AND EXHIBIT A - PROPOSED ORDER RE: BROWN RUDNICK THIRD INTERIM FEE APPLICATION | 0.20 | 89.00 |
| 09/09/26 | PVR | EFILE CNO AND EXHIBIT A - PROPOSED ORDER RE: COLE SCHOTZ THIRD INTERIM FEE APPLICATION | 0.20 | 89.00 |
| 09/10/26 | PVR | UPDATE CHART OF PROFESSIONAL FEES | 0.10 | 44.50 |
| 09/10/26 | PVR | EMAIL TO A. DE LEO, S. VAN AALTEN AND M. FITZPATRICK AND RETRIEVE ORDER GRANTING COLE SCHOTZ THIRD INTERIM FEE APPLICATION | 0.20 | 89.00 |
| 09/10/26 | PVR | EMAIL TO A. DE LEO, J. LIONG AND M. FITZPATRICK AND RETRIEVE ORDER GRANTING BROWN RUDNICK THIRD INTERIM FEE APPLICATION | 0.20 | 89.00 |
| 09/18/26 | ADL | PREPARE AUGUST FEE STATEMENT (.8); CALL WITH J. LIONG RE: SAME (.1) | 0.90 | 900.00 |
| 09/21/26 | ADL | REVIEW AUGUST FEE STATEMENT AND CIRCULATE TO NOTICE PARTIES | 0.30 | 300.00 |
| 09/24/26 | PVR | EMAIL FROM AN TO A. DE LEO AND DRAFT, REVISE AND PREPARE CNO RE: DUCERA SECOND INTERIM FEE APPLICATION AND EXHIBIT A – PROPOSED ORDER FOR FILING | 0.30 | 133.50 |
| 09/24/26 | PVR | EMAIL TO AND FROM A. DE LEO RE: FILING CNO RE: DUCERA SECOND INTERIM FEE APPLICATION | 0.10 | 44.50 |
| 09/24/26 | PVR | EFILE AND RETRIEVE CNO RE: DUCERA SECOND INTERIM FEE APPLICATION AND EXHIBIT A - PROPOSED ORDER | 0.30 | 133.50 |
| 09/24/26 | PVR | UPDATE CHART RE: PROFESSIONAL FEES | 0.10 | 44.50 |
| 09/28/26 | ADL | EMAIL N. GIBSON RE: FINAL FEE APPLICATION | 0.10 | 100.00 |
| 09/28/26 | ADL | CALL WITH N. GIBSON RE: FINAL FEE APPLICATION | 0.10 | 100.00 |
| 09/28/26 | NCG | DRAFT FINAL FEE APPLICATION | 0.60 | 288.00 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/28/26 | NCG | CALL WITH T. MAJETHIA RE: FINAL FEE APP | 0.20 | 96.00 |

**PREPARATION FOR AND ATTENDANCE AT HEARINGS** **1.70** **756.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/03/26 | PVR | TELEPHONE FROM AND EMAIL FROM AND TO A. DE LEO AND J. HUNDAL, AND TELEPHONE TO AND EMAIL TO VERITEXT REQUESTING TRANSCRIPT FROM AUGUST 24, 2026 HEARING | 0.30 | 133.50 |
| 09/03/26 | PVR | EMAIL FROM AND TO VERITEXT AND TO A. DE LEO AND J. HUNDAL AND RETRIEVE TRANSCRIPT FOR AUGUST 24, 2026 HEARING | 0.20 | 89.00 |
| 09/08/26 | PVR | COORDINATE PAYMENT OF INVOICE FOR AUGUST 24, 2026 HEARING | 0.10 | 44.50 |
| 09/15/26 | PVR | REVIEW DOCKET, RETRIEVE NOTICE OF HEARING AND UPDATE CASE CALENDAR RE: OCTOBER 23, 2026 HEARING | 0.10 | 44.50 |
| 09/16/26 | PVR | REVIEW DOCKET AND UPDATE CASE CALENDAR RE: OCTOBER 23 HEARING | 0.10 | 44.50 |
| 09/17/26 | PVR | REVIEW DOCKET RE: MICHAEL BUENO'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND UPDATE CASE CALENDAR RE: OCTOBER 23 HEARING | 0.20 | 89.00 |
| 09/17/26 | PVR | RETRIEVE AND REVIEW AMENDED NOTICE OF HEARING RE: EXCESS ABC INSURERS MOTION MODIFYING STAY AND UPDATE CASE CALENDAR RE: OCTOBER 20 HEARING | 0.20 | 89.00 |
| 09/24/26 | PVR | RETRIEVE AND REVIEW JOINT NOTICE OF STATUS CONFERENCE AND UPDATE CASE CALENDAR RE: SEPTEMBER 28 HEARING | 0.20 | 89.00 |
| 09/28/26 | PVR | REVIEW DOCKET AND UPDATE CASE CALENDAR RE: CONTINUED HEARING TO OCTOBER 21 | 0.30 | 133.50 |

