**EXHIBIT A**

**DEMONSTRATIVE**

| **DIP LENDERS/AD HOC GROUP OBJECTION [Docket No. 3880]** | **ADEQUATE PROTECTION STIPULATION [Docket No. 609]** |
|---|---|
| **This is the language that the DIP Lenders/Ad Hoc Group quoted (at ¶ 14) as reflecting Paragraph 4(E) of the Adequate Protection Stipulation:**<br><br>Evolution's right, title, and interest in, to, and under such Evolution Collateral (including the Excess Cash) that is inventory shall be transferred to the applicable FBG Debtor *free and clear* of any and all liens, claims, or encumbrances. Transfers of Evolution Collateral (including the Excess Cash) pursuant to this Stipulation to a FBG Debtor shall constitute a legal, valid, binding, and effective transfer of such Evolution Collateral, and *no such transfer shall be subject to avoidance under any provision of the Bankruptcy Code or otherwise.* Each FBG Debtor, pursuant to a sale under this Stipulation, shall be deemed to be a good faith purchaser of the Evolution Collateral. Pursuant to section 363(m) of the Bankruptcy Code, if this Stipulation is reversed or modified on appeal, such reversal or modification shall not affect the validity of any transfer of Evolution Collateral or Excess Cash to the FBG Debtors pursuant to this paragraph 4(E).<br><br>Evolution AP Stipulation ¶ 4(E) (emphasis added). | **This is the actual language of Paragraph 4(E) of the Adequate Protection Stipulation, with emphasis on the language that the Ad Hoc Group omitted:**<br><br>***To the extent Evolution Collateral that is inventory is purchased and transferred pursuant to the procedures set forth herein, all of*** Evolution's right, title, and interest in, to, and under such Evolution Collateral (including the Excess Cash) that is inventory shall be transferred to the applicable FBG Debtor free and clear of any and all liens, claims, or encumbrances. Transfers of Evolution Collateral (including the Excess Cash) pursuant to this Stipulation to a FBG Debtor shall constitute a legal, valid, binding, and effective transfer of such Evolution Collateral, and no such transfer shall be subject to avoidance under any provision of the Bankruptcy Code or otherwise. Each FBG Debtor, pursuant to a sale under this Stipulation, shall be deemed to be a good faith purchaser of the Evolution Collateral. Pursuant to section 363(m) of the Bankruptcy Code, if this Stipulation is reversed or modified on appeal, such reversal or modification shall not affect the validity of any transfer of Evolution Collateral or Excess Cash to the FBG Debtors pursuant to this paragraph 4(E).<br><br>Evolution AP Stipulation ¶ 4(E) (emphasis added). |