# EXHIBIT B

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]**

**DEMONSTRATIVE**

*Brake Parts Inc. LLC*
*Gross Post-Petition Accounts Receivable*
*As of August 1, 2026*

| **Customer** | **Post-Petition Accounts Receivable** |
|---|---|
| NAPA US (GPC) | $[redacted] |
| GENERAL MOTORS | $[redacted] |
| UNITED AUTO SUPPLY | $[redacted] |
| O'REILLY | $[redacted] |
| LES SCHWAB TIRE CENTERS | $[redacted] |
| PARTS AUTHORITY | $[redacted] |
| UAP (NAPA CANADA) | $[redacted] |
| **TOTALS** | **$[redacted]** |

---

*See* Schedule A, *Emergency Application to Authorize the Evolution SPV Debtors' Trustee to Collect Certain Accounts Receivable Pursuant to the Wind Down Order* [Case No. 25-90392, Docket No. 100-1]

Source: Ex. 34 [Case No. 25-90399, Docket No. 3939-16]