# EXHIBIT A

# (Declaration of Scott Davidson)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| FIRST BRANDS GROUP, LLC, et al. | ) | CASE NO. 25-90399 (CML) |
| | ) | |
| DEBTORS. | ) | (Jointly Administered) |

**DECLARATION OF SCOTT DAVIDSON**

Comes now Scott Davidson and, being first duly sworn upon his oath, deposes and says:

1. He is the Collections Team Lead of MacAllister Machinery Co., Inc. ("MacAllister"), whose principal address is 6300 Southeastern Ave., Indianapolis Indiana 46203.

2. As the Collections Team Lead of MacAllister, I have personal knowledge of the facts stated in this declaration.

3. I submit this declaration in support of the Application of MacAllister Machinery Co., Inc. for Allowance and Payment of Administrative Expense Claim (the "Application") filed herewith by MacAllister.

4. MacAllister leases machinery and equipment to its customers, such as Dalton Corporation, Warsaw Manufacturing Facility ("Dalton").

5. Since the original credit application of Dalton was provided to MacAllister, Dalton has leased various items of equipment and machinery from MacAllister, with those leases documented by invoices.

6 Prior to and after Dalton's filing of its voluntary chapter 11 bankruptcy case in this Court on September 29, 2025, in case no. 25-90482, MacAllister issued invoices to Dalton on at least a monthly basis for the active leases with Dalton.

7. MacAllister's records reflect that, prior to the Petition Date, Dalton failed to pay for $505,740.34 in rental costs and late fees due to MacAllister.

8. After the Petition Date, Dalton continued to conduct business with MacAllister and rented equipment and machinery from MacAllister. Dalton initially made payments to MacAllister for the post-petition rental, but MacAllister has not received any payment on post-petition invoices dated January 17, 2026 through June 26, 2026 in the total amount of $58,724.30. True and accurate copies of the summary sheet of the unpaid invoices due from Dalton and the invoices themselves are collectively attached hereto as Exhibit "1."

9. MacAllister was asked by Dalton to leave the leased machinery and equipment with Dalton at its Warsaw, Indiana facility through June, 2026, to allow Dalton to complete its operations at that facility. MacAllister complied with that request.

10. When MacAllister was able to gain access to retrieve the leased items from Dalton, it discovered that a Caterpillar Model 226D (the "CAT") was damaged and unusable without MacAllister incurring significant repair costs to make the CAT of rental condition again. Attached hereto as Exhibit 2 is an invoice for the estimated costs to repair the CAT, which totals $37,633.86.

11. As a result of the continued rental of the machinery and equipment by Dalton post-petition, Dalton has been able to continue to realize revenue from the use of same in its operations.

12. A breakdown of MacAllister's unpaid administrative expenses incurred herein for which Macallister seeks allowance is as follows:

A. $58,724.30 for unpaid post-petition invoices; and

B. $37,633.86 for repair costs for the CAT.

Pursuant to 28 U.S.C. Section 1746(1), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This 6 day of October, 2026.

Scott Davidson
Scott Davidson

F:\WP80\GENLIT\MacAllister-Dalton-84212175\Bankruptcy of Dalton\Declaration of Scott Davidson.wpd

EXHIBIT 1

| Invoice number | Invoice amount | Invoice balance | Store | Department | Invoice date | Due date | Aging status | Days past due | Order number | Serial number | PO number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R72636964912 | $3,564.01 | $3,564.01 | Warsaw Rental | Rental | 2026-01-17 | 2026-01-17 | 91+ | 165 | WAR-RM-11000537 | Multiple | 422215 |
| R72619956916 | $3,495.50 | $3,495.50 | Warsaw Rental | Rental | 2026-01-20 | 2026-01-20 | 91+ | 162 | WAR-RM-11011381 | AT12D00330 | 420862 |
| R72636964913 | $3,564.01 | $3,564.01 | Warsaw Rental | Rental | 2026-02-14 | 2026-02-14 | 91+ | 137 | WAR-RM-11117063 | Multiple | 422215 |
| R72619956917 | $3,495.50 | $3,495.50 | Warsaw Rental | Rental | 2026-02-17 | 2026-02-17 | 91+ | 134 | WAR-RM-11128171 | AT12D00330 | 420862 |
| MR11373496 | $12,357.76 | $12,357.76 | Engine Rental Division | Rental | 2026-04-14 | 2026-04-14 | 61 - 90 | 78 | ER-RNT-10048026 | 202109070015 | 421544 |
| MR11427523 | $1,523.44 | $1,523.44 | Engine Rental Division | Rental | 2026-04-24 | 2026-04-24 | 61 - 90 | 68 | ER-RNT-9407636 | | 421544 |
| MR11427510 | $10,253.12 | $10,253.12 | Engine Rental Division | Rental | 2026-04-24 | 2026-04-24 | 61 - 90 | 68 | ER-RNT-9407636 | Multiple | 421544 |
| MR11438016 | $5,456.06 | $5,456.06 | Engine Rental Division | Rental | 2026-04-27 | 2026-04-27 | 61 - 90 | 65 | ER-RNT-9561891 | US0323110010 | 421544 |
| MR11455245 | $1,975.38 | $1,975.38 | Engine Rental Division | Rental | 2026-04-30 | 2026-04-30 | 61 - 90 | 62 | ER-RNT-10048026 | | 421544 |
| R72636964916 | $3,564.01 | $3,564.01 | Warsaw Rental | Rental | 2026-05-09 | 2026-05-09 | 31 - 60 | 53 | WAR-RM-11498549 | Multiple | 422215 |
| R72619956920 | $3,495.50 | $3,495.50 | Warsaw Rental | Rental | 2026-05-12 | 2026-05-12 | 31 - 60 | 50 | WAR-RM-11510499 | AT12D00330 | 420862 |
| R72636964917 | $3,564.01 | $3,564.01 | Warsaw Rental | Rental | 2026-06-06 | 2026-06-06 | 1 - 30 | 25 | WAR-RM-11625157 | Multiple | 422215 |
| R72636964918 | $2,416.00 | $2,416.00 | Warsaw Rental | Rental | 2026-06-26 | 2026-06-26 | 1 - 30 | 5 | WAR-RM-11720787 | Multiple | 422215 |
| | Total Owed | $58,724.30 | | | | | | | | | |

MacAllister CAT THE Rental STORE

# 4 WEEK INVOICE

MacAllister CAT

**INVOICE #**
**R72636964912**

Warsaw Rental Store
4760 IN-15
Warsaw, IN 46582

**Payment Options**

Pay Online at:
https://secure.billtrust.com/MACALLISTER/ig/signin

(800) 382-1896 M-F 8-5 EST

Mail Your Payment to: MacAllister Rentals
Dept. 78731
P.O. Box 78000
Detroit, MI 48278-0731

DALTON CORP/WARSAW
1900 E JEFFERSON ST
WARSAW, IN 46580

| Contract # | Date | PO | Job Number | User | Page |
|---|---|---|---|---|---|
| 6369649 | 1/17/26 | 422215 | 2 - DALTON CORP/WARS | CYCLE BILL | 1 |

| Customer # | Date Out | Date In | Job Location | Ordered By | Sales # |
|---|---|---|---|---|---|
| 1787072 | 2/28/25 12:00 PM | 1/30/26 | 1900 E JEFFERSON ST, WARSAW | RICK/RON | 000197 |

| Qty | Equipment | | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | SSL 1550LB ROC, 226<br>HRD03114 Make: CAT Model: 226D Ser #: HRD03114<br>HR OUT1 1120.90 HR IN1 TOTAL: 1120.90<br>***UNIT MUST BE DIESEL, SOLID TIRE***<br>***UNIT IS GOING INTO HARSH WORK ENVIRONMENT, ANY DAMAGE INCLUDING TIRE PAINT/BODY PANELS, ELECTRICAL AND STRUCTUAL ITEMS WILL NEED REPLACED AND CUSTOMER WILL INCUR A DAMAGE WORK ORDER FOR THE REPAIRS.*** | 85-1500 | $400.00 | $1,195.00 | $2,580.00 | $2,580.00 |
| 1 | SSL BUCKET<br>226/68037 Make: CAT Model: BKTSSL-68 Ser #: A4188LP10052 | 10-1050 | | | | |
| 1 | SOLID SSL TIRE (SET OF 4)<br>226/TIR02 Make: GALAXY Model: SSL SOLID TIRE Ser #: 226/TIR02 | 10-9450 | $125.00 | $250.00 | $500.00 | $500.00 |

**SALES ITEMS**

| Qty | Item Number | Description | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | RENTAL EXCISE TAX | | EA | $78.00 | $78.01 |
| 1 | ENVIRONMENTAL FEE | | EA | $19.00 | $19.00 |

**DELIVERY NOTES**

Rick 574-372-1864
ron 574-372-1846
RENTAL EQUIPMENT PROTECTION PLAN $387.00

| | |
|---|---|
| **Sub-total** | **$3,564.01** |
| **Exempt** | |
| **Total** | **$3,564.01** |

## Please Call Store for Pick-Up Confirmation

Net-30 days from invoice date unless otherwise specified herein. A service charge will apply to all past due accounts.

**IMPORTANT!** Please note and acknowledge safety instruction by initialing here: ____________

By his/her Initial, Lessee will provide All safety accessories as required, per safety instructions. Initial here: ____________

**PAYMENT:** Net-30 days from invoice date unless otherwise specified herein. A service charge will apply to all past due accounts.

**RENTAL EQUIPMENT PROTECTION PLAN ("REP"):** Lessee will purchase REP (terms at www.macallister.com/rep and incorporated herein by reference) if Lessee fails to obtain insurance coverage and provide MacAllister with proof of such coverage or if such insurance contains coverage amounts that are inadequate to cover the Equipment at any time.

**TERMS AND CONDITIONS:** The rental agreement terms and conditions found at www.macallister.com/rentalterms ("Rental Terms") are incorporated herein by this reference and apply to your rental of Equipment from or provision of Services by MacAllister (as defined in the Rental Terms). Please read carefully. This agreement includes an indemnification clause, a jury waiver, warranty disclaimers, and limitations of MacAllister's liability. By accepting delivery of or using the Equipment or Services or making payment(s) to MacAllister for the same, Lessee agrees to be bound by the Rental Terms and REP Terms, even if this Rental Out form has not been fully executed.

