UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| FIRST BRANDS GROUP, LLC et al.,[1] | ) | CASE NO. 25-90399 (CML) |
| | ) | |
| DEBTORS. | ) | (Jointly Administered) |

**ORDER GRANTING APPLICATION OF MACALLISTER MACHINERY CO., INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

This matter came before the Court on the Application of MacAllister Machinery Co., Inc. for Allowance and Payment of Administrative Expense Claim (the "Application") [Doc 3965] filed by MacAllister Machinery Co., Inc. ("MacAllister"). No objections to the Application have been filed or any filed objections have been overruled. The Court finds that (a) it has jurisdiction over the Application pursuant to 28 U.S.C. Sections 157 and 1334, (b) this is a core proceeding pursunt to 28 U.S.C. Section 157(b), and (c) good cause exists for granting the relief requested in the Application. It is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Application is GRANTED.

2. MacAllister shall have an allowed administrative expense claim pursuant to 11 U.S.C. Section 503(b)(1)(a) in the aggregate amount of $96,358.16.

3. Nothing contained herein shall affect or limit MacAllister's right to payment for other claims, if any, it may have.

4. Notice of the Application as provided therein shall be deemed good and sufficient

[1] A complete list of each of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

notice of such Application and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

5. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

6. The parties are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Application.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this order.

Dated: ____________________

____________________________________
THE HONORABLE CHRISTOPHER LOPEZ
UNITED STATES BANKRUPTCY JUDGE