UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

IN RE: § CASE NO. 25-90399

Evolution Native

USB Exhibits

DOCUMENT IS:

☐ LOOSE IN FILE

☐ IN VAULT SEALED

☒ IN BROWN EXPANDABLE FOLDER

INSTRUMENT #________