Electronic Appearance Sheet

Observer Observer, NA
Client(s): NA

Matthew Hamermesh, Hangley Aronchick Segal Pudlin & Schiller
Client(s): Ironshore Indemnity Inc.

AnnElyse Gains, Gibson Dunn
Client(s): Ad Hoc Group of Lenders

Andrew Townsell, Gibson Dunn
Client(s): Ad Hoc Group of Lenders

Daniel Saval, Kobre & Kim
Client(s): Stephen Graham

Adriana Riviere-Badell, Kobre & Kim
Client(s): Stephen Graham

Matthew Hamermesh, Hangley Aronchick Segal Pudlin & Schiller
Client(s): Ironshore Indemnity Inc.

Matt Kleissler, Weil, Gotshal & Manges LLP
Client(s): Debtors

Andrew Parks, Elsberg Baker & Maruri PLLC
Client(s): Evolution Credit Partners

Michael Duke, Elsberg Baker & Maruri PLLC
Client(s): Evolution Credit Partners

Tony Draper, Walker Wilcox Matousek LLP
Client(s): Local Counsel for:

Everest National Insurance Company

Old Republic Insurance Company

Mark Wulfe, Bracewell LLP
Client(s): Edward James

Erica Weisgerber, Debevoise & Plimpton LLP
Client(s): Patrick James

Robert Marsters, Gibson Dunn
Client(s): Ad Hoc Group of Lenders

AnnElyse Gains, Gibson Dunn
Client(s): Ad Hoc Group of Lenders

Electronic Appearance Sheet

Andrew Townsell, Gibson Dunn
Client(s): Ad Hoc Group of Lenders

ALAN LIPKIN, CHAFFETZ LINDSEY LLP
Client(s): KITKAT (IL) LLC

Joshua Wolfshohl, Porter Hedges
Client(s): Chapter 7 Trustee Eva S. Engelhart

Eric English, Porter Hedges
Client(s): Chapter 7 Trustee Eva S. Engelhart

Jordan Stevens, Porter Hedges
Client(s): Chapter 7 Trustee Eva S. Engelhart

Adriana Young, Porter Hedges
Client(s): Chapter 7 Trustee Eva S. Engelhart

Will Dorward, Singer & Levick, P.C.
Client(s): Link Real Estate