# Exhibit B

## Declaration of Joseph Wells

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, et al. [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**DECLARATION OF JOSEPH WELLS IN SUPPORT OF TOTAL QUALITY LOGISTICS, LLC'S APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. SECTION 503(B)(1)(A)**

I, JOSEPH WELLS, hereby declare under penalty of perjury as follows:

1. I am over 18 years of age. I have personal knowledge of the facts of this Declaration except as to those matters stated on information and belief and I am competent to testify about such facts.

2. I hereby submit this declaration ("Declaration") in support of Total Quality Logistics, LLC's ("TQL") Application for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(1)(A) ("Application").[2] I am authorized to make this Declaration in my capacity as Senior Corporate Counsel of TQL. If called to testify as a witness in this matter, I could and would do so competently.

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.
[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

3. Prior to the commencement of these Chapter 11 cases, TQL provided logistics services to First Brands Group, LLC and related Debtor entities (collectively, the “Debtors”), whereby TQL arranged the transportation of goods for the Debtors.

4. Beginning on or about September 29, 2025, and continuing through approximately March 3, 2026, TQL provided logistics services to the Debtors at their specific request, whereby TQL arranged the transportation of goods for the Debtors. It is my understanding that these post-petition services were necessary to enable the Debtors to continue ordinary course business operations.

5. It is my understanding that the post-petition services rendered by TQL directly benefited the Debtors' estate by facilitating the transportation of supplies and materials necessary for the Debtors to generate revenue, preserve the Debtors' going-concern value and operational continuity, maintain customer relationships and fulfill customer orders, and prevent disruption to the Debtors' business operations while their cases proceeded under Chapter 11.

6. In connection with the post-petition services rendered, approximately one hundred fourteen (114) separate invoices that were issued by TQL to the Debtors remain unpaid, which unpaid invoices documented the specific services rendered, the dates of service, and the agreed rates (collectively, the “Outstanding Invoices”). Such Outstanding Invoices have not been paid by the Debtors within the agreed upon payment terms. See **Exhibit 1** (copies of unpaid post-petition invoices).

7. The Outstanding Invoices reflect invoice dates ranging from December 5, 2025, through March 23, 2026; specific logistics services requested by the Debtors; agreed rates for services consistent with the parties' arrangement; and all clearly reflect dates of services that are post-petition services.

8. TQL received a few post-petition payments from the Debtors (approximately 12 payments), demonstrating the Debtors' initial ability and willingness to pay and further inducing TQL's reliance on continued payment. However, the Outstanding Invoices remain unpaid, leaving a balance due of $268,499.20. See **Exhibit 2** (aging schedule of Outstanding Invoices).

9. On April 2, 2026, TQL, through its counsel, made formal demand upon the Debtors' counsel for payment of all outstanding post-petition invoices totaling $161,182.99. On May 6, 2026, TQL, through its counsel, updated the amount to $268,499.20 upon discovery of additional post-petition freight brokerage services to Toledo Molding & Die, arranged through its agent on its behalf, Ryder Integrated Logistics, Inc, which Debtors also requested and are responsible for. All of these relevant invoices are attached as Exhibit 1.

10. In response to TQL's demand for payment, the Debtors' counsel indicated that the Debtors would stipulate to administrative expense claim status for TQL's invoices, thereby acknowledging the validity and priority of TQL's post-petition services claim under the Bankruptcy Code.

11. TQL initially provided services to Debtor, with the understanding that it would continue to monitor the case. Thus, relying upon the Debtors' request and the protections established in the DIP Order, TQL agreed to continue providing logistics services and extending credit to the Debtors on a post-petition basis. TQL's decision to continue providing services and extend credit to the Debtors on a post-petition basis was made in direct reliance on the DIP Order's explicit protection for post-petition administrative expenses.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge and belief. Executed this 21st day of October 2026.

Joseph Wells

**Exhibit 1**

**Invoices**

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#34691562** when making payment.)

| | |
|---|---|
| **Invoice** | 34691562 |
| **Date** | 12/24/2025 |
| **Page** | 1 of 1 |

**PICKUPS**
FINSA (NUEVO LAREDO, TA) (12/03/2025)

**DROPS**
CENTRIC (JCC3) WAREHOUSE (CIUDAD JUAREZ, CI) (12/15/2025)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| MEXICO DEPT | No | 0 | 0 | 40000 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | TRA-BPI-JRZ-1012-025 / TRA-BPI-JRZ-1012-026 | FREIGHT | 5,467.00000 | Flat | $5,467.00 |
| 1 | TRA-BPI-JRZ-1012-025 / TRA-BPI-JRZ-1012-026 | OTHER Mexico Insurance | 68.46000 | | $68.46 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $5,535.46 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER | TIA Transportation Intermediaries Association MEMBER SINCE 1998 | P3 Platinum Performance Program Transportation with Confidence | 40,000M XXXX AA | A****I

20251217

TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#34727323** when making payment.)

| | |
|---|---|
| **Invoice** | 34727323 |
| **Date** | 12/24/2025 |
| **Page** | 1 of 1 |

**PICKUPS**
FINSA (NUEVO LAREDO, TA) (12/09/2025)

**DROPS**
CENTRIC (JCC3) WAREHOUSE (CIUDAD JUAREZ, CI) (12/16/2025)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| MEXICO DEPT | No | 0 | 0 | 40000 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | TRA-BPI-JRZ-1112-027 / TRA-BPI-JRZ-1112-028 | FREIGHT | 5,467.00000 | Flat | $5,467.00 |
| 1 | TRA-BPI-JRZ-1112-027 / TRA-BPI-JRZ-1112-028 | OTHER Mexico Insurance | 68.46000 | | $68.46 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $5,535.46 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER — TIA Transportation Intermediaries Association MEMBER SINCE 1998 — P3 Platinum Performance Program Transportation with Confidence — 40,000M XXXX AA — A****I

20251217

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#34867057** when making payment.)

| | |
|---|---|
| **Invoice** | 34867057 |
| **Date** | 12/30/2025 |
| **Page** | 1 of 1 |

