**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 22, 2026, a true and correct copy of the foregoing TOTAL QUALITY LOGISTICS, LLC'S APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. SECTION 503(B)(1)(A) was served via the Court's CM/ECF system on all parties registered to receive electronic notice in this case, and via email or regular U.S. Mail on the following parties:

Ronald Sommers
Chapter 7 Trustee
1400 Post Oak Blvd., Suite 300
Houston, TX 77056-6656

Clifford W. Carlson
Gabriel A. Morgan
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Email: clifford.carlson@weil.com;
gabriel.morgan@weil.com
*Attorneys for Debtors*

Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002
*Ian Ross Phillips*

Ian Ross Phillips
COLE SCHOTZ P.C.
901 Main St., Suite 4120
Dallas, TX 75202
Email: iphillips@coleschotz.com
*Counsel for the Official Committee of Unsecured Creditors*

Dated: October 22, 2026

By: */s/ Yosina M. Lissebeck*
Yosina M. Lissebeck