**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | **§** | **Case No. 25-90399** |
| **FIRST BRANDS GROUP, LLC, et al.,** | **§** | **(Jointly Administered)** |
| | | **Re: Docket Nos. 3792, 3799** |

# MOTION TO WITHDRAW AS COUNSEL

COMES NOW William Jay Dorsey, counsel of record for Aequum Capital Financial II LLC ("Aequum") in the above-captioned matter, and hereby moves the Court for an Order permitting him to withdraw as counsel for Aequum pursuant to Local Rule 83.2 of the United States District Court for the Southern District of Texas, (TX R USDCTSD LR83) made applicable to these proceedings by Bankruptcy Local Rule 1001-1(b). (TX R USBCTSD Rule 1001-1) In support of said Motion, Mr. Dorsey states as follows:

1. Mr. Dorsey has appeared in the above-captioned matter as counsel of record for Aequum, in its capacities as Defendant and Interested Party.

2. Mr. Dorsey has disassociated from his previous law firm, Blank Rome LLP, having accepted a position with another law firm.

3. As a result of his disassociation from Blank Rome LLP, Mr. Dorsey will no longer represent Aequum in this case, and his withdrawal as counsel is therefore appropriate.

4. Aequum will continue to be represented in the above-captioned matter by its remaining counsel of record, including its attorneys at Blank Rome LLP. Accordingly, Aequum will not be left unrepresented, and no party will be prejudiced, by the granting of this Motion.

5. This Motion is not sought for purposes of delay, and no continuance or other delay in these proceedings is occasioned by Mr. Dorsey's withdrawal.

6. Local Rule 83.2 of the United States District Court for the Southern District of Texas provides that withdrawal of counsel may be effected by motion and order, under conditions imposed by the Court. (TX R USDCTSD LR83) That rule governs practice in this Court pursuant to Bankruptcy Local Rule 1001-1(b). (TX R USBCTSD Rule 1001-1) Granting this Motion is consistent with that authority, and good cause exists for the relief requested.

7. A proposed order is submitted contemporaneously with this Motion.

WHEREFORE, Mr. Dorsey respectfully prays for an Order permitting him to withdraw as counsel for Aequum Capital Financial II LLC in the above-captioned matter, and for such other and further relief as the Court deems just and proper.

DATED 22nd of October 2026.

GREENBERG TRAURIG LLP

*/s/ William J. Dorsey*
William J. Dorsey, #63146

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing *Motion to Withdraw* was served on October 22, 2026, by electronic mail at the time of filing via the CM/ECF system which sends notification of such filings to those parties receiving electronic notification.

*/s/ Anna Dembele*
Anna Dembele