IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | **§** | **Case No. 25-90399** |
| **FIRST BRANDS GROUP, LLC, et al.,** | **§** | **(Jointly Administered)** |
| | | **Re: Docket Nos. 3792, 3799** |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

THIS MATTER is before the Court on the Motion to Withdraw as Counsel (the "Motion") filed by William Jay Dorsey, counsel for Aequum Capital Financial II LLC. The Court, having considered the Motion, finds that it should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that William Jay Dorsey is permitted to withdraw as counsel for Aequum Capital Financial II LLC in the above-captioned matter.

Signed: ______________________, 2026 ____________________________________

UNITED STATES BANKRUPTCY JUDGE