**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | ) | Case No. 25-90399 (CML) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**AEQUUM CAPITAL FINANCIAL II LLC'S PRELIMINARY LIMITED OBJECTION TO THE ALLOCATION OF ADMINISTRATIVE EXPENSES TO THE BROAD STREET SPV DEBTORS' ESTATES ARISING FROM THE FINAL FEE APPLICATIONS AND JOINDER TO ONSET FINANCIAL, INC. OBJECTION**

Aequum Capital Financial II LLC, in its capacity as administrative agent ("Aequum") for the lenders under a revolving credit facility to debtor Broad Street Financial, LLC ("Broad Street" and together with debtor Broad Street Financial Holdings, LLC, the "Broad Street SPVs"), hereby files this preliminary limited objection and joins (this "Objection and Joinder") in *Onset Financial, Inc.'s Preliminary Limited Objection to the Allocation of Administrative Expenses to the Carnaby Debtors' Estates Arising from the Final Fee Applications* [Docket No. 3975] (the "Onset Objection"),[2] and respectfully states as follows:

**OBJECTION AND JOINDER**

1. Aequum joins in the arguments made in the Onset Objection regarding the filed Final Fee Applications. These arguments apply equally to Aequum and the estates of the Broad Street SPVs. Accordingly, Aequum requests that any order approving any final fee application

---

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is 127 Public Square, Suite 5300, Cleveland, Ohio 44114.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Onset Objection.

incorporate the language requested in Paragraph 8 of the Onset Objection, with the same protections extended to the Broad Street SPVs' estates as Onset seeks with respect to the Carnaby Debtors' estates.

**RESERVATION OF RIGHTS**

2. This Objection and Joinder is submitted without prejudice to, and with a full reservation of, Aequum's rights, including to supplement, amend, or otherwise modify this Objection and Joinder and to assert additional objections to the Final Fee Applications on any grounds that may be appropriate. Nothing herein shall be deemed or construed as a waiver of any rights, remedies, claims, defenses, or objections available to Aequum, all of which are expressly reserved. Aequum reserves the right to join in any additional related pleadings and to participate in any hearing regarding the Onset Objection, the Final Fee Applications, and/or any related matters.

*[Remainder of page intentionally left blank.]*

Respectfully submitted,

Dated: October 22, 2026

**BLANK ROME LLP**

*<u>/s/ Jennifer K. Malow</u>*
Jennifer K. Malow (Bar No. 3925677)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: Jennifer.Malow@blankrome.com

Kenneth J. Ottaviano (admitted *pro hac vice*)
Stephanie K. Hor-Chen (admitted *pro hac vice*)
444 West Lake Street, Suite 1650
Chicago, Illinois 60606
Telephone: (312) 776-2500
Facsimile: (312) 776-2601
Email: Ken.Ottaviano@blankrome.com
Stephanie.HorChen@blankrome.com

-and-

Matthew E. Kaslow (admitted *pro hac vice*)
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555
Email: Matt.Kaslow@blankrome.com

*Counsel for Aequum Capital Financial II LLC*

**CERTIFICATE OF SERVICE**

I certify that on October 22, 2026, I electronically filed the foregoing document(s) with the Clerk of the Court for the U.S. Bankruptcy Court for the Southern District of Texas, using the CM/ECF system. The ECF system will send a "Notice of Electronic Filing" to all counsel of record who have consented in writing to accept service of this document by electronic means.

*/s/ Jennifer K. Malow*
Jennifer K. Malow