**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | ) | Case No. 25-90399 (CML) |
| Debtors. | ) | (Jointly Administered) |

**PRELIMINARY LIMITED OBJECTION TO THE ALLOCATION OF ADMINISTRATIVE EXPENSES TO THE SPV DEBTORS' ESTATES ARISING FROM THE FINAL FEE APPLICATIONS AND JOINDER TO ONSET FINANCIAL, INC. OBJECTION**

UMB Bank, N.A., in its capacity as administrative agent ("Agent") for the lenders (such lenders, together with the Agent, the "UMB Parties") under a revolving credit facility to (i) debtor Global Assets LLC and (ii) debtor Global Assets GmbH (the foregoing (i) and (ii) collectively, the "Global Assets SPVs", hereby files this preliminary limited objection and joins (this "Objection and Joinder") in *Onset Financial, Inc.'s Preliminary Limited Objection to the Allocation of Administrative Expenses to the Carnaby Debtors' Estates Arising from the Final Fee Applications* [Docket No. 3975] (the "Onset Objection"),[2] and respectfully states as follows:

**OBJECTION AND JOINDER**

1. Agent joins in the arguments made in the Onset Objection regarding the filed Final Fee Applications. These arguments apply equally to the UMB Parties and the estates of the Global Assets SPVs. Accordingly, Agent requests that any order approving any final fee application

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is 127 Public Square, Suite 5300, Cleveland, Ohio 44114.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Onset Objection.

incorporate the language requested in Paragraph 8 of the Onset Objection, with the same protections extended to the Global Assets SPVs' estates as Onset seeks with respect to the Carnaby Debtors' estates.

**RESERVATION OF RIGHTS**

2. This Objection and Joinder is submitted without prejudice to, and with a full reservation of, the UMB Parties' rights, including to supplement, amend, or otherwise modify this Objection and Joinder and to assert additional objections to the Final Fee Applications on any grounds that may be appropriate. Nothing herein shall be deemed or construed as a waiver of any rights, remedies, claims, defenses, or objections available to the UMB Parties, all of which are expressly reserved. The UMB Parties reserve the right to join in any additional related pleadings and to participate in any hearing regarding the Onset Objection, the Final Fee Applications, and/or any related matters.

*[Remainder of page intentionally left blank.]*

Respectfully submitted,

Dated: October 22, 2026

ALSTON & BIRD LLP

*/s/ Jared M. Slade*
Jared M. Slade (TX Bar No. 24060618)
2200 Ross Avenue
Dallas, TX 75201
T: (0214) 922-3424
E.: Jared.Slade@alston.com

-and-

Stephen M. Blank (admitted *pro hac vice*)
90 Park Avenue
New York, New York 10016
T: (212) 210-9400
E: Stephen.Blank@alston.com

-and-

Jacob Johnson (admitted *pro hac* vice)
1201 West Peachtree Street
Atlanta, GA 30309
T: (404) 881-7000
E: Jacob.Johnson@alston.com

*Counsel for UMB Bank, N.A.*

**CERTIFICATE OF SERVICE**

I certify that on October 22, 2026, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Bankruptcy Court for the Southern District of Texas, using the CM/ECF system. The ECF system will send a "Notice of Electronic Filing" to all counsel of record who have consented in writing to accept service of this document by electronic means.

*/s/ Jared M. Slade*
Jared M. Slade