**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | **(Previously Chapter 11)** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | |
| | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |
| | § | |

**STIPULATION EXTENDING DEADLINE FOR CARNABY SECURED LENDERS TO RESPOND TO THE FIRST AND FINAL FEE APPLICATION OF BOIES SCHILLER FLEXNER LLP, ATTORNEYS FOR THE EXAMINER, FOR THE PERIOD FROM DECEMBER 16, 2025 THROUGH AND INCLUDING MAY 31, 2026**

[Relates to Docket No. 3843]

**WHEREAS**, on October 1, 2026, Boies Schiller Flexner LLP ("BSF") filed the *First and Final Fee Application of Boies Schiller Flexner LLP, Attorneys for the Examiner, for the Period from December 16, 2025 Through and Including May 31, 2026* [Docket No. 3843] (the "Final Fee Application") requesting allowance and payment on a final basis of professional fees and reimbursable expenses for professional services rendered to Martin De Luca, the examiner, for the period from December 16, 2025 through May 31, 2026.

**WHEREAS**, the deadline for all parties to file a response to the Final Fee Application is October 22, 2026 ("Original Response Deadline").

[1] A complete list of the Debtors in these Chapter 11 cases (the "Chapter 11 Cases") may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**WHEREAS**, BSF and the lenders (the "Carnaby Secured Lenders") under that certain credit agreement dated as of May 31, 2022 (the "Carnaby II Credit Agreement")[2] and that certain credit agreement dated as of July 6, 2022 (the "Carnaby III Credit Agreement,")[3] hereby stipulate to extend the Original Response Deadline of the Carnaby Secured Lenders to and including **November 30, 2026**.

*[Remainder of page intentionally left blank]*

---

[2] The Carnaby II Credit Agreement (as may be amended, restated, amended and restated, supplemented or otherwise modified from time to time), dated as of May 31, 2022, was entered into among Carnaby Inventory II, LLC, ("Carnaby II") as Borrower, First Brands Group, LLC ("FBG"), as the Servicer, First Brands Group Holdings, LLC ("FB Holdings") and Carnaby Inventory Holdings II, LLC ("Carnaby Holdings II"), as Guarantors, the Carnaby Secured Lenders party thereto from time to time, and GLAS Trust Company LLC, as Administrative Agent and acknowledged and agreed to by Brake Parts Inc. LLC ("BPI") and certain non-Debtor affiliates party thereto.

[3] The Carnaby III Credit Agreement (as may be amended, restated, amended and restated, supplemented or otherwise modified from time to time), dated as of July 6, 2022, was entered into among Carnaby Inventory III, LLC ("Carnaby III," and together with Carnaby II, the "Carnaby Debtors"), as Borrower, First Brands Group, LLC ("FBG"), as the Servicer, FB Holdings and Carnaby Inventory Holdings III, LLC ("Carnaby Holdings III"), as Guarantors, the Carnaby Secured Lenders party thereto from time to time, and GLAS Trust Company LLC, as Administrative Agent and acknowledged and agreed to by Trico Products Corporation ("TPC"), Trico Technologies Corporation ("TTC" and together with TPC, the "Trico Entities") and certain non-Debtor affiliates party thereto.

Dated: October 23, 2026

| **PORTER HEDGES LLP**<br><br>By: */s/ John F. Higgins*<br>John F. Higgins (TX Bar No. 09597500)<br>Megan Young-John (TX Bar No. 24088700)<br>James A. Keefe (TX Bar No. 24122842)<br>1000 Main St., 36th Floor<br>Houston, Texas 77002<br>Telephone: (713) 226-6000<br>Facsimile: (713) 226-6248<br>jhiggins@porterhedges.com<br>myoung-john@porterhedges.com<br>jkeefe@porterhedges.com<br><br>-and-<br><br>**DECHERT LLP**<br>Allan S. Brilliant (admitted *pro hac vice*)<br>Gary J. Mennitt (admitted *pro hac vice*)<br>Stephen M. Wolpert (admitted *pro hac vice*)<br>Eric O. Hilmo (admitted *pro hac vice*)<br>1095 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 698-3500<br>Email: allan.brilliant@dechert.com<br>gary.mennitt@dechert.com<br>stephen.wolpert@dechert.com<br>eric.hilmo@dechert.com<br><br>***Counsel to the Carnaby Secured Lenders*** | **BOIES SCHILLER FLEXNER LLP**<br><br>By: */s/ Robert Gordon*<br>Robert Gordon<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>Telephone: (212) 446-2372<br>rgordon@bsfllp.com<br><br>***Counsel to the Examiner*** |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was duly served by electronic transmission to all registered ECF users appearing in the case on October 23, 2026.

*/s/ John F. Higgins*
John F. Higgins