# EXHIBIT B

**Summary of Time Detail by Professional**
**January 5, 2026 through May 31, 2026**

| Professional | | Position | Hours | Hourly Rate | | Fees |
|---|---|---|---|---|---|---|
| Thompson | Alistair | Associate Director | 4.75 | $ 350.00 | $ | 1,662.50 |
| Szczuchniak | Amelia | Associate Director | 4.50 | $ 400.00 | $ | 1,800.00 |
| Bautista | Daniela | Professional Analyst | 103.75 | $ 350.00 | $ | 36,312.50 |
| Brodeur | Paul | Consultant | 152.60 | $ 400.00 | $ | 61,040.00 |
| Pillinger | Ian | Director | 4.75 | $ 600.00 | $ | 2,850.00 |
| Ravelo | Johana | Senior Director | 51.25 | $ 400.00 | $ | 20,500.00 |
| Gaebel | Katerina | Director | 198.75 | $ 650.00 | $ | 129,187.50 |
| Hoyos Osnaya | Luis | Senior Analyst | 53.75 | $ 400.00 | $ | 21,500.00 |
| Kilzy | Megan | Managing Director | 34.75 | $ 650.00 | $ | 22,587.50 |
| Merchan | Nathaly | Analyst | 4.50 | $ 300.00 | $ | 1,350.00 |
| Valls | Ramon | Managing Director | 250.10 | $ 650.00 | $ | 162,565.00 |
| Reinhard | Jackie | Consultant | 211.60 | $ 650.00 | $ | 137,540.00 |
| Ubaldini | Salvatore | Managing Director | 0.50 | $ 550.00 | $ | 275.00 |
| Batista | Santiago | Senior Managing Director | 240.75 | $ 700.00 | $ | 168,525.00 |
| Jasarevic | Selma | Analyst | 14.50 | $ 400.00 | $ | 5,800.00 |
| Spivak | Gennady | Consultant | 0.30 | $ 650.00 | $ | 195.00 |
| Murphy | Steven | Managing Director | 1.50 | $ 650.00 | $ | 975.00 |
| Zimmerman | Todd | Senior Managing Director | 12.00 | $ 700.00 | $ | 8,400.00 |
| Viswanathan | Priya | Consultant | 40.10 | $ 400.00 | $ | 16,040.00 |
| Wegner | Darryl | Consultant | 191.30 | $ 650.00 | $ | 124,345.00 |
| daSilva | Elisabeth | Consultant | 307.10 | $ 650.00 | $ | 199,615.00 |
| **TRAVEL TIME** | | | | | | |
| Brodeur | Paul | Consultant | 10.00 | $ 200.00 | $ | 2,000.00 |
| Hoyos Osnaya | Luis | Senior Analyst | 11.25 | $ 200.00 | $ | 2,250.00 |
| Valls | Ramon | Managing Director | 30.70 | $ 325.00 | $ | 9,977.50 |
| Batista | Santiago | Senior Managing Director | 55.75 | $ 350.00 | $ | 19,512.50 |
| Spivak | Gennady | Consultant | 145.60 | $ 550.00 | $ | 80,080.00 |
| Zimmerman | Todd | Senior Managing Director | 10.00 | $ 325.00 | $ | 3,250.00 |
| Wegner | Darryl | Consultant | 72.60 | $ 325.00 | $ | 23,595.00 |
| daSilva | Elisabeth | Consultant | 40.00 | $ 325.00 | $ | 13,000.00 |
| **TOTAL** | | | **2,259.00** | | **$** | **1,276,730.00** |

*Hourly rates are shown as implied hourly rates for travel time because they are billed at half the standard hourly rate.*