# EXHIBIT C

## COMPARABLE RATE DISCLOSURES

The average hourly rate for all Guidepost professionals and contractors based in the U.S. for 2026 is $565.17, and the blended hourly rate for Guidepost professionals who rendered services to the Debtors during this Application Period was $_______.