**EXHIBIT D**

**EXPENSES**

**SUMMARY OF EXPENSES BY CATEGORY**
**FOR GUIDEPOST SOLUTIONS, LLC**
**January 5, 2026 through May 31, 2026**

| Expense Type | Total |
|---|---|
| Airfare | $26,833.45 |
| Lodging | $20,538.81 |
| Meals | $1,621.20 |
| Transportation | $5,906.68 |
| Visa | $317.00 |
| **TOTAL** | **$55,217.14** |