**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| FIRST BRANDS GROUP, LLC *et al.*, | : | Case No. 25-90399 (CML) |
| Debtors. | : | (Jointly Administered) |

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF GUIDEPOST SOLUTIONS, LLC, FORENSIC ACCOUNTANT FOR THE EXAMINER, FOR THE PERIOD FROM JANUARY 5, 2026 THROUGH AND INCLUDING MAY 31, 2026**
**(Relates to Docket No. ___)**

Upon the Application (Docket No. __) (the "**Application**") of Guidepost Solutions, LLC, forensic accountant to the examiner Martin De Luca (the "**Examiner**") and Boies Schiller Flexner LLP, as attorneys to the Examiner ("**BSF**") pursuant to section 330(a) of title 11 of the United States Code (the "**Bankruptcy Code**") for entry of an order granting final approval of fees and expenses incurred and final allowance of compensation and expense reimbursement received, and for related relief, in connection with services rendered during the Compensation Period;[5] the Court having jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334; venue of the above-captioned Chapter 11 Cases being proper pursuant to 28 U.S.C. §§ 1408 and 1409; this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found and determined that legal and factual bases set forth in the Application establish just cause for the relief granted herein; NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Application is GRANTED as set forth herein.

2. The fees and expenses incurred by Guidepost during the Compensation Period, totaling $1,276,730 in fees and $55,217.14 in expenses, are approved. Guidepost is awarded final allowance of compensation for professional services rendered during the Compensation Period in the amount of $1,276,730 and reimbursement of expenses in the amount of $55,217.14 (representing 100% of actual and necessary expenses incurred).

3. All compensation and expense reimbursement paid to Guidepost to date pursuant to the Interim Compensation Order is approved.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: ________, 2026

Christopher M. Lopez
United States Bankruptcy Judge