**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PATTERSON INVENTORY, LLC, *et. al.*,[1] | § | Case No. 25-90392 (CML) |
| | § | |
| Debtors. | § | Chapter 7 |
| | § | (Jointly Administered) |
| IN RE: | § | |
| | § | |
| FIRST BRANDS GROUP, LLC *et. al.* | § | Case No. 25-90399 |
| | § | |
| Debtors. [2] | § | Chapter 7 |
| | § | (Jointly Administered) |

**NOTICE OF HEARING AND STATUS CONFERENCE ON
<u>NOVEMBER 2, 2026 AT 1:00 P.M. (CST)</u>**

NOTICE IS GIVEN that the Court will hold a hearing on **November 2, 2026** at **1:00 p.m. (CST)** on the following matter:

> <u>Dkt. No. 93, In re Patterson Inventory LLC (Case No. 25-90392)</u>: *Emergency Application to Authorize the Evolution SPV Debtors' Trustee to Collect Certain Accounts Receivable Pursuant to the Wind Down Order*.

FURTHER NOTICE IS GIVEN that the Court will hold a status conference on **November 2, 2026** at **1:00 p.m. (CST)** on the following matters:

> <u>Dkt. No. 99, In re Patterson Inventory LLC (Case No. 25-90392)</u>: *SPV Debtors' Trustee's Emergency Application to Authorize the SPV Debtors' Trustee to Sell Inventory Pursuant to the Wind Down Order*

> <u>Dkt. No. 3933, In re First Brands Group LLC (Case No. 25-90399)</u>: *Chapter 7 Trustee of the FBG Debtors' Emergency Motion For Entry Of Order (A) Authorizing Consummation Of McHenry Wind Down Sale Pursuant to the Wind Down Order and (B) Granting Related Relief*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Patterson Inventory, LLC (2872) (Case No. 25-90392); Patterson Inventory Holdings, LLC (0079) (Case No. 25-90393); Starlight Inventory I, LLC (6698) (Case No. 25-90394); and Starlight Inventory Holdings I, LLC (6472) (Case No. 25-90395). The Debtors' mailing address is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.

Parties are authorized to participate in person at 515 Rusk Avenue, Courtroom 402, Houston, Texas 77002 or virtually over telephone and video conference subject to the Local Bankruptcy Rules and Court's procedures regarding remote appearances by counsel and/or witness testimony. Instructions for virtual participation can be found on the Court's website at: United States Bankruptcy Judge Christopher M. Lopez | Southern District of Texas.

Dated: October 27, 2026.

Respectfully submitted,

**JONES MURRAY LLP**

*/s/ Erin E. Jones*

Erin E. Jones
State Bar No.: 24032478
Jones Murray LLP
602 Sawyer, Suite 400
Houston, Texas 77007
Telephone: (832) 529-1999
Email: erin@jonesmurray.com

*Counsel for Chapter 7 Trustee for SPV Debtors, Ronald J. Sommers*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 27h day of October 2026, she caused a true and correct copy of the foregoing to be served electronically via CM/ECF to all parties registered to receive such service in the above-referenced proceedings.

*/s/ Erin E. Jones*
Erin E. Jones