**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FIRST BRANDS GROUP, LLC *et. al.* | § | Case No. 25-90399 |
| | § | |
| Debtors. [1] | § | Chapter 7 |
| | § | (Jointly Administered) |

**NOTICE OF CONTINUED HEARINGS ON**
**NOVEMBER 17, 2026 AT 1:00 P.M. (CST)**

NOTICE IS GIVEN that the Court will hold a continued hearing on **November 17, 2026** at **1:00 p.m. (CST)** on the following motions in the above-captioned case:

Dkt. No. 3144: *Emergency Motion of Evolution Credit Partners to Compel Segregation and Turnover of Post-Petition Accounts Receivable Collected*

Dkt. No. 3792 and 3799: *Emergency Motion of Evolution Credit Partners to Compel Turnover and Deposit of Disputed Post-Petition Accounts Receivable Proceeds into the Court Registry* and *Joinder of Chapter 7 SPV Debtors' Trustee Ronald Sommers in Evolution Credit Partners' Emergency Motion to Compel Turnover and Deposit of Disputed Post-Petition Accounts Receivable Proceeds into the Court Registry*

Dkt. No. 3796: FBG Trustee's *Emergency Motion Authority to Operate Pursuant to 11 U.S.C. § 721 Effective as of September 1, 2026*

Parties are authorized to participate in person at 515 Rusk Avenue, Courtroom 402, Houston, Texas 77002 or virtually over telephone and video conference subject to the Local Bankruptcy Rules and Court's procedures regarding remote appearances by counsel and/or witness testimony. Instructions for virtual participation can be found on the Court's website at: United States Bankruptcy Judge Christopher M. Lopez | Southern District of Texas.

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands.

Dated: October 27, 2026.

Respectfully submitted,

**JONES MURRAY LLP**

*/s/ Erin E. Jones*

Erin E. Jones
State Bar No.: 24032478
Jones Murray LLP
602 Sawyer, Suite 400
Houston, Texas 77007
Telephone: (832) 529-1999
Email: erin@jonesmurray.com

*Counsel for Chapter 7 Trustee for SPV Debtors, Ronald J. Sommers*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27h day of October 2026, she caused a true and correct copy of the foregoing to be served electronically via CM/ECF to all parties registered to receive such service in the above-referenced proceedings.

*/s/ Erin E. Jones*
Erin E. Jones