**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | **(Previously Chapter 11)** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**NOTICE REGARDING**
**THE FOURTH INTERIM AND FINAL FEE APPLICATION**
**OF ALVAREZ & MARSAL NORTH AMERICA, LLC,**
**AS FINANCIAL ADVISOR TO THE CHAPTER 11 DEBTORS**
**[Relates to Docket No. 3860]**

**PLEASE TAKE NOTICE THAT** on September 24, 2025, and September 28, 2025 (the "***Petition Date***"), the above-captioned debtors (collectively, the "***Debtors***") filed voluntary petitions for relief under title 11 of the United States Code (the "***Bankruptcy Code***") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "***Court***").

**PLEASE TAKE FURTHER NOTICE THAT** on October 4, 2026, Alvarez & Marsal North America, LLC ("***A&M***") filed the *Fourth Interim and Final Fee Application of Alvarez & Marsal North America, LLC, as Financial Advisor to Chapter 11 Debtors* [Docket No. 3860] (the "***A&M Final Fee Application***"). The deadline for parties in interest to object to the A&M Final Fee Application was October 26, 2026 (the "***Objection Deadline***").

Prior to the Objection Deadline, A&M agreed to extend the deadline solely for the following parties to object to A&M's Final Fee Application until **Monday November 16, 2026, at 5:00 p.m. (prevailing Central Time)**: (i) the FBG Debtor Trustee, (ii) the SPV Debtor Trustee,

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for the chapter 7 estates of Viceroy Private Capital, LLC, First Brands Group Holdings, LLC ("FBGH"), and FBGH's Debtor subsidiaries is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002. The service address for the chapter 7 estates of Global Assets LLC, Global Lease Assets Holdings, LLC, Carnaby Capital Holdings, LLC, Broad Street Financial Holdings, LLC, Broad Street Financial, LLC, Carnaby Inventory II, LLC, Carnaby Inventory Holdings II, LLC, Carnaby Inventory III, LLC, Carnaby Inventory Holdings III, LLC, Carnaby Capital, LLC, Global Assets GmbH, and Eagle Casting Holdings, LLC is Ronald J. Sommers, Chapter 7 Trustee c/o Jones Murray LLP, Erin E. Jones, 602 Sawyer, Suite 400 Houston, Texas 77007. The service address for the chapter 7 estates of Carnaby IV, LLC, Carnaby IV Holdings, LLC, Carnaby FA, LLC, and Carnaby FA Holdings LLC is Catherine Stone Curtis, McGinnis Lochridge P.O. BOX 720788, McAllen, Texas 78504.

(iii) the Onset SPV Debtor Trustee;[2] (iv) the Ad Hoc Group;[3] and (v) the Carnaby Secured Lenders.[4]

A&M did not agree to extend the Objection Deadline for any other party in interest.

[*Remainder of page intentionally left blank.*]

---

[2] The terms "***FBG Debtor Trustee***", "***SPV Debtor Trustee***", and "***Onset SPV Debtor Trustee***" have the meaning assigned in the *Notice of Services to FBG Chapter 7 Debtors* [Docket No. 3849].

[3] "***Ad Hoc Group***" has the meaning assigned in the *Stipulation and Agreed Order Resolving Onset Financial, Inc.'s Emergency Motion for Relief from the Automatic Stay and the Carnaby Secured Lenders' Lift Stay Motion* [Docket No. 2842] (the "***Carnaby Secured Lender Stipulation***").

[4] "***Carnaby Secured Lenders***" has the meaning assigned in the Carnaby Secured Lender Stipulation.

Dated: October 28, 2026
Houston, Texas

Respectfully submitted,

*<u>/s/ Timothy A. ("Tad") Davidson II</u>*

**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Brandon Bell (Texas Bar No. 24127019)
Timothy R. Powell (TX Bar No. 24119198)
600 Travis Street, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Email: taddavidson@hunton.com
bbell@hunton.com
tpowell@hunton.com

*Counsel to Alvarez & Marsal North America, LLC*

## CERTIFICATE OF SERVICE

I certify that on October 28, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II