**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>PATTERSON INVENTORY, LLC, et al.,[1]<br><br>Debtors. | Case No. 25-90392 (CML)<br><br>Chapter 7<br>(Jointly Administered) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance on behalf KITKAT (IL), LLC pursuant to section 1109(b) of Title 11 of the United States Code ("**Bankruptcy Code**") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**") and requests notice of all hearings and conferences herein and makes demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, and 9007. All notices given or required to be given in this case shall be served upon:

Alan J. Lipkin
CHAFFETZ LINDSEY LLP
700 Broadway, 33rd Floor
New York, NY 10019
D: +1 212 257 6922
E: a.lipkin@chaffetzlindsey.com

[1] The debtors in these chapter 7 cases, along with the last four digits of each debtor's federal tax identification number, are: Patterson Inventory, LLC (2872) (Case No. 25-90392); Patterson Inventory Holdings, LLC (0079) (Case No. 25- 90393); Starlight Inventory I, LLC (6698) (Case No. 25-90394); and Starlight Inventory Holdings I, LLC (6472) (Case No. 25-90395). The Evolution SPV Debtors' mailing address is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Please take further notice that the foregoing request includes notices and papers referred to in the Bankruptcy Rules and includes, without limitation, any plans of reorganization, notices of hearings, orders, pleadings, motions, applications, complaints, demands, requests, petitions, disclosure statements, memoranda, briefs and any other documents brought before this Court with respect to this case or any related proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, or telephone,

Dated: October 28, 2026

Respectfully submitted,

CHAFFETZ LINDSEY LLP

By: */s/ Alan J. Lipkin*
Alan J. Lipkin (admitted Pro Hac Vice)
New York Bar No. 1757608
1700 Broadway, 33rd Floor
New York, NY 10019
Telephone: (212) 257-6960
Facsimile: (212) 257-6950

***Counsel for KitKat (IL), LLC***

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 28, 2026, a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

*/s/ Alan J. Lipkin*
Alan J. Lipkin