**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| **Debtors.**[1] | § | **(Jointly Administered)** |

**SUPPLEMENTAL DECLARATION OF MARK A. SILVERMAN IN SUPPORT OF APPLICATION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF TROUTMAN PEPPER LOCKE LLP AS SPECIAL COUNSEL EFFECTIVE AS OF THE CONVERSION DATE PURSUANT TO SECTIONS 327(e), 328(a), AND 330 OF THE BANKRUPTCY CODE**

[Relates to Docket No. 3873]

I, Mark A. Silverman, under penalty of perjury, state as follows:

1. I am a partner in the law firm of Troutman Pepper Locke LLP ("Troutman"). I make this Declaration pursuant to sections 327, 328, and 330 of title 11 of the United States Code (11 U.S.C. §§ 101 *et seq.*, the "Bankruptcy Code"), Rules 2014 and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Local Rules").

2. I submit this supplemental declaration (this "Supplemental Declaration") in support of the retention of Troutman as special counsel to Eva S. Engelhart, the chapter 7 trustee (the "Chapter 7 Trustee") of the jointly administered bankruptcy estates of First Brands Group, LLC, First Brands Group Holdings, LLC's direct and indirect subsidiaries, and Viceroy

[1] A complete list of the "Debtors" in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The FBG Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

Private Capital, LLC (collectively, the "FBG Debtors"), effective as of September 1, 2026 (the "Effective Date").

3. On October 9, 2026, the Chapter 7 Trustee filed the *Application of Chapter 7 Trustee for Entry of an Order Authorizing Retention and Employment of Troutman Pepper Locke LLP as Special Counsel Effective as of the Conversion Date Pursuant to Sections 327(e), 328(a), and 330 of the Bankruptcy Code* (the "Application")[2] [Docket No. 3873], along with the *Declaration and Disclosure Statement of Mark A. Silverman on Behalf of Troutman Pepper Locke LLP* in support of the Application (the "Declaration") [Docket No. 3581].

4. This Supplemental Declaration is intended to supplement, but not replace, the Declaration.

5. Unless otherwise stated, I have personal knowledge of the facts set forth herein. To the extent that any information disclosed herein requires amendment or modification upon Troutman's completion of further analysis or as additional party-in-interest information becomes available to me, Troutman will submit a supplemental verified statement to this Court.

6. In accordance with Federal Rule of Bankruptcy Procedure 2014(a), Troutman hereby discloses, in supplement to its previous disclosure, its connection with the FBG Debtors, their creditors, and other parties-in-interest, as follows:

| **Name** | **Relationship to FBG Debtors** | **Relationship to Troutman** |
|---|---|---|
| Rexford Industrial | Significant Vendor | Rexford Industrial is a current client of Troutman in matters unrelated to the FBG Debtors and these chapter 7 cases. |

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

| | | |
|---|---|---|
| Voya Retirement Insurance and Annuity Company | Senior Facilities Agents & Lenders | Voya Retirement Insurance and Annuity Company is a subsidiary of Voya Financial, which is a current client of Troutman in matters unrelated to the FBG Debtors and these chapter 7 cases. |
| Twin City Fire Insurance Company | Insurance Company | Twin City Fire Insurance Company an affiliate of former client Hartford Financial Services Group, Inc. in matters unrelated to the FBG Debtors and these chapter 7 cases. |

7. I will amend or supplement this statement promptly upon my learning that (i) any of the within representations are incorrect or (ii) there is any change of circumstance relating thereto.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: October 28, 2026

/s/ *Mark A. Silverman*
Mark A. Silverman, Esq.