**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **Jointly Administered** |
| **Debtors.** | § | |

**CERTIFICATE OF NO OBJECTION TO**
**APPLICATION OF AHLSTROM FILTRATION LLC FOR ALLOWANCE AND**
**PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS**

1. On September 25, 2026, undersigned counsel, on behalf of Ahlstrom Filtration LLC (“**Ahlstrom**”) filed the *Application of Ahlstrom Filtration LLC for Allowance and Payment of Administrative Expense Claims* (Docket No. 3823) (the “**Application**”), along with a proposed order granting the relief requested int eh Application attached hereto as Exhibit A (the “**Proposed Order**”). Objections to the Application were required to be filed and served on or prior to October 16, 2026 (the “**Objection Deadline**”).

2. In accordance with paragraph 44 of the *Procedures for Complex Cases in the Southern District of Texas*, undersigned counsel files this Certificate of No Objection and represents to the Court that (i) the Objection Deadline has passed, (ii) undersigned counsel is unaware of any objection to the Application, and (iii) undersigned counsel has reviewed the Court’s docket and no objection to the Application appears thereon.

3. Accordingly, undersigned counsel respectfully requests entry of the Proposed Order.

Dated: October 29, 2026.

**MICHAEL BEST & FRIEDRICH LLP**

*/s/ Justin M. Mertz*
Justin M. Mertz
jmmertz@michaelbest.com
790 N. Water Street, Suite 2500
Milwaukee, WI 53202
Phone: (414) 225-4972

*Attorneys for Ahlstrom Filtration LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 29, 2026, a true and correct copy of the foregoing **CERTIFICATE OF NO OBJECTION TO APPLICATION OF AHLSTROM FILTRATION LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS** was served via the Court's CM/ECF system on all parties registered to receive electronic notice in this case, and via email or regular U.S. Mail on the following parties:

Ronald Sommers
Chapter 7 Trustee
1400 Post Oak Blvd., Suite 300
Houston, TX 77056-6656

Clifford W. Carlson
Gabriel A. Morgan
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Email : clifford.carlson@weil.com;
gabriel.morgan@weil.com
Attorneys for Debtors

Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002

Ian Ross Phillips
COLE SCHOTZ P.C.
901 Main St., Suite 4120
Dallas, TX 75202
Email: iphillips@coleschotz.com
Counsel for the Official Committee of Unsecured Creditors

Date: October 27, 2026.

**MICHAEL BEST & FRIEDRICH, LLP**

*/s/ Justin M. Mertz*