SUMMERS COMPTON WELLS
ATTORNEYS AT LAW

314.991.4999
903 S. Lindbergh Blvd., Suite 200
St. Louis, MO 63131
summerscomptonwells.com

**Seth A. Albin**
**314.872.0340 (Fax)**
**salbin@summerscomptonwells.com**

April 6, 2026

**VIA ELECTRONIC MAIL ONLY**

Champion Laboratories, Inc. and Trico Products Corporation
127 Public Square,
Suite 5300
Cleveland, OH 44114
Attn: Scott Wallace
E-mail: scott.wallace@firstbrandsgroup.com

**Re: Notice of Default**

Dear Scott:

We represent Fairlane Industries ("Fairlane"). As you are aware, Champion Laboratories, Inc. and Trico Products Corporation (the "Company") entered into that certain Trade Agreement with Fairlane, in which Fairlane agreed to continue to supply goods and services to Company as a Critical Vendor (as defined by the Critical Vendors Order[1]) on Customary Trade Terms (the "Trade Agreement").

As you may recall, the Company previously failed to pay several post-petition invoices, and a notice of default was sent to you on February 24, 2026, in which Fairlane demanded payment of $13,430.90 (the "First Past-Due Amount"). The First Past-Due Amount remains unpaid.

Despite not receiving payment of the First Past-Due Amount, Fairlane has continued to supply goods to Company. Company has once again failed to pay serval invoices totaling $35,876.95 (the "Second Past-Due Amount"), which are now past-due. A list of the invoices the make up the Second Past-Due amount is as follows:

| Invoice Number | Invoice Date | Due Date | Amount | Debtor |
|---|---|---|---|---|
| 160636 | 1/13/2026 | 2/27/2026 | $14,094.00 | Champion |
| 160664 | 1/14/2026 | 2/28/2026 | $572.28 | Champion |
| 160665 | 1/14/2026 | 2/28/2026 | $1,225.90 | Champion |
| 160666 | 1/14/2026 | 2/28/2026 | $153.45 | Champion |
| 160683 | 1/15/2026 | 3/1/2026 | $461.25 | Champion |

[1] Unless otherwise specifically defined herein, all capitalized terms are given the meaning set forth in the Trade Agreement.

SUMMERS COMPTON WELLS
ATTORNEYS AT LAW



| | | | | |
|---|---|---|---|---|
| 160684 | 1/15/2026 | 3/1/2026 | $209.25 | Champion |
| 160685 | 1/15/2026 | 3/1/2026 | $364.50 | Champion |
| 160911 | 1/30/2026 | 3/16/2026 | $1,149.30 | Champion |
| 160912 | 1/30/2026 | 3/16/2026 | $1,231.25 | Champion |
| 160628 | 1/12/2026 | 2/26/2026 | $3,772.00 | Trico |
| 160673 | 1/14/2026 | 2/28/2026 | $2,075.57 | Trico |
| 160749 | 1/21/2026 | 3/7/2026 | $1,275.09 | Trico |
| 160750 | 1/21/2026 | 3/7/2026 | $2,487.10 | Trico |
| 160819 | 1/26/2026 | 3/12/2016 | $451.35 | Trico |
| 160820 | 1/26/2026 | 3/12/2016 | $1,236.15 | Trico |
| 160821 | 1/26/2026 | 3/12/2016 | $1,805.40 | Trico |
| 160902 | 1/30/2026 | 3/16/2026 | $1,307.25 | Trico |
| 160903 | 1/30/2026 | 3/16/2026 | $2,005.86 | Trico |
| | | **TOTAL** | **$35,876.95** | |

Failure to pay an invoice when due constitutes an event of default of the Trade Agreement Please consider this letter as a written notice of default pursuant to Section 5(d) of the Trade Agreement. If the First Past-Due Amount and the Second Past-Due Amount are not paid in full by 4:00 pm central time on April 15, 2026, Fairlane will have no choice but to terminate the Trade Agreement and cease providing goods to the Company.

Respectfully yours,

Seth A. Albin

Cc Weil, Gotshal & Manges LLP
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Attn: Clifford W. Carlson - clifford.carlson@weil.com (E-mail Only)

SUMMERS COMPTON WELLS
ATTORNEYS AT LAW



Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Kevin Bostel - kevin.bostel@weil.com (E-mail Only)
Loren Findlay - loren.findlay@weil.com (E-mail Only)
Jarred Barlow - jarred.barlow@weil.com (E-mail Only)