**Fairlane Industries**
**St. Louis, MO 63110**

# Invoice

| Date | Invoice # |
|---|---|
| 12/18/2025 | 160470 |

| Bill To | Ship To |
|---|---|
| Champion Laboratories, Inc.<br>Attn: Accounts Payable<br>P.O. Box 147<br>Albion, IL 62806 | Champion Laboratories<br>Building 45<br>301 Industrial Drive<br>Albion, IL 62806 |

| P.O. No. | Terms | Due Date | Rep | Ship | Via | FOB |
|---|---|---|---|---|---|---|
| 683726 OP | Net 45 | 2/1/2026 | H | 12/18/2025 | UPS | Fairlane |

| Quantity | Part Number | Description | Price Each | Amount |
|---|---|---|---|---|
| 3 | CHAM-037002322 | Drain Cock<br>F: 152746<br>JB030 | 11.318 | 33.95 |

Please Remit To:
Fairlane Industries, Inc.
5033 Southwest Ave.
St. Louis, MO 63110

Please confirm any banking changes directly via phone with Ray Ragland at x101 or Mobile# 314-420-8123.

| | |
|---|---|
| **Subtotal** | $33.95 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $33.95 |
| **Balance Due** | $33.95 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 314-531-9337 | 314-531-0417 | jeanp@fairlaneii.com | www.fairlaneii.com |

**Fairlane Industries**
**St. Louis, MO 63110**

# Invoice

| Date | Invoice # |
|---|---|
| 12/18/2025 | 160471 |

| Bill To | Ship To |
|---|---|
| Champion Laboratories, Inc.<br>Attn: Accounts Payable<br>P.O. Box 147<br>Albion, IL 62806<br>ChampLabs@NextProcess.com | Champion Laboratories<br>Building 45<br>301 Industrial Drive<br>Albion, IL 62806 |

| P.O. No. | Terms | Due Date | Rep | Ship | Via | FOB |
|---|---|---|---|---|---|---|
| 683726 OP | Net 45 | 2/1/2026 | H | 12/18/2025 | Transplace | Fairlane |

| Quantity | Part Number | Description | Price Each | Amount |
|---|---|---|---|---|
| 27,300 | CHAM-984800885 | 984800885<br>Foam Banding<br>UoM=Linear Foot<br>MOQ: 1350 lft<br>@!<br>F: 152750 | 0.123 | 3,357.90 |
| 1,800 | CHAM-984800964 | 984800964<br>Foam Banding<br>UoM=Linear Foot<br>MOQ: 1200 lft<br>@!<br>F: 152748 | 0.135 | 243.00 |
| 8,100 | CHAM-984801380 | 984801380<br>Foam Banding<br>UoM=Linear Foot<br>MOQ: 900lft<br>@!<br>F: 152749 | 0.177 | 1,433.70 |

Please Remit To:
Fairlane Industries, Inc.
5033 Southwest Ave.
St. Louis, MO 63110

Please confirm any banking changes directly via phone with Ray Ragland at x101 or Mobile# 314-420-8123.

| | |
|---|---|
| **Subtotal** | $5,034.60 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $5,034.60 |
| **Balance Due** | $5,034.60 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 314-531-9337 | 314-531-0417 | jeanp@fairlaneii.com | www.fairlaneii.com |

**Fairlane Industries**
**St. Louis, MO 63110**

# Invoice

| Date | Invoice # |
|---|---|
| 12/19/2025 | 160481 |

| Bill To | Ship To |
|---|---|
| Champion Laboratories, Inc.<br>Attn: Accounts Payable<br>P.O. Box 147<br>Albion, IL 62806 | Champion Laboratories<br>Building 45<br>301 Industrial Drive<br>Albion, IL 62806 |

| P.O. No. | Terms | Due Date | Rep | Ship | Via | FOB |
|---|---|---|---|---|---|---|
| 683726 OP | Net 45 | 2/2/2026 | H | 12/19/2025 | Transplace | Fairlane |

| Quantity | Part Number | Description | Price Each | Amount |
|---|---|---|---|---|
| 24,300 | CHAM-984801562 | 984801562<br>Foam Banding<br>UoM=Linear Foot<br>MOQ: 750 lft<br>@!<br>F: 152754 | 0.207 | 5,030.10 |

Please Remit To:
Fairlane Industries, Inc.
5033 Southwest Ave.
St. Louis, MO 63110

Please confirm any banking changes directly via phone with Ray Ragland at x101 or Mobile# 314-420-8123.

