# Fairlane Industries
# St. Louis, MO 63110

# Invoice

| Date | Invoice # |
|---|---|
| 1/12/2026 | 160628 |

| Bill To | Ship To |
|---|---|
| TRICO Products Corp.<br>1995 Billy Mitchell Blvd.<br>Brownsville, TX 78521<br>acct.payable@trico-group.com | Trico Products Corp.<br>C/O Rio Bravo<br>12035 Rojas Dr.<br>Suite F<br>El Paso, TX 79936 |

| P.O. No. | Terms | Due Date | Rep | Ship | Via | FOB |
|---|---|---|---|---|---|---|
| 212638 | Net 45 | 2/26/2026 | H | 1/12/2026 | Transplace | Fairlane |

| Quantity | Part Number | Description | Price Each | Amount |
|---|---|---|---|---|
| 1,000 | TRI-909800750 | 909800750<br>Poly/Banding Mat'l<br>F: 152841<br>Line 7<br>@#<br>UOM = sqyd<br>MOQ = 108.33 sqyd | 3.772 | 3,772.00 |

Please Remit To:
Fairlane Industries, Inc.
5033 Southwest Ave.
St. Louis, MO 63110

Please confirm any banking changes directly via phone with Ray Ragland at x101 or Mobile# 314-420-8123.

| | |
|---|---|
| **Subtotal** | $3,772.00 |
| **Sales Tax (9.679%)** | $0.00 |
| **Total** | $3,772.00 |
| **Balance Due** | $3,772.00 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 314-531-9337 | 314-531-0417 | jeanp@fairlaneii.com | www.fairlaneii.com |

**Fairlane Industries**
**St. Louis, MO 63110**

# Invoice

| Date | Invoice # |
|---|---|
| 1/14/2026 | 160673 |

| Bill To | Ship To |
|---|---|
| TRICO Products Corp.<br>1995 Billy Mitchell Blvd.<br>Brownsville, TX 78521<br>acct.payable@trico-group.com | Trico Products Corp.<br>C/O Rio Bravo<br>12035 Rojas Dr.<br>Suite F<br>El Paso, TX 79936 |

| P.O. No. | Terms | Due Date | Rep | Ship | Via | FOB |
|---|---|---|---|---|---|---|
| 212638 | Net 45 | 2/28/2026 | H | 1/14/2026 | Transplace | Fairlane |

| Quantity | Part Number | Description | Price Each | Amount |
|---|---|---|---|---|
| 322 | TRI-909801380 | 909801380<br>Poly/Banding Mat'l<br>F: 152843<br>Line 9<br>@#<br>UOM = sqyd<br>MOQ = 107.34 sqyd | 3.553 | 1,144.07 |
| 6,900 | TRI-984800964 | 984800964<br>Foam Banding<br>F: 152837<br>Line 3<br>@#<br>UOM = Lft<br>MOQ = 3450 Lft | 0.135 | 931.50 |

Please Remit To:
Fairlane Industries, Inc.
5033 Southwest Ave.
St. Louis, MO 63110

Please confirm any banking changes directly via phone with Ray Ragland at x101 or Mobile# 314-420-8123.

| | |
|---|---|
| **Subtotal** | $2,075.57 |
| **Sales Tax (9.679%)** | $0.00 |
| **Total** | $2,075.57 |
| **Balance Due** | $2,075.57 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 314-531-9337 | 314-531-0417 | jeanp@fairlaneii.com | www.fairlaneii.com |

**Fairlane Industries**
**St. Louis, MO 63110**

# Invoice

| Date | Invoice # |
|---|---|
| 1/21/2026 | 160749 |

| Bill To | Ship To |
|---|---|
| TRICO Products Corp.<br>1995 Billy Mitchell Blvd.<br>Brownsville, TX 78521<br>acct.payable@trico-group.com | Trico Products Corp.<br>C/O Rio Bravo<br>12035 Rojas Dr.<br>Suite F<br>El Paso, TX 79936 |

| P.O. No. | Terms | Due Date | Rep | Ship | Via | FOB |
|---|---|---|---|---|---|---|
| 212638 | Net 45 | 3/7/2026 | H | 1/21/2026 | Transplace | Fairlane |

| Quantity | Part Number | Description | Price Each | Amount |
|---|---|---|---|---|
| 366.3 | TRI-909802000 | 909802000<br>Poly/Banding Mat'l<br>F: 152842<br>Line 8<br>@#<br>UOM = sqyd<br>MOQ = 122.2 sqyd | 3.481 | 1,275.09 |

Please Remit To:
Fairlane Industries, Inc.
5033 Southwest Ave.
St. Louis, MO 63110

Please confirm any banking changes directly via phone with Ray Ragland at x101 or Mobile# 314-420-8123.

