United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | § |
| | § **Chapter 7** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § **(Previously Chapter 11)** |
| | § |
| **Debtors.**[1] | § **Case No. 25-90399 (CML)** |
| | § |
| | § **Jointly Administered** |

**STIPULATION AND AGREED ORDER EXTENDING DEADLINE FOR EVA S. ENGELHART, CHAPTER 7 TRUSTEE, AND THE AD HOC GROUP TO RESPOND TO THE FINAL FEE APPLICATION OF CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS, & AUGHTRY, P.C.**

[Relates to Docket No. 3901]

**WHEREAS**, on September 24, 2025, Global Assets LLC and 12 debtor affiliates each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), and commencing on September 28, 2025, First Brands Group, LLC and the remaining Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the Bankruptcy Court.

**WHEREAS**, on September 1, 2026, the Court entered the *Order (I) Converting Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief* [Docket No. 3748]

---

1 A complete list of the "Debtors" in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

(the "Conversion Order"),[2] which converted the Converting Debtors' chapter 11 cases to cases under chapter 7 of the Bankruptcy Code.

**WHEREAS**, on September 1, 2026, the United States Trustee appointed Eva S. Engelhart as the interim chapter 7 trustee for the FBG Debtors (the "FBG Debtor Trustee"), as reflected in the notices of chapter 7 bankruptcy case filed on the FBG Debtors' dockets. *See* Docket No. 3753.

**WHEREAS**, on October 14, 2026, Chamberlain, Hrdlicka, White, Williams, & Aughtry, P.C. ("CHWWA") filed its *Final Fee Application* [Docket No. 3901] (the "Final Fee Application") requesting allowance and payment on a final basis of professional fees and reimbursable expenses for professional services rendered as counsel for The Official Committee of Non-Union Retirees, for the period of July 10, 2026 through September 1, 2026.

**WHEREAS**, the deadline for all parties to file a response to the Final Fee Application is November 4, 2026 (the "Original Response Deadline").

**WHEREAS**, the FBG Debtor Trustee, Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), as counsel to the Ad Hoc Group, and CHWWA (collectively, the "Parties") have agreed to extend the Original Response Deadline of the FBG Debtor Trustee and the Ad Hoc Group to and including November 30, 2026, in order to aid in a more efficient transition of the chapter 11 bankruptcy cases to cases under chapter 7.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED BY THE PARTIES HERETO AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED THAT:**

1. The above recitals are incorporated by reference herein with the same force and effect as if fully set forth hereafter.

2. The deadline for the FBG Debtor Trustee and the Ad Hoc Group to file responses and/or objections to the Final Fee Application is extended to and including **November 30, 2026**.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Conversion Order.

3. Nothing herein shall be construed to prohibit the Parties from seeking further extensions by agreement and/or by further order of the Court.

4. Notwithstanding anything in the Bankruptcy Code or the Bankruptcy Rules to the contrary, this *Stipulation and Agreed Order* shall be effective immediately upon the Court's approval.

5. The Court has exclusive jurisdiction and power regarding the implementation, interpretation, and enforcement of this *Stipulation and Agreed Order*.

**IT IS SO ORDERED.**

Signed: October 29, 2026

Christopher Lopez
United States Bankruptcy Judge

**Agreed as to form and substance:**

| | |
|---|---|
| **Porter Hedges LLP**<br><br>By: <u>*/s/ Joshua W. Wolfshohl*</u><br>Joshua W. Wolfshohl (TX Bar No. 24038592)<br>Eric M. English (TX Bar No. 24062714)<br>M. Shane Johnson (TX Bar No. 24083263)<br>Grecia V. Sarda (TX Bar No. 24132092)<br>1000 Main St., 36th Floor<br>Houston, Texas 77002<br>Telephone: (713) 226-6000<br>Facsimile: (713) 226-6248<br>jwolfshohl@porterhedges.com<br>eenglish@porterhedges.com<br>sjohnson@porterhedges.com<br>gsarda@porterhedges.com<br><br>***Proposed Bankruptcy Counsel for the Chapter 7 Trustee, Eva S. Engelhart***<br><br>**Gibson, Dunn & Crutcher LLP**<br><br>By: <u>/s/ *AnnElyse Scarlett Gains*</u><br>AnnElyse Scarlett Gains (admitted *pro hac vice*)<br>S. Robert Marsters, Jr. (admitted *pro hac vice*)<br>1700 M Street N.W.<br>Washington, D.C. 20036-3504<br>Telephone: (202) 955-8500 | **Chamberlain, Hrdlicka, White, Williams & Aughtry, P.C.**<br><br>By: <u>/s/ *Mark D. Sherrill*</u><br>Mark D. Sherrill (TX Bar No. 24034678)<br>1200 Smith St., Suite 1400<br>Houston, Texas 77002<br>Telephone: (713) 658-1818<br>Facsimile: (713) 658-2553<br>mark.sherrill@chamberlainlaw.com<br><br>***Counsel for The Official Committee of Non-Union Retirees*** |

| | |
|---|---|
| agains@gibsondunn.com<br>rmarsters@gibsondunn.com<br><br>***Counsel to the Ad Hoc Group*** | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was duly served by electronic transmission to all registered ECF users appearing in the case on October 28, 2026.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl