**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | § **Chapter 7** |
| | § **(Previously Chapter 11)** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § |
| | § **Case No. 25-90399 (CML)** |
| **Debtors.**[1] | § |
| | § **Jointly Administered** |

**NOTICE OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM OBJECTION DEADLINE AND RESERVATION OF RIGHTS**
**[Relates to Docket No. 3748, 3545, 3823, 3955 & 4004]**

**PLEASE TAKE NOTICE THAT**, on or around September 24, 2025 and September 28, 2025, the Debtors commenced chapter 11 cases in the United States Bankruptcy Court for the Southern District of Texas (the "***Bankruptcy Court***");

**PLEASE TAKE FURTHER NOTICE THAT**, at a hearing on August 24, 2026, the Bankruptcy Court denied confirmation of the FBG Debtors' plan of reorganization, and on September 1, 2026, the Bankruptcy Court entered the *Order (I) Converting Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief* [Docket No. 3748] (the "***Conversion Order***");

**PLEASE TAKE FURTHER NOTICE THAT**, the Conversion Order provides that,

> Effective upon entry of this Order, pending the qualification and appointment of a Permanent Trustee for the involved Converting Debtors under section 702 of the Bankruptcy Code, and a period thereafter of 45 days, all applications for allowance and payment of administrative expenses (other than fee applications filed by Professional Persons) in the Chapter 11 Cases are stayed unless otherwise ordered by this Court. Any applicable deadlines shall be tolled during the pendency of such stay.

Conversion Order, ¶ 11;

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The FBG Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE THAT**, on September 1, 2026, the U.S. Trustee appointed the Eva S. Engelhart as interim chapter 7 trustee (the "***FBG Trustee***") of the estates of the FBG Converting Debtors[2] [Docket No. 3753];

**PLEASE TAKE FURTHER NOTICE THAT**, on October 27, 2026, the FBG Trustee held the 341 meetings for the bankruptcy estates of the FBG Converting Debtors, and no election was held to appoint a different, permanent chapter 7 trustee (*see* 11 U.S.C. §§ 702(b)–(d));

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Conversion Order, the deadline for objections to allowance and payment of administrative expense claims in the Chapter 11 Cases, including but not limited to the administrative expense claims of Applied Industrial Technologies, Inc. (Docket No. 3545) and Ahlstrom Filtration LLC (Docket No. 3823),[3] is **Friday, December 11, 2026**, subject to further extension by the Bankruptcy Court; and

**PLEASE TAKE FURTHER NOTICE THAT**, the FBG Trustee reserves all rights to object to any administrative expense claims in the Chapter 11 Cases and to seek further extension of the objection deadline to such claims.

Dated: October 29, 2026.

Respectfully Submitted,

By: <u>*/s/ Joshua W. Wolfshohl*</u>
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
Eric M. English (TX Bar No. 24062714)
M. Shane Johnson (TX Bar No. 24083263)
Grecia V. Sarda (TX Bar No. 24132092)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
eenglish@porterhedges.com
sjohnson@porterhedges.com
gsarda@porterhedges.com

*Proposed Counsel for the*
*Chapter 7 Trustee, Eva S. Engelhart*

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Conversion Order (each as defined herein).

[3] Applied Industrial Technologies, Inc. and Ahlstrom Filtration LLC each filed certificates of no objection (Docket No. 3955 and 4004, respectively) to their administrative expense claims, but the objection deadline for their claims not run.

**CERTIFICATE OF SERVICE**

I certify that on October 29, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl