**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**NOTICE OF PROPOSED ORDER IN FURTHERANCE OF THE WIND DOWN ORDER REGARDING SALE OF CERTAIN ASSETS OF EAGLE MACHINING, LLC TO VENTURES IN SPACE FAYETTE, LTD.**

1. On April 16, 2026, the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") entered the *Order Pursuant to Section 363 of the Bankruptcy Code (I) Approving and Authorizing the Debtors to Enter Into and Perform Under the Consulting Agreement; (II) Authorizing the Sale of Wind Down Assets Free and Clear of All Liens, Claims, and Encumbrances; and (III) Granting Related Relief* (Docket No. 2454) (the "**Wind Down Order**").[2]

2. On September 1, 2026, the Bankruptcy Court entered the *Order (I) Converting Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief* [Docket No. 3748] (the "**Conversion Order**").

---

[1] A complete list of the "**Debtors**" in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Wind Down Order.

3. Pursuant to the Wind Down Order, and as applicable in these chapter 7 cases through the Conversion Order, Eva S. Engelhart, the chapter 7 trustee (the "**Chapter 7 Trustee**"), and the Consultant are authorized to, among other things, sell, abandon, or monetize the Wind Down Assets, subject to the terms of the Wind Down Order. In furtherance of selling, abandoning, or monetizing the Wind Down Assets, the Chapter 7 Trustee and the Consultant are authorized to either (i) amend the Consulting Agreement or (ii) enter into additional agreements consistent with, and subject to, the Wind Down Order.

4. In accordance with the Wind Down Order, on May 27, 2026, the Debtors and Hilco Merchant Resources, LLC entered into a Machinery and Equipment Agreement under which Hilco Merchant Resources, LLC serves as the Debtors' exclusive agent with respect to specified machinery and equipment.

5. In accordance with the Wind Down Order, on May 28, 2026, the Debtors and Hilco IP Services, LLC, Hilco Real Estate, LLC, and Hilco Global Mexico, S. de R.L. de C.V. entered into an Intangible Assets, Real Estate and Other Assets Marketing Agreement under which those entities serve as the Debtors' exclusive agents with respect to specified intangible assets, real estate, and other assets.

6. In accordance with the Wind Down Order, the Chapter 7 Trustee selected Ventures in Space Fayette, Ltd., an affiliate of Rupp Enterprises ("**Buyer**") as the purchaser of certain real estate and certain remaining on site machinery and equipment (collectively, the "**Transferred Assets**"), which constitute "Wind Down Assets," and are owned by Debtor Eagle Machining, LLC. The sale of the Transferred Assets to Buyer is referred to as the "**Sale**."

7. On October 15, 2026, the Chapter 7 Trustee and Buyer entered into that certain *Real Estate Purchase Agreement* (as may be amended, restated, supplemented, or otherwise

modified, the "**Purchase Agreement**"), a copy of which is attached hereto as **Exhibit 1**. To consummate the Sale, the Chapter 7 Trustee seeks entry of the proposed *Order in Furtherance of the Wind Down Order Regarding Sale of Certain Assets of Eagle Machining, LLC to Rupp Enterprises*, substantially in the form attached hereto as **Exhibit 2** (the "**Order**").

8. The Wind Down Order requires the Chapter 7 Trustee to serve a Wind Down Sale Notice at least two days before consummating any Wind Down Sale. *See* Wind Down Order ¶¶ 12, 25-26. In accordance with the Wind Down Order, on October 8, 2026, proposed counsel for the Chapter 7 Trustee served a Wind Down Sale Notice by email on the Wind Down Sale Notice Parties comprising: the U.S. Trustee, the Ad Hoc Group, and the known parties with an Asserted Interest with respect to the Transferred Assets. The Wind Down Sale Notice summarized the Sale as follows:

| | |
|---|---|
| **Wind Down Assets Being Sold**: | Debtors' owned real property at 705 N. Fayette Street, Fayette, Ohio and remaining on site machinery and equipment |
| **Legal Entity(ies) that Own the Assets** | Eagle Machining, LLC |
| **Purchaser of Assets** | Rupp Enterprises[3] |
| **Is the Purchaser of Assets an "insider" (Yes/No)** | No |
| **Purchase Price** | $3,000,000 ($2,950,000 Real Estate / $50,000 Machinery & Equipment) |
| **Do Assets Being Sold Constitute Overlapping Collateral (Yes/No)**: | Yes – real estate, machinery & equipment |
| **Do Assets Being Sold Contain Personal or Confidential** | No |

[3] Following service of the Wind Down Sale Notice, proposed buyer Rupp Enterprises designed its affiliate, Ventures in Space Fayette, Ltd., as buyer under the Purchase Agreement.

| | |
|---|---|
| **Information About the Debtors' Employees or Customers?** | |
| **Any Other Significant Terms** | Buyer requires entry of a sale "comfort" order. |

9. The Notice Period has expired, and no Wind Down Sale Notice Party objected. Further, the Chapter 7 Trustee obtained the consent of all parties with an Overlapping Collateral Interest in the Net Proceeds or Gross Proceeds, as applicable, of the Transferred Assets. *See* Wind Down Order ¶¶ 25-26, 42.

