**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | Case No. 25-90399 (CML) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENT TO FINAL FEE APPLICATION OF M3 ADVISORY PARTNERS, LP FOR COMPENSATION FOR SERVICES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM OCTOBER 15, 2025 THROUGH SEPTEMBER 10, 2026**

**PLEASE TAKE NOTICE** that, on October 16, 2026, M3 Advisory Partners, LP ("M3") filed the *Final Application for Compensation (Combined Third Interim and Final Fee Application of M3 Advisory Partners, LP for Compensation for Services and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the (I) Interim Period from April 1, 2026 through September 10, 2026 and (II) Final Period from October 15, 2025 through September 10, 2026)* [Docket No. 3917] (the "Final Fee Application")[2] with the United States Bankruptcy Court for the Southern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Final Fee Application, M3 stated it would supplement the Final Fee Application before the objection deadline to the Final Fee Application by disclosing the actual amount of fees and expenses incurred by M3 after September 10, 2026 related to (i) the preparation and prosecution of the Final Fee Application and (ii) the

---

[1] A complete list of the Debtors in these cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Final Fee Application.

conversion of the Chapter 11 Cases to Chapter 7 of the Bankruptcy Code. In lieu of the actual amounts, which were not yet known, the Final Fee Application included an estimate of $30,000.00 in fees and expenses for the period after September 10, 2026 (the "Estimate").

**PLEASE TAKE FURTHER NOTICE** that as set forth in the time entries attached to this supplement as Exhibit A, M3 has incurred $18,232.00 in fees and $0.00 in actual and necessary expenses since September 10, 2026. These actual amounts replace the Estimate in its entirety, and M3 no longer seeks allowance of the Estimate.

**PLEASE TAKE FURTHER NOTICE** that M3's eleventh monthly fee application covered the period from August 1, 2026 through September 10, 2026 (the "Eleventh Monthly Fee Application"). Of the fees requested in the Eleventh Monthly Fee Application, $14,164.00 pertained to post-conversion fees incurred from September 1, 2026 through September 10, 2026, which were solely related to fee application preparation.[3]

Dated: October 30, 2026

Respectfully submitted,

/s/ *Robert Winning*
Robert Winning
Managing Director
M3 Advisory Partners
1700 Broadway, 19th Floor
New York, NY 10019

[3] Accordingly, M3's total post-conversion fees are $32,396.00, consisting of (i) $14,164.00 in fees incurred from September 1, 2026 through September 10, 2026, as included in the Eleventh Monthly Fee Application, plus (ii) $18,232.00 in fees incurred after September 10, 2026, as set forth in this supplement.

## CERTIFICATION OF SERVICE

I certify that on October 30, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Aaron D. Davidson*
Aaron D. Davidson

# Exhibit A

## Time Entries Since September 10, 2026

**Exhibit A**

**Time Detail by Project Category by Professional**

| Date | Professional | Description | Hours |
|---|---|---|---|
| *Fee Application* | | | |
| 9/11/26 | Pratyush Gupta | Prepare summary stats on final fees | 0.2 |
| 9/15/26 | Pratyush Gupta | Revise August fee application | 3.2 |
| 9/16/26 | Pratyush Gupta | Review and revise August fee application | 1.8 |
| 9/23/26 | Pratyush Gupta | Update draft final fee application | 2.4 |
| 9/23/26 | Nicholas Weber | Review and revise August fee app | 0.3 |
| 9/23/26 | Benjamin Wertz | Correspond with N. Weber, M. Korycki (M3) re: accruals and filing of final fees | 0.2 |
| 9/28/26 | Benjamin Wertz | Correspond with N. Inoa, R. Winning, N. Weber re: fee app; review conversion order re: fee app mechanics | 0.2 |
| 9/28/26 | Nicholas Weber | Meet w P. Gupta to discuss final fee app | 1.0 |
| 9/28/26 | Pratyush Gupta | Meet w N. Weber to discuss final fee app | 1.0 |
| 9/29/26 | Pratyush Gupta | Review final fee application | 0.8 |
| 9/29/26 | Pratyush Gupta | Update and prepare final fee application | 0.7 |
| 9/29/26 | Benjamin Wertz | Review and revise final FBG fee application | 1.8 |
| 9/30/26 | Pratyush Gupta | Prepare final fee application | 1.1 |
| 9/30/26 | Pratyush Gupta | Update and revise final fee application | 1.2 |
| 10/5/26 | Pratyush Gupta | Revise FBG final fee application | 2.4 |
| 10/6/26 | Pratyush Gupta | Revise FBG fee application | 1.0 |
| 10/12/26 | Benjamin Wertz | Review conversion order for fee app purposes | 0.1 |
| 10/13/26 | Nicholas Weber | Review and revise final fee application | 1.1 |
| 10/13/26 | Pratyush Gupta | Update final fee application | 0.8 |
| 10/14/26 | Pratyush Gupta | Update final fee application | 0.4 |
| 10/14/26 | Benjamin Wertz | Review M3 final fee application | 0.5 |
| 10/15/26 | Nicholas Weber | Review and revise final fee application | 0.8 |
| 10/15/26 | Benjamin Wertz | Review docket, DIP order, DIP credit agreement, M3 time entries, correspondence from BR and Gibson Dunn to confirm compliance with additional disclosure language requested by Gibson Dunn | 1.1 |
| 10/15/26 | Robert Winning | Revise final fee application, including summary of services rendered by task category and description of work performed for the Committee during the application period | 1.2 |
| 10/15/26 | Pratyush Gupta | Update final fee application | 0.4 |
| 10/15/26 | Pratyush Gupta | Update final fee application | 0.2 |
| 10/16/26 | Benjamin Wertz | Review correspondence from N. Weber (M3), J. Hundal (BR) re: final fee application | 0.1 |
| | | | **26.0** |