**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that JessCo Brakes Inc., an affiliate of Friction One Brake Technology (Xiantao) Co., Ltd. ("JessCo Brakes"), hereby appears in the above-captioned cases through its counsel, Foley & Lardner LLP, and pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1) and 342, requests that all notices given or required to be given in these cases or any related adversary proceedings and all papers served or required to be served in these cases be given and served upon:

**FOLEY & LARDNER LLP**
Ann Marie Uetz (*pro hac vice* forthcoming)
Mary M. Rofaeil (Texas Bar No. 24119467)
500 Woodward Avenue, Suite 2700
Detroit, MI 48226
Tel: (313) 234-7100
Email: auetz@foley.com
Mary.rofaeil@foley.com

-and-

**FOLEY & LARDNER LLP**
Emil P. Khatchatourian (*pro hac vice* forthcoming)
321 North Clark Street, Suite 3000
Chicago, IL 60654
Tel: (312) 832-4500
Email: ekhatchatourian@foley.com

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE** that this request for notice includes copies of all papers, including, but not limited to, notices, reports, pleadings, motions, applications or petitions, schedules, and answering or reply papers filed in these cases or any related adversary proceeding and that such notice be provided to the person(s) listed above.

**PLEASE TAKE FURTHER NOTICE** that JessCo Brakes intends that neither this Notice of Appearance nor any other filing shall be sufficient to waive (1) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Southern District of Texas (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or in any matters, controversies, or proceedings related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which JessCo Brakes is or may be entitled under applicable law or in equity, all of which are expressly preserved.

Dated: November 2, 2026

**FOLEY & LARDNER LLP**

*/s/ Mary M. Rofaeil*
Ann Marie Uetz (*pro hac vice* forthcoming)
Mary M. Rofaeil (Texas Bar No. 24119467)
500 Woodward Avenue, Suite 2700
Detroit, MI 48226
Tel: (313) 234-7100
Email: auetz@foley.com
Mary.rofaeil@foley.com

-and-

Emil P. Khatchatourian (*pro hac vice* forthcoming)
321 North Clark Street, Suite 3000
Chicago, IL 60654
Tel: (312) 832-5156
Email: ekhatchatourian@foley.com

*Counsel to JessCo Brakes Inc.,*
*an affiliate of Friction One Brake Technology (Xiantao) Co., Ltd.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 2, 2026, a true and correct copy of this document was served via the Court's CM/ECF system on all counsel of record who are deemed to have consented to electronic service.

*/s/ Mary M. Rofaeil*
Mary M. Rofaeil