Electronic Appearance Sheet

Will Dorward, Singer & Levick, P.C.
Client(s): Link Properties

AnnElyse Gains, Gibson Dunn
Client(s): Ad Hoc Group of Lenders

Robert Marsters, Gibson Dunn
Client(s): Ad Hoc Group of Lenders

Joshua Wolfshohl, Porter Hedges LLP
Client(s): Eva S. Engelhart, Chapter 7 Trustee

Michael Duke, Elsberg Baker & Maruri PLLC
Client(s): Ronald Sommers, Chapter 7 Trustee for Starlight and Patterson SPV Debtors

ALAN LIPKIN, CHAFFETZ LINDSEY LLP
Client(s): KITKAT (IL) LLC

Joshua Wolfshohl, Porter Hedges LLP
Client(s): Chapter 7 Trustee, Eva S. Engelhart

Eric English, Porter Hedges LLP
Client(s): Chapter 7 Trustee, Eva S. Engelhart

Adriana Young, Porter Hedges LLP
Client(s): Chapter 7 Trustee, Eva S. Engelhart