**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | § |
| | § **Chapter 7** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § **(Previously Chapter 11)** |
| | § |
| **Debtors.**[1] | § **Case No. 25-90399 (CML)** |
| | § |
| | § **Jointly Administered** |

**NOTICE OF STIPULATION EXTENDING AD HOC GROUP'S DEADLINE TO OBJECT TO (I) APPLICATION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF KATTEN MUCHIN ROSENMAN LLP AS SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE EFFECTIVE AS OF THE CONVERSION DATE**
[Relates to Docket Nos. 3856, 3861, & 4001]

**WHEREAS** on October 2, 2026, Eva S. Engelhart, the chapter 7 Trustee (the "Trustee") of the jointly administered bankruptcy estates of First Brands Group, LLC, First Brands Group Holdings, LLC's direct and indirect subsidiaries, and Viceroy Private Capital, LLC (collectively, the "FBG Debtors"),[2] in the above-styled jointly administered chapter 7 cases (the "Chapter 7 Cases"), filed the *Application of the Chapter 7 Trustee for Entry of an Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Special Counsel to the Chapter 7 Trustee Effective as of the Conversion Date* [Docket No. 3861] (the "Katten Application").

---

[1] A complete list of the "Debtors" in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

[2] The FBG Debtors do not include the 16 additional SPV debtors in the Carnaby Capital Holdings SPV silo or the "Previously Converted Debtors", comprised of: (i) Patterson Inventory, LLC, (ii) Patterson Inventory Holdings, LLC, (iii) Starlight Inventory I, LLC, and (iv) Starlight Inventory Holdings I, LLC. The Previously Converted Debtors' chapter 11 cases were previously converted to cases under chapter 7 of the Bankruptcy Code on April 9, 2026. *See* Docket No. 2396.

**WHEREAS** the deadline for parties to object to the Katten Application was October 26, 2026.

**WHEREAS** the deadline for parties to object to the Katten Application was once extended to November 2, 2026.

**WHEREAS** prior to the expiration of the respective objection deadlines, the Trustee and Gibson, Dunn & Crutcher LLP, counsel for the Ad Hoc Group, agreed to extend the Ad Hoc Group's deadlines to object to the Katten Application to **November 9, 2026**.

*[Remainder of page intentionally left blank]*

Dated: November 2, 2026

| | |
|---|---|
| **Porter Hedges LLP**<br><br>By: *<u>/s/ Joshua W. Wolfshohl</u>*<br>Joshua W. Wolfshohl (TX Bar No. 24038592)<br>Eric M. English (TX Bar No. 24062714)<br>M. Shane Johnson (TX Bar No. 24083263)<br>Grecia V. Sarda (TX Bar No. 24132092)<br>1000 Main St., 36th Floor<br>Houston, Texas 77002<br>Telephone: (713) 226-6000<br>Facsimile: (713) 226-6248<br>jwolfshohl@porterhedges.com<br>eenglish@porterhedges.com<br>sjohnson@porterhedges.com<br>gsarda@porterhedges.com<br><br>***Proposed Bankruptcy Counsel for the Chapter 7 Trustee, Eva S. Engelhart***<br><br>**Katten Muchin Rosenman LLP**<br><br>By: *<u>/s/ Cindi M. Giglio</u>*<br>Cindi M. Giglio<br>50 Rockefeller Plaza<br>New York, New York 10020<br>Telephone: (212) 940-3828<br>cgiglio@katten.com<br><br>***Proposed Special Counsel for the Chapter 7 Trustee, Eva S. Engelhart*** | **Gibson, Dunn & Crutcher LLP**<br><br>By: <u>/s/ *AnnElyse S. Gains*</u><br>AnnElyse Scarlett Gains (admitted *pro hac vice*)<br>S. Robert Marsters, Jr. (admitted *pro hac vice*)<br>1700 M Street N.W.<br>Washington, D.C. 20036-3504<br>Telephone: (202) 955-8500<br>agains@gibsondunn.com<br>rmarsters@gibsondunn.com<br><br>***Counsel to the Ad Hoc Group*** |

## <u>Certificate of Service</u>

I certify that on November 2, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*<u>/s/ Joshua W. Wolfshohl</u>*
Joshua W. Wolfshohl