**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 7** |
| | § | **(Previously Chapter 11)** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | |
| | § | **Case No. 25-90399 (CML)** |
| **Debtors.**[1] | § | |
| | § | **Jointly Administered** |

**ORDER EXTENDING DEADLINE TO ASSUME OR**
**REJECT EXECUTORY CONTRACTS UNDER 11 U.S.C. §365(d)(1)**
[Relates to Docket No. ____]

Upon consideration of the Trustee's *Emergency Motion to Extend Deadline to Assume or Reject Executory Contracts and Unexpired Leases* (the "Motion")[2], the record of this case, and the proceedings before the Court related to the Motion, if any, the Court finds that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) venue is proper in this Court pursuant to 28 U.S.C. § 1408; (iv) the Motion is in full compliance with all applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Bankruptcy Rules of the Southern District of Texas, and orders and procedures of this Court; (v) proper and adequate notice of the Motion, the deadline to file any objections to the Motion, and any hearing thereon was given, and no other or further notice is necessary; (vi) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and

[1] A complete list of the "Debtors" in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

[2] Capitalized terms used but not otherwise defined herein are intended to have the same meaning as defined in the Motion

(vii) the relief sought in the Motion is in the best interests of the Debtors and their respective estates; and (vii) that the relief requested in Motion should be granted.

**Accordingly, it is ORDERED that:**

1. The date by which the Trustee must assume or reject the executory contracts and unexpired leases under 11 U.S.C. § 365(d)(1) is hereby extended through and including January 29, 2027, without prejudice to the Trustee's right to seek and obtain further extensions of the deadlines as permitted by applicable law.

2. Nothing in this Order shall constitute a finding or determination that any of the leases or contracts with the Debtors are in fact executory contracts or unexpired leases within the meaning of 11 U.S.C. § 365. All parties' rights are expressly reserved with respect to a determination of this issue.

3. This Order shall be immediately effective and enforceable upon its entry.

4. This Court shall retain jurisdiction to resolve all matters arising out of or related to the Motion or this Order.

SIGNED this _____ day of ________________, 2026.

______________________________________

**HONORABLE CHRISTOPHER M. LOPEZ,**
**UNITED STATES BANKRUPTCY JUDGE**