UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| | | | |
|---|---|---|---|
| Division | Houston | Main Case Number | 25-90399 |
| Debtor | In Re: First Brands Group, LLC | | |

This lawyer, who is admitted to the State Bar of Illinois & California:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Emil P. Khatchatourian, Esq.<br>Foley & Lardner LLP<br>321 North Clark Street, Suite 3000<br>Chicago, IL 60654<br>Tel: (312) 832-5156; |

Seeks to appear as the attorney for this party:

| | |
|---|---|
| JessCo Brakes Inc., an affiliate of Friction One Brake Technology (Xiantao) Co., Ltd. | |
| Dated: 11/3/2026 | Signed: /s/ Emil P. Khatchatourian |

| | |
|---|---|
| COURT USE ONLY: The applicant's state bar reports their status as: ______________________. | |
| Dated: | Signed: ______________________<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: ______________________

______________________
United States Bankruptcy Judge