United States Bankruptcy Court
Southern District of Texas

**ENTERED**
November 04, 2026
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 25-90399 |
|---|---|---|---|
| Debtor | In Re: First Brands Group, LLC | | |

This lawyer, who is admitted to the State Bar of Illinois & California:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Emil P. Khatchatourian, Esq.<br>Foley & Lardner LLP<br>321 North Clark Street, Suite 3000<br>Chicago, IL 60654<br>Tel: (312) 832-5156; |
|---|---|

Seeks to appear as the attorney for this party:

| JessCo Brakes Inc., an affiliate of Friction One Brake Technology (Xiantao) Co., Ltd. | |
|---|---|
| Dated: 11/3/2026 | Signed: /s/ Emil P. Khatchatourian |

| COURT USE ONLY: The applicant's state bar reports their status as: ____________________. | |
|---|---|
| Dated: | Signed: ______________________<br>Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Signed: November 04, 2026

[signature]
Christopher Lopez
United States Bankruptcy Judge