**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| FIRST BRANDS GROUP, LLC, *et al.*,[1] | ) | Case No. 25-90399 (CML) |
| Debtors. | ) | (Jointly Administered) |

**CERTIFICATE OF COUNSEL FOR THE APPLICATION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF KATTEN MUCHIN ROSENMAN LLP AS SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE EFFECTIVE AS OF THE CONVERSION DATE**

The undersigned hereby certifies that:

1. On October 5, 2026, Eva S. Engelhart, the chapter 7 trustee (the "Chapter 7 Trustee")[2] of the jointly administered bankruptcy estates of First Brands Group, LLC, First Brands Group Holdings, LLC's direct and indirect subsidiaries, and Viceroy Private Capital, LLC (collectively, the "Debtors"),[3] filed the *Application of the Chapter 7 Trustee for Entry of An Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP As Special Counsel to the Chapter 7 Trustee Effective As of the Conversion Date* [Docket No. 3861] (the "Application").

2. The deadline for parties to file objections to the relief requested in the Application was October 26, 2026 (the "Objection Deadline"), except as extended for the Ad Hoc Group, as described below. The undersigned represents to the Court that no objections to the Application were filed on the docket on or before the Objection Deadline.

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.

[3] The Debtors do not include the 16 additional SPV debtors in the Carnaby Capital Holdings SPV silo or the debtors converted on April 9, 2026 comprising: (i) Patterson Inventory, LLC, (ii) Patterson Inventory Holdings, LLC, (iii) Starlight Inventory I, LLC, and (iv) Starlight Inventory Holdings I, LLC.

3. Prior to the Objection Deadline, the Chapter 7 Trustee received informal comments to the proposed order attached to the Application [Docket No. 3861-2] (the "Proposed Order") from Gibson, Dunn & Crutcher LLP, counsel for the Ad Hoc Group. The Chapter 7 Trustee and the Ad Hoc Group agreed by stipulation to extend the Objection Deadline for the Ad Hoc Group to November 9, 2026. *See* Docket Nos. 4001, 4026. The undersigned represents that Ad Hoc Group's comments have been resolved by agreement and are incorporated in the revised proposed order attached hereto (the "Revised Proposed Order").

4. A redline comparing the Revised Proposed Order to Proposed Order is attached hereto as **Exhibit 1**.

5. Accordingly, the Chapter 7 Trustee respectfully requests entry of the Revised Proposed Order at the Court's earliest convenience.

Dated: November 5, 2026
New York, NY

*/s/ Cindi M. Giglio*

KATTEN MUCHIN ROSENMAN LLP
Cindi M. Giglio
Grace A. Thompson
50 Rockefeller Plaza
New York, New York 10020-1605
Telephone: (212) 940-8800
Email: cgiglio@katten.com
grace.thompson@katten.com

- and -

Rachel M. Riley
2121 N. Pearl Street, Suite 1100
Dallas, Texas 75201
Telephone: (214) 765-3600
Email: rachel.riley@katten.com

*Proposed Special Counsel to the Chapter 7 Trustee*

**<u>Certificate of Service</u>**

I hereby certify that on November 5, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*<u>/s/ Cindi M. Giglio</u>*
Cindi M. Giglio