**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| FIRST BRANDS GROUP, LLC, *et al.*, | Case No. 25-90399 (CML) |
| Debtors.[1] | (Jointly Administered) |

**ORDER SUSTAINING CHAPTER 7 TRUSTEE RONALD SOMMERS' OBJECTION TO ALLOCATION OF FEES AND ADMINISTRATIVE EXPENSES**

Upon consideration of the *Chapter 7 Trustee Ronald Sommers' Objection to Allocation of Fees and Administrative Expenses* [Docket No. ___] (the "**Objection**") filed by Ronald J. Sommers, the Chapter 7 Trustee (the "**Trustee**") for the estates of the SPV Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Objection having been provided; and the Court having considered the Objection, the Final Fee Applications, and any responses thereto, and the record of any hearing thereon; and the Court having determined that the relief requested in the Objection is warranted; and after due deliberation and good and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The Objection is **SUSTAINED** as set forth herein. Capitalized terms used but not defined in this Order have the meanings given to them in the Objection.

2. The Final Fee Applications [Docket Nos. 3912, 3913, 3915, 3917, 3918, 3919 and 3929], including any supplements thereto, are **DENIED** to the extent they would permit any party

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is 127 Public Square, Suite 5300, Cleveland, Ohio 44114.

to seek reimbursement, allocation, or surcharge of fees and/or expenses from the estates of the SPV Debtors in the future.

3. The Reservation of Rights Language shall be omitted from, and shall be of no force or effect in, any order entered pursuant to the Final Fee Applications. To the extent any order approving a Final Fee Application is entered containing the Reservation of Rights Language or language of similar effect, such language shall not apply to, and shall not be enforceable against, the SPV Debtors or their estates.

4. The applicants that submitted the Final Fee Applications failed to identify fees and expenses between and among the specific Debtor entities as required by paragraph 2(a)(v) of the Conversion Order [Docket No. 3748] and have therefore waived any right to seek compensation or reimbursement of fees and expenses, directly or indirectly, from the SPV Debtors' estates.

5. No party, including the FBG Debtors' estates and the DIP Secured Parties, may seek reimbursement, allocation, contribution, or surcharge from the SPV Debtors' estates on account of any fees or expenses allowed or paid pursuant to the Final Fee Applications.

6. Nothing in this Order shall prejudice the Trustee's rights with respect to any fee application not addressed in the Objection, including the final fee applications of Weil, Gotshal & Manges LLP and Alvarez & Marsal North America, LLC, all of which are expressly reserved.

7. The Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: ____________________, 2026

____________________________________
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE