**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al*.,** | § | **No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| | § | |
| **Debtors.**[1] | § | |
| | § | |
| | § | |

**CARNABY SECURED LENDERS' JOINDER TO**
**CHAPTER 7 TRUSTEE RONALD SOMMERS' OBJECTION TO**
**ALLOCATION OF FEES AND ADMINISTRATIVE EXPENSES**

**[Relates to ECF Nos. 3912, 3913, 3915, 3917, 3918, 3919, 3929 & 4047]**

The Carnaby Secured Lenders,[2] by and through their undersigned counsel, hereby submit this joinder ("Joinder") to *Chapter 7 Trustee Ronald Sommers' Objection to Allocation of Fees*

---

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The service address for the chapter 7 estates of Viceroy Private Capital, LLC, First Brands Group Holdings, LLC ("FBGH"), and FBGH's Debtor subsidiaries (together with FBGH, the "FBG Debtors") is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002. The service address for the chapter 7 estates of Global Assets LLC, Global Lease Assets Holdings, LLC, Carnaby Capital Holdings, LLC, Broad Street Financial Holdings, LLC, Broad Street Financial, LLC, Carnaby Inventory II, LLC, Carnaby Inventory Holdings II, LLC, Carnaby Inventory III, LLC, Carnaby Inventory Holdings III, LLC, and Global Assets GmbH is Ronald J. Sommers, Chapter 7 Trustee c/o Jones Murray LLP, Erin E. Jones, 602 Sawyer, Suite 400 Houston, Texas 77007. The service address for the chapter 7 estates of Carnaby Capital, LLC, Eagle Casting Holdings, LLC, Carnaby IV, LLC, Carnaby IV Holdings, LLC, Carnaby FA, LLC, and Carnaby FA Holdings LLC is Catherine Stone Curtis, P.O. BOX 720788, McAllen, Texas 78504.

[2] The "Carnaby Secured Lenders" are the Lenders under that certain credit agreement entered into by Carnaby Inventory II, LLC as Borrower First Brands Group, LLC ("FBG"), as the Servicer, First Brands Group Holdings, LLC ("FB Holdings") and Carnaby Inventory Holdings II, LLC, as Guarantors, the Carnaby Secured Lenders party thereto from time to time, and GLAS Trust Company LLC, as Administrative Agent. dated as of May 31, 2022 (the "Carnaby II Credit Agreement") and that certain credit agreement entered into by Carnaby Inventory III, LLC as Borrower FBG, as the Servicer, FB Holdings and Carnaby Inventory Holdings III, LLC, as Guarantors, the Carnaby Secured Lenders party thereto from time to time, and GLAS Trust Company LLC, as Administrative Agent dated as of July 6, 2022 (the "Carnaby III Credit Agreement").

*and Administrative Expenses* [ECF No. 4047] (the "Trustee Objection"), and respectfully state as follows:[3]

## JOINDER

1. The Carnaby Secured Lenders join in and incorporate by reference all of the arguments and requests for relief in the Trustee Objection with respect to the final fee applications of the following professionals identified therein:[4]

- Hilco Valuation Services, LLC, d/b/a Hilco Global, ECF No. 3912 (Oct. 16, 2026) ("Hilco Application");
- Brown Rudnick LLP, ECF No. 3913 (Oct. 16, 2026) ("Brown Rudnick Application");
- Cole Schotz P.C., ECF No. 3915 (Oct. 16, 2026) ("Cole Schotz Application");
- M3 Advisory Partners, LP, ECF No. 3917 (Oct. 16, 2026) ("M3 Application");
- Ducera Partners LLC, ECF No. 3918 (Oct. 16, 2026) ("Ducera Application");
- Nardello & Co. LLC, ECF No. 3919 (Oct. 16, 2026) ("Nardello Application"); and
- Lazard Frères & Co. LLC, ECF No. 3929 (Oct. 16, 2026) ("Lazard Application," and collectively with the Hilco Application, the Brown Rudnick Application, the Cole Schotz Application, the M3 Application, the Ducera Application, and the Nardello Application, the "Final Fee Applications").

## RESERVATION OF RIGHTS

2. This Joinder is submitted without prejudice to, and with a full reservation of, the Carnaby Secured Lenders' rights, including, without limitation, to supplement, amend, or otherwise modify their objections to the Final Fee Applications; to assert additional objections to

---

[3] Capitalized terms not defined herein shall have the meanings ascribed to them in the Trustee Objection.

[4] The Carnaby Secured Lenders have separately agreed with Weil, Gotshal & Manges LLP and Alvarez & Marsal North America, LLC to extend the Carnaby Secured Lenders' deadlines to object to their respective fee applications to November 16, 2026. *See Notice Regarding the Fourth Interim and Final Fee Application of A&M* [ECF No. 3998]. The Carnaby Secured Lenders accordingly reserve all rights to object to those applications and any relief requested therein without objecting to them here.

any professional's final fee application or any supplements thereto; and to challenge any proposed allocation, allowance, reimbursement, surcharge, or payment of fees or expenses, including the necessity, reasonableness, and benefit to the estate of the underlying services and expenses. Nothing herein constitutes an admission that any fees or expenses are chargeable to Carnaby Inventory II, LLC, Carnaby Inventory Holdings II, LLC, Carnaby Inventory III, LLC, or Carnaby Inventory Holdings III, LLC (collectively, the "Carnaby II and III Debtors") or their estates, or a waiver of any rights, remedies, claims, defenses, or objections, all of which are expressly reserved.

## CONCLUSION

3. For the foregoing reasons, the Carnaby Secured Lenders respectfully request that the Court grant the relief requested in the Trustee Objection with respect to the Final Fee Applications and as it relates to the Carnaby II and III Debtors' estates, and grant such other and further relief as the Court deems just and proper.

[*Remainder of Page Left Intentionally Blank*]

Dated: November 6, 2026

Houston, Texas

Respectfully submitted

*/s/ John F. Higgins*
John F. Higgins (TX Bar No. 09597500)
Megan Young-John (TX Bar No. 24088700)
James A. Keefe (TX Bar No. 24122842)
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
Email: jhiggins@porterhedges.com
myoung-john@porterhedges.com
jkeefe@porterhedges.com

-and-

Allan S. Brilliant (admitted *pro hac vice*)
Gary J. Mennitt (admitted *pro hac vice*)
Stephen M. Wolpert (admitted *pro hac vice*)
Eric O. Hilmo (admitted *pro hac vice*)
**DECHERT LLP**
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Email: allan.brilliant@dechert.com
gary.mennitt@dechert.com
stephen.wolpert@dechert.com
eric.hilmo@dechert.com

***Counsel to the Carnaby Secured Lenders***

**Certificate of Service**

I certify that on November 6, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ John F. Higgins*

John F. Higgins