**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| FIRST BRANDS GROUP, LLC, *et al*., | ) | Case No. 25-90399 (CML) |
| Debtors. | ) | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION TO KINGSBRIDGE'S**
**MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM**

1. On September 30, 2026, undersigned counsel, on behalf of Kingsbridge Holdings, LLC ("Kingsbridge"), filed Kingsbridge's Motion for Allowance of Administrative Expense Claim (Docket No. 3841) (the "Motion"), along with a proposed order granting the relief requested in the Motion attached hereto as Exhibit A (the "Proposed Order"). Objections to the Motion were required to be filed and served on or before October 21, 2026 (the "Objection Deadline").

2. The undersigned counsel certifies that he is unaware of any objection to the Motion, and that he has reviewed the Court's docket in these Chapter 7 cases and no answer, objection or other responsive pleading to the Motion appears thereon.

3. Accordingly, undersigned counsel respectfully requests entry of the Proposed Order.

Dated: November 6, 2026

KINGSBRIDGE HOLDINGS, LLC,

/s/ C. Randall Woolley

Alex Darcy
C. Randall Woolley
Darcy & Devassy PC
444 N. Michigan Ave, Suite 3270
Chicago, IL 60611
Tel: (312) 784-2400
Fax: (312) 784-2410

adarcy@darcydevassy.com
rwoolley@darcydevassy.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 6, 2026, a true and correct copy of the foregoing **CERTIFICATE OF NO OBJECTION TO MOTION OF KINGSBRIDGE HOLDINGS, LLC FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM** was served via the Court's CM/ECF system on all parties registered to receive electronic notice in this case, and via email or regular U.S. Mail on the following parties:

Ronald Sommers
Chapter 7 Trustee
1400 Post Oak Blvd., Suite 300
Houston, TX 77056-6656

Clifford W. Carlson
Gabriel A. Morgan
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Email: clifford.carlson@weil.com;
gabriel.morgan@weil.com
Attorneys for Debtors

Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002

Ian Ross Phillips
COLE SCHOTZ P.C.
901 Main St., Suite 4120
Dallas, TX 75202
Email: iphillips@coleschotz.com
Counsel for the Official Committee of Unsecured Creditors

Dated: November 6, 2026.

*/s/ C. Randall Woolley*
C. Randall Woolley