**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| FIRST BRANDS GROUP, LLC, *et al.*, | ) | Case No. 25-90399 (CML) |
| Debtors. | ) | (Jointly Administered) |

**ORDER GRANTING KINGSBRIDGE'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of Kingsbridge Holding, LLC's Motion for Allowance of Administrative Expense Claim (the "Motion") and any responses thereto, and after opportunity for a hearing and due and sufficient cause appearing therefor, it is hereby,

ORDERED that:

1. The Motion is GRANTED;

2. Kingsbridge shall have an allowed administrative expense claim pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 365(d)(5) against the Debtors in the aggregate amount of $328,188.55.

3. Nothing contained in this Order shall affect any other claims that Kingsbridge holds or may hold against the Debtors in these Chapter 11 Cases.

4. This Order shall be binding upon the Debtors, their bankruptcy estates, and any successors thereto, including, but not limited to, any bankruptcy trustee appointed over such estates.

5. This Court retains jurisdiction to interpret, implement, and enforce the provisions of this Order.

Dated: ______________________

____________________________________
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE