# EXHIBIT B

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2026, I caused a copy of *LBA RV-Company XVII, LP's Motion To Compel The Chapter 7 Trustee To Pay Post-Conversion Rent And Other Obligations Under Unexpired Lease Of Nonresidential Real Property and Request For Adequate Protection* to be filed electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in these Chapter 7 Cases.

*/s/ Thomas Burns*
Thomas Burns