**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 7** |
| | § | **(Previously Chapter 11)** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | |
| | § | **Case No. 25-90399 (CML)** |
| **Debtors.**[1] | § | |
| | § | **Jointly Administered** |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF PORTER HEDGES LLP AS BANKRUPTCY COUNSEL FOR EVA S. ENGELHART, IN HER CAPACITY AS CHAPTER 7 TRUSTEE**
[Relates to Docket No. 3856]

1. On October 2, 2026, Eva S. Engelhart, the chapter 7 Trustee (the "Trustee") of the jointly administered bankruptcy estates of First Brands Group, LLC, First Brands Group Holdings, LLC's direct and indirect subsidiaries, and Viceroy Private Capital, LLC (collectively, the "FBG Debtors"), in the above-styled jointly administered chapter 7 cases (the "Cases"), filed the *Application for Entry of an Order Authorizing the Retention and Employment of Porter Hedges LLP as Bankruptcy Counsel for Eva S. Engelhart, In Her Capacity as Chapter 7 Trustee* [Docket No. 3856] (the "Application"), which was accompanied by a proposed form of the *Order Authorizing the Retention and Employment of Porter Hedges LLP as Bankruptcy Counsel for Eva S. Engelhart, In Her Capacity as Chapter 7 Trustee* [Docket No. 3856-2] (the "Original Proposed Order").

[1] A complete list of the "Debtors" in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

2. On October 28, 2026, prior to the expiration of the objection deadline, the Trustee and Gibson, Dunn & Crutcher LLP, counsel for the Ad Hoc Group, agreed to extend the Ad Hoc Group's deadline to object to the Application to November 6, 2026. *See* Docket No. 4001.

3. The Trustee has received informal responses to the Application. The Trustee has resolved the responses by agreeing to modify the Original Proposed Order. Accordingly, attached hereto is a revised proposed form of *Order Authorizing the Retention and Employment of Porter Hedges LLP as Bankruptcy Counsel for Eva S. Engelhart, In Her Capacity as Chapter 7 Trustee* (the "Revised Proposed Order"). Also attached hereto as **Exhibit A** is a redline of the Revised Proposed Order marked against the Original Proposed Order.

4. The undersigned represents to the Court that the Trustee is unaware of any other responses to the Application and that counsel has reviewed the Court's docket and no other responses or objections appear thereon.

5. The Trustee respectfully requests that the Court enter the attached Revised Proposed Order at the earliest convenience of the Court.

[*Remainder of Page Left Intentionally Blank*]

Dated: November 6, 2026

Respectfully submitted,

By: */s/ Joshua W. Wolfshohl*

**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
Eric M. English (TX Bar No. 24062714)
M. Shane Johnson (TX Bar No. 24083263)
Grecia V. Sarda (TX Bar No. 24132092)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
eenglish@porterhedges.com
sjohnson@porterhedges.com
gsarda@porterhedges.com

***Proposed Bankruptcy Counsel for the Chapter 7 Trustee, Eva S. Engelhart***

## CERTIFICATE OF SERVICE

I certify that on November 6, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl