# EXHIBIT B

Database: P93299900001

CM Receivables Ledger
LBA Property

Page: 1
Date: 10/30/2026
Time: 12:56 PM

Occupancy Status: Current Inactive

05/26 Through 11/26
Security Deposit Ending Balance includes ALL periods

**BVKEY-008418 Brake Parts Inc LLC, dba Brake Parts LLC** **Master Occp Id: 00008466-1**

| Building | Lease | Date | Category | SR | Description | Debit | Credit | Balance | Receipt Desc. | Invoice | Receipt Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance Forward | | | | | | | | 633,881.72 | | | |
| BVKEY | 008418 | 4/21/2026 | CMM CAM REGULAR | CR | CreditApply | | 9,250.00 | 624,631.72 | 0097810 | | APL |
| BVKEY | 008418 | 4/21/2026 | INS INSURANCE | CR | CreditApply | | 12,020.00 | 612,611.72 | 0097810 | | APL |
| BVKEY | 008418 | 4/21/2026 | PPD PREPAID RENT | PR | CreditApply | 308,174.90 | | 920,786.62 | 0097810 | | APL |
| BVKEY | 008418 | 4/21/2026 | RNT BASE RENT | CR | CreditApply | | 248,751.90 | 672,034.72 | 0097810 | | APL |
| BVKEY | 008418 | 4/21/2026 | TAX TAXES | CR | CreditApply | | 38,153.00 | 633,881.72 | 0097810 | | APL |
| BVKEY | 008418 | 4/28/2026 | PPD PREPAID RENT | CR | Prepaid | | 308,174.90 | 325,706.82 | 0583497 | | WT |
| BVKEY | 008418 | 5/1/2026 | CMM CAM REGULAR | CH | AUTOCHRG @T5/31/2026 | 9,250.00 | | 334,956.82 | | | |
| BVKEY | 008418 | 5/1/2026 | INS INSURANCE | CH | AUTOCHRG @T5/31/2026 | 12,020.00 | | 346,976.82 | | | |
| BVKEY | 008418 | 5/1/2026 | RNT BASE RENT | CH | AUTOCHRG @T5/31/2026 | 248,751.90 | | 595,728.72 | | | |
| BVKEY | 008418 | 5/1/2026 | TAX TAXES | CH | AUTOCHRG @T5/31/2026 | 38,153.00 | | 633,881.72 | | | |
| BVKEY | 008418 | 5/6/2026 | CMM CAM REGULAR | CR | CreditApply | | 9,250.00 | 624,631.72 | 0583497 | | APL |
| BVKEY | 008418 | 5/6/2026 | INS INSURANCE | CR | CreditApply | | 12,020.00 | 612,611.72 | 0583497 | | APL |
| BVKEY | 008418 | 5/6/2026 | PPD PREPAID RENT | PR | CreditApply | 308,174.90 | | 920,786.62 | 0583497 | | APL |
| BVKEY | 008418 | 5/6/2026 | RNT BASE RENT | CR | CreditApply | | 248,751.90 | 672,034.72 | 0583497 | | APL |
| BVKEY | 008418 | 5/6/2026 | TAX TAXES | CR | CreditApply | | 38,153.00 | 633,881.72 | 0583497 | | APL |
| BVKEY | 008418 | 6/1/2026 | CMM CAM REGULAR | CH | AUTOCHRG @T6/30/2026 | 9,250.00 | | 643,131.72 | | | |
| BVKEY | 008418 | 6/1/2026 | INS INSURANCE | CH | AUTOCHRG @T6/30/2026 | 12,020.00 | | 655,151.72 | | | |
| BVKEY | 008418 | 6/1/2026 | RNT BASE RENT | CH | AUTOCHRG @T6/30/2026 | 248,751.90 | | 903,903.62 | | | |
| BVKEY | 008418 | 6/1/2026 | TAX TAXES | CH | AUTOCHRG @T6/30/2026 | 38,153.00 | | 942,056.62 | | | |
| BVKEY | 008418 | 6/4/2026 | PPD PREPAID RENT | CR | Prepaid | | 308,174.90 | 633,881.72 | 0447485 | | WT |
| BVKEY | 008418 | 6/15/2026 | CMM CAM REGULAR | CR | CreditApply | | 9,250.00 | 624,631.72 | 0447485 | | APL |
| BVKEY | 008418 | 6/15/2026 | INS INSURANCE | CR | CreditApply | | 12,020.00 | 612,611.72 | 0447485 | | APL |
| BVKEY | 008418 | 6/15/2026 | PPD PREPAID RENT | PR | CreditApply | 308,174.90 | | 920,786.62 | 0447485 | | APL |
| BVKEY | 008418 | 6/15/2026 | RNT BASE RENT | CR | CreditApply | | 248,751.90 | 672,034.72 | 0447485 | | APL |
| BVKEY | 008418 | 6/15/2026 | TAX TAXES | CR | CreditApply | | 38,153.00 | 633,881.72 | 0447485 | | APL |
| BVKEY | 008418 | 7/1/2026 | CMM CAM REGULAR | CH | AUTOCHRG @T7/31/2026 | 9,250.00 | | 643,131.72 | | | |
| BVKEY | 008418 | 7/1/2026 | INS INSURANCE | CH | AUTOCHRG @T7/31/2026 | 12,020.00 | | 655,151.72 | | | |
| BVKEY | 008418 | 7/1/2026 | RNT BASE RENT | CH | AUTOCHRG @T7/31/2026 | 248,751.90 | | 903,903.62 | | | |
| BVKEY | 008418 | 7/1/2026 | TAX TAXES | CH | AUTOCHRG @T7/31/2026 | 38,153.00 | | 942,056.62 | | | |
| BVKEY | 008418 | 7/6/2026 | CMM CAM REGULAR | CR | Receipt | | 9,250.00 | 932,806.62 | 0466811 | | WT |
| BVKEY | 008418 | 7/6/2026 | INS INSURANCE | CR | Receipt | | 12,020.00 | 920,786.62 | 0466811 | | WT |
| BVKEY | 008418 | 7/6/2026 | RNT BASE RENT | CR | Receipt | | 248,751.90 | 672,034.72 | 0466811 | | WT |
| BVKEY | 008418 | 7/6/2026 | TAX TAXES | CR | Receipt | | 38,153.00 | 633,881.72 | 0466811 | | WT |
| BVKEY | 008418 | 8/1/2026 | CMM CAM REGULAR | CH | AUTOCHRG @T8/31/2026 | 9,250.00 | | 643,131.72 | | | |

