United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 09, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**ORDER GRANTING PRIMEREVENUE, INC.'S MOTION TO STRIKE OR SEAL STATEMENTS UNDER 11 U.S.C. § 107(b)(2)**

This matter came before the Court on *PrimeRevenue's Motion to Strike or Seal Scandalous and Defamatory Statements Under 11 U.S.C. § 107(b)(2)* [Doc. 3766] (the "Motion"). No objections to the Motion were filed. The Court has reviewed the Motion, is advised in the premises, and hereby states as follows:

**IT IS ORDERED:**

The Motion is granted.

**IT IS FURTHER ORDERED**, pursuant to 11 U.S.C. § 107(b)(2), that the Clerk shall seal from the public record Doc. 3188, at ¶¶ 62, 101–02 and Doc. 3190, at ¶ 54.

Signed: November 09, 2026

Christopher Lopez
United States Bankruptcy Judge