United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 09, 2026
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| | | | |
|---|---|---|---|
| Division | Houston | Main Case Number | 25-90399 |
| Debtor | In Re: | First Brands Group, LLC | |

This lawyer, who is admitted to the State Bar of Michigan:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Ann Marie Uetz, Esq.<br>Foley & Lardner LLP<br>500 Woodward Avenue, Suite 2700<br>Detroit, MI 48226<br>Tel: (312) 234-7114; auetz@foley.com |

Seeks to appear as the attorney for this party:

| | |
|---|---|
| JessCo Brakes Inc., an affiliate of Friction One Brake Technology (Xiantao) Co., Ltd. | |
| Dated: 11/6/2026 | Signed: /s/ Ann Marie Uetz |

| | |
|---|---|
| COURT USE ONLY: The applicant's state bar reports their status as: ______________________. | |
| Dated: | Signed: ______________________<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Signed: November 09, 2026

Christopher Lopez
United States Bankruptcy Judge