**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**NOTICE OF HEARING**
[Docket Nos. 3953, 3988, 3989 and 4006]

**PLEASE TAKE NOTICE** that a hearing on the *Stipulation and Agreed Order (I) Modifying the Automatic Stay to Permit the Dip Agent to Sweep and Apply Cash Collateral of the FBG Converting Debtors and (II) Granting Related Relief* [Doc 3953], *Evolution and Ronald J. Sommers' (I) Objection to the Proposed Stipulation and Order to Permit the Dip Agent to Sweep and Apply Cash Collateral of the FBG Converting Debtors; and (II) Reservation of Rights* [Doc 3988], *Onset Financial, Inc.'s Objection to Proposed Stipulation and Agreed Order (I) Modifying the Automatic Stay to Permit the Dip Agent to Sweep and Apply Cash Collateral of the FBG Converting Debtors and (II) Granting Related Relief* [Doc 3989] and *Carnaby Chapter 7 Trustee's Limited Objection to Proposed Stipulation and Agreed Order* [Doc 4006] has been set for **November 17, 2026, at 1:00 p.m. CT** before Judge Christopher M. Lopez, United States Bankruptcy Judge.

The hearing will take place in Judge Lopez's courtroom, United States Courthouse, Courtroom No. 402, 515 Rusk, Houston Texas, 77002. To participate electronically, parties must follow the instructions set forth on Judge Lopez's web page located at:

---

[1] A complete list of the "**Debtors**" in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-christopher-m-lopez

Parties are instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Lopez at 832-917-1510, conference room number 590153 and (ii) Connect via the free GoToMeeting Application or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website. The meeting code is "JudgeLopez".

Dated: November 9, 2026.

By: */s/ Tom A. Howley*
Tom Howley (Texas Bar No. 24010115)
Eric Terry (Texas Bar No. 00794729)
**HOWLEY LAW PLLC**
700 Louisiana Street, Suite 4545
Houston, TX 77002
Telephone: 713-333-9125
Email: tom@howley-law.com
eric@howley-law.com

Scott J. Greenberg (admitted *pro hac vice*)
C. Lee Wilson (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166
Telephone: 212-351-4000
Email: sgreenberg@gibsondunn.com
clwilson@gibsondunn.com

-and-

AnnElyse Scarlett Gains (admitted *pro hac vice*)
S. Robert Marsters, Jr. (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street N.W.
Washington, D.C. 20036-3504
Telephone: 202-955-8500
Email: agains@gibsondunn.com
rmarsters@gibsondunn.com

***Counsel to the Ad Hoc Group***

**CERTIFICATE OF SERVICE**

I certify that on November 9, 2026, I caused a true and correct copy of this Motion to be served by the Court's CM/ECF system on all parties entitled to notice through this system and via first class mail to the attached service list.

*/s/Tom A. Howley*
Tom A. Howley