**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**CERTIFICATE OF NO OBJECTION TO PROPOSED ORDER IN FURTHERANCE OF THE WIND DOWN ORDER REGARDING SALE OF CERTAIN ASSETS OF EAGLE MACHINING, LLC TO VENTURES IN SPACE FAYETTE, LTD.**

The undersigned hereby certifies that:

1. On April 16, 2026, the United States Bankruptcy Court for the Southern District of Texas (the "**Court**") entered the *Order Pursuant to Section 363 of the Bankruptcy Code (I) Approving and Authorizing the Debtors to Enter Into and Perform Under the Consulting Agreement; (II) Authorizing the Sale of Wind Down Assets Free and Clear of All Liens, Claims, and Encumbrances; and (III) Granting Related Relief* [Docket No. 2454] (the "**Wind Down Order**").[2]

2. On September 1, 2026, the Court entered the *Order (I) Converting Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief* [Docket No. 3748] (the "**Conversion Order**"). Pursuant to the Wind Down Order, and as applicable in these chapter

---

[1] "**Debtors**" means First Brands Group, LLC, First Brands Group Holdings, LLC ("**FBGH**"), FBGH's direct and indirect debtor subsidiaries, and Viceroy Private Capital, LLC. The FBG Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Wind Down Order.

7 cases through the Conversion Order, Eva S. Engelhart, the chapter 7 trustee (the "**Chapter 7 Trustee**") is authorized to, among other things, sell, abandon, or monetize the Wind Down Assets, subject to the terms of the Wind Down Order.

3. In accordance with the Wind Down Order, on October 8, 2026, counsel for the Chapter 7 Trustee served a Wind Down Sale Notice regarding the sale of certain Wind Down Assets owned by Eagle Machining, LLC to Ventures in Space Fayette, Ltd., an affiliate of Rupp Enterprises (the "**Fayette Sale**"), by email on the Wind Down Sale Notice Parties comprising: the U.S. Trustee, the Ad Hoc Group, and the known parties with an Asserted Interest with respect to the Wind Down Assets to be sold. The Notice Period expired and no Wind Down Sale Notice Party objected. Further, the Chapter 7 Trustee obtained the consent of all parties with an Overlapping Collateral Interest in the Net Proceeds or Gross Proceeds, as applicable, of the Wind Down Assets to be sold.

4. On October 30, 2026, the Chapter 7 Trustee filed the *Notice Regarding Proposed Order in Furtherance of the Wind Down Order Regarding Sale of Certain Assets of Eagle Machining, LLC to Ventures in Space Fayette, Ltd.* [Docket No. 4015] (the "**Notice of Proposed Order**").

5. Objections to the Fayette Sale and Proposed Order were due by November 6, 2026, at 4:00 p.m. (prevailing Central Time) (the "**Objection Deadline**"). The Chapter 7 Trustee did not receive any objections or informal comments regarding the Fayette Sale or the Proposed Order by the Objection Deadline.

6. Accordingly, the Chapter 7 Trustee respectfully requests entry of the Proposed Order attached hereto at the Court's earliest convenience.

Dated: November 10, 2026
New York, NY

*<u>/s/ Cindi M. Giglio</u>*

**KATTEN MUCHIN ROSENMAN LLP**
Cindi M. Giglio
Grace A. Thompson
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8700
Email: cgiglio@katten.com
grace.thompson@katten.com

*Special Counsel for the Chapter 7 Trustee*

**<u>Certificate of Service</u>**

I hereby certify that on November 10, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*<u>/s/ Cindi M. Giglio</u>*
Cindi M. Giglio