**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **Jointly Administered** |
| **Debtors.** | § | |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that Ahlstrom Filtration LLC ("Ahlstrom"), hereby withdraws Ahlstrom's Certificate of No Objection to Application of Ahlstrom Filtration LLC for Allowance and Payment of Administrative Expense Claims dated October 29, 2026 at Docket Number 4004 without prejudice.

Dated: November 10, 2026.

**MICHAEL BEST & FRIEDRICH LLP**

*/s/ Justin M. Mertz*
Justin M. Mertz
jmmertz@michaelbest.com
790 N. Water Street, Suite 2500
Milwaukee, WI 53202
Phone: (414) 225-4972

*Attorneys for Ahlstrom Filtration LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 10, 2026, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL** was served via the Court's CM/ECF system on all parties registered to receive electronic notice in this case, and via email or regular U.S. Mail on the following parties:

Ronald Sommers
Chapter 7 Trustee
1400 Post Oak Blvd., Suite 300
Houston, TX 77056-6656

Clifford W. Carlson
Gabriel A. Morgan
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Email : clifford.carlson@weil.com;
gabriel.morgan@weil.com
Attorneys for Debtors

Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002

Ian Ross Phillips
COLE SCHOTZ P.C.
901 Main St., Suite 4120
Dallas, TX 75202
Email: iphillips@coleschotz.com
Counsel for the Official Committee of Unsecured Creditors

Date: November 10, 2026.

**MICHAEL BEST & FRIEDRICH, LLP**

*/s/ Justin M. Mertz*