**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| FIRST BRANDS GROUP, LLC, *et al.*, | Case No. 25-90399 (CML) |
| Debtors. [1] | (Jointly Administered) |

**ORDER GRANTING CHAPTER 7 TRUSTEES RONALD J. SOMMERS'S AND CATHERINE S. CURTIS'S EMERGENCY MOTION TO EXTEND DEADLINE TO OBJECT TO THE FOURTH INTERIM AND FINAL FEE APPLICATION OF ALVAREZ AND MARSAL NORTH AMERICA, LLC, AS FINANCIAL ADVISOR TO THE CHAPTER 11 DEBTORS**

Upon consideration of the *Chapter 7 Trustees Ronald Sommers's and Catherine Curtis's Emergency Motion to Extend Deadline to Object to the Fourth Interim and Final Fee Application of Alvarez and Marsal North America, LLC, as Financial Advisor to the Chapter 11 Debtors* [Docket No. ___] (the "Motion") filed by Ronald J. Sommers and Catherine S. Curtis, the Chapter 7 Trustees (the "Trustees") for the estates of the SPV Debtors, seeking entry of an Order extending the deadline to object to the *Fourth Interim and Final Fee Application of Alvarez and Marsal North America, LLC, as Financial Advisor to the Chapter 11 Debtors* [ECF No. 3860] (the "Application"), without prejudice to further extension for cause shown, pursuant to 11 U.S.C. § 105(a) and Rule 9006 of the Federal Rules of Bankruptcy Procedure; and the Court having jurisdiction over this matter under 28 U.S.C. § 1334 and this being a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is 127 Public Square, Suite 5300, Cleveland, Ohio 44114.

notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The deadline for the Trustee to object to the Application is extended through and including December 4, 2026, without prejudice to the Trustee seeking further extension for cause shown.

3. This Order is effective immediately upon entry.

4. This Court shall retain jurisdiction over the matters arising from or related to the interpretation, implementation or enforcement of this Order.

Signed: ____________________, 2026

______________________________________
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE