**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| FIRST BRANDS GROUP, LLC, *et al.*, | Case No. 25-90399 (CML) |
| Debtors. [1] | (Jointly Administered) |

**DECLARATION OF JOHN HAMMEL STRAUSS IN SUPPORT OF CHAPTER 7 TRUSTEES' EMERGENCY MOTION TO EXTEND DEADLINE TO OBJECT TO THE FOURTH INTERIM AND FINAL FEE APPLICATION OF ALVAREZ AND MARSAL NORTH AMERICA, LLC, AS FINANCIAL ADVISOR TO THE CHAPTER 11 DEBTORS**

I, John Hammel Strauss, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a partner with the law firm Reid Collins & Tsai LLP, proposed special litigation counsel for Ronald J. Sommers, the Chapter 7 Trustee for the bankruptcy estates of Debtors Patterson Inventory, LLC, Patterson Inventory Holdings, LLC, Starlight Inventory I, LLC, Starlight Inventory Holdings I, LLC, Global Assets LLC, Global Lease Assets Holdings, LLC, Global Assets GmbH, Carnaby Capital Holdings, LLC, Broad Street Financial Holdings, LLC, Broad Street Financial, LLC, Carnaby Inventory II, LLC, Carnaby Inventory Holdings II, LLC, Carnaby Inventory III, LLC, and Carnaby Inventory Holdings III, LLC (the "Sommers Debtors"), and Catherine S. Curtis, the Chapter 7 Trustee (together with Ronald J. Sommers, the "Trustees") for the bankruptcy estates of Debtors Carnaby Capital, LLC, Carnaby Inventory Holdings IV,

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is 127 Public Square, Suite 5300, Cleveland, Ohio 44114.

LLC, Carnaby Inventory IV, LLC, Carnaby FA Holdings, LLC, Carnaby FA, LLC, and Eagle Casting Holdings, LLC (the "Curtis Debtors," and together with the Sommers Debtors, the "Chapter 7 SPV Debtors"). I have been admitted *pro hac vice* to appear in these cases. I am over the age of eighteen and competent to make this Declaration.

2. I submit this Declaration in support of *Chapter 7 Trustees Ronald J. Sommers's and Catherine S. Curtis's Emergency Motion to Extend Deadline to Object to the Fourth Interim and Final Fee Application of Alvarez and Marsal North America, LLC, as Financial Advisor to the Chapter 11 Debtors* (the "Motion"). Except as otherwise stated, the facts set forth in this Declaration are based on my personal knowledge. If called as a witness, I could and would testify competently to these facts.

3. On Friday, October 30, 2026, I participated in a telephone call with Tad Davidson of Hunton Andrews Kurth LLP, counsel for Alvarez and Marsal North America, LLC ("A&M").

4. During that call, Mr. Davidson and I discussed, among other things, whether and how A&M intended to allocate the fees and expenses requested in its Fourth Interim and Final Fee Application [ECF No. 3860] (the "Application") between and among the specific Debtor entities.

5. During that call, Mr. Davidson represented that A&M did not plan to allocate any of its claimed fees and expenses to any of the Chapter 7 SPV Debtors.

6. Mr. Davidson also stated during that call that the DIP lenders wanted to reserve their right to seek contribution from the Chapter 7 SPV Debtors.

7. Attached hereto as Exhibit B is a true and correct copy of my email to Mr. Davidson dated October 13, 2026, as well as the subsequent correspondence negotiating an extension to the Objection Deadline.

8. Attached hereto as Exhibit C is a true and correct copy of my email to Mr. Davidson dated November 2, 2026, following up on the October 30, 2026 call and requesting that A&M confirm that it is not allocating any fees to the Chapter 7 SPV Debtors.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 12, 2026
New York, NY

*_/s/ John Hammel Strauss_*
John Hammel Strauss

# EXHIBIT B

**From:** Bell, Brandon <BBell@hunton.com>
**Sent:** Monday, October 19, 2026 9:08 PM
**To:** Barbara Balliette <bballiette@reidcollins.com>; Scott Saldaña <ssaldana@reidcollins.com>; Davidson, Tad <TadDavidson@hunton.com>; John Hammel Strauss <jhstrauss@reidcollins.com>; Powell, Tim <TPowell@hunton.com>
**Cc:** 'Erin Jones' <erin.jones@jonesmurray.com>; Sam Hilliard <shilliard@reidcollins.com>; sshurn@hwa.com
**Subject:** RE: FBG/Sommers | A&M Fee Application

Barbara—yes we'll agree that, instead of Sunday (11.15.26), the extension for the Ch. 7 SPV Trustee (Sommers) will be to **Monday (11.16.26) at 5pm CT**.

As to Scott's question regarding an extension for Catherine Curtis, we will check with our client if and when her proposed counsel (Steve) makes a request on her behalf.

**Brandon Bell**
Associate
bbell@hunton.com
p +1 713 220 3631
**Hunton.com**

---

**From:** Barbara Balliette <bballiette@reidcollins.com>
**Sent:** Monday, October 19, 2026 4:16 PM
**To:** Scott Saldaña <ssaldana@reidcollins.com>; Bell, Brandon <BBell@hunton.com>; Davidson, Tad <TadDavidson@hunton.com>; John Hammel Strauss <jhstrauss@reidcollins.com>; Powell, Tim <TPowell@hunton.com>
**Cc:** 'Erin Jones' <erin.jones@jonesmurray.com>; Sam Hilliard <shilliard@reidcollins.com>; sshurn@hwa.com
**Subject:** RE: FBG/Sommers | A&M Fee Application

**This Message Is From An External Sender**
Hunton Andrews Kurth warning: This message came from outside the firm.

Thanks, Brandon. The 15th is a Sunday. I assume you meant to make the deadline on Monday at 5pm?

**Barbara Whiten Balliette**
Partner
Website | Bio | vCard

512.647.6103 (Direct)

---

**From:** Scott Saldaña <ssaldana@reidcollins.com>
**Sent:** Monday, October 19, 2026 4:14 PM
**To:** Bell, Brandon <BBell@hunton.com>; Barbara Balliette <bballiette@reidcollins.com>; Davidson, Tad <TadDavidson@hunton.com>; John Hammel Strauss <jhstrauss@reidcollins.com>; Powell, Tim <TPowell@hunton.com>
**Cc:** 'Erin Jones' <erin.jones@jonesmurray.com>; Sam Hilliard <shilliard@reidcollins.com>; sshurn@hwa.com
**Subject:** RE: FBG/Sommers | A&M Fee Application

Thanks, Brandon. We've spoken with one of the other Chapter 7 trustees Catherine Curtis and I think she will share similar concerns regarding the allocation questions on A&M's final fee application. Can Ms. Curtis be included in the extension of the objection deadline? Copying her potential counsel Steve Shurn.

Thanks,

**Scott D. Saldaña**
Partner

Website | Bio | Filedrop

Reid Collins & Tsai LLP
512.647.6112 (Direct)
512.647.6100 (Main)

---

**From:** Bell, Brandon <BBell@hunton.com>
**Sent:** Monday, October 19, 2026 4:10 PM
**To:** Barbara Balliette <bballiette@reidcollins.com>; Davidson, Tad <TadDavidson@hunton.com>; John Hammel Strauss <jhstrauss@reidcollins.com>; Powell, Tim <TPowell@hunton.com>
**Cc:** 'Erin Jones' <erin.jones@jonesmurray.com>; Scott Saldaña <ssaldana@reidcollins.com>; Sam Hilliard <shilliard@reidcollins.com>
**Subject:** RE: FBG/Sommers | A&M Fee Application

Barbara,

We've conferred with our client. A&M is willing to extend the Chapter 7 SPV Trustee's deadline to object to A&M's final fee application until **November 15, 2026, at 5:00 p.m. CT**. We will inform Judge Lopez's case manager that A&M has agreed to extend the objection D/L to 11.15.26 at 5pm CT so the Court won't inadvertently enter an order granting the application beforehand.

