**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | § |
| | § **Chapter 7** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § **(Previously Chapter 11)** |
| | § |
| **Debtors.**[1] | § **Case No. 25-90399 (CML)** |
| | § |
| | § **Jointly Administered** |

**TRUSTEE'S WITNESS AND EXHIBIT LIST**
**FOR HEARING ON NOVEMBER 17, 2026**

Eva S. Engelhart, the chapter 7 Trustee (the "***Trustee***") of the jointly administered bankruptcy estates of First Brands Group, LLC, First Brands Group Holdings, LLC's direct and indirect subsidiaries, and Viceroy Private Capital, LLC (collectively, the "***FBG Debtors***"),[2] in the above-styled jointly administered chapter 7 cases (the "***Bankruptcy Cases***"), respectfully files this this witness and exhibit list for the ***hybrid hearing*** to be held on **November 17, 2026, at 1:00 p.m. (prevailing Central Time)** (the "***Hearing***") before the Honorable Judge Christopher M. Lopez, United States Bankruptcy Judge, Courtroom 402, 515 Rusk Street, Houston, Texas 77002 as follows:

**WITNESSES**

The Trustee may call any of the following witnesses at the Hearing, whether in person or by proffer:

[1] A complete list of the "***Debtors***" in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

[2] The FBG Debtors do not include the 16 additional SPV debtors in the Carnaby Capital Holdings SPV silo or the "***Previously Converted Debtors***".

1. Any witnesses listed or called by any other party;
2. Any witnesses necessary to establish that notice of hearing has been provided; and
3. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other parties.

**EXHIBITS**

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | *Stipulation and Agreed Order (I) Modifying the Automatic Stay to Permit the DIP Agent to Sweep and Apply Cash Collateral of the FBG Converting Debtors and (II) Granting Related Relief* [Docket No. 3953] | | | | |
| 2. | *Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief* [Docket No. 608] | | | | |
| 3. | *Stipulation and Agreed Order Regarding Forbearance from the Exercise of Remedies Arising from the Occurrence of the Maturity Date Under the DIP Credit Agreement* [Docket No. 3506] | | | | |
| 4. | *Order (I) Converting Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief* [Docket No. 3748] | | | | |
| 5. | *Declaration of Daniel Jerneycic in Connection with Trustee's Objection to the Emergency Motion of Evolution Credit Partners to Compel Turnover and Deposit of Disputed Post-Petition Accounts Receivable Proceeds into the Court Registry* [Docket No. 3879-1] | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 6. | *Emergency Motion of Evolution Credit Partners to Compel Turnover and Deposit of Disputed Post-Petition Accounts Receivable Proceeds into the Court Registry* [Docket No. 3792] | | | | |
| 7. | *Evolution and Ronald J. Sommers' (I) Objection to the Proposed Stipulation and Order to Permit DIP Agent to Sweep and Apply Cash Collateral of the FBG Converting Debtors; and (II) Reservation of Rights* [Docket No. 3988] | | | | |
| 8. | *Onset Financial, Inc.'s Objection to Proposed Stipulation and Agreed Order Modifying the Automatic Stay to Permit DIP Agent to Sweep and Apply Cash Collateral of the FBG Converting Debtors and (II) Granting Related Relief* [Docket No. 3989] | | | | |
| 9. | *Carnaby Chapter 7 Trustee's Limited Objection to Proposed Stipulation and Agreed Order* [Docket No. 4006] | | | | |
| 10. | *Omnibus Reply to Objections to Stipulation and Agreed Order (I) Modifying the Automatic Stay to Permit the DIP Agent to Sweep and Apply Cash Collateral of the FBG Converting Debtors and (II) Granting Related Relief* [Docket No. 4029] | | | | |
| 11. | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy cases and related adversary proceedings | | | | |
| 12. | Any exhibit introduced by any other party | | | | |
| 13. | Rebuttal or impeachment exhibits as necessary | | | | |

**RESERVATION OF RIGHTS**

The Trustee reserves her right to amend, supplement, or remove any witnesses and/or exhibits prior to the Hearing. The Trustee also reserves her right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document.

Houston, Texas
November 13, 2026

Respectfully submitted,

By: */s/ Joshua W. Wolfshohl*

**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX 24038592)
Eric M. English (TX 24062714)
M. Shane Johnson (TX 24083263)
Jordan Stevens (TX 24106467)
Grecia V. Sarda (TX 24132092)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Fax: (713) 226-6248
jwolfshohl@porterhedges.com
eenglish@porterhedges.com
sjohnson@porterhedges.com
jstevens@porterhedges.com
gsarda@porterhedges.com

**COUNSEL FOR THE CHAPTER 7 TRUSTEE, EVA S. ENGELHART**

**CERTIFICATE OF SERVICE**

I certify that on November 13, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl