# EXHIBIT 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**CARNABY CHAPTER 7 TRUSTEE's *LIMITED* OBJECTION TO PROPOSED STIPULATION AND AGREED ORDER**
**[Refers to Dkt. No. 3952]**

Catherine Stone Curtis (the ***"Carnaby Chapter 7 Trustee"***), solely in her capacity as the chapter 7 trustee for the bankruptcy estates of Carnaby Capital, LLC; Carnaby Inventory Holdings IV, LLC; Carnaby Inventory IV, LLC; Carnaby FA Holdings, LLC; Carnaby FA, LLC; and Eagle Casting Holdings, LLC (collectively referred to here as the ***"Carnaby Debtors"***)[2] files this limited objection (the ***"Objection"***) to the proposed *Stipulation and Agreed Order (I) Modifying the Automatic Stay to Permit the DIP Agent to Sweep and Apply Cash Collateral of the FBG Converting Debtors and (II) Granting Related Relief* [dkt. nos. 3952, 3952-1] (the ***"Proposed Stipulation"***). In support of this Objection, the Carnaby Chapter 7 Trustee respectfully states as follows:

---

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

[2] Case nos. 25-90460; 25-90464; 25-90466; 25-90468; 25-90473; 25-90490.

1. The Carnaby Chapter 7 Trustee convened the first meeting of creditors on Wednesday, October 28, 2026, with respect to the Carnaby Debtors. The meetings have not been concluded. The Proposed Stipulation apparently seeks to modify the automatic stay to, *inter alia*, permit the DIP Agent to sweep remaining cash held by the FBG Estates.

2. To the extent that the Proposed Stipulation seeks relief to assert control over any assets of the Carnaby Debtors, subject to valid liens, rights, and encumbrances, the Carnaby Chapter 7 Trustee objects to such relief absent an appropriate carve-out preserving the Carnaby estates' rights and remedies.

3. The Carnaby Chapter 7 Trustee reserves all rights and remedies.

Dated: October 29, 2026

*/S/CATHERINE STONE CURTIS*
Catherine Stone Curtis
TBN: 24074100
Federal ID No.: 1129434
P.O. Box 720788
McAllen, TX 78504
Ph: (512) 461-1400
ccurtis@catherinecurtistrustee.com
***Carnaby Chapter 7 Trustee***

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed on the 29th day of October 2026, with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record and all parties requesting notice.

*/s/Catherine Stone Curtis*
Catherine Stone Curtis