**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| FIRST BRANDS GROUP, LLC, *et al.*, | § | Case No. 25-90399 (CML) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

**WITNESS AND EXHIBIT LIST**
**FOR HEARING ON NOVEMBER 17, 2026**

The ad hoc group represented by the undersigned counsel (the "**Ad Hoc Group**") in the above-captioned chapter 7 cases files this witness and exhibit list (the "**Witness and Exhibit List**") for the hybrid hearing scheduled for November 17, 2026 at 1:00 p.m. (prevailing Central Time) before the Honorable Christopher M. Lopez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 402, 515 Rusk Street, Houston, Texas 77002 (the "**Hearing**") as follows:

**WITNESSES**

The Ad Hoc Group *may* call the following witnesses at the Hearing:

1. Any witness listed by any other party.
2. Rebuttal witnesses as necessary.

The Ad Hoc Group further reserves the right to cross-examine any witness called by any other party.

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

**EXHIBITS**

| Exhibit | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1 | Final DIP Order [Docket No. 608] | | | |
| 2 | Stipulation and Agreed Order Regarding Forbearance from the Exercise of Remedies Arising from the Occurrence of the Maturity Date Under The Dip Credit Agreement [Docket No. 3506] | | | |
| 3 | Order (I) Converting Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief [Docket No. 3748] | | | |
| 4 | Declaration of Daniel Jerneycic in Connection with Trustee's Objection to the Emergency Motion of Evolution Credit Partners to Compel Turnover and Deposit of Disputed Post-Petition Accounts Receivable Proceeds into the Court Registry [Docket No. 3879-1] | | | |
| | Any document or pleading filed in the above-captioned cases | | | |
| | Any exhibit necessary for cross-examination, impeachment and/or rebuttal purposes | | | |
| | Any exhibit identified or offered by any other party for any reason whether direct, cross-examination or rebuttal | | | |

**RESERVATION OF RIGHTS**

The Ad Hoc Group reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to amend or supplement this

Witness and Exhibit List at any time prior to or during the Hearing. The Ad Hoc Group also reserves the right to use any exhibit presented by any other party, to rely on the declarations and testimony of any witness designated or called by any other party, and to ask the Court to take judicial notice of any document filed in these chapter 7 cases or in the chapter 7 cases of Patterson Inventory, LLC, et al., Case No. 25-90392 (CML).

Dated: November 13, 2026
Houston, Texas

Respectfully submitted,

*/s/ Tom A. Howley*
Tom A. Howley (Texas Bar No. 24010115)
Eric Terry (Texas Bar No. 00794729)
HOWLEY LAW PLLC
700 Louisiana Street, Suite 4220
Houston, TX 77002
Telephone: 713-333-9125
Email: tom@howley-law.com
eric@howley-law.com

Scott J. Greenberg (admitted *pro hac vice*)
C. Lee Wilson (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166
Telephone: 212-351-4000
Email: sgreenberg@gibsondunn.com
clwilson@gibsondunn.com

-and-

AnnElyse Scarlett Gains (admitted *pro hac vice*)
S. Robert Marsters, Jr. (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street N.W.
Washington, D.C. 20036-3504
Telephone: 202-955-8500
Email: agains@gibsondunn.com
rmarsters@gibsondunn.com

*Counsel to the Ad Hoc Group*

**CERTIFICATE OF SERVICE**

I certify that on November 13, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Tom A. Howley*
Tom A. Howley