**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al.*,<br><br>Debtors. [1] | Chapter 7<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**EVOLUTION AND RONALD J. SOMMERS' WITNESS AND EXHIBIT LIST**
**FOR THE HYBRID HEARING ON NOVEMBER 17, 2026**

Evolution Credit Opportunity Master Fund II-B, LP, Evolution Credit Partners Trade Finance Master L.P., and Evolution Credit Opportunity Master Fund III-B, LP (collectively, and together with their successors and assigns, "Evolution") and Ronald J. Sommers, the Chapter 7 Trustee (the "SPV Trustee") for the bankruptcy estates of Patterson Inventory Holdings, LLC, Patterson Inventory, LLC, Starlight Inventory Holdings I, LLC, and Starlight Inventory I, LLC (collectively, the "Evolution SPV Debtors") respectfully file this witness and exhibit list for the hybrid hearing to be held on November 17, 2026 at 1:00 p.m. (prevailing Central Time) before the Honorable Judge Christopher M. Lopez, United States Bankruptcy Judge, Courtroom 402, 515 Rusk Street, Houston, Texas 77002 (the "Hearing"), concerning the proposed *Stipulation and Agreed Order (I) Modifying the Automatic Stay to Permit the DIP Agent to Sweep and Apply Cash Collateral of the FBG Converting Debtors and (II) Granting Related Relief* [Docket No. 3953] (the "DIP Sweep Stipulation").

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

## WITNESSES

Evolution may call any of the following witnesses at the Hearing:

1. Any witnesses listed or called by any other party;

2. Any witness necessary to authenticate any document introduced, as necessary;

3. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other parties; and

4. Impeachment witnesses, as necessary.

## EXHIBITS

5. In lieu of re-filing, Evolution incorporates herein by reference Exhibit Nos. 1–27 from the Witness and Exhibit List of Evolution and Ronald J. Sommers for the Omnibus Hearing on October 21, 2026 [Docket No. 3935, the sealed filings of which are at Docket No. 3939], as set forth below.

| Ex. | Description | OFFERED | OBJECTION | ADMITTED | Disposition |
|---|---|---|---|---|---|
| 1. | Stipulation and Agreed Order Regarding Adequate Protection Among Debtors and Evolution Credit Partners, dated November 9, 2025 [Docket No. 609] **[FILED AT ECF NO. 3935-1]** | | | | |
| 2. | Declaration of Daniel Jerneycic in Connection with Trustee's Objection to the Emergency Motion of Evolution Credit Partners to Compel Turnover and Deposit of Disputed Post-Petition Accounts Receivable Proceeds into the Court Registry [Docket No. 3879-1] **[FILED AT ECF NO. 3935-2]** | | | | |
| 3. | First Brands Group, LLC's Objections and Answers to Evolution Credit Partners' First Set of Interrogatories, with Verification by Eva S. Engelhart, Chapter 7 Trustee, dated October 16, 2026 **[FILED AT ECF NO. 3935-3]** | | | | |
| 4. | Transcript of January 20, 2026 Hearing before the Honorable Christopher M. Lopez [Docket No. 1672] **[FILED AT ECF NO. 3935-4]** | | | | |

