**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7<br>(Previously Chapter 11) |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | ) | Case No. 25-90399 (CML) |
| Debtors.[1] | ) | (Jointly Administered) |
| In re: | ) | Chapter 7<br>(Previously Chapter 11) |
| **PATTERSON INVENTORY, LLC, *et al.*,** | ) | Case No. 25-90392 (CML) |
| Debtors.[2] | ) | (Jointly Administered) |

**NOTICE OF STATUS CONFERENCE AND BID DEADLINE**
[Related to Case No. 25-90399, Docket No. 3933;
Case No. 25-90392, Docket No. 99]

**PLEASE TAKE NOTICE THAT**, the Court will hold a status conference, in lieu of a hearing, on **November 16, 2026 at 1:00 p.m. (prevailing Central Time)** on the following matters:

> *In re Patterson Inventory LLC, et al.*, Case No. 25-90392, Docket No. 99: *SPV Debtors' Trustee's Emergency Application to Authorize the SPV Debtors' Trustee to Sell Inventory Pursuant to the Wind Down Order* (the "SPV Inventory Motion"); and

> *In re First Brands Group LLC, et al.*, Case No. 25-90399, Docket No. 3933: *Chapter 7 Trustee of the FBG Debtors' Emergency Motion For Entry of Order (A) Authorizing Consummation of McHenry Wind Down Sale Pursuant to the Wind Down Order and (B) Granting Related Relief* (the "FBG Sale Motion").

---

1 "FBG Debtors" means First Brands Group, LLC, First Brands Group Holdings, LLC ("FBGH"), FBGH's direct and indirect debtor subsidiaries, and Viceroy Private Capital, LLC. The FBG Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

2 "SPV Debtors" means Patterson Inventory, LLC, Patterson Inventory Holdings, LLC, Starlight Inventory I, LLC, and Starlight Inventory Holdings I, LLC. The SPV Debtors' mailing address is 127 Public Square, Suite 5300, Cleveland, OH 44114.

The Status Conference will be conducted in Courtroom 402, 4th floor, 515 Rusk Avenue, Houston, TX 77002. You may participate in the Status Conference either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510 and entering the conference code 590153. Video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE THAT**, Eva S. Engelhart, the chapter 7 trustee (the "FBG Trustee") of the FBG Debtors and Ronald J. Sommers, the chapter 7 trustee (the "SPV Trustee") of the SPV Debtors seek bids to purchase the inventory, machinery, and equipment located at the FBG Debtors' McHenry, Illinois facilities (the "McHenry Wind Down Assets" and such sale, the "McHenry Wind Down Sale"). All parties interested in purchasing the McHenry Wind Down Assets must submit an offer to purchase such assets **no later than Monday, November 16, 2026 at 11:59 p.m. (prevailing Central Time)** (the "Bid Deadline") to the following parties:

**Hilco**

FirstBrandsLiquidation@Hilcoglobal.com

**Special Counsel to the FBG Trustee**

Katten Muchin Rosenman LLP
Cindi M. Giglio (cgiglio@katten.com)
Grace A. Thompson (grace.thompson@katten.com)

**Counsel to the SPV Trustee**

Jones Murray LLP
Erin Jones (erin@jonesmurray.com)

Elsberg Baker & Maruri PLLC
Michael Duke (mduke@elsberglaw.com)
Andrew Parks (aparks@elsberglaw.com)

**Consultant to the SPV Trustee**

H. David Overbeeke (david.overbeeke@championrco.com)

**PLEASE TAKE FURTHER NOTICE THAT**, in connection with the McHenry Wind Down Sale, the FBG Trustee and the SPV Trustee reserve all rights to, among other things, (i) extend the Bid Deadline, seek extensions to other deadlines (subject to Court approval), and object to such extensions; (ii) request the Court set an objection deadline and schedule a sale hearing (the "Sale Hearing"); (iii) hold an auction following the Bid Deadline and prior to the Sale Hearing; (iv) file briefs in support of the McHenry Wind Down Sale prior to the Sale Hearing and present evidence at the Sale Hearing; (v) object to the McHenry Wind Down Sale; and (vi) seek payment of professional and consulting fees from Net Proceeds (as defined in the Wind Down Order[3]) of the McHenry Wind Down Sale and object to such relief. The FBG Trustee and SPV Trustee agree to hold the SPV Inventory Motion in abeyance and that the SPV Trustee will request that the Court reset the hearing on the SPV Inventory Motion for a later date. The FBG Trustee and the SPV Trustee reserve all rights with respect to the SPV Inventory Motion and the FBG Sale Motion. All parties' rights under the Wind Down Order are reserved.

[*Remainder of page intentionally left blank*]

[3] "Wind Down Order" means the *Order Pursuant to Section 363 of the Bankruptcy Code (I) Approving and Authorizing the Debtors to Enter Into and Perform Under the Consulting Agreement; (II) Authorizing the Sale of Wind Down Assets Free and Clear of All Liens, Claims, and Encumbrances; and (III) Granting Related Relief* [Case No. 25-90399, Docket No. 2454].

Dated: November 14, 2026

*/s/ Cindi M. Giglio*
**KATTEN MUCHIN ROSENMAN LLP**
Cindi M. Giglio
Grace A. Thompson
50 Rockefeller Plaza
New York, New York 10020-1605
Telephone: (212) 940-8800
Email: cgiglio@katten.com
grace.thompson@katten.com

- and -

Rachel M. Riley
2121 N. Pearl Street, Suite 1100
Dallas, Texas 75201
Telephone: (214) 765-3600
Email: rachel.riley@katten.com

*Special Counsel for the FBG Trustee*

*/s/ Michael Duke*
**JONES MURRAY LLP**
Erin E. Jones (24032478)
Christopher R. Murray (24081057)
602 Sawyer, Suite 400
Houston, Texas 77007
Telephone: (832) 529-1999
Email: erin@jonesmurray.com
chris@jonesmurray.com

*Counsel for the SPV Trustee*

- and -

**ELSBERG BAKER & MARURI PLLC**
Michael Duke (admitted *pro hac vice*)
David Elsberg (admitted *pro hac vice*)
Vivek Tata (admitted *pro hac vice*)
Andrew Parks (admitted *pro hac vice*)
Ella Epstein (admitted *pro hac vice*)
Victoria Klevan (admitted *pro hac vice*)
350 Fifth Avenue, 38th Floor
New York, NY 10118
Telephone: (212) 597-2600
Email: mduke@elsberglaw.com
delsberg@elsberglaw.com
vtata@elsberglaw.com
aparks@elsberglaw.com
eepstein@elsberglaw.com
vklevan@elsberglaw.com

*Special Litigation Counsel for the SPV Trustee*

**Certificate of Service**

I hereby certify that on November 14, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Cindi M. Giglio*
Cindi M. Giglio