**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, *et al.*,<br><br>Debtors. [1] | Chapter 7<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**SUPPLEMENTAL WITNESS AND EXHIBIT LIST**
**OF EVOLUTION AND TRUSTEE RONALD J. SOMMERS**
**FOR THE CONTINUED HEARING ON NOVEMBER 17, 2026**

Evolution Credit Partners ("Evolution")[2] and Ronald J. Sommers, the Chapter 7 Trustee (the "SPV Trustee") for the bankruptcy estates of the Evolution SPV Debtors[3] respectfully file this Supplemental Witness and Exhibit List for the continued hearing on November 17, 2026 at 1:00 p.m. (prevailing Central Time) (the "Continued Hearing"), concerning the following motions:

i. Case No. 25-90399, Docket No. 3144, *Emergency Motion of Evolution Credit Partners to Compel Segregation and Turnover of Post-Petition Accounts Receivable Collected*, dated July 8, 2026;

ii. Case No. 25-90399, Docket No. 3792, *Emergency Motion of Evolution Credit Partners to Compel Turnover and Deposit of Disputed Post-Petition Accounts Receivable Proceeds into the Court Registry*, September 15, 2026;

iii. Case No. 25-90399, Docket No. 3796, *Emergency Authority to Operate Pursuant to 11 U.S.C. § 721 Effective as of September 1, 2026*, dated September 16, 2026.

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

[2] "Evolution" means, collectively, Evolution Credit Opportunity Master Fund II-B, L.P., Evolution Credit Partners Trade Finance Master L.P., and Evolution Credit Opportunity Master Fund III-B, LP.

[3] The "Evolution SPV Debtors" mean, collectively, the chapter 7 bankruptcy estates of Patterson Inventory Holdings, LLC, Patterson Inventory, LLC, Starlight Inventory Holdings I, LLC, and Starlight Inventory I, LLC.

1. In addition to the witnesses and exhibits already identified on the *Witness and Exhibit List of Evolution and Ronald J. Sommers for the Omnibus Hearing on October 21, 2026* [Docket No. 3935, the sealed filings for which are located at Docket No. 3939], Evolution and the SPV Trustee identify the following witnesses and exhibits:

**WITNESSES**

Evolution may call any of the following witnesses at the Hearing:

1. Daniel Jerneycic;
2. Rene Canezin (for rebuttal and impeachment purposes only);
3. Any witnesses listed or called by any other party;
4. Any witness necessary to authenticate any document introduced, as necessary;
5. Any other witnesses for impeachment purposes, or that are necessary to rebut the testimony of any witnesses called or designated by any other parties.

**EXHIBITS**

| Ex. | Description | OFFERED | OBJECTION | ADMITTED | Disposition |
|---|---|---|---|---|---|
| 55. | Bank of America Statement for First Brands Group, LLC, Account # 6262, January 3, 2026 – February 6, 2026 (FBG_EVL_00029124) **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DOCKET NO. 408)]** | | | | |
| 56. | Bank of America Statement for First Brands Group, LLC, Account # 6808, January 3, 2026 – February 6, 2026 (FBG_EVL_00030299) **[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DOCKET NO. 408)]** | | | | |
| | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy case | | | | |
| | Any exhibit introduced by any other party. | | | | |
| | Rebuttal or impeachment exhibits as necessary. | | | | |

**RESERVATION OF RIGHTS**

Evolution and the SPV Trustee reserve the right to use and/or present demonstratives for any purpose. Evolution and the SPV Trustee also reserve the right to use exhibits, demonstratives, and testimony not listed here for impeachment purposes at the Continued Hearing.

Evolution and the SPV Trustee further reserve the right to supplement or otherwise amend this Witness and Exhibit List prior to the Continued Hearing.

Respectfully submitted this November 14, 2026,


**GRAY REED**

*/s/ Jason S. Brookner*
Jason S. Brookner
Texas Bar No. 24033684
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7000
Facsimile: (713) 986-7100
Email: jbrookner@grayreed.com

-and-

**PROSKAUER ROSE LLP**
Vincent Indelicato (admitted *pro hac vice*)
Matthew R. Koch (admitted *pro hac vice*)
Eleven Times Square
New York, NY 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Email: vindelicato@proskauer.com
mkoch@proskauer.com

-and-

Charles A. Dale (admitted *pro hac vice*)
One International Plaza
Boston, MA 02110-2600
Telephone: (617) 526-9600
Email: cdale@proskauer.com

*Counsel for Evolution*

**JONES MURRAY LLP**

*/s/ Erin E. Jones*
Erin E. Jones
Chris R. Murray
602 Sawyer, Suite 400
Houston, Texas 77007
Telephone: (832) 529-1999
Facsimile: (832) 529-3393
Email: erin.jones@jonesmurray.com
chris@jonesmurray.com

*Counsel for Ronald J. Sommers, Chapter 7 Trustee for the Evolution SPV Debtors*

-and-

**ELSBERG BAKER & MARURI PLLC**
Michael Duke (admitted *pro hac vice*)
David Elsberg (admitted *pro hac vice*)
Vivek Tata (admitted *pro hac vice*)
Andrew Parks (admitted *pro hac vice*)
Ella Epstein (admitted *pro hac vice*)
Victoria Klevan (admitted *pro hac vice*)
350 Fifth Avenue, 38th Floor
New York, NY 10118
Telephone: (212) 597-2600
Email: mduke@elsberglaw.com
delsberg@elsberglaw.com
vtata@elsberglaw.com
aparks@elsberglaw.com
eepstein@elsberglaw.com
vklevan@elsberglaw.com

*Counsel for Evolution and Special Litigation Counsel for Ronald J. Sommers, Chapter 7 Trustee for the Evolution SPV Debtors*

**CERTIFICATE OF SERVICE**

I certify that on November 14, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Erin E. Jones*
Erin E. Jones