EXHIBIT 56

*Bank of America Statement for First Brands Group, LLC, Account # 6808,*
*January 3, 2026 – February 6, 2026*

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. 408)]**