From:
Solgenie Technologies, Inc.
4725 Peachtree Industrial Blvd, Suite 200
Berkeley Lake, GA 30092
To:
United States Bankruptcy Court
Southern District of Texas (Houston Division)
Main Case No: 25-90399

United States Courts
Southern District of Texas
FILED
NOV 12 2026
Nathan Ochsner, Clerk of Court

**Subject: Inquiry Regarding Pre-Bankruptcy Claim and Unpaid Post-Bankruptcy Invoices – First Brands Group, Case No. 25-90399**

Dear Sir or Madam:

Solgenie Technologies, Inc. is an IT consulting and services company based in Georgia. We provided IT consulting services to First Brands Group under a duly executed Master Services Agreement (MSA) and Statements of Work (SOWs).

First Brands Group filed for bankruptcy protection, and Solgenie Technologies, Inc. subsequently submitted a proof of claim through the Kroll Restructuring Administration website on October 10, 2025. Our claim was assigned **Claim No. 72 in the amount of $208,560.00,** representing outstanding invoices for services rendered prior to the bankruptcy filing.

Following the bankruptcy filing, representatives of First Brands Group held several meetings with us and requested that we continue providing IT consulting services to support their business operations. During these discussions, First Brands Group agreed to pay for the services provided after the bankruptcy filing in a timely manner.

Based on these assurances, we continued providing IT services. First Brands Group initially paid several post-bankruptcy invoices on time; however, payments subsequently stopped despite our continued performance of the agreed-upon services.

Due to the outstanding payments, Solgenie Technologies, Inc. discontinued its services to First Brands Group on June 30, 2026. At the time services were discontinued, the total outstanding balance for services rendered after the bankruptcy filing was **$83,200.00**.

We respectfully request guidance and clarification regarding the following matters:

**Pre-Bankruptcy Claim – $208,560.00:** We would appreciate an update on the status of our previously filed Claim No. 72, including its current status, review process, and anticipated treatment or distribution to creditors.

**Post-Bankruptcy Outstanding Invoices – $83,200.00:** We would like to understand the appropriate procedure for submitting a claim for the unpaid services provided after First Brands Group filed for bankruptcy protection. Specifically, we would appreciate guidance on whether these invoices should be submitted as an administrative expense claim or through another applicable bankruptcy procedure, and the appropriate forms and filing deadlines.

Required Documentation: Please advise what supporting documentation is required to establish our claim for the post-bankruptcy invoices, including copies of the MSA, SOWs, invoices, payment records, and communications with First Brands Group representatives.

We would appreciate your guidance on the appropriate steps to protect our company's rights and interests as a creditor in this bankruptcy proceeding.

Thank you for your time and assistance. We look forward to your response.

Sincerely,

Joseph C. Varughese
**Solgenie Technologies, Inc.**

Authorized Representative
Name: Joseph C. Varughese
Title: CEO
Email: joseph@solgenie.com