Electronic Appearance Sheet

AnnElyse Gains, Gibson Dunn
Client(s): Ad Hoc Group of Lenders

Robert Marsters, Gibson Dunn
Client(s): Ad Hoc Group of Lenders

Matt Kaslow, Blank Rome LLP
Client(s): Aequum Capital Financial II LLC

Will Weltman, Blank Rome LLP
Client(s): Aequum Capital Financial II LLC

ALAN LIPKIN, CHAFFETZ LINDSEY LLP
Client(s): KITKAT (IL) LLC

Toby Gerber, Norton Rose Fulbright US LLP
Client(s): Bank of America, N.A., ABL Agent

Heather Hatfield, Porter Hedges LLP
Client(s): Eva Engelhart, Chapter 7 Trustee

Michael Duke, Elsberg Baker & Maruri PLLC
Client(s): Ronald Sommers, Chapter 7 Trustee for the Patterson and Starlight SPV Debtors

Andrew Parks, Elsberg Baker & Maruri PLLC
Client(s): Ronald Sommers, Chapter 7 Trustee for Patterson and Starlight SPV Debtors

Erin Jones, Jones Murray LLP
Client(s): Ronald Sommers, Chapter 7 Trustee for Patterson and Starlight SPV Debtors

Victoria Klevan, Elsberg Baker & Maruri PLLC
Client(s): Ronald Sommers, Chapter 7 Trustee for Patterson and Starlight SPV Debtors