**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |
| | § | |

**JOINT NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF RIO BRAVO INTERNATIONAL SERVICES, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE RELATING TO BRAKE PARTS INC., LLC AND TRICO PRODUCTS CORPORATION**
[Relates to Docket No. 3699]

**PLEASE TAKE NOTICE** that, on August 24, 2026, Rio Bravo International Services, Inc. ("**Rio Bravo**") filed *Rio Bravo International Services, Inc.'s Motion for Allowance and Payment of Administrative Expense Relating to Brake Parts Inc., LLC, Case No. 25-90477 and Trico Products Corporation, Case No. 25-90472* (Docket No. 3699) (the "**Motion**") in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that the Motion was scheduled to be heard on November 18, 2026 at 10:00 a.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the relief requested in the Motion (the "**Hearing**") has been adjourned to **December 15, 2026 at 3:00 p.m. prevailing Central Time** in the United States Bankruptcy Court for the Southern District of Texas, before the Honorable Christopher Lopez, in Courtroom 402, 515 Rusk, Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE** that you may participate in the Hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

regular dial-in number. The dial-in number is (832) 917-1510. You will be responsible for your own long-distance charges. Judge Lopez's conference room number is 590153. Each person who speaks at the Hearing should be prepared to restate that person's name each time that person speaks in order to assist any transcriber of the audio recording. Parties are encouraged to review the Court's procedures for telephonic appearances located at:

https://www.txs.uscourts.gov/sites/txs/files/Lopez%20Court%20Procedures.pdf

Video communication will be by use of the GoTo platform. The internet site is www.goto.com. A GoTo app is available for download to computers. It is recommended that you download the free GoTo app on each device that will be used to connect to the Hearing. Connecting via web browser only may limit the availability of some GoTo features. Persons connecting by mobile device will need to download the free GoTo app. Once connected to GoTo, a participant should enter the meeting code "JudgeLopez". A participant can also connect using the link on Judge Lopez's homepage on the Southern District of Texas website. Once connected to GoTo, click the settings icon in the upper right corner and enter your name under the personal information setting. Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.

All documents filed in these chapter 7 cases may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: November 16, 2026

*/s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX 24038592)
Eric M. English (TX 24062714)
M. Shane Johnson (TX 24083263)
Grecia V. Sarda (TX 24132092)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
Email: jwolfshohl@porterhedges.com
eenglish@porterhedges.com
sjohnson@porterhedges.com
gsarda@porterhedges.com

***Counsel to Eva S. Engelhart, Chapter 7 Trustee***

*/s/ Michael J. Shane*
**GORDON DAVIS JOHNSON SHANE & SNIDER P.C.**
Michael J. Shane (TX 00795645)
4695 North Mesea Street
El Paso, TX 79912
Telephone: (915) 545-1133
Facsimile: (915) 545-4433
Email: mshane@eplawyers.com

***Attorney for Rio Bravo Internal Services, Inc.***

**Certificate of Service**

I hereby certify that on November 16, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl