**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| FIRST BRANDS GROUP, LLC, et al., | ) | Case No. 25-90399 (CML) |
| Debtors. | ) | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION TO TOTAL QUALITY LOGISTICS, LLC'S APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. SECTION 503(B)(1)(A)**

1. On October 22, 2026, undersigned counsel, on behalf of Total Quality Logistics, LLC ("TQL"), filed TQL's Application for Allowance of Administrative Expense Claim (Docket No. 3979) (the "Application"), along with a proposed order granting the relief requested in the Application attached hereto as Exhibit A (the "Proposed Order"). Objections to the Application were required to be filed and served on or before November 12, 2026 (the "Objection Deadline").

2. The undersigned counsel certifies that she is unaware of any objection to the Application, and that she has reviewed the Court's docket in these Chapter 7 cases and no answer, objection or other responsive pleading to the application appears thereon.

3. Accordingly, undersigned counsel respectfully requests entry of the Proposed Order.

Dated: November 17, 2026

By: */s/Yosina M. Lissebeck*

Yosina M. Lissebeck
yosina.lissebeck@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500
Attorney for Total Quality Logistics, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 6, 2026, a true and correct copy of the foregoing **CERTIFICATE OF NO OBJECTION TO TOTAL QUALITY LOGISTICS, LLC'S APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. SECTION 503(B)(1)(A)** was served via the Court's CM/ECF system on all parties registered to receive electronic notice in this case, and via email or regular U.S. Mail on the following parties:

Ronald Sommers
Chapter 7 Trustee
1400 Post Oak Blvd., Suite 300
Houston, TX 77056-6656

Clifford W. Carlson
Gabriel A. Morgan
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Email: clifford.carlson@weil.com;
gabriel.morgan@weil.com
Attorneys for Debtors

Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002

Ian Ross Phillips
COLE SCHOTZ P.C.
901 Main St., Suite 4120
Dallas, TX 75202
Email: iphillips@coleschotz.com
Counsel for the Official Committee of Unsecured Creditors

Dated: November 17, 2026

*/s/ Yosina M. Lissebeck*
Yosina M. Lissebeck