**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>FIRST BRANDS GROUP, LLC, et al. [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 25-90399 (CML)<br><br>(Jointly Administered) |

**ORDER GRANTING TOTAL QUALITY LOGISTICS, LLC'S APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. SECTION 503(B)(1)(A)**

The Court, having considered Total Quality Logistics, LLC's ("TQL") Application for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(1)(A) ("Application")[2] and the docket as a whole, having found that notice of the Application and opportunity for a hearing on the Application were appropriate under the circumstances and no other notice need be provided, and good cause appearing therefor, HEREBY ORDERS THAT:

1. The Application is granted.

2. TQL has an allowed administrative expense claim in full in the amount of $268,499.20.

3. The Chapter 7 Trustee is hereby authorized and directed to pay TQL's allowed administrative expense claim in the amount of $268,499.20 in accordance with the terms of the DIP Order after entry of this order. To the extent that there are insufficient funds to pay the full amount of TQL's allowed administrative expense claim from the Administrative Expense Claims

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.
[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

Basket, such remaining amount shall be paid in accordance with the priority scheme under 11 U.S.C. § 507.

4. This Court shall retain jurisdiction over the matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Signed: ____________________, 2026

________________________________
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE