**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| FIRST BRANDS GROUP, LLC, et al., | ) | Case No. 25-90399 (CML) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that on behalf of Total Quality Logistics, LLC ("TQL"), hereby withdraws TQL's Certificate of No Objection to Application for Allowance of Administrative Expense Claim dated October 22, 2026, filed on November 17, 2026, as Docket Number 4104, without prejudice.

Dated: November 17, 2026

By: */s/Yosina M. Lissebeck*

Yosina M. Lissebeck
yosina.lissebeck@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500
Attorney for Total Quality Logistics, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 6, 2026, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL** was served via the Court's CM/ECF system on all parties registered to receive electronic notice in this case, and via email or regular U.S. Mail on the following parties:

**VIA CM/ECF:**

Raneen Ibrahim Abdelghani on behalf of Creditor The Parts House THP LLP
rabdelghani@bradley.com, vherrera@bradley.com;aplayer@bradley.com

Raneen Ibrahim Abdelghani on behalf of Creditor XL Parts, LLC
rabdelghani@bradley.com, vherrera@bradley.com;aplayer@bradley.com

Scott M. Ahmad on behalf of Defendant Bank of America, N.A.
scott.ahmad@winstontaylor.com, scott-ahmad-9923@ecf.pacerpro.com

Austin Bruce Alexander on behalf of Creditor Applied Industrial Technologies, Inc.
austin.alexander@thompsonhine.com,
kelly.thomas@thompsonhine.com,ecfdocket@thompsonhine.com

Peri H Alkas on behalf of Interested Party Twin City Fire Insurance Company
peri.alkas@phelps.com, klinkhak@phelps.com

Morgan L. Allred on behalf of Interested Party Phoenix Brownsville Industrial Investors LLC
morgan.allred@hklaw.com

Wendi Alper-Pressman on behalf of Creditor NP Whitaker Ave. Industrial, LLC
walperpressman@atllp.com, blabrier@atllp.com

Jessica Nicole Alt on behalf of Creditor De Lage Landen Financial Services, Inc.
jalt@padfieldstout.com

Jessica Nicole Alt on behalf of Interested Party Charmaine Thomas
jalt@padfieldstout.com

Robert James Anello on behalf of Interested Party Michael Baker
ranello@maglaw.com

Victoria Nicole Argeroplos on behalf of Creditor MAC Montacargas Corporation
vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Victoria Nicole Argeroplos on behalf of Creditor Valeo North America, Inc.
vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Victoria Nicole Argeroplos on behalf of Creditor Valeo Sistemas Electricos, S.A. de C.V.
vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Christopher V Arisco on behalf of Creditor Whirlpool Corporation
carisco@padfieldstout.com

Eyad Asad on behalf of Plaintiff International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW)
easad@cwsny.com

Nicholas Edmund Baker on behalf of Defendant Broad Street Financial Holdings, LLC
nbaker@stblaw.com

Nicholas Edmund Baker on behalf of Defendant Broad Street Financial, LLC
nbaker@stblaw.com

Reese W Baker on behalf of Creditor William Christopher Harrod
courtdocs@bakerassociates.net,
i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net

Ryan Michael Baldwin on behalf of Interested Party Scott Wallace
rbaldwin@mololamken.com

Ryan Michael Baldwin on behalf of Interested Party Shekhar Kumar
rbaldwin@mololamken.com

Michael Keith Barnhart on behalf of Interested Party Press-Seal Corporation
mbarnhart@mitbylaw.com, legal@peakcompletions.com

Leslie S Barr on behalf of Creditor BRI WESTPARK IV QOZB, LP
lbarr@windelsmarx.com

Matthew Thomas Barr on behalf of Creditor MacAllister Machinery Company, Inc.
mbarr@rubin-levin.net, cgilly@rubin-levin.net

Christopher S. Baxter on behalf of Creditor Crown Equipment Corporation dba Crown Lift Trucks dba Crown Credit Company
cbaxter@ssdlaw.com, lslicer@ssdlaw.com

Matthew E. Beck on behalf of Interested Party Nelly Luna
mbeck@csglaw.com

James Joseph Berdelle on behalf of Creditor Qindao Carflex Auto Parts Co., Ltd.
berdellejames@gmail.com

Alexander F Berk on behalf of Creditor Alliance Automotive Group (EU)
alexander.berk@bfkn.com, courtnotification@mayerbrown.com

Alexander F Berk on behalf of Creditor GPC Asia Pacific Limited
alexander.berk@bfkn.com, courtnotification@mayerbrown.com

Alexander F Berk on behalf of Creditor GPC Asia Pacific Pty Ltd.
alexander.berk@bfkn.com, courtnotification@mayerbrown.com

Alexander F Berk on behalf of Creditor Genuine Parts Company
alexander.berk@bfkn.com, courtnotification@mayerbrown.com

Alexander F Berk on behalf of Creditor Motion Industries (Canada) Inc.
alexander.berk@bfkn.com, courtnotification@mayerbrown.com

Alexander F Berk on behalf of Creditor Motion Industries (Mexico) Inc.
alexander.berk@bfkn.com, courtnotification@mayerbrown.com

Alexander F Berk on behalf of Creditor Motion Industries, Inc.
alexander.berk@bfkn.com, courtnotification@mayerbrown.com

Alexander F Berk on behalf of Creditor UAP (Canada) Inc.
alexander.berk@bfkn.com, courtnotification@mayerbrown.com

Brad R. Berliner on behalf of Creditor Central States, Southeast and Southwest Areas Pension Fund
bberliner@centralstatesfunds.org

Michael Berthiaume on behalf of Creditor Bank of America, N.A.
michael.berthiaume@nortonrosefulbright.com

Michael Berthiaume on behalf of Other Prof. Bank of America, N.A.
michael.berthiaume@nortonrosefulbright.com

Michael Berthiaume on behalf of Plaintiff Bank of America, N.A.
michael.berthiaume@nortonrosefulbright.com

James H Billingsley on behalf of Creditor Chubb Companies
JBillingsley@duanemorris.com, EPerez@duanemorris.com,james-pc-8706@ecf.pacerpro.com

Sara Catherine Bisantz on behalf of Creditor Forteq UK LTD
sbisantz@hselaw.com

Jason Blackstone on behalf of Creditor Oracle America, Inc.
jblackstone@buchalter.com, vlawrence@buchalter.com

Scott E Blakeley on behalf of Creditor Export Development Canada
seb@blakeleylc.com, aridgway@blakeleylc.com

Jason Blanchard on behalf of Cross Defendant Bank of America, N.A.
jason.blanchard@nortonrosefulbright.com

Jason Blanchard on behalf of Plaintiff Bank of America, N.A.
jason.blanchard@nortonrosefulbright.com

Stephen Mark Blank on behalf of Creditor UMB Bank, N.A.
stephen.blank@alston.com, brian.laine@alston.com;Amy.West@alston.com

Matthew W. Bourda on behalf of Creditor ENGIE Resources LLC
matt.bourda@lanelaw.com, thelanelawfirm@jubileebk.net

Joshua John Brandau on behalf of Creditor Fukoku Mexicana, S.A. de C.V.
jbrandau@btlaw.com

Joshua John Brandau on behalf of Creditor Siam Fukoku Co., Ltd.
jbrandau@btlaw.com

Nicholas Jaison Brannick on behalf of Interested Party The Reinalt-Thomas Corporation d/b/a Discount Tire
brannickn@ballardspahr.com

Catherine Elizabeth Bratic on behalf of Creditor Maplan GmbH and Machinery + PLANning Inc.
catherine.bratic@hlc.com

Duane J Brescia on behalf of Creditor Epicor Software Corporation
dbrescia@clarkhill.com, kwebster@clarkhill.com,efarrar@clarkhill.com

Duane J Brescia on behalf of Creditor Zurich American Insurance Company
dbrescia@clarkhill.com, kwebster@clarkhill.com,efarrar@clarkhill.com

Allan S Brilliant on behalf of Interested Party Carnaby II and III Secured Parties
allan.brilliant@dechert.com,
brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant on behalf of Other Prof. GLAS Trust Company LLC
allan.brilliant@dechert.com,
brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant on behalf of Plaintiff AB CarVal Credit Opportunities Fund
allan.brilliant@dechert.com,
brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant on behalf of Plaintiff CVI AA Master Fund I LP
allan.brilliant@dechert.com,
brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant on behalf of Plaintiff CVI AV Master Fund I LP
allan.brilliant@dechert.com,
brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant on behalf of Plaintiff CVI CSF Master Fund I LP
allan.brilliant@dechert.com,
brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant on behalf of Plaintiff CVI CVF V Pooling Fund I LP
allan.brilliant@dechert.com,
brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant on behalf of Plaintiff CVI EMCOF US, LLC
allan.brilliant@dechert.com,
brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant on behalf of Plaintiff CarVal Contingent Credit Fund LP
allan.brilliant@dechert.com,
brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant on behalf of Plaintiff GLAS Trust Company LLC, as administrative agent for the lenders to the Carnaby II Credit Agreement and Carnaby III Credit Agreement
allan.brilliant@dechert.com,
brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Marty L Brimmage on behalf of Interested Party Akin Gump Strauss Hauer & Feld LLP
mbrimmage@akingump.com,
lmonreal@akingump.com;bkemp@akingump.com;txdocketing@akingump.com

Jason S Brookner on behalf of Creditor Evolution Credit Partners
jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner on behalf of Interested Party Evolution Credit Partners
jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner on behalf of Plaintiff Evolution Credit Opportunity Master Fund II-B, L.P.
jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner on behalf of Plaintiff Evolution Credit Opportunity Master Fund II-B, LP
jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner on behalf of Plaintiff Evolution Credit Opportunity Master Fund III-B, LP
jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner on behalf of Plaintiff Evolution Credit Partners Trade Finance Master L.P.
jbrookner@grayreed.com, lwebb@grayreed.com

Christopher Edward Brown on behalf of Debtor Endurance American Insurance Company
cbrown@kdvlaw.com, sfranchi@kaufmandolowich.com

Stephen R. Butler on behalf of Creditor TN Dept of Revenue
agbanktexas@ag.tn.gov

Julia Di Fiore Byrne on behalf of Trustee Ronald J Sommers
jdifiore@reidcollins.com

Griselda Cabrera on behalf of Interested Party SPV Debtors
griselda.cabrera@stblaw.com

Blaire Cahn on behalf of Creditor Arab Banking Corporation B.S.C.
blaire.cahn@bakermckenzie.com

Kevin M. Capuzzi on behalf of Creditor 673753 Ontario Limited DBA TRAFFIX
kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Clifford William Carlson on behalf of Debtor APC Intermediate Holdings, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor APC Parent, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor ASC Industries, Inc.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor AVM Export, Inc.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Airtex Industries, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Airtex Products, LP
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Autolite Operations LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor BPI Acquisition Company, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor BPI EC, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor BPI Holdings International, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Brake Parts Inc China LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Brake Parts Inc India LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Brake Parts Inc LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Broad Street Financial Holdings, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Broad Street Financial, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor CWD Holding, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor CWD Intermediate Holdings I, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor CWD Intermediate Holdings II, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor CWD, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Cardone Industries, Inc.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Carnaby Capital Holdings, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Carnaby Capital, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Carnaby FA Holdings, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Carnaby FA, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Carnaby Inventory Holdings II, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Carnaby Inventory Holdings III, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Carnaby Inventory Holdings IV, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Carnaby Inventory II, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Carnaby Inventory III, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Carnaby Inventory IV, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Carrand Companies, Inc.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Carter Carburetor Holdings, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Carter Carburetor, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Carter Fuel Export, Inc.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Carter Fuel Systems, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Champion Laboratories, Inc.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Dalton Corporation
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Dalton Corporation, Ashland Manufacturing Facility
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Dalton Corporation, Kendallville Manufacturing Facility
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Dalton Corporation, Stryker Machining Facility Co.

