**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **FIRST BRANDS GROUP, LLC, et al.,** | § | **Case No. 25-90399 (CML)** |
| | § | **Re: Docket No. [●]** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**ORDER GRANTING ABL AGENT'S AGREED MOTION FOR ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO ALLOW RELEASE OF CERTAIN FUNDS HELD IN ESCROW PURSUANT TO THE TMD SALE ORDER**

Upon the motion (the "Motion")[2] of the ABL Agent, pursuant to section 362(d) of the Bankruptcy Code, Bankruptcy Rules 4001(a) and 9014, and Bankruptcy Local Rule 4001-1, for entry of an order granting relief from the automatic stay to allow the release of the TMD Escrowed Funds; and the Court having jurisdiction under 28 U.S.C. §§ 1334(b) and 157 and the General Order of Reference; and this being a core proceeding under 28 U.S.C. § 157(b)(2)(G); and venue being proper under 28 U.S.C. §§ 1408 and 1409; and notice of the Motion being adequate and sufficient under the circumstances; and the Court having found cause for the relief granted herein, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The automatic stay under section 362(a) of the Bankruptcy Code is modified pursuant to section 362(d) of the Bankruptcy Code, to the extent applicable, to permit the release

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva S. Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

of the TMD Escrowed Funds, in the amount of approximately $18,806,312.18 (together with any interest or earnings accrued thereon), from escrow to the ABL Agent. Upon entry of this Order, the TMD Escrowed Funds are released to the ABL Agent free of any escrow or other restriction, and the ABL Agent may use the TMD Escrowed Funds without further notice or order of the Court, including by applying them to the ABL Obligations.

3. This Order does not authorize the release, sweep, transfer, setoff, or application of any portion of the disputed $21.2 million in postpetition accounts receivable proceeds that are the subject of the Evolution Motion [Docket No. 3792], or any portion of the Walbro AR held in escrow under the Walbro Sale Order. The rights of all parties in interest are expressly preserved.

4. This Order does not authorize the release, sweep, or application of any cash held in any Onset Account, including any account established under the Onset AP Order or the Wind Down Order, or of any litigation proceeds.

5. This Order does not authorize the release of, or the exercise of control over, any assets of the Carnaby Debtors, and the rights and remedies of the Carnaby Debtors' estates are expressly preserved.

6. This Order does not affect any prepetition accounts receivable, or proceeds thereof, held in the Factored Receivables Accounts under the Cash Management Order, or any claims or causes of action held by a Third-Party Factor, which are preserved to the extent provided in paragraph 43 of the TMD Sale Order.

7. Nothing in this Order releases, bars, or limits any claim, cause of action, avoidance action, right of setoff or recoupment, or defense that any party may have against the ABL Agent or the ABL Lenders, or constitutes a determination as to the validity, enforceability, priority, perfection, amount, or extent of any claim, lien, security interest, or other interest.

8. Notwithstanding Bankruptcy Rule 4001(a)(3), this Order is immediately effective and enforceable upon its entry.

9. The Court retains jurisdiction over all matters arising from or relating to the implementation, interpretation, or enforcement of this Order.

Signed: ____________________ ________________________________________

THE HONORABLE CHRISTOPHER LOPEZ
UNITED STATES BANKRUPTCY JUDGE