**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | **(Previously Chapter 11)** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | |
| | § | **Case No. 25-90399 (CML)** |
| **Debtors.**[1] | § | |
| | § | **Jointly Administered** |

**SECOND NOTICE OF STIPULATION EXTENDING DEADLINE FOR EVA S. ENGELHART, CHAPTER 7 TRUSTEE, AND THE AD HOC GROUP TO RESPOND TO THE FOURTH INTERIM AND FINAL FEE APPLICATION OF LAZARD FRÈRES & CO. LLC, AS INVESTMENT BANKER FOR THE DEBTORS**

[Relates to Docket Nos. 3929 and 4060]

**WHEREAS**, on September 24, 2025, Global Assets LLC and 12 debtor affiliates each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), and commencing on September 28, 2025, First Brands Group, LLC and the remaining Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the Bankruptcy Court.

**WHEREAS**, on September 1, 2026, the Court entered the *Order (I) Converting Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief* [Docket No. 3748]

[1] A complete list of the "Debtors" in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

(the "Conversion Order"),[2] which converted the Converting Debtors' chapter 11 cases to cases under chapter 7 of the Bankruptcy Code.

**WHEREAS**, on September 1, 2026, the United States Trustee appointed Eva S. Engelhart as the interim chapter 7 trustee for the FBG Debtors (the "FBG Debtor Trustee"), as reflected in the notices of chapter 7 bankruptcy case filed on the FBG Debtors' dockets. *See* Docket No. 3753.

**WHEREAS**, on October 16, 2026, Lazard Frères & Co. LLC ("Lazard") filed its *Fourth Interim and Final Fee Application of Lazard Frères & Co. LLC, as Investment Banker for the Debtors* [Docket No. 3929] (the "Final Fee Application") requesting (i) interim allowance of compensation for services rendered and reimbursement of expenses incurred as investment banker for the chapter 11 debtors for the period from July 1, 2026 through August 31, 2026 and (ii) final allowance of compensation for services rendered and reimbursement of expenses incurred for the period from September 29, 2025 through August 31, 2026.

**WHEREAS**, the original deadline for all parties to file a response to the Final Fee Application was November 6, 2026.

**WHEREAS**, the FBG Debtor Trustee, Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), as counsel to the Ad Hoc Group, and Lazard (collectively, the "Parties") agreed to extend the original response deadline of the FBG Debtor Trustee and the Ad Hoc Group to November 16, 2026 at 5:00 p.m. prevailing Central Time. *See* Docket No. 4060.

**WHEREAS**, before expiration of the response deadline, the Parties agreed to further extend the response deadline of the FBG Debtor Trustee and the Ad Hoc Group to **November 30,**

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Conversion Order.

**2026**, in order to aid in a more efficient transition of the chapter 11 bankruptcy cases to cases under chapter 7.

**Agreed as to form and substance:**

| | |
|---|---|
| **Porter Hedges LLP**<br><br>By: */s/ Joshua W. Wolfshohl*<br>Joshua W. Wolfshohl (TX Bar No. 24038592)<br>Eric M. English (TX Bar No. 24062714)<br>M. Shane Johnson (TX Bar No. 24083263)<br>Grecia V. Sarda (TX Bar No. 24132092)<br>1000 Main St., 36th Floor<br>Houston, Texas 77002<br>Telephone: (713) 226-6000<br>Facsimile: (713) 226-6248<br>jwolfshohl@porterhedges.com<br>eenglish@porterhedges.com<br>sjohnson@porterhedges.com<br>gsarda@porterhedges.com<br><br>***Bankruptcy Counsel for the Chapter 7 Trustee, Eva S. Engelhart***<br><br>**Gibson, Dunn & Crutcher LLP**<br><br>By: /s/ *AnnElyse Scarlett Gains*<br>AnnElyse Scarlett Gains (admitted *pro hac vice*)<br>S. Robert Marsters, Jr. (admitted *pro hac vice*)<br>1700 M Street N.W.<br>Washington, D.C. 20036-3504<br>Telephone: (202) 955-8500<br>agains@gibsondunn.com<br>rmarsters@gibsondunn.com<br><br>***Counsel to the Ad Hoc Group*** | **Fried, Frank, Harris, Shriver & Jacobson LLP**<br><br>By: /s/ *Ilan T. Graff*<br>Ilan T. Graff<br>One New York Plaza<br>New York, New York 10004<br>Telephone: (212) 859-8000<br>Facsimile: (212) 859-4000<br>ilan.graff@friedfrank.com<br><br>***Counsel for Lazard Frères & Co. LLC*** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was duly served by electronic transmission to all registered ECF users appearing in the case on November 18, 2026.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl