**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | § **Chapter 7** |
| | § **(Previously Chapter 11)** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § |
| | § **Case No. 25-90399 (CML)** |
| **Debtors.**[1] | § |
| | § **Jointly Administered** |

**NOTICE OF STIPULATION EXTENDING DEADLINE FOR EVA S. ENGELHART, CHAPTER 7 TRUSTEE, AND THE AD HOC GROUP TO RESPOND TO SEVERAL FEE APPLICATIONS FILED BY COMMITTEE PROFESSIONALS**

[Relates to Docket Nos. 3913, 3915, 3917, 3918, 3919]

**WHEREAS**, on September 24, 2025, Global Assets LLC and 12 debtor affiliates each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), and commencing on September 28, 2025, First Brands Group, LLC and the remaining Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the Bankruptcy Court.

**WHEREAS**, on September 1, 2026, the Court entered the *Order (I) Converting Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief* [Docket No. 3748]

[1] A complete list of the "Debtors" in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

(the "Conversion Order"),[2] which converted the Converting Debtors' chapter 11 cases to cases under chapter 7 of the Bankruptcy Code.

**WHEREAS**, on September 1, 2026, the United States Trustee appointed Eva S. Engelhart as the interim chapter 7 trustee for the FBG Debtors (the "FBG Debtor Trustee"), as reflected in the notices of chapter 7 bankruptcy case filed on the FBG Debtors' dockets. *See* Docket No. 3753.

**WHEREAS**, on October 16, 2026, Brown Rudnick LLP ("Brown Rudnick"), as co-counsel to the Official Committee of Unsecured Creditors, filed *The Final Fee Application of Brown Rudnick LLP as Co-Counsel to the Official Committee of Unsecured Creditors of First Brands Group, LLC, et al., for Compensation for Services Rendered and Reimbursement of Expenses Incurred During the Period from October 13, 2025 through and including September 1, 2026* [Docket No. 3913] (the "Brown Rudnick Fee Application").

**WHEREAS**, on October 16, 2026, Cole Schotz P.C. ("Cole Schotz"), as efficiency and local counsel to the Official Committee of Unsecured Creditors, filed the *Final Fee Application of Cole Schotz P.C. for Compensation for Services and Reimbursement of Expenses as Efficiency and Local Counsel to the Official Committee of Unsecured Creditors for the Period from October 13, 2025 through October 16, 2026* [Docket No. 3915] (the "Cole Schotz Fee Application").

**WHEREAS**, on October 16, 2026, Ducera Partners LLC ("Ducera"), as investment banker to the Official Committee of Unsecured Creditors, filed the *Final Application of Ducera Partners LLC for Compensation for Services and Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the Period from October 20, 2025 through June 30, 2026* [Docket No. 3918] (the "Ducera Fee Application").

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Conversion Order.

**WHEREAS**, on October 16, 2026, M3 Advisory Partners, LP ("M3"), as financial advisor to the Official Committee of Unsecured Creditors, filed *The Combined Third Interim and Final Fee Application of M3 Advisory Partners, LP for Compensation for Services and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the (I) Interim Period from April 1, 2026 through September 10, 2026 and (II) Final Period from October 15, 2025 through September 10, 2026* [Docket No. 3917] (the "M3 Fee Application").

**WHEREAS**, on October 16, 2026, Nardello & Co. LLC ("Nardello" and together with Brown Rudnick, Cole Schotz, Ducera, and M3, the "Committee Professionals"), as specialized forensic financial advisor to the Official Committee of Unsecured Creditors, filed the *Final Fee Application of Nardello & Co. LLC for Compensation for Services and Reimbursement of Expenses as Specialized Forensic Financial Advisor to the Official Committee of Unsecured Creditors for the Period from December 1, 2025 through April 8, 2026* [Docket No. 3919] (the "Nardello Fee Application" and together with the Brown Rudnick Fee Application, the Cole Schotz Fee Application, the Ducera Fee Application, and the M3 Fee Application, the "Committee Fee Applications").

**WHEREAS**, the original deadline for all parties to file responses to the Committee Fee Applications was November 6, 2026.

**WHEREAS**, the FBG Debtor Trustee, Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), as counsel to the Ad Hoc Group, and the Committee Professionals (collectively, the "Parties") agreed to extend the original response deadline of the FBG Debtor Trustee and the Ad Hoc Group to November 16, 2026. *See* Docket Nos. 4038, 4056, 4057, 4058, and 4059.

**WHEREAS**, before expiration of the response deadline, the Parties agreed to further extend the response deadline of the FBG Debtor Trustee and the Ad Hoc Group to **November 30,**

**2026**, in order to aid in a more efficient transition of the chapter 11 bankruptcy cases to cases under chapter 7.

**Agreed as to form and substance:**

| | |
|---|---|
| **Porter Hedges LLP**<br><br>By: */s/ Joshua W. Wolfshohl*<br>Joshua W. Wolfshohl (TX Bar No. 24038592)<br>Eric M. English (TX Bar No. 24062714)<br>M. Shane Johnson (TX Bar No. 24083263)<br>Grecia V. Sarda (TX Bar No. 24132092)<br>1000 Main St., 36th Floor<br>Houston, Texas 77002<br>Telephone: (713) 226-6000<br>Facsimile: (713) 226-6248<br>jwolfshohl@porterhedges.com<br>eenglish@porterhedges.com<br>sjohnson@porterhedges.com<br>gsarda@porterhedges.com<br><br>***Bankruptcy Counsel for the Chapter 7 Trustee, Eva S. Engelhart***<br><br>**Gibson, Dunn & Crutcher LLP**<br><br>By: /s/ *AnnElyse Scarlett Gains*<br>AnnElyse Scarlett Gains (admitted *pro hac vice*)<br>S. Robert Marsters, Jr. (admitted *pro hac vice*)<br>1700 M Street N.W.<br>Washington, D.C. 20036-3504<br>Telephone: (202) 955-8500<br>agains@gibsondunn.com<br>rmarsters@gibsondunn.com<br><br>***Counsel to the Ad Hoc Group*** | **Brown Rudnick LLP**<br><br>By: /s/ *Bennett S. Silverberg*<br>Bennett S. Silverberg<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>bsilverberg@brownrudnick.com<br><br>***Counsel to the Official Committee of Unsecured Creditors*** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was duly served by electronic transmission to all registered ECF users appearing in the case on November 18, 2026.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl