**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| | § |
| **In re:** | § **Chapter 7** |
| | § **(Previously Chapter 11)** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § |
| | § **Case No. 25-90399 (CML)** |
| **Debtors.**[1] | § |
| | § **Jointly Administered** |

**ORDER GRANTING FBG TRUSTEE'S EMERGENCY MOTION FOR AUTHORIZATION TO ENTER INTO SERVICE AGREEMENT FOR PERSONNEL SERVICES**
**[Related to Docket No. _____]**

On this day came on to be considered the *Trustee's Emergency Motion for Authorization to Enter into Service Agreement for Personnel Services* (the "***Motion***")[2] by Eva S. Engelhart, the chapter 7 trustee (the "***FBG Trustee***") of the jointly administered bankruptcy estates of First Brands Group, LLC, *et al.*, debtors in the above-styled jointly administered chapter 7 cases. The Court having considered the same is of the opinion that it should be in all things granted; it is therefore **ORDERED** that:

1. The FBG Trustee is authorized to enter into and perform under the *Services Agreement for HR Recruitment Consulting and Support and Dedicated Services Team* attached to the Motion as **Exhibit A** (the "***Agreement***"), with ERPA Premium Vision S.R.L. ("***ERPA***").

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

2. To the extent applicable, Rules 6004(h) and 6006(d) of the Federal Rules of Bankruptcy Procedure are waived and this Order shall be effective and enforceable immediately upon entry.

3. The FBG Trustee shall promptly share any monthly invoices (as described in section 4.1.4 of the Agreement) issued by the Provider (as defined in the Agreement) with counsel to the ABL Agent, but in no event shall the monthly invoice be shared any later than two business days following receipt. The FBG Trustee shall promptly notify counsel to the ABL Agent regarding any change in the Security Deposit amount (as described in section 5.4 of the Agreement).

4. The Court retains exclusive jurisdiction with respect to all matters, claims, rights or disputes arising from or related to the implementation, interpretation, and enforcement of this Order and any other orders entered in these cases.

5. This Order is without prejudice to, and does not constitute a waiver of, expressly or implicitly, the rights of any party in interest under the Bankruptcy Code or under non-bankruptcy law.

SIGNED ______________

______________________________
HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE