United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 16, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| FIRST BRANDS GROUP, LLC, *et al.*, | Case No. 25-90399 (CML) |
| Debtors. [1] | (Jointly Administered) |

**ORDER GRANTING CHAPTER 7 TRUSTEES RONALD J. SOMMERS'S AND CATHERINE S. CURTIS'S EMERGENCY MOTION TO EXTEND DEADLINE TO OBJECT TO THE FOURTH INTERIM AND FINAL FEE APPLICATION OF ALVAREZ AND MARSAL NORTH AMERICA, LLC, AS FINANCIAL ADVISOR TO THE CHAPTER 11 DEBTORS**

Upon consideration of the *Chapter 7 Trustees Ronald Sommers's and Catherine Curtis's Emergency Motion to Extend Deadline to Object to the Fourth Interim and Final Fee Application of Alvarez and Marsal North America, LLC, as Financial Advisor to the Chapter 11 Debtors* [Docket No. ___] (the "Motion") filed by Ronald J. Sommers and Catherine S. Curtis, the Chapter 7 Trustees (the "Trustees") for the estates of the SPV Debtors, seeking entry of an Order extending the deadline to object to the *Fourth Interim and Final Fee Application of Alvarez and Marsal North America, LLC, as Financial Advisor to the Chapter 11 Debtors* [ECF No. 3860] (the "Application"), without prejudice to further extension for cause shown, pursuant to 11 U.S.C. § 105(a) and Rule 9006 of the Federal Rules of Bankruptcy Procedure; and the Court having jurisdiction over this matter under 28 U.S.C. § 1334 and this being a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is 127 Public Square, Suite 5300, Cleveland, Ohio 44114.

notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The deadline for the Trustee to object to the Application is extended through and including December 4, 2026, without prejudice to the Trustee seeking further extension for cause shown.

3. This Order is effective immediately upon entry.

4. This Court shall retain jurisdiction over the matters arising from or related to the interpretation, implementation or enforcement of this Order.

Signed: November 16, 2026

Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:
First Brands Group, LLC
WEM US Co.
Debtors

Case No. 25-90399-cml
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0541-4 User: ADIuser Page 1 of 40
Date Rcvd: Nov 16, 2026 Form ID: pdf002 Total Noticed: 226

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Endurance American Insurance Company, 14643 Dallas Parkway Suite 550, Dallas, TX 75254-8885 |
| dbpos | + | APC Intermediate Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | APC Parent, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | ASC Industries, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | AVM Export, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Airtex Industries, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Airtex Products, LP, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Autolite Operations LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | BPI Acquisition Company, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | BPI EC, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | BPI Holdings International, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Brake Parts Inc China LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Brake Parts Inc India LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Brake Parts Inc LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Broad Street Financial Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Broad Street Financial, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD Holding, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD Intermediate Holdings I, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD Intermediate Holdings II, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Cardone Industries, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Capital Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carrand Companies, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Carburetor Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Carburetor, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Fuel Export, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Fuel Systems, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Champion Laboratories, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Dalton Corporation, Kendallville Manufacturing Fac, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Dalton Corporation, Stryker Machining Facility Co., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Eagle Casting Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Eagle Casting, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Eagle Machining, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | FRAM Group IP LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | FRAM Group Operations LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Fuel Filter Technologies, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Global Assets GmbH, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Global Assets LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Global Lease Assets Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Global Reman Ventures, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |

| | | |
|---|---|---|
| dbpos | + | Heatherton Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Hopkins Acquisition, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Hopkins Manufacturing Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Horizon Euro Finance LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Horizon Global Americas Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Horizon Global Company LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Horizon International Holdings LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | IBI International Holding Company, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | International Brake Industries, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Jasper Acquisition Corp., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Jasper Rubber Products, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | KTRI Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | KTRI Offshore Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Longman Enterprises, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | PHNX Acquisition Corp., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Patterson Inventory Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Patterson Inventory, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Premier Marketing Group, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Pylon Manufacturing Corp., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Pylon South Bend, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualis Automotive, L.L.C., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualis Enterprises, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor Acquisition Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor Automotive, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor Subsidiary H, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor Subsidiary S, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Reman Management International LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | SDC TX, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Smart Choice, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Specialty Pumps Group, Inc, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Starlight Inventory Holdings I, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Starlight Inventory I, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Strongarm, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | TAE Brakes, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | TAE China Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Toledo Molding & Die, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Transportation Aftermarket Enterprise, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Trico Holding Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Trico Products Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Trico Technologies Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Tridonex USA LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI Acquisition Holdings (No. 4) LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI International Holdings Parent Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI International Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI International, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI Pennsylvania, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI-Airtex Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | United Components, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Universal Auto Filter LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Viceroy Private Capital, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Viper Acquisition I, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Viper Acquisition, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | WEM US Co., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Walbro LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Walbro Midco LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| aty | + | Christopher L Phillippe, Law Office of Phillippe & Associates, 847 E. Harrison St., Brownsville, TX 78520, UNITED STATES 78520-7120 |
| aty | + | Ronald K. Brown, Jr., Law Offices of Ronald K. Brown, Jr., APC, 901 Dove St, Suite 120, Newport Beach, CA 92660-3018 |
| cr | + | 1600 Industrial LLC, c/o Trey A. Monsour, Fox Rothschild LLP, 2501 N. Harwood, #1800, Dallas, TX 75201 UNITED STATES 75201-1613 |
| op | + | Adam Wesley, Boies Schiller Flexner LLP, 55 Hudson Yards, New York, NY 10001-2163 |
| trnsfee | | Anne Willsher, 13 Marilyn Place, Queanbeyan NSW 2620, AUSTRALIA |

| | | |
|---|---|---|
| cr | + | Arab Banking Corporation B.S.C., c/o Blaire A. Cahn, Baker & McKenzie LLP, 452 Fifth Avenue, New York, NY 10018-2706 |
| cr | + | BBJ Ventures, LLC, c/o Graham PLLC, 4203 Montrose Blvd., Suite 550, Houston, TX 77006-5427 |
| cr | + | BRI WESTPARK IV QOZB, LP, c/o Leslie S. Barr, Esq, Windels Marx Lane & Mittendorf, LLP, 156 West 56th St, New York, NY 10019-3800 |
| cr | + | CSI Leasing, Inc., c/o Clark Hill PLC, Audrey L. Hornisher, 901 Main Street, Suite 6000, Dallas, TX 75202-3748 |
| cr | + | CTS Global Logistics (Georgia) Inc., 1370 Valley Vista Drive, Suite 280, Diamond Bar, CA 91765-3923 |
| cr | + | Carrdan Corporation, 100 Reed Drive, Temperance, MI 48182-8900 |
| intp | | Charmaine Thomas, New York, NY 10001 |
| cr | | Chubb Companies, Duane Morris LLP, 200 Crescent Ct Suite 900, Krum, TX 76249 |
| cr | + | Ciara Childs, c/o J. Gerard Stranch, IV, Stranch, Jennings, & Garvey, PLLC, 223 Rosa Parks Ave., Suite 200 Nashville, TX 37203-3513 |
| cr | | City of Miami Special Utility Authority, c/o Steven W. Soule', Hall, Estill, et al., 521 East 2nd Street, Suite 1200 Tulsa, OK 74120-1855 |
| cr | + | Crown Equipment Corporation dba Crown Lift Trucks, Sebaly Shillito and Dyer, 220 E. Monument Ave., Suite 500, Dayton, OH 45402 UNITED STATES 45402-1267 |
| intp | + | David Parker, Davis & Santos, 719 S. Flores Street, San Antonio, TX 78204, UNITED STATES 78204-1350 |
| intp | + | David Parker, Davis and Santos, PLLC, 719 S. Flores Street, San Antonio, TX 78204, UNITED STATES 78204-1350 |
| trnsfee | | David Willsher, 13 Marilyn Place, Queanbeyan NSW 2620, AUSTRALIA |
| cr | + | De Lage Landen Financial Services, Inc., c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Derby Fabricating Solutions, LLC, c/o Christina Combs, 4500 Produce Road, Louisville, KY 40218-3058 |
| intp | | Deva Capital Investment Company S.L.U., Avenida de Cantabria s/n, Boadilla del Monte, 28660, SPAIN |
| trnsfee | + | Durham BDR LLC, 4012 Dover Rd, Durham, NC 27707-5401 |
| cr | + | ENGIE Resources LLC, 1360 Post Oak Blvd., Suite 400, Houston, TX 77056-3030 |
| cr | + | Epicor Software Corporation, c/o Clark Hill PLC, Attn: Duane J. Brescia, 3711 S. Mopac Expressway, Bldg One, Suite 500 Austin, TX 78746-8041 |
| intp | + | Flex-N-Gate LLC, Foley & Lardner LLP, 2021 McKinney Ave., Suite 1600, Dallas, TX 75201-3340 |
| cr | + | Francisco Garza, c/o J. Gerard Stranch, IV, 223 Rosa Parks Ave., Suite 200, Nashville, TX 37203-3513 |
| trnsfee | + | GS Financial Network, 7910 Woodmont Ave, Ste 1050, Bethesda, MD 20814-3069 |
| cr | + | Goldstar Warehousing, Ltd., 5845 Padre Island HWY, Brownsville, TX 78521-4419 |
| cr | + | Gorman Industrial Supply Co., c/o ScottHulse, P.C./James M. Feuille, 201 E. Main Drive, Suite 1100, El Paso, TX UNITED STATES 79901-1340 |
| cr | + | HerbertUSA, Inc., 1480 Industrial Pkwy, Akron, OH 44310-2602 |
| cr | + | Honda Development & Manufacturing of America, LLC,, FBT Gibbons LLP, c/o Patricia K. Burgess, 150 3rd Ave S, Ste 1900 Nashville, TN 37201-2043 |
| intp | + | Husqvarna Business Support AB, c/o Sean A. Gordon, Thompson Hine LLP, 3560 Lenox Road Suite 1600, Atlanta, GA 30326-4274 |
| intp | + | Jeff Janson, 408 Coburn Lane, Franklin, TN 37069-1400 |
| cr | + | KITKAT (IL) LLC, c/o Sam Rubenstein, 395 9th Avenue, 58th Floor, New York, NY 10001-8611 |
| cr | + | Kawasaki Motors Corp., USA, c/o Clark Hill PLC, Attn: Audrey L. Hornisher, 901 Main Street, Suite 6000, Dallas, TX 75202-3748 |
| cr | + | Kingsbridge Holdings, LLC, Darcy & Devassy PC, 444 N. Michigan Ave, Suite 3270, Chicago, IL 60611, UNITED STATES 60611-3906 |
| op | + | Kroll Restructuring Administrat Kroll Restructurin, 1 World Trade Center, 31st Floor, New York, NY 10007, UNITED STATES 10007-0090 |
| cr | + | MAC Montacargas Corporation, co Bruce J. Ruzinsky, Jackson Walker LLP, 1401 McKinney St., Suite 1900, Houston, Tx 77010-1900 |
| cr | + | Manuel Fernandez, c/o J. Gerard Stranch, IV, Stranch, Jennings, & Garvey, PLLC, 223 Rosa Parks Ave., Suite 200 Nashville, TN 37203-3513 |
| cr | + | Manuel Leal, c/o J. Gerard Stranch, IV, Stranch, Jennings, & Garvey, PLLC, 223 Rosa Parks Ave., Suite 200 Nashville, TN 37203-3513 |
| intp | + | Marco Gaxiola, 5602 Buckeye Ct, Brownsville, TX 78526-4342 |
| cr | | Martin Titanium American Logistics, Inc., Martin Seidler, 32 Simpson Road, Bolton, Ontario, Canada, L7E 1G9 CANADA |
| cr | + | Michael Templin, c/o John A. Gagliardi, Esq., 122 S. Church Street, West Chester, PA 19382-3223 |
| cr | + | Milwood Holdings, LLC, c/o Dietz Property Group, 2075 W. Big Beaver, Troy, MI 48084-3407 |
| cr | + | Mitsubishi HC Capital America, Inc., c/o Brian R. Trumbauer, Bodman PLC, 6th Floor at Ford Field, 1901 St. Antoine Street Detroit, MI 48226-2336 |
| cr | + | NP Whitaker Ave. Industrial, LLC, 3315 N. Oak Trafficway, Kansas City, MO 64116-2775 |
| cr | + | NTT DATA Americas, Inc., Streusand, Landon, Ozburn & Lemmon, LLP, 1801 S. MoPac Expressway, Suite 320, Austin, Tx 78746, UNITED STATES 78746-9817 |
| cr | | NTT Managed Services Americas, LLC, C/O Streusand, Landon, Ozburn & Lemmon,, Suite 320, Austin, TX 78746, UNITED STATES |
| cr | + | Napier Park Global Capital (US) LP, 280 Park Avenue, 3rd Floor, New York, NY 10017-1274 |
| cr | + | National Labor Relations Board, 1015 Half Street S.E., Fourth Floor, Washington, DC 20003-3656 |
| cr | + | Official Committee of Non-Union Retirees, Chamberlain Hrdlicka, Attention: Bankruptcy Department, 1200 Smith Street, Suite 1400, Houston, TX 77002-4496 |
| cr | + | Orbian Corporation and Orbian Financial Services X, c/o J. Frasher Murphy and David Staab, Haynes and Boone, LLP, 2801 North Harwood Street, Suite 2300 Dallas, TX 75201-2754 |
| cr | + | PG Maderas y Triplay S.A. de C.V., Martin & Drought, P.C., 112 East Pecan Street, 112 East Pecan Street, San Antonio, TX 78205 UNITED STATES 78205-1512 |
| intp | + | Patrick James, Quinn Emanuel Urquhart & Sullivan, LLP, 295 5th Avenue, New York, NY 10016-7103 |
| intp | #+ | Phoenix Brownsville Industrial Investors LLC, c/o David E. Lemke, Holland & Knight LLP, 511 Union St, Suite 2700, Nashville, TN 37219-1791 |
| cr | + | Planters Bank, David F. Waguespack, Carver Darden, 1100 Poydras Street, Suite 3100, New Orleans, LA 70163 UNITED STATES |

