United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 16, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| FIRST BRANDS GROUP, *et al.*, | : | Case No. 25-90399 (CML) |
| Debtors.[1] | : | (Jointly Administered) |

**ORDER GRANTING PATRICK JAMES' MOTION FOR ENTRY OF AN ORDER AUTHORIZING PATRICK JAMES TO FILE EXHIBITS UNDER SEAL**

Upon consideration of the motion (the "Motion")[2] of Patrick James ("Movant") for entry of an order (the "Order") authorizing the filing of Exhibits A, B, C, D, E, F, G, H, I, J, K, L, M, N, O, P, Q, R, S, and T (collectively, the "Exhibits") of *Patrick James' Witness and Exhibit List for Hearing Scheduled for October 20, 2026* (ECF No. 3922) (the "Witness and Exhibit List") under seal, the Court having jurisdiction to consider this matter and relief requested therein under 28 U.S.C. § 1334; consideration of this Motion being a core proceeding pursuant to 28 U.S.C. § 157; venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; notice of the Motion having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing; it is hereby:

1. ORDERED that the Movant is authorized to file under seal an unredacted version of Exhibits A, B, C, D, E, F, G, H, I, J, K, L, M, N, O, P, Q, R, S, and T to the Witness and Exhibit List; it is further

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2. ORDERED that the Movant is authorized to take all actions necessary to effectuate the relief requested pursuant to this Order in accordance with the Motion; it is further

3. ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Signed: November 16, 2026

Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re: First Brands Group, LLC
WEM US Co.
Debtors

Case No. 25-90399-cml
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0541-4 | User: ADIuser | Page 1 of 34
Date Rcvd: Nov 16, 2026 | Form ID: pdf003 | Total Noticed: 112

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Endurance American Insurance Company, 14643 Dallas Parkway Suite 550, Dallas, TX 75254-8885 |
| dbpos | + | APC Intermediate Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | APC Parent, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | ASC Industries, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | AVM Export, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Airtex Industries, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Airtex Products, LP, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Autolite Operations LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | BPI Acquisition Company, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | BPI EC, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | BPI Holdings International, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Brake Parts Inc China LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Brake Parts Inc India LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Brake Parts Inc LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Broad Street Financial Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Broad Street Financial, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD Holding, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD Intermediate Holdings I, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD Intermediate Holdings II, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Cardone Industries, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Capital Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carrand Companies, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Carburetor Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Carburetor, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Fuel Export, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Fuel Systems, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Champion Laboratories, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Dalton Corporation, Kendallville Manufacturing Fac, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Dalton Corporation, Stryker Machining Facility Co., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Eagle Casting Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Eagle Casting, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Eagle Machining, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | FRAM Group IP LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | FRAM Group Operations LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Fuel Filter Technologies, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Global Assets GmbH, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Global Assets LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Global Lease Assets Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Global Reman Ventures, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Heatherton Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Hopkins Acquisition, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Hopkins Manufacturing Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Horizon Euro Finance LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Horizon Global Americas Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |

| | | |
|---|---|---|
| dbpos | + | Horizon Global Company LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Horizon International Holdings LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | IBI International Holding Company, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | International Brake Industries, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Jasper Acquisition Corp., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Jasper Rubber Products, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | KTRI Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | KTRI Offshore Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Longman Enterprises, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | PHNX Acquisition Corp., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Patterson Inventory Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Patterson Inventory, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Premier Marketing Group, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Pylon Manufacturing Corp., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Pylon South Bend, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualis Automotive, L.L.C., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualis Enterprises, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor Acquisition Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor Automotive, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor Subsidiary H, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor Subsidiary S, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Reman Management International LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | SDC TX, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Smart Choice, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Specialty Pumps Group, Inc, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Starlight Inventory Holdings I, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Starlight Inventory I, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Strongarm, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | TAE Brakes, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | TAE China Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Toledo Molding & Die, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Transportation Aftermarket Enterprise, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Trico Holding Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Trico Products Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Trico Technologies Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Tridonex USA LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI Acquisition Holdings (No. 4) LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI International Holdings Parent Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI International Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI International, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI Pennsylvania, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI-Airtex Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | United Components, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Universal Auto Filter LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Viceroy Private Capital, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Viper Acquisition I, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Viper Acquisition, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | WEM US Co., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Walbro LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Walbro Midco LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |

TOTAL: 96

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | ^ | MEBN | Nov 16 2026 20:27:16 | First Brands Group, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 16 2026 20:27:06 | Carnaby Capital, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | | |

| | | | |
|---|---|---|---|
| dbpos | ^ MEBN | Nov 16 2026 20:26:40 | Carnaby FA Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | Nov 16 2026 20:27:06 | Carnaby FA, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | Nov 16 2026 20:27:23 | Carnaby Inventory Holdings II, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | Nov 16 2026 20:27:23 | Carnaby Inventory Holdings III, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | Nov 16 2026 20:27:23 | Carnaby Inventory Holdings IV, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | Nov 16 2026 20:27:22 | Carnaby Inventory II, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | Nov 16 2026 20:27:23 | Carnaby Inventory III, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | Nov 16 2026 20:27:23 | Carnaby Inventory IV, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | Nov 16 2026 20:26:47 | Dalton Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | Nov 16 2026 20:26:47 | Dalton Corporation, Ashland Manufacturing Facility, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | Nov 16 2026 20:26:47 | Dalton Corporation, Warsaw Manufacturing Facility, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | Nov 16 2026 20:26:40 | FRAMAuto Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | Nov 16 2026 20:27:16 | First Brands Group Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ MEBN | Nov 16 2026 20:27:16 | First Brands Group Intermediate, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dbpos | *+ | Horizon Global Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Matthew Guerrero | on behalf of Creditor Washington Penn Plastics Co. Inc. aaron.guerrero@bondsellis.com margeaux.gorman@bondsellis.com |
| Adam C Rogoff | on behalf of Interested Party LAM TFG II adam.rogoff@hsfkramer.com corporate-reorg-1449@ecf.pacerpro.com |
| Adam C Rogoff | on behalf of Interested Party Leucadia Asset Management LLC adam.rogoff@hsfkramer.com corporate-reorg-1449@ecf.pacerpro.com |
| Adam C Rogoff | on behalf of Interested Party LAM TFG I SPV adam.rogoff@hsfkramer.com corporate-reorg-1449@ecf.pacerpro.com |
| Adam C Rogoff | on behalf of Interested Party LAM TFG adam.rogoff@hsfkramer.com corporate-reorg-1449@ecf.pacerpro.com |
| Aitan D. Goelman | on behalf of Interested Party Laurie Stein agoelman@zuckerman.com |
| Alan Lipkin | on behalf of Creditor KitKat (IL). LLC alan.lipkin@chaffetzlindsey.com dockets@chaffetzlindsey.com |
| Alan Lipkin | on behalf of Creditor KITKAT (IL) LLC alan.lipkin@chaffetzlindsey.com dockets@chaffetzlindsey.com |
| Alana L Porrazzo | on behalf of Creditor RLI Insurance Company alp@jkwlawyers.com |
| Alexander F Berk | on behalf of Creditor Motion Industries Inc. alexander.berk@bfkn.com, courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor UAP (Canada) Inc. alexander.berk@bfkn.com courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor Motion Industries (Canada) Inc. alexander.berk@bfkn.com courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor Motion Industries (Mexico) Inc. alexander.berk@bfkn.com courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor Genuine Parts Company alexander.berk@bfkn.com courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor GPC Asia Pacific Limited alexander.berk@bfkn.com courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor GPC Asia Pacific Pty Ltd. alexander.berk@bfkn.com courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor Alliance Automotive Group (EU) alexander.berk@bfkn.com courtnotification@mayerbrown.com |
| Alexandra P. Kolod | on behalf of Plaintiff GLAS USA LLC apkolod@mosessinger.com |
| Alexandra P. Kolod | on behalf of Defendant GLAS USA LLC apkolod@mosessinger.com |
| Allan S Brilliant | on behalf of Plaintiff CVI CSF Master Fund I LP allan.brilliant@dechert.com brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com |
| Allan S Brilliant | on behalf of Plaintiff CVI CVF V Pooling Fund I LP allan.brilliant@dechert.com brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com |
| Allan S Brilliant | on behalf of Plaintiff AB CarVal Credit Opportunities Fund allan.brilliant@dechert.com brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com |
| Allan S Brilliant | on behalf of Plaintiff CVI AA Master Fund I LP allan.brilliant@dechert.com brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com |

Allan S Brilliant
on behalf of Plaintiff CarVal Contingent Credit Fund LP allan.brilliant@dechert.com
brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant
on behalf of Interested Party Carnaby II and III Secured Parties allan.brilliant@dechert.com
brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant
on behalf of Plaintiff CVI EMCOF US LLC allan.brilliant@dechert.com,
brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant
on behalf of Other Prof. GLAS Trust Company LLC allan.brilliant@dechert.com
brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant
on behalf of Plaintiff CVI AV Master Fund I LP allan.brilliant@dechert.com
brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant
on behalf of Plaintiff GLAS Trust Company LLC as administrative agent for the lenders to the Carnaby II Credit Agreement and Carnaby III Credit Agreement allan.brilliant@dechert.com,
brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allen M. DeBard
on behalf of Creditor SMURFIT WESTROCK PLC and affiliates adebard@langleybanack.com
cjohnston@langleybanack.com;sfoushee@langleybanack.com

Alyssa M. Radovanovich
on behalf of Interested Party TransImpact LLC aradovanovich@klehr.com

Amanda Marie Noonan
on behalf of Interested Party Aequum Capital Financial II LLC amanda.noonan@whitecase.com

Andrew Schrag
on behalf of Defendant Aequum Capital Financial II LLC andy.schrag@blankrome.com

Andrew J Geppert
on behalf of Creditor Lordco Parts Ltd. andrew.geppert@millernash.com gepperta@ballardspahr.com

Andrew Michael Parks
on behalf of Creditor Evolution Credit Partners aparks@elsberglaw.com

Ann Marie Uetz
on behalf of Interested Party JessCo Brakes Inc. an affiliate of Friction One Brake Technology (Xiantao) Co., Ltd.
auetz@foley.com

Anna Rotman
on behalf of Interested Party 1970 Group Inc. anna.rotman@kirkland.com,
rkwasteniet@kirkland.com;jaimie.fedell@kirkland.com;brad.weiland@kirkland.com;john.luze@kirkland.com;kevin.mcclelland@kirkland.com

Annaclare MacLean Censoni
on behalf of Creditor Milwood Holdings LLC annaclare.censoni@kitch.com

Annie E Catmull
on behalf of Creditor Richard Merkelz Jr. aecatmull@o-w-law.com, aecatmull@ecf.courtdrive.com,llumtacae@gmail.com

Anthony S. Fiotto
on behalf of Defendant Onset Financial Inc afiotto@mofo.com

Antonio Villeda
on behalf of Creditor SorTech LLC avilleda@mybusinesslawyer.com
VilledaFiled@hotmail.com;villedalawgroup@ecf.courtdrive.com;ehury@mybusinesslawyer.com;mfsantos@mybusinesslawyer.com;mtalbot@mybusinesslawyer.com

Antonio Villeda
on behalf of Creditor SorTech LLC avilleda@mybusinesslawyer.com,
VilledaFiled@hotmail.com;villedalawgroup@ecf.courtdrive.com;ehury@mybusinesslawyer.com;mfsantos@mybusinesslawyer.com;mtalbot@mybusinesslawyer.com

Ariel Roytenberg
on behalf of Creditor Raistone Purchasing LLC-Series XXVIII aroytenberg@orrick.com courtmail@orrick.com

