# SALES CONFIRMATION
## Pennsylvania
## Fixed Price RTC

This Sales Confirmation is entered on 8/17/2020 ("Confirmation Effective Date"), by and between ENGIE Resources LLC ("ENGIE") and **Bendix Commercial Vehicle Systems Llc** ("Customer") (hereinafter collectively referred to as the "Parties") regarding the purchase and sale of electric energy and related services pursuant to and subject to the Master Electric Energy Sales Agreement dated **7/3/2019** by and between the Parties (the "Master Agreement"). Terms not defined herein shall have the meaning given in the Master Agreement.

**Transaction Term**: This Sales Confirmation shall be effective on the Confirmation Effective Date and service shall commence at the Contract Price on the Utility Transfer Date immediately on or following the Start Date. Service shall remain in effect at the Contract Price through the Utility Transfer Date immediately on or following the End Date, but in no event later than the end of the Billing Cycle including such date. Customer's options for service beyond the Utility Transfer Date immediately following the End Date include: i) executing an agreement with ENGIE for new terms and conditions of service, ii) transferring to another competitive supplier or iii) providing a written request to ENGIE to transfer Customer's accounts to the default service provider. In the event Customer does not exercise an option prior to the End Date, ENGIE may continue providing post-term service on a month-to-month basis. The price for post-term service shall be a monthly variable rate set by ENGIE. Taxes and Utility Related Charges are not included and are separately listed in an invoice.

**Contract Price:** Customer shall pay ENGIE the applicable Contract Price as specified in Attachment A, Exhibit 1 per kWh of electric energy consumed in a Billing Cycle.

Except to the extent a charge is separately listed as an obligation in this Sales Confirmation, the Contract Price may include a broker fee and includes non-utility charges including energy, ancillary services, congestion, capacity, losses, and current network integrated transmission and transmission enhancement charges (provided that changes to rate effective after contract execution may be passed through to Customer). The Contract Price does not include Taxes, Utility Related Charges, or Reliability Must Run charges. Installed (or unforced) capacity pricing may be adjusted by the final net load clearing price for periods outside the PJM RPM Base Residual Auction rates cleared as of the contract date.

**Regulatory Charges**: The Contract Price does not include Regulatory Charges.

**Taxes and Utility Related Charges**: Taxes and Utility Related Charges are separately listed in the Customer bill and are not included in any other charge identified in this Sales Confirmation.

**Transmission Enhancement Charges**. Transmission Enhancement Charges (TECs) are not included in the Contract Price or in any other ENGIE charge and shall be passed through to Customer. Customer shall pay ENGIE the TEC Charge for each Billing Cycle.

**Capacity Charge:** Customer shall also pay ENGIE the Capacity Charge for each Billing Cycle. The Capacity Charge shall be equal to the following:

(1) If Capacity Price is specified in Attachment A, Exhibit 1, the Capacity Charge shall be equal to the product of (i) the Fixed Capacity Price and (ii) the capacity obligation (in kW) as assigned to Customer's accounts by the applicable utility and/or ISO for the relevant period.
(2) If Capacity Settlement is specified in Attachment A, Exhibit 1, the Capacity Charge shall be equal to any capacity-related ISO charges attributable to Customer's account(s) for the relevant period.

**Transmission Charge:** Customer shall pay the Transmission Charge for each Billing Cycle. The Transmission Charge is equal to the product of (i) the transmission rate for the Billing Cycle in accordance with the PJM Open Access Transmission Tariff; and (ii) the transmission obligation (in kW) as assigned by the local utility to the Customer account in accordance with the PJM Open Access Transmission Tariff; and (iii) the number of days in the Billing Cycle. Changes to the PJM Open Access Transmission Tariff transmission price and transmission obligation will be effective beginning the first meter read after the effective date of the change, new price and/or obligation value.

