engie

**ASSIGNMENT** Date: _6-22-2023_

**CUSTOMER AGREEMENT:**

**Dated _ (the "Agreement") between ENGIE Resources LLC and _(Assignor)– Agreement No. xxxxxxxx _.**

**Please be advised that pursuant to the Agreement, this notice documents the terms of the proposed assignment to the Assignee identified below. As of the Assignment Date and continuing through the Agreement End Date, ENGIE Resources LLC will transfer and assign to Assignee all of Assignor's rights and liabilities under the Agreement. Assignee agrees to accept assignment of the Agreement effective on the Assignment Date. Assignor shall not be released of liabilities or performance obligations prior to the Assignment Date. As of the Assignment Date, all references to the Assignor are replaced with the Assignee Legal Entity Name. The information provided in the Agreement Section entitled Notices shall be replaced with the Assignee information below.**

| ASSIGNEE INFORMATION | | | |
|---|---|---|---|
| *Legal Entity Name | Eagle Castings LLC | | |
| *Customer Contact Name | Shekhar Kumar | *Customer Contact Telephone | 216-906-2744 |
| *Customer Contact Title | Managing Director | *Customer Contact E-mail | Shekhar.Kumar@firstbrandsgroup.com |
| *Billing Contact Name | Nigel Crighton / Steve Furst | *Billing Contact Telephone | |
| *Billing Contact Title | Director of Finance / Controller | *Billing Contact E-mail | nigel.crighton@firstbrandsgroup.com; accountspayable@eaglemachining.com; stephen.furst@firstbrandsgroup.com |
| Federal Tax ID | 92-1818804 | Assignee DUNS No. | 11-900-3552 |
| *Mailing Address | 447 East Middle Street, Hanover, PA 17331 | | |
| *Billing Address *(if different from Mailing Address)* | 447 East Middle Street, Hanover, PA 17331 | | |
| **CONTRACT INFORMATION** | | | |
| Contract price ($/kwh): | **$_0.03143 /kWh with capacity settlement monthly** | | |
| End Date | ( 11 /30 / 2023 (year) (*Utility Transfer following End Date*) | | |
| *Accounts/Service Addresses: | **See table below** | | |
| **ACKNOWLEDGMENT AND CONSENT** | | | |
| The Agreement shall remain in full force and effect except as expressly amended by this Assignment. This Assignment is not effective until fully executed by ENGIE and Assignee ("Assignment Date"). Please exhibit your acceptance by executing the signature block below. This Assignment must be executed within ten (10) days of the date of this notice or ENGIE may cancel this Assignment immediately. Please note that this change(s) may take one to two billing cycles from the date of receipt of your reply email to be processed to completion. | | | |
| *ASSIGNEE Signature | [signature] | | |
| *Print Name | Shekhar Kumar | | |
| *Print Title | Managing Director | | |
| *Date | June 27, 2023 | | |
| | | | |
| ENGIE Resources Signature | [signature] Jay Bell Vice President of Sales | | |
| Print Name | | | |
| Print Title | 7/13/2023 | | |



ENGIE Form –Assignment (full and partial) – version Oct 2020

*required fields in order to proceed with assignment request*

EXHIBIT B

| **Date** | |
|---|---|

1360 Post Oak Blvd, Ste 400 Houston, TX 77056 | 1-866-693-6443 | Email Address: care@engieresources.com | FID: 76-0685946 | Duns No.: 099668332 | www.engieresources.com

| Facility Account/Service Address | City, State, Zip | Utility | Delivery Point | Account Number | Rate Schedule |
|---|---|---|---|---|---|
| Middle St R | **Hanover, PA 17331** | METED | _ | 08013419260002285809 | ME-GP |
| 447 E Middle St | **Hanover, PA 17331** | METED | _ | 08013419260002469088 | ME-GS |
| **E Middle St** | Hanover, PA 17331_ | METED | _ | 08013419260002087853 | ME-GS |
| – | | | – | | – |
| _ | _ | _ | _ | _ | _ |
| _ | _ | _ | _ | _ | _ |
| _ | _ | _ | _ | _ | _ |
| _ | _ | _ | _ | _ | _ |
| _ | _ | _ | _ | _ | _ |
| _ | _ | _ | _ | _ | _ |
| _ | _ | _ | _ | _ | _ |
| _ | _ | _ | _ | _ | _ |
| _ | _ | _ | _ | _ | _ |
| _ | _ | _ | _ | _ | _ |
| _ | _ | _ | _ | _ | _ |
| _ | _ | _ | _ | _ | _ |
| _ | _ | _ | _ | _ | _ |
| _ | _ | _ | _ | _ | _ |
| _ | _ | _ | _ | _ | _ |
| _ | _ | _ | _ | _ | _ |
| _ | _ | _ | _ | _ | _ |
| _ | _ | _ | _ | _ | _ |



*required fields in order to proceed with assignment request*