# ENGIE RESOURCES LLC

## Post-Petition Electricity Statements and Interest Schedule: Eagle Casting, LLC

*In re First Brands Group, LLC, et al.*, Case No. 25-90399 (CML) (Bankr. S.D. Tex.)

This exhibit contains the fourteen statements ENGIE Resources LLC issued for electricity supplied from September 29, 2025, through April 17, 2026, to the facility at 447 E Middle St and Middle St R, Hanover, Pennsylvania, under Bill Account No. 0000330299 (“Account 0299”) and Bill Account No. 0000330300 (“Account 0300”), arranged by account and service period. The claim consists of the current service charges on each statement plus simple interest at 1.5% per month (18% per year, computed daily) from each statement’s due date through September 1, 2026, the date the case converted to chapter 7. The claim excludes the pre-petition balances carried on the first post-petition statement for each account ($365,456.29 on Account 0299 and $48,047.33 on Account 0300), all interest on those balances, and the late-payment charges shown on the statements.

| Account | Statement No. | Service Period | Issued | Due | Exhibit Pages | Service Charges | Days Past Due to 9/1/2026 | Interest at 1.5% per Month | Total Claimed |
|---|---|---|---|---|---|---|---|---|---|
| 0299 | 10657031 | 9/29/2025 to 10/15/2025 | 1/26/2026 | 2/16/2026 | 2–4 | $65,536.90 | 197 | $6,366.95 | $71,903.85 |
| 0299 | 10658266 | 10/16/2025 to 11/16/2025 | 1/26/2026 | 2/16/2026 | 5–7 | $127,616.00 | 197 | $12,397.98 | $140,013.98 |
| 0299 | 10658413 | 11/17/2025 to 12/15/2025 | 1/26/2026 | 2/16/2026 | 8–10 | $94,237.24 | 197 | $9,155.21 | $103,392.45 |
| 0299 | 10698432 | 12/16/2025 to 1/14/2026 | 2/3/2026 | 2/23/2026 | 11–13 | $77,070.14 | 190 | $7,221.37 | $84,291.51 |
| 0299 | 10773792 | 1/15/2026 to 2/12/2026 | 2/23/2026 | 3/16/2026 | 14–16 | $99,291.11 | 169 | $8,275.17 | $107,566.28 |
| 0299 | 10875369 | 2/13/2026 to 3/15/2026 | 3/23/2026 | 4/13/2026 | 17–19 | $71,920.99 | 141 | $5,000.97 | $76,921.96 |
| 0299 | 10989490 | 3/16/2026 to 4/14/2026 | 4/22/2026 | 5/12/2026 | 20–22 | $67,413.47 | 112 | $3,723.44 | $71,136.91 |
| | | **Account 0299 Subtotal** | | | | **$603,085.85** | | **$52,141.09** | **$655,226.94** |
| 0300 | 10670042 | 9/29/2025 to 10/26/2025 | 1/22/2026 | 2/11/2026 | 23–25 | $14,144.76 | 202 | $1,409.05 | $15,553.81 |
| 0300 | 10670248 | 10/27/2025 to 11/24/2025 | 1/26/2026 | 2/16/2026 | 26–28 | $16,143.09 | 197 | $1,568.31 | $17,711.40 |
| 0300 | 10670310 | 11/25/2025 to 12/22/2025 | 1/26/2026 | 2/16/2026 | 29–31 | $15,081.11 | 197 | $1,465.14 | $16,546.25 |
| 0300 | 10807325 | 12/23/2025 to 1/22/2026 | 3/6/2026 | 3/26/2026 | 32–34 | $15,108.01 | 159 | $1,184.63 | $16,292.64 |
| 0300 | 10807414 | 1/23/2026 to 2/22/2026 | 3/6/2026 | 3/26/2026 | 35–37 | $25,861.32 | 159 | $2,027.81 | $27,889.13 |
| 0300 | 10947919 | 2/23/2026 to 3/23/2026 | 4/9/2026 | 4/29/2026 | 38–40 | $16,461.76 | 125 | $1,014.77 | $17,476.53 |
| 0300 | 11030234 | 3/24/2026 to 4/17/2026 | 4/30/2026 | 5/20/2026 | 41–43 | $12,163.15 | 104 | $623.82 | $12,786.97 |
| | | **Account 0300 Subtotal** | | | | **$114,963.20** | | **$9,293.53** | **$124,256.73** |
| | | **Total** | | | | **$718,049.05** | | **$61,434.62** | **$779,483.67** |

Every statement shows that no payment was received. Bank account numbers on the statements are redacted to the last four digits under Bankruptcy Rule 9037.

**EXHIBIT C**

**Service Address:**
EAGLE CASTINGS LLC
MIDDLE ST R
HANOVER, PA 17331

## ACCOUNT SUMMARY

**Previous Charges**

| | |
|---|---|
| Previous Balance | $365,456.29 |
| Payment(s) Received | $0.00 |

*Recent payments may not yet be reflected. Please log into your account at accounts.engieresources.com for the most up to date status.*

**Current Charges**

| | |
|---|---|
| Current Charges (Details on next page) | $65,536.90 |
| Late Fees | $5,423.22 |
| Credit/Adjustments | -$365,456.29 |
| Total Amount Due by 2/16/2026 | **$70,960.12** |

*An overdue payment for this invoice will accrue at a simple interest rate of 1.5% per month if payment is not received by 2/16/2026.*

## ACCOUNT INFORMATION

| | |
|---|---|
| **Statement Issued Date** | 1/26/2026 |
| **Billing Period** | 9/29/2025 to 10/15/2025 |
| **Statement Number** | 10657031 |
| **Utility Account Number (UAN)** | 08076657440002285809 |
| **Bill Account Number (BAN)** | 0000330299 |
| **Contract Expiration** | 11-30-2025 |

## USAGE HISTORY

You used 449,148 kWh in 17 days, or an average of 26,420 kWh a day. The average price you paid for electric service is 12.953¢ per kWh excluding taxes and non-recurring charges or credits.




## YOUR CARBON FOOTPRINT

Based on your monthly usage of **449,148 kWh** your equivalent emissions of Carbon is **137.067 metric tons of $CO_2$e.**

**That's the equivalent of...**

339,198 miles driven by an average gas-powered vehicle.

*If you purchased renewables, please inquire about your end of year statement. To find out ways to reduce your carbon emissions, contact us at greentailer@engie.com or reach out to your sales representative.*

| DUE DATE | BILL ACCOUNT # | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 2/16/2026 | 0000330299 | $70,960.12 | $________________ |

PO Box 17867
San Antonio TX 78217

## HOW TO PAY YOUR BILL

Scan to pay

**ONLINE**
Pay by credit card or bank account on My ENGIE Portal at **accounts.engieresources.com**

**CHECK**
Return this tear-off section with a check payable to **ENGIE Resources.**

*See more ways to pay under Additional Payment Options.*

EAGLE CASTINGS LLC
447 E MIDDLE ST
HANOVER PA 17331-2543

ENGIE Resources LLC
PO Box 841680
Dallas TX 75284-1680

00003302991065700070960122602168

## IMPORTANT MESSAGES

Your contract rate is valid through the meter date on or following 11/2025. If by that time you have not signed a new contract for service, then you will begin paying a post-term rate for month-to-month service. For more details on renewal options or post-term service, please refer to your contract terms and conditions.

## CURRENT READINGS

For an explanation of charges and term definitions, *see Understanding Your Bill section.*

| Meter Number | Previous Meter Read Date | Current Meter Read Date | Previous Meter Read | Current Meter Read | Meter Constant | Usage Type | Usage |
|---|---|---|---|---|---|---|---|
| UNMETERED | 9/29/2025 | 10/15/2025 | | | 0 | kW | 2,150.4 |
| UNMETERED | 9/29/2025 | 10/15/2025 | | | 0 | kWh | 449,148 |

## CURRENT CHARGES




| | |
|---|---|
| **Supplier Charges** | **$18,793.92** |
| Index Energy Charge 468133.48kWh @ $0.02959 | $13,853.29 |
| Retail Adder Charge 449148kWh @ $0.011 | $4,940.63 |
| **Settlement Charges** | **$39,385.53** |
| Transmission Charge 4086.13kW @ $0.22628 for 16 days | $15,718.36 |
| Capacity Charge 3914.69kW @ $0.27043 for 16 days | $17,997.26 |
| Ancillary Services Charge | $5,669.91 |
| **Taxes and Fees** | **$7,357.45** |
| Gross Receipts Tax | $3,647.81 |
| Sales Tax - State | $3,709.64 |

Current Charges
**$65,536.90**

## CONTACT US

**MY ENGIE PORTAL**
accounts.engieresources.com

**EMAIL**
care@engieresources.com

**PHONE**
866-MYENGIE (866-693-6443)
Mon-Fri // 7am-6pm CST

**POWER OUTAGE/EMERGENCY**
Call your local utility First Energy - Met Ed at 1-800-545-7741

# UNDERSTANDING YOUR BILL

For an explanation of additional charges and term definitions, visit: **accounts.engieresources.com/faqs/UnderstandingYourBill**

**Bill Account Number**
A unique number assigned to your account. Customers with multiple locations may have multiple account numbers.

**Due Date**
The date your payment is due to arrive at ENGIE Resources in order to avoid late charges.

**Energy Charge**
Charges for electricity used during this period.

**Utility Charges**
Charges for services rendered by your local Transmission and Distribution Service Provider. These charges are set by the service provider.

**Taxes**
Taxes imposed on energy and utility charges and remitted to taxing entities.

**Late Payment Charges**
1.5% monthly charge on funds received after the due date.

**Prevent Termination**
Please be aware that all charges must be paid each month to keep your account current and prevent collection activities. Neglecting to pay all charges may result in contract termination.

**Right to Dispute Bill**
If you believe your bill is inaccurate or you wish to dispute all or part of any bill, please register any question or complaint about the bill prior to the due date by contacting ENGIE Resources at 1-866-693-6443 (1-866-MYEngie). If you are not satisfied with the decision or do not receive a decision within 10 days, you have the right to appeal to the Pennsylvania Public Utilities Commission, Bureau of Consumer Services, P.O. Box 3265, Harrisburg, Pa. 17105-3265. Telephone 1-800-782-1110.

**Price Changes**
Please note, the amount billed on this invoice may include price changes allowed by law or regulatory actions.

**Meter Constant**
A fixed value which is used when converting meter readings to actual energy use.

**Power Factor**
A measurement used by some electrical distribution companies to determine the ratio of real power flowing to the load of apparent power.

**OffPk (Off-Peak)**
Those periods of time at which energy is generally being delivered far below the utility's maximum demand.

**OnPk (On-Peak)**
Those periods of time at which energy is generally being delivered near or at the utility's maximum demand.

**kW (kilowatt)**
A unit of power equal to 1000 watts.

**kWh (Kilowatt-hour)**
The standard unit for measuring electricity energy consumption. equal to 1,000 watt-hours.

**kVa (Kilovolt-ampere)**
The amount of apparent power in an electrical circuit, equal to the product of voltage and current.

**kVAR (Kilo-Volt-Amperes Reactive)**
The product of the voltage and the amperage required to excite inductive circuits.

**kVARH (Kilo-Volt Amp Reactive Hours)**
A measure of energy supplied but not converted into work.

**kV (kilovolt)**
A unit of electromotive force, equal to 1,000 volts.

## ADDITIONAL PAYMENT OPTIONS

**Corporate Headquarters:** ENGIE Resources, 1360 Post Oak Blvd, Suite 400, Houston TX 77056

**Make electronic payments to:** Bank of America Merrill Lynch, Dallas, ACH Routing: 111000012, Wire ABA: 026009593, Account Number: XXXXXX5207

**Mail payments to:** ENGIE Resources LLC, P.O. Box 841680 Dallas, TX 75284-1680

**Mail overnight payments to:** Bank of America Lockbox Services, Lockbox 841680, 1950 N Stemmons Freeway, Suite 5010 Dallas, TX 75207

**Mail notes and letters in a separate envelope to:** ENGIE Resources, 1360 Post Oak Blvd, Suite 400, Houston TX 77056.
* Fed. I.D. 37-1796578. * A-110156

engie

**Service Address:**
EAGLE CASTINGS LLC
MIDDLE ST R
HANOVER, PA 17331

## ACCOUNT SUMMARY

**Previous Charges**

| | |
|---|---|
| Previous Balance | $70,960.12 |
| Payment(s) Received | $0.00 |

*Recent payments may not yet be reflected. Please log into your account at accounts.engieresources.com for the most up to date status.*

**Current Charges**

| | |
|---|---|
| Current Charges (Details on next page) | $127,616.00 |
| Total Amount Due by 2/16/2026 | **$198,576.12** |

*An overdue payment for this invoice will accrue at a simple interest rate of 1.5% per month if payment is not received by 2/16/2026.*

## ACCOUNT INFORMATION

| | |
|---|---|
| **Statement Issued Date** | 1/26/2026 |
| **Billing Period** | 10/16/2025 to 11/16/2025 |
| **Statement Number** | 10658266 |
| **Utility Account Number (UAN)** | 08076657440002285809 |
| **Bill Account Number (BAN)** | 0000330299 |
| **Contract Expiration** | 11-30-2025 |

## USAGE HISTORY

You used 795,445 kWh in 32 days, or an average of 24,857 kWh a day. The average price you paid for electric service is 14.242¢ per kWh excluding taxes and non-recurring charges or credits.




## YOUR CARBON FOOTPRINT

Based on your monthly usage of **795,445 kWh** your equivalent emissions of Carbon is **242.747 metric tons of $CO_2$e.**

**That's the equivalent of...**

600,724 miles driven by an average gas-powered vehicle.

