**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Case No. 25-90399 (CML) |
| FIRST BRANDS GROUP, LLC, *et al.*[1] | Chapter 7 |
| Debtors. | Jointly Administered |

**ORDER GRANTING ENGIE RESOURCES LLC'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. § 503(b)(1)(A)**

After considering the ENGIE Resources LLC's ("***ENGIE***") *Motion for Allowance of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1)(A)* (the "***Motion***"), any responses, and the record, the Court finds that (i) it has jurisdiction under 28 U.S.C. § 1334; (ii) that the Motion concerns a core proceeding under 28 U.S.C. § 157(b)(2)(A), (B), and (O); (iii) that venue is proper under 28 U.S.C. §§ 1408 and 1409; (iv) that notice was adequate and (v) relief as stated below is warranted. It is therefore **ORDERED** that:

1. The Motion is **GRANTED** to the extent stated in this Order.

2. ENGIE is allowed an administrative expense claim under 11 U.S.C. § 503(b)(1)(A) against the estate of Eagle Casting, LLC ("***Eagle Casting***") for $779,483.67 (the "***Allowed Administrative Claim***"). The Allowed Administrative Claim consists of $718,049.05 in charges for electricity that ENGIE supplied to Eagle Casting from September 29, 2025, through April 17, 2026, and $61,434.62 in contractual interest on those charges through September 1, 2026. The Allowed Administrative Claim includes no pre-petition amounts and no

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

interest on pre-petition amounts. No late-payment charge shown on ENGIE's statements is allowed separately.

3. The Debtor shall remit payment to ENGIE within twenty-one (21) days of entry of this Order.

4. The Court retains jurisdiction over all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Signed: ____________________**

______________________________________
**Christopher Lopez**
**United States Bankruptcy Judge**

Submitted by:

**THE LANE LAW FIRM, PLLC**

By: *<u>/s/ Matthew W. Bourda</u>*
Matthew W. Bourda
Texas Bar No. 24091948
6200 Savoy Drive, Suite 1150
Houston, TX 77036
Email: matt.bourda@lanelaw.com

*Counsel for ENGIE Resources LLC*