**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: First Brands Group, LLC
Debtor

Case No.: 25−90399

Chapter: 7

# NOTICE OF FILING OF OFFICIAL TRANSCRIPT

An official transcript has been filed in this case and it may contain information protected under the E-Government Act of 2002, and Fed. R. Bank. P. 9037.

Transcripts will be electronically available on PACER to the public 90 days after their filing with the court. To comply with privacy requirements of Fed. R. Bank. P. 9037, the parties must ensure that certain protected information is redacted from transcripts prior to their availability on PACER.

If redaction is necessary, the parties must file a statement of redaction listing the items to be redacted, citing the transcript's docket number, the item's location by page and line, and including only the following portions of the protected information. This statement must be filed within 21 days of the transcript being filed. A suggested form for the statement of redaction is available at https://www.txs.uscourts.gov/.

- the last four digits of the social security number or taxpayer identification number;
- the year of the individual's birth;
- the minor's initials;
- the last four digits of the financial account number; and
- the city and state of the home address.

Any additional redaction requires a separate motion and Court approval.

A party may review the transcript at the Clerk's Office public terminals or purchase it by following the instruction on our website at https://www.txs.uscourts.gov/ or by calling (713) 250−5500 . A party is only responsible for reviewing the:

- opening and closing statements made on the party's behalf;
- statements of the party;
- testimony of any witness called by the party; and
- any other portion of the transcript as ordered by the court.

Redaction is your responsibility. The Clerk, court reporter, or transcriber will not review this transcript for compliance.

Nathan Ochsner
Clerk of Court

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 25-90399-cml
First Brands Group, LLC Chapter 7
WEM US Co.
Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4 User: ADIuser Page 1 of 40
Date Rcvd: Nov 20, 2026 Form ID: ntctran Total Noticed: 226

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Endurance American Insurance Company, 14643 Dallas Parkway Suite 550, Dallas, TX 75254-8885 |
| dbpos | + | APC Intermediate Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | APC Parent, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | ASC Industries, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | AVM Export, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Airtex Industries, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Airtex Products, LP, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Autolite Operations LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | BPI Acquisition Company, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | BPI EC, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | BPI Holdings International, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Brake Parts Inc China LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Brake Parts Inc India LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Brake Parts Inc LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Broad Street Financial Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Broad Street Financial, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD Holding, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD Intermediate Holdings I, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD Intermediate Holdings II, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Cardone Industries, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Capital Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carrand Companies, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Carburetor Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Carburetor, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Fuel Export, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Fuel Systems, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Champion Laboratories, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Dalton Corporation, Kendallville Manufacturing Fac, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Dalton Corporation, Stryker Machining Facility Co., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Eagle Casting Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Eagle Casting, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Eagle Machining, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | FRAM Group IP LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | FRAM Group Operations LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Fuel Filter Technologies, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Global Assets GmbH, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Global Assets LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Global Lease Assets Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Global Reman Ventures, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |

| | | |
|---|---|---|
| dbpos | + | Heatherton Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Hopkins Acquisition, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Hopkins Manufacturing Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Horizon Euro Finance LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Horizon Global Americas Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Horizon Global Company LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Horizon International Holdings LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | IBI International Holding Company, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | International Brake Industries, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Jasper Acquisition Corp., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Jasper Rubber Products, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | KTRI Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | KTRI Offshore Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Longman Enterprises, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | PHNX Acquisition Corp., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Patterson Inventory Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Patterson Inventory, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Premier Marketing Group, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Pylon Manufacturing Corp., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Pylon South Bend, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualis Automotive, L.L.C., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualis Enterprises, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor Acquisition Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor Automotive, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor Subsidiary H, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor Subsidiary S, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Reman Management International LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | SDC TX, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Smart Choice, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Specialty Pumps Group, Inc, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Starlight Inventory Holdings I, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Starlight Inventory I, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Strongarm, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | TAE Brakes, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | TAE China Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Toledo Molding & Die, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Transportation Aftermarket Enterprise, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Trico Holding Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Trico Products Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Trico Technologies Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Tridonex USA LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI Acquisition Holdings (No. 4) LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI International Holdings Parent Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI International Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI International, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI Pennsylvania, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI-Airtex Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | United Components, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Universal Auto Filter LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Viceroy Private Capital, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Viper Acquisition I, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Viper Acquisition, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | WEM US Co., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Walbro LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Walbro Midco LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| aty | + | Christopher L Phillippe, Law Office of Phillippe & Associates, 847 E. Harrison St., Brownsville, TX 78520, UNITED STATES 78520-7120 |
| aty | + | Ronald K. Brown, Jr., Law Offices of Ronald K. Brown, Jr., APC, 901 Dove St, Suite 120, Newport Beach, CA 92660-3018 |
| cr | + | 1600 Industrial LLC, c/o Trey A. Monsour, Fox Rothschild LLP, 2501 N. Harwood, #1800, Dallas, TX 75201 UNITED STATES 75201-1613 |
| op | + | Adam Wesley, Boies Schiller Flexner LLP, 55 Hudson Yards, New York, NY 10001-2163 |
| trnsfee | | Anne Willsher, 13 Marilyn Place, Queanbeyan NSW 2620, AUSTRALIA |

| | | |
|---|---|---|
| cr | + | Arab Banking Corporation B.S.C., c/o Blaire A. Cahn, Baker & McKenzie LLP, 452 Fifth Avenue, New York, NY 10018-2706 |
| cr | + | BBJ Ventures, LLC, c/o Graham PLLC, 4203 Montrose Blvd., Suite 550, Houston, TX 77006-5427 |
| cr | + | BRI WESTPARK IV QOZB, LP, c/o Leslie S. Barr, Esq, Windels Marx Lane & Mittendorf, LLP, 156 West 56th St, New York, NY 10019-3800 |
| cr | + | CSI Leasing, Inc., c/o Clark Hill PLC, Audrey L. Hornisher, 901 Main Street, Suite 6000, Dallas, TX 75202-3748 |
| cr | + | CTS Global Logistics (Georgia) Inc., 1370 Valley Vista Drive, Suite 280, Diamond Bar, CA 91765-3923 |
| cr | + | Carrdan Corporation, 100 Reed Drive, Temperance, MI 48182-8900 |
| intp | | Charmaine Thomas, New York, NY 10001 |
| cr | | Chubb Companies, Duane Morris LLP, 200 Crescent Ct Suite 900, Krum, TX 76249 |
| cr | + | Ciara Childs, c/o J. Gerard Stranch, IV, Stranch, Jennings, & Garvey, PLLC, 223 Rosa Parks Ave., Suite 200 Nashville, TX 37203-3513 |
| cr | | City of Miami Special Utility Authority, c/o Steven W. Soule', Hall, Estill, et al., 521 East 2nd Street, Suite 1200 Tulsa, OK 74120-1855 |
| cr | + | Crown Equipment Corporation dba Crown Lift Trucks, Sebaly Shillito and Dyer, 220 E. Monument Ave., Suite 500, Dayton, OH 45402 UNITED STATES 45402-1267 |
| intp | + | David Parker, Davis & Santos, 719 S. Flores Street, San Antonio, TX 78204, UNITED STATES 78204-1350 |
| intp | + | David Parker, Davis and Santos, PLLC, 719 S. Flores Street, San Antonio, TX 78204, UNITED STATES 78204-1350 |
| trnsfee | | David Willsher, 13 Marilyn Place, Queanbeyan NSW 2620, AUSTRALIA |
| cr | + | De Lage Landen Financial Services, Inc., c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Derby Fabricating Solutions, LLC, c/o Christina Combs, 4500 Produce Road, Louisville, KY 40218-3058 |
| intp | | Deva Capital Investment Company S.L.U., Avenida de Cantabria s/n, Boadilla del Monte, 28660, SPAIN |
| trnsfee | + | Durham BDR LLC, 4012 Dover Rd, Durham, NC 27707-5401 |
| cr | + | ENGIE Resources LLC, 1360 Post Oak Blvd., Suite 400, Houston, TX 77056-3030 |
| cr | + | Epicor Software Corporation, c/o Clark Hill PLC, Attn: Duane J. Brescia, 3711 S. Mopac Expressway, Bldg One, Suite 500 Austin, TX 78746-8041 |
| intp | + | Flex-N-Gate LLC, Foley & Lardner LLP, 2021 McKinney Ave., Suite 1600, Dallas, TX 75201-3340 |
| cr | + | Francisco Garza, c/o J. Gerard Stranch, IV, 223 Rosa Parks Ave., Suite 200, Nashville, TX 37203-3513 |
| trnsfee | + | GS Financial Network, 7910 Woodmont Ave, Ste 1050, Bethesda, MD 20814-3069 |
| cr | + | Goldstar Warehousing, Ltd., 5845 Padre Island HWY, Brownsville, TX 78521-4419 |
| cr | + | Gorman Industrial Supply Co., c/o ScottHulse, P.C./James M. Feuille, 201 E. Main Drive, Suite 1100, El Paso, TX UNITED STATES 79901-1340 |
| cr | + | HerbertUSA, Inc., 1480 Industrial Pkwy, Akron, OH 44310-2602 |
| cr | + | Honda Development & Manufacturing of America, LLC,, FBT Gibbons LLP, c/o Patricia K. Burgess, 150 3rd Ave S, Ste 1900 Nashville, TN 37201-2043 |
| intp | + | Husqvarna Business Support AB, c/o Sean A. Gordon, Thompson Hine LLP, 3560 Lenox Road Suite 1600, Atlanta, GA 30326-4274 |
| intp | + | Jeff Janson, 408 Coburn Lane, Franklin, TN 37069-1400 |
| cr | + | KITKAT (IL) LLC, c/o Sam Rubenstein, 395 9th Avenue, 58th Floor, New York, NY 10001-8611 |
| cr | + | Kawasaki Motors Corp., USA, c/o Clark Hill PLC, Attn: Audrey L. Hornisher, 901 Main Street, Suite 6000, Dallas, TX 75202-3748 |
| cr | + | Kingsbridge Holdings, LLC, Darcy & Devassy PC, 444 N. Michigan Ave, Suite 3270, Chicago, IL 60611, UNITED STATES 60611-3906 |
| op | + | Kroll Restructuring Administrat Kroll Restructurin, 1 World Trade Center, 31st Floor, New York, NY 10007, UNITED STATES 10007-0090 |
| cr | + | MAC Montacargas Corporation, co Bruce J. Ruzinsky, Jackson Walker LLP, 1401 McKinney St., Suite 1900, Houston, Tx 77010-1900 |
| cr | + | Manuel Fernandez, c/o J. Gerard Stranch, IV, Stranch, Jennings, & Garvey, PLLC, 223 Rosa Parks Ave., Suite 200 Nashville, TN 37203-3513 |
| cr | + | Manuel Leal, c/o J. Gerard Stranch, IV, Stranch, Jennings, & Garvey, PLLC, 223 Rosa Parks Ave., Suite 200 Nashville, TN 37203-3513 |
| intp | + | Marco Gaxiola, 5602 Buckeye Ct, Brownsville, TX 78526-4342 |
| cr | | Martin Titanium American Logistics, Inc., Martin Seidler, 32 Simpson Road, Bolton, Ontario, Canada, L7E 1G9 CANADA |
| cr | + | Michael Templin, c/o John A. Gagliardi, Esq., 122 S. Church Street, West Chester, PA 19382-3223 |
| cr | + | Milwood Holdings, LLC, c/o Dietz Property Group, 2075 W. Big Beaver, Troy, MI 48084-3407 |
| cr | + | Mitsubishi HC Capital America, Inc., c/o Brian R. Trumbauer, Bodman PLC, 6th Floor at Ford Field, 1901 St. Antoine Street Detroit, MI 48226-2336 |
| cr | + | NP Whitaker Ave. Industrial, LLC, 3315 N. Oak Trafficway, Kansas City, MO 64116-2775 |
| cr | + | NTT DATA Americas, Inc., Streusand, Landon, Ozburn & Lemmon, LLP, 1801 S. MoPac Expressway, Suite 320, Austin, Tx 78746, UNITED STATES 78746-9817 |
| cr | | NTT Managed Services Americas, LLC, C/O Streusand, Landon, Ozburn & Lemmon,, Suite 320, Austin, TX 78746, UNITED STATES |
| cr | + | Napier Park Global Capital (US) LP, 280 Park Avenue, 3rd Floor, New York, NY 10017-1274 |
| cr | + | National Labor Relations Board, 1015 Half Street S.E., Fourth Floor, Washington, DC 20003-3656 |
| cr | + | Official Committee of Non-Union Retirees, Chamberlain Hrdlicka, Attention: Bankruptcy Department, 1200 Smith Street, Suite 1400, Houston, TX 77002-4496 |
| cr | + | Orbian Corporation and Orbian Financial Services X, c/o J. Frasher Murphy and David Staab, Haynes and Boone, LLP, 2801 North Harwood Street, Suite 2300 Dallas, TX 75201-2754 |
| cr | + | PG Maderas y Triplay S.A. de C.V., Martin & Drought, P.C., 112 East Pecan Street, 112 East Pecan Street, San Antonio, TX 78205 UNITED STATES 78205-1512 |
| intp | + | Patrick James, Quinn Emanuel Urquhart & Sullivan, LLP, 295 5th Avenue, New York, NY 10016-7103 |
| intp | #+ | Phoenix Brownsville Industrial Investors LLC, c/o David E. Lemke, Holland & Knight LLP, 511 Union St, Suite 2700, Nashville, TN 37219-1791 |
| cr | + | Planters Bank, David F. Waguespack, Carver Darden, 1100 Poydras Street, Suite 3100, New Orleans, LA 70163 UNITED STATES |

