United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 20, 2026
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | **(Previously Chapter 11)** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | |
| | § | **Case No. 25-90399 (CML)** |
| **Debtors.**[1] | § | |
| | § | **Jointly Administered** |

**REVISED STIPULATION AND AGREED ORDER EXTENDING DEADLINE FOR THE AD HOC GROUP AND EVA S. ENGELHART, CHAPTER 7 TRUSTEE, TO RESPOND OR OBJECT TO THE MOTION OF IA MECHANICAL INC. FOR ENTRY OF AN ORDER (I) ALLOWING PROOF OF CLAIM NO. 1760 AS A SECURED CLAIM AND (II) DIRECTING RELEASE OF THE ESCROWED SALE PROCEEDS**
[Relates to Docket Nos. 3909, 4046, 4050, 4074, and 4078]

**WHEREAS**, on September 24, 2025, Global Assets LLC and 12 debtor affiliates each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), and commencing on September 28, 2025, First Brands Group, LLC and the remaining Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the Bankruptcy Court.

**WHEREAS**, on September 1, 2026, the Court entered the *Order (I) Converting Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief* [Docket No. 3748]

---

[1] A complete list of the "Debtors" in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

(the "Conversion Order"),[2] which converted the Debtors' chapter 11 cases to cases under chapter 7 of the Bankruptcy Code.

**WHEREAS**, on September 1, 2026, the United States Trustee appointed Eva S. Engelhart as the interim chapter 7 trustee for the Debtors (the "Trustee"). *See* Docket No. 3753.

**WHEREAS**, on October 15, 2026, IA Mechanical Inc. ("IA Mechanical") filed its *Motion of IA Mechanical Inc. for Entry of an Order (I) Allowing Proof of Claim No. 1760 as a Secured Claim and (II) Directing Release of the Escrowed Sale Proceeds* [Docket No. 3909] (the "Motion").

**WHEREAS**, the original deadline for the Trustee and Ad Hoc Group (collectively with IA Mechanical and the Trustee, the "Parties") to file an objection or response to the Motion (any such deadline, as modified from time to time, the "Response Deadline") was November 5, 2026.

**WHEREAS**, on November 5, 2026, the Bankruptcy Court entered an Order [Docket No. 4050] approving that certain *Revised Stipulation and Agreed Order Extending Deadline for Eva S. Engelhart, Chapter 7 Trustee, to Respond or Object to the Motion of IA Mechanical Inc. for Entry of an Order (I) Allowing Proof of Claim No. 1760 as a Secured Claim and (II) Directing Release of the Escrowed Sale Proceeds* [Docket No. 4046], pursuant to which IA Mechanical agreed to extend the Response Deadline for the Trustee and Ad Hoc Group by one week, to and including November 12, 2026.

**WHEREAS**, on November 12, 2026, the Bankruptcy Court entered an Order [Docket No. 4078] approving that certain *Revised Stipulation and Agreed Order Extending Deadline for Eva S. Engelhart, Chapter 7 Trustee, to Respond or Object to the Motion of IA Mechanical Inc. for*

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Conversion Order.

*Entry of an Order (I) Allowing Proof of Claim No. 1760 as a Secured Claim and (II) Directing Release of the Escrowed Sale Proceeds* [Docket No. 4074], pursuant to which IA Mechanical agreed to extend the Response Deadline for the Trustee and Ad Hoc Group by one week, to and including November 19, 2026.

**WHEREAS**, IA Mechanical has agreed to extend the Response Deadline for the Trustee and Ad Hoc Group by one week, to and including November 30, 2026.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED BY THE PARTIES HERETO AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED THAT:**

1. The above recitals are incorporated by reference herein with the same force and effect as if fully set forth hereafter.

2. The deadline for the Trustee and Ad Hoc Group to file responses and/or objections to the Motion is extended to and including **November 30, 2026**.

3. Nothing herein shall be construed to prohibit the Parties from seeking further extensions by agreement and/or by further order of the Court.

4. Notwithstanding anything in the Bankruptcy Code or the Bankruptcy Rules to the contrary, this *Stipulation and Agreed Order* shall be effective immediately upon the Court's approval.

5. The Court has exclusive jurisdiction and power regarding the implementation, interpretation, and enforcement of this *Stipulation and Agreed Order.*

**IT IS SO ORDERED.**

Signed: November 20, 2026

Christopher Lopez
United States Bankruptcy Judge

**Agreed as to form and substance:**

**The Law Office of Elias M. Yazbeck, PLLC**

By: /s/ *Elias M. Yazbeck*
Elias M. Yazbeck (TX Bar No. 24132103)

**Katten Muchin Rosenman LLP**

By: /s/ *Cindi M. Giglio*
Cindi M. Giglio

4119 Montrose Blvd, Suite 470
Houston, TX 77006
Telephone: (713) 259-3316
Email: elias@yazbecklaw.com

*Counsel to IA Mechanical Inc.*

Grace A. Thompson
50 Rockefeller Plaza
New York, New York 10020
Telephone: (212) 940-3828
Email: cgiglio@katten.com
grace.thompson@katten.com

