**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**NOTICE OF VIRTUAL ORAL RULING**
[Docket No. 3953]

**PLEASE TAKE NOTICE** that a virtual oral ruling on the *Stipulation and Agreed Order (I) Modifying the Automatic Stay to Permit the Dip Agent to Sweep and Apply Cash Collateral of the FBG Converting Debtors and (II) Granting Related Relief* [Doc 3953], has been set for **November 24, 2026, at 11:00 a.m. CT** before Judge Christopher M. Lopez, United States Bankruptcy Judge.

To participate electronically, parties must follow the instructions set forth on Judge Lopez's web page located at: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-christopher-m-lopez

Parties are instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Lopez at 832-917-1510, conference room number 590153 and (ii) Connect via the free GoToMeeting Application or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website. The meeting code is "JudgeLopez".

1 A complete list of the "**Debtors**" in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

Dated: November 23, 2026.

By: /s/ Tom A. Howley
Tom Howley (Texas Bar No. 24010115)
Eric Terry (Texas Bar No. 00794729)
**HOWLEY LAW PLLC**
700 Louisiana Street, Suite 4220
Houston, TX 77002
Telephone: 713-333-9125
Email: tom@howley-law.com
eric@howley-law.com

Scott J. Greenberg (admitted *pro hac vice*)
C. Lee Wilson (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166
Telephone: 212-351-4000
Email: sgreenberg@gibsondunn.com
clwilson@gibsondunn.com

-and-

AnnElyse Scarlett Gains (admitted *pro hac vice*)
S. Robert Marsters, Jr. (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street N.W.
Washington, D.C. 20036-3504
Telephone: 202-955-8500
Email: agains@gibsondunn.com
rmarsters@gibsondunn.com

***Counsel to the Ad Hoc Group***

## CERTIFICATE OF SERVICE

I certify that on November 23, 2026, I caused a true and correct copy of this Notice to be served by the Court's CM/ECF system on all parties entitled to notice through this system.

/s/Tom A. Howley
Tom A. Howley