**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | **(Previously Chapter 11)** |
| | § | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | **Case No. 25-90399 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**NOTICE OF TRANSITION SERVICES OF**
**ALVAREZ & MARSAL NORTH AMERICA, LLC TO FBG DEBTORS' ESTATES**
**(Relates to Docket Nos. 3748 and 3849)**

**PLEASE TAKE NOTICE THAT**:

1. On September 1, 2026, the Court entered the *Order (I) Converting Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief* (Docket No. 3748) (the "**Conversion Order**"),[2] which converted the Converting Debtors' chapter 11 cases to cases under chapter 7 of the Bankruptcy Code.

2. On September 1, 2026, the United States Trustee appointed Eva S. Engelhart as the interim chapter 7 trustee for the FBG Debtors[3] (the "**FBG Debtor Trustee**"), as reflected in the notices of chapter 7 bankruptcy case filed on the FBG Debtors' dockets. *See, e.g.*, *Notice of Chapter 7 Bankruptcy Case* (Docket No. 3753). Also on September 1, 2026, the United States

---

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Conversion Order.

[3] "**FBG Debtors**" means First Brands Group, LLC, First Brands Group Holdings, LLC, its direct and indirect debtor subsidiaries, and Viceroy Private Capital, LLC. The FBG Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002

Trustee appointed Ronald J. Sommers as the interim chapter 7 trustee for the remaining Converting Debtors other than the FBG Debtors (the "**SPV Debtor Trustee**"), as reflected on such remaining Converting Debtors' dockets.[4] *See, e.g.*, *Notice of Chapter 7 Bankruptcy Case* (Case No. 25-90385, Docket No. 5). On September 16, 2026, the SPV Debtor Trustee filed a rejection of his appointment as the interim chapter 7 trustee as to Carnaby Inventory IV, LLC, Carnaby Inventory Holdings IV, LLC, Carnaby FA, LLC, and Carnaby FA Holdings, LLC (collectively, the "**Onset SPV Debtors**"). *See, e.g.*, *Notice of Rejection of Trustee Appointment* (Case No. 25-90466, Docket No. 19). On September 17, 2026, the United States Trustee appointed Catherine Stone Curtis as the interim chapter 7 trustee for the Onset SPV Debtors (the "**Onset SPV Debtor Trustee**" and, together with the FBG Debtor Trustee and the SPV Debtor Trustee, the "**Trustees**"), as reflected on the Onset SPV Debtors' dockets. *See, e.g.*, *Notice of Chapter 7 Bankruptcy Case* (Case No. 25-90466, Docket No. 21).

3. Pursuant to paragraph 9 of the Conversion Order, "the Trustee may request that any previously retained professional continue to provide services to the chapter 7 estate (at which point a notice of such retention, including any economic terms and engagement letter shall be filed on the docket)." Docket No. 3748 ¶ 9.

4. Pursuant to the Conversion Order, the FBG Debtor Trustee requested that Weil, Gotshal & Manges LLP ("**Weil**") and Alvarez & Marsal North America, LLC ("**A&M**") provide certain transition services to the FBG Debtors, as legal counsel and financial advisor, respectively. On October 1, 2026, the FBG Trustee filed the *Notice of Service to FBG Chapter 7 Debtors*

[4] The Court previously entered an order converting the chapter 11 cases of Patterson Inventory, LLC, Patterson Inventory Holdings, LLC, Starlight Inventory I, LLC, and Starlight Inventory Holdings I, LLC (together, the "**Evolution SPV Debtors**") to chapter 7, on April 9, 2026. Docket No. 2396. Also on April 9, 2026, Mr. Sommers was appointed as interim chapter 7 trustee of the Evolution SPV Debtors' chapter 7 cases, as reflected on the Evolution SPV Debtors' dockets. *See, e.g.*, *Notice of Chapter 7 Bankruptcy Case* (Case No. 25-90395, Docket No. 11).

(Docket No. 3849) (the "**Professionals Notice**"), providing notice of the terms of services to be provided by Weil and A&M to the FBG Debtors. In accordance with the Professionals Notice, Weil and A&M provided certain services within the FBG Chapter 7 Transition Services (as defined in the Professionals Notice) from the Conversion Date through and including November 15, 2026.

