**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| FIRST BRANDS GROUP, LLC, *et al.*, | Case No. 25-90399 (CML) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

**PLEASE TAKE NOTICE** that Maria J. Cho, having previously filed a *Motion and Order for Admission* Pro Hac Vice [Docket No. 585] to appear on behalf of U.S. Bank National Association ("U.S. Bank"), and having been granted admission *pro hac vice* by order entered on November 7, 2025 [Docket No. 603], hereby withdraws her appearance as counsel to U.S. Bank in the above-captioned case and requests that she be removed from all service lists in the case.

**PLEASE TAKE FURTHER NOTICE** that the law firm of Faegre Drinker Biddle & Reath LLP, and its attorneys of record other than Ms. Cho, continues to represent U.S. Bank and hereby request that all notices in the above-captioned case continue to be served to such attorneys of record.

Dated: November 24, 2026

Respectfully submitted,

*/s/ Maria J. Cho*

Maria J. Cho (admitted *pro hac vice*)
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
Tel: (310) 203-4000
Fax: (310) 229-1285
maria.cho@faegredrinker.com

*Counsel to U.S. Bank National Association*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2026, a true and correct copy of the above and foregoing was filed electronically, and notice was served via the court's CM/ECF system on all parties entering an appearance and requesting such notice in this case.

*/s/ Maria J. Cho*
Maria J. Cho (admitted *pro hac vice*)