**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | **(Previously Chapter 11)** |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | § | |
| | § | **Case No. 25-90399 (CML)** |
| **Debtors.**[1] | § | |
| | § | **Jointly Administered** |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO TRUSTEE'S EMERGENCY MOTION TO EXTEND DEADLINE TO ASSUME OR REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES**
[Relates to Docket No. 4027]

1. On September 16, 2026, Eva S. Engelhart, the chapter 7 Trustee (the "Trustee") of the jointly administered bankruptcy estates of First Brands Group, LLC, First Brands Group Holdings, LLC's direct and indirect subsidiaries, and Viceroy Private Capital, LLC (collectively, the "FBG Debtors"), in the above-styled jointly administered chapter 7 cases (the "Cases"), filed the *Emergency Motion to Extend Deadline to Assume or Reject Executory Contracts and Unexpired Leases* (the "Motion") [Docket No. 4027], which was accompanied by a proposed form of the *Order Extending Deadline to Assume or Reject Executory Contracts Under 11 U.S.C. § 365(d)(1)* [Docket No. 4027-1] (the "Proposed Order").

2. The deadline for receipt of responses to the Motion has passed.

3. The Trustee represents to the Court that the Trustee is unaware of any filed responses to the Motion and that counsel has reviewed the Court's docket and no responses or objections appear thereon.

[1] A complete list of the "Debtors" in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

4. The Trustee respectfully requests that the Court enter the attached Proposed Order at the earliest convenience of the Court.

Dated: November 24, 2026

Respectfully submitted,

By: */s/ Joshua W. Wolfshohl*

**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
Eric M. English (TX Bar No. 24062714)
M. Shane Johnson (TX Bar No. 24083263)
Grecia V. Sarda (TX Bar No. 24132092)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
eenglish@porterhedges.com
sjohnson@porterhedges.com
gsarda@porterhedges.com

***Bankruptcy Counsel for the Chapter 7 Trustee, Eva S. Engelhart***

## CERTIFICATE OF SERVICE

I certify that on November 24, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl