**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-90399 (cml) |
| | § | Chapter 11 |
| FIRST BRANDS GROUP, LLC, et al.[1] | § | |
| | § | (Jointly Administered) |
| Debtor(s) | § | |

**CLAIMANTS' LIST OF WITNESSES**
**FOR UPCOMING HEARING ON [DOC NO. 3699]**

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW,** Claimant, RIO BRAVO INTERNATIONAL SERVICES, INC., by and through its attorneys of record, and files this, their List of Witnesses in preparation in connection with the upcoming hearing on its *Motion For Allowance And Payment of Administrative Expense Relating To Brake Parts Inc., Llc, Case No. 25-90477 and Trico Products Corporation, Case No. 25-90472 (ECF No. 3699)*.

1. Claimants expect to call the following person(s) as witnesses to testify at the above-mentioned hearing of this case. This does not include rebuttal witnesses that cannot reasonably be anticipated.

MIRIAM VAZQUEZ
FLORENCIA FUENTES
c/o Michael J. Shane, Gordon Davis Johnson & Shane, P.C.
4695 N. Mesa Street, Suite 100, El Paso, Texas 79912
TEL: 915-545-1133
Email: mshane@eplawyers.com

Claimant reserves the right to call any witnesses listed in any of Debtors', the Trustee's, and/or any other party's Witness Lists, plus any rebuttal witnesses.

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. The Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**DATED** this __24th_._ day of NOVEMBER 2026.

Respectfully submitted,

**GORDON DAVIS JOHNSON SHANE & SNIDER P.C.**
P. O. Box 1322
El Paso, Texas 79947-1322
Tel: (915) 545-1133
Fax : (915) 545-4433
Email: mshane@eplawyers.com

By: /s/ *Michael J. Shane*
Michael J. Shane
State Bar No. 00795645
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on the _24th_ day of November 2026 a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding and that copies were sent via email or regular U.S. mail to the following as follows:

**Catherine Stone Curtis**
P.O. BOX 720788
McAllen, TX 78504
Email: ccurtis@catherinecurtistrustee.com
*Trustee*

**First Brands Group, LLC**
127 Public Square, Suite 5300
Cleveland, OH 44114-1219
*Debtor*

**Clifford W. Carlson & Gabriel A. Morgan**
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Emails:clifford.carlson@weil.com;
gabriel.morgan@weil.com
*Attorneys for Debtor*

**WEIL, GOTSHAL & MANGES LLP**
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Jason H. George
767 Fifth Avenue
New York, New York 10153
Emails: matt.barr@weil.com
sunny.singh@weil.com
andriana.georgallas@weil.com
kevin.bostel@weil.com
jason.george@weil.com
*Attorneys for Debtors and Debtors in Possession*

/s/ *Michael J. Shane*
Michael J. Shane