**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| FIRST BRANDS GROUP, LLC, *et al.*, | Case No. 25-90399 (CML) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appears for First Citizens Bank & Trust Company, ("First Citizens") which hereby submits this notice of appearance and request for all notices and pleadings in the above-captioned proceeding, and respectfully requests that pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, 9010, and any other such rule governing notice, that First Citizens, through its undersigned counsel, receives copies of all notices, orders, reports, motions, briefs, petitions, memoranda, pleadings, proposed orders, confirmed copies of other documents or instruments (the "Documents") filed in the above captioned bankruptcy proceeding. All such Documents should be served upon the following:

Cullen D. Speckhart
Arielle C. Ambra-Juarez
Cooley LLP
55 Hudson Yards
New York, NY 10001
Email: cspeckhart@cooley.com
aambrajuarez@cooley.com

-and-

[1] A complete list of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FirstBrands. The Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee, c/o Porter Hedges LLP, Attn.: Joshua W. Wolfshohl, 1000 Main Street, 36th Floor, Houston, Texas 77002.

Matthew Kutcher
Cooley LLP
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Email: mkutcher@cooley.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by hand delivery, mail delivery, telephone, e-mail, telegraph, telex, telecopy facsimile or otherwise, and whether or not filed with or delivered to the Bankruptcy Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the administration of the estate.

| | |
|---|---|
| Dated: November 24, 2026 | Respectfully submitted,<br><br>**COOLEY LLP**<br>By:<br>*/s/ Cullen D. Speckhart*<br>Cullen D. Speckhart (SDTX Fed. No. 2158405)<br>Arielle C. Ambra-Juarez<br>(*pro hac vice* application forthcoming)<br>55 Hudson Yards<br>New York, NY 10001<br>Tel.: (212) 479-6000<br>Fax: (212) 479-6275<br>Email: cspeckhart@cooley.com<br>aambrajuarez@cooley.com<br><br>Matthew Kutcher<br>(*pro hac vice* application forthcoming)<br>110 N. Wacker Drive, Suite 4200<br>Chicago, IL 60606-1511<br>Tel.: (312) 881-6500<br>Fax: (312) 881-6598<br>Email: mkutcher@cooley.com<br><br>*Counsel to First Citizens Bank & Trust Company* |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 24, 2026, a true and correct copy of this document was served via the Court's CM/ECF system on all counsel of record who are deemed to have consented to electronic service.

*/s/ Cullen D. Speckhart*
Cullen D. Speckhart