UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| | | | |
|---|---|---|---|
| Division | Houston | Main Case Number | 25-90399 (CML) |
| Debtor | In Re: First Brands Group, LLC, et al. | | |

This lawyer, who is admitted to the State Bar of Illinois and New York:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Matthew Kutcher<br>Cooley LLP<br>110 N. Wacker Drive, Suite 4200<br>Chicago, IL 60606-1511<br>(312) 881-6500<br>Illinois: 6275320: New York: 4088050 |

Seeks to appear as the attorney for this party:

| | |
|---|---|
| First Citizens Bank & Trust Company | |
| Dated: 11/25/2026 | Signed: /s/ Matthew Kutcher |

| | |
|---|---|
| COURT USE ONLY: The applicant's state bar reports their status as: ______________________. | |
| Dated: | Signed: ______________________________<br>Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: ______________________

________________________________________
United States Bankruptcy Judge