UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

| | | | |
|---|---|---|---|
| Division | Houston | Main Case Number | 25-90399 (CML) |
| Debtor | In Re: First Brands Group, LLC, et al. | | |

This lawyer, who is admitted to the State Bar of New York and Illinois:

| | |
|---|---|
| Name | Arielle C. Ambra-Juarez |
| Firm | Cooley LLP |
| Street | 55 Hudson Yards |
| City & Zip Code | New York, NY 10001 |
| Telephone | (212) 479-6000 |
| Licensed: State & Number | New York: 6200000: Illinois: 6345388 |

Seeks to appear as the attorney for this party:

| | |
|---|---|
| First Citizens Bank & Trust Company | |
| Dated: 11/25/2026 | Signed: /s/ Arielle C. Ambra-Juarez |

| | |
|---|---|
| COURT USE ONLY: The applicant's state bar reports their status as: ______________________. | |
| Dated: | Signed: ______________________ Deputy Clerk |

## Order

This lawyer is admitted *pro hac vice*.

Dated: ______________________

______________________
United States Bankruptcy Judge