United States Bankruptcy Court
Southern District of Texas
ENTERED
November 25, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE FIRST BRANDS GROUP, LLC | § | BANKRUPTCY CASE NO. 25-90399 |
| EDWARD JAMES, Appellant, v. OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FIRST BRANDS GROUP, LLC *et al.*, Appellees. | § | CIVIL ACTION NO. H-26-513 |
| QBE Insurance Corporation, Ironshore Indemnity, Inc., Fair American Insurance and Reinsurance Company, Allianz Global Risks US Insurance Company, Westfield Select Insurance Company, AXIS Insurance Company, and Zurich American Insurance Company, Appellants, v. OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FIRST BRANDS GROUP, LLC *et al.*, Appellees. | § | CIVIL ACTION NO. 26-962 |

**ORDER GRANTING APPELLANT ZURICH AMERICAN INSURANCE COMPANY'S MOTION TO VOLUNTARILY DISMISS ITS APPEAL**

Upon consideration of Appellant Zurich American Insurance Company's Motion to Voluntarily Dismiss its Appeal (the "Motion") and good cause appearing:

**IT IS THEREFORE ORDERED** that the Motion is granted.

**IT IS FURTHER ORDERED** that Appellant Zurich American Insurance Company's appeal is dismissed without prejudice pursuant to the provisions of Rule 8023(b) of the Federal Rules of Bankruptcy Procedure with costs reserved for later determination after the remaining appeal is dismissed or resolved.

**IT IS SO ORDERED** this November 18, 2026.

Hon. Lee H. Rosenthal
Senior United States District Judge