United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 25, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE FIRST BRANDS GROUP, LLC §

---

EDWARD JAMES, §
Appellant, §
v. §
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FIRST BRANDS GROUP, LLC, *et al.*, §
Appellees. §

CIVIL ACTION NO. H-26-513
BANKRUPTCY CASE NO. 25-90399

## ORDER OF DISMISSAL

Appellant Edward James moves to voluntarily dismiss the appeal, without prejudice. (Docket Entry No. 67). Federal Rule of Bankruptcy Procedure 8023(b) provides that "[a]n appeal may be dismissed on the appellant's motion on terms agreed to by the parties or fixed by the district court or BAP."

The motion, (Docket Entry No. 67), is granted in part. James' appeal is dismissed, without prejudice, under Rule 8023(b), with costs reserved for later determination after the remaining appeal is dismissed or resolved.

SIGNED on November 18, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge