**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | (Previously Chapter 11) |
| | ) | |
| **FIRST BRANDS GROUP, LLC, *et al.*,** | ) | Case No. 25-90399 (CML) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**STIPULATION AND AGREED ORDER EXTENDING DEADLINE FOR THE UNITED STATES TO RESPOND TO THE MCHENRY WIND DOWN SALE**
[Relates to Docket Nos. 3933 and 4129]

This stipulation and agreed order (this "Stipulation and Agreed Order")[1] is entered into by and among (i) Eva S. Engelhart, the chapter 7 trustee (the "FBG Trustee") of the jointly administered estates of First Brands Group, LLC and its affiliated debtors (collectively, the "FBG Debtors")[2]; (ii) Ronald J. Sommers, the chapter 7 trustee (the "SPV Trustee")[3] of the jointly administered estates of Patterson Inventory, LLC and its affiliated debtors (collectively, the "SPV Debtors"); and (iii) the United States of America, on behalf of the U.S. Department of Justice and U.S. Customs and Border Protection (collectively, the "United States" and, collectively with the FBG Trustee and the SPV Trustee, the "Parties").

The Parties hereby stipulate and agree as follows:

---

[1] Capitalized terms used but not otherwise defined have the meanings ascribed to such terms in the *Order Pursuant to Section 363 of the Bankruptcy Code (I) Approving and Authorizing the Debtors to Enter Into and Perform Under the Consulting Agreement; (II) Authorizing the Sale of Wind Down Assets Free and Clear of All Liens, Claims, and Encumbrances; and (III) Granting Related Relief* [Docket No. 2454] (the "Wind Down Order") or the *Stipulation and Agreed Order Regarding Procedure for McHenry Wind Down Sale* [Docket No. 4129] (the "Sale Procedures Stipulated Order"), as applicable.

[2] "FBG Debtors" means First Brands Group, LLC, First Brands Group Holdings, LLC ("FBGH"), FBGH's direct and indirect debtor subsidiaries, and Viceroy Private Capital, LLC. The FBG Debtors' service address for these chapter 7 cases is Eva Engelhart, Chapter 7 Trustee c/o Porter Hedges LLP, Joshua W. Wolfshohl, 1000 Main St., 36th Floor, Houston, Texas 77002.

[3] "SPV Debtors" means Patterson Inventory, LLC, Patterson Inventory Holdings, LLC, Starlight Inventory I, LLC, and Starlight Inventory Holdings I, LLC. The SPV Debtors' mailing address is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**WHEREAS**, on April 16, 2026, the Court entered the Wind Down Order, authorizing the sale of Wind Down Assets pursuant to certain notice and sale procedures;

**WHEREAS**, on November 20, 2026, the Court entered the Sale Procedures Stipulated Order, establishing certain procedures and deadlines related to the sale of the McHenry Wind Down Assets (the "McHenry Wind Down Sale"), including a deadline of December 3, 2026, at 12:00 p.m. (prevailing Central Time) to file and serve objections to the McHenry Wind Down Sale (the "Sale Objection Deadline");

**WHEREAS**, the Parties have agreed to, subject to Court approval, extend the Sale Objection Deadline, solely for the United States, to December 7, 2026, at 12:00 p.m. (prevailing Central Time);

**NOW, THEREFORE, IT IS STIPULATED AND AGREED BY THE PARTIES HERETO AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED THAT:**

1. The above recitals are incorporated by reference herein with the same force and effect as if fully set forth hereafter.

2. The Sale Objection Deadline is extended to and including **December 7, 2026 at 12:00 p.m. (prevailing Central Time)**, solely for the United States.

3. Except as expressly set forth herein, the Sale Procedures Stipulated Order and the Wind Down Order shall remain in full force and effect. Nothing herein shall extend the Sale Objection Deadline for any party other than the United States and no other dates or deadlines are changed.

4. Nothing herein shall be construed to prohibit the Parties from seeking further extensions by agreement and/or by further order of the Court.

5. Notwithstanding anything in the Bankruptcy Code or the Bankruptcy Rules to the contrary, this *Stipulation and Agreed Order* shall be effective immediately upon the Court's approval.

6. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation and Agreed Order.

**IT IS SO ORDERED.**

Dated: ____________________, 2026

________________________________________
**HONORABLE CHRISTOPHER M. LOPEZ**
**UNITED STATES BANKRUPTCY JUDGE**

**Stipulated and Agreed to by:**


*/s/ Michael Duke*
**JONES MURRAY LLP**
Erin E. Jones (24032478)
Christopher R. Murray (24081057)
602 Sawyer, Suite 400
Houston, Texas 77007
Telephone: (832) 529-1999
Email: erin@jonesmurray.com
chris@jonesmurray.com

*Counsel for the SPV Trustee*

- and -

**ELSBERG BAKER & MARURI PLLC**
Michael Duke (admitted *pro hac vice*)
David Elsberg (admitted *pro hac vice*)
Vivek Tata (admitted *pro hac vice*)
Andrew Parks (admitted *pro hac vice*)
Ella Epstein (admitted *pro hac vice*)
Victoria Klevan (admitted *pro hac vice*)
350 Fifth Avenue, 38th Floor
New York, NY 10118
Telephone: (212) 597-2600
Email: mduke@elsberglaw.com
delsberg@elsberglaw.com
vtata@elsberglaw.com
aparks@elsberglaw.com
eepstein@elsberglaw.com
vklevan@elsberglaw.com

*Special Litigation Counsel for the SPV Trustee*

*/s/ Cindi M. Giglio*
**KATTEN MUCHIN ROSENMAN LLP**
Cindi M. Giglio
Grace A. Thompson
50 Rockefeller Plaza
New York, New York 10020-1605
Telephone: (212) 940-8800
Email: cgiglio@katten.com
grace.thompson@katten.com

*Special Counsel for the FBG Trustee*

AARON F. REITZ
Acting United States Attorney

*/s/ Paul B. Moore*
**U.S. DEPARTMENT OF JUSTICE**
Paul B. Moore
Assistant United States Attorney
Texas Bar No. 24032755
Southern District of Texas Bar No. 802542
1000 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9779
Facsimile: (713) 718-3300
Email: Paul.Moore@usdoj.gov

- and -

JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division

*/s/ Seth B. Shapiro*
MARCUS S. SACKS
MARY A. SCHMERGEL
SETH B. SHAPIRO (D.C. Bar No. 433988)
**U.S. DEPARTMENT OF JUSTICE – CIVIL DIVISION**
Commercial Litigation Branch
P.O. Box 875, Ben Franklin Station
Washington, DC 20044-0875
Telephone: (202) 514-7164
Email: seth.shapiro@usdoj.gov

*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was duly served by electronic transmission to all registered ECF users appearing in the case on November 25, 2026.

*/s/ Cindi M. Giglio*
Cindi M. Giglio