**U.S. TRUSTEE MATTERS AND MEETINGS** **0.10** **44.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/02/26 | PVR | CONFERENCE WITH AND EMAILS TO J. ALBERTO AND RETRIEVE CONVERSION ORDER AND NOTICE OF CHAPTER 7 BANKRUPTCY CASE, MEETING OF CREDITORS & NOTICE OF APPOINTMENT OF INTERIM TRUSTEE | 0.10 | 44.50 |
| | | TOTAL HOURS | 9.70 | |

PROFESSIONAL SERVICES: $5,898.50

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Anthony De Leo | Member | 2.80 | 1,000.00 | 2,800.00 |
| Natalie C. Gibson | Associate | 0.80 | 480.00 | 384.00 |
| Pauline Z. Ratkowiak | Paralegal | 6.10 | 445.00 | 2,714.50 |
| | **Total** | **9.70** | | **$5,898.50** |

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---|---|
| 09/03/26 | TRANSCRIPT SERVICES | 1.00 | 92.80 |
| | | **Total** | **$92.80** |

TOTAL SERVICES AND COSTS: $ 5,991.30

**TASK SUMMARY**

| TASK CODE | Description | HOURS | AMOUNT |
|---|---|---|---|
| DM05 | CASE ADMINISTRATION | 0.60 | 267.00 |
| DM15 | FEE APPLICATION MATTERS/OBJECTIONS | 7.30 | 4,830.50 |
| DM24 | PREPARATION FOR AND ATTENDANCE AT HEARINGS | 1.70 | 756.50 |
| DM32 | U.S. TRUSTEE MATTERS AND MEETINGS | 0.10 | 44.50 |
| | **Total** | **9.70** | **$5,898.50** |

COLE SCHOTZ P.C.

Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

FEDERAL ID# 22-2113414

NJ — NY — DE — MD — DC — FL — TX

FIRST BRANDS GROUP, LLC
ATTN: CHARLES MOORE
255 W HAMLIN ROAD
ROCHESTER HILLS, MI 48309

| | |
|---|---|
| Invoice Date: | October 19, 2026 |
| Invoice Number: | 1050954 |
| Matter Number: | 70476-0001 |

**Re:** OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 16, 2026

**FEE APPLICATION MATTERS/OBJECTIONS** **31.60** **20,209.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/09/26 | ADL | CALL WITH M. FITZPATRICK RE: FINAL FEE APPLICATION | 0.40 | 400.00 |
| 10/09/26 | NCG | DRAFT FINAL FEE APPLICATION AND REVIEW CONVERSION ORDER | 2.70 | 1,296.00 |
| 10/09/26 | NCG | CALL WITH M. FITZPATRICK RE: FINAL FEE APPLICATION PREPARATION | 0.50 | 240.00 |
| 10/09/26 | MEF | CALL W/ A. DE LEO RE: COLE SCHOTZ FINAL FEE APPLICATION PREP | 0.10 | 75.00 |
| 10/09/26 | MEF | CALL W/ N. GIBSON RE: COLE SCHOTZ FINAL FEE APP | 0.50 | 375.00 |
| 10/09/26 | MEF | CORRESPONDENCE W/ J. LIONG AND H. MASTER RE: FINAL FEE APPLICATIONS | 0.30 | 225.00 |
| 10/10/26 | NCG | PREPARE FINAL FEE APPLICATION | 2.90 | 1,392.00 |
| 10/11/26 | NCG | CONTINUE WORK ON DRAFT FINAL FEE APPLICATION | 1.60 | 768.00 |
| 10/11/26 | MEF | REVIEW AND EDIT CS FINAL FEE APP (3.2) AND CORRESPONDENCE W/ N. GIBSON RE SAME (.1) | 3.30 | 2,475.00 |
| 10/12/26 | NCG | REVISE FEE APPLICATION PER COMMENTS FROM M. FITZPATRICK. | 1.30 | 624.00 |
| 10/12/26 | MEF | CALL W/ N. GIBSON RE: COLE SCHOTZ FINAL FEE APP (.2), CORRESPONDENCE W/ S. VAN AALTEN RE SAME (.1) AND REVIEW/EDIT SAME (1.6) | 1.90 | 1,425.00 |
| 10/13/26 | ADL | CALLS WITH M. FITZPATRICK AND J. LIONG RE: FINAL FEE APPLICATION ISSUES | 0.30 | 300.00 |
| 10/13/26 | MEF | REVIEW M3 FINAL FEE APP (.2) AND CORRESPONDENCE W/ A. DE LEO RE SAME (.1) | 0.30 | 225.00 |
| 10/13/26 | MEF | CONT. REVIEWING, EDITING COLE SCHOTZ FINAL FEE APP PER A. DE LEO COMMENTS | 1.70 | 1,275.00 |
| 10/14/26 | NCG | CALL WITH M. FITZPATRICK RE: FEE APPLICATION | 0.10 | 48.00 |
| 10/14/26 | PVR | EMAIL FROM AND TO M. FITZPATRICK AND N. GIBSON AND PREPARE ZIP FILE OF COLE SCHOTZ INVOICES FROM OCT 2025 TO AUGUST 2026 RE: FINAL FEE APPLICATION | 0.30 | 133.50 |
| 10/14/26 | MEF | CALLS W/ A. DE LEO RE: COLE SCHOTZ FINAL FEE APPLICATION (.4), CALL W/ N. GIBSON RE SAME (.1), AND UPDATE/EDIT SAME (1.2) | 1.70 | 1,275.00 |

**COLE SCHOTZ P.C.**



| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/14/26 | MEF | CORRESPONDENCE W/ A. DE LEO, J. BELL AND J. LIONG RE: COMMITTEE FEE APPLICATION PREP | 0.10 | 75.00 |
| 10/14/26 | ADL | REVIEW AND COMMENT ON FINAL FEE APPLICATION | 0.50 | 500.00 |
| 10/15/26 | NCG | CALL WITH M. FITZPATRICK RE: SUPPLEMENT TO FINAL FEE APP | 0.10 | 48.00 |
| 10/15/26 | NCG | DRAFT SUPPLEMENT TO FINAL FEE APPLICATION | 0.80 | 384.00 |
| 10/15/26 | MEF | REVIEW DUCERA FINAL FEE APP (.3) AND CORRESPONDENCE W/ DUCERA TEAM RE: COMMENTS TO SAME (.1) | 0.40 | 300.00 |
| 10/15/26 | MEF | REVIEW NARDELLO FINAL FEE APP (.2) AND CORRESPONDENCE W/ NARDELLO TEAM RE SAME (.2) | 0.40 | 300.00 |
| 10/15/26 | MEF | REVIEW AND COMMENT ON M3 FINAL FEE APP (.3) AND CORRESPONDENCE W/ J. BELL RE: SAME (.1) | 0.40 | 300.00 |
| 10/15/26 | MEF | EDIT AND FINALIZE COLE SCHOTZ FINAL FEE APP (.7), CORRESPONDENCE W/ CS TEAM RE SAME (.1), CALL W/ A. DE LEO RE SAME (.1) | 0.90 | 675.00 |
| 10/15/26 | MEF | CORRESPONDENCE W/ J. LIONG RE: UCC PROFESSIONALS FINAL FEE APPS AND PROPOSED REQUEST FOR LANGUAGE IN FINAL ORDERS | 0.20 | 150.00 |
| 10/15/26 | ADL | CALL WITH J. LIONG RE: FINAL FEE APPLICATION | 0.10 | 100.00 |
| 10/16/26 | NCG | PREPARE COC RE: FINAL FEE APPLICATION AND REVISED FINAL ORDER. | 0.80 | 384.00 |
| 10/16/26 | MEF | REVIEW AND EDIT SUPPLEMENT TO CS FINAL FEE APP (.4), CALL W/ N. GIBSON RE SAME (.1), AND CORRESPONDENCE W/ A. DE LEO AND N. GIBSON RE SAME (.1) | 0.60 | 450.00 |
| 10/16/26 | PVR | EMAIL FROM AND TO M. FITZPATRICK AND REVIEW, REVISE AND PREPARE COLE SCHOTZ FINAL FEE APPLICATION AND EXHIBITS A – G FOR FILING | 0.20 | 89.00 |
| 10/16/26 | PVR | EMAILS TO AND FROM M. FITZPATRICK, REVIEW, REVISE AND PREPARE BROWN RUDNICK FINAL FEE APPLICATION AND EXHIBITS A – I FOR FILING | 0.20 | 89.00 |
| 10/16/26 | PVR | EFILE AND SERVE BROWN RUDNICK FINAL FEE APPLICATION | 0.20 | 89.00 |
| 10/16/26 | PVR | EFILE AND SERVE COLE SCHOTZ FINAL FEE APPLICATION | 0.20 | 89.00 |
| 10/16/26 | PVR | EFILE AND SERVE M3 ADVISORY PARTNERS THIRD INTERIM AND FINAL FEE APPLICATION | 0.20 | 89.00 |
| 10/16/26 | PVR | EFILE AND SERVE DUCERA PARTNERS FINAL FEE APPLICATION | 0.20 | 89.00 |
| 10/16/26 | MEF | COORDINATE FINALIZING AND FILING COMMITTEE MEMBERS FINAL FEE APPS (1.6), CORRESPONDENCE W/ ALL COMMITTEE PROFESSIONALS (1.5), CORRESPONDENCE W/ P. RATKOWIAK AND A. DAVIDSON RE SAME (.3), CALLS W/ A. DE LEO RE SAME (.2) | 3.60 | 2,700.00 |

**COLE SCHOTZ P.C.**



| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/16/26 | PVR | EFILE AND SERVE NARDELLO & CO. FINAL FEE APPLICATION | 0.20 | 89.00 |
| 10/16/26 | NCG | REVISE SUPPLEMENT TO FINAL FEE APPLICATION PER A. DE LEO'S COMMENTS AND DRAFT EMAILS TO A. DE LEO AND S. VAN AALTEN RE: SAME. | 1.30 | 624.00 |
| 10/16/26 | PVR | EMAIL TO KROLL RE: SERVICE OF FIVE COMMITTEE FINAL FEE APPLICATIONS | 0.10 | 44.50 |
| | | TOTAL HOURS | 31.60 | |

PROFESSIONAL SERVICES: $20,209.00

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Anthony De Leo | Member | 1.30 | 1,000.00 | 1,300.00 |
| Michael E. Fitzpatrick | Associate | 16.40 | 750.00 | 12,300.00 |
| Natalie C. Gibson | Associate | 12.10 | 480.00 | 5,808.00 |
| Pauline Z. Ratkowiak | Paralegal | 1.80 | 445.00 | 801.00 |
| | **Total** | **31.60** | | **$20,209.00** |

TOTAL SERVICES: $ 20,209.00

**TASK SUMMARY**

| TASK CODE | Description | HOURS | AMOUNT |
|---|---|---|---|
| DM15 | FEE APPLICATION MATTERS/OBJECTIONS | 31.60 | 20,209.00 |
| | **Total** | **31.60** | **$20,209.00** |