MacAllister CAT Rental THE STORE

# 4 WEEK INVOICE

MacAllister CAT

| INVOICE # |
|---|
| R72636964912 |

4760 N STATE ROAD 15
WARSAW, IN 46582

**Payment Options**

Pay Online at:
https://secure.billtrust.com/MACALLISTER/ig/signin

(800) 382-1896 M-F 8-5 EST

Mail Your Payment to: MacAllister Rentals
Dept. 78731
P.O. Box 78000
Detroit, MI 48278-0731

DALTON CORP/WARSAW
1900 E JEFFERSON ST
WARSAW, IN 46580

| Contract # | Date | PO | Job Number | User | Page |
|---|---|---|---|---|---|
| 6369649 | 1/17/26 | 422215 | 2 - DALTON CORP/WARS | CYCLE BILL | 2 |

| Customer # | Date Out | Date In | Job Location | Ordered By | Sales # |
|---|---|---|---|---|---|
| 1787072 | 2/28/25 12:00 PM | 1/30/26 | 1900 E JEFFERSON ST, WARSAW | RICK/RON | 000197 |

**DELIVERY NOTES**

BILLED FOR FOUR WEEKS 1/02/26 THRU 1/30/26 12:00 PM

## Please Call Store for Pick-Up Confirmation

| | |
|---|---|
| | |
| Exempt | |
| Total | $3,564.01 |

Net-30 days from invoice date unless otherwise specified herein. A service charge will apply to all past due accounts.

**IMPORTANT!** Please note and acknowledge safety instruction by initialing here: ____________

By his/her Initial, Lessee will provide All safety accessories as required, per safety instructions. Initial here: ________

**PAYMENT:** Net-30 days from invoice date unless otherwise specified herein. A service charge will apply to all past due accounts.

**RENTAL EQUIPMENT PROTECTION PLAN ("REP"):** Lessee will purchase REP (terms at www.macallister.com/rep and incorporated herein by reference) if Lessee fails to obtain insurance coverage and provide MacAllister with proof of such coverage or if such insurance contains coverage amounts that are inadequate to cover the Equipment at any time.

**TERMS AND CONDITIONS:** The rental agreement terms and conditions found at www.macallister.com/rentalterms ("Rental Terms") are incorporated herein by this reference and apply to your rental of Equipment from or provision of Services by MacAllister (as defined in the Rental Terms). Please read carefully. This agreement includes an indemnification clause, a jury waiver, warranty disclaimers, and limitations of MacAllister's liability. By accepting delivery of or using the Equipment or Services or making payment(s) to MacAllister for the same, Lessee agrees to be bound by the Rental Terms and REP Terms, even if this Rental Out form has not been fully executed.

MacAllister CAT The Rental Store

# 4 WEEK INVOICE

MacAllister CAT

| INVOICE # |
|---|
| R72619956916 |

Warsaw Rental Store
4760 IN-15
Warsaw, IN 46582

| Payment Options |
|---|
| Pay Online at: https://secure.billtrust.com/MACALLISTER/ig/signin |
| (800) 382-1896 M-F 8-5 EST |
| Mail Your Payment to: MacAllister Rentals<br>Dept. 78731<br>P.O. Box 78000<br>Detroit, MI 48278-0731 |

DALTON CORP/WARSAW
1900 E JEFFERSON ST
WARSAW, IN 46580

| Contract # | Date | PO | Job Number | User | Page |
|---|---|---|---|---|---|
| 6199569 | 1/20/26 | 420862 | 2 - DALTON CORP/WARS | CYCLE BILL | 1 |

| Customer # | Date Out | Date In | Job Location | Ordered By | Sales # |
|---|---|---|---|---|---|
| 1787072 | 11/11/24 8:00 AM | 2/02/26 | 1900 E JEFFERSON ST, WARSAW | RICK/RON | 000197 |

| Qty | Equipment | | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | 7-8K IND FORKLIFT PNEUMATIC T<br>5038201 Make: CAT Model: DP40N Ser #: AT12D00330<br>HR OUT1 2.50 HR IN1 TOTAL: 2.50<br>***UNIT MUST BE DIESEL, SOLID TIRE***<br>***UNIT IS GOING INTO HARSH WORK ENVIRONMENT, ANY DAMAGE INCLUDING TIRES PAINT/BODY PANELS, ELECTRICAL AND STRUCTUAL ITEMS WILL NEED REPLACED AND CUSTOMER WILL INCUR A DAMAGE WORK ORDER FOR THE REPAIRS.*** | 51-3805 | $500.00 | $1,550.00 | $3,400.00 | $3,400.00 |

SALES ITEMS

| Qty | Item Number | Description | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | RENTAL EXCISE TAX | | EA | $76.50 | $76.50 |
| 1 | ENVIRONMENTAL FEE | | EA | $19.00 | $19.00 |

DELIVERY NOTES

Rick is osc 574-372-1864
ron is osc 574-372-1846

**BILLED FOR FOUR WEEKS 1/05/26 THRU 2/02/26 08:00 AM**

| | |
|---|---|
| Sub-total | $3,495.50 |
| Exempt | |
| Total | $3,495.50 |

## Please Call Store for Pick-Up Confirmation

Net-30 days from invoice date unless otherwise specified herein. A service charge will apply to all past due accounts.

**IMPORTANT!** Please note and acknowledge safety instruction by initialing here: ____________

By his/her Initial, Lessee will provide All safety accessories as required, per safety instructions. Initial here: ____________

**PAYMENT:** Net-30 days from invoice date unless otherwise specified herein. A service charge will apply to all past due accounts.

**RENTAL EQUIPMENT PROTECTION PLAN ("REP"):** Lessee will purchase REP (terms at www.macallister.com/rep and incorporated herein by reference) if Lessee fails to obtain insurance coverage and provide MacAllister with proof of such coverage or if such insurance contains coverage amounts that are inadequate to cover the Equipment at any time.

**TERMS AND CONDITIONS:** The rental agreement terms and conditions found at www.macallister.com/rentalterms ("Rental Terms") are incorporated herein by this reference and apply to your rental of Equipment from or provision of Services by MacAllister (as defined in the Rental Terms). Please read carefully. This agreement includes an indemnification clause, a jury waiver, warranty disclaimers, and limitations of MacAllister's liability. By accepting delivery of or using the Equipment or Services or making payment(s) to MacAllister for the same, Lessee agrees to be bound by the Rental Terms and REP Terms, even if this Rental Out form has not been fully executed.

MacAllister CAT THE Rental STORE

# 4 WEEK INVOICE

MacAllister CAT

**INVOICE #**
**R72636964913**

Warsaw Rental Store
4760 IN-15
Warsaw, IN 46582

**Payment Options**

Pay Online at:
https://secure.billtrust.com/MACALLISTER/ig/signin

(800) 382-1896 M-F 8-5 EST

Mail Your Payment to: MacAllister Rentals
Dept. 78731
P.O. Box 78000
Detroit, MI 48278-0731

DALTON CORP/WARSAW
1900 E JEFFERSON ST
WARSAW, IN 46580

| Contract # | Date | PO | Job Number | User | Page |
|---|---|---|---|---|---|
| 6369649 | 2/14/26 | 422215 | 2 - DALTON CORP/WARS | CYCLE BILL | 1 |

| Customer # | Date Out | Date In | Job Location | Ordered By | Sales # |
|---|---|---|---|---|---|
| 1787072 | 2/28/25 12:00 PM | 2/27/26 | 1900 E JEFFERSON ST, WARSAW | RICK/RON | 000197 |

| Qty | Equipment | | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | SSL 1550LB ROC, 226<br>HRD03114 Make: CAT Model: 226D Ser #: HRD03114<br>HR OUT1 1120.90 HR IN1 TOTAL: 1120.90<br>***UNIT MUST BE DIESEL, SOLID TIRE***<br>***UNIT IS GOING INTO HARSH WORK ENVIRONMENT, ANY DAMAGE INCLUDING TIRE PAINT/BODY PANELS, ELECTRICAL AND STRUCTUAL ITEMS WILL NEED REPLACED AND CUSTOMER WILL INCUR A DAMAGE WORK ORDER FOR THE REPAIRS.*** | 85-1500 | $400.00 | $1,195.00 | $2,580.00 | $2,580.00 |
| 1 | SSL BUCKET<br>226/68037 Make: CAT Model: BKTSSL-68 Ser #: A4188LP10052 | 10-1050 | | | | |
| 1 | SOLID SSL TIRE (SET OF 4)<br>226/TIR02 Make: GALAXY Model: SSL SOLID TIRE Ser #: 226/TIR02 | 10-9450 | $125.00 | $250.00 | $500.00 | $500.00 |

**SALES ITEMS**

| Qty | Item Number | Description | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | RENTAL EXCISE TAX | | EA | $78.00 | $78.01 |
| 1 | ENVIRONMENTAL FEE | | EA | $19.00 | $19.00 |

**DELIVERY NOTES**

Rick 574-372-1864
ron 574-372-1846
RENTAL EQUIPMENT PROTECTION PLAN $387.00

| | |
|---|---|
| **Sub-total** | **$3,564.01** |
| **Exempt** | |
| **Total** | **$3,564.01** |

## Please Call Store for Pick-Up Confirmation

Net-30 days from invoice date unless otherwise specified herein. A service charge will apply to all past due accounts.

**IMPORTANT!** Please note and acknowledge safety instruction by initialing here: ________________

By his/her Initial, Lessee will provide All safety accessories as required, per safety instructions. Initial here: ____________

**PAYMENT:** Net-30 days from invoice date unless otherwise specified herein. A service charge will apply to all past due accounts.

**RENTAL EQUIPMENT PROTECTION PLAN ("REP"):** Lessee will purchase REP (terms at www.macallister.com/rep and incorporated herein by reference) if Lessee fails to obtain insurance coverage and provide MacAllister with proof of such coverage or if such insurance contains coverage amounts that are inadequate to cover the Equipment at any time.

**TERMS AND CONDITIONS:** The rental agreement terms and conditions found at www.macallister.com/rentalterms ("Rental Terms") are incorporated herein by this reference and apply to your rental of Equipment from or provision of Services by MacAllister (as defined in the Rental Terms). Please read carefully. This agreement includes an indemnification clause, a jury waiver, warranty disclaimers, and limitations of MacAllister's liability. By accepting delivery of or using the Equipment or Services or making payment(s) to MacAllister for the same, Lessee agrees to be bound by the Rental Terms and REP Terms, even if this Rental Out form has not been fully executed.

MacAllister CAT The Rental Store

# 4 WEEK INVOICE

| INVOICE # |
|---|
| R72636964913 |

MacAllister CAT

4760 N STATE ROAD 15
WARSAW, IN 46582

| Payment Options |
|---|
| Pay Online at: https://secure.billtrust.com/MACALLISTER/ig/signin |
| (800) 382-1896 M-F 8-5 EST |
| Mail Your Payment to: MacAllister Rentals<br>Dept. 78731<br>P.O. Box 78000<br>Detroit, MI 48278-0731 |

DALTON CORP/WARSAW
1900 E JEFFERSON ST
WARSAW, IN 46580

| Contract # | Date | PO | Job Number | User | Page |
|---|---|---|---|---|---|
| 6369649 | 2/14/26 | 422215 | 2 - DALTON CORP/WARS | CYCLE BILL | 2 |

| Customer # | Date Out | Date In | Job Location | Ordered By | Sales # |
|---|---|---|---|---|---|
| 1787072 | 2/28/25 12:00 PM | 2/27/26 | 1900 E JEFFERSON ST, WARSAW | RICK/RON | 000197 |

DELIVERY NOTES

BILLED FOR FOUR WEEKS 1/30/26 THRU 2/27/26 12:00 PM

**Please Call Store for Pick-Up Confirmation**

| | |
|---|---|
| Exempt | |
| Total | $3,564.01 |

Net-30 days from invoice date unless otherwise specified herein. A service charge will apply to all past due accounts.

**IMPORTANT!** Please note and acknowledge safety instruction by initialing here: ____________

By his/her Initial, Lessee will provide All safety accessories as required, per safety instructions. Initial here: ____________

**PAYMENT:** Net-30 days from invoice date unless otherwise specified herein. A service charge will apply to all past due accounts.

**RENTAL EQUIPMENT PROTECTION PLAN ("REP"):** Lessee will purchase REP (terms at www.macallister.com/rep and incorporated herein by reference) if Lessee fails to obtain insurance coverage and provide MacAllister with proof of such coverage or if such insurance contains coverage amounts that are inadequate to cover the Equipment at any time.

**TERMS AND CONDITIONS:** The rental agreement terms and conditions found at www.macallister.com/rentalterms ("Rental Terms") are incorporated herein by this reference and apply to your rental of Equipment from or provision of Services by MacAllister (as defined in the Rental Terms). Please read carefully. This agreement includes an indemnification clause, a jury waiver, warranty disclaimers, and limitations of MacAllister's liability. By accepting delivery of or using the Equipment or Services or making payment(s) to MacAllister for the same, Lessee agrees to be bound by the Rental Terms and REP Terms, even if this Rental Out form has not been fully executed.

# 4 WEEK INVOICE

**INVOICE #**
**R72619956917**

Warsaw Rental Store
4760 IN-15
Warsaw, IN 46582

**Payment Options**

Pay Online at:
https://secure.billtrust.com/MACALLISTER/ig/signin

(800) 382-1896 M-F 8-5 EST

Mail Your Payment to: MacAllister Rentals
Dept. 78731
P.O. Box 78000
Detroit, MI 48278-0731

DALTON CORP/WARSAW
1900 E JEFFERSON ST
WARSAW, IN 46580

| Contract # | Date | PO | Job Number | User | Page |
|---|---|---|---|---|---|
| 6199569 | 2/17/26 | 420862 | 2 - DALTON CORP/WARS | CYCLE BILL | 1 |

| Customer # | Date Out | Date In | Job Location | Ordered By | Sales # |
|---|---|---|---|---|---|
| 1787072 | 11/11/24 8:00 AM | 3/02/26 | 1900 E JEFFERSON ST, WARSAW | RICK/RON | 000197 |

| Qty | Equipment | | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | 7-8K IND FORKLIFT PNEUMATIC T<br>5038201 Make: CAT Model: DP40N Ser #: AT12D00330<br>HR OUT1 2.50 HR IN1 TOTAL: 2.50<br>***UNIT MUST BE DIESEL, SOLID TIRE***<br>***UNIT IS GOING INTO HARSH WORK ENVIRONMENT, ANY DAMAGE INCLUDING TIRES PAINT/BODY PANELS, ELECTRICAL AND STRUCTUAL ITEMS WILL NEED REPLACED AND CUSTOMER WILL INCUR A DAMAGE WORK ORDER FOR THE REPAIRS.*** | 51-3805 | $500.00 | $1,550.00 | $3,400.00 | $3,400.00 |

**SALES ITEMS**

| Qty | Item Number | Description | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | RENTAL EXCISE TAX | | EA | $76.50 | $76.50 |
| 1 | ENVIRONMENTAL FEE | | EA | $19.00 | $19.00 |

**DELIVERY NOTES**

Rick is osc 574-372-1864
ron is osc 574-372-1846

**BILLED FOR FOUR WEEKS 2/02/26 THRU 3/02/26 08:00 AM**

| | |
|---|---|
| **Sub-total** | **$3,495.50** |
| **Exempt** | |
| **Total** | **$3,495.50** |

## Please Call Store for Pick-Up Confirmation

Net-30 days from invoice date unless otherwise specified herein. A service charge will apply to all past due accounts.

**IMPORTANT!** Please note and acknowledge safety instruction by initialing here: ________________

By his/her Initial, Lessee will provide All safety accessories as required, per safety instructions. Initial here: ____________

**PAYMENT:** Net-30 days from invoice date unless otherwise specified herein. A service charge will apply to all past due accounts.

**RENTAL EQUIPMENT PROTECTION PLAN ("REP"):** Lessee will purchase REP (terms at www.macallister.com/rep and incorporated herein by reference) if Lessee fails to obtain insurance coverage and provide MacAllister with proof of such coverage or if such insurance contains coverage amounts that are inadequate to cover the Equipment at any time.

**TERMS AND CONDITIONS:** The rental agreement terms and conditions found at www.macallister.com/rentalterms ("Rental Terms") are incorporated herein by this reference and apply to your rental of Equipment from or provision of Services by MacAllister (as defined in the Rental Terms). Please read carefully. This agreement includes an indemnification clause, a jury waiver, warranty disclaimers, and limitations of MacAllister's liability. By accepting delivery of or using the Equipment or Services or making payment(s) to MacAllister for the same, Lessee agrees to be bound by the Rental Terms and REP Terms, even if this Rental Out form has not been fully executed.

REMIT TO: **MacAllister Machinery**
**Dept. 78731**
**P.O. Box 78000**
**Detroit, MI 48278-0731**

To view and pay invoices online, go to:
https://secure.billtrust.com/Macallister/ig/signin

MACALLISTER MACHINERY Ph 317-545-2151
6300 SOUTHEASTERN AVE
INDIANAPOLIS IN 46203

**Account Number: 1787072**
**CUSTOMER ORIGINAL INVOICE**

**SOLD TO**
DALTON CORP/WARSAW
1900 E JEFFERSON ST
WARSAW IN 46580

**SHIP TO**
DALTON CORP/WARSAW
1900 E JEFFERSON ST
WARSAW IN 46580

| INVOICE NUMBER | INVOICE DATE | ORDER NUMBER | TERMS | CUSTOMER PO NUMBER | PAGE |
|---|---|---|---|---|---|
| MR11373496 | 04/14/2026 | ER-RNT-10048026 | COD | 421544 | 1/2 |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|

CUSTOMER CONTACT: chris dobkins - chris.dobkins@daltoncoropation.com (Phone)

**SEG.1 / SULLAIR 1600HAF IEPC1600-12R - RENTAL START DATE: 06/16/2025 12:00 AM**

| QTY | ITEM | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| EQUIPMENT | | | | |
| 1 | SULLAIR 1600HAF<br>DEALER ID #: IEPC1600-12R<br>SERIAL #: 202109070015<br>SMU: 1897 hours out | Billing period: 3/23/2026 - 4/19/2026 | 8,250.00 | 8,250.00 |
| | | **SEGMENT TOTAL** | | **8,250.00** |

**SEG.2 / EPFD10-2 - RENTAL START DATE: 06/16/2025 12:00 AM**

| QTY | ITEM | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| ATTACHMENTS & BULK ITEMS | | | | |
| 1 | UNKNOWN 1000G TANK<br>DEALER ID #: EPFD10-2<br>SERIAL #: DBL-WALL-1000G-2 | Billing period: 3/23/2026 - 4/19/2026 | 1,250.00 | 1,250.00 |
| | | **SEGMENT TOTAL** | | **1,250.00** |

**SEG.3 / - RENTAL START DATE: 06/16/2025 12:00 AM**

| QTY | ITEM | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| ATTACHMENTS & BULK ITEMS | | | | |
| 3 | Air Fitting - 3" Boss Coupling | Billing period: 3/23/2026 - 4/19/2026 | 0.00 | 0.00 |
| 1 | Air Fitting - 3" Male Boss x 3" Female NPT | Billing period: 3/23/2026 - 4/19/2026 | 0.00 | 0.00 |
| 1 | Air Fitting - 3" Male Boss x 3" Male NPT | Billing period: 3/23/2026 - 4/19/2026 | 0.00 | 0.00 |
| 10 | Hose - Whip Check | Billing period: 3/23/2026 - 4/19/2026 | 0.00 | 0.00 |
| 8 | Hose - 3" x 25', Compressor | Billing period: 3/23/2026 - 4/19/2026 | 300.00 | 2,400.00 |
| MISCELLANEOUS | | | | |
| 1 | PSD Rental Labor<br>*Inspections* | | 190.00 | 190.00 |

NOTES

MacAllister CAT

REMIT TO: **MacAllister Machinery**
**Dept. 78731**
**P.O. Box 78000**
**Detroit, MI 48278-0731**

| INVOICE NUMBER | INVOICE DATE | ORDER NUMBER | TERMS | CUSTOMER PO NUMBER | PAGE |
|---|---|---|---|---|---|
| MR11373496 | 04/14/2026 | ER-RNT-10048026 | COD | 421544 | 2/2 |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|

CUSTOMER CONTACT: chris dobkins - chris.dobkins@daltoncoropation.com (Phone)
120 psi 3" boss on the unit

It is the customer's responsibility to maintain the fluid levels on this unit while under contract, failure to do so could result in damage billed to the customer.
This unit will require a OEM level one pm service every 300 hours billed at $1,855.00 each.

same pump handle as the other tanks

| | |
|---|---|
| **SEGMENT TOTAL** | **2,590.00** |
| **SUBTOTAL BEFORE TAXES** | **12,090.00** |
| **INDIANA NON-TAX RESALE** | 0.00 |
| **INDIANA RENTAL EXCISE TAX** | 267.76 |

Thank you for renting from MacAllister Power Systems!
This is subject to the terms and conditions found at www.macallister.com/psdrentalterms, which are incorporated herein by this reference.

RENTAL REPRESENTATIVE: Stephen Ulery
Cell: 260-433-9846
Email: StephenUlery@macallister.com

**PAYMENT TERMS**
COD - Payment due at time of sale. A monthly Finance Charge of 1.00% (12% APR) will be added on all past due amounts. Title to goods remains with the seller until full payment is received.

| | |
|---|---|
| CREDIT AMOUNT DO NOT PAY | |
| PAY THIS AMOUNT | **12,357.76** |

REMIT TO: **MacAllister Machinery**
**Dept. 78731**
**P.O. Box 78000**
**Detroit, MI 48278-0731**

To view and pay invoices online, go to:
https://secure.billtrust.com/Macallister/ig/signin

MACALLISTER MACHINERY Ph 317-545-2151
6300 SOUTHEASTERN AVE
INDIANAPOLIS IN 46203

**Account Number: 1787072**
**CUSTOMER ORIGINAL INVOICE**

**SOLD TO**
DALTON CORP/WARSAW
1900 E JEFFERSON ST
WARSAW IN 46580

**SHIP TO**
DALTON CORP/WARSAW
1900 E JEFFERSON ST
WARSAW IN 46580

| INVOICE NUMBER | INVOICE DATE | ORDER NUMBER | TERMS | CUSTOMER PO NUMBER | PAGE |
|---|---|---|---|---|---|
| MR11427523 | 04/24/2026 | ER-RNT-9407636 | COD | 421544 | 1/1 |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|

CUSTOMER CONTACT: Chris Dobbkins - 219 221 2408 | chris.dobkins@daltoncorporation.com (Phone)

**SEG.6 / Bulk - RENTAL START DATE: 01/09/2025 12:00 AM**

MISCELLANEOUS

| QTY | ITEM | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1 | PSD Rental Labor<br>*Full service upon return labor* | Hose - 3" x 50', Compressor - Lay Flat | 1,140.00 | 1,140.00 |
| 1 | PSD Rental Parts<br>*Full service upon return parts.* | Hose - 3" x 50', Compressor - Lay Flat | 375.00 | 375.00 |

| | |
|---|---|
| **SEGMENT TOTAL** | **1,515.00** |
| **SUBTOTAL BEFORE TAXES** | **1,515.00** |
| **INDIANA NON-TAX RESALE** | 0.00 |
| **INDIANA RENTAL EXCISE TAX** | 8.44 |

Thank you for renting from MacAllister Power Systems!
This is subject to the terms and conditions found at www.macallister.com/psdrentalterms, which are incorporated herein by this reference.

RENTAL REPRESENTATIVE: Stephen Ulery
Cell: 260-433-9846
Email: StephenUlery@macallister.com

**PAYMENT TERMS**
COD - Payment due at time of sale. A monthly Finance Charge of 1.00% (12% APR) will be added on all past due amounts. Title to goods remains with the seller until full payment is received.

| | |
|---|---|
| CREDIT AMOUNT DO NOT PAY | |
| PAY THIS AMOUNT | **1,523.44** |

MacAllister CAT

REMIT TO: **MacAllister Machinery**
**Dept. 78731**
**P.O. Box 78000**
**Detroit, MI 48278-0731**

To view and pay invoices online, go to:
https://secure.billtrust.com/Macallister/ig/signin

MACALLISTER MACHINERY Ph 317-545-2151
6300 SOUTHEASTERN AVE
INDIANAPOLIS IN 46203

**Account Number: 1787072**
**CUSTOMER ORIGINAL INVOICE**

**SOLD TO**
DALTON CORP/WARSAW
1900 E JEFFERSON ST
WARSAW IN 46580

**SHIP TO**
DALTON CORP/WARSAW
1900 E JEFFERSON ST
WARSAW IN 46580

| INVOICE NUMBER | INVOICE DATE | ORDER NUMBER | TERMS | CUSTOMER PO NUMBER | PAGE |
|---|---|---|---|---|---|
| MR11427510 | 04/24/2026 | ER-RNT-9407636 | COD | 421544 | 1/2 |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|

CUSTOMER CONTACT: Chris Dobbkins - 219 221 2408 | chris.dobkins@daltoncorporation.com (Phone)

**SEG.4 / SULLAIR 1600HAF IEPC1600-8 - RENTAL START DATE: 05/01/2025 12:00 AM**

| QTY | ITEM | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| EQUIPMENT | | | | |
| 1 | SULLAIR 1600HAF<br>DEALER ID #: IEPC1600-8<br>SERIAL #: 201611170013<br>SMU: 9366 hours out \| 10995 hours in | Billing period: 2/5/2026 - 3/2/2026 | 8,250.00 | 8,250.00 |
| | | **SEGMENT TOTAL** | | **8,250.00** |

**SEG.5 / FuelTank RR Pope - RENTAL START DATE: 01/09/2025 12:00 AM**

| QTY | ITEM | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| EQUIPMENT | | | | |
| 1 | WESTERN GLOBAL TRANSCUBE 1200<br>DEALER ID #: Pope Tank 1 10<br>SERIAL #: ERRPOPETANK1000Gal | Billing period: 2/5/2026 - 3/2/2026 | 1,250.00 | 1,250.00 |
| | | **SEGMENT TOTAL** | | **1,250.00** |

**SEG.6 / Bulk - RENTAL START DATE: 01/09/2025 12:00 AM**

| QTY | ITEM | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| ATTACHMENTS & BULK ITEMS | | | | |
| 2 | Hose - Whip Check | Billing period: 2/5/2026 - 3/2/2026 | 0.00 | 0.00 |
| 1 | Air Fitting - 3" Boss Coupling | Billing period: 2/5/2026 - 3/2/2026 | 0.00 | 0.00 |
| 1 | Hose - 3" x 50', Compressor - Lay Flat | Billing period: 2/5/2026 - 3/2/2026 | 0.00 | 0.00 |
| MISCELLANEOUS | | | | |
| 1 | Environmental Fee | Hose - 3" x 50', Compressor - Lay Flat | 11.00 | 11.00 |
| 64 | PSD Rental Fuel Billed<br>*Added 64 gallons of fuel upon return* | Hose - 3" x 50', Compressor - Lay Flat | 8.50 | 544.00 |
| | | **SEGMENT TOTAL** | | **555.00** |
| | | **SUBTOTAL BEFORE TAXES** | | **10,055.00** |
| | | **INDIANA NON-TAX RESALE** | | 0.00 |
| | | **INDIANA RENTAL EXCISE TAX** | | 198.12 |

MacAllister CAT

REMIT TO: MacAllister Machinery
Dept. 78731
P.O. Box 78000
Detroit, MI 48278-0731

| INVOICE NUMBER | INVOICE DATE | ORDER NUMBER | TERMS | CUSTOMER PO NUMBER | PAGE |
|---|---|---|---|---|---|
| MR11427510 | 04/24/2026 | ER-RNT-9407636 | COD | 421544 | 2/2 |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|

CUSTOMER CONTACT: Chris Dobbkins - 219 221 2408 | chris.dobkins@daltoncorporation.com
(Phone)

Thank you for renting from MacAllister Power Systems!
This is subject to the terms and conditions found at www.macallister.com/psdrentalterms, which are incorporated herein by this reference.

RENTAL REPRESENTATIVE: Stephen Ulery
Cell: 260-433-9846
Email: StephenUlery@macallister.com

**PAYMENT TERMS**
COD - Payment due at time of sale. A monthly Finance Charge of 1.00% (12% APR) will be added on all past due amounts. Title to goods remains with the seller until full payment is received.

| | |
|---|---|
| CREDIT AMOUNT DO NOT PAY | |
| PAY THIS AMOUNT | 10,253.12 |

REMIT TO: **MacAllister Machinery**
**Dept. 78731**
**P.O. Box 78000**
**Detroit, MI 48278-0731**

To view and pay invoices online, go to:
https://secure.billtrust.com/Macallister/ig/signin

MACALLISTER MACHINERY Ph 317-545-2151
6300 SOUTHEASTERN AVE
INDIANAPOLIS IN 46203

**Account Number: 1787072**
**CUSTOMER ORIGINAL INVOICE**

**SOLD TO**
DALTON CORP/WARSAW
1900 E JEFFERSON ST
WARSAW IN 46580

**SHIP TO**
PLEASE SEE DELIVERY ADDRESSES BELOW

| INVOICE NUMBER | INVOICE DATE | ORDER NUMBER | TERMS | CUSTOMER PO NUMBER | PAGE |
|---|---|---|---|---|---|
| MR11438016 | 04/27/2026 | ER-RNT-9561891 | COD | 421544 | 1/2 |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|

CUSTOMER CONTACT: Chris Dobkins - 219-221-2408 | chris.dobkins@daltoncorporation.com (Cell)

**SEG.3 / SULLAIR 1600HAF ERRRP6 - RENTAL START DATE: 09/01/2025 12:00 AM**

JOB SITE
1900 E JEFFERSON ST Warsaw IN

EQUIPMENT

| QTY | ITEM | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1 | SULLAIR 1600HAF<br>DEALER ID #: ERRRP6<br>SERIAL #: US0323110010<br>SMU: 313 hours out \| 672 hours in | Billing period: 4/13/2026 - 4/15/2026 | 2,750.00 | 2,750.00 |
| | | **SEGMENT TOTAL** | | **2,750.00** |

**SEG.4 / Jay Pope Fuel Tank - RENTAL START DATE: 02/17/2025 12:00 AM**

ATTACHMENTS & BULK ITEMS

| QTY | ITEM | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1 | UNKNOWN 500G TANK<br>DEALER ID #: ERR JP Fuel Tank 1<br>SERIAL #: JP Fuel Tank 1 | Billing period: 4/13/2026 - 4/15/2026 | 450.00 | 450.00 |
| | | **SEGMENT TOTAL** | | **450.00** |

**SEG.5 / - RENTAL START DATE: 02/17/2025 12:00 AM**

DELIVERY ADDRESS
1900 E JEFFERSON ST WARSAW IN 46580

ATTACHMENTS & BULK ITEMS

| QTY | ITEM | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 4 | Hose - Whip Check | Billing period: 4/13/2026 - 4/15/2026 | 0.00 | 0.00 |
| 2 | Hose - 3" x 50', Compressor - Lay Flat | Billing period: 4/13/2026 - 4/15/2026 | 0.00 | 0.00 |
| 2 | Air Fitting - 3" Male Boss x 3" Male NPT | Billing period: 4/13/2026 - 4/15/2026 | 0.00 | 0.00 |
| 1 | 3" Wye - Air Manifold | Billing period: 2/16/2026 - 3/2/2026 | 0.00 | 0.00 |

MISCELLANEOUS

| QTY | ITEM | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 83 | PSD Rental Fuel Billed<br>*Added 83 gallons upon return* | | 8.50 | 705.50 |
| 1 | Environmental Fee | 3" Wye - Air Manifold | 11.00 | 11.00 |
| 1 | PSD Rental Labor<br>*Full service labor upon return* | 3" Wye - Air Manifold | 1,140.00 | 1,140.00 |
| 1 | PSD Rental Parts<br>*Parts for full service upon return* | 3" Wye - Air Manifold | 375.00 | 375.00 |

REMIT TO: **MacAllister Machinery**
**Dept. 78731**
**P.O. Box 78000**
**Detroit, MI 48278-0731**

| INVOICE NUMBER | INVOICE DATE | ORDER NUMBER | TERMS | CUSTOMER PO NUMBER | PAGE |
|---|---|---|---|---|---|
| MR11438016 | 04/27/2026 | ER-RNT-9561891 | COD | 421544 | 2/2 |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|

CUSTOMER CONTACT: Chris Dobkins - 219-221-2408 | chris.dobkins@daltoncorporation.com (Cell)

| | |
|---|---|
| **SEGMENT TOTAL** | **2,231.50** |
| **SUBTOTAL BEFORE TAXES** | **5,431.50** |
| **INDIANA NON-TAX RESALE** | 0.00 |
| **INDIANA RENTAL EXCISE TAX** | 24.56 |

Thank you for renting from MacAllister Power Systems!
This is subject to the terms and conditions found at www.macallister.com/psdrentalterms, which are incorporated herein by this reference.

RENTAL REPRESENTATIVE: Stephen Ulery
Cell: 260-433-9846
Email: StephenUlery@macallister.com

**PAYMENT TERMS**
COD - Payment due at time of sale. A monthly Finance Charge of 1.00% (12% APR) will be added on all past due amounts. Title to goods remains with the seller until full payment is received.

| | |
|---|---|
| CREDIT AMOUNT DO NOT PAY | |
| PAY THIS AMOUNT | **5,456.06** |

REMIT TO: **MacAllister Machinery**
**Dept. 78731**
**P.O. Box 78000**
**Detroit, MI 48278-0731**

To view and pay invoices online, go to:
https://secure.billtrust.com/Macallister/ig/signin

MACALLISTER MACHINERY Ph 317-545-2151
6300 SOUTHEASTERN AVE
INDIANAPOLIS IN 46203

**Account Number: 1787072**
**CUSTOMER ORIGINAL INVOICE**

**SOLD TO**
DALTON CORP/WARSAW
1900 E JEFFERSON ST
WARSAW IN 46580

**SHIP TO**
DALTON CORP/WARSAW
1900 E JEFFERSON ST
WARSAW IN 46580

| INVOICE NUMBER | INVOICE DATE | ORDER NUMBER | TERMS | CUSTOMER PO NUMBER | PAGE |
|---|---|---|---|---|---|
| MR11455245 | 04/30/2026 | ER-RNT-10048026 | COD | 421544 | 1/1 |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|

CUSTOMER CONTACT: chris dobkins - chris.dobkins@daltoncoropation.com (Phone)

**SEG.3 / - RENTAL START DATE: 06/16/2025 12:00 AM**

MISCELLANEOUS

| QTY | ITEM | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 52 | PSD Rental Fuel Billed<br>*Added 52 gallons upon return* | Hose - 3" x 25', Compressor | 8.50 | 442.00 |
| 1 | PSD Rental Labor<br>*Full Service upon return* | Hose - 3" x 25', Compressor | 1,140.00 | 1,140.00 |
| 1 | PSD Rental Parts<br>*Parts for full service upon return* | Hose - 3" x 25', Compressor | 375.00 | 375.00 |

| | |
|---|---|
| **SEGMENT TOTAL** | **1,957.00** |
| **SUBTOTAL BEFORE TAXES** | **1,957.00** |
| **INDIANA NON-TAX RESALE** | 0.00 |
| **INDIANA RENTAL EXCISE TAX** | 18.38 |

Thank you for renting from MacAllister Power Systems!
This is subject to the terms and conditions found at www.macallister.com/psdrentalterms, which are incorporated herein by this reference.

RENTAL REPRESENTATIVE: Stephen Ulery
Cell: 260-433-9846
Email: StephenUlery@macallister.com

**PAYMENT TERMS**
COD - Payment due at time of sale. A monthly Finance Charge of 1.00% (12% APR) will be added on all past due amounts. Title to goods remains with the seller until full payment is received.

| | |
|---|---|
| CREDIT AMOUNT DO NOT PAY | |
| PAY THIS AMOUNT | **1,975.38** |

MacAllister CAT RENTALS

# 4 WEEK INVOICE

**INVOICE #**
**R72636964916**

MacAllister CAT

Warsaw Rental Store
4760 IN-15
Warsaw, IN 46582

**Payment Options**

Pay Online at:
https://secure.billtrust.com/MACALLISTER/ig/signin

(877) 700-1945 M-F 8-5 EST

Mail Your Payment to: MacAllister Rentals
Dept. 78731
P.O. Box 78000
Detroit, MI 48278-0731

DALTON CORP/WARSAW
1900 E JEFFERSON ST
WARSAW, IN 46580

| Contract # | Date | PO | Job Number | User | Page |
|---|---|---|---|---|---|
| 6369649 | 5/09/26 | 422215 | 2 - DALTON CORP/WARS | CYCLE BILL | 1 |

| Customer # | Date Out | Date In | Job Location | Ordered By | Sales # |
|---|---|---|---|---|---|
| 1787072 | 2/28/25 12:00 PM | 5/22/26 | 1900 E JEFFERSON ST, WARSAW | RICK/RON | 000197 |

| Qty | Equipment | | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | SSL 1550LB ROC, 226<br>HRD03114 Make: CAT Model: 226D Ser #: HRD03114<br>HR OUT1 1120.90 HR IN1 TOTAL: 1120.90<br>***UNIT MUST BE DIESEL, SOLID TIRE***<br>***UNIT IS GOING INTO HARSH WORK ENVIRONMENT, ANY DAMAGE INCLUDING TIRE PAINT/BODY PANELS, ELECTRICAL AND STRUCTUAL ITEMS WILL NEED REPLACED AND CUSTOMER WILL INCUR A DAMAGE WORK ORDER FOR THE REPAIRS.*** | 85-1500 | $400.00 | $1,195.00 | $2,580.00 | $2,580.00 |
| 1 | SSL BUCKET<br>226/68037 Make: CAT Model: BKTSSL-68 Ser #: A4188LP10052 | 10-1050 | | | | |
| 1 | SOLID SSL TIRE (SET OF 4)<br>226/TIR02 Make: GALAXY Model: SSL SOLID TIRE Ser #: 226/TIR02 | 10-9450 | $125.00 | $250.00 | $500.00 | $500.00 |

**SALES ITEMS**

| Qty | Item Number | Description | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | RENTAL EXCISE TAX | | EA | $78.00 | $78.01 |
| 1 | ENVIRONMENTAL FEE | | EA | $19.00 | $19.00 |

**DELIVERY NOTES**

Rick 574-372-1864
ron 574-372-1846
RENTAL EQUIPMENT PROTECTION PLAN $387.00

| | |
|---|---|
| **Sub-total** | **$3,564.01** |
| **Exempt** | |
| **Total** | **$3,564.01** |

## To Call Equipment Off-Rent, Call Store 574-267-3230

Net-30 days from invoice date unless otherwise specified herein. A service charge will apply to all past due accounts.

**IMPORTANT!** Please note and acknowledge safety instruction by initialing here: ____________

By his/her Initial, Lessee will provide All safety accessories as required, per safety instructions. Initial here: ____________

**PAYMENT:** Net-30 days from invoice date unless otherwise specified herein. A service charge will apply to all past due accounts.

**RENTAL EQUIPMENT PROTECTION PLAN ("REP"):** Lessee will purchase REP (terms at www.macallister.com/rep and incorporated herein by reference) if Lessee fails to obtain insurance coverage and provide MacAllister with proof of such coverage or if such insurance contains coverage amounts that are inadequate to cover the Equipment at any time.

**TERMS AND CONDITIONS:** The rental agreement terms and conditions found at www.macallister.com/rentalterms ("Rental Terms") are incorporated herein by this reference and apply to your rental of Equipment from or provision of Services by MacAllister (as defined in the Rental Terms). Please read carefully. This agreement includes an indemnification clause, a jury waiver, warranty disclaimers, and limitations of MacAllister's liability. By accepting delivery of or using the Equipment or Services or making payment(s) to MacAllister for the same, Lessee agrees to be bound by the Rental Terms and REP Terms, even if this Rental Out form has not been fully executed.

MacAllister CAT RENTALS

# 4 WEEK INVOICE

MacAllister CAT

**INVOICE #**
**R72636964916**

4760 N STATE ROAD 15
WARSAW, IN 46582

**Payment Options**

Pay Online at:
https://secure.billtrust.com/MACALLISTER/ig/signin

(877) 700-1945 M-F 8-5 EST

Mail Your Payment to: MacAllister Rentals
Dept. 78731
P.O. Box 78000
Detroit, MI 48278-0731

DALTON CORP/WARSAW
1900 E JEFFERSON ST
WARSAW, IN 46580

| Contract # | Date | PO | Job Number | User | Page |
|---|---|---|---|---|---|
| 6369649 | 5/09/26 | 422215 | 2 - DALTON CORP/WARS | CYCLE BILL | 2 |

| Customer # | Date Out | Date In | Job Location | Ordered By | Sales # |
|---|---|---|---|---|---|
| 1787072 | 2/28/25 12:00 PM | 5/22/26 | 1900 E JEFFERSON ST, WARSAW | RICK/RON | 000197 |

**DELIVERY NOTES**

BILLED FOR FOUR WEEKS 4/24/26 THRU 5/22/26 12:00 PM

## To Call Equipment Off-Rent, Call Store 574-267-3230

| | |
|---|---|
| | |
| Exempt | |
| Total | $3,564.01 |

Net-30 days from invoice date unless otherwise specified herein. A service charge will apply to all past due accounts.

**IMPORTANT!** Please note and acknowledge safety instruction by initialing here: ____________

By his/her Initial, Lessee will provide All safety accessories as required, per safety instructions. Initial here: ____________

**PAYMENT:** Net-30 days from invoice date unless otherwise specified herein. A service charge will apply to all past due accounts.

**RENTAL EQUIPMENT PROTECTION PLAN ("REP"):** Lessee will purchase REP (terms at www.macallister.com/rep and incorporated herein by reference) if Lessee fails to obtain insurance coverage and provide MacAllister with proof of such coverage or if such insurance contains coverage amounts that are inadequate to cover the Equipment at any time.

**TERMS AND CONDITIONS:** The rental agreement terms and conditions found at www.macallister.com/rentalterms ("Rental Terms") are incorporated herein by this reference and apply to your rental of Equipment from or provision of Services by MacAllister (as defined in the Rental Terms). Please read carefully. This agreement includes an indemnification clause, a jury waiver, warranty disclaimers, and limitations of MacAllister's liability. By accepting delivery of or using the Equipment or Services or making payment(s) to MacAllister for the same, Lessee agrees to be bound by the Rental Terms and REP Terms, even if this Rental Out form has not been fully executed.

MacAllister CAT RENTALS

# 4 WEEK INVOICE

MacAllister CAT

**INVOICE #**
**R72619956920**

Warsaw Rental Store
4760 IN-15
Warsaw, IN 46582

**Payment Options**

Pay Online at:
https://secure.billtrust.com/MACALLISTER/ig/signin

(877) 700-1945 M-F 8-5 EST

Mail Your Payment to: MacAllister Rentals
Dept. 78731
P.O. Box 78000
Detroit, MI 48278-0731

DALTON CORP/WARSAW
1900 E JEFFERSON ST
WARSAW, IN 46580

| Contract # | Date | PO | Job Number | User | Page |
|---|---|---|---|---|---|
| 6199569 | 5/12/26 | 420862 | 2 - DALTON CORP/WARS | CYCLE BILL | 1 |

| Customer # | Date Out | Date In | Job Location | Ordered By | Sales # |
|---|---|---|---|---|---|
| 1787072 | 11/11/24 8:00 AM | 5/25/26 | 1900 E JEFFERSON ST, WARSAW | RICK/RON | 000197 |

| Qty | Equipment | | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | 7-8K IND FORKLIFT PNEUMATIC T | 51-3805 | $500.00 | $1,550.00 | $3,400.00 | $3,400.00 |
| | 5038201 Make: CAT Model: DP40N Ser #: AT12D00330 | | | | | |
| | HR OUT1 2.50 HR IN1 TOTAL: 2.50 | | | | | |
| | ***UNIT MUST BE DIESEL, SOLID TIRE*** | | | | | |
| | ***UNIT IS GOING INTO HARSH WORK ENVIRONMENT, ANY DAMAGE INCLUDING TIRES PAINT/BODY PANELS, ELECTRICAL AND STRUCTUAL ITEMS WILL NEED REPLACED AND CUSTOMER WILL INCUR A DAMAGE WORK ORDER FOR THE REPAIRS.*** | | | | | |

**SALES ITEMS**

| Qty | Item Number | Description | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | RENTAL EXCISE TAX | | EA | $76.50 | $76.50 |
| 1 | ENVIRONMENTAL FEE | | EA | $19.00 | $19.00 |

**DELIVERY NOTES**

Rick is osc 574-372-1864
ron is osc 574-372-1846

**BILLED FOR FOUR WEEKS 4/27/26 THRU 5/25/26 08:00 AM**

| | |
|---|---|
| **Sub-total** | **$3,495.50** |
| **Exempt** | |
| **Total** | **$3,495.50** |

## To Call Equipment Off-Rent, Call Store 574-267-3230

Net-30 days from invoice date unless otherwise specified herein. A service charge will apply to all past due accounts.

**IMPORTANT!** Please note and acknowledge safety instruction by initialing here: ________________

By his/her Initial, Lessee will provide All safety accessories as required, per safety instructions. Initial here: ____________

**PAYMENT:** Net-30 days from invoice date unless otherwise specified herein. A service charge will apply to all past due accounts.

**RENTAL EQUIPMENT PROTECTION PLAN ("REP"):** Lessee will purchase REP (terms at www.macallister.com/rep and incorporated herein by reference) if Lessee fails to obtain insurance coverage and provide MacAllister with proof of such coverage or if such insurance contains coverage amounts that are inadequate to cover the Equipment at any time.

**TERMS AND CONDITIONS:** The rental agreement terms and conditions found at www.macallister.com/rentalterms ("Rental Terms") are incorporated herein by this reference and apply to your rental of Equipment from or provision of Services by MacAllister (as defined in the Rental Terms). Please read carefully. This agreement includes an indemnification clause, a jury waiver, warranty disclaimers, and limitations of MacAllister's liability. By accepting delivery of or using the Equipment or Services or making payment(s) to MacAllister for the same, Lessee agrees to be bound by the Rental Terms and REP Terms, even if this Rental Out form has not been fully executed.

MacAllister CAT RENTALS

# 4 WEEK INVOICE

MacAllister CAT

**INVOICE #**
**R72636964917**

Warsaw Rental Store
4760 IN-15
Warsaw, IN 46582

**Payment Options**

Pay Online at:
https://secure.billtrust.com/MACALLISTER/ig/signin

(877) 700-1945 M-F 8-5 EST

Mail Your Payment to: MacAllister Rentals
Dept. 78731
P.O. Box 78000
Detroit, MI 48278-0731

DALTON CORP/WARSAW
1900 E JEFFERSON ST
WARSAW, IN 46580

| Contract # | Date | PO | Job Number | User | Page |
|---|---|---|---|---|---|
| 6369649 | 6/06/26 | 422215 | 2 - DALTON CORP/WARS | CYCLE BILL | 1 |

| Customer # | Date Out | Date In | Job Location | Ordered By | Sales # |
|---|---|---|---|---|---|
| 1787072 | 2/28/25 12:00 PM | 6/19/26 | 1900 E JEFFERSON ST, WARSAW | RICK/RON | 000197 |

| Qty | Equipment | | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | SSL 1550LB ROC, 226<br>HRD03114 Make: CAT Model: 226D Ser #: HRD03114<br>HR OUT1 1120.90 HR IN1 TOTAL: 1120.90<br>***UNIT MUST BE DIESEL, SOLID TIRE***<br>***UNIT IS GOING INTO HARSH WORK ENVIRONMENT, ANY DAMAGE INCLUDING TIRE PAINT/BODY PANELS, ELECTRICAL AND STRUCTUAL ITEMS WILL NEED REPLACED AND CUSTOMER WILL INCUR A DAMAGE WORK ORDER FOR THE REPAIRS.*** | 85-1500 | $400.00 | $1,195.00 | $2,580.00 | $2,580.00 |
| 1 | SSL BUCKET<br>226/68037 Make: CAT Model: BKTSSL-68 Ser #: A4188LP10052 | 10-1050 | | | | |
| 1 | SOLID SSL TIRE (SET OF 4)<br>226/TIR02 Make: GALAXY Model: SSL SOLID TIRE Ser #: 226/TIR02 | 10-9450 | $125.00 | $250.00 | $500.00 | $500.00 |

**SALES ITEMS**

| Qty | Item Number | Description | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | RENTAL EXCISE TAX | | EA | $78.00 | $78.01 |
| 1 | ENVIRONMENTAL FEE | | EA | $19.00 | $19.00 |

**DELIVERY NOTES**

Rick 574-372-1864
ron 574-372-1846
RENTAL EQUIPMENT PROTECTION PLAN — $387.00

| | |
|---|---|
| **Sub-total** | **$3,564.01** |
| **Exempt** | |
| **Total** | **$3,564.01** |

## To Call Equipment Off-Rent, Call Store 574-267-3230

Net-30 days from invoice date unless otherwise specified herein. A service charge will apply to all past due accounts.

**IMPORTANT!** Please note and acknowledge safety instruction by initialing here: ________________

By his/her Initial, Lessee will provide All safety accessories as required, per safety instructions. Initial here: ____________

**PAYMENT:** Net-30 days from invoice date unless otherwise specified herein. A service charge will apply to all past due accounts.

**RENTAL EQUIPMENT PROTECTION PLAN ("REP"):** Lessee will purchase REP (terms at www.macallister.com/rep and incorporated herein by reference) if Lessee fails to obtain insurance coverage and provide MacAllister with proof of such coverage or if such insurance contains coverage amounts that are inadequate to cover the Equipment at any time.

**TERMS AND CONDITIONS:** The rental agreement terms and conditions found at www.macallister.com/rentalterms ("Rental Terms") are incorporated herein by this reference and apply to your rental of Equipment from or provision of Services by MacAllister (as defined in the Rental Terms). Please read carefully. This agreement includes an indemnification clause, a jury waiver, warranty disclaimers, and limitations of MacAllister's liability. By accepting delivery of or using the Equipment or Services or making payment(s) to MacAllister for the same, Lessee agrees to be bound by the Rental Terms and REP Terms, even if this Rental Out form has not been fully executed.

MacAllister CAT RENTALS

# 4 WEEK INVOICE

**INVOICE #**
**R72636964917**

MacAllister CAT

4760 N STATE ROAD 15
WARSAW, IN 46582

**Payment Options**

Pay Online at:
https://secure.billtrust.com/MACALLISTER/ig/signin

(877) 700-1945 M-F 8-5 EST

Mail Your Payment to: MacAllister Rentals
Dept. 78731
P.O. Box 78000
Detroit, MI 48278-0731

DALTON CORP/WARSAW
1900 E JEFFERSON ST
WARSAW, IN 46580

| Contract # | Date | PO | Job Number | User | Page |
|---|---|---|---|---|---|
| 6369649 | 6/06/26 | 422215 | 2 - DALTON CORP/WARS | CYCLE BILL | 2 |

| Customer # | Date Out | Date In | Job Location | Ordered By | Sales # |
|---|---|---|---|---|---|
| 1787072 | 2/28/25 12:00 PM | 6/19/26 | 1900 E JEFFERSON ST, WARSAW | RICK/RON | 000197 |

**DELIVERY NOTES**

**BILLED FOR FOUR WEEKS 5/22/26 THRU 6/19/26 12:00 PM**

## To Call Equipment Off-Rent, Call Store 574-267-3230

| | |
|---|---|
| | |
| Exempt | |
| Total | $3,564.01 |

Net-30 days from invoice date unless otherwise specified herein. A service charge will apply to all past due accounts.

**IMPORTANT!** Please note and acknowledge safety instruction by initialing here: ____________

By his/her Initial, Lessee will provide All safety accessories as required, per safety instructions. Initial here: ____________

**PAYMENT:** Net-30 days from invoice date unless otherwise specified herein. A service charge will apply to all past due accounts.

**RENTAL EQUIPMENT PROTECTION PLAN ("REP"):** Lessee will purchase REP (terms at www.macallister.com/rep and incorporated herein by reference) if Lessee fails to obtain insurance coverage and provide MacAllister with proof of such coverage or if such insurance contains coverage amounts that are inadequate to cover the Equipment at any time.

**TERMS AND CONDITIONS:** The rental agreement terms and conditions found at www.macallister.com/rentalterms ("Rental Terms") are incorporated herein by this reference and apply to your rental of Equipment from or provision of Services by MacAllister (as defined in the Rental Terms). Please read carefully. This agreement includes an indemnification clause, a jury waiver, warranty disclaimers, and limitations of MacAllister's liability. By accepting delivery of or using the Equipment or Services or making payment(s) to MacAllister for the same, Lessee agrees to be bound by the Rental Terms and REP Terms, even if this Rental Out form has not been fully executed.

MacAllister CAT RENTALS

# RENTAL RETURN INVOICE

MacAllister CAT

**INVOICE #**
**R72636964918**

Warsaw Rental Store
4760 IN-15
Warsaw, IN 46582

**Payment Options**

Pay Online at:
https://secure.billtrust.com/MACALLISTER/ig/signin

(877) 700-1945 M-F 8-5 EST

Mail Your Payment to: MacAllister Rentals
Dept. 78731
P.O. Box 78000
Detroit, MI 48278-0731

DALTON CORP/WARSAW
1900 E JEFFERSON ST
WARSAW, IN 46580

| Contract # | Date | PO | Job Number | User | Page |
|---|---|---|---|---|---|
| 6369649 | 6/26/26 | 422215 | 2 - DALTON CORP/WARS | MATTNIEBUR | 1 |

| Customer # | Date Out | Date In | Job Location | Ordered By | Sales# |
|---|---|---|---|---|---|
| 1787072 | 2/28/25 12:00 PM | 6/26/26 4:04 PM | 1900 E JEFFERSON ST, WARSAW | RICK/RON | 197 |

| Qty | Equipment | | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | SSL 1550LB ROC, 226<br>HRD03114 Make: CAT Model: 226D Ser #: HRD03114<br>HR OUT1 1120.90 HR IN1 3365.00 TOTAL: 2244.10<br>***UNIT MUST BE DIESEL, SOLID TIRE***<br>***UNIT IS GOING INTO HARSH WORK ENVIRONMENT, ANY DAMAGE INCLUDING TIRE PAINT/BODY PANELS, ELECTRICAL AND STRUCTUAL ITEMS WILL NEED REPLACED AND CUSTOMER WILL INCUR A DAMAGE WORK ORDER FOR THE REPAIRS.*** | 85-1500 | $400.00 | $1,195.00 | $2,580.00 | $1,595.00 |
| 1 | SSL BUCKET<br>226/68037 Make: CAT Model: BKTSSL-68 Ser #: A4188LP10052 | 10-1050 | | | | |
| 1 | SOLID SSL TIRE (SET OF 4)<br>226/TIR02 Make: GALAXY Model: SSL SOLID TIRE Ser #: 226/TIR02 | 10-9450 | $125.00 | $250.00 | $500.00 | $375.00 |

**SALES ITEMS**

| Qty | Item Number | Description | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | RENTAL EXCISE TAX | | EA | $52.74 | $52.75 |
| 1 | ENVIRONMENTAL FEE | | EA | $19.00 | $19.00 |
| | PICKUP CHARGE | | | | $135.00 |
| | RENTAL EQUIPMENT PROTECTION PLAN | | | | $239.25 |

**FINAL BILL: 6/19/26 12:00 PM THRU 6/26/26 04:04 PM.**

| | |
|---|---|
| **Sub-total** | **$2,416.00** |
| **Exempt** | |
| **Total** | **$2,416.00** |

## To Call Equipment Off-Rent, Call Store 574-267-3230

Net-30 days from invoice date unless otherwise specified herein. A service charge will apply to all past due accounts.

**IMPORTANT!** Please note and acknowledge safety instruction by initialing here: ____________

By his/her Initial, Lessee will provide All safety accessories as required, per safety instructions. Initial here: ____________

**PAYMENT:** Net-30 days from invoice date unless otherwise specified herein. A service charge will apply to all past due accounts.

**RENTAL EQUIPMENT PROTECTION PLAN ("REP"):** Lessee will purchase REP (terms at www.macallister.com/rep and incorporated herein by reference) if Lessee fails to obtain insurance coverage and provide MacAllister with proof of such coverage or if such insurance contains coverage amounts that are inadequate to cover the Equipment at any time.

**TERMS AND CONDITIONS:** The rental agreement terms and conditions found at www.macallister.com/rentalterms ("Rental Terms") are incorporated herein by this reference and apply to your rental of Equipment from or provision of Services by MacAllister (as defined in the Rental Terms). Please read carefully. This agreement includes an indemnification clause, a jury waiver, warranty disclaimers, and limitations of MacAllister's liability. By accepting delivery of or using the Equipment or Services or making payment(s) to MacAllister for the same, Lessee agrees to be bound by the Rental Terms and REP Terms, even if this Rental Out form has not been fully executed.

EXHIBIT

tabbies

2

MacAllister CAT RENTALS

# WORK ORDER INVOICE

MacAllister CAT

| INVOICE # |
|---|
| R72730289001 |

WARSAW RENTAL
4760 N STATE ROAD 15
WARSAW, IN 46582
574-267-3230

**Payment Options**

Pay Online at:
https://secure.billtrust.com/MACALLISTER/ig/signin

(877) 700-1945 M-F 8-5 EST

Mail Your Payment to: MacAllister Rentals
Dept. 78731
P.O. Box 78000
Detroit, MI 48278-0731

DALTON CORP/WARSAW
1900 E JEFFERSON ST
WARSAW, IN 46580

1787072

| Workorder No. | Received Date | Finished Date | Job Number | Date | Hours | Page |
|---|---|---|---|---|---|---|
| 7302890 | 7/07/26 | 7/21/26 | 2 - DALTON CORP/WARS | 7/21/26 | 3140.200 | 1 |

| Job Location | Authorized | Sales Rep | Purchase Order |
|---|---|---|---|
| 1900 E JEFFERSON ST, W | BILL CUSTOMER PER | 197 | PENDING |

| Equip # | Make | Model | Serial # | Description |
|---|---|---|---|---|
| HRD03114 | CAT | 226D | HRD03114 | SSL 1550LB ROC, 226 |

## WORK PERFORMED

UNIT WAS BROUGHT BACK FROM RENT WITH A LOT OF DAMAGE. THE CAB HAS TO BE
REPLACED DUE TO DAMAGE TO ROPS. EVERYTHING WILL NEED TO BE MOVED OVER
TO THE NEW CAB. THE SEAT CUSHION AND HEADLINER NEED TO BE INSTALLED. AUX
COVER NEEDS TO BE REPLACED. THE COUPLER IS BENT AND DAMAGED, IT NEEDS REPLACED.
THE TILT CYLINDER NEED REPLACED BECAUSE THE CLYINDER ENDS ARE WORE OUT. ALL THE
PINS AND BUSHINGS NEED REPLACED DUE TO NOT BEING GREASED. THE REAR DOOR NEEDS
REPLACED BECAUSE ITS SMASHED AND BROKE OFF AT ONE TIME. THE RADIATOR COVER
IS BENT AND SMASHED AND IT RUBBED A HOLE THE INTERCOOLER AND IT NEEDS REPLACED.
THE FUEL COOLER HAS ALSO BEEN SMASHED.. THE FAN SHROUD IS BROKE DUE THE DOOR
PUSHED IN TO IT. ALL DECALS NEED REPLACED. ALL 4 AXLES NEED TO BE
REPLACED THE BEARING ARE GOING OUT.

## PARTS

| Qty | Part Number | Description | Bin | B/O | U/M | Price | Extended |
|---|---|---|---|---|---|---|---|
| 1 | *547-8100 | CANOPY AS | | | EA | $5,030.71 | $5,030.71 |
| 2 | *101-7398 | BOLT | | | EA | $6.65 | $13.30 |
| 1 | *345-6285 | HANDLE - GRA | | | EA | $105.53 | $105.53 |
| 1 | *8T-4121 | WASHER-HARD | | | EA | $0.65 | $0.65 |
| 2 | *345-6148 | COVER-DUCT | | | EA | $2.25 | $4.50 |
| 1 | *532-8380 | STEP AS | | | EA | $345.35 | $345.35 |

**TERMS AND CONDITIONS:** The terms and conditions found at www.macallister.com/serviceterms ("Service Terms") are incorporated herein by this reference and apply to the provision of Services by MacAllister (as defined in the Service Terms). Please read carefully. This agreement includes an indemnification clause, a jury waiver, warranty disclaimers, and limitations of liability. By approving the Work Order orally, in writing, or otherwise, accepting or using the Equipment after the Services are performed, or making payment(s) to MacAllister for or related to the Services, Customer agrees to be bound by the Service Terms, even if this form has not been fully executed.

Net 30 days unless otherwise specified. A service charge will be applied to all past due accounts. This agreement shall include the above terms and conditions as well as those set forth on the reverse hereof.

MacAllister CAT RENTALS

# WORK ORDER INVOICE

MacAllister CAT

**INVOICE #**
**R72730289001**

WARSAW RENTAL
4760 N STATE ROAD 15
WARSAW, IN 46582
574-267-3230

**Payment Options**

Pay Online at:
https://secure.billtrust.com/MACALLISTER/ig/signin

(877) 700-1945 M-F 8-5 EST

Mail Your Payment to: MacAllister Rentals
Dept. 78731
P.O. Box 78000
Detroit, MI 48278-0731

DALTON CORP/WARSAW
1900 E JEFFERSON ST
WARSAW, IN 46580

**1787072**

| Workorder No. | Received Date | Finished Date | Job Number | Date | Hours | Page |
|---|---|---|---|---|---|---|
| 7302890 | 7/07/26 | 7/21/26 | 2 - DALTON CORP/WARS | 7/21/26 | 3140.200 | 2 |

| Job Location | Authorized | Sales Rep | Purchase Order |
|---|---|---|---|
| 1900 E JEFFERSON ST, W | BILL CUSTOMER PER | 197 | PENDING |

| Equip # | Make | Model | Serial # | Description |
|---|---|---|---|---|
| HRD03114 | CAT | 226D | HRD03114 | SSL 1550LB ROC, 226 |

**PARTS**

| Qty | Part Number | Description | Bin | B/O | U/M | Price | Extended |
|---|---|---|---|---|---|---|---|
| 2 | *305-4335 | MOUNT | | | EA | $33.97 | $67.94 |
| 2 | *388-3782 | LAMP GP-FLOO | | | EA | $28.14 | $56.28 |
| 1 | *418-5941 | SPRING AS-GA | | | EA | $231.42 | $231.42 |
| 1 | *418-5942 | SPRING AS-GA | | | EA | $202.78 | $202.78 |
| 1 | *258-4096 | BELT GP-SEAT | | | EA | $179.24 | $179.24 |
| 1 | *345-6331 | SEAT AS | | | EA | $514.17 | $514.17 |
| 1 | *421-0280 | HEADLINER | | | EA | $125.16 | $125.16 |
| 1 | *591-1133 | FILM-INST | | | EA | $15.88 | $15.88 |
| 1 | *591-1135 | FILM-INST | | | EA | $15.88 | $15.88 |
| 1 | *421-0021 | FILM-CAT 226 | | | EA | $50.87 | $50.87 |
| 1 | *421-0022 | FILM-CAT 226 | | | EA | $50.12 | $50.12 |
| 1 | *379-4102 | FILM-CAT | | | EA | $20.02 | $20.02 |
| 1 | *421-0029 | FILM-CAT | | | EA | $14.71 | $14.71 |
| 1 | *345-6030 | FLOORMAT | | | EA | $88.90 | $88.90 |
| 1 | *388-8105 | COVER AS | | | EA | $111.69 | $111.69 |
| 1 | *416-5910 | COUPLER AS | | | EA | $999.93 | $999.93 |
| 1 | *459-1191 | LEVER GP-LIN | | | EA | $242.34 | $242.34 |
| 1 | *459-1192 | LEVER GP-LIN | | | EA | $244.36 | $244.36 |
| 2 | *5B-0651 | FITTING | | | EA | $3.00 | $6.00 |

**TERMS AND CONDITIONS:** The terms and conditions found at www.macallister.com/serviceterms ("Service Terms") are incorporated herein by this reference and apply to the provision of Services by MacAllister (as defined in the Service Terms). Please read carefully. This agreement includes an indemnification clause, a jury waiver, warranty disclaimers, and limitations of liability. By approving the Work Order orally, in writing, or otherwise, accepting or using the Equipment after the Services are performed, or making payment(s) to MacAllister for or related to the Services, Customer agrees to be bound by the Service Terms, even if this form has not been fully executed.

Net 30 days unless otherwise specified. A service charge will be applied to all past due accounts. This agreement shall include the above terms and conditions as well as those set forth on the reverse hereof.

MacAllister CAT RENTALS

# WORK ORDER INVOICE

MacAllister CAT

| INVOICE # |
|---|
| R72730289001 |

WARSAW RENTAL
4760 N STATE ROAD 15
WARSAW, IN 46582
574-267-3230

**Payment Options**

Pay Online at:
https://secure.billtrust.com/MACALLISTER/ig/signin

(877) 700-1945 M-F 8-5 EST

Mail Your Payment to: MacAllister Rentals
Dept. 78731
P.O. Box 78000
Detroit, MI 48278-0731

DALTON CORP/WARSAW
1900 E JEFFERSON ST
WARSAW, IN 46580

1787072

| Workorder No. | Received Date | Finished Date | Job Number | Date | Hours | Page |
|---|---|---|---|---|---|---|
| 7302890 | 7/07/26 | 7/21/26 | 2 - DALTON CORP/WARS | 7/21/26 | 3140.200 | 3 |

| Job Location | Authorized | Sales Rep | Purchase Order |
|---|---|---|---|
| 1900 E JEFFERSON ST, W | BILL CUSTOMER PER | 197 | PENDING |

| Equip # | Make | Model | Serial # | Description |
|---|---|---|---|---|
| HRD03114 | CAT | 226D | HRD03114 | SSL 1550LB ROC, 226 |

**PARTS**

| Qty | Part Number | Description | Bin | B/O | U/M | Price | Extended |
|---|---|---|---|---|---|---|---|
| 2 | *479-5461 | SPRING | | | EA | $11.33 | $22.66 |
| 2 | *159-9540 | NUT-WELD | | | EA | $2.80 | $5.60 |
| 2 | *237-2228 | BOLT | | | EA | $1.72 | $3.44 |
| 8 | *6V-7744 | LOCKNUT | | | EA | $1.66 | $13.28 |
| 2 | *8T-4222 | LOCKNUT | | | EA | $1.34 | $2.68 |
| 2 | *435-8806 | PIN | | | EA | $161.42 | $322.84 |
| 2 | *4S-5875 | RING | | | EA | $4.14 | $8.28 |
| 4 | *9R-0158 | WASHER | | | EA | $2.87 | $11.48 |
| 2 | *435-8795 | PIN AS | | | EA | $115.07 | $230.14 |
| 2 | *435-8793 | PIN AS | | | EA | $177.18 | $354.36 |
| 2 | *345-6511 | PIN AS | | | EA | $60.70 | $121.40 |
| 6 | *3B-8489 | ADAPTER STR | | | EA | $2.31 | $13.86 |
| 8 | *523-0657 | BOLT-HEX HEA | | | EA | $6.81 | $54.48 |
| 1 | *582-3331 | CYLINDER GP | | | EA | $1,251.82 | $1,251.82 |
| 1 | *582-3330 | CYLINDER GP | | | EA | $1,251.22 | $1,251.22 |
| 1 | *435-9189 | DOOR AS | | | EA | $1,145.95 | $1,145.95 |
| 1 | *345-5640 | LATCH AS | | | EA | $123.49 | $123.49 |
| 1 | *476-0516 | PIN AS | | | EA | $5.60 | $5.60 |
| 2 | *343-4076 | BOLT-SHOULDE | | | EA | $33.63 | $67.26 |

**TERMS AND CONDITIONS:** The terms and conditions found at www.macallister.com/serviceterms ("Service Terms") are incorporated herein by this reference and apply to the provision of Services by MacAllister (as defined in the Service Terms). Please read carefully. This agreement includes an indemnification clause, a jury waiver, warranty disclaimers, and limitations of liability. By approving the Work Order orally, in writing, or otherwise, accepting or using the Equipment after the Services are performed, or making payment(s) to MacAllister for or related to the Services, Customer agrees to be bound by the Service Terms, even if this form has not been fully executed.

Net 30 days unless otherwise specified. A service charge will be applied to all past due accounts. This agreement shall include the above terms and conditions as well as those set forth on the reverse hereof.

# WORK ORDER INVOICE

**INVOICE #**
**R72730289001**

WARSAW RENTAL
4760 N STATE ROAD 15
WARSAW, IN 46582
574-267-3230

**Payment Options**

Pay Online at:
https://secure.billtrust.com/MACALLISTER/ig/signin

(877) 700-1945 M-F 8-5 EST

Mail Your Payment to: MacAllister Rentals
Dept. 78731
P.O. Box 78000
Detroit, MI 48278-0731

DALTON CORP/WARSAW
1900 E JEFFERSON ST
WARSAW, IN 46580

1787072

| Workorder No. | Received Date | Finished Date | Job Number | Date | Hours | Page |
|---|---|---|---|---|---|---|
| 7302890 | 7/07/26 | 7/21/26 | 2 - DALTON CORP/WARS | 7/21/26 | 3140.200 | 4 |

| Job Location | Authorized | Sales Rep | Purchase Order |
|---|---|---|---|
| 1900 E JEFFERSON ST, W | BILL CUSTOMER PER | 197 | PENDING |

| Equip # | Make | Model | Serial # | Description |
|---|---|---|---|---|
| HRD03114 | CAT | 226D | HRD03114 | SSL 1550LB ROC, 226 |

**PARTS**

| Qty | Part Number | Description | Bin | B/O | U/M | Price | Extended |
|---|---|---|---|---|---|---|---|
| 1 | *435-8883 | STRIKER AS | | | EA | $75.92 | $75.92 |
| 2 | *7X-7729 | WASHER | | | EA | $0.78 | $1.56 |
| 2 | *8T-4136 | BOLT | | | EA | $0.78 | $1.56 |
| 1 | *416-5812 | GRILL AS | | | EA | $895.49 | $895.49 |
| 2 | *491-2695 | SPRING AS-GA | | | EA | $45.95 | $91.90 |
| 1 | *444-6026 | LATCH AS | | | EA | $63.75 | $63.75 |
| 2 | *268-4071 | LAMP GP-FLOO | | | EA | $46.21 | $92.42 |
| 1 | *416-5685 | SHROUD AS | | | EA | $488.93 | $488.93 |
| 1 | *416-5699 | AFTERCOOLER | | | EA | $672.20 | $672.20 |
| 1 | *305-4694 | COOLER AS-FU | | | EA | $118.24 | $118.24 |
| 4 | *420-9917 | AXLE GP | | | EA | $1,535.40 | $6,141.60 |
| 2 | *587-0395 | TANDEM DRIVE CHAIN | | | EA | $159.47 | $318.94 |
| 2 | *587-0396 | TANDEM DRIVE CHAIN | | | EA | $127.92 | $255.84 |
| 6 | *388-6646 | FASTENER | | | EA | $3.12 | $18.72 |
| 6 | *388-6647 | RETAINER | | | EA | $0.33 | $1.98 |
| 6 | *388-6648 | CLIP | | | EA | $1.07 | $6.42 |
| 1 | *416-5771 | GUARD-BELT | | | EA | $47.61 | $47.61 |
| 1 | *513-8590 | V-BELT | | | EA | $73.70 | $73.70 |
| 2 | *472-7791 | HOSE AS. | | | EA | $49.51 | $99.02 |

**TERMS AND CONDITIONS:** The terms and conditions found at www.macallister.com/serviceterms ("Service Terms") are incorporated herein by this reference and apply to the provision of Services by MacAllister (as defined in the Service Terms). Please read carefully. This agreement includes an indemnification clause, a jury waiver, warranty disclaimers, and limitations of liability. By approving the Work Order orally, in writing, or otherwise, accepting or using the Equipment after the Services are performed, or making payment(s) to MacAllister for or related to the Services, Customer agrees to be bound by the Service Terms, even if this form has not been fully executed.

Net 30 days unless otherwise specified. A service charge will be applied to all past due accounts. This agreement shall include the above terms and conditions as well as those set forth on the reverse hereof.

MacAllister CAT RENTALS

# WORK ORDER INVOICE

MacAllister CAT

| INVOICE # |
|---|
| R72730289001 |

WARSAW RENTAL
4760 N STATE ROAD 15
WARSAW, IN 46582
574-267-3230

**Payment Options**

Pay Online at:
https://secure.billtrust.com/MACALLISTER/ig/signin

(877) 700-1945 M-F 8-5 EST

Mail Your Payment to: MacAllister Rentals
Dept. 78731
P.O. Box 78000
Detroit, MI 48278-0731

DALTON CORP/WARSAW
1900 E JEFFERSON ST
WARSAW, IN 46580

1787072

| Workorder No. | Received Date | Finished Date | Job Number | Date | Hours | Page |
|---|---|---|---|---|---|---|
| 7302890 | 7/07/26 | 7/21/26 | 2 - DALTON CORP/WARS | 7/21/26 | 3140.200 | 5 |

| Job Location | Authorized | Sales Rep | Purchase Order |
|---|---|---|---|
| 1900 E JEFFERSON ST, W | BILL CUSTOMER PER | 197 | PENDING |

| Equip # | Make | Model | Serial # | Description |
|---|---|---|---|---|
| HRD03114 | CAT | 226D | HRD03114 | SSL 1550LB ROC, 226 |

**PARTS**

| Qty | Part Number | Description | Bin | B/O | U/M | Price | Extended |
|---|---|---|---|---|---|---|---|
| 2 | *6K-4148 | BEARING | | | EA | $27.13 | $54.26 |
| 1 | FREIGHT | UPS/FEDEX/CCX | | | EA | $725.00 | $725.00 |
| 1 | SHOP SUPPLIES | SHOP SUPPLIES | | | EA | $176.36 | $176.36 |
| 1 | 304-3885 | CAP-FUEL | S01B | | EA | $44.87 | $44.87 |
| | Outside Repair | REPAINT LABOR | | | | | $2,500.00 |

**LABOR**

| Mechanic | Hours | Work | Rate | Extended |
|---|---|---|---|---|
| 7210 | 60.00 | CUSTOMER DAMAGE | $182.00 | $10,920.00 |

| | |
|---|---|
| Total Parts & Materials | $24,213.86 |
| Total Labor | $13,420.00 |
| Total Amount | $37,633.86 |

**TERMS AND CONDITIONS:** The terms and conditions found at www.macallister.com/serviceterms ("Service Terms") are incorporated herein by this reference and apply to the provision of Services by MacAllister (as defined in the Service Terms). Please read carefully. This agreement includes an indemnification clause, a jury waiver, warranty disclaimers, and limitations of liability. By approving the Work Order orally, in writing, or otherwise, accepting or using the Equipment after the Services are performed, or making payment(s) to MacAllister for or related to the Services, Customer agrees to be bound by the Service Terms, even if this form has not been fully executed.

Net 30 days unless otherwise specified. A service charge will be applied to all past due accounts. This agreement shall include the above terms and conditions as well as those set forth on the reverse hereof.