**PICKUPS**
FINSA (NUEVO LAREDO, TA) (12/16/2025)

**DROPS**
CENTRIC (JCC3) WAREHOUSE (CIUDAD JUAREZ, CI) (12/19/2025)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| MEXICO DEPT | No | 0 | 0 | 40000 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 25171706 | FREIGHT | 5,467.00000 | Flat | $5,467.00 |
| 1 | 25171706 | OTHER Mexico Insurance | 68.46000 | | $68.46 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $5,535.46 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600**
**OR VISIT US AT WWW.TQL.COM**

BBB MEMBER

TIA Transportation Intermediaries Association MEMBER SINCE 1998

P3 Platinum Performance Program *Transportation with Confidence*

40,000M XXXX AA

A****I

20251218

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#34891563** when making payment.)

| | |
|---|---|
| **Invoice** | 34891563 |
| **Date** | 12/30/2025 |
| **Page** | 1 of 1 |

**PICKUPS**
FINSA (NUEVO LAREDO, TA) (12/16/2025)

**DROPS**
CENTRIC (JCC3) WAREHOUSE (CIUDAD JUAREZ, CI) (12/19/2025)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| MEXICO DEPT | No | 0 | 0 | 40000 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 87083099 99 | FREIGHT | 5,467.00000 | Flat | $5,467.00 |
| 1 | 87083099 99 | OTHER Mexico Insurance | 68.46000 | | $68.46 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $5,535.46 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600**
**OR VISIT US AT WWW.TQL.COM**

BBB MEMBER

TIA Transportation Intermediaries Association MEMBER SINCE 1998

P3 Platinum Performance Program *Transportation with Confidence*

40,000M XXXX AA

A****I

20251218

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#34868024** when making payment.)

| | |
|---|---|
| **Invoice** | 34868024 |
| **Date** | 01/06/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
FINSA (NUEVO LAREDO, TA) (12/16/2025)

**DROPS**
CENTRIC (JCC3) WAREHOUSE (CIUDAD JUAREZ, CI) (12/19/2025)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| MEXICO DEPT | No | 0 | 0 | 40000 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | SDC TL 1 | FREIGHT | 5,467.00000 | Flat | $5,467.00 |
| 1 | SDC TL 1 | OTHER Mexico Insurance | 166.11000 | | $166.11 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $5,633.11 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER | TIA Transportation Intermediaries Association MEMBER SINCE 1998 | P3 Platinum Performance Program Transportation with Confidence | 40,000M XXXX AA | A****I

20251223

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#34956579** when making payment.)

| | |
|---|---|
| **Invoice** | 34956579 |
| **Date** | 01/08/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
FINSA (NUEVO LAREDO, TA) (12/19/2025)

**DROPS**
CENTRIC (JCC3) WAREHOUSE (CIUDAD JUAREZ, CI) (12/22/2025)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| MEXICO DEPT | No | 0 | 0 | 40000 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | F2885 | FREIGHT | 5,467.00000 | Flat | $5,467.00 |
| 1 | F2885 | OTHER Mexico Insurance | 44.05000 | | $44.05 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| **Total USD** | $5,511.05 |
|---|---|

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600**
**OR VISIT US AT WWW.TQL.COM**

BBB MEMBER

TIA Transportation Intermediaries Association MEMBER SINCE 1998

P3 Platinum Performance Program Transportation with Confidence

40,000M XXXX AA

A****I

20251226

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#34998811** when making payment.)

| | |
|---|---|
| **Invoice** | 34998811 |
| **Date** | 01/08/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
SMURFIT KAPPA BATES (12/22/2025)

**DROPS**
TRICO PORDUCTS CORP. (BROWNSVILLE, TX) (12/23/2025)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| FTL | No | 9 | 0 | 4800 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 919471749 | FREIGHT | 800.00000 | Flat | $800.00 |
| 1 | 919471749 | FUEL SURCHARGE | 134.88000 | Each | $134.88 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $934.88 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600**
**OR VISIT US AT WWW.TQL.COM**

BBB MEMBER
TIA Transportation Intermediaries Association MEMBER SINCE 1998
P3 Platinum Performance Program Transportation with Confidence
40,000M XXXX AA
A****I

20251226

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35009698** when making payment.)

| | |
|---|---|
| **Invoice** | 35009698 |
| **Date** | 01/08/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
TRICO ROBINDALE (12/23/2025)

**DROPS**
INTERLINK78503 // HORIZON GLOBAL C/O INTERLINK (12/23/2025)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| FTL | No | 50 | 0 | 13100 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 919578966 | FREIGHT | 550.00000 | Flat | $550.00 |
| 1 | 919578966 | FUEL SURCHARGE | 28.32000 | Each | $28.32 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $578.32 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER | TIA Transportation Intermediaries Association MEMBER SINCE 1998 | P3 Platinum Performance Program Transportation with Confidence | 40,000M XXXX AA | A****I

20251224

TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35027354** when making payment.)

| | |
|---|---|
| **Invoice** | 35027354 |
| **Date** | 01/09/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
CARDONE INDUSTRIES (ARLINGTON, TX) (12/29/2025)

**DROPS**
OZARK AUTOMOTIVE-LUB (12/30/2025)

**Bill To:**
FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| FTL | No | 0 | 0 | 13649 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 919025870 | FREIGHT | 1,000.00000 | Flat | $1,000.00 |
| 1 | 919025870 | FUEL SURCHARGE | 156.51000 | Each | $156.51 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| **Total USD** | $1,156.51 |
|---|---|

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER — TIA Transportation Intermediaries Association MEMBER SINCE 1998 — P3 Platinum Performance Program, Transportation with Confidence — 40,000M XXXX AA — A****I

20251231

TQL
TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35027393** when making payment.)

| | |
|---|---|
| **Invoice** | 35027393 |
| **Date** | 01/09/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
CARDONE INDUSTRIES (ARLINGTON, TX) (12/29/2025)

**DROPS**
CARDONE INDUSTRIES (HARLINGEN,TX) (12/30/2025)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| FTL | No | 29 | 0 | 14396 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 919389253 | FREIGHT | 800.00000 | Flat | $800.00 |
| 1 | 919389253 | FUEL SURCHARGE | 245.81000 | Each | $245.81 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $1,045.81 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER
TIA Transportation Intermediaries Association MEMBER SINCE 1998
P3 Platinum Performance Program Transportation with Confidence
40,000M XXXX AA
A****I

20251231

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#34956578** when making payment.)

| | |
|---|---|
| **Invoice** | 34956578 |
| **Date** | 01/12/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
FINSA (NUEVO LAREDO, TA) (12/19/2025)

**DROPS**
CENTRIC (JCC3) WAREHOUSE (CIUDAD JUAREZ, CI) (12/22/2025)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| MEXICO DEPT | No | 0 | 0 | 40000 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | F2884 | FREIGHT | 5,467.00000 | Flat | $5,467.00 |
| 1 | F2884 | OTHER Mexico Insurance | 44.05000 | | $44.05 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $5,511.05 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER | TIA Transportation Intermediaries Association MEMBER SINCE 1998 | P3 Platinum Performance Program Transportation with Confidence | 40,000M XXXX AA | A****I

20251226

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#34929342** when making payment.)

| | |
|---|---|
| **Invoice** | 34929342 |
| **Date** | 01/12/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
FINSA (NUEVO LAREDO, TA) (12/17/2025)

**DROPS**
CENTRIC (JCC3) WAREHOUSE (CIUDAD JUAREZ, CI) (12/22/2025)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| MEXICO DEPT | No | 0 | 0 | 40000 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | F2883 | FREIGHT | 5,467.00000 | Flat | $5,467.00 |
| 1 | F2883 | OTHER Mexico Insurance | 41.81000 | | $41.81 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $5,508.81 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER — TIA Transportation Intermediaries Association MEMBER SINCE 1998 — P3 Platinum Performance Program Transportation with Confidence — 40,000M XXXX AA — A****I

20251224

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**
(Please reference **#34956581** when making payment.)

| | |
|---|---|
| **Invoice** | 34956581 |
| **Date** | 01/13/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
FINSA (NUEVO LAREDO, TA) (12/19/2025)

**DROPS**
CENTRIC (JCC3) WAREHOUSE (CIUDAD JUAREZ, CI) (01/07/2026)

**Bill To:**
FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| MEXICO DEPT | No | 0 | 0 | 40000 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | F2892 | FREIGHT | 5,467.00000 | Flat | $5,467.00 |
| 1 | F2892 | OTHER Mexico Insurance | 44.05000 | | $44.05 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| **Total USD** | $5,511.05 |
|---|---|

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER | TIA Transportation Intermediaries Association MEMBER SINCE 1998 | P3 Platinum Performance Program Transportation with Confidence | 40,000M XXXX AA | A****I

20260107

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35039432** when making payment.)

| | |
|---|---|
| **Invoice** | 35039432 |
| **Date** | 01/13/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
UNITED BRAKE PARTS #1 (MCHENRY,IL) (01/04/2026)

**DROPS**
NAPA MINNEAPOLIS (SAINT LOUIS PARK,MN) (01/05/2026)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| FTL | No | 0 | 0 | 28381 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 919551799 | FREIGHT | 1,350.00000 | Flat | $1,350.00 |
| 1 | 919551799 | FUEL SURCHARGE | 172.49000 | Each | $172.49 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| **Total USD** | $1,522.49 |
|---|---|

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER
TIA Transportation Intermediaries Association MEMBER SINCE 1998
P3 Platinum Performance Program Transportation with Confidence
40,000M XXXX AA
A****I

20260105

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35039384** when making payment.)

| | |
|---|---|
| **Invoice** | 35039384 |
| **Date** | 01/13/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
WESTERN INDUSTRIES PLASTIC PRODUCTS GROUP LLC (ARKANSAS CITY, KS) (12/30/2025)

**DROPS**
HOPKINS MANUFACTURING INC (MIAMI,OK) (12/30/2025)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| FTL | No | 30 | 0 | 40000 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 919390295 | FREIGHT | 1,000.00000 | Flat | $1,000.00 |
| 1 | 919390295 | FUEL SURCHARGE | 66.27000 | Each | $66.27 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| **Total USD** | $1,066.27 |
|---|---|

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER | TIA Transportation Intermediaries Association MEMBER SINCE 1998 | P3 Platinum Performance Program Transportation with Confidence | 40,000M XXXX AA | A****I

20251231

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35087890** when making payment.)

| | |
|---|---|
| **Invoice** | 35087890 |
| **Date** | 01/14/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
CENTRIC PARTS (CITY OF INDUSTRY, CA) (01/05/2026)

**DROPS**
BRAKE PARTS INC. (PATTERSON,CA) (01/06/2026)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| FTL | No | 36 | 0 | 38000 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 919982584 | FREIGHT | 1,450.00000 | EACH | $1,450.00 |
| 1 | 919982584 | FUEL SURCHARGE | 148.12000 | Each | $148.12 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $1,598.12 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER
TIA Transportation Intermediaries Association MEMBER SINCE 1998
P3 Platinum Performance Program Transportation with Confidence
40,000M XXXX AA
A****I

20260106

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35042036** when making payment.)

| | |
|---|---|
| **Invoice** | 35042036 |
| **Date** | 01/14/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
UNITED BRAKE PARTS #1 (MCHENRY,IL) (01/03/2026)

**DROPS**
NAPA MA (WILMINGTON,MA) (01/05/2026)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| FTL | No | 0 | 0 | 30153 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 919551826 | FREIGHT | 3,100.00000 | Flat | $3,100.00 |
| 1 | 919551826 | FUEL SURCHARGE | 498.20000 | Each | $498.20 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| **Total USD** | $3,598.20 |
|---|---|

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER

TIA Transportation Intermediaries Association MEMBER SINCE 1998

P3 Platinum Performance Program *Transportation with Confidence*

40,000M XXXX AA

A****I

20260107

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#34956582** when making payment.)

| | |
|---|---|
| **Invoice** | 34956582 |
| **Date** | 01/15/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
FINSA (NUEVO LAREDO, TA) (12/23/2025)

**DROPS**
CENTRIC (JCC3) WAREHOUSE (CIUDAD JUAREZ, CI) (01/07/2026)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| MEXICO DEPT | No | 0 | 0 | 40000 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | F2891 | FREIGHT | 5,467.00000 | Flat | $5,467.00 |
| 1 | F2891 | OTHER Mexico Insurance | 44.05000 | | $44.05 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $5,511.05 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER
TIA Transportation Intermediaries Association MEMBER SINCE 1998
P3 Platinum Performance Program Transportation with Confidence
40,000M XXXX AA
A****I

20260108

TQL
TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#34956583** when making payment.)

| | |
|---|---|
| **Invoice** | 34956583 |
| **Date** | 01/15/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
FINSA (NUEVO LAREDO, TA) (12/23/2025)

**DROPS**
CENTRIC (JCC3) WAREHOUSE (CIUDAD JUAREZ, CI) (01/09/2026)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| MEXICO DEPT | No | 0 | 0 | 40000 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | TRA-BPI-JRZ-0106-002 / TRA-BPI-JRZ-0106-001 | FREIGHT | 5,467.00000 | Flat | $5,467.00 |
| 1 | TRA-BPI-JRZ-0106-002 / TRA-BPI-JRZ-0106-001 | OTHER Mexico Insurance | 44.05000 | | $44.05 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $5,511.05 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER

TIA Transportation Intermediaries Association MEMBER SINCE 1998

P3 Platinum Performance Program
Transportation with Confidence

40,000M XXXX AA

A****I

20260113

TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35011527** when making payment.)

| | |
|---|---|
| **Invoice** | 35011527 |
| **Date** | 01/22/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
FINSA (NUEVO LAREDO, TA) (12/24/2025)

**DROPS**
CENTRIC (JCC3) WAREHOUSE (CIUDAD JUAREZ, CI) (01/12/2026)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| MEXICO DEPT | No | 0 | 0 | 40000 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | F2903 | FREIGHT | 5,467.00000 | Flat | $5,467.00 |
| 1 | F2903 | OTHER Mexico Insurance | 44.05000 | | $44.05 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $5,511.05 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER
TIA Transportation Intermediaries Association MEMBER SINCE 1998
P3 Platinum Performance Program Transportation with Confidence
40,000M XXXX AA
A****I

20260114

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35261556** when making payment.)

| | |
|---|---|
| **Invoice** | 35261556 |
| **Date** | 01/23/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
JPP C/O BPI - PARQUE INDUSTRIA (01/16/2026)

**DROPS**
TRW FAYETTE (01/20/2026)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| MEXICO DEPT | No | 56 | 0 | 24000 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 920834190/ TONU | TRUCK ORDERED NOT USED | 250.00000 | Each | $250.00 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $250.00 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER
TIA Transportation Intermediaries Association MEMBER SINCE 1998
P3 Platinum Performance Program Transportation with Confidence
40,000M XXXX AA
A****I

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35264790** when making payment.)

| | |
|---|---|
| **Invoice** | 35264790 |
| **Date** | 01/26/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
SDC (01/16/2026)

**DROPS**
BPI PATTERSON DC (01/19/2026)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| FTL | No | 0 | 28 | 25893 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 920876657 | FREIGHT | 2,200.00000 | Flat | $2,200.00 |
| 1 | 920876657 | FUEL SURCHARGE | 492.75000 | Each | $492.75 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $2,692.75 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER — TIA Transportation Intermediaries Association MEMBER SINCE 1998 — P3 Platinum Performance Program Transportation with Confidence — 40,000M XXXX AA — A****I

20260119

TQL
TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35264796** when making payment.)

| | |
|---|---|
| **Invoice** | 35264796 |
| **Date** | 01/26/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
SDC (01/16/2026)

**DROPS**
BPI PATTERSON DC (01/19/2026)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| FTL | No | 0 | 25 | 26371 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 920876656 | FREIGHT | 2,200.00000 | Flat | $2,200.00 |
| 1 | 920876656 | FUEL SURCHARGE | 492.75000 | Each | $492.75 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $2,692.75 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600**
**OR VISIT US AT WWW.TQL.COM**

BBB MEMBER
TIA Transportation Intermediaries Association MEMBER SINCE 1998
P3 Platinum Performance Program Transportation with Confidence
40,000M XXXX AA
A****I

20260119

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35298079** when making payment.)

| | |
|---|---|
| **Invoice** | 35298079 |
| **Date** | 01/28/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
TRICO ROBINDALE (01/20/2026)

**DROPS**
INTERLINK78503 // HORIZON GLOBAL C/O INTERLINK (01/20/2026)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| FTL | No | 0 | 29 | 7541 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 921044015 | FREIGHT | 550.00000 | Flat | $550.00 |
| 1 | 921044015 | FUEL SURCHARGE | 26.55000 | Each | $26.55 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $576.55 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER

TIA Transportation Intermediaries Association MEMBER SINCE 1998

P3 Platinum Performance Program Transportation with Confidence

40,000M XXXX AA

A****I

20260122

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35284863** when making payment.)

| | |
|---|---|
| **Invoice** | 35284863 |
| **Date** | 01/28/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
SMURFIT KAPPA HOUSTON WAREHOUSE (HOUSTON, TX) (01/20/2026)

**DROPS**
BPI JUAREZ CORE CENTER (EL PASO, TX) (01/21/2026)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| FTL | No | 0 | 46 | 18400 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 921002873 | FREIGHT | 1,225.00000 | Flat | $1,225.00 |
| 1 | 921002873 | FUEL SURCHARGE | 330.75000 | Each | $330.75 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $1,555.75 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600**
**OR VISIT US AT WWW.TQL.COM**

BBB MEMBER

TIA Transportation Intermediaries Association MEMBER SINCE 1998

P3 Platinum Performance Program *Transportation with Confidence*

40,000M XXXX AA

A****I

20260122

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35242433** when making payment.)

| | |
|---|---|
| **Invoice** | 35242433 |
| **Date** | 01/22/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
CENTRIC PARTS (CITY OF INDUSTRY, CA) (01/15/2026)

**DROPS**
BPI PATTERSON DC (01/16/2026)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Flat | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| FTL | No | 30 | 0 | 42500 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | | FREIGHT | 1,350.00000 | EACH | $1,350.00 |
| 1 | | FUEL SURCHARGE | 144.90000 | EACH | $144.90 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $1,494.90 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER · TIA Transportation Intermediaries Association MEMBER SINCE 1998 · P3 Platinum Performance Program Transportation with Confidence · 40,000M XXXX AA · A****I

20260116

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35290080** when making payment.)

| | |
|---|---|
| **Invoice** | 35290080 |
| **Date** | 01/30/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
ETIQUETAS ADHESIVAS EL AGUILA (01/20/2026)

**DROPS**
CHAMPION LABORATORIES (ALBION, IL) (01/23/2026)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| MEXICO DEPT | No | 0 | 19 | 16985 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 920910824 | FREIGHT | 3,845.00000 | Flat | $3,845.00 |
| 1 | 920910824 | FUEL SURCHARGE | 595.80000 | Each | $595.80 |
| 1 | 920910824 | OTHER Mexico Insurance | 46.37000 | | $46.37 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| **Total USD** | $4,487.17 |
|---|---|

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER
TIA Transportation Intermediaries Association MEMBER SINCE 1998
P3 Platinum Performance Program Transportation with Confidence
40,000M XXXX AA
A****I

20260126 20260127-27

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35328127** when making payment.)

| | |
|---|---|
| **Invoice** | 35328127 |
| **Date** | 02/02/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
TRICO-BROWNSVILLE PLANT 4 (01/22/2026)

**DROPS**
INTUITIVE SURGICAL (CALEXICO, CA) (01/26/2026)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| FTL | No | 26 | 0 | 30000 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 921194931 | FREIGHT | 2,400.00000 | Flat | $2,400.00 |
| 1 | 921194931 | FUEL SURCHARGE | 648.90000 | Flat | $648.90 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $3,048.90 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER
TIA Transportation Intermediaries Association MEMBER SINCE 1998
P3 Platinum Performance Program Transportation with Confidence
40,000M XXXX AA
A****I

20260127

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35328132** when making payment.)

| | |
|---|---|
| **Invoice** | 35328132 |
| **Date** | 02/02/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
SMURFIT KAPPA HOUSTON WAREHOUSE (HOUSTON, TX) (01/23/2026)

**DROPS**
CK TECHNOLOGIES,LLC(BROWNSVILLE,TX) (01/26/2026)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| FTL | No | 0 | 11 | 3000 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 921197405 | FREIGHT | 900.00000 | Flat | $900.00 |
| 1 | 921197405 | FUEL SURCHARGE | 160.20000 | Flat | $160.20 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $1,060.20 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600**
**OR VISIT US AT WWW.TQL.COM**

BBB MEMBER

TIA Transportation Intermediaries Association MEMBER SINCE 1998

P3 Platinum Performance Program *Transportation with Confidence*

40,000M XXXX AA

A****I

20260126 20260127-75

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35305497** when making payment.)

| | |
|---|---|
| **Invoice** | 35305497 |
| **Date** | 02/02/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
POLYMER VALLEY CHEMICALS & MINERALS (MACON,GA) (01/21/2026)

**DROPS**
TRICO-BROWNSVILLE PLANT 4 (01/23/2026)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| FTL | No | 0 | 0 | 43104 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 921088353 | FREIGHT | 1,575.00000 | Flat | $1,575.00 |
| 1 | 921088353 | FUEL SURCHARGE | 521.55000 | Flat | $521.55 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $2,096.55 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER · TIA Transportation Intermediaries Association MEMBER SINCE 1998 · P3 Platinum Performance Program Transportation with Confidence · 40,000M XXXX AA · A****I

20260126

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**
(Please reference **#35347752** when making payment.)

| | |
|---|---|
| **Invoice** | 35347752 |
| **Date** | 02/03/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
JASPER RUBBER (01/23/2026)

**DROPS**
FRAM GROUP (01/23/2026)

**Bill To:**
FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| FTL | No | 0 | 26 | 36000 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 921327075 | FREIGHT | 1,500.00000 | Flat | $1,500.00 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $1,500.00 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER

TIA Transportation Intermediaries Association MEMBER SINCE 1998

P3 Platinum Performance Program *Transportation with Confidence*

40,000M XXXX AA

A****I

20260126

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35339076R** when making payment.)

| | |
|---|---|
| **Invoice** | 35339076R |
| **Date** | 02/10/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
JUNTAS ESPECIALES (SANTIAGO DE QUERÉTARO, QE) (01/26/2026)

**DROPS**
HONEYWELL PLANT GREENVILLE (GREENVILLE,OH) (01/30/2026)

**Bill To:**
FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Straight Box Truck | 26 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| MEXICO DEPT | No | 0 | 5 | 3000 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 921288395 | FREIGHT | 4,900.00000 | Flat | $4,900.00 |
| 1 | 921288395 | FUEL SURCHARGE | 895.50000 | Flat | $895.50 |
| 1 | 921288395 | OTHER Mexico Insurance | 53.98000 | Flat | $53.98 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $5,849.48 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER
TIA Transportation Intermediaries Association MEMBER SINCE 1998
P3 Platinum Performance Program Transportation with Confidence
40,000M XXXX AA
A****I

20260202

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**
(Please reference **#35358703** when making payment.)

| | |
|---|---|
| **Invoice** | 35358703 |
| **Date** | 02/04/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
FRAM GROUP HEBRON KY (01/23/2026)

**DROPS**
WALMART DC 6012A - ASM DIS (01/26/2026)

**Bill To:**
FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| FTL | No | 0 | 2039 | 7001 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 920863247 | FREIGHT | 3,200.00000 | Flat | $3,200.00 |
| 1 | 920863247 | FUEL SURCHARGE | 531.45000 | Flat | $531.45 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $3,731.45 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER
TIA Transportation Intermediaries Association MEMBER SINCE 1998
P3 Platinum Performance Program Transportation with Confidence
40,000M XXXX AA
A****I

20260129

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35416658** when making payment.)

| | |
|---|---|
| **Invoice** | 35416658 |
| **Date** | 02/06/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
ALPHA PACKAGING (GREENWOOD,AR) (01/29/2026)

**DROPS**
HOPKINS MANUFACTURING CO (EMPORIA,KS) (01/30/2026)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| FTL | No | 0 | 0 | 17000 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 921665263 | FREIGHT | 1,300.00000 | Flat | $1,300.00 |
| 1 | 921665263 | FUEL SURCHARGE | 155.10000 | Flat | $155.10 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| **Total USD** | $1,455.10 |
|---|---|

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600**
**OR VISIT US AT WWW.TQL.COM**

BBB MEMBER — TIA Transportation Intermediaries Association MEMBER SINCE 1998 — P3 Platinum Performance Program, Transportation with Confidence — 40,000M XXXX AA — A****I

20260131

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35453087R** when making payment.)

| | |
|---|---|
| **Invoice** | 35453087R |
| **Date** | 02/11/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
AHLSTROM FILTRATION (MADISONVILLE,KY) (02/02/2026)

**DROPS**
CHAMPION LABORATORIES (ALBION, IL) (02/02/2026)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Straight Box Truck | 26 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| FTL | No | 0 | 6 | 4675 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 921888264 | FREIGHT | 600.00000 | Flat | $600.00 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $600.00 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER
TIA Transportation Intermediaries Association MEMBER SINCE 1998
P3 Platinum Performance Program Transportation with Confidence
40,000M XXXX AA
A****I

20260203

TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35429790R** when making payment.)

| | |
|---|---|
| **Invoice** | 35429790R |
| **Date** | 02/17/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
JUNTAS ESPECIALES (SANTIAGO DE QUERÉTARO, QE) (01/30/2026)

**DROPS**
HONEYWELL PLANT GREENVILLE (GREENVILLE,OH) (02/06/2026)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Sprinter Van | 12 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| MEXICO DEPT | No | 2 | 0 | 1100 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 921748101 | FREIGHT | 4,900.00000 | Flat | $4,900.00 |
| 1 | 921748101 | FUEL SURCHARGE | 935.30000 | Flat | $935.30 |
| 1 | 921748101 | OTHER Mexico Insurance | 24.15000 | Flat | $24.15 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $5,859.45 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER
TIA Transportation Intermediaries Association MEMBER SINCE 1998
P3 Platinum Performance Program Transportation with Confidence
40,000M XXXX AA
A****I

20260206

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35407484** when making payment.)

| | |
|---|---|
| **Invoice** | 35407484 |
| **Date** | 02/11/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
SMURFIT KAPPA BATES (01/29/2026)

**DROPS**
CK TECHNOLOGIES,LLC(BROWNSVILLE,TX) (01/30/2026)

**Bill To:**
FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| FTL | No | 50 | 0 | 34750 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 921635613 | FREIGHT | 850.00000 | Flat | $850.00 |
| 1 | 921635613 | FUEL SURCHARGE | 130.66000 | Flat | $130.66 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $980.66 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER
TIA Transportation Intermediaries Association MEMBER SINCE 1998
P3 Platinum Performance Program Transportation with Confidence
40,000M XXXX AA
A****I

20260203

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35422663** when making payment.)

| | |
|---|---|
| Invoice | 35422663 |
| Date | 02/11/2026 |
| Page | 1 of 1 |

**PICKUPS**
PM PLASTICS CO (PEWAUKEE,WI) (01/30/2026)

**DROPS**
HORIZON GLOBAL AMERICAS (EDGERTON,KS) (02/02/2026)

**Bill To:**
FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| FTL | No | 0 | 0 | 6520 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 921710975 | FREIGHT | 2,000.00000 | Flat | $2,000.00 |
| 1 | 921710975 | FUEL SURCHARGE | 282.47000 | Flat | $282.47 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| Total USD | $2,282.47 |
|---|---|

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER
TIA Transportation Intermediaries Association MEMBER SINCE 1998
P3 Platinum Performance Program Transportation with Confidence
40,000M XXXX AA
A****I

20260202

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**
(Please reference **#35427587** when making payment.)

| | |
|---|---|
| **Invoice** | 35427587 |
| **Date** | 02/13/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
TROESTER MACHINERY LTD (CUYAHOGA FALLS, OH) (01/30/2026)

**DROPS**
TRICO-BROWNSVILLE PLANT 4 (02/02/2026)

**Bill To:**
FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Sprinter Van | 10 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| FTL | No | 0 | 0 | 95 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 921743616 | FREIGHT | 1,850.00000 | Flat | $1,850.00 |
| 1 | 921743616 | FUEL SURCHARGE | 772.21000 | EACH | $772.21 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $2,622.21 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER — TIA Transportation Intermediaries Association MEMBER SINCE 1998 — P3 Platinum Performance Program Transportation with Confidence — 40,000M XXXX AA — A****I

20260204

TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35293585** when making payment.)

| | |
|---|---|
| **Invoice** | 35293585 |
| **Date** | 02/13/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
HOPKINS MFG CO (EDGERTON, KS) (01/20/2026)

**DROPS**
AUTO ZONE (LAVONIA,GA) (01/22/2026)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| FTL | No | 0 | 738 | 5073 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 921023691 | FREIGHT | 2,350.00000 | Flat | $2,350.00 |
| 1 | 921023691 | FUEL SURCHARGE | 410.85000 | Each | $410.85 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $2,760.85 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER

TIA Transportation Intermediaries Association MEMBER SINCE 1998

P3 Platinum Performance Program
Transportation with Confidence

40,000M XXXX AA

A****I

20260126

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35472179R** when making payment.)

| | |
|---|---|
| **Invoice** | 35472179R |
| **Date** | 02/20/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
AKROCHEM CORP (STOW,OH) (02/03/2026)

**DROPS**
TRICO-BROWNSVILLE PLANT 4 (02/06/2026)

**Bill To:**
FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| FTL | No | 0 | 26 | 25376 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 921982372 | FREIGHT | 2,800.00000 | Flat | $2,800.00 |
| 1 | 921982372 | FUEL SURCHARGE | 789.60000 | Flat | $789.60 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $3,589.60 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER — TIA Transportation Intermediaries Association MEMBER SINCE 1998 — P3 Platinum Performance Program Transportation with Confidence — 40,000M XXXX AA — A****I

20260209 20260211-18

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35524381R** when making payment.)

| | |
|---|---|
| **Invoice** | 35524381R |
| **Date** | 02/20/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
TRICO ROBINDALE (02/09/2026)

**DROPS**
INTERLINK78503 // HORIZON GLOBAL C/O INTERLINK (02/09/2026)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| FTL | No | 0 | 56 | 14000 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 922200815 | FREIGHT | 550.00000 | Flat | $550.00 |
| 1 | 922200815 | FUEL SURCHARGE | 29.50000 | Flat | $29.50 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $579.50 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER
TIA Transportation Intermediaries Association MEMBER SINCE 1998
P3 Platinum Performance Program Transportation with Confidence
40,000M XXXX AA
A****I

20260210

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35570161R** when making payment.)

| | |
|---|---|
| **Invoice** | 35570161R |
| **Date** | 02/25/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
GVS FILTER TECHNLOGY DE MEXICO (02/11/2026)

**DROPS**
WALBRO (CASS CITY,MI) (02/16/2026)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Sprinter Van | 14 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| MEXICO DEPT | No | 0 | 3 | 480 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 922449759 | FREIGHT | 4,600.00000 | Flat | $4,600.00 |
| 1 | 922449759 | FUEL SURCHARGE | 918.00000 | Flat | $918.00 |
| 1 | 922449759 | OTHER Mexico Insurance | 80.44000 | Flat | $80.44 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $5,598.44 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER — TIA Transportation Intermediaries Association MEMBER SINCE 1998 — P3 Platinum Performance Program Transportation with Confidence — TRANSPORTATION MEMBER 40,000M XXXX AA — BUSINESS CHARACTER AWARD RED BOOK Member A****I

20260216

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35603072R** when making payment.)

| Invoice | 35603072R |
|---|---|
| Date | 02/27/2026 |
| Page | 1 of 1 |

**PICKUPS**
ETIQUETAS ADHESIVAS EL AGUILA (02/13/2026)

**DROPS**
CHAMPION LABORATORIES (ALBION, IL) (02/17/2026)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| MEXICO DEPT | No | 15 | 0 | 8500 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 922599466 | FREIGHT | 4,300.00000 | Flat | $4,300.00 |
| 1 | 922599466 | FUEL SURCHARGE | 662.00000 | Flat | $662.00 |
| 1 | 922599466 | OTHER Mexico Insurance | 31.67000 | Flat | $31.67 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| Total USD | $4,993.67 |
|---|---|

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER

TIA Transportation Intermediaries Association MEMBER SINCE 1998

P3 Platinum Performance Program Transportation with Confidence

40,000M XXXX AA

A****I

20260219

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**
(Please reference **#35373975** when making payment.)

| | |
|---|---|
| **Invoice** | 35373975 |
| **Date** | 02/20/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
CK TECHNOLOGIES,LLC(BROWNSVILLE,TX) (01/27/2026)

**DROPS**
SAFELITE GLASS CORP (01/30/2026)

**Bill To:**
FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| FTL | No | 0 | 460 | 4554 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 921471634 | TRUCK ORDERED NOT USED | 250.00000 | Flat | $250.00 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| **Total USD** | $250.00 |
|---|---|

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER
TIA Transportation Intermediaries Association MEMBER SINCE 1998
P3 Platinum Performance Program Transportation with Confidence
40,000M XXXX AA
A****I

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35373820** when making payment.)

| | |
|---|---|
| **Invoice** | 35373820 |
| **Date** | 02/20/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
FRAM GROUP HEBRON KY (01/27/2026)

**DROPS**
WALMART #7036R (SEALY, TX) (01/29/2026)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| FTL | No | 0 | 5503 | 18994 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 921104992 | TRUCK ORDERED NOT USED | 250.00000 | Flat | $250.00 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $250.00 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER
TIA Transportation Intermediaries Association MEMBER SINCE 1998
P3 Platinum Performance Program Transportation with Confidence
40,000M XXXX AA
A****I

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35496140R** when making payment.)

| | |
|---|---|
| **Invoice** | 35496140R |
| **Date** | 03/17/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
JUNTAS ESPECIALES (SANTIAGO DE QUERÉTARO, QE) (02/06/2026)

**DROPS**
HONEYWELL PLANT GREENVILLE (GREENVILLE,OH) (02/28/2026)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Sprinter Van | 10 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| MEXICO DEPT | No | 2 | 0 | 1100 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | 922083023 | FREIGHT | 4,600.00000 | Flat | $4,600.00 |
| 1 | 922083023 | FUEL SURCHARGE | 955.20000 | Flat | $955.20 |
| 15 | 922083023 | DETENTION | 250.00000 | Flat | $3,750.00 |
| 1 | 922083023 | OTHER Mexico Insurance | 24.50000 | Flat | $24.50 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| **Total USD** | $9,329.70 |
|---|---|

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER
TIA Transportation Intermediaries Association MEMBER SINCE 1998
P3 Platinum Performance Program Transportation with Confidence
40,000M XXXX AA
A****I

20260303

TQL TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#35010033** when making payment.)

| | |
|---|---|
| **Invoice** | 35010033 |
| **Date** | 03/10/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
FINSA (NUEVO LAREDO, TA) (01/19/2026)

**DROPS**
CENTRIC (JCC3) WAREHOUSE (CIUDAD JUAREZ, CI) (02/06/2026)
FINSA (NUEVO LAREDO, TA) (02/26/2026)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| MEXICO DEPT | No | 0 | 0 | 40000 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | PENDING | FREIGHT | 5,467.00000 | Flat | $5,467.00 |
| 1 | PENDING | OTHER Mexico Insurance | 166.18000 | Flat | $166.18 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $5,633.18 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER — TIA Transportation Intermediaries Association MEMBER SINCE 1998 — P3 Platinum Performance Program Transportation with Confidence — 40,000M XXXX AA — A****I

20260302

TOTAL QUALITY LOGISTICS

**REMIT PAYMENT TO:**
**PO BOX 634558**
**CINCINNATI, OH 45263-4558**

(Please reference **#34956580** when making payment.)

| | |
|---|---|
| **Invoice** | 34956580 |
| **Date** | 03/23/2026 |
| **Page** | 1 of 1 |

**PICKUPS**
FINSA (NUEVO LAREDO, TA) (01/19/2026)

**DROPS**
FINSA (NUEVO LAREDO, TA) (02/11/2026)

**Bill To:**

FIRST BRANDS GROUP (POST PETITION)
127 PUBLIC SQ STE 5110
CLEVELAND, OH 44114

| Salesperson ID | Customer ID | Trailer Type | Trailer Size | Payment Terms |
|---|---|---|---|---|
| Ryan C Poles | 30001077 | Van | 53 ft | As Agreed |
| **Rate Type** | **Hazmat Load** | **# of Pallets** | **# of Cases** | **Weight** |
| MEXICO DEPT | No | 0 | 0 | 40000 |

| Quantity | Customer PO No. | Description | Rate | UOM | Amount |
|---|---|---|---|---|---|
| 1 | PENDING | FREIGHT | 5,467.00000 | Flat | $5,467.00 |
| 1 | PENDING | OTHER Mexico Insurance | 44.05000 | Flat | $44.05 |

*Pay and manage your invoices online with our free customer web portal, TQL TRAX. Visit or Click TQL.com/TRAX to learn more.*

**Would you prefer to be paperless? Please email Accounting at ACustomerQuestions@tql.com and we can begin invoicing you via email or fax**

WE SUPPORT THE CREDIT INDUSTRY BY REPORTING ACCOUNTS RECEIVABLE INFORMATION DUN & BRADSTREET, ANSONIA CREDIT DATA, THE BLUE BOOK, RED BOOK, COMPUNET, & EXPERIAN

| | |
|---|---|
| **Total USD** | $5,511.05 |

Amounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge.

**THANK YOU VERY MUCH FOR YOUR BUSINESS**
**ANY QUESTIONS OR CHANGE IN ADDRESS. PLEASE CALL US AT (513) 831-2600 OR VISIT US AT WWW.TQL.COM**

BBB MEMBER

TIA Transportation Intermediaries Association MEMBER SINCE 1998

P3 Platinum Performance Program *Transportation with Confidence*

40,000M XXXX AA

A****I

20260318-30

**Exhibit 2**

**Aging Schedule**

| TQL Invoice No. | Invoice Date | Invoice Amount | Balance Due | Days Old |
|---|---|---|---|---|
| 34691562 | 12/24/2025 | $5,535.46 | $5,535.46 | 89 |
| 34727323 | 12/24/2025 | $5,535.46 | $5,535.46 | 89 |
| 34867057 | 12/30/2025 | $5,535.46 | $5,535.46 | 83 |
| 34891563 | 12/30/2025 | $5,535.46 | $5,535.46 | 83 |
| 34868024 | 1/6/2026 | $5,633.11 | $5,633.11 | 76 |
| 34956579 | 1/8/2026 | $5,511.05 | $5,511.05 | 74 |
| 34998811 | 1/8/2026 | $934.88 | $934.88 | 74 |
| 35009698 | 1/8/2026 | $578.32 | $578.32 | 74 |
| 35027354 | 1/9/2026 | $1,156.51 | $1,156.51 | 73 |
| 35027393 | 1/9/2026 | $1,045.81 | $1,045.81 | 73 |
| 34956578 | 1/12/2026 | $5,511.05 | $5,511.05 | 70 |
| 34929342 | 1/12/2026 | $5,508.81 | $5,508.81 | 70 |
| 34956581 | 1/13/2026 | $5,511.05 | $5,511.05 | 69 |
| 35039432 | 1/13/2026 | $1,522.49 | $1,522.49 | 69 |
| 35039384 | 1/13/2026 | $1,066.27 | $1,066.27 | 69 |
| 35087890 | 1/14/2026 | $1,598.12 | $1,598.12 | 68 |
| 35042036 | 1/14/2026 | $3,598.20 | $3,598.20 | 68 |
| 34956582 | 1/15/2026 | $5,511.05 | $5,511.05 | 67 |
| 34956583 | 1/15/2026 | $5,511.05 | $5,511.05 | 67 |
| 35011527 | 1/22/2026 | $5,511.05 | $5,511.05 | 60 |
| 35261556 | 1/23/2026 | $250.00 | $250.00 | 59 |
| 35264790 | 1/26/2026 | $2,692.75 | $2,692.75 | 56 |
| 35264796 | 1/26/2026 | $2,692.75 | $2,692.75 | 56 |
| 35298079 | 1/28/2026 | $576.55 | $576.55 | 54 |
| 35284863 | 1/28/2026 | $1,555.75 | $1,555.75 | 54 |
| 35242433 | 1/30/2026 | $1,494.90 | $1,494.90 | 52 |
| 35290080 | 1/31/2026 | $4,487.17 | $4,487.17 | 51 |
| 35328127 | 2/2/2026 | $3,048.90 | $3,048.90 | 49 |
| 35328132 | 2/2/2026 | $1,060.20 | $1,060.20 | 49 |
| 35305497 | 2/2/2026 | $2,096.55 | $2,096.55 | 49 |
| 35347752 | 2/3/2026 | $1,500.00 | $1,500.00 | 48 |
| 35339076R | 2/4/2026 | $5,849.48 | $5,849.48 | 47 |
| 35358703 | 2/4/2026 | $3,731.45 | $3,731.45 | 47 |
| 35416658 | 2/7/2026 | $1,455.10 | $1,455.10 | 44 |
| 35453087R | 2/9/2026 | $600.00 | $600.00 | 42 |
| 35429790R | 2/10/2026 | $5,859.45 | $5,859.45 | 41 |
| 35407484 | 2/11/2026 | $980.66 | $980.66 | 40 |
| 35422663 | 2/11/2026 | $2,282.47 | $2,282.47 | 40 |
| 35427587 | 2/13/2026 | $2,622.21 | $2,622.21 | 38 |
| 35293585 | 2/13/2026 | $2,760.85 | $2,760.85 | 38 |
| 35472179R | 2/16/2026 | $3,589.60 | $3,589.60 | 35 |
| 35524381R | 2/17/2026 | $579.50 | $579.50 | 34 |

| | | | | |
|---|---|---|---|---|
| 35570161R | 2/18/2026 | $5,598.44 | $5,598.44 | 33 |
| 35603072R | 2/20/2026 | $4,993.67 | $4,993.67 | 31 |
| 35373975 | 2/20/2026 | $250.00 | $250.00 | 31 |
| 35373820 | 2/20/2026 | $250.00 | $250.00 | 31 |
| 35496140R | 3/5/2026 | $9,329.70 | $9,329.70 | 18 |
| 35010033 | 3/10/2026 | $5,633.18 | $5,633.18 | 13 |
| 34956580 | 3/23/2026 | $5,511.05 | $5,511.05 | 0 |
| **TOTAL** | | **$161,182.99** | **$161,182.99** | |