| | |
|---|---|
| **Subtotal** | $5,030.10 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $5,030.10 |
| **Balance Due** | $5,030.10 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 314-531-9337 | 314-531-0417 | jeanp@fairlaneii.com | www.fairlaneii.com |

**Fairlane Industries**
**St. Louis, MO 63110**

# Invoice

| Date | Invoice # |
|---|---|
| 1/5/2026 | 160526 |

| Bill To | Ship To |
|---|---|
| Champion Laboratories, Inc.<br>Attn: Accounts Payable<br>P.O. Box 147<br>Albion, IL 62806 | Champion Laboratories<br>Building 45<br>301 Industrial Drive<br>Albion, IL 62806 |

| P.O. No. | Terms | Due Date | Rep | Ship | Via | FOB |
|---|---|---|---|---|---|---|
| 683726 OP | Net 45 | 2/19/2026 | H | 1/5/2026 | Transplace | Fairlane |

| Quantity | Part Number | Description | Price Each | Amount |
|---|---|---|---|---|
| 7,500 | CHAM-007949161 | 007949161<br>Polyester Pad 1/4"<br>100pcs = $1.035/each<br>1000pcs = $.248/each<br>2500pcs = $.217/each<br>@!<br>F: 152756 | 0.217 | 1,627.50 |

Please Remit To:
Fairlane Industries, Inc.
5033 Southwest Ave.
St. Louis, MO 63110

Please confirm any banking changes directly via phone with Ray Ragland at x101 or Mobile# 314-420-8123.

| | |
|---|---|
| **Subtotal** | $1,627.50 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $1,627.50 |
| **Balance Due** | $1,627.50 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 314-531-9337 | 314-531-0417 | jeanp@fairlaneii.com | www.fairlaneii.com |

**Fairlane Industries**
**St. Louis, MO 63110**

# Invoice

| Date | Invoice # |
|---|---|
| 1/7/2026 | 160567 |

| Bill To | Ship To |
|---|---|
| Champion Laboratories, Inc.<br>Attn: Accounts Payable<br>P.O. Box 147<br>Albion, IL 62806<br>ChampLabs@NextProcess.com | Champion Laboratories<br>Building 45<br>301 Industrial Drive<br>Albion, IL 62806 |

| P.O. No. | Terms | Due Date | Rep | Ship | Via | FOB |
|---|---|---|---|---|---|---|
| 683726 OP | Net 45 | 2/21/2026 | H | 1/7/2026 | Transplace | Fairlane |

| Quantity | Part Number | Description | Price Each | Amount |
|---|---|---|---|---|
| 600 | CHAM-007947270 | 007947270<br>1/4" Polyester Pad<br>F: 152755<br>@! | 0.26 | 156.00 |
| 3,000 | CHAM-007949761 | 007949761<br>Pad<br>100pcs = $1.035/each<br>1000pcs = $.308/each<br>@!<br>F: 152757 | 0.308 | 924.00 |

Please Remit To:
Fairlane Industries, Inc.
5033 Southwest Ave.
St. Louis, MO 63110

Please confirm any banking changes directly via phone with Ray Ragland at x101 or Mobile# 314-420-8123.

| | |
|---|---|
| **Subtotal** | $1,080.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $1,080.00 |
| **Balance Due** | $1,080.00 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 314-531-9337 | 314-531-0417 | jeanp@fairlaneii.com | www.fairlaneii.com |

**Fairlane Industries**
**St. Louis, MO 63110**

# Invoice

| Date | Invoice # |
|---|---|
| 1/8/2026 | 160578 |

| Bill To | Ship To |
|---|---|
| Champion Laboratories, Inc.<br>Attn: Accounts Payable<br>P.O. Box 147<br>Albion, IL 62806 | Champion Laboratories<br>Building 45<br>301 Industrial Drive<br>Albion, IL 62806 |

| P.O. No. | Terms | Due Date | Rep | Ship | Via | FOB |
|---|---|---|---|---|---|---|
| 683726 OP | Net 45 | 2/22/2026 | H | 1/8/2026 | Transplace | Fairlane |

| Quantity | Part Number | Description | Price Each | Amount |
|---|---|---|---|---|
| 750 | CHAM-007948090 | 007948090<br>Polyester Pad<br>150pcs Minimum<br>@!<br>F: 152751 | 0.833 | 624.75 |

Please Remit To:
Fairlane Industries, Inc.
5033 Southwest Ave.
St. Louis, MO 63110

Please confirm any banking changes directly via phone with Ray Ragland at x101 or Mobile# 314-420-8123.

| | |
|---|---|
| **Subtotal** | $624.75 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $624.75 |
| **Balance Due** | $624.75 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 314-531-9337 | 314-531-0417 | jeanp@fairlaneii.com | www.fairlaneii.com |

**Fairlane Industries**
**St. Louis, MO 63110**

# Invoice

| Date | Invoice # |
|---|---|
| 1/13/2026 | 160636 |

| Bill To | Ship To |
|---|---|
| Champion Laboratories, Inc.<br>Attn: Accounts Payable<br>P.O. Box 147<br>Albion, IL 62806 | Champion Laboratories<br>Building 45<br>301 Industrial Drive<br>Albion, IL 62806 |

| P.O. No. | Terms | Due Date | Rep | Ship | Via | FOB |
|---|---|---|---|---|---|---|
| 683726 OP | Net 45 | 2/27/2026 | H | 1/13/2026 | Transplace | Fairlane |

| Quantity | Part Number | Description | Price Each | Amount |
|---|---|---|---|---|
| 97,200 | CHAM-984801122 | 984801122<br>Foam Banding<br>UoM=Linear Foot<br>MOQ: 1050 lft<br>@!<br>F: 152747 | 0.145 | 14,094.00 |

Please Remit To:
Fairlane Industries, Inc.
5033 Southwest Ave.
St. Louis, MO 63110

Please confirm any banking changes directly via phone with Ray Ragland at x101 or Mobile# 314-420-8123.

| | |
|---|---|
| **Subtotal** | $14,094.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $14,094.00 |
| **Balance Due** | $14,094.00 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 314-531-9337 | 314-531-0417 | jeanp@fairlaneii.com | www.fairlaneii.com |

**Fairlane Industries**
**St. Louis, MO 63110**

# Invoice

| Date | Invoice # |
|---|---|
| 1/14/2026 | 160664 |

| Bill To | Ship To |
|---|---|
| Champion Laboratories, Inc.<br>Attn: Accounts Payable<br>P.O. Box 147<br>Albion, IL 62806 | Champion Laboratories<br>Building 45<br>301 Industrial Drive<br>Albion, IL 62806 |

| P.O. No. | Terms | Due Date | Rep | Ship | Via | FOB |
|---|---|---|---|---|---|---|
| 683726 OP | Net 45 | 2/28/2026 | H | 1/14/2026 | Transplace | Fairlane |

| Quantity | Part Number | Description | Price Each | Amount |
|---|---|---|---|---|
| 161.07 | CHAM-909801380 | 909801380<br>Poly/Banding Material<br>UoM = Sqyd<br>@!<br>F: 152752 | 3.553 | 572.28 |

Please Remit To:
Fairlane Industries, Inc.
5033 Southwest Ave.
St. Louis, MO 63110

Please confirm any banking changes directly via phone with Ray Ragland at x101 or Mobile# 314-420-8123.

| | |
|---|---|
| **Subtotal** | $572.28 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $572.28 |
| **Balance Due** | $572.28 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 314-531-9337 | 314-531-0417 | jeanp@fairlaneii.com | www.fairlaneii.com |

**Fairlane Industries**
**St. Louis, MO 63110**

# Invoice

| Date | Invoice # |
|---|---|
| 1/14/2026 | 160665 |

| Bill To | Ship To |
|---|---|
| Champion Laboratories, Inc.<br>Attn: Accounts Payable<br>P.O. Box 147<br>Albion, IL 62806 | Champion Laboratories<br>Building 45<br>301 Industrial Drive<br>Albion, IL 62806 |

| P.O. No. | Terms | Due Date | Rep | Ship | Via | FOB |
|---|---|---|---|---|---|---|
| 683726 OP | Net 45 | 2/28/2026 | H | 1/14/2026 | Transplace | Fairlane |

| Quantity | Part Number | Description | Price Each | Amount |
|---|---|---|---|---|
| 325 | CHAM-909800750 | 909800750<br>Poly/Banding Material<br>0.75" wide<br>Sold by the square yard<br>@!<br>F: 152753 | 3.772 | 1,225.90 |

Please Remit To:
Fairlane Industries, Inc.
5033 Southwest Ave.
St. Louis, MO 63110

Please confirm any banking changes directly via phone with Ray Ragland at x101 or Mobile# 314-420-8123.

| | |
|---|---|
| **Subtotal** | $1,225.90 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $1,225.90 |
| **Balance Due** | $1,225.90 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 314-531-9337 | 314-531-0417 | jeanp@fairlaneii.com | www.fairlaneii.com |

**Fairlane Industries**
**St. Louis, MO 63110**

# Invoice

| Date | Invoice # |
|---|---|
| 1/14/2026 | 160666 |

| Bill To | Ship To |
|---|---|
| Champion Laboratories, Inc.<br>Attn: Accounts Payable<br>P.O. Box 147<br>Albion, IL 62806 | Champion Laboratories<br>Building 45<br>301 Industrial Drive<br>Albion, IL 62806 |

| P.O. No. | Terms | Due Date | Rep | Ship | Via | FOB |
|---|---|---|---|---|---|---|
| 683947 | Net 45 | 2/28/2026 | H | 1/14/2026 | Transplace | Fairlane |

| Quantity | Part Number | Description | Price Each | Amount |
|---|---|---|---|---|
| 1,650 | CHAM-984800750 | 984800750<br>Foam Banding<br>UoM=Linear Foot<br>MOQ: 1650 lft<br>@!<br>F: 152984 | 0.093 | 153.45 |

Please Remit To:
Fairlane Industries, Inc.
5033 Southwest Ave.
St. Louis, MO 63110

Please confirm any banking changes directly via phone with Ray Ragland at x101 or Mobile# 314-420-8123.

| | |
|---|---|
| **Subtotal** | $153.45 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $153.45 |
| **Balance Due** | $153.45 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 314-531-9337 | 314-531-0417 | jeanp@fairlaneii.com | www.fairlaneii.com |

**Fairlane Industries**
**St. Louis, MO 63110**

# Invoice

| Date | Invoice # |
|---|---|
| 1/15/2026 | 160683 |

| Bill To | Ship To |
|---|---|
| Champion Laboratories, Inc.<br>Attn: Accounts Payable<br>P.O. Box 147<br>Albion, IL 62806 | Champion Laboratories<br>Building 45<br>301 Industrial Drive<br>Albion, IL 62806 |

| P.O. No. | Terms | Due Date | Rep | Ship | Via | FOB |
|---|---|---|---|---|---|---|
| 683827 | Net 45 | 3/1/2026 | H | 1/15/2026 | Transplace | Fairlane |

| Quantity | Part Number | Description | Price Each | Amount |
|---|---|---|---|---|
| 3,750 | CHAM-984800885 | 984800885<br>Foam Banding<br>UoM=Linear Foot<br>MOQ: 1350 lft<br>@!<br>F: 152848 | 0.123 | 461.25 |

Please Remit To:
Fairlane Industries, Inc.
5033 Southwest Ave.
St. Louis, MO 63110

Please confirm any banking changes directly via phone with Ray Ragland at x101 or Mobile# 314-420-8123.

| | |
|---|---|
| **Subtotal** | $461.25 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $461.25 |
| **Balance Due** | $461.25 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 314-531-9337 | 314-531-0417 | jeanp@fairlaneii.com | www.fairlaneii.com |

**Fairlane Industries**
**St. Louis, MO 63110**

# Invoice

| Date | Invoice # |
|---|---|
| 1/15/2026 | 160684 |

| Bill To | Ship To |
|---|---|
| Champion Laboratories, Inc.<br>Attn: Accounts Payable<br>P.O. Box 147<br>Albion, IL 62806 | Champion Laboratories<br>Building 45<br>301 Industrial Drive<br>Albion, IL 62806 |

| P.O. No. | Terms | Due Date | Rep | Ship | Via | FOB |
|---|---|---|---|---|---|---|
| 684015 | Net 45 | 3/1/2026 | H | 1/15/2026 | Transplace | Fairlane |

| Quantity | Part Number | Description | Price Each | Amount |
|---|---|---|---|---|
| 2,250 | CHAM-984800750 | 984800750<br>Foam Banding<br>UoM=Linear Foot<br>MOQ: 1650 lft<br>@!<br>F: 153023 | 0.093 | 209.25 |

Please Remit To:
Fairlane Industries, Inc.
5033 Southwest Ave.
St. Louis, MO 63110

Please confirm any banking changes directly via phone with Ray Ragland at x101 or Mobile# 314-420-8123.

| | |
|---|---|
| **Subtotal** | $209.25 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $209.25 |
| **Balance Due** | $209.25 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 314-531-9337 | 314-531-0417 | jeanp@fairlaneii.com | www.fairlaneii.com |

**Fairlane Industries**
**St. Louis, MO 63110**

# Invoice

| Date | Invoice # |
|---|---|
| 1/15/2026 | 160685 |

| Bill To | Ship To |
|---|---|
| Champion Laboratories, Inc.<br>Attn: Accounts Payable<br>P.O. Box 147<br>Albion, IL 62806 | Champion Laboratories<br>Building 45<br>301 Industrial Drive<br>Albion, IL 62806 |

| P.O. No. | Terms | Due Date | Rep | Ship | Via | FOB |
|---|---|---|---|---|---|---|
| 683851 | Net 45 | 3/1/2026 | H | 1/15/2026 | Transplace | Fairlane |

| Quantity | Part Number | Description | Price Each | Amount |
|---|---|---|---|---|
| 2,700 | CHAM-984800964 | 984800964<br>Foam Banding<br>UoM=Linear Foot<br>MOQ: 1200 lft<br>@!<br>F: 152893 | 0.135 | 364.50 |

Please Remit To:
Fairlane Industries, Inc.
5033 Southwest Ave.
St. Louis, MO 63110

Please confirm any banking changes directly via phone with Ray Ragland at x101 or Mobile# 314-420-8123.

| | |
|---|---|
| **Subtotal** | $364.50 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $364.50 |
| **Balance Due** | $364.50 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 314-531-9337 | 314-531-0417 | jeanp@fairlaneii.com | www.fairlaneii.com |

**Fairlane Industries**
**St. Louis, MO 63110**

# Invoice

| Date | Invoice # |
|---|---|
| 1/30/2026 | 160911 |

| Bill To | Ship To |
|---|---|
| Champion Laboratories, Inc.<br>Attn: Accounts Payable<br>P.O. Box 147<br>Albion, IL 62806<br>ChampLabs@NextProcess.com | Champion Laboratories<br>Building 45<br>301 Industrial Drive<br>Albion, IL 62806 |

| P.O. No. | Terms | Due Date | Rep | Ship | Via | FOB |
|---|---|---|---|---|---|---|
| 683947 | Net 45 | 3/16/2026 | H | 1/30/2026 | Transplace | Fairlane |

| Quantity | Part Number | Description | Price Each | Amount |
|---|---|---|---|---|
| 4,800 | CHAM-984800885 | 984800885<br>Foam Banding<br>UoM=Linear Foot<br>MOQ: 1350 lft<br>@!<br>F: 152986 | 0.123 | 590.40 |
| 2,700 | CHAM-984801562 | 984801562<br>Foam Banding<br>UoM=Linear Foot<br>MOQ: 750 lft<br>@!<br>F: 152985 | 0.207 | 558.90 |

Please Remit To:
Fairlane Industries, Inc.
5033 Southwest Ave.
St. Louis, MO 63110

Please confirm any banking changes directly via phone with Ray Ragland at x101 or Mobile# 314-420-8123.

| | |
|---|---|
| **Subtotal** | $1,149.30 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $1,149.30 |
| **Balance Due** | $1,149.30 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 314-531-9337 | 314-531-0417 | jeanp@fairlaneii.com | www.fairlaneii.com |

**Fairlane Industries**
**St. Louis, MO 63110**

# Invoice

| Date | Invoice # |
|---|---|
| 1/30/2026 | 160912 |

| Bill To | Ship To |
|---|---|
| Champion Laboratories, Inc.<br>Attn: Accounts Payable<br>P.O. Box 147<br>Albion, IL 62806<br>ChampLabs@NextProcess.com | Champion Laboratories<br>Building 45<br>301 Industrial Drive<br>Albion, IL 62806 |

| P.O. No. | Terms | Due Date | Rep | Ship | Via | FOB |
|---|---|---|---|---|---|---|
| 684135 | Net 45 | 3/16/2026 | H | 1/30/2026 | Transplace | Fairlane |

| Quantity | Part Number | Description | Price Each | Amount |
|---|---|---|---|---|
| 130.34 | CHAM-909801380 | 909801380<br>Poly/Banding Material<br>UoM = Sqyd<br>@!<br>F: 153146 | 3.553 | 463.10 |
| 2,250 | CHAM-984800750 | 984800750<br>Foam Banding<br>UoM=Linear Foot<br>MOQ: 1650 lft<br>@!<br>F: 153144 | 0.093 | 209.25 |
| 2,700 | CHAM-984801562 | 984801562<br>Foam Banding<br>UoM=Linear Foot<br>MOQ: 750 lft<br>@!<br>F: 153147 | 0.207 | 558.90 |

| | |
|---|---|
| **Subtotal** | $1,231.25 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $1,231.25 |
| **Balance Due** | $1,231.25 |

Please Remit To:
Fairlane Industries, Inc.
5033 Southwest Ave.
St. Louis, MO 63110

Please confirm any banking changes directly via phone with Ray Ragland at x101 or Mobile# 314-420-8123.

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 314-531-9337 | 314-531-0417 | jeanp@fairlaneii.com | www.fairlaneii.com |