| | |
|---|---|
| **Subtotal** | $1,275.09 |
| **Sales Tax (9.679%)** | $0.00 |
| **Total** | $1,275.09 |
| **Balance Due** | $1,275.09 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 314-531-9337 | 314-531-0417 | jeanp@fairlaneii.com | www.fairlaneii.com |

**Fairlane Industries**
**St. Louis, MO 63110**

# Invoice

| Date | Invoice # |
|---|---|
| 1/21/2026 | 160750 |

| Bill To | Ship To |
|---|---|
| TRICO Products Corp.<br>1995 Billy Mitchell Blvd.<br>Brownsville, TX 78521<br>acct.payable@trico-group.com | Trico Products Corp.<br>C/O Rio Bravo<br>12035 Rojas Dr.<br>Suite F<br>El Paso, TX 79936 |

| P.O. No. | Terms | Due Date | Rep | Ship | Via | FOB |
|---|---|---|---|---|---|---|
| 212730 | Net 45 | 3/7/2026 | H | 1/21/2026 | Transplace | Fairlane |

| Quantity | Part Number | Description | Price Each | Amount |
|---|---|---|---|---|
| 700 | TRI-909801380 | 909801380<br>Poly/Banding Mat'l<br>F: 153027<br>@#<br>UOM = sqyd<br>MOQ = 107.34 sqyd | 3.553 | 2,487.10 |

Please Remit To:
Fairlane Industries, Inc.
5033 Southwest Ave.
St. Louis, MO 63110

Please confirm any banking changes directly via phone with Ray Ragland at x101 or Mobile# 314-420-8123.

| | |
|---|---|
| **Subtotal** | $2,487.10 |
| **Sales Tax (9.679%)** | $0.00 |
| **Total** | $2,487.10 |
| **Balance Due** | $2,487.10 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 314-531-9337 | 314-531-0417 | jeanp@fairlaneii.com | www.fairlaneii.com |

**Fairlane Industries**
**St. Louis, MO 63110**

# Invoice

| Date | Invoice # |
|---|---|
| 1/26/2026 | 160819 |

| Bill To | Ship To |
|---|---|
| TRICO Products Corp.<br>1995 Billy Mitchell Blvd.<br>Brownsville, TX 78521<br>acct.payable@trico-group.com | Trico Products Corp.<br>C/O Rio Bravo<br>12035 Rojas Dr.<br>Suite F<br>El Paso, TX 79936 |

| P.O. No. | Terms | Due Date | Rep | Ship | Via | FOB |
|---|---|---|---|---|---|---|
| 212730 | Net 45 | 3/12/2026 | H | 1/26/2026 | Transplace | Fairlane |

| Quantity | Part Number | Description | Price Each | Amount |
|---|---|---|---|---|
| 2,550 | TRI-984801380 | 984801380<br>Foam Banding<br>UoM=Lft<br>@!<br>F: 153028 | 0.177 | 451.35 |

Please Remit To:
Fairlane Industries, Inc.
5033 Southwest Ave.
St. Louis, MO 63110

Please confirm any banking changes directly via phone with Ray Ragland at x101 or Mobile# 314-420-8123.

| | |
|---|---|
| **Subtotal** | $451.35 |
| **Sales Tax (9.679%)** | $0.00 |
| **Total** | $451.35 |
| **Balance Due** | $451.35 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 314-531-9337 | 314-531-0417 | jeanp@fairlaneii.com | www.fairlaneii.com |

**Fairlane Industries**
**St. Louis, MO 63110**

# Invoice

| Date | Invoice # |
|---|---|
| 1/26/2026 | 160820 |

| Bill To | Ship To |
|---|---|
| TRICO Products Corp.<br>1995 Billy Mitchell Blvd.<br>Brownsville, TX 78521<br>acct.payable@trico-group.com | Trico Products Corp.<br>C/O Rio Bravo<br>12035 Rojas Dr.<br>Suite F<br>El Paso, TX 79936 |

| P.O. No. | Terms | Due Date | Rep | Ship | Via | FOB |
|---|---|---|---|---|---|---|
| 212682 | Net 45 | 3/12/2026 | H | 1/26/2026 | Transplace | Fairlane |

| Quantity | Part Number | Description | Price Each | Amount |
|---|---|---|---|---|
| 10,050 | TRI-984800885 | 984800885<br>Foam Banding<br>F: 152919<br>Line 1<br>@#<br>UOM = Lft<br>MOQ = 3750 Lft | 0.123 | 1,236.15 |

Please Remit To:
Fairlane Industries, Inc.
5033 Southwest Ave.
St. Louis, MO 63110

Please confirm any banking changes directly via phone with Ray Ragland at x101 or Mobile# 314-420-8123.

| | |
|---|---|
| **Subtotal** | $1,236.15 |
| **Sales Tax (9.679%)** | $0.00 |
| **Total** | $1,236.15 |
| **Balance Due** | $1,236.15 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 314-531-9337 | 314-531-0417 | jeanp@fairlaneii.com | www.fairlaneii.com |

**Fairlane Industries**
**St. Louis, MO 63110**

# Invoice

| Date | Invoice # |
|---|---|
| 1/26/2026 | 160821 |

| Bill To | Ship To |
|---|---|
| TRICO Products Corp.<br>1995 Billy Mitchell Blvd.<br>Brownsville, TX 78521<br>acct.payable@trico-group.com | Trico Products Corp.<br>C/O Rio Bravo<br>12035 Rojas Dr.<br>Suite F<br>El Paso, TX 79936 |

| P.O. No. | Terms | Due Date | Rep | Ship | Via | FOB |
|---|---|---|---|---|---|---|
| 212638 | Net 45 | 3/12/2026 | H | 1/26/2026 | Transplace | Fairlane |

| Quantity | Part Number | Description | Price Each | Amount |
|---|---|---|---|---|
| 10,200 | TRI-984801380 | 984801380<br>Foam Banding<br>UoM=Lft<br>@!<br>F: 152836<br>Line 2 | 0.177 | 1,805.40 |

Please Remit To:
Fairlane Industries, Inc.
5033 Southwest Ave.
St. Louis, MO 63110

Please confirm any banking changes directly via phone with Ray Ragland at x101 or Mobile# 314-420-8123.

| | |
|---|---|
| **Subtotal** | $1,805.40 |
| **Sales Tax (9.679%)** | $0.00 |
| **Total** | $1,805.40 |
| **Balance Due** | $1,805.40 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 314-531-9337 | 314-531-0417 | jeanp@fairlaneii.com | www.fairlaneii.com |

**Fairlane Industries**
**St. Louis, MO 63110**

# Invoice

| Date | Invoice # |
|---|---|
| 1/30/2026 | 160902 |

| Bill To | Ship To |
|---|---|
| TRICO Products Corp.<br>1995 Billy Mitchell Blvd.<br>Brownsville, TX 78521<br>acct.payable@trico-group.com | Trico Products Corp.<br>C/O Rio Bravo<br>12035 Rojas Dr.<br>Suite F<br>El Paso, TX 79936 |

| P.O. No. | Terms | Due Date | Rep | Ship | Via | FOB |
|---|---|---|---|---|---|---|
| 212638 | Net 45 | 3/16/2026 | H | 1/30/2026 | Transplace | Fairlane |

| Quantity | Part Number | Description | Price Each | Amount |
|---|---|---|---|---|
| 15,750 | TRI-984800670 | 984800670<br>Foam Banding<br>F: 152835<br>Line 1<br>@#<br>UOM = Lft<br>MOQ = 5250 Lft | 0.083 | 1,307.25 |

Please Remit To:
Fairlane Industries, Inc.
5033 Southwest Ave.
St. Louis, MO 63110

Please confirm any banking changes directly via phone with Ray Ragland at x101 or Mobile# 314-420-8123.

| | |
|---|---|
| **Subtotal** | $1,307.25 |
| **Sales Tax (9.679%)** | $0.00 |
| **Total** | $1,307.25 |
| **Balance Due** | $1,307.25 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 314-531-9337 | 314-531-0417 | jeanp@fairlaneii.com | www.fairlaneii.com |

**Fairlane Industries**
**St. Louis, MO 63110**

# Invoice

| Date | Invoice # |
|---|---|
| 1/30/2026 | 160903 |

| Bill To | Ship To |
|---|---|
| TRICO Products Corp.<br>1995 Billy Mitchell Blvd.<br>Brownsville, TX 78521<br>acct.payable@trico-group.com | Trico Products Corp.<br>C/O Rio Bravo<br>12035 Rojas Dr.<br>Suite F<br>El Paso, TX 79936 |

| P.O. No. | Terms | Due Date | Rep | Ship | Via | FOB |
|---|---|---|---|---|---|---|
| 212682 | Net 45 | 3/16/2026 | H | 1/30/2026 | Transplace | Fairlane |

| Quantity | Part Number | Description | Price Each | Amount |
|---|---|---|---|---|
| 502.47 | TRI-909800670 | 909800670<br>Poly/Banding Mat'l<br>F: 152920<br>Line 2<br>@#<br>UOM = sqyd<br>MOQ = 107.94 sqyd | 3.992 | 2,005.86 |

Please Remit To:
Fairlane Industries, Inc.
5033 Southwest Ave.
St. Louis, MO 63110

Please confirm any banking changes directly via phone with Ray Ragland at x101 or Mobile# 314-420-8123.

| | |
|---|---|
| **Subtotal** | $2,005.86 |
| **Sales Tax (9.679%)** | $0.00 |
| **Total** | $2,005.86 |
| **Balance Due** | $2,005.86 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 314-531-9337 | 314-531-0417 | jeanp@fairlaneii.com | www.fairlaneii.com |