10. **Sale Objection Deadline**. Written objections to the Sale (a "**Sale Objection**") must be: (i) filed in accordance with the requirements set forth herein, (ii) filed with the Bankruptcy Court, and (iii) served on the Objection Notice Parties (as defined herein) so as to be received **on November 6, 2026 at 4:00 p.m. (prevailing Central Time)** (the "**Sale Objection Deadline**") (in accordance with the Procedures for Complex Cases in the Southern District of Texas).

**Filing Objections**

11. Written Sale Objections, if any, must (i) comply with the Bankruptcy Code, Bankruptcy Rules, and Bankruptcy Local Rules, (ii) state, with specificity, the legal and factual basis thereof, and, (iii) be filed with the Bankruptcy Court by the Sale Objection Deadline (in accordance with the Procedures for Complex Cases in the Southern District of Texas) and served via email on the following parties:

a. the Chapter 7 Trustee, Eva Engelhart (eengelhart@rossbanks.com);

b. proposed counsel for the Chapter 7 Trustee, Porter Hedges LLP (Attn: Joshua W. Wolfshohl (jwolfshohl@porterhedges.com));

c. proposed special counsel for the Chapter 7 Trustee, Katten Muchin Rosenman LLP (Attn: Cindi M. Giglio, Esq. (cgiglio@katten.com) and Grace A. Thompson, Esq. (grace.thompson@katten.com));

d. counsel to the Ad Hoc Group, Gibson, Dunn & Crutcher LLP (Attn: Scott Greenberg, Esq. (SGreenberg@gibsondunn.com), AnnElyse Scarlett Gains, Esq. (AGains@gibsondunn.com), Christina Brown, Esq. (CBrown@gibsondunn.com), and Tommy Scheffer, Esq. (TScheffer@gibsondunn.com));

e. the United States Trustee for the Southern District of Texas (Attn: Jayson Ruff, Esq. (Jayson.B.Ruff@usdoj.gov) and Vianey Garza, Esq. (Vianey.Garza@usdoj.gov));

f. co-counsel to Silver Point Capital, L.P. and Onset Financial, Inc., Morrison & Foerster LLP (Attn: James Newton, Esq. (jnewton@mofo.com) and Ben Butterfield, Esq. (bbutterfield@mofo.com));

g. co-counsel to Silver Point Capital, L.P. and Onset Financial, Inc., Milbank LLP (Attn: Dennis Dunne, Esq. (ddunne@milbank.com), Lisa Laukitis, Esq. (llaukitis@milbank.com), Andrew Leblanc, Esq. (aleblanc@milbank.com), and Jason Kestecher, Esq. (jkestecher@milbank.com);

h. counsel to Bank of America, N.A., Winston Taylor LLP (Attn: Daniel J. McGuire, Esq. (dmcguire@winstontaylor.com) and Jason Bennett (jason.bennett@winstontaylor.com); and

i. counsel to Buyer, David Newcomer (dnewcomer@outlook.com).

(collectively, the "**Objection Notice Parties**").

**THE FAILURE OF ANY PERSON OR ENTITY TO FILE AND SERVE AN OBJECTION IN ACCORDANCE WITH THE FOREGOING REQUIREMENTS BY THE APPLICABLE SALE OBJECTION DEADLINE SHALL FOREVER BAR SUCH PERSON OR ENTITY FROM ASSERTING ANY OBJECTION TO THE ANY ORDER APPROVING THE SALE OR THE CONSUMMATION OF THE SALE.**

12. The Chapter 7 Trustee will serve a copy of this *Notice Regarding Proposed Order in Furtherance of the Wind Down Order Regarding Sale of Certain Assets of Eagle Machining, LLC to Ventures in Space Fayette, Ltd.* on the Master Service List and the known parties asserting an interest in the Transferred Assets.

Dated: October 30, 2026
New York, New York

*__/s/ Cindi M. Giglio__*
**KATTEN MUCHIN ROSENMAN LLP**
Cindi M. Giglio, Esq.
Grace A. Thompson, Esq.
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8700
Email: cgiglio@katten.com
grace.thompson@katten.com

*Proposed Special Counsel for the Chapter 7 Trustee*

## Certificate of Service

I hereby certify that on October 30, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*__/s/ Cindi M. Giglio__*
Cindi M. Giglio