Occupancy Status: Current Inactive

05/26 Through 11/26

Security Deposit Ending Balance includes ALL periods

| Building | Lease | Date | Category | | SR | Description | Debit | Credit | Balance | Receipt Desc. | Invoice | Receipt Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BVKEY | 008418 | 8/1/2026 | INS | INSURANCE | CH | AUTOCHRG @T8/31/2026 | 12,020.00 | | 655,151.72 | | | |
| BVKEY | 008418 | 8/1/2026 | RNT | BASE RENT | CH | AUTOCHRG @T8/31/2026 | 248,751.90 | | 903,903.62 | | | |
| BVKEY | 008418 | 8/1/2026 | TAX | TAXES | CH | AUTOCHRG @T8/31/2026 | 38,153.00 | | 942,056.62 | | | |
| BVKEY | 008418 | 8/10/2026 | PPD | PREPAID RENT | CR | Prepaid | | 69,587.88 | 872,468.74 | 0539151 | | WT |
| BVKEY | 008418 | 8/13/2026 | PPD | PREPAID RENT | CR | Prepaid | | 238,587.02 | 633,881.72 | 0425040 | | WT |
| BVKEY | 008418 | 9/1/2026 | CMM | CAM REGULAR | CH | AUTOCHRG @T9/30/2026 | 9,250.00 | | 643,131.72 | | | |
| BVKEY | 008418 | 9/1/2026 | INS | INSURANCE | CH | AUTOCHRG @T9/30/2026 | 12,020.00 | | 655,151.72 | | | |
| BVKEY | 008418 | 9/1/2026 | RNT | BASE RENT | CH | AUTOCHRG @T9/30/2026 | 248,751.90 | | 903,903.62 | | | |
| BVKEY | 008418 | 9/1/2026 | TAX | TAXES | CH | AUTOCHRG @T9/30/2026 | 38,153.00 | | 942,056.62 | | | |
| BVKEY | 008418 | 9/2/2026 | CMM | CAM REGULAR | CR | CreditApply | | 9,250.00 | 932,806.62 | 0425040 | | APL |
| BVKEY | 008418 | 9/2/2026 | INS | INSURANCE | CR | CreditApply | | 12,020.00 | 920,786.62 | 0425040 | | APL |
| BVKEY | 008418 | 9/2/2026 | PPD | PREPAID RENT | PR | CreditApply | 238,587.02 | | 1,159,373.64 | 0425040 | | APL |
| BVKEY | 008418 | 9/2/2026 | PPD | PREPAID RENT | PR | CreditApply | 69,587.88 | | 1,228,961.52 | 0539151 | | APL |
| BVKEY | 008418 | 9/2/2026 | RNT | BASE RENT | CR | CreditApply | | 179,164.02 | 1,049,797.50 | 0425040 | | APL |
| BVKEY | 008418 | 9/2/2026 | RNT | BASE RENT | CR | CreditApply | | 69,587.88 | 980,209.62 | 0539151 | | APL |
| BVKEY | 008418 | 9/2/2026 | TAX | TAXES | CR | CreditApply | | 38,153.00 | 942,056.62 | 0425040 | | APL |
| BVKEY | 008418 | 10/1/2026 | CMM | CAM REGULAR | CH | AUTOCHRG @T10/31/2026 | 9,250.00 | | 951,306.62 | | | |
| BVKEY | 008418 | 10/1/2026 | INS | INSURANCE | CH | AUTOCHRG @T10/31/2026 | 12,020.00 | | 963,326.62 | | | |
| BVKEY | 008418 | 10/1/2026 | RNT | BASE RENT | CH | AUTOCHRG @T10/31/2026 | 248,751.90 | | 1,212,078.52 | | | |
| BVKEY | 008418 | 10/1/2026 | TAX | TAXES | CH | AUTOCHRG @T10/31/2026 | 38,153.00 | | 1,250,231.52 | | | |
| BVKEY | 008418 | 11/1/2026 | CMM | CAM REGULAR | CH | AUTOCHRG @T11/30/2026 | 9,250.00 | | 1,259,481.52 | | | |
| BVKEY | 008418 | 11/1/2026 | INS | INSURANCE | CH | AUTOCHRG @T11/30/2026 | 12,020.00 | | 1,271,501.52 | | | |
| BVKEY | 008418 | 11/1/2026 | RNT | BASE RENT | CH | AUTOCHRG @T11/30/2026 | 248,751.90 | | 1,520,253.42 | | | |
| BVKEY | 008418 | 11/1/2026 | TAX | TAXES | CH | AUTOCHRG @T11/30/2026 | 38,153.00 | | 1,558,406.42 | | | |

| Category | | Mo. Rep Charges | Beg Balance | Charges | Cash Receipts | N/C Credits | Refunds | End Balance | Sec Dep Bal |
|---|---|---|---|---|---|---|---|---|---|
| CMM | CAM REGULAR | 9,250.00 | 27,284.00 | 64,750.00 | 46,250.00 | 0.00 | 0.00 | 45,784.00 | |
| CMR | CAM RECONCILIATION | 0.00 | 9,322.82 | 0.00 | 0.00 | 0.00 | 0.00 | 9,322.82 | |
| INS | INSURANCE | 12,020.00 | 33,916.00 | 84,140.00 | 60,100.00 | 0.00 | 0.00 | 57,956.00 | |
| PML | PRIOR MNTH LATE FEE | 0.00 | 29,740.90 | 0.00 | 0.00 | 0.00 | 0.00 | 29,740.90 | |
| PPD | PREPAID RENT | 0.00 | -308,174.90 | 0.00 | -308,174.90 | 0.00 | 0.00 | 0.00 | |
| RNT | BASE RENT | 248,751.90 | 729,431.90 | 1,741,263.30 | 1,243,759.50 | 0.00 | 0.00 | 1,226,935.70 | |
| TAX | TAXES | 38,153.00 | 112,361.00 | 267,071.00 | 190,765.00 | 0.00 | 0.00 | 188,667.00 | |
| | **Total:** | **308,174.90** | **633,881.72** | **2,157,224.30** | **1,232,699.60** | **0.00** | **0.00** | **1,558,406.42** | **162,489.49** |

**Grand Totals:**

| Category | Mo. Rep Charges | Beg Balance | Charges | Cash Receipts | N/C Credits | Refunds | End Balance | Sec Dep Bal |
|---|---|---|---|---|---|---|---|---|

Database: P93299900001

CM Receivables Ledger

LBA Property

Page: 3

Date: 10/30/2026

Time: 12:56 PM

Occupancy Status: Current Inactive

05/26 Through 11/26

Security Deposit Ending Balance includes ALL periods

| Building | Lease | Date | Category | SR | Description | Debit | Credit | Balance | Receipt Desc. | Invoice | Receipt Type |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CMM | CAM REGULAR | 9,250.00 | 27,284.00 | 64,750.00 | 46,250.00 | 0.00 | 0.00 | 45,784.00 | |
| CMR | CAM RECONCILIATION | 0.00 | 9,322.82 | 0.00 | 0.00 | 0.00 | 0.00 | 9,322.82 | |
| INS | INSURANCE | 12,020.00 | 33,916.00 | 84,140.00 | 60,100.00 | 0.00 | 0.00 | 57,956.00 | |
| PML | PRIOR MNTH LATE FEE | 0.00 | 29,740.90 | 0.00 | 0.00 | 0.00 | 0.00 | 29,740.90 | |
| PPD | PREPAID RENT | 0.00 | -308,174.90 | 0.00 | -308,174.90 | 0.00 | 0.00 | 0.00 | |
| RNT | BASE RENT | 248,751.90 | 729,431.90 | 1,741,263.30 | 1,243,759.50 | 0.00 | 0.00 | 1,226,935.70 | |
| TAX | TAXES | 38,153.00 | 112,361.00 | 267,071.00 | 190,765.00 | 0.00 | 0.00 | 188,667.00 | |
| | **Grand Total:** | **308,174.90** | **633,881.72** | **2,157,224.30** | **1,232,699.60** | **0.00** | **0.00** | **1,558,406.42** | **162,489.49** |