Thanks,

**Brandon Bell**
Associate
bbell@hunton.com
p +1 713 220 3631
**Hunton.com**

---

**From:** Barbara Balliette <bballiette@reidcollins.com>
**Sent:** Friday, October 16, 2026 12:30 PM
**To:** Davidson, Tad <TadDavidson@hunton.com>; John Hammel Strauss <jhstrauss@reidcollins.com>; Powell, Tim <TPowell@hunton.com>; Bell, Brandon <BBell@hunton.com>
**Cc:** 'Erin Jones' <erin.jones@jonesmurray.com>; Scott Saldaña <ssaldana@reidcollins.com>; Sam Hilliard <shilliard@reidcollins.com>
**Subject:** RE: FBG/Sommers | A&M Fee Application

**This Message Is From An External Sender**
Hunton Andrews Kurth warning: This message came from outside the firm.

Thank you. We will need an answer by close of business on Monday on the extension request so that we can either seek relief from the court or prepare a response.

As to your substantive question about our objection, if there is no allocation to any of the Trustee's debtors, then we are open to discussing a resolution that will allow A&M to collect its fees while preserving post-petition claims of the Trustee's debtors that we believe may exist.

**Barbara Whiten Balliette**
Partner
Website | Bio | vCard

512.647.6103 (Direct)

---

**From:** Davidson, Tad <TadDavidson@hunton.com>
**Sent:** Friday, October 16, 2026 12:24 PM
**To:** Barbara Balliette <bballiette@reidcollins.com>; John Hammel Strauss <jhstrauss@reidcollins.com>; Powell, Tim <TPowell@hunton.com>; Bell, Brandon <BBell@hunton.com>
**Cc:** 'Erin Jones' <erin.jones@jonesmurray.com>; Scott Saldaña <ssaldana@reidcollins.com>; Sam Hilliard <shilliard@reidcollins.com>
**Subject:** RE: FBG/Sommers | A&M Fee Application

We continue to discuss your request and will get back to you prior to the objection deadline with an answer to your question whether any fees are allocated to your debtors.   Are you not objecting to A&M final fee application if the answer is A&M is not allocating any fees to your debtors?

**Tad Davidson**
Partner
taddavidson@hunton.com
p  +1 713 220 3810
**Hunton.com**

---

**From:** Barbara Balliette <bballiette@reidcollins.com>
**Sent:** Friday, October 16, 2026 12:18 PM
**To:** Davidson, Tad <TadDavidson@hunton.com>; John Hammel Strauss <jhstrauss@reidcollins.com>; Powell, Tim <TPowell@hunton.com>; Bell, Brandon <BBell@hunton.com>
**Cc:** 'Erin Jones' <erin.jones@jonesmurray.com>; Scott Saldaña <ssaldana@reidcollins.com>; Sam Hilliard <shilliard@reidcollins.com>
**Subject:** RE: FBG/Sommers | A&M Fee Application

**This Message Is From An External Sender**
Hunton Andrews Kurth warning: This message came from outside the firm.

Ok, to clarify what that means – they are denying the extension or you don't yet have authority from them?

**Barbara Whiten Balliette**
Partner
Website | Bio | vCard

512.647.6103 (Direct)

---

**From:** Davidson, Tad <TadDavidson@hunton.com>
**Sent:** Friday, October 16, 2026 12:16 PM
**To:** Barbara Balliette <bballiette@reidcollins.com>; John Hammel Strauss <jhstrauss@reidcollins.com>; Powell, Tim

<TPowell@hunton.com>; Bell, Brandon <BBell@hunton.com>
**Cc:** 'Erin Jones' <erin.jones@jonesmurray.com>; Scott Saldaña <ssaldana@reidcollins.com>; Sam Hilliard <shilliard@reidcollins.com>
**Subject:** RE: FBG/Sommers | A&M Fee Application

No -- I can't as I don't have authority from my client.

Tad

**Tad Davidson**
Partner
taddavidson@hunton.com
p +1 713 220 3810
**Hunton.com**

---

**From:** Barbara Balliette <bballiette@reidcollins.com>
**Sent:** Friday, October 16, 2026 12:14 PM
**To:** Davidson, Tad <TadDavidson@hunton.com>; John Hammel Strauss <jhstrauss@reidcollins.com>; Powell, Tim <TPowell@hunton.com>; Bell, Brandon <BBell@hunton.com>
**Cc:** 'Erin Jones' <erin.jones@jonesmurray.com>; Scott Saldaña <ssaldana@reidcollins.com>; Sam Hilliard <shilliard@reidcollins.com>
**Subject:** RE: FBG/Sommers | A&M Fee Application

**This Message Is From An External Sender**
Hunton Andrews Kurth warning: This message came from outside the firm.

Hi Tad. Following up on this. Can you give us an answer today on the extension? We'd like to get that buttoned up.
Thank you, Barbara

**Barbara Whiten Balliette**
Partner
Website | Bio | vCard

512.647.6103 (Direct)

---

**From:** Barbara Balliette
**Sent:** Thursday, October 15, 2026 10:42 AM
**To:** 'Davidson, Tad' <TadDavidson@hunton.com>; John Hammel Strauss <jhstrauss@reidcollins.com>; 'Powell, Tim' <TPowell@hunton.com>; 'Bell, Brandon' <BBell@hunton.com>
**Cc:** 'Erin Jones' <erin.jones@jonesmurray.com>; Scott Saldaña <ssaldana@reidcollins.com>
**Subject:** RE: FBG/Sommers | A&M Fee Application

Hello Tad. Just following up on the extension issue below. Can we get agreement on that while we work on the other issues?
Thanks, Barbara

**Barbara Whiten Balliette**
Partner
Website | Bio | vCard

512.647.6103 (Direct)

---

**From:** Barbara Balliette
**Sent:** Tuesday, October 13, 2026 3:53 PM
**To:** 'Davidson, Tad' <TadDavidson@hunton.com>; John Hammel Strauss <jhstrauss@reidcollins.com>; Powell, Tim <TPowell@hunton.com>; Bell, Brandon <BBell@hunton.com>
**Cc:** 'Erin Jones' <erin.jones@jonesmurray.com>; Scott Saldaña <ssaldana@reidcollins.com>
**Subject:** RE: FBG/Sommers | A&M Fee Application

Thank you for the introduction JH and hello Tad.
To answer your questions, it is our understanding the current response deadline is Monday, October 26. How long of an extension we ultimately need will depend on other answers from your team, but let's start with making it November 11?
In terms of the implications to the Trustee's estates, we need to understand to what extent any fees or expenses sought in A&M's final fee application are chargeable to the Chapter 7 SPV estates. The Bankruptcy Court's September 1 Conversion Order contemplates that claimed professional fees and expenses would be allocated "between and among the specific Debtor entities," but that information does not appear to be included in A&M's final fee application.
Let me know if you have any further questions before going back to them.
Thank you,
Barbara

**Barbara Whiten Balliette**
Partner
Website | Bio | vCard

512.647.6103 (Direct)

---

**From:** Davidson, Tad <TadDavidson@hunton.com>
**Sent:** Tuesday, October 13, 2026 3:35 PM
**To:** John Hammel Strauss <jhstrauss@reidcollins.com>; Powell, Tim <TPowell@hunton.com>; Bell, Brandon <BBell@hunton.com>
**Cc:** Barbara Balliette <bballiette@reidcollins.com>; 'Erin Jones' <erin.jones@jonesmurray.com>; Scott Saldaña <ssaldana@reidcollins.com>
**Subject:** RE: FBG/Sommers | A&M Fee Application

John, we will reach out to A&M (and hello Erin). When is the deadline and how long are you asking for? Also, what are the questions regarding the implications on the chp 7 SPC estates? I will be asked what that means.

Tad

**Tad Davidson**
Partner
taddavidson@hunton.com
p +1 713 220 3810
**Hunton.com**

**From:** John Hammel Strauss <jhstrauss@reidcollins.com>
**Sent:** Tuesday, October 13, 2026 3:03 PM
**To:** Powell, Tim <TPowell@hunton.com>; Davidson, Tad <TadDavidson@hunton.com>; Bell, Brandon <BBell@hunton.com>
**Cc:** Barbara Balliette <bballiette@reidcollins.com>; 'Erin Jones' <erin.jones@jonesmurray.com>; Scott Saldaña <ssaldana@reidcollins.com>
**Subject:** FBG/Sommers | A&M Fee Application

**This Message Is From An External Sender**
Hunton Andrews Kurth warning: This message came from outside the firm.

Tim,

I'd like to introduce you and the Hunton team to my colleague Barbara Balliette and Erin Jones at Jones Murray who also serves as counsel to Ronald J. Sommers (the "Trustee") in his capacity as Trustee for the Chapter 7 SPV Debtors. The Trustee is in the process reviewing A&M's final fee application and has questions regarding the implications of A&M's fee application on the Chapter 7 SPV Debtors' estates. Given the approaching objection deadline, the Trustee would like to get an extension of that deadline while he further investigates whether any objection is or is not required on behalf of his estates.

Please let us know your availability for a call to discuss.

Best,
JH

**John Hammel Strauss**
Partner

REID COLLINS TSAI

Website | Bio | vCard

Reid Collins & Tsai LLP
420 Lexington Ave, Suite 2515
New York, New York 10170
212.344.5206 (Direct)
212.344.5200 (Main)

*This message and all attachments are confidential and may be protected by the attorney-client or other privileges. Any unauthorized review, use, disclosure, or distribution is prohibited. If you believe this message has been sent to you in error, please notify the sender by replying to this transmission and delete the message without disclosing it.*

# EXHIBIT C

**From:** John Hammel Strauss
**To:** Davidson, Tad; Scott Saldaña; Powell, Tim; Bell, Brandon; Michael Duke; Vivek Tata; Ella Epstein; vklevan@elsberglaw.com; Andrew Parks; Lisa Tsai; Ron Sommers; Julia Byrne
**Cc:** Moore, Chuck; Jerneycic, Daniel; Uhrin, Matt; Saindon, Kim; Dunn, Kaylan
**Subject:** RE: First Brands - A&M Production 8.14.26
**Date:** Thursday, November 12, 2026 11:41:42 AM
**Attachments:** image001.png

Thanks, Tad. When will A&M provide the Trustee with the LEDES format versions of the A&M invoices?

JH

**John Hammel Strauss**
Partner
Website | Bio | vCard
Reid Collins & Tsai LLP
212.344.5206 (Direct)
212.344.5200 (Main)

---

**From:** Davidson, Tad <TadDavidson@hunton.com>
**Sent:** Thursday, November 12, 2026 12:36 PM
**To:** John Hammel Strauss <jhstrauss@reidcollins.com>; Scott Saldaña <ssaldana@reidcollins.com>; Powell, Tim <TPowell@hunton.com>; Bell, Brandon <BBell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>; Julia Byrne <jbyrne@reidcollins.com>
**Cc:** Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>; Dunn, Kaylan <KaylanDunn@hunton.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

John, respectfully disagree with your statements.

I will reach out to you if we have anything further to discuss.

Thanks

Tad

**Tad Davidson**
Partner
taddavidson@hunton.com
p +1 713 220 3810
Hunton.com

---

**From:** John Hammel Strauss <jhstrauss@reidcollins.com>
**Sent:** Thursday, November 12, 2026 10:53 AM
**To:** Davidson, Tad <TadDavidson@hunton.com>; Scott Saldaña <ssaldana@reidcollins.com>; Powell, Tim <TPowell@hunton.com>; Bell, Brandon <BBell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>; Julia Byrne <jbyrne@reidcollins.com>
**Cc:** Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>; Dunn, Kaylan <KaylanDunn@hunton.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

**This Message Is From An External Sender**
Hunton Andrews Kurth warning: This message came from outside the firm.

Tad,

You said to me during our call on 10/30 that A&M would not be allocating any fees/expenses to the SPV estates, but that the DIP lenders wanted to reserve their rights to seek contribution. You also said that A&M was open to negotiating a stipulation that would confirm that A&M is not allocating fees to the SPV estates—as you had already told me—which could have obviated the Trustee's need to incur the time and expense of scrutinizing A&M's fee application and objecting to it.

Without explanation, A&M has walked back from the statements you made and refused to engage in any meaningful way over the past two weeks despite our repeated outreach. As Scott stated below, given A&M's unwillingness to engage, the Trustee need the LEDES format versions of the A&M invoices so that our fee expert can scrutinize those entries. Please let us know when they will be provided.

Given the circumstances, including A&M's facially deficient fee application, a contested motion for a modest extension seems like a waste of the Court's time and will not reflect well on A&M. If there has been a misunderstanding and A&M remains open to the sort of stipulation that we discussed and that Scott described in his email below, let us know. You can reach me at my direct line below if you would like to discuss.

JH

**John Hammel Strauss**
Partner
Website | Bio | vCard
Reid Collins & Tsai LLP
212.344.5206 (Direct)
212.344.5200 (Main)

---

**From:** Davidson, Tad <TadDavidson@hunton.com>
**Sent:** Thursday, November 12, 2026 11:04 AM
**To:** Scott Saldaña <ssaldana@reidcollins.com>; John Hammel Strauss <jhstrauss@reidcollins.com>; Powell, Tim <TPowell@hunton.com>; Bell, Brandon <BBell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>; Julia Byrne <jbyrne@reidcollins.com>
**Cc:** Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>; Dunn, Kaylan <KaylanDunn@hunton.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

Noted. You had 45 days to review the fee application and we will contest any request to extend the already extended deadline

**Tad Davidson**
Partner
taddavidson@hunton.com
p +1 713 220 3810
Hunton.com

---

**From:** Scott Saldaña <ssaldana@reidcollins.com>
**Sent:** Wednesday, November 11, 2026 7:12 PM
**To:** Davidson, Tad <TadDavidson@hunton.com>; John Hammel Strauss <jhstrauss@reidcollins.com>; Powell, Tim <TPowell@hunton.com>; Bell, Brandon <BBell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>; Julia Byrne <jbyrne@reidcollins.com>
**Cc:** Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>; Dunn, Kaylan <KaylanDunn@hunton.com>
**Subject:** Re: First Brands - A&M Production 8.14.26

**This Message Is From An External Sender**
Hunton Andrews Kurth warning: This message came from outside the firm.

Tad,

Just following up here. If we don't hear back from you tomorrow, we'll need to move for an extension.

Thanks,

**Scott D. Saldaña**
Partner
Website | Bio | Filedrop
Reid Collins & Tsai LLP
512.647.6112 (Direct)
512.647.6100 (Main)

---

**From:** Scott Saldaña
**Sent:** Tuesday, 10 November 2026 13:18:15
**To:** Davidson, Tad <TadDavidson@hunton.com>; John Hammel Strauss <jhstrauss@reidcollins.com>; Powell, Tim <TPowell@hunton.com>; Bell, Brandon <BBell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com <vklevan@elsberglaw.com>; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>; Julia Byrne <jbyrne@reidcollins.com>
**Cc:** Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>; Dunn, Kaylan <KaylanDunn@hunton.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

Tad,

As you probably gathered from the objection filed by Mr. Sommers last week in response to the other final fee applications, we do not agree that the reference to the Interim Compensation Procedures in the Conversion Order relieves A&M and the other professionals of their explicit obligation under the Conversion Order to "identify fees and expenses between and among the specific Debtor entities." ¶ 2(a)(v). The earlier allocations between the DIP Loan Parties and Non-DIP Loan Parties that you reference do not comply with the Conversion Order's requirement that reflects the new reality where we now have three Chapter 7 trustees presiding over different estates. The Conversion Order's requirement is additionally consistent with bankruptcy law, which requires that professional fee applicants specify to whom their requested fees are being charged. *See* Fed. R. Bankr. P. 2016(a)(1)(C) (requiring final fee application to show "the source of the paid or promised compensation"); *In re Las Torres Dev., L.L.C.*, 413 B.R. 687, 698 (Bankr. S.D. Tex. 2009) ("Although the same attorneys represent both Debtors, the Court concludes that the attorneys' fees must be allocated to reflect the compensation requested for services rendered to each Debtor.").

Although we appreciate you confirming that any of A&M's allowed fees will be paid out of the Professional Fee Escrow Account, that doesn't answer JH's question to you about whether A&M intends to allocate any of its claimed fees and expenses between and among the specific Debtor entities. If the approximately $2 million that you reference is being allocated to the SPV estates, the SPV Debtors' trustees need to understand whether the specific

proposed allocations to the SPV Debtors' estates are proportionate to the services provided for each estate and whether the amounts sought represent "reasonable compensation for actual, necessary services" and "actual, necessary expenses" in accordance with 11 U.S.C. § 330(a)(1). And in that case, we'll also need the LEDES format versions of the A&M invoices so that our fee expert can scrutinize those entries. That's likely going to require the trustees to seek an additional extension of time on the final fee application objection deadline, with or without A&M's consent.

We understand that A&M would like to avoid further delays in the approval of its final fee application. From our perspective, the quickest route to final fee application approval will be through the negotiation of a stipulation that preserves the trustees' claims against A&M notwithstanding approval of the final fee application. But the feasibility of reaching such a stipulation depends on whether the trustees can get clarity on the allocation issue so that we can build that into any agreement. If that's the route we're going to go, my team is happy to provide the first draft of a proposed stipulation. Let us know.

Thanks,

**Scott D. Saldaña**
Partner

Website | Bio | Filedrop

Reid Collins & Tsai LLP
512.647.6112 (Direct)
512.647.6100 (Main)

---

**From:** Davidson, Tad <TadDavidson@hunton.com>
**Sent:** Friday, November 6, 2026 12:08 PM
**To:** John Hammel Strauss <jhstrauss@reidcollins.com>; Powell, Tim <TPowell@hunton.com>; Bell, Brandon <BBell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>; Julia Byrne <jbyrne@reidcollins.com>
**Cc:** Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>; Dunn, Kaylan <KaylanDunn@hunton.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

John,

A&M in its fee statements has already allocated its fees between DIP Loan Parties and Non-DIP Loan Parties pursuant to the DIP order (Para 7(e)) and interim fee procedures order (para 6). For A&M, the amount allocated to the Non-DIP Loan Parties is approximately $2 million. As you know, the Non-DIP Loan Parties are the SPV debtors. We believe that this is what Judge Lopez envisioned professional having to do when he restated the allocation process "in accordance with the Interim Compensation Procedures" in the conversion order (para 2((v)). This isn't something new. With that said, A&M's allowed fees will be paid from the

Professional Fee Escrow which was funded by the DIP lenders. These funds are set aside for payment of professionals and none of the debtors or the DIP lender have an interest in the reserve.

Tad

**Tad Davidson**
Partner
taddavidson@hunton.com
p +1 713 220 3810
Hunton.com

---

**From:** John Hammel Strauss <jhstrauss@reidcollins.com>
**Sent:** Wednesday, November 4, 2026 3:32 PM
**To:** Davidson, Tad <TadDavidson@hunton.com>; Powell, Tim <TPowell@hunton.com>; Bell, Brandon <BBell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>; Julia Byrne <jbyrne@reidcollins.com>
**Cc:** Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>; Dunn, Kaylan <KaylanDunn@hunton.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

**This Message Is From An External Sender**
Hunton Andrews Kurth warning: This message came from outside the firm.

Tad,

Is A&M going to allocate professional fees and expenses “between and among the specific Debtor entities,” as required by the Bankruptcy Court’s Conversion Order, and/or confirm that A&M is not allocating any fees to the Trustee’s estates?

As you know, the objection deadline is less than two weeks away.

JH

**John Hammel Strauss**
Partner
Website | Bio | vCard
Reid Collins & Tsai LLP
212.344.5206 (Direct)
212.344.5200 (Main)

**From:** Davidson, Tad <TadDavidson@hunton.com>
**Sent:** Wednesday, November 4, 2026 3:45 PM
**To:** John Hammel Strauss <jhstrauss@reidcollins.com>; Powell, Tim <TPowell@hunton.com>; Bell, Brandon <BBell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>; Julia Byrne <jbyrne@reidcollins.com>
**Cc:** Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>; Dunn, Kaylan <KaylanDunn@hunton.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

John, A&M has delivered a massive amount of documents and information to the trustee. Weil has done so as well on behalf of the converted debtors including materials from A&M. We have complied with any obligations to the trustee regarding gathering and delivery of these documents. You should continue to search the documents and see if the responsive documents are included.

If they are not included, you should seek the source documents from the relevant banks. For example, A&M doesn't have any of the BNY material. Also a number of your requests ask about what the debtors have. Weil gave you all of those documents already. So it appears to be best practice for you to go directly to the banks to ensure the trustee gets exactly what he needs and that the documents/materials are complete and originals.

Tad

**Tad Davidson**
Partner
taddavidson@hunton.com
p +1 713 220 3810
**Hunton.com**

**From:** John Hammel Strauss <jhstrauss@reidcollins.com>
**Sent:** Monday, November 2, 2026 3:24 PM
**To:** Davidson, Tad <TadDavidson@hunton.com>; Powell, Tim <TPowell@hunton.com>; Bell, Brandon <BBell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>; Julia Byrne <jbyrne@reidcollins.com>
**Cc:** Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel

<djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>; Dunn, Kaylan <KaylanDunn@hunton.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

**This Message Is From An External Sender**
Hunton Andrews Kurth warning: This message came from outside the firm.

Tad,

As discussed during our Friday call, below is a revised set of document/information requests to A&M on behalf of Ronald J. Sommers (the "Trustee") in his capacity as Trustee for the Chapter 7 SPV Debtors. Please confirm that A&M will provide the documents/information requested below to the extent that A&M has them.

Please also confirm that A&M is not allocating any fees to the Trustee's estates. As we discussed, the Bankruptcy Court's September 1 Conversion Order requires A&M to allocate professional fees and expenses "between and among the specific Debtor entities," which A&M's fee application did not do.

Happy to discuss.

JH

1. **Info Requests Tab**: The "Info Requests" tab contains a list of bank account and transaction information that we are looking for in connection with our own analysis. It would be helpful to know whether you have documents for the specific accounts listed in that tab. If so, the Trustee requests that you provide those documents, including documents containing the following bank account information listed in the "Info Requests" tab of the attached spreadsheet:
    - Bank statements
    - Daily opening and ending bank account balances
    - Intraday bank account balances
    - Transaction timestamps
    - Canceled checks
    - ACH/Electronic disbursement and deposit details
    - Other reports identifying transaction counterparty names

2. **"Unknown Counterparty Trans" Tab**: We identified 4 ACH payments with descriptions referencing "CORP PYMNT" or "CORP PMT" transactions (as shown in the "Unknown Counterparty Trans" tab of the attached spreadsheet. Does A&M have

documents or information regarding who the counterparties are that received those funds and if so, could you provide the Trustee with those documents/information?

3. **"Collection Account Trans" Tab**: We identified 22 Outgoing Money Transfer Debit transactions that appear to have been sent to a "COLLECTION ACCOUNT" at the Bank of New York Mellon, as shown in the "Collection Account Trans" tab.
    a. Do the Debtors have bank account records for this account and, if so, could you provide us with those records?
    b. Do the Debtors have documents/information regarding which entity owns/controls that BNY Mellon account and, if so, could you provide us with those records?

**John Hammel Strauss**
Partner
Website | Bio | vCard
Reid Collins & Tsai LLP
212.344.5206 (Direct)
212.344.5200 (Main)

---

**From:** Davidson, Tad <TadDavidson@hunton.com>
**Sent:** Friday, October 30, 2026 9:29 AM
**To:** John Hammel Strauss <jhstrauss@reidcollins.com>; Powell, Tim <TPowell@hunton.com>; Bell, Brandon <BBell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>
**Cc:** Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>; Dunn, Kaylan <KaylanDunn@hunton.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

Sure that works. You can call my cell 713 416 4416.

Tad

**Tad Davidson**
Partner
taddavidson@hunton.com
p +1 713 220 3810
Hunton.com

---

**From:** John Hammel Strauss <jhstrauss@reidcollins.com>

**Sent:** Thursday, October 29, 2026 10:31 PM
**To:** Davidson, Tad <TadDavidson@hunton.com>; Powell, Tim <TPowell@hunton.com>; Bell, Brandon <BBell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>
**Cc:** Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>; Dunn, Kaylan <KaylanDunn@hunton.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

**This Message Is From An External Sender**
Hunton Andrews Kurth warning: This message came from outside the firm.

Tad,

How about 3 ET? I have availability in the afternoon.

JH

**John Hammel Strauss**
Partner
Website | Bio | vCard
Reid Collins & Tsai LLP
212.344.5206 (Direct)
212.344.5200 (Main)

---

**From:** Davidson, Tad <TadDavidson@hunton.com>
**Sent:** Thursday, October 29, 2026 3:35 PM
**To:** John Hammel Strauss <jhstrauss@reidcollins.com>; Powell, Tim <TPowell@hunton.com>; Bell, Brandon <BBell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>
**Cc:** Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>; Dunn, Kaylan <KaylanDunn@hunton.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

John, I can talk tomorrow about this.

Tad

**Tad Davidson**
Partner
taddavidson@hunton.com
p +1 713 220 3810
Hunton.com

---

**From:** John Hammel Strauss <jhstrauss@reidcollins.com>
**Sent:** Tuesday, October 27, 2026 12:12 PM
**To:** Powell, Tim <TPowell@hunton.com>; Bell, Brandon <BBell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>
**Cc:** Davidson, Tad <TadDavidson@hunton.com>; Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>; Dunn, Kaylan <KaylanDunn@hunton.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

**This Message Is From An External Sender**
Hunton Andrews Kurth warning: This message came from outside the firm.

Tim,

Following up again on my questions from 10/9 below. Is Hunton/A&M going to respond?

JH

**John Hammel Strauss**
Partner
Website | Bio | vCard
Reid Collins & Tsai LLP
212.344.5206 (Direct)
212.344.5200 (Main)

---

**From:** John Hammel Strauss
**Sent:** Monday, October 19, 2026 7:56 PM
**To:** Powell, Tim <TPowell@hunton.com>; Bell, Brandon <BBell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>
**Cc:** Davidson, Tad <TadDavidson@hunton.com>; Moore, Chuck <cmoore@alvarezandmarsal.com>;

Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>; Dunn, Kaylan <KaylanDunn@hunton.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

Tim,

Following up on the questions from my 10/9 email below. Happy to discuss.

JH

**John Hammel Strauss**
Partner
Website | Bio | vCard
Reid Collins & Tsai LLP
212.344.5206 (Direct)
212.344.5200 (Main)

---

**From:** Powell, Tim <TPowell@hunton.com>
**Sent:** Monday, October 12, 2026 10:10 AM
**To:** John Hammel Strauss <jhstrauss@reidcollins.com>; Bell, Brandon <BBell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>
**Cc:** Davidson, Tad <TadDavidson@hunton.com>; Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>; Dunn, Kaylan <KaylanDunn@hunton.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

John,

We’re in receipt of and reviewing your below email. Regarding the question about A&M’s final production of a few thousand docs, we anticipate making that final production sometime in the middle of this week.

Tim

**Tim Powell**
Associate
tpowell@hunton.com
p +1 713 220 4543
m +1 713 702 8521
Hunton.com

**From:** John Hammel Strauss <jhstrauss@reidcollins.com>
**Sent:** Friday, October 9, 2026 1:47 PM
**To:** Powell, Tim <TPowell@hunton.com>; Bell, Brandon <BBell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>
**Cc:** Davidson, Tad <TadDavidson@hunton.com>; Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>; Dunn, Kaylan <KaylanDunn@hunton.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

**This Message Is From An External Sender**
Hunton Andrews Kurth warning: This message came from outside the firm.

Tim,

I have some questions relating to A&M's document turnover and certain information we have been trying to track down.

First, you mentioned in your email below that following the production of ~220k documents, A&M anticipated making its final production of approximately 2,500-3,000 docs in the weeks following. Do you have an update on the timing of A&M's anticipated final production?

Second, we are still sifting through the documents received pursuant to the turnover, but there are a few discrete categories of documents and information that I wanted to see if A&M already had and could point us in the direction of. Here are a few questions we have:

1. **BNY Mellon Collection Account**: What is the collection account at BNY Mellon's purpose? Which entity owns/controls that account? Is it a Debtor entity or a third party's account? Do the Debtors have records for this account? (the "Collection Account Trans." tab in the attached spreadsheet contains examples of transfers to the BNY Mellon collection account in Nov. 2023).

2. **"CORP PYMNT"/ "CORP PMT" Transactions**: Have the Debtors identified who the counterparties are that received the funds for the ACH, "CORP PYMNT" and "CORP PMT" transactions? (the "Unknown Counterparty Trans." tab contains examples of transactions identified in November 2023).

3. **Info Requests**: the "Info Requests" tab contains a list of information that we are looking for in connection with our own analysis. It would be helpful to know whether you have information for the specific accounts listed in that tab and, if so, if you could point us in the right direction. For example, do the Debtors have access to the time stamps on the bank account transactions? Do the Debtors have access to the daily opening and ending bank account balances and/or the intraday balances in each bank account?

Happy to discuss and have a great weekend.

Best,
JH

**John Hammel Strauss**
Partner
Website | Bio | vCard
Reid Collins & Tsai LLP
212.344.5206 (Direct)
212.344.5200 (Main)

---

**From:** Powell, Tim <TPowell@hunton.com>
**Sent:** Friday, September 25, 2026 10:10 AM
**To:** John Hammel Strauss <jhstrauss@reidcollins.com>; Bell, Brandon <BBell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>
**Cc:** Davidson, Tad <TadDavidson@hunton.com>; Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>; Dunn, Kaylan <KaylanDunn@hunton.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

Thanks, John. Our current estimate is approximately 220k documents. We're in the process of doing a final QC, so that number may change, but it will be around that.

Tim

**Tim Powell**
Associate
tpowell@hunton.com
p +1 713 220 4543
m +1 713 702 8521
Hunton.com

---

**From:** John Hammel Strauss <jhstrauss@reidcollins.com>
**Sent:** Wednesday, September 23, 2026 4:44 PM
**To:** Powell, Tim <TPowell@hunton.com>; Bell, Brandon <BBell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>
**Cc:** Davidson, Tad <TadDavidson@hunton.com>; Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>; Dunn, Kaylan <KaylanDunn@hunton.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

**This Message Is From An External Sender**
Hunton Andrews Kurth warning: This message came from outside the firm.

Tim,

We are ok with the approach described below, acknowledging (as you have below) that the Chapter 7 Trustee has reserved any and all rights, such that the Chapter 7 Trustee may subsequently request turnover of any documents or property that were omitted or redacted.

What is the approximate size of the production you will be making early next week?

Best,
JH

**John Hammel Strauss**
Partner
Website | Bio | vCard
Reid Collins & Tsai LLP
212.344.5206 (Direct)
212.344.5200 (Main)

---

**From:** Powell, Tim <TPowell@hunton.com>
**Sent:** Wednesday, September 23, 2026 8:57 AM
**To:** John Hammel Strauss <jhstrauss@reidcollins.com>; Bell, Brandon <BBell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>
**Cc:** Davidson, Tad <TadDavidson@hunton.com>; Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>; Dunn, Kaylan

<KaylanDunn@hunton.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

John,

Thanks again for taking the time to talk with us last week. We felt that it was very productive. Per our call, please find below A&M's responses in **green**.

Additionally, we believe that we'll be in a position to make another large production early next week, and we'll be making our final, smaller production of approximately 2,500-3,000 docs in the weeks following.

Tim

**Tim Powell**
Associate
tpowell@hunton.com
p +1 713 220 4543
m +1 713 702 8521
**Hunton.com**

---

**From:** John Hammel Strauss <jhstrauss@reidcollins.com>
**Sent:** Monday, September 14, 2026 2:29 PM
**To:** Bell, Brandon <BBell@hunton.com>; Powell, Tim <TPowell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>
**Cc:** Davidson, Tad <TadDavidson@hunton.com>; Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

**This Message Is From An External Sender**
Hunton Andrews Kurth warning: This message came from outside the firm.

Brandon,

Thanks for the email below, and confirming receipt of the initial production you sent this morning. I've left responses to your three items below in **red**. It would be helpful to know the timeline for the remaining productions as well. Feel free to call my direct line if you'd like to discuss.

Best,
JH

**John Hammel Strauss**
Partner
Website | Bio | vCard
Reid Collins & Tsai LLP
212.344.5206 (Direct)
212.344.5200 (Main)

---

**From:** Bell, Brandon <BBell@hunton.com>
**Sent:** Wednesday, September 9, 2026 9:01 AM
**To:** John Hammel Strauss <jhstrauss@reidcollins.com>; Powell, Tim <TPowell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>
**Cc:** Davidson, Tad <TadDavidson@hunton.com>; Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

John,

Circling up on our call last week. As discussed last week, please see below three items we're hoping we can get agreement on:

1. **Production of Substantive Documents With Mixed First Brands Group ("FBG") and Non-FBG Client Information, With Non-FBG Client Information Redacted:** As we discussed, there are certain documents that have been collected which contain, substantive, information regarding both First Brands and other, non-First Brands A&M clients. **We request agreement that such documents may be produced with the non-FBG client information redacted.** **We are ok with this, though we reserve all rights to challenge redactions that appear inappropriate, if any. To confirm, these redactions will apply *solely* to information relating to A&M's work for clients that are unrelated to FBG and the various FBG-affiliated entities, right?** **Confirmed**

2. **Omission of Internal, *Administrative* A&M Documents (Both FBG Only and Mixed FBG and Non-FBG Client Information) From A&M Production:** As we discussed last week, there are a number of purely internal, administrative A&M documents (such as documents pertaining to NACR employee billing metrics, billing credits, information walls, newsletters, and conflicts) both documents solely pertaining

to FBG and, like the category above, with mixed First Brands and non-First Brands client information. We would think you do not want these documents (which will just create more expense for you to review and host), but understand you'll want to understand what you would be agreeing not to receive. To that end, please see attached exemplars of these sorts of documents (2 of the 7 have non-FBG client information which is redacted, the other 5 contain purely FBG information). Let us know if you have questions once you've reviewed the exemplars or if would be helpful to discuss further. **We request that you agree that these sorts of documents can be omitted from A&M's production.** **We can agree to this omission for the most part. The documents you characterize as internal and administrative appear to fall within two categories: (1) documents regarding billing rates and utilization rates of A&M personnel and (2) conflict checks run internally by A&M. We are ok with the omission of category #1 (billing/utilization rates), but we do not agree to the omission of category #2 (internal conflicts checks), which in any event should be a low volume of documents. Let me know if there are other categories of "internal, administrative" documents beyond the two categories listed above that we should consider. We reserve all rights.** **A&M will not produce any internal A&M administrative documents. As we discussed specifically on our call, the conflicts related docs that A&M does not intend to produce relate solely to A&M's internal conflicts checks, which A&M explained in detail in A&M's Retention Application [Docket No. 417], which was approved by Court Order [Docket No. 896]. Furthermore, paragraph 25 of A&M's Retention Application requires A&M to supplement its conflicts checks, if necessary, which A&M did twice at Docket Nos. 2159 & 3698. A&M's internal conflicts checks are completely irrelevant and non-responsive and requiring A&M to produce such documents would require substantial, if not complete, redactions and would be unnecessarily burdensome. For the avoidance of doubt, A&M's internal conflicts results do not include emails assessing intra-Debtor conflicts, which, based on our conversation, seems to be what the Chapter 7 Trustee is interested in here.**

3. **Agreement to Produce Using Threading:** With respect to your question on whether anything would be lost by threading, the threading we propose here aligns with what is typical in the industry such that no unique emails or attachments are lost through the threading process. If you have more specific questions on process, please let us know. As to your questions about volume and data size: (1) **without applying threading,** the preliminary volume is ~371K documents (although we anticipate an additional ~30K documents being added to the review population) which is about ~256GB in size; and (2) **applying threading** the review population is ~273.3K documents (same caveat about

an anticipated additional ~30K documents being added to the review population) which is about ~209GB in size. **We request agreement that A&M may produce documents utilizing threading.** **We do not agree to production of documents utilizing threading. Please produce the full set without applying threading.** **A&M intends to implement threading in its full production. As we discussed on our call on Thursday, A&M's utilization of threading is a common practice in the industry and will provide the Chapter 7 Trustee with all responsive docs and communications requested in a more efficient manner for both the Chapter 7 Trustee and A&M. Additionally, threading will reduce the tremendous burden on A&M to have to redact multiple of the same email chains, where only a minimal amount of redactions would be required if threading was implemented. Furthermore, the Chapter 7 Trustee has reserved any and all rights, so to the extent that the Chapter 7 Trustee comes across something that was inadvertently omitted via threading, the Chapter 7 Trustee can bring such inadvertent omission to A&M's attention, and A&M will respond accordingly.**

Finally, I have an update on the timing of A&M's next production. A&M is aiming to make another production of (~85-100K documents) later this week, which consists of emails collected from the custodians with the FBG domain (i.e., emails that include the "@firstbrandsgroup.com" domain in the to/from/cc/bcc field plus attachments) that do not require a secondary review. **Ok. I presume this describes the production that was made this morning, correct?** **Correct. The 54,537 documents you received on 9/14/26 represent what was produced from the referenced ~85-100k documents batch after threading was applied.**

Please let us know regarding the three requests above and, as noted, happy to discuss further if helpful. **Happy to discuss as well. Feel free to call my direct line.**

Thanks,

**Brandon Bell**
Associate
bbell@hunton.com
p +1 713 220 3631
m +1 210 289 0492
Hunton.com

---

**From:** Bell, Brandon
**Sent:** Monday, August 31, 2026 1:02 PM

**To:** John Hammel Strauss <jhstrauss@reidcollins.com>; Powell, Tim <tpowell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>
**Cc:** Davidson, Tad <TadDavidson@hunton.com>; Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

John—we're still working through collection given large volume and number of custodians. Will advise on timing/expected volume of production as soon as we're able. Feel free to give me a call if you have questions.

**Brandon Bell**
Associate
bbell@hunton.com
p +1 713 220 3631
m +1 210 289 0492
Hunton.com

---

**From:** John Hammel Strauss <jhstrauss@reidcollins.com>
**Sent:** Monday, August 31, 2026 12:55 PM
**To:** Bell, Brandon <BBell@hunton.com>; Powell, Tim <TPowell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>
**Cc:** Davidson, Tad <TadDavidson@hunton.com>; Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

**This Message Is From An External Sender**
Hunton Andrews Kurth warning: This message came from outside the firm.

Brandon—checking in again for an update re: timing/volume of the production. You can call me at my direct line if easier.

JH

**John Hammel Strauss**
Partner
Website | Bio | vCard

Reid Collins & Tsai LLP
212.344.5206 (Direct)
212.344.5200 (Main)

---

**From:** John Hammel Strauss
**Sent:** Thursday, August 27, 2026 12:01 PM
**To:** 'Bell, Brandon' <BBell@hunton.com>; 'Powell, Tim' <TPowell@hunton.com>; 'Michael Duke' <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; 'Vivek Tata' <vtata@elsberglaw.com>; 'Ella Epstein' <eepstein@elsberglaw.com>; 'vklevan@elsberglaw.com' <vklevan@elsberglaw.com>; 'Andrew Parks' <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; 'Ron Sommers' <rsommers@nathansommers.com>
**Cc:** 'Davidson, Tad' <TadDavidson@hunton.com>; 'Moore, Chuck' <cmoore@alvarezandmarsal.com>; 'Jerneycic, Daniel' <djerneycic@alvarezandmarsal.com>; 'Uhrin, Matt' <muhrin@alvarezandmarsal.com>; 'Saindon, Kim' <ksaindon@alvarezandmarsal.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

Brandon—checking in re: timing/volume.

JH

**John Hammel Strauss**
Partner
Website | Bio | vCard
Reid Collins & Tsai LLP
212.344.5206 (Direct)
212.344.5200 (Main)

---

**From:** John Hammel Strauss
**Sent:** Friday, August 21, 2026 12:07 PM
**To:** Bell, Brandon <BBell@hunton.com>; Powell, Tim <TPowell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>
**Cc:** Davidson, Tad <TadDavidson@hunton.com>; Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

Understood. Thank Brandon.

JH

**John Hammel Strauss**
Partner

**Website** | **Bio** | **vCard**
Reid Collins & Tsai LLP
212.344.5206 (Direct)
212.344.5200 (Main)

---

**From:** Bell, Brandon <BBell@hunton.com>
**Sent:** Friday, August 21, 2026 11:33 AM
**To:** John Hammel Strauss <jhstrauss@reidcollins.com>; Powell, Tim <TPowell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>
**Cc:** Davidson, Tad <TadDavidson@hunton.com>; Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

John,

Thank you for confirming. On production timing, we're in the process of collecting from the now-agreed Custodians, and we'll circle up next week once we have a better sense of volume.

Thanks,

**Brandon Bell**
Associate
bbell@hunton.com
p +1 713 220 3631
m +1 210 289 0492
**Hunton.com**

---

**From:** John Hammel Strauss <jhstrauss@reidcollins.com>
**Sent:** Thursday, August 20, 2026 10:14 PM
**To:** Bell, Brandon <BBell@hunton.com>; Powell, Tim <TPowell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>
**Cc:** Davidson, Tad <TadDavidson@hunton.com>; Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>
**Subject:** Re: First Brands - A&M Production 8.14.26

**This Message Is From An External Sender**
Hunton Andrews Kurth warning: This message came from outside the firm.

Brandon,

Thanks for the call. We are good with your proposal.

Let us know what time frame you anticipate for production.

JH

**John Hammel Strauss**
Partner
Website | Bio | vCard
Reid Collins & Tsai LLP
420 Lexington Ave, Suite 2515
New York, New York 10170
212.344.5206 (Direct)
212.344.5200 (Main)

---

**From:** Bell, Brandon <BBell@hunton.com>
**Sent:** Thursday, August 20, 2026 4:59 PM
**To:** John Hammel Strauss <jhstrauss@reidcollins.com>; Powell, Tim <TPowell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com <vklevan@elsberglaw.com>; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>
**Cc:** Davidson, Tad <TadDavidson@hunton.com>; Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

All,

As discussed on the call, A&M has agreed to collect documents from the following custodians:

1. Paul Becker
2. Nicholas Haughey
3. Daniel Jerneycic
4. Wade Johnston
5. Paul Kosturos
6. Gaurav Malhotra
7. Michael Malloy

8. Justin Mitchell

9. Christopher Moffatt
10. Chuck Moore
11. Kerri Palen
12. Matt Uhrin

A&M will collect documents from these custodians using the following search terms, which, as discussed, are the same as those we understand you reached agreement with Weil on: “FBG”, “First Brands”, and “Project Overdrive”.

Finally, as we discussed on the call, please let us know tomorrow if you have requests for any additional custodians. As we discussed, the custodians identified above reflect a very broad and wide-encompassing group, and a significant amount of time and effort went into selecting them. Accordingly, we believe any additional custodians would merely be cumulative (resulting in little more than you all receiving an even more unwieldly production volume). To the extent you nonetheless request further custodians please let us know tomorrow as the collection effort is quite burdensome and costly and we do not want to have to repeat it with others at a later stage.

Thanks,

**Brandon Bell**
Associate
bbell@hunton.com
p +1 713 220 3631
m +1 210 289 0492
**Hunton.com**

---

**From:** Bell, Brandon
**Sent:** Thursday, August 20, 2026 7:45 AM
**To:** John Hammel Strauss <jhstrauss@reidcollins.com>; Powell, Tim <tpowell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>
**Cc:** Davidson, Tad <TadDavidson@hunton.com>; Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

Thanks John. Just sent a dial-in for 4:30pm ET.

Best,

**Brandon Bell**
Associate
bbell@hunton.com
p +1 713 220 3631
m +1 210 289 0492
Hunton.com

---

**From:** John Hammel Strauss <jhstrauss@reidcollins.com>
**Sent:** Thursday, August 20, 2026 7:07 AM
**To:** Bell, Brandon <BBell@hunton.com>; Powell, Tim <TPowell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>
**Cc:** Davidson, Tad <TadDavidson@hunton.com>; Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>
**Subject:** Re: First Brands - A&M Production 8.14.26

[redacted]

Hunton Andrews Kurth warning: This message came from outside the firm.

I can do 4-5pm ET today or 10:30-1:30 ET tomorrow.

**John Hammel Strauss**
Partner
Website | Bio | vCard
Reid Collins & Tsai LLP
420 Lexington Ave, Suite 2515
New York, New York 10170
212.344.5206 (Direct)
212.344.5200 (Main)

---

**From:** Bell, Brandon <BBell@hunton.com>
**Sent:** Wednesday, 19 August 2026 21:32:24
**To:** John Hammel Strauss <jhstrauss@reidcollins.com>; Powell, Tim <TPowell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com <vklevan@elsberglaw.com>; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>

**Cc:** Davidson, Tad <TadDavidson@hunton.com>; Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

John,

Are you available between 12:30-1:30pm ET (hard stop at 1:30pm ET) tomorrow? If not, please advise as to some window(s) that you are available for a call tomorrow.

As to the production from Tuesday, it is a collection of emails regarding postpetition AR collection, in the period between October 1, 2025, through April 30, 2026 (approximately the time of Hilco's engagement), collected from the custodians identified below, that fell within the parameters identified below:

I. Custodians (Chuck Moore, Justin Mitchell, Wade Johnston, and Gaurav Malhotra);
   1. With, or subject matter relating to, one or more of the major ~ 25 customers:
      i. Napa
      ii. "Ozark Automotive" OR "O'Reilly Auto Parts"
      iii. Autozone
      iv. Autozone Mexico
      v. General Motors
      vi. Costco
      vii. Ford Motor Company
      viii. Parts Authority
      ix. Walmart
      x. Canadian Tire
      xi. Factory Motor Parts
      xii. Advance Auto Parts
      xiii. United Auto Supply
      xiv. Honda
      xv. Husqvarna

xvi. FCA

xvii. Nissan

xviii. Grupo Morsa

xix. Fisher Auto Parts

xx. Keystone Auto

xxi. Amazon

xxii. Les Schwab Tire Center

xxiii. Mercury Marine

xxiv. Polaris

xxv. Refaccionaria

1. To/From/CC/BCC with one or more of the following email addresses associated with the 3 consultants (i.e., Mike Broderick, Craig Barnes, and Tim Turvey); and/or

    i. Michael.broderick@firstbrandsgroup.com

    ii. tim.turvey@firstbrandsgroup.com

    iii. craig.barnes@firstbrandsgroup.com

    iv. mikebroderick68@yahoo.com

    v. ett2009@live.com

    vi. cbautoaz@yahoo.com

1. To/From/CC/BCC with one or more of the following company personnel: Mike Fretwell, Dave Parker, Joe Salvia, Scott Wallace, and Darren Phillips.

    i. mike.fretwell@firstbrandsgroup.com

    ii. dave.parker@firstbrandsgroup.com

    iii. joe.salvia@firstbrandsgroup.com

    iv. scott.wallace@firstbrandsgroup.com

    v. Darren.Phillips@firstbrandsgroup.com

Please let us know regarding availability for a call tomorrow as soon as you can.

Thanks,

**Brandon Bell**
Associate
bbell@hunton.com
p +1 713 220 3631
m +1 210 289 0492
Hunton.com

---

**From:** John Hammel Strauss <jhstrauss@reidcollins.com>
**Sent:** Wednesday, August 19, 2026 10:06 AM
**To:** Powell, Tim <TPowell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>
**Cc:** Davidson, Tad <TadDavidson@hunton.com>; Bell, Brandon <BBell@hunton.com>; Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin, Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

[redacted]

Hunton Andrews Kurth warning: This message came from outside the firm.

Tim—what availability do you have this afternoon or tomorrow afternoon? How about 4pm ET today?

JH

**John Hammel Strauss**
Partner
Website | Bio | vCard
Reid Collins & Tsai LLP
212.344.5206 (Direct)
212.344.5200 (Main)

---

**From:** Powell, Tim <TPowell@hunton.com>
**Sent:** Tuesday, August 18, 2026 4:16 PM
**To:** John Hammel Strauss <jhstrauss@reidcollins.com>; Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>
**Cc:** Davidson, Tad <TadDavidson@hunton.com>; Bell, Brandon <BBell@hunton.com>; Moore, Chuck <cmoore@alvarezandmarsal.com>; Jerneycic, Daniel <djerneycic@alvarezandmarsal.com>; Uhrin,

Matt <muhrin@alvarezandmarsal.com>; Saindon, Kim <ksaindon@alvarezandmarsal.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

John,

We're happy to set up a call to discuss the contents of the below search, as well as to come to an agreement on parameters related to the Chapter 7 Trustee's request for the following A&M custodian emails: Charles Moore, Daniel Jerneysic, Gaurav Malhotra, Chris Moffatt, Roger Bayly, Chris Johnston, Project_Overdrive_AM_REST@alvarezandmarsal.com, Nick Haughey, Matt Uhrin, Kerri Palen, Evan Palek, Mike Malloy, Keyu Zhu, and Andrey Ulyanenko. Are you available to set up a quick call before 5pm ET today? Fully understanding the late request, are you available to discuss tomorrow morning? If so, please let us know some times that work for you and your team.

All rights reserved.

Tim

**Tim Powell**
Associate
tpowell@hunton.com
p +1 713 220 4543
m +1 713 702 8521
**Hunton.com**

---

**From:** John Hammel Strauss <jhstrauss@reidcollins.com>
**Sent:** Tuesday, August 18, 2026 7:21 AM
**To:** Bell, Brandon <BBell@hunton.com>; Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>
**Cc:** Davidson, Tad <TadDavidson@hunton.com>; Powell, Tim <TPowell@hunton.com>; Aquila, Elaina <elaina.aquila@weil.com>; Carlson, Clifford <clifford.carlson@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Lorente Sorolla, Juan <juan.lorentesorolla@weil.com>; McCabe, Nate <nate.mccabe@weil.com>; Jones, Taylor <taylor.jones@weil.com>
**Subject:** RE: First Brands - A&M Production 8.14.26

[redacted]

Hunton Andrews Kurth warning: This message came from outside the firm.

Thank you, Brandon. Confirming receipt. Could you please describe the contents of the production linked below?

Best,
JH

**John Hammel Strauss**
Partner
Website | Bio | vCard
Reid Collins & Tsai LLP
212.344.5206 (Direct)
212.344.5200 (Main)

---

**From:** Bell, Brandon <BBell@hunton.com>
**Sent:** Tuesday, August 18, 2026 7:31 AM
**To:** Michael Duke <mduke@elsberglaw.com>; Scott Saldaña <ssaldana@reidcollins.com>; Vivek Tata <vtata@elsberglaw.com>; Ella Epstein <eepstein@elsberglaw.com>; vklevan@elsberglaw.com; Andrew Parks <aparks@elsberglaw.com>; Lisa Tsai <ltsai@reidcollins.com>; Ron Sommers <rsommers@nathansommers.com>; John Hammel Strauss <jhstrauss@reidcollins.com>
**Cc:** Davidson, Tad <TadDavidson@hunton.com>; Powell, Tim <TPowell@hunton.com>; Aquila, Elaina <elaina.aquila@weil.com>; Carlson, Clifford <clifford.carlson@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Lorente Sorolla, Juan <juan.lorentesorolla@weil.com>; McCabe, Nate <nate.mccabe@weil.com>; Jones, Taylor <taylor.jones@weil.com>
**Subject:** First Brands - A&M Production 8.14.26

Counsel,

Below please see a link to A&M's production, all of which is being made subject to joint privilege as "Joint Privilege Materials" under the *Chapter 7 Trustee's Supplemental Agreed Protective Order* [Case Nos. 25-90392, 25-90393, 25-90394 & 25-90395] (Bankr. S.D. Tex.) (as may be amended, supplemented, or modified), dated May 15, 2026. A&M reserves all rights.

**A&M 8.14.26 Production:** https://alvarezandmarsal.sharefile.com/d-s80c52b1636884bb6a1a617437ed0b8e.

Password: 018.#;FNw5wplU\!

Best,

HUNTON

**Brandon Bell**
Associate
bbell@hunton.com
p +1 713 220 3631
m +1 210 289 0492

vcard | bio

**Hunton Andrews Kurth LLP**
600 Travis Street
Suite 4200
Houston, TX 77002
Hunton.com

This communication is confidential. If you are not an intended recipient, please advise by return email immediately and then delete this message, including all copies and backups.