| Ex. | Description | OFFERED | OBJECTION | ADMITTED | Disposition |
|---|---|---|---|---|---|
| 5. | Cash Management Order [Docket No. 604] **[FILED AT ECF NO. 3935-5]** | | | | |
| 6. | Final DIP Order [Docket No. 608] **[FILED AT ECF NO. 3935-6]** | | | | |
| 7. | Evolution's *Emergency* Motion to Enforce Stipulation and Agreed Order Regarding Adequate Protection Among Debtors and Evolution Credit Partners [Docket No. 1076] **[FILED AT ECF NO. 3935-7]** | | | | |
| 8. | Debtors' (I) Objection to Evolution's Emergency Motion to Enforce Stipulation and Agreed Order Regarding Adequate Protection Among Debtors and Evolution Credit Partners and (II) Emergency Request for Use of Alleged Cash Collateral [Docket No. 1280] **[FILED AT ECF NO. 3935-8]** | | | | |
| 9. | Native Spreadsheet Titled "BPI Sales x Location Cash Application Detail 9.29 – 6.5" (FBG_EVL_00028761) **[FILED UNDER SEAL AT ECF NO. 3939-1]** | | | | |
| 10. | Native Spreadsheet Titled "BPI Daily Cash Balances (20261001)" (FBG_EVL_00028762) **[FILED UNDER SEAL AT ECF NO. 3939-2]** | | | | |
| 11. | Native Spreadsheet Titled "Project Overdrive – Debtor Cash 2026.10.8" (FBG_EVL_00028784) **[FILED UNDER SEAL AT ECF NO. 3939-3]** | | | | |
| 12. | Bank of America Statement for First Brands Group, LLC Concentration (Master) Account x6975, January 3, 2026 – February 6, 2026 (FBG_EVL_00028938) **[FILED UNDER SEAL AT ECF NO. 3939-4]** | | | | |
| 13. | Bank of America Statement for First Brands Group, LLC Concentration (Master) Account x6975, May 9, 2026 – June 5, 2026 (FBG_EVL_00028849) **[FILED UNDER SEAL AT ECF NO. 3939-5]** | | | | |
| 14. | Bank of America Statement for Brake Parts Inc LLC Lockbox Collection Account x7312, January 3, 2026 – | | | | |

| Ex. | Description | OFFERED | OBJECTION | ADMITTED | Disposition |
|---|---|---|---|---|---|
| | February 6, 2026 (FBG_EVL_00028928)<br>**[FILED UNDER SEAL AT ECF NO. 3939-6]** | | | | |
| 15. | Western Alliance Bank Deposit Activity Reports for Patterson Inventory, LLC Segregated Account x8871, March 12, 2026 through April 7, 2026 (FBG_EVL_00028885)<br>**[FILED UNDER SEAL AT ECF NO. 3939-7]** | | | | |
| 16. | Western Alliance Bank Deposit Activity Reports for Starlight Inventory I, LLC Segregated Account x1438, March 12, 2026 through April 7, 2026 (FBG_EVL_00028908)<br>**[FILED UNDER SEAL AT ECF NO. 3939-8]** | | | | |
| 17. | Western Alliance Bank Statements for Patterson Inventory, LLC Segregated Account x8871, September 1–30, 2026 (FBG_EVL_00028789)<br>**[FILED UNDER SEAL AT ECF NO. 3939-9]** | | | | |
| 18. | Western Alliance Bank Statements for Starlight Inventory I, LLC Segregated Account x1438, September 1–30, 2026 (FBG_EVL_00028796)<br>**[FILED UNDER SEAL AT ECF NO. 3939-10]** | | | | |
| 19. | Summary Exhibit – "BPI Daily Cash Balances (20261001) vShare (1)" (modified version of FBG_EVL_00028762), submitted pursuant to FRE 1006<br>**[FILED UNDER SEAL AT ECF NO. 3939-11]** | | | | |
| 20. | Deposition Transcript Excerpts of Charles M. Moore (pp. 760–61)<br>**[FILED AT ECF NO. 3935-20]** | | | | |
| 21. | Declaration of Daniel Jerneycic [Docket No. 1285]<br>**[FILED AT ECF NO. 3935-21]** | | | | |
| 22. | Native Spreadsheet titled "BPI US AR_2026-07-03," Reflecting Brake Parts Inc. LLC Accounts Receivable by Customer and Invoice as of July 3, 2026, produced by the FBG Debtors to the SPV Trustee<br>**[FILED UNDER SEAL AT ECF NO. 3939-12]** | | | | |

| Ex. | Description | OFFERED | OBJECTION | ADMITTED | Disposition |
|---|---|---|---|---|---|
| 23. | Stipulation and Agreed Interim Order Regarding Adequate Protection Among Debtors and Evolution Credit Partners [Docket No. 147] **[FILED AT ECF NO. 3935-23]** | | | | |
| 24. | Transcript of January 13, 2026 Hearing before the Honorable Christopher M. Lopez **[FILED AT ECF NO. 3935-24]** | | | | |
| 25. | Uncommitted Inventory Finance Agreement by and between Patterson Inventory, LLC, and Evolution Credit Opportunity Master Fund II-B, L.P., dated November 9, 2023 **[FILED UNDER SEAL AT ECF NO. 3939-13]** | | | | |
| 26. | Uncommitted Inventory Finance Agreement by and between Starlight Inventory I, LLC, and Evolution Credit Opportunity Master Fund II-B, L.P., dated March 28, 2024 **[FILED UNDER SEAL AT ECF NO. 3939-14]** | | | | |
| 27. | Evolution Credit Partners' First Set of Interrogatories to First Brands Group, LLC, dated October 1, 2026 **[FILED AT ECF NO. 3935-27]** | | | | |
| | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy case | | | | |
| | Any exhibit introduced by any other party. | | | | |
| | Rebuttal or impeachment exhibits as necessary. | | | | |

## RESERVATION OF RIGHTS

Evolution and the SPV Trustee reserve the right to use and/or present demonstratives for any purpose. Evolution and the SPV Trustee also reserve the right to use exhibits, demonstratives, and testimony not listed here for impeachment purposes at the Hearing.

Evolution and the SPV Trustee further reserve the right to supplement or otherwise amend this Witness and Exhibit List prior to the Hearing.

Respectfully submitted this November 13, 2026,

**GRAY REED**

*/s/ Jason S. Brookner*
Jason S. Brookner
Texas Bar No. 24033684
Emily F. Shanks
Texas Bar No. 24110350
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7000
Facsimile: (713) 986-7100
Email: jbrookner@grayreed.com
eshanks@grayreed.com

-and-

**PROSKAUER ROSE LLP**
Vincent Indelicato (admitted *pro hac vice*)
Matthew R. Koch (admitted *pro hac vice*)
Eleven Times Square
New York, NY 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Email: vindelicato@proskauer.com
mkoch@proskauer.com

-and-

Charles A. Dale (admitted *pro hac vice*)
One International Plaza
Boston, MA 02110-2600
Telephone: (617) 526-9600
Email: cdale@proskauer.com

*Counsel for Evolution*

**JONES MURRAY LLP**

*/s/ Erin E. Jones*
Erin E. Jones
Chris R. Murray
602 Sawyer, Suite 400
Houston, Texas 77007
Telephone: (832) 529-1999
Facsimile: (832) 529-3393
Email: erin.jones@jonesmurray.com
chris@jonesmurray.com

*Counsel for Ronald J. Sommers, Chapter 7 Trustee for the Evolution SPV Debtors*

-and-

**ELSBERG BAKER & MARURI PLLC**
Michael Duke (admitted *pro hac vice*)
David Elsberg (admitted *pro hac vice*)
Vivek Tata (admitted *pro hac vice*)
Andrew Parks (admitted *pro hac vice*)
Ella Epstein (admitted *pro hac vice*)
Victoria Klevan (admitted *pro hac vice*)
350 Fifth Avenue, 38th Floor
New York, NY 10118
Telephone: (212) 597-2600
Email: mduke@elsberglaw.com
delsberg@elsberglaw.com
vtata@elsberglaw.com
aparks@elsberglaw.com
eepstein@elsberglaw.com
vklevan@elsberglaw.com

*Counsel for Evolution and Special Litigation Counsel for Ronald J. Sommers, Chapter 7 Trustee for the Evolution SPV Debtors*

**CERTIFICATE OF SERVICE**

I certify that on November 13, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jason S. Brookner*
Jason S. Brookner