clifford.carlson@weil.com, clifford-carlson-
4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Dalton Corporation, Warsaw Manufacturing Facility
clifford.carlson@weil.com, clifford-carlson-
4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Eagle Casting Holdings, LLC
clifford.carlson@weil.com, clifford-carlson-
4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Eagle Casting, LLC
clifford.carlson@weil.com, clifford-carlson-
4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Eagle Machining, LLC
clifford.carlson@weil.com, clifford-carlson-
4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor FRAM Group IP LLC
clifford.carlson@weil.com, clifford-carlson-
4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor FRAM Group Operations LLC
clifford.carlson@weil.com, clifford-carlson-
4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor FRAMAuto Holdings, LLC
clifford.carlson@weil.com, clifford-carlson-
4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor First Brands Group Holdings, LLC
clifford.carlson@weil.com, clifford-carlson-
4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor First Brands Group Intermediate, LLC
clifford.carlson@weil.com, clifford-carlson-
4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor First Brands Group, LLC
clifford.carlson@weil.com, clifford-carlson-
4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Fuel Filter Technologies, Inc.
clifford.carlson@weil.com, clifford-carlson-
4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Global Assets GmbH
clifford.carlson@weil.com, clifford-carlson-
4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Global Assets LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Global Lease Assets Holdings, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Global Reman Ventures, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Heatherton Holdings, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Hopkins Acquisition, Inc.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Hopkins Manufacturing Corporation
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Horizon Euro Finance LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Horizon Global Americas Inc.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Horizon Global Company LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Horizon Global Corporation
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Horizon International Holdings LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor IBI International Holding Company, Inc.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor International Brake Industries, Inc.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Jasper Acquisition Corp.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Jasper Rubber Products, Inc.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor KTRI Holdings, Inc.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor KTRI Offshore Holdings, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Longman Enterprises, Inc.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor PHNX Acquisition Corp.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Patterson Inventory Holdings, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Premier Marketing Group, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Pylon Manufacturing Corp.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Pylon South Bend, Inc.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Qualis Automotive, L.L.C.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Qualis Enterprises, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Qualitor Acquisition Inc.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Qualitor Automotive, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Qualitor Subsidiary H, Inc.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Qualitor Subsidiary S, Inc.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Qualitor, Inc.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Reman Management International LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor SDC TX, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Smart Choice, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Specialty Pumps Group, Inc
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Starlight Inventory Holdings I, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Starlight Inventory I, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Strongarm, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor TAE Brakes, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor TAE China Holdings, Inc.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Toledo Molding & Die, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Transportation Aftermarket Enterprise, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Trico Holding Corporation
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Trico Products Corporation
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Trico Technologies Corporation
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Tridonex USA LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor UCI Acquisition Holdings (No. 4) LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor UCI International Holdings Parent Inc.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor UCI International Holdings, Inc.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor UCI International, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor UCI Pennsylvania, Inc.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor UCI-Airtex Holdings, Inc.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor United Components, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Universal Auto Filter LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Viceroy Private Capital, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Viper Acquisition I, Inc.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Viper Acquisition, Inc.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor WEM US Co.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Walbro LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor Walbro Midco LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor In Possession Carnaby FA Holdings, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Debtor In Possession IBI International Holding Company, Inc.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Defendant Broad Street Financial Holdings, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Defendant Broad Street Financial, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Defendant Cardone Industries, Inc.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Defendant First Brands Group LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Defendant First Brands Group, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson on behalf of Plaintiff First Brands Group, LLC
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Diego Mateo Carlson on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION
diego.carlson@faegredrinker.com

Annie E Catmull on behalf of Creditor Richard Merkelz, Jr.
aecatmull@o-w-law.com, aecatmull@ecf.courtdrive.com,llumtacae@gmail.com

Annaclare MacLean Censoni on behalf of Creditor Milwood Holdings, LLC
annaclare.censoni@kitch.com

Jonathan Michael Chan on behalf of Creditor CTS Global Logistics (Georgia) Inc.
jonathan.chan@ctklawgroup.com

Jacqueline Chiba on behalf of Creditor IA Mechanical Inc.
jackie@yazbecklaw.com, 8234279420@filings.docketbird.com

Maria J. Cho on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION
maria.cho@faegredrinker.com

Shawn M Christianson on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Megan Cunniff Church on behalf of Interested Party Scott Wallace
mchurch@mololamken.com, Adam-Collins-1996@ecf.pacerpro.com

Megan Cunniff Church on behalf of Interested Party Shekhar Kumar
mchurch@mololamken.com, Adam-Collins-1996@ecf.pacerpro.com

Walter J Cicack on behalf of Plaintiff Brittany Johnson
wcicack@hcgllp.com, mallen@hcgllp.com

Walter J Cicack on behalf of Plaintiff Chad Compton
wcicack@hcgllp.com, mallen@hcgllp.com

Walter J Cicack on behalf of Plaintiff Giancarlo Hernandez
wcicack@hcgllp.com, mallen@hcgllp.com

Walter J Cicack on behalf of Plaintiff Kyle Bennett
wcicack@hcgllp.com, mallen@hcgllp.com

Walter J Cicack on behalf of Plaintiff Maria Tapia
wcicack@hcgllp.com, mallen@hcgllp.com

Jason Gary Cohen on behalf of Interested Party Edward James

jason.cohen@bracewell.com, mary.kearney@bracewell.com

Brendan Collins on behalf of Creditor Terra Worldwide Logistics LLC dba American Global Logistics
bcollins@gkglaw.com

Michael G Colvard on behalf of Creditor PG Maderas y Triplay S.A. de C.V.
mcolvard@mdtlaw.com, amartinez@mdtlaw.com,jarellano@mdtlaw.com,lbuford@mdtlaw.com

Matthew C. Corcoran on behalf of Creditor Grammer Inc. and Grammer Americas LLC
mccorcoran@jonesday.com

John David Cornwell on behalf of Defendant Asilia Credit Investments, LLC
jcornwell@munsch.com,
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell on behalf of Defendant Coral Dunes LLC
jcornwell@munsch.com,
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell on behalf of Defendant Dale P. Holt
jcornwell@munsch.com,
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell on behalf of Defendant Holt Investments 201 LLC
jcornwell@munsch.com,
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell on behalf of Defendant JA Gardner Holdings
jcornwell@munsch.com,
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell on behalf of Defendant Jonathan Gardner
jcornwell@munsch.com,
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell on behalf of Defendant Joshua Tree Holdings, LLC
jcornwell@munsch.com,
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell on behalf of Defendant Scott Miller
jcornwell@munsch.com,
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell on behalf of Defendant Seddie LLC
jcornwell@munsch.com,
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell on behalf of Defendant Todd Pedersen
jcornwell@munsch.com,
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell on behalf of Defendant Yuma XII LLC
jcornwell@munsch.com,
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

Catherine Stone Curtis on behalf of Trustee Catherine Stone Curtis
ccurtis@catherinecurtistrustee.com, csc@trustesolutions.net;ccsc11@trustesolutions.net

David Alexander Darcy on behalf of Creditor Kingsbridge Holdings, LLC
adarcy@darcydevassy.com, smccarthy@darcydevassy.com

Timothy Alvin Davidson, II on behalf of Financial Advisor Alvarez & Marsal North America, LLC
taddavidson@hunton.com

Allen M. DeBard on behalf of Creditor SMURFIT WESTROCK PLC and affiliates
adebard@langleybanack.com, cjohnston@langleybanack.com;sfoushee@langleybanack.com

Sam Della Fera, Jr. on behalf of Interested Party Nelly Luna
sdellafera@csglaw.com

Mark E. Dendinger on behalf of Defendant JCMC Investment Group LLC
mark.dendinger@ashurstperkins.com, mary.kearney@bracewell.com

Mark E. Dendinger on behalf of Defendant Optimus Private Capital LLC
mark.dendinger@ashurstperkins.com, mary.kearney@bracewell.com

Mark E. Dendinger on behalf of Interested Party Edward James
mark.dendinger@ashurstperkins.com, mary.kearney@bracewell.com

Lawrence James Dickinson on behalf of Interested Party Motorcar Parts of America, Inc.
james.dickinson@pillsburylaw.com, nancy.jones@pillsburylaw.com

Kyle L Dickson on behalf of Creditor Randall Metals Corporation
kdickson@murray-lobb.com, mgarcia@murray-lobb.com

Robert J. Diehl, Jr. on behalf of Creditor Mitsubishi HC Capital America, Inc.
rdiehl@bodmanlaw.com

John R. Dodd, II on behalf of Creditor Arab Banking Corporation B.S.C.
john.dodd@bakermckenzie.com

Casey William Doherty, Jr on behalf of Creditor FactoFrance
casey.doherty@dentons.com, Docket.General.Lit.Dal@dentons.com

Lauren Dorsett on behalf of Creditor Amazon Advertising LLC
laurendorsett@dwt.com

William Jay Dorsey on behalf of Defendant Aequum Capital Financial II LLC
William.Dorsey@gtlaw.com

Tyler G Doyle on behalf of Interested Party National Union Fire Insurance Co. of Pittsburgh, Pa.
tgdoyle@bakerlaw.com, mvanhorn@bakerlaw.com,jhuitt@bakerlaw.com

Tony L. Draper on behalf of Creditor Everest National Insurance Company
tdraper@walkerwilcox.com, escruggs@walkerwilcox.com

Tony L. Draper on behalf of Creditor Old Republic Insurance Company
tdraper@walkerwilcox.com, escruggs@walkerwilcox.com

Michael P. Duke on behalf of Creditor Evolution Credit Partners
mduke@elsberglaw.com

Michael P. Duke on behalf of Plaintiff Evolution Credit Opportunity Master Fund II-B, LP
mduke@elsberglaw.com

Michael P. Duke on behalf of Plaintiff Evolution Credit Opportunity Master Fund III-B, LP
mduke@elsberglaw.com

Michael P. Duke on behalf of Plaintiff Evolution Credit Partners Trade Finance Master L.P.
mduke@elsberglaw.com

Cary Joy Economou on behalf of Interested Party Arch Insurance Company
ceconomou@wam.law

Cary Joy Economou on behalf of Interested Party Berkley Insurance Company
ceconomou@wam.law

Cary Joy Economou on behalf of Interested Party Markel American Insurance Company
ceconomou@wam.law

Justin M. Ellis on behalf of 3rd Pty Defendant Shekhar Kumar
jellis@mololamken.com

David Elsberg on behalf of Creditor Evolution Credit Partners
delsberg@elsberglaw.com,
Paralegals@selendygay.com,Edockets@selendygay.com,mco@selendygay.com,autodocket365@alncorp.com;david-elsberg-9556@ecf.pacerpro.com,autodocket@edocketspreview.com,autodocket@alncorp.net

Eva S Engelhart
eengelhart@rossbanks.com, ee@trustesolutions.net;christinevega@rossbanks.com

Mariah Sue England on behalf of Creditor Francisco Garza
mengland@stranchlaw.com

Eric Michael English on behalf of Trustee Eva S Engelhart
eenglish@porterhedges.com,
emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Ella Epstein on behalf of Creditor Evolution Credit Partners
eepstein@elsberglaw.com

Jordan Lancaster Estes on behalf of Defendant GLAS USA LLC

jestes@gibsondunn.com, jordan-estes-5323@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Jordan Lancaster Estes on behalf of Defendant Wilmington Savings Fund Society, FSB
jestes@gibsondunn.com, jordan-estes-5323@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Jordan Lancaster Estes on behalf of Plaintiff GLAS USA LLC
jestes@gibsondunn.com, jordan-estes-5323@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Jordan Lancaster Estes on behalf of Plaintiff Wilmington Savings Fund Society, FSB
jestes@gibsondunn.com, jordan-estes-5323@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Elizabeth Feld on behalf of Creditor Royal Bank of Canada
efeld@whitecase.com

Daniel J Ferretti on behalf of Creditor AutoZone Parts, Inc.
dferretti@bakerdonelson.com, jramos@bakerdonelson.com

Daniel J Ferretti on behalf of Creditor AutoZone, Inc.
dferretti@bakerdonelson.com, jramos@bakerdonelson.com

James M Feuille on behalf of Creditor Gorman Industrial Supply Co.
jfeu@scotthulse.com, ggra@scotthulse.com

Scott D Fink on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL FINANCE INC.
Bronationalecf@weltman.com

Scott D Fink on behalf of Creditor Toyota Industries Commercial Finance, Inc.
Bronationalecf@weltman.com

Anthony S. Fiotto on behalf of Defendant Onset Financial Inc
afiotto@mofo.com

Michael Fishel on behalf of Defendant Broad Street Financial Holdings, LLC
michael@FishelLawGroup.com, michael-fishel-2874@ecf.pacerpro.com

Michael Fishel on behalf of Defendant Broad Street Financial, LLC
michael@FishelLawGroup.com, michael-fishel-2874@ecf.pacerpro.com

Michael Fishel on behalf of Interested Party SPV Debtors
michael@FishelLawGroup.com, michael-fishel-2874@ecf.pacerpro.com

Paul Martin Flannery on behalf of Interested Party Nigel Crighton
paul@flannerygeorgalis.com, mgable@flannerygeorgalis.com

Patrick Michael Flynn on behalf of Creditor United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers Int'l Union
pat@pmfpc.com, sandra@pmfpc.com

Nicholas Steven Forger on behalf of Creditor Prospect Capital Corporation
nforger@cokinoslaw.com, dbrown@cokinoslaw.com

Nicholas Steven Forger on behalf of Creditor Prospect Floating Rate & Alternative Income Fund,

Inc
nforger@cokinoslaw.com, dbrown@cokinoslaw.com

Rebecca Foxwell on behalf of Interested Party Edward James
rebecca.foxwell@bracewell.com

Mark Elliott Freedlander on behalf of Creditor Ford Motor Company
mfreedlander@mcguirewoods.com

Bryce Friedman on behalf of Defendant Broad Street Financial Holdings, LLC
bfriedman@stblaw.com

Bryce Friedman on behalf of Defendant Broad Street Financial, LLC
bfriedman@stblaw.com

Bryce Friedman on behalf of Interested Party SPV Debtors
bfriedman@stblaw.com

John A Gagliardi on behalf of Creditor Michael Templin
jgagliardi@wgflaw.com

Jeffrey M Galen on behalf of Creditor Insight Direct USA, Inc.
jeffrey.galen@galendavislaw.com

Vianey Garza on behalf of U.S. Trustee US Trustee
vianey.garza@usdoj.gov

Scott F Gautier on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION
scott.gautier@faegredrinker.com,
san.mitchell@faegredrinker.com,docketgeneral@faegredrinker.com

Christos Nicholas Georgalis on behalf of Interested Party Nigel Crighton
chris@flannerygeorgalis.com, mgable@flannerygeorgalis.com

Andrew J Geppert on behalf of Creditor Lordco Parts Ltd.
andrew.geppert@millernash.com, gepperta@ballardspahr.com

Garrett Gerber on behalf of Creditor Evolution Credit Partners
ggerber@elsberglaw.com

Toby L Gerber on behalf of Cross-Claimant Bank of America, N.A.
toby.gerber@nortonrosefulbright.com

Toby L Gerber on behalf of Other Prof. Bank of America, N.A.
toby.gerber@nortonrosefulbright.com

Toby L Gerber on behalf of Plaintiff Bank of America, N.A.
toby.gerber@nortonrosefulbright.com

Matthew Dennis Giadrosich on behalf of Creditor De Lage Landen Financial Services, Inc.
mdg@padfieldstout.com

Charles R Gibbs on behalf of Auditor BDO USA, P.C.
Crgibbs@mcdermottlaw.com, dnorthrop@mcdermottlaw.com;jbishopjones@mwe.com;nalindogan@mcdermottlaw.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com

Reagan H. Tres Gibbs, III on behalf of Creditor Prospect Capital Corporation
tgibbs@cokinoslaw.com, dbrown@cokinoslaw.com

Reagan H. Tres Gibbs, III on behalf of Creditor Prospect Floating Rate & Alternative Income Fund, Inc.
tgibbs@cokinoslaw.com, dbrown@cokinoslaw.com

Cindi M. Giglio on behalf of Debtor First Brands Group, LLC
cgiglio@katten.com

Cindi M. Giglio on behalf of Interested Party Hilco Valuation Services, LLC, Dba Hilco Global and its designated affiliates and subsidiaries
cgiglio@katten.com

Cindi M. Giglio on behalf of Trustee Eva S Engelhart
cgiglio@katten.com

Courtney E. Giles on behalf of Creditor Arab Banking Corporation B.S.C.
courtney.giles@bakermckenzie.com, jessica.harris@bakermckenzie.com

Jeffrey Richard Gleit on behalf of Creditor Wilmington Savings Fund Society, FSB
jeffrey.gleit@afslaw.com, nkoslof@sandw.com,aweiss@sandw.com,tkethro@sandw.com

Jeffrey Richard Gleit on behalf of Plaintiff Wilmington Savings Fund Society, FSB
jeffrey.gleit@afslaw.com, nkoslof@sandw.com,aweiss@sandw.com,tkethro@sandw.com

Kristian W. Gluck on behalf of Creditor Bank of America, N.A.
kristian.gluck@nortonrosefulbright.com

Kristian W. Gluck on behalf of Other Prof. Bank of America, N.A.
kristian.gluck@nortonrosefulbright.com

Kristian W. Gluck on behalf of Plaintiff Bank of America, N.A.
kristian.gluck@nortonrosefulbright.com

Aitan D. Goelman on behalf of Interested Party Laurie Stein
agoelman@zuckerman.com

Ronald E Gold on behalf of Creditor Volkswagen Group of America, Inc. and certain affiliates
rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;lsparks@fbtlaw.com

Emily Golding on behalf of Interested Party Federal Insurance Company
egolding@wam.law

Emily Golding on behalf of Interested Party XL Specialty Insurance Company
egolding@wam.law

Rachel B. Goldman on behalf of Defendant Edward James
rachel.goldman@bracewell.com, mary.kearney@bracewell.com

Rachel B. Goldman on behalf of Defendant JCMC Investment Group LLC
rachel.goldman@bracewell.com, mary.kearney@bracewell.com

Rachel B. Goldman on behalf of Defendant Optimus Private Capital LLC
rachel.goldman@bracewell.com, mary.kearney@bracewell.com

Rachel B. Goldman on behalf of Interested Party Edward James
rachel.goldman@bracewell.com, mary.kearney@bracewell.com

David Norwich Gopstein on behalf of 3rd Pty Defendant Peter Andrew Brumbergs
dgopstein@heckerfink.com

David Norwich Gopstein on behalf of Defendant Peter Andrew Brumbergs
dgopstein@heckerfink.com

David Norwich Gopstein on behalf of Interested Party Peter Andrew Brumbergs
dgopstein@heckerfink.com

Jake Gordon on behalf of Interested Party Flex-N-Gate LLC
jake.gordon@foley.com

Sean A. Gordon on behalf of Interested Party Husqvarna Business Support AB
Sean.Gordon@ThompsonHine.com, ECFDocket@thompsonhine.com

Elisha Graff on behalf of Defendant Broad Street Financial Holdings, LLC
egraff@stblaw.com

Elisha Graff on behalf of Defendant Broad Street Financial, LLC
egraff@stblaw.com

Genevieve Marie Graham on behalf of Creditor BBJ Ventures, LLC
ggraham@graham-pllc.com, ggraham@ecf.courtdrive.com;admin@graham-pllc.com

Richard Allan Graham on behalf of Creditor Royal Bank of Canada
rgraham@whitecase.com, mco@whitecase.com

Scott J Greenberg on behalf of Defendant GLAS USA LLC
sgreenberg@gibsondunn.com,
JGoldstein@gibsondunn.com;MSunday@gibsondunn.com;HTheis@gibsondunn.com;EArom@gibsondunn.com;clwilson@gibsondunn.com;ssu@gibsondunn.com;scott-j-greenberg-6049@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Scott J Greenberg on behalf of Defendant Wilmington Savings Fund Society, FSB
sgreenberg@gibsondunn.com,
JGoldstein@gibsondunn.com;MSunday@gibsondunn.com;HTheis@gibsondunn.com;EArom@gibsondunn.com;clwilson@gibsondunn.com;ssu@gibsondunn.com;scott-j-greenberg-6049@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Scott J Greenberg on behalf of Plaintiff GLAS USA LLC

sgreenberg@gibsondunn.com,
JGoldstein@gibsondunn.com;MSunday@gibsondunn.com;HTheis@gibsondunn.com;EArom@gibsondunn.com;clwilson@gibsondunn.com;ssu@gibsondunn.com;scott-j-greenberg-6049@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Scott J Greenberg on behalf of Plaintiff Wilmington Savings Fund Society, FSB
sgreenberg@gibsondunn.com,
JGoldstein@gibsondunn.com;MSunday@gibsondunn.com;HTheis@gibsondunn.com;EArom@gibsondunn.com;clwilson@gibsondunn.com;ssu@gibsondunn.com;scott-j-greenberg-6049@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Aaron Matthew Guerrero on behalf of Creditor Washington Penn Plastics Co. Inc.
aaron.guerrero@bondsellis.com, margeaux.gorman@bondsellis.com

Philip M. Guffy on behalf of Creditor Keystone Automotive Operations, Inc.
pguffy@huntonak.com, philip-guffy-0813@ecf.pacerpro.com

Philip M. Guffy on behalf of Creditor Uni-Select, Inc.
pguffy@huntonak.com, philip-guffy-0813@ecf.pacerpro.com

Hiram A Gutierrez on behalf of Creditor Brownsville Independent School District
edinburgbankruptcy@pbfcm.com, hidalgolegal@ecf.courtdrive.com

Eric Thomas Haitz on behalf of Creditor AVO Carbon USA, Inc.
eric.haitz@bondsellis.com, linda.gordon@bondsellis.com

Matthew A. Hamermesh on behalf of Interested Party Ironshore Indemnity, Inc.
mhamermesh@hangley.com

Carrie V. Hardman on behalf of Creditor Bank of America, N.A.
carrie.hardman@winstontaylor.com, dcunsolo@winston.com;carrie-hardman-4684@ecf.pacerpro.com

Carrie V. Hardman on behalf of Defendant Bank of America, N.A.
carrie.hardman@winstontaylor.com, dcunsolo@winston.com;carrie-hardman-4684@ecf.pacerpro.com

Daniel Alexander Harrell on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION
alex.harrell@faegredrinker.com, kelly.olson@faegredrinker.com

William Joseph Harrington on behalf of Interested Party Amanda Coxbill
wharrington@goodwinlaw.com

John Wallis Harris on behalf of Creditor Goldstar Warehousing, Ltd.
jwharris@johnwharrislaw.com, jwharris@johnwharrislaw.com

John Wallis Harris on behalf of Creditor Pyramid Warehousing, Ltd.
jwharris@johnwharrislaw.com, jwharris@johnwharrislaw.com

Thomas G. Haskins on behalf of Creditor The City of Jasper, Indiana
thaskins@btlaw.com, khgreaven@btlaw.com

Heather Kristine Hatfield on behalf of Trustee Eva S Engelhart
hhatfield@porterhedges.com, mwebb@porterhedges.com;jchin@porterhedges.com

Madison Kaylene Haueisen on behalf of Creditor Bank of America, N.A.
madison.haueisen@cliffordchance.com, ecf_houston@winston.com;madison-haueisen-8672@ecf.pacerpro.com

Madison Kaylene Haueisen on behalf of Interested Party BANK OF AMERICA, N.A.
madison.haueisen@cliffordchance.com, ecf_houston@winston.com;madison-haueisen-8672@ecf.pacerpro.com

Madison Kaylene Haueisen on behalf of Other Prof. Bank of America, N.A.
madison.haueisen@cliffordchance.com, ecf_houston@winston.com;madison-haueisen-8672@ecf.pacerpro.com

Paul E Heath on behalf of Interested Party Jefferies Financial Group Inc.
pheath@velaw.com

Paul E Heath on behalf of Interested Party Leucadia Asset Management LLC
pheath@velaw.com

Sean Hecker on behalf of Interested Party Peter Andrew Brumbergs
shecker@heckerfink.com

Simon W Hendershot, III on behalf of Creditor Scotland Enterprises, Inc.
trey@hchlawyers.com, eservice@hchlawyers.com

Jacob Rhine Herz on behalf of Creditor Raistone Capital LLC
jherz@orrick.com, casestream@ecf.courtdrive.com;courtmail@orrick.com

Jacob Rhine Herz on behalf of Creditor Raistone Factoring Parties
jherz@orrick.com, casestream@ecf.courtdrive.com;courtmail@orrick.com

Jacob Rhine Herz on behalf of Creditor Raistone Purchasing LLC -Series XXXII
jherz@orrick.com, casestream@ecf.courtdrive.com;courtmail@orrick.com

Jacob Rhine Herz on behalf of Creditor Raistone Purchasing LLC-Series XXVIII
jherz@orrick.com, casestream@ecf.courtdrive.com;courtmail@orrick.com

Gregory Getty Hesse on behalf of Interested Party A.N Webber Logistics, Inc.
ghesse@huntonak.com, tcanada@hunton.com

John F Higgins, IV on behalf of Counter-Defendant AB CarVal Credit Opportunities Fund
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV on behalf of Counter-Defendant CVI AA Master Fund I LP
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV on behalf of Counter-Defendant CVI AV Master Fund I LP
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-

8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV on behalf of Counter-Defendant CVI CSF Master Fund I LP
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV on behalf of Counter-Defendant CVI CVF V Pooling Fund I LP
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV on behalf of Counter-Defendant CVI EMCOF US, LLC
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV on behalf of Counter-Defendant CarVal Contingent Credit Fund LP
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV on behalf of Counter-Defendant GLAS Trust Company LLC, as administrative agent for the lenders to the Carnaby II Credit Agreement and Carnaby III Credit Agreement
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV on behalf of Interested Party Carnaby II and III Secured Parties
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV on behalf of Other Prof. GLAS Trust Company LLC
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV on behalf of Plaintiff AB CarVal Credit Opportunities Fund
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV on behalf of Plaintiff CVI AA Master Fund I LP
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV on behalf of Plaintiff CVI AV Master Fund I LP
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV on behalf of Plaintiff CVI CSF Master Fund I LP
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV on behalf of Plaintiff CVI CVF V Pooling Fund I LP
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV on behalf of Plaintiff [illegible] LLC
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV on behalf of Plaintiff CarVal Contingent Credit Fund LP
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV on behalf of Plaintiff GLAS Trust Company LLC, as administrative agent for the lenders to the Carnaby II Credit Agreement and Carnaby III Credit Agreement
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

Robert M Hirsh on behalf of Creditor TriMas Corporation
robert.hirsh@nortonrosefulbright.com, calendaring-nortonrose-9955@ecf.pacerpro.com

Steven T Holmes on behalf of Creditor First Guaranty Bank
sholmes@chfirm.com, chps.ecfnotices@ecf.courtdrive.com

Audrey Lorene Hornisher on behalf of Creditor CSI Leasing, Inc.
audrey.hornisher@clarkhillstrasburger.com,
mina.alvarez@clarkhillstrasburger.com;kwebster@clarkhill.com

Audrey Lorene Hornisher on behalf of Creditor Epicor Software Corporation
audrey.hornisher@clarkhillstrasburger.com,
mina.alvarez@clarkhillstrasburger.com;kwebster@clarkhill.com

Audrey Lorene Hornisher on behalf of Creditor Kawasaki Motors Corp., USA
audrey.hornisher@clarkhillstrasburger.com,
mina.alvarez@clarkhillstrasburger.com;kwebster@clarkhill.com

Audrey Lorene Hornisher on behalf of Creditor St. Clair Technologies, Inc.
audrey.hornisher@clarkhillstrasburger.com,
mina.alvarez@clarkhillstrasburger.com;kwebster@clarkhill.com

Audrey Lorene Hornisher on behalf of Creditor Zurich American Insurance Company
audrey.hornisher@clarkhillstrasburger.com,
mina.alvarez@clarkhillstrasburger.com;kwebster@clarkhill.com

William James Hotze on behalf of Creditor Harley-Davidson Motor Company, Inc.
whotze@dykema.com

Thomas A Howley on behalf of 3rd Pty Defendant GLAS USA LLC
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley on behalf of 3rd Pty Defendant WILMINGTON SAVINGS FUND SOCIETY, FSB
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley on behalf of Defendant First Brands Group LLC
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley on behalf of Defendant GLAS USA LLC
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley on behalf of Defendant Wilmington Savings Fund Society, FSB
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley on behalf of Interested Party Ad Hoc Group
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley on behalf of Interested Party Ad Hoc Group of Lenders
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley on behalf of Plaintiff GLAS USA LLC
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley on behalf of Plaintiff Wilmington Savings Fund Society, FSB
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Harry Jay Hulings on behalf of Interested Party David Parker
jhulings@dslawpc.com

Samuel Eric de Freitas Hull on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW)
shull@cwsny.com

Samuel Eric de Freitas Hull on behalf of Creditor United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers Int'l Union
shull@cwsny.com

Samuel Eric de Freitas Hull on behalf of Plaintiff International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW)
shull@cwsny.com

David F Irwin on behalf of Creditor 1995 Billy Mitchell Boulevard, Inc.
david@rentfrolawfirm.net, apolonia@rentfrolawfirm.net

Richard Jacobsen on behalf of Creditor Raistone Capital LLC
rjacobsen@orrick.com, casestream@ecf.courtdrive.com;courtmail@orrick.com

Richard Jacobsen on behalf of Creditor Raistone Purchasing LLC -Series XXXII
rjacobsen@orrick.com, casestream@ecf.courtdrive.com;courtmail@orrick.com

Richard Jacobsen on behalf of Creditor Raistone Purchasing LLC-Series XXVIII
rjacobsen@orrick.com, casestream@ecf.courtdrive.com;courtmail@orrick.com

Michael-Anthony Bou Jaoude on behalf of Creditor Forteq UK LTD
mjaoude@hselaw.com, tamplement@hselaw.com

Christian Paul Jensen on behalf of Interested Party Deva Capital Investment Company S.L.U.
jensenc@sullcrom.com

Christopher Donald Johnson on behalf of Creditor Aftermarket Auto Parts Alliance, Inc.

chris.johnson@diamondmccarthy.com, christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

Christopher Donald Johnson on behalf of Creditor Alliance Parts Warehouse, LLC
chris.johnson@diamondmccarthy.com, christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

Christopher Donald Johnson on behalf of Creditor Automotive Auto Parts Distributors, Inc.
chris.johnson@diamondmccarthy.com, christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

Christopher Donald Johnson on behalf of Creditor Automotive Parts Service Group LLC
chris.johnson@diamondmccarthy.com, christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

Christopher Donald Johnson on behalf of Creditor Federated Auto Parts Distributors, Inc.
chris.johnson@diamondmccarthy.com, christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

Christopher Donald Johnson on behalf of Creditor The Pronto Network Cooperative, Inc.
chris.johnson@diamondmccarthy.com, christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

Brian Scott Jones on behalf of Creditor Stag Industrial Holdings, LLC
b.jones@boselaw.com, cosman@boselaw.com

Erin Elizabeth Jones on behalf of Trustee Ronald Sommers
erin@jonesmurray.com, 8597346420@filings.docketbird.com

Erin Elizabeth Jones on behalf of Trustee Ronald J Sommers
erin@jonesmurray.com, 8597346420@filings.docketbird.com

Christopher Michael Joralemon on behalf of Defendant GLAS USA LLC
cjoralemon@gibsondunn.com, christopher-m-joralemon-1292@ecf.pacerpro.com,pacer-tx@gibsondunn.com,pacer-ny@gibsondunn.com

Christopher Michael Joralemon on behalf of Defendant Wilmington Savings Fund Society, FSB
cjoralemon@gibsondunn.com, christopher-m-joralemon-1292@ecf.pacerpro.com,pacer-tx@gibsondunn.com,pacer-ny@gibsondunn.com

Christopher Michael Joralemon on behalf of Plaintiff GLAS USA LLC
cjoralemon@gibsondunn.com, christopher-m-joralemon-1292@ecf.pacerpro.com,pacer-tx@gibsondunn.com,pacer-ny@gibsondunn.com

Christopher Michael Joralemon on behalf of Plaintiff Wilmington Savings Fund Society, FSB
cjoralemon@gibsondunn.com, christopher-m-joralemon-1292@ecf.pacerpro.com,pacer-tx@gibsondunn.com,pacer-ny@gibsondunn.com

T. Josh Judd on behalf of Creditor Alpine Electronics of America, Inc.
jjudd@andrewsmyers.com, sray@andrewsmyers.com

Benjamin W Kadden on behalf of Defendant Onset Financial Inc

bkselden@lawla.com, mnguyen@lawla.com

Brian Christopher Kalas on behalf of Creditor White Tool & Die LLC
bck@liebenthal-levine.com

Matthew E. Kaslow on behalf of Interested Party Aequum Capital Financial II LLC
matt.kaslow@blankrome.com, courtmail@blankrome.com

Telemachus P. Kasulis on behalf of Interested Party Michael Baker
tkasulis@maglaw.com

Jordan Alexandra Kazlow on behalf of Auditor BDO USA, P.C.
jordan.kazlow@dechert.com

Benjamin R. Keck on behalf of Creditor Terra Worldwide Logistics LLC dba American Global Logistics
bkeck@kecklegal.com

Payne Campbell Keinarth on behalf of Interested Party FCA US LLC
pkeinarth@dickinson-wright.com, hkott@dwlaw.com

Mukul Shashank Kelkar on behalf of Interested Party Ironshore Indemnity, Inc.
mkelkar@wcbglaw.com

Charles Stephen Kelley on behalf of Creditor Katsumi Servicing, LLC
ckelley@mayerbrown.com,
sswihart@mayerbrown.com;houstondocket@mayerbrown.com;6843309420@filings.docketbird.com

Cameron Michael Kelly on behalf of 3rd Pty Defendant Albion Realty, LLC
cameronkelly@quinnemanuel.com, calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly on behalf of 3rd Pty Defendant Alester Technologies LLC
cameronkelly@quinnemanuel.com, calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly on behalf of 3rd Pty Defendant Battery Park Holdings LLC
cameronkelly@quinnemanuel.com, calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly on behalf of 3rd Pty Defendant Bowery Finance II, LLC
cameronkelly@quinnemanuel.com, calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly on behalf of 3rd Pty Defendant Larchmont, LLC
cameronkelly@quinnemanuel.com, calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly on behalf of 3rd Pty Defendant Patrick James
cameronkelly@quinnemanuel.com, calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly on behalf of 3rd Pty Defendant Patrick James Trust
cameronkelly@quinnemanuel.com, calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly on behalf of 3rd Pty Defendant Pegasus Aviation, LLC
cameronkelly@quinnemanuel.com, calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly on behalf of Defendant Albion Realty, LLC
cameronkelly@quinnemanuel.com, calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly on behalf of Defendant Alester Technologies LLC
cameronkelly@quinnemanuel.com, calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly on behalf of Defendant Battery Park Holding LLC
cameronkelly@quinnemanuel.com, calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly on behalf of Defendant Bond Street Asset Management LLC
cameronkelly@quinnemanuel.com, calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly on behalf of Defendant Ignite Acquisition Holdings LLC
cameronkelly@quinnemanuel.com, calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly on behalf of Defendant Larchmont LLC
cameronkelly@quinnemanuel.com, calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly on behalf of Defendant Pegasus Aviation, LLC
cameronkelly@quinnemanuel.com, calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly on behalf of Defendant The Patrick James Trust
cameronkelly@quinnemanuel.com, calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly on behalf of Defendant Patrick James
cameronkelly@quinnemanuel.com, calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly on behalf of Interested Party Patrick James
cameronkelly@quinnemanuel.com, calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Iain L Kennedy on behalf of Creditor ING Belgium S.A./N.V.
ikennedy@nathansommers.com,
dthompson@nathansommers.com;clemons@nathansommers.com;pbuenano@nathansommers.co

masear@nathansommers.com;jpeel@nathansommers.com

Charles Lester Kennon, III on behalf of Creditor Toyota Industries Commercial Finance, Inc.
Charles.Kennon@mccalla.com, mccallaecf@ecf.courtdrive.com

Charles Lester Kennon, III on behalf of Debtor In Possession First Brands Group Holdings, LLC
Charles.Kennon@mccalla.com, mccallaecf@ecf.courtdrive.com

Justin A. Kesselman on behalf of Creditor Wilmington Savings Fund Society, FSB
justin.kesselman@afslaw.com, edocket@afslaw.com

Justin A. Kesselman on behalf of Plaintiff Wilmington Savings Fund Society, FSB
justin.kesselman@afslaw.com, edocket@afslaw.com

Asiya Khan on behalf of Creditor KITKAT (IL) LLC
akhan@bradley.com, akhan@ecf.courtdrive.com,asiya-khan-4339@ecf.pacerpro.com

Emil P Khatchatourian on behalf of Interested Party JessCo Brakes Inc., an affiliate of Friction One Brake Technology (Xiantao) Co., Ltd.
ekhatchatourian@foley.com

Erin C. Kim on behalf of Creditor Pension Benefit Guaranty Corporation
kim.erin@pbgc.gov, efile@pbgc.gov

Jamie Kirk on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-jkirk@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov

Victoria Lee Klevan on behalf of Creditor Evolution Credit Partners
vklevan@elsberglaw.com

Julia Catherine Koch on behalf of Defendant Onset Financial Inc
jkoch@mofo.com

Alexandra P. Kolod on behalf of Defendant GLAS USA LLC
apkolod@mosessinger.com

Alexandra P. Kolod on behalf of Plaintiff GLAS USA LLC
apkolod@mosessinger.com

Bryan Kotliar on behalf of Defendant Onset Financial Inc
bkotliar@mofo.com

Carina M. Kraatz on behalf of Creditor Milwood Holdings, LLC
carina.kraatz@kitch.com

Nicholas Lawson on behalf of Creditor First-Citizens Bank & Trust Company
nick.lawson@lmbusinesslaw.com, kate.taylor@lmbusinesslaw.com

Tara T. LeDay on behalf of Creditor Michael Bueno
tleday@munsch.com

Robert L. LeHane on behalf of Creditor LBA RV-Company XVII, LP
kdwbankruptcydepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

David Edward Lemke on behalf of Interested Party Phoenix Brownsville Industrial Investors LLC
david.lemke@hklaw.com, cathy.thomas@hklaw.com;annmarie.jezisek@hklaw.com

Joseph Howard Lemkin on behalf of Creditor De Lage Landen Financial Services, Inc.
jlemkin@stark-stark.com

Jordan W. Leu on behalf of Defendant Michael Baker
jleu@kslaw.com, omoses@kslaw.com;jordan-leu-6321@ecf.pacerpro.com

Jordan W. Leu on behalf of Interested Party PGI Northstar LLC
jleu@kslaw.com, omoses@kslaw.com;jordan-leu-6321@ecf.pacerpro.com

Jordan W. Leu on behalf of Interested Party Premium Guard Incorporated
jleu@kslaw.com, omoses@kslaw.com;jordan-leu-6321@ecf.pacerpro.com

Jeffrey M Levinson on behalf of Interested Party Nigel Crighton
jml@jml-legal.com

Brian Joel Levy on behalf of Creditor PrimeRevenue, Inc.
blevy@taftlaw.com

Justin S. Levy on behalf of Interested Party Federal Insurance Company
jlevy@wam.law

Justin S. Levy on behalf of Interested Party XL Specialty Insurance Company
jlevy@wam.law

Demetra Liggins on behalf of Creditor Advance Auto Parts, Inc.
dliggins@mcguirewoods.com, nsims@mcguirewoods.com

Demetra Liggins on behalf of Defendant Advance Auto Parts, Inc.
dliggins@mcguirewoods.com, nsims@mcguirewoods.com

Alan Lipkin on behalf of Creditor KITKAT (IL) LLC
alan.lipkin@chaffetzlindsey.com, dockets@chaffetzlindsey.com

Alan Lipkin on behalf of Creditor KitKat (IL). LLC
alan.lipkin@chaffetzlindsey.com, dockets@chaffetzlindsey.com

Yosina Mariette Lissebeck on behalf of Creditor Total Quality Logistics, LLC
yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com

Faheem Mahmooth on behalf of Creditor Pension Benefit Guaranty Corporation
mahmooth.faheem@pbgc.gov

Jennifer K. Malow on behalf of Defendant Aequum Capital Financial II LLC
jennifer.malow@blankrome.com

Jennifer K. Malow on behalf of Defendant First Brands Group LLC

jennifer.malow@blankrome.com

Jennifer K. Malow on behalf of Interested Party Aequum Capital Financial II LLC
jennifer.malow@blankrome.com

Jennifer K. Malow on behalf of Intervenor Aequum Capital Financial II LLC
jennifer.malow@blankrome.com

Lorenzo Marinuzzi on behalf of Creditor Onset Financial, Inc.
lmarinuzzi@mofo.com

Jarrod B. Martin on behalf of Creditor KitKat (IL). LLC
jbmartin@bradley.com,
atty_jmartin@bluestylus.com;rabdelghani@bradley.com;akhan@bradley.com;jbmartin@ecf.courtdrive.com;mdsmith@bradley.com;ggattis@bradley.com;jfalcon@bradley.com;acorona@bradley.com;cpaul@bradley.com

Jarrod B. Martin on behalf of Creditor OmniSource, LLC
jbmartin@bradley.com,
atty_jmartin@bluestylus.com;rabdelghani@bradley.com;akhan@bradley.com;jbmartin@ecf.courtdrive.com;mdsmith@bradley.com;ggattis@bradley.com;jfalcon@bradley.com;acorona@bradley.com;cpaul@bradley.com

Jarrod B. Martin on behalf of Creditor XL Parts, LLC
jbmartin@bradley.com,
atty_jmartin@bluestylus.com;rabdelghani@bradley.com;akhan@bradley.com;jbmartin@ecf.courtdrive.com;mdsmith@bradley.com;ggattis@bradley.com;jfalcon@bradley.com;acorona@bradley.com;cpaul@bradley.com

Susan C Mathews on behalf of Creditor Volvo Penta of the Americas, LLC
smathews@bakerdonelson.com, jramos@bakerdonelson.com

Rebecca Lynn Matthews on behalf of Creditor Rebuilders Automotive Supply Co.
rmatthews@fbtgibbons.com, becky-matthews-7833@ecf.pacerpro.com

Sarah S. Mattingly on behalf of Creditor RWI Logistics LLC
sarah.mattingly@dinsmore.com, jamie.herald@dinsmore.com;brooke.hudson@dinsmore.com

Daniel J McGuire on behalf of Other Prof. Bank of America, N.A.
dan.mcguire@winstontaylor.com

Heather Pieper McMutry on behalf of Creditor Honda Development & Manufacturing of America, LLC, for itself and on behalf of certain North American subsidiaries and affiliates
hmcmutry@fbtlaw.com

Robert McNamara on behalf of Creditor HerbertUSA, Inc.
rmcnamara@aghattorneys.com

Edward Joseph McNeilly on behalf of Creditor Maplan GmbH and Machinery + PLANning Inc.
edward.mcneilly@hoganlovells.com

Travis A. McRoberts on behalf of Creditor SmartestEnergy US LLC

travis.mcroberts@bakerbotts.com, sarah.conley@squirepb.com;travis-a-mcroberts-1747@ecf.pacerpro.com

Peter Menz on behalf of Interested Party Michael Baker
pmenz@maglaw.com

Emily Meraia on behalf of Creditor Valeo North America, Inc.
emeraia@krcl.com

Emily Meraia on behalf of Creditor Valeo Sistemas Electricos, S.A. de C.V.
emeraia@krcl.com

Justin M Mertz on behalf of Creditor Ahlstrom Filtration LLC
jmmertz@michaelbest.com, jcalmes@michaelbest.com;courtmail@michaelbest.com

Justin M Mertz on behalf of Creditor Fairlane Industries, Inc.
jmmertz@michaelbest.com, jcalmes@michaelbest.com;courtmail@michaelbest.com

Laura D Metzger on behalf of Creditor Raistone Capital LLC
lmetzger@orrick.com, casestream@ecf.courtdrive.com;courtmail@orrick.com

Laura D Metzger on behalf of Creditor Raistone Purchasing LLC -Series XXXII
lmetzger@orrick.com, casestream@ecf.courtdrive.com;courtmail@orrick.com

Laura D Metzger on behalf of Creditor Raistone Purchasing LLC-Series XXVIII
lmetzger@orrick.com, casestream@ecf.courtdrive.com;courtmail@orrick.com

Brian R. Michael on behalf of Defendant Onset Financial Inc
bmichael@mofo.com, brian-michael-6352@ecf.pacerpro.com

Layla Milligan on behalf of Creditor Texas Commission on Environmental Quality
layla.milligan@oag.texas.gov

Steven J Mitby on behalf of Interested Party Press-Seal Corporation
smitby@mitbylaw.com,
pchavez@mitbylaw.com;apalova@mitbylaw.com;nmontez@mitbylaw.com

Daniela Mondragon on behalf of Interested Party AXIS Insurance Company
mondragon@wcbglaw.com, ramirez@wcbglaw.com

Daniela Mondragon on behalf of Interested Party Allianz Global Risks US Insurance Company
mondragon@wcbglaw.com, ramirez@wcbglaw.com

Daniela Mondragon on behalf of Interested Party Fair American Insurance and Reinsurance Company
mondragon@wcbglaw.com, ramirez@wcbglaw.com

Daniela Mondragon on behalf of Interested Party Ironshore Indemnity, Inc.
mondragon@wcbglaw.com, ramirez@wcbglaw.com

Daniela Mondragon on behalf of Interested Party QBE Insurance Corporation
mondragon@wcbglaw.com, ramirez@wcbglaw.com

Daniela Mondragon on behalf of Interested Party Westfield Select Insurance Company
mondragon@wcbglaw.com, ramirez@wcbglaw.com

Daniela Mondragon on behalf of Interested Party Zurich American Insurance Company
mondragon@wcbglaw.com, ramirez@wcbglaw.com

Trey A Monsour on behalf of Creditor 1600 Industrial LLC
tmonsour@foxrothschild.com,
rsolomon@foxrothschild.com;msteen@foxrothschild.com;dandreacchi@foxrothschild.com;TX.DKT@foxrothschild.com

Paul B Moore on behalf of Interested Party United States Of America
paul.moore@usdoj.gov, nicole.robbins@usdoj.gov;caseview.ecf@usdoj.gov;usatxs.bankruptcy-ecf@usdoj.gov

Paul B Moore on behalf of Intervenor United States Of America
paul.moore@usdoj.gov, nicole.robbins@usdoj.gov;caseview.ecf@usdoj.gov;usatxs.bankruptcy-ecf@usdoj.gov

Weldon Leslie Moore, III on behalf of Creditor Commonwealth Edison Company
wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III on behalf of Creditor Constellation NewEnergy Gas Division, LLC
wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III on behalf of Creditor Constellation NewEnergy, Inc.
wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III on behalf of Creditor Indiana Michigan Power Company
wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III on behalf of Creditor Metropolitan Company
wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III on behalf of Creditor Ohio Power Company
wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III on behalf of Creditor Toledo Edison Company
wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Gabriel Adam Morgan on behalf of Plaintiff First Brands Group, LLC
gabriel.morgan@weil.com, gabriel-morgan-3879@ecf.pacerpro.com;rene.olvera@weil.com;chris.jalomo@weil.com;Matthew.Kleissler@weil.com

Lucian Borders Murley on behalf of Creditor Transend Logistics, LLC
luke.murley@akerman.com, reyko.delpino@akerman.com

Frasher Murphy on behalf of Creditor Orbian Corporation and Orbian Financial Services XXVI LLC
frasher.murphy@haynesboone.com,

kim.morzak@haynesboone.com;kristy.martinez@haynesboone.com

Harry Frederick Murphy on behalf of Creditor Raistone Capital LLC
hmurphy@orrick.com, courtmail@orrick.com

Harry Frederick Murphy on behalf of Creditor Raistone Purchasing LLC -Series XXXII
hmurphy@orrick.com, courtmail@orrick.com

Harry Frederick Murphy on behalf of Creditor Raistone Purchasing LLC-Series XXVIII
hmurphy@orrick.com, courtmail@orrick.com

Christopher R Murray on behalf of Trustee Ronald Sommers
trustee@jonesmurray.com, crm@trustesolutions.net

Sara Elizabeth Nau on behalf of Interested Party Twin City Fire Insurance Company
sara.nau@phelps.com

John Robert Nelson on behalf of Interested Party FCA US LLC
jnelson@dickinsonwright.com, rgarza@dickinsonwright.com

Joshua James Newcomer on behalf of Respondent Argent Institutional Trust, as Litigation Trustee of the Instant Brands Litigation Trust
jnewcomer@mckoolsmith.com, newcomer-4044@ecf.pacerpro.com,ajohns@mckoolsmith.com,cubberud@mckoolsmith.com

Joel Frederic Newell on behalf of Creditor Lordco Parts Ltd.
newellj@ballardspahr.com, phxlsateam@ballardspahr.com,Phoenixdocketingbkr@ballardpahr.com;carolod@ballardspahr.com

Joel Frederic Newell on behalf of Creditor STORE Capital Acquisitions, LLC
newellj@ballardspahr.com, phxlsateam@ballardspahr.com,Phoenixdocketingbkr@ballardpahr.com;carolod@ballardspahr.com

Joel Frederic Newell on behalf of Creditor STORE Master Funding IV, LLC
newellj@ballardspahr.com, phxlsateam@ballardspahr.com,Phoenixdocketingbkr@ballardpahr.com;carolod@ballardspahr.com

Joel Frederic Newell on behalf of Creditor STORE Master Funding XIV, LLC
newellj@ballardspahr.com, phxlsateam@ballardspahr.com,Phoenixdocketingbkr@ballardpahr.com;carolod@ballardspahr.com

Nicole Yun Lin Ng on behalf of Interested Party Peter Andrew Brumbergs
nng@heckerfink.com

Amanda Marie Noonan on behalf of Interested Party Aequum Capital Financial II LLC
amanda.noonan@whitecase.com

Ryan Anthony O'Connor on behalf of Examiner Martin De Luca

rosenbr@okinadams.com, nhollon@okinadams.com

Margarita K. O'Donnell on behalf of Interested Party Laurie Stein
modonnell@zuckerman.com

Holland Neff O'Neil on behalf of Interested Party Flex-N-Gate LLC
honeil@foley.com, jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com

Matthew Scott Okin on behalf of Examiner Martin De Luca
mokin@okinadams.com, nhollon@okinadams.com

Kenneth J. Ottaviano on behalf of Defendant Aequum Capital Financial II LLC
ken.ottaviano@blankrome.com

Jiangang Ou on behalf of Creditor Longkou Haimeng Machinery Co., Ltd.
James.Ou@FisherBroyles.com

Dalford Dean Owens, Jr. on behalf of Creditor National Labor Relations Board
dean.owens@nlrb.gov

Andrew Michael Parks on behalf of Creditor Evolution Credit Partners
aparks@elsberglaw.com

Rakhee V Patel on behalf of Creditor Napier Park Global Capital (US) LP
rpatel@sidley.com, dgalindo@winstead.com

Eloy Antonio Peral on behalf of Creditor BRI WESTPARK IV QOZB, LP
eperal@windelsmarx.com

Deborah Michelle Perry on behalf of 3rd Party Plaintiff Onset Financial, Inc.
dperry@munsch.com, CourtMail@munsch.com

Deborah Michelle Perry on behalf of Creditor Onset Financial, Inc.
dperry@munsch.com, CourtMail@munsch.com

Deborah Michelle Perry on behalf of Creditor Silver Point Capital, L.P.
dperry@munsch.com, CourtMail@munsch.com

Deborah Michelle Perry on behalf of Cross Defendant Onset Financial, Inc.
dperry@munsch.com, CourtMail@munsch.com

Deborah Michelle Perry on behalf of Cross-Claimant Onset Financial, Inc.
dperry@munsch.com, CourtMail@munsch.com

Deborah Michelle Perry on behalf of Defendant Justin Nielsen
dperry@munsch.com, CourtMail@munsch.com

Deborah Michelle Perry on behalf of Defendant Nielsen Investments
dperry@munsch.com, CourtMail@munsch.com

Deborah Michelle Perry on behalf of Defendant Onset Financial, Inc.
dperry@munsch.com, CourtMail@munsch.com

Deborah Michelle Perry on behalf of Interested Party Silver Point Capital, L.P.
dperry@munsch.com, CourtMail@munsch.com

Deborah Michelle Perry on behalf of Intervenor Onset Financial, Inc.
dperry@munsch.com, CourtMail@munsch.com

Kristen L Perry on behalf of Creditor T.H.I. Group Ltd.
kristen.perry@faegredrinker.com,
kelly.olson@faegredrinker.com;danette.dykema@faegredrinker.com;cathy.greer@faegredrinker.com

Kristen L Perry on behalf of Creditor United Parcel Service, Inc.
kristen.perry@faegredrinker.com,
kelly.olson@faegredrinker.com;danette.dykema@faegredrinker.com;cathy.greer@faegredrinker.com

Christopher Lee Phillippe on behalf of Attorney Christopher L Phillippe
clphillippe@cameroncountylawyer.com,
zlgarza@cameroncountylawyer.com;bankruptcy@cameroncountylawyer.com;LawOfficesofPhillippeAssociates@jubileebk.net

Ian Ross Phillips on behalf of Creditor Committee Official Committee of Unsecured Creditors
iphillips@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Gabrielle Pilgrim on behalf of Creditor Central States, Southeast and Southwest Areas Pension Fund
gpilgrim@centralstatesfunds.org

James A Plemmons on behalf of Interested Party FCA US LLC
jplemmons@dickinsonwright.com, wrees@dickinsonwright.com

Nicholas Poli on behalf of Creditor Raistone Capital LLC
npoli@orrick.com, nymao@orrick.com;courtmail@orrick.com

Nicholas Poli on behalf of Creditor Raistone Purchasing LLC -Series XXXII
npoli@orrick.com, nymao@orrick.com;courtmail@orrick.com

Nicholas Poli on behalf of Creditor Raistone Purchasing LLC-Series XXVIII
npoli@orrick.com, nymao@orrick.com;courtmail@orrick.com

Jennifer Kriss Pollan on behalf of Creditor Michael Bueno
jennifer.pollan@huschblackwell.com, christine.deacon@huschblackwell.com;jennifer-pollan-8341@ecf.pacerpro.com

Alana L Porrazzo on behalf of Creditor RLI Insurance Company
alp@jkwlawyers.com

Lisa Ann Powell on behalf of Creditor Longkou Haimeng Machinery Co., Ltd.
Lisa.Powell@fisherbroyles.com

Lisa Ann Powell on behalf of Creditor Southern Machinery Repair, Inc.
Lisa.Powell@fisherbroyles.com

Samuel R. Rabuck on behalf of Creditor Alliance Automotive Group (EU)
sam.rabuck@bfkn.com

Samuel R. Rabuck on behalf of Creditor GPC Asia Pacific Limited
sam.rabuck@bfkn.com

Samuel R. Rabuck on behalf of Creditor GPC Asia Pacific Pty Ltd.
sam.rabuck@bfkn.com

Samuel R. Rabuck on behalf of Creditor Genuine Parts Company
sam.rabuck@bfkn.com

Samuel R. Rabuck on behalf of Creditor Motion Industries (Canada) Inc.
sam.rabuck@bfkn.com

Samuel R. Rabuck on behalf of Creditor Motion Industries (Mexico) Inc.
sam.rabuck@bfkn.com

Samuel R. Rabuck on behalf of Creditor Motion Industries, Inc.
sam.rabuck@bfkn.com

Philip David Racusin on behalf of Creditor Scotland Enterprises, Inc.
PRacusin@hchlawyers.com, pr01010@recap.email

Alyssa M. Radovanovich on behalf of Interested Party TransImpact, LLC
aradovanovich@klehr.com

Isaac Raisner on behalf of Plaintiff Brittany Johnson
isr@raisnerroupinian.com

Isaac Raisner on behalf of Plaintiff Chad Compton
isr@raisnerroupinian.com

Isaac Raisner on behalf of Plaintiff Giancarlo Hernandez
isr@raisnerroupinian.com

Isaac Raisner on behalf of Plaintiff Kyle Bennett
isr@raisnerroupinian.com

Isaac Raisner on behalf of Plaintiff Maria Tapia
isr@raisnerroupinian.com

Jack A. Raisner on behalf of Creditor Maria Tapia
jar@raisnerroupinian.com, rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner on behalf of Plaintiff Brittany Johnson
jar@raisnerroupinian.com, rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner on behalf of Plaintiff Chad Compton

jar@raisnerroupinian.com, rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner on behalf of Plaintiff Giancarlo Hernandez
jar@raisnerroupinian.com, rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner on behalf of Plaintiff Kyle Bennett
jar@raisnerroupinian.com, rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner on behalf of Plaintiff Maria Tapia
jar@raisnerroupinian.com, rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Pratik Kumar Raj Ghosh on behalf of Interested Party Scott Wallace
prajghosh@mololamken.com

Pratik Kumar Raj Ghosh on behalf of Interested Party Shekhar Kumar
prajghosh@mololamken.com

William T Reid, IV on behalf of Trustee Ronald J Sommers
wreid@reidcollins.com

Steven J. Reisman on behalf of Interested Party Hilco Valuation Services, LLC, Dba Hilco Global and its designated affiliates and subsidiaries
sreisman@katten.com, nyc.bknotices@kattenlaw.com

Michael Kevin Riordan on behalf of Creditor XL Parts, LLC
mriordan@bradley.com, mike-riordan-8644@ecf.pacerpro.com;vherrera@bradley.com;ggattis@bradley.com;akhan@bradley.com

Mai Lan G. Rodgers on behalf of Creditor Pension Benefit Guaranty Corporation
rodgers.mailan@pbgc.gov, efile@pbgc.gov

Mary Mamdouh Rofaeil on behalf of Interested Party JessCo Brakes Inc., an affiliate of Friction One Brake Technology (Xiantao) Co., Ltd.
mary.rofaeil@foley.com

Adam C Rogoff on behalf of Interested Party LAM TFG
adam.rogoff@hsfkramer.com, corporate-reorg-1449@ecf.pacerpro.com

Adam C Rogoff on behalf of Interested Party LAM TFG I SPV
adam.rogoff@hsfkramer.com, corporate-reorg-1449@ecf.pacerpro.com

Adam C Rogoff on behalf of Interested Party LAM TFG II
adam.rogoff@hsfkramer.com, corporate-reorg-1449@ecf.pacerpro.com

Adam C Rogoff on behalf of Interested Party Leucadia Asset Management LLC
adam.rogoff@hsfkramer.com, corporate-reorg-1449@ecf.pacerpro.com

Danielle Rose on behalf of Interested Party Stephen Graham
danielle.rose@kobrekim.com

Brian Michael Rothschild on behalf of Creditor WD Electronics, LLC
brothschild@parsonsbehle.com

Anna Rotman on behalf of Interested Party 1970 Group, Inc.
anna.rotman@kirkland.com,
rkwasteniet@kirkland.com;jaimie.fedell@kirkland.com;brad.weiland@kirkland.com;john.luze@kirkland.com;kevin.mcclelland@kirkland.com

Rene S. Roupinian on behalf of Plaintiff Brittany Johnson
rsr@raisnerroupinian.com, rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Rene S. Roupinian on behalf of Plaintiff Chad Compton
rsr@raisnerroupinian.com, rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Rene S. Roupinian on behalf of Plaintiff Giancarlo Hernandez
rsr@raisnerroupinian.com, rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Rene S. Roupinian on behalf of Plaintiff Kyle Bennett
rsr@raisnerroupinian.com, rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Rene S. Roupinian on behalf of Plaintiff Maria Tapia
rsr@raisnerroupinian.com, rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Ariel Roytenberg on behalf of Creditor Raistone Capital LLC
aroytenberg@orrick.com, courtmail@orrick.com

Ariel Roytenberg on behalf of Creditor Raistone Purchasing LLC -Series XXXII
aroytenberg@orrick.com, courtmail@orrick.com

Ariel Roytenberg on behalf of Creditor Raistone Purchasing LLC-Series XXVIII
aroytenberg@orrick.com, courtmail@orrick.com

Charles Michael Rubio on behalf of Interested Party Overdrive Acquisition, LLC
crubio@parkinsrubio.com, 7485062420@filings.docketbird.com

Jayson B. Ruff on behalf of U.S. Trustee US Trustee
jayson.b.ruff@usdoj.gov

Nathan Q. Rugg on behalf of Creditor Alliance Automotive Group (EU)
nathan.rugg@bfkn.com, james.tucker@bfkn.com

Nathan Q. Rugg on behalf of Creditor GPC Asia Pacific Limited
nathan.rugg@bfkn.com, james.tucker@bfkn.com

Nathan Q. Rugg on behalf of Creditor GPC Asia Pacific Pty Ltd.
nathan.rugg@bfkn.com, james.tucker@bfkn.com

Nathan Q. Rugg on behalf of Creditor Genuine Parts Company
nathan.rugg@bfkn.com, james.tucker@bfkn.com

Nathan Q. Rugg on behalf of Creditor Motion Industries (Canada) Inc.
nathan.rugg@bfkn.com, james.tucker@bfkn.com

Nathan Q. Rugg on behalf of Creditor Motion Industries (Mexico) Inc.

nathan.rugg@bfkn.com, james.tucker@bfkn.com

Nathan Q. Rugg on behalf of Creditor Motion Industries, Inc.
nathan.rugg@bfkn.com, james.tucker@bfkn.com

Nathan Q. Rugg on behalf of Creditor UAP (Canada) Inc.
nathan.rugg@bfkn.com, james.tucker@bfkn.com

James Wiley Rusher on behalf of Creditor SRE Miami, LLC
jwrusher@arhlaw.com

Bruce J Ruzinsky on behalf of Creditor MAC Montacargas Corporation
bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Nicholas J. Sabatino on behalf of Creditor Raistone Capital LLC
nsabatino@orrick.com, courtmail@orrick.com

Nicholas J. Sabatino on behalf of Creditor Raistone Purchasing LLC -Series XXXII
nsabatino@orrick.com, courtmail@orrick.com

Nicholas J. Sabatino on behalf of Creditor Raistone Purchasing LLC-Series XXVIII
nsabatino@orrick.com, courtmail@orrick.com

Scott Saldana on behalf of Plaintiff Patterson Inventory Holdings, LLC
ssaldana@reidcollins.com

Scott Saldana on behalf of Plaintiff Patterson Inventory, LLC
ssaldana@reidcollins.com

Scott Saldana on behalf of Plaintiff Starlight Inventory Holdings I, LLC
ssaldana@reidcollins.com

Scott Saldana on behalf of Plaintiff Starlight Inventory I, LLC
ssaldana@reidcollins.com

Scott Saldana on behalf of Trustee Ronald J Sommers
ssaldana@reidcollins.com

Diane Wade Sanders on behalf of Creditor Cameron County
austin.bankruptcy@publicans.com

Diane Wade Sanders on behalf of Creditor City Of McAllen
austin.bankruptcy@publicans.com

Diane Wade Sanders on behalf of Creditor Hidalgo County
austin.bankruptcy@publicans.com

Sarah Patricia Santos on behalf of Interested Party David Parker
ssantos@dslawpc.com, rmoncivais@dslawpc.com

Sanjiv Sarma on behalf of Creditor Laboratorio Elettrofisico USA, Inc.
ssarma@sgrlaw.com, bkdocketing@sgrlaw.com

Daniel J Saval on behalf of Defendant Stephen Graham
Daniel.saval@kobrekim.com

Daniel J Saval on behalf of Interested Party Stephen Graham
Daniel.saval@kobrekim.com

Randall F Scherck on behalf of Interested Party CMX North America Inc.
rscherck@ubglaw.com, aschmidt@ubglaw.com

Madeline Mason Schmidt on behalf of Examiner Martin De Luca
mschmidt@munsch.com, crichison@munsch.com;courtmail@munsch.com

Lucas Lyle Schneider on behalf of Creditor Lumen Technologies, Inc.
lucas.schneider@huschblackwell.com, christine.deacon@huschblackwell.com

Andrew Schrag on behalf of Defendant Aequum Capital Financial II LLC
andy.schrag@blankrome.com

Jennifer Schubert on behalf of Interested Party Scott Wallace
jschubert@mololamken.com

Jennifer Schubert on behalf of Interested Party Shekhar Kumar
jschubert@mololamken.com

Martin Seidler on behalf of Creditor Martin Titanium American Logistics, Inc.
marty@seidlerlaw.com,
ecf@seidlerlaw.com;LAWOFFICESOFMARTINSEIDLER@jubileebk.net

Richard Mark Seltzer on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW)
rseltzer@cwsny.com

Richard Mark Seltzer on behalf of Creditor United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers Int'l Union
rseltzer@cwsny.com

Michael J Shane on behalf of Creditor c/o Michael J. Shane RIO BRAVO INTERNATIONAL SERVICES, INC.
mshane@eplawyers.com, bsilva@eplawyers.com

Emily Shanks on behalf of Plaintiff Evolution Credit Opportunity Master Fund II-B, LP
eshanks@grayreed.com, vsalazar@grayreed.com

Emily Shanks on behalf of Plaintiff Evolution Credit Opportunity Master Fund III-B, LP
eshanks@grayreed.com, vsalazar@grayreed.com

Emily Shanks on behalf of Plaintiff Evolution Credit Partners Trade Finance Master L.P.
eshanks@grayreed.com, vsalazar@grayreed.com

Seth Brandon Shapiro on behalf of Interested Party U.S Customs and Border Protection
seth.shapiro@usdoj.gov

Seth Brandon Shapiro on behalf of Interested Party United States Of America
seth.shapiro@usdoj.gov

Seth Brandon Shapiro on behalf of Intervenor United States Of America
seth.shapiro@usdoj.gov

David Alexander Shargel on behalf of Interested Party Edward James
david.shargel@bracewell.com

Mark D Sherrill on behalf of Creditor Official Committee of Non-Union Retirees
mark.sherrill@chamberlainlaw.com, lara.coleman@chamberlainlaw.com

Mark D Sherrill on behalf of Interested Party The NOCO Company
mark.sherrill@chamberlainlaw.com, lara.coleman@chamberlainlaw.com

Michelle E Shriro on behalf of Creditor BPP Cannonball Park A LP fka BPP Shiraz Park A LP
mshriro@singerlevick.com, scotton@singerlevick.com;tguillory@singerlevick.com

Michelle E Shriro on behalf of Creditor BPP Shiraz Park A LP
mshriro@singerlevick.com, scotton@singerlevick.com;tguillory@singerlevick.com

Joseph D. Sibley, IV on behalf of Witness NextProcess, LP
sibley@camarasibley.com

Bethany Simmons on behalf of Creditor ARC CGLGNIN001, LLC
bsimmons@loeb.com

Bethany Simmons on behalf of Creditor ARC CGMARSC001, LLC
bsimmons@loeb.com

Sara Maria Simms on behalf of Creditor Daniel Villalta
sms@romerolaw.com

David Philip Simonds on behalf of Creditor Maplan GmbH and Machinery + PLANning Inc.
david.simonds@hoganlovells.com

Jared M Slade on behalf of Creditor UMB Bank, N.A.
jared.slade@alston.com,
Leah.McNeill@alston.com;Jacob.Johnson@alston.com;melanie.mizrahie@alston.com;brian.laine
@alston.com

Jared M Slade on behalf of Intervenor UMB Bank, N.A.
jared.slade@alston.com,
Leah.McNeill@alston.com;Jacob.Johnson@alston.com;melanie.mizrahie@alston.com;brian.laine
@alston.com

Ross McNeill Slaughter on behalf of Interested Party Laurie Stein
rslaughter@zuckerman.com

Garrick C Smith on behalf of Creditor Onset Financial, Inc.
gsmith@munsch.com, CourMail@munsch.com

Ronald J Sommers on behalf of Trustee Ronald J Sommers
efile@nathansommers.com,
RS@trustesolutions.com,RS@trustesolutions.net,psalazar@nathansommers.com

Steven W Soule on behalf of Creditor City of Miami Special Utility Authority
ssoule@hallestill.com, smccormick@hallestill.com

John James Sparacino on behalf of Creditor Ciara Childs
jsparacino@mckoolsmith.com, john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino on behalf of Creditor Francisco Garza
jsparacino@mckoolsmith.com, john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino on behalf of Creditor Manuel Fernandez
jsparacino@mckoolsmith.com, john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino on behalf of Creditor Manuel Leal
jsparacino@mckoolsmith.com, john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino on behalf of Creditor Tim Johnson
jsparacino@mckoolsmith.com, john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino on behalf of Plaintiff Francisco Garza
jsparacino@mckoolsmith.com, john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

David Lawrence Staab on behalf of Creditor Orbian Corporation and Orbian Financial Services XXVI LLC
david.staab@haynesboone.com

Marie Kimberly Stagg on behalf of Interested Party FCA US LLC
kstagg@dickinsonwright.com

Rick Aaron Steinberg on behalf of Creditor OEC Group
rsteinberg@pricemeese.com

Michael R. Stewart on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION
michael.stewart@faegredrinker.com

Matthew David Storey on behalf of Creditor TRUIST BANK
matt@storeylawpllc.com

John Hammel Strauss on behalf of Trustee Ronald J Sommers
jhstrauss@reidcollins.com

Samuel Joseph Strauss on behalf of Plaintiff Francisco Garza

sam@strausssorrell.com

Sabrina L Streusand on behalf of Creditor NTT DATA Americas, Inc.
streusand@slollp.com, apina@slollp.com

Sabrina L Streusand on behalf of Creditor NTT Managed Services Americas, LLC
streusand@slollp.com, apina@slollp.com

Matthew David Struble on behalf of Interested Party Jefferies Financial Group Inc.
mstruble@velaw.com

Michael Mario Tamburini on behalf of Creditor IPVIII 185th Street, LLC fka ELHC VIII, LLC
mtamburini@levycraig.com

Michael Mario Tamburini on behalf of Creditor IPXXII 193 Street, LLC fka ELHC XXII, LLC
mtamburini@levycraig.com

Michael Mario Tamburini on behalf of Creditor NP Whitaker Ave. Industrial, LLC
mtamburini@levycraig.com

Vivek Vijay Tata on behalf of Creditor Evolution Credit Partners
vtata@elsberglaw.com

David Benjamin Thomas on behalf of Creditor Evolution Credit Partners
david.thomas@usdoj.gov, jwingerter@reidcollins.com

David Benjamin Thomas on behalf of Trustee Ronald J Sommers
david.thomas@usdoj.gov, jwingerter@reidcollins.com

Grace A. Thompson on behalf of Debtor First Brands Group, LLC
grace.thompson@katten.com, nyc.bknotices@katten.com

James Michael Towarnicky on behalf of Interested Party Mahavir Die Casters Pvt Ltd
slovakesq@aol.com

James Michael Towarnicky on behalf of Interested Party Harish Uniyal
slovakesq@aol.com

James Michael Towarnicky on behalf of Interested Party John Doe
slovakesq@aol.com

James Michael Towarnicky on behalf of Interested Party Karam Singh
slovakesq@aol.com

James Michael Towarnicky on behalf of Interested Party Naresh Sharma
slovakesq@aol.com

James Michael Towarnicky on behalf of Interested Party Shallendra Shukla
slovakesq@aol.com

James Michael Towarnicky on behalf of Interested Party Vineet Kumar Garg
slovakesq@aol.com

Toni Lanette Townsend on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL FINANCE INC.
toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

Toni Lanette Townsend on behalf of Creditor Toyota Industries Commercial Finance, Inc
toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

Toni Lanette Townsend on behalf of Creditor Toyota Industries Commercial Finance, Inc.
toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

Brian Trumbauer on behalf of Creditor Mitsubishi HC Capital America, Inc.
btrumbauer@bodmanlaw.com

Lisa Sheaufeng Tsai on behalf of Plaintiff Patterson Inventory Holdings, LLC
ltsai@reidcollins.com, mmyers@rctlegal.com,jwingerter@reidcollins.com

Lisa Sheaufeng Tsai on behalf of Plaintiff Patterson Inventory, LLC
ltsai@reidcollins.com, mmyers@rctlegal.com,jwingerter@reidcollins.com

Lisa Sheaufeng Tsai on behalf of Plaintiff Starlight Inventory Holdings I, LLC
ltsai@reidcollins.com, mmyers@rctlegal.com,jwingerter@reidcollins.com

Lisa Sheaufeng Tsai on behalf of Plaintiff Starlight Inventory I, LLC
ltsai@reidcollins.com, mmyers@rctlegal.com,jwingerter@reidcollins.com

Lisa Sheaufeng Tsai on behalf of Trustee Ronald J Sommers
ltsai@reidcollins.com, mmyers@rctlegal.com,jwingerter@reidcollins.com

John Kendrick Turner on behalf of Creditor Tarrant County
john.turner@lgbs.com, Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Ann Marie Uetz on behalf of Interested Party JessCo Brakes Inc., an affiliate of Friction One Brake Technology (Xiantao) Co., Ltd.
auetz@foley.com

Melissa E Valdez on behalf of Creditor Brownsville Independent School District
mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Margaret A. Vesper on behalf of Creditor Comcast Cable Communications Management, LLC
vesperm@ballardspahr.com

Margaret A. Vesper on behalf of Creditor Masergy Communications, Inc.
vesperm@ballardspahr.com

Antonio Villeda on behalf of Creditor SorTech LLC
avilleda@mybusinesslawyer.com,
VilledaFiled@hotmail.com;villedalawgroup@ecf.courtdrive.com;ehury@mybusinesslawyer.com
;mfsantos@mybusinesslawyer.com;mtalbot@mybusinesslawyer.com

Antonio Villeda on behalf of Creditor SorTech, LLC
avilleda@mybusinesslawyer.com, VilledaFiled@hotmail.com;villedalawgroup@ecf.courtdrive.com;ehury@mybusinesslawyer.com;mfsantos@mybusinesslawyer.com;mtalbot@mybusinesslawyer.com

David F Waguespack on behalf of Creditor Planters Bank
waguespack@carverdarden.com, nkelly@carverdarden.com

David F Waguespack on behalf of Plaintiff Planters Bank
waguespack@carverdarden.com, nkelly@carverdarden.com

Kevin Patrick Walters on behalf of Creditor Industrial Realty Group LLC
kevin.walters@roystonlaw.com, sylvia.cooper@roystonlaw.com

William Seth Weltman on behalf of Defendant Aequum Capital Financial II LLC
will.weltman@blankrome.com, CourtMail@blankrome.com,cheree.woods@blankrome.com

Timothy L. Wentworth on behalf of Creditor Carrdan Corporation
twentworth@okinadams.com, nhollon@okinadams.com

Stephen Wilcox on behalf of Creditor ACAR Leasing Ltd
kraudry@wilcoxlaw.net, kraudry@wilcoxlaw.net;krw77@sbcglobal.net;swilcox@wilcoxlaw.net

Eric R Wilson on behalf of Interested Party Ryder Integrated Logistics, Inc.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Sean Thomas Wilson on behalf of Creditor Mayfair Enterprises, LLC
swilson@shannonleellp.com, swilson@shannonleellp.com

Tatianna J. Witter on behalf of Creditor Bank of America, N.A.
tatianna.witter@winstontaylor.com, tatianna-witter-3493@ecf.pacerpro.com;ecf_sf@winston.com

Tatianna J. Witter on behalf of Defendant Bank of America, N.A.
tatianna.witter@winstontaylor.com, tatianna-witter-3493@ecf.pacerpro.com;ecf_sf@winston.com

Tatianna J. Witter on behalf of Interested Party Bank Of America NA
tatianna.witter@winstontaylor.com, tatianna-witter-3493@ecf.pacerpro.com;ecf_sf@winston.com

Joshua W. Wolfshohl on behalf of Trustee Eva Engelhart
jwolfshohl@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl on behalf of Trustee Eva S Engelhart
jwolfshohl@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Melissa S. Woods on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW)

mwoods@cwsny.com, ecf@cwsny.com

Melissa S. Woods on behalf of Creditor United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers Int'l Union
mwoods@cwsny.com, ecf@cwsny.com

Melissa S. Woods on behalf of Plaintiff International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW)
mwoods@cwsny.com, ecf@cwsny.com

Charles Randall Woolley, II on behalf of Creditor Kingsbridge Holdings, LLC
rwoolley@darcydevassy.com

Mark Robert Wulfe on behalf of Defendant Edward James
mark.wulfe@bracewell.com, mary.kearney@bracewell.com

Mark Robert Wulfe on behalf of Defendant JCMC Investment Group LLC
mark.wulfe@bracewell.com, mary.kearney@bracewell.com

Mark Robert Wulfe on behalf of Defendant Optimus Private Capital LLC
mark.wulfe@bracewell.com, mary.kearney@bracewell.com

Mark Robert Wulfe on behalf of Interested Party Edward James
mark.wulfe@bracewell.com, mary.kearney@bracewell.com

Elias Marwan Yazbeck on behalf of Creditor IA Mechanical Inc.
elias@yazbecklaw.com,
sheema@yazbecklaw.com,jaila@yazbecklaw.com,TheLawOfficeofEliasMYazbeck@jubileebk.net,ricardo@yazbecklaw.com,mei@yazbecklaw.com,rafic@yazbecklaw.com,admin@yazbecklaw.com

James Thomas Young on behalf of Creditor MacAllister Machinery Company, Inc.
jyoung@rubin-levin.net

Megan Young-John on behalf of Interested Party Carnaby II and III Secured Parties
myoung-john@porterhedges.com, eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

Dated: November 17, 2026

*<u>/s/ Yosina M. Lissebeck</u>*
Yosina M. Lissebeck