| | | |
|---|---|---|
| | | 70163-1102 |
| cr | + | Pyramid Warehousing, Ltd., 5845 Padre Island HWY, Brownsville, TX 78521-4419 |
| cr | | Qindao Carflex Auto Parts Co., Ltd., 10 Dazhonger Road, Jimo District, Qingdao, Shandong 266200, CHINA |
| trnsfee | | RMO MSF PTY LTD, ATF Muirhead Family Superannuation Fund, 14-16 Brucedale Crescent, Park Orchards VIC 3114, AUSTRALIA |
| cr | + | SRE Miami, LLC, 2570 Bradford Lane, Brookfield, WI 53045-1701 |
| cr | + | STORE Capital Acquisitions, LLC, 1 East Washington Street, Suite 2300, Phoenix, AZ 85004, UNITED STATES 85004-2555 |
| cr | + | Scotland Enterprises, Inc., Scotland Enterprises, Inc. (Attn: Pres.), 5526 Scotland Rd., Bentonia, MS 39040-9310 |
| trnsfee | + | Sharon Casey, 58 North Street, Greenwich, CT 06830-4726 |
| cr | + | SmartestEnergy US LLC, 110 West Fayette Street, Suite 400, Syracuse, NY 13202-1198 |
| cr | + | Solgenie Technologies, Inc., 4725 Peachtree Industrial Blvd, Suite 200, Berkeley Lake, GA 30092-3023 |
| cr | + | SorTech LLC, c/o Ramiro Tovar, 1900 Sebastian St., Mission, TX 78572-8386 |
| cr | + | St. Clair Technologies, Inc., c/o Clark Hill PLC, Attn: Robert P. Franke, 901 Main Street, Suite 6000, Dallas, TX 75202-3748 |
| cr | + | Staci Corp. d/b/a Vexos, Inc. c/o Nicola G. Suglia, Four Greentree Centre, 601 Route 73 North, Suite 305, Marlton, NJ 08053 UNITED STATES 08053-3475 |
| cr | + | Stag Industrial Holdings, LLC, One Federal Street, 23rd Floor, Boston, MA 02110-2031 |
| cr | + | Steven R Bodeman, 5629 Colver Road, Talent, OR 97540-6746 |
| cr | + | The Parts House THP LLP, Bradley Arant Boult Cummings, 600 Travis, Ste 5600, Houston, TX 77002-2909 |
| cr | + | Tim Johnson, c/o J. Gerard Stranch, IV, Stranch, Jennings, & Garvey, PLLC, 223 Rosa Parks Ave., Suite 200 Nashville, TN 37203-3513 |
| cr | + | Total Quality Logistics, LLC, c/o Dinsmore & Shohl LLP, 655 W. Broadway, Suite 800, San Diego, CA 92101, UNITED STATES 92101-8482 |
| trnsfee | + | Tracy Fu, 300 E 55th Street, Apt 25A, New York, NY 10022-4391 |
| intp | + | Twin City Fire Insurance Company, Phelps Dunbar, 1001 Fannin, Suite 2200, Houston, TX 77002 UNITED STATES 77002-6730 |
| cr | + | Valeo North America, Inc., co Victoria Argeroplos, Jackson Walker LLP, 1401 McKinney St., Suite 1900, Houston, TX 77010-1900 |
| cr | + | Valeo Sistemas Electricos, S.A. de C.V., co Victoria Argeroplos, Jackson Walker LLP, 1401 McKinney St., Suite 1900, Houston, TX 77010-1900 |
| cr | | Zhejiang Laien Filtration System Co. Ltd, No. 2599 Fazhan Road, Taihu Avenue, Changxing District, Zhejiang Province, Huzhou, 313100 CHINA |
| cr | + | Zurich American Insurance Company, c/o Clark Hill PLC, Attn: Duane J. Brescia, 3711 S. Mopac Expressway, Bldg One, Suite 500 Austin, TX 78746-8041 |
| cr | + | c/o Michael J. Shane RIO BRAVO INTERNATIONAL SERVI, Gordon Davis Johnson Shane & Snider, PC, 4695 N. Mesa, Suite 100, El Paso, TX 79912 UNITED STATES 79912-6149 |

TOTAL: 177

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | ^ | MEBN | Nov 16 2026 20:27:16 | First Brands Group, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 16 2026 20:27:06 | Carnaby Capital, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 16 2026 20:26:40 | Carnaby FA Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 16 2026 20:27:06 | Carnaby FA, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 16 2026 20:27:22 | Carnaby Inventory Holdings II, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 16 2026 20:27:23 | Carnaby Inventory Holdings III, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 16 2026 20:27:22 | Carnaby Inventory Holdings IV, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 16 2026 20:27:23 | Carnaby Inventory II, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 16 2026 20:27:22 | Carnaby Inventory III, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 16 2026 20:27:23 | Carnaby Inventory IV, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 16 2026 20:26:47 | Dalton Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |

| | | | |
|---|---|---|---|
| dbpos | ^ MEBN | Nov 16 2026 20:26:47 | Dalton Corporation, Ashland Manufacturing Facility, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | Nov 16 2026 20:26:47 | Dalton Corporation, Warsaw Manufacturing Facility, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | Nov 16 2026 20:26:40 | FRAMAuto Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | Nov 16 2026 20:27:16 | First Brands Group Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | Nov 16 2026 20:27:16 | First Brands Group Intermediate, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| tr | + Email/Text: ccurtis@mcginnislaw.com | Nov 16 2026 20:48:00 | Catherine Stone Curtis, P.O. Box 720788, McAllen, TX 78504-0788 |
| cr | + Email/Text: adam.rosen@ALRcounsel.com | Nov 16 2026 20:44:00 | AIG Insurance Company of Canada, c/o Adam L. Rosen PLLC, 834B Fort Salonga Road, Box 1021, Northport, NY 11768-3157 |
| intp | + Email/Text: tom@howley-law.com | Nov 16 2026 20:45:00 | Ad Hoc Group of Lenders, 700 Louisiana Street, Suite 4220, Houston, TX 77002, UNITED STATES 77002-2881 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Nov 16 2026 20:42:51 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: dferretti@bakerdonelson.com | Nov 16 2026 20:46:00 | AutoZone Parts, Inc., Baker Donelson, c/o Daniel J. Ferretti, 1301 McKinney, Suite 3700, Houston, TX 77010, UNITED STATES 77010-3034 |
| cr | + Email/Text: dferretti@bakerdonelson.com | Nov 16 2026 20:46:00 | AutoZone, Inc., Baker Donelson, c/o Daniel J. Ferretti, 1301 McKinney, Suite 3700, Houston, TX 77010, UNITED STATES 77010-3034 |
| cr | + Email/Text: edinburgbankruptcy@pbfcm.com | Nov 16 2026 20:45:00 | Brownsville Independent School District, c/o Hiram A. Gutierrez, P.O. Box 2916, McAllen, Tx 78502-2916 |
| cr | + Email/Text: comedbankruptcygroup@exeloncorp.com | Nov 16 2026 20:47:00 | Commonwealth Edison Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | ^ MEBN | Nov 16 2026 20:27:10 | Constellation NewEnergy Gas Division, LLC, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | ^ MEBN | Nov 16 2026 20:27:11 | Constellation NewEnergy, Inc., c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + Email/Text: bankruptcynotices@everestre.com | Nov 16 2026 20:48:00 | Everest National Insurance Company, 461 5th Avenue, New York, NY 10017-6234 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Nov 16 2026 20:42:52 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: hollyhamm@mehaffyweber.com | Nov 16 2026 20:46:00 | Guishou Saboman Technology Development Co., Ltd., Mehaffy Weber, P.C., c/o Holly C. Hamm, P.O. Box 16, Beaumont, TX 77704-0016 |
| cr | + Email/Text: hollyhamm@mehaffyweber.com | Nov 16 2026 20:46:00 | Guizhou Saboman Micronized Mining Co., Ltd., Mehaffy Weber, P.C., c/o Holly C. Hamm, P.O. Box 16, Beaumont, TX 77704-0016 |
| cr | + Email/Text: russj4478@aol.com | Nov 16 2026 20:46:00 | Indiana Michigan Power Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, |

| | | | | |
|---|---|---|---|---|
| | | | | Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + | Email/Text: susan.triggs@insight.com | Nov 16 2026 20:46:00 | Insight Direct USA, Inc., 2701 East Insight Way, Chandler, AZ 85286, UNITED STATES 85286-1947 |
| op | ^ | MEBN | Nov 16 2026 20:27:03 | Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007, UNITED STATES 10007-0090 |
| cr | + | Email/Text: russj4478@aol.com | Nov 16 2026 20:46:00 | Metropolitan Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + | Email/Text: russj4478@aol.com | Nov 16 2026 20:46:00 | Ohio Power Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + | Email/Text: schristianson@buchalter.com | Nov 16 2026 20:44:00 | Oracle America, Inc., Buchalter PC, c/o Shawn M. Christianson, 425 Market St., Suite 2900, San Francisco, Ca 94105-2491 |
| cr | + | Email/Text: bncctnotifications@pbgc.gov | Nov 16 2026 20:43:00 | Pension Benefit Guaranty Corporation, Office of the General Counsel, 445 12th Street, SW, Washington, DC 20024-2101 |
| cr | ^ | MEBN | Nov 16 2026 20:26:55 | STORE Master Funding IV, LLC, c/o Ballard Spahr LLP, 1 East Washington Street, Suite 2300, Phoenix, AZ 85004, UNITED STATES 85004-2555 |
| cr | ^ | MEBN | Nov 16 2026 20:26:55 | STORE Master Funding XIV, LLC, c/o Ballard Spahr LLP, 1 East Washington Street, Suite 2300, Phoenix, AZ 85004, UNITED STATES 85004-2555 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Nov 16 2026 20:44:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Nov 16 2026 20:45:00 | TRUIST BANK, 214 North Tryon Street, Suite 3, Charlotte, NC 28202-1023 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Nov 16 2026 20:47:00 | Tarrant County, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219, UNITED STATES 75219-3959 |
| cr | + | Email/Text: bcd@oag.texas.gov | Nov 16 2026 20:44:00 | Texas Commission on Environmental Quality, c/o Office of Texas Attorney General, Bankruptcy and Collections Division, P.O. Box 12548, Austin, TX 78711-2548 |
| trnsfee | + | Email/Text: brudolph@tigbeach.com | Nov 16 2026 20:46:00 | The Oslo Nevada Trust, Barry D Rudolph, 4012 Dover Rd, Durham, NC 27707-5401 |
| cr | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 16 2026 20:47:00 | Toledo Edison Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Nov 16 2026 20:44:00 | Toyota Industries Commercial Finance, Inc, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| intp | + | Email/Text: usatxs.bankruptcy@usdoj.gov | Nov 16 2026 20:44:00 | United States Of America, United States Attorney's Office, 1000 Louisiana Street, Suite 2300, Houston, TX 77002, UNITED STATES OF AMERICA 77002-5010 |
| cr | | Email/Text: pat@pmfpc.com | Nov 16 2026 20:48:00 | United Steel, Paper & Forestry, Rubber, Manufactur, c/o Patrick M. Flynn P.C., 1225 North Loop West, Suite 1000, Houston, TX 77008-1775 |
| cr | + | Email/Text: ecffilings@padfieldstout.com | | |

| | | |
|---|---|---|
| | Nov 16 2026 20:45:00 | Whirlpool Corporation, c/o Padfield & Stout, LLP, 100 Throckmorton Street, Suite 700, Fort Worth, TX 76102-2837 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | Eva Engelhart |
| intp | | 1970 Group, Inc. |
| cr | | 1995 Billy Mitchell Boulevard, Inc. |
| cr | | 673753 Ontario Limited DBA TRAFFIX |
| intp | | A.N Webber Logistics, Inc. |
| cr | | ACAR Leasing Ltd |
| cr | | ARC CGLGNIN001, LLC |
| cr | | ARC CGMARSC001, LLC |
| cr | | AVO Carbon USA, Inc. |
| intp | | AXIS Insurance Company |
| intp | | Adam S Wesley |
| cr | | Advance Auto Parts, Inc. |
| intp | | Aequum Capital Financial II LLC |
| cr | | Aftermarket Auto Parts Alliance, Inc. |
| cr | | Ahlstrom Filtration LLC |
| intp | | Akin Gump Strauss Hauer & Feld LLP |
| cr | | Alliance Automotive Group (EU) |
| cr | | Alliance Parts Warehouse, LLC |
| intp | | Allianz Global Risks US Insurance Company |
| cr | | Alpine Electronics of America, Inc. |
| fa | | Alvarez & Marsal North America, LLC |
| intp | | Amanda Coxbill |
| cr | | Amazon Advertising LLC |
| cr | | Applied Industrial Technologies, Inc. |
| intp | | Arch Insurance Company |
| res | | Argent Institutional Trust, as Litigation Trustee |
| cr | | Automotive Auto Parts Distributors, Inc. |
| cr | | Automotive Parts Service Group LLC |
| aud | | BDO USA, P.C. |
| cr | | BFG Corporation d/b/a Byline Financial Group |
| cr | | BPP Cannonball Park A LP fka BPP Shiraz Park A LP |
| cr | | BPP Shiraz Park A LP |
| cr | | BPREP 1805 S. Wilmington LLC |
| intp | | Banco Actinver, Sociedad Annima, Institucin de Ban |
| cr | | Bank of America, N.A. |
| op | | Bank of America, N.A. |
| intp | | Berkley Insurance Company |
| intp | | CMX North America Inc. |
| cr | | Cameron County |
| intp | | Carnaby II and III Secured Parties |
| cr | | Central States, Southeast and Southwest Areas Pens |
| cr | | City Of McAllen |
| cr | | Comcast Cable Communications Management, LLC |
| cr | | Daniel Villalta |
| cr | | Diana J Holt |
| intp | | Edward James |
| cr | | Evolution Credit Partners |
| cr | | Export Development Canada |
| intp | | FCA US LLC |
| cr | | FactoFrance |
| intp | | Fair American Insurance and Reinsurance Company |
| cr | | Fairlane Industries, Inc. |

| | |
|---|---|
| intp | Federal Insurance Company |
| cr | Federated Auto Parts Distributors, Inc. |
| cr | First Guaranty Bank |
| cr | First-Citizens Bank & Trust Company |
| cr | Ford Motor Company |
| cr | Forteq UK LTD |
| cr | Fukoku Mexicana, S.A. de C.V. |
| cr | GPC Asia Pacific Limited |
| cr | GPC Asia Pacific Pty Ltd. |
| cr | Genuine Parts Company |
| cr | Grammer Inc. and Grammer Americas LLC |
| intp | Hannah Aiello |
| intp | Harish Uniyal |
| cr | Harley-Davidson Motor Company, Inc. |
| cr | Hidalgo County |
| intp | Hilco Valuation Services, LLC, Dba Hilco Global an |
| cr | IA Mechanical Inc. |
| trnsfor | IFG North America LLC |
| cr | ING Belgium S.A./N.V. |
| cr | IPVIII 185th Street, LLC fka ELHC VIII, LLC |
| cr | IPXXII 193 Street, LLC fka ELHC XXII, LLC |
| cr | Industrial Realty Group LLC |
| cr | International Union, United Automobile, Aerospace |
| intp | Ironshore Indemnity, Inc. |
| intp | Jefferies Financial Group Inc. |
| intp | JessCo Brakes Inc., an affiliate of Friction One B |
| intp | John Doe |
| intp | Karam Singh |
| cr | Katsumi Servicing, LLC |
| cr | Keystone Automotive Operations, Inc. |
| intp | LAM TFG |
| intp | LAM TFG I SPV |
| intp | LAM TFG II |
| cr | LBA RV-Company XVII, LP |
| cr | Laboratorio Elettrofisico USA, Inc. |
| intp | Laurie Stein |
| intp | Leucadia Asset Management LLC |
| cr | Longkou Haimeng Machinery Co., Ltd. |
| cr | Lordco Parts Ltd. |
| cr | Lumen Technologies, Inc. |
| cr | MacAllister Machinery Company, Inc. |
| intp | Mahavir Die Casters Pvt Ltd |
| cr | Maplan GmbH and Machinery + PLANning Inc. |
| cr | Maria Tapia |
| intp | Markel American Insurance Company |
| ex | Martin De Luca |
| cr | Masergy Communications, Inc. |
| cr | Mayfair Enterprises, LLC |
| intp | Michael Baker |
| intp | Michael Baker |
| intp | Michael Baker |
| cr | Michael Bueno |
| cr | Motion Industries (Canada) Inc. |
| cr | Motion Industries (Mexico) Inc. |
| cr | Motion Industries, Inc. |
| intp | Motorcar Parts of America, Inc. |
| intp | Naresh Sharma |
| intp | National Union Fire Insurance Co. of Pittsburgh, P |
| intp | Nelly Luna |
| wit | NextProcess, LP |
| intp | Nigel Crighton |
| intp | Nissan North America, Inc. |
| cr | OEC Group |

| | | |
|---|---|---|
| crcm | | Official Committee of Unsecured Creditors |
| cr | | Old Republic Insurance Company |
| cr | | OmniSource, LLC |
| cr | | Onset Financial, Inc. |
| intp | | Overdrive Acquisition, LLC, /, /, /, / |
| intp | | PGI Northstar LLC |
| intp | | Peter Andrew Brumbergs |
| intp | | Polaris Industries Inc. |
| intp | | Premium Guard Incorporated |
| intp | | Press-Seal Corporation |
| cr | | PrimeRevenue, Inc. |
| cr | | Prospect Capital Corporation |
| cr | | Prospect Floating Rate & Alternative Income Fund, |
| intp | | QBE Insurance Corporation |
| cr | | RLI Insurance Company |
| cr | | RWI Logistics LLC |
| cr | | Raistone Capital LLC |
| cr | | Raistone Factoring Parties |
| cr | | Raistone Purchasing LLC -Series XXXII |
| cr | | Raistone Purchasing LLC-Series XXVIII |
| cr | | Randall Metals Corporation |
| cr | | Rebuilders Automotive Supply Co. |
| cr | | Richard Merkelz, Jr. |
| cr | | Royal Bank of Canada |
| intp | | Ryder Integrated Logistics, Inc. |
| cr | | SMURFIT WESTROCK PLC and affiliates |
| intp | | SPV Debtors |
| intp | | Scott Wallace |
| intp | | Shallendra Shukla |
| intp | | Shekhar Kumar |
| cr | | Siam Fukoku Co., Ltd. |
| cr | | Silver Point Capital, L.P. |
| cr | | Southern Machinery Repair, Inc. |
| intp | | Stephen Graham |
| cr | | T.H.I. Group Ltd. |
| cr | | Terra Worldwide Logistics LLC dba American Global |
| cr | | Texas Comptroller of Public Accounts, Revenue Acco |
| cr | | The City of Jasper, Indiana |
| intp | | The NOCO Company |
| cr | | The Pronto Network Cooperative, Inc. |
| intp | | The Reinalt-Thomas Corporation d/b/a Discount Tire |
| cr | | Toyota Industries Commercial Finance, Inc. |
| cr | | Toyota Industries Commercial Finance, Inc. |
| intp | | TransImpact, LLC |
| cr | | Transend Logistics, LLC |
| cr | | TriMas Corporation |
| cr | | U.S. BANK NATIONAL ASSOCIATION |
| cr | | UAP (Canada) Inc. |
| cr | | UMB Bank, N.A. |
| cr | | Uni-Select, Inc. |
| cr | | United Parcel Service, Inc. |
| intp | | Vineet Kumar Garg |
| cr | | Volkswagen Group of America, Inc. and certain affi |
| cr | | Volvo Penta of the Americas, LLC |
| cr | | Washington Penn Plastics Co. Inc. |
| intp | | Westfield Select Insurance Company |
| cr | | William Christopher Harrod |
| cr | | Wilmington Savings Fund Society, FSB |
| cr | | XL Parts, LLC |
| intp | | XL Specialty Insurance Company |
| intp | | Zurich American Insurance Company |
| dbpos | *+ | Horizon Global Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| cr | ##+ | WD Electronics, LLC, 8750 S Sandy Pkwy, Suite C, Sandy, UT 84070, UNITED STATES 84070-6437 |

TOTAL: 176 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Matthew Guerrero | on behalf of Creditor Washington Penn Plastics Co. Inc. aaron.guerrero@bondsellis.com margeaux.gorman@bondsellis.com |
| Adam C Rogoff | on behalf of Interested Party LAM TFG II adam.rogoff@hsfkramer.com corporate-reorg-1449@ecf.pacerpro.com |
| Adam C Rogoff | on behalf of Interested Party Leucadia Asset Management LLC adam.rogoff@hsfkramer.com corporate-reorg-1449@ecf.pacerpro.com |
| Adam C Rogoff | on behalf of Interested Party LAM TFG I SPV adam.rogoff@hsfkramer.com corporate-reorg-1449@ecf.pacerpro.com |
| Adam C Rogoff | on behalf of Interested Party LAM TFG adam.rogoff@hsfkramer.com corporate-reorg-1449@ecf.pacerpro.com |
| Aitan D. Goelman | on behalf of Interested Party Laurie Stein agoelman@zuckerman.com |
| Alan Lipkin | on behalf of Creditor KITKAT (IL) LLC alan.lipkin@chaffetzlindsey.com dockets@chaffetzlindsey.com |
| Alan Lipkin | on behalf of Creditor KitKat (IL). LLC alan.lipkin@chaffetzlindsey.com dockets@chaffetzlindsey.com |
| Alana L Porrazzo | on behalf of Creditor RLI Insurance Company alp@jkwlawyers.com |
| Alexander F Berk | on behalf of Creditor GPC Asia Pacific Limited alexander.berk@bfkn.com courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor Motion Industries (Mexico) Inc. alexander.berk@bfkn.com courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor Alliance Automotive Group (EU) alexander.berk@bfkn.com courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor Motion Industries (Canada) Inc. alexander.berk@bfkn.com courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor Genuine Parts Company alexander.berk@bfkn.com courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor UAP (Canada) Inc. alexander.berk@bfkn.com courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor Motion Industries Inc. alexander.berk@bfkn.com, courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor GPC Asia Pacific Pty Ltd. alexander.berk@bfkn.com courtnotification@mayerbrown.com |

Alexandra P. Kolod
on behalf of Defendant GLAS USA LLC apkolod@mosessinger.com

Alexandra P. Kolod
on behalf of Plaintiff GLAS USA LLC apkolod@mosessinger.com

Allan S Brilliant
on behalf of Interested Party Carnaby II and III Secured Parties allan.brilliant@dechert.com brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant
on behalf of Other Prof. GLAS Trust Company LLC allan.brilliant@dechert.com brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant
on behalf of Plaintiff CarVal Contingent Credit Fund LP allan.brilliant@dechert.com brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant
on behalf of Plaintiff CVI CVF V Pooling Fund I LP allan.brilliant@dechert.com brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant
on behalf of Plaintiff CVI CSF Master Fund I LP allan.brilliant@dechert.com brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant
on behalf of Plaintiff GLAS Trust Company LLC as administrative agent for the lenders to the Carnaby II Credit Agreement and Carnaby III Credit Agreement allan.brilliant@dechert.com, brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant
on behalf of Plaintiff AB CarVal Credit Opportunities Fund allan.brilliant@dechert.com brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant
on behalf of Plaintiff CVI AA Master Fund I LP allan.brilliant@dechert.com brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant
on behalf of Plaintiff CVI AV Master Fund I LP allan.brilliant@dechert.com brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant
on behalf of Plaintiff CVI EMCOF US LLC allan.brilliant@dechert.com, brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allen M. DeBard
on behalf of Creditor SMURFIT WESTROCK PLC and affiliates adebard@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com

Alyssa M. Radovanovich
on behalf of Interested Party TransImpact LLC aradovanovich@klehr.com

Amanda Marie Noonan
on behalf of Interested Party Aequum Capital Financial II LLC amanda.noonan@whitecase.com

Andrew Schrag
on behalf of Defendant Aequum Capital Financial II LLC andy.schrag@blankrome.com

Andrew J Geppert
on behalf of Creditor Lordco Parts Ltd. andrew.geppert@millernash.com gepperta@ballardspahr.com

Andrew Michael Parks
on behalf of Creditor Evolution Credit Partners aparks@elsberglaw.com

Ann Marie Uetz
on behalf of Interested Party JessCo Brakes Inc. an affiliate of Friction One Brake Technology (Xiantao) Co., Ltd. auetz@foley.com

Anna Rotman
on behalf of Interested Party 1970 Group Inc. anna.rotman@kirkland.com, rkwasteniet@kirkland.com;jaimie.fedell@kirkland.com;brad.weiland@kirkland.com;john.luze@kirkland.com;kevin.mcclelland@kirkland.com

Annaclare MacLean Censoni
on behalf of Creditor Milwood Holdings LLC annaclare.censoni@kitch.com

Annie E Catmull
on behalf of Creditor Richard Merkelz Jr. aecatmull@o-w-law.com, aecatmull@ecf.courtdrive.com,llumtacae@gmail.com

Anthony S. Fiotto
on behalf of Defendant Onset Financial Inc afiotto@mofo.com

Antonio Villeda
on behalf of Creditor SorTech LLC avilleda@mybusinesslawyer.com
VilledaFiled@hotmail.com;villedalawgroup@ecf.courtdrive.com;ehury@mybusinesslawyer.com;mfsantos@mybusinesslawyer.com;mtalbot@mybusinesslawyer.com

Antonio Villeda
on behalf of Creditor SorTech LLC avilleda@mybusinesslawyer.com,
VilledaFiled@hotmail.com;villedalawgroup@ecf.courtdrive.com;ehury@mybusinesslawyer.com;mfsantos@mybusinesslawyer.com;mtalbot@mybusinesslawyer.com

Ariel Roytenberg
on behalf of Creditor Raistone Purchasing LLC -Series XXXII aroytenberg@orrick.com courtmail@orrick.com

Ariel Roytenberg
on behalf of Creditor Raistone Purchasing LLC-Series XXVIII aroytenberg@orrick.com courtmail@orrick.com

Ariel Roytenberg
on behalf of Creditor Raistone Capital LLC aroytenberg@orrick.com courtmail@orrick.com

Asiya Khan
on behalf of Creditor KITKAT (IL) LLC akhan@bradley.com akhan@ecf.courtdrive.com,asiya-khan-4339@ecf.pacerpro.com

Audrey Lorene Hornisher
on behalf of Creditor St. Clair Technologies Inc. audrey.hornisher@clarkhillstrasburger.com,
mina.alvarez@clarkhillstrasburger.com;kwebster@clarkhill.com

Audrey Lorene Hornisher
on behalf of Creditor Zurich American Insurance Company audrey.hornisher@clarkhillstrasburger.com
mina.alvarez@clarkhillstrasburger.com;kwebster@clarkhill.com

Audrey Lorene Hornisher
on behalf of Creditor Kawasaki Motors Corp. USA audrey.hornisher@clarkhillstrasburger.com,
mina.alvarez@clarkhillstrasburger.com;kwebster@clarkhill.com

Audrey Lorene Hornisher
on behalf of Creditor Epicor Software Corporation audrey.hornisher@clarkhillstrasburger.com
mina.alvarez@clarkhillstrasburger.com;kwebster@clarkhill.com

Audrey Lorene Hornisher
on behalf of Creditor CSI Leasing Inc. audrey.hornisher@clarkhillstrasburger.com,
mina.alvarez@clarkhillstrasburger.com;kwebster@clarkhill.com

Austin Bruce Alexander
on behalf of Creditor Applied Industrial Technologies Inc. austin.alexander@thompsonhine.com,
kelly.thomas@thompsonhine.com,ecfdocket@thompsonhine.com

Benjamin R. Keck
on behalf of Creditor Terra Worldwide Logistics LLC dba American Global Logistics bkeck@kecklegal.com

Benjamin W Kadden
on behalf of Defendant Onset Financial Inc bkadden@lawla.com mnguyen@lawla.com

Bethany Simmons
on behalf of Creditor ARC CGLGNIN001 LLC bsimmons@loeb.com

Bethany Simmons
on behalf of Creditor ARC CGMARSC001 LLC bsimmons@loeb.com

Blaire Cahn
on behalf of Creditor Arab Banking Corporation B.S.C. blaire.cahn@bakermckenzie.com

Brad R. Berliner
on behalf of Creditor Central States Southeast and Southwest Areas Pension Fund bberliner@centralstatesfunds.org

Brendan Collins
on behalf of Creditor Terra Worldwide Logistics LLC dba American Global Logistics bcollins@gkglaw.com

Brian Trumbauer
on behalf of Creditor Mitsubishi HC Capital America Inc. btrumbauer@bodmanlaw.com

Brian Christopher Kalas
on behalf of Creditor White Tool & Die LLC bck@liebenthal-levine.com

Brian Joel Levy
on behalf of Creditor PrimeRevenue Inc. blevy@taftlaw.com

Brian Michael Rothschild
on behalf of Creditor WD Electronics LLC brothschild@parsonsbehle.com

Brian R. Michael
on behalf of Defendant Onset Financial Inc bmichael@mofo.com brian-michael-6352@ecf.pacerpro.com

Brian Scott Jones

on behalf of Creditor Stag Industrial Holdings LLC b.jones@boselaw.com, cosman@boselaw.com

Bruce J Ruzinsky
on behalf of Creditor MAC Montacargas Corporation bruzinsky@jw.com
msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Bryan Kotliar
on behalf of Defendant Onset Financial Inc bkotliar@mofo.com

Bryce Friedman
on behalf of Defendant Broad Street Financial Holdings LLC bfriedman@stblaw.com

Bryce Friedman
on behalf of Interested Party SPV Debtors bfriedman@stblaw.com

Bryce Friedman
on behalf of Defendant Broad Street Financial LLC bfriedman@stblaw.com

Cameron Michael Kelly
on behalf of Defendant Ignite Acquisition Holdings LLC cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of Defendant Battery Park Holding LLC cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of 3rd Pty Defendant Bowery Finance II LLC cameronkelly@quinnemanuel.com,
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of Defendant Alester Technologies LLC cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of Interested Party Patrick James cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of 3rd Pty Defendant Albion Realty LLC cameronkelly@quinnemanuel.com,
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of 3rd Pty Defendant Battery Park Holdings LLC cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of Defendant Albion Realty LLC cameronkelly@quinnemanuel.com,
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of 3rd Pty Defendant Larchmont LLC cameronkelly@quinnemanuel.com,
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of Defendant Pegasus Aviation LLC cameronkelly@quinnemanuel.com,
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of Defendant Bond Street Asset Management LLC cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of 3rd Pty Defendant Alester Technologies LLC cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of 3rd Pty Defendant Patrick James Trust cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of 3rd Pty Defendant Pegasus Aviation LLC cameronkelly@quinnemanuel.com,
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of 3rd Pty Defendant Patrick James cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of Defendant The Patrick James Trust cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly

| | |
|---|---|
| | on behalf of Defendant Larchmont LLC cameronkelly@quinnemanuel.com calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com |
| Cameron Michael Kelly | on behalf of Defendant Patrick James cameronkelly@quinnemanuel.com calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com |
| Carina M. Kraatz | on behalf of Creditor Milwood Holdings LLC carina.kraatz@kitch.com |
| Carrie V. Hardman | on behalf of Defendant Bank of America N.A. carrie.hardman@winstontaylor.com, dcunsolo@winston.com;carrie-hardman-4684@ecf.pacerpro.com |
| Carrie V. Hardman | on behalf of Creditor Bank of America N.A. carrie.hardman@winstontaylor.com, dcunsolo@winston.com;carrie-hardman-4684@ecf.pacerpro.com |
| Cary Joy Economou | on behalf of Interested Party Berkley Insurance Company ceconomou@wam.law |
| Cary Joy Economou | on behalf of Interested Party Markel American Insurance Company ceconomou@wam.law |
| Cary Joy Economou | on behalf of Interested Party Arch Insurance Company ceconomou@wam.law |
| Casey William Doherty, Jr | on behalf of Creditor FactoFrance casey.doherty@dentons.com Docket.General.Lit.Dal@dentons.com |
| Catherine Elizabeth Bratic | on behalf of Creditor Maplan GmbH and Machinery + PLANning Inc. catherine.bratic@hlc.com |
| Catherine Stone Curtis | on behalf of Trustee Catherine Stone Curtis ccurtis@catherinecurtistrustee.com csc@trustesolutions.net;ccsc11@trustesolutions.net |
| Charles Lester Kennon, III | on behalf of Debtor In Possession First Brands Group Holdings LLC Charles.Kennon@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Charles Lester Kennon, III | on behalf of Creditor Toyota Industries Commercial Finance Inc. Charles.Kennon@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Charles Michael Rubio | on behalf of Interested Party Overdrive Acquisition LLC crubio@parkinsrubio.com, 7485062420@filings.docketbird.com |
| Charles R Gibbs | on behalf of Auditor BDO USA P.C. Crgibbs@mcdermottlaw.com, dnorthrop@mwe.com;jbishopjones@mwe.com;nalindogan@mcdermottlaw.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com |
| Charles Randall Woolley, II | on behalf of Creditor Kingsbridge Holdings LLC rwoolley@darcydevassy.com |
| Charles Stephen Kelley | on behalf of Creditor Katsumi Servicing LLC ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com;6843309420@filings.docketbird.com |
| Christian Paul Jensen | on behalf of Interested Party Deva Capital Investment Company S.L.U. jensenc@sullcrom.com |
| Christopher Donald Johnson | on behalf of Creditor Alliance Parts Warehouse LLC chris.johnson@diamondmccarthy.com, christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com |
| Christopher Donald Johnson | on behalf of Creditor Aftermarket Auto Parts Alliance Inc. chris.johnson@diamondmccarthy.com, christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com |
| Christopher Donald Johnson | on behalf of Creditor Federated Auto Parts Distributors Inc. chris.johnson@diamondmccarthy.com, christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com |
| Christopher Donald Johnson | on behalf of Creditor The Pronto Network Cooperative Inc. chris.johnson@diamondmccarthy.com, christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com |
| Christopher Donald Johnson | on behalf of Creditor Automotive Auto Parts Distributors Inc. chris.johnson@diamondmccarthy.com, christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com |
| Christopher Donald Johnson | on behalf of Creditor Automotive Parts Service Group LLC chris.johnson@diamondmccarthy.com |

christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

Christopher Edward Brown
on behalf of Debtor Endurance American Insurance Company cbrown@kdvlaw.com sfranchi@kaufmandolowich.com

Christopher Lee Phillippe
on behalf of Attorney Christopher L Phillippe clphillippe@cameroncountylawyer.com zlgarza@cameroncountylawyer.com;bankruptcy@cameroncountylawyer.com;LawOfficesofPhillippeAssociates@jubileebk.net

Christopher Michael Joralemon
on behalf of Defendant GLAS USA LLC cjoralemon@gibsondunn.com christopher-m-joralemon-1292@ecf.pacerpro.com,pacer-tx@gibsondunn.com,pacer-ny@gibsondunn.com

Christopher Michael Joralemon
on behalf of Defendant Wilmington Savings Fund Society FSB cjoralemon@gibsondunn.com, christopher-m-joralemon-1292@ecf.pacerpro.com,pacer-tx@gibsondunn.com,pacer-ny@gibsondunn.com

Christopher Michael Joralemon
on behalf of Plaintiff Wilmington Savings Fund Society FSB cjoralemon@gibsondunn.com, christopher-m-joralemon-1292@ecf.pacerpro.com,pacer-tx@gibsondunn.com,pacer-ny@gibsondunn.com

Christopher Michael Joralemon
on behalf of Plaintiff GLAS USA LLC cjoralemon@gibsondunn.com christopher-m-joralemon-1292@ecf.pacerpro.com,pacer-tx@gibsondunn.com,pacer-ny@gibsondunn.com

Christopher S. Baxter
on behalf of Creditor Crown Equipment Corporation dba Crown Lift Trucks dba Crown Credit Company cbaxter@ssdlaw.com lslicer@ssdlaw.com

Christopher V Arisco
on behalf of Creditor Whirlpool Corporation carisco@padfieldstout.com

Christos Nicholas Georgalis
on behalf of Interested Party Nigel Crighton chris@flannerygeorgalis.com mgable@flannerygeorgalis.com

Cindi M. Giglio
on behalf of Interested Party Hilco Valuation Services LLC, Dba Hilco Global and its designated affiliates and subsidiaries cgiglio@katten.com

Cindi M. Giglio
on behalf of Trustee Eva S Engelhart cgiglio@katten.com

Cindi M. Giglio
on behalf of Debtor First Brands Group LLC cgiglio@katten.com

Clifford William Carlson
on behalf of Debtor CWD Intermediate Holdings I LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Viceroy Private Capital LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor In Possession Carnaby FA Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby Inventory III LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Horizon International Holdings LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Dalton Corporation Warsaw Manufacturing Facility clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Walbro LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor KTRI Holdings Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Broad Street Financial Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Hopkins Manufacturing Corporation clifford.carlson@weil.com

clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Hopkins Acquisition Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor CWD Intermediate Holdings II LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Cardone Industries Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Global Lease Assets Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Trico Products Corporation clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Dalton Corporation Stryker Machining Facility Co. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby FA Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby Inventory IV LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor International Brake Industries Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor SDC TX LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Eagle Machining LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Viper Acquisition Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby Inventory Holdings II LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Trico Holding Corporation clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Dalton Corporation clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor ASC Industries Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor PHNX Acquisition Corp. clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Smart Choice LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor BPI EC LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Qualitor Automotive LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

| | |
|---|---|
| | on behalf of Debtor UCI Pennsylvania Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Airtex Products LP clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Specialty Pumps Group Inc clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Defendant First Brands Group LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Carrand Companies Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Qualis Automotive L.L.C. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Longman Enterprises Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Trico Technologies Corporation clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Plaintiff First Brands Group LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Brake Parts Inc LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Heatherton Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Qualitor Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor UCI International Holdings Parent Inc. clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Brake Parts Inc India LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor First Brands Group Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Defendant Broad Street Financial LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Carnaby Capital Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Strongarm LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Brake Parts Inc China LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Patterson Inventory Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Toledo Molding & Die LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |

| | |
|---|---|
| Clifford William Carlson | on behalf of Debtor In Possession IBI International Holding Company Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor FRAMAuto Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Carnaby Capital LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Autolite Operations LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Reman Management International LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Carter Carburetor LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Carnaby Inventory Holdings IV LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor APC Intermediate Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Airtex Industries LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Qualis Enterprises LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Starlight Inventory Holdings I LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Global Assets GmbH clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Viper Acquisition I Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Pylon South Bend Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Global Assets LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor AVM Export Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Global Reman Ventures LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor FRAM Group Operations LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Carter Fuel Export Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Defendant Cardone Industries Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor UCI International Holdings Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |

Clifford William Carlson
on behalf of Debtor Horizon Global Americas Inc. clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Pylon Manufacturing Corp. clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Universal Auto Filter LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor TAE Brakes LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Eagle Casting Holdings LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor First Brands Group LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor APC Parent LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Walbro Midco LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Eagle Casting LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Dalton Corporation Ashland Manufacturing Facility clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Horizon Global Corporation clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor First Brands Group Intermediate LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor IBI International Holding Company Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor TAE China Holdings Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Qualitor Subsidiary S Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby Inventory II LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor United Components LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor BPI Acquisition Company LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor BPI Holdings International LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Horizon Euro Finance LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Jasper Rubber Products Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Transportation Aftermarket Enterprise LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Champion Laboratories Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Broad Street Financial LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor FRAM Group IP LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor UCI International LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Jasper Acquisition Corp. clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor WEM US Co. clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor CWD LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carter Fuel Systems LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Fuel Filter Technologies Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carter Carburetor Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor KTRI Offshore Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Tridonex USA LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Defendant First Brands Group LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Qualitor Acquisition Inc. clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor CWD Holding LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor UCI Acquisition Holdings (No. 4) LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Qualitor Subsidiary H Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Defendant Broad Street Financial Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Dalton Corporation Kendallville Manufacturing Facility clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Starlight Inventory I LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

| | |
|---|---|
| Clifford William Carlson | on behalf of Debtor Carnaby Inventory Holdings III LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor UCI-Airtex Holdings Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Premier Marketing Group LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Horizon Global Company LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Carnaby FA LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Courtney E. Giles | on behalf of Creditor Arab Banking Corporation B.S.C. courtney.giles@bakermckenzie.com jessica.harris@bakermckenzie.com |
| Dalford Dean Owens, Jr. | on behalf of Creditor National Labor Relations Board dean.owens@nlrb.gov |
| Daniel Alexander Harrell | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION alex.harrell@faegredrinker.com kelly.olson@faegredrinker.com |
| Daniel J Ferretti | on behalf of Creditor AutoZone Parts Inc. dferretti@bakerdonelson.com, jramos@bakerdonelson.com |
| Daniel J Ferretti | on behalf of Creditor AutoZone Inc. dferretti@bakerdonelson.com, jramos@bakerdonelson.com |
| Daniel J McGuire | on behalf of Other Prof. Bank of America N.A. dan.mcguire@winstontaylor.com |
| Daniel J Saval | on behalf of Interested Party Stephen Graham Daniel.saval@kobrekim.com |
| Daniel J Saval | on behalf of Defendant Stephen Graham Daniel.saval@kobrekim.com |
| Daniela Mondragon | on behalf of Interested Party QBE Insurance Corporation mondragon@wcbglaw.com ramirez@wcbglaw.com |
| Daniela Mondragon | on behalf of Interested Party Ironshore Indemnity Inc. mondragon@wcbglaw.com, ramirez@wcbglaw.com |
| Daniela Mondragon | on behalf of Interested Party Westfield Select Insurance Company mondragon@wcbglaw.com ramirez@wcbglaw.com |
| Daniela Mondragon | on behalf of Interested Party Zurich American Insurance Company mondragon@wcbglaw.com ramirez@wcbglaw.com |
| Daniela Mondragon | on behalf of Interested Party AXIS Insurance Company mondragon@wcbglaw.com ramirez@wcbglaw.com |
| Daniela Mondragon | on behalf of Interested Party Allianz Global Risks US Insurance Company mondragon@wcbglaw.com ramirez@wcbglaw.com |
| Daniela Mondragon | on behalf of Interested Party Fair American Insurance and Reinsurance Company mondragon@wcbglaw.com ramirez@wcbglaw.com |
| Danielle Rose | on behalf of Interested Party Stephen Graham danielle.rose@kobrekim.com |
| David Elsberg | on behalf of Creditor Evolution Credit Partners delsberg@elsberglaw.com Paralegals@selendygay.com,Edockets@selendygay.com,mco@selendygay.com,autodocket365@alncorp.com;david-elsberg-9556@ecf.pacerpro.com,autodocket@edocketspreview.com,autodocket@alncorp.net |
| David Alexander Darcy | on behalf of Creditor Kingsbridge Holdings LLC adarcy@darcydevassy.com, smccarthy@darcydevassy.com |
| David Alexander Shargel | on behalf of Interested Party Edward James david.shargel@bracewell.com |
| David Benjamin Thomas | on behalf of Trustee Ronald J Sommers david.thomas@usdoj.gov jwingerter@reidcollins.com |

| | |
|---|---|
| David Benjamin Thomas | on behalf of Creditor Evolution Credit Partners david.thomas@usdoj.gov jwingerter@reidcollins.com |
| David Edward Lemke | on behalf of Interested Party Phoenix Brownsville Industrial Investors LLC david.lemke@hklaw.com cathy.thomas@hklaw.com;annmarie.jezisek@hklaw.com |
| David F Irwin | on behalf of Creditor 1995 Billy Mitchell Boulevard Inc. david@rentfrolawfirm.net, apolonia@rentfrolawfirm.net |
| David F Waguespack | on behalf of Creditor Planters Bank waguespack@carverdarden.com nkelly@carverdarden.com |
| David F Waguespack | on behalf of Plaintiff Planters Bank waguespack@carverdarden.com nkelly@carverdarden.com |
| David Lawrence Staab | on behalf of Creditor Orbian Corporation and Orbian Financial Services XXVI LLC david.staab@haynesboone.com |
| David Norwich Gopstein | on behalf of Interested Party Peter Andrew Brumbergs dgopstein@heckerfink.com |
| David Norwich Gopstein | on behalf of 3rd Pty Defendant Peter Andrew Brumbergs dgopstein@heckerfink.com |
| David Norwich Gopstein | on behalf of Defendant Peter Andrew Brumbergs dgopstein@heckerfink.com |
| David Philip Simonds | on behalf of Creditor Maplan GmbH and Machinery + PLANning Inc. david.simonds@hoganlovells.com |
| Deborah Michelle Perry | on behalf of Defendant Justin Nielsen dperry@munsch.com CourtMail@munsch.com |
| Deborah Michelle Perry | on behalf of Defendant Onset Financial Inc. dperry@munsch.com, CourtMail@munsch.com |
| Deborah Michelle Perry | on behalf of Creditor Onset Financial Inc. dperry@munsch.com, CourtMail@munsch.com |
| Deborah Michelle Perry | on behalf of Interested Party Silver Point Capital L.P. dperry@munsch.com, CourtMail@munsch.com |
| Deborah Michelle Perry | on behalf of Cross-Claimant Onset Financial Inc. dperry@munsch.com, CourtMail@munsch.com |
| Deborah Michelle Perry | on behalf of Cross Defendant Onset Financial Inc. dperry@munsch.com, CourtMail@munsch.com |
| Deborah Michelle Perry | on behalf of Defendant Nielsen Investments dperry@munsch.com CourtMail@munsch.com |
| Deborah Michelle Perry | on behalf of Creditor Silver Point Capital L.P. dperry@munsch.com, CourtMail@munsch.com |
| Deborah Michelle Perry | on behalf of Intervenor Onset Financial Inc. dperry@munsch.com, CourtMail@munsch.com |
| Deborah Michelle Perry | on behalf of 3rd Party Plaintiff Onset Financial Inc. dperry@munsch.com, CourtMail@munsch.com |
| Demetra Liggins | on behalf of Creditor Advance Auto Parts Inc. dliggins@mcguirewoods.com, nsims@mcguirewoods.com |
| Demetra Liggins | on behalf of Defendant Advance Auto Parts Inc. dliggins@mcguirewoods.com, nsims@mcguirewoods.com |
| Diane Wade Sanders | on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com |
| Diane Wade Sanders | on behalf of Creditor City Of McAllen austin.bankruptcy@publicans.com |
| Diane Wade Sanders | on behalf of Creditor Cameron County austin.bankruptcy@publicans.com |
| Diego Mateo Carlson | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION diego.carlson@faegredrinker.com |
| Duane J Brescia | on behalf of Creditor Zurich American Insurance Company dbrescia@clarkhill.com kwebster@clarkhill.com,efarrar@clarkhill.com |

| | |
|---|---|
| Duane J Brescia | on behalf of Creditor Epicor Software Corporation dbrescia@clarkhill.com kwebster@clarkhill.com,efarrar@clarkhill.com |
| Edward Joseph McNeilly | on behalf of Creditor Maplan GmbH and Machinery + PLANning Inc. edward.mcneilly@hoganlovells.com |
| Elias Marwan Yazbeck | on behalf of Creditor IA Mechanical Inc. elias@yazbecklaw.com sheema@yazbecklaw.com,jaila@yazbecklaw.com,TheLawOfficeofEliasMYazbeck@jubileebk.net,ricardo@yazbecklaw.com,mei@yazbecklaw.com,rafic@yazbecklaw.com,admin@yazbecklaw.com |
| Elisha Graff | on behalf of Defendant Broad Street Financial LLC egraff@stblaw.com |
| Elisha Graff | on behalf of Defendant Broad Street Financial Holdings LLC egraff@stblaw.com |
| Elizabeth Feld | on behalf of Creditor Royal Bank of Canada efeld@whitecase.com |
| Ella Epstein | on behalf of Creditor Evolution Credit Partners eepstein@elsberglaw.com |
| Eloy Antonio Peral | on behalf of Creditor BRI WESTPARK IV QOZB LP eperal@windelsmarx.com |
| Emil P Khatchatourian | on behalf of Interested Party JessCo Brakes Inc. an affiliate of Friction One Brake Technology (Xiantao) Co., Ltd. ekhatchatourian@foley.com |
| Emily Golding | on behalf of Interested Party Federal Insurance Company egolding@wam.law |
| Emily Golding | on behalf of Interested Party XL Specialty Insurance Company egolding@wam.law |
| Emily Meraia | on behalf of Creditor Valeo North America Inc. emeraia@krcl.com |
| Emily Meraia | on behalf of Creditor Valeo Sistemas Electricos S.A. de C.V. emeraia@krcl.com |
| Emily Shanks | on behalf of Plaintiff Evolution Credit Partners Trade Finance Master L.P. eshanks@grayreed.com vsalazar@grayreed.com |
| Emily Shanks | on behalf of Plaintiff Evolution Credit Opportunity Master Fund II-B LP eshanks@grayreed.com, vsalazar@grayreed.com |
| Emily Shanks | on behalf of Plaintiff Evolution Credit Opportunity Master Fund III-B LP eshanks@grayreed.com, vsalazar@grayreed.com |
| Eric Michael English | on behalf of Trustee Eva S Engelhart eenglish@porterhedges.com emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com |
| Eric R Wilson | on behalf of Interested Party Ryder Integrated Logistics Inc. KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com |
| Eric Thomas Haitz | on behalf of Creditor AVO Carbon USA Inc. eric.haitz@bondsellis.com, linda.gordon@bondsellis.com |
| Erin C. Kim | on behalf of Creditor Pension Benefit Guaranty Corporation kim.erin@pbgc.gov efile@pbgc.gov |
| Erin Elizabeth Jones | on behalf of Trustee Ronald Sommers erin@jonesmurray.com 8597346420@filings.docketbird.com |
| Erin Elizabeth Jones | on behalf of Trustee Ronald J Sommers erin@jonesmurray.com 8597346420@filings.docketbird.com |
| Eva S Engelhart | eengelhart@rossbanks.com ee@trustesolutions.net;christinevega@rossbanks.com |
| Eyad Asad | on behalf of Plaintiff International Union United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) easad@cwsny.com |
| Faheem Mahmooth | on behalf of Creditor Pension Benefit Guaranty Corporation mahmooth.faheem@pbgc.gov |
| Frasher Murphy | on behalf of Creditor Orbian Corporation and Orbian Financial Services XXVI LLC frasher.murphy@haynesboone.com |

kim.morzak@haynesboone.com;kristy.martinez@haynesboone.com

Gabriel Adam Morgan
on behalf of Plaintiff First Brands Group LLC gabriel.morgan@weil.com, gabriel-morgan-3879@ecf.pacerpro.com;rene.olvera@weil.com;chris.jalomo@weil.com;Matthew.Kleissler@weil.com

Gabrielle Pilgrim
on behalf of Creditor Central States Southeast and Southwest Areas Pension Fund gpilgrim@centralstatesfunds.org

Garrett Gerber
on behalf of Creditor Evolution Credit Partners ggerber@elsberglaw.com

Garrick C Smith
on behalf of Creditor Onset Financial Inc. gsmith@munsch.com, CourMail@munsch.com

Genevieve Marie Graham
on behalf of Creditor BBJ Ventures LLC ggraham@graham-pllc.com, ggraham@ecf.courtdrive.com;admin@graham-pllc.com

Grace A. Thompson
on behalf of Debtor First Brands Group LLC grace.thompson@katten.com, nyc.bknotices@katten.com

Gregory Getty Hesse
on behalf of Interested Party A.N Webber Logistics Inc. ghesse@huntonak.com, tcanada@hunton.com

Griselda Cabrera
on behalf of Interested Party SPV Debtors griselda.cabrera@stblaw.com

Harry Frederick Murphy
on behalf of Creditor Raistone Purchasing LLC-Series XXVIII hmurphy@orrick.com courtmail@orrick.com

Harry Frederick Murphy
on behalf of Creditor Raistone Capital LLC hmurphy@orrick.com courtmail@orrick.com

Harry Frederick Murphy
on behalf of Creditor Raistone Purchasing LLC -Series XXXII hmurphy@orrick.com courtmail@orrick.com

Harry Jay Hulings
on behalf of Interested Party David Parker jhulings@dslawpc.com

Heather Kristine Hatfield
on behalf of Trustee Eva S Engelhart hhatfield@porterhedges.com mwebb@porterhedges.com;jchin@porterhedges.com

Heather Pieper McMutry
on behalf of Creditor Honda Development & Manufacturing of America LLC, for itself and on behalf of certain North American subsidiaries and affiliates hmcmutry@fbtlaw.com

Hiram A Gutierrez
on behalf of Creditor Brownsville Independent School District edinburgbankruptcy@pbfcm.com hidalgolegal@ecf.courtdrive.com

Holland Neff O'Neil
on behalf of Interested Party Flex-N-Gate LLC honeil@foley.com jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com

Iain L Kennedy
on behalf of Creditor ING Belgium S.A./N.V. ikennedy@nathansommers.com dthompson@nathansommers.com;clemons@nathansommers.com;pbuenano@nathansommers.com;aorr@nathansommers.com;jpoe@nathansommers.com

Ian Ross Phillips
on behalf of Creditor Committee Official Committee of Unsecured Creditors iphillips@coleschotz.com pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Isaac Raisner
on behalf of Plaintiff Brittany Johnson isr@raisnerroupinian.com

Isaac Raisner
on behalf of Plaintiff Maria Tapia isr@raisnerroupinian.com

Isaac Raisner
on behalf of Plaintiff Kyle Bennett isr@raisnerroupinian.com

Isaac Raisner
on behalf of Plaintiff Chad Compton isr@raisnerroupinian.com

Isaac Raisner
on behalf of Plaintiff Giancarlo Hernandez isr@raisnerroupinian.com

Jack A. Raisner
on behalf of Plaintiff Kyle Bennett jar@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner
on behalf of Plaintiff Giancarlo Hernandez jar@raisnerroupinian.com

rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner
on behalf of Plaintiff Chad Compton jar@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner
on behalf of Plaintiff Maria Tapia jar@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner
on behalf of Plaintiff Brittany Johnson jar@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner
on behalf of Creditor Maria Tapia jar@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jacob Rhine Herz
on behalf of Creditor Raistone Factoring Parties jherz@orrick.com casestream@ecf.courtdrive.com;courtmail@orrick.com

Jacob Rhine Herz
on behalf of Creditor Raistone Capital LLC jherz@orrick.com casestream@ecf.courtdrive.com;courtmail@orrick.com

Jacob Rhine Herz
on behalf of Creditor Raistone Purchasing LLC-Series XXVIII jherz@orrick.com
casestream@ecf.courtdrive.com;courtmail@orrick.com

Jacob Rhine Herz
on behalf of Creditor Raistone Purchasing LLC -Series XXXII jherz@orrick.com
casestream@ecf.courtdrive.com;courtmail@orrick.com

Jacqueline Chiba
on behalf of Creditor IA Mechanical Inc. jackie@yazbecklaw.com 8234279420@filings.docketbird.com

Jake Gordon
on behalf of Interested Party Flex-N-Gate LLC jake.gordon@foley.com

James A Plemmons
on behalf of Interested Party FCA US LLC jplemmons@dickinsonwright.com wrees@dickinsonwright.com

James H Billingsley
on behalf of Creditor Chubb Companies JBillingsley@duanemorris.com
EPerez@duanemorris.com,james-pc-8706@ecf.pacerpro.com

James Joseph Berdelle
on behalf of Creditor Qindao Carflex Auto Parts Co. Ltd. berdellejames@gmail.com

James M Feuille
on behalf of Creditor Gorman Industrial Supply Co. jfeu@scotthulse.com ggra@scotthulse.com

James Michael Towarnicky
on behalf of Interested Party Karam Singh slovakesq@aol.com

James Michael Towarnicky
on behalf of Interested Party Naresh Sharma slovakesq@aol.com

James Michael Towarnicky
on behalf of Interested Party Shallendra Shukla slovakesq@aol.com

James Michael Towarnicky
on behalf of Interested Party Harish Uniyal slovakesq@aol.com

James Michael Towarnicky
on behalf of Interested Party John Doe slovakesq@aol.com

James Michael Towarnicky
on behalf of Interested Party Mahavir Die Casters Pvt Ltd slovakesq@aol.com

James Michael Towarnicky
on behalf of Interested Party Vineet Kumar Garg slovakesq@aol.com

James Thomas Young
on behalf of Creditor MacAllister Machinery Company Inc. jyoung@rubin-levin.net

James Wiley Rusher
on behalf of Creditor SRE Miami LLC jwrusher@arhlaw.com

Jamie Kirk
on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-jkirk@texasattorneygeneral.gov,
sherri.simpson@oag.texas.gov

Jared M Slade
on behalf of Intervenor UMB Bank N.A. jared.slade@alston.com,
Leah.McNeill@alston.com;Jacob.Johnson@alston.com;melanie.mizrahie@alston.com;brian.laine@alston.com

Jared M Slade

| | |
|---|---|
| | on behalf of Creditor UMB Bank N.A. jared.slade@alston.com, Leah.McNeill@alston.com;Jacob.Johnson@alston.com;melanie.mizrahie@alston.com;brian.laine@alston.com |
| Jarrod B. Martin | on behalf of Creditor KitKat (IL). LLC jbmartin@bradley.com atty_jmartin@bluestylus.com;rabdelghani@bradley.com;akhan@bradley.com;jbmartin@ecf.courtdrive.com;mdsmith@bradley.com;ggattis@bradley.com;jfalcon@bradley.com;acorona@bradley.com;cpaul@bradley.com |
| Jarrod B. Martin | on behalf of Creditor OmniSource LLC jbmartin@bradley.com, atty_jmartin@bluestylus.com;rabdelghani@bradley.com;akhan@bradley.com;jbmartin@ecf.courtdrive.com;mdsmith@bradley.com;ggattis@bradley.com;jfalcon@bradley.com;acorona@bradley.com;cpaul@bradley.com |
| Jarrod B. Martin | on behalf of Creditor XL Parts LLC jbmartin@bradley.com, atty_jmartin@bluestylus.com;rabdelghani@bradley.com;akhan@bradley.com;jbmartin@ecf.courtdrive.com;mdsmith@bradley.com;ggattis@bradley.com;jfalcon@bradley.com;acorona@bradley.com;cpaul@bradley.com |
| Jason Blackstone | on behalf of Creditor Oracle America Inc. jblackstone@buchalter.com, vlawrence@buchalter.com |
| Jason Blanchard | on behalf of Plaintiff Bank of America N.A. jason.blanchard@nortonrosefulbright.com |
| Jason Blanchard | on behalf of Cross Defendant Bank of America N.A. jason.blanchard@nortonrosefulbright.com |
| Jason Gary Cohen | on behalf of Interested Party Edward James jason.cohen@bracewell.com mary.kearney@bracewell.com |
| Jason S Brookner | on behalf of Plaintiff Evolution Credit Opportunity Master Fund III-B LP jbrookner@grayreed.com, lwebb@grayreed.com |
| Jason S Brookner | on behalf of Interested Party Evolution Credit Partners jbrookner@grayreed.com lwebb@grayreed.com |
| Jason S Brookner | on behalf of Creditor Evolution Credit Partners jbrookner@grayreed.com lwebb@grayreed.com |
| Jason S Brookner | on behalf of Plaintiff Evolution Credit Opportunity Master Fund II-B L.P. jbrookner@grayreed.com, lwebb@grayreed.com |
| Jason S Brookner | on behalf of Plaintiff Evolution Credit Opportunity Master Fund II-B LP jbrookner@grayreed.com, lwebb@grayreed.com |
| Jason S Brookner | on behalf of Plaintiff Evolution Credit Partners Trade Finance Master L.P. jbrookner@grayreed.com lwebb@grayreed.com |
| Jayson B. Ruff | on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov |
| Jeffrey M Galen | on behalf of Creditor Insight Direct USA Inc. jeffrey.galen@galendavislaw.com |
| Jeffrey M Levinson | on behalf of Interested Party Nigel Crighton jml@jml-legal.com |
| Jeffrey Richard Gleit | on behalf of Plaintiff Wilmington Savings Fund Society FSB jeffrey.gleit@afslaw.com, nkoslof@sandw.com,aweiss@sandw.com,tkethro@sandw.com |
| Jeffrey Richard Gleit | on behalf of Creditor Wilmington Savings Fund Society FSB jeffrey.gleit@afslaw.com, nkoslof@sandw.com,aweiss@sandw.com,tkethro@sandw.com |
| Jennifer Schubert | on behalf of Interested Party Scott Wallace jschubert@mololamken.com |
| Jennifer Schubert | on behalf of Interested Party Shekhar Kumar jschubert@mololamken.com |
| Jennifer K. Malow | on behalf of Defendant First Brands Group LLC jennifer.malow@blankrome.com |
| Jennifer K. Malow | on behalf of Defendant Aequum Capital Financial II LLC jennifer.malow@blankrome.com |
| Jennifer K. Malow | on behalf of Intervenor Aequum Capital Financial II LLC jennifer.malow@blankrome.com |
| Jennifer K. Malow | on behalf of Interested Party Aequum Capital Financial II LLC jennifer.malow@blankrome.com |

Jennifer Kriss Pollan
on behalf of Creditor Michael Bueno jennifer.pollan@huschblackwell.com
christine.deacon@huschblackwell.com;jennifer-pollan-8341@ecf.pacerpro.com

Jessica Nicole Alt
on behalf of Creditor De Lage Landen Financial Services Inc. jalt@padfieldstout.com

Jessica Nicole Alt
on behalf of Interested Party Charmaine Thomas jalt@padfieldstout.com

Jiangang Ou
on behalf of Creditor Longkou Haimeng Machinery Co. Ltd. James.Ou@FisherBroyles.com

Joel Frederic Newell
on behalf of Creditor STORE Capital Acquisitions LLC newellj@ballardspahr.com,
phxlsateam@ballardspahr.com,Phoenixdocketingbkr@ballardpahr.com;carolod@ballardspahr.com

Joel Frederic Newell
on behalf of Creditor STORE Master Funding IV LLC newellj@ballardspahr.com,
phxlsateam@ballardspahr.com,Phoenixdocketingbkr@ballardpahr.com;carolod@ballardspahr.com

Joel Frederic Newell
on behalf of Creditor STORE Master Funding XIV LLC newellj@ballardspahr.com,
phxlsateam@ballardspahr.com,Phoenixdocketingbkr@ballardpahr.com;carolod@ballardspahr.com

Joel Frederic Newell
on behalf of Creditor Lordco Parts Ltd. newellj@ballardspahr.com
phxlsateam@ballardspahr.com,Phoenixdocketingbkr@ballardpahr.com;carolod@ballardspahr.com

John A Gagliardi
on behalf of Creditor Michael Templin jgagliardi@wgflaw.com

John David Cornwell
on behalf of Defendant Todd Pedersen jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell
on behalf of Defendant Coral Dunes LLC jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell
on behalf of Defendant JA Gardner Holdings jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell
on behalf of Defendant Jonathan Gardner jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell
on behalf of Defendant Asilia Credit Investments LLC jcornwell@munsch.com,
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell
on behalf of Defendant Joshua Tree Holdings LLC jcornwell@munsch.com,
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell
on behalf of Defendant Holt Investments 201 LLC jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell
on behalf of Defendant Scott Miller jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell
on behalf of Defendant Yuma III LLC jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell
on behalf of Defendant Dale P. Holt jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell
on behalf of Defendant Seddie LLC jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John F Higgins, IV
on behalf of Counter-Defendant AB CarVal Credit Opportunities Fund jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Counter-Defendant CarVal Contingent Credit Fund LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Plaintiff CVI CSF Master Fund I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Plaintiff CarVal Contingent Credit Fund LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Counter-Defendant CVI AV Master Fund I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Plaintiff CVI AV Master Fund I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Counter-Defendant CVI EMCOF US LLC jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Other Prof. GLAS Trust Company LLC jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Plaintiff CVI EMCOF US LLC jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Plaintiff CVI CVF V Pooling Fund I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Plaintiff AB CarVal Credit Opportunities Fund jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Interested Party Carnaby II and III Secured Parties jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Counter-Defendant CVI CVF V Pooling Fund I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Counter-Defendant GLAS Trust Company LLC as administrative agent for the lenders to the Carnaby II Credit Agreement and Carnaby III Credit Agreement jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Counter-Defendant CVI CSF Master Fund I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Counter-Defendant CVI AA Master Fund I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Plaintiff CVI AA Master Fund I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Plaintiff GLAS Trust Company LLC as administrative agent for the lenders to the Carnaby II Credit Agreement and Carnaby III Credit Agreement jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John Hammel Strauss
on behalf of Trustee Ronald J Sommers jhstrauss@reidcollins.com

John James Sparacino
on behalf of Creditor Manuel Leal jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Creditor Manuel Fernandez jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Creditor Ciara Childs jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Creditor Tim Johnson jsparacino@mckoolsmith.com

john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Plaintiff Francisco Garza jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Creditor Francisco Garza jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John Kendrick Turner
on behalf of Creditor Tarrant County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John R. Dodd, II
on behalf of Creditor Arab Banking Corporation B.S.C. john.dodd@bakermckenzie.com

John Robert Nelson
on behalf of Interested Party FCA US LLC jnelson@dickinsonwright.com rgarza@dickinsonwright.com

John Wallis Harris
on behalf of Creditor Goldstar Warehousing Ltd. jwharris@johnwharrislaw.com, jwharris@johnwharrislaw.com

John Wallis Harris
on behalf of Creditor Pyramid Warehousing Ltd. jwharris@johnwharrislaw.com, jwharris@johnwharrislaw.com

Jonathan Michael Chan
on behalf of Creditor CTS Global Logistics (Georgia) Inc. jonathan.chan@ctklawgroup.com

Jordan Alexandra Kazlow
on behalf of Auditor BDO USA P.C. jordan.kazlow@dechert.com

Jordan Lancaster Estes
on behalf of Defendant Wilmington Savings Fund Society FSB jestes@gibsondunn.com,
jordan-estes-5323@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Jordan Lancaster Estes
on behalf of Plaintiff Wilmington Savings Fund Society FSB jestes@gibsondunn.com,
jordan-estes-5323@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Jordan Lancaster Estes
on behalf of Defendant GLAS USA LLC jestes@gibsondunn.com
jordan-estes-5323@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Jordan Lancaster Estes
on behalf of Plaintiff GLAS USA LLC jestes@gibsondunn.com jordan-estes-5323@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Jordan W. Leu
on behalf of Defendant Michael Baker jleu@kslaw.com omoses@kslaw.com;jordan-leu-6321@ecf.pacerpro.com

Jordan W. Leu
on behalf of Interested Party PGI Northstar LLC jleu@kslaw.com omoses@kslaw.com;jordan-leu-6321@ecf.pacerpro.com

Jordan W. Leu
on behalf of Interested Party Premium Guard Incorporated jleu@kslaw.com
omoses@kslaw.com;jordan-leu-6321@ecf.pacerpro.com

Joseph D. Sibley, IV
on behalf of Witness NextProcess LP sibley@camarasibley.com

Joseph Howard Lemkin
on behalf of Creditor De Lage Landen Financial Services Inc. jlemkin@stark-stark.com

Joshua James Newcomer
on behalf of Respondent Argent Institutional Trust as Litigation Trustee of the Instant Brands Litigation Trust
jnewcomer@mckoolsmith.com, newcomer-4044@ecf.pacerpro.com,ajohns@mckoolsmith.com,cubberud@mckoolsmith.com

Joshua John Brandau
on behalf of Creditor Siam Fukoku Co. Ltd. jbrandau@btlaw.com

Joshua John Brandau
on behalf of Creditor Fukoku Mexicana S.A. de C.V. jbrandau@btlaw.com

Joshua W. Wolfshohl
on behalf of Trustee Eva S Engelhart jwolfshohl@porterhedges.com
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl
on behalf of Trustee Eva Engelhart jwolfshohl@porterhedges.com
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Julia Catherine Koch
on behalf of Defendant Onset Financial Inc jkoch@mofo.com

| | |
|---|---|
| Julia Di Fiore Byrne | on behalf of Trustee Ronald J Sommers jdifiore@reidcollins.com |
| Justin A. Kesselman | on behalf of Plaintiff Wilmington Savings Fund Society FSB justin.kesselman@afslaw.com, edocket@afslaw.com |
| Justin A. Kesselman | on behalf of Creditor Wilmington Savings Fund Society FSB justin.kesselman@afslaw.com, edocket@afslaw.com |
| Justin M Mertz | on behalf of Creditor Fairlane Industries Inc. jmmertz@michaelbest.com, jcalmes@michaelbest.com;courtmail@michaelbest.com |
| Justin M Mertz | on behalf of Creditor Ahlstrom Filtration LLC jmmertz@michaelbest.com jcalmes@michaelbest.com;courtmail@michaelbest.com |
| Justin M. Ellis | on behalf of 3rd Pty Defendant Shekhar Kumar jellis@mololamken.com |
| Justin S. Levy | on behalf of Interested Party XL Specialty Insurance Company jlevy@wam.law |
| Justin S. Levy | on behalf of Interested Party Federal Insurance Company jlevy@wam.law |
| Kenneth J. Ottaviano | on behalf of Defendant Aequum Capital Financial II LLC ken.ottaviano@blankrome.com |
| Kevin M. Capuzzi | on behalf of Creditor 673753 Ontario Limited DBA TRAFFIX kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin Patrick Walters | on behalf of Creditor Industrial Realty Group LLC kevin.walters@roystonlaw.com sylvia.cooper@roystonlaw.com |
| Kristen L Perry | on behalf of Creditor T.H.I. Group Ltd. kristen.perry@faegredrinker.com kelly.olson@faegredrinker.com;danette.dykema@faegredrinker.com;cathy.greer@faegredrinker.com |
| Kristen L Perry | on behalf of Creditor United Parcel Service Inc. kristen.perry@faegredrinker.com, kelly.olson@faegredrinker.com;danette.dykema@faegredrinker.com;cathy.greer@faegredrinker.com |
| Kristian W. Gluck | on behalf of Other Prof. Bank of America N.A. kristian.gluck@nortonrosefulbright.com |
| Kristian W. Gluck | on behalf of Creditor Bank of America N.A. kristian.gluck@nortonrosefulbright.com |
| Kristian W. Gluck | on behalf of Plaintiff Bank of America N.A. kristian.gluck@nortonrosefulbright.com |
| Kyle L Dickson | on behalf of Creditor Randall Metals Corporation kdickson@murray-lobb.com mgarcia@murray-lobb.com |
| Laura D Metzger | on behalf of Creditor Raistone Purchasing LLC -Series XXXII lmetzger@orrick.com casestream@ecf.courtdrive.com;courtmail@orrick.com |
| Laura D Metzger | on behalf of Creditor Raistone Capital LLC lmetzger@orrick.com casestream@ecf.courtdrive.com;courtmail@orrick.com |
| Laura D Metzger | on behalf of Creditor Raistone Purchasing LLC-Series XXVIII lmetzger@orrick.com casestream@ecf.courtdrive.com;courtmail@orrick.com |
| Lauren Dorsett | on behalf of Creditor Amazon Advertising LLC laurendorsett@dwt.com |
| Lawrence James Dickinson | on behalf of Interested Party Motorcar Parts of America Inc. james.dickinson@pillsburylaw.com, nancy.jones@pillsburylaw.com |
| Layla Milligan | on behalf of Creditor Texas Commission on Environmental Quality layla.milligan@oag.texas.gov |
| Leslie S Barr | on behalf of Creditor BRI WESTPARK IV QOZB LP lbarr@windelsmarx.com |
| Lisa Ann Powell | on behalf of Creditor Longkou Haimeng Machinery Co. Ltd. Lisa.Powell@fisherbroyles.com |
| Lisa Ann Powell | on behalf of Creditor Southern Machinery Repair Inc. Lisa.Powell@fisherbroyles.com |

| | |
|---|---|
| Lisa Sheaufeng Tsai | on behalf of Plaintiff Patterson Inventory LLC ltsai@reidcollins.com, mmyers@rctlegal.com,jwingerter@reidcollins.com |
| Lisa Sheaufeng Tsai | on behalf of Plaintiff Starlight Inventory I LLC ltsai@reidcollins.com, mmyers@rctlegal.com,jwingerter@reidcollins.com |
| Lisa Sheaufeng Tsai | on behalf of Plaintiff Starlight Inventory Holdings I LLC ltsai@reidcollins.com, mmyers@rctlegal.com,jwingerter@reidcollins.com |
| Lisa Sheaufeng Tsai | on behalf of Trustee Ronald J Sommers ltsai@reidcollins.com mmyers@rctlegal.com,jwingerter@reidcollins.com |
| Lisa Sheaufeng Tsai | on behalf of Plaintiff Patterson Inventory Holdings LLC ltsai@reidcollins.com, mmyers@rctlegal.com,jwingerter@reidcollins.com |
| Lorenzo Marinuzzi | on behalf of Creditor Onset Financial Inc. lmarinuzzi@mofo.com |
| Lucas Lyle Schneider | on behalf of Creditor Lumen Technologies Inc. lucas.schneider@huschblackwell.com, christine.deacon@huschblackwell.com |
| Lucian Borders Murley | on behalf of Creditor Transend Logistics LLC luke.murley@akerman.com, reyko.delpino@akerman.com |
| Madeline Mason Schmidt | on behalf of Examiner Martin De Luca mschmidt@munsch.com crichison@munsch.com;courtmail@munsch.com |
| Madison Kaylene Haueisen | on behalf of Creditor Bank of America N.A. madison.haueisen@cliffordchance.com, ecf_houston@winston.com;madison-haueisen-8672@ecf.pacerpro.com |
| Madison Kaylene Haueisen | on behalf of Other Prof. Bank of America N.A. madison.haueisen@cliffordchance.com, ecf_houston@winston.com;madison-haueisen-8672@ecf.pacerpro.com |
| Madison Kaylene Haueisen | on behalf of Interested Party BANK OF AMERICA N.A. madison.haueisen@cliffordchance.com, ecf_houston@winston.com;madison-haueisen-8672@ecf.pacerpro.com |
| Mai Lan G. Rodgers | on behalf of Creditor Pension Benefit Guaranty Corporation rodgers.mailan@pbgc.gov efile@pbgc.gov |
| Margaret A. Vesper | on behalf of Creditor Comcast Cable Communications Management LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Masergy Communications Inc. vesperm@ballardspahr.com |
| Margarita K. O'Donnell | on behalf of Interested Party Laurie Stein modonnell@zuckerman.com |
| Maria J. Cho | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION maria.cho@faegredrinker.com |
| Mariah Sue England | on behalf of Creditor Francisco Garza mengland@stranchlaw.com |
| Marie Kimberly Stagg | on behalf of Interested Party FCA US LLC kstagg@dickinsonwright.com |
| Mark D Sherrill | on behalf of Interested Party The NOCO Company mark.sherrill@chamberlainlaw.com lara.coleman@chamberlainlaw.com |
| Mark D Sherrill | on behalf of Creditor Official Committee of Non-Union Retirees mark.sherrill@chamberlainlaw.com lara.coleman@chamberlainlaw.com |
| Mark E. Dendinger | on behalf of Defendant JCMC Investment Group LLC mark.dendinger@ashurstperkins.com mary.kearney@bracewell.com |
| Mark E. Dendinger | on behalf of Defendant Optimus Private Capital LLC mark.dendinger@ashurstperkins.com mary.kearney@bracewell.com |
| Mark E. Dendinger | on behalf of Interested Party Edward James mark.dendinger@ashurstperkins.com mary.kearney@bracewell.com |
| Mark Elliott Freedlander | on behalf of Creditor Ford Motor Company mfreedlander@mcguirewoods.com |
| Mark Robert Wulfe | on behalf of Interested Party Edward James mark.wulfe@bracewell.com mary.kearney@bracewell.com |

Mark Robert Wulfe
on behalf of Defendant JCMC Investment Group LLC mark.wulfe@bracewell.com mary.kearney@bracewell.com

Mark Robert Wulfe
on behalf of Defendant Optimus Private Capital LLC mark.wulfe@bracewell.com mary.kearney@bracewell.com

Mark Robert Wulfe
on behalf of Defendant Edward James mark.wulfe@bracewell.com mary.kearney@bracewell.com

Martin Seidler
on behalf of Creditor Martin Titanium American Logistics Inc. marty@seidlerlaw.com, ecf@seidlerlaw.com;LAWOFFICESOFMARTINSEIDLER@jubileebk.net

Marty L Brimmage
on behalf of Interested Party Akin Gump Strauss Hauer & Feld LLP mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;txdocketing@akingump.com

Mary Mamdouh Rofaeil
on behalf of Interested Party JessCo Brakes Inc. an affiliate of Friction One Brake Technology (Xiantao) Co., Ltd. mary.rofaeil@foley.com

Matthew A. Hamermesh
on behalf of Interested Party Ironshore Indemnity Inc. mhamermesh@hangley.com

Matthew C. Corcoran
on behalf of Creditor Grammer Inc. and Grammer Americas LLC mccorcoran@jonesday.com

Matthew David Storey
on behalf of Creditor TRUIST BANK matt@storeylawpllc.com

Matthew David Struble
on behalf of Interested Party Jefferies Financial Group Inc. mstruble@velaw.com

Matthew Dennis Giadrosich
on behalf of Creditor De Lage Landen Financial Services Inc. mdg@padfieldstout.com

Matthew E. Beck
on behalf of Interested Party Nelly Luna mbeck@csglaw.com

Matthew E. Kaslow
on behalf of Interested Party Aequum Capital Financial II LLC matt.kaslow@blankrome.com courtmail@blankrome.com

Matthew Scott Okin
on behalf of Examiner Martin De Luca mokin@okinadams.com nhollon@okinadams.com

Matthew Thomas Barr
on behalf of Creditor MacAllister Machinery Company Inc. mbarr@rubin-levin.net, cgilly@rubin-levin.net

Matthew W. Bourda
on behalf of Creditor ENGIE Resources LLC matt.bourda@lanelaw.com thelanelawfirm@jubileebk.net

Megan Young-John
on behalf of Interested Party Carnaby II and III Secured Parties myoung-john@porterhedges.com eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

Megan Cunniff Church
on behalf of Interested Party Scott Wallace mchurch@mololamken.com Adam-Collins-1996@ecf.pacerpro.com

Megan Cunniff Church
on behalf of Interested Party Shekhar Kumar mchurch@mololamken.com Adam-Collins-1996@ecf.pacerpro.com

Melissa E Valdez
on behalf of Creditor Brownsville Independent School District mvaldez@pbfcm.com mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa S. Woods
on behalf of Plaintiff International Union United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) mwoods@cwsny.com, ecf@cwsny.com

Melissa S. Woods
on behalf of Creditor United Steel Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers Int'l Union mwoods@cwsny.com, ecf@cwsny.com

Melissa S. Woods
on behalf of Creditor International Union United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) mwoods@cwsny.com, ecf@cwsny.com

Michael Berthiaume
on behalf of Plaintiff Bank of America N.A. michael.berthiaume@nortonrosefulbright.com

Michael Berthiaume
on behalf of Other Prof. Bank of America N.A. michael.berthiaume@nortonrosefulbright.com

| | |
|---|---|
| Michael Berthiaume | on behalf of Creditor Bank of America N.A. michael.berthiaume@nortonrosefulbright.com |
| Michael Fishel | on behalf of Defendant Broad Street Financial Holdings LLC michael@FishelLawGroup.com, michael-fishel-2874@ecf.pacerpro.com |
| Michael Fishel | on behalf of Interested Party SPV Debtors michael@FishelLawGroup.com michael-fishel-2874@ecf.pacerpro.com |
| Michael Fishel | on behalf of Defendant Broad Street Financial LLC michael@FishelLawGroup.com, michael-fishel-2874@ecf.pacerpro.com |
| Michael G Colvard | on behalf of Creditor PG Maderas y Triplay S.A. de C.V. mcolvard@mdtlaw.com amartinez@mdtlaw.com,jarellano@mdtlaw.com,lbuford@mdtlaw.com |
| Michael J Shane | on behalf of Creditor c/o Michael J. Shane RIO BRAVO INTERNATIONAL SERVICES INC. mshane@eplawyers.com, bsilva@eplawyers.com |
| Michael Keith Barnhart | on behalf of Interested Party Press-Seal Corporation mbarnhart@mitbylaw.com legal@peakcompletions.com |
| Michael Kevin Riordan | on behalf of Creditor XL Parts LLC mriordan@bradley.com, mike-riordan-8644@ecf.pacerpro.com;vherrera@bradley.com;ggattis@bradley.com;akhan@bradley.com |
| Michael Mario Tamburini | on behalf of Creditor IPVIII 185th Street LLC fka ELHC VIII, LLC mtamburini@levycraig.com |
| Michael Mario Tamburini | on behalf of Creditor NP Whitaker Ave. Industrial LLC mtamburini@levycraig.com |
| Michael Mario Tamburini | on behalf of Creditor IPXXII 193 Street LLC fka ELHC XXII, LLC mtamburini@levycraig.com |
| Michael P. Duke | on behalf of Plaintiff Evolution Credit Partners Trade Finance Master L.P. mduke@elsberglaw.com |
| Michael P. Duke | on behalf of Creditor Evolution Credit Partners mduke@elsberglaw.com |
| Michael P. Duke | on behalf of Plaintiff Evolution Credit Opportunity Master Fund III-B LP mduke@elsberglaw.com |
| Michael P. Duke | on behalf of Plaintiff Evolution Credit Opportunity Master Fund II-B LP mduke@elsberglaw.com |
| Michael R. Stewart | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION michael.stewart@faegredrinker.com |
| Michael-Anthony Bou Jaoude | on behalf of Creditor Forteq UK LTD mjaoude@hselaw.com tamplement@hselaw.com |
| Michelle E Shriro | on behalf of Creditor BPP Cannonball Park A LP fka BPP Shiraz Park A LP mshriro@singerlevick.com scotton@singerlevick.com;tguillory@singerlevick.com |
| Michelle E Shriro | on behalf of Creditor BPP Shiraz Park A LP mshriro@singerlevick.com scotton@singerlevick.com;tguillory@singerlevick.com |
| Morgan L. Allred | on behalf of Interested Party Phoenix Brownsville Industrial Investors LLC morgan.allred@hklaw.com |
| Mukul Shashank Kelkar | on behalf of Interested Party Ironshore Indemnity Inc. mkelkar@wcbglaw.com |
| Nathan Q. Rugg | on behalf of Creditor GPC Asia Pacific Pty Ltd. nathan.rugg@bfkn.com james.tucker@bfkn.com |
| Nathan Q. Rugg | on behalf of Creditor Alliance Automotive Group (EU) nathan.rugg@bfkn.com james.tucker@bfkn.com |
| Nathan Q. Rugg | on behalf of Creditor Motion Industries Inc. nathan.rugg@bfkn.com, james.tucker@bfkn.com |
| Nathan Q. Rugg | on behalf of Creditor Motion Industries (Canada) Inc. nathan.rugg@bfkn.com james.tucker@bfkn.com |
| Nathan Q. Rugg | on behalf of Creditor UAP (Canada) Inc. nathan.rugg@bfkn.com james.tucker@bfkn.com |

Nathan Q. Rugg
on behalf of Creditor Genuine Parts Company nathan.rugg@bfkn.com james.tucker@bfkn.com

Nathan Q. Rugg
on behalf of Creditor Motion Industries (Mexico) Inc. nathan.rugg@bfkn.com james.tucker@bfkn.com

Nathan Q. Rugg
on behalf of Creditor GPC Asia Pacific Limited nathan.rugg@bfkn.com james.tucker@bfkn.com

Nicholas Lawson
on behalf of Creditor First-Citizens Bank & Trust Company nick.lawson@lmbusinesslaw.com kate.taylor@lmbusinesslaw.com

Nicholas Poli
on behalf of Creditor Raistone Purchasing LLC-Series XXVIII npoli@orrick.com nymao@orrick.com;courtmail@orrick.com

Nicholas Poli
on behalf of Creditor Raistone Capital LLC npoli@orrick.com nymao@orrick.com;courtmail@orrick.com

Nicholas Poli
on behalf of Creditor Raistone Purchasing LLC -Series XXXII npoli@orrick.com nymao@orrick.com;courtmail@orrick.com

Nicholas Edmund Baker
on behalf of Defendant Broad Street Financial Holdings LLC nbaker@stblaw.com

Nicholas Edmund Baker
on behalf of Defendant Broad Street Financial LLC nbaker@stblaw.com

Nicholas J. Sabatino
on behalf of Creditor Raistone Purchasing LLC-Series XXVIII nsabatino@orrick.com courtmail@orrick.com

Nicholas J. Sabatino
on behalf of Creditor Raistone Purchasing LLC -Series XXXII nsabatino@orrick.com courtmail@orrick.com

Nicholas J. Sabatino
on behalf of Creditor Raistone Capital LLC nsabatino@orrick.com courtmail@orrick.com

Nicholas Jaison Brannick
on behalf of Interested Party The Reinalt-Thomas Corporation d/b/a Discount Tire brannickn@ballardspahr.com

Nicholas Steven Forger
on behalf of Creditor Prospect Floating Rate & Alternative Income Fund Inc. nforger@cokinoslaw.com, dbrown@cokinoslaw.com

Nicholas Steven Forger
on behalf of Creditor Prospect Capital Corporation nforger@cokinoslaw.com dbrown@cokinoslaw.com

Nicole Yun Lin Ng
on behalf of Interested Party Peter Andrew Brumbergs nng@heckerfink.com

Patrick Michael Flynn
on behalf of Creditor United Steel Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers Int'l Union pat@pmfpc.com, sandra@pmfpc.com

Paul B Moore
on behalf of Intervenor United States Of America paul.moore@usdoj.gov nicole.robbins@usdoj.gov;caseview.ecf@usdoj.gov;usatxs.bankruptcy-ecf@usdoj.gov

Paul B Moore
on behalf of Interested Party United States Of America paul.moore@usdoj.gov nicole.robbins@usdoj.gov;caseview.ecf@usdoj.gov;usatxs.bankruptcy-ecf@usdoj.gov

Paul E Heath
on behalf of Interested Party Leucadia Asset Management LLC pheath@velaw.com

Paul E Heath
on behalf of Interested Party Jefferies Financial Group Inc. pheath@velaw.com

Paul Martin Flannery
on behalf of Interested Party Nigel Crighton paul@flannerygeorgalis.com mgable@flannerygeorgalis.com

Payne Campbell Keinarth
on behalf of Interested Party FCA US LLC pkeinarth@dickinson-wright.com hkott@dwlaw.com

Peri H Alkas
on behalf of Interested Party Twin City Fire Insurance Company peri.alkas@phelps.com klinkhak@phelps.com

Peter Menz
on behalf of Interested Party Michael Baker pmenz@maglaw.com

Philip David Racusin
on behalf of Creditor Scotland Enterprises Inc. PRacusin@hchlawyers.com, pr01010@recap.email

Philip M. Guffy

on behalf of Creditor Keystone Automotive Operations Inc. pguffy@huntonak.com, philip-guffy-0813@ecf.pacerpro.com

Philip M. Guffy
on behalf of Creditor Uni-Select Inc. pguffy@huntonak.com, philip-guffy-0813@ecf.pacerpro.com

Pratik Kumar Raj Ghosh
on behalf of Interested Party Shekhar Kumar prajghosh@mololamken.com

Pratik Kumar Raj Ghosh
on behalf of Interested Party Scott Wallace prajghosh@mololamken.com

Rachel B. Goldman
on behalf of Defendant Optimus Private Capital LLC rachel.goldman@bracewell.com mary.kearney@bracewell.com

Rachel B. Goldman
on behalf of Interested Party Edward James rachel.goldman@bracewell.com mary.kearney@bracewell.com

Rachel B. Goldman
on behalf of Defendant Edward James rachel.goldman@bracewell.com mary.kearney@bracewell.com

Rachel B. Goldman
on behalf of Defendant JCMC Investment Group LLC rachel.goldman@bracewell.com mary.kearney@bracewell.com

Rakhee V Patel
on behalf of Creditor Napier Park Global Capital (US) LP rpatel@sidley.com dgalindo@winstead.com

Randall F Scherck
on behalf of Interested Party CMX North America Inc. rscherck@ubglaw.com aschmidt@ubglaw.com

Raneen Ibrahim Abdelghani
on behalf of Creditor The Parts House THP LLP rabdelghani@bradley.com vherrera@bradley.com;aplayer@bradley.com

Raneen Ibrahim Abdelghani
on behalf of Creditor XL Parts LLC rabdelghani@bradley.com, vherrera@bradley.com;aplayer@bradley.com

Reagan H. Tres Gibbs, III
on behalf of Creditor Prospect Floating Rate & Alternative Income Fund Inc. tgibbs@cokinoslaw.com, dbrown@cokinoslaw.com

Reagan H. Tres Gibbs, III
on behalf of Creditor Prospect Capital Corporation tgibbs@cokinoslaw.com dbrown@cokinoslaw.com

Rebecca Foxwell
on behalf of Interested Party Edward James rebecca.foxwell@bracewell.com

Rebecca Lynn Matthews
on behalf of Creditor Rebuilders Automotive Supply Co. rmatthews@fbtgibbons.com becky-matthews-7833@ecf.pacerpro.com

Reese W Baker
on behalf of Creditor William Christopher Harrod courtdocs@bakerassociates.net i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net

Rene S. Roupinian
on behalf of Plaintiff Kyle Bennett rsr@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Rene S. Roupinian
on behalf of Plaintiff Maria Tapia rsr@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Rene S. Roupinian
on behalf of Plaintiff Chad Compton rsr@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Rene S. Roupinian
on behalf of Plaintiff Giancarlo Hernandez rsr@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Rene S. Roupinian
on behalf of Plaintiff Brittany Johnson rsr@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Richard Jacobsen
on behalf of Creditor Raistone Purchasing LLC -Series XXXII rjacobsen@orrick.com casestream@ecf.courtdrive.com;courtmail@orrick.com

Richard Jacobsen
on behalf of Creditor Raistone Purchasing LLC-Series XXVIII rjacobsen@orrick.com casestream@ecf.courtdrive.com;courtmail@orrick.com

Richard Jacobsen
on behalf of Creditor Raistone Capital LLC rjacobsen@orrick.com casestream@ecf.courtdrive.com;courtmail@orrick.com

Richard Allan Graham
on behalf of Creditor Royal Bank of Canada rgraham@whitecase.com mco@whitecase.com

Richard Mark Seltzer

| | |
|---|---|
| | on behalf of Creditor United Steel Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers Int'l Union rseltzer@cwsny.com |
| Richard Mark Seltzer | on behalf of Creditor International Union United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) rseltzer@cwsny.com |
| Rick Aaron Steinberg | on behalf of Creditor OEC Group rsteinberg@pricemeese.com |
| Robert McNamara | on behalf of Creditor HerbertUSA Inc. rmcnamara@aghattorneys.com |
| Robert J. Diehl, Jr. | on behalf of Creditor Mitsubishi HC Capital America Inc. rdiehl@bodmanlaw.com |
| Robert James Anello | on behalf of Interested Party Michael Baker ranello@maglaw.com |
| Robert L LeHane | on behalf of Creditor LBA RV-Company XVII LP kdwbankruptcydepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert M Hirsh | on behalf of Creditor TriMas Corporation robert.hirsh@nortonrosefulbright.com calendaring-nortonrose-9955@ecf.pacerpro.com |
| Ronald E Gold | on behalf of Creditor Volkswagen Group of America Inc. and certain affiliates rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;lsparks@fbtlaw.com |
| Ronald J Sommers | on behalf of Trustee Ronald J Sommers efile@nathansommers.com RS@trustesolutions.com,RS@trustesolutions.net,psalazar@nathansommers.com |
| Ross McNeill Slaughter | on behalf of Interested Party Laurie Stein rslaughter@zuckerman.com |
| Ryan Anthony O'Connor | on behalf of Examiner Martin De Luca roconnor@okinadams.com nhollon@okinadams.com |
| Ryan Michael Baldwin | on behalf of Interested Party Scott Wallace rbaldwin@mololamken.com |
| Ryan Michael Baldwin | on behalf of Interested Party Shekhar Kumar rbaldwin@mololamken.com |
| Sabrina L Streusand | on behalf of Creditor NTT DATA Americas Inc. streusand@slollp.com, apina@slollp.com |
| Sabrina L Streusand | on behalf of Creditor NTT Managed Services Americas LLC streusand@slollp.com, apina@slollp.com |
| Sam Della Fera, Jr. | on behalf of Interested Party Nelly Luna sdellafera@csglaw.com |
| Samuel Eric de Freitas Hull | on behalf of Creditor United Steel Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers Int'l Union shull@cwsny.com |
| Samuel Eric de Freitas Hull | on behalf of Creditor International Union United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) shull@cwsny.com |
| Samuel Eric de Freitas Hull | on behalf of Plaintiff International Union United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) shull@cwsny.com |
| Samuel Joseph Strauss | on behalf of Plaintiff Francisco Garza sam@straussborrelli.com |
| Samuel R. Rabuck | on behalf of Creditor Motion Industries Inc. sam.rabuck@bfkn.com |
| Samuel R. Rabuck | on behalf of Creditor Alliance Automotive Group (EU) sam.rabuck@bfkn.com |
| Samuel R. Rabuck | on behalf of Creditor Motion Industries (Mexico) Inc. sam.rabuck@bfkn.com |
| Samuel R. Rabuck | on behalf of Creditor GPC Asia Pacific Pty Ltd. sam.rabuck@bfkn.com |
| Samuel R. Rabuck | on behalf of Creditor Genuine Parts Company sam.rabuck@bfkn.com |

Samuel R. Rabuck
on behalf of Creditor GPC Asia Pacific Limited sam.rabuck@bfkn.com

Samuel R. Rabuck
on behalf of Creditor Motion Industries (Canada) Inc. sam.rabuck@bfkn.com

Sanjiv Sarma
on behalf of Creditor Laboratorio Elettrofisico USA Inc. ssarma@sgrlaw.com, bkdocketing@sgrlaw.com

Sara Catherine Bisantz
on behalf of Creditor Forteq UK LTD sbisantz@hselaw.com

Sara Elizabeth Nau
on behalf of Interested Party Twin City Fire Insurance Company sara.nau@phelps.com

Sara Maria Simms
on behalf of Creditor Daniel Villalta sms@romerolaw.com

Sarah Patricia Santos
on behalf of Interested Party David Parker ssantos@dslawpc.com rmoncivais@dslawpc.com

Sarah S. Mattingly
on behalf of Creditor RWI Logistics LLC sarah.mattingly@dinsmore.com
jamie.herald@dinsmore.com;brooke.hudson@dinsmore.com

Scott Saldana
on behalf of Trustee Ronald J Sommers ssaldana@reidcollins.com

Scott Saldana
on behalf of Plaintiff Starlight Inventory I LLC ssaldana@reidcollins.com

Scott Saldana
on behalf of Plaintiff Patterson Inventory Holdings LLC ssaldana@reidcollins.com

Scott Saldana
on behalf of Plaintiff Patterson Inventory LLC ssaldana@reidcollins.com

Scott Saldana
on behalf of Plaintiff Starlight Inventory Holdings I LLC ssaldana@reidcollins.com

Scott D Fink
on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. Bronationalecf@weltman.com

Scott D Fink
on behalf of Creditor Toyota Industries Commercial Finance Inc. Bronationalecf@weltman.com

Scott E Blakeley
on behalf of Creditor Export Development Canada seb@blakeleylc.com aridgway@blakeleylc.com

Scott F Gautier
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION scott.gautier@faegredrinker.com
san.mitchell@faegredrinker.com,docketgeneral@faegredrinker.com

Scott J Greenberg
on behalf of Defendant Wilmington Savings Fund Society FSB sgreenberg@gibsondunn.com,
JGoldstein@gibsondunn.com;MSunday@gibsondunn.com;HTheis@gibsondunn.com;EArom@gibsondunn.com;clwilson@gibsondunn.com;ssu@gibsondunn.com;scott-j-greenberg-6049@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Scott J Greenberg
on behalf of Defendant GLAS USA LLC sgreenberg@gibsondunn.com
JGoldstein@gibsondunn.com;MSunday@gibsondunn.com;HTheis@gibsondunn.com;EArom@gibsondunn.com;clwilson@gibsondunn.com;ssu@gibsondunn.com;scott-j-greenberg-6049@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Scott J Greenberg
on behalf of Plaintiff GLAS USA LLC sgreenberg@gibsondunn.com
JGoldstein@gibsondunn.com;MSunday@gibsondunn.com;HTheis@gibsondunn.com;EArom@gibsondunn.com;clwilson@gibsondunn.com;ssu@gibsondunn.com;scott-j-greenberg-6049@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Scott J Greenberg
on behalf of Plaintiff Wilmington Savings Fund Society FSB sgreenberg@gibsondunn.com,
JGoldstein@gibsondunn.com;MSunday@gibsondunn.com;HTheis@gibsondunn.com;EArom@gibsondunn.com;clwilson@gibsondunn.com;ssu@gibsondunn.com;scott-j-greenberg-6049@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Scott M. Ahmad
on behalf of Defendant Bank of America N.A. scott.ahmad@winstontaylor.com, scott-ahmad-9923@ecf.pacerpro.com

Sean Hecker
on behalf of Interested Party Peter Andrew Brumbergs shecker@heckerfink.com

Sean A. Gordon
on behalf of Interested Party Husqvarna Business Support AB Sean.Gordon@ThompsonHine.com
ECFDocket@thompsonhine.com

Sean Thomas Wilson
on behalf of Creditor Mayfair Enterprises LLC swilson@shannonleellp.com, swilson@shannonleellp.com

Seth Brandon Shapiro
on behalf of Interested Party United States Of America seth.shapiro@usdoj.gov

Seth Brandon Shapiro
on behalf of Intervenor United States Of America seth.shapiro@usdoj.gov

Seth Brandon Shapiro
on behalf of Interested Party U.S Customs and Border Protection seth.shapiro@usdoj.gov

Shawn M Christianson
on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Simon W Hendershot, III
on behalf of Creditor Scotland Enterprises Inc. trey@hchlawyers.com, eservice@hchlawyers.com

Stephen Wilcox
on behalf of Creditor ACAR Leasing Ltd kraudry@wilcoxlaw.net
kraudry@wilcoxlaw.net;krw77@sbcglobal.net;swilcox@wilcoxlaw.net

Stephen Mark Blank
on behalf of Creditor UMB Bank N.A. stephen.blank@alston.com, brian.laine@alston.com;Amy.West@alston.com

Stephen R. Butler
on behalf of Creditor TN Dept of Revenue agbanktexas@ag.tn.gov

Steven J Mitby
on behalf of Interested Party Press-Seal Corporation smitby@mitbylaw.com
pchavez@mitbylaw.com;apalova@mitbylaw.com;nmontez@mitbylaw.com

Steven J. Reisman
on behalf of Interested Party Hilco Valuation Services LLC, Dba Hilco Global and its designated affiliates and subsidiaries
sreisman@katten.com, nyc.bknotices@kattenlaw.com

Steven T Holmes
on behalf of Creditor First Guaranty Bank sholmes@chfirm.com chps.ecfnotices@ecf.courtdrive.com

Steven W Soule
on behalf of Creditor City of Miami Special Utility Authority ssoule@hallestill.com smccormick@hallestill.com

Susan C Mathews
on behalf of Creditor Volvo Penta of the Americas LLC smathews@bakerdonelson.com, jramos@bakerdonelson.com

T. Josh Judd
on behalf of Creditor Alpine Electronics of America Inc. jjudd@andrewsmyers.com, sray@andrewsmyers.com

Tara T. LeDay
on behalf of Creditor Michael Bueno tleday@munsch.com

Tatianna J. Witter
on behalf of Creditor Bank of America N.A. tatianna.witter@winstontaylor.com,
tatianna-witter-3493@ecf.pacerpro.com;ecf_sf@winston.com

Tatianna J. Witter
on behalf of Defendant Bank of America N.A. tatianna.witter@winstontaylor.com,
tatianna-witter-3493@ecf.pacerpro.com;ecf_sf@winston.com

Tatianna J. Witter
on behalf of Interested Party Bank Of America NA tatianna.witter@winstontaylor.com
tatianna-witter-3493@ecf.pacerpro.com;ecf_sf@winston.com

Telemachus P. Kasulis
on behalf of Interested Party Michael Baker tkasulis@maglaw.com

Thomas A Howley
on behalf of 3rd Pty Defendant GLAS USA LLC tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas A Howley
on behalf of Defendant First Brands Group LLC tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas A Howley
on behalf of Plaintiff GLAS USA LLC tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas A Howley
on behalf of Interested Party Ad Hoc Group tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas A Howley
on behalf of Interested Party Ad Hoc Group of Lenders tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas A Howley
on behalf of Defendant Wilmington Savings Fund Society FSB tom@howley-law.com,

roland@howley-law.com;eric@howley-law.com

Thomas A Howley
on behalf of Defendant GLAS USA LLC tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas A Howley
on behalf of Plaintiff Wilmington Savings Fund Society FSB tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley
on behalf of 3rd Pty Defendant WILMINGTON SAVINGS FUND SOCIETY FSB tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas G. Haskins
on behalf of Creditor The City of Jasper Indiana thaskins@btlaw.com, khgreaven@btlaw.com

Timothy Alvin Davidson, II
on behalf of Financial Advisor Alvarez & Marsal North America LLC taddavidson@hunton.com

Timothy L. Wentworth
on behalf of Creditor Carrdan Corporation twentworth@okinadams.com nhollon@okinadams.com

Toby L Gerber
on behalf of Cross-Claimant Bank of America N.A. toby.gerber@nortonrosefulbright.com

Toby L Gerber
on behalf of Plaintiff Bank of America N.A. toby.gerber@nortonrosefulbright.com

Toby L Gerber
on behalf of Other Prof. Bank of America N.A. toby.gerber@nortonrosefulbright.com

Toni Lanette Townsend
on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. toni.townsend@mccalla.com mccallaecf@ecf.courtdrive.com

Toni Lanette Townsend
on behalf of Creditor Toyota Industries Commercial Finance Inc. toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

Toni Lanette Townsend
on behalf of Creditor Toyota Industries Commercial Finance Inc toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

Tony L. Draper
on behalf of Creditor Everest National Insurance Company tdraper@walkerwilcox.com escruggs@walkerwilcox.com

Tony L. Draper
on behalf of Creditor Old Republic Insurance Company tdraper@walkerwilcox.com escruggs@walkerwilcox.com

Travis A. McRoberts
on behalf of Creditor SmartestEnergy US LLC travis.mcroberts@bakerbotts.com sarah.conley@squirepb.com;travis-a-mcroberts-1747@ecf.pacerpro.com

Trey A Monsour
on behalf of Creditor 1600 Industrial LLC tmonsour@foxrothschild.com rsolomon@foxrothschild.com;msteen@foxrothschild.com;dandreacchi@foxrothschild.com;TX.DKT@foxrothschild.com

Tyler G Doyle
on behalf of Interested Party National Union Fire Insurance Co. of Pittsburgh Pa. tgdoyle@bakerlaw.com, mvanhorn@bakerlaw.com,jhuitt@bakerlaw.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Vianey Garza
on behalf of U.S. Trustee US Trustee vianey.garza@usdoj.gov

Victoria Lee Klevan
on behalf of Creditor Evolution Credit Partners vklevan@elsberglaw.com

Victoria Nicole Argeroplos
on behalf of Creditor MAC Montacargas Corporation vargeroplos@jw.com msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Victoria Nicole Argeroplos
on behalf of Creditor Valeo North America Inc. vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Victoria Nicole Argeroplos
on behalf of Creditor Valeo Sistemas Electricos S.A. de C.V. vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Vivek Vijay Tata
on behalf of Creditor Evolution Credit Partners vtata@elsberglaw.com

| | |
|---|---|
| Walter J Cicack | on behalf of Plaintiff Kyle Bennett wcicack@hcgllp.com mallen@hcgllp.com |
| Walter J Cicack | on behalf of Plaintiff Brittany Johnson wcicack@hcgllp.com mallen@hcgllp.com |
| Walter J Cicack | on behalf of Plaintiff Chad Compton wcicack@hcgllp.com mallen@hcgllp.com |
| Walter J Cicack | on behalf of Plaintiff Giancarlo Hernandez wcicack@hcgllp.com mallen@hcgllp.com |
| Walter J Cicack | on behalf of Plaintiff Maria Tapia wcicack@hcgllp.com mallen@hcgllp.com |
| Weldon Leslie Moore, III | on behalf of Creditor Toledo Edison Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net |
| Weldon Leslie Moore, III | on behalf of Creditor Indiana Michigan Power Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net |
| Weldon Leslie Moore, III | on behalf of Creditor Ohio Power Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net |
| Weldon Leslie Moore, III | on behalf of Creditor Constellation NewEnergy Gas Division LLC wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net |
| Weldon Leslie Moore, III | on behalf of Creditor Constellation NewEnergy Inc. wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net |
| Weldon Leslie Moore, III | on behalf of Creditor Metropolitan Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net |
| Weldon Leslie Moore, III | on behalf of Creditor Commonwealth Edison Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net |
| Wendi Alper-Pressman | on behalf of Creditor NP Whitaker Ave. Industrial LLC walperpressman@atllp.com, blabrier@atllp.com |
| William James Hotze | on behalf of Creditor Harley-Davidson Motor Company Inc. whotze@dykema.com |
| William Jay Dorsey | on behalf of Defendant Aequum Capital Financial II LLC William.Dorsey@gtlaw.com |
| William Joseph Harrington | on behalf of Interested Party Amanda Coxbill wharrington@goodwinlaw.com |
| William Seth Weltman | on behalf of Defendant Aequum Capital Financial II LLC will.weltman@blankrome.com CourtMail@blankrome.com,cheree.woods@blankrome.com |
| William T Reid, IV | on behalf of Trustee Ronald J Sommers wreid@reidcollins.com |
| Yosina Mariette Lissebeck | on behalf of Creditor Total Quality Logistics LLC yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com |

TOTAL: 730