Ariel Roytenberg
on behalf of Creditor Raistone Capital LLC aroytenberg@orrick.com courtmail@orrick.com

Ariel Roytenberg
on behalf of Creditor Raistone Purchasing LLC -Series XXXII aroytenberg@orrick.com courtmail@orrick.com

Asiya Khan
on behalf of Creditor KITKAT (IL) LLC akhan@bradley.com akhan@ecf.courtdrive.com,asiya-khan-4339@ecf.pacerpro.com

Audrey Lorene Hornisher
on behalf of Creditor Zurich American Insurance Company audrey.hornisher@clarkhillstrasburger.com mina.alvarez@clarkhillstrasburger.com;kwebster@clarkhill.com

Audrey Lorene Hornisher
on behalf of Creditor Kawasaki Motors Corp. USA audrey.hornisher@clarkhillstrasburger.com, mina.alvarez@clarkhillstrasburger.com;kwebster@clarkhill.com

Audrey Lorene Hornisher
on behalf of Creditor St. Clair Technologies Inc. audrey.hornisher@clarkhillstrasburger.com, mina.alvarez@clarkhillstrasburger.com;kwebster@clarkhill.com

Audrey Lorene Hornisher
on behalf of Creditor CSI Leasing Inc. audrey.hornisher@clarkhillstrasburger.com, mina.alvarez@clarkhillstrasburger.com;kwebster@clarkhill.com

Audrey Lorene Hornisher
on behalf of Creditor Epicor Software Corporation audrey.hornisher@clarkhillstrasburger.com mina.alvarez@clarkhillstrasburger.com;kwebster@clarkhill.com

Austin Bruce Alexander
on behalf of Creditor Applied Industrial Technologies Inc. austin.alexander@thompsonhine.com, kelly.thomas@thompsonhine.com,ecfdocket@thompsonhine.com

Benjamin R. Keck
on behalf of Creditor Terra Worldwide Logistics LLC dba American Global Logistics bkeck@kecklegal.com

Benjamin W Kadden
on behalf of Defendant Onset Financial Inc bkadden@lawla.com mnguyen@lawla.com

Bethany Simmons
on behalf of Creditor ARC CGMARSC001 LLC bsimmons@loeb.com

Bethany Simmons
on behalf of Creditor ARC CGLGNIN001 LLC bsimmons@loeb.com

Blaire Cahn
on behalf of Creditor Arab Banking Corporation B.S.C. blaire.cahn@bakermckenzie.com

Brad R. Berliner
on behalf of Creditor Central States Southeast and Southwest Areas Pension Fund bberliner@centralstatesfunds.org

Brendan Collins
on behalf of Creditor Terra Worldwide Logistics LLC dba American Global Logistics bcollins@gkglaw.com

Brian Trumbauer
on behalf of Creditor Mitsubishi HC Capital America Inc. btrumbauer@bodmanlaw.com

Brian Christopher Kalas
on behalf of Creditor White Tool & Die LLC bck@liebenthal-levine.com

Brian Joel Levy
on behalf of Creditor PrimeRevenue Inc. blevy@taftlaw.com

Brian Michael Rothschild
on behalf of Creditor WD Electronics LLC brothschild@parsonsbehle.com

Brian R. Michael
on behalf of Defendant Onset Financial Inc bmichael@mofo.com brian-michael-6352@ecf.pacerpro.com

Brian Scott Jones
on behalf of Creditor Stag Industrial Holdings LLC b.jones@boselaw.com, cosman@boselaw.com

Bruce J Ruzinsky
on behalf of Creditor MAC Montacargas Corporation bruzinsky@jw.com msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Bryan Kotliar
on behalf of Defendant Onset Financial Inc bkotliar@mofo.com

Bryce Friedman
on behalf of Defendant Broad Street Financial LLC bfriedman@stblaw.com

Bryce Friedman
on behalf of Interested Party SPV Debtors bfriedman@stblaw.com

Bryce Friedman
on behalf of Defendant Broad Street Financial Holdings LLC bfriedman@stblaw.com

Cameron Michael Kelly
on behalf of Defendant Battery Park Holding LLC cameronkelly@quinnemanuel.com calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of Defendant Larchmont LLC cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of 3rd Pty Defendant Pegasus Aviation LLC cameronkelly@quinnemanuel.com,
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of Defendant Ignite Acquisition Holdings LLC cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of 3rd Pty Defendant Alester Technologies LLC cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of Defendant Alester Technologies LLC cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of Defendant Albion Realty LLC cameronkelly@quinnemanuel.com,
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of 3rd Pty Defendant Patrick James Trust cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of Defendant Pegasus Aviation LLC cameronkelly@quinnemanuel.com,
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of Defendant The Patrick James Trust cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of 3rd Pty Defendant Patrick James cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of 3rd Pty Defendant Larchmont LLC cameronkelly@quinnemanuel.com,
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of 3rd Pty Defendant Battery Park Holdings LLC cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of Interested Party Patrick James cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of Defendant Bond Street Asset Management LLC cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of 3rd Pty Defendant Bowery Finance II LLC cameronkelly@quinnemanuel.com,
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of Defendant Patrick James cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of 3rd Pty Defendant Albion Realty LLC cameronkelly@quinnemanuel.com,
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Carina M. Kraatz
on behalf of Creditor Milwood Holdings LLC carina.kraatz@kitch.com

Carrie V. Hardman
on behalf of Defendant Bank of America N.A. carrie.hardman@winstontaylor.com,
dcunsolo@winston.com;carrie-hardman-4684@ecf.pacerpro.com

Carrie V. Hardman
on behalf of Creditor Bank of America N.A. carrie.hardman@winstontaylor.com,
dcunsolo@winston.com;carrie-hardman-4684@ecf.pacerpro.com

Cary Joy Economou
on behalf of Interested Party Markel American Insurance Company ceconomou@wam.law

Cary Joy Economou

on behalf of Interested Party Berkley Insurance Company ceconomou@wam.law

Cary Joy Economou
on behalf of Interested Party Arch Insurance Company ceconomou@wam.law

Casey William Doherty, Jr
on behalf of Creditor FactoFrance casey.doherty@dentons.com Docket.General.Lit.Dal@dentons.com

Catherine Elizabeth Bratic
on behalf of Creditor Maplan GmbH and Machinery + PLANning Inc. catherine.bratic@hlc.com

Catherine Stone Curtis
on behalf of Trustee Catherine Stone Curtis ccurtis@catherinecurtistrustee.com
csc@trustesolutions.net;ccsc11@trustesolutions.net

Charles Lester Kennon, III
on behalf of Debtor In Possession First Brands Group Holdings LLC Charles.Kennon@mccalla.com,
mccallaecf@ecf.courtdrive.com

Charles Lester Kennon, III
on behalf of Creditor Toyota Industries Commercial Finance Inc. Charles.Kennon@mccalla.com, mccallaecf@ecf.courtdrive.com

Charles Michael Rubio
on behalf of Interested Party Overdrive Acquisition LLC crubio@parkinsrubio.com, 7485062420@filings.docketbird.com

Charles R Gibbs
on behalf of Auditor BDO USA P.C. Crgibbs@mcdermottlaw.com,
dnorthrop@mwe.com;jbishopjones@mwe.com;nalindogan@mcdermottlaw.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com

Charles Randall Woolley, II
on behalf of Creditor Kingsbridge Holdings LLC rwoolley@darcydevassy.com

Charles Stephen Kelley
on behalf of Creditor Katsumi Servicing LLC ckelley@mayerbrown.com,
sswihart@mayerbrown.com;houstondocket@mayerbrown.com;6843309420@filings.docketbird.com

Christian Paul Jensen
on behalf of Interested Party Deva Capital Investment Company S.L.U. jensenc@sullcrom.com

Christopher Donald Johnson
on behalf of Creditor Alliance Parts Warehouse LLC chris.johnson@diamondmccarthy.com,
christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

Christopher Donald Johnson
on behalf of Creditor Aftermarket Auto Parts Alliance Inc. chris.johnson@diamondmccarthy.com,
christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

Christopher Donald Johnson
on behalf of Creditor Federated Auto Parts Distributors Inc. chris.johnson@diamondmccarthy.com,
christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

Christopher Donald Johnson
on behalf of Creditor The Pronto Network Cooperative Inc. chris.johnson@diamondmccarthy.com,
christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

Christopher Donald Johnson
on behalf of Creditor Automotive Parts Service Group LLC chris.johnson@diamondmccarthy.com
christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

Christopher Donald Johnson
on behalf of Creditor Automotive Auto Parts Distributors Inc. chris.johnson@diamondmccarthy.com,
christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

Christopher Edward Brown
on behalf of Debtor Endurance American Insurance Company cbrown@kdvlaw.com sfranchi@kaufmandolowich.com

Christopher Lee Phillippe
on behalf of Attorney Christopher L Phillippe clphillippe@cameroncountylawyer.com
zlgarza@cameroncountylawyer.com;bankruptcy@cameroncountylawyer.com;LawOfficesofPhillippeAssociates@jubileebk.net

Christopher Michael Joralemon
on behalf of Defendant Wilmington Savings Fund Society FSB cjoralemon@gibsondunn.com,
christopher-m-joralemon-1292@ecf.pacerpro.com,pacer-tx@gibsondunn.com,pacer-ny@gibsondunn.com

Christopher Michael Joralemon
on behalf of Plaintiff Wilmington Savings Fund Society FSB cjoralemon@gibsondunn.com,
christopher-m-joralemon-1292@ecf.pacerpro.com,pacer-tx@gibsondunn.com,pacer-ny@gibsondunn.com

Christopher Michael Joralemon
on behalf of Defendant GLAS USA LLC cjoralemon@gibsondunn.com
christopher-m-joralemon-1292@ecf.pacerpro.com,pacer-tx@gibsondunn.com,pacer-ny@gibsondunn.com

Christopher Michael Joralemon

on behalf of Plaintiff GLAS USA LLC cjoralemon@gibsondunn.com
christopher-m-joralemon-1292@ecf.pacerpro.com,pacer-tx@gibsondunn.com,pacer-ny@gibsondunn.com

Christopher S. Baxter
on behalf of Creditor Crown Equipment Corporation dba Crown Lift Trucks dba Crown Credit Company cbaxter@ssdlaw.com lslicer@ssdlaw.com

Christopher V Arisco
on behalf of Creditor Whirlpool Corporation carisco@padfieldstout.com

Christos Nicholas Georgalis
on behalf of Interested Party Nigel Crighton chris@flannerygeorgalis.com mgable@flannerygeorgalis.com

Cindi M. Giglio
on behalf of Trustee Eva S Engelhart cgiglio@katten.com

Cindi M. Giglio
on behalf of Debtor First Brands Group LLC cgiglio@katten.com

Cindi M. Giglio
on behalf of Interested Party Hilco Valuation Services LLC, Dba Hilco Global and its designated affiliates and subsidiaries cgiglio@katten.com

Clifford William Carlson
on behalf of Debtor Toledo Molding & Die LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor ASC Industries Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor FRAMAuto Holdings LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Starlight Inventory I LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Horizon Global Americas Inc. clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor SDC TX LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Trico Technologies Corporation clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Walbro Midco LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Tridonex USA LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor BPI Acquisition Company LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Walbro LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Fuel Filter Technologies Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Defendant Broad Street Financial Holdings LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor First Brands Group Intermediate LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby FA Holdings LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor CWD LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor UCI International LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Champion Laboratories Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Trico Holding Corporation clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor APC Intermediate Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Starlight Inventory Holdings I LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor International Brake Industries Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Brake Parts Inc China LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Broad Street Financial LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby Capital Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Autolite Operations LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor BPI Holdings International LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Trico Products Corporation clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor PHNX Acquisition Corp. clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby Capital LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Eagle Casting LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carter Carburetor LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Universal Auto Filter LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Airtex Industries LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Hopkins Acquisition Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor CWD Holding LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Qualitor Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carter Fuel Export Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor TAE Brakes LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Pylon South Bend Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Cardone Industries Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Specialty Pumps Group Inc clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Qualitor Subsidiary S Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Dalton Corporation Warsaw Manufacturing Facility clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Transportation Aftermarket Enterprise LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor In Possession Carnaby FA Holdings LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor WEM US Co. clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Horizon Global Company LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor AVM Export Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor TAE China Holdings Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Pylon Manufacturing Corp. clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Defendant First Brands Group LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor In Possession IBI International Holding Company Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Hopkins Manufacturing Corporation clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carter Fuel Systems LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Qualitor Automotive LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor UCI Acquisition Holdings (No. 4) LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby Inventory Holdings II LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor UCI International Holdings Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Jasper Rubber Products Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Heatherton Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Strongarm LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby Inventory IV LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Broad Street Financial Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Qualis Automotive L.L.C. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor CWD Intermediate Holdings I LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor BPI EC LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Viper Acquisition I Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor KTRI Offshore Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Qualitor Acquisition Inc. clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby Inventory III LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Qualis Enterprises LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor FRAM Group IP LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor United Components LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor UCI International Holdings Parent Inc. clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Jasper Acquisition Corp. clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Viceroy Private Capital LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Global Reman Ventures LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Premier Marketing Group LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Brake Parts Inc India LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Global Assets LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby Inventory Holdings III LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor APC Parent LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor IBI International Holding Company Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Horizon Global Corporation clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor First Brands Group LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Dalton Corporation clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Viper Acquisition Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Reman Management International LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Plaintiff First Brands Group LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Dalton Corporation Stryker Machining Facility Co. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor UCI-Airtex Holdings Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Horizon Euro Finance LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Eagle Casting Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor CWD Intermediate Holdings II LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby Inventory II LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Defendant Cardone Industries Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Brake Parts Inc LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Airtex Products LP clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Defendant Broad Street Financial LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Defendant First Brands Group LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Patterson Inventory Holdings LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Global Lease Assets Holdings LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carrand Companies Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Global Assets GmbH clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Horizon International Holdings LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Eagle Machining LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor UCI Pennsylvania Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Smart Choice LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Longman Enterprises Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby FA LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor FRAM Group Operations LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Qualitor Subsidiary H Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Dalton Corporation Kendallville Manufacturing Facility clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Dalton Corporation Ashland Manufacturing Facility clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor First Brands Group Holdings LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carter Carburetor Holdings LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby Inventory Holdings IV LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor KTRI Holdings Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Courtney E. Giles
on behalf of Creditor Arab Banking Corporation B.S.C. courtney.giles@bakermckenzie.com jessica.harris@bakermckenzie.com

Dalford Dean Owens, Jr.
on behalf of Creditor National Labor Relations Board dean.owens@nlrb.gov

Daniel Alexander Harrell
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION alex.harrell@faegredrinker.com kelly.olson@faegredrinker.com

Daniel J Ferretti
on behalf of Creditor AutoZone Parts Inc. dferretti@bakerdonelson.com, jramos@bakerdonelson.com

Daniel J Ferretti
on behalf of Creditor AutoZone Inc. dferretti@bakerdonelson.com, jramos@bakerdonelson.com

Daniel J McGuire
on behalf of Other Prof. Bank of America N.A. dan.mcguire@winstontaylor.com

Daniel J Saval
on behalf of Defendant Stephen Graham Daniel.saval@kobrekim.com

Daniel J Saval
on behalf of Interested Party Stephen Graham Daniel.saval@kobrekim.com

Daniela Mondragon
on behalf of Interested Party Fair American Insurance and Reinsurance Company mondragon@wcbglaw.com ramirez@wcbglaw.com

Daniela Mondragon
on behalf of Interested Party QBE Insurance Corporation mondragon@wcbglaw.com ramirez@wcbglaw.com

Daniela Mondragon
on behalf of Interested Party AXIS Insurance Company mondragon@wcbglaw.com ramirez@wcbglaw.com

Daniela Mondragon
on behalf of Interested Party Ironshore Indemnity Inc. mondragon@wcbglaw.com, ramirez@wcbglaw.com

Daniela Mondragon
on behalf of Interested Party Zurich American Insurance Company mondragon@wcbglaw.com ramirez@wcbglaw.com

Daniela Mondragon
on behalf of Interested Party Westfield Select Insurance Company mondragon@wcbglaw.com ramirez@wcbglaw.com

Daniela Mondragon
on behalf of Interested Party Allianz Global Risks US Insurance Company mondragon@wcbglaw.com ramirez@wcbglaw.com

Danielle Rose
on behalf of Interested Party Stephen Graham danielle.rose@kobrekim.com

David Elsberg
on behalf of Creditor Evolution Credit Partners delsberg@elsberglaw.com Paralegals@selendygay.com,Edockets@selendygay.com,mco@selendygay.com,autodocket365@alncorp.com;david-elsberg-9556@ecf.pacerpro.com,autodocket@edocketspreview.com,autodocket@alncorp.net

David Alexander Darcy
on behalf of Creditor Kingsbridge Holdings LLC adarcy@darcydevassy.com, smccarthy@darcydevassy.com

David Alexander Shargel
on behalf of Interested Party Edward James david.shargel@bracewell.com

David Benjamin Thomas
on behalf of Creditor Evolution Credit Partners david.thomas@usdoj.gov jwingerter@reidcollins.com

David Benjamin Thomas
on behalf of Trustee Ronald J Sommers david.thomas@usdoj.gov jwingerter@reidcollins.com

David Edward Lemke
on behalf of Interested Party Phoenix Brownsville Industrial Investors LLC david.lemke@hklaw.com cathy.thomas@hklaw.com;annmarie.jezisek@hklaw.com

David F Irwin
on behalf of Creditor 1995 Billy Mitchell Boulevard Inc. david@rentfrolawfirm.net, apolonia@rentfrolawfirm.net

David F Waguespack
on behalf of Plaintiff Planters Bank waguespack@carverdarden.com nkelly@carverdarden.com

David F Waguespack
on behalf of Creditor Planters Bank waguespack@carverdarden.com nkelly@carverdarden.com

David Lawrence Staab
on behalf of Creditor Orbian Corporation and Orbian Financial Services XXVI LLC david.staab@haynesboone.com

David Norwich Gopstein
on behalf of 3rd Pty Defendant Peter Andrew Brumbergs dgopstein@heckerfink.com

David Norwich Gopstein

on behalf of Defendant Peter Andrew Brumbergs dgopstein@heckerfink.com

David Norwich Gopstein
on behalf of Interested Party Peter Andrew Brumbergs dgopstein@heckerfink.com

David Philip Simonds
on behalf of Creditor Maplan GmbH and Machinery + PLANning Inc. david.simonds@hoganlovells.com

Deborah Michelle Perry
on behalf of Cross-Claimant Onset Financial Inc. dperry@munsch.com, CourtMail@munsch.com

Deborah Michelle Perry
on behalf of Creditor Onset Financial Inc. dperry@munsch.com, CourtMail@munsch.com

Deborah Michelle Perry
on behalf of Defendant Justin Nielsen dperry@munsch.com CourtMail@munsch.com

Deborah Michelle Perry
on behalf of Cross Defendant Onset Financial Inc. dperry@munsch.com, CourtMail@munsch.com

Deborah Michelle Perry
on behalf of 3rd Party Plaintiff Onset Financial Inc. dperry@munsch.com, CourtMail@munsch.com

Deborah Michelle Perry
on behalf of Creditor Silver Point Capital L.P. dperry@munsch.com, CourtMail@munsch.com

Deborah Michelle Perry
on behalf of Intervenor Onset Financial Inc. dperry@munsch.com, CourtMail@munsch.com

Deborah Michelle Perry
on behalf of Defendant Onset Financial Inc. dperry@munsch.com, CourtMail@munsch.com

Deborah Michelle Perry
on behalf of Interested Party Silver Point Capital L.P. dperry@munsch.com, CourtMail@munsch.com

Deborah Michelle Perry
on behalf of Defendant Nielsen Investments dperry@munsch.com CourtMail@munsch.com

Demetra Liggins
on behalf of Creditor Advance Auto Parts Inc. dliggins@mcguirewoods.com, nsims@mcguirewoods.com

Demetra Liggins
on behalf of Defendant Advance Auto Parts Inc. dliggins@mcguirewoods.com, nsims@mcguirewoods.com

Diane Wade Sanders
on behalf of Creditor City Of McAllen austin.bankruptcy@publicans.com

Diane Wade Sanders
on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com

Diane Wade Sanders
on behalf of Creditor Cameron County austin.bankruptcy@publicans.com

Diego Mateo Carlson
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION diego.carlson@faegredrinker.com

Duane J Brescia
on behalf of Creditor Zurich American Insurance Company dbrescia@clarkhill.com
kwebster@clarkhill.com,efarrar@clarkhill.com

Duane J Brescia
on behalf of Creditor Epicor Software Corporation dbrescia@clarkhill.com kwebster@clarkhill.com,efarrar@clarkhill.com

Edward Joseph McNeilly
on behalf of Creditor Maplan GmbH and Machinery + PLANning Inc. edward.mcneilly@hoganlovells.com

Elias Marwan Yazbeck
on behalf of Creditor IA Mechanical Inc. elias@yazbecklaw.com
sheema@yazbecklaw.com,jaila@yazbecklaw.com,TheLawOfficeofEliasMYazbeck@jubileebk.net,ricardo@yazbecklaw.com,mei
@yazbecklaw.com,rafic@yazbecklaw.com,admin@yazbecklaw.com

Elisha Graff
on behalf of Defendant Broad Street Financial LLC egraff@stblaw.com

Elisha Graff
on behalf of Defendant Broad Street Financial Holdings LLC egraff@stblaw.com

Elizabeth Feld
on behalf of Creditor Royal Bank of Canada efeld@whitecase.com

Ella Epstein
on behalf of Creditor Evolution Credit Partners eepstein@elsberglaw.com

Eloy Antonio Peral
on behalf of Creditor BRI WESTPARK IV QOZB LP eperal@windelsmarx.com

Emil P Khatchatourian
on behalf of Interested Party JessCo Brakes Inc. an affiliate of Friction One Brake Technology (Xiantao) Co., Ltd. ekhatchatourian@foley.com

Emily Golding
on behalf of Interested Party Federal Insurance Company egolding@wam.law

Emily Golding
on behalf of Interested Party XL Specialty Insurance Company egolding@wam.law

Emily Meraia
on behalf of Creditor Valeo North America Inc. emeraia@krcl.com

Emily Meraia
on behalf of Creditor Valeo Sistemas Electricos S.A. de C.V. emeraia@krcl.com

Emily Shanks
on behalf of Plaintiff Evolution Credit Opportunity Master Fund II-B LP eshanks@grayreed.com, vsalazar@grayreed.com

Emily Shanks
on behalf of Plaintiff Evolution Credit Partners Trade Finance Master L.P. eshanks@grayreed.com vsalazar@grayreed.com

Emily Shanks
on behalf of Plaintiff Evolution Credit Opportunity Master Fund III-B LP eshanks@grayreed.com, vsalazar@grayreed.com

Eric Michael English
on behalf of Trustee Eva S Engelhart eenglish@porterhedges.com emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric R Wilson
on behalf of Interested Party Ryder Integrated Logistics Inc. KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Eric Thomas Haitz
on behalf of Creditor AVO Carbon USA Inc. eric.haitz@bondsellis.com, linda.gordon@bondsellis.com

Erin C. Kim
on behalf of Creditor Pension Benefit Guaranty Corporation kim.erin@pbgc.gov efile@pbgc.gov

Erin Elizabeth Jones
on behalf of Trustee Ronald J Sommers erin@jonesmurray.com 8597346420@filings.docketbird.com

Erin Elizabeth Jones
on behalf of Trustee Ronald Sommers erin@jonesmurray.com 8597346420@filings.docketbird.com

Eva S Engelhart
eengelhart@rossbanks.com ee@trustesolutions.net;christinevega@rossbanks.com

Eyad Asad
on behalf of Plaintiff International Union United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) easad@cwsny.com

Faheem Mahmooth
on behalf of Creditor Pension Benefit Guaranty Corporation mahmooth.faheem@pbgc.gov

Frasher Murphy
on behalf of Creditor Orbian Corporation and Orbian Financial Services XXVI LLC frasher.murphy@haynesboone.com kim.morzak@haynesboone.com;kristy.martinez@haynesboone.com

Gabriel Adam Morgan
on behalf of Plaintiff First Brands Group LLC gabriel.morgan@weil.com, gabriel-morgan-3879@ecf.pacerpro.com;rene.olvera@weil.com;chris.jalomo@weil.com;Matthew.Kleissler@weil.com

Gabrielle Pilgrim
on behalf of Creditor Central States Southeast and Southwest Areas Pension Fund gpilgrim@centralstatesfunds.org

Garrett Gerber
on behalf of Creditor Evolution Credit Partners ggerber@elsberglaw.com

Garrick C Smith
on behalf of Creditor Onset Financial Inc. gsmith@munsch.com, CourMail@munsch.com

Genevieve Marie Graham
on behalf of Creditor BBJ Ventures LLC ggraham@graham-pllc.com, ggraham@ecf.courtdrive.com;admin@graham-pllc.com

Grace A. Thompson
on behalf of Debtor First Brands Group LLC grace.thompson@katten.com, nyc.bknotices@katten.com

Gregory Getty Hesse
on behalf of Interested Party A.N Webber Logistics Inc. ghesse@huntonak.com, tcanada@hunton.com

Griselda Cabrera
on behalf of Interested Party SPV Debtors griselda.cabrera@stblaw.com

Harry Frederick Murphy
on behalf of Creditor Raistone Purchasing LLC -Series XXXII hmurphy@orrick.com courtmail@orrick.com

Harry Frederick Murphy
on behalf of Creditor Raistone Capital LLC hmurphy@orrick.com courtmail@orrick.com

Harry Frederick Murphy
on behalf of Creditor Raistone Purchasing LLC-Series XXVIII hmurphy@orrick.com courtmail@orrick.com

Harry Jay Hulings
on behalf of Interested Party David Parker jhulings@dslawpc.com

Heather Kristine Hatfield
on behalf of Trustee Eva S Engelhart hhatfield@porterhedges.com mwebb@porterhedges.com;jchin@porterhedges.com

Heather Pieper McMutry
on behalf of Creditor Honda Development & Manufacturing of America LLC, for itself and on behalf of certain North American subsidiaries and affiliates hmcmutry@fbtlaw.com

Hiram A Gutierrez
on behalf of Creditor Brownsville Independent School District edinburgbankruptcy@pbfcm.com hidalgolegal@ecf.courtdrive.com

Holland Neff O'Neil
on behalf of Interested Party Flex-N-Gate LLC honeil@foley.com jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com

Iain L Kennedy
on behalf of Creditor ING Belgium S.A./N.V. ikennedy@nathansommers.com dthompson@nathansommers.com;clemons@nathansommers.com;pbuenano@nathansommers.com;aorr@nathansommers.com;jpoe@nathansommers.com

Ian Ross Phillips
on behalf of Creditor Committee Official Committee of Unsecured Creditors iphillips@coleschotz.com pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Isaac Raisner
on behalf of Plaintiff Chad Compton isr@raisnerroupinian.com

Isaac Raisner
on behalf of Plaintiff Brittany Johnson isr@raisnerroupinian.com

Isaac Raisner
on behalf of Plaintiff Kyle Bennett isr@raisnerroupinian.com

Isaac Raisner
on behalf of Plaintiff Maria Tapia isr@raisnerroupinian.com

Isaac Raisner
on behalf of Plaintiff Giancarlo Hernandez isr@raisnerroupinian.com

Jack A. Raisner
on behalf of Plaintiff Kyle Bennett jar@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner
on behalf of Plaintiff Giancarlo Hernandez jar@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner
on behalf of Plaintiff Maria Tapia jar@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner
on behalf of Plaintiff Chad Compton jar@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner
on behalf of Plaintiff Brittany Johnson jar@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner
on behalf of Creditor Maria Tapia jar@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jacob Rhine Herz
on behalf of Creditor Raistone Purchasing LLC-Series XXVIII jherz@orrick.com casestream@ecf.courtdrive.com;courtmail@orrick.com

Jacob Rhine Herz
on behalf of Creditor Raistone Capital LLC jherz@orrick.com casestream@ecf.courtdrive.com;courtmail@orrick.com

Jacob Rhine Herz
on behalf of Creditor Raistone Purchasing LLC -Series XXXII jherz@orrick.com casestream@ecf.courtdrive.com;courtmail@orrick.com

Jacob Rhine Herz
on behalf of Creditor Raistone Factoring Parties jherz@orrick.com casestream@ecf.courtdrive.com;courtmail@orrick.com

Jacqueline Chiba
on behalf of Creditor IA Mechanical Inc. jackie@yazbecklaw.com 8234279420@filings.docketbird.com

Jake Gordon
on behalf of Interested Party Flex-N-Gate LLC jake.gordon@foley.com

James A Plemmons
on behalf of Interested Party FCA US LLC jplemmons@dickinsonwright.com wrees@dickinsonwright.com

James H Billingsley
on behalf of Creditor Chubb Companies JBillingsley@duanemorris.com EPerez@duanemorris.com,james-pc-8706@ecf.pacerpro.com

James Joseph Berdelle
on behalf of Creditor Qindao Carflex Auto Parts Co. Ltd. berdellejames@gmail.com

James M Feuille
on behalf of Creditor Gorman Industrial Supply Co. jfeu@scotthulse.com ggra@scotthulse.com

James Michael Towarnicky
on behalf of Interested Party Karam Singh slovakesq@aol.com

James Michael Towarnicky
on behalf of Interested Party Harish Uniyal slovakesq@aol.com

James Michael Towarnicky
on behalf of Interested Party Vineet Kumar Garg slovakesq@aol.com

James Michael Towarnicky
on behalf of Interested Party Naresh Sharma slovakesq@aol.com

James Michael Towarnicky
on behalf of Interested Party John Doe slovakesq@aol.com

James Michael Towarnicky
on behalf of Interested Party Mahavir Die Casters Pvt Ltd slovakesq@aol.com

James Michael Towarnicky
on behalf of Interested Party Shallendra Shukla slovakesq@aol.com

James Thomas Young
on behalf of Creditor MacAllister Machinery Company Inc. jyoung@rubin-levin.net

James Wiley Rusher
on behalf of Creditor SRE Miami LLC jwrusher@arhlaw.com

Jamie Kirk
on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-jkirk@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov

Jared M Slade
on behalf of Intervenor UMB Bank N.A. jared.slade@alston.com, Leah.McNeill@alston.com;Jacob.Johnson@alston.com;melanie.mizrahie@alston.com;brian.laine@alston.com

Jared M Slade
on behalf of Creditor UMB Bank N.A. jared.slade@alston.com, Leah.McNeill@alston.com;Jacob.Johnson@alston.com;melanie.mizrahie@alston.com;brian.laine@alston.com

Jarrod B. Martin
on behalf of Creditor KitKat (IL). LLC jbmartin@bradley.com atty_jmartin@bluestylus.com;rabdelghani@bradley.com;akhan@bradley.com;jbmartin@ecf.courtdrive.com;mdsmith@bradley.com;ggattis@bradley.com;jfalcon@bradley.com;acorona@bradley.com;cpaul@bradley.com

Jarrod B. Martin
on behalf of Creditor OmniSource LLC jbmartin@bradley.com, atty_jmartin@bluestylus.com;rabdelghani@bradley.com;akhan@bradley.com;jbmartin@ecf.courtdrive.com;mdsmith@bradley.com;ggattis@bradley.com;jfalcon@bradley.com;acorona@bradley.com;cpaul@bradley.com

Jarrod B. Martin
on behalf of Creditor XL Parts LLC jbmartin@bradley.com, atty_jmartin@bluestylus.com;rabdelghani@bradley.com;akhan@bradley.com;jbmartin@ecf.courtdrive.com;mdsmith@bradley.com;ggattis@bradley.com;jfalcon@bradley.com;acorona@bradley.com;cpaul@bradley.com

Jason Blackstone
on behalf of Creditor Oracle America Inc. jblackstone@buchalter.com, vlawrence@buchalter.com

Jason Blanchard
on behalf of Plaintiff Bank of America N.A. jason.blanchard@nortonrosefulbright.com

Jason Blanchard

| | |
|---|---|
| | on behalf of Cross Defendant Bank of America N.A. jason.blanchard@nortonrosefulbright.com |
| Jason Gary Cohen | on behalf of Interested Party Edward James jason.cohen@bracewell.com mary.kearney@bracewell.com |
| Jason S Brookner | on behalf of Plaintiff Evolution Credit Opportunity Master Fund II-B LP jbrookner@grayreed.com, lwebb@grayreed.com |
| Jason S Brookner | on behalf of Plaintiff Evolution Credit Opportunity Master Fund III-B LP jbrookner@grayreed.com, lwebb@grayreed.com |
| Jason S Brookner | on behalf of Plaintiff Evolution Credit Partners Trade Finance Master L.P. jbrookner@grayreed.com lwebb@grayreed.com |
| Jason S Brookner | on behalf of Plaintiff Evolution Credit Opportunity Master Fund II-B L.P. jbrookner@grayreed.com, lwebb@grayreed.com |
| Jason S Brookner | on behalf of Creditor Evolution Credit Partners jbrookner@grayreed.com lwebb@grayreed.com |
| Jason S Brookner | on behalf of Interested Party Evolution Credit Partners jbrookner@grayreed.com lwebb@grayreed.com |
| Jayson B. Ruff | on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov |
| Jeffrey M Galen | on behalf of Creditor Insight Direct USA Inc. jeffrey.galen@galendavislaw.com |
| Jeffrey M Levinson | on behalf of Interested Party Nigel Crighton jml@jml-legal.com |
| Jeffrey Richard Gleit | on behalf of Plaintiff Wilmington Savings Fund Society FSB jeffrey.gleit@afslaw.com, nkoslof@sandw.com,aweiss@sandw.com,tkethro@sandw.com |
| Jeffrey Richard Gleit | on behalf of Creditor Wilmington Savings Fund Society FSB jeffrey.gleit@afslaw.com, nkoslof@sandw.com,aweiss@sandw.com,tkethro@sandw.com |
| Jennifer Schubert | on behalf of Interested Party Scott Wallace jschubert@mololamken.com |
| Jennifer Schubert | on behalf of Interested Party Shekhar Kumar jschubert@mololamken.com |
| Jennifer K. Malow | on behalf of Intervenor Aequum Capital Financial II LLC jennifer.malow@blankrome.com |
| Jennifer K. Malow | on behalf of Defendant First Brands Group LLC jennifer.malow@blankrome.com |
| Jennifer K. Malow | on behalf of Defendant Aequum Capital Financial II LLC jennifer.malow@blankrome.com |
| Jennifer K. Malow | on behalf of Interested Party Aequum Capital Financial II LLC jennifer.malow@blankrome.com |
| Jennifer Kriss Pollan | on behalf of Creditor Michael Bueno jennifer.pollan@huschblackwell.com christine.deacon@huschblackwell.com;jennifer-pollan-8341@ecf.pacerpro.com |
| Jessica Nicole Alt | on behalf of Creditor De Lage Landen Financial Services Inc. jalt@padfieldstout.com |
| Jessica Nicole Alt | on behalf of Interested Party Charmaine Thomas jalt@padfieldstout.com |
| Jiangang Ou | on behalf of Creditor Longkou Haimeng Machinery Co. Ltd. James.Ou@FisherBroyles.com |
| Joel Frederic Newell | on behalf of Creditor STORE Master Funding XIV LLC newellj@ballardspahr.com, phxlsateam@ballardspahr.com,Phoenixdocketingbkr@ballardpahr.com;carolod@ballardspahr.com |
| Joel Frederic Newell | on behalf of Creditor STORE Capital Acquisitions LLC newellj@ballardspahr.com, phxlsateam@ballardspahr.com,Phoenixdocketingbkr@ballardpahr.com;carolod@ballardspahr.com |
| Joel Frederic Newell | on behalf of Creditor STORE Master Funding IV LLC newellj@ballardspahr.com, phxlsateam@ballardspahr.com,Phoenixdocketingbkr@ballardpahr.com;carolod@ballardspahr.com |

Joel Frederic Newell
on behalf of Creditor Lordco Parts Ltd. newellj@ballardspahr.com
phxlsateam@ballardspahr.com,Phoenixdocketingbkr@ballardpahr.com;carolod@ballardspahr.com

John A Gagliardi
on behalf of Creditor Michael Templin jgagliardi@wgflaw.com

John David Cornwell
on behalf of Defendant JA Gardner Holdings jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell
on behalf of Defendant Yuma III LLC jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell
on behalf of Defendant Coral Dunes LLC jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell
on behalf of Defendant Joshua Tree Holdings LLC jcornwell@munsch.com,
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell
on behalf of Defendant Holt Investments 201 LLC jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell
on behalf of Defendant Jonathan Gardner jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell
on behalf of Defendant Asilia Credit Investments LLC jcornwell@munsch.com,
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell
on behalf of Defendant Seddie LLC jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell
on behalf of Defendant Todd Pedersen jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell
on behalf of Defendant Dale P. Holt jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell
on behalf of Defendant Scott Miller jcornwell@munsch.com
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John F Higgins, IV
on behalf of Counter-Defendant AB CarVal Credit Opportunities Fund jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Counter-Defendant CVI AV Master Fund I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Counter-Defendant CarVal Contingent Credit Fund LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Plaintiff CVI CSF Master Fund I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Counter-Defendant CVI EMCOF US LLC jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Counter-Defendant GLAS Trust Company LLC as administrative agent for the lenders to the Carnaby II Credit
Agreement and Carnaby III Credit Agreement jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Counter-Defendant CVI AA Master Fund I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Plaintiff CVI AA Master Fund I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Plaintiff CarVal Contingent Credit Fund LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Plaintiff CVI EMCOF US LLC jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Counter-Defendant CVI CSF Master Fund I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Plaintiff CVI AV Master Fund I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Plaintiff GLAS Trust Company LLC as administrative agent for the lenders to the Carnaby II Credit Agreement and Carnaby III Credit Agreement jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Plaintiff AB CarVal Credit Opportunities Fund jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Counter-Defendant CVI CVF V Pooling Fund I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Other Prof. GLAS Trust Company LLC jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Plaintiff CVI CVF V Pooling Fund I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Interested Party Carnaby II and III Secured Parties jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John Hammel Strauss
on behalf of Trustee Ronald J Sommers jhstrauss@reidcollins.com

John James Sparacino
on behalf of Creditor Tim Johnson jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Creditor Francisco Garza jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Plaintiff Francisco Garza jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Creditor Manuel Leal jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Creditor Manuel Fernandez jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Creditor Ciara Childs jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John Kendrick Turner
on behalf of Creditor Tarrant County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John R. Dodd, II
on behalf of Creditor Arab Banking Corporation B.S.C. john.dodd@bakermckenzie.com

John Robert Nelson
on behalf of Interested Party FCA US LLC jnelson@dickinsonwright.com rgarza@dickinsonwright.com

John Wallis Harris
on behalf of Creditor Goldstar Warehousing Ltd. jwharris@johnwharrislaw.com, jwharris@johnwharrislaw.com

John Wallis Harris
on behalf of Creditor Pyramid Warehousing Ltd. jwharris@johnwharrislaw.com, jwharris@johnwharrislaw.com

Jonathan Michael Chan
on behalf of Creditor CTS Global Logistics (Georgia) Inc. jonathan.chan@ctklawgroup.com

Jordan Alexandra Kazlow
on behalf of Auditor BDO USA P.C. jordan.kazlow@dechert.com

Jordan Lancaster Estes
on behalf of Defendant Wilmington Savings Fund Society FSB jestes@gibsondunn.com, jordan-estes-5323@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Jordan Lancaster Estes
on behalf of Plaintiff Wilmington Savings Fund Society FSB jestes@gibsondunn.com, jordan-estes-5323@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Jordan Lancaster Estes
on behalf of Plaintiff GLAS USA LLC jestes@gibsondunn.com jordan-estes-5323@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Jordan Lancaster Estes
on behalf of Defendant GLAS USA LLC jestes@gibsondunn.com jordan-estes-5323@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Jordan W. Leu
on behalf of Defendant Michael Baker jleu@kslaw.com omoses@kslaw.com;jordan-leu-6321@ecf.pacerpro.com

Jordan W. Leu
on behalf of Interested Party PGI Northstar LLC jleu@kslaw.com omoses@kslaw.com;jordan-leu-6321@ecf.pacerpro.com

Jordan W. Leu
on behalf of Interested Party Premium Guard Incorporated jleu@kslaw.com omoses@kslaw.com;jordan-leu-6321@ecf.pacerpro.com

Joseph D. Sibley, IV
on behalf of Witness NextProcess LP sibley@camarasibley.com

Joseph Howard Lemkin
on behalf of Creditor De Lage Landen Financial Services Inc. jlemkin@stark-stark.com

Joshua James Newcomer
on behalf of Respondent Argent Institutional Trust as Litigation Trustee of the Instant Brands Litigation Trust jnewcomer@mckoolsmith.com, newcomer-4044@ecf.pacerpro.com,ajohns@mckoolsmith.com,cubberud@mckoolsmith.com

Joshua John Brandau
on behalf of Creditor Fukoku Mexicana S.A. de C.V. jbrandau@btlaw.com

Joshua John Brandau
on behalf of Creditor Siam Fukoku Co. Ltd. jbrandau@btlaw.com

Joshua W. Wolfshohl
on behalf of Trustee Eva S Engelhart jwolfshohl@porterhedges.com egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl
on behalf of Trustee Eva Engelhart jwolfshohl@porterhedges.com egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Julia Catherine Koch
on behalf of Defendant Onset Financial Inc jkoch@mofo.com

Julia Di Fiore Byrne
on behalf of Trustee Ronald J Sommers jdifiore@reidcollins.com

Justin A. Kesselman
on behalf of Plaintiff Wilmington Savings Fund Society FSB justin.kesselman@afslaw.com, edocket@afslaw.com

Justin A. Kesselman
on behalf of Creditor Wilmington Savings Fund Society FSB justin.kesselman@afslaw.com, edocket@afslaw.com

Justin M Mertz
on behalf of Creditor Fairlane Industries Inc. jmmertz@michaelbest.com, jcalmes@michaelbest.com;courtmail@michaelbest.com

Justin M Mertz
on behalf of Creditor Ahlstrom Filtration LLC jmmertz@michaelbest.com jcalmes@michaelbest.com;courtmail@michaelbest.com

Justin M. Ellis
on behalf of 3rd Pty Defendant Shekhar Kumar jellis@mololamken.com

Justin S. Levy
on behalf of Interested Party XL Specialty Insurance Company jlevy@wam.law

Justin S. Levy
on behalf of Interested Party Federal Insurance Company jlevy@wam.law

Kenneth J. Ottaviano
on behalf of Defendant Aequum Capital Financial II LLC ken.ottaviano@blankrome.com

Kevin M. Capuzzi
on behalf of Creditor 673753 Ontario Limited DBA TRAFFIX kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin Patrick Walters
on behalf of Creditor Industrial Realty Group LLC kevin.walters@roystonlaw.com sylvia.cooper@roystonlaw.com

Kristen L Perry
on behalf of Creditor T.H.I. Group Ltd. kristen.perry@faegredrinker.com kelly.olson@faegredrinker.com;danette.dykema@faegredrinker.com;cathy.greer@faegredrinker.com

Kristen L Perry
on behalf of Creditor United Parcel Service Inc. kristen.perry@faegredrinker.com, kelly.olson@faegredrinker.com;danette.dykema@faegredrinker.com;cathy.greer@faegredrinker.com

Kristian W. Gluck
on behalf of Plaintiff Bank of America N.A. kristian.gluck@nortonrosefulbright.com

Kristian W. Gluck
on behalf of Creditor Bank of America N.A. kristian.gluck@nortonrosefulbright.com

Kristian W. Gluck
on behalf of Other Prof. Bank of America N.A. kristian.gluck@nortonrosefulbright.com

Kyle L Dickson
on behalf of Creditor Randall Metals Corporation kdickson@murray-lobb.com mgarcia@murray-lobb.com

Laura D Metzger
on behalf of Creditor Raistone Capital LLC lmetzger@orrick.com casestream@ecf.courtdrive.com;courtmail@orrick.com

Laura D Metzger
on behalf of Creditor Raistone Purchasing LLC-Series XXVIII lmetzger@orrick.com casestream@ecf.courtdrive.com;courtmail@orrick.com

Laura D Metzger
on behalf of Creditor Raistone Purchasing LLC -Series XXXII lmetzger@orrick.com casestream@ecf.courtdrive.com;courtmail@orrick.com

Lauren Dorsett
on behalf of Creditor Amazon Advertising LLC laurendorsett@dwt.com

Lawrence James Dickinson
on behalf of Interested Party Motorcar Parts of America Inc. james.dickinson@pillsburylaw.com, nancy.jones@pillsburylaw.com

Layla Milligan
on behalf of Creditor Texas Commission on Environmental Quality layla.milligan@oag.texas.gov

Leslie S Barr
on behalf of Creditor BRI WESTPARK IV QOZB LP lbarr@windelsmarx.com

Lisa Ann Powell
on behalf of Creditor Southern Machinery Repair Inc. Lisa.Powell@fisherbroyles.com

Lisa Ann Powell
on behalf of Creditor Longkou Haimeng Machinery Co. Ltd. Lisa.Powell@fisherbroyles.com

Lisa Sheaufeng Tsai
on behalf of Plaintiff Patterson Inventory LLC ltsai@reidcollins.com, mmyers@rctlegal.com,jwingerter@reidcollins.com

Lisa Sheaufeng Tsai
on behalf of Plaintiff Patterson Inventory Holdings LLC ltsai@reidcollins.com, mmyers@rctlegal.com,jwingerter@reidcollins.com

Lisa Sheaufeng Tsai
on behalf of Plaintiff Starlight Inventory Holdings I LLC ltsai@reidcollins.com, mmyers@rctlegal.com,jwingerter@reidcollins.com

Lisa Sheaufeng Tsai
on behalf of Trustee Ronald J Sommers ltsai@reidcollins.com mmyers@rctlegal.com,jwingerter@reidcollins.com

Lisa Sheaufeng Tsai
on behalf of Plaintiff Starlight Inventory I LLC ltsai@reidcollins.com, mmyers@rctlegal.com,jwingerter@reidcollins.com

Lorenzo Marinuzzi
on behalf of Creditor Onset Financial Inc. lmarinuzzi@mofo.com

Lucas Lyle Schneider
on behalf of Creditor Lumen Technologies Inc. lucas.schneider@huschblackwell.com, christine.deacon@huschblackwell.com

Lucian Borders Murley

on behalf of Creditor Transend Logistics LLC luke.murley@akerman.com, reyko.delpino@akerman.com

Madeline Mason Schmidt
on behalf of Examiner Martin De Luca mschmidt@munsch.com crichison@munsch.com;courtmail@munsch.com

Madison Kaylene Haueisen
on behalf of Creditor Bank of America N.A. madison.haueisen@cliffordchance.com, ecf_houston@winston.com;madison-haueisen-8672@ecf.pacerpro.com

Madison Kaylene Haueisen
on behalf of Interested Party BANK OF AMERICA N.A. madison.haueisen@cliffordchance.com, ecf_houston@winston.com;madison-haueisen-8672@ecf.pacerpro.com

Madison Kaylene Haueisen
on behalf of Other Prof. Bank of America N.A. madison.haueisen@cliffordchance.com, ecf_houston@winston.com;madison-haueisen-8672@ecf.pacerpro.com

Mai Lan G. Rodgers
on behalf of Creditor Pension Benefit Guaranty Corporation rodgers.mailan@pbgc.gov efile@pbgc.gov

Margaret A. Vesper
on behalf of Creditor Masergy Communications Inc. vesperm@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor Comcast Cable Communications Management LLC vesperm@ballardspahr.com

Margarita K. O'Donnell
on behalf of Interested Party Laurie Stein modonnell@zuckerman.com

Maria J. Cho
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION maria.cho@faegredrinker.com

Mariah Sue England
on behalf of Creditor Francisco Garza mengland@stranchlaw.com

Marie Kimberly Stagg
on behalf of Interested Party FCA US LLC kstagg@dickinsonwright.com

Mark D Sherrill
on behalf of Interested Party The NOCO Company mark.sherrill@chamberlainlaw.com lara.coleman@chamberlainlaw.com

Mark D Sherrill
on behalf of Creditor Official Committee of Non-Union Retirees mark.sherrill@chamberlainlaw.com lara.coleman@chamberlainlaw.com

Mark E. Dendinger
on behalf of Defendant Optimus Private Capital LLC mark.dendinger@ashurstperkins.com mary.kearney@bracewell.com

Mark E. Dendinger
on behalf of Interested Party Edward James mark.dendinger@ashurstperkins.com mary.kearney@bracewell.com

Mark E. Dendinger
on behalf of Defendant JCMC Investment Group LLC mark.dendinger@ashurstperkins.com mary.kearney@bracewell.com

Mark Elliott Freedlander
on behalf of Creditor Ford Motor Company mfreedlander@mcguirewoods.com

Mark Robert Wulfe
on behalf of Interested Party Edward James mark.wulfe@bracewell.com mary.kearney@bracewell.com

Mark Robert Wulfe
on behalf of Defendant Optimus Private Capital LLC mark.wulfe@bracewell.com mary.kearney@bracewell.com

Mark Robert Wulfe
on behalf of Defendant JCMC Investment Group LLC mark.wulfe@bracewell.com mary.kearney@bracewell.com

Mark Robert Wulfe
on behalf of Defendant Edward James mark.wulfe@bracewell.com mary.kearney@bracewell.com

Martin Seidler
on behalf of Creditor Martin Titanium American Logistics Inc. marty@seidlerlaw.com, ecf@seidlerlaw.com;LAWOFFICESOFMARTINSEIDLER@jubileebk.net

Marty L Brimmage
on behalf of Interested Party Akin Gump Strauss Hauer & Feld LLP mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;txdocketing@akingump.com

Mary Mamdouh Rofaeil
on behalf of Interested Party JessCo Brakes Inc. an affiliate of Friction One Brake Technology (Xiantao) Co., Ltd. mary.rofaeil@foley.com

Matthew A. Hamermesh
on behalf of Interested Party Ironshore Indemnity Inc. mhamermesh@hangley.com

Matthew C. Corcoran
on behalf of Creditor Grammer Inc. and Grammer Americas LLC mccorcoran@jonesday.com

Matthew David Storey
on behalf of Creditor TRUIST BANK matt@storeylawpllc.com

Matthew David Struble
on behalf of Interested Party Jefferies Financial Group Inc. mstruble@velaw.com

Matthew Dennis Giadrosich
on behalf of Creditor De Lage Landen Financial Services Inc. mdg@padfieldstout.com

Matthew E. Beck
on behalf of Interested Party Nelly Luna mbeck@csglaw.com

Matthew E. Kaslow
on behalf of Interested Party Aequum Capital Financial II LLC matt.kaslow@blankrome.com courtmail@blankrome.com

Matthew Scott Okin
on behalf of Examiner Martin De Luca mokin@okinadams.com nhollon@okinadams.com

Matthew Thomas Barr
on behalf of Creditor MacAllister Machinery Company Inc. mbarr@rubin-levin.net, cgilly@rubin-levin.net

Matthew W. Bourda
on behalf of Creditor ENGIE Resources LLC matt.bourda@lanelaw.com thelanelawfirm@jubileebk.net

Megan Young-John
on behalf of Interested Party Carnaby II and III Secured Parties myoung-john@porterhedges.com eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

Megan Cunniff Church
on behalf of Interested Party Scott Wallace mchurch@mololamken.com Adam-Collins-1996@ecf.pacerpro.com

Megan Cunniff Church
on behalf of Interested Party Shekhar Kumar mchurch@mololamken.com Adam-Collins-1996@ecf.pacerpro.com

Melissa E Valdez
on behalf of Creditor Brownsville Independent School District mvaldez@pbfcm.com mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa S. Woods
on behalf of Creditor International Union United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) mwoods@cwsny.com, ecf@cwsny.com

Melissa S. Woods
on behalf of Creditor United Steel Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers Int'l Union mwoods@cwsny.com, ecf@cwsny.com

Melissa S. Woods
on behalf of Plaintiff International Union United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) mwoods@cwsny.com, ecf@cwsny.com

Michael Berthiaume
on behalf of Other Prof. Bank of America N.A. michael.berthiaume@nortonrosefulbright.com

Michael Berthiaume
on behalf of Creditor Bank of America N.A. michael.berthiaume@nortonrosefulbright.com

Michael Berthiaume
on behalf of Plaintiff Bank of America N.A. michael.berthiaume@nortonrosefulbright.com

Michael Fishel
on behalf of Defendant Broad Street Financial LLC michael@FishelLawGroup.com, michael-fishel-2874@ecf.pacerpro.com

Michael Fishel
on behalf of Interested Party SPV Debtors michael@FishelLawGroup.com michael-fishel-2874@ecf.pacerpro.com

Michael Fishel
on behalf of Defendant Broad Street Financial Holdings LLC michael@FishelLawGroup.com, michael-fishel-2874@ecf.pacerpro.com

Michael G Colvard
on behalf of Creditor PG Maderas y Triplay S.A. de C.V. mcolvard@mdtlaw.com amartinez@mdtlaw.com,jarellano@mdtlaw.com,lbuford@mdtlaw.com

Michael J Shane
on behalf of Creditor c/o Michael J. Shane RIO BRAVO INTERNATIONAL SERVICES INC. mshane@eplawyers.com, bsilva@eplawyers.com

Michael Keith Barnhart
on behalf of Interested Party Press-Seal Corporation mbarnhart@mitbylaw.com legal@peakcompletions.com

| | |
|---|---|
| Michael Kevin Riordan | on behalf of Creditor XL Parts LLC mriordan@bradley.com, mike-riordan-8644@ecf.pacerpro.com;vherrera@bradley.com;ggattis@bradley.com;akhan@bradley.com |
| Michael Mario Tamburini | on behalf of Creditor IPXXII 193 Street LLC fka ELHC XXII, LLC mtamburini@levycraig.com |
| Michael Mario Tamburini | on behalf of Creditor IPVIII 185th Street LLC fka ELHC VIII, LLC mtamburini@levycraig.com |
| Michael Mario Tamburini | on behalf of Creditor NP Whitaker Ave. Industrial LLC mtamburini@levycraig.com |
| Michael P. Duke | on behalf of Plaintiff Evolution Credit Partners Trade Finance Master L.P. mduke@elsberglaw.com |
| Michael P. Duke | on behalf of Creditor Evolution Credit Partners mduke@elsberglaw.com |
| Michael P. Duke | on behalf of Plaintiff Evolution Credit Opportunity Master Fund II-B LP mduke@elsberglaw.com |
| Michael P. Duke | on behalf of Plaintiff Evolution Credit Opportunity Master Fund III-B LP mduke@elsberglaw.com |
| Michael R. Stewart | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION michael.stewart@faegredrinker.com |
| Michael-Anthony Bou Jaoude | on behalf of Creditor Forteq UK LTD mjaoude@hselaw.com tamplement@hselaw.com |
| Michelle E Shriro | on behalf of Creditor BPP Shiraz Park A LP mshriro@singerlevick.com scotton@singerlevick.com;tguillory@singerlevick.com |
| Michelle E Shriro | on behalf of Creditor BPP Cannonball Park A LP fka BPP Shiraz Park A LP mshriro@singerlevick.com scotton@singerlevick.com;tguillory@singerlevick.com |
| Morgan L. Allred | on behalf of Interested Party Phoenix Brownsville Industrial Investors LLC morgan.allred@hklaw.com |
| Mukul Shashank Kelkar | on behalf of Interested Party Ironshore Indemnity Inc. mkelkar@wcbglaw.com |
| Nathan Q. Rugg | on behalf of Creditor Genuine Parts Company nathan.rugg@bfkn.com james.tucker@bfkn.com |
| Nathan Q. Rugg | on behalf of Creditor GPC Asia Pacific Pty Ltd. nathan.rugg@bfkn.com james.tucker@bfkn.com |
| Nathan Q. Rugg | on behalf of Creditor Motion Industries (Canada) Inc. nathan.rugg@bfkn.com james.tucker@bfkn.com |
| Nathan Q. Rugg | on behalf of Creditor GPC Asia Pacific Limited nathan.rugg@bfkn.com james.tucker@bfkn.com |
| Nathan Q. Rugg | on behalf of Creditor Motion Industries (Mexico) Inc. nathan.rugg@bfkn.com james.tucker@bfkn.com |
| Nathan Q. Rugg | on behalf of Creditor UAP (Canada) Inc. nathan.rugg@bfkn.com james.tucker@bfkn.com |
| Nathan Q. Rugg | on behalf of Creditor Motion Industries Inc. nathan.rugg@bfkn.com, james.tucker@bfkn.com |
| Nathan Q. Rugg | on behalf of Creditor Alliance Automotive Group (EU) nathan.rugg@bfkn.com james.tucker@bfkn.com |
| Nicholas Lawson | on behalf of Creditor First-Citizens Bank & Trust Company nick.lawson@lmbusinesslaw.com kate.taylor@lmbusinesslaw.com |
| Nicholas Poli | on behalf of Creditor Raistone Purchasing LLC -Series XXXII npoli@orrick.com nymao@orrick.com;courtmail@orrick.com |
| Nicholas Poli | on behalf of Creditor Raistone Purchasing LLC-Series XXVIII npoli@orrick.com nymao@orrick.com;courtmail@orrick.com |
| Nicholas Poli | on behalf of Creditor Raistone Capital LLC npoli@orrick.com nymao@orrick.com;courtmail@orrick.com |
| Nicholas Edmund Baker | on behalf of Defendant Broad Street Financial Holdings LLC nbaker@stblaw.com |

Nicholas Edmund Baker
on behalf of Defendant Broad Street Financial LLC nbaker@stblaw.com

Nicholas J. Sabatino
on behalf of Creditor Raistone Purchasing LLC -Series XXXII nsabatino@orrick.com courtmail@orrick.com

Nicholas J. Sabatino
on behalf of Creditor Raistone Capital LLC nsabatino@orrick.com courtmail@orrick.com

Nicholas J. Sabatino
on behalf of Creditor Raistone Purchasing LLC-Series XXVIII nsabatino@orrick.com courtmail@orrick.com

Nicholas Jaison Brannick
on behalf of Interested Party The Reinalt-Thomas Corporation d/b/a Discount Tire brannickn@ballardspahr.com

Nicholas Steven Forger
on behalf of Creditor Prospect Capital Corporation nforger@cokinoslaw.com dbrown@cokinoslaw.com

Nicholas Steven Forger
on behalf of Creditor Prospect Floating Rate & Alternative Income Fund Inc. nforger@cokinoslaw.com, dbrown@cokinoslaw.com

Nicole Yun Lin Ng
on behalf of Interested Party Peter Andrew Brumbergs nng@heckerfink.com

Patrick Michael Flynn
on behalf of Creditor United Steel Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers Int'l Union pat@pmfpc.com, sandra@pmfpc.com

Paul B Moore
on behalf of Intervenor United States Of America paul.moore@usdoj.gov nicole.robbins@usdoj.gov;caseview.ecf@usdoj.gov;usatxs.bankruptcy-ecf@usdoj.gov

Paul B Moore
on behalf of Interested Party United States Of America paul.moore@usdoj.gov nicole.robbins@usdoj.gov;caseview.ecf@usdoj.gov;usatxs.bankruptcy-ecf@usdoj.gov

Paul E Heath
on behalf of Interested Party Leucadia Asset Management LLC pheath@velaw.com

Paul E Heath
on behalf of Interested Party Jefferies Financial Group Inc. pheath@velaw.com

Paul Martin Flannery
on behalf of Interested Party Nigel Crighton paul@flannerygeorgalis.com mgable@flannerygeorgalis.com

Payne Campbell Keinarth
on behalf of Interested Party FCA US LLC pkeinarth@dickinson-wright.com hkott@dwlaw.com

Peri H Alkas
on behalf of Interested Party Twin City Fire Insurance Company peri.alkas@phelps.com klinkhak@phelps.com

Peter Menz
on behalf of Interested Party Michael Baker pmenz@maglaw.com

Philip David Racusin
on behalf of Creditor Scotland Enterprises Inc. PRacusin@hchlawyers.com, pr01010@recap.email

Philip M. Guffy
on behalf of Creditor Uni-Select Inc. pguffy@huntonak.com, philip-guffy-0813@ecf.pacerpro.com

Philip M. Guffy
on behalf of Creditor Keystone Automotive Operations Inc. pguffy@huntonak.com, philip-guffy-0813@ecf.pacerpro.com

Pratik Kumar Raj Ghosh
on behalf of Interested Party Scott Wallace prajghosh@mololamken.com

Pratik Kumar Raj Ghosh
on behalf of Interested Party Shekhar Kumar prajghosh@mololamken.com

Rachel B. Goldman
on behalf of Interested Party Edward James rachel.goldman@bracewell.com mary.kearney@bracewell.com

Rachel B. Goldman
on behalf of Defendant JCMC Investment Group LLC rachel.goldman@bracewell.com mary.kearney@bracewell.com

Rachel B. Goldman
on behalf of Defendant Edward James rachel.goldman@bracewell.com mary.kearney@bracewell.com

Rachel B. Goldman
on behalf of Defendant Optimus Private Capital LLC rachel.goldman@bracewell.com mary.kearney@bracewell.com

Rakhee V Patel

on behalf of Creditor Napier Park Global Capital (US) LP rpatel@sidley.com dgalindo@winstead.com

Randall F Scherck
on behalf of Interested Party CMX North America Inc. rscherck@ubglaw.com aschmidt@ubglaw.com

Raneen Ibrahim Abdelghani
on behalf of Creditor The Parts House THP LLP rabdelghani@bradley.com vherrera@bradley.com;aplayer@bradley.com

Raneen Ibrahim Abdelghani
on behalf of Creditor XL Parts LLC rabdelghani@bradley.com, vherrera@bradley.com;aplayer@bradley.com

Reagan H. Tres Gibbs, III
on behalf of Creditor Prospect Capital Corporation tgibbs@cokinoslaw.com dbrown@cokinoslaw.com

Reagan H. Tres Gibbs, III
on behalf of Creditor Prospect Floating Rate & Alternative Income Fund Inc. tgibbs@cokinoslaw.com, dbrown@cokinoslaw.com

Rebecca Foxwell
on behalf of Interested Party Edward James rebecca.foxwell@bracewell.com

Rebecca Lynn Matthews
on behalf of Creditor Rebuilders Automotive Supply Co. rmatthews@fbtgibbons.com becky-matthews-7833@ecf.pacerpro.com

Reese W Baker
on behalf of Creditor William Christopher Harrod courtdocs@bakerassociates.net i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net

Rene S. Roupinian
on behalf of Plaintiff Maria Tapia rsr@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Rene S. Roupinian
on behalf of Plaintiff Chad Compton rsr@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Rene S. Roupinian
on behalf of Plaintiff Giancarlo Hernandez rsr@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Rene S. Roupinian
on behalf of Plaintiff Brittany Johnson rsr@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Rene S. Roupinian
on behalf of Plaintiff Kyle Bennett rsr@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Richard Jacobsen
on behalf of Creditor Raistone Purchasing LLC -Series XXXII rjacobsen@orrick.com casestream@ecf.courtdrive.com;courtmail@orrick.com

Richard Jacobsen
on behalf of Creditor Raistone Purchasing LLC-Series XXVIII rjacobsen@orrick.com casestream@ecf.courtdrive.com;courtmail@orrick.com

Richard Jacobsen
on behalf of Creditor Raistone Capital LLC rjacobsen@orrick.com casestream@ecf.courtdrive.com;courtmail@orrick.com

Richard Allan Graham
on behalf of Creditor Royal Bank of Canada rgraham@whitecase.com mco@whitecase.com

Richard Mark Seltzer
on behalf of Creditor United Steel Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers Int'l Union rseltzer@cwsny.com

Richard Mark Seltzer
on behalf of Creditor International Union United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) rseltzer@cwsny.com

Rick Aaron Steinberg
on behalf of Creditor OEC Group rsteinberg@pricemeese.com

Robert McNamara
on behalf of Creditor HerbertUSA Inc. rmcnamara@aghattorneys.com

Robert J. Diehl, Jr.
on behalf of Creditor Mitsubishi HC Capital America Inc. rdiehl@bodmanlaw.com

Robert James Anello
on behalf of Interested Party Michael Baker ranello@maglaw.com

Robert L LeHane
on behalf of Creditor LBA RV-Company XVII LP kdwbankruptcydepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert M Hirsh
on behalf of Creditor TriMas Corporation robert.hirsh@nortonrosefulbright.com calendaring-nortonrose-9955@ecf.pacerpro.com

| | |
|---|---|
| Ronald E Gold | on behalf of Creditor Volkswagen Group of America Inc. and certain affiliates rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;lsparks@fbtlaw.com |
| Ronald J Sommers | on behalf of Trustee Ronald J Sommers efile@nathansommers.com RS@trustesolutions.com,RS@trustesolutions.net,psalazar@nathansommers.com |
| Ross McNeill Slaughter | on behalf of Interested Party Laurie Stein rslaughter@zuckerman.com |
| Ryan Anthony O'Connor | on behalf of Examiner Martin De Luca roconnor@okinadams.com nhollon@okinadams.com |
| Ryan Michael Baldwin | on behalf of Interested Party Scott Wallace rbaldwin@mololamken.com |
| Ryan Michael Baldwin | on behalf of Interested Party Shekhar Kumar rbaldwin@mololamken.com |
| Sabrina L Streusand | on behalf of Creditor NTT Managed Services Americas LLC streusand@slollp.com, apina@slollp.com |
| Sabrina L Streusand | on behalf of Creditor NTT DATA Americas Inc. streusand@slollp.com, apina@slollp.com |
| Sam Della Fera, Jr. | on behalf of Interested Party Nelly Luna sdellafera@csglaw.com |
| Samuel Eric de Freitas Hull | on behalf of Creditor United Steel Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers Int'l Union shull@cwsny.com |
| Samuel Eric de Freitas Hull | on behalf of Creditor International Union United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) shull@cwsny.com |
| Samuel Eric de Freitas Hull | on behalf of Plaintiff International Union United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) shull@cwsny.com |
| Samuel Joseph Strauss | on behalf of Plaintiff Francisco Garza sam@straussborrelli.com |
| Samuel R. Rabuck | on behalf of Creditor GPC Asia Pacific Limited sam.rabuck@bfkn.com |
| Samuel R. Rabuck | on behalf of Creditor GPC Asia Pacific Pty Ltd. sam.rabuck@bfkn.com |
| Samuel R. Rabuck | on behalf of Creditor Motion Industries (Mexico) Inc. sam.rabuck@bfkn.com |
| Samuel R. Rabuck | on behalf of Creditor Motion Industries (Canada) Inc. sam.rabuck@bfkn.com |
| Samuel R. Rabuck | on behalf of Creditor Motion Industries Inc. sam.rabuck@bfkn.com |
| Samuel R. Rabuck | on behalf of Creditor Alliance Automotive Group (EU) sam.rabuck@bfkn.com |
| Samuel R. Rabuck | on behalf of Creditor Genuine Parts Company sam.rabuck@bfkn.com |
| Sanjiv Sarma | on behalf of Creditor Laboratorio Elettrofisico USA Inc. ssarma@sgrlaw.com, bkdocketing@sgrlaw.com |
| Sara Catherine Bisantz | on behalf of Creditor Forteq UK LTD sbisantz@hselaw.com |
| Sara Elizabeth Nau | on behalf of Interested Party Twin City Fire Insurance Company sara.nau@phelps.com |
| Sara Maria Simms | on behalf of Creditor Daniel Villalta sms@romerolaw.com |
| Sarah Patricia Santos | on behalf of Interested Party David Parker ssantos@dslawpc.com rmoncivais@dslawpc.com |
| Sarah S. Mattingly | on behalf of Creditor RWI Logistics LLC sarah.mattingly@dinsmore.com jamie.herald@dinsmore.com;brooke.hudson@dinsmore.com |

| | |
|---|---|
| Scott Saldana | on behalf of Plaintiff Starlight Inventory I LLC ssaldana@reidcollins.com |
| Scott Saldana | on behalf of Trustee Ronald J Sommers ssaldana@reidcollins.com |
| Scott Saldana | on behalf of Plaintiff Starlight Inventory Holdings I LLC ssaldana@reidcollins.com |
| Scott Saldana | on behalf of Plaintiff Patterson Inventory LLC ssaldana@reidcollins.com |
| Scott Saldana | on behalf of Plaintiff Patterson Inventory Holdings LLC ssaldana@reidcollins.com |
| Scott D Fink | on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. Bronationalecf@weltman.com |
| Scott D Fink | on behalf of Creditor Toyota Industries Commercial Finance Inc. Bronationalecf@weltman.com |
| Scott E Blakeley | on behalf of Creditor Export Development Canada seb@blakeleylc.com aridgway@blakeleylc.com |
| Scott F Gautier | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION scott.gautier@faegredrinker.com san.mitchell@faegredrinker.com,docketgeneral@faegredrinker.com |
| Scott J Greenberg | on behalf of Defendant Wilmington Savings Fund Society FSB sgreenberg@gibsondunn.com, JGoldstein@gibsondunn.com;MSunday@gibsondunn.com;HTheis@gibsondunn.com;EArom@gibsondunn.com;clwilson@gibsondunn.com;ssu@gibsondunn.com;scott-j-greenberg-6049@ecf.pacerpro.com,pacer-tx@gibsondunn.com |
| Scott J Greenberg | on behalf of Defendant GLAS USA LLC sgreenberg@gibsondunn.com JGoldstein@gibsondunn.com;MSunday@gibsondunn.com;HTheis@gibsondunn.com;EArom@gibsondunn.com;clwilson@gibsondunn.com;ssu@gibsondunn.com;scott-j-greenberg-6049@ecf.pacerpro.com,pacer-tx@gibsondunn.com |
| Scott J Greenberg | on behalf of Plaintiff Wilmington Savings Fund Society FSB sgreenberg@gibsondunn.com, JGoldstein@gibsondunn.com;MSunday@gibsondunn.com;HTheis@gibsondunn.com;EArom@gibsondunn.com;clwilson@gibsondunn.com;ssu@gibsondunn.com;scott-j-greenberg-6049@ecf.pacerpro.com,pacer-tx@gibsondunn.com |
| Scott J Greenberg | on behalf of Plaintiff GLAS USA LLC sgreenberg@gibsondunn.com JGoldstein@gibsondunn.com;MSunday@gibsondunn.com;HTheis@gibsondunn.com;EArom@gibsondunn.com;clwilson@gibsondunn.com;ssu@gibsondunn.com;scott-j-greenberg-6049@ecf.pacerpro.com,pacer-tx@gibsondunn.com |
| Scott M. Ahmad | on behalf of Defendant Bank of America N.A. scott.ahmad@winstontaylor.com, scott-ahmad-9923@ecf.pacerpro.com |
| Sean Hecker | on behalf of Interested Party Peter Andrew Brumbergs shecker@heckerfink.com |
| Sean A. Gordon | on behalf of Interested Party Husqvarna Business Support AB Sean.Gordon@ThompsonHine.com ECFDocket@thompsonhine.com |
| Sean Thomas Wilson | on behalf of Creditor Mayfair Enterprises LLC swilson@shannonleellp.com, swilson@shannonleellp.com |
| Seth Brandon Shapiro | on behalf of Interested Party U.S Customs and Border Protection seth.shapiro@usdoj.gov |
| Seth Brandon Shapiro | on behalf of Intervenor United States Of America seth.shapiro@usdoj.gov |
| Seth Brandon Shapiro | on behalf of Interested Party United States Of America seth.shapiro@usdoj.gov |
| Shawn M Christianson | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Simon W Hendershot, III | on behalf of Creditor Scotland Enterprises Inc. trey@hchlawyers.com, eservice@hchlawyers.com |
| Stephen Wilcox | on behalf of Creditor ACAR Leasing Ltd kraudry@wilcoxlaw.net kraudry@wilcoxlaw.net;krw77@sbcglobal.net;swilcox@wilcoxlaw.net |
| Stephen Mark Blank | on behalf of Creditor UMB Bank N.A. stephen.blank@alston.com, brian.laine@alston.com;Amy.West@alston.com |

Stephen R. Butler
on behalf of Creditor TN Dept of Revenue agbanktexas@ag.tn.gov

Steven J Mitby
on behalf of Interested Party Press-Seal Corporation smitby@mitbylaw.com
pchavez@mitbylaw.com;apalova@mitbylaw.com;nmontez@mitbylaw.com

Steven J. Reisman
on behalf of Interested Party Hilco Valuation Services LLC, Dba Hilco Global and its designated affiliates and subsidiaries
sreisman@katten.com, nyc.bknotices@kattenlaw.com

Steven T Holmes
on behalf of Creditor First Guaranty Bank sholmes@chfirm.com chps.ecfnotices@ecf.courtdrive.com

Steven W Soule
on behalf of Creditor City of Miami Special Utility Authority ssoule@hallestill.com smccormick@hallestill.com

Susan C Mathews
on behalf of Creditor Volvo Penta of the Americas LLC smathews@bakerdonelson.com, jramos@bakerdonelson.com

T. Josh Judd
on behalf of Creditor Alpine Electronics of America Inc. jjudd@andrewsmyers.com, sray@andrewsmyers.com

Tara T. LeDay
on behalf of Creditor Michael Bueno tleday@munsch.com

Tatianna J. Witter
on behalf of Interested Party Bank Of America NA tatianna.witter@winstontaylor.com
tatianna-witter-3493@ecf.pacerpro.com;ecf_sf@winston.com

Tatianna J. Witter
on behalf of Creditor Bank of America N.A. tatianna.witter@winstontaylor.com,
tatianna-witter-3493@ecf.pacerpro.com;ecf_sf@winston.com

Tatianna J. Witter
on behalf of Defendant Bank of America N.A. tatianna.witter@winstontaylor.com,
tatianna-witter-3493@ecf.pacerpro.com;ecf_sf@winston.com

Telemachus P. Kasulis
on behalf of Interested Party Michael Baker tkasulis@maglaw.com

Thomas A Howley
on behalf of Defendant Wilmington Savings Fund Society FSB tom@howley-law.com,
roland@howley-law.com;eric@howley-law.com

Thomas A Howley
on behalf of Interested Party Ad Hoc Group tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas A Howley
on behalf of Defendant GLAS USA LLC tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas A Howley
on behalf of Plaintiff Wilmington Savings Fund Society FSB tom@howley-law.com,
roland@howley-law.com;eric@howley-law.com

Thomas A Howley
on behalf of Interested Party Ad Hoc Group of Lenders tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas A Howley
on behalf of 3rd Pty Defendant GLAS USA LLC tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas A Howley
on behalf of Plaintiff GLAS USA LLC tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas A Howley
on behalf of 3rd Pty Defendant WILMINGTON SAVINGS FUND SOCIETY FSB tom@howley-law.com,
roland@howley-law.com;eric@howley-law.com

Thomas A Howley
on behalf of Defendant First Brands Group LLC tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas G. Haskins
on behalf of Creditor The City of Jasper Indiana thaskins@btlaw.com, khgreaven@btlaw.com

Timothy Alvin Davidson, II
on behalf of Financial Advisor Alvarez & Marsal North America LLC taddavidson@hunton.com

Timothy L. Wentworth
on behalf of Creditor Carrdan Corporation twentworth@okinadams.com nhollon@okinadams.com

Toby L Gerber
on behalf of Cross-Claimant Bank of America N.A. toby.gerber@nortonrosefulbright.com

Toby L Gerber
on behalf of Plaintiff Bank of America N.A. toby.gerber@nortonrosefulbright.com

Toby L Gerber
on behalf of Other Prof. Bank of America N.A. toby.gerber@nortonrosefulbright.com

Toni Lanette Townsend
on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. toni.townsend@mccalla.com mccallaecf@ecf.courtdrive.com

Toni Lanette Townsend
on behalf of Creditor Toyota Industries Commercial Finance Inc toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

Toni Lanette Townsend
on behalf of Creditor Toyota Industries Commercial Finance Inc. toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

Tony L. Draper
on behalf of Creditor Everest National Insurance Company tdraper@walkerwilcox.com escruggs@walkerwilcox.com

Tony L. Draper
on behalf of Creditor Old Republic Insurance Company tdraper@walkerwilcox.com escruggs@walkerwilcox.com

Travis A. McRoberts
on behalf of Creditor SmartestEnergy US LLC travis.mcroberts@bakerbotts.com sarah.conley@squirepb.com;travis-a-mcroberts-1747@ecf.pacerpro.com

Trey A Monsour
on behalf of Creditor 1600 Industrial LLC tmonsour@foxrothschild.com rsolomon@foxrothschild.com;msteen@foxrothschild.com;dandreacchi@foxrothschild.com;TX.DKT@foxrothschild.com

Tyler G Doyle
on behalf of Interested Party National Union Fire Insurance Co. of Pittsburgh Pa. tgdoyle@bakerlaw.com, mvanhorn@bakerlaw.com,jhuitt@bakerlaw.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Vianey Garza
on behalf of U.S. Trustee US Trustee vianey.garza@usdoj.gov

Victoria Lee Klevan
on behalf of Creditor Evolution Credit Partners vklevan@elsberglaw.com

Victoria Nicole Argeroplos
on behalf of Creditor Valeo North America Inc. vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Victoria Nicole Argeroplos
on behalf of Creditor Valeo Sistemas Electricos S.A. de C.V. vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Victoria Nicole Argeroplos
on behalf of Creditor MAC Montacargas Corporation vargeroplos@jw.com msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Vivek Vijay Tata
on behalf of Creditor Evolution Credit Partners vtata@elsberglaw.com

Walter J Cicack
on behalf of Plaintiff Maria Tapia wcicack@hcgllp.com mallen@hcgllp.com

Walter J Cicack
on behalf of Plaintiff Giancarlo Hernandez wcicack@hcgllp.com mallen@hcgllp.com

Walter J Cicack
on behalf of Plaintiff Brittany Johnson wcicack@hcgllp.com mallen@hcgllp.com

Walter J Cicack
on behalf of Plaintiff Kyle Bennett wcicack@hcgllp.com mallen@hcgllp.com

Walter J Cicack
on behalf of Plaintiff Chad Compton wcicack@hcgllp.com mallen@hcgllp.com

Weldon Leslie Moore, III
on behalf of Creditor Metropolitan Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III
on behalf of Creditor Constellation NewEnergy Inc. wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III
on behalf of Creditor Commonwealth Edison Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

| | |
|---|---|
| Weldon Leslie Moore, III | on behalf of Creditor Ohio Power Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net |
| Weldon Leslie Moore, III | on behalf of Creditor Toledo Edison Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net |
| Weldon Leslie Moore, III | on behalf of Creditor Constellation NewEnergy Gas Division LLC wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net |
| Weldon Leslie Moore, III | on behalf of Creditor Indiana Michigan Power Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net |
| Wendi Alper-Pressman | on behalf of Creditor NP Whitaker Ave. Industrial LLC walperpressman@atllp.com, blabrier@atllp.com |
| William James Hotze | on behalf of Creditor Harley-Davidson Motor Company Inc. whotze@dykema.com |
| William Jay Dorsey | on behalf of Defendant Aequum Capital Financial II LLC William.Dorsey@gtlaw.com |
| William Joseph Harrington | on behalf of Interested Party Amanda Coxbill wharrington@goodwinlaw.com |
| William Seth Weltman | on behalf of Defendant Aequum Capital Financial II LLC will.weltman@blankrome.com CourtMail@blankrome.com,cheree.woods@blankrome.com |
| William T Reid, IV | on behalf of Trustee Ronald J Sommers wreid@reidcollins.com |
| Yosina Mariette Lissebeck | on behalf of Creditor Total Quality Logistics LLC yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com |

TOTAL: 730