EXHIBIT A

**Material Change in Monthly Anticipated Consumption**: In the event Customer's consumption of electricity at the Facilities/Accounts identified in Attachment A in a particular congestion zone increases or decreases in any month by thirty-five (35%) percent or more from the applicable Monthly Anticipated Consumption for at least three consecutive months, ENGIE may invoke in any subsequent month (and if invoked, then for every month thereafter) a settlement of such usage outside the 35% threshold, through (i) a charge to Customer for usage in excess of 35% above the Monthly Anticipated Consumption at an amount equal to the product of the excess energy consumption and the positive difference, if any, between the Spot Energy Price and the Contract Price; provided, however, that if the Spot Energy Price is less than the Contract Price, ENGIE will credit Customer with the product of the excess energy consumption and the difference between the Contract Price and the Spot Energy Price, or (ii) a charge to Customer for consumption less than 35% below the applicable Monthly Anticipated Consumption, at an amount equal to product of the energy consumption shortage and the positive difference, if any, between the Contract Price and the Spot Energy Price; provided, however, if the Spot Energy Price is greater than the Contract Price, ENGIE will credit Customer with the product of the energy consumption shortage and the positive difference between the Spot Energy Price and the Contract Price. Customer also shall pay ENGIE the sum of any and all fees assessed by the ISO or any applicable utility as a result of the excess or shortage in energy consumption outside the 35% threshold. The volumetric and financial impact of an addition to or deletion from the Facilities/Accounts identified in the Attachment A is not governed by this provision.

**Facilities, Accounts and Quantities:** See Attachment A.

**Miscellaneous:**

**INFORMATION FOR SMALL BUSINESS ACCOUNTS** (*accounts that receive service under a small commercial, small industrial or small business rate classification, and whose maximum peak load was less than 25 kW within the last 12 months*)

**Electric Generation Supplier License Number:** ENGIE's Pennsylvania Public Utility Commission Electric Generation Supplier (EGS) License Number is A-110156.

**Default Service Provider (Your Local Utility Company) Information**:

| DEFAULT SERVICE PROVIDER | TELEPHONE NUMBER |
|---|---|
| Metropolitan Edison Company/ Met-Ed | 1-800-545-7741 |
| Pennsylvania Electric Company/ Penelec | 1-800-545-7741 |
| Duquesne Light Company | 1- 888-393-7100 |
| Philadelphia Electric and Gas Company/ PECO | 1-800-841-4141 |
| Allegheny Power/ West Penn Power | 1-800-255-3443 |
| PPL Electric Utilities | 1-800-342-5775 |
| Pennsylvania Power Company/ Penn Power | 1-800-720-3600 |
| UGI Electric / UGI Utilities | 1-800-962-1212 |

**Service Complaints**: If you are unsatisfied with your service, please contact ENGIE to discuss your terms of service. If you are still dissatisfied with your service, you may contact the Pennsylvania Public Utility Commission at 1-800-PUC-1110**.**

**Pennsylvania Required Statements**: Generation prices and charges are set by the electric generation supplier you have chosen; ENGIE is your generation supplier. The Public Utility Commission regulates distribution prices and services; regulation by the Pennsylvania PUC sets the prices charged to you by your local utility company, and will be reflected on a separate bill you will receive from your local utility. The Federal Energy Regulatory Commission regulates transmission prices and services.

**Customer Notification Statement**: If you have a fixed term agreement with us and it is approaching the expiration date, or whenever we propose to change our terms of service in any type of agreement, you will receive written notification from us in corresponding separate mailings that precede either the expiration date or the effective date of the proposed changes. We will explain your options to you in these three advance notifications.

**Payment Terms:** **Net 20** days.

The City of Philadelphia Business Privilege Tax is not included in the Contract Price and shall be separately listed as a tax in the Customer bill.

**IDR Meter Authorization:** Customer shall, during the term of this Sales Confirmation, promptly provide all necessary authorizations to ENGIE in order to allow ENGIE to receive interval meter data (IDR) from Customer's facility(ies) listed on Attachment A. At its sole cost, ENGIE or its representative shall have the right to access or install telemetry from Customer's facility(ies) listed on Attachment A in order to track and evaluate Customer's usage on a regular basis for the purpose of load forecasting.

**"Rate Ready" Accounts**. For account(s) in which the utility uses a "rate ready" billing system, the Contract Price during the post-term period shall be a monthly variable rate set by ENGIE plus a post-term charge and any applicable non-utility related charges, ISO charges or administrative fees. Taxes and Utility Related Charges are separately listed in an invoice. Customer may terminate post-term service at any time without liability.

**ON-SITE CUSTOMER GENERATION**: The Contract Price is conditioned on Customer's representation that, except for emergency back-up generation used when the local utility is not capable of delivering electricity, Customer does not operate on-site generation or thermal storage facilities. If Customer does operate on-site generation (such as the installation and operation of solar array) or thermal storage, ENGIE shall calculate in a commercially reasonable manner the present value of any economic loss resulting from the reduced load caused by such operation. Any loss (or gain) that ENGIE calculates shall be due from (or to) Customer.

**Government/Public Entity Payment Terms and Indemnity Waiver.** This Agreement may be subject to state mandated payment term requirements for government/public entities; Customer shall provide a written verification of the applicability of such provision(s) to ENGIE to receive such extended terms at an additional cost to be determined by ENGIE. To the extent prohibited by state law or other statute, the Indemnification provision set forth in Section 2.9 of the Master Agreement shall be inapplicable.

**Independent System Operator (ISO)** means the system operator that controls or governs the transmission and distribution system or any successor thereto for the location where the facility(ies) are physically located.

**"Utility Related Charges"** means tariff based charges or surcharges assessed by a local utility arising from or related to, including but not limited to, (i) transmission and distribution of energy (other than network integrated transmission service); (ii) stranded costs or transition costs and any other similar types of charges associated with the opening of the applicable state's electric market to competition; (iii) system reliability, rate recovery, future payback of under-collections, amortization, of above market purchases or energy load repurchases, public purpose programs and all similar items.

**"Regulatory Charges"** means reliability charges, such as Reliability Must Run and Must Run Alternatives, which may be necessary to provide voltage support, capacity, energy, stability or management of localized transmission constraints. Such charges will be assigned to Customer by ENGIE in its commercially reasonable discretion.

**"Capacity Price"** means (i) the price as specified in Attachment A, Exhibit 1 in US dollars per kW-Month or, (ii) the price as specified in Attachment A, Exhibit 1 in US dollars per kW-Day multiplied by the number of days in the relevant Billing Cycle.

**"Capacity Settlement"** means the monthly, spot or ISO derived Capacity Price for the applicable ISO and capacity pricing zone.

**"Fixed Capacity Price"** means, where Capacity Price is specified in Attachment A, Exhibit 1 as "Fixed", (i) the price as specified in Attachment A, Exhibit 1 in US dollars per kW-Month or, (ii) the price as specified in

Attachment A, Exhibit 1 in US dollars per kW-Day multiplied by the number of days in the relevant Billing Cycle.

**Facility/Account Deletions Prior to End Date:** The Parties intend that each of the Facilities listed on Attachment A will be continuously served by ENGIE through the End Date shown on Attachment A. However, should Customer close a Facility or otherwise discontinue electric service prior to the End Date, then ENGIE shall calculate in a commercially reasonable manner, the present value of any economic loss it incurred thereby. Any loss that ENGIE reasonably concludes is material shall be due from Customer. Customer shall provide notice of any Facility closure to ENGIE as soon as practicable.

**Billing Contact Information:** All invoices to Customer for service under this Sales Confirmation shall be provided to the person and address specified in the chart following the signature block of this Sales Confirmation.

IN WITNESS WHEREOF, the Parties, by their respective duly authorized representatives, have executed this Sales Confirmation effective as of the Effective Date. This Sales Confirmation will not become effective as to either Party unless and until executed by both Parties.

| SIGNATURES | |
|---|---|
| **Customer: BENDIX COMMERCIAL VEHICLE SYSTEMS LLC** | **ENGIE Resources ~~LLC~~** |
| **Signature:** DocuSigned by: [signature] E1D39A358BA94FD... | **Signature:** [signature] Jay Bell |
| **Print Name:** TOM DOLL | **Print Name:** Vice President of Sales |
| **Print Title: VP, GLOBAL PURCHASING** | **Print Title:** |
| **Date:** 8/17/2020 | **Date:** 8/18/2020 |
| **CUSTOMER DUNS NUMBER:** ____________ | |
| **CUSTOMER FEDERAL TAX ID NUMBER (EIN):** 26-3792367 | |

| | BUSINESS / PRIMARY CONTACT | BILLING CONTACT | ENGIE Resources CONTACT | CUSTOMER PAYMENTS |
|---|---|---|---|---|
| **NAME: ATTN:** | **RITA SCHWEIBINZ** | **RITA SCHWEIBINZ** | ENGIE Resources | Wire payments to: Mellon Bank<br>Account Title: ENGIE Resources<br>Account No. 8-086-282<br>ABA Number: 031000037<br>For payment by check, please send to: ENGIE Resources P.O. Box 9001025 Louisville, KY 40290-1025 |
| **STREET ADDRESS:** | **901 CLEVELAND ST** | **901 CLEVELAND ST** | 1990 Post Oak Blvd. | |
| **CITY, STATE, ZIP:** | **ELYRIA, OH, 44035** | **ELYRIA, OH, 44035** | Houston, TX 77056 | |
| **PHONE #:** | **4403299771** | **4403299771** | 1-888-232-6206 | |
| **FAX #:** | | | (713) 636-0927 | |
| **EMAIL:** | **rita.schweibinz@bendix.com** | **rita.schweibinz@bendix.com** | custserv@na.engie.com | |

X___Check here if accounts are tax exempt and send certificates to custserv@na.engie.com. No exemption is applied until receipt of tax certificates.

DocuSign Envelope ID: A9B22893-80BC-4492-8193-AB0B2FE83D43

Customer: BENDIX COMMERCIAL VEHICLE SYSTEMS LLC
Effective Date: 08/17/2020
Agreement #: 1-10V2G03,1
PR #: 1-10UYNFE,1

**ATTACHMENT A: AGREEMENT SUMMARY INFORMATION**

Product Code: FP01-CP01B-CP02B-CP02E-CA01-TB07
Product: Fixed Price RTC

## Exhibit 1: Facilities and Accounts

| # | Facility Name Service Address | City, State, Zip | County | Utility | Delivery Point | Account Number | Rate Schedule | Start Date | End Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | N FORNEY AVE PINE ST | HANOVER, PA 17331-7331 | UNKNOWN | METED | METED Resid Agg | 08013419260002327859 | GS | 12/01/2020 | 11/30/2023 |
| 2 | PHILADELPHIA ST | HANOVER, PA 17331-7331 | UNKNOWN | METED | METED Resid Agg | 08013419260002087493 | GS | 12/01/2020 | 11/30/2023 |
| 3 | 239 RIDGE AVE R | HANOVER, PA 17331-7331 | UNKNOWN | METED | METED Resid Agg | 08013419260002087892 | GS | 12/01/2020 | 11/30/2023 |
| 4 | 400 PINE STREET | HANOVER, PA 17331-7331 | UNKNOWN | METED | METED Resid Agg | 08013419260002327879 | GST | 12/01/2020 | 11/30/2023 |
| 5 | 101 PHILADELPHIA ST | HANOVER, PA 17331-7331 | UNKNOWN | METED | METED Resid Agg | 08013419260002087950 | GP | 12/01/2020 | 11/30/2023 |
| 6 | 447 E MIDDLE ST | HANOVER, PA 17331-7331 | UNKNOWN | METED | METED Resid Agg | 08013419260002469088 | GS | 12/01/2020 | 11/30/2023 |
| 7 | E MIDDLE ST | HANOVER, PA 17331-7331 | UNKNOWN | METED | METED Resid Agg | 08013419260002087853 | GS | 12/01/2020 | 11/30/2023 |
| 8 | MIDDLE ST R | HANOVER, PA 17331-7331 | UNKNOWN | METED | METED Resid Agg | 08013419260002285809 | GP | 12/01/2020 | 11/30/2023 |

| | |
|---|---|
| Capacity Settlement: | Monthly |
| Contract Price ($/KWh): | 0.03143 |

DocuSign Envelope ID: A9B22893-80BC-4492-8193-AB0B2FE83D43

Customer: BENDIX COMMERCIAL VEHICLE SYSTEMS LLC
Effective Date: 08/17/2020
Agreement #: 1-10V2G03,1
PR #: 1-10UYNFE,1

**ATTACHMENT A: AGREEMENT SUMMARY INFORMATION**

**Exhibit 2: Monthly Anticipated Consumption (in MWh)**

**Delivery Point:** METED Resid Agg

| Month | Year | MWh |
|---|---|---|
| Dec | 2020 | 4,040.67 |
| Jan | 2021 | 3,695.01 |
| Feb | 2021 | 4,186.59 |
| Mar | 2021 | 4,087.79 |
| Apr | 2021 | 4,404.51 |
| May | 2021 | 4,457.35 |
| Jun | 2021 | 4,411.99 |
| Jul | 2021 | 4,414.66 |
| Aug | 2021 | 4,398.43 |
| Sep | 2021 | 4,507.62 |
| Oct | 2021 | 4,072.76 |
| Nov | 2021 | 3,922.28 |
| Dec | 2021 | 3,173.09 |
| Jan | 2022 | 3,695.01 |
| Feb | 2022 | 4,186.59 |
| Mar | 2022 | 4,087.79 |
| Apr | 2022 | 4,404.51 |
| May | 2022 | 4,457.35 |
| Jun | 2022 | 4,411.99 |
| Jul | 2022 | 4,414.66 |
| Aug | 2022 | 4,398.43 |
| Sep | 2022 | 4,507.62 |
| Oct | 2022 | 4,072.76 |
| Nov | 2022 | 3,922.28 |
| Dec | 2022 | 3,173.09 |
| Jan | 2023 | 3,695.01 |
| Feb | 2023 | 4,186.59 |
| Mar | 2023 | 4,087.79 |
| Apr | 2023 | 4,404.51 |
| May | 2023 | 4,457.35 |
| Jun | 2023 | 4,411.99 |
| Jul | 2023 | 4,414.66 |

DocuSign Envelope ID: A9B22893-80BC-4492-8193-AB0B2FE83D43

Customer: BENDIX COMMERCIAL VEHICLE SYSTEMS LLC
Effective Date: 08/17/2020
Agreement #: 1-10V2G03,1
PR #: 1-10UYNFE,1

**ATTACHMENT A: AGREEMENT SUMMARY INFORMATION**

**Delivery Point:** METED Resid Agg

| | | |
|---|---|---|
| Aug | 2023 | 4,398.43 |
| Sep | 2023 | 4,507.62 |
| Oct | 2023 | 4,072.76 |
| Nov | 2023 | 3,922.28 |

**ACKNOWLEDGMENT:**

Customer has reviewed the Account Numbers on this Attachment A for accuracy and completeness and verifies that the facilities and accounts identified on this Attachment A are owned or under its control.

Signature: DocuSigned by: [signature] E1D39A358BA94FD...

Print Name: Thomas Doll Vice President Of Purchasing

[x] Customer, please check this box if your accounts are tax exempt.
If tax exempt, please send your tax exemption certificates to custserv@na.engie.com
We cannot apply the tax exemption until we receive your certificates.

DocuSign SECURED

## Certificate Of Completion

Envelope Id: A9B2289380BC44928193AB0B2FE83D43 Status: Completed
Subject: Please DocuSign: Hanover_ELEC_Engie Sales Confirm_3yr_Bendix.pdf
Source Envelope:

| | | |
|---|---|---|
| Document Pages: 7 | Signatures: 2 | Envelope Originator: |
| Certificate Pages: 5 | Initials: 0 | Rita Schweibinz |
| AutoNav: Enabled | | Rita.Schweibinz@Bendix.com |
| EnvelopeId Stamping: Enabled | | IP Address: 161.69.123.10 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>8/17/2020 3:46:26 PM | Holder: Rita Schweibinz<br>Rita.Schweibinz@Bendix.com | Location: DocuSign |

## Signer Events | Signature | Timestamp

Thomas Doll
Thomas.Doll@bendix.com
Vice President Of Purchasing
Bendix
Security Level: Email, Account Authentication (None)

DocuSigned by:

E1D39A358BA94FD...

Signature Adoption: Uploaded Signature Image
Using IP Address: 69.171.196.28
Signed using mobile

Sent: 8/17/2020 4:01:30 PM
Viewed: 8/17/2020 4:02:18 PM
Signed: 8/17/2020 4:06:08 PM

**Electronic Record and Signature Disclosure:**
Accepted: 6/11/2018 10:11:57 AM
ID: b7e745ed-db7a-44b3-8ff1-996dad7507be

## In Person Signer Events | Signature | Timestamp

## Editor Delivery Events | Status | Timestamp

## Agent Delivery Events | Status | Timestamp

## Intermediary Delivery Events | Status | Timestamp

## Certified Delivery Events | Status | Timestamp

## Carbon Copy Events | Status | Timestamp

Laura Stump
lstump@sustainable-energy-services.com
Security Level: Email, Account Authentication (None)
**Electronic Record and Signature Disclosure:**
Not Offered via DocuSign

COPIED

Sent: 8/17/2020 4:06:09 PM
Viewed: 8/17/2020 4:07:08 PM

Bob Brawner
robert.brawner@rh-sheppard.com
Security Level: Email, Account Authentication (None)
**Electronic Record and Signature Disclosure:**
Not Offered via DocuSign

COPIED

Sent: 8/17/2020 4:06:09 PM

Brian Gigliotti
Brian.gigliotti@bendix.com
Indirect Purchasing Manager
Security Level: Email, Account Authentication (None)
**Electronic Record and Signature Disclosure:**

COPIED

Sent: 8/17/2020 4:06:10 PM

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Not Offered via DocuSign | | |
| John Cohrac<br>john.cohrac@rh-sheppard.com<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | COPIED | Sent: 8/17/2020 4:06:10 PM |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 8/17/2020 4:06:10 PM |
| Certified Delivered | Security Checked | 8/17/2020 4:06:10 PM |
| Signing Complete | Security Checked | 8/17/2020 4:06:10 PM |
| Completed | Security Checked | 8/17/2020 4:06:10 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

**CONSUMER DISCLOSURE**

From time to time, Bendix (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign, Inc. (DocuSign) electronic signing system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of a DocuSign envelope instead of signing it. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Bendix:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: rita.schweibinz@bendix.com

**To advise Bendix of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at rita.schweibinz@bendix.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address..

In addition, you must notify DocuSign, Inc. to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.

**To request paper copies from Bendix**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to rita.schweibinz@bendix.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.
**To withdraw your consent with Bendix**

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an e-mail to rita.schweibinz@bendix.com and in the body of such request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| | |
|---|---|
| Operating Systems: | Windows® 2000, Windows® XP, Windows Vista®; Mac OS® X |
| Browsers: | Final release versions of Internet Explorer® 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); Safari™ 3.0 or above (Mac only) |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files |
| Screen Resolution: | 800 x 600 minimum |

| | |
|---|---|
| Enabled Security Settings: | Allow per session cookies |

** These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the ‘I agree’ button below.

By checking the ‘I agree’ box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC CONSUMER DISCLOSURES document; and
- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and
- Until or unless I notify Bendix as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by Bendix during the course of my relationship with you.