*If you purchased renewables, please inquire about your end of year statement. To find out ways to reduce your carbon emissions, contact us at greentailer@engie.com or reach out to your sales representative.*

| DUE DATE | BILL ACCOUNT # | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 2/16/2026 | 0000330299 | $198,576.12 | $________________ |

engie

PO Box 17867
San Antonio TX 78217

## HOW TO PAY YOUR BILL

*Scan to pay*

**ONLINE**
Pay by credit card or bank account on My ENGIE Portal at **accounts.engieresources.com**

**CHECK**
Return this tear-off section with a check payable to **ENGIE Resources.**

*See more ways to pay under Additional Payment Options.*

EAGLE CASTINGS LLC
447 E MIDDLE ST
HANOVER PA 17331-2543

ENGIE Resources LLC
PO Box 841680
Dallas TX 75284-1680

0000330299106582019857612260216 5

## IMPORTANT MESSAGES

Your contract rate is valid through the meter date on or following 11/2025. If by that time you have not signed a new contract for service, then you will begin paying a post-term rate for month-to-month service. For more details on renewal options or post-term service, please refer to your contract terms and conditions.

## CURRENT READINGS

For an explanation of charges and term definitions, *see Understanding Your Bill section.*

| Meter Number | Previous Meter Read Date | Current Meter Read Date | Previous Meter Read | Current Meter Read | Meter Constant | Usage Type | Usage |
|---|---|---|---|---|---|---|---|
| UNMETERED | 10/16/2025 | 11/16/2025 | | | 0 | kW | 2,284.8 |
| UNMETERED | 10/16/2025 | 11/16/2025 | | | 0 | kWh | 795,446 |

## CURRENT CHARGES




| | |
|---|---|
| **Supplier Charges** | **$41,443.84** |
| Index Energy Charge 829069.5kWh @ $0.03943 | $32,693.93 |
| Retail Adder Charge 795446kWh @ $0.011 | $8,749.91 |
| **Settlement Charges** | **$71,845.46** |
| Ancillary Services Charge | $8,390.24 |
| Transmission Charge 4086.13kW @ $0.22628 for 31 days | $29,587.50 |
| Capacity Charge 3913.59kW @ $0.27043 for 31 days | $33,867.72 |
| **Taxes and Fees** | **$14,326.70** |
| Gross Receipts Tax | $7,103.15 |
| Sales Tax - State | $7,223.55 |

Current Charges
**$127,616.00**

## CONTACT US

**MY ENGIE PORTAL**
accounts.engieresources.com

**EMAIL**
care@engieresources.com

**PHONE**
866-MYENGIE (866-693-6443)
Mon-Fri // 7am-6pm CST

**POWER OUTAGE/EMERGENCY**
Call your local utility First Energy - Met Ed at 1-800-545-7741

# UNDERSTANDING YOUR BILL

For an explanation of additional charges and term definitions, visit: **accounts.engieresources.com/faqs/UnderstandingYourBill**

**Bill Account Number**
A unique number assigned to your account. Customers with multiple locations may have multiple account numbers.

**Due Date**
The date your payment is due to arrive at ENGIE Resources in order to avoid late charges.

**Energy Charge**
Charges for electricity used during this period.

**Utility Charges**
Charges for services rendered by your local Transmission and Distribution Service Provider. These charges are set by the service provider.

**Taxes**
Taxes imposed on energy and utility charges and remitted to taxing entities.

**Late Payment Charges**
1.5% monthly charge on funds received after the due date.

**Prevent Termination**
Please be aware that all charges must be paid each month to keep your account current and prevent collection activities. Neglecting to pay all charges may result in contract termination.

**Right to Dispute Bill**
If you believe your bill is inaccurate or you wish to dispute all or part of any bill, please register any question or complaint about the bill prior to the due date by contacting ENGIE Resources at 1-866-693-6443 (1-866-MYEngie). If you are not satisfied with the decision or do not receive a decision within 10 days, you have the right to appeal to the Pennsylvania Public Utilities Commission, Bureau of Consumer Services, P.O. Box 3265, Harrisburg, Pa. 17105-3265. Telephone 1-800-782-1110.

**Price Changes**
Please note, the amount billed on this invoice may include price changes allowed by law or regulatory actions.

**Meter Constant**
A fixed value which is used when converting meter readings to actual energy use.

**Power Factor**
A measurement used by some electrical distribution companies to determine the ratio of real power flowing to the load of apparent power.

**OffPk (Off-Peak)**
Those periods of time at which energy is generally being delivered far below the utility's maximum demand.

**OnPk (On-Peak)**
Those periods of time at which energy is generally being delivered near or at the utility's maximum demand.

**kW (kilowatt)**
A unit of power equal to 1000 watts.

**kWh (Kilowatt-hour)**
The standard unit for measuring electricity energy consumption. equal to 1,000 watt-hours.

**kVa (Kilovolt-ampere)**
The amount of apparent power in an electrical circuit, equal to the product of voltage and current.

**kVAR (Kilo-Volt-Amperes Reactive)**
The product of the voltage and the amperage required to excite inductive circuits.

**kVARH (Kilo-Volt Amp Reactive Hours)**
A measure of energy supplied but not converted into work.

**kV (kilovolt)**
A unit of electromotive force, equal to 1,000 volts.

## ADDITIONAL PAYMENT OPTIONS

**Corporate Headquarters:** ENGIE Resources, 1360 Post Oak Blvd, Suite 400, Houston TX 77056

**Make electronic payments to:** Bank of America Merrill Lynch, Dallas, ACH Routing: 111000012, Wire ABA: 026009593, Account Number: XXXXXX5207

**Mail payments to:** ENGIE Resources LLC, P.O. Box 841680 Dallas, TX 75284-1680

**Mail overnight payments to:** Bank of America Lockbox Services, Lockbox 841680, 1950 N Stemmons Freeway, Suite 5010 Dallas, TX 75207

**Mail notes and letters in a separate envelope to:** ENGIE Resources, 1360 Post Oak Blvd, Suite 400, Houston TX 77056.
* Fed. I.D. 37-1796578. * A-110156

engie

**Service Address:**
EAGLE CASTINGS LLC
MIDDLE ST R
HANOVER, PA 17331

## ACCOUNT SUMMARY

**Previous Charges**

| | |
|---|---|
| Previous Balance | $198,576.12 |
| Payment(s) Received | $0.00 |

*Recent payments may not yet be reflected. Please log into your account at accounts.engieresources.com for the most up to date status.*

**Current Charges**

| | |
|---|---|
| Current Charges (Details on next page) | $94,237.24 |
| Total Amount Due by 2/16/2026 | **$292,813.36** |

*An overdue payment for this invoice will accrue at a simple interest rate of 1.5% per month if payment is not received by 2/16/2026.*

## ACCOUNT INFORMATION

| | |
|---|---|
| **Statement Issued Date** | 1/26/2026 |
| **Billing Period** | 11/17/2025 to 12/15/2025 |
| **Statement Number** | 10658413 |
| **Utility Account Number (UAN)** | 08076657440002285809 |
| **Bill Account Number (BAN)** | 0000330299 |
| **Contract Expiration** | 11-30-2025 |

## USAGE HISTORY

You used 344,526 kWh in 29 days, or an average of 11,880 kWh a day. The average price you paid for electric service is 24.282¢ per kWh excluding taxes and non-recurring charges or credits.




## YOUR CARBON FOOTPRINT

Based on your monthly usage of **344,526 kWh** your equivalent emissions of Carbon is **105.139 metric tons of $CO_2e$.**

**That's the equivalent of...**

260,187 miles driven by an average gas-powered vehicle.

*If you purchased renewables, please inquire about your end of year statement. To find out ways to reduce your carbon emissions, contact us at greentailer@engie.com or reach out to your sales representative.*

| DUE DATE | BILL ACCOUNT # | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 2/16/2026 | 0000330299 | $292,813.36 | $________________ |

engie

PO Box 17867
San Antonio TX 78217

## HOW TO PAY YOUR BILL

Scan to pay

**ONLINE**
Pay by credit card or bank account on My ENGIE Portal at **accounts.engieresources.com**

**CHECK**
Return this tear-off section with a check payable to **ENGIE Resources.**

*See more ways to pay under Additional Payment Options.*

EAGLE CASTINGS LLC
447 E MIDDLE ST
HANOVER PA 17331-2543

ENGIE Resources LLC
PO Box 841680
Dallas TX 75284-1680

000033029910658402928133626021б4

## IMPORTANT MESSAGES

Your contract rate is valid through the meter date on or following 11/2025. If by that time you have not signed a new contract for service, then you will begin paying a post-term rate for month-to-month service. For more details on renewal options or post-term service, please refer to your contract terms and conditions.

## CURRENT READINGS

For an explanation of charges and term definitions, *see Understanding Your Bill section.*

| Meter Number | Previous Meter Read Date | Current Meter Read Date | Previous Meter Read | Current Meter Read | Meter Constant | Usage Type | Usage |
|---|---|---|---|---|---|---|---|
| UNMETERED | 11/17/2025 | 12/15/2025 | | | 0 | kW | 2,352 |
| UNMETERED | 11/17/2025 | 12/15/2025 | | | 0 | kWh | 344,526 |

## CURRENT CHARGES




| | |
|---|---|
| **Supplier Charges** | **$23,055.37** |
| Retail Adder Charge 344526kWh @ $0.011 | $3,789.79 |
| Index Energy Charge 359089.12kWh @ $0.05365 | $19,265.58 |
| **Settlement Charges** | **$60,602.41** |
| Capacity Charge 3909.55kW @ $0.27043 for 28 days | $30,660.90 |
| Ancillary Services Charge | $3,127.83 |
| Transmission Charge 4086.13kW @ $0.22628 for 28 days | $26,813.68 |
| **Taxes and Fees** | **$10,579.46** |
| Sales Tax - State | $5,334.18 |
| Gross Receipts Tax | $5,245.28 |

Current Charges
**$94,237.24**

## CONTACT US

**MY ENGIE PORTAL**
accounts.engieresources.com

**EMAIL**
care@engieresources.com

**PHONE**
866-MYENGIE (866-693-6443)
Mon-Fri // 7am-6pm CST

**POWER OUTAGE/EMERGENCY**
Call your local utility First Energy - Met Ed at 1-800-545-7741

# UNDERSTANDING YOUR BILL

For an explanation of additional charges and term definitions, visit: **accounts.engieresources.com/faqs/UnderstandingYourBill**

**Bill Account Number**
A unique number assigned to your account. Customers with multiple locations may have multiple account numbers.

**Due Date**
The date your payment is due to arrive at ENGIE Resources in order to avoid late charges.

**Energy Charge**
Charges for electricity used during this period.

**Utility Charges**
Charges for services rendered by your local Transmission and Distribution Service Provider. These charges are set by the service provider.

**Taxes**
Taxes imposed on energy and utility charges and remitted to taxing entities.

**Late Payment Charges**
1.5% monthly charge on funds received after the due date.

**Prevent Termination**
Please be aware that all charges must be paid each month to keep your account current and prevent collection activities. Neglecting to pay all charges may result in contract termination.

**Right to Dispute Bill**
If you believe your bill is inaccurate or you wish to dispute all or part of any bill, please register any question or complaint about the bill prior to the due date by contacting ENGIE Resources at 1-866-693-6443 (1-866-MYEngie). If you are not satisfied with the decision or do not receive a decision within 10 days, you have the right to appeal to the Pennsylvania Public Utilities Commission, Bureau of Consumer Services, P.O. Box 3265, Harrisburg, Pa. 17105-3265. Telephone 1-800-782-1110.

**Price Changes**
Please note, the amount billed on this invoice may include price changes allowed by law or regulatory actions.

**Meter Constant**
A fixed value which is used when converting meter readings to actual energy use.

**Power Factor**
A measurement used by some electrical distribution companies to determine the ratio of real power flowing to the load of apparent power.

**OffPk (Off-Peak)**
Those periods of time at which energy is generally being delivered far below the utility's maximum demand.

**OnPk (On-Peak)**
Those periods of time at which energy is generally being delivered near or at the utility's maximum demand.

**kW (kilowatt)**
A unit of power equal to 1000 watts.

**kWh (Kilowatt-hour)**
The standard unit for measuring electricity energy consumption. equal to 1,000 watt-hours.

**kVa (Kilovolt-ampere)**
The amount of apparent power in an electrical circuit, equal to the product of voltage and current.

**kVAR (Kilo-Volt-Amperes Reactive)**
The product of the voltage and the amperage required to excite inductive circuits.

**kVARH (Kilo-Volt Amp Reactive Hours)**
A measure of energy supplied but not converted into work.

**kV (kilovolt)**
A unit of electromotive force, equal to 1,000 volts.

## ADDITIONAL PAYMENT OPTIONS

**Corporate Headquarters:** ENGIE Resources, 1360 Post Oak Blvd, Suite 400, Houston TX 77056

**Make electronic payments to:** Bank of America Merrill Lynch, Dallas, ACH Routing: 111000012, Wire ABA: 026009593, Account Number: XXXXXX5207

**Mail payments to:** ENGIE Resources LLC, P.O. Box 841680 Dallas, TX 75284-1680

**Mail overnight payments to:** Bank of America Lockbox Services, Lockbox 841680, 1950 N Stemmons Freeway, Suite 5010 Dallas, TX 75207

**Mail notes and letters in a separate envelope to:** ENGIE Resources, 1360 Post Oak Blvd, Suite 400, Houston TX 77056.
* Fed. I.D. 37-1796578. * A-110156

ENGIE

**Service Address:**
EAGLE CASTINGS LLC
MIDDLE ST R
HANOVER, PA 17331

## ACCOUNT SUMMARY

**Previous Charges**

| | |
|---|---|
| Previous Balance | $292,813.36 |
| Payment(s) Received | $0.00 |

*Recent payments may not yet be reflected. Please log into your account at accounts.engieresources.com for the most up to date status.*

**Current Charges**

| | |
|---|---|
| Current Charges (Details on next page) | $77,070.14 |
| **Total Amount Due by 2/23/2026** | **$369,883.50** |

*An overdue payment for this invoice will accrue at a simple interest rate of 1.5% per month if payment is not received by 2/23/2026.*

## ACCOUNT INFORMATION

| | |
|---|---|
| **Statement Issued Date** | 2/3/2026 |
| **Billing Period** | 12/16/2025 to 1/14/2026 |
| **Statement Number** | 10698432 |
| **Utility Account Number (UAN)** | 08076657440002285809 |
| **Bill Account Number (BAN)** | 0000330299 |
| **Contract Expiration** | N/A |

## USAGE HISTORY

You used 198,222 kWh in 30 days, or an average of 6,607 kWh a day. The average price you paid for electric service is 34.516¢ per kWh excluding taxes and non-recurring charges or credits.




## YOUR CARBON FOOTPRINT

Based on your monthly usage of **198,222 kWh** your equivalent emissions of Carbon is **60.492 metric tons of $CO_2$e.**

**That's the equivalent of...**

149,699 miles driven by an average gas-powered vehicle.

*If you purchased renewables, please inquire about your end of year statement. To find out ways to reduce your carbon emissions, contact us at greentailer@engie.com or reach out to your sales representative.*

| DUE DATE | BILL ACCOUNT # | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 2/23/2026 | 0000330299 | $369,883.50 | $____________ |

ENGIE

PO Box 17867
San Antonio TX 78217

## HOW TO PAY YOUR BILL

*Scan to pay*

**ONLINE**
Pay by credit card or bank account on My ENGIE Portal at **accounts.engieresources.com**

**CHECK**
Return this tear-off section with a check payable to **ENGIE Resources.**

*See more ways to pay under Additional Payment Options.*

EAGLE CASTINGS LLC
447 E MIDDLE ST
HANOVER PA 17331-2543

ENGIE Resources LLC
PO Box 841680
Dallas TX 75284-1680

00003302991069840369883502602238

## IMPORTANT MESSAGES

Please be aware that your contract with ENGIE Resources has expired. You are currently paying a post-term monthly variable rate for month-to-month service. For more details, please refer to your contract terms and conditions.

## CURRENT READINGS

For an explanation of charges and term definitions, *see Understanding Your Bill section.*

| Meter Number | Previous Meter Read Date | Current Meter Read Date | Previous Meter Read | Current Meter Read | Meter Constant | Usage Type | Usage |
|---|---|---|---|---|---|---|---|
| UNMETERED | 12/16/2025 | 1/14/2026 | | | 0 | kW | 436.8 |
| UNMETERED | 12/16/2025 | 1/14/2026 | | | 0 | kWh | 198,223 |

## CURRENT CHARGES




| | |
|---|---|
| **Supplier Charges** | **$9,949.06** |
| Retail Adder Charge 198222.99kWh @ $0.011 | $2,180.45 |
| Index Energy Charge 205636.52kWh @ $0.03778 | $7,768.61 |
| **Settlement Charges** | **$58,468.87** |
| Ancillary Services Charge | $1,825.23 |
| Capacity Charge 3905.3kW @ $0.27043 for 29 days | $31,683.66 |
| Transmission Charge 3459.92kW @ $0.24047 for 29 days | $24,959.98 |
| **Taxes and Fees** | **$8,652.21** |
| Gross Receipts Tax | $4,289.75 |
| Sales Tax - State | $4,362.46 |

Current Charges
**$77,070.14**

## CONTACT US

**MY ENGIE PORTAL**
accounts.engieresources.com

**EMAIL**
care@engieresources.com

**PHONE**
866-MYENGIE (866-693-6443)
Mon-Fri // 7am-6pm CST

**POWER OUTAGE/EMERGENCY**
Call your local utility First Energy - Met Ed at 1-800-545-7741

# UNDERSTANDING YOUR BILL

For an explanation of additional charges and term definitions, visit: **accounts.engieresources.com/faqs/UnderstandingYourBill**

**Bill Account Number**
A unique number assigned to your account. Customers with multiple locations may have multiple account numbers.

**Due Date**
The date your payment is due to arrive at ENGIE Resources in order to avoid late charges.

**Energy Charge**
Charges for electricity used during this period.

**Utility Charges**
Charges for services rendered by your local Transmission and Distribution Service Provider. These charges are set by the service provider.

**Taxes**
Taxes imposed on energy and utility charges and remitted to taxing entities.

**Late Payment Charges**
1.5% monthly charge on funds received after the due date.

**Prevent Termination**
Please be aware that all charges must be paid each month to keep your account current and prevent collection activities. Neglecting to pay all charges may result in contract termination.

**Right to Dispute Bill**
If you believe your bill is inaccurate or you wish to dispute all or part of any bill, please register any question or complaint about the bill prior to the due date by contacting ENGIE Resources at 1-866-693-6443 (1-866-MYEngie). If you are not satisfied with the decision or do not receive a decision within 10 days, you have the right to appeal to the Pennsylvania Public Utilities Commission, Bureau of Consumer Services, P.O. Box 3265, Harrisburg, Pa. 17105-3265. Telephone 1-800-782-1110.

**Price Changes**
Please note, the amount billed on this invoice may include price changes allowed by law or regulatory actions.

**Meter Constant**
A fixed value which is used when converting meter readings to actual energy use.

**Power Factor**
A measurement used by some electrical distribution companies to determine the ratio of real power flowing to the load of apparent power.

**OffPk (Off-Peak)**
Those periods of time at which energy is generally being delivered far below the utility's maximum demand.

**OnPk (On-Peak)**
Those periods of time at which energy is generally being delivered near or at the utility's maximum demand.

**kW (kilowatt)**
A unit of power equal to 1000 watts.

**kWh (Kilowatt-hour)**
The standard unit for measuring electricity energy consumption. equal to 1,000 watt-hours.

**kVa (Kilovolt-ampere)**
The amount of apparent power in an electrical circuit, equal to the product of voltage and current.

**kVAR (Kilo-Volt-Amperes Reactive)**
The product of the voltage and the amperage required to excite inductive circuits.

**kVARH (Kilo-Volt Amp Reactive Hours)**
A measure of energy supplied but not converted into work.

**kV (kilovolt)**
A unit of electromotive force, equal to 1,000 volts.

## ADDITIONAL PAYMENT OPTIONS

**Corporate Headquarters:** ENGIE Resources, 1360 Post Oak Blvd, Suite 400, Houston TX 77056

**Make electronic payments to:** Bank of America Merrill Lynch, Dallas, ACH Routing: 111000012, Wire ABA: 026009593, Account Number: XXXXXX5207

**Mail payments to:** ENGIE Resources LLC, P.O. Box 841680 Dallas, TX 75284-1680

**Mail overnight payments to:** Bank of America Lockbox Services, Lockbox 841680, 1950 N Stemmons Freeway, Suite 5010 Dallas, TX 75207

**Mail notes and letters in a separate envelope to:** ENGIE Resources, 1360 Post Oak Blvd, Suite 400, Houston TX 77056.
* Fed. I.D. 37-1796578. * A-110156

⚠ Your account includes a past due amount of $292,813.36

**Service Address:**
EAGLE CASTINGS LLC
MIDDLE ST R
HANOVER, PA 17331

## ACCOUNT SUMMARY

**Previous Charges**

| | |
|---|---|
| Previous Balance | $369,883.50 |
| Payment(s) Received | $0.00 |
| Past Due Amount | $292,813.36 |

*Recent payments may not yet be reflected. Please log into your account at accounts.engieresources.com for the most up to date status.*

**Current Charges**

| | |
|---|---|
| Current Charges (Details on next page) | $99,291.11 |
| **Total Amount Due by 3/16/2026** | **$469,174.61** |

*An overdue payment for this invoice will accrue at a simple interest rate of 1.5% per month if payment is not received by 3/16/2026.*

## ACCOUNT INFORMATION

| | |
|---|---|
| **Statement Issued Date** | 2/23/2026 |
| **Billing Period** | 1/15/2026 to 2/12/2026 |
| **Statement Number** | 10773792 |
| **Utility Account Number (UAN)** | 08076657440002285809 |
| **Bill Account Number (BAN)** | 0000330299 |
| **Contract Expiration** | N/A |

## USAGE HISTORY

You used 186,891 kWh in 29 days, or an average of 6,444 kWh a day. The average price you paid for electric service is 47.163¢ per kWh excluding taxes and non-recurring charges or credits.




## YOUR CARBON FOOTPRINT

Based on your monthly usage of **186,891 kWh** your equivalent emissions of Carbon is **57.034 metric tons of $CO_2e$.**

**That's the equivalent of...**

141,141 miles driven by an average gas-powered vehicle.

*If you purchased renewables, please inquire about your end of year statement. To find out ways to reduce your carbon emissions, contact us at greentailer@engie.com or reach out to your sales representative.*

| DUE DATE | BILL ACCOUNT # | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 3/16/2026 | 0000330299 | $469,174.61 | $________________ |

PO Box 17867
San Antonio TX 78217

## HOW TO PAY YOUR BILL

Scan to pay

**ONLINE**
Pay by credit card or bank account on My ENGIE Portal at **accounts.engieresources.com**

**CHECK**
Return this tear-off section with a check payable to **ENGIE Resources.**

*See more ways to pay under Additional Payment Options.*

EAGLE CASTINGS LLC
447 E MIDDLE ST
HANOVER PA 17331-2543

ENGIE Resources LLC
PO Box 841680
Dallas TX 75284-1680

000033029910773704691746126031 68

## IMPORTANT MESSAGES

Please be aware that your contract with ENGIE Resources has expired. You are currently paying a post-term monthly variable rate for month-to-month service. For more details, please refer to your contract terms and conditions.

## CURRENT READINGS

For an explanation of charges and term definitions, *see Understanding Your Bill section.*

| Meter Number | Previous Meter Read Date | Current Meter Read Date | Previous Meter Read | Current Meter Read | Meter Constant | Usage Type | Usage |
|---|---|---|---|---|---|---|---|
| UNMETERED | 1/15/2026 | 2/12/2026 | | | 0 | kW | 336 |
| UNMETERED | 1/15/2026 | 2/12/2026 | | | 0 | kWh | 186,892 |

## CURRENT CHARGES




| | |
|---|---|
| **Supplier Charges** | **$33,266.74** |
| Index Energy Charge 193881.76kWh @ $0.16098 | $31,210.93 |
| Retail Adder Charge 186891.99kWh @ $0.011 | $2,055.81 |
| **Settlement Charges** | **$54,877.54** |
| Capacity Charge 3906.84kW @ $0.27043 for 28 days | $30,639.63 |
| Ancillary Services Charge | $2,696.28 |
| Transmission Charge 2822.24kW @ $0.2632 for 28 days | $21,541.63 |
| **Taxes and Fees** | **$11,146.83** |
| Gross Receipts Tax | $5,526.58 |
| Sales Tax - State | $5,620.25 |

Current Charges
**$99,291.11**

## CONTACT US

**MY ENGIE PORTAL**
accounts.engieresources.com

**EMAIL**
care@engieresources.com

**PHONE**
866-MYENGIE (866-693-6443)
Mon-Fri // 7am-6pm CST

**POWER OUTAGE/EMERGENCY**
Call your local utility First Energy - Met Ed at 1-800-545-7741

# UNDERSTANDING YOUR BILL

For an explanation of additional charges and term definitions, visit: **accounts.engieresources.com/faqs/UnderstandingYourBill**

**Bill Account Number**
A unique number assigned to your account. Customers with multiple locations may have multiple account numbers.

**Due Date**
The date your payment is due to arrive at ENGIE Resources in order to avoid late charges.

**Energy Charge**
Charges for electricity used during this period.

**Utility Charges**
Charges for services rendered by your local Transmission and Distribution Service Provider. These charges are set by the service provider.

**Taxes**
Taxes imposed on energy and utility charges and remitted to taxing entities.

**Late Payment Charges**
1.5% monthly charge on funds received after the due date.

**Prevent Termination**
Please be aware that all charges must be paid each month to keep your account current and prevent collection activities. Neglecting to pay all charges may result in contract termination.

**Right to Dispute Bill**
If you believe your bill is inaccurate or you wish to dispute all or part of any bill, please register any question or complaint about the bill prior to the due date by contacting ENGIE Resources at 1-866-693-6443 (1-866-MYEngie). If you are not satisfied with the decision or do not receive a decision within 10 days, you have the right to appeal to the Pennsylvania Public Utilities Commission, Bureau of Consumer Services, P.O. Box 3265, Harrisburg, Pa. 17105-3265. Telephone 1-800-782-1110.

**Price Changes**
Please note, the amount billed on this invoice may include price changes allowed by law or regulatory actions.

**Meter Constant**
A fixed value which is used when converting meter readings to actual energy use.

**Power Factor**
A measurement used by some electrical distribution companies to determine the ratio of real power flowing to the load of apparent power.

**OffPk (Off-Peak)**
Those periods of time at which energy is generally being delivered far below the utility's maximum demand.

**OnPk (On-Peak)**
Those periods of time at which energy is generally being delivered near or at the utility's maximum demand.

**kW (kilowatt)**
A unit of power equal to 1000 watts.

**kWh (Kilowatt-hour)**
The standard unit for measuring electricity energy consumption. equal to 1,000 watt-hours.

**kVa (Kilovolt-ampere)**
The amount of apparent power in an electrical circuit, equal to the product of voltage and current.

**kVAR (Kilo-Volt-Amperes Reactive)**
The product of the voltage and the amperage required to excite inductive circuits.

**kVARH (Kilo-Volt Amp Reactive Hours)**
A measure of energy supplied but not converted into work.

**kV (kilovolt)**
A unit of electromotive force, equal to 1,000 volts.

## ADDITIONAL PAYMENT OPTIONS

**Corporate Headquarters:** ENGIE Resources, 1360 Post Oak Blvd, Suite 400, Houston TX 77056

**Make electronic payments to:** Bank of America Merrill Lynch, Dallas, ACH Routing: 111000012, Wire ABA: 026009593, Account Number: XXXXXX5207

**Mail payments to:** ENGIE Resources LLC, P.O. Box 841680 Dallas, TX 75284-1680

**Mail overnight payments to:** Bank of America Lockbox Services, Lockbox 841680, 1950 N Stemmons Freeway, Suite 5010 Dallas, TX 75207

**Mail notes and letters in a separate envelope to:** ENGIE Resources, 1360 Post Oak Blvd, Suite 400, Houston TX 77056.
* Fed. I.D. 37-1796578. * A-110156

⚠ **Your account includes a past due amount of $469,174.61**

ENGIE

**Service Address:**
EAGLE CASTINGS LLC
MIDDLE ST R
HANOVER, PA 17331

## ACCOUNT SUMMARY

**Previous Charges**

| | |
|---|---|
| Previous Balance | $469,174.61 |
| Payment(s) Received | $0.00 |
| Past Due Amount | $469,174.61 |

*Recent payments may not yet be reflected. Please log into your account at accounts.engieresources.com for the most up to date status.*

**Current Charges**

| | |
|---|---|
| Current Charges (Details on next page) | $71,920.99 |
| Late Fees | $4,310.85 |
| Total Amount Due by 4/13/2026 | **$545,406.45** |

*An overdue payment for this invoice will accrue at a simple interest rate of 1.5% per month if payment is not received by 4/13/2026.*

## ACCOUNT INFORMATION

| | |
|---|---|
| **Statement Issued Date** | 3/23/2026 |
| **Billing Period** | 2/13/2026 to 3/15/2026 |
| **Statement Number** | 10875369 |
| **Utility Account Number (UAN)** | 08076657440002285809 |
| **Bill Account Number (BAN)** | 0000330299 |
| **Contract Expiration** | N/A |

## USAGE HISTORY

You used 109,863 kWh in 31 days, or an average of 3,544 kWh a day. The average price you paid for electric service is 58.114¢ per kWh excluding taxes and non-recurring charges or credits.




## YOUR CARBON FOOTPRINT

Based on your monthly usage of **109,863 kWh** your equivalent emissions of Carbon is **33.527 metric tons of $CO_2e$.**

**That's the equivalent of...**

82,970 miles driven by an average gas-powered vehicle.

*If you purchased renewables, please inquire about your end of year statement. To find out ways to reduce your carbon emissions, contact us at greentailer@engie.com or reach out to your sales representative.*

| DUE DATE | BILL ACCOUNT # | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 4/13/2026 | 0000330299 | $545,406.45 | $________________ |

ENGIE

PO Box 17867
San Antonio TX 78217

## HOW TO PAY YOUR BILL

*Scan to pay*

**ONLINE**
Pay by credit card or bank account on My ENGIE Portal at **accounts.engieresources.com**

**CHECK**
Return this tear-off section with a check payable to **ENGIE Resources.**

*See more ways to pay under Additional Payment Options.*

EAGLE CASTINGS LLC
447 E MIDDLE ST
HANOVER PA 17331-2543

ENGIE Resources LLC
PO Box 841680
Dallas TX 75284-1680

00003302991087530545406452604137

## IMPORTANT MESSAGES

Please be aware that your contract with ENGIE Resources has expired. You are currently paying a post-term monthly variable rate for month-to-month service. For more details, please refer to your contract terms and conditions.

## CURRENT READINGS

For an explanation of charges and term definitions, *see Understanding Your Bill section.*

| Meter Number | Previous Meter Read Date | Current Meter Read Date | Previous Meter Read | Current Meter Read | Meter Constant | Usage Type | Usage |
|---|---|---|---|---|---|---|---|
| UNMETERED | 2/13/2026 | 3/15/2026 | | | 0 | kW | 168 |
| UNMETERED | 2/13/2026 | 3/15/2026 | | | 0 | kWh | 109,864 |

## CURRENT CHARGES




| | |
|---|---|
| **Supplier Charges** | **$5,742.43** |
| Retail Adder Charge 109863.99kWh @ $0.011 | $1,208.50 |
| Index Energy Charge 113972.9kWh @ $0.03978 | $4,533.93 |
| **Settlement Charges** | **$58,104.41** |
| Capacity Charge 3903.39kW @ $0.27043 for 30 days | $32,723.83 |
| Ancillary Services Charge | $2,283.45 |
| Transmission Charge 2830.8kW @ $0.2632 for 30 days | $23,097.13 |
| **Taxes and Fees** | **$8,074.15** |
| Gross Receipts Tax | $4,003.15 |
| Sales Tax - State | $4,071.00 |

Current Charges
**$71,920.99**

## CONTACT US

**MY ENGIE PORTAL**
accounts.engieresources.com

**EMAIL**
care@engieresources.com

**PHONE**
866-MYENGIE (866-693-6443)
Mon-Fri // 7am-6pm CST

**POWER OUTAGE/EMERGENCY**
Call your local utility First Energy - Met Ed at 1-800-545-7741

# UNDERSTANDING YOUR BILL

For an explanation of additional charges and term definitions, visit: **accounts.engieresources.com/faqs/UnderstandingYourBill**

**Bill Account Number**
A unique number assigned to your account. Customers with multiple locations may have multiple account numbers.

**Due Date**
The date your payment is due to arrive at ENGIE Resources in order to avoid late charges.

**Energy Charge**
Charges for electricity used during this period.

**Utility Charges**
Charges for services rendered by your local Transmission and Distribution Service Provider. These charges are set by the service provider.

**Taxes**
Taxes imposed on energy and utility charges and remitted to taxing entities.

**Late Payment Charges**
1.5% monthly charge on funds received after the due date.

**Prevent Termination**
Please be aware that all charges must be paid each month to keep your account current and prevent collection activities. Neglecting to pay all charges may result in contract termination.

**Right to Dispute Bill**
If you believe your bill is inaccurate or you wish to dispute all or part of any bill, please register any question or complaint about the bill prior to the due date by contacting ENGIE Resources at 1-866-693-6443 (1-866-MYEngie). If you are not satisfied with the decision or do not receive a decision within 10 days, you have the right to appeal to the Pennsylvania Public Utilities Commission, Bureau of Consumer Services, P.O. Box 3265, Harrisburg, Pa. 17105-3265. Telephone 1-800-782-1110.

**Price Changes**
Please note, the amount billed on this invoice may include price changes allowed by law or regulatory actions.

**Meter Constant**
A fixed value which is used when converting meter readings to actual energy use.

**Power Factor**
A measurement used by some electrical distribution companies to determine the ratio of real power flowing to the load of apparent power.

**OffPk (Off-Peak)**
Those periods of time at which energy is generally being delivered far below the utility's maximum demand.

**OnPk (On-Peak)**
Those periods of time at which energy is generally being delivered near or at the utility's maximum demand.

**kW (kilowatt)**
A unit of power equal to 1000 watts.

**kWh (Kilowatt-hour)**
The standard unit for measuring electricity energy consumption. equal to 1,000 watt-hours.

**kVa (Kilovolt-ampere)**
The amount of apparent power in an electrical circuit, equal to the product of voltage and current.

**kVAR (Kilo-Volt-Amperes Reactive)**
The product of the voltage and the amperage required to excite inductive circuits.

**kVARH (Kilo-Volt Amp Reactive Hours)**
A measure of energy supplied but not converted into work.

**kV (kilovolt)**
A unit of electromotive force, equal to 1,000 volts.

## ADDITIONAL PAYMENT OPTIONS

**Corporate Headquarters:** ENGIE Resources, 1360 Post Oak Blvd, Suite 400, Houston TX 77056

**Make electronic payments to:** Bank of America Merrill Lynch, Dallas, ACH Routing: 111000012, Wire ABA: 026009593, Account Number: XXXXXX5207

**Mail payments to:** ENGIE Resources LLC, P.O. Box 841680 Dallas, TX 75284-1680

**Mail overnight payments to:** Bank of America Lockbox Services, Lockbox 841680, 1950 N Stemmons Freeway, Suite 5010 Dallas, TX 75207

**Mail notes and letters in a separate envelope to:** ENGIE Resources, 1360 Post Oak Blvd, Suite 400, Houston TX 77056.
* Fed. I.D. 37-1796578. * A-110156

⚠ **Your account includes a past due amount of $545,406.45**

ENGIE

**Service Address:**
EAGLE CASTINGS LLC
MIDDLE ST R
HANOVER, PA 17331

## ACCOUNT SUMMARY

**Previous Charges**

| | |
|---|---|
| Previous Balance | $545,406.45 |
| Payment(s) Received | $0.00 |
| Past Due Amount | $545,406.45 |

*Recent payments may not yet be reflected. Please log into your account at accounts.engieresources.com for the most up to date status.*

**Current Charges**

| | |
|---|---|
| Current Charges (Details on next page) | $67,413.47 |
| Late Fees | $2,645.42 |
| Total Amount Due by 5/12/2026 | **$615,465.34** |

*An overdue payment for this invoice will accrue at a simple interest rate of 1.5% per month if payment is not received by 5/12/2026.*

## ACCOUNT INFORMATION

| | |
|---|---|
| **Statement Issued Date** | 4/22/2026 |
| **Billing Period** | 3/16/2026 to 4/14/2026 |
| **Statement Number** | 10989490 |
| **Utility Account Number (UAN)** | 08076657440002285809 |
| **Bill Account Number (BAN)** | 0000330299 |
| **Contract Expiration** | N/A |

## USAGE HISTORY

You used 104,881 kWh in 30 days, or an average of 3,496 kWh a day. The average price you paid for electric service is 57.060¢ per kWh excluding taxes and non-recurring charges or credits.




## YOUR CARBON FOOTPRINT

Based on your monthly usage of **104,881 kWh** your equivalent emissions of Carbon is **32.007 metric tons of $CO_2e$.**

**That's the equivalent of...**

79,207 miles driven by an average gas-powered vehicle.

*If you purchased renewables, please inquire about your end of year statement. To find out ways to reduce your carbon emissions, contact us at greentailer@engie.com or reach out to your sales representative.*

| DUE DATE | BILL ACCOUNT # | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 5/12/2026 | 0000330299 | $615,465.34 | $________________ |

ENGIE

PO Box 17867
San Antonio TX 78217

### HOW TO PAY YOUR BILL

Scan to pay

**ONLINE**
Pay by credit card or bank account on My ENGIE Portal at **accounts.engieresources.com**

**CHECK**
Return this tear-off section with a check payable to **ENGIE Resources.**

*See more ways to pay under Additional Payment Options.*

EAGLE CASTINGS LLC
447 E MIDDLE ST
HANOVER PA 17331-2543

ENGIE Resources LLC
PO Box 841680
Dallas TX 75284-1680

00003302991098940615465342605129

## IMPORTANT MESSAGES

Please be aware that your contract with ENGIE Resources has expired. You are currently paying a post-term monthly variable rate for month-to-month service. For more details, please refer to your contract terms and conditions.

## CURRENT READINGS

For an explanation of charges and term definitions, *see Understanding Your Bill section.*

| Meter Number | Previous Meter Read Date | Current Meter Read Date | Previous Meter Read | Current Meter Read | Meter Constant | Usage Type | Usage |
|---|---|---|---|---|---|---|---|
| UNMETERED | 3/16/2026 | 4/14/2026 | | | 0 | kW | 168 |
| UNMETERED | 3/16/2026 | 4/14/2026 | | | 0 | kWh | 104,882 |

## CURRENT CHARGES




| | |
|---|---|
| **Supplier Charges** | **$4,067.96** |
| Index Energy Charge 108804.6kWh @ $0.02678 | $2,914.26 |
| Retail Adder Charge 104882kWh @ $0.011 | $1,153.70 |
| **Settlement Charges** | **$55,777.39** |
| Ancillary Services Charge | $1,676.57 |
| Capacity Charge 3899.68kW @ $0.27043 for 29 days | $31,638.12 |
| Transmission Charge 2844.82kW @ $0.2632 for 29 days | $22,462.70 |
| **Taxes and Fees** | **$7,568.12** |
| Gross Receipts Tax | $3,752.26 |
| Sales Tax - State | $3,815.86 |

Current Charges

**$67,413.47**

## CONTACT US

**MY ENGIE PORTAL**

accounts.engieresources.com

**EMAIL**

care@engieresources.com

**PHONE**

866-MYENGIE (866-693-6443)
Mon-Fri // 7am-6pm CST

**POWER OUTAGE/EMERGENCY**

Call your local utility First Energy - Met Ed at 1-800-545-7741

# UNDERSTANDING YOUR BILL

For an explanation of additional charges and term definitions, visit: **accounts.engieresources.com/faqs/UnderstandingYourBill**

**Bill Account Number**
A unique number assigned to your account. Customers with multiple locations may have multiple account numbers.

**Due Date**
The date your payment is due to arrive at ENGIE Resources in order to avoid late charges.

**Energy Charge**
Charges for electricity used during this period.

**Utility Charges**
Charges for services rendered by your local Transmission and Distribution Service Provider. These charges are set by the service provider.

**Taxes**
Taxes imposed on energy and utility charges and remitted to taxing entities.

**Late Payment Charges**
1.5% monthly charge on funds received after the due date.

**Prevent Termination**
Please be aware that all charges must be paid each month to keep your account current and prevent collection activities. Neglecting to pay all charges may result in contract termination.

**Right to Dispute Bill**
If you believe your bill is inaccurate or you wish to dispute all or part of any bill, please register any question or complaint about the bill prior to the due date by contacting ENGIE Resources at 1-866-693-6443 (1-866-MYEngie). If you are not satisfied with the decision or do not receive a decision within 10 days, you have the right to appeal to the Pennsylvania Public Utilities Commission, Bureau of Consumer Services, P.O. Box 3265, Harrisburg, Pa. 17105-3265. Telephone 1-800-782-1110.

**Price Changes**
Please note, the amount billed on this invoice may include price changes allowed by law or regulatory actions.

**Meter Constant**
A fixed value which is used when converting meter readings to actual energy use.

**Power Factor**
A measurement used by some electrical distribution companies to determine the ratio of real power flowing to the load of apparent power.

**OffPk (Off-Peak)**
Those periods of time at which energy is generally being delivered far below the utility's maximum demand.

**OnPk (On-Peak)**
Those periods of time at which energy is generally being delivered near or at the utility's maximum demand.

**kW (kilowatt)**
A unit of power equal to 1000 watts.

**kWh (Kilowatt-hour)**
The standard unit for measuring electricity energy consumption. equal to 1,000 watt-hours.

**kVa (Kilovolt-ampere)**
The amount of apparent power in an electrical circuit, equal to the product of voltage and current.

**kVAR (Kilo-Volt-Amperes Reactive)**
The product of the voltage and the amperage required to excite inductive circuits.

**kVARH (Kilo-Volt Amp Reactive Hours)**
A measure of energy supplied but not converted into work.

**kV (kilovolt)**
A unit of electromotive force, equal to 1,000 volts.

## ADDITIONAL PAYMENT OPTIONS

**Corporate Headquarters:** ENGIE Resources, 1360 Post Oak Blvd, Suite 400, Houston TX 77056

**Make electronic payments to:** Bank of America Merrill Lynch, Dallas, ACH Routing: 111000012, Wire ABA: 026009593, Account Number: XXXXXX5207

**Mail payments to:** ENGIE Resources LLC, P.O. Box 841680 Dallas, TX 75284-1680

**Mail overnight payments to:** Bank of America Lockbox Services, Lockbox 841680, 1950 N Stemmons Freeway, Suite 5010 Dallas, TX 75207

**Mail notes and letters in a separate envelope to:** ENGIE Resources, 1360 Post Oak Blvd, Suite 400, Houston TX 77056.
* Fed. I.D. 37-1796578. * A-110156

engie

**Service Address:**
EAGLE CASTINGS LLC
447 E MIDDLE ST
HANOVER, PA 17331

## ACCOUNT INFORMATION

| | |
|---|---|
| **Statement Issued Date** | 1/22/2026 |
| **Billing Period** | 9/29/2025 to 10/26/2025 |
| **Statement Number** | 10670042 |
| **Utility Account Number (UAN)** | 080766574400002469088 |
| **Bill Account Number (BAN)** | 0000330300 |
| **Contract Expiration** | 11-30-2025 |

## ACCOUNT SUMMARY

**Previous Charges**

| | |
|---|---|
| Previous Balance | $48,047.33 |
| Payment(s) Received | $0.00 |

*Recent payments may not yet be reflected. Please log into your account at accounts.engieresources.com for the most up to date status.*

**Current Charges**

| | |
|---|---|
| Current Charges (Details on next page) | $14,144.76 |
| Late Fees | $720.71 |
| Credit/Adjustments | -$48,047.33 |

**Total Amount Due by 2/11/2026 $14,865.47**

*An overdue payment for this invoice will accrue at a simple interest rate of 1.5% per month if payment is not received by 2/11/2026.*

## USAGE HISTORY

You used 88,282 kWh in 28 days, or an average of 3,152 kWh a day. The average price you paid for electric service is 14.224¢ per kWh excluding taxes and non-recurring charges or credits.




## YOUR CARBON FOOTPRINT

Based on your monthly usage of **88,282 kWh** your equivalent emissions of Carbon is **26.941 metric tons of $CO_2$e.**

**That's the equivalent of...**

66,671 miles driven by an average gas-powered vehicle.

*If you purchased renewables, please inquire about your end of year statement. To find out ways to reduce your carbon emissions, contact us at greentailer@engie.com or reach out to your sales representative.*

| DUE DATE | BILL ACCOUNT # | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 2/11/2026 | 0000330300 | $14,865.47 | $________________ |

engie

PO Box 17867
San Antonio TX 78217

## HOW TO PAY YOUR BILL

Scan to pay

**ONLINE**
Pay by credit card or bank account on My ENGIE Portal at **accounts.engieresources.com**

**CHECK**
Return this tear-off section with a check payable to **ENGIE Resources.**

*See more ways to pay under Additional Payment Options.*

EAGLE CASTINGS LLC
447 E MIDDLE ST
HANOVER PA 17331-2543

ENGIE Resources LLC
PO Box 841680
Dallas TX 75284-1680

000033030010670000148654726021 15

## IMPORTANT MESSAGES

Your contract rate is valid through the meter date on or following 11/2025. If by that time you have not signed a new contract for service, then you will begin paying a post-term rate for month-to-month service. For more details on renewal options or post-term service, please refer to your contract terms and conditions.

## CURRENT READINGS

For an explanation of charges and term definitions, *see Understanding Your Bill section.*

| Meter Number | Previous Meter Read Date | Current Meter Read Date | Previous Meter Read | Current Meter Read | Meter Constant | Usage Type | Usage |
|---|---|---|---|---|---|---|---|
| UNMETERED | 9/29/2025 | 10/26/2025 | | | 0 | kW | 258 |
| UNMETERED | 9/29/2025 | 10/26/2025 | | | 0 | kWh | 88,282 |

## CURRENT CHARGES




| | |
|---|---|
| **Supplier Charges** | **$3,973.13** |
| Index Energy Charge 92013.68kWh @ $0.03263 | $3,002.03 |
| Retail Adder Charge 88282kWh @ $0.011 | $971.10 |
| **Settlement Charges** | **$8,583.68** |
| Ancillary Services Charge | $1,114.21 |
| Capacity Charge 512.23kW @ $0.27043 for 27 days | $3,878.72 |
| Transmission Charge 566.73kW @ $0.22628 for 27 days | $3,590.75 |
| **Taxes and Fees** | **$1,587.95** |
| Gross Receipts Tax | $787.30 |
| Sales Tax - State | $800.65 |

Current Charges
**$14,144.76**

## CONTACT US

**MY ENGIE PORTAL**
accounts.engieresources.com

**EMAIL**
care@engieresources.com

**PHONE**
866-MYENGIE (866-693-6443)
Mon-Fri // 7am-6pm CST

**POWER OUTAGE/EMERGENCY**
Call your local utility First Energy - Met Ed at 1-800-545-7741

# UNDERSTANDING YOUR BILL

For an explanation of additional charges and term definitions, visit: **accounts.engieresources.com/faqs/UnderstandingYourBill**

**Bill Account Number**
A unique number assigned to your account. Customers with multiple locations may have multiple account numbers.

**Due Date**
The date your payment is due to arrive at ENGIE Resources in order to avoid late charges.

**Energy Charge**
Charges for electricity used during this period.

**Utility Charges**
Charges for services rendered by your local Transmission and Distribution Service Provider. These charges are set by the service provider.

**Taxes**
Taxes imposed on energy and utility charges and remitted to taxing entities.

**Late Payment Charges**
1.5% monthly charge on funds received after the due date.

**Prevent Termination**
Please be aware that all charges must be paid each month to keep your account current and prevent collection activities. Neglecting to pay all charges may result in contract termination.

**Right to Dispute Bill**
If you believe your bill is inaccurate or you wish to dispute all or part of any bill, please register any question or complaint about the bill prior to the due date by contacting ENGIE Resources at 1-866-693-6443 (1-866-MYEngie). If you are not satisfied with the decision or do not receive a decision within 10 days, you have the right to appeal to the Pennsylvania Public Utilities Commission, Bureau of Consumer Services, P.O. Box 3265, Harrisburg, Pa. 17105-3265. Telephone 1-800-782-1110.

**Price Changes**
Please note, the amount billed on this invoice may include price changes allowed by law or regulatory actions.

**Meter Constant**
A fixed value which is used when converting meter readings to actual energy use.

**Power Factor**
A measurement used by some electrical distribution companies to determine the ratio of real power flowing to the load of apparent power.

**OffPk (Off-Peak)**
Those periods of time at which energy is generally being delivered far below the utility's maximum demand.

**OnPk (On-Peak)**
Those periods of time at which energy is generally being delivered near or at the utility's maximum demand.

**kW (kilowatt)**
A unit of power equal to 1000 watts.

**kWh (Kilowatt-hour)**
The standard unit for measuring electricity energy consumption. equal to 1,000 watt-hours.

**kVa (Kilovolt-ampere)**
The amount of apparent power in an electrical circuit, equal to the product of voltage and current.

**kVAR (Kilo-Volt-Amperes Reactive)**
The product of the voltage and the amperage required to excite inductive circuits.

**kVARH (Kilo-Volt Amp Reactive Hours)**
A measure of energy supplied but not converted into work.

**kV (kilovolt)**
A unit of electromotive force, equal to 1,000 volts.

## ADDITIONAL PAYMENT OPTIONS

**Corporate Headquarters:** ENGIE Resources, 1360 Post Oak Blvd, Suite 400, Houston TX 77056

**Make electronic payments to:** Bank of America Merrill Lynch, Dallas, ACH Routing: 111000012, Wire ABA: 026009593, Account Number: XXXXXX5207

**Mail payments to:** ENGIE Resources LLC, P.O. Box 841680 Dallas, TX 75284-1680

**Mail overnight payments to:** Bank of America Lockbox Services, Lockbox 841680, 1950 N Stemmons Freeway, Suite 5010 Dallas, TX 75207

**Mail notes and letters in a separate envelope to:** ENGIE Resources, 1360 Post Oak Blvd, Suite 400, Houston TX 77056.
* Fed. I.D. 37-1796578. * A-110156

**Service Address:**
EAGLE CASTINGS LLC
447 E MIDDLE ST
HANOVER, PA 17331

## ACCOUNT SUMMARY

**Previous Charges**

| | |
|---|---|
| Previous Balance | $14,865.47 |
| Payment(s) Received | $0.00 |

*Recent payments may not yet be reflected. Please log into your account at accounts.engieresources.com for the most up to date status.*

**Current Charges**

| | |
|---|---|
| Current Charges (Details on next page) | $16,143.09 |
| Total Amount Due by 2/16/2026 | **$31,008.56** |

*An overdue payment for this invoice will accrue at a simple interest rate of 1.5% per month if payment is not received by 2/16/2026.*

## ACCOUNT INFORMATION

| | |
|---|---|
| **Statement Issued Date** | 1/26/2026 |
| **Billing Period** | 10/27/2025 to 11/24/2025 |
| **Statement Number** | 10670248 |
| **Utility Account Number (UAN)** | 08076657440002469088 |
| **Bill Account Number (BAN)** | 0000330300 |
| **Contract Expiration** | 11-30-2025 |

## USAGE HISTORY

You used 98,768 kWh in 29 days, or an average of 3,405 kWh a day. The average price you paid for electric service is 14.510¢ per kWh excluding taxes and non-recurring charges or credits.




## YOUR CARBON FOOTPRINT

Based on your monthly usage of **98,768 kWh** your equivalent emissions of Carbon is **30.141 metric tons of $CO_2$e.**

**That's the equivalent of...**

74,590 miles driven by an average gas-powered vehicle.

*If you purchased renewables, please inquire about your end of year statement. To find out ways to reduce your carbon emissions, contact us at greentailer@engie.com or reach out to your sales representative.*

| DUE DATE | BILL ACCOUNT # | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 2/16/2026 | 0000330300 | $31,008.56 | $________________ |

PO Box 17867
San Antonio TX 78217

## HOW TO PAY YOUR BILL

Scan to pay

**ONLINE**
Pay by credit card or bank account on My ENGIE Portal at **accounts.engieresources.com**

**CHECK**
Return this tear-off section with a check payable to **ENGIE Resources.**

*See more ways to pay under Additional Payment Options.*

EAGLE CASTINGS LLC
447 E MIDDLE ST
HANOVER PA 17331-2543

ENGIE Resources LLC
PO Box 841680
Dallas TX 75284-1680

00003303001067020031008562602169

## IMPORTANT MESSAGES

Your contract rate is valid through the meter date on or following 11/2025. If by that time you have not signed a new contract for service, then you will begin paying a post-term rate for month-to-month service. For more details on renewal options or post-term service, please refer to your contract terms and conditions.

## CURRENT READINGS

For an explanation of charges and term definitions, *see Understanding Your Bill section.*

| Meter Number | Previous Meter Read Date | Current Meter Read Date | Previous Meter Read | Current Meter Read | Meter Constant | Usage Type | Usage |
|---|---|---|---|---|---|---|---|
| UNMETERED | 10/27/2025 | 11/24/2025 | | | 0 | kW | 291.8 |
| UNMETERED | 10/27/2025 | 11/24/2025 | | | 0 | kWh | 98,768 |

## CURRENT CHARGES




| | |
|---|---|
| **Supplier Charges** | **$5,653.89** |
| Index Energy Charge 102942.93kWh @ $0.04437 | $4,567.44 |
| Retail Adder Charge 98768kWh @ $0.011 | $1,086.45 |
| **Settlement Charges** | **$8,676.91** |
| Capacity Charge 511.93kW @ $0.27043 for 28 days | $4,014.91 |
| Ancillary Services Charge | $945.17 |
| Transmission Charge 566.4kW @ $0.22628 for 28 days | $3,716.83 |
| **Taxes and Fees** | **$1,812.29** |
| Gross Receipts Tax | $898.53 |
| Sales Tax - State | $913.76 |

Current Charges
**$16,143.09**

## CONTACT US

**MY ENGIE PORTAL**
accounts.engieresources.com

**EMAIL**
care@engieresources.com

**PHONE**
866-MYENGIE (866-693-6443)
Mon-Fri // 7am-6pm CST

**POWER OUTAGE/EMERGENCY**
Call your local utility First Energy - Met Ed at 1-800-545-7741

# UNDERSTANDING YOUR BILL

For an explanation of additional charges and term definitions, visit: **accounts.engieresources.com/faqs/UnderstandingYourBill**

**Bill Account Number**
A unique number assigned to your account. Customers with multiple locations may have multiple account numbers.

**Due Date**
The date your payment is due to arrive at ENGIE Resources in order to avoid late charges.

**Energy Charge**
Charges for electricity used during this period.

**Utility Charges**
Charges for services rendered by your local Transmission and Distribution Service Provider. These charges are set by the service provider.

**Taxes**
Taxes imposed on energy and utility charges and remitted to taxing entities.

**Late Payment Charges**
1.5% monthly charge on funds received after the due date.

**Prevent Termination**
Please be aware that all charges must be paid each month to keep your account current and prevent collection activities. Neglecting to pay all charges may result in contract termination.

**Right to Dispute Bill**
If you believe your bill is inaccurate or you wish to dispute all or part of any bill, please register any question or complaint about the bill prior to the due date by contacting ENGIE Resources at 1-866-693-6443 (1-866-MYEngie). If you are not satisfied with the decision or do not receive a decision within 10 days, you have the right to appeal to the Pennsylvania Public Utilities Commission, Bureau of Consumer Services, P.O. Box 3265, Harrisburg, Pa. 17105-3265. Telephone 1-800-782-1110.

**Price Changes**
Please note, the amount billed on this invoice may include price changes allowed by law or regulatory actions.

**Meter Constant**
A fixed value which is used when converting meter readings to actual energy use.

**Power Factor**
A measurement used by some electrical distribution companies to determine the ratio of real power flowing to the load of apparent power.

**OffPk (Off-Peak)**
Those periods of time at which energy is generally being delivered far below the utility's maximum demand.

**OnPk (On-Peak)**
Those periods of time at which energy is generally being delivered near or at the utility's maximum demand.

**kW (kilowatt)**
A unit of power equal to 1000 watts.

**kWh (Kilowatt-hour)**
The standard unit for measuring electricity energy consumption. equal to 1,000 watt-hours.

**kVa (Kilovolt-ampere)**
The amount of apparent power in an electrical circuit, equal to the product of voltage and current.

**kVAR (Kilo-Volt-Amperes Reactive)**
The product of the voltage and the amperage required to excite inductive circuits.

**kVARH (Kilo-Volt Amp Reactive Hours)**
A measure of energy supplied but not converted into work.

**kV (kilovolt)**
A unit of electromotive force, equal to 1,000 volts.

## ADDITIONAL PAYMENT OPTIONS

**Corporate Headquarters:** ENGIE Resources, 1360 Post Oak Blvd, Suite 400, Houston TX 77056

**Make electronic payments to:** Bank of America Merrill Lynch, Dallas, ACH Routing: 111000012, Wire ABA: 026009593, Account Number: XXXXXX5207

**Mail payments to:** ENGIE Resources LLC, P.O. Box 841680 Dallas, TX 75284-1680

**Mail overnight payments to:** Bank of America Lockbox Services, Lockbox 841680, 1950 N Stemmons Freeway, Suite 5010 Dallas, TX 75207

**Mail notes and letters in a separate envelope to:** ENGIE Resources, 1360 Post Oak Blvd, Suite 400, Houston TX 77056.
* Fed. I.D. 37-1796578. * A-110156

**Service Address:**
EAGLE CASTINGS LLC
447 E MIDDLE ST
HANOVER, PA 17331

## ACCOUNT SUMMARY

**Previous Charges**

| | |
|---|---|
| Previous Balance | $31,008.56 |
| Payment(s) Received | $0.00 |

*Recent payments may not yet be reflected. Please log into your account at accounts.engieresources.com for the most up to date status.*

**Current Charges**

| | |
|---|---|
| Current Charges (Details on next page) | $15,081.11 |
| **Total Amount Due by 2/16/2026** | **$46,089.67** |

*An overdue payment for this invoice will accrue at a simple interest rate of 1.5% per month if payment is not received by 2/16/2026.*

## ACCOUNT INFORMATION

| | |
|---|---|
| **Statement Issued Date** | 1/26/2026 |
| **Billing Period** | 11/25/2025 to 12/22/2025 |
| **Statement Number** | 10670310 |
| **Utility Account Number (UAN)** | 08076657440002469088 |
| **Bill Account Number (BAN)** | 0000330300 |
| **Contract Expiration** | 11-30-2025 |

## USAGE HISTORY

You used 74,230 kWh in 28 days, or an average of 2,651 kWh a day. The average price you paid for electric service is 18.036¢ per kWh excluding taxes and non-recurring charges or credits.




## YOUR CARBON FOOTPRINT

Based on your monthly usage of **74,230 kWh** your equivalent emissions of Carbon is **22.653 metric tons of $CO_2e$.**

**That's the equivalent of...**

56,059 miles driven by an average gas-powered vehicle.

*If you purchased renewables, please inquire about your end of year statement. To find out ways to reduce your carbon emissions, contact us at greentailer@engie.com or reach out to your sales representative.*

| DUE DATE | BILL ACCOUNT # | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 2/16/2026 | 0000330300 | $46,089.67 | $_______________ |

PO Box 17867
San Antonio TX 78217

## HOW TO PAY YOUR BILL

Scan to pay

**ONLINE**
Pay by credit card or bank account on My ENGIE Portal at **accounts.engieresources.com**

**CHECK**
Return this tear-off section with a check payable to **ENGIE Resources.**

*See more ways to pay under Additional Payment Options.*

EAGLE CASTINGS LLC
447 E MIDDLE ST
HANOVER PA 17331-2543

ENGIE Resources LLC
PO Box 841680
Dallas TX 75284-1680

00003303001067030046089672602168

## IMPORTANT MESSAGES

Your contract rate is valid through the meter date on or following 11/2025. If by that time you have not signed a new contract for service, then you will begin paying a post-term rate for month-to-month service. For more details on renewal options or post-term service, please refer to your contract terms and conditions.

## CURRENT READINGS

For an explanation of charges and term definitions, *see Understanding Your Bill section.*

| Meter Number | Previous Meter Read Date | Current Meter Read Date | Previous Meter Read | Current Meter Read | Meter Constant | Usage Type | Usage |
|---|---|---|---|---|---|---|---|
| UNMETERED | 11/25/2025 | 12/22/2025 | | | 0 | kW | 227.3 |
| UNMETERED | 11/25/2025 | 12/22/2025 | | | 0 | kWh | 74,230 |

## CURRENT CHARGES




| | |
|---|---|
| **Supplier Charges** | **$5,238.16** |
| Index Energy Charge 77367.7kWh @ $0.05715 | $4,421.63 |
| Retail Adder Charge 74230kWh @ $0.011 | $816.53 |
| **Settlement Charges** | **$8,149.88** |
| Ancillary Services Charge | $692.02 |
| Capacity Charge 511.44kW @ $0.27043 for 27 days | $3,872.69 |
| Transmission Charge 565.85kW @ $0.22628 for 27 days | $3,585.17 |
| **Taxes and Fees** | **$1,693.07** |
| Gross Receipts Tax | $839.42 |
| Sales Tax - State | $853.65 |

Current Charges
**$15,081.11**

## CONTACT US

**MY ENGIE PORTAL**
accounts.engieresources.com

**EMAIL**
care@engieresources.com

**PHONE**
866-MYENGIE (866-693-6443)
Mon-Fri // 7am-6pm CST

**POWER OUTAGE/EMERGENCY**
Call your local utility First Energy - Met Ed at 1-800-545-7741

# UNDERSTANDING YOUR BILL

For an explanation of additional charges and term definitions, visit: **accounts.engieresources.com/faqs/UnderstandingYourBill**

**Bill Account Number**
A unique number assigned to your account. Customers with multiple locations may have multiple account numbers.

**Due Date**
The date your payment is due to arrive at ENGIE Resources in order to avoid late charges.

**Energy Charge**
Charges for electricity used during this period.

**Utility Charges**
Charges for services rendered by your local Transmission and Distribution Service Provider. These charges are set by the service provider.

**Taxes**
Taxes imposed on energy and utility charges and remitted to taxing entities.

**Late Payment Charges**
1.5% monthly charge on funds received after the due date.

**Prevent Termination**
Please be aware that all charges must be paid each month to keep your account current and prevent collection activities. Neglecting to pay all charges may result in contract termination.

**Right to Dispute Bill**
If you believe your bill is inaccurate or you wish to dispute all or part of any bill, please register any question or complaint about the bill prior to the due date by contacting ENGIE Resources at 1-866-693-6443 (1-866-MYEngie). If you are not satisfied with the decision or do not receive a decision within 10 days, you have the right to appeal to the Pennsylvania Public Utilities Commission, Bureau of Consumer Services, P.O. Box 3265, Harrisburg, Pa. 17105-3265. Telephone 1-800-782-1110.

**Price Changes**
Please note, the amount billed on this invoice may include price changes allowed by law or regulatory actions.

**Meter Constant**
A fixed value which is used when converting meter readings to actual energy use.

**Power Factor**
A measurement used by some electrical distribution companies to determine the ratio of real power flowing to the load of apparent power.

**OffPk (Off-Peak)**
Those periods of time at which energy is generally being delivered far below the utility's maximum demand.

**OnPk (On-Peak)**
Those periods of time at which energy is generally being delivered near or at the utility's maximum demand.

**kW (kilowatt)**
A unit of power equal to 1000 watts.

**kWh (Kilowatt-hour)**
The standard unit for measuring electricity energy consumption. equal to 1,000 watt-hours.

**kVa (Kilovolt-ampere)**
The amount of apparent power in an electrical circuit, equal to the product of voltage and current.

**kVAR (Kilo-Volt-Amperes Reactive)**
The product of the voltage and the amperage required to excite inductive circuits.

**kVARH (Kilo-Volt Amp Reactive Hours)**
A measure of energy supplied but not converted into work.

**kV (kilovolt)**
A unit of electromotive force, equal to 1,000 volts.

## ADDITIONAL PAYMENT OPTIONS

**Corporate Headquarters:** ENGIE Resources, 1360 Post Oak Blvd, Suite 400, Houston TX 77056

**Make electronic payments to:** Bank of America Merrill Lynch, Dallas, ACH Routing: 111000012, Wire ABA: 026009593, Account Number: XXXXXX5207

**Mail payments to:** ENGIE Resources LLC, P.O. Box 841680 Dallas, TX 75284-1680

**Mail overnight payments to:** Bank of America Lockbox Services, Lockbox 841680, 1950 N Stemmons Freeway, Suite 5010 Dallas, TX 75207

**Mail notes and letters in a separate envelope to:** ENGIE Resources, 1360 Post Oak Blvd, Suite 400, Houston TX 77056.
* Fed. I.D. 37-1796578. * A-110156

⚠ Your account includes a past due amount of $46,089.67

**Service Address:**
EAGLE CASTINGS LLC
447 E MIDDLE ST
HANOVER, PA 17331

## ACCOUNT SUMMARY

**Previous Charges**

| | |
|---|---|
| Previous Balance | $46,089.67 |
| Payment(s) Received | $0.00 |
| Past Due Amount | $46,089.67 |

*Recent payments may not yet be reflected. Please log into your account at accounts.engieresources.com for the most up to date status.*

**Current Charges**

| | |
|---|---|
| Current Charges (Details on next page) | $15,108.01 |
| **Total Amount Due by 3/26/2026** | **$61,197.68** |

*An overdue payment for this invoice will accrue at a simple interest rate of 1.5% per month if payment is not received by 3/26/2026.*

## ACCOUNT INFORMATION

| | |
|---|---|
| **Statement Issued Date** | 3/6/2026 |
| **Billing Period** | 12/23/2025 to 1/22/2026 |
| **Statement Number** | 10807325 |
| **Utility Account Number (UAN)** | 08076657440002469088 |
| **Bill Account Number (BAN)** | 0000330300 |
| **Contract Expiration** | N/A |

## USAGE HISTORY

You used 77,923 kWh in 31 days, or an average of 2,513 kWh a day. The average price you paid for electric service is 17.212¢ per kWh excluding taxes and non-recurring charges or credits.




## YOUR CARBON FOOTPRINT

Based on your monthly usage of **77,923 kWh** your equivalent emissions of Carbon is **23.780 metric tons of $CO_2e$.**

**That's the equivalent of...**

58,848 miles driven by an average gas-powered vehicle.

*If you purchased renewables, please inquire about your end of year statement. To find out ways to reduce your carbon emissions, contact us at greentailer@engie.com or reach out to your sales representative.*

PO Box 17867
San Antonio TX 78217

| DUE DATE | BILL ACCOUNT # | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 3/26/2026 | 0000330300 | $61,197.68 | $________________ |

## HOW TO PAY YOUR BILL

Scan to pay

**ONLINE**
Pay by credit card or bank account on My ENGIE Portal at **accounts.engieresources.com**

**CHECK**
Return this tear-off section with a check payable to **ENGIE Resources.**

*See more ways to pay under Additional Payment Options.*

EAGLE CASTINGS LLC
447 E MIDDLE ST
HANOVER PA 17331-2543

ENGIE Resources LLC
PO Box 841680
Dallas TX 75284-1680

0000330300108073006119768260326 2

## IMPORTANT MESSAGES

Please be aware that your contract with ENGIE Resources has expired. You are currently paying a post-term monthly variable rate for month-to-month service. For more details, please refer to your contract terms and conditions.

## CURRENT READINGS

For an explanation of charges and term definitions, *see Understanding Your Bill section.*

| Meter Number | Previous Meter Read Date | Current Meter Read Date | Previous Meter Read | Current Meter Read | Meter Constant | Usage Type | Usage |
|---|---|---|---|---|---|---|---|
| UNMETERED | 12/23/2025 | 1/22/2026 | | | 0 | kW | 175.1 |
| UNMETERED | 12/23/2025 | 1/22/2026 | | | 0 | kWh | 77,923 |

## CURRENT CHARGES




| | |
|---|---|
| **Supplier Charges** | **$4,151.17** |
| Index Energy Charge 83517.87kWh @ $0.03944 | $3,294.02 |
| Retail Adder Charge 77923kWh @ $0.011 | $857.15 |
| **Settlement Charges** | **$9,260.75** |
| Ancillary Services Charge | $734.23 |
| Capacity Charge 510.93kW @ $0.27043 for 30 days | $4,283.42 |
| Transmission Charge 542.77kW @ $0.25217 for 30 days | $4,243.10 |
| **Taxes and Fees** | **$1,696.09** |
| Gross Receipts Tax | $840.92 |
| Sales Tax - State | $855.17 |

Current Charges
**$15,108.01**

## CONTACT US

**MY ENGIE PORTAL**
accounts.engieresources.com

**EMAIL**
care@engieresources.com

**PHONE**
866-MYENGIE (866-693-6443)
Mon-Fri // 7am-6pm CST

**POWER OUTAGE/EMERGENCY**
Call your local utility First Energy - Met Ed at 1-800-545-7741

# UNDERSTANDING YOUR BILL

For an explanation of additional charges and term definitions, visit: **accounts.engieresources.com/faqs/UnderstandingYourBill**

**Bill Account Number**
A unique number assigned to your account. Customers with multiple locations may have multiple account numbers.

**Due Date**
The date your payment is due to arrive at ENGIE Resources in order to avoid late charges.

**Energy Charge**
Charges for electricity used during this period.

**Utility Charges**
Charges for services rendered by your local Transmission and Distribution Service Provider. These charges are set by the service provider.

**Taxes**
Taxes imposed on energy and utility charges and remitted to taxing entities.

**Late Payment Charges**
1.5% monthly charge on funds received after the due date.

**Prevent Termination**
Please be aware that all charges must be paid each month to keep your account current and prevent collection activities. Neglecting to pay all charges may result in contract termination.

**Right to Dispute Bill**
If you believe your bill is inaccurate or you wish to dispute all or part of any bill, please register any question or complaint about the bill prior to the due date by contacting ENGIE Resources at 1-866-693-6443 (1-866-MYEngie). If you are not satisfied with the decision or do not receive a decision within 10 days, you have the right to appeal to the Pennsylvania Public Utilities Commission, Bureau of Consumer Services, P.O. Box 3265, Harrisburg, Pa. 17105-3265. Telephone 1-800-782-1110.

**Price Changes**
Please note, the amount billed on this invoice may include price changes allowed by law or regulatory actions.

**Meter Constant**
A fixed value which is used when converting meter readings to actual energy use.

**Power Factor**
A measurement used by some electrical distribution companies to determine the ratio of real power flowing to the load of apparent power.

**OffPk (Off-Peak)**
Those periods of time at which energy is generally being delivered far below the utility's maximum demand.

**OnPk (On-Peak)**
Those periods of time at which energy is generally being delivered near or at the utility's maximum demand.

**kW (kilowatt)**
A unit of power equal to 1000 watts.

**kWh (Kilowatt-hour)**
The standard unit for measuring electricity energy consumption. equal to 1,000 watt-hours.

**kVa (Kilovolt-ampere)**
The amount of apparent power in an electrical circuit, equal to the product of voltage and current.

**kVAR (Kilo-Volt-Amperes Reactive)**
The product of the voltage and the amperage required to excite inductive circuits.

**kVARH (Kilo-Volt Amp Reactive Hours)**
A measure of energy supplied but not converted into work.

**kV (kilovolt)**
A unit of electromotive force, equal to 1,000 volts.

## ADDITIONAL PAYMENT OPTIONS

**Corporate Headquarters:** ENGIE Resources, 1360 Post Oak Blvd, Suite 400, Houston TX 77056

**Make electronic payments to:** Bank of America Merrill Lynch, Dallas, ACH Routing: 111000012, Wire ABA: 026009593, Account Number: XXXXXX5207

**Mail payments to:** ENGIE Resources LLC, P.O. Box 841680 Dallas, TX 75284-1680

**Mail overnight payments to:** Bank of America Lockbox Services, Lockbox 841680, 1950 N Stemmons Freeway, Suite 5010 Dallas, TX 75207

**Mail notes and letters in a separate envelope to:** ENGIE Resources, 1360 Post Oak Blvd, Suite 400, Houston TX 77056.
* Fed. I.D. 37-1796578. * A-110156

⚠ **Your account includes a past due amount of $46,089.67**

**Service Address:**
EAGLE CASTINGS LLC
447 E MIDDLE ST
HANOVER, PA 17331

## ACCOUNT SUMMARY

**Previous Charges**

| | |
|---|---|
| Previous Balance | $61,197.68 |
| Payment(s) Received | $0.00 |
| Past Due Amount | $46,089.67 |

*Recent payments may not yet be reflected. Please log into your account at accounts.engieresources.com for the most up to date status.*

**Current Charges**

| | |
|---|---|
| Current Charges (Details on next page) | $25,861.32 |
| **Total Amount Due by 3/26/2026** | **$87,059.00** |

*An overdue payment for this invoice will accrue at a simple interest rate of 1.5% per month if payment is not received by 3/26/2026.*

## ACCOUNT INFORMATION

| | |
|---|---|
| **Statement Issued Date** | 3/6/2026 |
| **Billing Period** | 1/23/2026 to 2/22/2026 |
| **Statement Number** | 10807414 |
| **Utility Account Number (UAN)** | 08076657440002469088 |
| **Bill Account Number (BAN)** | 0000330300 |
| **Contract Expiration** | N/A |

## USAGE HISTORY

You used 78,798 kWh in 31 days, or an average of 2,541 kWh a day. The average price you paid for electric service is 29.135¢ per kWh excluding taxes and non-recurring charges or credits.




## YOUR CARBON FOOTPRINT

Based on your monthly usage of **78,798 kWh** your equivalent emissions of Carbon is **24.047 metric tons of $CO_2e$.**

**That's the equivalent of...**

**59,509 miles** driven by an average gas-powered vehicle.

*If you purchased renewables, please inquire about your end of year statement. To find out ways to reduce your carbon emissions, contact us at greentailer@engie.com or reach out to your sales representative.*

| DUE DATE | BILL ACCOUNT # | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 3/26/2026 | 0000330300 | $87,059.00 | $________________ |

PO Box 17867
San Antonio TX 78217

## HOW TO PAY YOUR BILL

Scan to pay

**ONLINE**
Pay by credit card or bank account on My ENGIE Portal at **accounts.engieresources.com**

**CHECK**
Return this tear-off section with a check payable to **ENGIE Resources.**

*See more ways to pay under Additional Payment Options.*

EAGLE CASTINGS LLC
447 E MIDDLE ST
HANOVER PA 17331-2543

ENGIE Resources LLC
PO Box 841680
Dallas TX 75284-1680

000033030010807400870590026032266

## IMPORTANT MESSAGES

Please be aware that your contract with ENGIE Resources has expired. You are currently paying a post-term monthly variable rate for month-to-month service. For more details, please refer to your contract terms and conditions.

## CURRENT READINGS

For an explanation of charges and term definitions, *see Understanding Your Bill section.*

| Meter Number | Previous Meter Read Date | Current Meter Read Date | Previous Meter Read | Current Meter Read | Meter Constant | Usage Type | Usage |
|---|---|---|---|---|---|---|---|
| UNMETERED | 1/23/2026 | 2/22/2026 | | | 0 | kW | 245.8 |
| UNMETERED | 1/23/2026 | 2/22/2026 | | | 0 | kWh | 78,798 |

## CURRENT CHARGES




| | |
|---|---|
| **Supplier Charges** | **$12,732.15** |
| Retail Adder Charge 78798kWh @ $0.011 | $866.78 |
| Index Energy Charge 84455.7kWh @ $0.14049 | $11,865.37 |
| **Settlement Charges** | **$10,225.87** |
| Transmission Charge 536.1kW @ $0.2632 for 30 days | $4,374.22 |
| Ancillary Services Charge | $1,571.24 |
| Capacity Charge 510.58kW @ $0.27043 for 30 days | $4,280.41 |
| **Taxes and Fees** | **$2,903.30** |
| Gross Receipts Tax | $1,439.45 |
| Sales Tax - State | $1,463.85 |

Current Charges
**$25,861.32**

## CONTACT US

**MY ENGIE PORTAL**
accounts.engieresources.com

**EMAIL**
care@engieresources.com

**PHONE**
866-MYENGIE (866-693-6443)
Mon-Fri // 7am-6pm CST

**POWER OUTAGE/EMERGENCY**
Call your local utility First Energy - Met Ed at 1-800-545-7741

# UNDERSTANDING YOUR BILL

For an explanation of additional charges and term definitions, visit: **accounts.engieresources.com/faqs/UnderstandingYourBill**

**Bill Account Number**
A unique number assigned to your account. Customers with multiple locations may have multiple account numbers.

**Due Date**
The date your payment is due to arrive at ENGIE Resources in order to avoid late charges.

**Energy Charge**
Charges for electricity used during this period.

**Utility Charges**
Charges for services rendered by your local Transmission and Distribution Service Provider. These charges are set by the service provider.

**Taxes**
Taxes imposed on energy and utility charges and remitted to taxing entities.

**Late Payment Charges**
1.5% monthly charge on funds received after the due date.

**Prevent Termination**
Please be aware that all charges must be paid each month to keep your account current and prevent collection activities. Neglecting to pay all charges may result in contract termination.

**Right to Dispute Bill**
If you believe your bill is inaccurate or you wish to dispute all or part of any bill, please register any question or complaint about the bill prior to the due date by contacting ENGIE Resources at 1-866-693-6443 (1-866-MYEngie). If you are not satisfied with the decision or do not receive a decision within 10 days, you have the right to appeal to the Pennsylvania Public Utilities Commission, Bureau of Consumer Services, P.O. Box 3265, Harrisburg, Pa. 17105-3265. Telephone 1-800-782-1110.

**Price Changes**
Please note, the amount billed on this invoice may include price changes allowed by law or regulatory actions.

**Meter Constant**
A fixed value which is used when converting meter readings to actual energy use.

**Power Factor**
A measurement used by some electrical distribution companies to determine the ratio of real power flowing to the load of apparent power.

**OffPk (Off-Peak)**
Those periods of time at which energy is generally being delivered far below the utility's maximum demand.

**OnPk (On-Peak)**
Those periods of time at which energy is generally being delivered near or at the utility's maximum demand.

**kW (kilowatt)**
A unit of power equal to 1000 watts.

**kWh (Kilowatt-hour)**
The standard unit for measuring electricity energy consumption. equal to 1,000 watt-hours.

**kVa (Kilovolt-ampere)**
The amount of apparent power in an electrical circuit, equal to the product of voltage and current.

**kVAR (Kilo-Volt-Amperes Reactive)**
The product of the voltage and the amperage required to excite inductive circuits.

**kVARH (Kilo-Volt Amp Reactive Hours)**
A measure of energy supplied but not converted into work.

**kV (kilovolt)**
A unit of electromotive force, equal to 1,000 volts.

## ADDITIONAL PAYMENT OPTIONS

**Corporate Headquarters:** ENGIE Resources, 1360 Post Oak Blvd, Suite 400, Houston TX 77056

**Make electronic payments to:** Bank of America Merrill Lynch, Dallas, ACH Routing: 111000012, Wire ABA: 026009593, Account Number: XXXXXX5207

**Mail payments to:** ENGIE Resources LLC, P.O. Box 841680 Dallas, TX 75284-1680

**Mail overnight payments to:** Bank of America Lockbox Services, Lockbox 841680, 1950 N Stemmons Freeway, Suite 5010 Dallas, TX 75207

**Mail notes and letters in a separate envelope to:** ENGIE Resources, 1360 Post Oak Blvd, Suite 400, Houston TX 77056.
* Fed. I.D. 37-1796578. * A-110156

⚠ Your account includes a past due amount of $87,059.00

**Service Address:**
EAGLE CASTINGS LLC
447 E MIDDLE ST
HANOVER, PA 17331

## ACCOUNT SUMMARY

**Previous Charges**

| | |
|---|---|
| Previous Balance | $87,059.00 |
| Payment(s) Received | $0.00 |
| Past Due Amount | $87,059.00 |

*Recent payments may not yet be reflected. Please log into your account at accounts.engieresources.com for the most up to date status.*

**Current Charges**

| | |
|---|---|
| Current Charges (Details on next page) | $16,461.76 |
| Late Fees | $680.54 |
| Total Amount Due by 4/29/2026 | **$104,201.30** |

*An overdue payment for this invoice will accrue at a simple interest rate of 1.5% per month if payment is not received by 4/29/2026.*

## ACCOUNT INFORMATION

| | |
|---|---|
| **Statement Issued Date** | 4/9/2026 |
| **Billing Period** | 2/23/2026 to 3/23/2026 |
| **Statement Number** | 10947919 |
| **Utility Account Number (UAN)** | 0807665744000246908 8 |
| **Bill Account Number (BAN)** | 0000330300 |
| **Contract Expiration** | N/A |

## USAGE HISTORY

You used 88,510 kWh in 29 days, or an average of 3,052 kWh a day. The average price you paid for electric service is 16.511¢ per kWh excluding taxes and non-recurring charges or credits.




## YOUR CARBON FOOTPRINT

Based on your monthly usage of **88,510 kWh** your equivalent emissions of Carbon is **27.011 metric tons of $CO_2e$.**

**That's the equivalent of...**

66,843 miles driven by an average gas-powered vehicle.

*If you purchased renewables, please inquire about your end of year statement. To find out ways to reduce your carbon emissions, contact us at greentailer@engie.com or reach out to your sales representative.*

| DUE DATE | BILL ACCOUNT # | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 4/29/2026 | 0000330300 | $104,201.30 | $_______________ |

PO Box 17867
San Antonio TX 78217

## HOW TO PAY YOUR BILL

Scan to pay

**ONLINE**
Pay by credit card or bank account on My ENGIE Portal at **accounts.engieresources.com**

**CHECK**
Return this tear-off section with a check payable to **ENGIE Resources.**

*See more ways to pay under Additional Payment Options.*

EAGLE CASTINGS LLC
447 E MIDDLE ST
HANOVER PA 17331-2543

ENGIE Resources LLC
PO Box 841680
Dallas TX 75284-1680

000033030010947901042013026042 91

## IMPORTANT MESSAGES

Please be aware that your contract with ENGIE Resources has expired. You are currently paying a post-term monthly variable rate for month-to-month service. For more details, please refer to your contract terms and conditions.

## CURRENT READINGS

For an explanation of charges and term definitions, *see Understanding Your Bill section.*

| Meter Number | Previous Meter Read Date | Current Meter Read Date | Previous Meter Read | Current Meter Read | Meter Constant | Usage Type | Usage |
|---|---|---|---|---|---|---|---|
| UNMETERED | 2/23/2026 | 3/23/2026 | | | 0 | kW | 248.8 |
| UNMETERED | 2/23/2026 | 3/23/2026 | | | 0 | kWh | 88,510 |

## CURRENT CHARGES




| | |
|---|---|
| **Supplier Charges** | **$4,769.85** |
| Retail Adder Charge 88510kWh @ $0.011 | $973.61 |
| Index Energy Charge 94865.02kWh @ $0.04002 | $3,796.24 |
| **Settlement Charges** | **$9,843.84** |
| Ancillary Services Charge | $1,751.38 |
| Capacity Charge 510.31kW @ $0.27043 for 28 days | $4,002.14 |
| Transmission Charge 535.88kW @ $0.2632 for 28 days | $4,090.32 |
| **Taxes and Fees** | **$1,848.07** |
| Gross Receipts Tax | $916.27 |
| Sales Tax - State | $931.80 |

Current Charges
**$16,461.76**

## CONTACT US

**MY ENGIE PORTAL**
accounts.engieresources.com

**EMAIL**
care@engieresources.com

**PHONE**
866-MYENGIE (866-693-6443)
Mon-Fri // 7am-6pm CST

**POWER OUTAGE/EMERGENCY**
Call your local utility First Energy - Met Ed at 1-800-545-7741

# UNDERSTANDING YOUR BILL

For an explanation of additional charges and term definitions, visit: **accounts.engieresources.com/faqs/UnderstandingYourBill**

**Bill Account Number**
A unique number assigned to your account. Customers with multiple locations may have multiple account numbers.

**Due Date**
The date your payment is due to arrive at ENGIE Resources in order to avoid late charges.

**Energy Charge**
Charges for electricity used during this period.

**Utility Charges**
Charges for services rendered by your local Transmission and Distribution Service Provider. These charges are set by the service provider.

**Taxes**
Taxes imposed on energy and utility charges and remitted to taxing entities.

**Late Payment Charges**
1.5% monthly charge on funds received after the due date.

**Prevent Termination**
Please be aware that all charges must be paid each month to keep your account current and prevent collection activities. Neglecting to pay all charges may result in contract termination.

**Right to Dispute Bill**
If you believe your bill is inaccurate or you wish to dispute all or part of any bill, please register any question or complaint about the bill prior to the due date by contacting ENGIE Resources at 1-866-693-6443 (1-866-MYEngie). If you are not satisfied with the decision or do not receive a decision within 10 days, you have the right to appeal to the Pennsylvania Public Utilities Commission, Bureau of Consumer Services, P.O. Box 3265, Harrisburg, Pa. 17105-3265. Telephone 1-800-782-1110.

**Price Changes**
Please note, the amount billed on this invoice may include price changes allowed by law or regulatory actions.

**Meter Constant**
A fixed value which is used when converting meter readings to actual energy use.

**Power Factor**
A measurement used by some electrical distribution companies to determine the ratio of real power flowing to the load of apparent power.

**OffPk (Off-Peak)**
Those periods of time at which energy is generally being delivered far below the utility's maximum demand.

**OnPk (On-Peak)**
Those periods of time at which energy is generally being delivered near or at the utility's maximum demand.

**kW (kilowatt)**
A unit of power equal to 1000 watts.

**kWh (Kilowatt-hour)**
The standard unit for measuring electricity energy consumption. equal to 1,000 watt-hours.

**kVa (Kilovolt-ampere)**
The amount of apparent power in an electrical circuit, equal to the product of voltage and current.

**kVAR (Kilo-Volt-Amperes Reactive)**
The product of the voltage and the amperage required to excite inductive circuits.

**kVARH (Kilo-Volt Amp Reactive Hours)**
A measure of energy supplied but not converted into work.

**kV (kilovolt)**
A unit of electromotive force, equal to 1,000 volts.

## ADDITIONAL PAYMENT OPTIONS

**Corporate Headquarters:** ENGIE Resources, 1360 Post Oak Blvd, Suite 400, Houston TX 77056

**Make electronic payments to:** Bank of America Merrill Lynch, Dallas, ACH Routing: 111000012, Wire ABA: 026009593, Account Number: XXXXXX5207

**Mail payments to:** ENGIE Resources LLC, P.O. Box 841680 Dallas, TX 75284-1680

**Mail overnight payments to:** Bank of America Lockbox Services, Lockbox 841680, 1950 N Stemmons Freeway, Suite 5010 Dallas, TX 75207

**Mail notes and letters in a separate envelope to:** ENGIE Resources, 1360 Post Oak Blvd, Suite 400, Houston TX 77056.
* Fed. I.D. 37-1796578. * A-110156

⚠ **Your account includes a past due amount of $87,059.00**

**Service Address:**
EAGLE CASTINGS LLC
447 E MIDDLE ST
HANOVER, PA 17331

## ACCOUNT SUMMARY

**Previous Charges**

| | |
|---|---|
| Previous Balance | $104,201.30 |
| Payment(s) Received | $0.00 |
| Past Due Amount | $87,059.00 |

*Recent payments may not yet be reflected. Please log into your account at accounts.engieresources.com for the most up to date status.*

**Current Charges**

| | |
|---|---|
| Current Charges (Details on next page) | $12,163.15 |
| Late Fees | $614.54 |
| Total Amount Due by 5/20/2026 | **$116,978.99** |

*An overdue payment for this invoice will accrue at a simple interest rate of 1.5% per month if payment is not received by 5/20/2026.*

## ACCOUNT INFORMATION

| | |
|---|---|
| **Statement Issued Date** | 4/30/2026 |
| **Billing Period** | 3/24/2026 to 4/17/2026 |
| **Statement Number** | 11030234 |
| **Utility Account Number (UAN)** | 08076657440002469088 |
| **Bill Account Number (BAN)** | 0000330300 |
| **Contract Expiration** | N/A |

## USAGE HISTORY

You used 66,864 kWh in 25 days, or an average of 2,674 kWh a day. The average price you paid for electric service is 16.149¢ per kWh excluding taxes and non-recurring charges or credits.




## YOUR CARBON FOOTPRINT

Based on your monthly usage of **66,864 kWh** your equivalent emissions of Carbon is **20.405 metric tons of $CO_2e$.**

**That's the equivalent of...**

**50,496 miles** driven by an average gas-powered vehicle.

*If you purchased renewables, please inquire about your end of year statement. To find out ways to reduce your carbon emissions, contact us at greentailer@engie.com or reach out to your sales representative.*

| DUE DATE | BILL ACCOUNT # | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 5/20/2026 | 0000330300 | $116,978.99 | $________________ |

PO Box 17867
San Antonio TX 78217

## HOW TO PAY YOUR BILL

Scan to pay

**ONLINE**
Pay by credit card or bank account on My ENGIE Portal at **accounts.engieresources.com**

**CHECK**
Return this tear-off section with a check payable to **ENGIE Resources.**

*See more ways to pay under Additional Payment Options.*

EAGLE CASTINGS LLC
447 E MIDDLE ST
HANOVER PA 17331-2543

ENGIE Resources LLC
PO Box 841680
Dallas TX 75284-1680

000033030011030201169789926052O2

## IMPORTANT MESSAGES

Please be aware that your contract with ENGIE Resources has expired. You are currently paying a post-term monthly variable rate for month-to-month service. For more details, please refer to your contract terms and conditions.

## CURRENT READINGS

For an explanation of charges and term definitions, *see Understanding Your Bill section.*

| Meter Number | Previous Meter Read Date | Current Meter Read Date | Previous Meter Read | Current Meter Read | Meter Constant | Usage Type | Usage |
|---|---|---|---|---|---|---|---|
| UNMETERED | 3/24/2026 | 4/17/2026 | | | 0 | kW | 227.3 |
| UNMETERED | 3/24/2026 | 4/17/2026 | | | 0 | kWh | 66,864 |

## CURRENT CHARGES




| | |
|---|---|
| **Supplier Charges** | **$2,778.85** |
| Retail Adder Charge 66864kWh @ $0.011 | $735.50 |
| Index Energy Charge 71664.84kWh @ $0.02851 | $2,043.35 |
| **Settlement Charges** | **$8,018.81** |
| Capacity Charge 509.94kW @ $0.27043 for 24 days | $3,447.61 |
| Ancillary Services Charge | $1,048.19 |
| Transmission Charge 535.41kW @ $0.2632 for 24 days | $3,523.01 |
| **Taxes and Fees** | **$1,365.49** |
| Gross Receipts Tax | $677.01 |
| Sales Tax - State | $688.48 |

Current Charges
**$12,163.15**

## CONTACT US

**MY ENGIE PORTAL**
accounts.engieresources.com

**EMAIL**
care@engieresources.com

**PHONE**
866-MYENGIE (866-693-6443)
Mon-Fri // 7am-6pm CST

**POWER OUTAGE/EMERGENCY**
Call your local utility First Energy - Met Ed at 1-800-545-7741

# UNDERSTANDING YOUR BILL

For an explanation of additional charges and term definitions, visit: **accounts.engieresources.com/faqs/UnderstandingYourBill**

**Bill Account Number**
A unique number assigned to your account. Customers with multiple locations may have multiple account numbers.

**Due Date**
The date your payment is due to arrive at ENGIE Resources in order to avoid late charges.

**Energy Charge**
Charges for electricity used during this period.

**Utility Charges**
Charges for services rendered by your local Transmission and Distribution Service Provider. These charges are set by the service provider.

**Taxes**
Taxes imposed on energy and utility charges and remitted to taxing entities.

**Late Payment Charges**
1.5% monthly charge on funds received after the due date.

**Prevent Termination**
Please be aware that all charges must be paid each month to keep your account current and prevent collection activities. Neglecting to pay all charges may result in contract termination.

**Right to Dispute Bill**
If you believe your bill is inaccurate or you wish to dispute all or part of any bill, please register any question or complaint about the bill prior to the due date by contacting ENGIE Resources at 1-866-693-6443 (1-866-MYEngie). If you are not satisfied with the decision or do not receive a decision within 10 days, you have the right to appeal to the Pennsylvania Public Utilities Commission, Bureau of Consumer Services, P.O. Box 3265, Harrisburg, Pa. 17105-3265. Telephone 1-800-782-1110.

**Price Changes**
Please note, the amount billed on this invoice may include price changes allowed by law or regulatory actions.

**Meter Constant**
A fixed value which is used when converting meter readings to actual energy use.

**Power Factor**
A measurement used by some electrical distribution companies to determine the ratio of real power flowing to the load of apparent power.

**OffPk (Off-Peak)**
Those periods of time at which energy is generally being delivered far below the utility's maximum demand.

**OnPk (On-Peak)**
Those periods of time at which energy is generally being delivered near or at the utility's maximum demand.

**kW (kilowatt)**
A unit of power equal to 1000 watts.

**kWh (Kilowatt-hour)**
The standard unit for measuring electricity energy consumption. equal to 1,000 watt-hours.

**kVa (Kilovolt-ampere)**
The amount of apparent power in an electrical circuit, equal to the product of voltage and current.

**kVAR (Kilo-Volt-Amperes Reactive)**
The product of the voltage and the amperage required to excite inductive circuits.

**kVARH (Kilo-Volt Amp Reactive Hours)**
A measure of energy supplied but not converted into work.

**kV (kilovolt)**
A unit of electromotive force, equal to 1,000 volts.

## ADDITIONAL PAYMENT OPTIONS

**Corporate Headquarters:** ENGIE Resources, 1360 Post Oak Blvd, Suite 400, Houston TX 77056

**Make electronic payments to:** Bank of America Merrill Lynch, Dallas, ACH Routing: 111000012, Wire ABA: 026009593, Account Number: XXXXXX5207

**Mail payments to:** ENGIE Resources LLC, P.O. Box 841680 Dallas, TX 75284-1680

**Mail overnight payments to:** Bank of America Lockbox Services, Lockbox 841680, 1950 N Stemmons Freeway, Suite 5010 Dallas, TX 75207

**Mail notes and letters in a separate envelope to:** ENGIE Resources, 1360 Post Oak Blvd, Suite 400, Houston TX 77056.
* Fed. I.D. 37-1796578. * A-110156