| | | |
|---|---|---|
| | | 70163-1102 |
| cr | + | Pyramid Warehousing, Ltd., 5845 Padre Island HWY, Brownsville, TX 78521-4419 |
| cr | | Qindao Carflex Auto Parts Co., Ltd., 10 Dazhonger Road, Jimo District, Qingdao, Shandong 266200, CHINA |
| trnsfee | | RMO MSF PTY LTD, ATF Muirhead Family Superannuation Fund, 14-16 Brucedale Crescent, Park Orchards VIC 3114, AUSTRALIA |
| cr | + | SRE Miami, LLC, 2570 Bradford Lane, Brookfield, WI 53045-1701 |
| cr | + | STORE Capital Acquisitions, LLC, 1 East Washington Street, Suite 2300, Phoenix, AZ 85004, UNITED STATES 85004-2555 |
| cr | + | Scotland Enterprises, Inc., Scotland Enterprises, Inc. (Attn: Pres.), 5526 Scotland Rd., Bentonia, MS 39040-9310 |
| trnsfee | + | Sharon Casey, 58 North Street, Greenwich, CT 06830-4726 |
| cr | + | SmartestEnergy US LLC, 110 West Fayette Street, Suite 400, Syracuse, NY 13202-1198 |
| cr | + | Solgenie Technologies, Inc., 4725 Peachtree Industrial Blvd, Suite 200, Berkeley Lake, GA 30092-3023 |
| cr | + | SorTech LLC, c/o Ramiro Tovar, 1900 Sebastian St., Mission, TX 78572-8386 |
| cr | + | St. Clair Technologies, Inc., c/o Clark Hill PLC, Attn: Robert P. Franke, 901 Main Street, Suite 6000, Dallas, TX 75202-3748 |
| cr | + | Staci Corp. d/b/a Vexos, Inc. c/o Nicola G. Suglia, Four Greentree Centre, 601 Route 73 North, Suite 305, Marlton, NJ 08053 UNITED STATES 08053-3475 |
| cr | + | Stag Industrial Holdings, LLC, One Federal Street, 23rd Floor, Boston, MA 02110-2031 |
| cr | + | Steven R Bodeman, 5629 Colver Road, Talent, OR 97540-6746 |
| cr | + | The Parts House THP LLP, Bradley Arant Boult Cummings, 600 Travis, Ste 5600, Houston, TX 77002-2909 |
| cr | + | Tim Johnson, c/o J. Gerard Stranch, IV, Stranch, Jennings, & Garvey, PLLC, 223 Rosa Parks Ave., Suite 200 Nashville, TN 37203-3513 |
| cr | + | Total Quality Logistics, LLC, c/o Dinsmore & Shohl LLP, 655 W. Broadway, Suite 800, San Diego, CA 92101, UNITED STATES 92101-8482 |
| trnsfee | + | Tracy Fu, 300 E 55th Street, Apt 25A, New York, NY 10022-4391 |
| intp | + | Twin City Fire Insurance Company, Phelps Dunbar, 1001 Fannin, Suite 2200, Houston, TX 77002 UNITED STATES 77002-6730 |
| cr | + | Valeo North America, Inc., co Victoria Argeroplos, Jackson Walker LLP, 1401 McKinney St., Suite 1900, Houston, TX 77010-1900 |
| cr | + | Valeo Sistemas Electricos, S.A. de C.V., co Victoria Argeroplos, Jackson Walker LLP, 1401 McKinney St., Suite 1900, Houston, TX 77010-1900 |
| cr | | Zhejiang Laien Filtration System Co. Ltd, No. 2599 Fazhan Road, Taihu Avenue, Changxing District, Zhejiang Province, Huzhou, 313100 CHINA |
| cr | + | Zurich American Insurance Company, c/o Clark Hill PLC, Attn: Duane J. Brescia, 3711 S. Mopac Expressway, Bldg One, Suite 500 Austin, TX 78746-8041 |
| cr | + | c/o Michael J. Shane RIO BRAVO INTERNATIONAL SERVI, Gordon Davis Johnson Shane & Snider, PC, 4695 N. Mesa, Suite 100, El Paso, TX 79912 UNITED STATES 79912-6149 |

TOTAL: 177

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | ^ | MEBN | Nov 20 2026 19:47:06 | First Brands Group, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 20 2026 19:47:01 | Carnaby Capital, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 20 2026 19:46:41 | Carnaby FA Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 20 2026 19:47:01 | Carnaby FA, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 20 2026 19:46:38 | Carnaby Inventory Holdings II, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 20 2026 19:46:38 | Carnaby Inventory Holdings III, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 20 2026 19:46:37 | Carnaby Inventory Holdings IV, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 20 2026 19:46:37 | Carnaby Inventory II, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 20 2026 19:46:38 | Carnaby Inventory III, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 20 2026 19:46:38 | Carnaby Inventory IV, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 20 2026 19:47:23 | Dalton Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |

| | | | | |
|---|---|---|---|---|
| dbpos | ^ | MEBN | Nov 20 2026 19:47:23 | Dalton Corporation, Ashland Manufacturing Facility, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 20 2026 19:47:23 | Dalton Corporation, Warsaw Manufacturing Facility, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 20 2026 19:46:41 | FRAMAuto Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 20 2026 19:47:06 | First Brands Group Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 20 2026 19:47:06 | First Brands Group Intermediate, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| tr | + | Email/Text: ccurtis@mcginnislaw.com | Nov 20 2026 19:53:00 | Catherine Stone Curtis, P.O. Box 720788, McAllen, TX 78504-0788 |
| cr | + | Email/Text: adam.rosen@ALRcounsel.com | Nov 20 2026 19:51:00 | AIG Insurance Company of Canada, c/o Adam L. Rosen PLLC, 834B Fort Salonga Road, Box 1021, Northport, NY 11768-3157 |
| intp | + | Email/Text: tom@howley-law.com | Nov 20 2026 19:52:00 | Ad Hoc Group of Lenders, 700 Louisiana Street, Suite 4220, Houston, TX 77002, UNITED STATES 77002-2881 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 20 2026 19:57:21 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: dferretti@bakerdonelson.com | Nov 20 2026 19:52:00 | AutoZone Parts, Inc., Baker Donelson, c/o Daniel J. Ferretti, 1301 McKinney, Suite 3700, Houston, TX 77010, UNITED STATES 77010-3034 |
| cr | + | Email/Text: dferretti@bakerdonelson.com | Nov 20 2026 19:52:00 | AutoZone, Inc., Baker Donelson, c/o Daniel J. Ferretti, 1301 McKinney, Suite 3700, Houston, TX 77010, UNITED STATES 77010-3034 |
| cr | + | Email/Text: edinburgbankruptcy@pbfcm.com | Nov 20 2026 19:51:00 | Brownsville Independent School District, c/o Hiram A. Gutierrez, P.O. Box 2916, McAllen, Tx 78502-2916 |
| cr | + | Email/Text: comedbankruptcygroup@exeloncorp.com | Nov 20 2026 19:53:00 | Commonwealth Edison Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | ^ | MEBN | Nov 20 2026 19:47:16 | Constellation NewEnergy Gas Division, LLC, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | ^ | MEBN | Nov 20 2026 19:47:17 | Constellation NewEnergy, Inc., c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + | Email/Text: bankruptcynotices@everestre.com | Nov 20 2026 19:53:00 | Everest National Insurance Company, 461 5th Avenue, New York, NY 10017-6234 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 20 2026 19:57:21 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: hollyhamm@mehaffyweber.com | Nov 20 2026 19:52:00 | Guishou Saboman Technology Development Co., Ltd., Mehaffy Weber, P.C., c/o Holly C. Hamm, P.O. Box 16, Beaumont, TX 77704-0016 |
| cr | + | Email/Text: hollyhamm@mehaffyweber.com | Nov 20 2026 19:52:00 | Guizhou Saboman Micronized Mining Co., Ltd., Mehaffy Weber, P.C., c/o Holly C. Hamm, P.O. Box 16, Beaumont, TX 77704-0016 |
| cr | + | Email/Text: russj4478@aol.com | Nov 20 2026 19:52:00 | Indiana Michigan Power Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, |

| | | | | |
|---|---|---|---|---|
| | | | | Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + | Email/Text: susan.triggs@insight.com | Nov 20 2026 19:52:23 | Insight Direct USA, Inc., 2701 East Insight Way, Chandler, AZ 85286, UNITED STATES 85286-1947 |
| op | ^ | MEBN | Nov 20 2026 19:47:10 | Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007, UNITED STATES 10007-0090 |
| cr | + | Email/Text: russj4478@aol.com | Nov 20 2026 19:52:00 | Metropolitan Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + | Email/Text: russj4478@aol.com | Nov 20 2026 19:52:00 | Ohio Power Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + | Email/Text: schristianson@buchalter.com | Nov 20 2026 19:51:00 | Oracle America, Inc., Buchalter PC, c/o Shawn M. Christianson, 425 Market St., Suite 2900, San Francisco, Ca 94105-2491 |
| cr | + | Email/Text: bncctnotifications@pbgc.gov | Nov 20 2026 19:51:00 | Pension Benefit Guaranty Corporation, Office of the General Counsel, 445 12th Street, SW, Washington, DC 20024-2101 |
| cr | ^ | MEBN | Nov 20 2026 19:46:56 | STORE Master Funding IV, LLC, c/o Ballard Spahr LLP, 1 East Washington Street, Suite 2300, Phoenix, AZ 85004, UNITED STATES 85004-2555 |
| cr | ^ | MEBN | Nov 20 2026 19:46:56 | STORE Master Funding XIV, LLC, c/o Ballard Spahr LLP, 1 East Washington Street, Suite 2300, Phoenix, AZ 85004, UNITED STATES 85004-2555 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Nov 20 2026 19:51:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Nov 20 2026 19:52:00 | TRUIST BANK, 214 North Tryon Street, Suite 3, Charlotte, NC 28202-1023 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Nov 20 2026 19:53:00 | Tarrant County, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219, UNITED STATES 75219-3959 |
| cr | + | Email/Text: bcd@oag.texas.gov | Nov 20 2026 19:51:00 | Texas Commission on Environmental Quality, c/o Office of Texas Attorney General, Bankruptcy and Collections Division, P.O. Box 12548, Austin, TX 78711-2548 |
| trnsfee | + | Email/Text: brudolph@tigbeach.com | Nov 20 2026 19:52:00 | The Oslo Nevada Trust, Barry D Rudolph, 4012 Dover Rd, Durham, NC 27707-5401 |
| cr | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 20 2026 19:53:00 | Toledo Edison Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Nov 20 2026 19:51:00 | Toyota Industries Commercial Finance, Inc, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| intp | + | Email/Text: usatxs.bankruptcy@usdoj.gov | Nov 20 2026 19:51:00 | United States Of America, United States Attorney's Office, 1000 Louisiana Street, Suite 2300, Houston, TX 77002, UNITED STATES OF AMERICA 77002-5010 |
| cr | | Email/Text: pat@pmfpc.com | Nov 20 2026 19:53:00 | United Steel, Paper & Forestry, Rubber, Manufactur, c/o Patrick M. Flynn P.C., 1225 North Loop West, Suite 1000, Houston, TX 77008-1775 |
| cr | + | Email/Text: ecffilings@padfieldstout.com | | |

| | | |
|---|---|---|
| | Nov 20 2026 19:52:00 | Whirlpool Corporation, c/o Padfield & Stout, LLP, 100 Throckmorton Street, Suite 700, Fort Worth, TX 76102-2837 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | Eva Engelhart |
| intp | | 1970 Group, Inc. |
| cr | | 1995 Billy Mitchell Boulevard, Inc. |
| cr | | 673753 Ontario Limited DBA TRAFFIX |
| intp | | A.N Webber Logistics, Inc. |
| cr | | ACAR Leasing Ltd |
| cr | | ARC CGLGNIN001, LLC |
| cr | | ARC CGMARSC001, LLC |
| cr | | AVO Carbon USA, Inc. |
| intp | | AXIS Insurance Company |
| intp | | Adam S Wesley |
| cr | | Advance Auto Parts, Inc. |
| intp | | Aequum Capital Financial II LLC |
| cr | | Aftermarket Auto Parts Alliance, Inc. |
| cr | | Ahlstrom Filtration LLC |
| intp | | Akin Gump Strauss Hauer & Feld LLP |
| cr | | Alliance Automotive Group (EU) |
| cr | | Alliance Parts Warehouse, LLC |
| intp | | Allianz Global Risks US Insurance Company |
| cr | | Alpine Electronics of America, Inc. |
| fa | | Alvarez & Marsal North America, LLC |
| intp | | Amanda Coxbill |
| cr | | Amazon Advertising LLC |
| cr | | Applied Industrial Technologies, Inc. |
| intp | | Arch Insurance Company |
| res | | Argent Institutional Trust, as Litigation Trustee |
| cr | | Automotive Auto Parts Distributors, Inc. |
| cr | | Automotive Parts Service Group LLC |
| aud | | BDO USA, P.C. |
| cr | | BFG Corporation d/b/a Byline Financial Group |
| cr | | BPP Cannonball Park A LP fka BPP Shiraz Park A LP |
| cr | | BPP Shiraz Park A LP |
| cr | | BPREP 1805 S. Wilmington LLC |
| intp | | Banco Actinver, Sociedad Annima, Institucin de Ban |
| cr | | Bank of America, N.A. |
| op | | Bank of America, N.A. |
| intp | | Berkley Insurance Company |
| intp | | CMX North America Inc. |
| cr | | Cameron County |
| intp | | Carnaby II and III Secured Parties |
| cr | | Central States, Southeast and Southwest Areas Pens |
| cr | | City Of McAllen |
| cr | | Comcast Cable Communications Management, LLC |
| cr | | Daniel Villalta |
| cr | | Diana J Holt |
| intp | | Edward James |
| cr | | Evolution Credit Partners |
| cr | | Export Development Canada |
| intp | | FCA US LLC |
| cr | | FactoFrance |
| intp | | Fair American Insurance and Reinsurance Company |
| cr | | Fairlane Industries, Inc. |

| | |
|---|---|
| intp | Federal Insurance Company |
| cr | Federated Auto Parts Distributors, Inc. |
| cr | First Guaranty Bank |
| cr | First-Citizens Bank & Trust Company |
| cr | Ford Motor Company |
| cr | Forteq UK LTD |
| cr | Fukoku Mexicana, S.A. de C.V. |
| cr | GPC Asia Pacific Limited |
| cr | GPC Asia Pacific Pty Ltd. |
| cr | Genuine Parts Company |
| cr | Grammer Inc. and Grammer Americas LLC |
| intp | Hannah Aiello |
| intp | Harish Uniyal |
| cr | Harley-Davidson Motor Company, Inc. |
| cr | Hidalgo County |
| intp | Hilco Valuation Services, LLC, Dba Hilco Global an |
| cr | IA Mechanical Inc. |
| trnsfor | IFG North America LLC |
| cr | ING Belgium S.A./N.V. |
| cr | IPVIII 185th Street, LLC fka ELHC VIII, LLC |
| cr | IPXXII 193 Street, LLC fka ELHC XXII, LLC |
| cr | Industrial Realty Group LLC |
| cr | International Union, United Automobile, Aerospace |
| intp | Ironshore Indemnity, Inc. |
| intp | Jefferies Financial Group Inc. |
| intp | JessCo Brakes Inc., an affiliate of Friction One B |
| intp | John Doe |
| intp | Karam Singh |
| cr | Katsumi Servicing, LLC |
| cr | Keystone Automotive Operations, Inc. |
| intp | LAM TFG |
| intp | LAM TFG I SPV |
| intp | LAM TFG II |
| cr | LBA RV-Company XVII, LP |
| cr | Laboratorio Elettrofisico USA, Inc. |
| intp | Laurie Stein |
| intp | Leucadia Asset Management LLC |
| cr | Longkou Haimeng Machinery Co., Ltd. |
| cr | Lordco Parts Ltd. |
| cr | Lumen Technologies, Inc. |
| cr | MacAllister Machinery Company, Inc. |
| intp | Mahavir Die Casters Pvt Ltd |
| cr | Maplan GmbH and Machinery + PLANning Inc. |
| cr | Maria Tapia |
| intp | Markel American Insurance Company |
| ex | Martin De Luca |
| cr | Masergy Communications, Inc. |
| cr | Mayfair Enterprises, LLC |
| intp | Michael Baker |
| intp | Michael Baker |
| intp | Michael Baker |
| cr | Michael Bueno |
| cr | Motion Industries (Canada) Inc. |
| cr | Motion Industries (Mexico) Inc. |
| cr | Motion Industries, Inc. |
| intp | Motorcar Parts of America, Inc. |
| intp | Naresh Sharma |
| intp | National Union Fire Insurance Co. of Pittsburgh, P |
| intp | Nelly Luna |
| wit | NextProcess, LP |
| intp | Nigel Crighton |
| intp | Nissan North America, Inc. |
| cr | OEC Group |

| | | |
|---|---|---|
| crcm | | Official Committee of Unsecured Creditors |
| cr | | Old Republic Insurance Company |
| cr | | OmniSource, LLC |
| cr | | Onset Financial, Inc. |
| intp | | Overdrive Acquisition, LLC, /, /, /, / |
| intp | | PGI Northstar LLC |
| intp | | Peter Andrew Brumbergs |
| intp | | Polaris Industries Inc. |
| intp | | Premium Guard Incorporated |
| intp | | Press-Seal Corporation |
| cr | | PrimeRevenue, Inc. |
| cr | | Prospect Capital Corporation |
| cr | | Prospect Floating Rate & Alternative Income Fund, |
| intp | | QBE Insurance Corporation |
| cr | | RLI Insurance Company |
| cr | | RWI Logistics LLC |
| cr | | Raistone Capital LLC |
| cr | | Raistone Factoring Parties |
| cr | | Raistone Purchasing LLC -Series XXXII |
| cr | | Raistone Purchasing LLC-Series XXVIII |
| cr | | Randall Metals Corporation |
| cr | | Rebuilders Automotive Supply Co. |
| cr | | Richard Merkelz, Jr. |
| cr | | Royal Bank of Canada |
| intp | | Ryder Integrated Logistics, Inc. |
| cr | | SMURFIT WESTROCK PLC and affiliates |
| intp | | SPV Debtors |
| intp | | Scott Wallace |
| intp | | Shallendra Shukla |
| intp | | Shekhar Kumar |
| cr | | Siam Fukoku Co., Ltd. |
| cr | | Silver Point Capital, L.P. |
| cr | | Southern Machinery Repair, Inc. |
| intp | | Stephen Graham |
| cr | | T.H.I. Group Ltd. |
| cr | | Terra Worldwide Logistics LLC dba American Global |
| cr | | Texas Comptroller of Public Accounts, Revenue Acco |
| cr | | The City of Jasper, Indiana |
| intp | | The NOCO Company |
| cr | | The Pronto Network Cooperative, Inc. |
| intp | | The Reinalt-Thomas Corporation d/b/a Discount Tire |
| cr | | Toyota Industries Commercial Finance, Inc. |
| cr | | Toyota Industries Commercial Finance, Inc. |
| intp | | TransImpact, LLC |
| cr | | Transend Logistics, LLC |
| cr | | TriMas Corporation |
| cr | | U.S. BANK NATIONAL ASSOCIATION |
| cr | | UAP (Canada) Inc. |
| cr | | UMB Bank, N.A. |
| cr | | Uni-Select, Inc. |
| cr | | United Parcel Service, Inc. |
| intp | | Vineet Kumar Garg |
| cr | | Volkswagen Group of America, Inc. and certain affi |
| cr | | Volvo Penta of the Americas, LLC |
| cr | | Washington Penn Plastics Co. Inc. |
| intp | | Westfield Select Insurance Company |
| cr | | William Christopher Harrod |
| cr | | Wilmington Savings Fund Society, FSB |
| cr | | XL Parts, LLC |
| intp | | XL Specialty Insurance Company |
| intp | | Zurich American Insurance Company |
| dbpos | *+ | Horizon Global Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| cr | ##+ | WD Electronics, LLC, 8750 S Sandy Pkwy, Suite C, Sandy, UT 84070, UNITED STATES 84070-6437 |

TOTAL: 176 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Matthew Guerrero | on behalf of Creditor Washington Penn Plastics Co. Inc. aaron.guerrero@bondsellis.com margeaux.gorman@bondsellis.com |
| Adam C Rogoff | on behalf of Interested Party LAM TFG adam.rogoff@hsfkramer.com corporate-reorg-1449@ecf.pacerpro.com |
| Adam C Rogoff | on behalf of Interested Party LAM TFG I SPV adam.rogoff@hsfkramer.com corporate-reorg-1449@ecf.pacerpro.com |
| Adam C Rogoff | on behalf of Interested Party Leucadia Asset Management LLC adam.rogoff@hsfkramer.com corporate-reorg-1449@ecf.pacerpro.com |
| Adam C Rogoff | on behalf of Interested Party LAM TFG II adam.rogoff@hsfkramer.com corporate-reorg-1449@ecf.pacerpro.com |
| Aitan D. Goelman | on behalf of Interested Party Laurie Stein agoelman@zuckerman.com |
| Alan Lipkin | on behalf of Creditor KitKat (IL). LLC alan.lipkin@chaffetzlindsey.com dockets@chaffetzlindsey.com |
| Alan Lipkin | on behalf of Creditor KITKAT (IL) LLC alan.lipkin@chaffetzlindsey.com dockets@chaffetzlindsey.com |
| Alana L Porrazzo | on behalf of Creditor RLI Insurance Company alp@jkwlawyers.com |
| Alexander F Berk | on behalf of Creditor Motion Industries Inc. alexander.berk@bfkn.com, courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor GPC Asia Pacific Pty Ltd. alexander.berk@bfkn.com courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor UAP (Canada) Inc. alexander.berk@bfkn.com courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor GPC Asia Pacific Limited alexander.berk@bfkn.com courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor Motion Industries (Canada) Inc. alexander.berk@bfkn.com courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor Motion Industries (Mexico) Inc. alexander.berk@bfkn.com courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor Alliance Automotive Group (EU) alexander.berk@bfkn.com courtnotification@mayerbrown.com |
| Alexander F Berk | on behalf of Creditor Genuine Parts Company alexander.berk@bfkn.com courtnotification@mayerbrown.com |

Alexandra P. Kolod
on behalf of Plaintiff GLAS USA LLC apkolod@mosessinger.com

Alexandra P. Kolod
on behalf of Defendant GLAS USA LLC apkolod@mosessinger.com

Allan S Brilliant
on behalf of Other Prof. GLAS Trust Company LLC allan.brilliant@dechert.com brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant
on behalf of Plaintiff CVI AA Master Fund I LP allan.brilliant@dechert.com brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant
on behalf of Plaintiff CVI EMCOF US LLC allan.brilliant@dechert.com, brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant
on behalf of Interested Party Carnaby II and III Secured Parties allan.brilliant@dechert.com brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant
on behalf of Plaintiff AB CarVal Credit Opportunities Fund allan.brilliant@dechert.com brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant
on behalf of Plaintiff CarVal Contingent Credit Fund LP allan.brilliant@dechert.com brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant
on behalf of Plaintiff CVI AV Master Fund I LP allan.brilliant@dechert.com brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant
on behalf of Plaintiff GLAS Trust Company LLC as administrative agent for the lenders to the Carnaby II Credit Agreement and Carnaby III Credit Agreement allan.brilliant@dechert.com, brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant
on behalf of Plaintiff CVI CVF V Pooling Fund I LP allan.brilliant@dechert.com brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allan S Brilliant
on behalf of Plaintiff CVI CSF Master Fund I LP allan.brilliant@dechert.com brett.stone@dechert.com,stephen.wolpert@dechert.com,karli.wade@dechert.com

Allen M. DeBard
on behalf of Creditor SMURFIT WESTROCK PLC and affiliates adebard@langleybanack.com cjohnston@langleybanack.com;sfoushee@langleybanack.com

Alyssa M. Radovanovich
on behalf of Interested Party TransImpact LLC aradovanovich@klehr.com

Amanda Marie Noonan
on behalf of Interested Party Aequum Capital Financial II LLC amanda.noonan@whitecase.com

Andrew Schrag
on behalf of Defendant Aequum Capital Financial II LLC andy.schrag@blankrome.com

Andrew J Geppert
on behalf of Creditor Lordco Parts Ltd. andrew.geppert@millernash.com gepperta@ballardspahr.com

Andrew Michael Parks
on behalf of Creditor Evolution Credit Partners aparks@elsberglaw.com

Ann Marie Uetz
on behalf of Interested Party JessCo Brakes Inc. an affiliate of Friction One Brake Technology (Xiantao) Co., Ltd. auetz@foley.com

Anna Rotman
on behalf of Interested Party 1970 Group Inc. anna.rotman@kirkland.com, rkwasteniet@kirkland.com;jaimie.fedell@kirkland.com;brad.weiland@kirkland.com;john.luze@kirkland.com;kevin.mcclelland@kirkland.com

Annaclare MacLean Censoni
on behalf of Creditor Milwood Holdings LLC annaclare.censoni@kitch.com

Annie E Catmull
on behalf of Creditor Richard Merkelz Jr. aecatmull@o-w-law.com, aecatmull@ecf.courtdrive.com,llumtacae@gmail.com

Anthony S. Fiotto
on behalf of Defendant Onset Financial Inc afiotto@mofo.com

| | |
|---|---|
| Antonio Villeda | on behalf of Creditor SorTech LLC avilleda@mybusinesslawyer.com, VilledaFiled@hotmail.com;villedalawgroup@ecf.courtdrive.com;ehury@mybusinesslawyer.com;mfsantos@mybusinesslawyer.com;mtalbot@mybusinesslawyer.com |
| Antonio Villeda | on behalf of Creditor SorTech LLC avilleda@mybusinesslawyer.com VilledaFiled@hotmail.com;villedalawgroup@ecf.courtdrive.com;ehury@mybusinesslawyer.com;mfsantos@mybusinesslawyer.com;mtalbot@mybusinesslawyer.com |
| Ariel Roytenberg | on behalf of Creditor Raistone Capital LLC aroytenberg@orrick.com courtmail@orrick.com |
| Ariel Roytenberg | on behalf of Creditor Raistone Purchasing LLC-Series XXVIII aroytenberg@orrick.com courtmail@orrick.com |
| Ariel Roytenberg | on behalf of Creditor Raistone Purchasing LLC -Series XXXII aroytenberg@orrick.com courtmail@orrick.com |
| Asiya Khan | on behalf of Creditor KITKAT (IL) LLC akhan@bradley.com akhan@ecf.courtdrive.com,asiya-khan-4339@ecf.pacerpro.com |
| Audrey Lorene Hornisher | on behalf of Creditor St. Clair Technologies Inc. audrey.hornisher@clarkhillstrasburger.com, mina.alvarez@clarkhillstrasburger.com;kwebster@clarkhill.com |
| Audrey Lorene Hornisher | on behalf of Creditor Epicor Software Corporation audrey.hornisher@clarkhillstrasburger.com mina.alvarez@clarkhillstrasburger.com;kwebster@clarkhill.com |
| Audrey Lorene Hornisher | on behalf of Creditor CSI Leasing Inc. audrey.hornisher@clarkhillstrasburger.com, mina.alvarez@clarkhillstrasburger.com;kwebster@clarkhill.com |
| Audrey Lorene Hornisher | on behalf of Creditor Zurich American Insurance Company audrey.hornisher@clarkhillstrasburger.com mina.alvarez@clarkhillstrasburger.com;kwebster@clarkhill.com |
| Audrey Lorene Hornisher | on behalf of Creditor Kawasaki Motors Corp. USA audrey.hornisher@clarkhillstrasburger.com, mina.alvarez@clarkhillstrasburger.com;kwebster@clarkhill.com |
| Austin Bruce Alexander | on behalf of Creditor Applied Industrial Technologies Inc. austin.alexander@thompsonhine.com, kelly.thomas@thompsonhine.com,ecfdocket@thompsonhine.com |
| Benjamin R. Keck | on behalf of Creditor Terra Worldwide Logistics LLC dba American Global Logistics bkeck@kecklegal.com |
| Benjamin W Kadden | on behalf of Defendant Onset Financial Inc bkadden@lawla.com mnguyen@lawla.com |
| Bethany Simmons | on behalf of Creditor ARC CGLGNIN001 LLC bsimmons@loeb.com |
| Bethany Simmons | on behalf of Creditor ARC CGMARSC001 LLC bsimmons@loeb.com |
| Blaire Cahn | on behalf of Creditor Arab Banking Corporation B.S.C. blaire.cahn@bakermckenzie.com |
| Brad R. Berliner | on behalf of Creditor Central States Southeast and Southwest Areas Pension Fund bberliner@centralstatesfunds.org |
| Brendan Collins | on behalf of Creditor Terra Worldwide Logistics LLC dba American Global Logistics bcollins@gkglaw.com |
| Brian Trumbauer | on behalf of Creditor Mitsubishi HC Capital America Inc. btrumbauer@bodmanlaw.com |
| Brian Christopher Kalas | on behalf of Creditor White Tool & Die LLC bck@liebenthal-levine.com |
| Brian Joel Levy | on behalf of Creditor PrimeRevenue Inc. blevy@taftlaw.com |
| Brian Michael Rothschild | on behalf of Creditor WD Electronics LLC brothschild@parsonsbehle.com |
| Brian R. Michael | on behalf of Defendant Onset Financial Inc bmichael@mofo.com brian-michael-6352@ecf.pacerpro.com |
| Brian Scott Jones | |

on behalf of Creditor Stag Industrial Holdings LLC b.jones@boselaw.com, cosman@boselaw.com

Bruce J Ruzinsky
on behalf of Creditor MAC Montacargas Corporation bruzinsky@jw.com
msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Bryan Kotliar
on behalf of Defendant Onset Financial Inc bkotliar@mofo.com

Bryce Friedman
on behalf of Interested Party SPV Debtors bfriedman@stblaw.com

Bryce Friedman
on behalf of Defendant Broad Street Financial Holdings LLC bfriedman@stblaw.com

Bryce Friedman
on behalf of Defendant Broad Street Financial LLC bfriedman@stblaw.com

Cameron Michael Kelly
on behalf of Defendant Bond Street Asset Management LLC cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of Defendant Albion Realty LLC cameronkelly@quinnemanuel.com,
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of 3rd Pty Defendant Battery Park Holdings LLC cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of 3rd Pty Defendant Patrick James cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of 3rd Pty Defendant Alester Technologies LLC cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of Defendant Battery Park Holding LLC cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of Interested Party Patrick James cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of 3rd Pty Defendant Pegasus Aviation LLC cameronkelly@quinnemanuel.com,
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of Defendant The Patrick James Trust cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of 3rd Pty Defendant Bowery Finance II LLC cameronkelly@quinnemanuel.com,
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of Defendant Pegasus Aviation LLC cameronkelly@quinnemanuel.com,
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of Defendant Larchmont LLC cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of 3rd Pty Defendant Albion Realty LLC cameronkelly@quinnemanuel.com,
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of Defendant Alester Technologies LLC cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of Defendant Ignite Acquisition Holdings LLC cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of 3rd Pty Defendant Larchmont LLC cameronkelly@quinnemanuel.com,
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly

on behalf of 3rd Pty Defendant Patrick James Trust cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Cameron Michael Kelly
on behalf of Defendant Patrick James cameronkelly@quinnemanuel.com
calendar@quinnemanuel.com;cameron-kelly-2690@ecf.pacerpro.com

Carina M. Kraatz
on behalf of Creditor Milwood Holdings LLC carina.kraatz@kitch.com

Carrie V. Hardman
on behalf of Defendant Bank of America N.A. carrie.hardman@winstontaylor.com,
dcunsolo@winston.com;carrie-hardman-4684@ecf.pacerpro.com

Carrie V. Hardman
on behalf of Creditor Bank of America N.A. carrie.hardman@winstontaylor.com,
dcunsolo@winston.com;carrie-hardman-4684@ecf.pacerpro.com

Cary Joy Economou
on behalf of Interested Party Berkley Insurance Company ceconomou@wam.law

Cary Joy Economou
on behalf of Interested Party Markel American Insurance Company ceconomou@wam.law

Cary Joy Economou
on behalf of Interested Party Arch Insurance Company ceconomou@wam.law

Casey William Doherty, Jr
on behalf of Creditor FactoFrance casey.doherty@dentons.com Docket.General.Lit.Dal@dentons.com

Catherine Elizabeth Bratic
on behalf of Creditor Maplan GmbH and Machinery + PLANning Inc. catherine.bratic@hlc.com

Catherine Stone Curtis
on behalf of Trustee Catherine Stone Curtis ccurtis@catherinecurtistrustee.com
csc@trustesolutions.net;ccsc11@trustesolutions.net

Charles Lester Kennon, III
on behalf of Creditor Toyota Industries Commercial Finance Inc. Charles.Kennon@mccalla.com, mccallaecf@ecf.courtdrive.com

Charles Lester Kennon, III
on behalf of Debtor In Possession First Brands Group Holdings LLC Charles.Kennon@mccalla.com,
mccallaecf@ecf.courtdrive.com

Charles Michael Rubio
on behalf of Interested Party Overdrive Acquisition LLC crubio@parkinsrubio.com, 7485062420@filings.docketbird.com

Charles R Gibbs
on behalf of Auditor BDO USA P.C. Crgibbs@mcdermottlaw.com,
dnorthrop@mcdermottlaw.com;jbishopjones@mwe.com;nalindogan@mcdermottlaw.com;jacqueline-bishop-jones-0301@ecf.pac
erpro.com

Charles Randall Woolley, II
on behalf of Creditor Kingsbridge Holdings LLC rwoolley@darcydevassy.com

Charles Stephen Kelley
on behalf of Creditor Katsumi Servicing LLC ckelley@mayerbrown.com,
sswihart@mayerbrown.com;houstondocket@mayerbrown.com;6843309420@filings.docketbird.com

Christian Paul Jensen
on behalf of Interested Party Deva Capital Investment Company S.L.U. jensenc@sullcrom.com

Christopher Donald Johnson
on behalf of Creditor Aftermarket Auto Parts Alliance Inc. chris.johnson@diamondmccarthy.com,
christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

Christopher Donald Johnson
on behalf of Creditor Automotive Auto Parts Distributors Inc. chris.johnson@diamondmccarthy.com,
christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

Christopher Donald Johnson
on behalf of Creditor Federated Auto Parts Distributors Inc. chris.johnson@diamondmccarthy.com,
christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

Christopher Donald Johnson
on behalf of Creditor Alliance Parts Warehouse LLC chris.johnson@diamondmccarthy.com,
christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

Christopher Donald Johnson
on behalf of Creditor The Pronto Network Cooperative Inc. chris.johnson@diamondmccarthy.com,
christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com

Christopher Donald Johnson

| | |
|---|---|
| | on behalf of Creditor Automotive Parts Service Group LLC chris.johnson@diamondmccarthy.com christopher-Johnson-0229@ecf.pacerpro.com;nan.sauter@diamondmccarthy.com;cburrow@diamondmccarthy.com |
| Christopher Edward Brown | on behalf of Debtor Endurance American Insurance Company cbrown@kdvlaw.com sfranchi@kaufmandolowich.com |
| Christopher Lee Phillippe | on behalf of Attorney Christopher L Phillippe clphillippe@cameroncountylawyer.com zlgarza@cameroncountylawyer.com;bankruptcy@cameroncountylawyer.com;LawOfficesofPhillippeAssociates@jubileebk.net |
| Christopher Michael Joralemon | on behalf of Defendant GLAS USA LLC cjoralemon@gibsondunn.com christopher-m-joralemon-1292@ecf.pacerpro.com,pacer-tx@gibsondunn.com,pacer-ny@gibsondunn.com |
| Christopher Michael Joralemon | on behalf of Plaintiff GLAS USA LLC cjoralemon@gibsondunn.com christopher-m-joralemon-1292@ecf.pacerpro.com,pacer-tx@gibsondunn.com,pacer-ny@gibsondunn.com |
| Christopher Michael Joralemon | on behalf of Defendant Wilmington Savings Fund Society FSB cjoralemon@gibsondunn.com, christopher-m-joralemon-1292@ecf.pacerpro.com,pacer-tx@gibsondunn.com,pacer-ny@gibsondunn.com |
| Christopher Michael Joralemon | on behalf of Plaintiff Wilmington Savings Fund Society FSB cjoralemon@gibsondunn.com, christopher-m-joralemon-1292@ecf.pacerpro.com,pacer-tx@gibsondunn.com,pacer-ny@gibsondunn.com |
| Christopher R Murray | on behalf of Trustee Ronald Sommers trustee@jonesmurray.com crm@trustesolutions.net |
| Christopher S. Baxter | on behalf of Creditor Crown Equipment Corporation dba Crown Lift Trucks dba Crown Credit Company cbaxter@ssdlaw.com lslicer@ssdlaw.com |
| Christopher V Arisco | on behalf of Creditor Whirlpool Corporation carisco@padfieldstout.com |
| Christos Nicholas Georgalis | on behalf of Interested Party Nigel Crighton chris@flannerygeorgalis.com mgable@flannerygeorgalis.com |
| Cindi M. Giglio | on behalf of Debtor First Brands Group LLC cgiglio@katten.com |
| Cindi M. Giglio | on behalf of Trustee Eva S Engelhart cgiglio@katten.com |
| Cindi M. Giglio | on behalf of Interested Party Hilco Valuation Services LLC, Dba Hilco Global and its designated affiliates and subsidiaries cgiglio@katten.com |
| Clifford William Carlson | on behalf of Debtor Qualis Enterprises LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Horizon International Holdings LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Viper Acquisition I Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Starlight Inventory I LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Qualitor Automotive LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor First Brands Group Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Airtex Industries LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Horizon Global Corporation clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Viper Acquisition Inc. clifford.carlson@weil.com, |

clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Plaintiff First Brands Group LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Qualitor Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor CWD Holding LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Trico Holding Corporation clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Qualitor Acquisition Inc. clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Trico Products Corporation clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor TAE Brakes LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Jasper Rubber Products Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor First Brands Group LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Strongarm LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor WEM US Co. clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Champion Laboratories Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor AVM Export Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Defendant Cardone Industries Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby FA Holdings LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor ASC Industries Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Pylon South Bend Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Defendant Broad Street Financial Holdings LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Walbro LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor UCI International Holdings Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson

| | |
|---|---|
| | on behalf of Debtor Universal Auto Filter LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Tridonex USA LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Premier Marketing Group LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor CWD Intermediate Holdings II LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Defendant First Brands Group LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Trico Technologies Corporation clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Horizon Global Company LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor BPI Acquisition Company LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Dalton Corporation Kendallville Manufacturing Facility clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Broad Street Financial Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor FRAM Group IP LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Carter Fuel Systems LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor SDC TX LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Carter Fuel Export Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Qualitor Subsidiary S Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Qualis Automotive L.L.C. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor KTRI Holdings Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Qualitor Subsidiary H Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Carrand Companies Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Eagle Casting Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |
| Clifford William Carlson | on behalf of Debtor Horizon Global Americas Inc. clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com |

Clifford William Carlson
on behalf of Debtor APC Intermediate Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Cardone Industries Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor UCI International LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Defendant Broad Street Financial LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Reman Management International LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Patterson Inventory Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby FA LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Starlight Inventory Holdings I LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor In Possession IBI International Holding Company Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Autolite Operations LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor BPI Holdings International LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor PHNX Acquisition Corp. clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor FRAM Group Operations LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Global Lease Assets Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Brake Parts Inc India LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby Inventory Holdings II LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Brake Parts Inc LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Global Reman Ventures LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Dalton Corporation Stryker Machining Facility Co. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Dalton Corporation clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Airtex Products LP clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Smart Choice LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Specialty Pumps Group Inc clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Hopkins Acquisition Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor UCI Acquisition Holdings (No. 4) LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Global Assets LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Transportation Aftermarket Enterprise LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Hopkins Manufacturing Corporation clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor International Brake Industries Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor APC Parent LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor TAE China Holdings Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Horizon Euro Finance LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor UCI Pennsylvania Inc. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby Inventory Holdings IV LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor KTRI Offshore Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor BPI EC LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Defendant First Brands Group LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor FRAMAuto Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Walbro Midco LLC clifford.carlson@weil.com clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby Inventory Holdings III LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby Capital LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Heatherton Holdings LLC clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Eagle Casting LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor First Brands Group Intermediate LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor IBI International Holding Company Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Fuel Filter Technologies Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor United Components LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Viceroy Private Capital LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carter Carburetor Holdings LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Eagle Machining LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor In Possession Carnaby FA Holdings LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Dalton Corporation Warsaw Manufacturing Facility clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby Inventory IV LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carter Carburetor LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Longman Enterprises Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Brake Parts Inc China LLC clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor UCI International Holdings Parent Inc. clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Global Assets GmbH clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Broad Street Financial LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor CWD Intermediate Holdings I LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Toledo Molding & Die LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Jasper Acquisition Corp. clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby Inventory II LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Pylon Manufacturing Corp. clifford.carlson@weil.com
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby Capital Holdings LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor UCI-Airtex Holdings Inc. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Dalton Corporation Ashland Manufacturing Facility clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor Carnaby Inventory III LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Clifford William Carlson
on behalf of Debtor CWD LLC clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Courtney E. Giles
on behalf of Creditor Arab Banking Corporation B.S.C. courtney.giles@bakermckenzie.com jessica.harris@bakermckenzie.com

Dalford Dean Owens, Jr.
on behalf of Creditor National Labor Relations Board dean.owens@nlrb.gov

Daniel Alexander Harrell
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION alex.harrell@faegredrinker.com kelly.olson@faegredrinker.com

Daniel J Ferretti
on behalf of Creditor AutoZone Parts Inc. dferretti@bakerdonelson.com, jramos@bakerdonelson.com

Daniel J Ferretti
on behalf of Creditor AutoZone Inc. dferretti@bakerdonelson.com, jramos@bakerdonelson.com

Daniel J McGuire
on behalf of Other Prof. Bank of America N.A. dan.mcguire@winstontaylor.com

Daniel J Saval
on behalf of Defendant Stephen Graham Daniel.saval@kobrekim.com

Daniel J Saval
on behalf of Interested Party Stephen Graham Daniel.saval@kobrekim.com

Daniela Mondragon
on behalf of Interested Party QBE Insurance Corporation mondragon@wcbglaw.com ramirez@wcbglaw.com

Daniela Mondragon
on behalf of Interested Party Allianz Global Risks US Insurance Company mondragon@wcbglaw.com ramirez@wcbglaw.com

Daniela Mondragon
on behalf of Interested Party Fair American Insurance and Reinsurance Company mondragon@wcbglaw.com
ramirez@wcbglaw.com

Daniela Mondragon
on behalf of Interested Party AXIS Insurance Company mondragon@wcbglaw.com ramirez@wcbglaw.com

Daniela Mondragon
on behalf of Interested Party Ironshore Indemnity Inc. mondragon@wcbglaw.com, ramirez@wcbglaw.com

Daniela Mondragon
on behalf of Interested Party Westfield Select Insurance Company mondragon@wcbglaw.com ramirez@wcbglaw.com

Daniela Mondragon
on behalf of Interested Party Zurich American Insurance Company mondragon@wcbglaw.com ramirez@wcbglaw.com

Danielle Rose
on behalf of Interested Party Stephen Graham danielle.rose@kobrekim.com

David Elsberg
on behalf of Creditor Evolution Credit Partners delsberg@elsberglaw.com
Paralegals@selendygay.com,Edockets@selendygay.com,mco@selendygay.com,autodocket365@alncorp.com;david-elsberg-9556
@ecf.pacerpro.com,autodocket@edocketspreview.com,autodocket@alncorp.net

David Alexander Darcy
on behalf of Creditor Kingsbridge Holdings LLC adarcy@darcydevassy.com, smccarthy@darcydevassy.com

David Alexander Shargel
on behalf of Interested Party Edward James david.shargel@bracewell.com

| | |
|---|---|
| David Benjamin Thomas | on behalf of Trustee Ronald J Sommers david.thomas@usdoj.gov jwingerter@reidcollins.com |
| David Benjamin Thomas | on behalf of Creditor Evolution Credit Partners david.thomas@usdoj.gov jwingerter@reidcollins.com |
| David Edward Lemke | on behalf of Interested Party Phoenix Brownsville Industrial Investors LLC david.lemke@hklaw.com cathy.thomas@hklaw.com;annmarie.jezisek@hklaw.com |
| David F Irwin | on behalf of Creditor 1995 Billy Mitchell Boulevard Inc. david@rentfrolawfirm.net, apolonia@rentfrolawfirm.net |
| David F Waguespack | on behalf of Creditor Planters Bank waguespack@carverdarden.com nkelly@carverdarden.com |
| David F Waguespack | on behalf of Plaintiff Planters Bank waguespack@carverdarden.com nkelly@carverdarden.com |
| David Lawrence Staab | on behalf of Creditor Orbian Corporation and Orbian Financial Services XXVI LLC david.staab@haynesboone.com |
| David Norwich Gopstein | on behalf of 3rd Pty Defendant Peter Andrew Brumbergs dgopstein@heckerfink.com |
| David Norwich Gopstein | on behalf of Interested Party Peter Andrew Brumbergs dgopstein@heckerfink.com |
| David Norwich Gopstein | on behalf of Defendant Peter Andrew Brumbergs dgopstein@heckerfink.com |
| David Philip Simonds | on behalf of Creditor Maplan GmbH and Machinery + PLANning Inc. david.simonds@hoganlovells.com |
| Deborah Michelle Perry | on behalf of Defendant Justin Nielsen dperry@munsch.com CourtMail@munsch.com |
| Deborah Michelle Perry | on behalf of Creditor Onset Financial Inc. dperry@munsch.com, CourtMail@munsch.com |
| Deborah Michelle Perry | on behalf of Cross Defendant Onset Financial Inc. dperry@munsch.com, CourtMail@munsch.com |
| Deborah Michelle Perry | on behalf of Interested Party Silver Point Capital L.P. dperry@munsch.com, CourtMail@munsch.com |
| Deborah Michelle Perry | on behalf of Cross-Claimant Onset Financial Inc. dperry@munsch.com, CourtMail@munsch.com |
| Deborah Michelle Perry | on behalf of 3rd Party Plaintiff Onset Financial Inc. dperry@munsch.com, CourtMail@munsch.com |
| Deborah Michelle Perry | on behalf of Creditor Silver Point Capital L.P. dperry@munsch.com, CourtMail@munsch.com |
| Deborah Michelle Perry | on behalf of Defendant Nielsen Investments dperry@munsch.com CourtMail@munsch.com |
| Deborah Michelle Perry | on behalf of Intervenor Onset Financial Inc. dperry@munsch.com, CourtMail@munsch.com |
| Deborah Michelle Perry | on behalf of Defendant Onset Financial Inc. dperry@munsch.com, CourtMail@munsch.com |
| Demetra Liggins | on behalf of Defendant Advance Auto Parts Inc. dliggins@mcguirewoods.com, nsims@mcguirewoods.com |
| Demetra Liggins | on behalf of Creditor Advance Auto Parts Inc. dliggins@mcguirewoods.com, nsims@mcguirewoods.com |
| Diane Wade Sanders | on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com |
| Diane Wade Sanders | on behalf of Creditor City Of McAllen austin.bankruptcy@publicans.com |
| Diane Wade Sanders | on behalf of Creditor Cameron County austin.bankruptcy@publicans.com |
| Diego Mateo Carlson | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION diego.carlson@faegredrinker.com |
| Duane J Brescia | |

on behalf of Creditor Epicor Software Corporation dbrescia@clarkhill.com kwebster@clarkhill.com,efarrar@clarkhill.com

Duane J Brescia
on behalf of Creditor Zurich American Insurance Company dbrescia@clarkhill.com kwebster@clarkhill.com,efarrar@clarkhill.com

Edward Joseph McNeilly
on behalf of Creditor Maplan GmbH and Machinery + PLANning Inc. edward.mcneilly@hoganlovells.com

Elias Marwan Yazbeck
on behalf of Creditor IA Mechanical Inc. elias@yazbecklaw.com sheema@yazbecklaw.com,jaila@yazbecklaw.com,TheLawOfficeofEliasMYazbeck@jubileebk.net,ricardo@yazbecklaw.com,mei@yazbecklaw.com,rafic@yazbecklaw.com,admin@yazbecklaw.com

Elisha Graff
on behalf of Defendant Broad Street Financial Holdings LLC egraff@stblaw.com

Elisha Graff
on behalf of Defendant Broad Street Financial LLC egraff@stblaw.com

Elizabeth Feld
on behalf of Creditor Royal Bank of Canada efeld@whitecase.com

Ella Epstein
on behalf of Creditor Evolution Credit Partners eepstein@elsberglaw.com

Eloy Antonio Peral
on behalf of Creditor BRI WESTPARK IV QOZB LP eperal@windelsmarx.com

Emil P Khatchatourian
on behalf of Interested Party JessCo Brakes Inc. an affiliate of Friction One Brake Technology (Xiantao) Co., Ltd. ekhatchatourian@foley.com

Emily Golding
on behalf of Interested Party XL Specialty Insurance Company egolding@wam.law

Emily Golding
on behalf of Interested Party Federal Insurance Company egolding@wam.law

Emily Meraia
on behalf of Creditor Valeo Sistemas Electricos S.A. de C.V. emeraia@krcl.com

Emily Meraia
on behalf of Creditor Valeo North America Inc. emeraia@krcl.com

Emily Shanks
on behalf of Plaintiff Evolution Credit Opportunity Master Fund II-B LP eshanks@grayreed.com, vsalazar@grayreed.com

Emily Shanks
on behalf of Plaintiff Evolution Credit Partners Trade Finance Master L.P. eshanks@grayreed.com vsalazar@grayreed.com

Emily Shanks
on behalf of Plaintiff Evolution Credit Opportunity Master Fund III-B LP eshanks@grayreed.com, vsalazar@grayreed.com

Eric Michael English
on behalf of Trustee Eva S Engelhart eenglish@porterhedges.com emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric R Wilson
on behalf of Interested Party Ryder Integrated Logistics Inc. KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Eric Thomas Haitz
on behalf of Creditor AVO Carbon USA Inc. eric.haitz@bondsellis.com, linda.gordon@bondsellis.com

Erin C. Kim
on behalf of Creditor Pension Benefit Guaranty Corporation kim.erin@pbgc.gov efile@pbgc.gov

Erin Elizabeth Jones
on behalf of Trustee Ronald J Sommers erin@jonesmurray.com 8597346420@filings.docketbird.com

Erin Elizabeth Jones
on behalf of Trustee Ronald Sommers erin@jonesmurray.com 8597346420@filings.docketbird.com

Eva S Engelhart
eengelhart@rossbanks.com ee@trustesolutions.net;christinevega@rossbanks.com

Eyad Asad
on behalf of Plaintiff International Union United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) easad@cwsny.com

Faheem Mahmooth
on behalf of Creditor Pension Benefit Guaranty Corporation mahmooth.faheem@pbgc.gov

| | |
|---|---|
| Frasher Murphy | on behalf of Creditor Orbian Corporation and Orbian Financial Services XXVI LLC frasher.murphy@haynesboone.com kim.morzak@haynesboone.com;kristy.martinez@haynesboone.com |
| Gabriel Adam Morgan | on behalf of Plaintiff First Brands Group LLC gabriel.morgan@weil.com, gabriel-morgan-3879@ecf.pacerpro.com;rene.olvera@weil.com;chris.jalomo@weil.com;Matthew.Kleissler@weil.com |
| Gabrielle Pilgrim | on behalf of Creditor Central States Southeast and Southwest Areas Pension Fund gpilgrim@centralstatesfunds.org |
| Garrett Gerber | on behalf of Creditor Evolution Credit Partners ggerber@elsberglaw.com |
| Garrick C Smith | on behalf of Creditor Onset Financial Inc. gsmith@munsch.com, CourMail@munsch.com |
| Genevieve Marie Graham | on behalf of Creditor BBJ Ventures LLC ggraham@graham-pllc.com, ggraham@ecf.courtdrive.com;admin@graham-pllc.com |
| Grace A. Thompson | on behalf of Debtor First Brands Group LLC grace.thompson@katten.com, nyc.bknotices@katten.com |
| Gregory Getty Hesse | on behalf of Interested Party A.N Webber Logistics Inc. ghesse@huntonak.com, tcanada@hunton.com |
| Griselda Cabrera | on behalf of Interested Party SPV Debtors griselda.cabrera@stblaw.com |
| Harry Frederick Murphy | on behalf of Creditor Raistone Capital LLC hmurphy@orrick.com courtmail@orrick.com |
| Harry Frederick Murphy | on behalf of Creditor Raistone Purchasing LLC-Series XXVIII hmurphy@orrick.com courtmail@orrick.com |
| Harry Frederick Murphy | on behalf of Creditor Raistone Purchasing LLC -Series XXXII hmurphy@orrick.com courtmail@orrick.com |
| Harry Jay Hulings | on behalf of Interested Party David Parker jhulings@dslawpc.com |
| Heather Kristine Hatfield | on behalf of Trustee Eva S Engelhart hhatfield@porterhedges.com mwebb@porterhedges.com;jchin@porterhedges.com |
| Heather Pieper McMutry | on behalf of Creditor Honda Development & Manufacturing of America LLC, for itself and on behalf of certain North American subsidiaries and affiliates hmcmutry@fbtlaw.com |
| Hiram A Gutierrez | on behalf of Creditor Brownsville Independent School District edinburgbankruptcy@pbfcm.com hidalgolegal@ecf.courtdrive.com |
| Holland Neff O'Neil | on behalf of Interested Party Flex-N-Gate LLC honeil@foley.com jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com |
| Iain L Kennedy | on behalf of Creditor ING Belgium S.A./N.V. ikennedy@nathansommers.com dthompson@nathansommers.com;clemons@nathansommers.com;pbuenano@nathansommers.com;aorr@nathansommers.com;jpoe@nathansommers.com |
| Ian Ross Phillips | on behalf of Creditor Committee Official Committee of Unsecured Creditors iphillips@coleschotz.com pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com |
| Isaac Raisner | on behalf of Plaintiff Brittany Johnson isr@raisnerroupinian.com |
| Isaac Raisner | on behalf of Plaintiff Maria Tapia isr@raisnerroupinian.com |
| Isaac Raisner | on behalf of Plaintiff Chad Compton isr@raisnerroupinian.com |
| Isaac Raisner | on behalf of Plaintiff Giancarlo Hernandez isr@raisnerroupinian.com |
| Isaac Raisner | on behalf of Plaintiff Kyle Bennett isr@raisnerroupinian.com |
| Jack A. Raisner | on behalf of Plaintiff Brittany Johnson jar@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com |

Jack A. Raisner
on behalf of Plaintiff Maria Tapia jar@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner
on behalf of Plaintiff Giancarlo Hernandez jar@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner
on behalf of Creditor Maria Tapia jar@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner
on behalf of Plaintiff Kyle Bennett jar@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner
on behalf of Plaintiff Chad Compton jar@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jacob Rhine Herz
on behalf of Creditor Raistone Factoring Parties jherz@orrick.com casestream@ecf.courtdrive.com;courtmail@orrick.com

Jacob Rhine Herz
on behalf of Creditor Raistone Purchasing LLC -Series XXXII jherz@orrick.com casestream@ecf.courtdrive.com;courtmail@orrick.com

Jacob Rhine Herz
on behalf of Creditor Raistone Purchasing LLC-Series XXVIII jherz@orrick.com casestream@ecf.courtdrive.com;courtmail@orrick.com

Jacob Rhine Herz
on behalf of Creditor Raistone Capital LLC jherz@orrick.com casestream@ecf.courtdrive.com;courtmail@orrick.com

Jacqueline Chiba
on behalf of Creditor IA Mechanical Inc. jackie@yazbecklaw.com 8234279420@filings.docketbird.com

Jake Gordon
on behalf of Interested Party Flex-N-Gate LLC jake.gordon@foley.com

James A Plemmons
on behalf of Interested Party FCA US LLC jplemmons@dickinsonwright.com wrees@dickinsonwright.com

James H Billingsley
on behalf of Creditor Chubb Companies JBillingsley@duanemorris.com EPerez@duanemorris.com,james-pc-8706@ecf.pacerpro.com

James Joseph Berdelle
on behalf of Creditor Qindao Carflex Auto Parts Co. Ltd. berdellejames@gmail.com

James M Feuille
on behalf of Creditor Gorman Industrial Supply Co. jfeu@scotthulse.com ggra@scotthulse.com

James Michael Towarnicky
on behalf of Interested Party Shallendra Shukla slovakesq@aol.com

James Michael Towarnicky
on behalf of Interested Party Naresh Sharma slovakesq@aol.com

James Michael Towarnicky
on behalf of Interested Party Karam Singh slovakesq@aol.com

James Michael Towarnicky
on behalf of Interested Party John Doe slovakesq@aol.com

James Michael Towarnicky
on behalf of Interested Party Harish Uniyal slovakesq@aol.com

James Michael Towarnicky
on behalf of Interested Party Mahavir Die Casters Pvt Ltd slovakesq@aol.com

James Michael Towarnicky
on behalf of Interested Party Vineet Kumar Garg slovakesq@aol.com

James Thomas Young
on behalf of Creditor MacAllister Machinery Company Inc. jyoung@rubin-levin.net

James Wiley Rusher
on behalf of Creditor SRE Miami LLC jwrusher@arhlaw.com

Jamie Kirk
on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-jkirk@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov

Jared M Slade
on behalf of Creditor UMB Bank N.A. jared.slade@alston.com, Leah.McNeill@alston.com;Jacob.Johnson@alston.com;melanie.mizrahie@alston.com;brian.laine@alston.com

Jared M Slade
on behalf of Intervenor UMB Bank N.A. jared.slade@alston.com, Leah.McNeill@alston.com;Jacob.Johnson@alston.com;melanie.mizrahie@alston.com;brian.laine@alston.com

Jarrod B. Martin
on behalf of Creditor KitKat (IL). LLC jbmartin@bradley.com atty_jmartin@bluestylus.com;rabdelghani@bradley.com;akhan@bradley.com;jbmartin@ecf.courtdrive.com;mdsmith@bradley.com;ggattis@bradley.com;jfalcon@bradley.com;acorona@bradley.com;cpaul@bradley.com

Jarrod B. Martin
on behalf of Creditor OmniSource LLC jbmartin@bradley.com, atty_jmartin@bluestylus.com;rabdelghani@bradley.com;akhan@bradley.com;jbmartin@ecf.courtdrive.com;mdsmith@bradley.com;ggattis@bradley.com;jfalcon@bradley.com;acorona@bradley.com;cpaul@bradley.com

Jarrod B. Martin
on behalf of Creditor XL Parts LLC jbmartin@bradley.com, atty_jmartin@bluestylus.com;rabdelghani@bradley.com;akhan@bradley.com;jbmartin@ecf.courtdrive.com;mdsmith@bradley.com;ggattis@bradley.com;jfalcon@bradley.com;acorona@bradley.com;cpaul@bradley.com

Jason Blackstone
on behalf of Creditor Oracle America Inc. jblackstone@buchalter.com, vlawrence@buchalter.com

Jason Blanchard
on behalf of Plaintiff Bank of America N.A. jason.blanchard@nortonrosefulbright.com

Jason Blanchard
on behalf of Cross Defendant Bank of America N.A. jason.blanchard@nortonrosefulbright.com

Jason Gary Cohen
on behalf of Interested Party Edward James jason.cohen@bracewell.com mary.kearney@bracewell.com

Jason S Brookner
on behalf of Interested Party Evolution Credit Partners jbrookner@grayreed.com lwebb@grayreed.com

Jason S Brookner
on behalf of Plaintiff Evolution Credit Partners Trade Finance Master L.P. jbrookner@grayreed.com lwebb@grayreed.com

Jason S Brookner
on behalf of Plaintiff Evolution Credit Opportunity Master Fund II-B L.P. jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner
on behalf of Creditor Evolution Credit Partners jbrookner@grayreed.com lwebb@grayreed.com

Jason S Brookner
on behalf of Plaintiff Evolution Credit Opportunity Master Fund III-B LP jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner
on behalf of Plaintiff Evolution Credit Opportunity Master Fund II-B LP jbrookner@grayreed.com, lwebb@grayreed.com

Jayson B. Ruff
on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jeffrey M Galen
on behalf of Creditor Insight Direct USA Inc. jeffrey.galen@galendavislaw.com

Jeffrey M Levinson
on behalf of Interested Party Nigel Crighton jml@jml-legal.com

Jeffrey Richard Gleit
on behalf of Creditor Wilmington Savings Fund Society FSB jeffrey.gleit@afslaw.com, nkoslof@sandw.com,aweiss@sandw.com,tkethro@sandw.com

Jeffrey Richard Gleit
on behalf of Plaintiff Wilmington Savings Fund Society FSB jeffrey.gleit@afslaw.com, nkoslof@sandw.com,aweiss@sandw.com,tkethro@sandw.com

Jennifer Schubert
on behalf of Interested Party Shekhar Kumar jschubert@mololamken.com

Jennifer Schubert
on behalf of Interested Party Scott Wallace jschubert@mololamken.com

Jennifer K. Malow
on behalf of Defendant Aequum Capital Financial II LLC jennifer.malow@blankrome.com

Jennifer K. Malow
on behalf of Defendant First Brands Group LLC jennifer.malow@blankrome.com

Jennifer K. Malow
on behalf of Interested Party Aequum Capital Financial II LLC jennifer.malow@blankrome.com

Jennifer K. Malow
on behalf of Intervenor Aequum Capital Financial II LLC jennifer.malow@blankrome.com

| | |
|---|---|
| Jennifer Kriss Pollan | on behalf of Creditor Michael Bueno jennifer.pollan@huschblackwell.com christine.deacon@huschblackwell.com;jennifer-pollan-8341@ecf.pacerpro.com |
| Jessica Nicole Alt | on behalf of Interested Party Charmaine Thomas jalt@padfieldstout.com |
| Jessica Nicole Alt | on behalf of Creditor De Lage Landen Financial Services Inc. jalt@padfieldstout.com |
| Jiangang Ou | on behalf of Creditor Longkou Haimeng Machinery Co. Ltd. James.Ou@FisherBroyles.com |
| Joel Frederic Newell | on behalf of Creditor STORE Master Funding IV LLC newellj@ballardspahr.com, phxlsateam@ballardspahr.com,Phoenixdocketingbkr@ballardpahr.com;carolod@ballardspahr.com |
| Joel Frederic Newell | on behalf of Creditor Lordco Parts Ltd. newellj@ballardspahr.com phxlsateam@ballardspahr.com,Phoenixdocketingbkr@ballardpahr.com;carolod@ballardspahr.com |
| Joel Frederic Newell | on behalf of Creditor STORE Master Funding XIV LLC newellj@ballardspahr.com, phxlsateam@ballardspahr.com,Phoenixdocketingbkr@ballardpahr.com;carolod@ballardspahr.com |
| Joel Frederic Newell | on behalf of Creditor STORE Capital Acquisitions LLC newellj@ballardspahr.com, phxlsateam@ballardspahr.com,Phoenixdocketingbkr@ballardpahr.com;carolod@ballardspahr.com |
| John A Gagliardi | on behalf of Creditor Michael Templin jgagliardi@wgflaw.com |
| John David Cornwell | on behalf of Defendant Jonathan Gardner jcornwell@munsch.com hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com |
| John David Cornwell | on behalf of Defendant Yuma III LLC jcornwell@munsch.com hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com |
| John David Cornwell | on behalf of Defendant JA Gardner Holdings jcornwell@munsch.com hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com |
| John David Cornwell | on behalf of Defendant Seddie LLC jcornwell@munsch.com hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com |
| John David Cornwell | on behalf of Defendant Dale P. Holt jcornwell@munsch.com hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com |
| John David Cornwell | on behalf of Defendant Coral Dunes LLC jcornwell@munsch.com hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com |
| John David Cornwell | on behalf of Defendant Asilia Credit Investments LLC jcornwell@munsch.com, hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com |
| John David Cornwell | on behalf of Defendant Scott Miller jcornwell@munsch.com hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com |
| John David Cornwell | on behalf of Defendant Holt Investments 201 LLC jcornwell@munsch.com hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com |
| John David Cornwell | on behalf of Defendant Joshua Tree Holdings LLC jcornwell@munsch.com, hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com |
| John David Cornwell | on behalf of Defendant Todd Pedersen jcornwell@munsch.com hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com |
| John F Higgins, IV | on behalf of Counter-Defendant CarVal Contingent Credit Fund LP jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Plaintiff CVI EMCOF US LLC jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |

John F Higgins, IV
on behalf of Counter-Defendant AB CarVal Credit Opportunities Fund jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Counter-Defendant GLAS Trust Company LLC as administrative agent for the lenders to the Carnaby II Credit Agreement and Carnaby III Credit Agreement jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Counter-Defendant CVI CSF Master Fund I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Interested Party Carnaby II and III Secured Parties jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Other Prof. GLAS Trust Company LLC jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Plaintiff CVI CSF Master Fund I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Plaintiff AB CarVal Credit Opportunities Fund jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Counter-Defendant CVI CVF V Pooling Fund I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Counter-Defendant CVI AV Master Fund I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Counter-Defendant CVI EMCOF US LLC jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Plaintiff CVI CVF V Pooling Fund I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Counter-Defendant CVI AA Master Fund I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Plaintiff GLAS Trust Company LLC as administrative agent for the lenders to the Carnaby II Credit Agreement and Carnaby III Credit Agreement jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Plaintiff CVI AA Master Fund I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Plaintiff CVI AV Master Fund I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Plaintiff CarVal Contingent Credit Fund LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John Hammel Strauss
on behalf of Trustee Ronald J Sommers jhstrauss@reidcollins.com

John James Sparacino
on behalf of Creditor Manuel Fernandez jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Creditor Francisco Garza jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Creditor Tim Johnson jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Creditor Ciara Childs jsparacino@mckoolsmith.com

john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Plaintiff Francisco Garza jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John James Sparacino
on behalf of Creditor Manuel Leal jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John Kendrick Turner
on behalf of Creditor Tarrant County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John R. Dodd, II
on behalf of Creditor Arab Banking Corporation B.S.C. john.dodd@bakermckenzie.com

John Robert Nelson
on behalf of Interested Party FCA US LLC jnelson@dickinsonwright.com rgarza@dickinsonwright.com

John Wallis Harris
on behalf of Creditor Goldstar Warehousing Ltd. jwharris@johnwharrislaw.com, jwharris@johnwharrislaw.com

John Wallis Harris
on behalf of Creditor Pyramid Warehousing Ltd. jwharris@johnwharrislaw.com, jwharris@johnwharrislaw.com

Jonathan Michael Chan
on behalf of Creditor CTS Global Logistics (Georgia) Inc. jonathan.chan@ctklawgroup.com

Jordan Alexandra Kazlow
on behalf of Auditor BDO USA P.C. jordan.kazlow@dechert.com

Jordan Lancaster Estes
on behalf of Plaintiff GLAS USA LLC jestes@gibsondunn.com jordan-estes-5323@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Jordan Lancaster Estes
on behalf of Defendant Wilmington Savings Fund Society FSB jestes@gibsondunn.com,
jordan-estes-5323@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Jordan Lancaster Estes
on behalf of Defendant GLAS USA LLC jestes@gibsondunn.com
jordan-estes-5323@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Jordan Lancaster Estes
on behalf of Plaintiff Wilmington Savings Fund Society FSB jestes@gibsondunn.com,
jordan-estes-5323@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Jordan W. Leu
on behalf of Interested Party PGI Northstar LLC jleu@kslaw.com omoses@kslaw.com;jordan-leu-6321@ecf.pacerpro.com

Jordan W. Leu
on behalf of Defendant Michael Baker jleu@kslaw.com omoses@kslaw.com;jordan-leu-6321@ecf.pacerpro.com

Jordan W. Leu
on behalf of Interested Party Premium Guard Incorporated jleu@kslaw.com
omoses@kslaw.com;jordan-leu-6321@ecf.pacerpro.com

Joseph D. Sibley, IV
on behalf of Witness NextProcess LP sibley@camarasibley.com

Joseph Howard Lemkin
on behalf of Creditor De Lage Landen Financial Services Inc. jlemkin@stark-stark.com

Joshua James Newcomer
on behalf of Respondent Argent Institutional Trust as Litigation Trustee of the Instant Brands Litigation Trust
jnewcomer@mckoolsmith.com, newcomer-4044@ecf.pacerpro.com,ajohns@mckoolsmith.com,cubberud@mckoolsmith.com

Joshua John Brandau
on behalf of Creditor Fukoku Mexicana S.A. de C.V. jbrandau@btlaw.com

Joshua John Brandau
on behalf of Creditor Siam Fukoku Co. Ltd. jbrandau@btlaw.com

Joshua W. Wolfshohl
on behalf of Trustee Eva S Engelhart jwolfshohl@porterhedges.com
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl
on behalf of Trustee Eva Engelhart jwolfshohl@porterhedges.com
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Julia Catherine Koch
on behalf of Defendant Onset Financial Inc jkoch@mofo.com

Julia Di Fiore Byrne
on behalf of Trustee Ronald J Sommers jdifiore@reidcollins.com

Justin A. Kesselman
on behalf of Plaintiff Wilmington Savings Fund Society FSB justin.kesselman@afslaw.com, edocket@afslaw.com

Justin A. Kesselman
on behalf of Creditor Wilmington Savings Fund Society FSB justin.kesselman@afslaw.com, edocket@afslaw.com

Justin M Mertz
on behalf of Creditor Fairlane Industries Inc. jmmertz@michaelbest.com, jcalmes@michaelbest.com;courtmail@michaelbest.com

Justin M Mertz
on behalf of Creditor Ahlstrom Filtration LLC jmmertz@michaelbest.com
jcalmes@michaelbest.com;courtmail@michaelbest.com

Justin M. Ellis
on behalf of 3rd Pty Defendant Shekhar Kumar jellis@mololamken.com

Justin S. Levy
on behalf of Interested Party XL Specialty Insurance Company jlevy@wam.law

Justin S. Levy
on behalf of Interested Party Federal Insurance Company jlevy@wam.law

Kenneth J. Ottaviano
on behalf of Defendant Aequum Capital Financial II LLC ken.ottaviano@blankrome.com

Kevin M. Capuzzi
on behalf of Creditor 673753 Ontario Limited DBA TRAFFIX kcapuzzi@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin Patrick Walters
on behalf of Creditor Industrial Realty Group LLC kevin.walters@roystonlaw.com sylvia.cooper@roystonlaw.com

Kristen L Perry
on behalf of Creditor United Parcel Service Inc. kristen.perry@faegredrinker.com,
kelly.olson@faegredrinker.com;danette.dykema@faegredrinker.com;cathy.greer@faegredrinker.com

Kristen L Perry
on behalf of Creditor T.H.I. Group Ltd. kristen.perry@faegredrinker.com
kelly.olson@faegredrinker.com;danette.dykema@faegredrinker.com;cathy.greer@faegredrinker.com

Kristian W. Gluck
on behalf of Plaintiff Bank of America N.A. kristian.gluck@nortonrosefulbright.com

Kristian W. Gluck
on behalf of Other Prof. Bank of America N.A. kristian.gluck@nortonrosefulbright.com

Kristian W. Gluck
on behalf of Creditor Bank of America N.A. kristian.gluck@nortonrosefulbright.com

Kyle L Dickson
on behalf of Creditor Randall Metals Corporation kdickson@murray-lobb.com mgarcia@murray-lobb.com

Laura D Metzger
on behalf of Creditor Raistone Purchasing LLC -Series XXXII lmetzger@orrick.com
casestream@ecf.courtdrive.com;courtmail@orrick.com

Laura D Metzger
on behalf of Creditor Raistone Capital LLC lmetzger@orrick.com casestream@ecf.courtdrive.com;courtmail@orrick.com

Laura D Metzger
on behalf of Creditor Raistone Purchasing LLC-Series XXVIII lmetzger@orrick.com
casestream@ecf.courtdrive.com;courtmail@orrick.com

Lauren Dorsett
on behalf of Creditor Amazon Advertising LLC laurendorsett@dwt.com

Lauren J. Salamon
on behalf of Interested Party Prospect Capital Corporation lsalamon@gelaw.com

Lauren J. Salamon
on behalf of Interested Party Prospect Floating Rate & Alternative Income Fund lsalamon@gelaw.com

Lawrence James Dickinson
on behalf of Interested Party Motorcar Parts of America Inc. james.dickinson@pillsburylaw.com, nancy.jones@pillsburylaw.com

Layla Milligan
on behalf of Creditor Texas Commission on Environmental Quality layla.milligan@oag.texas.gov

Leslie S Barr
on behalf of Creditor BRI WESTPARK IV QOZB LP lbarr@windelsmarx.com

Lisa Ann Powell
on behalf of Creditor Southern Machinery Repair Inc. Lisa.Powell@fisherbroyles.com

Lisa Ann Powell
on behalf of Creditor Longkou Haimeng Machinery Co. Ltd. Lisa.Powell@fisherbroyles.com

Lisa Sheaufeng Tsai
on behalf of Plaintiff Patterson Inventory LLC ltsai@reidcollins.com, mmyers@rctlegal.com,jwingerter@reidcollins.com

Lisa Sheaufeng Tsai
on behalf of Plaintiff Starlight Inventory I LLC ltsai@reidcollins.com, mmyers@rctlegal.com,jwingerter@reidcollins.com

Lisa Sheaufeng Tsai
on behalf of Plaintiff Starlight Inventory Holdings I LLC ltsai@reidcollins.com, mmyers@rctlegal.com,jwingerter@reidcollins.com

Lisa Sheaufeng Tsai
on behalf of Trustee Ronald J Sommers ltsai@reidcollins.com mmyers@rctlegal.com,jwingerter@reidcollins.com

Lisa Sheaufeng Tsai
on behalf of Plaintiff Patterson Inventory Holdings LLC ltsai@reidcollins.com, mmyers@rctlegal.com,jwingerter@reidcollins.com

Lorenzo Marinuzzi
on behalf of Creditor Onset Financial Inc. lmarinuzzi@mofo.com

Lucas Lyle Schneider
on behalf of Creditor Lumen Technologies Inc. lucas.schneider@huschblackwell.com, christine.deacon@huschblackwell.com

Lucian Borders Murley
on behalf of Creditor Transend Logistics LLC luke.murley@akerman.com, reyko.delpino@akerman.com

Madeline Mason Schmidt
on behalf of Examiner Martin De Luca mschmidt@munsch.com crichison@munsch.com;courtmail@munsch.com

Madison Kaylene Haueisen
on behalf of Creditor Bank of America N.A. madison.haueisen@cliffordchance.com, ecf_houston@winston.com;madison-haueisen-8672@ecf.pacerpro.com

Madison Kaylene Haueisen
on behalf of Other Prof. Bank of America N.A. madison.haueisen@cliffordchance.com, ecf_houston@winston.com;madison-haueisen-8672@ecf.pacerpro.com

Madison Kaylene Haueisen
on behalf of Interested Party BANK OF AMERICA N.A. madison.haueisen@cliffordchance.com, ecf_houston@winston.com;madison-haueisen-8672@ecf.pacerpro.com

Mai Lan G. Rodgers
on behalf of Creditor Pension Benefit Guaranty Corporation rodgers.mailan@pbgc.gov efile@pbgc.gov

Margaret A. Vesper
on behalf of Creditor Comcast Cable Communications Management LLC vesperm@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor Masergy Communications Inc. vesperm@ballardspahr.com

Margarita K. O'Donnell
on behalf of Interested Party Laurie Stein modonnell@zuckerman.com

Maria J. Cho
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION maria.cho@faegredrinker.com

Mariah Sue England
on behalf of Creditor Francisco Garza mengland@stranchlaw.com

Marie Kimberly Stagg
on behalf of Interested Party FCA US LLC kstagg@dickinsonwright.com

Mark D Sherrill
on behalf of Interested Party The NOCO Company mark.sherrill@chamberlainlaw.com lara.coleman@chamberlainlaw.com

Mark D Sherrill
on behalf of Creditor Official Committee of Non-Union Retirees mark.sherrill@chamberlainlaw.com lara.coleman@chamberlainlaw.com

Mark E. Dendinger
on behalf of Interested Party Edward James mark.dendinger@ashurstperkins.com mary.kearney@bracewell.com

Mark E. Dendinger
on behalf of Defendant JCMC Investment Group LLC mark.dendinger@ashurstperkins.com mary.kearney@bracewell.com

Mark E. Dendinger
on behalf of Defendant Optimus Private Capital LLC mark.dendinger@ashurstperkins.com mary.kearney@bracewell.com

| | |
|---|---|
| Mark Elliott Freedlander | on behalf of Creditor Ford Motor Company mfreedlander@mcguirewoods.com |
| Mark Robert Wulfe | on behalf of Defendant Optimus Private Capital LLC mark.wulfe@bracewell.com mary.kearney@bracewell.com |
| Mark Robert Wulfe | on behalf of Interested Party Edward James mark.wulfe@bracewell.com mary.kearney@bracewell.com |
| Mark Robert Wulfe | on behalf of Defendant JCMC Investment Group LLC mark.wulfe@bracewell.com mary.kearney@bracewell.com |
| Mark Robert Wulfe | on behalf of Defendant Edward James mark.wulfe@bracewell.com mary.kearney@bracewell.com |
| Martin Seidler | on behalf of Creditor Martin Titanium American Logistics Inc. marty@seidlerlaw.com, ecf@seidlerlaw.com;LAWOFFICESOFMARTINSEIDLER@jubileebk.net |
| Marty L Brimmage | on behalf of Interested Party Akin Gump Strauss Hauer & Feld LLP mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;txdocketing@akingump.com |
| Mary Mamdouh Rofaeil | on behalf of Interested Party JessCo Brakes Inc. an affiliate of Friction One Brake Technology (Xiantao) Co., Ltd. mary.rofaeil@foley.com |
| Matthew A. Hamermesh | on behalf of Interested Party Ironshore Indemnity Inc. mhamermesh@hangley.com |
| Matthew C. Corcoran | on behalf of Creditor Grammer Inc. and Grammer Americas LLC mccorcoran@jonesday.com |
| Matthew David Storey | on behalf of Creditor TRUIST BANK matt@storeylawpllc.com |
| Matthew David Struble | on behalf of Interested Party Jefferies Financial Group Inc. mstruble@velaw.com |
| Matthew Dennis Giadrosich | on behalf of Creditor De Lage Landen Financial Services Inc. mdg@padfieldstout.com |
| Matthew E. Beck | on behalf of Interested Party Nelly Luna mbeck@csglaw.com |
| Matthew E. Kaslow | on behalf of Interested Party Aequum Capital Financial II LLC matt.kaslow@blankrome.com courtmail@blankrome.com |
| Matthew Scott Okin | on behalf of Examiner Martin De Luca mokin@okinadams.com nhollon@okinadams.com |
| Matthew Thomas Barr | on behalf of Creditor MacAllister Machinery Company Inc. mbarr@rubin-levin.net, cgilly@rubin-levin.net |
| Matthew W. Bourda | on behalf of Creditor ENGIE Resources LLC matt.bourda@lanelaw.com thelanelawfirm@jubileebk.net |
| Megan Young-John | on behalf of Interested Party Carnaby II and III Secured Parties myoung-john@porterhedges.com eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| Megan Cunniff Church | on behalf of Interested Party Shekhar Kumar mchurch@mololamken.com Adam-Collins-1996@ecf.pacerpro.com |
| Megan Cunniff Church | on behalf of Interested Party Scott Wallace mchurch@mololamken.com Adam-Collins-1996@ecf.pacerpro.com |
| Melissa E Valdez | on behalf of Creditor Brownsville Independent School District mvaldez@pbfcm.com mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com |
| Melissa S. Woods | on behalf of Creditor International Union United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) mwoods@cwsny.com, ecf@cwsny.com |
| Melissa S. Woods | on behalf of Plaintiff International Union United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) mwoods@cwsny.com, ecf@cwsny.com |
| Melissa S. Woods | on behalf of Creditor United Steel Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers Int'l Union mwoods@cwsny.com, ecf@cwsny.com |

Michael Berthiaume
on behalf of Plaintiff Bank of America N.A. michael.berthiaume@nortonrosefulbright.com

Michael Berthiaume
on behalf of Creditor Bank of America N.A. michael.berthiaume@nortonrosefulbright.com

Michael Berthiaume
on behalf of Other Prof. Bank of America N.A. michael.berthiaume@nortonrosefulbright.com

Michael Fishel
on behalf of Defendant Broad Street Financial Holdings LLC michael@FishelLawGroup.com, michael-fishel-2874@ecf.pacerpro.com

Michael Fishel
on behalf of Interested Party SPV Debtors michael@FishelLawGroup.com michael-fishel-2874@ecf.pacerpro.com

Michael Fishel
on behalf of Defendant Broad Street Financial LLC michael@FishelLawGroup.com, michael-fishel-2874@ecf.pacerpro.com

Michael G Colvard
on behalf of Creditor PG Maderas y Triplay S.A. de C.V. mcolvard@mdtlaw.com amartinez@mdtlaw.com,jarellano@mdtlaw.com,lbuford@mdtlaw.com

Michael J Shane
on behalf of Creditor c/o Michael J. Shane RIO BRAVO INTERNATIONAL SERVICES INC. mshane@eplawyers.com, bsilva@eplawyers.com

Michael Keith Barnhart
on behalf of Interested Party Press-Seal Corporation mbarnhart@mitbylaw.com legal@peakcompletions.com

Michael Kevin Riordan
on behalf of Creditor XL Parts LLC mriordan@bradley.com, mike-riordan-8644@ecf.pacerpro.com;vherrera@bradley.com;ggattis@bradley.com;akhan@bradley.com

Michael Mario Tamburini
on behalf of Creditor IPVIII 185th Street LLC fka ELHC VIII, LLC mtamburini@levycraig.com

Michael Mario Tamburini
on behalf of Creditor IPXXII 193 Street LLC fka ELHC XXII, LLC mtamburini@levycraig.com

Michael Mario Tamburini
on behalf of Creditor NP Whitaker Ave. Industrial LLC mtamburini@levycraig.com

Michael P. Duke
on behalf of Plaintiff Evolution Credit Partners Trade Finance Master L.P. mduke@elsberglaw.com

Michael P. Duke
on behalf of Plaintiff Evolution Credit Opportunity Master Fund III-B LP mduke@elsberglaw.com

Michael P. Duke
on behalf of Creditor Evolution Credit Partners mduke@elsberglaw.com

Michael P. Duke
on behalf of Plaintiff Evolution Credit Opportunity Master Fund II-B LP mduke@elsberglaw.com

Michael R. Stewart
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION michael.stewart@faegredrinker.com

Michael-Anthony Bou Jaoude
on behalf of Creditor Forteq UK LTD mjaoude@hselaw.com tamplement@hselaw.com

Michelle E Shriro
on behalf of Creditor BPP Cannonball Park A LP fka BPP Shiraz Park A LP mshriro@singerlevick.com scotton@singerlevick.com;tguillory@singerlevick.com

Michelle E Shriro
on behalf of Creditor BPP Shiraz Park A LP mshriro@singerlevick.com scotton@singerlevick.com;tguillory@singerlevick.com

Morgan L. Allred
on behalf of Interested Party Phoenix Brownsville Industrial Investors LLC morgan.allred@hklaw.com

Mukul Shashank Kelkar
on behalf of Interested Party Ironshore Indemnity Inc. mkelkar@wcbglaw.com

Nathan Q. Rugg
on behalf of Creditor Genuine Parts Company nathan.rugg@bfkn.com james.tucker@bfkn.com

Nathan Q. Rugg
on behalf of Creditor Motion Industries (Canada) Inc. nathan.rugg@bfkn.com james.tucker@bfkn.com

Nathan Q. Rugg
on behalf of Creditor UAP (Canada) Inc. nathan.rugg@bfkn.com james.tucker@bfkn.com

Nathan Q. Rugg
on behalf of Creditor GPC Asia Pacific Pty Ltd. nathan.rugg@bfkn.com james.tucker@bfkn.com

Nathan Q. Rugg
on behalf of Creditor Motion Industries (Mexico) Inc. nathan.rugg@bfkn.com james.tucker@bfkn.com

Nathan Q. Rugg
on behalf of Creditor Motion Industries Inc. nathan.rugg@bfkn.com, james.tucker@bfkn.com

Nathan Q. Rugg
on behalf of Creditor Alliance Automotive Group (EU) nathan.rugg@bfkn.com james.tucker@bfkn.com

Nathan Q. Rugg
on behalf of Creditor GPC Asia Pacific Limited nathan.rugg@bfkn.com james.tucker@bfkn.com

Nicholas Lawson
on behalf of Creditor First-Citizens Bank & Trust Company nick.lawson@lmbusinesslaw.com kate.taylor@lmbusinesslaw.com

Nicholas Poli
on behalf of Creditor Raistone Purchasing LLC -Series XXXII npoli@orrick.com nymao@orrick.com;courtmail@orrick.com

Nicholas Poli
on behalf of Creditor Raistone Capital LLC npoli@orrick.com nymao@orrick.com;courtmail@orrick.com

Nicholas Poli
on behalf of Creditor Raistone Purchasing LLC-Series XXVIII npoli@orrick.com nymao@orrick.com;courtmail@orrick.com

Nicholas Edmund Baker
on behalf of Defendant Broad Street Financial Holdings LLC nbaker@stblaw.com

Nicholas Edmund Baker
on behalf of Defendant Broad Street Financial LLC nbaker@stblaw.com

Nicholas J. Sabatino
on behalf of Creditor Raistone Capital LLC nsabatino@orrick.com courtmail@orrick.com

Nicholas J. Sabatino
on behalf of Creditor Raistone Purchasing LLC-Series XXVIII nsabatino@orrick.com courtmail@orrick.com

Nicholas J. Sabatino
on behalf of Creditor Raistone Purchasing LLC -Series XXXII nsabatino@orrick.com courtmail@orrick.com

Nicholas Jaison Brannick
on behalf of Interested Party The Reinalt-Thomas Corporation d/b/a Discount Tire brannickn@ballardspahr.com

Nicholas Steven Forger
on behalf of Creditor Prospect Floating Rate & Alternative Income Fund Inc. nforger@cokinoslaw.com, dbrown@cokinoslaw.com

Nicholas Steven Forger
on behalf of Creditor Prospect Capital Corporation nforger@cokinoslaw.com dbrown@cokinoslaw.com

Nicole Yun Lin Ng
on behalf of Interested Party Peter Andrew Brumbergs nng@heckerfink.com

Patrick Michael Flynn
on behalf of Creditor United Steel Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers Int'l Union pat@pmfpc.com, sandra@pmfpc.com

Paul B Moore
on behalf of Intervenor United States Of America paul.moore@usdoj.gov nicole.robbins@usdoj.gov;caseview.ecf@usdoj.gov;usatxs.bankruptcy-ecf@usdoj.gov

Paul B Moore
on behalf of Interested Party United States Of America paul.moore@usdoj.gov nicole.robbins@usdoj.gov;caseview.ecf@usdoj.gov;usatxs.bankruptcy-ecf@usdoj.gov

Paul E Heath
on behalf of Interested Party Jefferies Financial Group Inc. pheath@velaw.com

Paul E Heath
on behalf of Interested Party Leucadia Asset Management LLC pheath@velaw.com

Paul Martin Flannery
on behalf of Interested Party Nigel Crighton paul@flannerygeorgalis.com mgable@flannerygeorgalis.com

Payne Campbell Keinarth
on behalf of Interested Party FCA US LLC pkeinarth@dickinson-wright.com hkott@dwlaw.com

Peri H Alkas
on behalf of Interested Party Twin City Fire Insurance Company peri.alkas@phelps.com klinkhak@phelps.com

Peter Menz

on behalf of Interested Party Michael Baker pmenz@maglaw.com

Philip David Racusin
on behalf of Creditor Scotland Enterprises Inc. PRacusin@hchlawyers.com, pr01010@recap.email

Philip M. Guffy
on behalf of Creditor Keystone Automotive Operations Inc. pguffy@huntonak.com, philip-guffy-0813@ecf.pacerpro.com

Philip M. Guffy
on behalf of Creditor Uni-Select Inc. pguffy@huntonak.com, philip-guffy-0813@ecf.pacerpro.com

Pratik Kumar Raj Ghosh
on behalf of Interested Party Scott Wallace prajghosh@mololamken.com

Pratik Kumar Raj Ghosh
on behalf of Interested Party Shekhar Kumar prajghosh@mololamken.com

Rachel B. Goldman
on behalf of Defendant Edward James rachel.goldman@bracewell.com mary.kearney@bracewell.com

Rachel B. Goldman
on behalf of Defendant Optimus Private Capital LLC rachel.goldman@bracewell.com mary.kearney@bracewell.com

Rachel B. Goldman
on behalf of Defendant JCMC Investment Group LLC rachel.goldman@bracewell.com mary.kearney@bracewell.com

Rachel B. Goldman
on behalf of Interested Party Edward James rachel.goldman@bracewell.com mary.kearney@bracewell.com

Rakhee V Patel
on behalf of Creditor Napier Park Global Capital (US) LP rpatel@sidley.com dgalindo@winstead.com

Randall F Scherck
on behalf of Interested Party CMX North America Inc. rscherck@ubglaw.com aschmidt@ubglaw.com

Raneen Ibrahim Abdelghani
on behalf of Creditor XL Parts LLC rabdelghani@bradley.com, vherrera@bradley.com;aplayer@bradley.com

Raneen Ibrahim Abdelghani
on behalf of Creditor The Parts House THP LLP rabdelghani@bradley.com vherrera@bradley.com;aplayer@bradley.com

Reagan H. Tres Gibbs, III
on behalf of Creditor Prospect Floating Rate & Alternative Income Fund Inc. tgibbs@cokinoslaw.com, dbrown@cokinoslaw.com

Reagan H. Tres Gibbs, III
on behalf of Creditor Prospect Capital Corporation tgibbs@cokinoslaw.com dbrown@cokinoslaw.com

Rebecca Foxwell
on behalf of Interested Party Edward James rebecca.foxwell@bracewell.com

Rebecca Lynn Matthews
on behalf of Creditor Rebuilders Automotive Supply Co. rmatthews@fbtgibbons.com becky-matthews-7833@ecf.pacerpro.com

Reese W Baker
on behalf of Creditor William Christopher Harrod courtdocs@bakerassociates.net
i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net

Rene S. Roupinian
on behalf of Plaintiff Brittany Johnson rsr@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Rene S. Roupinian
on behalf of Plaintiff Giancarlo Hernandez rsr@raisnerroupinian.com
rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Rene S. Roupinian
on behalf of Plaintiff Maria Tapia rsr@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Rene S. Roupinian
on behalf of Plaintiff Chad Compton rsr@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Rene S. Roupinian
on behalf of Plaintiff Kyle Bennett rsr@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Richard Jacobsen
on behalf of Creditor Raistone Purchasing LLC -Series XXXII rjacobsen@orrick.com
casestream@ecf.courtdrive.com;courtmail@orrick.com

Richard Jacobsen
on behalf of Creditor Raistone Capital LLC rjacobsen@orrick.com casestream@ecf.courtdrive.com;courtmail@orrick.com

Richard Jacobsen
on behalf of Creditor Raistone Purchasing LLC-Series XXVIII rjacobsen@orrick.com

| | |
|---|---|
| | casestream@ecf.courtdrive.com;courtmail@orrick.com |
| Richard Allan Graham | on behalf of Creditor Royal Bank of Canada rgraham@whitecase.com mco@whitecase.com |
| Richard Mark Seltzer | on behalf of Creditor International Union United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) rseltzer@cwsny.com |
| Richard Mark Seltzer | on behalf of Creditor United Steel Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers Int'l Union rseltzer@cwsny.com |
| Rick Aaron Steinberg | on behalf of Creditor OEC Group rsteinberg@pricemeese.com |
| Robert McNamara | on behalf of Creditor HerbertUSA Inc. rmcnamara@aghattorneys.com |
| Robert J. Diehl, Jr. | on behalf of Creditor Mitsubishi HC Capital America Inc. rdiehl@bodmanlaw.com |
| Robert James Anello | on behalf of Interested Party Michael Baker ranello@maglaw.com |
| Robert L LeHane | on behalf of Creditor LBA RV-Company XVII LP kdwbankruptcydepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert M Hirsh | on behalf of Creditor TriMas Corporation robert.hirsh@nortonrosefulbright.com calendaring-nortonrose-9955@ecf.pacerpro.com |
| Ronald E Gold | on behalf of Creditor Volkswagen Group of America Inc. and certain affiliates rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;lsparks@fbtlaw.com |
| Ronald J Sommers | on behalf of Trustee Ronald J Sommers efile@nathansommers.com RS@trustesolutions.com,RS@trustesolutions.net,psalazar@nathansommers.com |
| Ross McNeill Slaughter | on behalf of Interested Party Laurie Stein rslaughter@zuckerman.com |
| Ryan Anthony O'Connor | on behalf of Examiner Martin De Luca roconnor@okinadams.com nhollon@okinadams.com |
| Ryan Michael Baldwin | on behalf of Interested Party Scott Wallace rbaldwin@mololamken.com |
| Ryan Michael Baldwin | on behalf of Interested Party Shekhar Kumar rbaldwin@mololamken.com |
| Sabrina L Streusand | on behalf of Creditor NTT DATA Americas Inc. streusand@slollp.com, apina@slollp.com |
| Sabrina L Streusand | on behalf of Creditor NTT Managed Services Americas LLC streusand@slollp.com, apina@slollp.com |
| Sam Della Fera, Jr. | on behalf of Interested Party Nelly Luna sdellafera@csglaw.com |
| Samuel Eric de Freitas Hull | on behalf of Creditor United Steel Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers Int'l Union shull@cwsny.com |
| Samuel Eric de Freitas Hull | on behalf of Plaintiff International Union United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) shull@cwsny.com |
| Samuel Eric de Freitas Hull | on behalf of Creditor International Union United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) shull@cwsny.com |
| Samuel Joseph Strauss | on behalf of Plaintiff Francisco Garza sam@straussborrelli.com |
| Samuel R. Rabuck | on behalf of Creditor GPC Asia Pacific Pty Ltd. sam.rabuck@bfkn.com |
| Samuel R. Rabuck | on behalf of Creditor Alliance Automotive Group (EU) sam.rabuck@bfkn.com |
| Samuel R. Rabuck | on behalf of Creditor GPC Asia Pacific Limited sam.rabuck@bfkn.com |

Samuel R. Rabuck
on behalf of Creditor Motion Industries (Canada) Inc. sam.rabuck@bfkn.com

Samuel R. Rabuck
on behalf of Creditor Genuine Parts Company sam.rabuck@bfkn.com

Samuel R. Rabuck
on behalf of Creditor Motion Industries (Mexico) Inc. sam.rabuck@bfkn.com

Samuel R. Rabuck
on behalf of Creditor Motion Industries Inc. sam.rabuck@bfkn.com

Sanjiv Sarma
on behalf of Creditor Laboratorio Elettrofisico USA Inc. ssarma@sgrlaw.com, bkdocketing@sgrlaw.com

Sara Catherine Bisantz
on behalf of Creditor Forteq UK LTD sbisantz@hselaw.com

Sara Elizabeth Nau
on behalf of Interested Party Twin City Fire Insurance Company sara.nau@phelps.com

Sara Maria Simms
on behalf of Creditor Daniel Villalta sms@romerolaw.com

Sarah Patricia Santos
on behalf of Interested Party David Parker ssantos@dslawpc.com rmoncivais@dslawpc.com

Sarah S. Mattingly
on behalf of Creditor RWI Logistics LLC sarah.mattingly@dinsmore.com
jamie.herald@dinsmore.com;brooke.hudson@dinsmore.com

Scott Saldana
on behalf of Plaintiff Patterson Inventory Holdings LLC ssaldana@reidcollins.com

Scott Saldana
on behalf of Plaintiff Patterson Inventory LLC ssaldana@reidcollins.com

Scott Saldana
on behalf of Trustee Ronald J Sommers ssaldana@reidcollins.com

Scott Saldana
on behalf of Plaintiff Starlight Inventory I LLC ssaldana@reidcollins.com

Scott Saldana
on behalf of Plaintiff Starlight Inventory Holdings I LLC ssaldana@reidcollins.com

Scott D Fink
on behalf of Creditor Toyota Industries Commercial Finance Inc. Bronationalecf@weltman.com

Scott D Fink
on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. Bronationalecf@weltman.com

Scott E Blakeley
on behalf of Creditor Export Development Canada seb@blakeleylc.com aridgway@blakeleylc.com

Scott F Gautier
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION scott.gautier@faegredrinker.com
san.mitchell@faegredrinker.com,docketgeneral@faegredrinker.com

Scott J Greenberg
on behalf of Plaintiff GLAS USA LLC sgreenberg@gibsondunn.com
JGoldstein@gibsondunn.com;MSunday@gibsondunn.com;HTheis@gibsondunn.com;EArom@gibsondunn.com;clwilson@gibsondunn.com;ssu@gibsondunn.com;scott-j-greenberg-6049@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Scott J Greenberg
on behalf of Defendant Wilmington Savings Fund Society FSB sgreenberg@gibsondunn.com,
JGoldstein@gibsondunn.com;MSunday@gibsondunn.com;HTheis@gibsondunn.com;EArom@gibsondunn.com;clwilson@gibsondunn.com;ssu@gibsondunn.com;scott-j-greenberg-6049@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Scott J Greenberg
on behalf of Plaintiff Wilmington Savings Fund Society FSB sgreenberg@gibsondunn.com,
JGoldstein@gibsondunn.com;MSunday@gibsondunn.com;HTheis@gibsondunn.com;EArom@gibsondunn.com;clwilson@gibsondunn.com;ssu@gibsondunn.com;scott-j-greenberg-6049@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Scott J Greenberg
on behalf of Defendant GLAS USA LLC sgreenberg@gibsondunn.com
JGoldstein@gibsondunn.com;MSunday@gibsondunn.com;HTheis@gibsondunn.com;EArom@gibsondunn.com;clwilson@gibsondunn.com;ssu@gibsondunn.com;scott-j-greenberg-6049@ecf.pacerpro.com,pacer-tx@gibsondunn.com

Scott M. Ahmad
on behalf of Defendant Bank of America N.A. scott.ahmad@winstontaylor.com, scott-ahmad-9923@ecf.pacerpro.com

Sean Hecker

on behalf of Interested Party Peter Andrew Brumbergs shecker@heckerfink.com

Sean A. Gordon
on behalf of Interested Party Husqvarna Business Support AB Sean.Gordon@ThompsonHine.com ECFDocket@thompsonhine.com

Sean Thomas Wilson
on behalf of Creditor Mayfair Enterprises LLC swilson@shannonleellp.com, swilson@shannonleellp.com

Seth Brandon Shapiro
on behalf of Intervenor United States Of America seth.shapiro@usdoj.gov

Seth Brandon Shapiro
on behalf of Interested Party U.S Customs and Border Protection seth.shapiro@usdoj.gov

Seth Brandon Shapiro
on behalf of Interested Party United States Of America seth.shapiro@usdoj.gov

Shawn M Christianson
on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Simon W Hendershot, III
on behalf of Creditor Scotland Enterprises Inc. trey@hchlawyers.com, eservice@hchlawyers.com

Stephen Wilcox
on behalf of Creditor ACAR Leasing Ltd kraudry@wilcoxlaw.net kraudry@wilcoxlaw.net;krw77@sbcglobal.net;swilcox@wilcoxlaw.net

Stephen Mark Blank
on behalf of Creditor UMB Bank N.A. stephen.blank@alston.com, brian.laine@alston.com;Amy.West@alston.com

Stephen R. Butler
on behalf of Creditor TN Dept of Revenue agbanktexas@ag.tn.gov

Steven J Mitby
on behalf of Interested Party Press-Seal Corporation smitby@mitbylaw.com pchavez@mitbylaw.com;apalova@mitbylaw.com;nmontez@mitbylaw.com

Steven J. Reisman
on behalf of Interested Party Hilco Valuation Services LLC, Dba Hilco Global and its designated affiliates and subsidiaries sreisman@katten.com, nyc.bknotices@kattenlaw.com

Steven T Holmes
on behalf of Creditor First Guaranty Bank sholmes@chfirm.com chps.ecfnotices@ecf.courtdrive.com

Steven W Soule
on behalf of Creditor City of Miami Special Utility Authority ssoule@hallestill.com smccormick@hallestill.com

Susan C Mathews
on behalf of Creditor Volvo Penta of the Americas LLC smathews@bakerdonelson.com, jramos@bakerdonelson.com

T. Josh Judd
on behalf of Creditor Alpine Electronics of America Inc. jjudd@andrewsmyers.com, sray@andrewsmyers.com

Tara T. LeDay
on behalf of Creditor Michael Bueno tleday@munsch.com

Tatianna J. Witter
on behalf of Interested Party Bank Of America NA tatianna.witter@winstontaylor.com tatianna-witter-3493@ecf.pacerpro.com;ecf_sf@winston.com

Tatianna J. Witter
on behalf of Defendant Bank of America N.A. tatianna.witter@winstontaylor.com, tatianna-witter-3493@ecf.pacerpro.com;ecf_sf@winston.com

Tatianna J. Witter
on behalf of Creditor Bank of America N.A. tatianna.witter@winstontaylor.com, tatianna-witter-3493@ecf.pacerpro.com;ecf_sf@winston.com

Telemachus P. Kasulis
on behalf of Interested Party Michael Baker tkasulis@maglaw.com

Thomas A Howley
on behalf of Plaintiff Wilmington Savings Fund Society FSB tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley
on behalf of 3rd Pty Defendant GLAS USA LLC tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas A Howley
on behalf of Interested Party Ad Hoc Group tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas A Howley

| | |
|---|---|
| | on behalf of Interested Party Ad Hoc Group of Lenders tom@howley-law.com roland@howley-law.com;eric@howley-law.com |
| Thomas A Howley | on behalf of 3rd Pty Defendant WILMINGTON SAVINGS FUND SOCIETY FSB tom@howley-law.com, roland@howley-law.com;eric@howley-law.com |
| Thomas A Howley | on behalf of Defendant GLAS USA LLC tom@howley-law.com roland@howley-law.com;eric@howley-law.com |
| Thomas A Howley | on behalf of Defendant Wilmington Savings Fund Society FSB tom@howley-law.com, roland@howley-law.com;eric@howley-law.com |
| Thomas A Howley | on behalf of Plaintiff GLAS USA LLC tom@howley-law.com roland@howley-law.com;eric@howley-law.com |
| Thomas A Howley | on behalf of Defendant First Brands Group LLC tom@howley-law.com roland@howley-law.com;eric@howley-law.com |
| Thomas G. Haskins | on behalf of Creditor The City of Jasper Indiana thaskins@btlaw.com, khgreaven@btlaw.com |
| Timothy Alvin Davidson, II | on behalf of Financial Advisor Alvarez & Marsal North America LLC taddavidson@hunton.com |
| Timothy L. Wentworth | on behalf of Creditor Carrdan Corporation twentworth@okinadams.com nhollon@okinadams.com |
| Toby L Gerber | on behalf of Other Prof. Bank of America N.A. toby.gerber@nortonrosefulbright.com |
| Toby L Gerber | on behalf of Plaintiff Bank of America N.A. toby.gerber@nortonrosefulbright.com |
| Toby L Gerber | on behalf of Cross-Claimant Bank of America N.A. toby.gerber@nortonrosefulbright.com |
| Toni Lanette Townsend | on behalf of Creditor Toyota Industries Commercial Finance Inc toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Toni Lanette Townsend | on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. toni.townsend@mccalla.com mccallaecf@ecf.courtdrive.com |
| Toni Lanette Townsend | on behalf of Creditor Toyota Industries Commercial Finance Inc. toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Tony L. Draper | on behalf of Creditor Old Republic Insurance Company tdraper@walkerwilcox.com escruggs@walkerwilcox.com |
| Tony L. Draper | on behalf of Creditor Everest National Insurance Company tdraper@walkerwilcox.com escruggs@walkerwilcox.com |
| Travis A. McRoberts | on behalf of Creditor SmartestEnergy US LLC travis.mcroberts@bakerbotts.com sarah.conley@squirepb.com;travis-a-mcroberts-1747@ecf.pacerpro.com |
| Trey A Monsour | on behalf of Creditor 1600 Industrial LLC tmonsour@foxrothschild.com rsolomon@foxrothschild.com;msteen@foxrothschild.com;dandreacchi@foxrothschild.com;TX.DKT@foxrothschild.com |
| Tyler G Doyle | on behalf of Interested Party National Union Fire Insurance Co. of Pittsburgh Pa. tgdoyle@bakerlaw.com, mvanhorn@bakerlaw.com,jhuitt@bakerlaw.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |
| Vianey Garza | on behalf of U.S. Trustee US Trustee vianey.garza@usdoj.gov |
| Victoria Lee Klevan | on behalf of Creditor Evolution Credit Partners vklevan@elsberglaw.com |
| Victoria Nicole Argeroplos | on behalf of Creditor Valeo North America Inc. vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com |
| Victoria Nicole Argeroplos | on behalf of Creditor MAC Montacargas Corporation vargeroplos@jw.com msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com |
| Victoria Nicole Argeroplos | |

| | |
|---|---|
| | on behalf of Creditor Valeo Sistemas Electricos S.A. de C.V. vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com |
| Vivek Vijay Tata | on behalf of Creditor Evolution Credit Partners vtata@elsberglaw.com |
| Walter J Cicack | on behalf of Plaintiff Kyle Bennett wcicack@hcgllp.com mallen@hcgllp.com |
| Walter J Cicack | on behalf of Plaintiff Giancarlo Hernandez wcicack@hcgllp.com mallen@hcgllp.com |
| Walter J Cicack | on behalf of Plaintiff Chad Compton wcicack@hcgllp.com mallen@hcgllp.com |
| Walter J Cicack | on behalf of Plaintiff Brittany Johnson wcicack@hcgllp.com mallen@hcgllp.com |
| Walter J Cicack | on behalf of Plaintiff Maria Tapia wcicack@hcgllp.com mallen@hcgllp.com |
| Weldon Leslie Moore, III | on behalf of Creditor Indiana Michigan Power Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net |
| Weldon Leslie Moore, III | on behalf of Creditor Toledo Edison Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net |
| Weldon Leslie Moore, III | on behalf of Creditor Commonwealth Edison Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net |
| Weldon Leslie Moore, III | on behalf of Creditor Constellation NewEnergy Inc. wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net |
| Weldon Leslie Moore, III | on behalf of Creditor Ohio Power Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net |
| Weldon Leslie Moore, III | on behalf of Creditor Constellation NewEnergy Gas Division LLC wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net |
| Weldon Leslie Moore, III | on behalf of Creditor Metropolitan Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net |
| Wendi Alper-Pressman | on behalf of Creditor NP Whitaker Ave. Industrial LLC walperpressman@atllp.com, blabrier@atllp.com |
| William James Hotze | on behalf of Creditor Harley-Davidson Motor Company Inc. whotze@dykema.com |
| William Jay Dorsey | on behalf of Defendant Aequum Capital Financial II LLC William.Dorsey@gtlaw.com |
| William Joseph Harrington | on behalf of Interested Party Amanda Coxbill wharrington@goodwinlaw.com |
| William Seth Weltman | on behalf of Defendant Aequum Capital Financial II LLC will.weltman@blankrome.com CourtMail@blankrome.com,cheree.woods@blankrome.com |
| William T Reid, IV | on behalf of Trustee Ronald J Sommers wreid@reidcollins.com |
| Yosina Mariette Lissebeck | on behalf of Creditor Total Quality Logistics LLC yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com |

TOTAL: 733