*Proposed Special Counsel to the Chapter 7 Trustee, Eva S. Engelhart*

**Gibson, Dunn & Crutcher LLP**

By: /s/ *AnnElyse S. Gains*
AnnElyse Scarlett Gains (admitted *pro hac vice*)
S. Robert Marsters, Jr. (admitted *pro hac vice*)
1700 M Street N.W.
Washington, D.C. 20036-3504
Telephone: (202) 955-8500
agains@gibsondunn.com
rmarsters@gibsondunn.com

*Counsel to the Ad Hoc Group*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was duly served by electronic transmission to all registered ECF users appearing in the case on November 11, 2026.

*/s/ Cindi M. Giglio*
Cindi M. Giglio

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 25-90399-cml
First Brands Group, LLC Chapter 7
WEM US Co.
Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4 User: ADIuser 
Date Rcvd: Nov 20, 2026 Form ID: pdf002 Total Noticed: 226

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Endurance American Insurance Company, 14643 Dallas Parkway Suite 550, Dallas, TX 75254-8885 |
| dbpos | + | APC Intermediate Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | APC Parent, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | ASC Industries, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | AVM Export, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Airtex Industries, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Airtex Products, LP, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Autolite Operations LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | BPI Acquisition Company, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | BPI EC, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | BPI Holdings International, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Brake Parts Inc China LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Brake Parts Inc India LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Brake Parts Inc LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Broad Street Financial Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Broad Street Financial, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD Holding, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD Intermediate Holdings I, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD Intermediate Holdings II, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | CWD, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Cardone Industries, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carnaby Capital Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carrand Companies, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Carburetor Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Carburetor, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Fuel Export, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Carter Fuel Systems, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Champion Laboratories, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Dalton Corporation, Kendallville Manufacturing Fac, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Dalton Corporation, Stryker Machining Facility Co., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Eagle Casting Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Eagle Casting, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Eagle Machining, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | FRAM Group IP LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | FRAM Group Operations LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Fuel Filter Technologies, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Global Assets GmbH, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Global Assets LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Global Lease Assets Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Global Reman Ventures, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |

| | | |
|---|---|---|
| dbpos | + | Heatherton Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Hopkins Acquisition, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Hopkins Manufacturing Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Horizon Euro Finance LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Horizon Global Americas Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Horizon Global Company LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Horizon International Holdings LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | IBI International Holding Company, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | International Brake Industries, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Jasper Acquisition Corp., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Jasper Rubber Products, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | KTRI Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | KTRI Offshore Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Longman Enterprises, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | PHNX Acquisition Corp., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Patterson Inventory Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Patterson Inventory, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Premier Marketing Group, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Pylon Manufacturing Corp., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Pylon South Bend, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualis Automotive, L.L.C., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualis Enterprises, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor Acquisition Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor Automotive, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor Subsidiary H, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor Subsidiary S, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Qualitor, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Reman Management International LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | SDC TX, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Smart Choice, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Specialty Pumps Group, Inc, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Starlight Inventory Holdings I, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Starlight Inventory I, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Strongarm, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | TAE Brakes, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | TAE China Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Toledo Molding & Die, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Transportation Aftermarket Enterprise, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Trico Holding Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Trico Products Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Trico Technologies Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Tridonex USA LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI Acquisition Holdings (No. 4) LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI International Holdings Parent Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI International Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI International, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI Pennsylvania, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | UCI-Airtex Holdings, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | United Components, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Universal Auto Filter LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Viceroy Private Capital, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Viper Acquisition I, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Viper Acquisition, Inc., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | WEM US Co., 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Walbro LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | + | Walbro Midco LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| aty | + | Christopher L Phillippe, Law Office of Phillippe & Associates, 847 E. Harrison St., Brownsville, TX 78520, UNITED STATES 78520-7120 |
| aty | + | Ronald K. Brown, Jr., Law Offices of Ronald K. Brown, Jr., APC, 901 Dove St, Suite 120, Newport Beach, CA 92660-3018 |
| cr | + | 1600 Industrial LLC, c/o Trey A. Monsour, Fox Rothschild LLP, 2501 N. Harwood, #1800, Dallas, TX 75201 UNITED STATES 75201-1613 |
| op | + | Adam Wesley, Boies Schiller Flexner LLP, 55 Hudson Yards, New York, NY 10001-2163 |
| trnsfee | | Anne Willsher, 13 Marilyn Place, Queanbeyan NSW 2620, AUSTRALIA |

| | | |
|---|---|---|
| cr | + | Arab Banking Corporation B.S.C., c/o Blaire A. Cahn, Baker & McKenzie LLP, 452 Fifth Avenue, New York, NY 10018-2706 |
| cr | + | BBJ Ventures, LLC, c/o Graham PLLC, 4203 Montrose Blvd., Suite 550, Houston, TX 77006-5427 |
| cr | + | BRI WESTPARK IV QOZB, LP, c/o Leslie S. Barr, Esq, Windels Marx Lane & Mittendorf, LLP, 156 West 56th St, New York, NY 10019-3800 |
| cr | + | CSI Leasing, Inc., c/o Clark Hill PLC, Audrey L. Hornisher, 901 Main Street, Suite 6000, Dallas, TX 75202-3748 |
| cr | + | CTS Global Logistics (Georgia) Inc., 1370 Valley Vista Drive, Suite 280, Diamond Bar, CA 91765-3923 |
| cr | + | Carrdan Corporation, 100 Reed Drive, Temperance, MI 48182-8900 |
| intp | | Charmaine Thomas, New York, NY 10001 |
| cr | | Chubb Companies, Duane Morris LLP, 200 Crescent Ct Suite 900, Krum, TX 76249 |
| cr | + | Ciara Childs, c/o J. Gerard Stranch, IV, Stranch, Jennings, & Garvey, PLLC, 223 Rosa Parks Ave., Suite 200 Nashville, TX 37203-3513 |
| cr | | City of Miami Special Utility Authority, c/o Steven W. Soule', Hall, Estill, et al., 521 East 2nd Street, Suite 1200 Tulsa, OK 74120-1855 |
| cr | + | Crown Equipment Corporation dba Crown Lift Trucks, Sebaly Shillito and Dyer, 220 E. Monument Ave., Suite 500, Dayton, OH 45402 UNITED STATES 45402-1267 |
| intp | + | David Parker, Davis & Santos, 719 S. Flores Street, San Antonio, TX 78204, UNITED STATES 78204-1350 |
| intp | + | David Parker, Davis and Santos, PLLC, 719 S. Flores Street, San Antonio, TX 78204, UNITED STATES 78204-1350 |
| trnsfee | | David Willsher, 13 Marilyn Place, Queanbeyan NSW 2620, AUSTRALIA |
| cr | + | De Lage Landen Financial Services, Inc., c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Derby Fabricating Solutions, LLC, c/o Christina Combs, 4500 Produce Road, Louisville, KY 40218-3058 |
| intp | | Deva Capital Investment Company S.L.U., Avenida de Cantabria s/n, Boadilla del Monte, 28660, SPAIN |
| trnsfee | + | Durham BDR LLC, 4012 Dover Rd, Durham, NC 27707-5401 |
| cr | + | ENGIE Resources LLC, 1360 Post Oak Blvd., Suite 400, Houston, TX 77056-3030 |
| cr | + | Epicor Software Corporation, c/o Clark Hill PLC, Attn: Duane J. Brescia, 3711 S. Mopac Expressway, Bldg One, Suite 500 Austin, TX 78746-8041 |
| intp | + | Flex-N-Gate LLC, Foley & Lardner LLP, 2021 McKinney Ave., Suite 1600, Dallas, TX 75201-3340 |
| cr | + | Francisco Garza, c/o J. Gerard Stranch, IV, 223 Rosa Parks Ave., Suite 200, Nashville, TX 37203-3513 |
| trnsfee | + | GS Financial Network, 7910 Woodmont Ave, Ste 1050, Bethesda, MD 20814-3069 |
| cr | + | Goldstar Warehousing, Ltd., 5845 Padre Island HWY, Brownsville, TX 78521-4419 |
| cr | + | Gorman Industrial Supply Co., c/o ScottHulse, P.C./James M. Feuille, 201 E. Main Drive, Suite 1100, El Paso, TX UNITED STATES 79901-1340 |
| cr | + | HerbertUSA, Inc., 1480 Industrial Pkwy, Akron, OH 44310-2602 |
| cr | + | Honda Development & Manufacturing of America, LLC,, FBT Gibbons LLP, c/o Patricia K. Burgess, 150 3rd Ave S, Ste 1900 Nashville, TN 37201-2043 |
| intp | + | Husqvarna Business Support AB, c/o Sean A. Gordon, Thompson Hine LLP, 3560 Lenox Road Suite 1600, Atlanta, GA 30326-4274 |
| intp | + | Jeff Janson, 408 Coburn Lane, Franklin, TN 37069-1400 |
| cr | + | KITKAT (IL) LLC, c/o Sam Rubenstein, 395 9th Avenue, 58th Floor, New York, NY 10001-8611 |
| cr | + | Kawasaki Motors Corp., USA, c/o Clark Hill PLC, Attn: Audrey L. Hornisher, 901 Main Street, Suite 6000, Dallas, TX 75202-3748 |
| cr | + | Kingsbridge Holdings, LLC, Darcy & Devassy PC, 444 N. Michigan Ave, Suite 3270, Chicago, IL 60611, UNITED STATES 60611-3906 |
| op | + | Kroll Restructuring Administrat Kroll Restructurin, 1 World Trade Center, 31st Floor, New York, NY 10007, UNITED STATES 10007-0090 |
| cr | + | MAC Montacargas Corporation, co Bruce J. Ruzinsky, Jackson Walker LLP, 1401 McKinney St., Suite 1900, Houston, Tx 77010-1900 |
| cr | + | Manuel Fernandez, c/o J. Gerard Stranch, IV, Stranch, Jennings, & Garvey, PLLC, 223 Rosa Parks Ave., Suite 200 Nashville, TN 37203-3513 |
| cr | + | Manuel Leal, c/o J. Gerard Stranch, IV, Stranch, Jennings, & Garvey, PLLC, 223 Rosa Parks Ave., Suite 200 Nashville, TN 37203-3513 |
| intp | + | Marco Gaxiola, 5602 Buckeye Ct, Brownsville, TX 78526-4342 |
| cr | | Martin Titanium American Logistics, Inc., Martin Seidler, 32 Simpson Road, Bolton, Ontario, Canada, L7E 1G9 CANADA |
| cr | + | Michael Templin, c/o John A. Gagliardi, Esq., 122 S. Church Street, West Chester, PA 19382-3223 |
| cr | + | Milwood Holdings, LLC, c/o Dietz Property Group, 2075 W. Big Beaver, Troy, MI 48084-3407 |
| cr | + | Mitsubishi HC Capital America, Inc., c/o Brian R. Trumbauer, Bodman PLC, 6th Floor at Ford Field, 1901 St. Antoine Street Detroit, MI 48226-2336 |
| cr | + | NP Whitaker Ave. Industrial, LLC, 3315 N. Oak Trafficway, Kansas City, MO 64116-2775 |
| cr | + | NTT DATA Americas, Inc., Streusand, Landon, Ozburn & Lemmon, LLP, 1801 S. MoPac Expressway, Suite 320, Austin, Tx 78746, UNITED STATES 78746-9817 |
| cr | | NTT Managed Services Americas, LLC, C/O Streusand, Landon, Ozburn & Lemmon,, Suite 320, Austin, TX 78746, UNITED STATES |
| cr | + | Napier Park Global Capital (US) LP, 280 Park Avenue, 3rd Floor, New York, NY 10017-1274 |
| cr | + | National Labor Relations Board, 1015 Half Street S.E., Fourth Floor, Washington, DC 20003-3656 |
| cr | + | Official Committee of Non-Union Retirees, Chamberlain Hrdlicka, Attention: Bankruptcy Department, 1200 Smith Street, Suite 1400, Houston, TX 77002-4496 |
| cr | + | Orbian Corporation and Orbian Financial Services X, c/o J. Frasher Murphy and David Staab, Haynes and Boone, LLP, 2801 North Harwood Street, Suite 2300 Dallas, TX 75201-2754 |
| cr | + | PG Maderas y Triplay S.A. de C.V., Martin & Drought, P.C., 112 East Pecan Street, 112 East Pecan Street, San Antonio, TX 78205 UNITED STATES 78205-1512 |
| intp | + | Patrick James, Quinn Emanuel Urquhart & Sullivan, LLP, 295 5th Avenue, New York, NY 10016-7103 |
| intp | #+ | Phoenix Brownsville Industrial Investors LLC, c/o David E. Lemke, Holland & Knight LLP, 511 Union St, Suite 2700, Nashville, TN 37219-1791 |
| cr | + | Planters Bank, David F. Waguespack, Carver Darden, 1100 Poydras Street, Suite 3100, New Orleans, LA 70163 UNITED STATES |

| | | |
|---|---|---|
| | | 70163-1102 |
| cr | + | Pyramid Warehousing, Ltd., 5845 Padre Island HWY, Brownsville, TX 78521-4419 |
| cr | | Qindao Carflex Auto Parts Co., Ltd., 10 Dazhonger Road, Jimo District, Qingdao, Shandong 266200, CHINA |
| trnsfee | | RMO MSF PTY LTD, ATF Muirhead Family Superannuation Fund, 14-16 Brucedale Crescent, Park Orchards VIC 3114, AUSTRALIA |
| cr | + | SRE Miami, LLC, 2570 Bradford Lane, Brookfield, WI 53045-1701 |
| cr | + | STORE Capital Acquisitions, LLC, 1 East Washington Street, Suite 2300, Phoenix, AZ 85004, UNITED STATES 85004-2555 |
| cr | + | Scotland Enterprises, Inc., Scotland Enterprises, Inc. (Attn: Pres.), 5526 Scotland Rd., Bentonia, MS 39040-9310 |
| trnsfee | + | Sharon Casey, 58 North Street, Greenwich, CT 06830-4726 |
| cr | + | SmartestEnergy US LLC, 110 West Fayette Street, Suite 400, Syracuse, NY 13202-1198 |
| cr | + | Solgenie Technologies, Inc., 4725 Peachtree Industrial Blvd, Suite 200, Berkeley Lake, GA 30092-3023 |
| cr | + | SorTech LLC, c/o Ramiro Tovar, 1900 Sebastian St., Mission, TX 78572-8386 |
| cr | + | St. Clair Technologies, Inc., c/o Clark Hill PLC, Attn: Robert P. Franke, 901 Main Street, Suite 6000, Dallas, TX 75202-3748 |
| cr | + | Staci Corp. d/b/a Vexos, Inc. c/o Nicola G. Suglia, Four Greentree Centre, 601 Route 73 North, Suite 305, Marlton, NJ 08053 UNITED STATES 08053-3475 |
| cr | + | Stag Industrial Holdings, LLC, One Federal Street, 23rd Floor, Boston, MA 02110-2031 |
| cr | + | Steven R Bodeman, 5629 Colver Road, Talent, OR 97540-6746 |
| cr | + | The Parts House THP LLP, Bradley Arant Boult Cummings, 600 Travis, Ste 5600, Houston, TX 77002-2909 |
| cr | + | Tim Johnson, c/o J. Gerard Stranch, IV, Stranch, Jennings, & Garvey, PLLC, 223 Rosa Parks Ave., Suite 200 Nashville, TN 37203-3513 |
| cr | + | Total Quality Logistics, LLC, c/o Dinsmore & Shohl LLP, 655 W. Broadway, Suite 800, San Diego, CA 92101, UNITED STATES 92101-8482 |
| trnsfee | + | Tracy Fu, 300 E 55th Street, Apt 25A, New York, NY 10022-4391 |
| intp | + | Twin City Fire Insurance Company, Phelps Dunbar, 1001 Fannin, Suite 2200, Houston, TX 77002 UNITED STATES 77002-6730 |
| cr | + | Valeo North America, Inc., co Victoria Argeroplos, Jackson Walker LLP, 1401 McKinney St., Suite 1900, Houston, TX 77010-1900 |
| cr | + | Valeo Sistemas Electricos, S.A. de C.V., co Victoria Argeroplos, Jackson Walker LLP, 1401 McKinney St., Suite 1900, Houston, TX 77010-1900 |
| cr | | Zhejiang Laien Filtration System Co. Ltd, No. 2599 Fazhan Road, Taihu Avenue, Changxing District, Zhejiang Province, Huzhou, 313100 CHINA |
| cr | + | Zurich American Insurance Company, c/o Clark Hill PLC, Attn: Duane J. Brescia, 3711 S. Mopac Expressway, Bldg One, Suite 500 Austin, TX 78746-8041 |
| cr | + | c/o Michael J. Shane RIO BRAVO INTERNATIONAL SERVI, Gordon Davis Johnson Shane & Snider, PC, 4695 N. Mesa, Suite 100, El Paso, TX 79912 UNITED STATES 79912-6149 |

TOTAL: 177

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | ^ | MEBN | Nov 20 2026 19:47:06 | First Brands Group, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 20 2026 19:47:01 | Carnaby Capital, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 20 2026 19:46:41 | Carnaby FA Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 20 2026 19:47:02 | Carnaby FA, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 20 2026 19:46:38 | Carnaby Inventory Holdings II, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 20 2026 19:46:38 | Carnaby Inventory Holdings III, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 20 2026 19:46:38 | Carnaby Inventory Holdings IV, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 20 2026 19:46:38 | Carnaby Inventory II, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 20 2026 19:46:38 | Carnaby Inventory III, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 20 2026 19:46:38 | Carnaby Inventory IV, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 20 2026 19:47:23 | Dalton Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |

| | | | | |
|---|---|---|---|---|
| dbpos | ^ | MEBN | Nov 20 2026 19:47:23 | Dalton Corporation, Ashland Manufacturing Facility, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 20 2026 19:47:23 | Dalton Corporation, Warsaw Manufacturing Facility, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 20 2026 19:46:41 | FRAMAuto Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 20 2026 19:47:06 | First Brands Group Holdings, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| dbpos | ^ | MEBN | Nov 20 2026 19:47:06 | First Brands Group Intermediate, LLC, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| tr | + | Email/Text: ccurtis@mcginnislaw.com | Nov 20 2026 19:53:00 | Catherine Stone Curtis, P.O. Box 720788, McAllen, TX 78504-0788 |
| cr | + | Email/Text: adam.rosen@ALRcounsel.com | Nov 20 2026 19:51:00 | AIG Insurance Company of Canada, c/o Adam L. Rosen PLLC, 834B Fort Salonga Road, Box 1021, Northport, NY 11768-3157 |
| intp | + | Email/Text: tom@howley-law.com | Nov 20 2026 19:52:00 | Ad Hoc Group of Lenders, 700 Louisiana Street, Suite 4220, Houston, TX 77002, UNITED STATES 77002-2881 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 20 2026 19:57:02 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: dferretti@bakerdonelson.com | Nov 20 2026 19:52:00 | AutoZone Parts, Inc., Baker Donelson, c/o Daniel J. Ferretti, 1301 McKinney, Suite 3700, Houston, TX 77010, UNITED STATES 77010-3034 |
| cr | + | Email/Text: dferretti@bakerdonelson.com | Nov 20 2026 19:52:00 | AutoZone, Inc., Baker Donelson, c/o Daniel J. Ferretti, 1301 McKinney, Suite 3700, Houston, TX 77010, UNITED STATES 77010-3034 |
| cr | + | Email/Text: edinburgbankruptcy@pbfcm.com | Nov 20 2026 19:51:00 | Brownsville Independent School District, c/o Hiram A. Gutierrez, P.O. Box 2916, McAllen, Tx 78502-2916 |
| cr | + | Email/Text: comedbankruptcygroup@exeloncorp.com | Nov 20 2026 19:53:00 | Commonwealth Edison Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | ^ | MEBN | Nov 20 2026 19:47:17 | Constellation NewEnergy Gas Division, LLC, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | ^ | MEBN | Nov 20 2026 19:47:17 | Constellation NewEnergy, Inc., c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + | Email/Text: bankruptcynotices@everestre.com | Nov 20 2026 19:53:00 | Everest National Insurance Company, 461 5th Avenue, New York, NY 10017-6234 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 20 2026 19:57:08 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: hollyhamm@mehaffyweber.com | Nov 20 2026 19:52:00 | Guishou Saboman Technology Development Co., Ltd., Mehaffy Weber, P.C., c/o Holly C. Hamm, P.O. Box 16, Beaumont, TX 77704-0016 |
| cr | + | Email/Text: hollyhamm@mehaffyweber.com | Nov 20 2026 19:52:00 | Guizhou Saboman Micronized Mining Co., Ltd., Mehaffy Weber, P.C., c/o Holly C. Hamm, P.O. Box 16, Beaumont, TX 77704-0016 |
| cr | + | Email/Text: russj4478@aol.com | Nov 20 2026 19:52:00 | Indiana Michigan Power Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, |

| | | | | |
|---|---|---|---|---|
| | | | | Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + | Email/Text: susan.triggs@insight.com | Nov 20 2026 19:52:23 | Insight Direct USA, Inc., 2701 East Insight Way, Chandler, AZ 85286, UNITED STATES 85286-1947 |
| op | ^ | MEBN | Nov 20 2026 19:47:11 | Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007, UNITED STATES 10007-0090 |
| cr | + | Email/Text: russj4478@aol.com | Nov 20 2026 19:52:00 | Metropolitan Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + | Email/Text: russj4478@aol.com | Nov 20 2026 19:52:00 | Ohio Power Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + | Email/Text: schristianson@buchalter.com | Nov 20 2026 19:51:00 | Oracle America, Inc., Buchalter PC, c/o Shawn M. Christianson, 425 Market St., Suite 2900, San Francisco, Ca 94105-2491 |
| cr | + | Email/Text: bncctnotifications@pbgc.gov | Nov 20 2026 19:51:00 | Pension Benefit Guaranty Corporation, Office of the General Counsel, 445 12th Street, SW, Washington, DC 20024-2101 |
| cr | ^ | MEBN | Nov 20 2026 19:46:56 | STORE Master Funding IV, LLC, c/o Ballard Spahr LLP, 1 East Washington Street, Suite 2300, Phoenix, AZ 85004, UNITED STATES 85004-2555 |
| cr | ^ | MEBN | Nov 20 2026 19:46:56 | STORE Master Funding XIV, LLC, c/o Ballard Spahr LLP, 1 East Washington Street, Suite 2300, Phoenix, AZ 85004, UNITED STATES 85004-2555 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Nov 20 2026 19:51:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Nov 20 2026 19:52:00 | TRUIST BANK, 214 North Tryon Street, Suite 3, Charlotte, NC 28202-1023 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Nov 20 2026 19:53:00 | Tarrant County, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219, UNITED STATES 75219-3959 |
| cr | + | Email/Text: bcd@oag.texas.gov | Nov 20 2026 19:51:00 | Texas Commission on Environmental Quality, c/o Office of Texas Attorney General, Bankruptcy and Collections Division, P.O. Box 12548, Austin, TX 78711-2548 |
| trnsfee | + | Email/Text: brudolph@tigbeach.com | Nov 20 2026 19:52:00 | The Oslo Nevada Trust, Barry D Rudolph, 4012 Dover Rd, Durham, NC 27707-5401 |
| cr | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 20 2026 19:53:00 | Toledo Edison Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Nov 20 2026 19:51:00 | Toyota Industries Commercial Finance, Inc, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| intp | + | Email/Text: usatxs.bankruptcy@usdoj.gov | Nov 20 2026 19:51:00 | United States Of America, United States Attorney's Office, 1000 Louisiana Street, Suite 2300, Houston, TX 77002, UNITED STATES OF AMERICA 77002-5010 |
| cr | | Email/Text: pat@pmfpc.com | Nov 20 2026 19:53:00 | United Steel, Paper & Forestry, Rubber, Manufactur, c/o Patrick M. Flynn P.C., 1225 North Loop West, Suite 1000, Houston, TX 77008-1775 |
| cr | + | Email/Text: ecffilings@padfieldstout.com | | |

| | | |
|---|---|---|
| | Nov 20 2026 19:52:00 | Whirlpool Corporation, c/o Padfield & Stout, LLP, 100 Throckmorton Street, Suite 700, Fort Worth, TX 76102-2837 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | Eva Engelhart |
| intp | | 1970 Group, Inc. |
| cr | | 1995 Billy Mitchell Boulevard, Inc. |
| cr | | 673753 Ontario Limited DBA TRAFFIX |
| intp | | A.N Webber Logistics, Inc. |
| cr | | ACAR Leasing Ltd |
| cr | | ARC CGLGNIN001, LLC |
| cr | | ARC CGMARSC001, LLC |
| cr | | AVO Carbon USA, Inc. |
| intp | | AXIS Insurance Company |
| intp | | Adam S Wesley |
| cr | | Advance Auto Parts, Inc. |
| intp | | Aequum Capital Financial II LLC |
| cr | | Aftermarket Auto Parts Alliance, Inc. |
| cr | | Ahlstrom Filtration LLC |
| intp | | Akin Gump Strauss Hauer & Feld LLP |
| cr | | Alliance Automotive Group (EU) |
| cr | | Alliance Parts Warehouse, LLC |
| intp | | Allianz Global Risks US Insurance Company |
| cr | | Alpine Electronics of America, Inc. |
| fa | | Alvarez & Marsal North America, LLC |
| intp | | Amanda Coxbill |
| cr | | Amazon Advertising LLC |
| cr | | Applied Industrial Technologies, Inc. |
| intp | | Arch Insurance Company |
| res | | Argent Institutional Trust, as Litigation Trustee |
| cr | | Automotive Auto Parts Distributors, Inc. |
| cr | | Automotive Parts Service Group LLC |
| aud | | BDO USA, P.C. |
| cr | | BFG Corporation d/b/a Byline Financial Group |
| cr | | BPP Cannonball Park A LP fka BPP Shiraz Park A LP |
| cr | | BPP Shiraz Park A LP |
| cr | | BPREP 1805 S. Wilmington LLC |
| intp | | Banco Actinver, Sociedad Annima, Institucin de Ban |
| cr | | Bank of America, N.A. |
| op | | Bank of America, N.A. |
| intp | | Berkley Insurance Company |
| intp | | CMX North America Inc. |
| cr | | Cameron County |
| intp | | Carnaby II and III Secured Parties |
| cr | | Central States, Southeast and Southwest Areas Pens |
| cr | | City Of McAllen |
| cr | | Comcast Cable Communications Management, LLC |
| cr | | Daniel Villalta |
| cr | | Diana J Holt |
| intp | | Edward James |
| cr | | Evolution Credit Partners |
| cr | | Export Development Canada |
| intp | | FCA US LLC |
| cr | | FactoFrance |
| intp | | Fair American Insurance and Reinsurance Company |
| cr | | Fairlane Industries, Inc. |

| | |
|---|---|
| intp | Federal Insurance Company |
| cr | Federated Auto Parts Distributors, Inc. |
| cr | First Guaranty Bank |
| cr | First-Citizens Bank & Trust Company |
| cr | Ford Motor Company |
| cr | Forteq UK LTD |
| cr | Fukoku Mexicana, S.A. de C.V. |
| cr | GPC Asia Pacific Limited |
| cr | GPC Asia Pacific Pty Ltd. |
| cr | Genuine Parts Company |
| cr | Grammer Inc. and Grammer Americas LLC |
| intp | Hannah Aiello |
| intp | Harish Uniyal |
| cr | Harley-Davidson Motor Company, Inc. |
| cr | Hidalgo County |
| intp | Hilco Valuation Services, LLC, Dba Hilco Global an |
| cr | IA Mechanical Inc. |
| trnsfor | IFG North America LLC |
| cr | ING Belgium S.A./N.V. |
| cr | IPVIII 185th Street, LLC fka ELHC VIII, LLC |
| cr | IPXXII 193 Street, LLC fka ELHC XXII, LLC |
| cr | Industrial Realty Group LLC |
| cr | International Union, United Automobile, Aerospace |
| intp | Ironshore Indemnity, Inc. |
| intp | Jefferies Financial Group Inc. |
| intp | JessCo Brakes Inc., an affiliate of Friction One B |
| intp | John Doe |
| intp | Karam Singh |
| cr | Katsumi Servicing, LLC |
| cr | Keystone Automotive Operations, Inc. |
| intp | LAM TFG |
| intp | LAM TFG I SPV |
| intp | LAM TFG II |
| cr | LBA RV-Company XVII, LP |
| cr | Laboratorio Elettrofisico USA, Inc. |
| intp | Laurie Stein |
| intp | Leucadia Asset Management LLC |
| cr | Longkou Haimeng Machinery Co., Ltd. |
| cr | Lordco Parts Ltd. |
| cr | Lumen Technologies, Inc. |
| cr | MacAllister Machinery Company, Inc. |
| intp | Mahavir Die Casters Pvt Ltd |
| cr | Maplan GmbH and Machinery + PLANning Inc. |
| cr | Maria Tapia |
| intp | Markel American Insurance Company |
| ex | Martin De Luca |
| cr | Masergy Communications, Inc. |
| cr | Mayfair Enterprises, LLC |
| intp | Michael Baker |
| intp | Michael Baker |
| intp | Michael Baker |
| cr | Michael Bueno |
| cr | Motion Industries (Canada) Inc. |
| cr | Motion Industries (Mexico) Inc. |
| cr | Motion Industries, Inc. |
| intp | Motorcar Parts of America, Inc. |
| intp | Naresh Sharma |
| intp | National Union Fire Insurance Co. of Pittsburgh, P |
| intp | Nelly Luna |
| wit | NextProcess, LP |
| intp | Nigel Crighton |
| intp | Nissan North America, Inc. |
| cr | OEC Group |

| | | |
|---|---|---|
| crcm | | Official Committee of Unsecured Creditors |
| cr | | Old Republic Insurance Company |
| cr | | OmniSource, LLC |
| cr | | Onset Financial, Inc. |
| intp | | Overdrive Acquisition, LLC, /, /, /, / |
| intp | | PGI Northstar LLC |
| intp | | Peter Andrew Brumbergs |
| intp | | Polaris Industries Inc. |
| intp | | Premium Guard Incorporated |
| intp | | Press-Seal Corporation |
| cr | | PrimeRevenue, Inc. |
| cr | | Prospect Capital Corporation |
| cr | | Prospect Floating Rate & Alternative Income Fund, |
| intp | | QBE Insurance Corporation |
| cr | | RLI Insurance Company |
| cr | | RWI Logistics LLC |
| cr | | Raistone Capital LLC |
| cr | | Raistone Factoring Parties |
| cr | | Raistone Purchasing LLC -Series XXXII |
| cr | | Raistone Purchasing LLC-Series XXVIII |
| cr | | Randall Metals Corporation |
| cr | | Rebuilders Automotive Supply Co. |
| cr | | Richard Merkelz, Jr. |
| cr | | Royal Bank of Canada |
| intp | | Ryder Integrated Logistics, Inc. |
| cr | | SMURFIT WESTROCK PLC and affiliates |
| intp | | SPV Debtors |
| intp | | Scott Wallace |
| intp | | Shallendra Shukla |
| intp | | Shekhar Kumar |
| cr | | Siam Fukoku Co., Ltd. |
| cr | | Silver Point Capital, L.P. |
| cr | | Southern Machinery Repair, Inc. |
| intp | | Stephen Graham |
| cr | | T.H.I. Group Ltd. |
| cr | | Terra Worldwide Logistics LLC dba American Global |
| cr | | Texas Comptroller of Public Accounts, Revenue Acco |
| cr | | The City of Jasper, Indiana |
| intp | | The NOCO Company |
| cr | | The Pronto Network Cooperative, Inc. |
| intp | | The Reinalt-Thomas Corporation d/b/a Discount Tire |
| cr | | Toyota Industries Commercial Finance, Inc. |
| cr | | Toyota Industries Commercial Finance, Inc. |
| intp | | TransImpact, LLC |
| cr | | Transend Logistics, LLC |
| cr | | TriMas Corporation |
| cr | | U.S. BANK NATIONAL ASSOCIATION |
| cr | | UAP (Canada) Inc. |
| cr | | UMB Bank, N.A. |
| cr | | Uni-Select, Inc. |
| cr | | United Parcel Service, Inc. |
| intp | | Vineet Kumar Garg |
| cr | | Volkswagen Group of America, Inc. and certain affi |
| cr | | Volvo Penta of the Americas, LLC |
| cr | | Washington Penn Plastics Co. Inc. |
| intp | | Westfield Select Insurance Company |
| cr | | William Christopher Harrod |
| cr | | Wilmington Savings Fund Society, FSB |
| cr | | XL Parts, LLC |
| intp | | XL Specialty Insurance Company |
| intp | | Zurich American Insurance Company |
| dbpos | *+ | Horizon Global Corporation, 127 Public Square, Suite 5300, Cleveland, OH 44114-1219 |
| cr | ##+ | WD Electronics, LLC, 8750 S Sandy Pkwy, Suite C, Sandy, UT 84070, UNITED STATES 84070-6437 |

TOTAL: 176 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2026 Signature: /s/Gustava Winters