5. The FBG Debtor Trustee, with the consent of A&M and subject to the terms provided herein, is extending the FBG Chapter 7 Transition Services[5] provided by A&M from the expiration of the Professionals Notice through and including December 31, 2026, subject to extension upon the written consent of the FBG Debtor Trustee and A&M.

6. A&M may terminate its provision of the FBG Chapter 7 Transition Services to the FBG Debtor Trustee on ten (10) days' written notice (email notice to the FBG Debtor Trustee, Joshua W. Wolfshohl (jwolfshohl@porterhedges.com), and Eric M. English (eenglish@porterhedges.com), being sufficient).

7. A&M's September 2026 and October 2026 fee statements shall be paid by the FBG Debtor Trustee no later than December 1, 2026.

8. The FBG Debtor Trustee, A&M, and the DIP Agent have agreed upon a budget for the FBG Chapter 7 Transition Services for November 2026 and December 2026 (the "**Agreed Budget**"). Notwithstanding anything to the contrary herein, to the extent A&M is asked to perform services, the cost of which would exceed the Agreed Budget, A&M shall not be obligated to perform such services unless and until either (i) the FBG Debtor Trustee, A&M, and the DIP Agent reach agreement on a modification to Agreed Budget that affords sufficient funds for A&M's

[5] The FBG Chapter 7 Transition Services, the extension of which is memorialized herein, shall not include "preparing for, appearing and submitting for examination at the meetings required by section 341 of the Bankruptcy Code," which service was included in the Professionals Notice because, at this juncture, the meetings required by section 341 of the Bankruptcy Code for the debtors under the oversight of the FBG Chapter 7 Trustee have been conducted and concluded.

performance of the requested services; or (ii) the FBG Debtor Trustee and the DIP Agent expressly agree in writing (email from counsel to the FBG Debtor Trustee and the DIP Agent being sufficient) to pay A&M the cost of the services performed in excess of the Agreed Budget.

9. The FBG Chapter 7 Transition Services will be provided by A&M under the same terms and conditions of its engagement letter with the FBG Converting Debtors dated as of October 24, 2025 (subject to any ordinary course rate increases), as approved and modified by the *Order (I) Authorizing Debtors to (A) Retain and Employ Alvarez & Marsal North America, LLC, (B) Designate Certain Executive Officers, and (C) Engage Additional Personnel, and (II) Granting Related Relief* (Docket No. 896) (the "**A&M Chapter 7 Transition Services Agreement**"). The terms and conditions of the A&M Chapter 7 Transition Services Agreement will apply and be binding and enforceable in the FBG Debtors' chapter 7 cases in the same way as those approved and ordered in the chapter 11 cases except as may be modified herein.

10. To the extent that the SPV Debtor Trustee and/or the Onset SPV Debtor Trustee request any transition services, a separate notice may be filed in accordance with the procedures set forth in the Conversion Order. For the avoidance of doubt, this notice (i) does not, nor shall it be construed as, an agreement by A&M to perform services on behalf of the SPV Debtor Trustee and/or the Onset SPV Debtor Trustee; and (ii) represents an agreement by A&M and the FBG Debtor Trustee pursuant to which A&M, in accordance with the terms and conditions of this notice and the A&M Chapter 7 Transition Services Agreement, will provide services to the FBG Debtor Trustee with respect to the FBG Debtors.

11. Absent the express consent of the DIP Agent and/or the ABL Agent, as applicable, all fees or expenses incurred by A&M for performance of the FBG Chapter 7 Transition Services will be (i) considered Post-Conversion Fees as described in the Conversion Order, and (ii) subject

to, and payable pursuant to, and the parties are ordered to comply with, all of the terms of the Conversion Order, including the Post-Conversion Maximum Fees Amount and the requirements of paragraph 2(b)(iv) of the Conversion Order.

[*Remainder of Page Intentionally Blank*]

Houston, Texas
November 24, 2026

Respectfully submitted,

By: */s/ Joshua W. Wolfshohl*

**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX 24038592)
Eric M. English (TX 24062714)
M. Shane Johnson (TX 24083263)
Grecia V. Sarda (TX 24132092)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Fax: (713) 226-6248
jwolfshohl@porterhedges.com
eenglish@porterhedges.com
sjohnson@porterhedges.com
gsarda@porterhedges.com

**COUNSEL FOR THE CHAPTER 7 TRUSTEE, EVA S. ENGELHART**

## Certificate of Service

I certify that on November 24, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl